Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>         Defendant. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF VIP PRODUCTS, LLC** |

This Corporate Disclosure Statement is filed on behalf plaintiff VIP Products, LLC ("Plaintiff"), in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any governmental corporate party to a proceeding in a district court must file a statement that identifies any

parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

_____Relationship_____other (please explain)

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

**RESPECTFULLY SUBMITTED** this 16th day of September, 2014.

**DICKINSON WRIGHT PLLC**

By: _s/ David G. Bray_____
    David G. Bray
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for VIP Products, LLC*

PHOENIX 53913-10 170307v1