1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  | VIP Products LLC, an Arizona limited | No. CV14-2057 PHX DGC

10  liability company, | **ORDER**

  Plaintiff,

11

12  v.

13  Jack Daniel's Properties Incorporated, a
    Delaware corporation,

14  Defendants.

15

16      This matter having recently come before this Court,

17      **IT IS ORDERED** that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if

18  the defect can be cured by filing an amended pleading.  Therefore, the parties must meet

19  and confer prior to the filing of a motion to dismiss to determine whether it can be

20  avoided.   Consequently, motions to dismiss must contain a certification of conferral

21  indicating that the parties have conferred to determine whether an amendment could cure

22  a deficient pleading, and have been unable to agree that the pleading is curable by a

23  permissible amendment.  In addition, parties shall endeavor not to oppose motions to

24  amend that are filed prior to the Scheduling Conference or within the time set forth in the

25  Rule 16 Case Management Order.  Motions to dismiss that do not contain the required

26  certification are subject to be stricken on the Court's motion.

27

28

1      **IT IS FURTHER ORDERED** that Plaintiff serve a copy of this Order on
2  Defendant and file a notice of service with the Court.
3      Dated this 17th day of September, 2014.
4
5
6
7  _____
   David G. Campbell
8  United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28