Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant. | No. 2:14-cv-02057-DGC<br><br>**PLAINTIFF'S JURY DEMAND** |

Plaintiff VIP Products, LLC, by and through undersigned counsel, hereby requests a trial by jury in the aforementioned action as to all issues so triable.

**DATED** this 6th day of November, 2014.

                                            **DICKINSON WRIGHT PLLC**

                                            By: s/ David G. Bray
                                                David G. Bray
                                                1850 North Central Avenue, Suite 1400
                                                Phoenix, Arizona  85004
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, I filed the foregoing document with the Clerk of the District Court using the Court's ECF filing system.

                                         s/ Kristi A. Arendt

PHOENIX 53913-11 180626v1