1  Firm E-Mail: courtdocs@dickinsonwright.com

2  David G. Bray (#014346)
   dbray@dickinsonwright.com
3  **DICKINSON WRIGHT, PLLC**
   1850 North Central Avenue, Suite 1400
4  Phoenix, Arizona 85004
   Phone: (602) 285-5000
5  Fax: (602) 285-5100

6  *Attorneys for VIP Products, LLC*

7              **IN THE UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9  VIP Products, LLC, an Arizona limited          No. 2:14-cv-02057-DGC
   liability company,
10
                                                  **ACCEPTANCE AND**
11              Plaintiff,                         **WAIVER OF SERVICE**

12       v.

13 Jack Daniel's Properties, Inc., a Delaware
   corporation
14
                Defendant.
15

16       Greg Sitrick, having been retained as counsel for Defendant in the above-entitled

17 action, does hereby accept service of process on behalf of Jack Daniel's Properties, Inc., a

18 Delaware corporation in this action, and acknowledges receipt of the Summons and a copy of

19 the Complaint, Corporate Disclosure Statement and Plaintiff's Jury Demand, upon this date,

20 as though the same had been served upon defendant Jack Daniel's Properties, Inc. by the

21 Sheriff or other person duly appointed or authorized by law to serve process.

22       **DATED** this 12*th* day of November, 2014.

23                                 **QUARLES & BRADY LLP**

24
                                   By: _____
25                                     Greg Sitrick
                                       One Renaissance Square
26                                     Two North Central Avenue
                                       Phoenix, Arizona  85004-2391

## CERTIFICATE OF SERVICE

I hereby certify that on November _14_, 2014, I filed the foregoing document with the Clerk of the District Court using the Court's ECF filing system and that I placed a copy in the U.S. mail, postage prepaid, first class to the following:

Greg Sitrick, Esq.
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004-2391

s/ Kristi A. Arendt

PHOENIX 53913-11 180544v1