# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,372,885**
**Registered July 23, 2013**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: DECORATIVE MAGNETS, DECORATIVE SWITCH PLATE COVERS, CELL PHONE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2012; IN COMMERCE 4-30-2012.

OWNER OF U.S. REG. NOS. 1,290,702, 3,396,421, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-129,147, FILED 9-14-2010.

MARCIE MILONE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,481,424**  JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
  4040 CIVIC CENTER DRIVE, SUITE 528
**Registered Feb. 11, 2014** SAN RAFAEL, CA 94903

**Int. Cl.: 14**  FOR: ORNAMENTAL LAPEL PINS, CLOCKS, WATCHES, CUFF LINKS, NECKLACES AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**  FIRST USE 1-19-2012; IN COMMERCE 1-19-2012.

**PRINCIPAL REGISTER**  THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-129,461, FILED 9-14-2010.

MARCIE MILONE, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,055,481
Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
SUITE 528
4040 CIVIC CENTER DRIVE
SAN RAFAEL, CA 94903

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

OWNER OF U.S. REG. NOS. 1,290,702, 2,729,690 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE COLOR(S) WHITE ON BLACK SHOWN IN THE MARK AS A FEATURE OF THE MARK.

THE COLOR BLACK IN THE BACKGROUND AND THE COLOR WHITE IN THE TEXT AND GRAPHICS IN THE MARK AS SHOWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGULAR FILIGREE DESIGN WHICH IS OPEN AT THE TOP LEFT AND TOP RIGHT. INSIDE THE FILIGREE ARE THE WORDS JACK DANIEL'S ARCHED OVER THE WORDS AND NUMERAL OLD NO. 7 BRAND. THE WORDS AND NUMERAL OLD NO. 7 BRAND ARE ENCLOSED WITHIN AN OVAL WITH A FILIGREE DESIGN AROUND IT. THE OVAL AND FILIGREE DESIGN ARE ABOVE THE STYLIZED WORD TENNESSEE. THE WORD TENNESSEE IS ABOVE THE WORD WHISKEY.

SER. NO. 78-591,721, FILED 3-21-2005.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,478,408**
**Registered Feb. 4, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: UMBRELLAS, LUGGAGE, DUFFEL BAGS, ATHLETIC BAGS, BACKPACKS, LUGGAGE TAGS, KEY CASES, KNAPSACKS, TOTE BAGS AND ALL PURPOSE CANVAS CARRYING BAGS FOR USE AS LUGGAGE OR IN TRAVEL AND SPORTS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-31-2012; IN COMMERCE 10-31-2012.

OWNER OF U.S. REG. NOS. 1,290,702, 3,428,085, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-134,905, FILED 9-21-2010.

MARCIE MILONE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,867,158
Registered July 27, 2004

## TRADEMARK
## PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CA 94903

FOR: GLASS AND PLASTIC DRINKING CONTAINERS, NAMELY FLASKS, CERAMIC MUGS, CERAMIC PITCHERS, CERAMIC JUGS; SPONGES FOR HOUSEHOLD PURPOSES, WOOD COASTERS, CORK COASTERS, SWIZZLE STICKS, BOWLS, DECORATIVE BOXES MADE OF NON-PRECIOUS METAL, FOOD CONTAINERS AND THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES, GLASSWARE FOR BEVERAGES, AND SERVING TRAYS OF NON-PRECIOUS METALS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-31-2003; IN COMMERCE 7-31-2003.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

APPLICANT CLAIMS THE COLOR WHITE ON BLACK SHOWN IN THE MARK AS A FEATURE OF THE MARK. THE COLOR BLACK APPEARS IN THE BACKGROUND AND THE COLOR WHITE APPEARS IN THE TEXT AND GRAPHICS IN THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" IN THE MARK IS NOT THE NAME OF A LIVING INDIVIDUAL.

SN 76-246,380, FILED 4-25-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTORNEY

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Thursday, July 24, 2014 11:01 PM |
| To: | jdpilegal@jdpi.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2867158: JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design): Docket/Reference No. 8800 |

**Serial Number:** 76246380
**Registration Number:** 2867158
**Registration Date:** Jul 27, 2004
**Mark:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design)
**Owner:** Jack Daniel's Properties, Inc.

Jul 24, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
021

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**\*\*\*

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=76246380.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,526,056**
**Registered May 6, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: FOOTWEAR; HEADWEAR INCLUDING CAPS, HATS, COWBOY HATS, HEADBANDS, STRAW HATS, VISORS, BANDANNAS; CLOTHING, NAMELY, APRONS, SLEEVE GARTERS, T-SHIRTS, GOLF SHIRTS, WORK SHIRTS, BASEBALL SHIRTS, WOVEN SHIRTS, SHIRTS, TOPS, TANK TOPS, SWEATSHIRTS, SWEATPANTS, JOGGING SUITS, PANTS, DRESSES, SKIRTS, SLEEP PANTS, PAJAMAS, ROBES, SHORTS, JEANS, JACKETS, COATS, BELTS, NECKTIES, NECKWEAR, SCARVES, SUSPENDERS, LEATHER JACKETS, RAIN SUITS, VESTS, PARKAS, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-12-2013; IN COMMERCE 4-12-2013.

OWNER OF U.S. REG. NOS. 1,329,704, 2,800,823, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-130,047, FILED 9-15-2010.

MARCIE MILONE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,481,425**  JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
**Registered Feb. 11, 2014** SAN RAFAEL, CA 94903

**Int. Cl.: 26**   FOR: BELT BUCKLES AND CLASPS FOR CLOTHING, ALL MADE OF NON-PRECIOUS METAL; ORNAMENTAL NOVELTY PINS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

**TRADEMARK**   FIRST USE 1-19-2012; IN COMMERCE 1-19-2012.

**PRINCIPAL REGISTER**   OWNER OF U.S. REG. NOS. 1,290,702, 3,055,460, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-130,129, FILED 9-15-2010.

MARCIE MILONE, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,354,330**  JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
**Registered June 18, 2013** SAN RAFAEL, CA 94903

**Int. Cl.: 27**  FOR: FLOOR MATS; RUGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 5-31-2011; IN COMMERCE 5-31-2011.

**TRADEMARK**

OWNER OF U.S. REG. NO. 1,290,702.

**PRINCIPAL REGISTER**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-130,290, FILED 9-15-2010.

MARCIE MILONE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office


## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,491,564**  JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
**Registered Mar. 4, 2014**  SAN RAFAEL, CA 94903

**Int. Cl.: 34**  FOR: CIGARETTE LIGHTERS NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

**TRADEMARK**  FIRST USE 4-30-2013; IN COMMERCE 4-30-2013.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 2,026,933, 2,625,959, AND 3,055,287.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF A RECTANGLE WITH A FILIGREE BORDER AND THE STYLIZED WORDING "JACK DANIEL'S TENNESSEE SOUR MASH WHISKEY". THE WORDING "OLD NO. 7 BRAND" APPEARS IN AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SN 85-456,921, FILED 10-26-2011.

ROBERT STRUCK, EXAMINING ATTORNEY



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**