# EXHIBIT 3

Email | Login | | Home | My Account | Shopping Cart  0 items | Checkout



  

**Categories**
- New Arrivals
  - New Mighty
  - New Rugged Rubber
  - New Silly Squeakers
  - New Tuffy
- Bentley & Bunny
- Luxury Dog Beds
- Dog Park- Back Pack
- Rugged Rubber Retail
- Tuffys Pet Toys Retail
- Silly Squeakers Retail
- Mighty Dog Beds Retail
- Mighty Dog Toys Retail
- VIP Footwear

**Search**
- Scale
- Brand
- Size
- Type
- Name/Model

**Information**
- Limited Warranty
- Shipping & Returns
- Privacy Notice
- Conditions Of Use
- **Wholesale Portal**
- Tuffys - Why So Tuff

Home » New Arrivals » New Silly Squeakers » SS-LB-BS

 



   

Main    Front    Angle    Side


Silly Squeaker – Liquor Bottle Bad Spaniels

**Silly Squeaker Liquor Bottle Bad Spaniels**
SS-LB-BS
**$15.28**
Pick a color



Bad Spaniels
(536)

Enter a Quantity
1

ADD TO CART

Tuffys - Testimonials
VIP Philosophy
Tuffys - Construction
Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us

Live Support



**Bad Spaniels -** The best gift for the sophisticated pooch!  These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys, and yours too!

**Scale**: Novelty Toys

**For Dogs**: All Sizes

**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with Jack Daniel Distillery.*

**Warning :** *Your dogs safety is "Your" Responsibility* **. The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.**

**Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.**

Admin Login  |  Software Copyright © 2006 - 2014  VIP Products LLC



https://www.vipproducts.com/retail/files/index.php/categories/view/471/new-silly-squeakers

Tuffys - Testimonials
VIP Philosophy
Tuffys - Construction
Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us

Live Support



**Bad Spaniels -** The best gift for the sophisticated pooch!  These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys, and yours too!

**Scale**: Novelty Toys

**For Dogs**: All Sizes

**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with Jack Daniel Distillery.*

**Warning :** *Your dogs safety is "Your" Responsibility* . **The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.**

**Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.**

Admin Login  |  Software Copyright © 2006 - 2014  VIP Products LLC

https://www.vipproducts.com/retail/files/index.php/categories/view/471/new-silly-squeakers



Tuffys - Testimonials
VIP Philosophy
Tuffys - Construction
Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us

Live Support



**Bad Spaniels -** The best gift for the sophisticated pooch!  These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys, and yours too!

**Scale**: Novelty Toys

**For Dogs**: All Sizes

**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with Jack Daniel Distillery.*

**Warning :** *Your dogs safety is "Your" Responsibility* **. The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.**

**Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.**

Admin Login  |  Software Copyright © 2006 - 2014  VIP Products LLC



Tuffys - Testimonials
VIP Philosophy
Tuffys - Construction
Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us

Live Support



**Bad Spaniels -** The best gift for the sophisticated pooch!  These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys, and yours too!

**Scale**: Novelty Toys

**For Dogs**: All Sizes

**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with Jack Daniel Distillery.*

**Warning : <u>Your dogs safety is "Your" Responsibility</u> . The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.**

**Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.**

Admin Login  |  Software Copyright © 2006 - 2014  VIP Products LLC

https://www.vipproducts.com/retail/files/index.php/categories/view/471/new-silly-squeakers