# EXHIBIT 4

| Email | | Login | | Home | My Account | Shopping Cart   0 items | Checkout |



         

**Categories**

- New Arrivals
- Bentley & Bunny
- Luxury Dog Beds
- Dog Park- Back Pack
- Rugged Rubber Retail
- Tuffys Pet Toys Retail
- **Silly Squeakers Retail**
  - Beer Bottles
  - iBalls
  - Liquor Bottles
  - Mini Poop (5in)
  - Mr Poop (10in)
  - Non Squeaking Tennis Balls Bulk
  - Squeaking Tennis Ball Packs
  - Wine Bottles
- Mighty Dog Beds Retail
- Mighty Dog Toys Retail
- VIP Footwear

**Search**
- Scale
- Brand
- Size
- Type
- Name/Model

**Information**
- Limited Warranty
- Shipping & Returns
- Privacy Notice
- Conditions Of Use
- **Wholesale Portal**
- Tuffys - Why So Tuff
- Tuffys - Testimonials
- VIP Philosophy
- Tuffys - Construction

Home » Silly Squeakers Retail


Beer Bottles
$9.99- $9.99


iBalls
$11.99- $17.99


Liquor Bottles
$15.28- $15.28


Mini Poop (5in)
$6.80- $6.80


Mr Poop (10in)
$11.99- $11.99


Non Squeaking Tennis Balls Bulk
$24.40- $37.20


Squeaking Tennis Ball Packs
$7.99- $9.99


Wine Bottles
$9.75- $21.18

https://vipproducts.com/retail/files/index.php/categories/view/200/silly-squeakers-retail

Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us

Live Support





Admin Login  |  Software Copyright © 2006 - 2014  VIP Products LLC