1  QUARLES & BRADY LLP
   Gregory P. Sitrick (SBN 028756)
2  E-mail: Gregory.sitrick@quarles.com
   Isaac S. Crum (SBN 026510)
3  E-mail: Isaac.Crum@quarles.com
   One Renaissance Square
4  Two North Central Avenue
   Phoenix, Arizona 85004-2391
5  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
6
   Attorneys for Defendant and Counterclaimant
7  JACK DANIEL'S PROPERTIES, INC.

8

9                   **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF ARIZONA**

11

| | |
|---|---|
| 12  VIP PRODUCTS, LLC, an Arizona limited liability company, | Case No. CV 14-02057 PHX DGC |
| 13              Plaintiff, | **JACK DANIEL'S PROPERTIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| 14       v. | |
| 15  JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
| 16 | |
| 17              Defendant. | |
| 18  JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
| 19              Counterclaimant, | |
| 20       v. | |
| 21  VIP PRODUCTS, LLC, an Arizona limited liability company, | |
| 22 | |
| 23              Counterclaim Defendant. | |

24

25

26

27

28

This Corporate Disclosure Statement is filed on behalf of Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI"), a Delaware Corporation, in compliance with the provisions of: *(check one)*

    **_X_**    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**
    ____    No such corporation.

    _X_    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

    ***JDPI is a wholly-owned subsidiary of Brown-Forman Corporation, a publicly-traded company.***

    ____    Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.*
    _____Relationship_____

    ____    Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED: December 3, 2014        Respectfully submitted,

        */s/ Gregory P. Sitrick*
        Gregory P. Sitrick
        Isaac S. Crum
        Attorneys for Defendant and Counterclaimant
        JACK DANIEL'S PROPERTIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this case.

                                        */s/ Gregory P. Sitrick*
                                        Gregory P. Sitrick