QUARLES & BRADY LLP
Gregory P. Sitrick (SBN 028756)
E-mail: Gregory.sitrick@quarles.com
Isaac S. Crum (SBN 026510)
E-mail: Isaac.Crum@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, LLC, an Arizona limited liability company,<br><br>        Plaintiff and Counter-Defendant,<br><br>   v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>        Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF ERRATA TO DEFENDANT AND COUNTERCLAIMANT JACK DANIEL'S PROPERTIES, INC.'S ANSWER AND COUNTERCLAIMS** |

DEFENDANT/COUNTERCLAIMANT JDPI'S NOTICE OF ERRATA TO ITS ANSWER

1    Defendant/Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") submits this

2  Notice Of Errata to the Answer And Counterclaims of Defendant and Counterclaimant

3  Jack Daniels Properties Inc. (Dkt. No. 12) to correct typographical errors contained on

4  pages 10 and 12.

5    The corrected Answer And Counterclaims of Defendant and Counterclaimant Jack

6  Daniels Properties Inc. is attached hereto as Exhibit A.

7

8    Respectfully submitted,

9  DATED:  December 4, 2014              QUARLES & BRADY LLP
                                         One Renaissance Square
10                                       Two North Central Avenue
11                                       Phoenix, Arizona 85004

12

13

14                                       By  /s/ Gregory P. Sitrick
                                            Gregory P. Sitrick
15                                          Isaac S. Crum
16                                          Attorneys for Defendant and
                                            Counterclaimant JACK DANIEL'S
17                                          PROPERTIES, INC.

18

19

20                        **CERTIFICATE OF SERVICE**

21    I hereby certify that on December 4, 2014, I electronically filed the foregoing with

22  the Clerk of Court using the CM/ECF system, which will send a notification of such

23  filing to all counsel of record in this case.

24

25                                  /s/ Gregory P. Sitrick
26                                  Gregory P. Sitrick

27

28