AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___of Arizona___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:14-cv-02057-DGC | DATE FILED<br>9/16/2014 | U.S. DISTRICT COURT<br>of Arizona | |
|---|---|---|---|
| PLAINTIFF<br>VIP PRODUCTS, LLC | | DEFENDANT<br>JACK DANIEL'S PROPERTIES, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  4,506,729 | 4/1/2014 | JACK DANIEL'S PROPERTIES, INC. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>12/3/2014 | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Attached | | See Attached | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

| DOCKET NO. 2:14-cv-02057-DGC | DATE FILED 9/16/2014 | U.S. DISTRICT COURT of Arizona |
|---|---|---|
| PLAINTIFF VIP PRODUCTS, LLC | | DEFENDANT JACK DANIEL'S PROPERTIES, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☒ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  4,106,178 | 2/28/2012 | JACK DANIEL'S PROPERTIES, INC. |
| 2  2,789,278 | 12/2/2003 | JACK DANIEL'S PROPERTIES, INC. |
| 3  1,923,981 | 10/3/1995 | JACK DANIEL'S PROPERTIES, INC. |
| 4  582,789 | 11/24/1953 | JACK DANIEL'S PROPERTIES, INC. |
| 5  42,663 | 5/24/1904 | JACK DANIEL'S PROPERTIES, INC. |
| 6  4,372,885 | 7/23/2013 | JACK DANIEL'S PROPERTIES, INC. |
| 7  4,481,424 | 2/11/2014 | JACK DANIEL'S PROPERTIES, INC. |
| 8  3,055,481 | 1/31/2006 | JACK DANIEL'S PROPERTIES, INC. |
| 9  4,478,408 | 2/4/2014 | JACK DANIEL'S PROPERTIES, INC. |
| 10  2,867,158 | 7/27/2004 | JACK DANIEL'S PROPERTIES, INC. |
| 11  4,526,056 | 5/6/2014 | JACK DANIEL'S PROPERTIES, INC. |
| 12  4,481,425 | 2/11/2014 | JACK DANIEL'S PROPERTIES, INC. |
| 13  4,354,330 | 6/18/2013 | JACK DANIEL'S PROPERTIES, INC. |
| 14  4,491,564 | 3/4/2014 | JACK DANIEL'S PROPERTIES, INC. |