| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Gregory P. Sitrick |
| 2 | Isaac S. Crum |
| | One Renaissance Square |
| 3 | Two North Central Avenue |
| | Phoenix, Arizona 85004-2391 |
| 4 | Telephone: (602) 229-5317 |
| | Facsimile: (602) 420-5198 |
| 5 | E-mail: Gregory.sitrick@quarles.com |
| |           Isaac.crum@quarles.com |
| 6 | |
| 7 | SEYFARTH SHAW LLP |
| | Christopher C. Larkin (admitted *pro hac vice*) |
| 8 | 2029 Century Park East |
| | Suite 3500 |
| 9 | Los Angeles, California 90067-3021 |
| | Telephone: (310) 201-5289 |
| 10 | Facsimile: (310) 201-5219 |
| | E-mail: clarkin@seyfarth.com |
| 11 | |
| | Attorneys for Defendant and Counterclaimant |
| 12 | JACK DANIEL'S PROPERTIES, INC. |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, LLC, an Arizona limited liability company, | **Case No. CV 14-02057 PHX DGC** |
| Plaintiff, | **NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT AND COUNTERCLAIMANT JACK DANIEL'S PROPERTIES, INC.** |
| v. | |
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
| Defendant. | |
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| VIP PRODUCTS, LLC, an Arizona limited liability company, | |
| Counterdefendant. | |

1  Pursuant to Fed. R. Civ. P. 26(a)(1), 5(d) and LRCiv 5.2, defendant and
2  counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served
3  its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon plaintiff and
4  counterdefendant VIP Products, LLC's ("VIP") counsel of record via electronic mail and
5  via U.S. Mail on January 26, 2015.

QUARLES & BRADY LLP

SEYFARTH SHAW LLP

Dated:  January 26, 2015         By:       /s/ Isaac S. Crum
                                    Isaac S. Crum
                                    Attorneys for Defendant and
                                    Counterclaimant
                                    JACK DANIEL'S PROPERTIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Isaac S. Crum*