1 | QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC, an Arizona limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** |
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>       Counterclaimant,<br><br>       v.<br><br>VIP PRODUCTS, LLC, an Arizona limited liability company,<br><br>       Counterdefendant. | |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served its First Set of Interrogatories and First Set of Requests for Production of Documents and Things upon plaintiff and counterdefendant VIP Products, LLC's ("VIP") counsel of record via electronic mail[1] on February 6, 2015.

Respectfully submitted February 6, 2015.

                                          QUARLES & BRADY, LLP
                                          SEYFARTH SHAW LLP

                                          /s/ Isaac S. Crum
                                          Christopher C. Larkin
                                          Gregory P. Sitrick
                                          Isaac S. Crum
                                          *Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, JDPI also mailed a copy via first class mail on the same date.)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

          /s/ Isaac S. Crum
          Isaac S. Crum