Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF VIP PRODUCTS, L.L.C.'S RESPONSES TO JACK DANIEL'S PROPERTIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

      Notice is hereby given that plaintiff VIP Products, L.L.C. has served its Responses to Jack Daniel's Properties, Inc.'s First Set of Requests for Production of Documents and Things by both First Class U.S. mail and e-mail on counsel of record for Defendant-Counterclaimant on the date set forth below.

      **RESPECTFULLY SUBMITTED** this 11th day of March, 2015.

                          **DICKINSON WRIGHT PLLC**

                          By: s/ David G. Bray
                             David G. Bray
                             1850 North Central Avenue, Suite 1400
                             Phoenix, Arizona  85004
                             *Attorneys for VIP Products, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 11, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

<u>s/ Kristi A. Arendt</u>

PHOENIX 53913-11 205556v1