Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF VIP PRODUCTS, L.L.C.'S RESPONSES TO JACK DANIEL'S PROPERTIES, INC.'S FIRST SET OF INTERROGATORIES** |

Notice is hereby given that plaintiff VIP Products, L.L.C. has served its Responses to Jack Daniel's Properties, Inc.'s First Set of Interrogatories by both First Class U.S. mail and e-mail on counsel of record for Defendant-Counterclaimant on the date set forth below.

**RESPECTFULLY SUBMITTED** this 11th day of March, 2015.

**DICKINSON WRIGHT PLLC**

By: s/ David G. Bray
David G. Bray
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for VIP Products, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 205605v1

2