Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant. | No. 2:14-cv-02057-DGC<br><br>**ORDER RE: PLAINTIFF/COUNTER-DEFENDANT VIP PRODUCTS, L.L.C.'S MOTION TO AMEND AND SUPPLEMENT ITS COMPLAINT AND MOTION TO SUPPLEMENT ITS ANSWER TO THE AMENDED COUNTERCLAIM** |

Pursuant to Plaintiff's Motion and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff/Counter-defendant VIP Products, L.L.C. may file the Amended Complaint and Amended Answer to Counterclaim referenced in its March 23, 2015 Motion to Amend.