AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Isaac S. Crum |
| 2 | PHONE NUMBER | 602-229-5759 |
| 3 | DATE | March 27, 2015 |
| 4 | FIRM NAME | Quarles & Brady LLP |
| 5 | MAILING ADDRESS | 1 Renaissance Sq., 2 N. Central Ave. |
| 6 | CITY | Phoenix |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85004 |
| 9 | CASE NUMBER | 2:14-cv-02057 |
| 10 | JUDGE | David Campbell |
| 11 | DATES OF PROCEEDINGS | 1/23/15 |
| 12 | | |
| 13 | CASE NAME | VIP Products LLC v. Jack Daniel's Properties Incorporated |
| 14 | LOCATION OF PROCEEDINGS | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Entirety of Scheduling Confer |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER** Scheduling Conference

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| 7 DAYS | [x] | [ ] | 0 | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: /s/ Isaac Crum

20. DATE: 3/27/2015

E-MAIL ADDRESS: Isaac.Crum@quarles.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY