Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant*
*VIP Products, L.L.C,*

QUARLES & BRADY LLP
Gregory P. Sitrick (SBN 028756)
E-mail: Gregory.sitrick@quarles.com
Isaac S. Crum (SBN 026510)
E-mail: Isaac.Crum@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**JOINT REPORT OF SETTLEMENT TALKS** |

Pursuant to paragraph 8 of the Court's Case Management Order (Dkt. # 25), the parties hereby report that they held good faith, in-person settlement talks at the offices of Quarles &

1

Brady on Wednesday, March 25, 2015. The talks were attended by counsel and client representatives of both sides.

The settlement talks were unsuccessful. Based on those talks, at this time the parties are not requesting any assistance from the Court vis-à-vis seeking a settlement in this case.

**DATED** this 1st day of April, 2015.

**DICKINSON WRIGHT PLLC**

By  *s/ David G. Bray*
    David G. Bray
    Attorney for Plaintiff

**QUARLES & BRADY, LLP**

By  *s/ Gregory P. Sitrick*
    Gregory P. Sitrick
    Co-Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 210212v1