QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC, an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF:**<br><br>**(1) SUBPOENA TO ELLE PHILLIPS;**<br>**(2) NOTICE OF SUBPOENA TO ELLE PHILLIPS**<br>**(3) NOTICE OF DEPOSTION OF STEPHEN SACRA; AND**<br>**(4) NOTICE OF DEPOSITION OF WENDY SACRA** |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served a Rule 45 subpoena on third-party Elle Phillips via personal service on her attorney, David Bray, on April 8, 2015. Mr. Bray agreed to accept service on Ms. Philips' behalf. JDPI also notifies the Court that it served the following on plaintiff and counterdefendant VIP Products, LLC's ("VIP") counsel of

QB\34483318.1

record via electronic mail[1] on April 7, 2015: (1) notice of the third-party subpoena to Elle Phillips pursuant to Rule 45(a)(4); (2) notice of deposition of Stephen Sacra, Founder and Owner of VIP; and (3) notice of deposition of Wendy Sacra, International Sales Manager for VIP.

DATED: April 9, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Isaac S. Crum*
　　　　　　　　　　　　　　　　　　　Gregory P. Sitrick  (AZ Bar #028756)
　　　　　　　　　　　　　　　　　　　Gregory.Sitrick@quarles.com
　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　　Isaac.Crum@quarles.com
　　　　　　　　　　　　　　　　　　　Quarles & Brady LLP
　　　　　　　　　　　　　　　　　　　Firm State Bar No. 00443100
　　　　　　　　　　　　　　　　　　　One Renaissance Square
　　　　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　　Telephone (602) 229-5200
　　　　　　　　　　　　　　　　　　　Fax (602) 229-5690

　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　Christopher C. Larkin (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　clarkin@seyfarth.com
　　　　　　　　　　　　　　　　　　　2029 Century Park East
　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067-3021
　　　　　　　　　　　　　　　　　　　Telephone: (310) 201-5289
　　　　　　　　　　　　　　　　　　　Facsimile: (310) 201-5219

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant and Counterclaimant*
　　　　　　　　　　　　　　　　　　　*JACK DANIEL'S PROPERTIES, INC.*

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5.  (Notwithstanding that agreement, JDPI also mailed a copy of each of these documents to VIP's counsel via first class mail on the same date.)

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                                        */s/ Isaac S. Crum*
                                        Isaac S. Crum