Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF VIP PRODUCTS, L.L.C.'S FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT JACK DANIEL'S PROPERTIES, INC.** |

Notice is hereby given that Plaintiff-counter-defendant VIP Products, L.L.C. has served its First Set of Request Admissions to Defendant Jack Daniel's Properties, Inc. by both hand-delivery and e-mail on counsel of record for Defendant-Counterclaimant on the date set forth below.

**RESPECTFULLY SUBMITTED** this 16th day of April, 2015.

　　　　　　　　　　　　　　　　**DICKINSON WRIGHT PLLC**


　　　　　　　　　　　　　　　　By: s/ David G. Bray
　　　　　　　　　　　　　　　　　　David G. Bray
　　　　　　　　　　　　　　　　　　Frank G. Long
　　　　　　　　　　　　　　　　　　David N. Ferrucci
　　　　　　　　　　　　　　　　　　1850 North Central Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85004
　　　　　　　　　　　　　　　　　　*Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 213800v1

2