# EXHIBIT A



PHOENIX 53913-11 213856v1