# EXHIBIT B

# *VIP – Loza Comparison*

|  | *Loza*<br>*2:09-cv-01118-DGC* | *VIP*<br>*2:14-cv-02057-DGC* |
|---|---|---|
| **Subject of Amendment** | To add Allstate as a defendant after (i) Allstate was named in original complaint and was dismissed following the filing of a motion to dismiss and (ii) a prior motion to amend to add Allstate back into the case was denied by the state court judge pre-removal ten months prior to the new motion | To assert new additional affirmative defenses and trademark registration cancellation claim and claim for declaratory relief on unregistered trade dress which claims and defenses are directly related to issues already joined in the case |
| **Timing of the Proposed Amendment Related to Close of Pleadings** | 13 months following filing of last pleading (Answer filed 8/29/2008, motion filed 9/29/2009) | 3 months following filing of the last pleading (Answer to Counterclaim filed 12/19/2014, motion filed 3/23/2014) |
| **Timing of the Proposed Amendment Related to Close of Discovery** | 2 days prior to close of discovery (motion filed 9/29/2009, close of discovery 10/1/2009) | 144 days – nearly five months – prior to close of discovery (motion filed 3/23/2015, close of discovery August 14, 2015) |
| **Timing of the Proposed Amendment Related to First Case Management Order in the Case** | 10 months later (pre-remand case management order entered by Superior Court on 11/28/2008, federal court motion filed 9/29/2009) | 2 months later (case management order entered 1/26/2015, motion filed 3/23/2015) |
| **Timing of the Proposed Amendment Related to Dispositive Motion Deadline** | 25 days prior to dispositive motion deadline (motion filed 9/29/2009, dispositive motion deadline 10/23/2009) | 171 days – nearly 6 months – prior to dispositive motion deadline (motion filed 3/23/2015, dispositive motion deadline 9/11/15) |
| **Prior Amendments or Attempts to Amend** | Yes | No |

PHOENIX 53913-11 213418v1