QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF FIRST SUPPLEMENTAL INITIAL DISCLOSURES OF DEFENDANT AND COUNTERCLAIMANT JACK DANIEL'S PROPERTIES, INC.** |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served a First Supplemental Initial Disclosures of Defendant and Counterclaimant Jack Daniel's Properties, Inc. pursuant to Rule 26(e) on

plaintiff and counterdefendant VIP Products, LLC's ("VIP") counsel of record via electronic mail[1] on May 1, 2015.

DATED: May 4, 2015             Respectfully submitted,

                                 */s/ Isaac S. Crum*
                                 Gregory P. Sitrick  (AZ Bar #028756)
                                 Gregory.Sitrick@quarles.com
                                 Isaac S. Crum (AZ Bar #026510)
                                 Isaac.Crum@quarles.com
                                 Quarles & Brady LLP
                                 Firm State Bar No. 00443100
                                 One Renaissance Square
                                 Two North Central Avenue
                                 Phoenix, AZ 85004
                                 Telephone (602) 229-5200
                                 Fax (602) 229-5690

                                 SEYFARTH SHAW LLP
                                 Christopher C. Larkin (admitted pro hac vice)
                                 clarkin@seyfarth.com
                                 2029 Century Park East
                                 Suite 3500
                                 Los Angeles, California 90067-3021
                                 Telephone: (310) 201-5289
                                 Facsimile: (310) 201-5219

                                 *Attorneys for Defendant and Counterclaimant*
                                 *JACK DANIEL'S PROPERTIES, INC.*

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, JDPI also mailed a copy of this documents via first class mail on the same date.)

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on May 4, 2015, I electronically filed the foregoing with the
3  Clerk of Court using the CM/ECF system, which will send a notification of such filing
4  (NEF) to all counsel of record in this case.

5

6
   */s/ Isaac S. Crum*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26