1  QUARLES & BRADY LLP
   Gregory P. Sitrick
2  Isaac S. Crum
   One Renaissance Square
3  Two North Central Avenue
   Phoenix, Arizona 85004-2391
4  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
5  E-mail: Gregory.sitrick@quarles.com

6  SEYFARTH SHAW LLP
   Christopher C. Larkin (admitted pro hac vice)
7  2029 Century Park East
   Suite 3500
8  Los Angeles, California 90067-3021
   Telephone: (310) 201-5289
9  Facsimile: (310) 201-5219
   E-mail: clarkin@seyfarth.com
10
   Attorneys for Defendant and Counterclaimant
11 JACK DANIEL'S PROPERTIES, INC.

12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>           Plaintiff,<br><br>      v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | Case No. CV 14-02057 PHX DGC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |
| Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>           Counterclaimant,<br><br>      v.<br><br>VIP Products, LLC, an Arizona limited liability company,<br><br>           Counterdefendant. | |

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public

QB\136435.00005\35027507.1

disclosure and from use for any purpose other than prosecuting or defending this litigation may be warranted. Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Protective Order. The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The parties further acknowledge, as set forth in Section 12.3, below, that this Stipulated Protective Order does not entitle them to file confidential information under seal without further order of the Court; Local Civil Rule 5.6 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the Court to file material under seal.

Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted reasonable necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and to serve the ends of justice, and believing that good cause exists, a protective order for such information is justified in this

. . . .

. . . .

. . . .

. . . .

. . . .

matter. For these reasons, the parties jointly request that the Court enter the joint stipulated protective order attached hereto.

DATED: May 7, 2015

| DICKSON WRIGHT, PLLC | QUARLES & BRADY, LLP<br>SEYFARTH SHAW LLP |
|---|---|
| */s/ David G. Bray*<br>David G. Bray<br>*Attorneys for Plaintiff and*<br>*Counterdefendant VIP Products, L.L.C.* | */s/ Isaac S. Crum*<br>Christopher C. Larkin<br>Gregory P. Sitrick<br>Isaac S. Crum<br>*Attorneys for Defendant and*<br>*Counterclaimant Jack Daniel's*<br>*Properties, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*