QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S:**<br><br>**(1) FIRST SET OF INTERROGATORIES;**<br>**(2) FIRST SET OF REQUESTS FOR PRODUCTION; AND**<br>**(3) FIRST SET OF REQUESTS FOR ADMISSION** |

Pursuant to LRCiv 5.2, Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served the following on Plaintiff and Counterdefendant VIP Products, LLC's ("VIP") counsel of record via electronic mail[1] on May 14, 2015: (1) Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, JDPI also mailed a copy of each of these documents to VIP's counsel via first class mail on the same date.)

QB\34483318.1

NOTICE OF SERVICE OF DISCOVERY RESPONSES

Responses to Plaintiff and Counterdefendant's First Set of Requests for Production of Documents; (2) Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counterdefendant's First Set of Interrogatories; and (3) Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counterdefendant's First Set of Requests for Admission.

DATED: May 15, 2015                   Respectfully submitted,

                                       */s/ Isaac S. Crum*
                                       Gregory P. Sitrick  (AZ Bar #028756)
                                       Gregory.Sitrick@quarles.com
                                       Isaac S. Crum (AZ Bar #026510)
                                       Isaac.Crum@quarles.com
                                       Quarles & Brady LLP
                                       Firm State Bar No. 00443100
                                       One Renaissance Square
                                       Two North Central Avenue
                                       Phoenix, AZ 85004
                                       Telephone (602) 229-5200
                                       Fax (602) 229-5690

                                       SEYFARTH SHAW LLP
                                       Christopher C. Larkin (admitted pro hac vice)
                                       clarkin@seyfarth.com
                                       2029 Century Park East
                                       Suite 3500
                                       Los Angeles, California 90067-3021
                                       Telephone: (310) 201-5289
                                       Facsimile: (310) 201-5219

                                       *Attorneys for Defendant and Counterclaimant*
                                       *JACK DANIEL'S PROPERTIES, INC.*

QB\34483318.1

NOTICE OF SERVICE OF DISCOVERY RESPONSES

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*
Isaac S. Crum