QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona Limited Liability Company,<br><br>      Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware Corporation,<br><br>      Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF:**<br><br>**(1) DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION;**<br>**(2) DEFENDANT'S SECOND SET OF INTERROGATORIES; AND**<br>**(3) DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION** |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served the following on Plaintiff and counterdefendant VIP Products, LLC's ("VIP") counsel of record via hand service (with courtesy copy by electronic mail on May 18, 2015: (1) Defendant's First Set of Requests for Admission; (2) Defendant's Second Set of Interrogatories; and (3) Defendant's Second Set of Requests for Production.

QB\35159749.1

| | |
|---|---|
| DATED: May 18, 2015 | Respectfully submitted, |
| | |
| | */s/ Isaac S. Crum* |
| | Gregory P. Sitrick  (AZ Bar #028756) |
| | Gregory.Sitrick@quarles.com |
| | Isaac S. Crum (AZ Bar #026510) |
| | Isaac.Crum@quarles.com |
| | Quarles & Brady LLP |
| | Firm State Bar No. 00443100 |
| | One Renaissance Square |
| | Two North Central Avenue |
| | Phoenix, AZ 85004 |
| | Telephone (602) 229-5200 |
| | Fax (602) 229-5690 |
| | |
| | SEYFARTH SHAW LLP |
| | Christopher C. Larkin (admitted pro hac vice) |
| | clarkin@seyfarth.com |
| | 2029 Century Park East |
| | Suite 3500 |
| | Los Angeles, California 90067-3021 |
| | Telephone: (310) 201-5289 |
| | Facsimile: (310) 201-5219 |
| | |
| | *Attorneys for Defendant and Counterclaimant JACK DANIEL'S PROPERTIES, INC.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                                           */s/ Isaac S. Crum*
                                           Isaac S. Crum