Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant. | No. 2:14-cv-02057-DGC<br><br>**PLAINTIFF VIP PRODUCTS, LLC'S AMENDED ANSWER TO JACK DANIEL'S PROPERTIES, INC.'S COUNTERCLAIM** |

Plaintiff/counter-defendant VIP Products, L.L.C. ("Counter-defendant" or "VIP") hereby submit its Answer to the Counterclaim ("Counterclaim") filed by Jack Daniel's Properties, Inc. ("JDP" or "Counter-plaintiff") as follows:

**ADMISSIONS AND DENIALS**

The following Admissions and Denials are made in accordance with Fed. R. Civ. P. Rule 8, in that the Counter-defendant intends in good faith to controvert all the averments of the Counterclaim, except for designated averments or paragraphs as the Counter-defendant may expressly admit or to which the Counter-defendant may otherwise respond. Without

1

waiving any of the defenses stated hereinafter, Counter-defendant answers the allegations of the Counterclaim by correspondingly numbered paragraphs, as follows:

1. Answering paragraph 1 of the Counterclaim, Counter-defendant admits that the Court has jurisdiction over the claims asserted in the Counterclaim but affirmatively denies that it engaged in any activity that would give rise to liability for the claims assert in Counter-plaintiff's Counterclaim.

## PARTIES

2. Counter-defendant admits the allegations of paragraph 2 of the Counterclaim.

3. Counter-defendant admits the allegations of paragraph 3 of the Counterclaim.

## JURISDICTION AND VENUE

4. Answering paragraph 4 of the Counterclaim, Defendant admits that jurisdiction and venue are proper in this Court but denies that it engaged in any activity that would give rise to liability for the claims assert in Counter-plaintiff's Counterclaim.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

5. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 of the Counterclaim and therefore denies them.

6. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 of the Counterclaim and therefore denies them.

7. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 of the Counterclaim and therefore denies them.

8. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of the Counterclaim and therefore denies them.

9. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 of the Counterclaim and therefore denies them.

10. Counter-defendant states it is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Counterclaim and therefore denies them.

11. Answering Paragraph 11 of the Counterclaim, Counter-defendant admits JDP owns the federal trademark registrations specifically identified by number in this paragraph of the Counterclaim.

12. Answering Paragraph 12 of the Counterclaim, Counter-defendant admits JDP owns the federal trademark registrations specifically identified by number in this paragraph of the Counterclaim.

13. Counter-defendant admits the allegations of paragraph 13 of the Counterclaim.

14. Answering paragraph 14 of the Counterclaim, Defendant admits that Counter-plaintiff accurately recites the short snippets from VIP's Complaint that it placed in quotation marks in this paragraph of its Counterclaim. Counter-defendant denies the remaining allegations of paragraph 14 of the Counterclaim.

15. Answering paragraph 15 of the Counterclaim, Defendant admits that Counter-plaintiff accurately recites the short snippets from VIP's Complaint that it placed in quotation marks in this paragraph of its Counterclaim. Counter-defendant further admits that the referenced disclaimer appears on the package hanger for the subject dog toy in question. Counter-defendant denies the remaining allegations of paragraph 15 of the Counterclaim.

16. Counter-defendant denies the allegations of paragraph 16 of the Counterclaim.

17. Answering paragraph 17 of the Counterclaim, defendant admits that it has alleged in its Complaint that the Bad Spaniels toy is a parody and that Counter-plaintiff accurately recites the short snippet from VIP's Complaint that it placed in quotation marks in this

paragraph of its Counterclaim. Counter-defendant denies the remaining allegations of paragraph 17 of the Counterclaim.

18. Counter-defendant denies the allegations of paragraph 18 of the Counterclaim.

19. Answering paragraph 19 of the Counterclaim, Defendant admits that Counter-plaintiff accurately recites the short snippets from VIP's Bad Spaniels toy label that it placed in quotation marks in this paragraph of the Counterclaim. Counter-defendant denies the remaining allegations of paragraph 19 of the Counterclaim.

**FIRST COUNTERCLAIM FOR RELIEF**

20. Answering paragraph 20 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

21. Counter-defendant denies the allegations of paragraph 21 of the Counterclaim.

22. Counter-defendant denies the allegations of paragraph 22 of the Counterclaim.

23. Counter-defendant denies the allegations of paragraph 23 of the Counterclaim.

24. Counter-defendant denies the allegations of paragraph 24 of the Counterclaim.

**SECOND COUNTERCLAIM FOR RELIEF**

25. Answering paragraph 25 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

26. Counter-defendant denies the allegations of paragraph 26 of the Counterclaim.

27. Counter-defendant denies the allegations of paragraph 27 of the Counterclaim.

28. Counter-defendant denies the allegations of paragraph 28 of the Counterclaim.

29. Counter-defendant denies the allegations of paragraph 29 of the Counterclaim.

**THIRD COUNTERCLAIM FOR RELIEF**

30. Answering paragraph 30 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

31. Counter-defendant denies the allegations of paragraph 31 of the Counterclaim.

32. Counter-defendant denies the allegations of paragraph 32 of the Counterclaim.

33. Counter-defendant denies the allegations of paragraph 33 of the Counterclaim.

34. Counter-defendant denies the allegations of paragraph 34 of the Counterclaim.

35. Counter-defendant denies the allegations of paragraph 35 of the Counterclaim.

**FOURTH COUNTERCLAIM FOR RELIEF**

36. Answering paragraph 36 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

37. Counter-defendant denies the allegations of paragraph 37 of the Counterclaim.

38. Counter-defendant denies the allegations of paragraph 38 of the Counterclaim.

39. Counter-defendant denies the allegations of paragraph 39 of the Counterclaim.

40. Counter-defendant denies the allegations of paragraph 40 of the Counterclaim.

41. Counter-defendant denies the allegations of paragraph 41 of the Counterclaim.

**FIFTH COUNTERCLAIM FOR RELIEF**

42. Answering paragraph 42 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

43. Counter-defendant denies the allegations of paragraph 43 of the Counterclaim.

44. Counter-defendant denies the allegations of paragraph 44 of the Counterclaim.

45. Counter-defendant denies the allegations of paragraph 45 of the Counterclaim.

**SIXTH COUNTERCLAIM FOR RELIEF**

46. Answering paragraph 46 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

47. Counter-defendant denies the allegations of paragraph 47 of the Counterclaim.

48. Counter-defendant denies the allegations of paragraph 48 of the Counterclaim.

49. Counter-defendant denies the allegations of paragraph 49 of the Counterclaim.

## SEVENTH COUNTERCLAIM FOR RELIEF

50. Answering paragraph 50 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

51. Counter-defendant denies the allegations of paragraph 51 of the Counterclaim.

52. Counter-defendant denies the allegations of paragraph 52 of the Counterclaim.

53. Counter-defendant denies the allegations of paragraph 53 of the Counterclaim.

## EIGHTH COUNTERCLAIM FOR RELIEF

54. Answering paragraph 54 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

55. Counter-defendant denies the allegations of paragraph 55 of the Counterclaim.

56. Counter-defendant denies the allegations of paragraph 56 of the Counterclaim.

57. Counter-defendant denies the allegations of paragraph 57 of the Counterclaim.

58. Counter-defendant denies the allegations of paragraph 58 of the Counterclaim.

## NINTH COUNTERCLAIM FOR RELIEF

59. Answering paragraph 59 of the Counterclaim, Counter-defendant incorporates by reference its answers to the previous paragraphs of the Counterclaim as though fully set forth herein.

60. Counter-defendant denies the allegations of paragraph 60 of the Counterclaim.

61. Counter-defendant denies the allegations of paragraph 61 of the Counterclaim.

62. Counter-defendant denies the allegations of paragraph 62 of the Counterclaim.

63. Counter-defendant denies the allegations of paragraph 63 of the Counterclaim.

## GENERAL DENIAL

64. Counter-defendant denies each and every allegation of Counter-plaintiff's Counterclaim not specifically admitted herein.

## AFFIRMATIVE DEFENSES

65. One or more of the Counterclaims are barred for failure to comply with statutory requirements.

66. The Counterclaims are barred in whole or in part because one or more of Counter-plaintiff's purported marks and/or trade dress are merely ornamental or decorative, generic, merely descriptive, non-distinctive or functional and not entitled to protection.

67. The Counterclaims are barred in whole or in part because Counter-plaintiff's alleged trade dress has failed to attain secondary meaning.

68. The Counterclaims are barred in whole or in part because one or more of Counter-plaintiff's purported marks and/or trade dress are not famous, as the term of is construed under the Lanham Act.

69. The Counterclaims are barred because Counter-Defendant's conduct constitutes fair use.

70. The Counterclaims are barred because Counter-Defendant's product is parody protected by the First Amendment of the U.S. Constitution.

71. The Counterclaims are barred in whole or in part by reason of other parties' prior or current use of marks and/or trade dress similar to Counter-Plaintiff's purported marks and/or trade dress.

72. The Counterclaims are barred in whole or in part because Counter-Defendant's alleged marks and/or trade dress are invalid, unenforceable and/or not infringed.

## JURY DEMAND

73. Counter-defendant requests a trial by jury in this action as to all issues so triable, including all counterclaims asserted by Counter-plaintiff in its Counterclaim.

WHEREFORE, Counter-defendant VIP Products, L.L.C. prays that:

A. The Counterclaim be dismissed in its entirety with prejudice and that Counter-plaintiff take nothing by its Counterclaim;

B. Judgment be entered against Counter-plaintiff and in VIP's favor;

C. VIP be awarded his costs of defense and reasonable attorneys' fees herein; and

D. The Court award VIP other and further relief as it deems appropriate.

DATED this 20th day of May, 2015.

**DICKINSON WRIGHT PLLC**

By: s/ David G. Bray
David G. Bray
Frank G. Long
David N. Ferrucci
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for VIP Products, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 207590v1