Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>       Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF VIP PRODUCTS, L.L.C.'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JACK DANIEL'S PROPERTIES, INC. CONTAINING RESTATED AND CORRECTED REQUEST NOS. 11, 16, AND 19** |

Notice is hereby given that Plaintiff-counter-defendant VIP Products, L.L.C. has served its Second Set of Request for Production of Documents to Defendant Jack Daniel's Properties, Inc. by both hand-delivery and e-mail on counsel of record for Defendant-Counterclaimant on May 19, 2015.

**RESPECTFULLY SUBMITTED** this 20th day of May, 2015.

DICKINSON WRIGHT PLLC


By: s/ David G. Bray
    David G. Bray
    Frank G. Long
    David N. Ferrucci
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona  85004
    *Attorneys for VIP Products, L.L.C.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 221176v1

2