QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona Limited Liability Company,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware Corporation,<br><br>    Defendant and Counterclaimant. | Case No. CV 14-02057 PHX DGC<br><br>**NOTICE OF SERVICE OF 30(b)(6) DEPOSITION NOTICE OF VIP PRODUCTS, LLC** |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served a Notice of 30(b)(6) Deposition of VIP Products, LLC on plaintiff and counterdefendant VIP Products, LLC's ("VIP") on counsel of record via electronic mail[1] on June 1, 2015.

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, JDPI also mailed a copy of this document via first class mail on the same date.)

QB\35324345.1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 1, 2015 | Respectfully submitted, |
| 3 | | |
| 4 | | /s/ Isaac S. Crum |
| | | Gregory P. Sitrick  (AZ Bar #028756) |
| 5 | | Gregory.Sitrick@quarles.com |
| | | Isaac S. Crum (AZ Bar #026510) |
| 6 | | Isaac.Crum@quarles.com |
| 7 | | Quarles & Brady LLP |
| | | Firm State Bar No. 00443100 |
| 8 | | One Renaissance Square |
| | | Two North Central Avenue |
| 9 | | Phoenix, AZ 85004 |
| 10 | | Telephone (602) 229-5200 |
| | | Fax (602) 229-5690 |

DATED: June 1, 2015                   Respectfully submitted,

 /s/ Isaac S. Crum
Gregory P. Sitrick  (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
clarkin@seyfarth.com
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 1, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                /s/ Isaac S. Crum
                Isaac S. Crum