1  QUARLES & BRADY LLP
   Gregory P. Sitrick
2  Isaac S. Crum
   One Renaissance Square
3  Two North Central Avenue
   Phoenix, Arizona 85004-2391
4  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
5  E-mail: Gregory.Sitrick@quarles.com
   E-mail: Isaac.Crum@quarles.com
6
   SEYFARTH SHAW LLP
7  Christopher C. Larkin (admitted pro hac vice)
   2029 Century Park East
8  Suite 3500
   Los Angeles, California 90067-3021
9  Telephone: (310) 201-5289
   Facsimile: (310) 201-5219
10 E-mail: clarkin@seyfarth.com

11 Attorneys for Defendant and Counterclaimant
   JACK DANIEL'S PROPERTIES, INC.
12

13                **IN THE UNITED STATES DISTRICT COURT**

14                     **FOR THE DISTRICT OF ARIZONA**

15

16 | VIP Products, LLC, an Arizona Limited Liability Company, | |
   |---|---|
17 | Plaintiff and Counterdefendant, | Case No. CV 14-02057 PHX DGC |
18 | v. | **NOTICE OF SERVICE OF SUBPOENA** |
19 | Jack Daniel's Properties, Inc., a Delaware Corporation, | |
20 | | |
21 | Defendant and Counterclaimant. | |

22

23     Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties,

24 Inc. ("JDPI") notifies the Court that it served a third-party subpoena pursuant to Rule 45

25 on Boozin' Gear, Inc. on June 9, 2015. Notice of the subpoena and a copy of said

26

27

28

subpoena was provided to plaintiff and counterdefendant VIP Products, LLC's ("VIP") counsel of record via electronic mail[1] on June 5, 2015.

DATED: June 9, 2015                    Respectfully submitted,

                                         */s/ Isaac S. Crum*
                                        Gregory P. Sitrick  (AZ Bar #028756)
                                        Gregory.Sitrick@quarles.com
                                        Isaac S. Crum (AZ Bar #026510)
                                        Isaac.Crum@quarles.com
                                        Quarles & Brady LLP
                                        Firm State Bar No. 00443100
                                        One Renaissance Square
                                        Two North Central Avenue
                                        Phoenix, AZ 85004
                                        Telephone (602) 229-5200
                                        Fax (602) 229-5690

                                        SEYFARTH SHAW LLP
                                        Christopher C. Larkin (admitted pro hac vice)
                                        clarkin@seyfarth.com
                                        2029 Century Park East
                                        Suite 3500
                                        Los Angeles, California 90067-3021
                                        Telephone: (310) 201-5289
                                        Facsimile: (310) 201-5219

                                        *Attorneys for Defendant and Counterclaimant*
                                        *JACK DANIEL'S PROPERTIES, INC.*

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5.  (Notwithstanding that agreement, JDPI also mailed a copy of the subpoena and notice of subpoena via first class mail on the same date.)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum
Isaac S. Crum