Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF DEPOSITION NOTICE OF DR. ITAMAR SIMONSON** |

　　　Pursuant to LRCiv 5.2, plaintiff and counterdefendant VIP Products, L.L.C. ("VIP") notifies the Court that it served a Notice of Deposition of Dr. Itamar Simonson on defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") on counsel of record via electronic mail [1] on June 9, 2015.

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, VIP also mailed a copy of this document via first class mail on the same date.)

**RESPECTFULLY SUBMITTED** this 10th day of June, 2015.

                          **DICKINSON WRIGHT PLLC**

                    By: s/ David G. Bray
                        David G. Bray
                        Frank G. Long
                        David N. Ferrucci
                        1850 North Central Avenue, Suite 1400
                        Phoenix, Arizona  85004
                        *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 225599v1

3