Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant
VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counterdefendant,<br><br>   v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF SUBPOENA** |

Pursuant to LRCiv 5.2, plaintiff and counterdefendant VIP Products, L.L.C. ("VIP") notifies the Court that it served a third-party subpoena pursuant to Rule 45 on Dr. Itamar Simonson on June 9, 2015. Notice of the subpoena was provided to defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") counsel of record via electronic mail[1] on June 10, 2015.

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, VIP also mailed a copy of the subpoena on June 9, 2015 and notice of subpoena on June 10, 2015 via first class mail.)

1

**RESPECTFULLY SUBMITTED** this 10th day of June, 2015.

          **DICKINSON WRIGHT PLLC**


By: s/ David G. Bray
    David G. Bray
    Frank G. Long
    David N. Ferrucci
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

          s/ Kristi A. Arendt

PHOENIX 53913-11 225602v1

3