Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**JOINT MOTION TO EXTEND CERTAIN EXPERT AND REBUTTAL DISCLOSURES** |

Plaintiff VIP Products, L.L.C. and Defendant Jack Daniel's Properties, Inc. (collectively, "The Parties"), hereby jointly move the Court to extend Plaintiff's expert disclosure deadline by one business day to Monday, June 15, 2015 and to extend the deadline for Jack Daniel's Properties, Inc. to disclose its rebuttal expert witnesses one business day to July 13, 2015.  Plaintiff's rebuttal expert disclosure deadline shall remain on July 10, 2015.

Good cause exists as one of Plaintiff's experts is experiencing technical problems with his computer today and the extension of these deadlines by one business day will not impact any other deadline in this case.  For the convenience of the court a form of Order is submitted herewith.

| | |
|---|---|
| DICKSON WRIGHT, PLLC | QUARLES & BRADY, LLP<br>SEYFARTH SHAW LLP |
| s/ David G. Bray<br>David G. Bray<br>*Attorneys for Plaintiff and*<br>*Counterdefendant VIP Products, L.L.C.* | s/ Christopher C. Larkin<br>Christopher C. Larkin<br>Gregory P. Sitrick<br>Isaac S. Crum<br>*Attorneys for Defendant and*<br>*Counterclaimant Jack Daniel's*<br>*Properties, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 226406v1