# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　　Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**ORDER ON JOINT MOTION TO EXTEND CERTAIN EXPERT DISCLOSURE DEADLINES BY ONE BUSINESS DAY** |

Having considered the Parties' Joint Motion to Extend Certain Expert Disclosure Deadlines by One Business Day and good cause appearing:

IT IS HEREBY ORDERED extending the deadline of Plaintiff's disclosures as required by Rule 26(a)(2)(A)-(C) from Friday, June 12, 2015 until Monday, June 15, 2015 and (ii) extending the deadline for disclosure of Jack Daniel's Properties, Inc.'s rebuttal expert opinions from Friday, July 10, 2015 until Monday, July 13, 2015. Plaintiff's deadline to disclose its rebuttal experts shall remain on July 10, 2015.

PHOENIX 53913-11 226382v1