Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF AND COUNTERDEFENDANT VIP PRODUCTS, L.L.C.'S RESPONSES TO JACK DANIEL'S PROPERTIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** |

Notice is hereby given that Plaintiff-Counterdefendant VIP Products, L.L.C. has served its Responses to Jack Daniel's Properties, Inc.'s First Set of Requests for Admission by both e-mail and USPS first class mail on counsel of record for Defendant-Counterclaimant on the date set forth below.

**RESPECTFULLY SUBMITTED** this 15th day of June, 2015.

                **DICKINSON WRIGHT PLLC**

                By: s/ David G. Bray
                    David G. Bray
                    Frank G. Long
                    David N. Ferrucci
                    1850 North Central Avenue, Suite 1400
                    Phoenix, Arizona  85004
                    *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 226598v1