1   Firm E-Mail: courtdocs@dickinsonwright.com

2   David G. Bray (#014346)
    dbray@dickinsonwright.com
3   Frank G. Long (#012245)
    flong@dickinsonwright.com
4   David N. Ferrucci (#027423)
    dferrucci@dickinsonwright.com
5   **DICKINSON WRIGHT, PLLC**
    1850 North Central Avenue, Suite 1400
6   Phoenix, Arizona 85004
    Phone: (602) 285-5000
7   Fax: (602) 285-5100

8   *Attorneys for Plaintiff and Counterdefendant*
    *VIP Products, L.L.C.*

9

10                    **IN THE UNITED STATES DISTRICT COURT**

                              **DISTRICT OF ARIZONA**

11
     VIP Products, L.L.C., an Arizona limited          No. 2:14-cv-02057-DGC
12   liability company,

13                  Plaintiff and Counterdefendant,    **NOTICE OF SERVICE OF SUBPOENA**

14          v.

15   Jack Daniel's Properties, Inc., a Delaware
16   corporation

17                  Defendant and Counterclaimant.

18

19          Pursuant to LRCiv 5.2, plaintiff and counterdefendant VIP Products, L.L.C. ("VIP")

20   notifies the Court that it served a third-party subpoena pursuant to Rule 45 on Owens-Illinois,

21   Inc. on June 10, 2015.    Notice of the subpoena was provided to defendant and

22   counterclaimant Jack Daniel's Properties, Inc. ("JDPI") counsel of record via electronic mail[1]

23   on June 10, 2015.

24

25

26

27   _____
     [1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via
     electronic mail constitutes effective service under Rule 5.  (Notwithstanding that agreement,
     VIP also mailed a copy of the subpoena on June 10, 2015 and notice of subpoena on June 15,
     2015 via first class mail.)

                                                1

**RESPECTFULLY SUBMITTED** this 15th day of June, 2015.

**DICKINSON WRIGHT PLLC**

By: s/ David G. Bray
    David G. Bray
    Frank G. Long
    David N. Ferrucci
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona  85004
    *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 226859v1