1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, | No. CV14-02057-PHX DGC |
| Plaintiff and Counterdefendant, | **ORDER** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Defendant and Counterclaimant. | |

9
10
11
12
13
14
15

16    Having considered the Parties' Joint Motion to Extend Certain Expert Disclosure

17 Deadlines by One Business Day.  Doc. 59.

18    **IT IS ORDERED** that the parties' joint motion (Doc. 59) is **granted.**  The

19 deadline of Plaintiff's disclosures as required by Rule 26(a)(2)(A)-(C) is extended to

20 June 15, 2015 and (ii) the deadline for disclosure of Jack Daniel's Properties, Inc.'s

21 rebuttal expert opinions is extended to Monday, July 13, 2015.  Plaintiff's deadline to

22 disclose its rebuttal experts shall remain on July 10, 2015.

23    Dated this 16th day of June, 2015.

24
25
26
27

David G. Campbell
United States District Judge

28