Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>             Defendant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF AND COUNTERDEFENDANT VIP PRODUCTS, L.L.C.'S RESPONSES TO JACK DANIEL'S PROPERTIES, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (REQUESTS NO. 16-25)** |

Notice is hereby given that plaintiff and counterdefendant VIP Products, L.L.C. has served its Responses to Jack Daniel's Properties, Inc.'s Second Set of Requests for Production of Documents and Things (Requests No. 16-25) by both First Class U.S. mail and e-mail on counsel of record for Defendant-Counterclaimant on the date set forth below.

**RESPECTFULLY SUBMITTED** this 17th day of June, 2015.

                              **DICKINSON WRIGHT PLLC**

                              By: s/ David G. Bray
                                  David G. Bray
                                  Frank G. Long
                                  David N. Ferrucci
                                  1850 North Central Avenue, Suite 1400
                                  Phoenix, Arizona  85004
                                  *Attorneys for VIP Products, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

                              s/ Kristi A. Arendt