Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant
VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE** |

Plaintiff VIP Products, L.L.C. and Defendant Jack Daniel's Properties, Inc. (collectively, "The Parties"), hereby jointly move the Court to extend the fact discovery deadline from Friday, July 3, 2015 to Friday, July 17, 2015. Good cause exists for the reasons set forth below.

Each of the fact witnesses of Jack Daniels Properties, Inc. ("JDPI") is also designated as a corporate designee to testify as to at least some of the topics contained in VIP's Rule 30(b)(6) Deposition Notice. For the purpose of efficiency and to reduce costs, VIP has been noticing and taking the witnesses depositions in both capacities on the same day. Plaintiff has completed the personal deposition of JDPI President, David Gooder, and portions of the Rule 30(b)(6) deposition of JDPI in San Rafael, California. JDPI's remaining corporate designee

1

witnesses are located in Louisville, Kentucky.  Again, for purposes of efficiency, the Parties prefer that all of these JDPI witnesses' personal and Rule 30(b)(6) depositions be conducted simultaneously and completed on the same two-day trip to Kentucky.  The parties were unable to schedule the depositions of the remaining JDPI corporate designees on dates prior to July 3 on which the witnesses and all counsel were available.  The only date in the near term where all of the JDPI Louisville-based witnesses are available to be deposed at the same time is Thursday, July 16, 2015 continuing through Friday, July 17, 2015.  Therefore the Parties have scheduled the depositions of the remaining designees on the mutually-agreeable dates of July 16 and 17, 2015.  For this reason, the parties' jointly move the Court to extend the fact discovery deadline to July 17, 2015.  The parties note that this brief extension will not impact any other deadline in this case, including the August 14, 2015 deadline to complete expert discovery and the September 11, 2015 dispositive motion deadline.

For the convenience of the court a form of Order is submitted herewith.

**RESPECTFULLY SUBMITTED** this 25th day of June, 2015.

| | |
|---|---|
| DICKSON WRIGHT, PLLC | QUARLES & BRADY, LLP |
| | SEYFARTH SHAW LLP |
| | |
| s/ David G. Bray | s/ Christopher C. Larkin |
| David G. Bray | Christopher C. Larkin |
| *Attorneys for Plaintiff and* | Gregory P. Sitrick |
| *Counterdefendant VIP Products, L.L.C.* | Isaac S. Crum |
| | *Attorneys for Defendant and* |
| | *Counterclaimant Jack Daniel's* |
| | *Properties, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kylie Boie

PHOENIX 53913-11 229156v1

3