# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**ORDER ON STIPULATION TO EXTEND FACT DISCOVERY DEADLINE** |

      Having considered the Parties' Joint Motion to Extend the Fact Discovery Deadline to Friday, July 17, 2015 and good cause appearing:

      IT IS HEREBY ORDERED extending the fact discovery deadline on this case from Friday, July 3, 2015 to Friday, July 17, 2015.

PHOENIX 53913-11 229157v1

1