1  QUARLES & BRADY LLP
   Gregory P. Sitrick
2  Isaac S. Crum
   One Renaissance Square
3  Two North Central Avenue
   Phoenix, Arizona 85004-2391
4  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
5  E-mail: Gregory.sitrick@quarles.com

6  SEYFARTH SHAW LLP
   Christopher C. Larkin (admitted pro hac vice)
7  2029 Century Park East
   Suite 3500
8  Los Angeles, California 90067-3021
   Telephone: (310) 201-5289
9  Facsimile: (310) 201-5219
   E-mail: clarkin@seyfarth.com

10
   Attorneys for Defendant and Counterclaimant
11 JACK DANIEL'S PROPERTIES, INC.

12         **IN THE UNITED STATES DISTRICT COURT**

13           **FOR THE DISTRICT OF ARIZONA**

14
   VIP Products, LLC, an Arizona Limited
15 Liability Company,
                                          Case No. CV 14-02057 PHX DGC
16        Plaintiff and Counterdefendant,
                                          **NOTICE OF SERVICE OF**
17              v.                        **DISCOVERY**

18 Jack Daniel's Properties, Inc., a Delaware
   Corporation,
19
          Defendant and Counterclaimant.
20

21         Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties,

22 Inc. ("JDPI") notifies the Court that it served on plaintiff and counterdefendant VIP

23 Products LLC ("VIP")[1]: (1) JDPI's Second Supplemental Initial Disclosures on July 2,

24 2015; and (2) JDPI's Amended Responses to VIP's Second Set of Requests for

25

26 [1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service
   via electronic mail constitutes effective service under Rule 5.  (Notwithstanding that
27 agreement, JDPI also mailed a copy of the served documents to VIP via first class mail
   on the date indicated.)
28

QB\35814229.1

1

2    Admission on July 2, 2015.  Pursuant to VIP's request and representations, JDPI also
served VIP on July 6, 2015 with a subpoena pursuant to Rules 30 and 45 for John

3    Howard. (A notice of said subpoena was provided to VIP's counsel on the same day.)

4

5

6    DATED: July 10, 2015                    Respectfully submitted,

7
                                             */s/ Isaac S. Crum*
8                                            Gregory P. Sitrick  (AZ Bar #028756)
                                             Gregory.Sitrick@quarles.com
9                                            Isaac S. Crum (AZ Bar #026510)
                                             Isaac.Crum@quarles.com
10                                           Quarles & Brady LLP
                                             Firm State Bar No. 00443100
11                                           One Renaissance Square
                                             Two North Central Avenue
12                                           Phoenix, AZ 85004
                                             Telephone (602) 229-5200
13                                           Fax (602) 229-5690

14
                                             SEYFARTH SHAW LLP
15                                           Christopher C. Larkin (admitted pro hac vice)
16                                           clarkin@seyfarth.com
                                             2029 Century Park East
17                                           Suite 3500
                                             Los Angeles, California 90067-3021
18                                           Telephone: (310) 201-5289
                                             Facsimile: (310) 201-5219
19
20                                           *Attorneys for Defendant and Counterclaimant*
                                             *JACK DANIEL'S PROPERTIES, INC.*
21

22

23

24

25

26

27

28

NOTICE OF SERVICE OF DISCOVERY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

  /s/ Isaac S. Crum
Isaac S. Crum