Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**NOTICE OF SERVICE OF DEPOSITION OF PHILIP EPPS** |

Pursuant to LRCiv 5.2, plaintiff and counterdefendant VIP Products, L.L.C. ("VIP") notifies the Court that it served a Notice of Deposition of Philip Epps on defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") on counsel of record via electronic mail [1] on July 13, 2015.

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, VIP also mailed a copy of this document via first class mail on the same date.)

1

1

2  **RESPECTFULLY SUBMITTED** this 13th day of July, 2015.

3                                   **DICKINSON WRIGHT PLLC**

4

5                      By: <u>s/ David G. Bray</u>

6                          David G. Bray
                          Frank G. Long

7                           David N. Ferrucci
                          1850 North Central Avenue, Suite 1400

8                           Phoenix, Arizona  85004
                          *Attorneys for VIP Products, L.L.C.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 232661v1

3