1  Firm E-Mail: courtdocs@dickinsonwright.com

2  David G. Bray (#014346)
   dbray@dickinsonwright.com
3  Frank G. Long (#012245)
   flong@dickinsonwright.com
4  David N. Ferrucci (#027423)
   dferrucci@dickinsonwright.com
5  **DICKINSON WRIGHT, PLLC**
   1850 North Central Avenue, Suite 1400
6  Phoenix, Arizona 85004
   Phone: (602) 285-5000
7  Fax: (602) 285-5100

8  *Attorneys for Plaintiff and Counterdefendant*
   *VIP Products, L.L.C.*

9  **IN THE UNITED STATES DISTRICT COURT**

10 **DISTRICT OF ARIZONA**

11 VIP Products, L.L.C., an Arizona limited          No. 2:14-cv-02057-DGC
12 liability company,

13         Plaintiff and Counterdefendant,          **JOINT MOTION TO EXTEND EXPERT
                                                     DISCOVERY DEADLINE BY TWO WEEKS
14    v.                                             TO ACCOMMODATE ACADEMIC
                                                     SCHEDULE OF ONE OF THE EXPERTS**
15
16 Jack Daniel's Properties, Inc., a Delaware
   corporation
17
           Defendant and Counterclaimant.

18

19      Plaintiff VIP Products, L.L.C. and Defendant Jack Daniel's Properties, Inc.
20 (collectively, "The Parties"), hereby jointly move the Court to extend the expert discovery
21 deadline by two weeks to August 28, 2015 and to extend the deadline for filing dispositive
22 motions by two weeks to September 25, 2015.  Good cause exists for the reasons set forth
23 below.
24      The parties have designated a total of seven experts, which number includes two
25 rebuttal experts disclosed by plaintiff VIP Products on July 12, 2015.  The present deadline to
26 complete expert depositions is August 14, 2015.  Of these seven disclosed experts, three
27 depositions have been completed, and three are scheduled to be completed before the present

1

1   August 14, 2015 deadline.   The deposition of Plaintiff's rebuttal expert Steven Nowliss

2   regarding Jack Daniel's Properties' consumer confusion survey expert is not presently

3   scheduled.    Dr. Nowliss is a professor at the Washington University of St. Louis.  Due to

4   conflicts presented by his academic schedule and prior commitments, Dr. Nowliss is not

5   available to be deposed until the week of August 24, 2015.

6         The parties therefore jointly move the Court to extend the expert discovery deadline to

7   permit the parties to complete this final expert deposition to be competed the week of August

8   24, 2015 to accommodate Dr. Nowliss's schedule.   In addition, as Dr. Nowliss's testimony

9   may be relevant to the parties' planned dispositive motions, the parties further request that the

10  present dispositive motion deadline be extended by the same amount of time (from

11  September 11, 2015 to September 25, 2015).

12        For the convenience of the court a form of Order is submitted herewith.

13        DATED this 27th day of July, 2015.

14
15  DICKSON WRIGHT, PLLC                    QUARLES & BRADY, LLP
                                            SEYFARTH SHAW LLP
16

17  s/ David G. Bray                        s/ Isaac S. Crum
    David G. Bray                           Christopher C. Larkin
18  *Attorneys for Plaintiff and*           Gregory P. Sitrick
    *Counterdefendant VIP Products, L.L.C.* Isaac S. Crum
19                                          *Attorneys for Defendant and*
                                            *Counterclaimant Jack Daniel's*
20                                          *Properties, Inc.*

21

22

23

24

25

26

27

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:


s/ Kristi A. Arendt

PHOENIX 53913-11 235393v1

3