# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counterdefendant,<br><br>    v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**ORDER ON STIPULATION TO EXTEND FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Having considered the Parties' Joint Motion to Extend the Expert Discovery Deadline by Two Weeks to Friday, August 28, 2015 and good cause appearing:

IT IS HEREBY ORDERED extending the expert discovery deadline on this case from Friday, August 14, 2015 to Friday, August 28, 2015.

IT IS HEREBY ORDERED extending the dispositive motion deadline from Friday, September 11, 2015 to Friday, September 25, 2015.

PHOENIX 53913-11 235410v1

1