QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona Limited Liability Company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware Corporation,<br><br>Defendant and Counterclaimant. | Case No. CV 14-02057 PHX SMM<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv 5.2, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") notifies the Court that it served on plaintiff and counterdefendant VIP Products LLC ("VIP")[1]: (1) a subpoena and notice of deposition pursuant to Rules 30 and 45 for VIP's expert witness, Bruce Silverman on July 31, 2015; (2) a subpoena and notice

---

[1] Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the parties have agreed, in writing, that service via electronic mail constitutes effective service under Rule 5. (Notwithstanding that agreement, JDPI also mailed a copy of the served documents to VIP via first class mail on the date indicated.)

QB\36242942.1

of deposition pursuant to Rules 30 and 45 for VIP's expert witness, Stephen Nowlis on August 12, 2015.

DATED: August 14, 2015    Respectfully submitted,

                                         */s/ Isaac S. Crum*
Gregory P. Sitrick  (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
clarkin@seyfarth.com
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum
Isaac S. Crum