Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant*
*VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| Plaintiff and Counterdefendant, | **JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Defendant and Counterclaimant. | |

Plaintiff VIP Products, L.L.C. and Defendant Jack Daniel's Properties, Inc. (collectively, "The Parties"), hereby jointly move the Court to extend the dispositive motion deadline in this matter by four (4) weeks from Friday, September 25, 2015 until Friday, October 23, 2015. Good cause exists for the reasons set forth below.

Lead counsel for Plaintiff VIP Products, David Bray, is in the middle of multiple family crises that have caused him to recently spend significant him away from the office and that will require him to spend a significant portion of September in Florida. Undersigned counsel's mother who has been hospitalized in Phoenix for several weeks due to a chronic condition was just moved to ICU due to a potentially life threatening cardiac issue. At the same, time counsel's father in Florida has been hospitalized for the last two weeks with pulmonary fibrosis. Counsel has just been told by his father's pulmonologist that the family

now needs to look at hospice/end-of-life planning.  As a result, Plaintiff's counsel, who has power of attorney and medical power of attorney for his father, needs to travel to Florida to help.

      Counsel for Defendant has agreed that good cause exists for extending the dispositive motion deadline and joins in this Motion.  For the convenience of the court a form of Order is submitted herewith.

      DATED this 31th day of August, 2015.

| | |
|---|---|
| DICKSON WRIGHT, PLLC | QUARLES & BRADY, LLP<br>SEYFARTH SHAW LLP |
| s/ David G. Bray<br>David G. Bray<br>Frank G. Long<br>*Attorneys for Plaintiff and*<br>*Counterdefendant VIP Products, L.L.C.* | s/ Isaac S. Crum<br>Christopher C. Larkin<br>Gregory P. Sitrick<br>Isaac S. Crum<br>*Attorneys for Defendant and*<br>*Counterclaimant Jack Daniel's*<br>*Properties, Inc.* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kristi A. Arendt

PHOENIX 53913-11 242774v1