# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**ORDER ON STIPULATED MOTION TO DISPOSITIVE MOTION DEADLINE** |

Having considered the Parties' Joint Motion to Extend the Dispositive Motion Deadline by Four Weeks to October 23 2015;

IT IS HEREBY ORDERED extending the dispositive motion deadline from Friday, September 25, 2015 to Friday, October 23, 2015.

PHOENIX 53913-11 242783v1

1