# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaim. | |

Pending before the Court is the parties' Joint Motion to Extend the Dispositive Motion Deadline. (Doc. 82.) The parties request that the deadline be extended for four additional weeks to October 23, 2015. In support, the parties state that due to serious medical issues regarding his family, lead counsel for Plaintiff will need to be in Florida for a significant portion of September and will also need to devote his attention to family medical issues here in Arizona. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend the Dispositive Motion Deadline. (Doc. 82.) The dispositive motion deadline is extended from **Friday, September 25, 2015, to Friday, October 23, 2015**.

DATED this 1st day of September, 2015.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28