| AO 435<br>AZ Form (Rev. 1/2015) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Frank G. Long | 2. PHONE NUMBER 602-285-5093 | | 3. DATE 09/08/2015 | |
| 4. FIRM NAME Dickinson Wright, PLLC | | | | |
| 5. MAILING ADDRESS 1850 North Central Avenue | 6. CITY Phoenix | | 7. STATE AZ | 8. ZIP CODE 85004 |
| 9. CASE NUMBER 2:14-cv-02057 | 10. JUDGE Stephen McNamee | DATES OF PROCEEDINGS | | |
| | | 11. 08/31/2015 | 12. | |
| 13. CASE NAME VIP Products LLC v. Jack Daniel's Properties Incorporated | | LOCATION OF PROCEEDINGS | | |
| | | 14. Phoenix | 15. STATE Arizona | |
| 16. ORDER FOR<br>☐ APPEAL   ☐ CRIMINAL<br>☐ NON-APPEAL  ☑ CIVIL | | ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY<br>☐ OTHER (Specify) | |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING Telephonic Discovery Dispute Hearing | 8/31/2015 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☐ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☑ | ☐ | 0 | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE [signed]

20. DATE 09/08/2015

E-MAIL ADDRESS
FLong@dickinsonwright.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY