| ✎AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| AZ Form (Rev. 1/2015) | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME  Isaac Crum | 2. PHONE NUMBER  602-229-5759 | 3. DATE  9/18/15 | |
|---|---|---|---|

| 4. FIRM NAME  Quarles & Brady LLP |
|---|

| 5. MAILING ADDRESS  2 N. Central Ave., 1 Renaissance Sq. | 6. CITY  Phoenix | 7. STATE  AZ | 8. ZIP CODE  85004 |
|---|---|---|---|

| 9. CASE NUMBER  2:14-cv-02057 | 10. JUDGE  Stephen McNamee | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 8/31/15 | 12. |

| 13. CASE NAME  VIP Products LLC v Jack Daniels Properties Incorporated | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE  AZ |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 8/31/15 |
| ☐ CLOSING ARGUMENT (Defendant) | | Telephonic Discovery | |
| ☐ OPINION OF COURT | | Dispute Hearing | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 7 DAYS | ☑ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS  Isaac.Crum@quarles.com |
|---|---|
| 19. SIGNATURE  _[signature]_ | **NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  9/18/15 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY