# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**ORDER** |

The Court, having received Plaintiff's Motion for Clarification, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Court's August 31, 2015 ruling in this matter was not a decision on the admissibility of any documents or other evidence.

PHOENIX 53913-11 247083v1

1