James J. Osborne, Bar #009790
Jennifer B. Anderson, Bar #015605
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7843
josborne@jshfirm.com
janderson@jshfirm.com

Attorneys for Owens-Illinois, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, L.L.C., an Arizona limited liability company,<br><br>                              Plaintiff,<br><br>       v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>                              Defendant. | NO. 2:14-cv-02057-DGC<br><br>**OWENS-ILLINOIS, INC.'S NOTICE OF DISASSOCIATION OF COUNSEL** |

Attorneys James J. Osborne and Jennifer B. Anderson of Jones, Skelton & Hochuli, P.L.C. request to be removed from the Court's service list in this matter. They were added to the service list when they made an appearance for the limited purpose of filing an objection to a subpoena served on Owens-Illinois, Inc. Because Owens-Illinois is not a party, there is no need for its counsel to receive further notifications from the Court.

DATED this 22nd day of September, 2015.

                              JONES, SKELTON & HOCHULI, P.L.C.


                              By /s/ Jennifer B. Anderson
                                 James J. Osborne
                                 Jennifer B. Anderson
                                 2901 North Central Avenue, Suite 800
                                 Phoenix, Arizona 85012
                                 Attorneys for Owens-Illinois, Inc.

4502017.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

David G. Bray
Frank G. Long
David N. Ferrucci
Dickinson Wright, PLLC
1850 North Central Ave., Suite 1400
Phoenix, AZ 85004
Attorneys for VIP Products, LLC

Gregory Phillip Sitrick
Isaac Scott Crum
Quarles & Brady LLP - Phoenix, AZ
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391
Attorneys for Jack Daniel's Properties, Inc.

Christopher Craig Larkin
Seyfarth Shaw LLP - Los Angeles, CA
2029 Century Park E, Ste. 3500
Los Angeles, CA 90067
Attorneys for Jack Daniel's Properties, Inc.

/s/ Katie Danforth

4502017.1

2