Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>              Plaintiff and Counterdefendant,<br><br>       v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>              Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**JOINT MOTION TO EXCEED PAGE LIMITATION** |

Plaintiff/counterdefendant VIP Products, Inc. ("VIP") and defendant/counterclaimant Jack Daniel's Properties, Inc. ("JDPI"), hereby move the Court for an order allowing the parties to file one motion for summary judgment per party that exceeds the 17-page limit set by Local Rule 7.2.  The parties request leave to file (i) one motion for summary judgment each up to 30 pages supported by a statement of facts of up to 20 pages (ii) one opposition brief each up to 30 pages supported by a controverting statement of facts of up to 20 pages, and (iii) one reply brief each of up to 15 pages.  This motion to exceed is necessitated by the large number of claims and relevant law that need to be addressed in the motions which seek summary judgment on

the claims and counterclaims in this matter.   Judge Campbell's Case Management Order provides for only one motion for summary judgment per party, so all claims and counterclaims will need to be addressed in one motion. Accordingly, the parties respectfully request an order permitting the additional pages.   A proposed form of Order is attached for the Court's convenience.

**RESPECTFULLY SUBMITTED** this 24th day of September, 2015.

**DICKINSON WRIGHT, PLLC**


By: s/ David G. Bray
       David G. Bray
       Frank G. Long
       Jonathan S. Batchelor
       1850 North Central Avenue, Suite 1400
       Phoenix, Arizona 85012-2705
       *Attorneys for VIP Products, L.L.C.*


**QUARLES & BRADY LLP**


By: s/ Isaac S. Crum, Esq.
       Gregory P. Sitrick
       Isaac S. Crum
       One Renaissance Square
       Two North Central Avenue
       Phoenix, Arizona 85004-2391

**SEYFARTH SHAW LLP**
Christopher C. Larkin(admitted *pro hac vice*)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021

*Attorneys for*
*Jack Daniel's Properties, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3       I hereby certify that on September 24, 2015, I electronically transmitted the

4       attached document to the Clerk's Office using the CM/ECF System for filing and

        transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

5

6                          s/ Kristi A. Arendt

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
        PHOENIX 53913-11 247098v1
24

25

26