# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**ORDER** |

The Court, having received the Joint Motion to Exceed Page Limitation filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED granting this parties' motion to exceed the page limitation.

IT IS HEREBY FURTHER ORDERED that the parties may file (i) one motion for summary judgment each up to 30 pages supported by a statement of facts of up to 20 pages (ii) one opposition brief each of up to 30 pages supported by a controverting statement of facts of up to 20 pages, and (iii) one reply brief each of up to 15 pages.

PHOENIX 53913-11 247127v1

1