# Exhibit D



EXHIBIT 33  PLTF. / DEFT.
WITNESS Simonson
CONSISTING OF 1 PAGES
DATE 6-18-15
BEHMKE REPORTING AND VIDEO SERVICES, INC.