1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   VIP Products, LLC,                    )    No. CV-14-2057-PHX-SMM
                                          )
10                Plaintiff,               )
                                          )
11  vs.                                    )    **ORDER**
                                          )
12  Jack Daniel's Properties, Inc.,        )
                                          )
13                Defendant.               )
                                          )
14  _____      )
                                          )
15  And Related Counterclaim.             )
    _____      )

16

17        Pending before the Court is the parties' Joint Motion to Exceed Page Limitation.

18  (Doc. 90.)  The parties request leave to file (i) one motion for summary judgment each up

19  to 30 pages supported by a statement of facts of up to 20 pages (ii) one opposition brief each

20  up to 30 pages supported by a controverting statement of facts of up to 20 pages, and (iii)

21  one reply brief each of up to 15 pages.  (Id.)  In support, the parties state that they need to

22  exceed the District's page limitations due to the large number of claims in this case and the

23  complexity of the relevant law that must be addressed in the motions seeking summary

24  judgment.  (Id.)

25        Good cause appearing,

26        **IT IS HEREBY ORDERED** granting the parties' Joint Motion to Exceed Page

27  Limitation.  (Doc. 90.)  The parties may file one motion for summary judgment each up to

28  30 pages supported by a statement of facts of up to 20 pages, one response brief each up to

1    30 pages supported by a controverting statement of facts of up to 20 pages, and one reply

2    brief each of up to 15 pages.

3        DATED this 1st day of October, 2015.

4

5

6    _____

7        Stephen M. McNamee
      Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                    - 2 -