QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF ISAAC S.** |
| | ) | **CRUM IN SUPPORT OF** |
| v. | ) | **DEFENANT'S OPPOSITION TO** |
| | ) | **PLATINTIFF'S MOTION TO** |
| Jack Daniel's Properties, Inc., | ) | **EXCLUDE TESTIMONY OF DR.** |
| | ) | **SIMONSON** |
| Defendant. | ) | |
| | ) | |
| And Related Counterclaims. | ) | |
| | ) | |

I, Isaac S. Crum, declare as follows:

    1.    I am an attorney with Quarles & Brady LLP, One Renaissance Square Two North Central Avenue Phoenix, Arizona 85004-2391, and represent Defendant and Counterclaimant Jack Daniel's Properties, Inc., ("JDPI") in this matter. I am admitted to practice law in the State

1  of Arizona.  I have personal knowledge of all facts set forth in this declaration, and I would, and
2  could, testify competently thereto if called upon to do so.
3        2.      Attached hereto as Exhibit A is a true and correct copy of Dr. Itamar Simonson's
4  October 11, 2015 declaration.
5        3.      Attached hereto as Exhibit B is a true and correct copy of pages 183 to 193 of the
6  June 18, 2015 Deposition Transcript of Dr. Itamar Simonson.
7        4.      Attached hereto as Exhibit C is a true and correct copy of pages 67 to 75 of the
8  August 13, 2015 Deposition Transcript of Mr. Bruce Silverman.
9        5.      Attached hereto as Exhibit D is a true and correct copy of the Court's opinion in
10  *Half Price Books, Records, Magazines, Inc. v. BarnesAndNoble.com, LLC,* No. 3:02-cv-02518
11  (N.D. Tex. Nov. 22, 2004).

13  Dated:  October 12, 2015

14                                             */s/ Isaac S. Crum*
15                                               Isaac S. Crum

28

DECLARATION OF ISAAC S. CRUM IN SUPPORT OF DEFENANT'S OPPOSITION
TO PLATINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DR. SIMONSON