# EXHIBIT A



Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200
Fax 602.229.5690
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

Gregory P. Sitrick
Writer's Direct Dial: 602.229.5317
E-Mail: gregory.sitrick@quarles.com

August 18, 2015

**VIA EMAIL AND U.S. MAIL**

Frank Long, Esq.
Dickinson Wright, PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004

RE:   *VIP Products, LLC v. Jack Daniel's Properties, Inc.*, No. 14-cv-02057-PHX-SMM
      <u>August 12, 2015 Production by VIP Products, LLC</u>

Dear Frank:

      This letter is in response to your August 12, 2015 production of over 850 pages of documents nearly one month past the close of fact discovery on July 17, 2015. We have briefly reviewed these documents and they appear to consist of: (1) a chart created by VIP (or its attorneys) showing different trademark registrations, dates of registration, classes of goods, and images of specimens of use filed at the USPTO for the labels of various bourbons; and (2) hundreds of pages of trademark prosecution documents regarding registrations of the labels of various bourbons. Because these documents pertain to bourbon labels, we must assume that VIP intends to use them to support one or more of its defenses in this case. JDPI served comprehensive interrogatories and requests for production directed to VIP's defenses, and these documents should have been produced in response to one or more of those discovery requests, prior to JDPI's deposition of Mr. Sacra as VIP's Rule 30(b)(6) designee on its defenses. JDPI does not believe that these documents are a part of this case and will oppose any attempt by VIP to use these documents for any purpose in this case.

      The same is true for the documents VIP produced for the first time last night—a full month after the close of fact discovery (VIP01318–1319 and OWENS00001–6). Due to their untimely production, it is JDPI's position that these documents are not a part of this case and JDPI will oppose any attempt by VIP to use them for any purpose in this case.

      To the extent VIP tries to rely on any of these documents, JDPI will seek fees and sanctions related to having to respond to and brief these issues for the Court. Please let us know

20670969v.1
QB\36270078.2

Frank Long, Esq.
August 18, 2015
Page 2

by no later than Friday August 21, 2015 why VIP waited until after the close of discovery to produce these documents and whether VIP intends to move to include these documents as part of the case. If we do not hear back from you by then, we will assume that you will not seek to move for the inclusion of these documents into the case.

Very truly yours,

Gregory P. Sitrick
Attorney

GSITRICK:isc

cc: David Bray (via e-mail)
Frank Long (via e-mail)
Christopher Larkin (via e-mail)
Isaac Crum (via e-mail)

20670969v.1
QB\36270078.2