# EXHIBIT C



Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
602.229.5200
Fax 602.229.5690
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 602.229.5759
E-Mail: Isaac.Crum@quarles.com

August 28, 2015

**VIA E-MAIL AND U.S. MAIL**

Jonathan S. Batchelor, Esq.
Dickinson Wright PLLC
1850 N. Central Avenue
Suite 1400
Phoenix, Arizona 85004

RE: <u>**VIP Products, LLC v. Jack Daniel's Properties, Inc., CV 14-02057 PHX SMM**</u>

Dear Jonathan:

    We have received your letter dated August 27, 2015. This letter is to inform you that JDPI is not in a position to respond to your demands by 9:00AM Monday morning. JDPI's position remains as stated in JDPI's earlier correspondence and as discussed during our meet-and-confer on Wednesday, August 26, 2015. We look forward to discussing with the Court on Monday, August 31, 2015, both VIP's untimely production of almost 900 pages as well as this issue regarding VIP's untimely request for documents showing current use of JDPI's trademarks.

Very truly yours,

Isaac S. Crum

Cc: Gregory Sitrick (via e-mail)
    Christopher Larkin (via e-mail)
    Frank Long (via e-mail)
    David Bray (via e-mail)