1   Firm E-Mail: courtdocs@dickinsonwright.com

2   David G. Bray (#014346)
    dbray@dickinsonwright.com
3   Frank G. Long (#012245)
    flong@dickinsonwright.com
4   Jonathan S. Batchelor (#026882)
    jbatchelor@dickinsonwright.com
5   **DICKINSON WRIGHT, PLLC**
    1850 North Central Avenue, Suite 1400
6   Phoenix, Arizona 85004
    Phone: (602) 285-5000
    Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| VIP Products, L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
|---|---|
| Plaintiff and Counterdefendant, | **STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF ITAMAR SIMONSON** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Defendant and Counterclaimant. | |

The parties, by and through their undersigned counsel, hereby stipulate and agree to a four (4) business day extension to Wednesday, October 28, 2015 for Plaintiff to file its Reply in Support of its Motion to Exclude the Expert Testimony of Itamar Simonson.

Good cause exists for the extension because the present deadline is presenting Plaintiff with staffing challenges as all of Plaintiff's lawyers familiar with this matter have substantial commitments prior to the current deadline, including the October 23, 2015 dispositive motion deadline in this case and a jury trial in another matter. This is VIP's first request for extension for filing of its reply brief. For the convenience of the Court, a Form of Order is submitted herewith.

1

**DATED** this 19th day of October, 2015.

**DICKINSON WRIGHT, PLLC**

By: s/ David G. Bray
    David G. Bray
    Frank G. Long
    Jonathan S. Batchelor
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2705
    *Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.*

**QUARLES & BRADY, LLP**
**SEYFARTH SHAW LLP**

By: s/ Isaac S. Crum
    Christopher C. Larkin
    Gregory P. Sitrick
    Isaac S. Crum
    *Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 253146v1

3