**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>   Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>   Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**[PROPOSED ]ORDER RE STIPULATED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF ITAMAR SIMONSON** |

  Pursuant to the parties' Stipulated Motion and good cause appearing;

  IT IS HEREBY ORDERED that the Stipulated Motion is granted; Plaintiff shall file its Reply in Support of its Motion to Exclude the Expert Testimony of Itamar Simonson on or before Wednesday, October 28, 2015.

PHOENIX 53913-11 253147v1

1