# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaim. | |

Pending before the Court is the parties' Stipulation to Extend Plaintiff's Deadline to File its Reply in Support of its Motion to Exclude the Expert Testimony of Itamar Simonson. (Doc. 99.) The parties request a four business day extension to Wednesday, October 28, 2015. In support, the parties state that the present deadline presents Plaintiff with staffing challenges because all of Plaintiff's lawyers familiar with this matter have substantial commitments prior to the current deadline, including the October 23, 2015, dispositive motion deadline in this case and a jury trial in another matter.

Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Plaintiff's Deadline to File its Reply in Support of its Motion to Exclude the Expert Testimony of Itamar Simonson. (Doc. 99.) Plaintiff's Reply in Support of its Motion to Exclude the

1   Expert Testimony of Itamar Simonson is now due **Friday, October 30, 2015**.

2   DATED this 21st day of October, 2015.

_____
Stephen M. McNamee
Senior United States District Judge

- 2 -