Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
*Attorneys for VIP Products, L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>  Defendant. | No. 2:14-cv-02057-SMM<br><br>**STIPULATED MOTION TO FILE PLAINTIFF'S SUPPLEMENTAL STATEMENT OF CONFIDENTIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

In accordance with LRCiv 5.6, and the Stipulated Protective Order (Doc. #45) entered in this case, plaintiff VIP Products ("VIP"), by and through its undersigned attorneys, and defendant Jack Daniel's Properties, Inc. ("JDPI"), by and through its undersigned attorneys, move the Court to order that Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment ("Confidential Statement of Facts") be filed under seal.

The Confidential Statement of Facts contains information that Plaintiff has agreed JDPI may designate as "Confidential" and/or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered on May 14, 2015 (Doc. #45). The Stipulated Protective Order, paragraph 25, provides that a party that seeks to file under seal any protected material must comply with Local Rule 5.6. Doc. 45 at 14. Pursuant to LRCiv 5.6(d), counsels for the parties have conferred about the need to file the Confidential Statement of Facts under seal. The parties have agreed to file the instant stipulated motion requesting the Court for an order allowing VIP to file under seal the Confidential Statement of Facts.

Accordingly, the parties request that the Court order the Confidential Statement of Facts to be sealed so as to comply with the Stipulated Protective Order. Attached hereto is a proposed order that orders the filing under seal of the Confidential Statement of Facts.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2015.

**DICKINSON WRIGHT, PLLC**

By: *s/ Frank G. Long*
David G. Bray
Frank G. Long
Jonathan S. Batchelor
Colleen M. Ganin
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85012-2705
*Attorneys for VIP Products, L.L.C.*

**QUARLES & BRADY LLP**

By: *s/ Isaac S. Crum (w/permission)*
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
*Attorneys for Jack Daniel's Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October  23rd, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                                *s/ Carol J. Thorne*

PHOENIX 53913-11 254179v1

Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
*Attorneys for VIP Products, L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | No. 2:14-cv-02057-SMM<br><br>**STIPULATED MOTION TO FILE PLAINTIFF'S SUPPLEMENTAL STATEMENT OF CONFIDENTIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

In accordance with LRCiv 5.6, and the Stipulated Protective Order (Doc. #45) entered in this case, plaintiff VIP Products ("VIP"), by and through its undersigned attorneys, and defendant Jack Daniel's Properties, Inc. ("JDPI"), by and through its undersigned attorneys, move the Court to order that Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment ("Confidential Statement of Facts") be filed under seal.

The Confidential Statement of Facts contains information that Plaintiff has agreed JDPI may designate as "Confidential" and/or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered on May 14, 2015 (Doc. #45).  The Stipulated Protective Order, paragraph 25, provides that a party that seeks to file under seal any protected material must comply with Local Rule 5.6.  Doc. 45 at 14.  Pursuant to LRCiv 5.6(d), counsels for the parties have conferred about the need to file the Confidential Statement of Facts under seal.  The parties have agreed to file the instant stipulated motion requesting the Court for an order allowing VIP to file under seal the Confidential Statement of Facts.

Accordingly, the parties request that the Court order the Confidential Statement of Facts to be sealed so as to comply with the Stipulated Protective Order.  Attached hereto is a proposed order that orders the filing under seal of the Confidential Statement of Facts.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2015.

**DICKINSON WRIGHT, PLLC**

By: *s/ Frank G. Long*
    David G. Bray
    Frank G. Long
    Jonathan S. Batchelor
    Colleen M. Ganin
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2705
    *Attorneys for VIP Products, L.L.C.*

**QUARLES & BRADY LLP**

By: *s/ Isaac S. Crum (w/permission)*
    Gregory P. Sitrick
    Isaac S. Crum
    One Renaissance Square
    Two North Central Avenue
    Phoenix, Arizona 85004-2391
    *Attorneys for Jack Daniel's Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October  23rd, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Carol J. Thorne*

PHOENIX 53913-11 254179v1