IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>   Plaintiff,<br><br> v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>   Defendant. | No. 2:14-cv-02057-SMM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE PLAINTIFF'S SUPPLEMENTAL STATEMENT OF CONFIDENTIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

  This matter having come before the Court on the parties' Stipulated Motion To File Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment Under Seal and the Court having concluded that Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment contains information that has been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Defendant Jack Daniel's Properties, Inc., and that pursuant to LRCiv 5.6 and the Court's Stipulated Protective Order (Doc. #45) dated May 14, 2015, and good cause appearing,

-1-

1  IT IS HEREBY ORDERED that the Clerk of the Court is directed to file the Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment under seal and that such Plaintiff's Supplemental Statement Of Confidential Facts In Support Of Its Motion For Summary Judgment remain under seal until further order of the Court.

DATED at _____m., this ____ day of October, 2015.

PHOENIX 53913-11 254195v1