QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JACK DANIEL'S PROPERTIES, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-14-2057-PHX-SMM<br><br>**DECLARATION OF CHRISTOPHER C. LARKIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, CHRISTOPHER C. LARKIN, hereby declare:

1. I am a member of the State Bar of California and a member of the firm of Seyfarth Shaw LLP, counsel for defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") in this action. I have been admitted pro hac vice in this action. I make this declaration on the basis of my own personal knowledge and in support of JDPI's motion for partial summary judgment.

2. On April 23, 2015, I took the deposition of Elle Phillips, the designer of the labelling and related materials for VIP's Bad Spaniels toy. Attached hereto as Exhibit 1 are true and correct copies of pages and exhibits from Ms. Phillips' deposition that are cited in JDPI's Statement of Undisputed Facts in support of its motion.

3. On April 24, 2014, I took the deposition of VIP's owner and president Stephen Sacra. Attached hereto as Exhibit 2 are true and correct copies of pages and exhibits from Mr. Sacra's deposition that are cited in JDPI's Statement of Undisputed Facts in support of its motion. The parties have tried to number exhibits sequentially, and some of the exhibits referenced in Mr. Sacra's transcript were previously marked at Ms. Phillips' deposition.

4. On June 26, 2015, my co-counsel Isaac S. Crum took the Rule 30(b)(6) deposition of VIP through Mr. Sacra. Attached hereto as Exhibit 3 are true and correct copies of pages and exhibits from VIP's deposition that are cited in JDPI's Statement of Undisputed Facts in support of its motion.

5. On July 21, 2015, I took the deposition of VIP's expert John Howard. Attached hereto as Exhibit 4 are true and correct copies of pages and exhibits from Mr. Howard's deposition that are cited in JDPI's Statement of Undisputed Facts in support of its motion. Some of the exhibits referenced in Mr. Howard's transcript were previously marked at other depositions.

6. On July 28, 2015, I took the deposition of VIP's expert Martin Wolinsky. Attached hereto as Exhibit 5 are true and correct copies of pages and exhibits from Mr. Wolinsky's deposition that are cited in JDPI's Statement of Undisputed Facts in support of its motion. Some of the exhibits referenced in Mr. Wolinsky's transcript were previously marked at other depositions.

7. Attached hereto as Exhibit 6 is a true and correct copy of the United States Patent and Trademark Office file history of United States Trademark Registration No. 4,106,178 that is the subject of this motion. No one opposed registration of the mark when the application that matured into the registration when the application was published for opposition on November 2,

1 | 2010 and no one petitioned to cancel the registration on the ground of functionality after it
2 | issued on February 28, 2012.
3 |     8.    Attached hereto as Exhibit 7 are true and correct copies of JDPI's First Set of
4 | Requests for Admission to VIP and VIP's responses thereto.
5 |     9.    Attached hereto as Exhibit 8 is a true and correct copy of VIP's Responses to
6 | JDPI's Second Set of Interrogatories.
7 |     I declare under penalty of perjury under the laws of the United States of America that the
8 | foregoing is true and correct.
9 |     Executed this 22nd day of October 2015 at Los Angeles, California.

*/s/ Christopher C. Larkin*
CHRISTOPHER C. LARKIN

3

DECLARATION OF CHRISTOPHER C. LARKIN IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT

21116980v.1