# Exhibit 1

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ARIZONA
 3
 4   VIP PRODUCTS, LLC, an Arizona    )
     limited liability company,       )
 5                                    )
     Plaintiff and Counterdefendant,  )
 6                                    )
           vs.                        )  Case No.
 7                                    )  14-cv-02057-PHX-DGC
     JACK DANIEL'S PROPERTIES, INC.,  )
 8   a Delaware corporation,          )
                                      )
 9   Defendant and Counterclaimant.   )
     ─────────────────────────────────)
10
11
12
                  DEPOSITION OF ELEANOR PHILLIPS
13
14
15
                      Phoenix, Arizona
16                    April 21, 2015
                        8:58 a.m.
17
18
19
20
21
22
23
     PREPARED BY:
24   BECKY BAUMERT
     Certified Court Reporter
25   Certificate #50152
```



Page 41

 1      Q.    Is that how the 2014 catalog appears?

 2      A.    Once it's printed professionally, yes.

 3      Q.    The reason I ask that is because the 2014

 4   catalog, Exhibit 4, was produced to us in a series of

 5   pages, and I just wanted to confirm that if I got an

 6   actual hard copy, I would get a bound version with two

 7   sides; is that right?

 8      A.    I believe so, yes.

 9      Q.    Does the 2014 product catalog that's been marked

10   as Exhibit 4 appear on your Web site as well?

11      A.    No.

12      Q.    Let's go back to Exhibit 4 for a moment.  We will

13   get into this in more detail later, but if you could turn

14   first to a page that is marked in the lower right-hand

15   corner as VIP 89.  Do you see that page?

16      A.    Yes.

17      Q.    Which of the VIP toys that are depicted on that

18   page did you design?

19      A.    All of them.

20      Q.    Turn to the next page in order, VIP 90.  Which of

21   the VIP toys that are depicted on VIP 90 in Exhibit 4 did

22   you design?

23      A.    All of them.

24      Q.    Turn to VIP 91, the next page.  Which of the toys

25   depicted on VIP 91 did you design?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 42

1      A.    All of them.

2      Q.    And is the same true for the products depicted on

3    VIP 92?

4      A.    Yes.

5      Q.    And VIP 93?

6      A.    Yes.

7      Q.    Have you designed other -- strike that.

8            Starting at VIP 89 -- well, in the upper

9    left-hand corner of VIP 89 is the logo for Silly

10   Squeakers.  Do you see that?

11     A.    Yes.

12     Q.    Have you designed all of the toys in VIP's Silly

13   Squeakers line?

14           MR. LONG:  Objection, form, foundation.

15     A.    BY THE WITNESS:  I think so.

16     Q.    BY MR. LARKIN:  Are there any toys in the Silly

17   Squeakers line that you have designed for VIP that are not

18   shown in the catalog we marked as Exhibit 4?

19           MR. LONG:  Objection, form, foundation.

20     A.    BY THE WITNESS:  I believe there might be some

21   new toys that don't appear in this catalog.

22     Q.    BY MR. LARKIN:  And the ButtWiper toy that we

23   looked at earlier, that doesn't appear in the catalog

24   either, correct?

25     A.    Correct.



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 49

1      Q.    It's not you?

2      A.    It's not me.

3      Q.    And when Mr. Sacra has called you with a name for

4    a new product, in addition to designing the labels, are

5    there other elements or graphic materials that you

6    anticipate you will be required to design for that

7    product?

8      A.    Yes.   The hanging card that usually affixes to

9    the bottle itself or a retail store sell sheet and

10   eventual catalog integration and photographs.

11     Q.    Let's turn now to the Bad Spaniels product.   When

12   did the process of designing that product begin?

13     A.    Roughly two years ago.

14     Q.    What happened?

15     A.    I got a call.   I had a typical phone call from

16   Steve.   He said, "Bad Spaniels.   You figure it out."

17          MR. LARKIN:   I'm sorry.   Can you read that back?

18          (Answer read.)

19     Q.    BY MR. LARKIN:   Is that what you recall happened

20   during that call?

21     A.    Yes.

22     Q.    What did you understand Mr. Sacra to mean by "You

23   figure it out"?

24     A.    That's typically his indication that I need to

25   design something, a product for Bad Spaniels.



Page 50

1      Q.    How long did that first Bad Spaniels call last?

2      A.    I can only guess, 10, 15 seconds.

3      Q.    It was that short?

4      A.    Yes.

5      Q.    A very short --

6      A.    Yes.

7      Q.    Did you take any notes?

8      A.    No.

9      Q.    I guess you really wouldn't need to if it was

10   that short.  Did you know what alcoholic beverage he was

11   referencing from Bad Spaniels?

12     A.    It took me some time to figure it out, but, yes.

13     Q.    What was that?

14     A.    Jack Daniel's.

15     Q.    How did you figure that out?

16     A.    Because it rhymes with Bad Spaniels.

17     Q.    Did he tell you anything else about what the

18   label for the new Bad Spaniels product should look like

19   during that first call?

20     A.    No.

21           MR. LARKIN:  Let's mark as Exhibit 9 a two-page

22   document consisting of a sketch and an e-mail.

23           (Deposition Exhibit Number 9 was marked for

24   identification by the Reporter.)

25     Q.    BY MR. LARKIN:  I see you grinning there, so do



Eleanor Phillips          VIP Products, LLC v. Jack Daniel's Properties, Inc.          4/21/2015

Page 52

1    present to clients.

2        Q.    Do you recall doing several thumbnail sketches

3    for the Bad Spaniels, the ultimate Bad Spaniels sketch?

4        A.    I recall doing small sketches, but I don't recall

5    specifically what they look like.

6        Q.    Before you began work on the sketches, had you

7    concluded that Bad Spaniels referenced Jack Daniel's?

8        A.    Yes.

9        Q.    Did you do anything to research what the label

10   for Jack Daniel's whiskey looked like?

11       A.    Yes.

12       Q.    What did you do?

13       A.    Pulled it out of my liquor cabinet.

14       Q.    You read my mind.  Are you a consumer of Jack

15   Daniel's whiskey?

16       A.    Not often, but sometimes.

17       Q.    When did you first consume it?

18       A.    I think I snuck some from my dad's cabinet when I

19   was about 13.

20       Q.    After you reached legal drinking age, did you

21   from time to time purchase the product?

22       A.    On occasion, yes.

23       Q.    Did you drink it in bars?

24       A.    Sometimes.

25       Q.    Did you keep a bottle at your house?



Eleanor Phillips                    VIP Products, LLC v. Jack Daniel's Properties, Inc.                    4/21/2015

Page 53

1      A.    Yes.

2      Q.    Have you seen Jack Daniel's television ads?

3      A.    I don't recall any specifically.

4      Q.    Did you see any Jack Daniel's print ads?

5      A.    Yes.

6      Q.    What do you recall seeing?

7      A.    The black and white label.

8      Q.    Do you work from your home, or do you have a

9   separate office?

10     A.    I now have a separate office.

11     Q.    At the time when Mr. Sacra called on Bad

12  Spaniels, were you working in your home?

13     A.    Yes.

14     Q.    You went to your liquor cabinet and retrieved a

15  bottle of Jack Daniel's whiskey?

16     A.    Yes.

17     Q.    Do you recall what size it was?

18     A.    (Indicating.)  Whatever that size is.  I'm not

19  sure.

20     Q.    You are indicating --

21     A.    The medium-size bottle.

22     Q.    750 milliliters?

23     A.    Sounds about right.

24     Q.    Did you recall from memory what the Jack Daniel's

25  label looked like when you went to retrieve the bottle?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 54

 1      A.    Yes.

 2      Q.    What did you recall it looked like?

 3      A.    The black and white label, sort of a cursive font

 4    for Tennessee, simple type.

 5      Q.    Do you recall what the bottle looked like?

 6      A.    Yes.

 7      Q.    What did you recall?

 8      A.    Sort of a square shape.

 9      Q.    Before you retrieved the bottle from your liquor

10    cabinet, did you recall some of the text that was on the

11    label?

12      A.    Some, not all.

13      Q.    What do you recall recalling?

14      A.    That there was a number on it.

15      Q.    Do you remember what the number was?

16      A.    Not until I actually looked at the bottle.

17      Q.    Do you remember where the number was positioned

18    on the bottle from your memory?

19      A.    I remember it was on the label on the neck.

20      Q.    Did you remember any of the other text on the

21    bottle before you retrieved it?

22      A.    I can't say for sure what I remember before I

23    retrieved it.

24      Q.    After you retrieved it, what did you do next?

25      A.    I looked at it, examined it.



Eleanor Phillips            VIP Products, LLC v. Jack Daniel's Properties, Inc.            4/21/2015

Page 55

1       Q.    Why did you do that?

2       A.    To get inspiration.

3       Q.    Did you then begin sketching what ultimately

4   became the sketch in Exhibit 9?

5       A.    Yes.

6       Q.    Did you have the bottle in front of you when you

7   did that?

8       A.    I believe it was on my desk.

9       Q.    Look at the sketch for a minute, please.  Who

10  came up with the notation in the middle in the oval, "Do

11  Old No. 2"?

12      A.    I did.

13      Q.    During your short call with Mr. Sacra, did he

14  tell you anything about how the bottle should be humorous

15  or what the theme of the bottle would be?

16      A.    He didn't need to.

17      Q.    Why is that?

18      A.    Because we have done lots of funny bottles in the

19  past.

20      Q.    Have all of the bottles that you have worked on

21  for VIP had to do with urination or defecation or things

22  of that sort?

23      A.    Not specifically urination or defecation.  Other

24  various humorous elements of dog ownership.

25      Q.    Do you remember any that you created that did



Page 56

```
1    reference dog poop or urination?
2        A.   Yes.
3        Q.   Which ones?
4        A.   Pissness comes to mind.
5        Q.   You might want to spell that for the reporter.
6        A.   P-i-s-s-n-e-s-s.
7        Q.   Any others that come to mind?
8        A.   Pawschitngo.
9        Q.   We will dispense with that so we don't have to
10   trouble your memory.  Is it your understanding that a
11   theme of that sort was what Mr. Sacra wanted for Bad
12   Spaniels?
13       A.   Not necessarily, no.
14       Q.   Is that what you thought you would design and
15   show him?
16       A.   It just came out that way.
17       Q.   You are the one who decided to use Do Old No. 2?
18       A.   Yes.
19       Q.   What did "Old No. 2" refer to there?
20       A.   Going poop.
21       Q.   And why Old No. 2?
22       A.   I thought it was a fun play on Old No. 7 from the
23   Jack Daniel's bottle, to change it to Old No. 2 referring
24   to the dog.
25       Q.   Why did you put "Do Old No. 2" in the sketch
```



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 57

1    inside an oval?

2        A.    Because I wanted it to be similar to the Jack

3    Daniel's bottle.

4        Q.    Is that one of the places where the Old No. 7

5    mark appears on the Jack Daniel's bottle?

6        A.    Yes.

7        Q.    And the Old No. 7 mark appears within an oval in

8    the Jack Daniel's bottle, correct?

9        A.    Yes.

10       Q.    Farther down is the text "On Your Tennessee

11   carpet."  Do you see that?

12       A.    Yes.

13       Q.    You are the one who selected those words?

14       A.    Yes.

15       Q.    And what were they intended to mean?

16       A.    That, along with the Do Old No. 2, is intended to

17   be your dog taking a poop on your nice lovely carpet.

18       Q.    Why did you use the word "Tennessee" there?

19       A.    Because we wanted it to be a parody of the Jack

20   Daniel's bottle, and "Tennessee" is a very prominent piece

21   of that.

22       Q.    Do you recall that the word "Tennessee" appears

23   on the Jack Daniel's bottle in about the same place it

24   appears on the sketch?

25       A.    Yes.



Eleanor Phillips                 VIP Products, LLC v. Jack Daniel's Properties, Inc.                 4/21/2015

Page 59

1     Q.    Were there other sketches, what you referred to
2    as thumbnails, that were done that you didn't like as much
3    as the one that you sent to Mr. Sacra?
4     A.    Not to say that I liked or disliked them.
5    Thumbnails are just sort of a composition, how things
6    should be laid out, and they are not anything, no specific
7    details.
8     Q.    So not as detailed as this sketch?
9     A.    Not at all.
10     Q.    And not as useful, I guess, in the process of
11    creating the product?
12     A.    Correct.
13     Q.    When you completed the sketch as part of
14    Exhibit 9, did you compare it to the Jack Daniel's bottle
15    that you said was sitting on your desk?
16     A.    I didn't necessarily compare it.
17     Q.    Did you believe that basically replicated some
18    elements of the bottle?
19          MR. LONG:  Objection to form, foundation.
20     A.    BY THE WITNESS:  I believe that it had some
21    decent similarities.
22     Q.    BY MR. LARKIN:  Look back to the first page of
23    Exhibit 9, please, your e-mail.  The date of that e-mail
24    is Monday, June 10th, 2013.  Is that about the time that
25    you received -- strike that.



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 60

1          How far in advance of your sending this e-mail do
2     you recall getting the phone call from Mr. Sacra?
3          A.   I don't recall.
4          Q.   Was it the same day?
5          A.   No.
6          Q.   The e-mail on Exhibit 9 from you to Mr. Sacra
7     covered your sketch that's the second page of Exhibit 9,
8     correct?
9          A.   Yes.
10         Q.   And Mr. Sacra's response at the top of Elle 21 in
11    Exhibit 9 says, "Mock it up.  Looks good."  Do you see
12    that?
13         A.   Yes.
14         Q.   What did you understand the term "Mock it up" to
15    mean?
16         A.   Put it into an electronic format.
17         Q.   Did you have a phone call with Mr. Sacra in
18    response to his e-mail on June 10th?
19         A.   No.
20         Q.   What did you do next?
21         A.   I started -- well, I scanned the drawing so it
22    would make a tradesmen sketch of the dog and that it would
23    be illustrated and proceeded to put together a more
24    professional design and layout.
25         Q.   And you kept the sketch as a reference point; you



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 61

1    didn't destroy the sketch?

2        A.    I did not destroy the sketch.

3        Q.    Is it correct that everything thereafter was done

4    electronically or digitally?

5        A.    Yes.

6        Q.    Did you show the sketch that's part of Exhibit 9

7    to anyone else besides Mr. Sacra?

8        A.    Probably my husband.

9        Q.    Other than maybe him, any others?

10       A.    Not that I recall.

11             MR. LARKIN:  Let's mark as Exhibit 10 an e-mail

12   and your enclosure.

13             (Deposition Exhibit Number 10 was marked for

14   identification by the Reporter.)

15       Q.    BY MR. LARKIN:  Ms. Phillips, do you recognize

16   Exhibit 10?

17       A.    Yes.

18       Q.    What is it?

19       A.    It is an e-mail from me to Steve with a digital

20   design of the Bad Spaniels label.

21       Q.    The date of that e-mail is June 11th, 2013, and

22   the previous e-mail to Mr. Sacra is dated June 10th.  Did

23   you create the mock-up in a day?

24       A.    Yes.

25       Q.    Is that ordinary?



Eleanor Phillips          VIP Products, LLC v. Jack Daniel's Properties, Inc.          4/21/2015

Page 62

1       A.    Yes.

2       Q.    In your e-mail to Mr. Sacra, the first page of

3    Exhibit 10 says, "I did make this label about a half-inch

4    taller than the others we usually do, so let me know if I

5    need to revise it back for any reason."  Why did you make

6    it a half-inch taller?

7       A.    Because I needed the room for height.  You can

8    see there's extra space on the right and the left side,

9    and in order to make it how I like it, I made it a little

10   bit taller.

11      Q.    Look at the second page of Exhibit 10, the

12   mock-up itself.  You chose a black and white color scheme

13   because that's the color scheme of the Jack Daniel's

14   label, correct?

15             MR. LONG:  Objection, form, foundation.

16      Q.    BY MR. LARKIN:  Is that correct?

17      A.    That's correct.

18      Q.    In the mock-up, the words Bad Spaniels have moved

19   from where they were on the sketch.  Why was that?

20      A.    Because the dog's face, his nose in particular

21   and mouth, were going over the oval, so I couldn't display

22   the text very well.

23      Q.    In the oval, in the middle, the word "Do" is no

24   longer there.  Did you remove the word "Do"?

25      A.    Yes.



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 65

1   on black label was created digitally and then you

2   superimposed the image file we marked as Exhibit 11 into

3   that document?

4        A.   Yes.

5             (Mr. David G. Bray joined the taking of the

6   deposition at 10:43 a.m.)

7             MR. LARKIN:   Let's mark as Exhibit 12 an e-mail

8   and a second mockup.

9             (Deposition Exhibit Number 12 was marked for

10  identification by the Reporter.)

11       Q.   BY MR. LARKIN:   Ms. Phillips, do you recognize

12  Exhibit 12?

13       A.   Yes.

14       Q.   What is this?

15       A.   It's a second mock-up design of the Bad Spaniels

16  label.

17       Q.   When in the process did you create the second

18  mock-up?

19       A.   I think it was probably roughly around the same

20  time as the first mock-up.  I tend to make things as I go.

21       Q.   The e-mail that's the first page of Exhibit 12,

22  it was sent at 3:47 on Tuesday, June 11th.  The e-mail

23  that's the first page of Exhibit 10 with the first mock-up

24  was sent at 3:13 on that day.  Does that refresh your

25  recollection -- did you create the two simultaneously?



Eleanor Phillips              VIP Products, LLC v. Jack Daniel's Properties, Inc.              4/21/2015

Page 66

1      A.    Yes.

2      Q.    In your e-mail to Mr. Sacra you wrote, "Here's

3   one more version, just some different type treatment on

4   'Bad Spaniels,' maybe a bit closer to the JD label."  What

5   did you mean by "different type treatment"?

6      A.    Moving or taking the Bad Spaniels text out of the

7   banner and just putting it directly on the black

8   background.

9      Q.    Did you do that on your own initiative, or did

10  you have any sort of conversation or contact with

11  Mr. Sacra?

12     A.    I did that on my own.

13     Q.    Is that what made this different type treatment

14  maybe a bit closer to the JD label?

15     A.    Yes.

16     Q.    In what respect was it maybe a bit closer to the

17  JD label?

18     A.    Just in the way that the JD label does not have

19  "Jack Daniel's" inside the banner.  It's on its own.

20     Q.    Did you go back and look at the bottle that you

21  had pulled out of your liquor cabinet when you created the

22  second mock-up?

23     A.    I believe --

24           MR. LONG:  Object to form.

25     A.    BY THE WITNESS:  I believe I referenced it every



Page 67

1    now and then throughout the process.

2        Q.   BY MR. LARKIN:  Was it important to you as the

3    designer on the project to be close to the Jack Daniel's

4    label?

5        A.   Yes.

6        Q.   Or as you said in your e-mail, closer than your

7    previous one.  Was that important to you?

8        A.   Yes.

9        Q.   Why did you depict the words "Bad Spaniels" in

10   your second mock-up in arched format?

11       A.   Because that's the only way it would really fit

12   underneath the dog and above the oval.

13       Q.   Do you remember that the mark "Jack Daniel's"

14   appears in arched format on the Jack Daniel's whiskey

15   label?

16       A.   I don't recall at this moment.

17       Q.   Do you recall thinking about that at the time you

18   created the second mock-up?

19       A.   I assume.

20           MR. LARKIN:  Mark as Exhibit 13 a document

21   produced by Ms. Phillips under Production Number Elle 26.

22           (Deposition Exhibit Number 13 was marked for

23   identification by the Reporter.)

24       Q.   BY MR. LARKIN:  Ms. Phillips, do you recognize

25   what we have marked as Exhibit 13?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 71

1      Q.    And what is an art card?

2      A.    An art card is the cardboard packaging piece that

3  fits into the bottle so it can go on the shelf or hang

4  from a retail hanger.

5      Q.    Were neck art pieces and art cards part of what

6  you typically did for VIP in connection with its Silly

7  Squeakers line?

8      A.    Yes.

9            MR. LARKIN:  Mark as Exhibit 15 four pages

10  bearing production Number VIP 11 through 14.

11           (Deposition Exhibit Number 15 was marked for

12  identification by the Reporter.)

13      Q.    BY MR. LARKIN:  Ms. Phillips, do you recognize

14  what we have marked as Exhibit 15?

15      A.    Yes.

16      Q.    Sorry.  I didn't give you a chance to look

17  through it.  Having looked through it, do you recognize

18  it?

19      A.    Yes.

20      Q.    What is it?

21      A.    It appears to be the artwork for the art card and

22  the neck and bottle cap for the Bad Spaniels bottle.

23      Q.    And the first page of that is your cover e-mail

24  to Mr. Sacra?

25      A.    Yes.



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 73

1    physically affixed to the bottle?

2        A.    Yes.

3        Q.    How did you develop the front of the neck card --

4    I'm sorry -- of the art card?   The second page of

5    Exhibit 15, what did you do?

6        A.    I probably used elements from the label design

7    and then created a similar layout for the art card.

8        Q.    Is that the reason for the white on black color

9    scheme?

10       A.    Yes.

11       Q.    And the design that appears on the border of the

12   art card?

13       A.    Yes.

14       Q.    Does the second page of Exhibit 15 accurately

15   show the actual dimensions of the card?

16       A.    It looks close.

17       Q.    Turn to the third page of Exhibit 15, please.

18   This is the back of the art card?

19       A.    Yes.

20       Q.    Who provided the text that appears on the back of

21   the art card?   Strike that.

22             Did you write that text yourself?

23       A.    I don't recall exactly how it was written.   I

24   pulled it from previous bottles that we have done over the

25   years.



Page 74

1      Q.    Did you yourself write the text on the previous
2    bottles that you used to create the back of the art card?
3           MR. LONG:   Object to the form.
4      A.    BY THE WITNESS:   Again I think it was developed
5    over time.   There might have been elements that Steve had
6    written or Wendy had written or I had written, and then
7    they were eventually composed together.
8      Q.    BY MR. LARKIN:   Safe to say that you didn't write
9    the text that appears on the third page of Exhibit 15 for
10   purposes of creating that specific art card?   You didn't
11   create that?
12     A.    Not for this specific card.   I generally used the
13   text that we used for all of them.
14     Q.    At the very bottom of the back of the art card,
15   VIP 12, there are two lines at the bottom, "The product
16   and its design belong to VIP Products.   This product is
17   not affiliated with Jack Daniel's."  Do you see those two
18   lines?
19     A.    Yes.
20     Q.    Did you have any involvement at any point in
21   creating the text of those two lines?
22     A.    The only part that I really created was adding
23   "Jack Daniel's."
24     Q.    So you had no involvement in what those two lines
25   said otherwise, correct?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 79

1      A.   Yes.

2      Q.   That appears on the product where the cap would

3  appear on an actual bottle holding liquid?

4      A.   Yes.

5      Q.   Does the cap on the Bad Spaniels product serve

6  any function other than decoration?

7      A.   Does it serve any other function?

8      Q.   You can't actually remove it or anything of that

9  sort, can you?

10     A.   No.

11     Q.   How did you develop the neck art that appears at

12  the bottom of the fourth page of Exhibit 15?

13     A.   I pulled elements from the label design and made

14  them into the neck design.

15     Q.   And when you did that, did you go back and look

16  at the Jack Daniel's whiskey bottle that you had used

17  originally?

18     A.   No.

19     Q.   Why did a neck design appear on the Bad Spaniels

20  product?

21     A.   Steve requested it.

22     Q.   Did he tell you why he requested it?

23     A.   No.  He usually has me create the neck and the

24  bottle cap design for the bottle product.

25          MR. LARKIN:  Mark as Exhibit 16 another one of



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 96

1   response to your e-mail covering the -- well, tell me what

2   it is.

3       A.   Looks like a response to my original e-mail that

4   I sent him.

5       Q.   And the second page of Exhibit 25?

6       A.   My e-mail to him saying, "New packaging attached,

7   print-quality and ready to go if all is good to you," and

8   then his request to print and attach.

9       Q.   Were you referring in these two e-mails to the

10  die cut cards or packaging that we looked at a moment ago?

11      A.   I assume so.

12          MR. LARKIN:  Mark this as Exhibit 26, three pages

13  bearing Production Numbers VIP 40 through 42.

14          (Deposition Exhibit Number 26 was marked for

15  identification by the Reporter.)

16      Q.   BY MR. LARKIN:  Ms. Phillips, do you recognize

17  what we marked as Exhibit 26?

18      A.   Yes, I do.

19      Q.   Did the e-mail dated March 17th, 12:29 p.m. cover

20  the two other pages of the exhibit?

21      A.   I assume so.

22      Q.   Look at the page with Production Number 41, the

23  second page of Exhibit 26.  What is that?

24      A.   This is the first sheet of final package header

25  card that we used for the back of the bottle.



Eleanor Phillips            VIP Products, LLC v. Jack Daniel's Properties, Inc.            4/21/2015

Page 97

1      Q.    I brought one with me today.  I know we don't
2    have a videographer here.  Are the two pages of Exhibit
3    26, the two last pages of Exhibit 26, the front and the
4    back of that card?
5      A.    With the exception of the UPC code, it appears
6    so, yes.
7      Q.    Do you agree that the last two pages of
8    Exhibit 26 are larger in size and print size than the
9    actual hang tag?
10     A.    Yes.
11     Q.    Did you write any of the text on the last two
12   pages of Exhibit 26?
13     A.    It's probably the same text that I pulled from
14   previous bottles.
15     Q.    Is that what you recall sitting here today having
16   done in March of 2014?
17     A.    Yes.
18     Q.    On the page Number VIP 42, the third page of
19   Exhibit 26, were you the person who made the decision
20   where to place the disclaimer on the hang tag?
21     A.    Yes.
22     Q.    You placed that at the bottom of the back portion
23   of the hang tag?
24     A.    Yes.
25     Q.    Why did you place it there?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 98

1      A.   I believe that's where people go to look for
2    disclaimers.
3            MR. LARKIN:   Let's mark as Exhibit 27 a one-page
4    document bearing Production Number VIP 43.
5            (Deposition Exhibit Number 27 was marked for
6    identification by the Reporter.)
7      Q.   BY MR. LARKIN:   Ms. Phillips, have you seen
8    Exhibit 27 before today?
9      A.   I don't recall seeing it.
10     Q.   You can put it down.
11           MR. LARKIN:   Mark as Exhibit 28 a one-page
12   document bearing Production Number VIP 44.
13           (Deposition Exhibit Number 28 was marked for
14   identification by the Reporter.)
15     Q.   BY MR. LARKIN:   Ms. Phillips, have you seen
16   Exhibit 28 before today?
17     A.   No.
18           MR. LARKIN:   Mark as 29 a one-page document
19   bearing Production Number VIP 48.
20           (Deposition Exhibit Number 29 was marked for
21   identification by the Reporter.)
22     Q.   BY MR. LARKIN:   Ms. Phillips, have you seen
23   Exhibit 29 before today?
24     A.   I assume that I have.   I don't recall it, though.
25     Q.   Sitting here today, you don't recall getting --



Page 99

```
 1      A.    No.
 2      Q.    The last line on Exhibit 29 says, "Elle will
 3   forward the print file to us in the next e-mail."  Do you
 4   understand what was meant by "print file" in that section?
 5      A.    Yes.
 6      Q.    What is it?
 7      A.    Print file is a print ready PDF.
 8            MR. LARKIN:  Mark as Exhibit 30 five pages of
 9   documents bearing Production Numbers VIP 49 -- six
10   pages -- to 54.
11            (Deposition Exhibit Number 30 was marked for
12   identification by the Reporter.)
13      Q.    BY MR. LARKIN:  Ms. Phillips, do you recognize
14   the first page of Exhibit 30?
15      A.    Yes.
16      Q.    What is it?
17      A.    It appears to be an e-mail from me to Steve with
18   print-ready artwork.
19      Q.    Do you recognize the other pages of Exhibit 30 as
20   being the attachments to that e-mail?
21      A.    Yes.
22      Q.    The second and third pages of Exhibit 30 are the
23   front and back of the hang tag that we discussed a moment
24   ago with the UPC code actually put on the hang tag,
25   correct?
```



Eleanor Phillips                 VIP Products, LLC v. Jack Daniel's Properties, Inc.                 4/21/2015

Page 100

1      A.    Yes.

2      Q.    What is the fourth page of Exhibit 30, VIP 52?

3      A.    This is a to-scale image of the Bad Spaniels

4   bottle inside of a dog's mouth.

5      Q.    Did you create that?

6      A.    Yes.

7      Q.    How did you do that?

8      A.    We have access to stock dog photography, so we

9   will purchase dog photos and using the magic of Photoshop

10   superimpose our product into their mouths.

11      Q.    On the right and left side of VIP 52 are inch

12   designators.  What are those?

13      A.    They are there to show what each toy will look

14   like or how it looks to scale, so we use inch indicators

15   to show scale.

16      Q.    So the dog is to scale and the toy is to scale in

17   this picture, correct?

18      A.    That's correct.

19      Q.    So if I understood your testimony a moment ago

20   correctly, you had the stock photo of the dog and you said

21   the magic of Photoshop superimposed the bottle into his

22   mouth.  Is that how it works?

23      A.    Yes.

24      Q.    Why did you use an image of the bottle without

25   the hang tag?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 101

1        A.    I don't know.

2        Q.    Do you know what was done with the photograph, I

3    guess, VIP 52 in Exhibit 30?

4        A.    No.

5        Q.    Do you know if VIP itself ever used this in any

6    way?

7        A.    No.

8        Q.    You don't know or --

9        A.    I don't know if they've used it in any way.

10        Q.    Turn to the next page of Exhibit 30, please, VIP

11    53 and VIP 54, the next two pages.  Did you take these two

12    photographs?

13        A.    Probably.

14        Q.    Do they show how the hang tag that we discussed a

15    few moments ago is physically attached to the Bad Spaniels

16    toy?

17        A.    Yes.

18        Q.    Do you know how these two images, VIP 53, VIP 54,

19    Exhibit 30, were used?

20        A.    No.

21        Q.    Did you, when you received the samples of the Bad

22    Spaniels toy from Mr. Sacra, did you get a sample with a

23    hang tag attached?

24        A.    Yes.

25        Q.    Did you ever get a sample without a hang tag?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 116

1   point?

2           MR. BRAY:  Object to form.

3       A.   BY THE WITNESS:  No.

4           MR. BRAY:  Foundation.

5       A.   BY THE WITNESS:  Not every picture.

6       Q.   BY MR. LARKIN:  How about the Silly Squeakers?

7   Would it be correct that you uploaded all the images for

8   the Silly Squeakers pages?

9       A.   Yes.

10          MR. LARKIN:  Let's mark as Exhibit 41 a document

11  bearing Production Number Elle 5.

12          (Deposition Exhibit Number 41 was marked for

13  identification by the Reporter.)

14      Q.   BY MR. LARKIN:  Ms. Phillips, do you recognize

15  what we have marked as Exhibit 41?

16      A.   Yes.

17      Q.   What is it?

18      A.   It is a page from the new catalog.

19      Q.   The 2014 catalog?

20      A.   It could have been 2014 or 2015.  I'm not sure.

21      Q.   Is there a new 2015 catalog?

22      A.   In production.

23      Q.   Do you know if it is actually available?

24      A.   I don't know.

25      Q.   Do you know if it appears on VIP's Web site?



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 117

1      A.    I don't know.

2      Q.    Do you know if hard copies have been distributed?

3      A.    I don't know.

4            MR. LARKIN:   Let's mark as Exhibit 42 a page from

5      VIP 2014 catalog that we previously marked, I think, as

6      Exhibit 4.

7            (Deposition Exhibit Number 42 was marked for

8      identification by the Reporter.)

9      Q.    BY MR. LARKIN:   Ms. Phillips, do you recognize

10     Exhibit 42?

11     A.    Yes.

12     Q.    Do you recognize that to be a page from the 2014

13     VIP catalog?

14     A.    Yes.

15     Q.    Did you create Exhibit 42?

16     A.    Yes.

17     Q.    How did you do that?

18     A.    Photoshop magic.

19     Q.    What did you use -- strike that.

20           Well, tell me what you did in using Photoshop.

21     A.    The background image of the bar is a stock

22     photography image, and then I superimposed the Bad

23     Spaniels bottles onto the top of the bar, and I also wiped

24     out any recognizable brands that were displayed in the bar

25     background.



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 118

1     Q.    Is the stock image that you started with an image
2  of an actual bar?
3     A.    I believe so, yes.
4     Q.    Do you have any information about where it is?
5     A.    No.
6     Q.    Or what restaurant or bar it's in?
7     A.    No.
8     Q.    Some of the bottles and glasses appear in
9  Exhibit 42 upside down.  Was that how they appeared in the
10  stock image that you started with?
11     A.    Yes.
12     Q.    Do you know whether the stock image was a shot of
13  an actual bar that someone could enter and buy a drink?
14     A.    I believe it was, yes.
15     Q.    Do you see on the left-hand side hanging upside
16  down a bottle with an oval design, a white on black label
17  and a black neck design?
18     A.    Yes.
19     Q.    Was that a Jack Daniel's bottle in the original
20  Photoshop stock photo -- I'm sorry -- the original stock
21  photo?
22     A.    I actually don't recall.
23     Q.    Why did you excise the brand names?
24     A.    Because that's the proper thing to do when you
25  are not purchasing -- when you are purchasing royalty free



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 119

1   and you are going to be displaying it in a catalog with
2   other products.  It's a safer route so nobody can claim
3   rights to it.
4        Q.   Did you do that with every bottle that's shown on
5   that bar?
6        A.   With every bottle that had recognizable text, I
7   did, yes.
8        Q.   So looking at the bar as it appears in Exhibit
9   42, do you believe that no one can tell from viewing the
10  products what they are?
11            MR. BRAY:  Objection, form, foundation.
12       A.   BY THE WITNESS:  I believe that while the bottle
13  could still be recognizable to people, there are no actual
14  names that could be read on them.
15       Q.   BY MR. LARKIN:  Do you believe that the bottle
16  hanging upside down with the oval and the white on black
17  label could be recognized as a Jack Daniel's bottle, even
18  though the mark has been removed?
19       A.   It could be.
20       Q.   Did you write the text that appears in
21  Exhibit 42?
22       A.   Yes.
23       Q.   All of it?
24       A.   Yes.
25       Q.   Who are you referring to in the first line that



Eleanor Phillips                VIP Products, LLC v. Jack Daniel's Properties, Inc.                4/21/2015

Page 123

1    think I'm almost finished.  And I know the witness would

2    like to go.  So take a five-minute break, and we can wrap

3    up shortly.

4              (Recess from 12:25 p.m. to 12:32 p.m.)

5        Q.    BY MR. LARKIN:  Ms. Phillips, does part of your

6    work as a graphic designer involve branding, helping your

7    clients promote their brands?

8        A.    Yes.

9        Q.    And is one of the objectives to become a

10   well-known brand?

11       A.    Yes.

12       Q.    Do you agree that the Jack Daniel's brand is a

13   well-known brand in the United States?

14       A.    Yes.

15       Q.    A very well-known brand?

16       A.    It's a well-known brand.

17       Q.    Do you agree that the Jack Daniel's label is very

18   recognizable in the United States?

19       A.    Sure.

20       Q.    And the Jack Daniel's bottle shape?

21       A.    I've never taken notice of the bottle shape.

22       Q.    It's a combination of the label and the bottle?

23       A.    Yes.

24       Q.    You agree that's well known?

25       A.    Yes.



1    Q.   Was Pepsi actually sold in the packaging that

2  appears in Exhibit 44?

3    A.   Yes.

4    Q.   Did you ever design a toy for VIP that was based

5  on a Pepsi product?

6    A.   I'm not sure.

7    Q.   If Mr. Sacra asked you to do a Silly Squeaker toy

8  based on this bottle, would you have any problems doing

9  that?

10    A.   No.

11         MR. LARKIN:   I have nothing further.   Again thank

12  you very much for your time today.   I know it's an

13  imposition as a non-party in the case, and I appreciate

14  the fact that you made yourself available today.

15         Do you want to talk about what we do with the

16  transcript?

17         MR. BRAY:   We want to read and sign.

18         MR. LARKIN:   Do you want it to go to you?

19         MR. BRAY:   Yes.

20         MR. LARKIN:   We will stipulate to that.

21         MR. BRAY:   That's fine.

22         MR. LARKIN:   Thank you.

23         (12:37 p.m.)

24                                6-5-15

25                          _____
                                    ELEANOR PHILLIPS

May 4, 2015

*GRIFFIN AND ASSOCIATES*
2398 East Camelback Road Suite 260 Phoenix, Arizona 85016
**CORRECTION SHEET**

In re: _____ VIP Products vs. Jack Daniel's Properties _____
Deposition of: _____ Eleanor Phillips _____

**WITNESS:** Please make any changes or corrections on this sheet. Please **SIGN** the bottom of this correction sheet **AND** the attached signature page; upon completion **RETURN** to: **David G. Bray**.

**ATTORNEY:** Upon receipt of the original signature page and correction sheet, please forward to the address above. The reporter will reflect these changes in the original transcript and file with the taking attorney. **RETURN** to the above address before **06/04/15**.

**AFTER** reading the foregoing transcript, I wish to make the following corrections:

| PAGE | LINE | CORRECTIONS/ CHANGES | REASON |
|------|------|----------------------|--------|
| 14 | 24 | InDesign is a program I use to create in — I didn't create the program. | mis-quoted |
| 17 | 13 | … it says sell sheet folder, here's a catalog folder | mis-quoted |
| 60 | 21 | … drawing so I could make a traced sketch | mis-quoted |
| 105 | 17 | … and wholesale into their Image Master which means into their website. | mis-quoted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Deponent Signature: _____   Date: 5/26/15 _____

6-5-15



VIP00056

DEPOSITION EXHIBIT
# 4 - Phillips
Date: 4-21-15
BECKY BAUMERT, CCR 50152



Tuffscale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
How Are They Made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Jr's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-5
Utimate's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-8
NO STUFF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Mega's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-13
Ocean Creatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-17
Dinosaurs & Dragons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-19
Zoo Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-21
Desert Creatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-23
Aliens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-25
Barn Yards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-27
Rugged Rubber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-29

Tennis Balls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31
Novelty Beer Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-34
Novelty Wine Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
Novelty Liquor Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Mr. Poops . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
iBalls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Rethinking Durability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Microfiber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Tequila Worms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Bugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Farm Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
Nature Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44-45
Massive Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47-46
Safari Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48-49
Dragons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Dinosaurs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
Ocean Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
Arctic Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53
My Parents Lied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54-55
Shapes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56-57
Mighty Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58-59
Pack 'n Go Dog Pack . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

B&B Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61





### Where's Mr. Poops?

Mr. Poops is making his travels throughout this catalog.
Can you find all 63 pieces Mr. Poops is hiding?

VIP00058



Redefining the world of pet toys one dog at a time.

WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY® TUFFSCALE

## ALL TOYS ARE NOT CREATED EQUAL

...that is why we created the "TUFFSCALE" The TUFFSCALE is designed to give you insight on how tuff the toy you're buying compares against another. Some dogs are aggressive and can only have the tuffest toys ranked 8 and above. Other dogs may not be as aggressive or may be older and their chewing habits have slowed. If this sounds like your dog, you can consider toys ranked 5 and above.

## OUR GOAL:

Our goal is to help you purchase a toy suited for your dog's needs. All of our Tuffy® and Mighty® toys are made with the same extreme durable construction, but the shape of the toy can impact a dog's ability to penetrate the toy over time.

Use the **TUFFSCALE** to help you with your purchase. If you aren't 100% sure which toy is right for your dog call us at 1-866-4-DogToy.

We strive to make our toys the TUFFest on the market. We are continually testing and creating new toys to be both stronger and safer for your dog. As loving dog owners we only want the best toys for our dogs and yours. Indestructible is impossible... *But we will keep trying!!*



Look for our **TUFFSCALE** logos while you shop to identify the most appropriate toy for your dog.

**MYDOGTOY.COM™**
2  1-866-4-DogToy (364-869) • (480) 704-1700

**MEGA** — 10

**EXTREME** — 9

**SUPER** — 8

**VERY TUFF** — 7

Durable — 6

Strong — 5

*weakest*

VIP00059

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

# TUFFY®

## HOW ARE THEY MADE?

### 7 SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### 4 FOUR LAYERS OF MATERIAL

Tuffy® toys can have up to 4 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) can have up to 2 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

ULTIMATE BONE
mydogtoy.com

1st Layer - Soft Fleece
2nd Layer - Luggage Material
3rd Layer - Plastic Coating
4th Layer - Luggage Material

*Disclaimer: Each toy shape and size is made differently, and because the toys are made by skilled human hands, no two toys are identical.*

### PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

### SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.

WORLDS "TUFF"EST SOFT DOG TOY

3

VIP00060

WORLDS "TUFF"EST SOFT DOG TOY



## TUFFY JR'S

**They Float, Squeak & Are Machine Washable**
**For Dogs 4-18lbs**

### JR ODDBALLS

For dogs that LOVE to fetch and catch!







T-JR-OB-RP

T-JR-OB-PL

T-JR-OB-YB



T-JR-OB-CB

### JR RING



The Ring has three squeakers and can be used for fetch or as a tug toy.
Its soft edges won't hurt your dog's teeth or gums.



T-JR-R-RP



T-JR-R-CB

T-JR-R-PL

T-JR-R-YB

### JR BONE 2

Same great bone with a new design!





T-JR-B2-RP



T-JR-B2-YB



T-JR-B2-CB



T-JR-B2-PL

4

VIP00061



## JR BONE

For dogs that like to play, tug and whip their toys back and forth.



T-JR-B-RP   T-JR-B-PL   T-JR-B-CB

T-JR-B-YB



## JR 3 WAY TUG

For dogs that like to play together! Get your doggie friends together for a fun-filled day.



T-JR-3WT-CB



T-JR-3WT-RP   T-JR-3WT-PL   T-JR-3WT-YB

## JR GEAR

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!



T-JR-GR-RP

  

T-JR-GR-PL   T-JR-GR-CB

T-JR-GR-YB

## JR BOOMERANG

Multiple squeakers make this a great toy for dogs that like to play, tug and whip their toys back and forth.

T-JR-BR-CB

T-JR-BR-RP

T-JR-BR-PL

T-JR-BR-YB





**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

WORLDS "TUFF"EST SOFT DOG TOY

5

VIP00062

**WORLDS "TUFF"EST SOFT DOG TOY**

# TUFFY ULTIMATES

**They Float, Squeak & Are Machine Washable**

## RING  #1 SELLER

The Ring has four squeakers and has soft edges so it won't hurt your dog's teeth or gums, making it a great toy for fetch or a game of tug.



T-U-R-RP
T-U-R-YB
T-U-R-CB



T-U-R-PL

## FLYER 

This Flyer has one squeaker and is the perfect toy for training your dog to catch and fetch. Its soft fleece and durable construction make it the safest disc you'll find.



T-U-FL-CB
T-U-FL-YB
T-U-FL-RP
T-U-FL-PL



## BONE 

For dogs that like to fetch, tug and whip their toys back and forth.



T-U-B-CB

T-U-B-YB
T-U-B-RP
T-U-B-PL

## ODDBALLS

For dogs that LOVE to fetch and catch!



T-U-OB-CB
T-U-OB-RP
T-U-OB-PL
T-U-OB-YB

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

6

VIP00063



## TUG-O-WAR

Great fun for everyone, and it squeaks. Two dogs can play all day with this two-ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.



T-U-T-RP



T-U-T-PL     T-U-T-YB     T-U-T-CB

## 3 WAY TUG

The 3 Way Tug will easily become your dog's favorite toy! Push, pull, toss and fetch have never been so fun, so bring a friend!

T-U-3WT-PL



T-U-3WT-FP     T-U-3WT-YB     T-U-3WT-CB

## 4 WAY RING

The 4 Way Ring is a new twist on a pooch's favorite toys - the ball and the ring! Its soft edges won't hurt your dog's teeth or gums.







T-U-4WR-PL     T-U-4WR-FP





T-U-4WR-YB

T-U-4WR-CB

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700     7

WORLDS "TUFF"EST SOFT DOG TOY

WORLDS "TUFF" EST SOFT DOG TOY

# TUFFY® ULTIMATES

**They Float, Squeak & Are Machine Washable**

## TIRE IRON (9) TUFFSCALE

For dogs that LOVE to pull, play and tug! This 3-way tire iron is perfect for multi-dog families who enjoy playtime together.

T-U-TI-CB
T-U-TI-PL   T-U-TI-RP
T-U-TI-YB

## BOOMERANG (8) TUFFSCALE

Squeeze one of the squeakers and then throw it! Your dog will love to bring it back. If you have two dogs each one can pull on an arm while you safely hold on to the other.

T-U-BR-PL

T-U-BR-YB   T-U-BR-RP   T-U-BR-CB

## 3 WAY RING (9) TUFFSCALE

The 3 Way Ring has a unique shape that makes it easy for dogs to pick up and tug with friends!

T-U-3WR-CB   T-U-3WR-RP
T-U-3WR-PL
T-U-3WR-YB

## TUG-O-GEAR (9) TUFFSCALE

Great fun for everyone, and it squeaks. Two dogs can play all day with this two ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-GR-RP
T-U-T-GR-PL
T-U-T-GR-CB
T-U-T-GR-YB

## GEARS (9) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-U-GR-YB   T-U-GR-RP   T-U-GR-PL   T-U-GR-CB

8

VIP00065



# "TUFF" WITH NO STUFF!

## EXTREMELY DURABLE PET TOYS WITH NO "STUFF" IN THE CENTER!

**7** **SEVEN ROWS OF STITCHING**
Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edges, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

**2** **TWO LAYERS OF MATERIAL**
Tuffy® No-Stuff toys can have up to 2 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) has 1 layer of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

**PROTECTIVE WEBBING**
For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

**SQUEAKER SAFETY POCKETS**
Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.



T-NS-U-R-YB
T-NS-U-R-RP

T-NS-MG-R-TG

T-NS-U-TYB / T-NS-U-T-RP



WORLDS "TUFF"EST SOFT DOG TOY

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700    9

VIP00066



VIP00067

VIP00068

# WORLDS "TUFFEST" SOFT DOG TOY







VIP00069

VIP00070

# WORLDS "TUFFEST SOFT DOG TOY

13

## MEGA CREATURES

**TUFFSCALE 10**

**MEGA TUG-OVAL**

**TUFFSCALE 10**

### JERSEY SHORE PETE

This tough guy can outlast any dog. He's got a great fake orange tan with jet black strips. Pete will take on multiple dogs in a game of tug-o-war. Or head lock one at a time! Soft edges won't hurt gums, and it floats!

### OSCAR SCHWARZACREATURE

Oscar's rock hard bod can take on any dog in a game of fetch or tug-o-war!! He'll be back... for more play time. Soft edges won't hurt gums, and it floats!

T-MG-CR-OO-1-TG

T-MG-CR-OO-2-TG

T-MG-TO-TG

T-MG-TO-BR

T-MG-TO-CL



VIP00071

# WORLDS "TUFF"EST SOFT DOG TOY

VIP00072

## BURTLE-TURTLE

**8** TUFFSCALE

His friends call him Burt, and this is one guy your dog will want to be friends with! Great as a pillow and all around play toy, your dog will enjoy keeping him close at all times.

T-DC-TURTLE

## KING CRAB

**7** TUFFSCALE

This soft-shell crab has what it takes to keep your dog coming back for more. Fun to fetch, tug and whip around at your dog's leisure.

T-DC-CRAB

## RAY-RAY

**7** TUFFSCALE

Great fun for everyone! This cross-eyed stingray has a big head and wing span for your dog and a tail for you to enjoy in a game of tug.

T-DC-STINGRAY

## KILLER WHALE

**8** TUFFSCALE

This killer will give your pooch a "whale" of a time! Snuggle, tug, toss and fetch for optimum enjoyment!



T-DC-KILLER-WHALE

## LARRY LOBSTER

**8** TUFFSCALE

Larry is your dog's "Maine" Man. Since he is a Lobster, he is ready to play all day in and out of the water. Larry can't wait for the fun to begin!



T-DC-LARRY-LOBSTER

## MYDOGTOY.COM



15



VIP00073

Case 2:14-cv-02057-SMM   Document 104-1   Filed 10/23/15   Page 55 of 121

# WORLDS "TUFF"EST SOFT DOG TOY

VIP00074

## MEGA SQUIDS (10) TUFFSCALE

You won't need to dive 20,000 leagues under the sea to enjoy these giant squids! Perfect for fetching and tugging, the MEGA Squids are made using our 'MEGA' construction methods with up to 7 layers of material for extra durability!



## JR SQUIDS (8) TUFFSCALE

Little pups love squids too! Keep your active pooch happy and at play with huggable, fetchable JR Squids! Multiple layers of stitching and material makes this one 'Tuff' toy!



**MYDOGTOY.COM™**

17

## TROUT (8) TUFFSCALE

A prize catch that would make your dog proud to be your best friend!



## ULTIMATE SQUIDS (9) TUFFSCALE

Ultimate Squids are the perfect pool toy for your pooch! Swim, dive, pull and play all day with these silly squids. Made using our regular construction methods with up to 4 layers of material.



# TUFFY DINOSAURS

**WORLDS "TUFF"EST SOFT DOG TOY**

MYDOGTOY.COM™
1-886-4-DogToy (364-869) • (480) 704-1700

## DESTRUCTOSAURUS (8)
TUFFSCALE

### "The Lawyer Destroyer"

Beware those that twist the law and impose unwarranted threats upon others... From the Depths of Hell comes DestructoSaurus, The Lawyer Destroyer! Who dares to take a toy away from the innocent loving paws of Man's Best Friend? Never fear, DestructoSaurus is here! With sharp teeth and claws he will devour those who attempt to put restrictive shackles on his canine pals.

Stand behind your twisted view of the law, O' Evil Hater of Dogs, for Destructosaurus will punish you!

T-D-TERA

(7) TUFFSCALE

T-D-JR-TERA

(7) TUFFSCALE

## PTERADACTYL

High upon a mountain cliff, beyond the white mist of a wandering cloud sits in wait the great Pteradactyl. With its enormous wingspan it takes flight across the great expanse of chairs, couches and coffee tables. Now more than ever your dog will fly to new canine heights with this enormous prehistoric bird.

(7) TUFFSCALE

T-D-JR-DESTRUCTOSAURUS

T-D-DESTRUCTOSAURUS

## T-REX (7) TUFFSCALE

The beast is feared in the cold of the night and horrifies the courageous in the middle of the day. Tyrannosaurus Rex is the terror that once walked these lands, as it will once again roam through your living room. You'll watch as the king of dinosaurs is forced to submit to your king of canines.

T-D-REX

(7) TUFFSCALE

T-D-JR-REX

VIP00076

# WORLDS "TUFF"EST SOFT DOG TOY

## STEGOSAURUS

**8** TUFFSCALE

Deep within the Jurassic highlands on a damp summer day, along the banks of a mountain stream, stands in thirst the amazing Stegosaurus. Though its thirst may only for household plants and back/yard greens, it can defend its own against an attack from its smaller canine rivals!

**7** TUFFSCALE

T-D-RB-STEG

T-D-STEGO

## DRAGONS

**8** TUFFSCALE

Everyone knows the REAL dragons of old went extinct with the dinosaurs, but don't fret! We've brought them back to reality for your dog's sole enjoyment and ultimate companionship!

T-DOG-ORANGE

T-DOG-YELLOW

**MYDOGTOY.COM** ™

1-866-4-DogToy (364-8691) • (480) 704-1700

19

## TRICERATOPS

**8** TUFFSCALE

Along the shadows of the mountains walks a legend in armor plate protection. The tri-horned dinosaur, better known as Triceratops, forages on berries, grass and household shrubbery. Allow your pup to set up a protective barrier and spare your plants from this menacing plant eater.

**7** TUFFSCALE

T-D-RB-TRI

T-D-TRI

## MOOSASAURUS

**8** TUFFSCALE

Far across the desert plain wanders a mighty one-horned wonder. Stronger than any beast of its land, the Moosasaurus sets off on a treacherous journey to greener pastures. Your backyard lawn is just within its grasp before unwillingly forced to retreat by none other than its canine foe. Playtime will be filled with amazement when you bring this prehistoric Moose to your home.

**7** TUFFSCALE

T-D-RB-MOO

T-D-MOO



**WORLDS "TUFF"EST SOFT DOG TOY**

# TUFFY
# ZOO ANIMALS

## GIRARD GIRAFFE

This Giraffe is larger than most dogs and will present a challenge to any canine who dares to go up against it! The Giraffe will be a lifetime companion and will withstand even the "tuffest" of dog breeds!

## EMERY ELEPHANT

Move over for this king of the elephants or he'll certainly topple you! Emery may look like a pushover, but he'll stand up to your pooch any time, any day, anywhere.

T-Z-ELEPHANT

T-Z-JR-ELEPHANT

## MORRIS MONKEY

Everyone beat your fists against your chest for Morris Monkey! Your best pal will go bananas over this mischievous monkey!

T-Z-MONKEY

T-Z-JR-MONKEY

T-Z-GIRAFFE

T-Z-JR-GIRAFFE

## PEABODY PENGUIN

Pull up your britches for this perfectly prim penguin! He'll teach your pooch proper play behavior – a perfect pal for any pup.

T-Z-PENGUIN

T-Z-JR-PENGUIN

**MYDOGTOY.COM**
1-866-4-DogToy (364-869) • (480) 704-1700

20

VIP00077



## HILDA HIPPO

**7** TUFFSCALE

This herbivorous Hippo is full of love and laughter for your carnivorous canine! Brighten your dog's day with a good game of tug and active play.

T-Z-HIPPO

## PEYTON PEACOCK

The Peacock is Easy to toss and Floats! Soft edges won't hurt gums.



T-Z-PEACOCK

## TATTERS TIGER

**8** TUFFSCALE

This terrifying Tiger is a match for just about any pooch! Tatters is all about strength and endurance, so make sure your pup is in for the long-haul.

T-Z-TIGER

T-Z-JR-TIGER

## TOGO TOUCAN

**8** TUFFSCALE

Move over Sam and get a load of Togo! This "tuff" tropical tweeter makes a colorful companion for your canine.

T-Z-JR-TOUCAN   T-Z-TOUCAN

## BEAUFORT BEAR

**7** TUFFSCALE

Beaufort is a beautiful black bear with a big, big heart! A bit shy, your dog will need to befriend this beast for an assured best friend for life!

T-Z-BEAR   T-Z-JR-BEAR



MYDOGTOY.COM

**WORLDS "TUFF"EST SOFT DOG TOY**

21

VIP00078

# TUFFY® DESERT CREATURES

WORLDS "TUFF"EST SOFT DOG TOY

**T-DS-VULTURE**    **T-DS-ANT**    **T-DS-PHROG**    **T-DS-TARANTULA**    **T-DS-LIZARD**

Masters of the Mohave unite to make Desert Creatures a MUST for your dog! Battle the brave stinger of Scorch the Scorpion, slither and slide with Lizzy the Lizard, creep and crawl with Harry the Hobo Spider, or bounce around with the finicky Phineas Phrog for a playful time with your canine.

**7 TUFFSCALE — RANT THE ANT**

Ants work best as a team, so pair up your pooch with Rant the Ant and let them build a beautiful relationship!

**8 TUFFSCALE — VURN THE VULTURE**

Watch out for Vurn as he circles overhead, but he's not targeting your dog, your dog is targeting him! Toss and Tug have never been so much fun!

**8 TUFFSCALE — PHINEAS PHROG**

Your "phinicky" pooch will simply adore Phineas Phrog! So easy to toss around and "phetch," your pup will have a "phriend" for life!

**7 TUFFSCALE — TATE TARANTULA**

Little Miss T sat in a tree, eating some bugs and eggs. Along came your pup, who wandered right up, and played tug with Miss T's legs.

**8 TUFFSCALE — LIZZY THE LIZARD**

The easy-to-grab shape of Lizzy the Lizard is all your canine will need to make her his very best friend! Perfect for play with other dogs, or as a comfy chin rest.

**MYDOGTOY.COM™** 1-866-4-DogToy (364-869) • (480) 704-1700

VIP00079

Case 2:14-cv-02057-SMM   Document 104-1   Filed 10/23/15   Page 61 of 121

**MYDOGTOY.COM**
West of Display 2556 E51 · 1-800 (254 1788)

23

VIP00080

## BELLA THE BAT

**7** TUFFSCALE

Hold on to your sparkles! This bloodthirsty vampire bat is ready to battle your little wolf any day (or night)!

## PHROG LEAPING

**8** TUFFSCALE

Leap Phrog, Leap Phrog, where shall you play today? Hopping up and down and all around with your dog's new Best Phrog Blizzard Phorever!

## ARNIE THE ARMADILLO

**7** TUFFSCALE

See if your pooch can soften the exterior of this "Tuff" Armadillo. Watch out – Arnie might give back a little bit of attitude.

## HARRY THE HOBO SPIDER

**8** TUFFSCALE

This is one Hobo spider you and your pooch don't have to be afraid of! Toss and tumble, yank and tug for hours of fantastic play!

## SCORCH THE SCORPION

**8** TUFFSCALE

One of the smallest, yet most fearsome creatures of the desert wants to come to your home! Put your dog on high alert for this super-fun stinger!

T-DS-SCORPION

T-DS-SPIDER

T-DS-BAT

T-DS-ARMADILLO

T-DS-PHROG-LEAP



# WORLDS "TUFF"EST SOFT DOG TOY

VIP00082

25

## MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-4700

### ADMIRAL O'FURY
Take your pup to a new dimension with the classic Admiral O'Fury - a fearsome and fiery alien of the outer galaxies! Your pooch will go where no dog has gone before with this fun and adventurous toy!

T.A-RED-ALIEN

### LIEUTENANT SPLOCK
Take your pup to a new dimension with the ever favorite Lieutenant Splock - the fiery cyclops alien! Your pooch is sure to be pleased with this fun and adventurous toy!

T.A-ORE-ALIEN

### ALIEN SUNS & FLOWERS
There's nothing better on a warm, sunny day than... AH! Aliens! That's right, and they're here to remind your best friend that summer is the very best time to bounce around with these fun alien balls!

T.A-BALL-FIVE-FIRE
T.A-BALL-JR-SUN
T.A-BALL-FIVE-RED

### CAPTAIN KURKLOPS
Take your pup to a new dimension with Captain Kurklops, the 8-legged, cyclops alien! Fly him through your backyard galaxy and watch your dog race to pluck him out of the air. Get all your dogs involved in a squeaky game of Tug, or simply lay him down for comfort to keep all the monsters away. Your pooch is sure to be pleased with this fun and adventurous toy!



T.A-GREEN-ALIEN



VIP00083

# TUFFY
# BARNYARDS

**MYDOGTOY.COM**
1-866-4-DogToy (954-8691) • (480) 704-1700

### POLLY PIGGY

Polly Piggy is a playful pal prancing practically all day long, and you won't find a more perfect playmate for your pup. With plenty of panache, Polly Piggy pleases the most particular and precocious pooches.

### Molly & Mo MOUSE

Eenie-meenie Molly and Mo! Your pal will be catching these mice by their toes all day long. "Tuff"er than your average door mouse, Molly and Mo will be a joy to have around.

### BIG THE Bull

There's no bull when it comes to this Bull. Bevo comes from the best of all long-horn stock and is ready to take on your canine! With super strength and durability, Bevo will be a friend for life.

### HOWIE Horse

This champion thoroughbred may enjoy grass and apples, but he also enjoys a good romping with his canine pals! Howie is always willing to go up against your pooch on race day, and they're sure to be neck and neck every time!

26

# WORLDS "TUFF"EST SOFT DOG TOY




I'm not the black sheep of the flock, but somehow I landed this gig. I no longer have my wool turned into sweaters, nor do I get counted as I jump over your bed. Apparently I'm better served as a fuzzy friend to dogs who prefer to tug and slobber on me. Baaaa.

T-BY-SHEEP

T-BY-JR-SHEEP



There's no time to dilly-dally with Dudley Duck! Fly him through the air with a game of fetch, or pull him through the pool with a game of tug, this daring duck loves it all!

T-BY-DUCK

T-BY-JR-DUCK

## Talulah TURKEY

If you sometimes wonder if your dog is a turkey, then it's time to bring Talulah into your life to prove them wrong! This silly bird will become a friend for life.



T-BY-TURKEY

T-BY-JR-TURKEY



T-BY-RABBIT-BRN

T-BY-JR-RABBIT-BRN

T-BY-RABBIT-WT

T-BY-JR-RABBIT-WT

## Rutabaga & Radish RABBIT

Watch out for your garden! These hungry bunnies are ready to take everything you've got... unless your pooch can stop em! Get these rabbits on the run and show your dog what it means to guard the garden.

**MYDOGTOY.COM**
1-866-4-DogToy (364-869) • (480) 704-1790

27

WORLDS "TUFF"EST SOFT DOG TOY

VIP00084



# RUGGED TUFFY® RUBBER

Made with 100% pure new rubber, these fiery demon skulls are built to be tons of powerful fun! Each is equipped with a durable rope so they can be thrown and whipped to great distances.

# RUGGED TUFFY® RUBBER ALLIGATOR

**Insert Treat Here!**

TRR-GATOR-M

TRR-SK-M-RED

TRR-SK-M-WHITE

TRR-SK-XS-WHITE

TRR-SK-XS-RED

WORLDS "TUFF"EST SOFT DOG TOY

28

VIP00087



VIP00088



Who will have more fun with them...

Add some fun to your household with Silly Squeakers® Novelty Beer and Soda Bottles! These soft squeaky toys come in six flavors: Cataroma, Heinie Sniff'n, Droots, Mountain Drool, Killer Bite and Bark's and they're a barrel of laughs! Collect all six for your canine companion, and please play responsibly.

**Fourteen Fun Bottles To Choose From!**

Next time you're out picking up a bottle for yourself, bring one home for the dog too! Your choice of fourteen different bottles to please all tastes.

These products are in no way affiliated with Anheuser-Busch, Inc., Heineken International Group Modelo S.A. de CV, Miller Brewing Company, PepsiCo, Inc. or Coca-Cola Corporation.

VIP00089

32

**Silly Squeakers®**

VIP00090

VIP00091

VIP00092

# Silly Squeakers

## You or your dog?



Add some fun, and class, to your household with *Silly Squeakers*® Novelty Wine Bottles! These soft squeaky toys come in four fun styles: Kennel Relax'n Chardonnay, Grrrobert Slobbery Pinot Noir, Meow Chased One Champain (large and small), and Chewy Breeders' CrisPaw Champion! Collect all four for your life-palated pup, and please play responsibly.

These products are in no way affiliated with Kendall Jackson, Robert Mondavi Wines, Moet Champagne or Louis Roederer Champagne.



Who will have more fun with them...

Now Ol' Grand Papa Pooch has a Silly Squeakers® Novelty Liquor Bottle made just for him! Please play responsibly.

The product and its design belong to VIP Products. The product is not affiliated with Jack Daniel Distillery.

36

VIP00093



No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers®* are a line of fun, creative and hilarious squeaky toys that are sure to have everyone talking.  We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter! Mr. Poops and Mini Poo are a perfectly unique addition to your family. **With faces on both sides, they are two-faced pieces of crap!**

*I Squeak!*

**Mr. Poops**
10" High x 2" Diameter

**Mini Poo**
5" High x 1.25" Diameter

SS-MINIPOOPS

SS-MRPOOPS

37

VIP00094



# iballs ™



## "Pink-i"

Although she may appear dainty, "Pink-i" can rough and tumble with the best of dogs! With quality construction, she's sure to give your pooch hours and hours of enjoyment.

Your pooch will absolutely LOVE his or her own set of furry iBalls™! These fluffy balls come in three sizes to match a dog of any shape and size, and will set them rolling with their entertaining eyes, fluffy fur and squeaky squawks! Silly Squeakers® are a line of fun, creative and hilarious vinyl squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!

## "Brown-i"

Play a fun game of fetch and laugh as your dog happily brings back Brown-i! Sure to please all dogs!





Look for our tri-pack of extra small iBalls! The perfect gift for a pooch with many personalities!

## "Black-i"

Want a sure way to please your best friend? Give him a "Black-i"!! This soft and durable iBall will please you AND your dog by giving you both play-time and laughter.





38   SS-IB-L-BR          SS-IB-M-BR          SS-IB-L-BL          SS-IB-M-BL          SS-IB-L-PK          SS-IB-M-PK          SS-IB-S-BL-BR-PK

VIP00095

# MIGHTY®

## Dog Toys

### Mighty® Dog Toys *rethink durability* and approach it from a new angle.

Durability is created for each toy with multiple layers of flexible materials that move with the dog's teeth instead of tearing. Compared to other toys, Mighty® dog toys have no hard edges. The result is that these toys do not promote chewing – great when you're trying to discourage chewing habits. These toys may seem plush on the outside, but all the durability features are internal making these toys soft, yet MIGHTY® strong.

**HIGH DURABILITY AND QUALITY**
Each toy incorporates quality materials that provide the highest level of durability

**MULTIPLE ROWS OF STITCHING**
Vulnerable areas are covered and sewn with a material binding that covers the original sewn edge. This extra binding creates multiple rows of stitching to hold the seams together

**DURABLE SEAMS**
All seams are located inside the toy to discourage chewing. Vulnerable seams are protected by sewing a flexible material over the edge of the seam

**2 LAYERS OF MATERIAL**
Each toy has a plush outer material with a layer of heavy fleece underneath. The fleece underneath is what gives this toy its strength. The fleece core holds the body of the toy together when playing games like Tug

**UP TO FOUR ROWS OF STITCHING**
All material seams have multiple rows of stitching, are covered with a layer of soft, flexible material and sewn together with more rows of stitching, creating a soft and durable toy with no hard edges!

**UP TO TWO LAYERS OF MATERIAL**
Outside layer is made of a tight-woven sherpa-style fleece – the result is good flexibility with high durability. Inside material is made of tight-woven brushed fleece of the heaviest weight and highest durability.

39

VIP00096



VIP00097

VIP00098



MIGHTY

MIGHTY WORMS

41

Green Tequila Worm & Pink Tequila Worm
No party with your pooch is complete until
one of these two show up. Available in two
fun bright colors, the long tail is perfect for
tug-o-war and fetch.



VIP00099



VIP00100



VIP00101

VIP00102



# MIGHTY
## NATURE

45

**Sassafras Swan**
Your pooch won't be an ugly duckling, but they'll feel better after they capture the beautiful Sassafras! A crowd pleaser and excellent addition to any living room.

**Carl Cardinal**
If you're pup is to follow one cardinal rule, make it be this: Chirp chirp, tweet, chirp chirp.

**Wilford Wolf**
Bring out the inner wolf in your pup by opening your doors to Wilford or Wilford Out.

**Ollie the Owl**
If your pooch is considered a 'night owl,' then Ollie will make the perfect evening companion!

**Chippy Chipmunk**
There's no squirreling around with this cute little Chipmunk! This sweet little guy will easily become one of your pup's favorites!

**Stinky Skunk**
This luxurious skunk you dog will LOVE getting close to! Stinky is a soft and cuddly skunk. We bet you'll never be turned off by his ruff and tumble ... or any odor!

**Petey Possum**
This guy can play Possum all day long! Toss him around, play fetch and Petey will never tire!



VIP00103

VIP00104

# MIGHTY®
## MASSIVE

Nearly twice the size of our regular animals and extra-durable for those hard-to-please pooches!

47

**Massive Pig**

There's nothing better than a massive pig for massive love n! Your big dog will love snogging up to this beautiful bacon.

MTPPIG-PIGGY



**Massive Rabbit**

A massive friendship first comes from a massive rabbit! There's no escape down the rabbit hole for this big bunny, just fun and frolic with your best friend!

MTRW-M-RABBIT-BUN

**Massive Fox**

There's no chance your pooch will be able to outsmart this massive fox! Tug, fetch, toss and roll with this big guy for a full day of fun.

MTMW-M-FOX

**Massive Beaver**

This nearly lifesize Beaver will be your best friend's companion for life! Strong, soft and highly durable, the Massive Beaver is a MUST for any cuddle pooch.

**Massive Chipmunks**

This big chipmunk is every bit as cute as the little ones, and now there's no much more to cuddle!

MTRW-M-CHIPMUNK










MTRW-M-BEAVER



VIP00105

VIP00106

# MIGHTY
## SAFARI

49

**Merlin Meerkat:**
Make way for Merlin, the majestic and mischievous meerkat! Your pup's new best friend.



**Javier Javelina:**
They make look like a wild boar, but your best friend won't be bored with this awesome toy design!

**Kayla Kangaroo:**
Finally a friend as bouncy as your favorite pooch! Kayla and her little Joey are the perfect Aussie companions.

MT'S: KANGAROO | MT/R.S: KANGAROO

**Koala Koala:**
The cutest animal in the Kingdom deserves to have an equally cute! Koala Bear to snuggle with at night. Order yours today!

MT'S: KOALA | MT/R.S: KOALA

**Lenny Leopard:**
When your pooch adopts this Leopard cub, they'll have a friend for life! During sleep or play, Lenny will be there.

MT'S: MEERKAT
MT/R.S: MEERKAT



VIP00107

VIP00108

# MIGHTY

## MIGHTY DINOSAURS

51

**Stanley the Stegosaurus**
This Stegosaurus will bench your dog all sorts of new tricks! Stand aside and watch your best friend play all day with this new Spiky pal!
MT-DINO-STEGO

**Trey T-Rex**
He may have been King of the jungle in prehistoric times, but now he may just play to your powerful pooch!
MT-LR-DINO-TREX

**Dino Raptor**
MT-DINO-RAPTOR

**Dino Brach**
Samantha the Apatosaurus. With a long neck that makes her as tall as trees, she is prehistorically proportioned to make the friendliest soft and cuddly play buddy!
MT-LR-DINO-BRACH

**Dino Spino — Sparky Spinosaurus**
The fun-loving Sparky is ready to play! Tug, pull and pounce all day with this Mighty Dino!
MT-DINO-SPINO

MT-DINO-SPINO

**Dino Tri — Tristan Triceratops**
Tristan is the Mightiest Triceratops around! Until your pooch tells him otherwise that is. Upon meeting, Tristan Triceratops will quickly become your pup's very best friend!
MT-LR-DINO-TRI

MT-DINO-TRI

MT-DINO-TRI



VIP00109



VIP00110



# MIGHTY®
## MY PARENTS LIED...

**DURA SCALE™**
**Caesar Centaur:**
Bring the best of the mythical creatures home for your best friend to enjoy.

**DURA SCALE™**
**Neptune:**
Sweet dreams of the rolling sea can only be made by the God who controls it... and wearing out your pooch from hours of play time helps too!

MT-L-NEPTUNE / MT-JR-L-NEPTUNE

**DURA SCALE™**
**Unice Unicorn**
No amount of slobbery love can take the beauty out of these Unicorns!

MT-L-CENTAUR / MT-JR-L-CENTAUR

MT-L-MEDUSA / MT-JR-L-MEDUSA

**DURA SCALE™**
**Medusa:**
While you may not be able to look upon her without turning to stone, your curious canine has the unique power to turn it against her! Let them fight it out in a battle of epic proportions.

**DURA SCALE™**
**Lester Leprechaun:**
Your pup will have no problem following this leprechaun to his pot of gold! Great for hide-and-seek!
MT-N-LEPRECHAUN
MT-JR-N-LEPRECHAUN

MT-L-PEGASUS / MT-JR-L-PEGASUS

**Pearl Pegasus:** **DURA SCALE™**
Fly away to lands afar on the perfect Pegasus! She will safely land your best friend safely on their feet.

MT-L-UNICORN / MT-JR-L-UNICORN

54



# MIGHTY
## MY PARENTS LIED...

**Minny Minotaur:**
Your beast will be eager to learn more of this beast! Perfect shape and strength for toss and tug games.

MT-L-MINOTAUR / MT-JR-L-MINOTAUR

**Albert Alien:**
Greetings Martians! What? You didn't think we were real? Think again! Beam me up Scottie-Terrier.

MT-L-ALIEN / MT-JR-L-ALIEN

**Wendy the Mermaid:**
Your parents may have lied to you about mermaids, but here she is for your best canine friend to enjoy as you did as a child! Wendy will be their fantasy come true.

MT-L-MERMAID
MT-JR-L-MERMAID

**Bigfoot:**
Deep in the mountains where only your dog can go, she meets with Bigfoot for a secret rendezvous of furry fun!

MT-L-BIGFOOT / MT-JR-L-BIGFOOT

**Stormy Stork:**
Gentle reminders from Stormy Stork will make sure your puppy always feels snug and secure!

MT-L-STORK / MT-JR-L-STORK

55

VIP00112

# MIGHTY®

## Mighty® Bones contains *NO* white poly stuffing!

The core of the bones is a tough and durable, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.






MT-BONE-OR



MT-BONE-BL



MT-BONE-YW



MT-BONE-RD



56

VIP00113

VIP00114

# MIGHTY

## Mighty® Balls contains *NO* white poly stuffing!

The core of the balls is a tough, durable ball, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seam plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.

**NO STUFF!**







MT-BALL-L-RD

MT-BALL-M-RD

MT-BALL-L-YW

MT-BALL-M-YW

MT-BALL-L-BL / MT-BALL-M-BL

MT-BALL-L-OR / MT-BALL-M-OR

57

*Ez-wash*

# Multiple Layer Dog Beds™

## Superior Comfort & Durability

The inner filler is 100% Polyester Fiber encapsulated in a tufted mesh Polyester lining to prevent clumping or shifting designed for resilience and comfort.

The Mighty® Dog Bed Core is zippered so you can add or remove filling and customize the firmness of your dog's bed. The core is easily removable for washing and fits perfectly with Mighty Dog Bed Sheets. SHEETS SOLD SEPARATELY.

## Removable & Replaceable

Our removable sheets are also replaceable so if they ever tear or become worn they can be replaced like bed sheets without having to purchase a brand new bed. Mix and match colors to customize your dog's bed to your home. Each part of our bed including the durable covers and stuffing can be replaced, saving you money and giving your dog a familiar bed for life.

## Machine Washable

Our durable zippered soft fleece sheets are machine washable and dryable (on Low). And since you can buy more than one set of sheets you can wash them at your convenience!

Keeping your dogs sheets fresh and clean is important, so be sure to wash your dog's bed sheets each week when you change the sheets on your own bed.

58

# MIGHTY®

VIP00115

# THE LAST DOG BED YOU WILL EVER NEED!



MSH-36-TAN / MSH-42-TAN /
MSH-60-TAN

MSH-36-GRN / MSH-42-GRN /
MSH-60-GRN

MSH-36-BLUE / MSH-42-BLUE /
MSH-60-BLUE

MSH-36-RED / MSH-42-RED /
MSH-60-RED

## Available in Four Colors & Three Sizes!

Customize your dog bed with four
different color options! Because our
sheets are sold separately, you can
choose from Desert Tan, Sage Green,
Midnight Blue and Wine Red to match
your home decor, or simply give
your pup a little variety.



**Each Layer
Removable &
Replaceable**

### Layer 1

**All New
Fiber Filling**

### Layer 2

**Inner Layer of
Soft Mesh
Polyester**

### Layer 3

**Protective Layer
Plastic Coated
Luggage Grade
Material**

### Layer 4

**Outer Layer of
Machine Washable
Durable Soft Fleece**

MIGHTY

## Two Piece Design

Our unique two piece design (pillow mat and bolster) makes our bed versatile
and portable for travel. The removable bottom cushion can be used as a travel
mat or crate mat to promote the familiarity of home in a not-so-familiar place
like the boarding kennel or a camping trip.

## Saving Money

Replaceable parts save you money. Now you can replace the worn part and
not the entire bed. By not having to repeatedly purchase new beds for your pet,
you can spend the savings elsewhere. Your dog will thank you because they
will never have the hassle of having to learn to like their new bed and getting it
to smell like something that belongs to them. Just replace the parts you need.

59

VIP00116



# Pack 'n Go
# DOG PACK

A durable shoulder pack with premium attachments and plenty of room for you and your dog's needs while out in the park, on a beautiful hike or on an everyday walk. Keep everything together for those long trips and car rides as well!

**Multiple Pockets:**
Plenty of room for dog toys, treats, food, waste-disposal bags, you name it! Multiple pockets and a spacious bag interior allow enough room to pack what you and your dog need for any type of travel or activity.

**Shoulder Strap:**
The all in one pattern makes this shoulder strap extra durable for everyday use. There is plenty of padding and an accompanying shoulder pocket for on-the-fly treats. The shoulder strap is fully adjustable and can detach from the base.

**Shoulder Pocket:**
Use the detachable shoulder pocket to store your phone or MP3 music player for those outings to the park or on your daily walk. Can also be attached to the Zipaway Water Bladder strap.

**Detachable Bowls:**
Two bowls that zip right from the back of your Dog Pack and can quickly be used as a water dish, food bowl or for their collection of toys!

**Waste Disposal Bag Dispenser:**
Finally a convenient place for those all-important waste disposal bags! Keep it stocked for an easy pick-up every time. Disposal bags not included.

**Zipaway Water Bladder:**
Want the water without the whole pack? Detach the Water Bladder and strap it around your waist for easy travel! The water bladder is set inside a larger pouch which also zips away from the Pack 'n Go for easy refill. The hose and easy-pour spout fit snugly onto the shoulder strap and can be removed easily for Fido's quick drink.

MP&GB-RED

**Easy-Hook Carabiner:**
Free up your hands by attaching your dog's leash to the carabiner.

60

MIGHTY®

VIP00117



# Luxury PLUSH Dog Beds

## Three Luxury Styles To Choose From!



B&B-LUX-PINK

B&B-LUX-BLACK

B&B-LUX-BROWN





**Removable Filling** - *Inside stuffing is a soft plush poly fill material that is enclosed in a fabric pocket that can be easily removed or adjusted to keep correct shape of bed.*

**Easy Washing** - *Non-woven fabric pocket can be easily removed so you can wash the outside shell.*

**Plush Exterior** - *Outside layer is made of ultra soft faux fur for maximum enjoyment!*

*Bentley & Bunny*

2

VIP00118

VIP00119

PRSRT STD
US Postage
PAID
Industry, CA
Permit no. 4166





VIP Products
Product Design and Manufacturing

16515 S. 40th St. Suite 121 • Phoenix AZ 85048

Licensed, Manufactured and Distributed by
VIPTOY.COM
Copyright © 2014 | VIP Products | All Rights Reserved | 1-866-4-DogToy



Exhibit No. 9 Phillips
Deposition of
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00001

Wednesday, April 15, 2015 at 3:49:24 PM Mountain Daylight Time

**Subject:** RE:
**Date:** Monday, June 10, 2013 at 2:25:56 PM Mountain Daylight Time
**From:** Stephen Sacra
**To:** Elle Phillips

Mock it up... Looks Good !

Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048



 

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, June 10, 2013 12:10 PM
**To:** Stephen Sacra
**Subject:**

Hey Steve, how about something like this for "Bad Spaniels"? Let me know your thoughts. Thanks!
Elle

**\*\*\* PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. \*\*\*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

Page 1 of 1

ELLE0021

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, June 11, 2013 3:13 PM
**To:** Stephen Sacra
**Subject:** "Bad Spaniels"

Hey Steve, take a look and lemme know what you think!! I did make this label about a half-inch taller than the others we usually do, so let me know if I need to revise it back for any reason.
Thanks,
Elle

*** **PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. ***
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562 9075
design@ellephillips.com

Exhibit No. 10
Deposition of Phillips
Date 9-21-15
Becky Baum...
Certificate 5/...

1

VIP00005



VIP00004

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, June 11, 2013 3:47 PM
**To:** Stephen Sacra
**Subject:** "Bad Spaniels"

Here's one more version – just some different type treatment on "Bad Spaniels" - maybe a bit closer to the JD label.
Thanks,
Elle

*** **PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. ***



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208.562.9075
design@ellephillips.com

1

Exhibit No. 12
Deposition of Phillips
Date 4·21·15
Becky Baumert
Certificate 50152

VIP00009



VIP00008

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Friday, November 22, 2013 5:03 PM
**To:** Stephen Sacra
**Subject:** Re: "Bad Spaniels"

Let me know if you have any changes — only thing I need is the UPC for the pkg.
Thanks!
Elle

Exhibit No. 15
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

1



VIP00011

# *Silly Squeakers*

## Are you tired of buying the same old hum-drum rubber squeaky toys?

## So are we!

No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers*™ are a line of fun, creative and hilarious rubber squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter.

## The question is will you or your dog have more fun with them?

SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in workmanship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

## *Vip* Products
Product Design and Manufacturing

© 2013 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy
Made in China

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel's.





**VIP00013**

Stephen Sacra

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, March 17, 2014 12:29 PM
**To:** Stephen Sacra
**Subject:** Bad Spaniels

New packaging attached — print-quality and ready to go if all is good to you.
Thanks!
Elle

...................................................



elle phillips design

945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

Exhibit No. 26 Phillips
Deposition of
Date 4·21-15
Becky Baumert
Certificate 50152

VIP00040



**Are you tired of buying the same old hum-drum rubber squeaky toys?**

## So are we!

No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! Silly Squeakers® are a line of fun, creative and hilarious rubber squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!

*The question is will you or your dog have more fun with them?*

**VIP00041**



SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in work-manship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

Made In China

© 2014 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel Distillery.

**Stephen Sacra**

---

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, March 18, 2014 12:54 PM
**To:** Stephen Sacra; david@flyingpony.com
**Cc:** Lisa Carpenter
**Subject:** Re: SS-LB-BS Art

Finalized, print-ready artwork is attached.
Thanks!
Elle

Exhibit No. 30
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

1

VIP00049



VIP00050



SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in workmanship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

Made In China

© 2014 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel Distillery.



VIP00051



VIP00052



VIP00053



VIP00054



Exhibit No. 41
Deposition of Phillips
Date 7-21-15
Becky Baumert
Certificate 50152

ELLE0005



Who will have more fun with them...

Now Ol' Grand Papa Pooch has a Silly Squeakers® Novelty Liquor Bottle made just for him! Please play responsibly.

The product and its design belong to VIP Products. This product is not affiliated with Jack Daniel Distillery.

VIP00093

DEPOSITION EXHIBIT
Date: 7-21-15
BECKY BAUMERT, CCR 50152