# Exhibit 4

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF ARIZONA

3

4     VIP PRODUCTS, LLC, an        )

5     Arizona limited             )

6     liability company,          )

7          Plaintiff and          )

8          Counter-Defendant,     )

9          vs.                    ) Civil Action No.

10    JACK DANIEL'S               ) 14-CV-02057-PHX-OGC

11    PROPERTIES, INC., a         )

12    Delaware corporation,       )

13         Defendant and          )

14         Counter-Claimant.      )

15

16          The deposition of JOHN HOWARD, called for

17    examination pursuant to the Rules of Civil

18    Procedure for the United States District Courts

19    pertaining to the taking of depositions, taken

20    before WENDY A. KILLEN, CSR Number 84-003772, a

21    Certified Shorthand Reporter in the State of

22    Illinois, at 131 South Dearborn Street, Suite 2400,

23    Chicago, Illinois, on July 21, 2015, at the hour of

24    9:36 a.m.

25     (CONFIDENTIAL PORTIONS BOUND UNDER SEPARATE COVER)

Page 22

```
 1      A.   Okay.
 2      MR. LARKIN:  So why don't we mark your report
 3  as 73?
 4                       (Whereupon, Howard Deposition
 5                        Exhibit No. 73 was marked for
 6                        identification.)
 7  BY MR. LARKIN:
 8      Q.   Before we get into the substance of your
 9  report which we have marked as Exhibit 73, I would
10  like to go into your background a little bit.
11           Where did you attend college?
12      A.   Pratt Institute in Brooklyn, New York, and
13  two other schools.
14      Q.   Okay.  How long did you attend Pratt?
15      A.   Four years.
16      Q.   Did you receive a degree?
17      A.   Yes.
18      Q.   What was it in?
19      A.   It's called a Bachelor of Industrial
20  Design, BID.
21      Q.   And when did you receive your BID from
22  Pratt?
23      A.   I believe it was --
24      Q.   An approximation is fine.
25      A.   '65.
```

1      A.    Right.

2      Q.    Did you go to any other stores?

3      A.    No.

4      Q.    Do you recall going to Costco?

5      A.    Yes.  I did go to Costco.

6      Q.    Costco, like Wal-Mart, is what we call a

7    big box retailer that sells a variety of products

8    including liquor, correct?

9      A.    Right.

10      Q.    What was the purpose for your visits to

11    Wal-Mart, two Binny's stores, and one Costco?

12      A.    To do a photo survey and also pick up a

13    carton sample.

14      Q.    And you have brought with you today a

15    carton sample for Jack Daniel's Old Number 7

16    Tennessee Whiskey?

17      A.    Yes.

18      Q.    Where did you get that?

19      A.    I got that at Costco.

20      Q.    Did you visit any other stores that sold

21    spirits other than Wal-Mart, Binny's, and Costco?

22      A.    No.

23      Q.    While you were at those stores, you took

24    photographs?

25      A.    Yes.

Page 65

1      Q.   Did you take any measurements of the store

2  shelves?

3      A.   Well, the one paragraph that's in my

4  report shows the Jack Daniel's packaging mounted on

5  top of a pallet, which I believe was a standard

6  size pallet.

7      Q.   What is your understanding of what a

8  standard size pallet is?

9      A.   I don't have the dimensions off the top of

10  my head, but I work with pallets and I understand

11  there are -- there's more than one size, but the

12  idea is to maximize the amount of product that

13  would fit on a pallet with no overhang.

14      Q.   Do you know the dimensions of what you

15  referred to a moment ago as a standard size pallet?

16      A.   I don't have the numbers in my head.

17      Q.   Did you take any measurements of the

18  pallet that you show in your report?

19      A.   No.

20      Q.   Did you take any measurements on the store

21  shelves that you show in your report?

22      A.   No.

23      Q.   Did you take any measurements of the

24  dimensions of the four bottles that you purchased?

25      A.   No.

Page 66

1      Q.   Did you take any measurements of any sort
2  during your engagement?
3      A.   I think I measured the size of the carton.
4      Q.   Do you recall what the size was?
5      A.   It was 9-by-13, 9 inches high by 13 inches
6  long by 9 inches wide, manufactured by
7  International Paper in Memphis.
8      Q.   Did you see any other cartons for spirits
9  bottles when you saw the one at Costco?
10     A.   Yes.  I looked at the point of purchase
11 displays of how the other products were being
12 displayed.
13     Q.   Did you see other cartons like the Jack
14 Daniel's one that you brought with you today?
15     MR. LONG:  Objection, vague.
16     THE WITNESS:  I don't recall specifically.
17 BY MR. LARKIN:
18     Q.   Have you ever seen any such cartons?
19     MR. LONG:  Objection, vague.
20 BY MR. LARKIN:
21     Q.   Have you ever seen any cartons for spirits
22 bottles other than the one that you got at Costco?
23     A.   Well, I saw them when I did my photo
24 survey.
25     Q.   For other products; not Jack Daniel's?

Page 67

1      A.    For other products.

2      Q.    Did you take any measurements of those?

3      A.    No.

4      Q.    Did you compare the size of those to the

5    size of the carton for Jack Daniels that you got

6    from Costco?

7      A.    No.

8      Q.    Were the other cartons being used for a

9    similar purpose?

10     MR. LONG:  Objection, vague.

11     THE WITNESS:  Similar, but not the same.

12   BY MR. LARKIN:

13     Q.    Do you recall what the products were, the

14   other products that were in cartons?

15     A.    Not off the top of my head.  Probably Evan

16   Williams and Johnny Drum.

17     Q.    I sense you're not sure about that?

18     A.    No.  I wasn't focused on taking

19   dimensions.

20     Q.    Did you see any cartons for spirits

21   bottles that were in any square shape when you went

22   to Costco?

23     A.    That were not a square box, yes.

24     Q.    You saw some of those in cartons?

25     A.    Yes.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 84

1    BY MR. LARKIN:

2        Q.   Mr. Howard, do you recall seeing

3    Exhibit 82 before today?

4        A.   Yes.  It's part of the stack of papers I

5    received.

6        Q.   Do you recall reviewing it?

7        A.   Yes.

8        Q.   Did you rely on anything in Exhibit 82 in

9    forming your opinions expressed in your report?

10       MR. LONG:  Objection, form, foundation.

11       THE WITNESS:  Part of it was the authenticity

12   aspect of it, saying that this is an authentic

13   design that has historical value.

14   BY MR. LARKIN:

15       Q.   How did that affect the opinions expressed

16   in your report?

17       A.   Well, it has become a classic design.

18       Q.   Do you agree with that?

19       A.   Yes.

20       Q.   Do you agree that the design of the Jack

21   Daniel's bottle -- I'm just showing you the

22   750-milliliter bottle -- has become a classic

23   design?

24       MR. LONG:  Objection, form of the question and

25   specifically to the definition of the Jack Daniel's

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 85

1  classic design.

2      MR. LARKIN:  I'm using the witness' words.

3  BY MR. LARKIN:

4      Q.  Do you agree with that statement?

5      A.  Pardon?

6      Q.  Do you agree that has become a classic

7  design for whiskey?

8      A.  Yes.

9      MR. LARKIN:  Let's mark one more as Exhibit 83,

10  a document beginning on JDPI-CON_134 and ending on

11  JDPI-CON_234 entitled Packaging Assessment Jack

12  Daniel's Tennessee Whiskey?

13     MR. LONG:  What number is this one?

14     MR. LARKIN:  83.

15                    (Whereupon, Howard Deposition

16                     Exhibit No. 83 was marked for

17                     identification.)

18  BY MR. LARKIN:

19     Q.  Mr. Howard, could you take a look at what

20  we've marked as Exhibit 83?

21     A.  Oh, sorry.

22     Q.  That's all right.

23     MR. LONG:  One copy of that?

24     MR. LARKIN:  Yes.  Sorry.  I had limited

25  luggage space.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 93

1    Q.   Did you interview any of the personnel in

2  the stores that you visited?

3    A.   I talked to a couple of them in terms of

4  -- I was very interested in the palletizing aspect

5  of it.  And I asked them if having the product

6  mounted on a pallet where the packaging was safely

7  positioned on the pallet, if that was something

8  that they were aware of and appreciative of.

9        When you get into the incoming of, say,

10  like the liquor and things, I said does the

11  packaging fit on the pallet, is that an advantage,

12  they said, oh, yeah big time.  They get a lot of

13  products that overhang the edges and the packaging

14  for the product ends up getting destroyed.

15    Q.   What stores did you conduct those

16  discussions in?

17    A.   Binny's.

18    Q.   Do you remember who you spoke to?

19    A.   The cashier, the clerk right at the

20  opening, which was different each time I came back.

21    Q.   Do you remember their names?

22    A.   No.

23    Q.   Did you make any notes of the

24  conversation?

25    A.   No.  Mental.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

1    Q.   At any time during your store visits, did

2  you take any measurements of pallet size, of the

3  number of facings, of the width of bottles, and so

4  on?

5    A.   Well, that's why I took the photographs,

6  so that I could take a look at the pallet.  I

7  didn't ask him what the pallet size was, but I was

8  planning to come back and measure the pallet.

9    Q.   Did you ever do that?

10    A.   No.  I didn't have a chance to.

11    Q.   Did you ever take a tape measure and

12  actually measure any of the pallets or any of the

13  bottles or count the number of shelf facings during

14  any of your store visits?

15    A.   Not at this point.

16    MR. LARKIN:  Why don't we break for lunch and

17  try to reconvene by 1:30 to 1:45, the closer to

18  1:30, the better?

19                    (Whereupon, a break was taken.)

20

21                 *  *  *  *  *  *

22

23

24

25

Page 101

1      A.    Right.

2      Q.    I asked you whether you in that process

3  also looked at how the Patent and Trademark Office

4  actually described the registered mark?

5      A.    I'm not sure I did.

6      Q.    Do you understand the mark to be a

7  combination of the elements that are described in

8  the description of the registered mark, that it's

9  not one element standing by itself?

10     A.    Repeat the question.

11     Q.    Is it your understanding that the mark is

12  a combination of elements that are shown and

13  described in the registration rather than the

14  discrete elements, the square bottle, the scalloped

15  design, and the embossed signature, themselves?

16     A.    Yeah.  It would be a combination.

17     Q.    From a branding standpoint, from

18  identifying whose product comes in the bottle shown

19  in the '178 Registration, the important thing about

20  the signature is that it consists of a well-known

21  brand name Jack Daniel's, correct?

22     MR. LONG:  Objection, foundation.

23     THE WITNESS:  Yes.

24  BY MR. LARKIN:

25     Q.    And the signature is branding and

Page 102

1    identifies the source of the whisky; that's the

2    purpose of having the Jack Daniel's signature on

3    the bottle, correct?

4        A.    Yes.

5        Q.    Does the Jack Daniel's mark itself provide

6    any utilitarian advantage as part of the '178

7    registered mark?

8        MR. LONG:   Objection as to form.

9             What do you mean by Jack Daniel's mark?

10       MR. LARKIN:   Well, what he just identified.

11   BY MR. LARKIN:

12       Q.    The signature Jack Daniel's, you agree

13   that's branding, correct?

14            The point of having it on there is to

15   identify the source of the product?

16       A.    Yes.

17       Q.    What utilitarian advantage does the Jack

18   Daniel's signature per se provide?

19       MR. LONG:   Are you referring to it as part of

20   this mark we're talking about here?

21       MR. LARKIN:   Yes.

22       MR. LONG:   Part of the embossed signature?

23       MR. LARKIN:   Just as he said.

24   BY MR. LARKIN:

25       Q.    Is there a utilitarian advantage that the

Page 106

1    the '178 Registration as it is actually used?

2        MR. LONG:  Objection, foundation.

3        THE WITNESS:  What was the question?

4    BY MR. LARKIN:

5        Q.   Do you agree that the Jack Daniel's

6    bottles that you brought with you today show the

7    mark in the '178 Registration as it is actually

8    used in the marketplace?

9        A.   I believe so, yes.

10       Q.   You are not providing an opinion in this

11   case with respect to the functionality of the

12   entire appearance of the Jack Daniel's bottle,

13   correct, you are limiting only to the mark shown in

14   the '178 Registration?

15       MR. LONG:  Objection.

16       THE WITNESS:  I think the neck finish from the

17   shoulder up is a good portion of the identification

18   of the bottle.

19   BY MR. LARKIN:

20       Q.   Fair enough.

21           But my question was you are not providing

22   an opinion in this case on whether the appearance

23   of the entire bottle with the neck wrap and the

24   front label is functional; is that correct?

25       MR. LONG:  Objection, vague.

Page 108

1       A.    No.

2       Q.    My question was simply your opinion in

3   your report is limited to the mark that is depicted

4   in the '178 Registration.

5             You are not commenting or opining about

6   the possible functionality of the label graphics or

7   the neck graphics or any of that stuff; is that

8   right?

9       A.    Right.

10      Q.    Looking at the '178 Registration, which

11  feature of that registration do you believe is the

12  most eye-catching?

13      MR. LONG:  Are you talking about individual

14  features as opposed to a combination?

15      MR. LARKIN:  No, not combination.  I'm just

16  asking him which is the most eye-catching.

17      THE WITNESS:  I believe the shape of the

18  bottle.

19  BY MR. LARKIN:

20      Q.    You think that's more eye-catching than

21  the Jack Daniel's signature?

22      MR. LONG:  Asked and answered.

23      THE WITNESS:  Yes.

24  BY MR. LARKIN:

25      Q.    Which element of the marks shown in the

1   '178 Registration does the most to identify the

2   brand of whiskey that's contained in that package?

3       MR. LONG:  Objection, assumes facts not in

4   evidence, foundation.

5       THE WITNESS:  I think it's the overall shape of

6   the bottle.

7   BY MR. LARKIN:

8       Q.   So if I understand you correctly, you

9   think the overall shape of the bottle shown in the

10  '178 Registration is what identifies that as a Jack

11  Daniel's product?

12      MR. LONG:  Objection.  That was the previous

13  question.

14      THE WITNESS:  Yes.

15  BY MR. LARKIN:

16      Q.   I'm sorry.  The answer was yes?

17      A.   Yes.

18      Q.   Looking at the first page of pictures in

19  your report, which we discussed briefly earlier,

20  you have two pages of pictures.  I want to talk

21  about the first one.

22      MR. LONG:  This page right here?

23      THE WITNESS:  Which report are we on?

24      MR. LARKIN:  We're on your report.  That's the

25  only one we care about.

1    concludes out of the 114 bottles he looked at,

2    there were 18 that shared those three elements.

3          Do you see that?

4    A.   Yes.

5    Q.   And according to Mr. Sacra, two companies

6    account for all of them; Brown-Forman, which is the

7    distributor of Jack Daniel's, and Beam Suntory,

8    which I assume is the distributor of the Beam

9    products.

10          Assuming this is correct, that there were

11   only 18 bottles out of the 114 that Mr. Sacra

12   reviewed that share the three primary features of

13   the bottle design that you identified in your

14   report, are you surprised that more products are

15   not sold in what you described as the most

16   efficient and utilitarian form of packaging?

17   A.   Yeah, I am surprised, but not totally

18   surprised because there is a legal aspect.

19   Q.   What is the legal aspect?

20   A.   Of infringing on someone else's design.

21   Q.   Is it your understanding that if someone

22   copied the features of the Jack Daniel's bottle,

23   the three primary ones, the square shape, the

24   embossed scalloped design on the neck, and the

25   embossed signature, they would be infringing Jack

Page 130

1    Daniel's trademark rights?
2        A.   If they did it in the same way.  I was
3    unable to find 100 percent knockoff.
4        MR. LARKIN:  Let's hope you don't.
5        MR. LONG:  Or maybe you hope you do.
6        MR. LARKIN:  You never know.
7    BY MR. LARKIN:
8        Q.   Let's go farther down on the page in your
9    report.  You can put Mr. Sacra's report aside for a
10   moment.
11           The last full paragraph on Page 3 of your
12   report begins with the following quote, the square
13   bottle shape minimizes the cubic inches required to
14   package the liquid contents of the bottle, unquote.
15           Do you see that?
16       A.   Yes.
17       Q.   Can you describe why that is?
18       A.   Well, maybe minimize isn't the right word.
19   But it minimizes the cubic inches required to
20   package a liquid.  If they are all 1.75 milliliters
21   (sic), then they are all going to be the same.
22       Q.   Let's use --
23       A.   But I go on to say that it reduces the
24   cost of packaging, shipping, and displaying the
25   bottle.

Page 133

1        A.   I forgot the corners.

2        Q.   Does that affect what you described as the

3   footprint of the bottle?

4        A.   Yes.

5        Q.   Does a square shape 750-milliliter bottle

6   have the same footprint as a round 750-milliliter

7   bottle?

8        A.   No.

9        Q.   Which is greater?

10       A.   Pardon?

11       Q.   Which is greater; which footprint is

12   greater?

13       A.   Restate the question.

14       Q.   We'll come back to that in a moment.

15            I want to go back to your original

16   statement, though, the square bottle shape

17   minimizes the cubic inches required to package the

18   liquid contents of the bottle.

19            Does that mean the cubic inches of glass

20   that are required to package the same volume of

21   liquid?

22            Fewer cubic inches of glass are used for

23   the same volume if the bottle shape is square as

24   opposed to round; is that your testimony?

25       A.   No.

Page 134

1      Q.   What do you mean by the square bottle

2  shape minimizes the cubic inches required to --

3      A.   I am talking about when you start to

4  package it or display it or how it's utilized.

5      Q.   I got it.

6      A.   Maybe my terminology isn't distinct

7  enough.

8      Q.   I think I'm getting it.

9           You weren't referring there to minimizing

10  the amount of glass needed to contain the same

11  volume of liquid?

12      A.   No.

13      Q.   By packaging the liquid contents, you

14  meant literally by taking the bottle and placing it

15  in a container or on a shelf?

16      A.   Right.

17      Q.   So if I understand your statement now as

18  you've explained it, the same number of cubic

19  inches of glass would be used for a round bottle of

20  750-milliliter volume as a square volume of

21  750-milliliter of volume; is that a correct

22  statement?

23      A.   That's correct.

24      MR. LONG:   Could we go ahead and mark that as

25  an exhibit?

Page 138

1    label.

2         Q.   I've a heard the term facings used in sort

3    of a more practical sense as how many products are

4    faced to the consumer on a given shelf.

5              Have you ever heard the term facing used

6    in that way?

7         A.   Yes.

8         Q.   So, for example, you might have a facing

9    of 20 bottles or a facing of 15 boxes or something

10   like that.

11             Are you familiar with the term facing used

12   in that sense?

13        A.   Yes.

14        Q.   How are the number of facings for spirits

15   bottles determined by retailers?

16        A.   I think what happens is you are allocated

17   so much shelf space for each brand and if you can

18   get more or better facings within that, say,

19   30 inches -- and what I mean by better facings is

20   that you are seeing the whole label.  You are not

21   seeing the label on a curve.

22        Q.   Let me make sure I understand that.

23             A moment ago I described facings in the

24   sense of 30 bottles -- you can count going left to

25   right on a given shelf there are 30 bottles that

Page 140

1   clerk to place five bottles of Product A and then

2   six bottles of Product B until the shelf is

3   occupied.

4          Have you heard the term planogram used in

5   that sense?

6      A.   Yes.

7      Q.   Is it your opinion that comparing a square

8   bottle of the same volume as a round bottle, that

9   you can actually increase the number of facings in

10  a planogram?

11     A.   Conceivably.  Well, there is a payback in

12  terms of visibility.  You have to look at it not

13  from just the physical standpoint, but from a

14  marketing standpoint.

15     Q.   We'll talk about the visibility issue in a

16  moment.

17          I interpreted the last sentence in Page 3

18  of your report, which says minimizing the cubic

19  inches assists the merchandising and marketing the

20  bottle by allowing more bottles to be displayed on

21  a retail shelf.  Let's stop there for a moment.

22     A.   Okay.

23     Q.   Is your testimony that by using a square

24  bottle, as opposed to a round bottle of the same

25  volume, you will be able to display a larger number

Page 141

1   of bottles on the same shelf space?

2       A.    I'd have to measure it, but it seems

3   logical to me.

4       Q.    Did you measure the number of facings --

5   the number of bottles that were placed in facings

6   at any of the stores that you visited?

7       A.    No, I didn't.

8       Q.    Did you count them?

9       A.    I didn't count them.  I photographed them.

10      Q.    So you didn't count the number of facings

11  in any of the stores that you visited?

12      A.    Right.

13      Q.    You testified earlier today that you asked

14  some of the store personnel about palletizing.

15          Did you ask any of them how they

16  determined the number of facings?

17      A.    We didn't get into that.

18      Q.    Did you ask any of them how they

19  determined which brands got how many facings?

20      A.    No.

21      Q.    Would you expect a retailer to give more

22  facings to a particular brand simply because its

23  bottle is square as opposed to round?

24      A.    It would probably have more to do with the

25  sales of the packaging.

1      A.    Well, that's one of the variables that you

2    have control over when you are designing a bottle.

3      Q.    When you visited the stores or did your

4    internet research, did you look for any other

5    bottles for products that are sold by Brown-Forman

6    Corporation, which is the distributor of Jack

7    Daniel's whiskey?

8      A.    I think there's a list of all of the

9    Brown-Forman.

10     Q.    Did you look for any of those bottles

11   either in the stores or on the internet?

12     A.    I probably have run across them, but I

13   wasn't focused on what you were just asking about.

14     Q.    Okay.  Would it surprise you if you

15   learned that a 750-milliliter bottle of Canadian

16   Mist whiskey, which is a Brown-Forman Canadian

17   whiskey sold in a round bottle, and a

18   750-milliliter Jack Daniel's bottle have virtually

19   the same width?

20     A.    Yeah, it's possible, depending on how tall

21   it is.

22     Q.    Okay.  If a square bottle and a round

23   bottle have the same footprints, the same as we've

24   been describing using that term, the same number of

25   rounds and squares could be placed on a given

Page 146

1    shelf; is that correct?

2         A.   I believe so, yes.

3         Q.   Let's go back to the last sentence on

4    Page 3 of your report.  Minimizing the cubic inches

5    assists the merchandising and marketing the bottle

6    by allowing more bottles to be displayed on a

7    retail shelf, we've talked about that.

8              Now I want to focus on or in a floor or

9    point of purchase display.

10             How does minimizing the cubic inches

11   assist the display of the bottle in a floor or

12   point of purchase display?

13        A.   We're talking about on a pallet perhaps?

14        Q.   I'm just asking what you were referring to

15   in your report.

16             Let's use your nice drawing there as an

17   example.

18        A.   Here's an example where it's pretty much

19   compacted in the point of purchase display.

20        Q.   Let's use Exhibit 84, your drawing.

21             Do I understand it correctly that this

22   drawing is intended to show a carton of the sort

23   that you brought with you today containing four

24   round bottles and four square bottles?

25        A.   Yes.

```
                                         Page 148
 1       A.   Yes.
 2       Q.   Do you have any knowledge of what cartons
 3  Jack Daniel's and Brown-Forman used to transport
 4  the package and transport their various spirits
 5  bottles?
 6       A.   Well, I looked at them.  This is the Jack
 7  Daniel's package.
 8       Q.   Did you compare that to any other package?
 9       A.   Well, the shipping cartons for the round
10  bottles I have a feeling is going to take more
11  paperboard and be larger.
12       Q.   Do you have anything more than a feeling
13  that that's the case?
14            Did you do any measurements or did you go
15  looking for cartons for any of the round
16  Brown-Forman products?
17       A.   Not at this point.  That would be the next
18  step.
19       Q.   Did you see this with bottles in it?
20       A.   Yes.
21       Q.   Did you remove the bottles?
22       A.   Yes.
23       Q.   I won't tell on you.
24       A.   There were only two bottles left.
25       Q.   How many bottles were intended to be in
```

Page 149

1    there when it was full?

2        A.   Six.

3        Q.   Is it your testimony that the carton for

4    six square Jack Daniel's bottles will be smaller in

5    dimension than the carton for let's say six round

6    Canadian Mist whiskey bottles of the same volume?

7        A.   Yes.

8        Q.   But you haven't done any measurements --

9    you haven't gone to look for any cartons for

10   round --

11       A.   I didn't get that far.  That would be one

12   of my next steps.

13       Q.   Is there a reason you didn't do that

14   before you prepared your report?

15       A.   Just time.

16       Q.   Aside from Brown-Forman products, did you

17   look for cartons that contained round bottles

18   during your visit to Costco?

19       A.   Yes.  They were mixed in with the Jack

20   Daniel's.  Jack Daniel's had their own POP display,

21   but on the shelving there were also Jack Daniel's

22   bottles that were stacked in with the rest of the

23   bourbon bottles.

24       Q.   My question must have been a bad one.

25            What I was asking you was you saw this

Page 150

1   carton.  Did you look for cartons containing round

2   bottles regardless of what company sold them?

3        A.   Well, they were there right in front of

4   me.

5        Q.   And what brands in round bottles were in

6   cartons?

7        A.   I think I read this list to you.

8        Q.   You did.

9             That's what you were referring to earlier?

10        A.   Yes.

11        Q.   And whatever round bottles there were,

12   they were also in cartons?

13        A.   Some of them, yes.

14        Q.   Did you measure the carton width, height,

15   and depth?

16        A.   No.

17        Q.   Wouldn't that have been the best way to

18   test your hypothesis?

19        A.   Probably, yes.

20        Q.   As a design expert, what is the material?

21             This is corrugated cardboard?

22        A.   Right.

23        Q.   That's a common packaging material?

24        A.   Except cardboard is not the term.  It's

25   paperboard.

Page 151

1      Q.   Corrugated paperboard.  Thank you.  I will
2    never do that again.
3           Were the other boxes also made of
4    corrugated paperboard?
5      A.   Yes.
6      Q.   Is it your testimony that less corrugated
7    paperboard will be used to manufacture a six-bottle
8    carton for square bottles than a six-bottle carton
9    for round bottles?
10     A.   I believe it would, but I would want to
11   verify it.
12     Q.   You haven't verified it to date?
13     A.   No.
14     Q.   You haven't done any sort of studies or
15   done any calculations of the amount of corrugated
16   paperboard that would be required?
17     A.   No.
18     Q.   Or the difference, if any, between the
19   amount of corrugated paperboard used for a square
20   bottle carton as opposed to a round bottle carton?
21     A.   I have not.
22     Q.   Do you have any sense of what that
23   difference would be based on your experience?
24     A.   You mean in terms of actual measurements?
25     Q.   Yes.

Page 152

1        A.    No.

2        Q.    In the paragraph we've been looking at on

3   Page 3 of your report, we haven't talked about this

4   yet, so we'll go into it now.  It says by

5   minimizing the number of cubic inches for the

6   bottle, the square shape reduces the cost of

7   packing, shipping, and displaying the bottle.

8              In making that statement, are you

9   comparing square shaped bottles to other shapes of

10  bottles, round and others?

11             Is that the comparison that you are

12  reflecting in that statement?

13       A.    Yes.

14       Q.    How does the square shape reduce the cost

15  of shipping the bottle?

16       A.    Less corrugated.

17       Q.    It's for the same reasons you believe it

18  reduces the cost of packing then, packing

19  translates into shipping, is that it?

20       A.    Correct.

21       Q.    Again, you haven't done any studies or

22  analyses of whether that's, in fact, true?

23       A.    No.

24       Q.    Are you familiar with the term stress

25  concentrator?

Page 155

1    width and length, but there would be less dead

2    space in there because they would nest more closely

3    together due to their shape?

4         A.    Right.

5         Q.    If that were the only difference between a

6    six-bottle carton for a square bottle and a

7    six-bottle carton for a round bottle of the same

8    volume, how would that affect cost or shipping or

9    the number of cartons that could be displayed on

10   the floor?

11        A.    Well, my supposition is it would take less

12   corrugated to package the square bottles.  You're

13   talking tonnage in terms of corrugated paperboard.

14        Q.    You are assuming that the square carton

15   would be smaller --

16        A.    Yes.

17        Q.    -- in every instance; is that correct?

18        A.    Yes.

19        Q.    That's the assumption you're making?

20        A.    Well, the only available is height.

21        Q.    If two cartons had the same footprint

22   width and length, the same number of cartons could

23   be displayed on a floor display of the sort in your

24   photographs, correct?

25        A.    What was the first part?

Page 157

1   right?

2        A.   It would be smaller.

3        MR. LONG:  All the same size?

4   BY MR. LARKIN:

5        Q.   No.  I'm talking about the carton has the

6   same width and length.  I'm asking you to

7   hypothesize a carton for round bottles that has the

8   same width and length as a carton for square

9   bottles.

10       MR. LONG:  I object.

11       THE WITNESS:  I would think the one for the

12  large bottles would be a larger carton.

13  BY MR. LARKIN:

14       Q.   You can't envision any situation in which

15  a carton for six round bottles of 1.75-liter volume

16  would not be larger than a carton for six

17  1.75-liter square bottles; is that your testimony?

18       A.   Yes.

19       Q.   So every round bottle carton of the same

20  volume, the same number of bottles, would be larger

21  in your opinion, correct?

22       A.   I believe so, yes.

23       Q.   Again, you haven't done anything to

24  measure that?

25       A.   No.

Page 158

1      Q.   You haven't done any research to assess

2   that hypothesis?

3      A.   No.

4      Q.   Have you looked at any literature or

5   articles or anything else that you may have come

6   across in your long career in packaging design to

7   test whether that hypothesis is correct?

8      A.   No, I haven't.

9      Q.   Looking, again, at your report, let's

10   finish this area by looking at the pictures.  I

11   guess this is the first page of pictures.

12      A.   All right.

13      Q.   In which store did you take the picture of

14   the Jack Daniel's cartons maximum pallet interface

15   in the upper right-hand corner?

16      A.   That was Binny's.

17      Q.   Did you see any other pallet displays in

18   Binny's?

19      A.   No, I didn't.

20      Q.   The Jack Daniel's one was the only one?

21      A.   (Nods head affirmatively.)

22      Q.   Is that a yes?

23      A.   Yes.

24      Q.   We need a verbal response, please.

25           Did you see pallet displays of the Jack

Page 159

1    Daniel's square bottle in Costco or Wal-Mart?

2        A.   In Costco, yes.  In Wal-Mart, no.  It was

3    all shelves.  And apparently they don't use

4    end-aisle displays or POP displays.

5        Q.   Is the picture of the Jack Daniel's carton

6    what you considered to be an end-aisle display?

7        A.   This?

8        Q.   Yes.

9        A.   Well, it's a whole pallet.  These would be

10   separate freestanding.  I think on the next page

11   here's an entire POP display.

12       Q.   Let's look back to the first one first.

13            The pallet display was a freestanding

14   display, it was not at the end of a particular

15   aisle; is that your recollection?

16       A.   Yes.

17       Q.   Do you know how frequently pallet displays

18   are used in the retailing of alcoholic beverages?

19       A.   No.  I don't know how often they are used,

20   but I do know that if the packaging fits the

21   pallet, it's possible that the pallets are just

22   brought out and put on display.  If you have a

23   pallet and there's extra pallet sticking out on the

24   sides because the cartons won't pick up the maximum

25   amount of cubic space, then they would probably put

Page 160

1   them on the shelf.

2       Q.   My question, though, was do you know

3   how -- alcoholic beverages are sold in a variety of

4   outlets.

5            Do you agree with that?

6       A.   Yes.

7       Q.   They are big-box retailers like Costco or

8   Wal-Mart, liquor stores, mass merchandisers,

9   groceries, a variety of different outlets?

10      A.   Right.

11      Q.   Do you know the types of off-premise

12  retail outlets for alcoholic beverages pallet

13  displays are used in?

14      A.   I only went to three different outlets.

15      Q.   Do you know the standard pallet size for

16  the Jack Daniel's pallet that's shown in your

17  picture?

18      A.   I didn't measure it, but it appears to me

19  to be a standard size.

20      Q.   And by standard, do you mean a standard

21  size for a pallet that's used for a variety of

22  different products --

23      A.   Yes.

24      Q.   -- that are not unique to the alcoholic

25  beverages?

```
                                        Page 161

 1      A.    Correct.

 2      Q.    Do you know from memory what the

 3   dimensions are?

 4      A.    Not off the top of my head, no.

 5      Q.    Do you know the size of the pallets that

 6   are used for Brown-Forman's spirits that are sold

 7   in round bottles, such as Canadian Mist?

 8      A.    No.

 9      Q.    Do you have any reason to believe that it

10   wouldn't be whatever the standard pallet size that

11   Brown-Forman otherwise uses?

12      A.    Hard to say.

13      Q.    What in your opinion is the benefit to a

14   pallet display of this sort that is afforded by the

15   Jack Daniel's bottle?

16      A.    Well, they are basically using the carton

17   as a label.  So on the sides of the display you are

18   seeing a huge label, whereas on the face of it you

19   are seeing the regular size of the bottle.

20      Q.    But how does the shape of the bottles that

21   are contained within those cartons affect that one

22   way or the other?

23      A.    Say that again.  How does what?

24      Q.    Well, just go back for a moment, if you

25   would, please, to the maximum pallet interface
```

Page 170

1   a package to find out what they are having problems

2   with.

3       Q.   When was the last time you looked at a

4   glass bottling or glass filling line?

5       A.   It's been a while.  I don't recall.

6       Q.   More than ten years?

7       A.   Possibly, yes.

8       Q.   Do you have any knowledge of the labeling

9   and filling lines for Jack Daniel's whiskey?

10      A.   Not specifically Jack Daniel's.  I'm

11  familiar with labeling, the way labeling works.

12      Q.   My question is do you know anything about

13  the labeling filling line that labeled and filled

14  the products that you brought with you today?

15      A.   No.

16      Q.   Do you know where that activity occurs,

17  where the labeling and filling line is located?

18      A.   No, I don't.

19      Q.   Did you ever consider asking VIP's counsel

20  to make a request that you be permitted to go to

21  the Jack Daniel's label and filling line to inspect

22  it?

23      A.   I didn't ask.  I was assuming that it was

24  out of state and perhaps in Tennessee.

25      Q.   Do you know how the bottling and labeling

Page 171

1  line for Jack Daniel's whiskey works, the actual

2  line itself?

3      A.   I've never seen it.

4      Q.   Do you know anything about the chipping

5  and breaking rates for the Jack Daniel's labeling

6  line?

7      MR. LARKIN:  Can I see those back for a second?

8  I'm sorry.  I want to make sure we've got them.

9  Excuse me one second.

10     MR. LONG:  Do you want to take a break?

11     MR. LARKIN:  No.  I just want to make sure I've

12  got everything.

13          Yes, I did.

14     THE WITNESS:  You got both sides?

15     MR. LARKIN:  Yes.

16          Can you read back my last question,

17  please?

18                    (Whereupon, the record was read

19                     as requested.)

20     THE WITNESS:  No, I don't.

21  BY MR. LARKIN:

22     Q.   What is the basis for your statement that

23  the corners keep the bottle from chipping or

24  breaking during bottling on the labeling line?

25     A.   Well, I know how the bottling lines are

1    constructed with the rails that the bottles travel

2    down.  And when the bottles get hung up and they

3    are released, the bottles come together and smash

4    each other.  And as I mentioned before, that was

5    one of the problems we had with the Kraft salad

6    dressing bottle, it kept breaking the corners of

7    the bottle.

8        Q.   That was I think you testified sometime in

9    the 1970s; is that right?

10       A.   Yes.

11       Q.   Did you do any research on current

12   bottling and labeling lines to address your claim

13   that the corners keep the corners of the bottle

14   from chipping and breaking during bottling on the

15   labeling line?

16       A.   That's one of the things that we did,

17   especially with Kraft, is that they were having the

18   breakage and we actually redesigned the glass

19   bottle because it was going to take us about two or

20   three years to develop a plastic bottle and develop

21   all of the equipment and machinery for it.  So we

22   redesigned it and part of it was putting flat

23   facets on the bottom of the bottle rather than the

24   radius.

25       Q.   Other than that, did you do any sort of

Page 173

1   research or studies or anything else to determine

2   whether the flat-faceted corners on the Jack

3   Daniel's bottle has the affect on chipping and

4   breaking that you claim?

5       A.   No.  I haven't done any research.  It's

6   just from my own design education standpoint.

7       Q.   Did you ever become aware that the

8   shoulder of the new bottle caused any breakage

9   issues in the field?

10      A.   Are you talking about the whole shoulder?

11      Q.   Yes.

12      A.   I was not aware of that.

13                       (Whereupon, the testimony from

14                        Page 173 to Page 174 has been

15                        marked confidential, excerpted,

16                        and bound separately.)

17

18

19

20

21

22

23

24

25

1    fourth page we were looking at, the third full

2    paragraph says the square shape also enhances the

3    grip on the body of the bottle.  It enables the

4    user to have a secure purchase on the body of the

5    bottle and the protrusion across the top of the

6    side panels helps to keep the human hand from

7    sliding off the sides.

8           Do you see that?

9       A.   Yes.

10      Q.   Do you know how people grip the Jack

11   Daniel's bottle?

12          Starting at off-premise retailers, do you

13   know how the bottle is gripped?

14      A.   I believe that if it's being picked up to

15   move it from one place to another, it's probably

16   picked up by the flats, and the bezel on the side

17   here keeps your hand from sliding off.  When it's

18   poured, it's grabbed by the neck and poured like

19   this.  I don't think it would be poured this way.

20      Q.   Is that based on actual observation of

21   people grabbing the bottle?

22      A.   Myself.  I've had the bottles for a couple

23   of weeks.

24      Q.   Other than you, and perhaps your wife who

25   I think you mentioned earlier --

Page 177

1       A.    Right.

2       Q.    -- did you observe anybody grabbing the

3    bottle in a retail store?

4       A.    Not to my knowledge.

5       Q.    Did you ask any of the store clerks about

6    how people grab the bottle when they remove it from

7    a store shelf to purchase it?

8       A.    No.  It didn't occur to me.

9       Q.    Did you go to any bars or restaurants to

10   see how the wait staff or bartenders grab the

11   bottle when they take it from the well or bar back

12   and pour?

13       A.    No, because I wasn't aware that there was

14   breakage.

15       Q.    Irrespective of whether or not there was

16   breakage, did you go into any bars or restaurants

17   to see how the bottle was gripped when staff picked

18   it up?

19       A.    No.

20       Q.    You testified earlier today that you took

21   an ergonomics course at Pratt Institute as part of

22   your degree.

23            Are you aware of any studies on the

24   gripping of bottles that have been done since then?

25       A.    I am not aware of any studies.

1      Q.   Did you do any sort of measurements using

2  your hand or perhaps your wife's hand about how

3  much of the bottle could be gripped on the body as

4  opposed to the neck?

5           Did you take any sort of measurements of

6  that?

7      A.   Yes.  I asked her to pick up both bottles

8  and she didn't pick up this bottle this way.  She

9  picked it up by the neck.

10     Q.   By this bottle, you are referring to the

11 1.75-liter bottle?

12     A.   Right.

13     Q.   So your observation was when you asked

14 your wife to pick it up, she picked it up by the

15 neck.

16          How did she pick up the smaller bottle?

17     A.   She picked it up like this.  When she went

18 to pour it, she grabbed it by the neck.

19     Q.   In your report on Page 4 you said that the

20 square shape also enhances the grip on the body of

21 the bottle.

22          What is it about the square shape that

23 enhances the grip on the body of the bottle?

24     A.   Well, I think the facets are significant

25 in terms of when you go to pick up the bottle, it

1    keeps your hand from sliding off the top of the

2    bottle.

3        Q.   It keeps the bottle from sliding

4    vertically --

5        A.   Right.

6        Q.   -- out of your hand; is that your

7    testimony?

8        A.   Yes.

9        Q.   How about just simply grabbing the bottle,

10   what is it about the square shape that enables

11   somebody, as you said, to have a more secure

12   purchase on the body?

13       A.   I always look at packaging in terms of the

14   safety.  And if the bottle is wet, if you are

15   picking up a round bottle, it's going to be more

16   prone to slip out of your hand --

17       Q.   Than a square bottle?

18       A.   -- and be dropped than a square bottle.

19   Plus these facets are like a safety device.

20       Q.   What if the bottle isn't wet, is there any

21   difference between, as you called it, the purchase

22   that a hand gets on the body of a round bottle as

23   opposed to a square bottle?

24       A.   I think the square bottle gives you a

25   better gripping surface.

Page 180

1      Q.    And what is that based on?

2      A.    Based on the ergonomics of your hand

3    interface with various products.

4      Q.    In the next paragraph you wrote, "The

5    embossed scalloped design on the neck portion of

6    the bottle improves the grip of the bottle in that

7    the contours fit into the male or female hand from

8    an ergonomic standpoint."

9          Can you show me on the 750-milliliter

10   bottle what you were referring to by the embossed

11   scalloped design on the neck?

12     A.    These flat facets are basically contoured

13   so it interfaces with the anthropometric structure

14   of your hand, which may be why our little fingers

15   are small rather than being big.  But there are

16   certain shapes that are very conducive to being

17   able to be picked up by a human being.

18     Q.    You go on in that paragraph to say, "The

19   eight facets are consistent with the shape and form

20   of the bottle while forming a gripping area that is

21   rounded and easy to grip."

22          Do you see that?

23     A.    Yes.

24     Q.    Why is round easier to grip here when

25   square is easier to grip on the body of the bottle?

1      A.    Ergonomics.

2      Q.    Can you explain what you mean by that?

3      A.    Well, the structure of the hand, with the

4   different lengths of your fingers, allows you to

5   grasp something like this, and because it's rounded

6   in the center and tapers at the bottom, it becomes

7   a very natural form in terms of being able to grip.

8      Q.    Why wouldn't the same ergonomics make a

9   round bottle body easier to grip than a square

10  bottle body?

11     A.    Well, here's a good example.

12     Q.    I'm not talking about the neck.  I'm

13  talking about the body.

14     A.    Pardon?

15     Q.    As I understand the opinion, if you grip

16  the body of the bottle, square is better.  If you

17  grip the neck, round is better.  I'm trying to

18  understand the reason for that.

19           Why wouldn't round be better on the body

20  of the bottle if it's better on the neck of the

21  bottle?

22     A.    It seems with the flat surfaces that you

23  can get increased surface grip on the flats -- on a

24  flat surface, so when you go to pick it up, the

25  pressure that you put on it allows you to pick up

Page 182

1    the body, including the big one.

2        Q.   I think I would use two hands on the big

3    bottle.

4             Why wouldn't a neck with a square shape be

5    better than a rounded shape?

6        A.   It might, it might.  I haven't seen any

7    with square necks.

8        Q.   Again, if you look back to Mr. Sacra's

9    report -- I assume you would acknowledge there's

10   lots and lots of round bottles in use for whiskey?

11       A.   Yes.

12       Q.   Are you surprised by that, given your

13   opinion on the benefit of having a square body of a

14   bottle in terms of gripping it?

15       A.   I would imagine that manufacturing cost

16   plays a role.  I'm assuming the round bottles are

17   less expensive to manufacture.

18       Q.   Why do you believe that would be the case?

19       A.   A number of things; one is the blow ratio.

20   When you extrude the glass part that's going to be

21   blown, it comes out as a cylinder.  And then when

22   you go to blow air into it to form it, it's equal

23   distance from the center.

24       Q.   In a round bottle?

25       A.   In a round bottle.

Page 183

1      Q.   Do you think as a general matter a round

2   bottle, all other things being equal, size and so

3   on, a round bottle is less expensive to produce

4   than a square bottle?

5      A.   Very possibly, yes.

6      Q.   In the course of preparing your opinion,

7   were you asked to look at the question of whether

8   the design of the Jack Daniel's bottle as shown in

9   the '178 Registration was the product of a

10  relatively inexpensive or expensive process of

11  manufacture?

12          Were you asked to look at that question at

13  all?

14     A.   No.

15     Q.   Do you know anything about the costs of

16  the Jack Daniel's square bottle?

17     A.   I didn't look into costs.

18          Are you talking about manufacture costs?

19     Q.   Yes.

20     A.   No.

21     Q.   We'll come back to that in a few minutes,

22  so we can try to move through this.

23          Are you aware of any studies that compare

24  the ergonomics of gripping a round bottle as

25  opposed to a square bottle?

Page 184

1        A.   Not formal studies.  The courses that we

2    took in college basically got into the design

3    process and the tradeoff between function and cost.

4        Q.   Do you believe that there is a tradeoff

5    between function and cost with respect to the Jack

6    Daniel's bottle?

7        A.   I would think that the Jack Daniel's

8    bottle would probably be a little more expensive

9    than a round bottle.

10       Q.   Would you agree that the Jack Daniel's

11   bottle is a more complex bottle to manufacture than

12   a round bottle?

13       A.   Yes.

14       Q.   Why is that?

15       A.   Just being familiar with the blow-molding

16   process, you basically have to blow the glass out

17   to the corners of the bottle and you have to make

18   sure your comparison is the right thickness.  There

19   are the some systems where they actually extrude

20   different thicknesses of glass to extrude a thicker

21   section of glass that would be blown into the

22   corners than they would on the sides.  So you would

23   have control over that when it comes out of the

24   extruder.

25       Q.   Is it fair to say that glass is a material

Page 185

1   that doesn't like to bend very much?

2       A.   I think when it's molten, it's hot, I

3   don't think it cares.

4       Q.   Is it easier to bend glass into a round

5   shape than it is into a square shape or the shape

6   of the Jack Daniel's bottle?

7       A.   Oh, yeah.  The glass actually wants to

8   take a round shape.

9       Q.   On the fourth paragraph on Page 4 of your

10  report you wrote, quote, the square shape enhances

11  the retail display of the bottle.  The shape is

12  more compact, allowing for more effective placement

13  on store shelves, and the flat sides enhance the

14  visual display and legibility of the bottle labels.

15  The flat labels allow the entire -- I think there

16  is a word missing there.

17      A.   Label.

18      Q.   -- the entire label to be seen by the

19  customer, unlike labels on rounded surfaces,

20  unquote.

21          What is your basis for those statements?

22      A.   When you are looking at a round bottle,

23  the graphics are receding around the bottle, and

24  when you compare that to a flat bottle, you get the

25  entire graphic on the same plane, which makes it

Page 186

1   easier to read.

2       Q.   You are holding a Snapple bottle that has

3   what I would call in lay terms a wrap-around label.

4       A.   Correct.  Yes.

5       Q.   Are there labels for round bottles that do

6   not wrap around the entire surface?

7       A.   I would imagine so, yes, partial labels.

8       Q.   Look, if you would, please, back at

9   Exhibit 78.  Look, if you would, please, at the

10  page bearing the number HOW_55.

11      A.   Okay.

12      MR. LONG:  That's 35.

13  BY MR. LARKIN:

14      Q.   55, please.

15      A.   Sorry.

16      Q.   That's all right.

17           Do you have that?

18      A.   Yes.

19      Q.   That's a photograph that you took -- I

20  can't remember where you said you took that.

21      A.   Binny's.

22      Q.   Binny's.  Thank you.

23           Do you agree that the Midnight Moon

24  product on the left-hand side of the photograph is

25  in a round bottle?

Page 190

1    to take a look at the size of the graphics and how

2    much they wrapped around the bottle.

3        Q.   Other than that, have you done or seen any

4    studies or tests or measurements about how much

5    information is lost when a label is used on a round

6    bottle as opposed to a square bottle?

7        A.   I don't believe so.  There weren't a lot

8    of instances where the two were side by side.

9        Q.   Or how much visibility was lost when

10   someone had to make a label narrower to fit it on a

11   round surface as opposed to a square surface?

12            Have you ever seen any research or studies

13   on that?

14       A.   Yeah.  There were studies done on

15   perception in terms of looking at labels that were

16   on round bottles and measuring how much information

17   was missed because of the curvature of the bottle.

18   We didn't have many opportunities to test the

19   square bottle against a round bottle because there

20   weren't many square bottles.

21       Q.   When was the research done on the round

22   bottles?

23       A.   Oh, it goes all the way back to the '70s.

24       Q.   Have you done anything since then?

25       A.   From time to time I still work with a

Page 191

1    market research firm.

2         Q.    That's a bad question.

3              Have you done anything since then on

4    trying to assess the lesser degree of visibility of

5    a label that appears on a round bottle?

6         A.    Well, I think a lot of those early studies

7    were basically benchmarks for the graphic designer

8    to work with.  You don't want to have a long name

9    going around the wrapper of the bottle.  You want

10   to change the graphics on it.

11        Q.    So this solution, I guess for lack of a

12   better word, to the problem, again, for lack of a

13   better word, is to change the graphics so that the

14   entire label can be seen or whatever information

15   you think you want to convey can be seen?

16        A.    Yes.  This is a good example with the

17   Snapple bottle.  You can just barely see the whole

18   label.  And what happens is you have to diminish it

19   in order for it to fit within the visible zone, but

20   then it's not as apparent.

21        Q.    But you would agree that the Snapple mark

22   and logo and the graphics on the front are clearly

23   visible?

24        MR. LONG:  Objection, form.

25        THE WITNESS:  Yes.  They're pushing the limit.

Page 192

1    BY MR. LARKIN:

2        Q.   Can you look again at Exhibit 53,

3    Mr. Sacra's whiskey/bourbon report, please?

4        A.   Okay.

5        Q.   Look at Page SAC_10.

6             Would you agree that that --

7        MR. LONG:  He's not there yet.

8        MR. LARKIN:  I'm sorry.  My bad.

9    BY MR. LARKIN:

10       Q.   Are you there now, Mr. Howard, SAC_10?

11       A.   Right.

12       Q.   Do you agree that the three bottles there

13   are round in shape?

14       A.   They appear to be round.

15       Q.   Do you agree that the labels there are

16   clearly visible?

17       A.   They are clearly visible, but the size of

18   the type has been reduced.

19       Q.   Look at the next page, please, SAC_11.

20            Do you agree that those bottles are round

21   in shape?

22       A.   Yes.

23       Q.   Do you agree that the labels on those

24   bottles are clearly visible?

25       A.   Questionable.

Page 193

1      Q.    Which one do you think is not?

2      A.    59 is around the edge of being legible.

3      Q.    Do you think that's because of the round

4   shape or just the reproduction of the image?

5      A.    I think it's because of the round shape.

6            And then 20, they are running text.  I'm

7   not sure how far around it goes in terms of -- I

8   mean the brand name itself is visible, but the rest

9   of the copy is running around the curve.

10     Q.    Look at SAC_13, please.

11           That's what Mr. Sacra identified as a

12  teardrop shape.  Do you see that?

13     A.    Yes.

14     Q.    Do you agree that those labels are clearly

15  visible?

16     A.    Yes.  Those are clearly visible.

17     Q.    And the next page, SAC_14, what Mr. Sacra

18  identified as bottle shape, round shape, do you see

19  that?

20     A.    Yes.

21     Q.    Do you agree that those bottle labels are

22  clearly visible?

23     A.    No.

24     Q.    What is not visible?

25     A.    Well, 67, I can't tell you what the second

Page 194

1   word is.  I see the word small, but I don't know

2   whether that's batches or what the word is.

3       Q.   Do you think that's because of the shape

4   of the bottle or the reproduction of the image?

5       A.   I think that's the shape of the bottle

6   because the lettering is actually falling off the

7   edge.

8       Q.   Look at SAC_15.  Mr. Sacra identified

9   those bottles as round, neck scalloping.

10          Do you see that?

11      A.   Yes.

12      Q.   Do you agree that those labels are clearly

13  visible?

14      A.   They are going off the edge of the bottle.

15          101, the type is so small, you can hardly

16  read it.

17      Q.   Look at SAC_16, please?

18      A.   Yes.

19      Q.   Mr. Sacra identified that bottle shape as

20  round short, neck tall.

21          Do you see that?

22      A.   Yes.

23      Q.   Do you agree that those bottle labels are

24  clearly visible?

25      A.   I think the bottom row, the first two, 73

```
                                          Page 195
1    and 53, part of it's illegibility with something
2    old -- what is that?  I don't know what that is --
3    black.
4         Q.   So it's illegibility with the image as
5    opposed to the shape?
6         A.   Right.  Yes.
7              And then on 53, there are letters running
8    off both sides.
9         Q.   Look at SAC_18, please.
10        MR. LONG:  18?
11        MR. LARKIN:  18.
12   BY MR. LARKIN:
13        Q.   Mr. Sacra identified those bottles as
14   having a round tall shape, neck short.
15             Do you see that?
16        A.   Yes.
17        Q.   Do you believe that those bottle labels
18   are clearly visible?
19        A.   Not very.
20        Q.   And last, SAC_19, Mr. Sacra identified
21   that shape as industry generic round.
22             Do you see that?
23        A.   Right.
24        Q.   I didn't create this, so I'm not going to
25   take responsibility for the somewhat fuzzy imagery.
```

Page 196

1          But do you believe that those bottle
2     labels are clearly visible?
3          A.    No.   They are not.
4          86 is diminishing.   42 is diminishing.
5     Old Crow is right on the verge.
6          Q.    If the visibility of the labels on round
7     bottles is such a problem, why do you think there
8     are so many bottles with labels in use?
9          A.    Probably because of the cost.
10         Q.    The Jack Daniel's bottle has a label that
11    wraps around three sides, correct?
12         A.    Correct, yes.
13         Q.    When you have a frontal shelf facing, you
14    can't see either of the size labels, can you?
15         A.    No, you can't.   But it's mostly body copy.
16    It's not the brand name or the contents.
17         Q.    Wasn't the brand name clearly visible on
18    the bottles we just looked at, at least the brand
19    name?
20         A.    Not on all of them.   A lot of them it's
21    wrapping around the bottle.
22         Q.    A round bottle geometrically is one
23    continuous surface, correct?
24         A.    Yes.
25         Q.    A square bottle is, I guess, four

Page 197

1    surfaces?

2         A.    Facets, right.

3         Q.    I guess in the case of the Jack Daniel's

4    bottle, there is some separation between the four

5    parts of the bottle; is that correct?

6         A.    Right.

7         Q.    Is it easier to apply a label to a round

8    bottle than it is to a square bottle?

9         A.    It depends on how big the label is.

10        Q.    With a square bottle, is there a greater

11   risk that the label will flag or stick and not

12   adhere to the surfaces that are at 90 degrees to

13   each other than on a round bottle?

14        A.    I think with the labeling systems they

15   have now, that's not an issue.

16        Q.    What is that based on?

17        A.    Pardon?

18        Q.    What is that opinion based on?

19        A.    The filling line machinery.

20        Q.    Do you know anything about how the labels

21   are applied to the Jack Daniel's bottle?

22        A.    Not specifically.  I know how labels are

23   applied to a lot of bottles.

24        Q.    Do you know anything about how labels are

25   applied to Brown-Forman bottles that are round in

Page 198

1   shape, like Canadian Mist or other products?

2        A.   I don't have firsthand knowledge.

3        Q.   Let's go back to your report and finish

4   that up.

5        A.   74?

6        Q.   73, your report.

7        MR. LONG:  It should be his report.  I'm

8   looking at Steve's here.

9        THE WITNESS:  73.

10  BY MR. LARKIN:

11       Q.   73, got it?

12       A.   Yes.

13       Q.   Let's go back to the fourth page.  In the

14  last paragraph before the paragraph numbered two

15  you wrote, "The embossed signature design on the

16  bottle is useful to identify the product easily in

17  the retail marketplace.  The design cannot" --

18       A.   Where are we?

19       MR. LONG:  You've got to go back one page.

20  BY MR. LARKIN:

21       Q.   The last paragraph before the numbered two

22  paragraph you wrote, "The embossed signature design

23  on the bottle is useful to identify the product

24  easily in the retail marketplace.  The design

25  cannot be removed without destroying the bottle,

Page 199

1   providing an indelible identifier of the product

2   inside."

3          Do you see that?

4      A.   Yes.

5      Q.   How often are signature designs removed

6   from bottles?

7          How frequently does that happen?

8      A.   I don't understand your question.

9      Q.   Well, you said that the design cannot be

10  removed without destroying the bottle.

11         How frequently does that happen?

12     MR. LONG:  It's kind of vague.  What happened?

13     MR. LARKIN:  His statement is the design cannot

14  be removed without destroying the bottle.  I'm

15  trying to ask him how frequently designs are

16  removed from bottles.  How frequently does that

17  situation --

18     MR. LONG:  He is saying that design cannot be

19  removed.  He's talking about compared to other

20  labeling.

21  BY MR. LARKIN:

22     Q.   How often is other labeling removed from

23  packaging?

24     MR. LONG:  Scraped off?

25     THE WITNESS:  Are you talking about the

Page 200

1    paragraph that says the embossed signature design?

2    BY MR. LARKIN:

3        Q.   Yes.

4             How much of a problem is it that designs,

5    other sorts of designs that aren't embossed, are

6    removed from bottles?

7        A.   Well, if it's embossed on the bottle, you

8    can't remove it.

9        Q.   Understood.

10            But looking at Mr. Sacra's report, there

11   appear to be very, very few bottles that have

12   embossed signatures on it.

13       MR. LONG:  Objection to foundation.

14   BY MR. LARKIN:

15       Q.   If the embossing prevents people from

16   removing the design, why do you think there aren't

17   more bottles that use embossing?

18       A.   I'm sure it's a cost factor.

19       Q.   Is embossing a more expensive way to apply

20   a signature or brand name than --

21       A.   Are you talking about this kind of

22   embossing?

23       Q.   That's what I thought -- are you talking

24   about that kind of embossing?

25       A.   Right.  Yes.

Page 204

1   variety of different kinds of packaging.  Sometimes

2   the shape of the bottle is desired by the client

3   for whatever reason.

4       Q.    Looking at the alternative designs that

5   you discussed, real or hypothetical, smooth round

6   shape, flat oval, et cetera, do you have any

7   understanding of the way in which the bottles for

8   whiskey products that are currently in use in the

9   United States fit into those categories?

10          In other words, we saw with Mr. Sacra's

11   report that he listed a whole bunch of different

12   shapes, square, round and so on.

13          Do you have any sense of what percentage

14   of whiskey bottles in use today are square in

15   shape?

16      A.    What percentage of different brands?

17      Q.    What percentage of the bottles that are

18   available now are square in shape now as opposed to

19   some other shape?

20      A.    I think it would be relatively small.  I'd

21   say maybe eight or ten percent.

22      Q.    That are square in shape as opposed to

23   another shape?

24      A.    Right.

25      Q.    What do you believe the largest percentage

Page 205

1    shape is that's in use today?

2        MR. LONG:  Objection, foundation.

3        THE WITNESS:  I think probably round because of

4    the cost, smaller cost.  I think the shaping of the

5    bottle is part of a marketing program to make the

6    bottle distinctive from competitors.

7    BY MR. LARKIN:

8        Q.   Do you believe that the Jack Daniel's

9    bottle that you've been looking at in this case is

10   distinctive from the bottles of its competitors?

11       MR. LONG:  Objection, form, foundation.

12       THE WITNESS:  Very much so.

13   BY MR. LARKIN:

14       Q.   I'm sorry?

15       A.   Very much so, except for the people that

16   try to knock it off.

17       Q.   Maybe that's why they're doing it.

18       A.   Right.

19       Q.   Okay.  Let's turn now in your report to

20   the paragraph numbered three a couple pages in from

21   where you are.

22            Does Jack Daniel's advertising tout the

23   utilitarian advantages of the design, do you see

24   that?

25       A.   Right.

Page 206

1      Q.   Why did you look at that issue?

2      A.   Just to see if there was any copy or

3   advertising statements about the shape of the

4   bottle being an advantage or disadvantage and I

5   really couldn't find very much.

6      Q.   In your report you say that you refer to

7   Jack Daniel's websites.

8           How many such websites did you visit?

9      A.   I'm sorry.  How many what?

10     Q.   You said the Jack Daniel's websites

11  include a variety of advertising.

12          Do you see that statement?

13     A.   Yes.

14     Q.   How many websites did you visit?

15     A.   Well, I think what I did was I probably

16  Googled the Jack Daniel's websites and I also

17  Googled square bottles and also whiskey bottles,

18  that type of thing.  So I went through a whole

19  variety of different things.

20     Q.   You used the word tout in your report.

21          Did you understand that to mean that, as

22  you said, text of the company in the ad talked

23  about the utilitarian advantages of a design?

24     MR. LONG:  Objection to form.

25     THE WITNESS:  Well, the copy in the ads was

Page 207

1    not -- I guess touting is the best word.  They

2    weren't touting the functionality of the bottle.

3         MR. LARKIN:  Let's mark as the next in order a

4    page from the Jack Daniels website.

5                              (Whereupon, Howard Deposition

6                               Exhibit No. 86 was marked for

7                               identification.)

8    BY MR. LARKIN:

9         Q.   Mr. Howard, have you seen the image

10   depicted in Exhibit 86 before today?

11        A.   Yes.

12        Q.   Did you see that when you visited one of

13   the Jack Daniel's websites?

14        MR. LONG:  Objection, form, foundation.

15        THE WITNESS:  Yes, very possibly.

16   BY MR. LARKIN:

17        Q.   You agree that there is nothing in the

18   text that is under the Old Number 7 mark that touts

19   the utilitarian advantages of the bottle shape?

20        MR. LONG:  Objection, form.

21        THE WITNESS:  In the last sentence they are

22   saying that Tennessee whiskey is still judged by

23   the way it looks, which is the bottle.

24   BY MR. LARKIN:

25        Q.   There is nothing on that page that talks

Page 208

1    about ease of gripping, for example?

2        A.    Well, they're just talking about the way

3    it looks.

4        Q.    The esthetic appearance of the package?

5        A.    Right.

6        Q.    They are not talking about ease of

7    shelving, ease of production, any of the stuff that

8    you discussed in your report, correct?

9        A.    Right.

10       MR. LARKIN:  Let's mark as 87 a series of other

11   Jack Daniel's ads.

12                           (Whereupon, Howard Deposition

13                            Exhibit No. 87 was marked for

14                            identification.)

15   BY MR. LARKIN:

16       Q.    Mr. Howard, what we have marked as

17   Exhibit 87 are some other Jack Daniel's ads that

18   show the bottle, including some outdoor

19   advertising.  I would like you to take a moment to

20   just look through those ads.

21           Would you agree that those ads do not tout

22   the utilitarian advantages of the Jack Daniel's

23   bottle design?

24       MR. LONG:  Objection to form, foundation.

25       THE WITNESS:  Yes.

Page 211

1    versus all round bottles?

2            Is that a generally true statement?

3       A.   I would think generally speaking, yes.

4       Q.   How about the Jack Daniel's bottle versus

5    a round bottle?

6       A.   Yeah.  I would think it would move much,

7    much faster because you have an orientation for

8    your labeling.  You don't have to orient the

9    bottle.

10      Q.   And your opinion on that is not based on

11   any observation of the actual way in which the Jack

12   Daniel's bottle is labeled; is that correct?

13      A.   No.  It's my experience with labeling.

14      Q.   In Paragraph Number 4 you wrote, "From a

15   glass bottle manufacturing standpoint, there are

16   multiple cost," quote, "tradeoffs," unquote, "that

17   can be realized from using the Jack Daniel's bottle

18   design.

19           What did you mean by tradeoffs?

20      A.   Cost tradeoffs in terms of how much it

21   costs to manufacture the bottle.

22      Q.   And what tradeoffs can be realized from

23   using the Jack Daniel's bottle design?

24           What is traded off against what?

25      A.   Well, I think the manufacturing of the

Page 212

1    bottle is probably more expensive than a round

2    bottle.  And if you add the marketing effort and

3    the distinctness of the bottle, there is a tradeoff

4    in terms of the value of the product; plus, product

5    recognition, in other words, people recognize the

6    product.

7         Q.   Do you believe the Jack Daniel's bottle is

8    easily recognizable?

9         MR. LONG:  Objection, form.

10        THE WITNESS:  Yes.

11        MR. LONG:  Foundation.

12   BY MR. LARKIN:

13        Q.   You can answer.

14        A.   Yes, I do.

15        MR. LARKIN:  Can we take a one-minute break?  I

16   will look at my notes and we are either done or

17   very close.

18        MR. LONG:  Yes.

19                      (Whereupon, a break was taken.)

20        MR. LARKIN:  I have nothing further,

21   Mr. Howard.  Thank you for your time today.

22        MR. LONG:  I think he has something to explain

23   about his testimony.

24        THE WITNESS:  I would like to clarify

25   Paragraphs 3 and 4.

1      MR. LARKIN:  Okay.  Go ahead.

2      THE WITNESS:  Well, I think in terms of the

3  second paragraph there on 3, it says these images

4  indicate the special effectiveness of the bottle

5  shape in displaying the labels on the bottle.  They

6  also indicate the effectiveness of the legibility

7  of the placement of the embossed signature.  But

8  that's not touting the utilitarian advantage.

9  BY MR. LARKIN:

10     Q.   Okay.  And by images, were you referring,

11  in part, to Exhibit 86?

12     A.   Yes.

13     Q.   You said you had a clarification on 4?

14     A.   Right.

15     Q.   Go ahead.

16     A.   Does the Jack Daniel's bottle affect the

17  cost or quality of its product, well, it certainly

18  doesn't affect the cost of the liquor.

19     Q.   Why is that?

20     A.   Because it's going to taste the same no

21  matter what you put it in.

22     Q.   But the cost that I pay to buy the product

23  is, in part, a function of the cost of producing

24  not only the liquor, but also the packaging; would

25  you agree with that?

Page 214

1        A.    Well, I was looking at the -- for

2   instance, where it says the blow ratio of the

3   square bottle has the advantage of utilizing

4   minimum mold dimensions, that has nothing to do

5   with touting.  I'm just making an observation.

6        Q.    I understand that.

7              But in terms of the cost of the product

8   is, in part, a function of what it costs to produce

9   its package, you would agree with that as a general

10  statement?

11       A.    Does the Jack Daniel's bottle design

12  affect the cost or quality of the product.

13       Q.    I think you testified a moment ago that it

14  didn't affect the cost.

15       A.    Right.

16       Q.    The design of the product didn't affect

17  the cost?

18       A.    Right, or the quality.

19       Q.    Is that your opinion?

20       A.    Yes.

21       MR. LARKIN:  I have nothing further.  Thank you

22  for your time today, Mr. Howard.  It was a long day

23  and I appreciate your coming in.

24                        (Whereupon, a break was taken.)

25

Page 215

1                    (Whereupon, Howard Deposition

2                      Exhibit No. 88 was marked for

3                      identification.)

4      MR. LONG:  Can you read back the last few

5   questions and answer?

6                    (Whereupon, the record was read

7                      as requested.)

8      THE WITNESS:  These things that I mentioned

9   about the employee ratio and the square bottle

10   shape and minimum mold dimensions, I didn't answer

11   that right.  It does not affect the cost or quality

12   of the product itself.

13   BY MR. LARKIN:

14      Q.   Those things do not affect the cost or

15   quality of Jack Daniel's Tennessee Whiskey?

16      A.   Right.

17      Q.   Is that your testimony?

18      A.   Yes.

19      MR. LARKIN:  I made a copy of a couple of notes

20   that you brought with you today.

21                      EXAMINATION

22   BY MR. LONG:

23      Q.   I think there is a confusion here about

24   the cost.

25           Are we talking about the cost of the

Page 216

1    product out the door or the cost of the liquid

2    inside; the cost of selling the product or the cost

3    of the whiskey inside?

4         A.   Yeah.  The cost of the quality of the

5    product, meaning the bourbon itself.

6         Q.   What about the cost of selling the product

7    itself, the final product?

8         MR. LARKIN:  Objection to form, leading.

9    BY MR. LONG:

10        Q.   Is that to mean the same thing when you

11   are talking about the whiskey or are you talking

12   about selling the product in the package?

13        A.   Well, all of the things that you do to the

14   package don't affect the quality of bourbon itself.

15        Q.   Does it affect the ability to sell the

16   bourbon in the bottle?

17        MR. LARKIN:  Objection leading.

18   BY MR. LONG:

19        Q.   Is the product the whiskey that's in the

20   bottle or is it the product of the whiskey separate

21   from the bottle?

22        MR. LARKIN:  Objection to form.

23   BY MR. LONG:

24        Q.   Do all of those things in the design

25   affect the cost of selling the product?

Page 217

1      A.   Yes.  All of the things that you do to the

2   bottle, it does.

3      Q.   Is that what your report says?

4      A.   No.

5      MR. LARKIN:  Objection to form.

6   BY MR. LONG:

7      Q.   What does your report say?

8      MR. LARKIN:  Objection.  The document speaks

9   for itself.  It's a very broad question, too.

10  We've spent hours on it.

11     THE WITNESS:  I think it depends on what you

12  are talking about, the quality of the bourbon or

13  the quality of the finished product.

14  BY MR. LONG:

15     Q.   So if you are talking about the quality of

16  the finished product, does the design affect the

17  quality of the finished product or the cost of it?

18     A.   Yes, it does.

19     MR. LARKIN:  Let me follow-up on that.

20     MR. LONG:  Please, go ahead.  I would like to

21  get that explained.

22                   FURTHER EXAMINATION

23  BY MR. LARKIN:

24     Q.   Mr. Howard, you testified earlier toward

25  the end that you believe that it was likely that it

```
                                        Page 218
 1   was more expensive to manufacture the Jack Daniel's
 2   bottle than a round bottle with the same volume,
 3   all other things being equal; is that correct?
 4        A.   Yes.
 5        Q.   If that is true, wouldn't that, in fact,
 6   increase the price of the final whiskey that's
 7   sold?
 8        MR. LONG:  Objection, form.
 9        THE WITNESS:  I think it depends on the
10   interpretation of the question.  In other words, if
11   you interpret it as just the liquor itself, then
12   the bottle and all of the components and things
13   really don't have any effect on the quality of the
14   liquor itself.
15   BY MR. LARKIN:
16        Q.   Let's take that as a given.
17             The rest of the test as you articulated in
18   your report says the cost of the product.
19             Would you agree that if it is more
20   expensive to use the Jack Daniel's bottle design
21   because it costs more to manufacture, that that
22   would, in turn, increase the price the company
23   would have to charge to a consumer to pass on the
24   higher cost of manufacturing?
25        MR. LONG:  Objection, foundation.
```

Page 219

1    BY MR. LARKIN:

2        Q.   Do you agree with that?

3        A.   That would be one of the elements of cost.

4    It might not be the major aspect of it.

5        MR. LARKIN:  Are you done?

6        MR. LONG:  I am.

7    BY MR. LARKIN:

8        Q.   We marked Exhibit 88.  You were kind

9    enough to give us some of your notes and I just

10   want you to tell us very quickly what is it that we

11   marked as Exhibit 88.

12            Is that the list of the products that you

13   photographed and that you otherwise looked at?

14       A.   Yes.  The top one was a list of all of the

15   different products that -- I was trying to pick out

16   square bottles as much as possible, but there's

17   about 15 different brands that I took a look at.  I

18   was looking for square bottles.

19       Q.   Some of those were round bottles?

20       A.   Yes, they were.

21       Q.   In the lower left-hand corner of

22   Exhibit 88, under photos, that's simply your notes

23   about when you took the photos that you used in

24   your report?

25       A.   Yeah.  On my computer it identifies the

# American Whiskey/Bourbon Report

**June 6th 2015**

**Written and Compiled By Stephen Sacra**

Owner of VIP Products and creator of the "Bad Spaniels" Parody dog toy

**Purpose:**

The purpose of this report is to evaluate and statistically analyze the use of bottles and labels in the whiskey and bourbon industry. The goal is to identify and collect data of each "Brand House" portfolio, and the list of brands that are being produced, or claim to originate in the states of Tennessee and Kentucky. Further, this report will identify market competitors, competing brands, and the use of both broad and specific characteristics of bottles, bottle features, labels, and label features present in today's market and throughout history, going back to birth of bottling spirits. In the end, this report will provide a clear and statistical analysis of bottling and labeling practices of the Whiskey and Bourbon Industry, and more specifically how it relates to Jack Daniel's bottle design and alleged bottle trade dress.



SAC0001

# Who is Stephen Sacra?

### Education & Design Background:

My name is Stephen Sacra and my education consists of a bachelor's degree from Arizona State University from the school of engineering for integrated computer graphics and 3D multimedia. Of my 5 years degree, 3 of those years were spent in the school of architecture studying for industrial design. My shift to the school of engineering was to incorporate the use of computers into my education in design. I have been designing and manufacturing products for my own companies and companies of others as far back as 1995, giving me 20 years of experience with the process and development of molded and injected products, manufacturing, marketing and distribution.

### Liquor Industry Background:

Let's get to the point... I was never the CEO of the largest liquor distributor in the world, and I don't have 50 years experience as the head of marketing for a billion dollar liquor company, and it goes without saying I am not a lawyer either. I guess that is why I have to hire experts and lawyers to present facts that my own personal experience has taught me to be true.

So what is my experience? At the age of 21 _____ 22 years ago.....which is half of my existence, I got a job working for Anheuser Busch promoting and launching brands into the market. This amazing job lasted through my college years and meant that I spent every afternoon and every night, year after year in a bar drinking and promoting alcoholic beverages. During which time, I met my now wife, 20 years ago, who also worked in marketing and promotions for Miller Brewing Company and Bacardi. My wife worked in the liquor industry until the early 2000s and it took me those 7 years to convince her to marry me, which means I was in a bar every night promoting or aiding in the promotions of alcohol for the better part of 10 years.

Since I was always in a bar.... cooking was not on the forefront of my skill set and the habit of eating out for every meal, sitting at a bar, conversing with industry staff, has become part of my life. To this day, I eat minimum of 2 times a day 365 days year in a restaurant or bar, 95% of which I sit at the bar staring directly at the back bar full of alcohol. It is safe to say that in 22 years of the 16,060 meals that I have consumed, I have had over 10,000 in a bar or restaurant. So, at the minimum, I can say that compared to anyone else who is reading this... I without a doubt am an expert at eating out, talking with bar staff, and staring at bottles alcohol and their sizes shapes and colors on the back bar.

SAC0002

**Tequila Collector, With Largest Private "Bottle" Collection in the USA:**

Somewhere along the way, I fell in love with tequila and when I moved into my last house, I decided to build the first ever "Tequila Room". This room pictured below is a 225 square foot tequila room with over 600 different bottles of the more unique tequilas of the over 3000 in production that I have learned exist or existed. This room is chilled down to 57 degrees, the perfect temperature for consuming straight from the bottle. To date, I believe that I have the largest "private" collection of tequila in the United Sates, and my network of Mexican tequila distillers, and industry friends that work for the big brand houses, tell me they know of no one else that has come forth to challenge my claim.

The shelves below are as deep as a wine bottle is tall and behind every bottle you see are 2 more bottles.



SAC0003

As a collector of tequila, I am not only collecting what is inside the bottle, but I am collecting unique one of a kind hand crafted bottles to display in this amazing room. The fact is….Mexico is one of the only countries that believes that the heritage of true craftsmanship should be displayed on the outside of a bottle, and they honor this tradition by selling their premium tequilas in truly unique one-of-a-kind bottles handmade from a true artist. I have 7 years collecting and shopping for tequila bottles, and my experience has taught me how to distinguish the difference between a unique bottle and an industry bottle. With a room that is now full, I am now only on the quest for the most unique.



Bottle to the right is an example of a hand crafter one of a kind.

SAC0004

# Reporting Method

### Scope:

This Report focuses specifically at American whiskey/bourbon Industry. Bad Spaniels dog toy is a parody of an American whiskey/bourbon and, thus, including spirits from other countries would make this report overly broad.

### Inclusion of Competitors:

The word "competitive" is extremely important because you cannot understand the industry until you have identified the market competitors.  This report focuses on collecting, and presenting data for the competitors in the American whiskey/bourbon Industry as a whole. The report looks at all the companies equally and compiles data found for Brown Forman, Jack Daniel's and their competitors both large and small. By looking at the entire market segment, this report is able to look at Jack Daniel's as a percentage of an industry and evaluate the Jack Daniel's business on an even playing field with their competitors.

### Narrowing of Scope:

In order to get a good sample of the market without having to look at every bottle in existence, I narrowed the focus to the largest producers of American whiskey/bourbon in Tennessee and Kentucky, representing the largest segment of the market and the most number of bottles sold, generating the largest portion of the industry revenue.

### Collection of Data:

Data for this report was collected from the internet and a few months of research that I have put into learning more about the Industry, Brown Forman, and more specifically its immediate competitors. The data I collected is in the form of images of bottles, referenced against the brand's website, or past website, and data from industry advertisements and internet blogs and historical websites. Each bottle used is numbered and referenced in the calculation of data spreadsheets. Each bottle shown, to the best of my knowledge and research is sold, was sold, or is being sold in the global market.

### Defining the Industry Pyramid Structure:

The American whiskey/bourbon Industry can be broken down as Follows:

**Brand House -** This is the mother company that owns the portfolio of the industry brands. The brand houses are the TRUE companies that compete against one another in the market place. Each brand house will have many brands in its portfolio.

**Distilleries –** These are the factories owned by the brand houses that produce the product that is packed and marketed as the different brands found in the global market place.

**Brands –** Inside each brand house is a list of brands that are marketed and sold, and many brands are made by the same distilling factories.

**Styles/Blends –** Inside each brand are different styles of products that are produced and marketed under each brand. Many brands duplicate styles and blends and others have one of a kind styles and blends.

SAC0005

## Method for Collection of Data:

### General Steps:

1. Research and determine all the major brand houses making products in Kentucky and Tennessee that are "competitors" to Jack Daniel's.
2. Research and include all the distilleries under the brand house
3. Research and include all of the American whiskey /bourbon brands of each house
4. Research and Include all of the styles and blends of each brand
5. Compile a list of features identified by Jack Daniel's as a part of their  alleged bottle trade dress and trademarks
6. Research a list of styles, blends, and brands of each house distillery
7. Find visual representations of each of the above results using the internet
8. Look at each visual representation found and compare it to the list of features identified by Jack Daniel's as a part of their alleged bottle trade dress and trademarks.
9. Compile the data in a spreadsheet separating by each brand house which represents each competitor of the mother company Brown Forman, owners of Jack Daniel's.
10. Compile the data in a spreadsheet with all brands and styles as a total.
11. Research financial data for Each brand house from the SEC to determine who would be considered Brown Forman/Jack Daniel's equivalent competitor in both brand house and brands.

### Method & Steps to Analyze Bottle Design and Trademark:

1. Separate bottles by shape, then style, and identify groups of bottles with similar characteristics.
2. Calculate the % that each style of bottle represents as part of the whole.

### Method & Steps to Analyze Ornamental Label Design and Alleged Bottle Trade Dress:

1. Sort bottles by features identified by Jack Daniel's as a part of their  alleged bottle trade dress
2. Calculate the % that each feature represents as part of the whole.

SAC0006

# Bottle Design Analysis

A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

SAC0007

## Background

### Trademark Office Registration, No. 4,106,178

Jack Daniel's Properties, Inc. ("JDPI"), owned by Brown Forman Inc, the owners of the Jack Daniel's portfolio, claims that it holds a trademark in "a square shape bottle container . . . for distilled spirits." The Jack Daniel's bottle shape has a U.S. Patent and Trademark Office Registration, No. 4,106,178, for "the three-dimensional configuration of the square shaped bottle container for the goods, having an embossed ridge or scalloped design on the neck portion of the bottle, and an embossed signature design comprised of the words 'JACK DANIEL'" (see Amended Complaint, paras. 18 and 21, and Amended Answer, paras. 18 and 21).

### Illustration on Right

The Jack Daniel's bottle design as illustrated in the Trademark Office registration

### Primary Features

The Jack Daniel's bottle design has three primary features:

(1) a square shaped bottle container

(2) an embossed ridge or scalloped design on the neck portion of the bottle, and

(3) an embossed signature design.

## Statistical Objectives

VIP reviewed 114 bottles used by American whiskey/bourbon brands to determine whether the combined three elemental features of the Jack Daniel's bottle design are:

1. Basic design features common in the industry for distilled spirits, particularly bourbon and other American whiskey; features that, if allowed to be used exclusively by Jack Daniel's, would significantly undermine a competitor's ability to compete with Jack Daniel's in the sale of distilled spirits
2. design elements that are merely ornamental or decorative and do not function as features signifying products from the Jack Daniel's
3. A combination of features that is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel's
4. A mere refinement of or variation on existing bottle design or bottle trade dress with the field of distilled spirits and whiskey in particular.

The following pages reveal the results of that review and an analysis of those results and the conclusions drawn from that analysis.

SAC0008

## Summary of Results for Bottles & *SHAPES*:

**SEE Spreadsheet of collected data

**Brand Houses:**

|   | BRAND HOUSE | Number Of Bottles Reviewed | Reported 2013 Revenue (As Reported to the SEC) | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 3 | Private | 3% |
| 2 | Beam Suntory | 25 | 3,148,400,000.00 | 22% |
| 3 | Brown Forman | 13 | 3,784,000,000.00 | 11% |
| 4 | Heaven Hill | 19 | Private | 17% |
| 5 | KBD (Kentucky Bourbon Distillers) | 12 | Private | 11% |
| 6 | Luxco | 8 | Private | 7% |
| 7 | Sazerac Brands | 21 | Private | 18% |
| 8 | Others | 13 | Unknown | 11% |
| | TOTAL | 114 | | 100% |
| | As Reported to the SEC | | | |
| | ADVERTISING Budget Beam Suntory 2013 | | 401,000,000 | |
| | ADVERTISING Budget Brown Forman 2013 | | 408,000,000 | |

**Observation:** Beam Suntory and Jack Daniel's are comparable competitors, noted by the fact that they have similar revenue and have comparable advertising budgets. Both companies are publicly traded and they both make whisky/ bourbon spirits. Beam Suntory has 12 additional brand bottles available to review in the review set.

**Listing of 12 identified Distinct Bottle Shapes: 9 | Page**

**Photos of bottle categories on 12 following pages

|   | Square /Round | Height | Neck fluting and faceting | Additional Shape Description | QTY | Percentage Bottles / Total |
|---|---|---|---|---|---|---|
| 1 | Round | Tall | | Flared Bottom | 3 | 3% |
| 2 | Round | Tall | | Wine Bottle Shape | 4 | 4% |
| 3 | Square | Tall | No | Neck: Varies | 4 | 4% |
| 4 | N/A | Vary | | Reverse Tear Drop | 5 | 4% |
| 5 | Round | Short | | Neck : Short | 6 | 5% |
| 6 | Round | Tall | | Neck: Tall | 6 | 5% |
| 7 | Round | Tall | | Neck: Tall | 7 | 6% |
| 8 | Square | Short | No | Neck: Short | 9 | 8% |
| 9 | Round | Tall | | Neck: Short | 9 | 8% |
| 10 | Round | Tall | | Neck: Generic Round | 11 | 10% |
| 11 | N/A | N/A | | Unique Bottle Shape | 8 | 7% |

SAC0009

Bottle Shape 1

3%



092

091

072

American Whiskey/Bourbon Industry -   Bottle Shape (Round Flare Bottom )

SAC0010

Bottle Shape 2

4%



015    020    051    059

American Whiskey/Bourbon Industry -    Bottle Shape (Wine)

SAC0011

Bottle Shape 3



096  102  071  008

4%

American Whiskey/Bourbon Industry - Bottle Shape (Square Tall ) Neck (No Scallop)

SAC0012



4%



017   037   011   060   002

American Whiskey/Bourbon Industry –   Bottle Shape (Reverse Tear Drop)

SAC0013

Bottle Shape 5

5%



080

050

090

046

067

022

American Whiskey/Bourbon Industry -   Bottle Shape (Round Short)   Neck (Short)

SAC0014

Bottle Shape 6

5%



101

097

084

093

095

094

American Whiskey/Bourbon Industry –   Bottle Shape (Round)   Neck (Scalloping)

SAC0015

Bottle Shape 7



6%

Neck (Tall)

089

068

61

041

053

039

073

American Whiskey/Bourbon Industry -   Bottle Shape (Round Short)

15 | Page

SAC0016

Bottle Shape 8



026

023

003

001

088

083

078

013

012

8%

American Whiskey/Bourbon Industry -   Bottle Shape (Square)   Neck (Short No Scallop)

SAC0017

Bottle Shape 9

8%



055

056

054

058

087

085

077

079

014

Neck (Short)

Bottle Shape (Round Tall)

American Whiskey/Bourbon Industry -

SAC0018

Bottle Shape 10

10%



066
042 043
019 016
086 048
034 045
036 018

American Whiskey/Bourbon Industry - Bottle Shape (Industry Generic Round)

SAC0019

Bottle Shape 11

7%



025

010

047

057

076

075

009

069

American Whiskey/Bourbon Industry -   Bottle Shape (Unique)

SAC0020



Bottle Shape 12

Jack Daniels 6%
Jim Beam 11%
Other Brands 19%

Bottle Shape (Industry Generic Square)
36%

American Whiskey/Bourbon Industry - Bottle Shape (Industry Generic Square)
Neck (Industry Generic Fluting or Faceting)

20| P a g e



***This page is designed as a visual aid for you to see all of the design subsets together and easily recognize that among 114 bottles reviewed the most "Common and Generic" are square with fluted or faceted necks

SAC0022

**Statistics of Bottle Shape # 12 (Industry Generic Square)**
42 Square Bottles with Neck Fluting and Faceting  (36% )

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 12 | 11 Brand Embossed Bottle | 29% |
| 3 | Brown Forman | 9 | 7  Brand Embossed Bottle | 21% |
| 4 | Heaven Hill | 8 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 4 | | 10% |
| 7 | Sazerac Brands | 4 | | 10% |
| 8 | Others | 3 | | 7% |
| | TOTAL | 42 | | 100% |

**Statistics of 21 Square Bottles with Neck Fluting and Faceting and Including Embossed Brand**
*Matches the 3 primary features of bottle design claimed in Jack Daniel's Trademark reg no. 4,106,178

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 2 | Beam Suntory | 11 | Brand Embossed Bottle | 61% |
| 3 | Brown Forman | 7 | Brand Embossed Bottle | 39% |
| | TOTAL | 18 | | 100% |

**Conclusions·**

1. The bottle design with the largest percentage in the market, at 36%, is the generic "square" bottle with fluting or faceting on the neck. The next closest shape is the generic "round" bottle at 10%. These two bottle styles represent 46% of all the shapes reviewed in this study.
2. The 2 larger brand houses, Beam Suntory and Brown Forman, represent collectively 7 billion dollars of the spirit market and appear to be equivalent competitors in the American whiskey/bourbon segment of the market.
3. Beam Suntory has 11 bottles that incorporate a square bottle with fluting or faceting, and an embossed logo and Jack Daniel's has 7.
4. There are 18 Bottles in the bottles reviewed that are square bottles with neck fluting and/or faceting with and embossed brand.  61% of these bottles are produced by Beam Suntory, and 39% are produced by Jack Daniel's.
5. These 18 bottles represent 16% of the total bottles reviewed giving Beam Suntory 9.7% of the total 114 gottles reviewed and Jack Daniel's 6.3%
6. 48% of bottles reviewed are square in shape

**Margin of Error:**

With the sampling size of over 100+ bottle the addition or exclusion of any one bottle would only modify the findings less that 1%. It would require an allowance or disallowance of 20+ bottles to the largest subset to make a significant change in the outcome. Otherwise the findings of fact would remain unchanged.

SAC0023

## Corporate Financial Information

Identification of a Brown Forman Competitor in Gross Sales

And

Comparable Advertising and Marketing Expenditures

SAC0024

## 20012 & 2013 SEC Filings

### BEAM - Beam Inc

| | Y 2013 | Y 2012 |
|---|---|---|
| | 12/30/2013 | 12/30/2012 |
| Sales | $3,148,400,000 | $3,063,900,000 |
| Less: Excise taxes | ($601,100,000) | ($604,200,000) |
| Net sales | $2,547,300,000 | $2,459,700,000 |
| Cost of goods sold | $1,067,900,000 | $1,023,700,000 |
| Gross profit | $1,479,400,000 | $1,436,000,000 |
| Advertising and marketing expense | $401,000,000 | $398,700,000 |
| Selling, general and administrative expense | $392,200,000 | $412,900,000 |
| Amortization of Intangible assets | $17,500,000 | $17,200,000 |
| Gain on sale of brands and related assets | ($13,200,000) | - |
| Restructuring charges | $15,300,000 | $4,300,000 |
| Business separation costs | - | $13,800,000 |
| Asset impairment charges | $49,500,000 | $15,600,000 |
| Operating income | $617,100,000 | $573,500,000 |
| Interest expense | $91,600,000 | $109,000,000 |
| Loss on early extinguishment of debt | $56,900,000 | - |
| Other income | ($8,800,000) | ($35,100,000) |
| Income from continuing operations before income taxes | $477,400,000 | $499,600,000 |
| Income taxes | $111,900,000 | $96,200,000 |
| Income from continuing operations- Beam Inc. | $365,500,000 | $403,400,000 |
| (Loss) income from discontinued operations, net of tax | ($3,000,000) | ($18,200,000) |
| Net income | $362,500,000 | $385,200,000 |
| Less: Noncontrolling interests related to discontinued operations | - | - |
| Net income attributable to Beam Inc. | $362,500,000 | $385,200,000 |

### BFB - Brown Forman Corp

| | Y 2013 | Y 2012 |
|---|---|---|
| | 4/29/2013 | 4/29/2012 |
| Net sales | $3,784,000,000 | $3,614,000,000 |
| Excise taxes | $935,000,000 | $891,000,000 |
| Cost of sales | $894,000,000 | $928,000,000 |
| Gross profit | $1,955,000,000 | $1,795,000,000 |
| Advertising expenses | $408,000,000 | $395,000,000 |
| Selling, general, and administrative expenses | $650,000,000 | $610,000,000 |
| Amortization expense | $0.00 | $3,000,000 |
| Other expense (income), net | $1,000,000 | $1,000,000 |
| Operating income | $898,000,000 | $788,000,000 |
| Interest income | $3,000,000 | $3,000,000 |
| Interest expense | $36,000,000 | $31,000,000 |
| Income before income taxes | $865,000,000 | $760,000,000 |
| Income taxes | $274,000,000 | $247,000,000 |
| Net income | $591,000,000 | $513,000,000 |

## Observations:

Beam Suntory and Jack Daniel's are Comparable competitors, they both have comparable advertising budgets, they are both publicly traded, and they both make whisky/ bourbon spirits.

25 | P a g e

## Additional Observations Regarding Bottle Shape

Line Drawings Comparing Past and Present Bottle Design

Comparing Jim Beam and Other Brown Forman Brands Side By Side with Jack Daniel's

SAC0026

## Additional Observations Regarding Bottle Shapes:

http://designcue.com/case/jack-Daniels/



previous silhouette         slight modifications         evolved silhouette

"The design stays true to the legacy of the original square bottle with fluted neck that Mr. Jack selected back in 1895"

### Observations:

It appears that the company called Cue is the brand design company that played a pivotal role in the bottle redesign, as they have posted the above image on their site. This image shows clearly that the intention was to make a slight modification to an existing bottle shape.  In the pictures to follow you will want to note that the "Previous" bottle is almost identical to the Jim Beam bottle. The differences you can see are also "Slight Modifications" between all of the bottles amongst brands old and new

SAC0027

**Additional Observations Regarding Bottle Shapes:**



Bottle Overlay
@ 50% Opacity

**Conclusions:**

At some point in business Jack Daniel's owned by Brown Forman, and Jim Beam were using bottles and labels that are remarkably similar. As you can see from the photo, both bottles are square in shape , both have fluting or faceting of the neck, have an embossed logo , have ingress areas for the placement and protection of labels, have similar bulb shape necks, and have similar rounded top and bottom bodies.

** All Images were acquired from the internet and had to be scaled based on pixel and Image size. These are general images for comparison purposes only. Perfect representations do not change the facts stated above.

SAC0028

**Additional Observations Regarding Bottle Shapes:**



Bottle Overlay @ 50% Opacity

**Conclusions:**

Brown Forman is the owner of both of the following Brands: Jack Daniel's and Early Times Whiskeys. It appears that Brown Forman has adopted the use of its Jack Daniel's square bottle shape, use of fluting & faceting on the neck to help consumers identify Early Times as a whiskey.  This does not make Early Times unique, or Jack Daniel's.

\*\* All Images were acquired from the internet and had to be scaled based on pixil and Image size. These are general images for comparison purposes only . Perfect representations do not change the facts stated above.

SAC0029

## History Lesson

**115 Years of Competitors using the Same Bottle Shape & Bottle Trade Dress**

The history of the Square Bottle with

Observations that Show Competitors Used the Same Jack Daniels Bottle Trade Dress

SAC0030

## Historical Observations:



http://www.sha.org/bottle/igco_1906.htm

### Observations:

The above is page 126 from the 1906 catalog from Illinois Glass Company, and page 152 from the 1926 catalog for the same bottle. You see on the left and right side the bottle was named "The Alton Square, Flint Brandy" bottle. It is easy to conclude that... if this bottle was available in the general catalog, then any producer of whiskey could purchase and adopt this bottle shape to sell and promote their whiskey. (Further down, you will see several examples of these same bottles with different brands)

SAC0031

## Historical Observations (continued):

Owens Illinois 1906 catalog teaches us, on page 3, the Introduction Page of the catalog, that bottles displayed in the catalog are common. The following sentence below is printed, and clearly agrees with the above conclusion.

*"Of necessity only bottles of Common use and designs are shown in a catalogue of this kind, all special and proprietary designs belong to our customers. "*

### ILLINOIS GLASS CO.

❦❦❦❦❦❦❦❦❦❦

### *Subject Matter:*

Of necessity, only bottles of common use and design are shown in a Catalogue of this kind, all special and proprietary designs belonging to our customers. The volume of our sales on Private Mould bottles, designed and used for special needs largely exceeds that on stock ware. Were the object of this book simply to make it original and to advertise the extent of our business, it would present a very different appearance. Under the caption of "Moulds for Special Shapes," page 20, we have tried in brief to offer a few suggestions to users of special bottles, which we trust may be of value.

### Observations of the Entire Catalog (too large to display in report)

If you look closely and examine the entire Illinois Glass Co. catalog you will see that the catalog is segmented into bottle types. You can see at the top of page 126, the page is called Liquor Bottles. This catalog teaches that certain styles of bottles were sold specifically for bottling alcohol. You can also see that they identify the type of alcohol that would be associated with the shape of the bottle.

The entire catalog is indexed and categorized by bottle function and type. (i.e. prescriptions, pomades, pickles, liquor etc.) When necessary, each bottle represented on each page is identified with an even more specific functional purpose and use. (i.e. brandy, whiskey etc.)

This indicates that bottle shapes and sizes had become functionally recognized by the public. Consumers and manufactures alike recognized the connection between bottle shape and size and more specifically bottles used for containing distilled spirits, thus, making shape "Functional".

For bottles that had no specific function, the bottles were simply classified by their shape or size. Another teaching that function is directly related to the shape of a bottle and its publicly recognized use is what defines that function and how it is categorized.

Jack Daniel's early bottles, match the "Alton Square" verifying that the shape of the Jack Daniel's bottle was is "Common Use". See next set of images showing early bottles of Jack Daniel's.

SAC0032

## Historical Observations (continued):

The below excepts are from the website:



www.sha.org which is the "Society for Historical Archaeology"

Formed in 1967, the Society for Historical Archaeology (SHA) is the largest scholarly group concerned with the archaeology of the modern world (A.D. 1400-present). The main focus of the society is the era since the beginning of European exploration. SHA promotes scholarly research and the dissemination of knowledge concerning historical archaeology. The society is specifically concerned with the identification, excavation, interpretation, and conservation of sites and materials on land and underwater. Geographically the society emphasizes the New World, but also includes European exploration and settlement in Africa, Asia, and Oceania.



10"/ cm tall

**Tall Square Long-necked Spirits bottles**: Another fairly popular form for liquor bottles is as pictured to the left with a moderate height and width square body and a relatively long neck. The body sometimes has a very slight taper in from shoulder to heel and the finishes are dominated by the brandy and straight brandy types. This general shape seems to have originated, or at least become popular, by the 1890s and was most used during the first two decades of the 20th century, i.e., 1900-1920 (Wilson & Wilson 1978; Barnett 1987).

The *Illinois Glass Company, Swindell Brothers,* and other glass maker catalogs of the early 1900s called this style the "Boston Square Brandy" and made it in an assortment of sizes from 2 ozs. (sample size) to a quart (Swindell 1902; IGCo. 1906; Alther 1909; Cumberland 1911). Click on illustration to the right. The *Agnew Co.* (1894) called their version the "Tall Boston Brandy." The necks and/or shoulders can have decorative molded features like swirls and fluting.

SAC0033

The pictured bottle is a typical, though slightly smaller than average, example of the style containing a pint (i.e., "8 to the gallon"). It was made for the *Louis Taussig Co.*(San Francisco, CA.) and was likely a generic spirits container for an assortment of that company's products. This example was blown in a two-piece cup-bottom mold, has an improved-tooled straight brandy (more or less) finish, plentiful air venting marks throughout the bottle, and a slightly pink tint caused by using manganese dioxide as a glass decolorant. This bottle was likely manufactured between approximately 1900 to 1906 as it has **715 / H** on the base which is likely the makers mark (the "H", the "715" is a mold number) for the *Holt Glass Company* (Berkeley, CA.) that was destroyed by the April 1906 San Francisco earthquake and not rebuilt (Toulouse 1971; Thomas 1998). Click on the following links to view more pictures of this bottle: base view;close-up of shoulder, neck, and finish.



**Dating summary/notes:** As noted, this style seems to have originated just before the turn of the century (19th to 20th that is) and was most popular towards the end of the mouth-blown manufacturing era just prior to National Prohibition, i.e., 1900 to 1920, though these can date as early as the 1890s (Agnew Co. 1894).

The style was largely used for and identified with spirits but has been noted with embossing or labels for medicinal products, e.g., *VIN-O-SULA CUBAN TONIC / THE GREAT DYSPEPSIA / AND KIDNEY REMEDY*. This bottle is identically shaped to the one pictured, though in the "5 to the gallon" (fifth) size. It is also mouth-blown, likely dates between 1905 and 1915 (based on shape, improved-tooled finish, multiple air venting marks, and cup-bottom mold production), and probably contained a high alcohol product as consumers of the time would have identified this shape with spirits (Lindsey 2005). It should also be noted that very similar to identically shaped bottles were used for olive oil, salad dressing, vinegar and likely other liquid food products during the first few decades of the 20th century (Zumwalt 1980).

The style was also apparently used for wine as indicated by the dark amber bottle pictured at the following links: entire bottle; base view. This bottle is clearly machine-made and embossed with URBANA WINE CO. INC. and a city in New York which can not be read. (Apologies for the poor images which were off of eBay®.) The base is embossed with the makers mark of an "H" in a triangle indicating manufacture by *J. T. & A. Hamilton* (Pittsburgh, PA.) who were in business from 1884 to 1943 (Toulouse 1971). However, this bottle most likely dates from around 1915 to 1919 (Prohibition) though could also be a "medicinal" product that was produced during Prohibition, i.e., the 1920s.

SAC0034

## Teachings from the "Society for Historical Archaeology"

1. The tall square long neck spirits bottles originated before the turn of the century. "(19th to 20th that is)". It was most "popular" towards the era just prior to National Prohibition. Giving this bottle and shape over 115 years of American history.

2. The necks and/or shoulders can have decorative molded features like swirls and fluting.

3. The tall square long neck spirits bottles was "fairly popular form for liquor bottles." This quotation does NOT say that this bottle type was popular and unique and exclusively used by the Jack Daniel's brand whiskey.

4. "The style was largely used for and identified with spirits". This sentence teaches that the identified function of the bottle was spirits, and this association would only occur as a result of it being "largely used" use in the public domain for spirits and liquor.

5. The article points to the fact that multiple glass factories produced this style and they reference 2 known producers, and point out that there were others. "The *Illinois Glass Company, Swindell Brothers,* and other glass maker catalogs of the early 1900s" .

6. When you observe that multiple manufactures are making identical or nearly identical bottles with slight ornamental shifts. it is easy to understand that,

    a. This bottle was a popular enough bottle that multiple manufacturers wanted the opportunity to profit from its manufacture,
    b. There were enough customers buying the bottle to be able to support multiple manufactures.
    c. There were enough wholesale customers wanting and willing to buy the bottle to drive the manufactures to produce the bottle, showing that this was not exclusive to one customer.
    d. The bottle was used in enough abundance that manufactures called to it and labeled its "function" as "spirits" and "liquor" across the industry and as a standard name, classification and function by each factory.

7. The style of bottle was apparently used for wine

8. The most important quote in this entire article is :
    "…as consumers of the time would have identified the shape with spirits (Lindsey 2005)"

In the next pages we will review a small sampling of bottle pictures that substantiate the findings of the "Society for Historical Archaeology".

35 | P a g e

## Historical Observations (continued):





Craddock's Whiskey

Jack Daniels Whiskey

### Observations:

On the left you will see a historical bottle that was manufactured for Craddock and Co. Dallas Texas for the production of whiskey. This bottle was for sale on ebay and On the right you will see three examples of historical Jack Daniel's bottles.

It is a known fact that Jack Daniel's purchased its bottles from the Owens Illinois Glass company. So the existence of the above Craddock's Sour Mash Whiskey bottle suggests one of 2 conclusions. Conclusion 1 is that the design of Alton bottle was sold to anyone as indicated by the placement in the catalog. Or the bottle was so popular and common that is was manufactured by other glass bottle manufacturers. Either conclusion shows that this was an accepted and recognized shape for American whiskey/bourbon as early as 1906.

SAC0036

## Historical Observations (continued):



## Observations:

On the top row, you can see examples of historical bottles that are (1)square shaped that (2)contain a fluted or faceted neck (3)with embossed writing. Jack Daniel's 1895 Replica bottle is seen to the far right.  Note: In the very beginning before the application of paper labels, bottles were embossed with letters to identify the brand. It is apparent that Jack Daniel's uses embossed letters now as a reference to the history of bottle making and whiskey.

On the bottom row, you can see examples of historical bottles that are (1)square shaped that (2) contain a fluted or faceted necks. The fact that each of these brands throughout history chose to use a square bottle with a faceted or fluted neck indicates that this bottle feature combination had a functional purpose: to help people recognize that these bottles contained whiskey/bourbon.

SAC0037

## Historical Observations (continued):

**Press Release:** *May 16, 2011 /PRNewswire/*
**Reposted :** http://www.drinkhacker.com/2011/05/16/jack-daniels-changes-its-label-and-bottle/

*LYNCHBURG, Tenn., May 16, 2011 /PRNewswire/ — The Jack Daniel Distillery announced today that it is making minor refinements to the familiar Jack Daniel's Old No. 7 bottle to accentuate the bottle's square shoulders and also to simplify the front and side labels.*

*The company is quick to note that even though the bottle and label have been refined, the whiskey inside remains unchanged. The bottle will begin shipping this month and will be on most shelves by July.*

*"Mr. Jack Daniel was proud of the craftsmanship and care that went into his whiskey and wanted a bottle as unique as its smooth, mellow character," said John Hayes, Senior Vice President, Managing Director Jack Daniel's. "That's why in 1895, Jack made the decision to put his whiskey in a square bottle, unlike other whiskeys of his day. He wanted to make sure his whiskey stood out. The refinements today are meant to honor Mr. Jack's desire that his bottle reflect the distinctive character of the whiskey."*

*This is not the first time the Jack Daniel's bottle and label have been updated. The first refinements go back to Jack Daniel who originally sold his whiskey by the barrel. He then moved from barrel to jug to the familiar square bottle. Over the years, during Mr. Jack's day and after, refinements were made to the bottle and label: Gold medals were added to the side label as they were won; Lynchburg sayings were added and dropped; and, room was made for more information. Over time, so many things were added that the label began to look more cluttered than it was under Mr. Jack's watch, according to the distillery.*

### Observations:

It appears that *"John Hayes, Senior Vice President, Managing Director Jack Daniel's "* Is not aware that history shows that, in his day, "Jack Daniel's " along with others were not only using square bottles but were also using the exact same bottle that was square with fluting or faceting and an embossed logo. This demonstrates that Jack Daniel's management might have some misinformation as to the Jack Daniel's history and the history of their bottle.

### Same Blog:   General Public Comment



**TRAMPUS**

Well, here's the thing. Just about every generic bourbon on the shelf uses a bottle and label similar to the Jack Daniels one. The label is barely different but the bottle sure is. I think it's kind of feminine looking. I'm sure enough people will cry to get it changed back, or they'll just deal with it. I mean it isn't that big of a deal.

Oh wait, could this be a SIGN OF THE APOCALYPSE0 (LYPSe, LYPse. LYpse. Lypse. lypse...)

### Observations:

It appears that the general public agrees with our findings ... that " Every Generic Bourbon on the shelf uses a Bottle and label similar to the Jack Daniel's one" ~Trampus -2011

SAC0038

Answer to Interrogatory No. 19

SAC0039

**INTERROGATORY NO. 19:** "As a matter of law, the combination of elements of the Jack Daniel's Trade Dress is non-distinctive and not entitled to trademark protection,"

## Conclusions "As a Matter of Law":

Jack Daniel's bottle features are clearly functional and non distinctive. The large-scale use of a square bottle design with fluted or faceted neck indicates that this style of bottle is what consumers use to recognize American whiskey and bourbon, not Just the Jack Daniel's brand. Jack Daniel's bottle shape design is a slight ornamental shift in a recognized bottle design, used by the majority of brand houses to sell whiskey and bourbon over the last 100 years. Adding an embossment of the words "Jack Daniel's" cannot afford Jack Daniel's the protection and exclusive use of the other combined elements of the bottle shape.

Denying others the right to use these elements would put others at a considerable disadvantage because, they would be forced to put their alcohol in a bottle that is not the standard publicly recognized bottle shape identified by consumers. Allowing the trademark of square bottle, with fluted or faceted neck and an embossed label, would put Beam Suntory, one of Brown Forman's comparable market competitors, at a significant disadvantage.

Brown Forman reinforces our argument that their bottle is functional based on the fact that they use the Jack Daniel's bottle square shape and fluted and faced neck almost identically in style size and shape to promote their other brand of Early Times Kentucky Whiskey. If you were a company actively protecting the alleged "unique" trade dress of your bottle design, because it was so unmistakable, unique, and identifiable, why would you use an almost identical design to promote another whiskey brand that you manufacture, and market at a lower price structure?

This paralleled use of bottle features clearly indicates that Brown Forman uses the square shape and faceted or fluted neck as functional indicators to direct consumers to whiskey and bourbon. If this were not the case, then maybe they would have chosen a different more distinctive bottle to separate the Early Times brand whiskey from the Jack Daniel's brand whiskey. They did not take that path.

The deliberate decision to make the common association between two brands by the same owner clearly shows that the shape of the bottle is functional and their trademark Jack Daniel's signature is the only protectable part of their bottle design in the Trademark reg no. 4,106,178 .

Simply applying the name Jack Daniel's does not give them the right to have umbrella like protection to the shape of everything they put their name on.

In looking at the historical information provided, it is clear that Jack Daniel's at some point adopted a "Liquor Bottle" style of container commonly available to any person purchasing glass from Owens Illinois. The selection of a "Liquor Bottle" from the "Liquor Bottle" section of the catalog clearly indicates that Jack Daniel's expected to gain an advantage because his product would be marketed in a container that was recognized for containing alcoholic beverages. Jack Daniel's could have just as easily chosen a container from the pickle jar section to bottle his goods. Jack Daniel's must have known that the container type he selected has functional because the shape would clearly convey to the consumer in 1 glance that the contents were a sprit or alcohol. He did not choose a pickle jar because he would have had an additional hurdle to overcome....consumers would be confused by the bottle shape. The continued sales of whiskey and bourbon over the past 100 years has created this functional recognition and trained generations of consumers that this shape of bottle is identified and categorized with

SAC0040

whiskey and bourbon. This is reflected in the results of our study which shows the widest use to be square with a faceted or fluted neck.  Whisky and bourbon have adopted the bottle style of the square liquor bottle with the faceted or fluted necks because it is a functional part of history that is identifiable 1st with alcohol, as defined as the functional use in the Owens Illinois Co catalog teaches, and then 2nd with the spirit type of whiskey / bourbon, as we are also taught by same catalog, that there is a functional association with every bottle type.

These facts lead us to the undeniable conclusion that the Jack Daniel's Trademark Bottle Registration should "Not" be entitled to trademark protection because it is functional and non distinctive , and by allowing its continued registration it is putting competitors at a disadvantage.


**Special Note: You must consider that their trademark is for "Distilled Spirits" and  "Distilled Spirits" would also include scotch, gin, tequila, rum, cognacs and more.

SAC0041

# Bottle & Label Trade Dress Analysis

A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

SAC0042

## Background

### Alleged Bottle Trade Dress

Jack Daniel's Properties, Inc. ("JDPI"), owned by Brown Forman Inc, the owners of the Jack Daniel's portfolio, claims that it owns trademark rights in the Jack Daniel's Old No. 7 whiskey bottle "iconic trade dress consisting of" the following elements, namely: (1) "a square bottle with a ribbed neck," (2) "a black cap," (3) "a black neck wrap closure with white printing bearing the OLD NO. 7 mark," and (4) "a black front label with white printing and a filigreed border bearing the JACK DANIEL'S mark depicted in arched lettering at the top of the label, the OLD NO. 7 mark contained with a filigreed oval design in the middle portion of the label beneath the JACK DANIEL'S mark and the words Tennessee Sour Mash Whiskey in the lower portion of the label, with the word 'Tennessee' depicted in script" (see Amended Complaint, para. 14, and Amended Answer, para. 14).

The alleged Jack Daniel's bottle trade dress has four elemental features:

(1) "a square bottle with a ribbed neck,"

(2) "a black cap,"

(3) "a black neck wrap closure with white printing" and

(4) "a black front label with white printing" (see Amended Complaint, para. 25).

## Statistical Objectives

VIP reviewed 114 bottles used by American whiskey/bourbon brands to determine whether the combined four elemental features of the alleged Jack Daniel's bottle trade dress are:

1. Basic design features common in the industry for distilled spirits, particularly bourbon and other American whiskey; features that, if allowed to be used exclusively by Jack Daniel's, would significantly undermine a competitor's ability to compete with Jack Daniel's in the sale of distilled spirits;
2. Design elements that are merely ornamental or decorative and do not function as features signifying products from the Jack Daniel's;
3. A combination of features that is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel's;
4. A mere refinement of or variation on existing bottle design or bottle trade dress with the field of distilled spirits and whiskey in particular.

The following pages reveal the results of that review and an analysis of those results and the conclusions drawn from that analysis.

SAC0043

## Summary of Results '

**Identification of the 4 primary features of the Jack Daniel's alleged bottle trade dress:**

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)

(2) a black cap;

(3) a black neck wrap closure

(4) a black front label with white printing

**Bottles Collected and Reviews By Brand House:**

| | BRAND HOUSE | Number Of Bottles Reviewed | Reported 2013 Revenue (As Reported to the SEC) | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 3 | Private | 3% |
| 2 | Beam Suntory | 25 | 3,148,400,000.00 | 22% |
| 3 | Brown Forman | 13 | 3,784,000,000.00 | 11% |
| 4 | Heaven Hill | 19 | Private | 17% |
| 5 | KBD (Kentucky Bourbon Distillers) | 12 | Private | 11% |
| 6 | Luxco | 8 | Private | 7% |
| 7 | Sazerac Brands | 21 | Private | 18% |
| 8 | Others | 13 | Unknown | 11% |
| | TOTAL | 114 | | 100% |
| | As Reported to the SEC | | | |
| | ADVERTISING Budget Beam Suntory 2013 | | 401,000,000 | |
| | ADVERTISING Budget Brown Forman 2013 | | 408,000,000 | |

SAC0044

**Statistical Results Based on Use of Features INDEPENTANTLY of the Other Features:**

| | BRAND HOUSE | Number Of Bottles Reviewed | Square Bottle | Ribbed Neck | Black Cap | Black Neck Wrap | Black Back Ground | White Text |
|---|---|---|---|---|---|---|---|---|
| 1 | Alltech | 3 | 1 | 0 | 1 | 0 | 0 | 0 |
| 2 | Beam Suntory | 25 | 18 | 12 | 13 | 11 | 9 | 13 |
| 3 | Brown Forman | 13 | 12 | 9 | 9 | 7 | 5 | 7 |
| 4 | Heaven Hill | 19 | 7 | 8 | 10 | 9 | 7 | 9 |
| 5 | KBD | 12 | 2 | 3 | 11 | 9 | 2 | 3 |
| 6 | Luxco | 8 | 4 | 4 | 4 | 3 | 4 | 5 |
| 7 | Sazerac Brands | 21 | 7 | 7 | 11 | 10 | 7 | 9 |
| 8 | Others | 13 | 5 | 8 | 9 | 8 | 9 | 8 |
| | TOTAL | 114 | 56 | 51 | 68 | 57 | 43 | 54 |
| | | | 49% | 45% | 50% | 50% | 38% | 47% |

**Observations:**

The most important observation to make here is that we are looking at these elements as a feature "Independent" of any other element. The purpose is to understand how common the element is on its own.

It has been made clear by the courts that you cannot consider the use of individual elements on their own and you must look at the combination of the elements as a group in their entirety.

These numbers reflect that each of these elements is a common element and is used frequently. Therefore, to appeal to the court's request, we must look at the numbers as the most common elements are added together.

**Statistical Results Based on the Combinations of Features**

The next step of this report will display the statistics of the following combinations. We will do this in order of the identifiable bottle trade dress as defined by Jack Daniel's.

### 1st Combination:  Square Bottle with Fluted or Faceted Neck

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)

### 2nd Combination:

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)
(2) a black cap;

### 3rd Combination:

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure

### 4th Combination:

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure
(4) a black front label with white printing

SAC0045

## 1st Combination:  Square Bottle with Fluted or Faceted Neck

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)

|   | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 12 | | 29% |
| 3 | Brown Forman | 9 | | 21% |
| 4 | Heaven Hill | 8 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 4 | | 10% |
| 7 | Sazerac Brands | 4 | | 10% |
| 8 | Others | 3 | | 7% |
| | TOTAL | 42 | | 100% |
| This value Represents 36% of the 114 Bottles Reviewed | | | | |

**Observations:**

This is the combination of the first 2 elements in our study. These represent the feature (1) a square bottle with a ribbed neck; (Fluted of Faceted).   We are showing the "Independent" value to show that on their own, or together, they still represent a large segment of the market. But ,as stated before, you must consider the elements together with other elements.

SAC0046

## 2nd Combination:

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)
(2) a black cap;

|   | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 5 | | 29% |
| 3 | Brown Forman | 7 | | 21% |
| 4 | Heaven Hill | 3 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 2 | | 10% |
| 7 | Sazerac Brands | 1 | | 10% |
| 8 | Others | 2 | | 7% |
| | TOTAL | 22 | | 100% |
| This value Represents 19.3% of the 114 Bottles Reviewed | | | | |

## Observations:

With the addition of element (2) black cap, the frequency has dropped 48% to 21 bottles

*All but 1 competitor maintains bottles that carry these 2 elements.*

SAC0047

**3rd Combination:**

    (1) a square bottle with a ribbed neck;  (Fluted of Faceted)

    (2) a black cap;

    (3) a black neck wrap closure

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 5 | | 29% |
| | Brown Forman | 5 | | 21% |
| 4 | Heaven Hill | 3 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 2 | | 10% |
| 7 | Sazerac Brands | 1 | | 10% |
| 8 | Others | 2 | | 7% |
| | TOTAL | 20 | | 100% |
| This value Represents 17.5% of the 114 Bottles Reviewed | | | | |

**Observations:**

The addition of element (3) a black neck wrap, has only changed the results by 2 unit. It would appear that it is a common practice to use a black cap combined with a black neck wrap together.

*All but 1 competitor maintains bottles that carry these 2 elements.*

SAC0048

**4th Combination, The Combination of all elements in Jack Daniel's Alleged Bottle Trade Dress**

   (1) a square bottle with a ribbed neck;  (Fluted of Faceted)
   (2) a black cap;
   (3) a black neck wrap closure
   (4) a black front label with white printing

|   | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 3 | | 21.5% |
| 3 | Brown Forman | 3 | | 21.5% |
| 4 | Heaven Hill | 3 | | 21.5% |
| 5 | KBD (Kentucky Bourbon Distillers) | 1 | | 7.1% |
| 6 | Luxco | 1 | | 7.1% |
| 7 | Sazerac Brands | 1 | | 7.1% |
| 8 | Others | 2 | | 14.2% |
| | TOTAL | 14 | | 100% |

This value Represents 12.3% of the 114 Bottles Reviewed

** See Image Below of all 14 Bottles Side by Side

**Observations:**

This is the combination of all 4 elements. It is important to notice that ALL but 1 competitor have at least 1 bottle using these four combined elements.

"By alleging that other companies use a similar design and by providing examples of similar-looking bottles, VIP has plausibly alleged that Jack Daniel's bottle design lacks secondary meaning"

NOTE: Brown Forman's 2 bottles brands are Jack Daniel's, and Early Times. Two separate brands using the identical 4 distinct features, concedes that these features are indicators of whiskey/bourbon and are not unique to Jack Daniel's.

## Margin of Error:

One could argue that 2 of these bottles have coloration and that the 2 bottles should not be included. For example Jim Beam Fire has a Fire Element added, or that Early Times has a yellow shaded area. It must be noted that even if you were to remove these two bottles from the sample set you have not eliminated the fact that All but one competitor have a brand that they use this bottle trade dress, And by adding bottles to this sample set would only increase the argument that these four elements are common to any company wanting to portray their bottle as containing Whiskey or Bourbon.

SAC0049

**4th Combination, The Combination of all elements in Jack Daniel's Alleged Bottle Trade Dress**

(1) a square bottle with a ribbed neck;  (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure
(4) a black front label with white printing



SAC0050

## Conclusions:

**Jack Daniel's Bottle features are clearly functional and non distinctive:**

The Jack Daniel's Bottle is a mere refinement of or variation of the 4 alleged bottle trade dress elements.

"The combination of elements of the Jack Daniel's Trade Dress is generic because their primary significance is to identify any distilled spirits, particularly bourbon or other corn based whiskey, rather than products from the Jack Daniel's distillery"

The facts in this study clearly identify that each Brand House that competes with Jack Daniel's has at least 1 brand for which they uses the four elements alleged by Jack Daniel's to be the trade dress of their bottle. The broad use of these elements shown here indicates that these elements combined have a functional meaning to indicate that the contents are Whiskey or Bourbon. It's no surprise that each of these brands is utilizing the historical classic look that was at the origins of whiskey. The look is a classical look that was used by many and to date is still used by many.

The law should not limit the use of these elements exclusively to Jack Daniel's as doing so would prevent the continued sales of 12 other bottles. Additionally, it would require that Brown Forman discontinue its use of these elements on its own Early Times brand whiskey bottle. Brown Forman cannot claim to the court that these elements that create their alleged bottle trade dress are exclusive to Jack Daniel's brand but then continue to use them to promote another brand AND prevent other from using them at the same time.

The large scale use of a square bottle design with fluted or faceted neck, indicates that this style of bottle is what consumers use to recognize Whiskey and Bourbon not just the Jack Daniel's Brand.  Jack Daniel's bottle shape as design is a slight ornamental shift in a recognized bottle design used by the majority of Brand Houses to sell whiskey and bourbon over the Last 100 years.

Thus, the bottle design used by Jack Daniel's "serve[s] an aesthetic purpose wholly independent of any source-identifying function."

You can't just look at present day market conditions…. you have to look at 100 years of history…. .

The point being that, even, if everyone stopped using these elements and style, that fact alone does not give rise to allow Jack Daniel's the right to scoop up all the elements of 100 years of history and claim it to be exclusively their own.

SAC0051

# Ornamental Features Of the Jack Daniel's Bottle

## A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

### From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

SAC0052

# Summary Results: The Ornamental Features of the Jack Daniel's Bottle

Percent Usage on all 114 bottles Reviewed

| Square Shape | Bulb Neck | Fluting Faceting | Black Cap Color | Black Neck Color | Black Back Color | White Text Color |
|---|---|---|---|---|---|---|
| 49% | 50% | 45% | 60% | 50% | 38% | 47% |
| Filigree | Arched Name | Brand Location | Display State | Center Medallion Or Graphic | The Word Old | Embossed Letters |
| 49% | 50% | 45% | 60% | 50% | 38% | 15% |

## Observations:

Based on the fact that each of these elements have from 38% - 60% usage in the 114 bottles reviewed, it would be an easy assessment to say that all of the above Features are ornamental and functional for selling spirits.

There is no one unique feature found in the Jack Daniel's list of features above that would raise an indicator that it was unique to Jack Daniel's.

The only unique feature that would be exclusive to the Jack Daniel's Brand and Bottle would be the Trademarked name " Jack Daniel's" and the exact word combination "Old No. 7"

Further down we will address "Old No. 7" and the fact that Jack Daniel's does not have exclusive use of the words "Old No." with any other number combination, or the exclusive use of the number "7".

## Statistical Results Based on Jack Daniel's use of alternative colored labels

The next step of this report will display visuals of bottles from the 114 bottles reviewed. The images will be grouped buy colors used by Jack Daniel's. The purpose of showing these images is to show that even when Jack Daniel's changes the color of the label, all competitors have identical elements and overall look. Then this report will address the use of filigree , embossing, the use of the number 7, the and the use of the words "old no."

See the Next 7 Pages will that verify the replicated use of the above features in our study

Page 1 : Black Lables
Page 2 : White Labels
Page 3 : Color / Flavor Labels
Page 4 : Filigree
Page 5 : Embossing
Page 6 : The Number 7
Page 7 : The words "old no."

SAC0053

## 22 Distinct Bottles that Have Same Label Designs and Same Bottle Features
** 22 of only 114 Reviewed



Jack Daniels Makes a Reverse Label,
With A change in Colors Each Competitor Still Uses Same Design And Bottle Features



Jack Daniels Makes Color Variations Of Flavors -
With A change in Colors Due to Flavors   Each Competitor Uses Same Design And Bottle Features and COLORS



| 104 Brown Forman | 107 Beam Suntory |
| 111 Beam Suntory | |
| 082 Sazerac | 112 Heaven Hill |
| 063 Luxco | 109 Beam Suntory |
| 028 Brown Forman | 111 Brown Forman |
| 106 Beam Suntory | 108 Beam Suntory |
| 105 Beam Suntory | 095 Diageo Round vs Square & Missing Bulb in Neck |
| 113 Heaven Hill | Brand House |

SAC0056

## Filigree:

We found that 49% of the bottles surveyed have some degree of filigree on the label. Here are some examples.



SAC0057

**Embossed Bottles:**



Above and beyond the bottles that we have reviewed already, embossing is used in almost all segments of the spirit industry. Therefore, it is NOT the" embossing" of the words "Jack Daniel's"  that is a trademark feature. It is simply the stand alone words "Jack Daniel's".

SAC0058

## Use Of Number 7:



One could argue there is a large percentage of bottles that use the number 7 on their bottle on the center, Such as Seagram's 7, Old Ezra number 7.

SAC0059

## Use Of the words "Old No.":

 

Jack Daniel's does not have the exclusive use of the partial phrase "Old No." because you can find this exact phrase on other bottles such as Bench Mark & George Dickel "Old No". 8.



SAC0060

## Generic Public Perception of Whiskey Bottle:

The below images are GENERIC images that are on the website shutter stock. This is a website that sells generic stock photos for use in other works of art for advertising and websites. You can draw your own conclusion as to what the Generic Look of whiskey is to the public eye.



SAC0061

**Generic Public Perception of Whiskey Labeling & Advertising:**











SAC0062

## Final Conclusion:

The primary features of the Jack Daniel's bottle design and the alleged Jack Daniel's bottle trade dress are basic design features common in industry for distilled spirits, particularly whiskey. Those combined primary features, if allowed to be used exclusively by JD, would significantly undermine a competitor's ability to compete with Jack Daniel's in the sale of distilled spirits.



The combined four primary features of the alleged Jack Daniel's bottle trade dress and the combined three primary features of the Jack Daniel's bottle design are, overall, merely ornamental or decorative features that do not function as features signifying products from the Jack Daniel's distillery alone.

The combination of the three primary features of the Jack Daniel's bottle design is generic, overall, because the primary features' significance is to identify any distilled spirits particularly bourbon or other American whiskey, rather than products from Jack Daniel's distillery in particular. Take off the words "Jack Daniel's" and "Old No. 7" from the complete Jack Daniel's bottle design and all you have left is an ornamental variation of a generic bottle shape and styling that is comprised overall of nothing more than features found in the generic bottle designs and trade dress of the whiskey/bourbon Industry as a whole.

The combination of the four primary features of the alleged Jack Daniel's trade dress is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel's; and a mere refinement of or variation on existing bottle design or trade dress with the field of distilled spirits and whiskey in particular.



The point is very simply: other than the word combination "Jack Daniel's" and the exact combination "Old No. 7," the overall primary features are not unique and exclusive to Jack Daniel's. Many other competitors in the industry clearly use EVERY ONE of the same primary features of bottle design alleged trade dress to some degree and some use ALL of the primary features, making it obvious that the Bottle Design and the alleged Bottle Trade Dress belong to every competitor in the whiskey/bourbon industry.

SAC0063

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

VIP Products, L.L.C., an Arizona limited
liability company,

       Plaintiff,

    v.

Jack Daniel's Properties, Inc., a Delaware
corporation

       Defendant,

_____

Jack Daniel's Properties, Inc., a Delaware
corporation

       Counterclaimant,

    v.

VIP Products, L.L.C., an Arizona limited
liability company,

       Counterdefendant.

No. 2:14-cv-02057-DGC

**RULE 26 EXPERT REPORT OF**

**JOHN HOWARD**



EXHIBIT

Howard

73

7-21-15

John R. Howard
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane, West Chicago, IL 60815-2524
Tel. 630-495-9466 / Mobil 630-730-9782
Website: http://www.designkda.com

## BACKGROUND & EXPERIENCE

I am an Industrial Design Professional and project Design Director and I have hands-on knowledge of the industrial product design process. I have developed over 20 patented products and devices during my career, which started in 1960.

Since 1975, I have been the owner of KDA, an Industrial Design consulting firm that I purchased form its 1947 founders. KDA creates consumer product designs and packaging as well as commercial, industrial, and medical products.

Representative KDA commercial clients have included: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, and AT&T. The representative services of KDA to its commercial clients include: industrial design, new product development, cost reduction, new products, and utility and design patents.

Representative KDA clients selling consumer items include: 3M, Sears, Wilson Sporting Goods, Sunbeam. KDA services to consumer-product clients include: industrial design, new product development, 3D printed models, design for cost reduction, product re-design; tooling, manufacturing & package design.

The following website provides a link to over 85 Past & Current KDA Clients: www.DesignKDA.com/Clients.html

## EVALUATION OF THE JACK DANIEL'S BOTTLE DESIGN

I was retained by VIP Products, LLC, to evaluate the design of a bottle used by Jack Daniel's for packaging distilled spirits. The purpose of my evaluation was to determine whether the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits or if the design affects the cost or quality of bottled distilled spirits.

### U.S. Patent and Trademrk Registration of the Jack Daniel's Bottle Design

Jack Daniel's Properties, Inc. holds a trademark in "a square shape bottle container . . . for distilled spirits." The Jack Daniel's bottle shape has a U.S. Patent and Trademark Office Registration, No. 4,106,178, and the Jack Daniel's bottle design is illustrated in the Trademark Office registration as the following:



The PTO registration for the Jack Daniel's bottle design describes it as "the three-dimensional configuration of the square shaped bottle container for the goods, having an embossed ridge or scalloped design on the neck portion of the bottle, and an embossed signature design comprised of the words 'JACK DANIEL.'"

### The Primary Features and Details of the Jack Daniel's Bottle Design

The Jack Daniel's bottle design has three primary features: (1) a square shaped body, (2) an embossed scalloped design on the neck portion of the bottle, and (3) an embossed signature design on the bottle.

### Usefulness and Efficiency of the Jack Daniel's Bottle Design

To determine whether the combined features of the Jack Daniel's bottle design are essential to the use or purpose of the packaging of distilled spirits or if those combined design features affect the cost or quality of bottled distilled spirits, I made the following assessments, based on my knowledge, experience and expertise.

### 1. Does the Jack Daniels Bottle Design yield a Utilitarian Advantage?

The combined features of the Jack Daniel bottle design yields several utilitarian advantages. The advantages make the bottle design the most effective and utilitarian form for the packaging of distilled spirits.

The square bottle shape minimizes the cubic inches required to package the liquid contents of the bottle. By minimizing the number of cubic inches for the bottle, the square shape reduces the cost of packing, shipping and displaying the bottle. Minimizing the cubic inches assists the merchandising and marketing the bottle by allowing more bottles to be displayed on a retail shelf or in a floor or point-of-purchase display.

The flat faceted 5/18" corners keep the corners of the bottle from chipping or breaking during bottling on the labeling line or during shipping in corrugated boxes and multi-packed cartons on pallets for domestic as well as on sea container boats worldwide.

The four flat label surfaces are inset 1/16th of an inch to keep the surfaces from rubbing together and defacing or damaging the label graphics.

The square shape also enhances the grip on the body of the bottle. It enables the user to have a secure purchase on the body of the bottle and the protrusion across the top of the side panels helps to keep the human hand from sliding off the sides.

The square shape enhances the retail display of the bottle.  The shape is more compact, allowing for more effective placement on store shelves, and the flat sides enhance the visual display and legibility of the bottle labels.  The flat labels allow the entire to be seen by the customer, unlike labels on rounded surfaces.

The embossed scalloped design on the neck portion of the bottle improves the grip of the bottle in that the contours fit into the male or female hand from an ergonomic standpoint.  The eight facets are consistent with the shape and form of the bottle while forming a gripping area that is rounded and easy to grip. The contour is designed to fit the human hand, making it easier and more secure to handle the bottle. This keeps the bottle from slipping out of the hand during carrying or pouring.

The embossed signature design on the bottle is useful to identify the product easily in the retail marketplace. The design cannot be removed without destroying the bottle, providing an indelible identifier of the product inside.

2.      Are there alternative designs available that provide the same advantages?

Square Body Shape.  Primary alternatives to the square body shape for bottles are: smooth round shape; flat oval (front and back parallel); triangulated; rectangular shape; round with a flat face; hexagonal; octagonal; radius-shaped flat oval; round bottle with flat cuts on the face;  and flat oval shape.

A smooth round shape does not yield the same utilitarian advantages as the Jack Daniel's bottle. The round shape loses space when you stack the bottles together.  Also, it is more difficult to places a label precisely on a round bottle shape and it is more difficult to orient two labels on a round bottle.  A round bottle is less stable if placed on its side.

A flat oval (front and back parallel sides) does not yield the same utilitarian advantages as a square bottle. Whether concave or convex, the oval shape loses space between bottles in shipping and in display and increases the probability of breakage.

A triangulated bottle does not yield the same utilitarian advantages as a square bottle.  From a nesting standpoint, this shape loses space when the bottles are stacked together.  From a shelf spacing standpoint, this shape loses space and creates display problems.

A rectangular shape bottle does not yield the same utilitarian advantages as a square bottle in terms of shelf facing. A rectangular bottle cannot be placed on a shelf for display as effectively as a square-shaped bottle. A rectangular bottle loses multiple label facings, compared to a square bottle.

A round bottle with a flat face does not yield the same utilitarian advantages as a square bottle for the same reasons as the triangulated rectangular shape bottle, described above.

A hexagonal shape does not yield the same utilitarian advantages as a square bottle. It is difficult label, has diminished visibility from shelf facing standpoint and has lower internal capacity compared to a square bottle of the same size.

An octagonal shape has more labeling problems than a hexagonal shape and it loses space when you stack the bottles together. Also, it is more difficult to orient more than one label on the same bottle. It is less stable than a square bottle if placed on its side.

A radius-shaped flat oval shape does not yield the same utilitarian advantages as a square bottle. It loses shelf space due to the depth of the bottle. It is not as efficient from a packaging standpoint because the shape creates "dead" space within the carton or shipping container. The partitions in a carton or container are flat, leaving gaps around the ends of a bottle with this shape.

A round bottle with flat cuts on the face does not yield the same utilitarian advantages as a square bottle. It has lower internal capacity compared to a square bottle of the same size. The shape is more difficult to label and the shape creates problems in orientation for retail display.

A bottle shape that is a flat oval does not yield the same utilitarian advantages as square shaped bottle. It loses shelf space due to the depth of the bottle and the shapes consumes excess space in shipping.

Embossed Ridge or Scalloped Design Bottle Neck. The Jack Daniel's bottle design has an embossed ridge or scalloped design in the neck. The description in the trademark registration does not indicate the shape of the neck but the drawing in the registration illustrates the shape as being convex in form.

Alternative bottle neck shapes are smooth on the surface and in shape, either tapered, straight, concave or cylindrical.

These alternative bottle neck surfaces and shapes do not yield the same utilitarian advantages as the embossed ridge or scalloped design bottle neck. None of the alternatives provide the safety advantages of the embossed ridge or scalloped bottle design.

A smooth bottle neck of cylindrical shape is easier to slip from the human hand. Also, it does not have the same ergonomic advantages as a bottle neck with an embossed ridge or scalloped design.

A tapered, straight, concave cylindrical bottle neck is easy to slip from the human hand and does not have the same ergonomic advantages as a bottle neck with a convex shape.

<u>Embossed Signature Design.</u> The Jack Daniel's bottle design embossed signature is located on a slanted area on the bottle between the body and the neck.

The flat panels of the Jack Daniel's bottle design make a vertical transition from Square to the Contoured Round Neck and Hand Grip area. At the transition into the Contoured Neck is a perfectly round circular band or ring. The transition from the square shoulders slant at a 45 degree angle 1.50 inches and have the Jack Daniel signature clearly displayed on all four sides of the shoulder. From the round band-bead the neck surface consists of 8 contoured, narrow flat panels that make a 3" high transition up to the Closure neck-finish with a 1/8th inch high round band at the top.

The practical alternatives to having the signature embossed on bottle are to have it debossed (i.e. engraved) on the surface or in outlined lettering on the surface or some form of adhesive labeling.

These alternatives are not as effective in their display of the signature as embossed lettering because they are not as easy to read and they more susceptible to damage or degrading.

A debossed (i.e. engraved) signature on the surface would be more likely to collect dirt, than an embossed signature.

A signature in outlined lettering on the surface would have to be larger in order to be legible.

A signature in some form of adhesive labeling would require additional expense in order to provide a secure location on the bottle.

## 3.   Does Jack Daniels Advertising Tout the Utilitarian Advantages of the Design?

The Jack Daniels websites include a variety of advertising that display the utilitarian advantages of Jack Daniels bottle design along with a history of the original design of the Jack Daniel's bottle by Lem Motlow in 1905.

These images indicate the special effectiveness of the bottle shape in displaying the labels on the bottle. They also indicate the effectiveness of the legibility of the placement of the embossed signature.

## 4.   Does the Jack Daniel's Bottle Design Affect the Cost or Quality of its Product?

From a glass bottle manufacturing standpoint there are multiple cost "trade-offs" that can be realized from using the Jack Daniel's bottle design.

The "Blow Ratio" of a square bottle shape has the advantage of utilizing minimum mold dimensions.

Other cost saving are the ability to move the labeling line for a square bottle much faster than a round bottling /labeling lines. Also, the filling line can move much, much faster, as well as the case packing process, reducing the breakage rate of square bottles.

In addition, the corrugated cartons for square bottles are less expensive, more compact and take up a much smaller foot-print on the retail stores than bottles of shapes.

From a palletizing and shipping standpoint, the cartons for square bottles fit better on a standard pallet size, which eliminates additional costs and reduces the likelihood of damage if the cartons need to hang over the edge of the pallet to maximize the number of cartons-per-pallet. For world-wide shipping in sea containers, the compact pallets are not subject to as much damage during overseas shipping because of pallet interface is more compact.

The attached photos display how the pallets for the Jack Daniel's bottle can be easily moved directly from a warehouse to the retail floor.

## CONCLUSION

Based on my evaluation of the design of the Jack Daniel's bottle, I have concluded, for the reasons described above, that the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits and affect the cost or quality of bottled distilled spirits.

**Dated:**       June 14, 2015

**Signed:**

**Name:**       John R. Howard

 



Bottle Design Circa 2003    Current Bottle Design
http://www.jackdaniels.com/history/jack-daniels-black-label

Jack Daniel's Cartons – Maximum Pallet Interface
*Photo by John Howard*



Johnny Drum Signature Bottle
*Photo by John Howard*



Evan Williams - Square Bottles, Black Labels &Fluted Neck Finish
*Photo by John Howard*



Jack Daniel's Floor Display Using Shipping Cartons
*Photo by John Howard*

**JOHN HOWARD**
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane
West Chicago, IL 60815-2524
630-495 -9466  Office - 530-730-9782 Mobil

## EDUCATION

1961 - Pratt Institute, Brooklyn, NY
Bachelor of Industrial Design - BID
Industrial Design, Package Design
Ergonomics, Human Factors

1957 -Institute of Design, IIT
Illinois Institute of Technology
Industrial Design, Package Design

1956 - Art institute of Chicago, Ill.
Sculpture, Product Design,

## WORK EXPERIENCE

1975 - Current
President/CEO, KDA Industrial Design Consultants, Inc.
KDA,creates consumer product designs and packaging as well as commercial, industrial, and medical products as an Industrial Design Professional and project Design Director. Hands-on knowledge of the industrial product design process. Developed over 20 patented products and devices. Representative Commercial Clients: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, AT&T; Representative services: industrial design, new product dev, cost reduction, new products, utility & design patents. Representative Clients selling Consumer items: 3M, Sears, Wilson Sporting Goods, Sunbeam; Services: industrial design, new product development, 3D printed models, Design for cost reduction. product re-design. Tooling, Manufacturing & Package Design. Website Link to over 85 Past & Current KDA Clients: www.DesignKDA.com Clients.html

1967 - 1975
Vice-President/Founder: CCA Industrial Design Department Container Corp of America, Inc.
Pioneered a new Industrial Design Department within CCA, serving all 5 Divisions, including plastic products, folding cartons, corrugated cartons, corrugated Point-of-Purchase displays, solid-fiber tubes and solid-fiberboard beverage case cartons.

1962 - 1967
Captain - US Army Signal Corps
Assigned to Design Engineering Group in Viet Nam, 1963/1964.
Served in Viet Nam to create Signal Corp security buildings, secure/hardened teletype systems, enclosures, towers, and modular concrete perimeter defense systems.
1960 - 1962
Director/Department Manager, Creative Designs International, LLC.

Established an Industrial Design Department for a Bronx, NY commercial interior Design firm. A firm that designed and built shopping malls, including interiors, signage, and multiple Department identification wall sculptures.

## ASSOCIATIONS / AWARDS / PUBLICATIONS / EXPERT TESTIMONY / COMPENSATION

**Associations**: Member - IDSA, Industrial Designers Society of America, Officer, Member of the IDSA Board. IDSA, Chicago Chap Chair 4 years, VP - National Board IDSA 2 years.

**Awards and Publications**:
Industrial Design Magazine, Excellence in Design Award (O-Cedar Mop, Drackett Co.)
Industrial Design Magazine, Excellence Design Award - Bronze (Alkco Lincs lighting sys)
Chicago Athenaeum Museum - Good Design Award (Thermos Lunch Box & products)
Chicago Athenaeum Museum - Good Design Award (Corrugated tables & furniture line)
Industrial Design Practices and Design for Cost Reduction Publications – IDSA

### Prior Expert Testimony

Expert Witness and Deposition Experience over the last 4-5 years. .

**CASE 1:** Nicholas Colucci, d/b/a EZ Line Putters v Callaway Golf Company, 6:08-cv-288 (JDL) (E. District, Texas) Represented Plaintiff through 2010 - In a Patent Jury Case involving golf equipment, Obtained Jury Verdict for Plaintiffs Claims for Patent infringement. J.R. Howard prepared and presented a Large Scale Trial Model of the Calloway Putter Head used to point out 5 Utility Patent Claims with a Laser Pointer during Trial Testimony.
     **Deposition:** JohnR Howard - Feb 18, 2010 - Testify & Trial Model. Sidney R. Bresnick, Attorney 212-421-7873-Mobil 646-723-9975-Direct.

**CASE 2:** Nassau Precision Casting Co, Inc. v Acushnet Co, Inc. Cobra Golf Company & Puma North America, Inc. - Holland & Knight Attorneys. Case still pending: Court of Appeals.
     **Deposition:** JohnR Howard - July 25, 2012 By Holland & Knight - Sidney R. Bresnick, Attorney 212-421-7373 – Mobil 646-723-9975 – Direct. www.MeredithKeyhani.com 51 E 42nd St., 11th Floor, NYC 10017

### Compensation

$ 415 per hour.







EXHIBIT
HOWARD
87
7-21-15



# CONGRATULATIONS
# ZAC BROWN BAND.





5 CMA
NOMINATIONS
2011

PROTECT YOUR BAND. DRINK RESPONSIBLY.

JDPI004455

JDPI004456



JDPI004457

JDP1004458

NY Times 4-3-11 FY11



JACK DANIEL'S TENNESSEE WHISKEY

*Live freely. Drink sensibly.*

JDPI00/449

JDPI004451

JDPI004452

DRINK IT IN. RESPONSIBLY.

*Playboy*
*7/11*



A TOAST TO **YOUR** NEW HONEY
FROM **OUR** NEW HONEY.



## Congratulations
### HEF AND CRYSTAL

**YOUR FRIENDS AT JACK DANIEL'S REMIND YOU
TO PLEASE CELEBRATE RESPONSIBLY.**

JDPI004453



JDPI004454

# LIVE AT THE LANDMARK



Some say that great music has been as big a part of Jack Daniel's history as great whiskey. This spring, Jack Daniel's kicked off a 5-stop tour to great American landmarks across the country, providing exceptional evenings filled with live music and smooth Tennessee Whiskey.

On May 10th, live from the legendary backyard of the 5 acre, 22 room Playboy Mansion, and in support of Operation Gratitude, Jack Daniel's Live at the Landmark concert with Delta Spirit rocked the house for a night that will go down in history.

Photos by Eric Reichbaum, Ilya Savenok and Christopher Victorio



Miss June 2004 Hiromi Oshima with guest Miss May 2012 Nikki Leigh



Miss October 2012 Pamela Horton, Miss June 2004 Hiromi Oshima, Playmate of the Year 2013 Raquel Pomplun, and Miss May 2012 Nikki Leigh with a guest





Miss May 2012 Nikki Leigh with Miss October 20__ Pamela Horton

*July 13
Playboy*



Find out how you can get involved
OperationGratitude.com

DELTA
SPIRIT

JDPI004460



JACK DANIELS.

DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.
Jack Daniel's and Old No. 7 are registered trademarks. © 2013 Jack Daniel's Tennessee Whiskey alcohol
40% by volume (80 proof). Distilled and bottled by Jack Daniel Distillery, Lynchburg, Tennessee.

JDPI004461

Legends Digital Spectacular #18 - 4th St. and Jefferson St

REWARDING CONNECTIONS

Posting Completed: 10/27/14



rapportww.com

# Legends Digital Spectacular #13 - 7th St. and Jefferson St

REWARDING CONNECTIONS

Posting Completed: 10/27/14



rapportww.com

# Legends Spectacular #6H - Jefferson St and 3rd Street (NW Corner of Jefferson St. Garage)

REWARDING CONNECTIONS



Posting Completed: 10/24/14

rapportvw.com



# Clear Channel Outdoor

## Performance Report

### San Antonio

| Date: | 3/23/2015 | Agency | Brown Forman Media Services |
|---|---|---|---|
| Advertiser: | Brown-Forman Worldwide Corporation | CCO Contract: | SAT0051851 |
| | | Client Contract: | #4609 #4423 |
| Product Type: | Bulletin | Account Exec: | Cindy McCrackin |
| | (Bulletin 14x48) | | |
| Report To: | Brown Forman Media Services | | |
| | 1600 Division Street, Ste 540 | Vinyl Received: | 2/24/2015 |
| | Nashville, TN 37203 | Quantity Received: | 1 |
| | USA | Program Start Date: | 3/9/2015 |
| | | Number Of Units: | 2 |

The TAB Out of Home Ratings™ data is proprietary intellectual property owned by the Traffic Audit Bureau for Media Measurement, Inc. and is to be used only by the recipient solely and exclusively for its planning and for buying of out-of home media advertisements. © Copyright 2013, All Rights Reserved



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' completion report standards. If you need any additional information regarding the execution of this contract, please contact your representative. We appreciate your business and hope our service to you is satisfactory.

| Location | TAB ID | Description | | FAC | In Market Imps (Weekly) |
|---|---|---|---|---|---|
| 004423 | 320956 | I-35 N NS 10ft W/O Brooklyn F/W - 1 | | W | 538,872 |
| Design | | One Proud Franchise Deserves Another | Completion Date 3/11/2015 | Size | 14 x 48 |

Signature *D. Barrientos*

Clear Channel Photo Services Policy. Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide: 1 unaltered close-up and 1 unaltered approach photo for each permanent bulletin, wallscape or premiere product; 1 unaltered close-up and 1 unaltered approach photo for each start location for rotary bulletins (no photos for each rotation cycle unless copy changes); 1 unaltered close-up photo for each poster/transit shelter/other design. Additional photo requests incur charges, billed to the advertiser. Charges are as follows: Street locations, $30/each, freeway locations $40/each; night shots, $75/location. Extra location photos include close-up and/or approach shot, where applicable. Schedule for additional photography at discretion of local sales and/or marketing manager(s). Attached is a detailed list of all locations posted for this campaign including actual date of installation and design at each location.

TAB PROFILE. DMA - San Antonio, TX. Universe 18+ yrs

San Antonio - 3714 N. Pan Am Expwy , San Antonio, TX 78219

Tel. (210) 227-3451 Fax. (210) 227-5024 Clearchanneloutdoor.com A Clear Channel Worldwide Company

REMEMBER
IT'S NOT WHAT'S UNDER THE TREE THAT MATTERS.
IT'S WHO'S AROUND IT.
JACK DANIEL'S
Old No.7
Tennessee
WHISKEY

2012 JD Holiday Label "Under The Tree" OOH 224 x 80 LR Page 5

2012 JD Holliday Label "Short Season" OOH 224 x 80 LR Page 1



BUSHMILLS - Black BUSH 750 ml
1608                           1.75L

REVEL STOKE - 750mL - PECAN

Jim BEAM RYE 750ML / BOURBON

⊘ JACK DANIEL - RESTED TENN RYE 750

⊘ Jack Daniels old No7 1.75 LITERS
TENNESSEE Honey 750 mL

✓ EVAN williams - ky Bourbon  SOUR MASH  1.75 L
McAFEES Benchmark Old #8

wild TURKEY American Honay Sting  750 ML

Town BRANCH Bourbon 750mL

OLD medley SOURMASH Bourbon    750 mL

A.D. Laws 4 grain Bourbon     750ML

✓ EVAN williams Bourbon      1.75L

PHOTOS
JD PHOTO D2 - 20150205 152825 POP
JD PHOTO 03. 20150602 - 18485 7 32/57 DisPlay.
JD PHOTO 04 20150602  JUNE 12,15 POP
JD PHOTO 03  184857 JUNE 14,15 SUN 5:50P
20150520 - 133422 JUNE 12,15 - JD 750mL
JD PHOTO 05 - 20150502, 13336 } 175 LTRS
EVAN williams 750 mL + 175 LTRS
JD PHOTO 001 - JOHNNY Drum - JD - 750 mL
JD JBEAM 20150602 - 18346 - JB BONDED,
JB BLACK, JB DEVILS CUT - 750mL
JD PHOTO 002 - POP DISPLAY ON A PALLET
SUN JUNE 14,15 - 8:13 PM
JD PHOTO 01 20150604_1906 PAINT 750 mL
JOHNNY DRUM - JACK DANIERS -
JD PHOTO POP - 20150205 152825 pallet
JD PHOTO 02 - 20150205 152825 - JUN 14 15
JD PHOTO 03 - 750mL & 175 LTRS  8:19 PM
JD PHOTO 004 - JD POP DISPLAY - JUNE 14 - 8:31 PM
JOHNNY DRUM COLOR IMAGE - 750 mL + 1.75 LiT

CADEN HEAD'S  AUCHROISGSHAN  7 50ML
Small BATch
Johnny walker - Red LABEL  BLACK/GREEN  1.75

BALLANTINE'S SCOTCH      1.75

COINTREAU - orange liqueur 750 mL

YUKON JACK, CANADIAN    750 mL



EXHIBIT
HOWARD
88
7-21-15