# Exhibit 7

1

QUARLES & BRADY LLP
Gregory P. Sitrick

2

Isaac S. Crum
One Renaissance Square

3

Two North Central Avenue
Phoenix, Arizona 85004-2391

4

Telephone: (602) 229-5317
Facsimile: (602) 420-5198

5

E-mail: Gregory.sitrick@quarles.com

6

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)

7

2029 Century Park East
Suite 3500

8

Los Angeles, California 90067-3021
Telephone: (310) 201-5289

9

Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

10

11

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

12

13

**UNITED STATES DISTRICT COURT**

14

**DISTRICT OF ARIZONA**

15

16

VIP PRODUCTS, LLC, an Arizona limited
liability company,

**Case No. CV 14-02057 PHX DGC**

17

Plaintiff,

**DEFENDANT AND
COUNTERCLAIMANT JACK
DANIEL'S PROPERTIES, INC.'S**

18

v.

**FIRST SET OF REQUESTS FOR
ADMISSION**

19

JACK DANIEL'S PROPERTIES, INC., a
Delaware corporation,

20

21

Defendant.

22

JACK DANIEL'S PROPERTIES, INC.,
a Delaware corporation,

23

24

Counterclaimant,

25

v.

26

VIP PRODUCTS, LLC, an Arizona limited
liability company,

27

Counterdefendant.

28

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") hereby requests that plaintiff and counterdefendant VIP Products, LLC ("VIP") admit, for purposes of the pending action only, the truth of the following facts, or of the application of law to facts, and the genuineness of the attached documents.

Pursuant to Rule 36(a)(4) of the Federal Rules of Civil Procedure, if a matter is not admitted, VIP's responses must specifically deny it or state in detail why VIP cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that VIP qualify an answer or deny only part of a matter, the answer must specify the part admitted and qualify or deny the rest. VIP may assert lack of knowledge or information as a reason for failing to admit or deny only if VIP states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

Each matter of which an admission is requested is admitted unless, within 30 days after being served, VIP or its counsel serves a written answer or addressed to the matter signed by VIP or its counsel.

## DEFINITIONS

For purposes of these requests, the following terms have the following meanings:

1. "Bad Spaniels Toy" means the dog toy referenced in the Amended Complaint (Declaratory Judgment; Cancellation of PTO Registration) attached as Exhibit A (Doc. 31-1) to Plaintiff/Counter-Defendant VIP Products, L.L.C.'s Motion to Amend and Supplement Its Complaint and Motion to Supplement Its Answer to the Amended Counterclaim (Doc. 31), filed in this action on March 23, 2015 and granted on May 15, 2015.

2. "Sacra Transcript" means the transcript of the deposition of Stephen Sacra taken in Phoenix, Arizona on April 23, 2015.

19832292v.1

# REQUESTS FOR ADMISSION

**REQUEST NO. 1:**

VIP sold 20 units of the Bad Spaniel Toy to Boozin Gear, Inc. under Order ID 172608 on July 14, 2014.

**REQUEST NO. 2:**

The Bad Spaniels Toy has appeared on the website at www.boozingear.com since at least as early as August 2014.

**REQUEST NO. 3:**

The Bad Spaniels Toy currently appears on the website at www.boozingear.com.

**REQUEST NO. 4:**

Exhibit 1 attached hereto is a genuine copy of a page on the website at www.boozingear.com on which the Bad Spaniels Toy has appeared.

**REQUEST NO. 5:**

Exhibit 2 attached hereto is a genuine copy of a page on the website at www.boozingear.com on which the Bad Spaniels Toy has appeared.

**REQUEST NO. 6:**

Merchandise bearing the JACK DANIEL'S trademark currently appears on the website at www.boozingear.com.

**REQUEST NO. 7:**

Exhibit 3 attached hereto is a genuine copy of pages on the website at www.boozingear.com on which merchandise bearing the JACK DANIEL'S trademark has appeared.

**REQUEST NO. 8:**

VIP sold 8 units of the Bad Spaniels Toy to MainMerch under Order ID 173674 on July 22, 2014.

**REQUEST NO. 9:**

MainMerch operates the website at www.wearyourbeer.com.

19832292v.1

**REQUEST NO. 10:**

The Bad Spaniels Toy appeared at one time on the website at www.wearyourbeer.com.

**REQUEST NO. 11:**

Exhibit 4 attached hereto is a genuine copy of a page on the website at www.wearyourbeer.com on which the Bad Spaniels Toy appeared on August 1, 2014.

**REQUEST NO. 12:**

Exhibit 5 attached hereto depicts packaging for whiskeys.

**REQUEST NO. 13:**

Exhibit 5 attached hereto depicts packaging for whiskeys that are currently sold in the United States.

**REQUEST NO. 14:**

Exhibit 6 attached hereto accurately depicts the back bar at the Second Story Liquor Bar in Scottsdale, Arizona referred to by Stephen Sacra at lines 6-10 on page 77 of the Sacra Transcript.

**REQUEST NO. 15:**

Exhibit 6 attached hereto depicts packaging for whiskeys.

**REQUEST NO. 16:**

Exhibit 6 attached hereto depicts packaging for whiskeys that are currently sold in the United States.

QUARLES & BRADY LLP

SEYFARTH SHAW LLP

Dated:  May 18, 2015          By:_____
                                        Christopher C. Larkin
                                    Attorneys for Defendant and
                                          Counterclaimant
                              JACK DANIEL'S PROPERTIES, INC.

4

19832292v.1

# EXHIBIT 1



FREE SHIPPING
on orders over $50 to the USA
Customer Service | My Account | Log In

888-BOOZIN1
Shopping Cart  (0)  $0.00      view

**Drinks**   **Clothing**   **Bar & Accessories**   **Occasions**      Find your gear   SEARCH

# 15% OFF SUMMER GEAR
### CODE MEMOR15

Home / Dog Products

# Beer & Liquor Dog Toys

**NARROW RESULTS:**

## Drink
Jagermeister (1)

## Product Type
Accessory (1)
Dog Products (24)

## Price
$0.00 – $10.00 (1)
$10.00 – $20.00 (24)

Do your pets love alcohol too? Don't let them be jealous of you during happy hour anymore! Boozin' Gear.com has brought to you our new line of toys for your four legged friend; Boozin' Dog Toys. Including mixed drinks, beer bottles and liquor bottles replicating many of your favorite alcohol brands. From rubber squeakers to plush toys made to entertain mans best friend.

25 Item(s)                                                        Show  40 ▾ per page

Sort by:  Position | Name | Price | Newest | ↓



**Arfsolut Vodka Dog Toy : Bottle Plush Squeaker**
$13.95



**Heinie Sniff'n Beer Squeak Dog Toy**
$13.95



**Killer Bite Beer Squeak Dog Toy**
$13.95



**Catarona Extra Squeak Dog Toy**
$13.95



**Kennel Relax'n Chardonnay Squeak Dog Toy**
$13.95



**Crispaw Champagne Squeak Dog Toy**
$13.95



**Jose Perro Squeak Dog Toy**
$13.95



**Seagrrrms Plush Squeak Dog Toy**
$13.95



**Bad Spaniel's Squeak Dog Toy**
$13.95



**Jagermeister Black Bandana**
$9.95



**Hamster Light Beer Squeak Dog Toy**
$13.95



**Dos Perros Beer Squeak Dog Toy**
$13.95






**Deers Elite Beer Squeak Dog Toy**
**$13.95**

**Blue Cats Trippin Beer Squeak Dog Toy**
**$13.95**

**Pissness Dark Lager Squeak Dog Toy**
**$13.95**

**Smells R-Crotch Beer Squeak Dog Toy**
**$13.95**






**Lickate Beer Squeak Dog Toy**
**$13.95**

**Pawschitngo Beer Squeak Dog Toy**
**$13.95**

**Meow Chased One Champain Squeak Dog Toy**
**$13.95**

**Skinny Dog Marggggrita Dog Toy : Plush Squeaker**
**$13.95**






**Dog Julio Tequila Bottle Dog Toy : Plush Squeaker**
**$13.95**

**Barkardi Rum Bottle Dog Toy : Plush Squeaker**
**$13.95**

**Grey Dogs Vodka Bottle Dog Toy : Plush Squeaker**
**$13.95**

**Grrrobert Slobbery Pinot Noir Squeak Dog Toy**
**$13.95**



**Drools Beer Squeak Dog Toy**
**$13.95**

25 Item(s)                                                    Show  40  ▼  per page

Sort by:   Position  |  Name  |  Price  |  Newest  |  ↓

**Sign Up To Receive** Monthly Give-a-ways, New Product Announcements, and Private Member-only Sales     add me to the cool people list     **SUBSCRIBE ▸**

## Helpful Links

» Site Map

» Advanced Search

» Search Terms

» Contact Us

## About Boozin' Gear

» Our Story

» Social Responsibility

» Press / Media Inquiries

» Our Blog

» Follow us on Twitter

g+1 +20

## Customer Service

Putting "service" back in customer service

## Privacy & Security

We don't share nuttin' wit nobody

## 100% Satisfaction Guarantee

Don't Like it? Send it back!

McAfee SECURE
CLICK TO VERIFY

STELLA SERVICE EXCELLENT

Privacy Guaranteed

VISA  MasterCard  PayPal  DISCOVER
— checks accepted by mail —

secure GlobalSign by GMO

Authorize.Net Click

© 2004-2015 Boozin' Gear, Inc.

# EXHIBIT 2





Boozin' gear.com
FREE SHIPPING on orders over $50 to the USA
888-BOOZIN1
Customer Service | My Account | Log In
Shopping Cart (0) $0.00 view
Drinks | Clothing | Bar & Accessories | Occasions | Find your gear SEARCH
15% OFF SUMMER GEAR
CODE MEMOR15

Home / Dog Products / **Bad Spaniel's Squeak Dog Toy**

# Bad Spaniel's Squeak Dog Toy

**MSC-0479**

8+1 Like Share 0 Pin it

Click on above image to enlarge

**More Views**

8+1 Like Share 0 Pin it

Add a comment...
Comment
Facebook social plugin

Tall bottle of Bad Spaniel's liquor; our Jack Daniel's style squeaker toy. This safe, durable rubber dog toy squeaks when squeezed. This toy measures approx 10" tall.

Availability: In stock Ships: 1-2 days

your price:
**$13.95**

Qty: 1 ADD TO CART

## QUESTIONS? 888-BOOZIN1

call our friendly customer service M-F 9am - 6pm EST

SHOP WITH CONFIDENCE
- ✓100% Secure Ordering
- ✓Free Shipping on orders over $50
- ✓Satisfaction Guarantee
- ✓We Value Your Privacy

Add to Wishlist | Email to a Friend

**Additional Information**

**Product Type** Dog Products

**YOU MAY ALSO LIKE...**

Deers Bite Beer Squeak Dog Toy
**$13.95**

Jack Daniels Saloon T Shirt
**$21.95**

**CUSTOMER REVIEWS** **WRITE A REVIEW**

There are no reviews for this product.

© 2004-2015 Boozin' Gear, Inc.

# EXHIBIT 3



FREE SHIPPING
on orders over $50 to the USA

Customer Service | My Account | Log In

888-BOOZIN1

Shopping Cart   (0)  $0.00   [ view ]

Drinks | Clothing | Bar & Accessories | Occasions | Find your gear | SEARCH

# 15% OFF SUMMER GEAR
CODE MEMOR15

Home / Jack Daniel's

## Jack Daniel's Shirts and Merchandise

**NARROW RESULTS:**

Items 1 to 40 of 53 total          Page: 1  2  ▶          Show  40 ▼  per page

Sort by: Position | Name | Price | Newest | ↓

### Drink
Jack Daniels  (58)

### Product Type
Accessory  (1)
Bar Table  (2)
Bar Light  (2)
Bar Mirror  (3)
Bar Stool  (3)
Beanie  (1)
Clock  (2)
Hat  (13)
Shirt  (23)
Sweatshirt  (2)

### Price
$0.00 - $100.00  (45)
$100.00 - $200.00  (3)
$200.00 - $300.00  (1)
$300.00 - $400.00  (2)
$500.00 - $600.00  (1)
$700.00 - $800.00  (1)

### Size
S  (8)
S/M  (5)
M  (16)
L  (18)
L/XL  (5)
XL  (18)
XXL  (9)
XXXL  (4)
XXXXL  (2)

POPULAR







Jack Daniels Saloon T Shirt
**$21.95**

Jack Daniel's Triple Bottle T Shirt
**$21.95**

Jack Daniel's Made in US T Shirt
**$26.95**

Jack Daniel's Bug Logo Distressed Tan T Shirt
**$21.95**






Jack Daniel's Grey Bottle T Shirt
**$21.95**

Jack Daniel's Jack Lives Here T Shirt
**$21.95**

Jack Daniel's Saloon Logo Charcoal T Shirt
**$21.95**

Jack Daniel's Lynchburg T Shirt
**$21.95**






Jack Daniel's Old No 7 Barrels T Shirt
**$21.95**

Jack Daniels Saloon Logo Tank Top
**$23.95**

Jack Daniel's Old No 7 Polo Shirt
**$34.95**

Jack Daniel's Layers Babydoll Shirt
**$27.95**

## Fabric Color

Army (1)

Black (25)

Blue (1)

Brown (1)

Charcoal (2)

Grey (1)

Tan (2)

White (6)

## Shirt Type

Babydoll Tee (4)

Long Sleeve T-Shirt (3)

Polo Shirt (1)

T-Shirt (13)

Tank Top (6)

## Theme

Licensed (36)

Retro (1)

## Hat Type

Baseball Cap (8)

Jack Daniel's White
Burnout Women's
Babydoll Shirt
**$29.95**

Jack Daniel's
Lynchburg, TN Scoop-
Neck Women's Shirt
**$24.95**

Jack Daniel's Saloon
Logo Women's Tank
Top
**$23.95**

Jack Daniel's Womens
Camisole Top
**$26.95**

Jack Daniel's White
Logo Women's Tank
Top
**$23.95**

Jack Daniel's Logo
Burnout Women's Tank
Top
**$29.95**

Jack Daniel's White
Burnout Women's Tank
Top
**$24.95**

**POPULAR**

Jack Daniel's Reverse
Stitch Saloon Hat
**$19.95**

Jack Daniel's Full
Saloon Logo Hat
**$23.95**

Jack Daniel's Old No. 7
Side Stamp Hat
**$19.95**

Jack Daniel's Bug Logo
Wool Baseball Hat
**$26.95**

Jack Daniel's Tower
Logo Hat
**$23.95**

Jack Daniel's Dual
Striped Hat
**$25.95**

Jack Daniel's Hot White
Contrast Hat
**$25.95**

Jack Daniel's Blue
Denim Hat
**$19.95**

**ON SALE**

Jack Daniel's Sheep
Lined Brown Hat
**SALE $49.95**
**$14.95**

Jack Daniel's White

Jack Daniel's Buckled

Jack Daniel's Brimmed

Jack Daniel's Winter

Straw Patch Hat
**$23.95**

Logo Tan Hat
**$23.95**

Beanie
**$21.95**

Camouflage Hat
**$18.95**

   

Jack Daniel's Bars Long
Sleeve T Shirt
**$24.95**

Jack Daniel's Saloon
Logo Long Sleeve T
Shirt
**$24.95**

Jack Daniel's Bug Logo
Women's Long Sleeve
Shirt
**$37.95**

Jack Daniel's Old No. 7
Arch Sweatshirt
**$49.95**

   

POPULAR

Jack Daniel's Saloon
Logo Hooded Sweatshirt
**$49.95**

Jack Daniel's Whiskey
Bottle Rocks Glasses
**$44.95**

Jack Daniel's 3D Bottle
Wall Art
**$59.95**

Jack Daniel's Desktop
Neon Clock
**$99.95**

---

Items 1 to 40 of 53 total      Page: 1  2  ▶      Show 40 ▼ per page

Sort by: **Position** | **Name** | **Price** | **Newest** | ↓

---

**Sign Up To Receive** Monthly Give-a-ways, New Product Announcements, and Private Member-only Sales

add me to the cool people list    **SUBSCRIBE ▶**

## Helpful Links
» Site Map
» Advanced Search
» Search Terms
» Contact Us

## About Boozin' Gear



» Our Story
» Social Responsibility
» Press / Media Inquiries
» Our Blog
» Follow us on Twitter

**g+1** +20

## Customer Service
Putting "service" back in customer service

## Privacy & Security
We don't share nuttin' wit nobody

## 100% Satisfaction Guarantee
Don't Like it? Send it back!

     

© 2004-2015 Boozin' Gear, Inc.

# EXHIBIT 4

INTERNET ARCHIVE
WayBackMachine
300 captures
22 Oct 04 - 26 Mar 15

http://wearyourbeer.com/     Go

JUN AUG SEP    Close ✖
◀  1  🔒  VIEW  CHECKOUT
2013 2014 2016    Help ?

Wear Your BEER.com

GODADDY.COM®
VERIFIED & SECURED
VERIFY SECURITY

Authorize.Net
Click ►

VERIFIED
MERCHANT

Online Payments

1-877-570-BEER

**What are you looking for?**    **SEARCH**

DRINK BRANDS    CLOTHES    BARWARE    FUN & GAMES    NON-BOOZE MERCH    CLEARANCE!

## SUMMER SALE 20% OFF
SELECT MERCHANDISE - USE CODE: BEACH20

**SHOP NOW >**

JACK DANIEL'S OFFICIAL GEAR

**Shop Mens**

**Shop Womens**

**Shop Accessories**

## VISIT OUR FEATURED BRANDS:

  Jack Daniel's  Corona  

## BEER AND LIQUOR T SHIRTS:



**Jack Daniels Old No. 7 Label Women's Ribbed Tank Top**
**$21.99**
Rating: ★★★★★



**Jack Daniel's Old No. 7 Label Black Men's Tshirt**
**$21.99**
Rating: ★★★★★



**Jack Daniel's Old No. 7 Label Women's V-Neck Tshirt**
**$26.99**
Rating: ★★★★★



**Budweiser Classic Logo Red T Shirt**
**$19.99**
Rating: ★★★★★



**Corona Extra Women's Bottle Logo Tank Top**
**$19.99**



**Budweiser Big Bud Label Shirt – White**

**$19.99**



**Miller Lite Women's Beach Cover Up**

**$14.99**



**Miller Lite Basic Beer Logo T Shirt – Heather Blue**

**$19.99**



**Corona Extra Label Design Juniors Graphic Tube Top**

**$19.99**



**Jack Daniel's Old No. 7 Raised Label Women's Tshirt**

**$26.99**

Rating: ★★★★★

## BEER AND LIQUOR MERCHANDISE:



**Guinness Green Shamrock Tie – Black**

**$24.99**



**Miller Lite Logo Royal Blue Rubber Wristband**

**$3.99**



**Flask Tie Hidden Flask In Black & Grey Plaid**

**$29.99**



**Arrogant Bastard Ale Belt Buckle w/ Bottle Opener**

**$29.99**

Rating: ★★★★★



**Arrogant Bastard Black Leather Devil Wallet**

**$24.99**

Rating: ★★★★★

## NEW ITEMS: *(View More)*



**Bad Spaniels Squeaky Liquor Bottle Dog Toy**

**$14.99**



**Coors Light As Cold As The Rockies Red T-Shirt**

**$19.99**



**Blue Cats Tripping Beer Bottle Novelty Dog Toy**

**$12.99**



**Deers Bite Novelty Beer Bottle Dog Toy**

**$12.99**



**Corona Extra Nylon Aqua Sheen Beach Umbrella**

**$49.99**



**Corona Light Heavy Duty Vinyl Patio Table Umbrella**

**$69.99**



**Kirin Beer Heavy Duty Vinyl Patio Table Umbrella**

**$69.99**



**Corona Extra Heavy Duty Vinyl Patio Table Umbrella**

**$69.99**



**Miller Lite Beer Heavy Duty Vinyl Patio Table Umbrella**

**$69.99**



**I'm The Fuckin' Birthday Girl Koozie**

**$4.99**

Rating: ★★★★★



# EXHIBIT 5







# EXHIBIT 6



1

## CERTIFICATE OF SERVICE

2       I hereby certify that on May 18, 2015, I served the foregoing DEFENDANT AND

3  COUNTERCLAIMANT JACK DANIEL'S PROPERTIES, INC.'S FIRST SET OF

4  REQUESTS FOR ADMISSION on the parties identified below in the manner identified

5  below:

6  **VIP Products LLC (via Electronic Mail and Personal Service)**

7  David G. Bray, Esq.
   DICKINSON WRIGHT, PLLC
8  1850 North Central Avenue, Suite 1400
   Phoenix, Arizona 85004
9  Direct Line: 602-285-5033
   DBray@dickinsonwright.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant. | No. 2:14-cv-02057-DGC<br><br>**PLAINTIFF AND COUNTERDEFENDANT VIP PRODUCTS, L.L.C.'S RESPONSES TO JACK DANIEL'S PROPERTIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** |
| Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>VIP Products, LLC, an Arizona limited liability company,<br><br>        Counterdefendant | |

Plaintiff VIP Products, L.L.C. ("Plaintiff"), by and through undersigned counsel Dickinson Wright PLLC, hereby submits, pursuant to Rule 36 of the Federal Rules of Civil Procedure, its Responses to the Request for Admissions served by Defendant Jack Daniel's Properties, Inc. ("Defendant").

## GENERAL OBJECTIONS

1.     Plaintiff has not completed their investigation of the facts related to this case, their discovery, or their preparation for trial. Plaintiff's responses, therefore, are made only on the basis of such information and documents as she currently knows exist. Plaintiff has not completed their investigation and discovery has only just commenced in this matter. Accordingly, Plaintiff's responses do not purport to constitute a final statement of their knowledge regarding the particular subject and are made without prejudice to their right to in addition evidence or documents at the time of trial, or to supplement their responses as appropriate once they have completed their investigation, discovery and trial preparation.

2.     Plaintiff objects generally to the Definitions and Instructions to the extent that they impose obligations broader than those imposed by the applicable Rules of Civil Procedure. Plaintiff disclaims any such broader obligation purportedly imposed by such Instructions.

3.     Plaintiff objects generally to Defendant's Request for Admissions (the "Request") to the extent that any Request can be read to call for information that is protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity. Such privileged information will not be disclosed and any inadvertent disclosure thereof will not be deemed a waiver of any privilege or protection. By accepting information in response to these Requests, the propounding party expressly accepts and acknowledges this non-waiver.

4.     Plaintiff objects to each and every Request to the extent that it seeks discovery regarding matters that are not relevant to the subject matter of the pending action or that are not reasonably calculated to lead to the discovery of admissible evidence. These

1    Responses shall not constitute a waiver of any such objections.

2        5.      Plaintiff objects to each and every Request to the extent it purports to impose a

3    burden of disclosing information not readily available to Plaintiff or is equally available to

4    Plaintiff.  Plaintiff further objects to each and every Request to the extent it purports to

5    impose a burden of identifying documents that are not in Plaintiff's possession, custody, or

6    control, or that cannot be found in the course of a reasonable search, or that have already

7    been produced by Plaintiff or others to Defendant.    Plaintiff refers Plaintiff to such

8    documents for the content thereof.

9        6.      The Responses set forth herein are based on information currently known to

10   Plaintiff.    Plaintiff has not completed their investigation and discovery has only just

11   commenced in this matter.  Accordingly, Plaintiff reserves the right to supplement, amend or

12   clarify any of their responses or objections as permitted by the Arizona Rules of Civil

13   Procedure.

14       7.      These Responses are given subject to and without waiving the foregoing

15   General Objections, each of which is incorporated by reference in its entirety into each of the

16   following answers.

## RESPONSES TO REQUESTS FOR ADMISSION

19       1.      Admit that VIP sold 20 units of the Bad Spaniel Toy to Boozin Gear, Inc. under

20   Order ID 172608 on July 14, 2014.

21           Admit __**X**__              Deny _____

23       2.      Admit that the Bad Spaniels Toy has appeared on the website at

24   www.boozingear.com.

25           Admit __**X**__              Deny _____

3

1       3.    Admit that the Bad Spaniels Toy currently appears on the website

2   www.boozingear.com.

3           Admit __**X**__             Deny _____

4

5       4.    Admit that Exhibit 1 attached hereto is a genuine copy of a page on the website

6   at www.boozingear.com on which the Bad Spaniels Toy has appeared.

7           Admit __**X**__             Deny _____

8

9       5.    Admit that Exhibit 2 attached hereto is a genuine copy of a page on the website

10  at www.boozingear.com on which the Bad Spaniels Toy has appeared.

11          Admit __**X**__             Deny _____

12

13      6.    Admit that Merchandise bearing the JACK DANIEL'S trademark currently

14  appears on the website www.boozingear.com.

15          Admit __**X**__             Deny _____

16

17      7.    Admit that Exhibit 3 attached hereto is a genuine copy of pages on the website

18  at www.boozingear.com on which merchandise bearing the JACK DANIEL'S trademark has

19  appeared.

20          Admit __**X**__             Deny _____

21

22      8.    Admit that VIP sold 8 units of the Bad Spaniels Toy to MainMerch under ID

23  173674 on July 22, 2014.

24          Admit __**X**__                Deny _____

25

26

27

9.      Admit that MainMerch operates the website at www.wearyourbeer.com.

Admit __X__                    Deny _____

10.     Admit that the Bad Spaniels Toy appeared at one time on the website at www.wearyourbeer.com.

Admit __X__                    Deny _____

11.     Admit that Exhibit 4 attached hereto is a genuine copy of a page on the website at www.wearyourbeer.com on which the Bad Spaniels Toy appeared on August 1, 2014.

Admit __X__                    Deny _____

12.     Admit that Exhibit 5 attached hereto depicts packaging for whiskeys.

Admit __X__                    Deny _____

13.     Admit that Exhibit 5 attached hereto depicts packaging for whiskeys that are currently sold in the United States.

Admit __X__                    Deny _____

14.     Admit that Exhibit 4 attached hereto accurately depicts the back bar at the Second Story Liquor Bar in Scottsdale, Arizona referred to by Stephen Sacra at lines 6-10 on page 77 of the Sacra Transcript.

Admit __X__                    Deny _____

15.     Admit that Exhibit 6 attached hereto depicts packaging for whiskeys.

Admit __X__                    Deny _____

1       16.    Admit that Exhibit 6 attached hereto depicts packaging for whiskeys that are

2   currently sold in the United States.

3             Admit   **X**                    Deny  _____

4

5          **RESPECTFULLY SUBMITTED** this 15th day of June, 2015.

6                          **DICKINSON WRIGHT PLLC**

7

8                          By: _____

9                             David G. Bray
                          Frank G. Long

10                            David N. Ferrucci
                          1850 North Central Avenue, Suite 1400

11                            Phoenix, Arizona  85004
                          *Attorneys for VIP Products, L.L.C.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                  6

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on June 15 2015, I e-mailed and mailed Plaintiff and

3   Counterdefendant VIP Products, LLC's Responses to Defendant and Counterclaimant Jack

4   Daniel's Properties, Inc.'s First Set of Request for Admissions to each of the parties set forth

5   below:

6                              Christopher C. Larkin, Esq.
                               clarkin@seyfarth.com
7                              SEYFARTH SHAW LLP
                               2029 Century Park East, Suite 3500
8                              Los Angeles, California  90067-3021
9                              *Attorneys for Jack Daniel's Properties, Inc.*

10

11                             Gregory P. Sitrick, Esq.
                               Gregory.sitrick@quarles.com
12                             Isaac S. Crum, Esq.
                               Isaac.Crum@quarles.com
13                             QUARLES & BRADY LLP
                               One Renaissance Square
14                             Two North Central Avenue
                               Phoenix, Arizona 85004-2391
15                             *Attorneys for Jack Daniel's Properties, Inc.*

16

17                             _____

18                                  Kristi A. Arendt

19

20

21

22

23

24

25   PHOENIX 53913-11 222515v1

26

27

                                        7