QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK DANIEL'S PROPERTIES, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-14-2057-PHX-SMM<br><br>**DECLARATION OF PHILIP EPPS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, PHILIP EPPS, hereby declare:

1.  I am the Global Brand Director for Jack Daniel's Tennessee Whiskey for Brown-Forman Corporation ("Brown-Forman"), the licensee of defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI"). I make this declaration on the basis of my own personal knowledge and in support of JDPI's motion for partial summary judgment.

2.  Brown-Forman produces, markets, and distributes Jack Daniel's Old No. 7 Tennessee whiskey and the other products in the Jack Daniel's line under license from JDPI.

1. I have been employed by Brown-Forman since 2005. I first became involved with the Jack Daniel's brand in 2003 when I was working for Bacardi, Brown-Forman's distributor for Jack Daniel's Old No. 7 Tennessee whiskey in the United Kingdom, and was asked to temporarily assume the job duties of Brown-Forman's United Kingdom Jack Daniel's Marketing Manager, who was on maternity leave at the time. In 2005, I joined Brown-Forman and assumed the position of Brand Manager for Jack Daniel's Old No. 7 Tennessee whiskey in the United Kingdom. I subsequently became a Senior Brand Manager, Marketing Manager, and ultimately the Area Director for the Jack Daniel's family of brands in the United Kingdom, Ireland, and South Africa.

3. In 2011, I moved from the United Kingdom to Brown-Forman's headquarters in Louisville, Kentucky, where I assumed the position of Brand Director for North America for Jack Daniel's Old No. 7 Tennessee whiskey and Jack Daniel's Tennessee Honey, and where I have been based since. In April 2013, I assumed the position of Group Brand Director for the Jack Daniel's family of brands and on May 1 of this year I assumed my current position as Global Brand Director for Jack Daniel's Old No. 7 Tennessee whiskey. I currently have responsibility for all aspects of the marketing, advertising, promotion, and licensing of Jack Daniel's Old No. 7 Tennessee whiskey worldwide. As a result of my work with Jack Daniel's Old No. 7 Tennessee whiskey, and my review of Brown-Forman's business files and records, I have in-depth knowledge of, and am fully familiar with, all aspects of the marketing, advertising, promotion, distribution, and sale of Jack Daniel's Old No. 7 Tennessee whiskey, as well as the history of the brand.

4. Jack Daniel's Tennessee whiskey has been sold in the United States continuously since 1866 except during the periods of national and state Prohibition. The current packaging of the flagship product in the Jack Daniel's line, Jack Daniel's Old No. 7 Tennessee whiskey, is shown below:

DECLARATION OF PHILIP EPPS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT



The same packaging is used for Jack Daniel's Old No. 7 Tennessee whiskey sold in 50 ml., 375 ml, 750 ml., 1-liter and 1.75 liter sizes.

5.  Jack Daniel's Old No. 7 Tennessee whiskey is sold in the United States through a wide variety of "off-premise" outlets (private and state-controlled liquor stores, grocery stores, mass merchandisers, and other retailers) and "on-premise" outlets (primarily bars and restaurants). It has been the best-selling whiskey in the United States since 1997. It is by far the largest-selling American whiskey. Brown-Forman does ongoing consumer tracking studies regarding the prompted (aided) and unprompted (unaided) awareness of Jack Daniel's Old No. 7 Tennessee whiskey. The aided awareness of the Jack Daniel's brand is consistently around 98% and the unaided awareness of the brand is consistently in the 80th decile, which I believe to be among the highest levels of unaided awareness in the whiskey business.

6.  Brown-Forman distributes Jack Daniel's Old No. 7 Tennessee whiskey to distributors under the three-tier system of distribution of alcoholic beverages in the United States. Distributors, in turn, distribute the product to on- and off-premise retailers for sale to consumers. Brown-Forman reports on a fiscal year basis (e.g., Fiscal Year 2016 began on May 1, 2015 and will end on April 30, 2016). Between Fiscal Year 1997 and Fiscal Year 2015, total rounded unit sales of Jack Daniel's Old No. 7 whiskey in the United States (expressed in

3

sales ("depletions") of 9-liter cases by Brown-Forman to distributors) exceeded 75,000,000 cases, yielding revenues exceeding US $10,000,000,000. The vast majority of these sales involved bottles in the packaging shown above and the predecessor packaging for the product. Through sales of Jack Daniel's Old No. 7 Tennessee whiskey, the packaging of the product has been exposed for decades to many millions of consumers through its display in off- and on-premise accounts. Brown-Forman has supported sales of Jack Daniel's Old No. 7 Tennessee whiskey in both on- and off-premise outlets through distribution of thousands of point-of-sale promotional items that have shown, or in some instances consisted of, the packaging for Jack Daniel's Old No. 7 Tennessee whiskey. Examples of such materials are attached hereto as Exhibit 1.

7. A print advertising campaign for Jack Daniel's Old No. 7 Tennessee whiskey commenced in the United States in the 1950's and has continued to the present, making it one of the longest-running consumer campaigns in American history. The Jack Daniel's packaging and/or the label has prominently appeared in most of this print advertising, frequently as the largest or main visual element of the advertising. Copies of representative print advertisements for Jack Daniel's whiskey are attached hereto as Exhibit 2. Print advertisements for Jack Daniel's Old No. 7 Tennessee whiskey have appeared in a wide variety of publications, including national magazines such as *Field & Stream*, *Golf Digest*, *Playboy*, *Rolling Stone*, and *Sports Illustrated*, local magazines, newspapers, trade publications, and event programs. Many hundreds of millions of dollars have been expended on advertising and promotion of Jack Daniel's Old No. 7 Tennessee whiskey between Fiscal Year 1997 and the present.

8. For the past several years, advertising for Jack Daniel's Old No. 7 Tennessee whiskey in print has largely been replaced by advertisements on television, in digital media, and in "out-of-home" ("OOH") advertising, principally billboards. Brown-Forman's annual budget for such advertising of Jack Daniel's Old No. 7 Tennessee whiskey over the past few years in the United States has exceeded $15,000,000. Television advertising has appeared in connection with shows on ESPN, The Discovery Channel, The History Channel, FX, and late-night shows

1  on ABC and NBC, among many others.  The Jack Daniel's packaging has been prominently
2  featured in virtually all of the television advertisements for Jack Daniel's whiskey that have run
3  since spirits brands began advertising on television again in the United States following the
4  lifting of a self-imposed industry ban on such advertising.  The Jack Daniel's packaging is
5  usually the last image seen by the viewer in these advertisements, and in some of the
6  advertisements there has been no voiceover or text and the packaging is the communication
7  focal point.  A disc containing a number of television advertisements for Jack Daniel's Old
8  No. 7 Tennessee  whiskey is attached hereto as Exhibit 3.  Well in excess of $100,000,000 has
9  been expended on television advertising for Jack Daniel's Old No. 7 Tennessee whiskey since
10 such advertising resumed.

11       9.    The Jack Daniel's packaging has appeared in a variety of other forms of
12 advertising, including OOH billboards and other forms of indoor and outdoor advertising, and
13 has been exposed in this way to millions of Americans.  In most of the OOH advertising, the
14 packaging is by far the largest and most visible visual element and in some of the OOH the
15 packaging is the only element.   Representative samples of these forms of advertising are
16 attached hereto as Exhibit 4.

17       10.   Jack Daniel's Old No. 7 Tennessee whiskey has appeared in numerous motion
18 pictures seen by many millions of Americans, including *Raiders of the Lost Ark, A Few Good
19 Men, Mystic River, Waterworld, Pearl Harbor, Any Which Way You Can, Fisher King, Gone in
20 60 Seconds, Mr. Mom, Platoon, The Shining, Man on Fire, Guarding Tess, The Bridges of
21 Madison County, Rock Star, Almost Famous, The Hard Way, The Flintstones, Blue Steel,
22 Nobody's Fool, Lethal Weapon 3, Animal House, Goldeneye, Rock of Ages, Ted, and Won't
23 Back Down.*  The  product has been referenced in other films, including *Hud, Basic Instinct,
24 Gran Torino, Rainmaker, Monster's Ball, and Christmas Vacation*.  A disc showing scenes from
25 some of the films in which Jack Daniel's Old No. 7 Tennessee whiskey has appeared or been
26 referenced is attached hereto as Exhibit 5. Jack Daniel's Old No. 7 Tennessee  whiskey has also
27 appeared in television programs such as *Treme, True Blood, The Office, Psych, 30 Rock, Bored*

5

*to Death, Bar Rescue, New Girl, Two Broke Girls, Justified,* and *Criminal Minds*. A disc showing Jack Daniel's Old No. 7 whiskey in scenes from television programs is attached hereto as Exhibit 6.

11. Jack Daniel's Old No. 7 Tennessee whiskey has also received exposure to the public by being featured on non-entertainment television programs and by being held, or shown in use, publicly by celebrities and entertainers such as Frank Sinatra and Mick Jagger. A disc depicting these forms of exposure of the packaging for Jack Daniel's Old No. 7 Tennessee whiskey to the public is attached hereto as Exhibit 7. Brown-Forman also promotes a "Jack Daniel's Experience" at music festivals, motorcycle rallies, and NASCAR events around the country, at which it frequently uses a large inflatable version of the Jack Daniel's Old No. 7 Tennessee whiskey bottle to help event attendees identify and locate the Jack Daniel's Experience. Brown-Forman expects to reach more than 3,000,000 event attendees this year in this way.

12. The Jack Daniel's Old No. 7 Tennessee whiskey packaging is featured prominently on the website at www.jackdaniels.com, which during calendar year 2014 was visited over 4,000,000 times. Depictions of the packaging from the website are attached hereto as Exhibit 8. The packaging also appears on social media pages for the brand. An example is attached hereto as Exhibit 9.

13. The Jack Daniel Distillery in Lynchburg, Tennessee, which has been in operation since the 19th Century, has offered tours of its facility for many years. During calendar year 2014 the distillery had about 270,000 visitors. The packaging for Jack Daniel's Old No. 7 whiskey is displayed on various parts of the tour and elsewhere at the distillery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of October 2015 in Louisville, Kentucky.

PHILIP EPPS

DECLARATION OF PHILIP EPPS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT