# Exhibit 1




JDPI000253




JDPI000254




JDPI000255




JDPI000256




JDPI000257




JDPI000258