# Exhibit 2

Not Subject to Change: n/a

JDPI000151



JDPI000152

# 135 Countries: 2000



JDPI000153

# Officially: 2000



JDPI000154

Sequel Proof: 2000



JDPI000155

Authority: 2000



JDPI000156

# Flask of Jack: 2001



JDPI000157

# Version 1.0: 2001



JDPI000158

# Family: 2001



JDPI000159

# Friends of Jack: 2001



JDPI000160

# Offensive Line: '01, '04



JDPI000161

# Frozen Tundra: '01, '04



# Crafted With Care: '01, '04

JDPI000162



JDPI000163

# One Sip: '01, '06



JDPI000164

# Snowball: '01, '06



JDPI000165

Padlock: 2002



JDPI000166

Holiday: 2002



JDPI000167

# Limestone: 2002



JDPI000168

# Welcome Sign: '02, '05



# Travel Back in Time: 2004

JDPI000169



JDPI000170

# Travel Back in Time: '04, '05



JDPI000171

# Gold Medal: 2004



JDPI000172

# Top 7 Reasons: 2004



JDPI000173

# Charcoal Mellowed: 2004



JDPI000174

# Black and White: 2004



JDPI000175

# Mistletoe: 2004



JDPI000176

# Any Bar: 2004



Any Bar in *blank city:* 2004

JDPI000177



JDPI000178

# One Stoplight: 2004



JDPI000179

# Breaks: '04, '05



JDPI000180

# Old School: '04, '05



# Questionable Joints: '04, '05

JDPI000181



JDPI000182

# No Place Special: '04, '05



JDPI000183

# No Place Special: '04, '05, '06



JDPI000184

Taxi: '04, '05, '06

JDPI000185

# Official Drink: '04, '05, '06



JDPI000186

Taxi: '04, '05, '06



JDPI000187

# Taxi: '05, '06



JDPI000188

# Goose: '04, '06



JDPI000189

# Goose: '05, '06, '07



JDPI000190

# Newest Rookie: '04, '07



JDPI000191

# Paris Got Fashion: 2005



JDPI000192

# Paris Got Fashion: '05, '06, '07



JDPI000193

# Holiday Trade Ad: 2005



JDPI000194

# 0-200 MPH: 2005



JDPI000195

# Round and Round: 2005



JDPI000196

# Carb Free: 2005



JDPI000197

# Breaks: 2005



JDPI000198

One Sip: 2005



JDPI000199

# Holiday: 2005



Gets Through Him: '05, '06, '07

JDPI000200



JDPI000201

# Friends: '05, '06, '07



# Aromatherapy: '05, '06, '07

JDPI000202



JDPI000203

# High Speed: '05, '06, '07



# Long May You Run: '05, '06, '07



LONG MAY YOU RUN.



CONGRATS ROLLING STONE. ON COVER #1000.

BEST ENJOYED RESPONSIBLY.

# Designated Driver: '05, '07

JDPI000205



JDPI000206

# Qualifying: '05, '07



# Introducing Clint Bowyer: '05, '07

JDPI000207



JDPI000208

# Offensive Line: '05, '09



JDPI000209

# Maturity: 2006



JDPI000210

# Waiting: 2006



JDPI000211

# Knee Length Frock: 2006



# 50th Ad: 2006



JDPI000212

JDPI000213

# Pony Ride: 2006



JDPI000214

# Maturation: 2006



JDPI000215

On Tour : 2006



JDPI000216

# Tailgating: 2006



JDPI000217

# Flavor of the Month: 2006



JDPI000218

# Never Let Love Go: 2006



JDPI000219

# Hard Maple: '06, '07



# Handcrafted/By People: '06, '07

JDPI000220



# Followed the Crowd: '06, '07

JDPI000221



JDPI000222

# Brothers: '06, '07



# On Tour Guitar Player: '06, '07, '09

JDPI000223



JDPI000224

# Training: 2007



JDPI000225

# Thankfully: 2007



JDPI000226

# Stay in Control: 2007



JDPI000227

# Snowman, Pop. 361: 2007



JDPI000228

# Spray the Champagne: 2007



JDPI000229

# NASCAR Win Ad: 2007



JDPI000230

# NASCAR Win Ad: 2007



JDPI000231

# NASCAR Win Ad: 2007



JDPI000232

# NASCAR Win Ad: 2008



JDPI000233

# Restrict Your Intake: 2007



# Sports Illustrated Spread: 2008



JDPI000234

JDPI000235

# Labels: ON 7 2008



JDPI000236

# Labels: Quality 2008



JDPI000237

# Labels: Lynchburg 2008



Playboy 3 pg. Spread: 2008

JDPI000238







JDPI000239

# Good Friends: 2008



JDPI000240

# Holiday Print: 2009



Sports Illustrated Perfect 10: 2009

JDPI000241



Sports Illustrated Spread: 2009



Holiday Print: 2009





JDPI000244

# Come Discover: 2010



JDPI000245

# Jack & Ginger: 2010



Sports Illustrated Spread: 2010



Holiday, 2010





JDPI000248

Rodeo: 2011



JDPI000249

365 Days: 2011



JDPI000250

# Bottle Artwork: 2011





We know we'll visit our distillery someday, just over some of the folks who make Jack Daniel's.

TOUGH OLD BIRDS like Herb Fanning here are why you'll continue to find Jack Daniel's so smooth.

Mr. Fanning has held every job in our Hollow. So he knows his whiskey inside out. And though he's long retired these days, we occasionally bring him back to check on things. You see, we know there's a certain rareness you've come to expect in Jack Daniel's. We can't ever risk changing that. And with prideful watchdogs like Herb on the scene, we don't think we ever will.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352



We hope you'll also be use old distillery if ever you're passing through Tennessee.

A TENNESSEE BARRELMAN like Richard McGee gets more done before coffee than most folks do in a day.

Mr. McGee will rise ahead of the sun. Then, in the cool of Tennessee's morning, roll hundreds of newly-filled barrels into aging houses set deep in the hills. (Our whiskey will sleep out here until it's ready for you). What accounts for the rareness you find in Jack Daniel's? Partly, this old Tennessee process. And, partly, old Tennessee barrelmen like Richard McGee.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.



If you'd like to know about the way Mr. Bobo makes Jack Daniel's, drop him a line.

FRANK BOBO, THE YOUNG MAN ON THE LEFT, is the first Jack Daniel stiller who's no kin to a Motlow.

Lem Tolley (the other man) learned to still whiskey from his uncle Lem Motlow, who learned all he knew from his uncle, Jack Daniel. And Mr. Tolley, who's retired now, handed down all this knowledge to young Frank. Some folks say Frank learned his lessons so well he even looks like a Motlow. We're not certain about that. But we're sure glad he makes whiskey like one.

Tennessee Whiskey • 90 Proof • Distilled and Bottled by Jack Daniel Distillery,
Lem Motlow, Prop. Inc., Route 1, Lynchburg (Pop. 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.



JDPI000259



Come on down to Jack Daniel's someday and watch us make our smooth sippin' whiskey.

AGING A BATCH of Jack Daniel's calls for years of time and no small amount of footwork.

There are thousands of charred oak barrels in a ten-story warehouse. Full up, each barrel is too heavy to lift. So to get the whiskey properly maturing, our barrelmen need to kick them into place. If you ever tried to boot a 400 pound barrel, you'd know what these gentlemen are up against. But after a sip of properly aged Jack Daniel's, you'll be glad they're so fancy with their feet.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey•80-90 Proof•Distilled and Bottled by Jack Daniel Distillery
Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352



Some of the best fishing in Tennessee is around the corner from Lynchburg at Tims Ford Lake.

IN LYNCHBURG, TENNESSEE, good things come to those who wait.

Here in the home of Jack Daniel's, our whiskey must spend years in the wood to gain the oldtime rareness you expect. So you'll never see us nudge a barrel before the whiskey's primed (nor leave a fishing hole before we should). If you've ever hooked a grand fish, you already know patience has one reward. And if you've ever sipped Jack Daniel's, you know it has at least one more.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 43-45% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government



If you like our oldtime whiskey drop us a line. No line to boot Post. No boots.

JACK DANIEL'S COUNTRY is old country where ways of the past are allowed to prevail.

Since 1866 we've made our whiskey the old Tennessee way: mellowing every drop through hard maple charcoal—then aging it for years in charred oak barrels. The result is a rare, rare product folks call "sippin' smooth." True, there are newer ways to make whiskey. Faster ones, too. But after a sip, you'll be glad we've never given in to progress.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey•80-90 Proof•Distilled and Bottled by Jack Daniel Distillery
Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352

JDPI000260





ONE OF OUR FAVORITE SITTING PLACES is under the sign Jack Daniel and Lem Motlow put up over a century ago.

Jack Daniel settled on this very spot in 1866, for here's where he found ironfree water perfect for his needs. The spring still flows at our distillery today, not ten yards from where these gentlemen are chatting. And we still make whiskey the way Jack and Lem once made it, charcoal mellowed drop by drop. Keeping their sign in place keeps us faithful to their old methods. A sip, we believe, will keep you faithful to them too.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop 361), Tennessee 37352

THE LABEL on a bottle of Jack Daniel's Whiskey is for folks who aren't too impressed by labels.

Our label has always lacked color, dating to when Jack Daniel sold whiskey in the crocks up above. You see, our founder said what went in his bottle was more important than what went on it. And we still say that at our Tennessee distillery today. If your interest lies in a truly smooth sippin' whiskey, we recommend Jack Daniel's. But if you like colorful labels, well, there's no shortage of brands to pick from.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop 361), Tennessee 37352

JDPI000261





Won't you visit us sometime soon at Jack Daniel Distillery? Our hills are in their prettiest right now.

JACK DANIEL'S COUNTRY is known
for old roads, old barns and old whiskey-
making ways.

Our old distillery was founded amongst
these Tennessee hills and hollows way back
in 1866. And, as the years have rolled along,
we've never had reason to depart. You
see, there's something about being out
here that's just plain good for a man.
And, once you've had your first sip of
Jack Daniel's, we think you'll agree
it's equally good for a whiskey.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

We're glad you like our whiskey. Please enjoy it responsibly.

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by Jack Daniel Distillery,
Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361) Tennessee 37352 • www.jackdaniels.com
Placed in the National Register of Historic Places by the United States Government.



If you're from a small town, drop us a line and tell us about it.

IN THE SMALL TOWN of Lynchburg, Tennessee, nothing seems
to change but the seasons.

Folks spend easy October evenings on the porch like they
always have. The conversation is much like it's always
been. And over in Jack Daniel's Hollow, we still make
our Tennessee Whiskey in the very manner our founder
perfected — the way our friends have always liked
it. A sip, we believe, and you'll be glad the only thing
changing here is the color of the trees.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.



Lynchburg, Tennessee is a wonderful place to visit. We hope you'll do so soon.

IN LYNCHBURG, TENNESSEE you can still buy a 10¢ Coke. But not a dime's worth of Jack Daniel's.

Our county was voted dry in 1909. Though we began making Tennessee Whiskey here in 1866, you have to buy it elsewhere. If you're ever in Lynchburg and in need of refreshment, we'll recommend a short walk to the Coke machine at the hardware store. But if you're looking for the kind of refreshment Jack Daniel's provides, the trip to the next county isn't far. Eleven miles, three blocks and five steps, to be exact.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.



If you read a small-town paper like ours, drop us a line and tell us about it.

IN LYNCHBURG, TENNESSEE, almost everybody reads the Moore County News.

It only takes about five minutes to keep up with goings-on in Moore County. There might even be an occasional piece on Jack Daniel Distillery, but it's not likely. You see, here in our Hollow we've been charcoal mellowing our whiskey, drop by drop, since Mr. Jack's day. And according to the folks who print the paper, that stopped being news 129 years ago.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.

JDPI000263





If you're a friend of Jack Daniel's, drop us a line. We enjoy hearing from our friends.

IN 1866, Jack Daniel created the world's first Tennessee Sippin' Whiskey.

Then something very unusual happened. For over 130 years nobody did anything to change it. Today's Jack Daniel's has the same rare taste as when Mr. Jack first made it. Which means it's charcoal mellowed drop by drop and aged in charred oak barrels. That's the way six generations of drinkers like you have liked it. So, we promise, we're still not planning any changes.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

Tennessee Whiskey • 40-43% alcohol by volume (80-86 proof) • Distilled and Bottled by
Jack Daniel Distillery, Lem Motlow, Proprietor, Route 1, Lynchburg (Pop. 361), Tennessee 37352
Placed in the National Register of Historic Places by the United States Government.



## MR. JACK DANIEL WAS NO SAINT.
### BUT HE DID START SOMETHING OF A RELIGION.

Our drinkers are a loyal bunch, and if you know where to look, some of them are pretty easy to spot. We think Mr. Jack would be gratified to know his Tennessee sippin' whiskey still attracts zealous devotees. And that the folks in Lynchburg who produce his whiskey today, are equally passionate about making it his old-time way.



JACK DANIEL'S    TENNESSEE WHISKEY

Your friends at Jack Daniel's remind you to drink responsibly.



## THERE'S A LITTLE BIT OF LYNCHBURG
### INSIDE EVERY BOTTLE OF JACK DANIEL'S.

We distill our whiskey using water from our free-flowing cave spring. And we mellow it through hard maple charcoal made from trees that grow in abundance around town. Yes, quite a bit of Lynchburg ends up in every glass of Jack Daniel's. More discerning drinkers might also note a bit of Lynchburg's world-famous Southern hospitality in there, too. It's our secret ingredient, and one our town always has in ready supply.



JACK DANIEL'S    TENNESSEE WHISKEY

Your friends at Jack Daniel's remind you to drink responsibly.



## IN JACK DANIEL'S HOLLOW WE CAN BE SURE OF THE BEST GRAIN OBTAINABLE
### FOR OUR TENNESSEE SIPPIN' WHISKEY.

If any grain brought to us doesn't meet our miller's standards, he plain won't buy it. (He knows he can wait for the best because our silos store enough to hold him a while.) And if he has to turn down a load, our suppliers know he's not just being ornery. You see, they realize if we didn't start with America's best grain, we wouldn't wind up with America's rarest whiskey.




JACK DANIEL'S    TENNESSEE WHISKEY

We're glad you like our whiskey. Please enjoy it responsibly.

JDPI000265





## WITH SO MANY WHISKEYS TO CHOOSE FROM, WHY DO SO MANY
## DRINKERS CHOOSE JACK DANIEL'S?

It's hard to describe the taste of Jack Daniel's. It's better to experience it first hand. And, these days, you can do that in just about every bar and liquor store from Maine to California. Is Jack Daniel's America's smoothest whiskey? Well, yes, we believe it is. And, we believe, you'll understand its popularity shortly following your first sip.

JACK DANIEL'S   TENNESSEE WHISKEY

We're glad you like our whiskey. Please enjoy it responsibly.




IN AN OLD TENNESSEE BARRELHOUSE THERE SITS A WEATHERED WHISKEY BARREL.
## THIS IS WHERE THE MAGIC HAPPENS.

Our whiskey goes into the barrel colorless, rough and raw. Years later it pours out a beautiful amber, its formerly rough edges turned smooth, its rawness made rich and complex. Such is the power of the humble white oak whiskey barrel. You see, Tennessee's wide swings between warm and cold weather cause the whiskey to expand and contract, moving the liquid in and out of a barrel's charred inner layers. The color, flavor and maturity that result are, we believe, magical indeed.



JACK DANIEL'S   TENNESSEE WHISKEY

Your friends at Jack Daniel's remind you to drink responsibly.



## IN JACK DANIEL'S COUNTRY, THE SLOW,
LEISURELY LIFE HAS NEVER GIVEN WAY TO THE TENSION OF A HURRIED WORLD.

Here, far from the rush of the city, we still make Jack Daniel's the same way our forefathers did. Then, sit patiently by as the changing seasons bring it to proper maturity. Does our leisurely pace account for a smoother whiskey? Well, that's something we hope you'll discover first hand. A sip, we believe, will be more convincing than anything we could say or show.



JACK DANIEL'S   TENNESSEE WHISKEY

Your friends at Jack Daniel's remind you to drink responsibly.

JDPI000267





## CRAFTED WITH CARE.
### PLEASE ENJOY IT THE SAME WAY.

For seven generations, our master distiller has done everything he can to ensure that each batch of Jack Daniel's Tennessee Whiskey is worthy of the name carried on our black and white label. That's why every single drop of every single bottle is charcoal mellowed through two feet of sugar maple charcoal. It's also why our whiskey goes from barrel to bottle only after aging it mature the old time way, by a man and a tap. This level of attention has made Jack Daniel's what it is today. We'd be much obliged if you'd enjoy it with the same amount of care.

JACK DANIEL'S  TENNESSEE WHISKEY

Savor every drop. Drink responsibly.

## MATURITY APPLIES TO MORE THAN JUST WHISKEY.

Maturing our whiskey is employ important at Jack Daniel's. After all it's when Master Nature plays her all important role. Season by season, warm Lynchburg summers draw raw whiskey into the grain of our charred oak barrels, only to kindly return it next autumn, when Jack Daniel's when winter's chill readies the Hollow. Fact is, maturity is important to the whiskey making process. Of course, we've always believed it's an even more important part of how you enjoy it.



JACK DANIEL'S TENNESSEE WHISKEY

Your friends at Jack Daniel's remind you to drink responsibly.





## IT'S AN HONOR, AND A PRIVILEGE.
## AND A LIVING.

So treasured is the title of Jack Daniel's Master Distiller that only seven men have ever held it, starting with Mr. Jack himself back in 1866. But while the turnover rate may be low, the standards couldn't be higher. And for Jeff Arnett, the latest member of this exclusive fraternity, carrying on Jack's tradition of quality and excellence isn't just a point of personal pride, it's all in a day's work.



JACK DANIEL'S TENNESSEE WHISKEY

Respect yourself. Please enjoy responsibly.
DRINKAWARE.CO.UK

## EVEN THE JOB OF MASTER TASTER
## HAS ITS DRAWBACKS.

If the title of Jack Daniel's Master Taster sounds a bit too good to be true, it's probably because it is. Just ask Jeff Norman. Sure he gets paid to 'taste' whiskey most everyday, but in order to keep his senses keen and pallet true, he isn't permitted to swallow any of it. Of course, as Jeff will tell you, when it comes to the last sample of the day, all bets are off.

JACK DANIEL'S TENNESSEE WHISKEY

Savor every drop. Please enjoy responsibly.
DRINKAWARE.CO.UK

JDPI000268





# CONGRATULATIONS
# ZAC BROWN BAND.





5 CMA
NOMINATIONS
2011



PROTECT YOUR BAND. DRINK RESPONSIBLY.

JDPI004455



JDPI004456



POST A TOAST AT JACKINDEPENDENCE.COM

JDPI004457

JDPI004458



JACK DANIEL'S TENNESSEE WHISKEY

*Live freely. Drink sensibly.*

JACK DANIEL'S and OLD NO. 7 are registered trademarks. ©2011 Jack Daniel's. Tennessee Whiskey. Alcohol 40% by Volume (80 Proof). Jack Daniel Distillery.

JDPI004459