# Exhibit 3

This exhibit was physically filed with the Court.