# Exhibit 5

This exhibit was physically filed with the Court.