# Exhibit 6

This exhibit was physically filed with the Court.