# Exhibit 7

This exhibit was physically filed with the Court.