# Exhibit 8





JACK DANIEL'S Old No.7 BRAND

No. 1 WHISKEY ETC.
No. 2 VISIT US
No. 3 RECIPES
No. 4 THE BLOG
No. 5 EXPERIENCE
No. 6 THE STORE

SEARCH

BECOME A
FRIEND OF JACK

LIVE FREELY.
DRINK RESPONSIBLY.

TERMS OF USE · PRIVACY POLICY

PREV | NEXT

# OLD NO. 7

We do things a little differently around here – and that's what gives Jack Daniel's its distinctive character. We charcoal mellow our whiskey drop by drop, then let it age in our own handcrafted barrels. And we don't follow a calendar. Our Tennessee Sippin' Whiskey is ready only when our tasters say it is. We use our senses, just like Jack Daniel himself did. In fact, more than a century later, our Tennessee Whiskey is still judged the same way. By the way it looks. By the way it smells. And, of course, by the way it tastes.

Share SHARE THIS

*If you have friends below the legal drinking age please do no*

## LEARN MORE ABOUT OLD NO. 7

JDPI000427

JDPI000428

