# Exhibit 9



Search Twitter

Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | LISTS | |
|---|---|---|---|---|---|
| 2,092 | 1,043 | 124K | 790 | 1 | Follow |

Tweets    Tweets & replies    Photos & videos

**Jack Daniel's** ✓
@JackDaniels_US

Stand out by being yourself. Followers must be of legal drinking age in their own countries. Please drink responsibly.
#JackLIVE

📍 Lynchburg TN
🔗 jackdaniels.com
🕐 Joined September 2010

Jack Daniel's @JackDaniels_US · 19h

1 take,nothing held back.See what to expect from Uncut Sessions @Miguel @DeLongMusic #JDUncut bit.ly/1Juer4C

Jack Daniel's



0:28

↩  ⟲ 10  ★ 18  •••

**Jack Daniel's** @JackDaniels_US · May 6

A damp cool morning calls for a little warmth. Charcoal is made under the watchful eye of Darren. #JackLivesHere



↩  ⟲ 37  ★ 75  •••

**Jack Daniel's** @JackDaniels_US · Apr 30

**Jack Daniel's** @JackDaniels_US · Apr 30

Friends, remember to savor every drop. #jackdaniels



↩   ↻ 113   ★ 164   •••

**Jack Daniel's** @JackDaniels_US · Feb 26

Perfect #Winter weather for making snowmen and TN #Whiskey. Just 22 days until #Spring. #JackDaniels



↩  ⟲ 131  ★ 188  •••

**Jack Daniel's** @JackDaniels_US · Feb 22
Mini Jack. Always dressed and ready for the #RedCarpet. #JackDaniels



↩  ⟲ 117  ★ 259  •••

**Jack Daniel's** @JackDaniels_US · Feb 18
We're not known for making #snow in Lynchburg, but the scene at Jack's office is worth every flake. #JackDaniels









↰   ⇄ 356   ★ 459   •••

Jack Daniel's @JackDaniels_US · Jan 31
Here's to Mr. Jack, our first Master Distiller. Discover more at JackDaniels.com ○ #JackLivesHere. ○



↰   ⇄ 61   ★ 116   •••

Jack Daniel's @JackDaniels_US · Jan 30




Jack Daniel's @JackDaniels_US · Jan 30
Discover #JackDaniels story at JackDaniels.com



192   332

Jack Daniel's @JackDaniels_US · Jan 29
#JackDaniels is still made in a dry county. Stop by and see the wet part.




94   153

**Jack Daniel's** @JackDaniels_US · Jan 28

Music legends know him by name. #JackDaniels



84  146

**Jack Daniel's** @JackDaniels_US · Jan 22

Hello Friend. Let's have a drink. #JackDaniels on the rocks for us. How about you?



↩ ⟲ 218 ★ 339 •••


Jack Daniel's @JackDaniels_US · Jan 20

Talk about one authentic group. A big thanks to @ChaseRiceMusic @Contbar & friends who joined us for a tasting tour. 



↩ ⟲ 41 ★ 211 •••

Jack Daniel's @JackDaniels_US · Jan 17

Turn up the volume and craft your tune. #JackDaniels







