1  QUARLES & BRADY LLP
   Gregory P. Sitrick
2  Isaac S. Crum
   One Renaissance Square
3  Two North Central Avenue
   Phoenix, Arizona 85004-2391
4  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
5  E-mail: Gregory.sitrick@quarles.com

6  SEYFARTH SHAW LLP
   Christopher C. Larkin (admitted *pro hac vice*)
7  2029 Century Park East
   Suite 3500
8  Los Angeles, California 90067-3021
   Telephone: (310) 201-5289
9  Facsimile: (310) 201-5219
   E-mail: clarkin@seyfarth.com
10
   Attorneys for Defendant and Counterclaimant
11 JACK DANIEL'S PROPERTIES, INC.

12              UNITED STATES DISTRICT COURT

13              FOR THE DISTRICT OF ARIZONA

14 VIP PRODUCTS, LLC,                    | Case No. CV-14-2057-PHX-SMM
15          Plaintiff,                   | **DECLARATION OF CHRISTOPHER HUNGERFORD IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
16      v.                               |
17 JACK DANIEL'S PROPERTIES, INC.,       |
18          Defendant.                   |
19 
20 AND RELATED COUNTERCLAIMS

21     I, CHRISTOPHER HUNGERFORD, hereby declare:

22     1.   I am the Director of Global Design for Brown-Forman Corporation ("Brown-
23 Forman"), the licensee of defendant and counterclaimant Jack Daniel's Properties, Inc.
24 ("JDPI"). I make this declaration on the basis of my own personal knowledge and in support of
25 JDPI's motion for partial summary judgment.
26     2.   I have been employed by Brown-Forman since 1994, when I was an intern while a
27 student at the University of Louisville. I was hired full time by Brown-Forman as a designer in
28

1996 and subsequently have held a variety of positions with the company, including Associate Jack Daniel's Promotions Manager/Experiential Marketing Manager (2005-2007), Design Manager, Jack Daniel's Global Design (2007-2010), Group Manager, Production Design (2010-2012), Director, Experiential Design (2012-2013), and my current position. Between 2008 and 2010, my sole responsibility was for all visual aspects of Jack Daniel's Old No. 7 whiskey, including the design of packaging. I was the design project manager for the modernization of the Jack Daniel's bottle and label between 2008 and 2011 discussed below, and participated in all aspects of the project. I currently oversee all design strategy, packaging creative, two-dimensional graphics communications, and three-dimensional experiential and office design, for all brands in the Brown-Forman portfolio, including Jack Daniel's Old No. 7 whiskey. As a result of my employment with Brown-Forman and my review of the company's files and records, I am fully familiar with the aesthetic design and labeling aspects of the packaging for Jack Daniel's Old No. 7 whiskey, including its history, and am also knowledgeable about the packaging and labelling of competitive spirits.

3. Jack Daniel's whiskey has been sold in the United States continuously since 1866 except during the periods of national and state Prohibition. Brown-Forman acquired the brand in 1956 and has maintained archives of historical materials regarding the product and its bottling and labelling, including collected photographs, actual bottles, and books. Attached hereto as Exhibit 1 is a copy of an historical array of products entitled "Building Jack Daniel's" that shows the packaging for Jack Daniel's Old No. 7 whiskey from 1890 to the present. Although Brown-Forman's historical archives are not complete given the length of time that the product has been sold, I believe this to be an accurate representation of the product's packaging at various points over that period. I believe that Jack Daniel's Old No. 7 whiskey was first sold in a square-shaped bottle in 1895 and has been sold in a square-shaped bottle since then except, as shown on Exhibit 1, for a period of time following World War II when glass was in short supply in the United States and the product was sold for a time in a rounder bottle. Attached hereto as

1  Exhibit 2 are pages from a book entitled *A Tennessee Legend* written by the Jack Daniel
2  Distillery in 1992 showing a square bottle from 1895.
3      4.    As shown in Exhibit 1, Jack Daniel's Old No. 7 whiskey has used a white-on-
4  black label color scheme since some time prior to the beginning of national Prohibition in 1919.
5  Not all products in the line appear to have borne that label following the repeal of national
6  Prohibition, but according to Brown-Forman's archives, a white-on-black label was in consistent
7  use starting at least as early as the 1950s. Attached hereto as Exhibit 3 are copies from Brown-
8  Forman's archives and the archives of the Jack Daniel Distillery of a 1944 Certificate of Label
9  Approval ("COLA") issued by the Treasury Department for Jack Daniel's No. 7 whiskey and of
10 a 1953 COLA issued by the Treasury Department for Jack Daniel's Old No. 7 whiskey. The
11 1953 COLA displays a label that bears many of the features of today's label, including a
12 filigreed border, the JACK DANIEL'S mark depicted in arched lettering at the top of the label,
13 the OLD NO. 7 mark contained within a filigreed oval design in the middle portion of the label
14 beneath the JACK DANIEL'S mark, and the words "Tennessee Sour Mash Whiskey" in the
15 lower portion of the label with the word "Tennessee" depicted in script.
16     5.    Attached hereto as Exhibit 4 are copies from Brown-Forman's archives of print
17 advertisements that state that they appeared in October and December 1956 in *Time* magazine
18 and other publications. The advertisements show the label on a square-shaped bottle. The
19 product is characterized in one ad as "unchanged in its rareness, from the square bottle with the
20 old-fashioned black label" and in the other as appearing in the "old-fashioned square bottle with
21 the famous black label." I believe that from sometime in the 1950s, as shown on Exhibits 1 and
22 3, Jack Daniel's Old No. 7 whiskey was sold in a square bottle with a white-on-black label
23 bearing the textual and graphic elements shown in the 1953 COLA. The use of a black neck
24 wrap with white printing bearing the OLD NO. 7 mark appears to have commenced at some
25 time in the 1960s.
26 ///
27 ///
28

3

6. The current packaging of Jack Daniel's Old No. 7 whiskey is shown below:



This packaging was the culmination of a project that commenced in about 2008 and concluded in 2011. I was involved in all aspects of that project. Its objective was to modernize and refine the packaging, including its bottle and labelling, while retaining the source-identifying elements of the previous packaging. The new bottle was referred to internally as the "Evolution Bottle," reflecting how we viewed the incremental nature of the changes. The current packaging retains a combination of a square-shaped bottle, a black cap, a black neck wrap with the OLD NO. 7 mark in white, a white-on-black front label with the JACK DANIEL'S mark in arched lettering at the top of the label, the OLD NO. 7 mark in a filigreed oval in the middle portion of the label beneath the JACK DANIEL'S mark, and the words "Tennessee Sour Mash Whiskey" in the lower portion of the label with the word "Tennessee" depicted in script.

7. The changes to the packaging are described on Exhibit 5 attached hereto, which is a piece that was put together by Brown-Forman's Global Marketing team to enable the Jack Daniel's sales team to explain to distributors, partners, and agencies what changed about the packaging and why. As stated on Exhibit 5, the Evolution Bottle has wider neck fluting, more square shoulders, and sharper edges and facets. These changes were intended and made to give

the package a sleeker, cleaner, and more contemporary look, to convey the brand's historical attribute of masculinity through the bottle's "stronger" shoulders, and to enhance the perception of the premium nature of the product. They were design choices made to enhance the look of the bottle. They were not intended to make the bottle cheaper or easier to manufacture, or easier to fill, label, ship, display, or use. Similarly, the use of an embossed "Jack Daniel" signature on the Evolution Bottle was a design choice intended and made to convey aesthetically a sort of "seal of approval" for the product from its namesake, Jack Daniel. The embossed signature was not intended to make the bottle cheaper or easier to manufacture, or easier to fill, label, ship, display, or use.

8. Changes made to the label are also described on Exhibit 5. They primarily involved "uncluttering" the label through the removal of elements such as the words "Old Time" and "Quality" on the front of the label and certain text and images on the side labels. As with the bottle redesign, these changes were intended and made to give the package a more contemporary look while retaining the historical design features of the label. These changes were pure design choices, as were the historic decisions to depict the OLD NO. 7 mark in white on the black neck wrap, to depict the JACK DANIEL'S mark in an arched format on the top of the label, to depict the OLD NO. 7 mark in a filigreed oval in the middle of the label beneath the JACK DANIEL'S mark, and to depict the words "Tennessee Sour Mash Whiskey" at the bottom of the label, with the word "Tennessee" in script. There were many other ways in which the elements of the label could have been depicted. The Evolution Bottle label retains and reflects the design choices made decades ago.

9. Exhibit 5 references quantitative and qualitative research done on behalf of Brown-Forman in connection with the Evolution Bottle. I was involved in most of that research. The qualitative research involving focus groups served as a "gut-check" or validation of our internal design choices, including with respect to the shape of the Evolution Bottle and the label changes, and our belief that the Evolution Bottle and modified label modernized the Jack

Daniel's Old No. 7 whiskey packaging while retaining the elements familiar to consumers from use for decades.

10. I am familiar with the packaging of competitive whiskeys. There are a multitude of alternative designs available for use and actually in use. Attached hereto as Exhibit 6 is a photograph showing an array of whiskeys currently sold in the United States. These products reflect different aesthetic design choices for their packaging from the ones made in connection with Jack Daniel's Old No. 7 whiskey. There are some other whiskeys, such as the Evan Williams product shown on Exhibit 6, that are sold in packaging that embodies a square-shaped bottle, a black cap, a black neck wrap, and a white-on-black labelling color scheme, either alone or in combination, but they too involve different aesthetic design choices from the design choices reflected in the packaging for Jack Daniel's Old No. 7 whiskey.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October 2015 in Louisville, Kentucky.

_____
CHRISTOPHER HUNGERFORD