# Exhibit 1

# Building *Jack Daniel's*



1890    1895    1905    Pre-Prohibition    1947    1955

JDPI000504

# Building *Jack Daniel's*



1962    1975    1982    1998    2011

JDPI000505