# Exhibit 5



JDPI000148

# THE EVOLUTION OF A STORIED ~ BOTTLE AND LABEL ~

**ICONIC** IT MAY BE ONE OF THE WORLD'S MOST IDENTIFIED PACKAGES; FEATURED ON EVERYTHING FROM T-SHIRTS TO BOOK COVERS AND HELD ALOFT FROM THE CONCERT STAGE TO MOVIE SCREEN.

FOR MANY, THE FAMILIAR SQUARE BOTTLE EMBLAZONED WITH THE OLD NO. 7 BRAND SPEAKS OF INDEPENDENCE AND THE UNCHANGING NATURE OF QUALITY.

**EVOLUTIONARY CHANGES** LIKE WHISKEY, OUR ICONIC BOTTLE IS A PRODUCT OF TIME. ALTHOUGH THE ESSENCE OF THE BOTTLE AND ITS BLACK LABEL HAVE REMAINED THE SAME, THE PACKAGE HAS UNDERGONE VARIOUS EVOLUTIONS THROUGH THE YEARS. MR. JACK BEGAN THE PROCESS OF BUILDING THE BRAND WHEN HE MOVED FROM BARREL TO JUG, TO BOTTLE AND, FINALLY, TO A BOTTLE WITH A LABEL.

FOR A TIME, THE WHISKEY WAS BOTTLED IN AMBER- AND COBALT-COLORED SQUARE BOTTLES. FAR MORE RARE ARE THE ROUND BOTTLES PRODUCED AT THE END OF THE 1940s. BY THE MID 50s THE PACKAGE TOOK THE BASIC FORM WITH WHICH WE ARE ALL FAMILIAR, HOWEVER, SUBTLE ENHANCEMENTS HAVE BEEN MADE N THE YEARS SINCE THEN AS GLASS MAKING IMPROVED.



**MELLOWED**
FOR SMOOTHNESS   DROP BY DROP THROUGH
SUGAR MAPLE CHARCOAL

**MATURED**
FOR CHARACTER   IN OUR OWN
HANDCRAFTED BARRELS

**TASTED**
FOR FLAVOR   BY MASTERS
UNTIL DEEMED READY

**WHY CHANGE?** WHEN JACK DANIEL BEGAN BOTTLING HIS WHISKEY IN THE DISTINCTIVE SQUARE BOTTLE, HE DID IT TO MAKE SURE THE BOTTLE WAS AS UNIQUE AND HIGH QUALITY AS THE WHISKEY INSIDE.

THE GOAL OF THIS PACKAGE REFINEMENT IS THE SAME AS MR JACK'S: TO MAKE SURE THE BOTTLE STANDS OUT AND REFLECTS THE QUALITY AND UNIQUE CHARACTER OF JACK DANIEL'S TENNESSEE WHISKEY.

**WHISKEY REMAINS UNCHANGED** WHILE THE BOTTLE HAS BEEN REFINED TO BETTER REFLECT THE QUALITY OF OUR WHISKEY THE WHISKEY ITSELF REMAINS UNCHANGED. IT IS STILL CRAFTED EXCLUSIVELY AT THE DISTILLERY JACK DANIEL FOUNDED IN 1866 IN LYNCHBURG, TN. USING CAVE SPRING WATER FROM THE ORIGINAL SPRING; STILL MELLOWED DROP BY DROP THROUGH 10 FEET OF HARD SUGAR MAPLE CHARCOAL; AND STILL MATURED TO TASTE IN NEW CHARRED WHITE OAK BARRELS. THE NEW BOTTLE HONORS JACK DANIEL'S MANDATE THAT

*"EVERY DAY WE MAKE IT, WE'LL MAKE IT THE BEST WE CAN."*

## ~ PACKAGE REFINEMENTS ~

**WIDER NECK FLUTING** CREATES A "SLEEKER, CLEANER, CONTEMPORARY" LOOK

**STRONG, SQUARE SHOULDERS** CONVEY MASCULINE BRAND VALUES

**SHARPER EDGES & FACETS** ENHANCE PREMIUM PERCEPTION & "SQUARENESS" OF BOTTLE

**DE-CLUTTERING** OF LABEL STRENGTHENS PREMIUM CUES AND ENHANCES BRAND'S ICONIC CHARACTER

**SIMPLER STORYTELLING** ON SIDE LABELS REINFORCES QUALITY AND AUTHENTICITY IN A MORE PREMIUM AND CONSUMER FRIENDLY MANNER

**PURCHASE INTEREST** OVERALL PURCHASE INTEREST REMAINED HIGH AT 93% WITH, 53% OF JACK DANIELS DRINKERS SAYING THEY WERE MORE LIKELY TO BUY JACK DANIEL'S BECAUSE OF THE NEW PACKAGE.

**PACKAGE APPEAL** 77% OF DRINKERS LIKED THE NEW BOTTLE VERY MUCH VS. 64% FOR THE CURRENT BOTTLE

| BRAND IMAGERY | CURRENT (A) | NEW (B) |
|---|---|---|
| APPEALS TO MEN | 77% | 88% |
| IS A WHISKEY WITH A RICH HERITAGE | 73% | 87% |
| IS A BRAND YOU CAN TRUST | 79% | 86% |
| WOULD BE PROUD TO SERVE GUESTS IN YOUR HOME | 73% | 80% |
| IS A BRAND I WOULD RECOMMEND TO OTHERS | 65% | 75% |
| IS FOR SOMEONE LIKE YOU | 67% | 75% |
| IS A UNIQUE (ONE-OF-A-KIND) BRAND | 63% | 72% |
| IS A SPECIAL BRAND | 61% | 70% |

◇ THE NEW PACKAGE DEEPENS JDTW DRINKER'S CONNECTION TO THE BRAND AND STRENGTHENS BRAND "AMBASSADORSHIP"

THE NEW PACKAGE ELEVATES THE PERCEPTION OF JDTW AS SUCCESSFUL WITHOUT SACRIFICING CUES OF AUTHENTICITY. ◇

| PACKAGE PERSONALITY | CURRENT (A) | NEW (B) |
|---|---|---|
| GENUINE | 51% | 59% |
| SUCCESSFUL | 42% | 50% |
| TIMELESS | 35% | 44% |
| HONEST | 31% | 42% |
| APPROACHABLE | 29% | 39% |

JDPI000150