# Exhibit 6





JDPI000451