QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, LLC, | Case No. CV-14-2057-PHX-SMM |
| Plaintiff, | **DECLARATION OF MICHAEL TAYLOR IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| JACK DANIEL'S PROPERTIES, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

I, MICHAEL TAYLOR, hereby declare:

1. I am the Global Director of Quality Assurance for Brown-Forman Corporation ("Brown-Forman"), the licensee of defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI"). I make this declaration on the basis of my own personal knowledge and in support of JDPI's motion for partial summary judgment.

2. I hold a Bachelor's degree in Packaging Technology from Indiana State University and have been employed by Brown-Forman for more than 22 years. I began as a packaging engineer and later became a senior engineer, a manager, and ultimately Director of Packaging

DECLARATION OF MICHAEL TAYLOR IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

for Brown-Forman, a position that I held from 2010 until earlier this year, when I assumed my current position. In the course of my employment with Brown-Forman, I have been involved in, and am fully familiar with, all aspects of packaging for the numerous alcoholic beverages produced and distributed by the company, including package design, working with the company's bottle manufacturers, the operation of the company's bottling, filing, and labelling lines, and packaging testing.

3. I have been involved directly or indirectly in the design and/or re-design of virtually all of the bottles currently used by Brown-Forman, including the bottle currently used for Jack Daniel's Old No. 7 whiskey, which is shown in United States Trademark Registration No. 4,106,178. As Director of Packaging for Brown-Forman, I was directly involved in the design of this bottle, which we referred to internally as the "evolution" bottle ("Evolution Bottle") because it involved an evolution in design from its immediate predecessor bottle, which was in use from approximately 1999 to 2011. The predecessor bottle was referred to internally as the "bevel" bottle for its beveled or contoured sides ("Bevel Bottle").

4. I believe that the Evolution Bottle, with its square shape, embossed ridge or scalloped design on the neck portion, and embossed "Jack Daniel" signature, is the most complicated and expensive structure for a large-volume bottle that Brown-Forman has built and used during my employment with the company. As discussed in more detail below, it created a number of difficulties pertaining to glass cost, breakage and inefficiencies in production by our glass manufacturer and bottling on the Jack Daniel Distillery bottling line in Lynchburg, Tennessee, and when in use in the field. We were tasked with developing the Evolution Bottle so that the packaging for Jack Daniel's Old No. 7 whiskey would have a modernized and updated aesthetic look but still maintain the heritage of the longstanding use of a square bottle for the product. The redesign was driven by these aesthetic considerations, not by considerations of utility. From an efficiency standpoint, Brown-Forman's production team would always prefer to use a round bottle, such as the bottle for Canadian Mist Canadian whiskey, to a square bottle, because, among other things, a round bottle is the ideal shape for

packaging glass, which is not readily "bent" around sharp corners, but more easily assumes a round shape that molten glass naturally takes when blown.

5. I recall that the Evolution Bottle increased the delivered glass cost of the empty bottle from our manufacturer Owens-Illinois to Brown-Forman by approximately 10% over the delivered cost of its predecessor, the Bevel Bottle, which was also square in shape. This is so in part because of the process of glass blowing and the natural tendency of glass to assume a round shape, not a square shape, as well as several other components to the increased cost. One was that the square shape of the Evolution Bottle increased the glass weight of the bottle moderately by about one-quarter of an ounce. Bending glass into square corners weakens it, and some additional glass is required to maintain the structural integrity of the square bottle and to assure a sufficient minimum wall thickness. Because glass does not like to be "bent," it loses a significant amount of strength when it is forced around sharp corners, and "stress" is concentrated to a greater degree in a square bottle such as the Evolution Bottle, which makes it susceptible to breakage, including on impact, as discussed below.

6. A more significant part of the increased cost was the higher rejection rate at the manufacturer, increased breakage, and the slower speeds to form the bottle correctly. The Evolution Bottle's flat and sharp shoulders, sharp heel radiuses, and abrupt pitch in the neck all make the Evolution Bottle more difficult, and thus more costly, to manufacture because it is difficult to maintain proper wall thickness in these areas during the manufacturing process. The embossed "Jack Daniel" signature on four sides of the bottle and the sharp corners of the bottle also impede the ability of Owens-Illinois' quality control cameras to inspect completed "cold" bottles for imperfections because the signature and the corners limit the view of the exterior and into the interior of the bottle. This has resulted in a higher rate of loss for defects during manufacture, such as for checks and aesthetic marks that can be objectionable to the consumer and must be culled out before a bottle is filled and labelled in Lynchburg.

7. Square bottles create problems in the filling and labelling process on the bottling line in Lynchburg. When empty bottles arrive from the manufacturer, they must be "de-cased"

3

(removed from shipping containers) and placed onto the conveyor belt down which the bottles travel to be filled and labelled. They are initially "mass-flowed" in numbers to a point on the line where the line becomes "single file" and the bottles are ready to be filled and labeled one-by-one. Unlike round bottles, square bottles do not "organize themselves" well when they are mass-flowed into single file because the corners can catch and bump against each other, and they thus do not flow smoothly into the bottling equipment. This was and is particularly true of the Evolution Bottle. Square bottles feeding into the labelers on the line also have to be carefully oriented and controlled by the equipment parts, or breakage will occur.

8. It is also very difficult to apply labels to square bottles, particularly to the Evolution Bottle, which has a three-sided label. This is because of the shape of the label, the equipment capabilities, and the "wipe-down" (brushing or rolling the label against the bottle surface) of the labels that are required to adhere a label that is stretched around the corners of a square bottle, which is not a continuous surface like a round bottle. Square bottles such as the Evolution Bottle are also susceptible to breakage at the end of filling and labelling in what is called "drop-packing" (dropping the completed bottles into shipping boxes). This is because when the bottles are dropped, hydraulic forces of the liquid in the square-shaped bottle push against the corners of the bottles, which have higher stress than round bottles due to their square shape.

9. All of these factors compromise the line speed at the Lynchburg facility. Brown-Forman had to work actively with Owens-Illinois to address these problems when production using the Evolution Bottle began in 2011. While we have been able to make some improvements, the Lynchburg line continues to have difficulty and its speed and breakage rates are no better than they were when the Bevel Bottle was used.

10. The pallet sizes for Jack Daniel's Old No. 7 whiskey sold in the 750 ml. volume Evolution Bottle and for Canadian Mist whiskey sold in a 750 ml. round bottle share virtually the same dimensions in length and width of the unit load. The shipping cartons for those products also share virtually the same dimensions in length and width. The products take up

4

1  virtually the same amount of shelf space per bottle in "facings" (bottle displays).  In my
2  experience, the number of "facings" for alcoholic beverages is not determined by bottle shape.
3      11.    Upon launching the Evolution Bottle, Brown-Forman received reports from the
4  field from bartenders who complained that the top of the bottle was breaking off when they
5  pulled another bottle from their "bar wells" (the area behind a bar where bartenders keep
6  frequently-used bottles), poured a drink, returned the bottles to the well, and accidently hit the
7  shoulder of the Evolution Bottle, a collision of the sort that is common when bartenders are
8  moving quickly from bottle to bottle.  These collisions were causing a rash of breaks of the sort
9  that Brown-Forman had never been made aware of with respect to the Bevel Bottle, or any other
10 bottles in the company's portfolio.  Brown-Forman worked with Owens-Illinois to do a finite
11 element analysis (a stress analysis) to determine the cause of the problem.  Owens-Illinois did a
12 computer analysis of the structure in comparison to the structure of the Bevel Bottle, as well as
13 live impact tests.  The problem turned out to be the high stress concentration on the shoulder
14 near the embossed signature resulting from the square shape of the bottle, discussed above.  We
15 were required to modify the shape of the shoulder to reduce the stress concentration and to phase
16 in the use of the modified bottle.  The revised design is not nearly as good in terms of this
17 feature as the shoulder of the Bevel Bottle, but it has at least quieted this particular issue.  We
18 have never been advised of a similar problem with respect to Brown-Forman's round bottles.
19     I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct.
21     Executed this __ day of October 2015 in Louisville, Kentucky.

                                                        _[signed] 10/22/15_
                                                    MICHAEL TAYLOR

DECLARATION OF MICHAEL TAYLOR IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT