QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

QB\37069662.1

MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, section N(2), Defendant Jack Daniel's Properties, Inc., ("Defendant"), by and through undersigned counsel, move for an Order granting leave to file non-electronic exhibits. Defendant seeks to file a physical DVD containing Exhibits 3, 5, 6 and 7 to the Declaration of Philip Epps In Support of Defendant's Motion for Partial Summary Judgment (Doc. 105). Defendant is unable to file these exhibits electronically and needs to file them physically because these exhibits are all video files which cannot be filed electronically via ECF. Defendant informed Plaintiff VIP Properties, LLC that Defendant would be filing this motion and Plaintiff does not oppose this motion.

A proposed form of Order is lodged concurrently herewith.

DATED: October 23, 2015                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gregory P. Sitrick*
　　　　　　　　　　　　　　　　　　　　　　　Gregory P. Sitrick (AZ Bar #028756)
　　　　　　　　　　　　　　　　　　　　　　　Gregory.Sitrick@quarles.com
　　　　　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　　　　　　Isaac.Crum@quarles.com
　　　　　　　　　　　　　　　　　　　　　　　Quarles & Brady LLP
　　　　　　　　　　　　　　　　　　　　　　　Firm State Bar No. 00443100
　　　　　　　　　　　　　　　　　　　　　　　One Renaissance Square
　　　　　　　　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　　　　　　Telephone (602) 229-5200
　　　　　　　　　　　　　　　　　　　　　　　Fax (602) 229-5690

　　　　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　　　　　Christopher C. Larkin
　　　　　　　　　　　　　　　　　　　　　　　(admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　　　clarkin@seyfarth.com
　　　　　　　　　　　　　　　　　　　　　　　2029 Century Park East
　　　　　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067-3021
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 201-5289
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (310) 201-5219

*Attorneys for Jack Daniel's Properties, Inc.*

QB\37069662.1

2

MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                                        */s/ Gregory P. Sitrick*
                                        Gregory P. Sitrick

QB\37069662.1