**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc.,<br><br>    Defendant.<br><br>And Related Counterclaims. | No. CV-14-2057-PHX-SMM<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS** |

Having considered Defendant's Motion for Leave to File Non-Electronic Exhibits (Doc. _____), and good cause appearing,

**IT IS ORDERED** granting the Motion for Leave to File Non-Electronic Exhibits (Doc. ____).

**IT IS FURTHER ORDERED** that Defendant shall file with the Clerk's Office at the U.S. District Court, District of Arizona, Phoenix, Arizona, no later than _____ on _____, 2015, the non-electronic exhibits along with a Notice of Filing Non-Electronic Exhibits, said exhibits to be retained in the Clerk's Office.

**IT IS FURTHER ORDERED** that Defendant shall provide a copy of the non-electronic exhibits to the Plaintiff. A copy shall also be provided to this Court's chambers no later than _____ on _____, 2015.

QB\37069835.1