Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant
VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE PHYSICAL EXHIBITS** |

Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP" or "Plaintiff") respectfully moves this Court for an Order permitting VIP to submit to the Court physical exhibits in support of VIP's Memorandum of Points and Authorities in Support of Motion for Summary Judgment Against Defendant Jack Daniel's Properties, Inc.'s ("JDPI"). The parties have conferred and JDPI does not oppose this motion. In support thereof, Plaintiff states as follows:

1

The exhibits in question are DVDs containing video files relating to VIP's and JDPI's respective products. The video files are helpful to the Court in understanding JDPI's marketing claims and consumer reaction to VIP's products.

Plaintiff respectfully requests the Court's permission to submit hard copies of the DVDs to be docketed as part of Plaintiff's Motion for Summary Judgment Against Defendant JDPI, which is being simultaneously filed with this motion.

**RESPECTFULLY SUBMITTED** this 23rd day of October, 2015.

**DICKINSON WRIGHT PLLC**

By: *s/David N. Ferrucci*
David G. Bray
Frank G. Long
David N. Ferrucci
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*s/ C. Wheeler*

PHOENIX 53913-11 254337v1

3