# EXHIBIT N
# Part 1

# The 2 Hour Test

How Many Products Can I find for sale online with elements of the Alleged "Jack Daniels" Trade Dress?

**July 1st 2015**

**By**

**Stephen Sacra**

SAC0070

## Purpose:

The purpose of the of the 1 hour test, was a challenge to see how many items I could find  in a 2 hour time period  that contained elements of the alleged "Jack Daniel's" trade dress incorporated in them for sale and available to buy on the internet.  After finding the items, I would then document the websites, the screen capture to show these items were available for purchase and a close up of each product.

## Goal:

The goal of this project was to show that in a limited amount of searching, on a limited amount of sites I could quickly and easily find examples of products using the same elements of trade dress alleged by Jack Daniel's to be exclusive to Jack Daniel's.

## Learning Discoveries:

The most interesting discovery was that I could find products faster than I could document them. I also learned that, if I was going to have Tabs open to hold each page marker, I would have to open multiple windows as the browser could not maintain that many tabs at one time.

Too many results! I found so many results so fast that  I had to stop my search before I was done. After I realized I had over 100+, I just stopped looking. I stopped looking because I knew that documenting my findings would take forever and I figured that 100+ would drive the point home that the internet as a reflection of the shopping market and the Internet have a vast sea of examples using the same trade dress alleged to be exclusive to Jack Daniel's.

## Results:

Below you will see **114 Results** that I found in only looking at **9 websites.** Each of the results incorporates elements of the alleged Jack Daniel's Trade Dress, such as filigree, a cartouche, words " the old", white lettering on black., arched lettering, or a reference to whiskey.

|   | Website | Count |
|---|---|---|
| 1 | amazon.com | 51 |
| 2 | ebay.com | 31 |
| 3 | Etsy.com | 8 |
| 4 | redbubble.com | 9 |
| 5 | skreened.com | 7 |
| 6 | teepublic.com | 5 |
| 7 | visionsprinting.com | 1 |
| 8 | zazzle.com | 1 |
| 9 | teesforall.com | 1 |
|   | TOTAL | 114 |

| Contain The Word |  | % |
|---|---|---|
| Whiskey | 73 | 64% |
|  |  |  |
| Reference | Count | % |
| Whiskey In General | 55 | 48% |
| Music | 13 | 11% |
| Movie TV Show | 9 | 8% |
| General Funny Statement | 7 | 6% |
| State/City | 8 | 7% |
| Culture /Redneck | 4 | 4% |
| Speed Shop | 4 | 4% |
| Moonshine | 2 | 2% |
| Alcohol Not JD | 1 | 1% |
| Other | 11 | 10% |
| Total | 114 |  |

SAC0071

















SAC0077









SAC0079







# REFERENCES

1-DimeBag
http://www.amazon.com/Bravado-Dimebag-Darrell-Whiskey-Black/dp/B00YSXYYG6/ref=sr_1_1?s=apparel&ie=UTF8&qid=1435772373&sr=1-1&keywords=black+whiskey+t-shirt

2-Whiskey Friskey
http://www.amazon.com/Moment-Gear-Whiskey-Frisky-X-Large/dp/B00U4HOX4I/ref=sr_1_26?s=apparel&ie=UTF8&qid=1435772433&sr=1-26&keywords=black+whiskey+t-shirt

3-Bruce Springsteen
http://www.amazon.com/Stooble-Springsteen-Whiskey-Black-T-Shirt/dp/B00CLT1H32/ref=sr_1_5?s=apparel&ie=UTF8&qid=1435772373&sr=1-5&keywords=black+whiskey+t-shirt

4-Classic Evil
http://www.amazon.com/Wellcoda-Classic-Skull-Speed-T-shirt/dp/B00XXWPUQ6/ref=sr_1_27?s=apparel&ie=UTF8&qid=1435772433&sr=1-27&keywords=black+whiskey+t-shirt

5-Classic Evil Tank
http://www.amazon.com/Wellcoda-Classic-Skull-Speed-Black/dp/B00XXWUOMQ/ref=sr_1_152?s=apparel&ie=UTF8&qid=1435772562&sr=1-152&keywords=black+whiskey+t-shirt

6-Run DMC
http://www.amazon.com/Bravado-Mens-Run-DMC-XX-Large/dp/B00H9MQQHS/ref=sr_1_44?s=apparel&ie=UTF8&qid=1435772433&sr=1-44&keywords=black+whiskey+t-shirt

7-Moonshiners Whiskey
http://www.amazon.com/Original-Moonshiners-Whiskey-Government-Moonshine/dp/B00C6M43BC/ref=sr_1_8?s=apparel&ie=UTF8&qid=1435772433&sr=1-8&keywords=black+whiskey+t-shirt

8-Duck Dynasty Duckaholic
http://www.amazon.com/Whiskey-Label-Duck-Dynasty-T-shirt-small/dp/B00BP49ATC/ref=sr_1_46?s=apparel&ie=UTF8&qid=1435772433&sr=1-46&keywords=black+whiskey+t-shirt

9-Orange Amplifiers Whiskey Crest
http://www.amazon.com/Orange-Amplifiers-Whiskey-Crest-T-Shirt/dp/B00DO6K32M/ref=sr_1_53?s=apparel&ie=UTF8&qid=1435772488&sr=1-53&keywords=black+whiskey+t-shirt

(10) Jim Morrison Whiskey Bar
http://www.amazon.com/Funny-Morrison-Doors-Whiskey-T-Shirt/dp/B00QEDVI3U/ref=sr_1_2?s=apparel&ie=UTF8&qid=1435772373&sr=1-2&keywords=black+whiskey+t-shirt

11-Jim Morrison Tank
http://www.amazon.com/Morrison-Doors-Whiskey-Small-Black/dp/B00ZWBL2PY/ref=sr_1_97?s=apparel&ie=UTF8&qid=1435772513&sr=1-97&keywords=black+whiskey+t-shirt

12-Stooges Whiskey
http://www.amazon.com/Three-Stooges-Whiskey-T-Shirt-Medium/dp/B00QQO9JR4/ref=sr_1_6?s=apparel&ie=UTF8&qid=1435772373&sr=1-6&keywords=black+whiskey+t-shirt

13-Metallica Whiskey
http://www.amazon.com/Whiskey-Jar-Metallica-T-Shirt-Black/dp/B00WRXYZYU/ref=sr_1_36?s=apparel&ie=UTF8&qid=1435772433&sr=1-36&keywords=black+whiskey+t-shirt

14-Whiskey Brigade
http://www.amazon.com/Steady-Whiskey-Brigade-Black-Shirt/dp/B00CMGH7AQ/ref=sr_1_178?s=apparel&ie=UTF8&qid=1435772562&sr=1-178&keywords=black+whiskey+t-shirt

15-Brad Paisley
http://www.amazon.com/TASY-Paisley-Country-Cotton-T-shirt/dp/B00ZNLXAHG/ref=sr_1_104?s=apparel&ie=UTF8&qid=1435772513&sr=1-104&keywords=black+whiskey+t-shirt

16-Guns N Roses
http://www.amazon.com/Guns-Roses-Angeles-Paradise-Daniels/dp/B00SVETD28/ref=pd_d0_recs_cwb_ap_22?ie=UTF8&refRID=1VY5NW3KVBA8Y41JYWWK

17-Harleys Whiskey
http://www.amazon.com/Outlaw-Threadz-Harleys-Whiskey-T-Shirt-5XL/dp/B00YFVUKFU/ref=sr_1_126?s=apparel&ie=UTF8&qid=1435772513&sr=1-126&keywords=black+whiskey+t-shirt

18-California West Coast
http://www.amazon.com/California-Republic-Coast-T-shirt-Shirts/dp/B00KKWG21Y/ref=sr_1_17?s=apparel&ie=UTF8&qid=1435772373&sr=1-17&keywords=black+whiskey+t-shirt

19-Jonny Cash (Same as Target)
http://www.amazon.com/Johnny-Cash-Label-T-Shirt/dp/B001CWZDVQ/ref=pd_sim_sbs_193_50?ie=UTF8&refRID=048ZB3BAVVA1AM0E7Q8K

(20) Whiskey Original
http://www.amazon.com/Wellcoda-Whiskey-Original-Brewed-T-shirt/dp/B00IRXXNZ6/ref=sr_1_136?s=apparel&ie=UTF8&qid=1435772513&sr=1-136&keywords=black+whiskey+t-shirt

21-California Golden State (Large Print)
http://www.amazon.com/California-Republic-West-Coast-T-Shirt/dp/B00PSSC4E4/ref=pd_sim_193_7?ie=UTF8&refRID=0YBKP9EWG6DWMNKYJ3AB

22-BeersBonfiresBackRoads
https://www.etsy.com/listing/234991198/beers-bonfires-back-roads-womens-tee-2?utm_source=google&utm_medium=cpc&utm_campaign=shopping_us_d-clothing-womens_clothing-tops_and_tees&utm_custom1=2be07d17-df61-4556-b2b3-6cccab3ac38e&kpid=234991198&gclid=CjwKEAjwwtOsBRDdjZTbvYvTlzcSJADOY0DRwed_ggcw_EwEjlfklaZu5dBqBYTfNGRl7BLj0JzukhoC1knw_wcB

23-I wanna Be Drunk
http://www.amazon.com/Wanna-Drunk-Short-Sleeve-Black-T-Shirt/dp/B00V97MD9E/ref=sr_1_441?s=apparel&ie=UTF8&qid=1435775123&sr=1-441&keywords=black+whiskey+t-shirt

24-White Lightning
http://www.amazon.com/WHITE-LIGHTNING-MOONSHINE-SINCE-Black/dp/B010MNWZUW/ref=sr_1_672?s=apparel&ie=UTF8&qid=1435775177&sr=1-672&keywords=black+whiskey+t-shirt

25-Rebel Circus New York Whiskey
http://www.amazon.com/REBEL-CIRCUS-Womens-Proof-Black/dp/B00WL5A9AI/ref=sr_1_9?s=apparel&ie=UTF8&qid=1435779317&sr=1-9&keywords=whiskey+parody

26-More Whiskey Less Wine
http://www.amazon.com/More-Whiskey-Less-Large-Athletic/dp/B010CBL6NG/ref=sr_1_2?s=apparel&ie=UTF8&qid=1435779317&sr=1-2&keywords=whiskey+parody

27-Jack Skellingtons Nightmare Whiskey Pillow
http://www.amazon.com/diylancas-Cushion-Halloween-Nightmare-skellington/dp/B00S0I6MSI/ref=sr_1_cc_4?s=aps&ie=UTF8&qid=1435779317&sr=1-4-catcorr&keywords=whiskey+parody

28-Jack Skellingtons Nighmare I pod Case
http://www.amazon.com/Society6-Halloween-Parody-Nightmare-Skellington/dp/B00NFVF7NG/ref=sr_1_cc_9?s=aps&ie=UTF8&qid=1435779317&sr=1-9-catcorr&keywords=whiskey+parody

29-Jack Skellingtons Nighmare Stationary
http://www.amazon.com/Society6-Halloween-Nightmare-Skellington-Stationery/dp/B00QWLFYPC/ref=sr_1_cc_8?s=aps&ie=UTF8&qid=1435779317&sr=1-8-catcorr&keywords=whiskey+parody

(30) Harry Potter
https://www.etsy.com/listing/220445248/magic-spell-harry-potter-t-shirt-for?ref=related-3

31-Tatooos and Whiskey
http://www.amazon.com/Whiskey-Tattoos-Frisky-shirt-Medium/dp/B00O34E6YA/ref=sr_1_376?s=apparel&ie=UTF8&qid=1435780000&sr=1-376&keywords=whiskey+shirt

32-Dixon Whiskey
http://www.amazon.com/Daryl-Whiskey-Southern-Walking-T-Shirt/dp/B00WA6YEOU/ref=sr_1_393?s=apparel&ie=UTF8&qid=1435780033&sr=1-393&keywords=whiskey+shirt

33-Irish Whiskey
http://www.amazon.com/Womens-Ireland-Whiskey-Raising-T-Shirt/dp/B00UGKSHW2/ref=sr_1_435?s=apparel&ie=UTF8&qid=1435780033&sr=1-435-spons&keywords=whiskey+shirt

34-Tattoos Girls and Whiskey
http://www.amazon.com/Fifty5-Clothing-Tattoos-Whiskey-Vintage/dp/B00YTTBJXK/ref=sr_1_324?s=apparel&ie=UTF8&qid=1435779970&sr=1-324&keywords=whiskey+shirt

35-Boston Beat Down
http://www.amazon.com/Boston-Sports-Beantown-Whiskey-T-Shirt/dp/B00KWHYZMU/ref=sr_1_251?s=apparel&ie=UTF8&qid=1435779943&sr=1-251&keywords=whiskey+shirt

36-City Of Angels
http://www.amazon.com/Apparel-Womens-Angels-Whiskey-Fashion/dp/B00ZE4HLMM/ref=sr_1_160?s=apparel&ie=UTF8&qid=1435779884&sr=1-160&keywords=whiskey+shirt

37-Tattos and Whiskey
http://www.amazon.com/Womens-Pinky-Star-Tattoos-Whiskey/dp/B00OPAY38G/ref=sr_1_177?s=apparel&ie=UTF8&qid=1435779884&sr=1-177&keywords=whiskey+shirt

38-tattos bad boys and whiskey

http://www.amazon.com/Fifty5-Clothing-Tattoos-Whiskey-Vintage/dp/B00YTTB6GK/ref=sr_1_323?s=apparel&ie=UTF8&qid=1435779970&sr=1-323&keywords=whiskey+shirt

39-Beautiful Disaster
http://www.amazon.com/Womens-Beautiful-Disaster-Proof-Tank/dp/B00L6N7M9W/ref=sr_1_304?s=apparel&ie=UTF8&qid=1435779970&sr=1-304&keywords=whiskey+shirt


(40) Tonight is Bottoms Up
http://www.amazon.com/Tonight-Bottoms-Juniors-Country-Racerback/dp/B00VF2Q7FO/ref=pd_sim_sbs_193_4?ie=UTF8&refRID=1A7WH6XBRGHGVY0YKGDC

41-Shes My Little Whiskey Girl1
http://www.amazon.com/Glit-Z-Whiskey-Country-Western-Racerback/dp/B00UU99JXA/ref=sr_1_65?s=apparel&ie=UTF8&qid=1435779795&sr=1-65&keywords=whiskey+shirt

42-Shes My Little Whiskey Girl2
http://www.amazon.com/Raxo-Womens-Little-Whiskey-Drinking/dp/B00ZIIZ14O/ref=sr_1_37?s=apparel&ie=UTF8&qid=1435779743&sr=1-37&keywords=whiskey+shirt

43-Beards And Whiskey
http://www.amazon.com/Womens-Pinky-Star-Whiskey-T-Shirt/dp/B00SU65IHG/ref=sr_1_30?s=apparel&ie=UTF8&qid=1435779743&sr=1-30&keywords=whiskey+shirt

44-Whiskey # 1 Makes Me Friskey
http://www.amazon.com/Womens-Pinky-Star-Whiskey-Racerback/dp/B00STZ9MYS/ref=sr_1_20?s=apparel&ie=UTF8&qid=1435779743&sr=1-20&keywords=whiskey+shirt

45-WodsNWhiskey
http://www.amazon.com/SoRocks-Womens-Whiskey-Burnout-XXLarge/dp/B00KXGG5AK/ref=sr_1_64?s=apparel&ie=UTF8&qid=1435779795&sr=1-64&keywords=whiskey+shirt

46-Drink Whiskey And Raise Hell
http://www.amazon.com/Athletic-Country-Southern-Whiskey-Shirts/dp/B010C3KRQQ/ref=sr_1_75?s=apparel&ie=UTF8&qid=1435779795&sr=1-75&keywords=whiskey+shirt

47-Drink Whiskey And Raise Hell2
http://www.amazon.com/Drink-Whiskey-Raise-Juniors-Country/dp/B00V93PRYG/ref=sr_1_12?s=apparel&ie=UTF8&qid=1435779743&sr=1-12&keywords=whiskey+shirt

48-Whiskey Soup
http://www.amazon.com/Whiskey-Soup-Shirt-Mens-black/dp/B00EA95PZ2/ref=sr_1_121?s=apparel&ie=UTF8&qid=1435779849&sr=1-121&keywords=whiskey+shirt

49-Roosters Whiskey
http://www.amazon.com/True-Whiskey-Label-Sleeve-T-Shirt/dp/B00NT6YMOM/ref=sr_1_1434?s=apparel&ie=UTF8&qid=1435783360&sr=1-1434&keywords=whiskey+shirt&pebp=1435783377087&perid=0WRQZE6XD1NCDBGHAB0P

(50) California Republic
http://www.ebay.com/itm/New-CALIFORNIA-REPUBLIC-WHISKEY-CREWNECK-SWEATSHIRT-Pullover-Sweater-Cali-/291485075269?pt=LH_DefaultDomain_0&var=&hash=item43dddd4745

51-Midnight Runners Moonshine
http://www.amazon.com/Moonshine-Midnight-Runners-T-shirt-Medium/dp/B00EVBXMEK/ref=sr_1_907?s=apparel&ie=UTF8&qid=1435783168&sr=1-907&keywords=whiskey+shirt


52-Vintage
http://www.ebay.com/itm/30th-BIRTHDAY-WHISKEY-Black-T-Shirt-Vintage-1985-30-year-old-GREAT-GIFT-IDEA-/251534242926?pt=LH_DefaultDomain_0&var=&hash=item3a909bf46e

53-Jon Snow
http://www.ebay.co.uk/itm/INSPIRED-BY-GAME-OF-THRONES-T-SHIRT-JON-SNOW-WHISKY-LABEL-NIGHTS-WATCH-/201110943583?pt=LH_DefaultDomain_3&var=&hash=item2ed325775f

54-Shes Whiskey In a Tea Cup
https://www.etsy.com/listing/228278256/shes-whiskey-in-a-tea-cup-womens-tee-2?ref=related-1

55-Cant Buy Happiness
http://www.visionsprinting.com/shop/you-cant-buy-happiness-but-you-can-buy-whiskey/

56-Ouiji
https://www.teepublic.com/t-shirt/136269-spirit-board


57-Death Note

https://www.teepublic.com/t-shirt/130134-death-note-jack-daniels-parody

58-BilboBOurbon
https://www.teepublic.com/t-shirt/24453-bilbo-bourbon

59-TellerMorrowsWhiskey
https://www.teepublic.com/t-shirt/57888-anarchy-brand-whiskey

(60) Charizard Fire Whiskey
https://www.teepublic.com/t-shirt/206524-charicific-valley-whiskey

61-ShesWhisjeyInATeaCup
https://www.etsy.com/listing/236669904/shes-whiskey-in-a-tea-cup-southern-
style?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_27

62-Winchester Hunter Whiskey
http://www.redbubble.com/people/konoko479/works/10354471-winchester-whiskey?p=t-shirt

63-BeebleBrox
http://www.redbubble.com/people/buzatron/works/10106479-pan-galactic-gargle-blaster?grid_pos=5&p=t-shirt

64-WE Whiskey You a Merry Xmas
http://skreened.com/merryxmas/we-whiskey-you-a-merry-christmas-t-shirt

65-Walter Whites
http://www.ebay.com/itm/Heisenberg-Style-T-Shirt-Breaking-Bad-Walter-White-Fun-Walt-Whiskey-Whisky-Logo-/371165959004

66-Kris Kringle
http://skreened.com/merryxmas/kris-kringle-christmas-whiskey-drinking-t-shirt-3532317

67-lol Whiskey
https://www.etsy.com/listing/237729453/a-lil-whisky-makes-me-frisky-mens-
t?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_34

68-Mike Richards
http://www.redbubble.com/people/theroyalhalf/works/11372396-top-shelf-whiskey?grid_pos=17&p=t-shirt

69-Old Finger
http://skreened.com/bluemoontrading/old-finger-whiskey

(70) REdNeck Drinking Team
http://www.ebay.com/itm/REDNECK-DRINKING-TEAM-T-SHIRT-Tee-FuNnY-Country-Boy-Whisky-Beer-DRUNK-
/261477859202?pt=LH_DefaultDomain_0&var=&hash=item3ce14b7f82

71-Heisenbergs Crystal Meth
http://www.redbubble.com/people/aguvaqu/works/11738694-heisenberg-pure-meth?grid_pos=27&p=t-shirt

72-TriForce
http://www.redbubble.com/people/punksthetic/works/11054623-triforce-whiskey?grid_pos=46&p=t-shirt

73-Nevada Chopper
http://www.ebay.com/itm/NEVADA-CHOPPER-OLD-NO-13-V-TWIN-SOUR-MASH-WHISKEY-T-SHIRT-SIZE-L-
/121693053971?pt=LH_DefaultDomain_0&hash=item1c5578a413

74-Ill Be Your Whiskey
http://skreened.com/countryside/whiskey-in-your-water-5142314

75-Bacon Lemmesee
http://skreened.com/davidayala/bacon-flavored-whiskey

76-Shelby Bros
http://www.ebay.com/itm/NEW-PEAKY-BLINDERS-Whiskey-Inspired-T-Shirt-Top-Mens-Birmingham-Shelby-S-to-2XL-
/321791497835?pt=LH_DefaultDomain_0&var=&hash=item4aec44966b

77-Alcatraz Island BOurbon
http://www.redbubble.com/people/gus3141592/works/6298019-alcatraz-island-badguys-bourbon-label?grid_pos=61&p=t-shirt

78-Sum Bitch
http://skreened.com/heeheetees/sumbitch

79-Subaru
http://www.redbubble.com/people/mookiechan/works/12461658-jackanese?grid_pos=221&p=t-shirt

(80) Vader Whiskey

SAC0086

http://www.ebay.com/itm/Vader-Imperial-Whiskey-Star-Wars-2016-Tee-Shirt-Sizes-Sm-3x-/321788260958?pt=LH_DefaultDomain_0&hash=item4aec13325e

81-Text Your Ex
http://skreened.com/khaleesi21/text-your-ex

82-Hard Core Lifting
http://www.redbubble.com/people/squatrackcurler/works/12447199-hardcore-old-school-lifting?grid_pos=229&p=t-shirt

83-BlueGrassWhiskey
http://www.ebay.com/itm/Bluegrass-Whiskey-Kentucky-Vintage-Graphic-T-Shirt-Size-Sm-Brand-New-with-tags-/161526417111?pt=LH_DefaultDomain_0&hash=item259bb986d7

84-Batman Gotham Whiskey
http://www.redbubble.com/people/v-clothing/works/11679707-batman-old-no-7?grid_pos=288&p=t-shirt

85-Whiskey Improves
http://www.ebay.com/itm/DELTA-PRO-WEIGHT-T-SHIRT-WHISKEY-L-SHORT-SLEEVE-BLACK-MULTI-COLOR-100-COTTON-/281733571447?pt=LH_DefaultDomain_0&hash=item4198a12377

86-FireBall Whiskey
https://www.etsy.com/listing/203566957/whiskey-shirt-fireball-whiskey-makes-me?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_14

87-LooseGoose
http://www.zazzle.com/loose_goose_whiskey_tee_shirt-235478189400265043

88-Johnny Cash
http://www.ebay.com/itm/Johnny-Cash-Whiskey-T-Shirt-New-Direct-from-Manufacturer-/321171814622?pt=LH_DefaultDomain_2&var=&hash=item4ac754f8de

89-SnakeBite
http://www.ebay.com/itm/Johnny-Cash-Whiskey-T-Shirt-New-Direct-from-Manufacturer-/321171814622?pt=LH_DefaultDomain_2&var=&hash=item4ac754f8de

(90) Tonight Is Bottoms Up
https://www.etsy.com/listing/203556330/tonight-is-bottoms-up-country-music?ref=related-0

91-WhiskeyBent&HellBound
https://www.etsy.com/listing/238896505/whiskey-bent-and-hell-bound-graphic-tee?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_10

92-Hooters
http://www.ebay.com/itm/Hooters-Riverside-T-shirt-Sze-XL-Whisky-Bottle-Design-Est-1983-/131477892151?pt=LH_DefaultDomain_0&hash=item1e9cb16c37

93-Supernatural Winchester Bros
http://www.amazon.com/Supernatural-Winchester-Hunters-Whiskey-T-Shirt/dp/B00JQ0K2BW/ref=sr_1_fkmr0_2?s=apparel&ie=UTF8&qid=1435796531&sr=1-2-fkmr0&keywords=Supernatural+Winchester+Brothers+whiskey

94-30BillionCalifoniaLosAngeles.jpg
http://www.amazon.com/30-Billion-Street-Fashion-Whjskey/dp/B00Z7NQ58G/ref=sr_1_1?s=apparel&ie=UTF8&qid=1435796683&sr=1-1&keywords=30+billion+whiskey

95- Batman Dark Knight
http://www.ebay.com/itm/DC-Comics-Batman-Whiskey-Style-Logo-Black-Dark-Knight-T-Shirt-Small-/111705563672?pt=LH_DefaultDomain_0&hash=item1a022ba218

96 - FudPuckers Whiskey
http://www.ebay.com/itm/FUDPUCKER-HOMEMADE-WHISKEY-FLORIDA-T-SHIRT-SZ-XXXL-NEW-WITH-TAGS-/361332153843?pt=LH_DefaultDomain_0&hash=item5421131df3

97- Motley Crue Too Fast For Love
http://www.ebay.com/itm/Motley-Crue-Too-Fast-For-Love-Tee-Whiskey-Graphic-Print-T-Shirt-Unisex-Adult-/271916549546?pt=LH_DefaultDomain_0&var=&hash=item3f4f7d45aa

98- Allways Carry A Flask
http://www.ebay.com/itm/New-Breed-CARRY-A-FLASK-OF-WHISKEY-IN-CASE-SNAKE-BITE-TANK-SHIRT-punk-grunge-/291180831955?pt=LH_DefaultDomain_0&var=&hash=item43cbbae4d3

99-Lynard Skynyrds Whiskey
http://www.ebay.com/itm/INCREDIBLE-1990-vintage-LYNYRD-SKYNYRD-whiskey-T-SHIRT-sz-MED-/321793942852?pt=LH_DefaultDomain_0&hash=item4aec69e544

100 -- Us Army American Soldiers
http://www.ebay.com/itm/US-Army-Whiskey-Label-Graphic-T-Shirt-7-62-design-/321790995026?pt=LH_DefaultDomain_0&hash=item4aec3cea52

101- Addiction Clothing
http://www.ebay.com/itm/Guy-Men-Vest-Tank-Tops-Shirt-Classic-Whiskey-Motorcycle-Biker-Chopper-V240-S-3XL-/181623317106?pt=LH_DefaultDomain_0&var=&hash=item2a4997e272

102 Borubon Street Whiskey
http://www.ebay.com/itm/Bourbon-St-Sour-Mash-Whiskey-T-Shirt-/261836655357?pt=LH_DefaultDomain_0&hash=item3cf6ae4afd

103- Saul Goodmans
http://www.ebay.com/itm/Better-Call-Saul-Whiskey-Tribute-T-Shirt-Heisenberg-Saul-Goodman-Jimmy-McGill-BB-/261930497937?pt=LH_DefaultDomain_3&var=&hash=item3cfc463791

104-Whiskey Makes Me Friskey Ver2
http://www.ebay.com/itm/Be-As-You-Are-Extra-Large-Black-Whiskey-Makes-Me-Frisky-T-Shirt-Bottle-Label-NEW-/271537633134?pt=LH_DefaultDomain_2&hash=item3f38e7776e&autorefresh=true

105-WalterWhites Whiskey
http://www.ebay.com/itm/Heisenberg-Style-Walter-White-Whiskey-Logo-T-Shirt-Longslave-Hoodie-Available-/221704832352?pt=LH_DefaultDomain_0&var=&hash=item339ea34560

106-RockNRoll Sex Whiskey
http://www.ebay.com/itm/Shirt-Original-Sex-Rock-n-Roll-Whiskey-KR76-/171345691636?pt=LH_DefaultDomain_0&var=&hash=item27e4ffc3f4

107-Daryl Dixons
http://www.ebay.com/itm/DARYL-DIXON-tribute-T-SHIRT-Walking-Dead-whiskey-Norman-American-TV-show-zombies-/111653967444?pt=LH_DefaultDomain_0&var=&hash=item19ff185654

108-Daisy Dukes
http://www.ebay.com/itm/daisy-DUKES-rochester-NEW-york-NY-sour-MASH-whiskey-SHIRT-large-L-bar-HAZZARD-/310697217144?pt=LH_DefaultDomain_0&hash=item4856ff4c78

109-RatherBe SomeonesWhiskey
http://www.ebay.com/itm/Rather-Be-Someones-Shot-Of-Whiskey-Than-Everyones-Cup-Of-Tea-Girly-TEE-SHIRT-/321763483720?pt=LH_DefaultDomain_0&var=&hash=item4aea992048

110-MotorHead Whiskey
http://www.ebay.com/itm/MOTORHEAD-MOTORHEAD-TRIBUTE-LEMMYS-FAVORITE-WHISKEY-IRON-CROSS-SPADE-BIKER-SHIRT-/171447751924?pt=LH_DefaultDomain_0&var=&hash=item27eb1514f4

111-Chevis Regal Whiskey
http://www.ebay.com/itm/New-Chivas-Regal-Whisky-Alcohol-Drinking-Combined-Logo-T-Shirt-Gildan-Brand-Tee2-/181788147391?pt=LH_DefaultDomain_0&var=&hash=item2a536afebf

112-Brad Paisley Alcohol
http://www.ebay.com/itm/Brad-Paisley-2008-Alcohol-Tour-T-Shirt-XL-Music-Party-Country-Band-Concert-Black-/381308386994?pt=LH_DefaultDomain_0&hash=item58c7c03eb2

113- SnakeBite Whiskey Lighter
http://www.ebay.com/itm/Zippo-Snake-Bite-Whiskey-Pure-Rye-100-Proof-Black-Matte-Windproof-Lighter-NEW-/371252971475

114 -- Oh Whiskey Yer the Devil
https://www.teesforall.com/Whiskey_Yer_The_Devil_St_Pattys_Day_Tee_Shirt-p-23967.html

| | General | No JD | Movie | Music | State/City | SpeedShop | Products | Culture | Funny | Moonshine | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 | | | | | | | |
| 2 | 1 | | | | | | | | | | |
| 3 | | | | 1 | | | | | | | |
| 4 | | | | | | 1 | | | | | |
| 5 | | | | | | 1 | | | | | |
| 6 | | | | 1 | | | | | | | |
| 7 | 1 | | | | | | | | | | |
| 8 | | | 1 | | | | | | | | |
| 9 | | | | | | | 1 | | | | |
| 10 | | | | 1 | | | | | | | |
| 11 | | | | 1 | | | | | | | |
| 12 | | | 1 | | | | | | | | |
| 13 | | | | 1 | | | | | | | |
| 14 | 1 | | | | | | | | | | |
| 15 | | | | 1 | | | | | | | |
| 16 | | | | 1 | | | | | | | |
| 17 | 1 | | | | | | | | | | |
| 18 | | | | | 1 | | | | | | |
| 19 | | | | 1 | | | | | | | |
| 20 | 1 | | | | | | | | | | |
| 21 | | | | | 1 | | | | | | |
| 22 | | | | | | | | | 1 | | |
| 23 | | | | | | | | | | 1 | |
| 24 | | | | | | | | | | | 1 |
| 25 | 1 | | | | | | | | | | |
| 26 | 1 | | | | | | | | | | |
| 27 | 1 | | | | | | | | | | |
| 28 | 1 | | | | | | | | | | |
| 29 | 1 | | | | | | | | | | |
| 30 | | | 1 | | | | | | | | |
| 31 | 1 | | | | | | | | | | |
| 32 | | | | 1 | | | | | | | |
| 33 | 1 | | | | | | | | | | |
| 34 | 1 | | | | | | | | | | |
| 35 | | | | | 1 | | | | | | |
| 36 | | | | | 1 | | | | | | |
| 37 | 1 | | | | | | | | | | |
| 38 | 1 | | | | | | | | | | |
| 39 | | | | | 1 | | | | | | |
| 40 | | | | | | | | | | 1 | |
| 41 | 1 | | | | | | | | | | |
| 42 | 1 | | | | | | | | | | |
| 43 | 1 | | | | | | | | | | |
| 44 | 1 | | | | | | | | | | |
| 45 | 1 | | | | | | | | | | |
| 46 | 1 | | | | | | | | | | |
| 47 | 1 | | | | | | | | | | |
| 48 | 1 | | | | | | | | | | |
| 49 | 1 | | | | | | | | | | |
| 50 | | | | | 1 | | | | | | |
| 51 | | | | | | | | | | | 1 |
| 52 | | | | | | | | | | 1 | |
| 53 | | | 1 | | | | | | | | |
| 54 | 1 | | | | | | | | | | |
| 55 | 1 | | | | | | | | | | |
| 56 | | | | | | | | | | 1 | |
| 57 | 1 | | | | | | | | | | |
| 58 | | | 1 | | | | | | | | |

SAC0089

| | General | No JD | Movie | Music | State/City | SpeedShop | Products | Culture | Funny | Moonshine | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 1 | | | | | | | | | | |
| 60 | 1 | | | | | | | | | | |
| 61 | 1 | | | | | | | | | | |
| 62 | 1 | | | | | | | | | | |
| 63 | | | | | | | | 1 | | | |
| 64 | 1 | | | | | | | | | | |
| 65 | | | 1 | | | | | | | | |
| 66 | 1 | | | | | | | | | | |
| 67 | 1 | | | | | | | | | | |
| 68 | | | | | | | | | | | 1 |
| 69 | 1 | | | | | | | | | | |
| 70 | | | | | | | | 1 | | | |
| 71 | | | 1 | | | | | | | | |
| 72 | 1 | | | | | | | | | | |
| 73 | | | | | | 1 | | | | | |
| 74 | 1 | | | | | | | | | | |
| 75 | | | | | | | | | 1 | | |
| 76 | | | | | | | | | | | 1 |
| 77 | 1 | | | | | | | | | | |
| 78 | 1 | | | | | | | | | | |
| 79 | | | | | | | | | | | 1 |
| 80 | 1 | | | | | | | | | | |
| 81 | 1 | | | | | | | | | | |
| 82 | | | | | | | | | 1 | | |
| 83 | 1 | | | | | | | | | | |
| 84 | 1 | | | | | | | | | | |
| 85 | 1 | | | | | | | | | | |
| 86 | 1 | | | | | | | | | | |
| 87 | 1 | | | | | | | | | | |
| 88 | | | | 1 | | | | | | | |
| 89 | 1 | | | | | | | | | | |
| 90 | | | | | | | | | 1 | | |
| 91 | 1 | | | | | | | | | | |
| 92 | | | | | | | | | | | 1 |
| 93 | 1 | | | | | | | | | | |
| 94 | | | | | 1 | | | | | | |
| 95 | | | 1 | | | | | | | | |
| 96 | 1 | | | | | | | | | | |
| 97 | | | | 1 | | | | | | | |
| 98 | 1 | | | | | | | | | | |
| 99 | | | | 1 | | | | | | | |
| 100 | | | | | | | | | | | 1 |
| 101 | | | | | | | | | | | 1 |
| 102 | | | | | 1 | | | | | | |
| 103 | | | | | | | | | | | 1 |
| 104 | 1 | | | | | | | | | | |
| 105 | | | 1 | | | | | | | | |
| 106 | | | | | | | | | | | 1 |
| 107 | | | | | | | | 1 | | | |
| 108 | | | | | | | | | | | 1 |
| 109 | 1 | | | | | | | | | | |
| 110 | | | | | | 1 | | | | | |
| 111 | | 1 | | | | | | | | | |
| 112 | | | | | | | | | | | 1 |
| 113 | 1 | | | | | | | | | | |
| 114 | 1 | | | | | | | | | | |
| | 55 | 1 | 9 | 13 | 8 | 4 | 1 | 4 | 7 | 2 | 10 |
| | General | No JD | Movie | Music | State/City | SpeedShop | Products | Culture | Funny | Moonshine | Other |

114

SAC0090



Clothing, Shoes & Jewelry ▼ | black whiskey t-shirt

$25 Back with Camera Sto
With Prom

Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Hello, Stephen
**Your Account** ▼

Your
**Prime** ▼

Wish
**List** ▼

Women ▼ | Men ▼ | Girls ▼ | Boys ▼ | Baby ▼ | Luggage ▼ | Sales And Deals ▼ | Your ▼s ▼

results for "black whiskey t-shirt"



Bay Island Sportswear

# Bravado Dimebag Darrell Whiskey Black T Shirt

Be the first to review this item

Price: $16.99 - $23.13

**Size:**

Select ▼ | Size Chart

- 100% Cotton
- Licensed and Official

Share ✉ ▮

To buy, sele
Choose from opti

🛒 Add t

Add to Wish List

Roll over image to zoom in



# ; Who Viewed This Item Also Viewed



g Darrell - Mens
Flag T-Shirt In Black
☆☆☆ 4
- $20.25



Dimebag Darrell Whiskey
T-Shirt
$17.95



Bravado Adult Pantera
"Dimebag Darrell" 1966-
2004 Black T-Shirt
$18.99



Adult Dimebag Darrell
"Portrait" Black Slim Fit T-
Shirt
☆☆☆☆☆ 3
$16.99



Dimebag Darrell - F
Stars T-Shirt
☆☆☆☆☆ 4
$11.88 - $22.90



Moment Gear





## Moment Gear Men's Whiskey Makes Me Frisky T Shirt

Be the first to review this item

Price: $27.00 - $32.00

**Size:**

Select ▼ Size Chart

**Color:** Black

  

- Printed in the USA using eco-friendly ink.
- Cotton/Polyester/Rayon
- Available Sizes: XS - 4XL
- Available Colors: Grey, White, and Black

Roll over image to zoom in

♡

To buy, sele
Choose from opti

🛒 Add t

Add to Wish List

# Who Bought This Brand Also Shopped For



Gear Men's
Makes Me Frisky
Shirt



Moment Gear Men's
Whiskey Makes Me Frisky
Tank
$27.00 - $32.00



Moment Gear Men's
Whiskey Makes Me Frisky
V Neck
$27.00 - $32.00



Moment Gear Men's Talk
Disney To Me T Shirt
$27.00 - $32.00



Moment Gear Men'
Me I'm Irish T Shirt
$27.00 - $32.00

# Products Related To This Item (What's this?)

    



amazon
Prime

With Promo Code 25CAMERA

Wish
List ▾

0
Cart

FREE RETURNS

Shop by
Department ▾

Clothing, Shoes & Jewelry ▾ | black whiskey t-shirt

Stephen's Amazon.com

Today's Deals    Baby ▾    Luggage ▾    Sales And Deals ▾    Your *#s ▾

Hello, Stephen
Your Account ▾

Your
Prime ▾

Gift Cards    Sell    Help

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾

‹ Back to search results for "black whiskey t-shirt"



Roll over image to zoom in

Stooble Original Print

## Stooble Men's Springsteen Whiskey T-Shirt

★★★★☆ ▾ 4 customer reviews

Price: $19.99

Size:

| Select ▾ |   Size Chart | Fit As expected (86%) ▸

Color: Black

* High Quality 100% cotton T-Shirt
* Individually printed using latest garment technology
* Long lasting heat cured print
* Machine washable – inside out at low temperature

### Frequently Bought Together

Stooble Original Print
$19.99

Motown Automotive
Design
$17.95

Share ✉ ▾ 👍 🐦 @

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List



## Wellcoda | Classic Evil Skull Mens NEW Speed Shop Black T-shirt S-5XL

Be the first to review this item

Price: $13.58 - $15.18

**Size:**

Select ▼   Size Chart

**Color: Black**

- Your Orders Shipped Within 24 Hours with Local 60 Day Return
- Premium Quality, Professionally Hand Printed Apparel from the UK
- Extremely Comfortable, 100% Ethically Sourced Cotton, Machine Washable
- Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
- Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

Roll over image to zoom in



To buy, sele
Choose from opti

🛒 Add

Add to Wish List

## Who Bought This Brand Also Shopped For



a | Classic Evil
ens NEW Speed
ack Tank Top S-



Wellcoda | Classic Evil
Skull Mens NEW Black
Long Sleeve T-shirt S-2XL
$15.18



Wellcoda | Skull Robot
Cyborg Mens NEW
Mechanical Black T-shirt
S-5XL
$13.58 - $15.18



Wellcoda | Religion Skull
Church Mens NEW
Skeleton Black T-shirt S-
5XL
$13.58 - $15.18



Wellcoda | Skeleto
USA Mens NEW S
Battle Black T-shir
$13.58 - $15.18

## Products Related To This Item (What's this?)













SAC0099



amazon
Prime

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by
Department ▾

Clothing, Shoes & Jewelry ▾    black whiskey t-shirt

Hello, Stephen
Your Account ▾    Your
Prime ▾    Wish
List ▾    0
Cart

FREE RETURNS
On Prime eligible

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Today's Deals    Stephen's Amazon.com    Gift Cards    Sell    Help    Sales And Deals ▾    Your Pins ▾

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Men › Shirts › Tanks Tops

wellcoda

## Wellcoda | Classic Evil Skull Mens NEW Speed Shop Black Tank Top S-2XL

Be the first to review this item



Price: $13.58

**Size:**

Select ▾    Size Chart

**Color: Black**

* Your Orders Shipped Within 24 Hours with Local 60 Day Return
* Premium Quality, Professionally Hand Printed Apparel from the UK
* Extremely Comfortable, 100% Ethically Sourced Cotton. Machine Washable
* Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
* Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

Roll over image to zoom in

Share ☑ f ⚫ ⑫

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List



# Customers Who Bought This Brand Also Shopped For





SAC0100

amazon
Prime

Shop by
Department ▾    Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Clothing, Shoes & Jewelry ▾    black whiskey t-shirt    🔍

Hello, Stephen
Your Account ▾    Your
Prime ▾    Wish
List ▾    🛒 Cart
0

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ⁕s ▾

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

FREE RETURNS
Restrictions apply ›

‹ Back to search results for "black whiskey t-shirt"

Roll over image to zoom in

Bravado

# Bravado Men's Run DMC - Rock and Rule Whiskey Label T-Shirt

Be the first to review this item

Price: $14.76 - $23.29 & FREE Returns on some sizes and colors. Details

Size:

Select    ▾    Size Chart

Color: Black

* 100% Cotton
* Imported
* Machine Wash
* Music, sports and entertainment merchandise
* Great gift idea

Share ✉ 📘 🐦 📧

To buy, select **Size**
Choose from options to the left

**Add to Cart**

Add to Wish List



Graphic Tee Shop
Bold & laid-back styles for everyday wear. View our full selection of band, video game, novelty tees & more. See the selection.

# Customers Who Viewed This Item Also Viewed








# Moonshine Design Men's Tee (Black, X-Large)

Be the first to review this item

Price: $19.99 *Prime* & Free Returns.  Details

**Note:** Available at a lower price from other sellers, potentially without free Prime shipping.

Only 1 left in stock.
Sold by Juiceclouds and Fulfilled by Amazon. Gift-wrap available.

**Want it tomorrow, July 2?** Order within **3 hrs 54 mins** and choose **One-Day Shipping** at checkout. Details

Turn on 1-Click orderin

**Ship to:**

Stephen Sacra- SC(

Add to Wish List

**Other Sellers o**

$15.04
+ $3.95 shipping
Sold by: The Distributo

3 new from $14.99

oll over image to zoom in

# Who Viewed This Item Also Viewed











#NERS Men's
bel Short Sleeve

☆☆ 1
*Prime*

Whiskey Made Me Do It
Black Adult T-Shirt
$14.95 - $17.95

Moonshine - Water Of Life
Men's T-Shirt #B407
☆☆☆☆☆ 2
$16.99

Original Moonshiners
Whiskey Men's T-shirt,
Foolin' The Government
Since 1776 Moonshine
Design Men's Tee (Navy...
$17.99 *Prime*
Get it by Tomorrow

Trust Me I'm A Doc
Shineology Men's T
Moonshine Doctor
Shineology Design
Tee...
$12.99

# Products Related To This Item (What's this?)

Page 2 of













amazon
prime

Shop by
Department ▾    Stephen's Amazon.com    Today's Deals    Baby ▾    Luggage ▾    Gift Cards    Sell    Help    Sales And Deals ▾    Your *#$ ▾

Clothing, Shoes & Jewelry    black whiskey t-shirt

$25 Back With Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
Your Account ▾

Your
Prime ▾

Wish
List ▾

0
Cart

FREE RETURNS
Restrictions apply

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Novelty & More ▾    Movie & TV Fan ▸ Tops & Tees ▸ T-Shirts

Clothing, Shoes & Jewelry ▸ Novelty & More ▸ Movie & TV Fan ▸ Tops & Tees ▸ T-Shirts

Duck Dynasty
## Duck Dynasty Duckaholic Label 100% Proof Officially Licensed Adult T-Shirt
⋆⋆⋆⋆⋆ ▾ 46 customer reviews

Price: $9.95 – $23.95

**Size:**

[ Select ▾ ]    ▸ Size Chart | Fit As expected (89%) ▸

**Color: Black**

- Officially Licensed Merchandise, Detailed Graphic Artwork Design
- Music, Sports & Entertainment Merchandise
- Quality Products
- Machine Wash Cold, Tumble Dry Low, No Bleach
- Great Gift Idea, That Any Fan Will Like.

Roll over image to zoom in

Share ⊠ 🇫 📱 @

To buy, select **Size**
Choose from options to the left

[ Add to Cart ]

[ Add to Wish List ]

### Frequently Bought Together

Brand: Howard Books
$14.48

Duck Commander
$9.99 – $17.99



$25 Back with Camera Sto
With Prom

Clothing, Shoes & Jewelry ▾ | black whiskey t-shirt

Hello, Stephen
**Your Account** ▾

Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Your
**Prime** ▾

Wish
**List** ▾

Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ☺s ▾

esults for "black whiskey t-shirt"

Orange Amplifiers

# Orange Amplifiers Men's Whiskey Crest T-Shirt

Be the first to review this item



List Price: $20.00
Price: **$19.99** + $3.49 shipping
You Save: $0.01

**Note:** Not eligible for Amazon Prime.

Only 1 left in stock.
Ships from and sold by Woodwind and Brasswind.

**Estimated Delivery Date:** Tuesday, July 7 when you choose Two-Day Shipping at checkout.

Share ✉ ▊

**$19.99** + $3.49
In Stock  Sold by V
**Brassw**

🛒        Add t

Turn on 1-Click orderin

**Ship to:**
Stephen Sacra- SC(

Add to Wish List

**Other Sellers o**

2 new from $19.99

Roll over image to zoom in

♡

## Who Viewed **This Item Also Viewed**

Page



tic ORANGE
N Octopus Monster
mplifiers T-Shirt S-
W
☆☆☆ 1
- $20.95



SAC0109

# amazon
Prime

Shop by **Department** ▾ | Clothing, Shoes & Jewelry ▾ | black whiskey t-shirt | 🔍

Stephen's Amazon.com | Today's Deals | Baby ▾ | Luggage ▾ | Gift Cards | Sell | Help

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
**Your Account** ▾ | Your **Prime** ▾ | Wish **List** ▾ | 🛒 **Cart**

FREE RETURNS

Amazon Fashion | Women ▾ | Men ▾ | Girls ▾ | Boys ▾ | T-Shirts

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts




UD Gate

## Funny Jim Morrison The Doors Show Me Next Whiskey Bar T-Shirt

★★★★★ ▾ 3 customer reviews

Price: $12.95 - $16.95

**Size:**

Select ▾ | Size Chart | Fit As expected (80%) ▸

Color: Black

- High quality fabric
- 100% cotton
- Machine wash

Roll over image to zoom in

Share ✉ 📘 🐦 @

To buy, select **Size**
Choose from options to the left

[ ] Add to Cart

Add to Wish List

### Frequently Bought Together



RockWaresUSA
$7.00 - $15.49

Liquid Blue
$14.00 - $36.95

Your ºɡ's ▾

Your ºɡ's ▾

Sales And Deals ▾

SAC0111

amazon
Prime

Shop by
Department ▾    Stephen's Amazon.com    Today's Deals    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ♥s ▾

Clothing, Shoes & Jewelry ▾    black whiskey t-shirt    🔍

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
Your Account ▾    Your Prime ▾    Wish List ▾    🛒 Cart 0

FREE RETURNS

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾

Clothing, Shoes & Jewelry › Men › Clothing › Shirts





Roll over image to zoom in

UD Gate

## Jim Morrison The Doors Band Show Me To Next Whiskey Bar Mens Tank Top

Be the first to review this item

Price: $12.95 - $16.95

**Size:**    Size Chart

**Color:** Black

* High quality fabric
* 100% cotton
* Machine wash

Share ✉ 🅵 👾 ℗

To buy, select **Size**
Choose from options to the left

Select ▾

🛒 Add to Cart

Add to Wish List







Men's Black R-T-Shirt



☆☆☆☆☆ ▾ 1 customer review

Price: $18.99 - $20.91 & FREE Returns on some sizes and colors. Details

**Size:**

Select ▾    Size Chart

**Color:** Black

- 100% Cotton
- Officially Licensed
- Featuring The Three Stooges
- 100% Cotton
- Quality Screen-Printed Graphics
- Standard Men's Sizes

Roll over image to zoom in



To buy, sel
Choose from opt

Add

Add to Wish List

## Who Viewed This Item Also Viewed



tooges T-Shirt
ıys
☆☆ 6
$37.29



Three 3 Stooges T-shirt
Oh, Wise Guy, Eh? Adult
Tee Shirt
☆☆☆☆☆ 14
$7.95 - $22.99



Three 3 Stooges Beer T-
shirt - Knucklehead
Brewing Company Tee
Shirt
☆☆☆☆☆ 3
$14.49 - $19.99



Liquid Blue Men's Three
Stooges Dewey Cheatem
and Howe T-Shirt
☆☆☆☆☆ 1
$18.95 - $23.29



Three 3 Stooges T
Higher Learning A
Shirt
☆☆☆☆☆ 4
$16.42 - $21.99

## Products Related To This Item (What's this?)













SAC0115





Roll over image to zoom in



amazon
Prime

Clothing, Shoes & Jewelry ▾   black whiskey t-shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
Your Account ▾    Your
Prime ▾    Wish
List ▾    0 Cart

FREE RETURNS

Shop by
Department ▾    Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help    Sales And Deals ▾    Your ®s ▾

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾

‹ Back to search results for "black whiskey t-shirt"

Rockwear

## Whiskey In The Jar - Metallica T-Shirt

Be the first to review this item

Price: $18.49 - $19.99

**Size:**

Select ▾    Size Chart

* Reinforced Stitching
* Professionally Silk Screened
* Machine Washable
* High Resolution Graphic, Vivid & Durable Colors
* The Model depicted is 5 feet 9 inches tall and is wearing a size Medium.

Share ✉ f 🐦 @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

suits for "black whiskey t-shirt"



Roll over image to zoom in



Steady Clothing

## Men's Steady Whiskey Brigade Tee Black Shirt

Be the first to review this item

Price: $19.99

**Size:**

Select ▼    Size Chart

- World Domination One Drink At A Time.
- Men's soft fitted classic collared 100% Cotton tee.
- Made in the USA!
- Steady Clothing

Share 

To buy, sel·
Choose from opti·

Add ·

Add to Wish List

# Who Bought This Brand Also Shopped For



n's Brantley Gilbert
Shirt
⭐⭐ 4
$23.29



Waylon Jennings God,
Guns And Wayland T-shirt
⭐⭐⭐⭐ 11
$12.82 - $31.89



Hot Buckles Vintage Look
Distressed Brown Leather
Strap Belt Snap On for
Buckles
⭐⭐⭐⭐ 160
$11.50 - $12.95



Mossy Oak & Realtree
Camo Hats Adjustable Cap
(16 Patterns)
⭐⭐⭐⭐ 11
$16.95 - $18.95



Deadpool - Girl Ge·
Shirt
⭐⭐⭐⭐ 4
$22.90

# Products Related To This Item (What's this?)













# WHISKEY BRIGADE

## • BARLEY & BRUISES •



XX

*Established*
## 1995

# WORLD DOMINATION
# ONE DRINK AT A TIME

 Advocates of Steady & Sons 



# TASY Men's Brad Paisley This Is Country Music 100% Cotton T-shirt - Black

Be the first to review this item

To buy, se
Choose from o

Add

List Price: $50.00
Price: $23.99
You Save: $26.01 (52%)

Add to Wish Lis

**Size:**

Select ▾   Size Chart

**Color: Black**

- High Quality T-shirt
- 100% Cotton,Short Sleeve
- Color: Black
- Graphic On Front Of Shirt
- Printed With One Color Soft Hand Ink. Very Soft And Comfy.

Roll over image to zoom in

## s Who Bought This Brand Also Shopped For







Men's Shania Twain
This Country Tour
Cotton T-shirt -

TASY 100% Cotton Men's
Zidane T-shirt - Black
$23.99

TASY 100% Cotton Men's
Runner T-shirt - Black
$23.99

TASY 100% Cotton Men's
Islanders T-shirt - Black
$23.99

TASY 100% Cott
Raul Gonzalez 14
Black
$23.99

## d Products Related To This Item (What's this?)









SAC0120

$25 Back with Camera Sto...
With Prom

Clothing, Shoes & Jewelry ▾

Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Hello, Stephen
**Your Account** ▾

Your
**Prime** ▾

Wish
**List** ▾

Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ❦s ▾

Jewelry › Men › Clothing › Shirts



Share ✉ f

UD Gate

# Guns N' Roses GNR Los Angeles Paradise City Jack Daniels Men's Tank Top

Be the first to review this item

Price  $12.95 - $16.95

To buy, sele
Choose from optic

🛒    Add t

**Size:**

[ Select     ▾ ]  Size Chart

Add to Wish List

**Color:** Black

- High quality fabric
- 100% cotton
- Machine wash

Roll over image to zoom in



---

; **Who Viewed This Item Also Viewed**



Roses Los
; LA Paradise City
usic Band Mens T-

- $16.95



Guns N Roses T-shirt
Jumbo Apetite for
Destruction
⭐⭐⭐⭐⭐ 42
$12.15 - $23.29



Jack Daniel's Whiskey
Men's Tank Top : Saloon
Shirt
⭐⭐⭐⭐⭐ 5
$23.39 - $29.48



Bravado Merchandising
Guns N' Roses Cross T-
Shirt Black
⭐⭐⭐⭐⭐ 46
$11.15 - $20.00



Bravado Men's Gun
Roses Bullet T-Shir
⭐⭐⭐⭐⭐ 91
$7.70 - $25.29





Share ✉ ▮



Outlaw Threadz

## Outlaw Threadz Men's Harley's & Whiskey Crew Neck Graphic T-Shirt

Be the first to review this item

Price: $21.99 - $24.99

**Size:**

Select ▼   Size Chart

- 100% Cotton
- New with tags
- Machine Wash Only/Do Not Dry Clean
- Made in USA

To buy, sele
Choose from opti

🛒 Add t

Add to Wish List



Roll over image to zoom in

♡

# Who Bought This Brand Also Shopped For

    

Threadz Men's
e Crew Neck
T-Shirt
$24.99

Outlaw Threadz Men's
"Anarchy" Crew Neck
Graphic T-Shirt Black
$17.99 - $20.99

Outlaw Threadz Men's
"Dualist" Crew Neck
Graphic T-Shirt Black
$17.99

Outlaw Threadz Men's
Logo Black Crew Neck
Graphic T-Shirt
$21.99

Outlaw Threadz Me
"American Outlaw"
Neck Graphic T-SI
⭐⭐⭐⭐☆ 2
$17.99

# Products Related To This Item (What's this?)

    





oll over image to zoom in

- 100% Cotton Unisex T-shirt
- Comfortable Modern Fit Wash Inside out with cold water
- Print may appear smaller on bigger shirts
- Designed and printed in the United States
- See our store for more great apparel! Great gift or for yourself!
  Perfect for birthdays, Christmas, Hanukkah, Valentine's Day,
  Anniversary, and everyday gift ideas

## Frequently Bought Together



Shop4Ever
$6.99 - $9.99



California Apparel
$5.00 - $20.00

## Who Bought This Item Also Bought

Page 2



nia State Outline
al Sticker

⭐⭐ 14



California Republic West
Coast Men's T-Shirt
⭐⭐⭐⭐☆ 4
$5.00 - $10.00



California Republic - Cali
Bear Men's T-shirt Tee
⭐⭐⭐⭐☆ 16
$9.95 - $13.95



Mens Short-Sleeve
California All-Star Cali Life
Black T-Shirt
⭐⭐⭐⭐☆ 8
$9.99 - $13.99



California Republic
Mens T-Shirt
⭐⭐⭐⭐☆ 15
$21.95 - $25.00

## Products Related To This Item (What's this?)









SAC0127

# amazon
## Prime

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
**Your Account** ▾

Your
**Prime** ▾

Wish
**List** ▾

🛒 0
**Cart**

FREE RETURNS

Shop by
**Department** ▾    Stephen's Amazon.com   Today's Deals   Baby ▾   Luggage ▾   Gift Cards   Sell   Sales And Deals ▾   Your ▾

Clothing, Shoes & Jewelry ▾

Amazon Fashion   Women ▾   Men ▾   Girls ▾   Boys ▾   Baby ▾   Novelty & More ▾   Novelty ▾ Clothing

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing



Click to open expanded view

Unknown

## Johnny Cash - Cash Label T-Shirt

★★★★★ ▾ 40 customer reviews

Price: $12.50 - $24.95 & FREE Returns on some sizes and colors. Details

Sale: Lower price available on select options

Size:

| Select ▾ |   Size Chart | Fit As expected (80%) ▸

Color: Black

- Officially Licensed Johnny Cash Merchandise

Share ✉ 🅕 📌 @

To buy, select **Size**
Choose from options to the left

**Add to Cart**

**Add to Wish List**

## Frequently Bought Together



Zion Rootswear
$9.99 - $26.95

Johnny Cash
$12.15 - $18.98

# Customers Who Bought This Item Also Bought



SAC0128



# Wellcoda | Whiskey Original Mens NEW Brewed For Biker Black T-shirt S-5XL

Be the first to review this item

Price: $13.58 – $15.18

**Size:**

Select ▼  Size Chart

**Color:** Black

* Your Orders Shipped Within 24 Hours with Local 60 Day Return
* Premium Quality, Professionally Hand Printed Apparel from the UK
* Extremely Comfortable, 100% Ethically Sourced Cotton. Machine Washable
* Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
* Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

To buy, sele
Choose from optic

[🛒 Add t ]

[ Add to Wish List ]

oll over image to zoom in



# Who Bought This Brand Also Shopped For



| Deadman Hand
ns NEW Party
ick T-shirt S-5XL
$15.18



Wellcoda | Shut Up And
Ride Mens NEW Biker
Skull Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Trust Me Pirate
Sea Mens NEW Rum
Whiskey Black T-shirt S-
5XL
$13.58 - $15.18



Wellcoda | Ride Like You
Biker Mens NEW Stole It
USA Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Top Haw
Biker Mens NEW M
USA Black T-shirt S
$13.58 - $15.18

# Products Related To This Item (What's this?)





For the People - By the People



Shop by
**Department** ▾    Stephen's Amazon.com    Today's Deals    Baby ▾    Boys ▾    Girls ▾    Men ▾    Women ▾    Gift Cards    Sell    Help    Sales And Deals ▾

FREE RETURNS

Your
**Prime** ▾    Wish
**List** ▾    ☷ **Cart**

Amazon Fashion

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Men › Shirts › T-Shirts

California Apparel

# California Republic West Coast Men's T-Shirt

☆☆☆☆☆ ▾ 4 customer reviews

List Price: $25.00
Price: $5.00 - $10.00

Size: Size Chart | Fit As expected (90%) ▸

**Size:**

Select ▾

**Color: Black**

- 100% cotton t-shirt
- Super Fast Shipping!
- Made in the USA!
- Check out our entire California Republic collection!
- Copy link below:
- http://www.amazon.com/s/ref=sr_nr_p_4_0?me=A3THY4ESLZPN5V&rh=p_4%3ACalifornia+Apparel&ie=UTF8&qid=1433963563

Roll over image to zoom in

Share ☒ ▪ ▪ @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



California Apparel
$5.00 - $20.00

California Apparel
$5.00 - $12.00







es & Back Ro...
$24.00 USD

She's Whiskey in a Tea Cu...
EllieSueTees    $22.00 USD

Beers, Bonfires & Back Ro...
EllieSueTees    $22.00 USD

I just want to travel the bac...
DesertRavenArt   $5.00 USD

Blame it on
EllieSueTee

## EllieSueTees

♥ Favorite Shop






**Like this item?**
Add it to your favorites to revisit it later.



### Beers, Bonfires & Back Roads Wo
### Tee (2 Colors)

**$22.00** USD

Ask

**Quantity**

| 1 ▾ |

**Color**

| Select a color ▾ |

**Size**

| Select a size ▾ |

**Overview**

- Handmade item
- Material: Heat Press Vinyl
- Made to order
- Only ships to United States from Idaho
- Feedback: 22 reviews

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

🐦 Tweet    📌 Pin it    tumblr.  +    f Like



**EllieSueTees**



SAC0134

Share ☑ 

Humor Tees



# Mens I Wanna Be Drunk Short-Sleeve Black T-Shirt

Be the first to review this item

Price: $17.95 - $18.95



To buy, sele
Choose from opti

🛒 Add t

Add to Wish List

**Size:**

Select ▼    Size Chart

- 100% Cotton
- Available in Sizes S-3XL
- Graphic on front of shirt
- Machine Washable

Roll over image to zoom in



# Who Bought This Brand Also Shopped For











ack Cat Short-
Black T-Shirt
$19.95

Mens Shelby Cars Short-
Sleeve Black T-Shirt
$17.95 - $18.95

Mens Hockey Dad Short-
Sleeve Black T-Shirt
$17.95 - $18.95

Mens Legendary Marilyn
Short-Sleeve Black T-Shirt
$17.95 - $18.95

Football Dad Mens
Short-Sleeve T-Shi
$9.99 - $12.99

# Products Related To This Item (What's this?)











seas Tour Eagle

H-D Overseas Tour

Harley-Davidson T-Shirt -

Jack Daniels Front Label

Vstone Men's Knitt



 

Clothing, Shoes & Jewelry black whiskey t-shirt

Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Hello, Stephen
**Your Account** ▾

Your
**Prime** ▾

Wish
**List**

Women ▾ | Men ▾ | Girls ▾ | Boys ▾ | Baby ▾ | Luggage ▾ | Sales And Deals ▾ | Your #s ▾

results for "black whiskey t-shirt"



AM T-Shirts

# WHITE LIGHTNING MOONSHINE SINCE 1791 Smoke Men's Tee (6.1oz)

Be the first to review this item

Price: $19.00 – $27.00 

**Size:**

Select ▾ | Size Chart

**Color:** Black

    

* 100% Pre-Shrunk Cotton
* 6.1 oz Cotton
* Classic Fit
* Combed Ring Spun Cotton

Roll over image to zoom in

♡

Share ✉ |

To buy, sel
Choose from opt

🛒 Add

Add to Wish List

---

## d Products Related To This Item (What's this?)



-Shirt - 1776 July
ependence Day
an Apparel Black



USA T-Shirt – Happy 4th
July Independence day
American Apparel Black
Shi...
$19.98



USA T-Shirt - Happy 4th
July Independence day
American Apparel Black
Shi...
$19.98



Jack Daniels Men's
Daniel's Label T-Shirt
Black XX-Large
★★★★☆ (140)
$22.11 ✓Prime



H-D Overseas Tou
Nostalgic Eagle C
Military T-Shirt Me
Large. ...
★★★★☆ (1)
$38.95 ✓Prime



**amazon** Prime

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
Your Account ▾    Your Prime ▾    Wish List ▾    0 Cart

FREE RETURNS
Some restrictions

Clothing, Shoes & Jewelry ▾    whiskey parody

Shop by Department ▾    Stephen's Amazon.com    Today's Deals    Baby ▾    Boys ▾    Girls ▾    Men ▾    Women ▾

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Gift Cards    Sell    Help    Sales And Deals ▾    Your ♥s ▾

‹ Back to search results for "whiskey parody"

REBEL CIRCUS

### REBEL CIRCUS Women's Men's 80 Proof Tee

Be the first to review this item

Price: $24.95

Size:
[Select ▾]    Size Chart

Color: Black

• Men's 80 Proof Tee Super comfortable and great fitting tee shirt. Show 'em what you're made of!

Roll over image to zoom in

Share ✉ 🔲 📘 🐦 @

To buy, select **Size**
Choose from options to the left

[Add to Cart]

[Add to Wish List]

**Must-Have Tops & Tees**



Slouchy Tops    Sleeveless Fashion Tops    Short Sleeve Tees    Basic Tanks    See All Tops & Tees

## Customers Who Bought This Brand Also Shopped For





SAC0141

**amazon** Prime

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen          Your          Wish          0
Your Account ▾      Prime ▾       List ▾         Cart

FREE RETURNS
(some restrictions apply)

Shop by
Department ▾   | Clothing, Shoes & Jewelry ▾ | whiskey parody | 🔍

Amazon Fashion   Women ▾   Men ▾   Girls ▾   Boys ▾   Baby ▾   Luggage ▾   Stephen's Amazon.com   Today's Deals   Gift Cards   Sell   Help   Sales And Deals ▾   Your ❤s ▾

‹ Back to search results for "whiskey parody"

Skreened

## More Whiskey & Less Wine | Tank |
Be the first to review this item

Price: $33.99

**Size:**
Select ▾   | Size Chart

**Color: Athletic Grey**

           

* New
* Custom printed in the USA
* Washable
* Printed using direct-to-garment printing
* Ethically sourced

Share ✉ 📘 🐦 ⓟ

To buy, select **Size**
Choose from options to the left

🛒 | Add to Cart

Add to Wish List

Roll over image to zoom in

### Must-Have Tops & Tees

     

Slouchy
Tops

Sleeveless
Fashion
Tops

Short
Sleeve
Tees

Basic
Tanks

See All
Tops &
Tees



SAC0143



amazon Prime

Shop by Department ▾ | Stephen's Amazon.com | Today's Deals | Markdowns | Kitchen & Dining | Appliances | Sell | Gift Cards | Help | Bedding & Bath | Furniture & Décor | Patio & Garden | Wedding Registry ▾

Home & Kitchen | Best Sellers | Gift Ideas | Markdowns

Home & Kitchen ▾ | whiskey parody

Hello, Stephen
Your Account ▾ | Your Prime ▾ | Wish List ▾ | Cart

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

‹ Back to search results for "whiskey parody"





Click to open expanded view



## Home Style diylancas Cotton Linen Throw Pillow Cover Cushion Case Halloween Parody Nightmare Blood jack skellington Whiskey - 45 X 45 cm Square Design

by diylancase
Be the first to review this item

Price: $26.00 + $2.70 shipping

**Note:** Not eligible for Amazon Prime.

In Stock.
Ships from and sold by DBuyee.

**Estimated Delivery Date:** July 28 - Aug. 13 when you choose Standard at checkout.

* Actual patterns on the throw pillow cover / cushion cover may differ due to pattern placement on original fabric layout
* The color of the throw pillow cover / cushion cover may differ due to different monitors
* ONLY THROW PILLOW COVER / CUSHION COVER. PILLOW INSERT IS NOT INCLUDED
* Size: 45 cm x 45 cm
* Made of durable cotton linen cloth material

Share ✉ ⓕ 𝕗 🐦 ⓟ

Qty: | 1   ▾

$26.00 + $2.70 shipping
In Stock. Sold by DBuyee

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Stephen Sacra - SCOTTSDALE  ▾

Add to Wish List

Have one to sell?   Sell on Amazon



SAC0144



# amazon
## Prime

Shop by
**Department ▾**    Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help    Desktops & Monitors    Hard Drives & Storage    Computer Accessories    Tablet Accessories    PC Components

Computers    Brands    Best Sellers    Laptops & Tablets

Electronics ▾    | whiskey parody |

Hello, Stephen
**Your Account ▾**    Your
**Prime ▾**    Wish
**List ▾**    🛒 **Cart**

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

‹ Back to search results for "whiskey parody"







Click to open expanded view

## Society6 - Halloween Parody Nightmare Blood Jack Skellington ... iPad Case by Three Second

by Society6
Be the first to review this item

Price: $60.00 No Shipping Info

**Available to buy on Society6** (www.society6.com)
This item is only available on another website.

* Stylish and Functional iPad Cases
* Artwork by Three Second
* Compatible with: iPad (2nd/3rd/4th Gen)
* An independent artist profits from every purchase on Society6.

1 new from $60.00

Share ☒ ⓕ 🦋 🅟

Buy it on this website
Society6
(www.society6.com)

**Shop This Website**

accepts **amazonpayments** ▾

Add to Wish List

Have one to sell?    **Sell on Amazon**

See a problem with this offer? Leave ad feedback

### Sponsored by SMK-Link



SMK-Link RemotePoint
Emerald Navigator Pres...
★★★★ (23)
$199.99 $99.00

Ad feedback ☐    Page 1 of 6

**Product Ads from External Websites** (what's this?)

Sponsored Content



SAC0146

‹ Back to search results for "whiskey parody"





Click to open expanded view

# Society6 - Halloween Parody Nightmare Blood Jack Skellington ... Stationery Cards by Three Second

by Society6
Be the first to review this item

Price: $12.00 No Shipping Info

### Available to buy on Society6 (www.society6.com)
This item is only available on another website.

* Stylish and Functional Stationery Cards
* Artwork by Three Second
* An independent artist profits from every purchase on Society6.

1 new from $12.00

Share ✉ ▣ 🐦 ⑨

### Buy it on this website
Society6
(www.society6.com)

accepts amazonpayments ▸

**Shop This Website**

Add to Wish List

Sell on Amazon

Have one to sell?

See a problem with this offer? Leave ad feedback

### Sponsored by Empire



Galaxy S6 Active
Polycarbonate Hybrid Bl...
$6.95

Ad feedback ▯

Sponsored Content



Society6 - There Is No Halloween 3 Stationery Cards by Silvio Le...

# Product Ads from External Websites (what's this?)



Society6 - Halloween Parody Nightmare Blood Jack Skellington &he...



Society6 - Halloween Parody Nightmare Blood Jack Skellington &he...



Society6 - Halloween Parody Nightmare Blood Jack Skellington &he...



Society6 - Halloween Parody Nightmare Blood Jack Skellington &he...



SAC0148



**Turquoishield**

🏪 Favorite Shop






13 items

**Like this item?**
Add it to your favorites to revisit it later.



Magic Spell Harry Potter T-shirt for Women, T-shirt for Men, print screen T-shirt, Awesome T-shirt, Size S --- 5XL

Ask a Question

**$20.49+** USD

Quantity
1 ▶

Size
Select a size ▶

**Overview**
- Handmade item
- Materials: preshrunk, cotton, Cotton Blend
- Made to order
- Ships worldwide from United States
- Feedback: 10 reviews
- Favorited by: 26 people

Add to Cart

Tweet    Pin it    tumblr.    f Like






SAC0150

Amazon Fashion   Women ▾   Men ▾   Girls ▾   Boys ▾   Baby ▾   Luggage ▾   Sales And Deals ▾   Your #'s ▾

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Women › Tops & Tees › Tanks & Camis

Love Print shirt

## Whiskey Tank Top Tattoos Make Me Frisky Funny T shirt Women Black Medium

Be the first to review this item

Price: $19.99 & FREE Shipping

**Note:** Not eligible for Amazon Prime.

In Stock.

Ships from and sold by nutsrunpon99.

**Estimated Delivery Date:** Wednesday, July 8 when you choose Two-Day Shipping at checkout.

* Whiskey Tank Top Tattoos Make Me Frisky Funny T shirt Women
* Black Medium
* Black T shirt
* 100 % Cotton
* Medium Size Chest : 36 Inches. LENGTH : 28 Inches

Roll over image to zoom in





FREE RETURNS

Share ☑ ⬛ 🗲 ⓟ

Qty: 1 ▾

$19.99 + Free Shipping

In Stock. Sold by **nutsrunpon99**

[ Add to Cart ]

Turn on 1-Click ordering for this browser

**Ship to:**
Stephen Sacra- SCOTTSDALE ▾

[ Add to Wish List ]

Page 1 of 2

# Customers Who Bought This Brand Also Shopped For



Whiskey Shirt Tattoos and

 

Whiskey Make Me Frisky



Whiskey Tank Top Tattoos



Whiskey Shirt Tattoos and

Whiskey Make Me Frisky





SAC0153

**amazon** Prime

Shop by
Department ▾

Clothing, Shoes & Jewelry ▾ | whiskey shirt

Hello, Stephen
Your Account ▾    Your Prime ▾    Wish List ▾    0 Cart

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Stephen's Amazon.com    Today's Deals    Baby ▾    Gift Cards    Luggage ▾    Sell    Sales And Deals ▾    Help    Your ♥s ▾

‹ Back to search results for "whiskey shirt"

FREE RETURNS
Details • some exclusions apply

Teetown

# Daryl Dixon Whiskey Southern Rebel The Walking Dead, Men's T-Shirt

Be the first to review this item

Price: $17.95

**Size:**

Select ▾    • Size Chart

- 100% Cotton - Soft Feel, Short Sleeve, Preshrunk t-shirt (PLEASE USE OUR SIZE GUIDE IN THE IMAGE GALLERY).
- Genuine, high quality, branded t-shirt.
- Fast dispatch straight to your door from the UK.
- Professionally printed, packed and dispatched using the latest and best digital print technology. No cheap and nasty iron on transfers used with our tees! We only use the best quality environmentally friendly printing industry standard inks.

Share ✉ 🔘 f 🔟 @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

Roll over image to zoom in







Soak up Summer ❯



**amazon** Prime

Shop by Department ▾ | Stephen's Amazon.com  Today's Deals  Gift Cards  Luggage  Sales And Deals ▾  Your ®s ▾

Clothing, Shoes & Jewelry ▾ | whiskey shirt

Amazon Fashion   Women ▾   Men ▾   Girls ▾   Boys ▾   Baby ▾   Today's Deals   Gift Cards   Sell   Help

‹ Back to search results for "whiskey shirt"

Hello, Stephen
**Your Account** ▾

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Your
**Prime** ▾

Wish
**List** ▾

0
**Cart**

FREE RETURNS

Roll over image to zoom in

Sons Of Liberty

## Women's: Ireland, Kilts Whiskey and Raising Hell, Kilt T-Shirt Made in USA T...

Be the first to review this item

Price: $29.99 - $31.85

**Size:**

Select ▾ | Size Chart

**Color: White**

* 100% Cotton
* Celtic, Irish and Scottish designs by Twisted Kilter Tees.
* Digitally Printed on a standard fitting Womens Fruit of the Loom T-Shirt.
* 5.0 oz. 100% Pre-Shrunk Cotton Tee. Premium Cotton Tee.
* Twisted Kilter Celtic Tees. T-Shirts with Kilt, Irish and Scottish themes. Printed on hoodies, tanks, tees. Mens and womens.
* Tee shirt runs true to size. Standard fitting womens tee. Not juniors, not oversized. Slight scoop on neck. Capped sleeves, girly tee.

Share ✉ 🄵 🐦 🅿

To buy, select Size
Choose from options to the left

[ Add to Cart ]

[ Add to Wish List ]

Page 1 of 5

SAC0155

## Customers Who Bought This Brand Also Shopped For





FREE RETURNS

Amazon Fashion    Women ˅    Men ˅    Girls ˅    Boys ˅    Baby ˅    Luggage ˅    Sales And Deals ˅    Your ˅

‹ Back to search results for "whiskey shirt"

Fifty5 Clothing

## Women's Fifty5 Clothing Tattoos Girls and Whiskey Vintage T-Shirt Black

Be the first to review this item

Price: $37.99

**Size:**

Select ▾    Size Chart

* 100% Ring Spun Combed Cotton
* Pajama soft and cut for a flattering fit
* Side seamed. Tagless. Preshrunk.
* Elegant yet comfy
* Printed with eco-friendly, water-based inks for an extra soft finish
* Made in California

Roll over image to zoom in





Share ✉ f 👥 @

To buy, select **Size**
Choose from options to the left

[ Add to Cart ]

[ Add to Wish List ]

Page 1 of 5






# Customers Who Bought This Brand Also Shopped For

Women's Fifty5 Clothing
Tattoos Girls and

Women's Fifty5 Clothing
Sarcasm Vintage T-Shirt

Women's Fifty5 Clothing
Stand Justice Vintage T...

Women's Fifty5 Clothing
Stay Weird Vintage T-Shirt

Women's Fifty5 Clothing
Team Vodka Vintage T...







Take M T-Shirt

Be the first to review this item

Price: $19.99 – $21.99 & FREE Returns on some sizes and colors. Details

**Size:**

Select ▼    Size Chart

- Brand New
- 100% Cotton
- Limited Design

Roll over image to zoom in



To buy, se
Choose from op

🛒 Add

Add to Wish Lis

# Who Viewed This Item Also Viewed





Sports 'King of
Beer Label T-Shirt
☆☆☆ 1
- $22.99

Boston Sports Boston
Common T-Shirt
$19.99 - $22.99

# Products Related To This Item (What's this?)









SAC0160

SAC0161

amazon
✓Prime

Shop by
Department ▾

Clothing, Shoes & Jewelry ▾   whiskey shirt

Stephen's Amazon.com   Today's Deals   Gift Cards   Sell   Help   Sales And Deals ▾   Your ⁰⁰ˢ ▾

Hello, Stephen
Your Account ▾   Your
Prime ▾   Wish
List ▾   🛒 Cart

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

FREE RETURNS

Amazon Fashion   Women ▾   Men ▾   Boys ▾   Girls ▾

‹ Back to search results for "whiskey shirt"

Roll over image to zoom in

Cleo Apparel
CLEO Apparel Women's City Of Angels
Whiskey Fashion Blouse Crop Top
Be the first to review this item

Price: $19.90 ✓Prime & FREE Returns. Details

**Size:**
Select ▾   Size Chart

* 100% Rayon
* Brand: CLEO Apparel
* Hand wash cold.
* Cut-up open back blouse top
* Women's sizing.

Share ✉ 🔗 f 🔗 @

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**

 Slouchy Tops
Sleeveless Fashion Tops
Short Sleeve Tees
Basic Tanks
See All Tops & Tees




SAC0163

**amazon** Prime

Shop by
**Department** ▾ | Stephen's Amazon.com | Today's Deals | Baby ▾ | Boys ▾ | Girls ▾ | Men ▾ | Women ▾ | Gift Cards | Luggage ▾ | Sell | Sales And Deals ▾ | Help | Your ♥'s ▾

Clothing, Shoes & Jewelry ▾ | whiskey shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Hello, Stephen
**Your Account** ▾ | Your **Prime** ▾ | Wish **List** ▾ | 🛒 Cart

Amazon Fashion    Women ▾    Men ▾    Boys ▾    Girls ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    T-Shirts

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Women › Tops & Tees › T-Shirts

Pinky Star

# Women's Pinky Star Tattoos and Whiskey Make Me Frisky Tee

★★★★☆ ▾ 2 customer reviews | ⚲ Fit As expected (80%) ▸

Price: $21.95 - $22.95

**Size:**

Select ▾ | Size Chart

* 100% Cotton
* Shirts Run Small.
* 100% Cotton
* Printed in the USA!
* Women's 3XL tees are a men's cut.
* Women's 3XL measurements: H=28", W=26"

Roll over image to zoom in



Share ✉ ⬚ f 🐦 🅿

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

FREE RETURNS
Restrictions apply





Share ✉

# Women's Fifty5 Clothing Tattoos Bad Boys and Whiskey Vintage T-Shirt Black

Be the first to review this item

Price: $37.99

**Size:**

Select   ▼    Size Chart

- 100% Ring Spun Combed Cotton
- Pajama soft and cut for a flattering fit
- Side seamed. Tagless. Preshrunk.
- Elegant yet comfy
- Printed with eco-friendly, water-based inks for an extra soft finish
- Made in California

To buy, s
Choose from o

🛒   Ad

Add to Wish Li

Roll over image to zoom in



## s Who Bought This Brand Also Shopped For







n's Fifty5 Clothing
s Girls and Whiskey
e T-Shirt Black

Women's Fifty5 Clothing
Sarcasm Vintage T-Shirt
Black
$37.99

Women's Fifty5 Clothing
Class of Bad Ass Vintage
T-Shirt Black
$37.99

Women's Fifty5 Clothing
Speed Junkies Vintage T-
Shirt Black
$37.99

Women's Fifty5
Stay Weird Vint
Black
$37.99

## d Products Related To This Item (What's this?)






aniels Women's

Jack Daniels Womens

Boston Sports Beantown

Headline Shirts Women's







**amazon** Prime

**$25 Back with Camera Store Purchase**
With Promo Code 25CAMERA

Hello, Stephen
**Your Account ▾**    Your **Prime ▾**    Wish **List ▾**    ⬚ **Cart ▾**

FREE RETURNS

Clothing, Shoes & Jewelry ▾ | whiskey shirt | 🔍    Your ▾ ❤'s ▾

Shop by
**Department ▾**    Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ▾ 's ▾

‹ Back to search results for "whiskey shirt"

Beautiful Disaster

# Women's Beautiful Disaster 100 Proof Tank Top

☆☆☆☆☆ ▾ 1 customer review

Price: $23.99

**Size:**

Select ▾    Size Chart

* 100% Cotton
* Women's Beautiful Disaster OG Kiss Tank Top
* Made in the USA!

Share ⊠ f 🦌 @

To buy, select **Size**
Choose from options to the left

❤ **Add to Cart**

Add to Wish List



Click to open expanded view





SAC0167



Jewelry › Novelty & More › Movie & TV Fan › Tops & Tees › T-Shirts



Roll over image to zoom in

♡

MPX CLOTHING

## Tonight is Bottoms Up Juniors Country Girl Juniors Racerback Tank Top

☆☆☆☆☆ ▼  1 customer review

List Price: $29.95
    Price: $21.95
You Save: $8.00 (26%)

**Size:**

Select  ▼    Size Chart

**Color:** Black

- 100% Ringspun Cotton
- High quality DTG Print With Eco Friendlly Inks
- Designed and Printed in the USA
- Juniors Fit
- Fitted Racerback Tank Top

Share  ✉  ▌

To buy, sele
Choose from opti

🛒    Add t

Add to Wish List

## Frequently Bought Together



FASHION BOOMY
$15.00



MPX CLOTHING
$21.95

# Who Bought This Item Also Bought



S COWBOYS
RY MUSIC
IC TANK TOP



Drink Whiskey and Raise
Hell Juniors Country Girl
Tank Top



Country Girls Tank Top -
Country From My Cowboy
Boots To Down Home



Trucks Cowboys and
Country Music Juniors
Racerback Tank Top



Country Music - Pa
Around - Racerbac
Tank Top



$25 Back with Camera Sto
With Prim

Clothing, Shoes & Jewelry ▾ | whiskey shirt 

Hello, Stephen
Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help    **Your Account** ▾    Your **Prime** ▾    Wish **List** ▾

Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ⚙s ▾

esults for "whiskey shirt"



Roll over image to zoom in



Glit-Z

# Glit-Z Women's My Little Whiskey Girl Country Western Cowgirl Racerback Tank Top

Be the first to review this item

Price: $34.95

**Size:**

Select  ▾    Size Chart

**Color: Black**

- 100% combed cotton
- Tagless
- Preshrunk
- Made in the USA

Share ✉ 

To buy, sele
Choose from opti

🛒  Add t 

Add to Wish List

# s Who Viewed This Item Also Viewed



shirt Women's
Glass Slippers Tank

?☆☆ 5



Country Girls Tank Top -
Country From My Cowboy
Boots To Down Home
Roots
☆☆☆☆☆ 11
$15.95



I've Got a Wild Side a
Country Mile Wide
Racerback Tank Top
☆☆☆☆☆ 2
$15.95



Tonight is Bottoms Up
Juniors Country Girl
Juniors Racerback Tank
Top
☆☆☆☆☆ 1
$21.95



Dear Lord, Thank-y
Trucks, Cowboys, .
Country Music, Am
Ladies Tank Top
☆☆☆☆☆ 1
$19.99 - $24.99



Shop by
**Department** ▾    Stephen's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Hello, Stephen
**Your Account** ▾    Your
**Prime** ▾    Wish
**List** ▾    ❯ Ca

FREE RETURN

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your #'s ▾

‹ Back to search results for "whiskey shirt"



Roll over image to zoom in

Raxo

# Raxo Women's She's My Little Whiskey Girl Tank Top Cool Drinking Tank

Be the first to review this item

Sale: $6.99 – $12.99

**Size:**

Select  ▾    Size Chart

**Color: Black**







- Soft and Comfortable Women's Tank Top
- %100 Cotton Women Tank Top
- Size range S - 2XL
- Visit Product Description for more details.

Share ✉ 𝒇 ▾ @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**


Slouchy
Tops


Sleeveless
Fashion
Tops


Short
Sleeve
Tees


Basic
Tanks

See All
Tops &
Tees

## Special Offers and Product Promotions

- Thank you for being a Prime member. Get a $40.00 gift card instantly upon approval for the Amazon.com Store Card. Apply now.

