# EXHIBIT N
# Part 2



★★★★☆ ▼  4 customer reviews

Price: $21.95 - $22.95

**Size:**

Select ▾ | Size Chart | Fit: Runs small (50%) ▾

- 100% Cotton
- Sizes run small
- Printed in the USA!
- Women's 3XL tees are a men's cut.
- Women's 3XL measurements: H=28", W=26"

Choose from option

Add to

Add to Wish List

ll over image to zoom in

♡

## Frequently Bought Together



Spreadshirt
$31.49

# Who Viewed This Item Also Viewed











t Men's Beard
-Shirt
★ 4

Women's Pinky Star
Beards And Whiskey
Racerback Tank Top
★★☆☆☆ 1
$21.95

Trust Me I Have a Beard
Men's Shirt
★★★★★ 8
$14.99 - $22.99

TeeStars Men's - There Is
A Name For People
Without Beards T-Shirt
★★★★★ 17
$9.99

She Said Tees Wom
"Pogonophile" definit
fitted v-neck tee
★★★★★ 1
$17.99 - $19.99

# Products Related To This Item (What's this?)









With Prom

Stephen's Amazon.com · Today's Deals · Gift Cards · Sell · Help

Hello, Stephen
**Your Account** ▾

Your
**Prime** ▾

Wish
**List** ▾

Women ▾ · Men ▾ · Girls ▾ · Boys ▾ · Baby ▾ · Luggage ▾ · Sales And Deals ▾ · Your ❤s ▾

results for "whiskey shirt"



Roll over image to zoom in



Pinky Star

# Women's Pinky Star Whiskey Makes Me Frisky Racerback Tank Top Black

Be the first to review this item

Price: $21.95

**Size:**

Select ▾    Size Chart

* 100% Cotton
* Shirts Run Small.
* Printed in the USA!

Share ✉ 

To buy, sele
Choose from opti

🛒 Add t

Add to Wish List

---

## Who Viewed This Item Also Viewed



's Pinky Star
and Whiskey Make
ky Racer Back

⭐☆☆ 2



Women's Pinky Star
Beards And Whiskey
Racerback Tank Top
⭐⭐☆☆☆ 1
$21.95



Jack Daniels Women's
Daniel's White Burnout
Racerback Tank Top
⭐⭐⭐⭐⭐ 17
$27.95 - $28.97



Whiskey Equals Frisky
Funny Drinking Juniors
Tank Top
$24.99 - $26.99



Jack Daniels Wom
Daniel's Racerback
Top
⭐⭐⭐⭐☆ 32
$21.95 - $26.29



Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Sales And Deals ▾    Your ℗'s ▾

‹ Back to search results for "Whiskey shirt"

FREE RETURNS

Share ✉ f 🐦 @

SoRock

# SoRock's Women's WOD's and Whiskey Burnout Tank Black

★★★★★ ▾ 3 customer reviews

Price: $25.00 ✓*Prime* & FREE Returns on some sizes and colors. Details

**Size:**

Select ▾    Size Chart

**Color: Black**

- 65% Polyester/35% Cotton
- Racerback Tank Top
- If you prefer a loser fit, order up a size
- Burnout Tank

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List


Slouchy Tops


Sleeveless Fashion Tops


Short Sleeve Tees


Basic Tanks


See All Tops & Tees

**Must-Have Tops & Tees**

## Frequently Bought Together



Tuff...McBundles

SoRock

Roll over image to zoom in

♡



amazon Prime

Shop by Department ▼ | Stephen's Amazon.com | Today's Deals | Baby ▼ | Luggage ▼ | Gift Cards | Sell | Help

Hello, Stephen Your Account ▼ | Your Prime ▼ | Wish List ▼ | FREE RETURNS (with Prime Apply) | Cart 0

Amazon Fashion | Women ▼ | Men ▼ | Girls ▼ | Boys ▼ | Sales And Deals ▼ | Your ♥s ▼

‹ Back to search results for "whiskey shirt"

Skreened

## Raise Hell | Tank | Country Southern Whiskey Shirts

Be the first to review this item

Price: $26.49

Size:

Select ▼   Size Chart

Color: Athletic Tri Black

* New
* Custom printed in the USA
* Washable
* Printed using direct-to-garment printing
* Ethically sourced

Roll over image to zoom in

Share ✉ f 𝕎 @

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

### Must-Have Tops & Tees

Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees

## Special Offers and Product Promotions



Shop by
**Department**

Amazon Fashion    Women ▾    Men ▾    Girls ▾    Boys ▾    Baby ▾    Luggage ▾    Gift Cards    Sell    Help    Sales And Deals ▾    Your ▾

‹ Back to search results for "Whiskey shirt"

Roll over image to zoom in

MPX CLOTHING

# Drink Whiskey and Raise Hell Juniors Country Girl Tank Top

Be the first to review this item

List Price: ~~$29.95~~
Price: $21.95
You Save: $8.00 (26%)

**Size:**

| Select ▾ |   Size Chart

**Color: Black**

- 100% Ringspun Cotton
- High quality DTG Print With Eco Friendly Inks
- Designed and Printed in the USA
- Juniors Fit
- Fitted Racerback Tank Top

## Frequently Bought Together



MPX CLOTHING
$21.95

Share ✉ ▢ f ⍦ @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

Hello, Stephen
**Your Account** ▾

Your
**Prime** ▾

Wish
**List** ▾

0
**Cart**

FREE RETURNS

‹ Back to search results for "whiskey shirt"

Custom Shirts

# Whiskey Soup of the Day Tee Shirt

☆☆☆☆☆ ▾ 2 customer reviews

Price: $17.99

**Size:**

Select ▾   Size Chart

**Color:** Black




Roll over image to zoom in




* THESE ARE ADULT MENS FITTED SHIRTS AND RUN
  TIGHTER THAN STANDARD FIT, PLEASE ORDER A SIZE UP
  IF YOU LIKE A LOOSE FIT
* Sport Grey 90% cotton/10% polyester. Heathers: 50 cotton/50
  poly blends. Antiques: 90 cotton/10 poly blends
* Rolled forward shoulders for a better fit, 7/8 in. seamless double
  needle collar. Double-needle sleeve and bottom hem
* Tapered sleeves and fit. Quarter-turned to eliminate center crease
* 4.5 oz. 100% cotton pre-shrunk jersey. Deluxe 30's Softstyle
  yarns FROM CUSTOM SHIRTS

Share ☒ ✉ f ⅃ @

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



Celtic Clothing
Company
$18.95

the
Soup
of
the day is
Whiskey

Share 

TeeShirtPalace

# True Grit Whiskey Label Long Sleeve T-Shirt

Be the first to review this item

Price: $28.00 - $30.00

**Size:**

Select ▼   Size Chart

**Color: Coffee**

- 100% Cotton
- Machine Washable
- Officially Licensed Product
- Super high quality print design on long sleeve shirt.
- Conformable double needle bottom hem ribbed cuffed sleeves and taped neck and shoulders long sleeve t shirt.



Roll over image to zoom in

To buy, sel
Choose from opt

 Add

Add to Wish List

---

## Who Bought This Brand Also Shopped For



k Abs Long Sleeve

- $29.95



Long Sleeve: The Flash
S.T.A.R. Shirt
$28.00 - $30.00



Long sleeve: Viking Skull
Shirt
$24.95 - $29.95



Long sleeve: Rosary Skull
Shirt
$24.95 - $29.95



Long Sleeve: Malt
Fireman Shirt
$24.95 - $29.95

## Products Related To This Item (What's this?)



niels Men's



Jack Daniels Men's



Jack Daniels T-shirt



Jack Daniels Sports Grey



Boston Sports Be



Category ▸

❮ Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > Sweats & Hoodies

Clothing, Shoes & Accessories > Men's Clothing > Sweaters

💲 **FREE SHIPPING ON ORDERS OVER $50** See all eligible items ▸

# New CALIFORNIA REPUBLIC WHISKEY CREWNECK SWEATSHIRT Pullover Sweater Cali

✉ f 🔖 📌 | Add to watch list

Seller: **californiarepublicclothes** (874 ★) me⏳ 99.6% Positive feedback
✦ Follow this seller | See other items | Visit store: California Republic Clothes

| | |
|---|---|
| Item condition: | **New with tags** |
| Time left: | 3d 01h Sunday, 3:50PM |
| Size (Men's): | - Select - ▸ |
| Color: | - Select - ▸ |
| Quantity: | 1   More than 10 available |
| Price: | US $24.99 |

**Buy It Now**

**Add to cart**

♦ Add to watch list
★ Add to collection

2 watching

Hassle-free returns     New condition     Located in United States

Shipping:  **$3.99**  Expedited Shipping | See details
Item location: San Luis Obispo, California, United States
Ships to: United States and many other countries | See details

Delivery:  Estimated on or before **Thu. Jul. 09** to 85251 ⓘ

Payments:  **PayPal** VISA 💳 💳 💳

Mouse over image to zoom

💲 Have one to sell?   Sell now



axe designs



# Moonshine Shirt Midnight Runners Tee T-shirt

Be the first to review this item

Price: $7.99 - $21.99

**Size:**

Select ▼ | Size Chart

**Color:** Black

   

- Available in Small, Medium, Large, XL, 2XL, 3XL, 4XL, 5XL & 6XL

Roll over image to zoom in

Share 

To buy, sel
Choose from opt

🛒 Add

Add to Wish List

## Who Bought This Brand Also Shopped For



They Drew First
dult Black T-shirt
$22.99



Moonshine Shirt
Shineology Tee T-shirt
$14.95 - $21.99



Moonshine Shirt Smoky
Mountain Tee T-shirt
$14.95 - $21.99



Moonshine Shirt Midnight
Runners Long Sleeve Shirt
$18.99 - $22.99



Marilyn Monroe Sh
and White Portrait
Shirt
$17.99 - $25.99

## Products Related To This Item (What's this?)

   



Category

Back to search results | Listed in category:    Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

# 30th BIRTHDAY WHISKEY Black T-Shirt "Vintage 1985" 30 year old GREAT GIFT IDEA



Seller: **casestock** (5686 ☆ ) **99.8% Positive feedback**
✦ Follow this seller | See other items | Visit store: Casestock

| Item condition: | **New without tags** |
| Size: | - Select - ▾ |
| Quantity: | [ 1 ] | 242 available / 67 sold |
| Price: | **US $12.95** |

**Buy It Now**

**Add to cart**

7 watching

◆ Add to watch list
★ Add to collection

5 inquiries          Located in United States          67 sold

Shipping:   **$3.69**  Standard Shipping | See details
Item location: Cardington, Ohio, United States
Ships to: Worldwide

Delivery:   Estimated between **Tue. Jul. 7 and Sat. Jul. 11**
Use Expedited Shipping to get it by Jul. 6 ✈

Payments:   **PayPal**  **VISA** [MasterCard] [AMERICAN EXPRESS] [DISCOVER]
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now.  See Terms
See details

Returns:   14 days money back, buyer pays return shipping | See details

$ Have one to sell?   **Sell now**



SAC0194

Hello, Sign in or register | Daily Deals | Sell | Help & Contact

my ebay

**ebay**

Shop by category ▾    Search...    All Categories    ▾    Search    Advanced

NECTAR POINTS ➤

Back to search results | Listed in category:  Clothes, Shoes & Accessories ➤ Men's Clothing ➤ T-Shirts

💷 **BUY 3, GET 1 FREE (add 4 to qualify)**  see all eligible items ▸

## INSPIRED BY GAME OF THRONES T SHIRT - JON SNOW WHISKY LABEL NIGHTS WATCH

Click to view larger image

🖐 Have one to sell?  Sell it yourself

| | |
|---|---|
| Condition: | New with tags |
| Size: | - Select - ▾ |
| Quantity: | 1    More than 10 available |
| | 29 sold |

**£9.99**

**Buy it now**

**Add to basket**

◆ Add to Watch list    ★ Add to collection

14 watching

| | |
|---|---|
| Experienced seller | 29 sold | New condition |

nectar  Collect **10** Nectar points
Get Started | Conditions

| | |
|---|---|
| Postage: | £5.00  Standard Int'l Postage | See details |
| | See details about international postage here. ⊘ |
| | Item location: London, United Kingdom |
| | Posts to: Worldwide |
| Delivery: | Dispatched within 1 day ⊘ |
| | Estimated between Wed. 8 Jul. and Tue. 14 Jul. |
| Payments: | PayPal  *mastercard*  **VISA**  *American*  Processed by PayPal |
| | | See payment information |

✉ 📘 📷 📌 | Add to Watch lis

For this item, the seller provides:
**eBay Premium Service**

**Seller information**
oldskoolhooligans (27788  ⭐ )
99.8% Positive Feedback

➕ Follow this seller

🏪 Visit Shop: Old Skool Hooligans

See other items

Registered as a business seller



invaluable
*The world's premier auctions*

**Create a Free Account Now »**

AdChoice ▷

# No. 1
## BASTARD

*Night's*

# WATCH

# EllieSueTees

🪶 Favorite Shop






**Like this item?**
Add it to your favorites to revisit it later.



🔍 zoom

## She's Whiskey in a Tea Cup Won (2 Colors)

### $22.00 USD

As

Quantity

1 ▾

Color

Select a color ▾

Size

Select a size ▾

### Overview

- Handmade item
- Material: Heat Press Vinyl
- Made to order
- Only ships to United States from Idaho
- Feedback: 22 reviews
- Favorited by: 19 people

🎫 This shop accepts Etsy Gift Cards



**Add to Cart**



🐦 Tweet    Pin it    tumblr. +    f Like



**EllieSueTees**
*in* Idaho Falls, Idaho



Item Details        (22)    Shipping & Policies



SAC0198



← → C ⟳ | 🗋 www.visionsprinting.com/shop/you-cant-buy-happiness-but-you-can-buy-whiskey/

## VISIONS SCREENPRINTING™
*Where Visions Become Reality!*

Store

Subscribe / Connect

Subscribe to our e-mail newsletter to receive product updates, and special discount offers

E-mail                                          SUBMIT

**You are here:** Home › Products › YOU CAN'T BUY HAPPINESS, BUT YOU CAN BUY WHISKEY, WHICH IS KIND OF THE SAME THING.

Vinyl Graphics – Where

YOU CAN'T BUY
HAPPINESS,
BUT YOU CAN
BUY WHISKEY,
WHICH IS KIND
OF THE SAME
THING.

$15.99–$17.99

You can't buy



https://www.teepublic.com/t-shirt/136269-spirit-board

# TEEPUBLIC

**BROWSE    CREATE**

Search Tees and Artists

LOG

# RIT BOARD



Design by manospd

Perhaps the most spooky game

**T-SHIRT** | Garment Info
Color: Black



Gender ▼

Size ▼    Size Chart

# $20.00



## ADD TO CART

**ALSO AVAILABLE AS**

        

Tank    Crewneck    Hoodie

Be the first of your friends to like this.



MANOSPD

                



SAC0202

# TEEPUBLIC

BROWSE    CREATE

Search Tees and Artists

LOGIN

## DEATH NOTE - JACK DANIELS PARODY



Design by TATSUHIRO

**T-SHIRT** | Garment Info

Color: Black

Gender ▾

Size ▾

Size Chart

## $20.00

### ADD TO CART

**ALSO AVAILABLE AS**

Tank    Crewneck    Hoodie    Kids

One person likes this.
Like



SAC0204



# TEEPUBLIC

BROWSE    CREATE

Search Tees and Artists

LOGIN

## BILBO BOURBON

Design by a_man_oxford

What if The Shire made its own special adventurous bottles of bourbon...

**T-SHIRT** | Garment Info

Color: Black



Gender ▶

Size ▶

Size Chart

## $20.00

### ADD TO CART



Like  Be the first of your friends to like this.



# TEEPUBLIC

BROWSE    CREATE

Search Tees and Artists

LOGIN

## ANARCHY BRAND WHISKEY



Design by ccourts86

A new legitimate business venture for the outlaw biker club

**T-SHIRT** | Garment Info

Color: Brown

       

Gender ▶

Size ▶    Size Chart

**$20.00**

## ADD TO CART



Be the first of your friends to like this.

MORE BY CCOURTS86





SAC0208

# TEEPUBLIC

**BROWSE    CREATE**

Search Tees and Artists

LOGIN

## CHARICIFIC VALLEY WHISKEY





Design by NekoLlamas

you know you want it

**T-SHIRT** | Garment Info
Color: Black

### CHOOSE YOUR GENDER

Gender

Size

Size Chart

$20.00

## ADD TO CART

**ALSO AVAILABLE AS**



Tank    Kids    Hoodie    Crewneck

**Like** Be the first of your friends to like this.



SAC0210

# Theposhhanger



♡ Favorite Shop

**Like this item?**
Add it to your favorites to revisit it later.



62 items













## She's Whiskey In A Tea Cup Southern Style SUPER SOFT Stretch Scoop Distressed Vintage Wash Bohemian Summer T Shirt Tank Top S M L

Ask a Question

**$22.99** USD

Quantity
[ 1 ▸ ]

Size
[ Select a size        ▸ ]

**Overview**

- Handmade item
- Ships worldwide from Aptos, California
- Feedback: 62 reviews
- Favorited by: 24 people

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

🐦 Tweet      📌 Pin it      tumblr. +      f Like   0



SAC0212

SELL YOUR ART

# REDBUBBLE

Men's    Women's    Kids    Cases & Skins    Stickers    Wall Art    Home Decor    Stationery    Bags

SIGN IN

Search products, artworks and themes

KONOKO479 › PORTFOLIO › WINCHESTER WHISKEY



## Winchester Whiskey
T-Shirts & Hoodies

CLOTHING STYLE
Unisex T-Shirt

S   M   L   XL   2XL   3XL

Front    OR    Back

$24.80

× 1

ADD TO CART

REVIEWS (78)

PRODUCT INFO
i

ARTIST NOTES

AVAILABLE PRODUCTS
2



**Konoko479**
JOINED JUNE 2012

FOLLOW



SAC0214



SAC0215



**DecalsandDoodles**

Favorite Shop

    

41
Items

**Like this item?**
Add it to your favorites to revisit it later.





Q zoom



Request a custom order and have something made just for you.



## COWBOYS, TRUCKS & COUNTRY Music
## tank top - Great tank to wear to concerts,
## bonfires or the beach!

Ask a Question

**$21.00+** USD

Quantity

1 ▸

Size

Select a size ▸

**Overview**

- Handmade item
- Made to order
- Only ships to United States from Hornell, New York.
- Feedback: 40 reviews
- Favorited by: 8 people

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

Tweet   Pin it   tumblr. ✦   Like  0



SKREENED    WOMENS    MENS    CREATE    SELL    NEW    SALE    SIGN IN    JOIN

# We Whiskey You a Merry Christmas T Shirt



ITEM 3532401-2001-BLK

CLICK TO ZOOM

## Select Size

( S )  ( M )  ( L )  ( XL )  ( 2XL )
                              +$1.50

## Selected Style

American Apparel Unisex Fitted Tee – Black

~~$25.99~~ $20.79

**Add to Cart**

Size Chart

Change Style

## Description

We Whiskey You a Merry Christmas Funny Drinking T Shirt

## By xdurango in:

🏷 Christmas   🏷 Whiskey   🏷 Kris Kringle   🏷 Parody
🏷 Drinking Shirt

Shop More Designs in The Christmas Shop





Add a comment...



SAC0218

Back to search results | Listed in category:    Clothing, Shoes & Accessories > Women's Clothing > T-Shirts

Clothing, Shoes & Accessories > Women's Clothing > Tops & Blouses

# Heisenberg Style T-Shirt Breaking Bad Walter White White Fun Walt Whiskey Whisky Logo

   | Add to watch list

Seller: **shop4yoo** (206782 ⭐) me    99.4% Positive feedback

+ Follow this seller | See other items | Visit store: shop4yoo

| Item condition: | **New with tags** |
|---|---|
| Colour: | Black ▾ |
| Size: | - Select - ▾ |
| Quantity: | 1    More than 10 available / 1 sold |
| Price: | **GBP 5.99** |
| | Approximately US $9.36 |
| | 2 watching |

**Buy It Now**

◆ Add to watch list
★ Add to collection

Experienced seller

New condition

Shipping:    **Does not ship to United States** | See details
Item location: Bristol, United Kingdom
Ships to: Americas, Europe, Asia, Australia    See exclusions

Delivery:    Varies

Payments:    PayPal    VISA    [Mastercard] [American Express] [Discover]
Credit Cards processed by PayPal
See details

Returns:    14 days. buyer pays return shipping | See details

Guarantee:    ebaY MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping



Mouse over image to zoom

    

$ Have one to sell?    Sell now

# SKREENED

WOMENS    MENS    CREATE    SELL    NEW    SALE    SIGN IN    JOIN

## Kris Kringle Christmas Whiskey Drinking T Shirt



CLICK TO ZOOM

ITEM 3532317-2001-BLK

### Select Size

S    M    L    XL    2XL
+$1.50

### Size Chart

### Change Style

### Add to Cart



### Selected Style

American Apparel Unisex Fitted Tee – Black

~~$25.99~~ $20.79

### Description

Kris Kringle Christmas Drinking T Shirt.

### By xdurango in:

Christmas    Whiskey    Kris Kringle    Parody
Drinking Shirt

Shop More Designs in The Christmas Shop

Add a comment...

Comment



SAC0222

## VanGoats

⊟ Favorite Shop

**Like this item?**
Add it to your favorites to revisit it later.



# A Lil Whisky Makes Me Frisky Mens T-Shirt

**$20.00+** USD

**[ Ask a Question ]**

Quantity
[ 1 ▾ ]

Size
[ Select a size ▾ ]

Color
[ Select a color ▾ ]

**Overview**
- Handmade item
- Made to order
- Ships worldwide from United States
- Feedback: 10 reviews
- 🎁 This shop accepts Etsy Gift Cards

**[ Add to Cart ]**

♥ Tweet   Pin it   tumblr ✦   ⨍ Like   0

312 items

🔍 zoom



SAC0224

SAC0225



# REDBUBBLE

Men's    Women's    Kids    Cases & Skins    Stickers    Wall Art    Home Decor    Stationery    Bags

Q Search products, artworks and themes

THEROYALHALF > PORTFOLIO > TOP SHELF WHISKEY



## Top Shelf Whiskey
T-Shirts & Hoodies

CLOTHING STYLE:
Unisex T-Shirt

S    M    L    XL    2XL    3XL

Front    OR    Back

× 1

$21.29

ADD TO CART

theroyalhalf
LOS ANGELES, UNITED STATES

PRODUCT INFO

REVIEWS (78)

AVAILABLE PRODUCTS

ARTIST NOTES



SAC0227

# OLD FINGER WHISKEY



ITEM 819946-2001-BLK

CLICK TO ZOOM

## Select Size

( S )   ( M )   ( L )   ( XL )   ( 2XL )
                              +$1.50

## Selected Style

American Apparel Unisex Fitted Tee – Black

~~$26.19~~ $20.95

**Add to Cart**

Size Chart

Change Style

f   🐦   @   📌

## Description

The classic "Old Finger Whiskey" T shirt. Just a shot of "Old Finger Whiskey" is all you need to say Fuck You with taste, humor, and style!

By gus314 in:

🏷 "whiskey label"   🏷 "middle finger"   🏷 "fuck you"   🏷 funny

🏷 party

Shop More Designs in The Blue Moon Trading Co.



Add a comment...

Comment



SAC0229

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# REDNECK DRINKING TEAM T-SHIRT Tee ~ FuNnY ~ Country Boy Whisky Beer DRUNK

Seller: **back-alley-wear** (9064 ✪ ) **100% Positive feedback**

✦ Follow this seller | See other items | Visit store: Back Alley Wear

Item condition: **New without tags**

Shade: - Select - ▸

Size (Men's): - Select - ▸

Quantity: 1    More than 10 available / 7 sold

Price: **US $13.99**

**Buy it Now**

**Add to cart**

♦ Add to watch list
★ Add to collection

15 watching

Free shipping    100% positive feedback

Shipping: **FREE**  Standard Shipping | See details
Item location: Cincinnati, Ohio, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Thu. Jul. 09** to 85251 ⓘ

Payments: **PayPal**  VISA  AMERICAN EXPRESS  DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back or item exchange. buyer pays return shipping |





$ Have one to sell?  Sell now



SAC0231

SELL YOUR ART

SIGN IN

# REDBUBBLE

Men's  Women's  Kids  Cases & Skins  Stickers  Wall Art  Home Decor  Stationery  Bags

AGUVAGU ▸ PORTFOLIO ▸ HEISENBERG PURE METH

🔍 Search products, artworks and themes



www.redbubble.com/people/aguvagu/works/11738694-heisenberg-pure-meth?grid_pos=27&p=t-shirt

## Heisenberg Pure Meth

T-Shirts & Hoodies

CLOTHING STYLE:

Unisex T-Shirt




S   M   L   XL   2XL   3XL

Front   OR   Back

$24.80

✕ 1

ADD TO CART