# EXHIBIT N
# Part 3



SAC0233

⬤ REDBUBBLE

Men's    Women's    Kids    Cases & Skins    Stickers    Wall Art    Home Decor    Stationery    Bags

🔍 Search products, artworks and themes

SIGN IN

PUNKSTHETIC › PORTFOLIO › TRIFORCE WHISKEY



# Triforce Whiskey
T-Shirts & Hoodies

CLOTHING STYLE
Unisex T-Shirt

S    M    L    XL    2XL    3XL

Front    OR    Back

× 1

**$25.84**

ADD TO CART

Punksthetic
APOPKA, UNITED STATES

FOLLOW



PRODUCT INFO
*i*

REVIEWS (78)

AVAILABLE PRODUCTS
**13**

ARTIST NOTES



SAC0235

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# NEVADA CHOPPER OLD NO.13 V-TWIN SOUR MASH WHISKEY T-SHIRT SIZE (L)

f ⊠ ⊡ ⊙ | Add to watch list





Mouse over image to zoom

$ Have one to sell?    Sell now

👁 1 viewed per hour

Seller : **bearsoxs** (2263 ★) **100% Positive feedback**
✦ Follow this seller | See other items | Visit store: BEARSOXS T-SHIRT SHOP

Item condition:    **Pre-owned**

Time left:    29d 15h 37s 6:51AM

Price:    **US $9.99**

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

100% positive feedback

**Free delivery in 4 days**

Shipping:    **FREE**  Standard Shipping | See details
Item location: Needles, California, United States
Ships to: United States and many other countries | See details

Delivery:    ⊙ On or before **Tue. Jul. 07** to 85251
Estimated by eBay **FAST 'N FREE** ⊙

Payments:    **PayPal** / **VISA** ⊡ ⊡ ⊡ DISCOVER ⊡

Credit Cards processed by PayPal

**PayPal CREDIT**

Get more time to pay. Apply now. See Terms
See details

Returns:    Seller does not offer returns. You are covered by the eBay Money
Back Guarantee if you received an item that is not as described in the





# Whiskey In Your Water

Select Size

( XS )  ( S )  ( M )  ( L )

Selected Style

American Apparel Juniors Racerback Tank -- Athletic Tri Black

~~$29.99~~ $23.99

Size Chart

Change Style

**Add to Cart**



## Description

She's the moon in my shine, the whiskey in my water - Tyler Farr

## By jdudman in:

Whiskey in water   tyler farr   country music

country side   lyrics

Shop More Designs in Country Side

Add a comment...

**Comment**





ITEM 5142314-TR308-TRK

CLICK TO ZOOM

I'll be the WHISKEY in your WATER



SAC0239

# SKREENED

WOMENS    MENS    CREATE    SELL    NEW    SALE    SIGN IN    JOIN

## Bacon Flavored Whiskey





ITEM 1591338-2001-BLK

CLICK TO ZOOM

### Select Size

( S )  ( M )  ( L )  ( XL )  ( 2XL )
+$1.50

### Selected Style

American Apparel Unisex Fitted Tee – Black

Size Chart

Change Style

~~$24.99~~ $19.99

**Add to Cart**

f  🐦  @

### Description

Bacon, it isn't just for breakfast anymore. Now in liquid form with that extra kick!

### By davestees in:

🐷 Bacon  🐷 whiskey  🐷 jack  🐷 alcohol  🐷 breakfast

Shop More Designs in Tees by David Ayala



Add a comment...

Comment

Facebook social plugin



SAC0241

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# NEW PEAKY BLINDERS/Whiskey Inspired T-Shirt Top Mens Birmingham Shelby S to 2XL

 f ⊡ P | Add to watch list



Click to view larger image

$ Have one to sell?   Sell now

Seller: patascoyo (17 ★) | 100% Positive feedback
♦ Follow this seller | See other items

Item condition: **New with tags**

size: - Select - ▼

Quantity: 1    10 available

Price: **US $23.99**

**Buy It Now**

**Add to cart**

♦ Add to watch list
★ Add to collection

3 watching    100% positive feedback

New condition

Shipping: **$7.99**  Standard Shipping from outside US | See details
Item location: Schenectady, New York, United States
Ships to: Worldwide

Delivery:   Estimated between Wed, Jul, 15 and Wed, Jul, 22 ②
This item has an extended handling time and a delivery estimate
greater than 9 business days.

Payments: **PayPal**  **VISA** ⬤ ⬤ ⬤   Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back or item exchange. buyer pays return shipping |
See details



SAC0243

SAC0244

www.redbubble.com/people/gus3141592/works/6298019-alcatraz-island-badguys-bourbon-label?grid_pos=61&p=t-shirt

SELL YOUR ART

# REDBUBBLE

SIGN IN

Men's   Women's   Kids   Cases & Skins   Stickers   Wall Art   Home Decor   Stationery   Bags

Q Search products, artworks and themes

GUS3141592 › PORTFOLIO › ALCATRAZ ISLAND BADGUYS BOURBON LABEL

## Alcatraz Island
## BadGuys Bourbon
## Label
T-Shirts & Hoodies



CLOTHING STYLE:
Unisex T-Shirt

S   M   L   XL   2XL   3XL

Front   OR   Back

$25.01





SAC0245



SKREENED    WOMENS    MENS    CREATE    SELL    NEW    SALE    SIGN IN    JOIN

Free Shipping On $50

Sumbitch

ITEM 5351755-TR401-ATK

CLICK TO ZOOM

Select Size

XS  S  M  L  XL  2XL
                   +$1.50

Selected Style

American Apparel Unisex Athletic Tee – Athletic Black

Size Chart

Change Style

$30.99 $24.79

Add to Cart

Description

Sum' Bitch 'Murican Whiskey. The whiskey that makes the girls frisky.

By joetavis in:

whiskey    merica    murica    sum bitch
american whiskey    drinking    sour mash    jack daniels

Shop More Designs in HeeHee Tees

# REDBUBBLE

Men's   Women's   Kids   Cases & Skins   Stickers   Wall Art   Home Decor   Stationery   Bags

Q Search products, artworks and themes

MOOKIECHAN › PORTFOLIO › JACKANESE



## Jackanese
T-Shirts & Hoodies

CLOTHING STYLE
Unsex T-Shirt

S   M   L   XL   2XL   3XL

Front   OR   Back

$23.15

× 1

ADD TO CART

PRODUCT INFO
i

REVIEWS (78)

AVAILABLE PRODUCTS
10

ARTIST NOTES



**Mookiechan**
JOINED DECEMBER 2011

FOLLOW



SAC0249

Back to search results | Listed in category:    Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# Vader Imperial Whiskey Star Wars 2016 Tee Shirt Sizes Sm-3x

[ ] [f] [P] | Add to watch list



Mouse over image to zoom

$ Have one to sell?    Sell now

Seller : **casemarvel** (66 ★) | **100% Positive feedback**
✦ Follow this seller | See other items

| | |
|---|---|
| Item condition: | **New without tags** |
| Time left: | 19d 12h 7/21, 3:32AM |
| Quantity: | [ 1 ]    More than 10 available / 4 sold |
| Price: | **US $14.99** |

**Buy It Now**

**Add to cart**

**Make Offer**

◆ Add to watch list
★ Add to collection

Best Offer:    Best offer available

100% positive feedback    3 watching

| | |
|---|---|
| Shipping: | **$4.95** Expedited Shipping | See details |
| | Item location: Yorkville, New York, United States |
| | Ships to: United States and many other countries | See details |
| Delivery: | Estimated between **Mon. Jul. 6 and Thu. Jul. 9** ⊘ |
| Payments: | **PayPal** [VISA] [Mastercard] [AMERICAN EXPRESS] [DISCOVER] |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the |

# VADER'S

## DARK SIDE



*Imperial*

### FORCE MASH

# WHISKEY

BOTTLED BY THE GALACTIC EMPIRE

# SKREENED

WOMENS  MENS  CREATE  SELL  NEW  SALE  SIGN IN  JOIN

# Text Your Ex



ITEM 4829069-980-BLK

CLICK TO ZOOM

## Select Size

S  M  L  XL  2XL
+$1.00

## Selected Style

Anvil Unisex Value Fitted Tee – Black

~~$21.49~~  $17.19

**Add to Cart**

  

## Description

text, your, ex, whiskey, jack, jack whiskey, funny, humor,
maybe, even, go, over, Tennessee, sour, mash, alcohol, drink, glass, old,
distilled, bottled, t-shirt, case, rug, poster, artwork, design, funkyhouse, cheap,
sell, buy, price, postage, free, bottle, uk, usa, british, drunk

## By Khaleesi21 in:

whiskey  funny  text  ex  t-shirt

Shop More Designs in Khaleesi21

Add a comment.

Size Chart

Change Style



SAC0253

C | www.redbubble.com/people/squatrackcurler/works/12447411/hardcore-old-school-lifting?p=t-shirt

SELL YOUR ART

SIGN IN

# REDBUBBLE

Men's    Women's    Kids    Cases & Skins    Stickers    Wall Art    Home Decor    Stationery    Bags

Search products, artworks and themes

SQUATRACKCURLER ⇒ PORTFOLIO ⇒ HARDCORE OLD SCHOOL LIFTING



## Hardcore Old School Lifting
T-Shirts & Hoodies

CLOTHING STYLE:
Unisex T-Shirt

S    M    L    XL    2XL    3XL

Front    OR    Back

× 1

$24.80

ADD TO CART

PRODUCT INFO

REVIEWS (78)

AVAILABLE PRODUCTS

ARTIST NOTES

**SquatRackCurler**
JOINED JULY 2014



SAC0255

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# Bluegrass Whiskey Kentucky Vintage Graphic T Shirt_Size Sm._Brand New with tags



Seller : **cool-shirts-and-things** (1987 ⭐ ) **100% Positive feedback**

+ Follow this seller | See other items | Visit store: cool-shirts-and-things

| | |
|---|---|
| Item condition: | **New with tags** |
| Quantity: | 1    2 available |
| Price: | **US $12.99** |

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

2 watching    New condition

**Hassle-free returns**    100% positive feedback

| | |
|---|---|
| Shipping: | **$3.99**  Standard Shipping | See details |
| | Item location: New York, New York, United States |
| | Ships to: United States and many other countries | See details |
| Delivery: | Estimated on or before **Wed. Jul. 08** to 85251 @ |
| Payments: | **PayPal**  VISA  [Cards]  Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | Hassle-free returns | Learn more @ |
| | 14 days money back, you pay return shipping. 15% restocking fee may apply |
| Guarantee: | **ebay** MONEY BACK GUARANTEE | See details |
| | Get the item you ordered or get your money back. |

Mouse over image to zoom





$ Have one to sell?    Sell now

# REDBUBBLE

Search products, artworks and themes

Women's    Kids    Cases & Skins    Stickers    Wall Art    Home Decor    Stationery

IG > PORTFOLIO > BATMAN OLD NO.7



## Batman Old No.7
T-Shirts & Hoodies



CLOTHING STYLE:

Unisex T-Shirt

S    M    L    XL    2XI

Front    OR    B

$2

× 1    ADD TO CAR



**V-Clothing**
JOINED MARCH 2013

FOLLOW

PRODUCT
INFO
*i*

REVIEWS (78)

AVAILABLE
PRODUCTS
3

nformation



| | S | M | L | XL | 2XL | 3XL |
|---|---|---|---|---|---|---|
| st | 36" | 40" | 44" | 48" | 52" | 56" |
| th | 28" | 29" | 30" | 31" | 32" | 33" |

Features

- Sweatshop-free, ethically sourced 100% cotton apparel
- Printed using cutting edge direct to garment technology
- Slim fit, order a size up if you'd like it less fitting
- Cold wash and hang out to dry



SAC0259

Back to search results | Listed in category:   Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# DELTA PRO WEIGHT T-SHIRT WHISKEY(L) SHORT SLEEVE BLACK MULTI-COLOR 100% COTTON



Mouse over image to zoom



$ Have one to sell?   Sell now

     

Seller: **draus-cv3ixu** (94 ★) | 100% Positive feedback
♦ Follow this seller | See other items | Visit store: draus-cv3ixu

Item condition: **Pre-owned**

Time left: 25d 01h 7/26, 4:54PM

Price: **US $12.75**

  

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

Free shipping          Hassle-free returns          100% positive feedback

Shipping: **FREE** Standard Shipping | See details
Item location: **Monroe, North Carolina, United States**
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Wed. Jul. 08** to 85251

Payments: 
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebaY MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.



SAC0261

# fitclub

♡ Favorite Shop

   

## Like this item?
Add it to your favorites to revisit it later.





🔍 zoom

Request a custom order *and have something made just for you.*

Item Details   ☆☆☆☆★ (282)   **Shipping & Policies**

Whiskey shirt, fireball whiskey ma
frisky, country, music, southern,

## $17.99+ USD

Ask a

### Quantity
1 ▾

### Style
Select a style ▾

### Size
Select an option ▾

### Overview
- Handmade item
- Materials: heat transfer, thermos, silk scre
- Ships worldwide from San Diego, Californi
- Feedback: 282 reviews
- Favorited by: 312 people

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

🐦 Tweet   *Pin it*   **tumblr. +**   **f Like** ⟨ 17



**fitclub**
*in* San Diego, California





SAC0263

Shop    Create    Sell    Gifts

www.zazzle.com/loose_goose_whiskey_tee_shirt-235478189400265043

17.76% OFF ALL ORDERS!    Celebrate Independence Day!    Ends Saturday

Search    Use Code: CELEBRATEUSA    Details

Clothing > Men > T-Shirts > Short-sleeved > Printed

Share

## Loose Goose Whiskey Tee Shirt

$27.95 per shirt

Artwork designed by WiseShirts. Made by Zazzle Apparel in San Jose, CA. Sold by Zazzle.

★★★★★ 4.5 star reviews

100% Satisfaction · Made to Order · No Hassle Returns

size chart

**Size:**

Select a size

**Quantity:**

1 shirt

**Add to Cart**

Want it Tuesday, Jul 7?
Order within 2 days 3 hrs 34 mins and choose Express.

♡ Like        ☶ Add to ▾

### Color & Style Options

Save $9.00 on Men's Tall Hanes T-Shirt

Color: Black

Apply

⊕ Zoom

Customize it!

SAC0264



SAC0265






ebay    Shop by category ▼    | Search...    Search    Advanced

Back to search results | Listed in category:    Clothing, Shoes & Accessories > Men's Clothing > T-Shirts    All Categories    ▼    Search

# Johnny Cash Whiskey T-Shirt - New - Direct from Manufacturer

✉ 🖼 f 📷 ® | Add to watch list

Seller: stoobledesigns (11193 ⭐) 99.6% Positive feedback
Follow this seller | See other items | Visit store: Stooble Designs




Click to view larger image and other views




$ Have one to sell?    Sell now

Item condition: **New with tags**

Size:    - Select -    ▶

Shirt Colour:    Black    ▶

Quantity:    1    5,991 available / 9 sold

Price:    **C $19.99**
Approximately US $16.01

8 watching

**Buy It Now**

◆ Add to watch list
★ Add to collection

30-day returns    New condition    Experienced seller

Shipping:    C $3.99 (approx. US $3.20)  Standard Int'l Shipping | See details
See details about international shipping here. 🌐
Item location: **Sheffield, United Kingdom**
Ships to: Worldwide

Delivery:    Estimated between **Fri. Jul. 10** and **Thu. Jul. 16** 🌐
Seller ships within 3 days after receiving cleared payment.

Payments:    PayPal  VISA [cards]   
Credit Cards processed by PayPal
See details

Returns:    30 days money back, buyer pays return shipping | See details

Guarantee:    ebay MONEY BACK GUARANTEE | See details



THE MAN IN BLACK

1932   2003

17.76% OFF ALL ORDERS! Celebrate Independence Day! Ends Saturday Use Code: CELEBRATEUSA Details

Clothing › Men › T-Shirts › Short-sleeved › Printed

Share 



Customize it!

Zoom

Front

100% Satisfaction · Made to Order · No Hassle Returns

# Vintage Whiskey Label T-shirt

$27.95 per shirt

Artwork designed by KnockoutEyeDesigns. Made by Zazzle Apparel in San Jose, CA. Sold by Zazzle.

★★★★★ 4.6 3797 reviews

**Size:**

Select a size

size chart

**Quantity:**

1 shirt

**Add to Cart**

**Want it Tuesday, Jul 7?**
Order within 2 days 3 hrs 40 mins and choose Express.

♡ Like

Add to ▸

## Color & Style Options

Save **$9.00** on Men's Tall Hanes T-Shirt

Color: Black







Apply

About this product

## Style: Men's Basic Dark T-Shirt

Comfortable, casual and loose fitting, our heavyweight dark color t-shirt will quickly become one of your favorites. Made from



SAC0269



SAC0270







129 items

## fitclub

♡ Favorite Shop

**Like this item?**
Add it to your favorites to revisit it later.



clubapparel.com

## Tonight is bottoms up, country, music, southern, Brantley, bottoms up, country,

Ask a Question

**$16.00+** USD

Quantity
1 ▾

Style
Select a style ▾

Size
Select a size ▾

**Overview**

- Handmade item
- Materials: heat transfer, thermos, silk screen
- Ships worldwide from San Diego, California
- Feedback: 262 reviews
- Favorited by: 73 people

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

🐦 Tweet    📌 Pin it    tumblr. ✚    f Like  0





www.ebay.com/itm/Dresden-Germany-t-Shirt-XL-Whiskey-Label-Parody-Culture-Souvenir-Tourism-/181772387705?

Case 2:14-cv-02057-SMM   Document 114   Filed 10/23/15   Page 41 of 89

Daily Deals | Gift Cards | Sell | Help & Contact

**FOURTH OF JULY FRENZY**
Shop now

My eBay

Shop by category ▾    Search...

All Categories ▾    Sear

results | Listed in category:    Clothing, Shoes & Accessories > Men's Clothing > T-Shirts



## Dresden Germany T Shirt XL Whiskey Label Parod Souvenir Tourism

Seller : **siberianpotato2013** (3040 ★ )  **99.6% Positive feedback**

✦ Follow this seller | See other items

Item condition:  **Pre-owned**

Time left:  **10d 01h** 7/11, 5:24PM

Price:  **US $9.99**

**Buy It Now**

**Add to cart**

Best Offer:

**Make Offer**

● Add to watch list

★ Add to collection

Located in United States

Best offer avail

Shipping:  **$3.99** Standard Shipping | See details
Item location: 93933, United States
Ships to: United States

Delivery:  Estimated between **Tue. Jul. 7** and **Sat. Jul. 11** ❷

Payments:  **PayPal**  VISA ⬜ AMERICAN DISCOVER

Credit Cards processed by PayPal

**PayPal CREDIT**

Get more time to pay. Apply now. See Terms

See details

Returns:  Seller does not offer returns. You are covered by the Back Guarantee if you received an item that is not as listing.

Guarantee:  **ebay** MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Mouse over image to zoom

 

Have one to sell?   **Sell now**

ewed this item also viewed ❷

Feedback



SAC0273

# EllieSueTees

   

♥ Favorite Shop

**Like this item?**
Add it to your favorites to revisit it later.



🔍 zoom

## Whiskey Bent and Hell Bound Gr...
## Men's Country Comfy Tee

**$22.00** USD                                    Ask a

Quantity

[ 1      ▼ ]

Color

[ Select a color        ▼ ]

Size

[ Select a size         ▼ ]

**Overview**

- Handmade item
- Made to order
- Only ships to United States from Idaho F
- Feedback: 22 reviews

🎁 This shop accepts Etsy Gift Cards

**Add to Cart**

🐦 Tweet    Pin it    tumblr. +    f Like    0



## EllieSueTees
*in* Idaho Falls, Idaho

  

Category    |    Back to search results  |  Listed in category:    Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# Hooters Riverside T-shirt Sze XL Whisky Bottle Design Est 1983







✕ ⨍ ⬚ ℗ | Add to watch lis

Seller : **youcalldibbs** (10897 🌟 ) **99.6% Positive feedback**
✛ Follow this seller  |  See other items  |  Visit store:  youcalldibbs

Item condition:  **Pre-owned**



Price:    **US $11.00**

Best Offer:

4 watching

Experienced seller                          Best offer available

  

**Buy It Now**

**Add to cart**

**Make Offer**

❖ Add to watch list
★ Add to collection

Shipping:   **$4.00**  Economy Shipping | See details
Item location: Hemet, California, United States
Ships to:  United States

Delivery:   Estimated between **Wed. Jul. 8 and Thu. Jul. 16** ⓘ

Payments:   PayPal  VISA  [cards]
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns:   Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.



Mouse over image to zoom



$ Have one to sell?   Sell now

Size:
Select ▼    Size Chart | Fit: As expected (85%) ▼

Add to Wish List

**Color: Black**

   

* Pre-Shrunk
* High Quality
* Super Soft Ring Spun Cotton
* Custom Printed Hot off the Press at time of order

:oll over image to zoom in



## Frequently Bought Together

  

GEEK TEEZ          GEEK TEEZ
$19.98 - $26.98    $19.98 - $26.98

# Who Bought This Item Also Bought

    

ural Crowley's Hell | Supernatural Winchester | Funko POP Television: | CafePress Driver Picks | Anti-Possession S
e Men's T-Shirt | and Sons "Carry On" Men's | Supernatural Dean Action | Supernatural Bumper | Automotive Decal
☆☆ 3 | T-Shirt | Figure | Sticker Sticker Bumper - | Sticker Supernatu
$26.98 | ☆☆☆☆☆ 13 | ☆☆☆☆☆ 166 | Standard Clear | catholic voodoo de
 | $19.98 - $26.98 | $12.88 *Prime* | ☆☆☆☆☆ 10 | ☆☆☆☆☆ 14
 | | Get it by Tomorrow | $5.99 | $2.95

# Products Related To This Item (What's this?)

    



# WINCHESTER and SONS

### SUPERNATURAL

## Hunter's WHISKEY

### NON TIMEBO MALA DISTILLERY

**BOBBY SINGER, PROPRIETER**
**LAWRENCE, KANSAS, U.S.A.**
43% ALC., 7% SALT BY VOL. (100 PROOF)



amazon prime

Your Account ▾   Hello, Stephen   $25 Back with Camera Store Purchase
With Promo Code 25CAMERA

FREE RETURNS

Wish List ▾   Your Prime ▾   Cart   0

Shop by Department ▾   | Clothing, Shoes & Jewelry ▾ | 30 billion whiskey

Stephen's Amazon.com   Today's Deals   Gift Cards   Sell   Help

Amazon Fashion   Women ▾   Men ▾   Girls ▾   Boys ▾   Baby ▾   Luggage ▾   Sales And Deals ▾   Your #'s ▾

‹ Back to search results for "30 billion whiskey"

30 Billion

# 30 Billion Men's Street Fashion Whiskey Whisky Tee, Small, Black

Be the first to review this item

Price: $30.00

**Size:**
| Select ▾ |   Size Chart

**Color: Black**

- 100% Cotton T-Shirt
- Fine Screen Prints
- Crew Neck for Everyday Style
- Designs by 30Billion



Roll over image to zoom in

Share ✉ f 🐦 📧

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

# Customers Who Bought This Brand Also Shopped For

Page 1 of 5

SAC0279

⌄ | Back to search results | Listed in category: Collectibles > Comics > Apparel & Accessories

# DC Comics - Batman - Whiskey Style Logo - Black - Dark Knight - T-Shirt - Small

  | Add to watch list

Seller : **retrolution** (1742 ★) **100% Positive feedback**
✦ Follow this seller | See other items | Visit store: retrolution

Item condition: --

Time left: 25d 18h 727: 9:33PM

Price: **US $10.00**

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

100% positive feedback

Shipping: **$5.00** Economy Shipping | See details
Item location: Siler City, North Carolina, United States
Ships to: United States

Delivery: Estimated between **Wed. Jul. 8 and Tue. Jul. 21** ⊘

Payments: **PayPal** **VISA** 
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: **ebay** MONEY BACK GUARANTEE | See details



Mouse over image to zoom

$ Have one to sell? | Sell now



ebaY

Shop by category ▾ | Search...

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

All Categories    Search    Advanced

# FUDPUCKER HOMEMADE WHISKEY FLORIDA T SHIRT SZ XXXL NEW WITH TAGS

 f P | Add to watch list

Seller : **86durango86** (5419 ★) **100% Positive feedback**

✦ Follow this seller | See other items | Visit store: MOO MOO'S BARGAIN BONANZA

| | |
|---|---|
| Item condition: | **New with tags** |
| Time left: | 28d 05h 7:29, 10:42PM |
| Price: | **US $19.95** |

**Buy It Now**

**Add to cart**

✦ Add to watch list
★ Add to collection

**Free shipping**    New condition    100% positive feedback

Shipping:  **FREE** Expedited Shipping | See details
Item location: Merrillville, Indiana, United States
Ships to: Worldwide

Delivery:  Estimated between **Fri. Jul. 3 and Wed. Jul. 8** ❷

Payments:   PayPal VISA AMERICAN DISCOVER
Credit Cards processed by PayPal

*PayPal CREDIT*
Get more time to pay. Apply now. See Terms
See details

Returns:  14 days money back, buyer pays return shipping | See details

Guarantee:  ebaY MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.

Mouse over image to zoom



86durango86

$ Have one to sell?    Sell now

   

∨ Back to search results | Listed in category:    Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

# Motley Crue Too Fast For Love Tee - Whiskey Graphic Print T-Shirt Unisex Adult



Mouse over image to zoom

$ Have one to sell?   Sell now

Seller: dmjgraphics (210 ☆ ) 100% Positive feedback

★ Follow this seller | See other items | Visit store: DMJ Graphics

Item condition:  **New with tags**

Time left:   2d 12h Saturday, 4:06PM

Size:    - Select -    ▼

Color:   - Select -    ▼

Quantity:   1       More than 10 available

Price:   **US $17.99**

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

Free shipping       Hassle-free returns       New condition

Shipping:  **FREE**  Expedited Shipping | See details
          Item location: Huntersville, North Carolina, United States
          Ships to: Worldwide

Delivery:  Estimated between **Mon. Jul. 6** and **Thu. Jul. 9** ❓

Payments:  PayPal  
           Credit Cards processed by PayPal

           **PayPal CREDIT**
           Get more time to pay. Apply now. See Terms
           See details



results  | Listed in category:    Clothing, Shoes & Accessories  >  Women's Clothing  >  Tops & Blouses



Mouse over image to zoom

Have one to sell?   **Sell now**

# New Breed CARRY A FLASK OF WHISKEY IN CAS BITE TANK SHIRT punk grunge

Seller : **coolhotfashion** (53760 ⭐ )  me  **99.6% Positive feedback**

✚ Follow this seller  |  See other items  |  Visit store: Cool Hot Fashions

| | |
|---|---|
| Item condition: | **New with tags** |
| Size (Women's): | - Select -  ▼ |
| Quantity: | [ 1 ]    2 available |
| Price: | **US $28.00** |

**Buy It Now**

**Add to cart**

3 watching    ○ Add to watch list

★ Add to collection

**Free shipping**     Hassle-free returns     New

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping | See details |
| | Item location: Aitkin, Minnesota, United States |
| | Ships to: Americas, Europe, Asia, Australia  See exclusions |
| Delivery: | Estimated between **Tue. Jul. 7 and Sat. Jul. 11** |
| | Use Expedited Shipping to get it by Jul. 7  ❓ |
| Payments: | PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | Hassle-free returns | Learn more  ❓ |
| | 14 days money back, you pay return shipping, 15% r |
| | may apply |
| Guarantee: | ebay MONEY BACK GUARANTEE | See detail: |
| | Get the item you ordered or get your money back. |
| | Covers your purchase price and original shipping. |

ewed this item also viewed  ❓                                         Feedbac



      

www.ebay.com/itm/INCREDIBLE-1990-vintage-LYNYRD-SKYNYRD-whiskey-T-SHIRT-sz-MED-7321783942852?pt=LH

Daily Deals | Gift Cards | Sell | Help & Contact    **FOURTH OF JULY FRENZY**    My eBay
Shop now

Shop by category ▼    Search...    All Categories    ▼    Sea

ch results  | Listed in category:    Entertainment Memorabilia > Music Memorabilia > Rock & Pop > Artists L > Lynyrd Skynyrd



Click to view larger image and other views

  

§ **Have one to sell?    Sell now**

# INCREDIBLE!! 1990 vintage LYNYRD SKYNYRD w SHIRT...sz MED

Seller : 4acloudyday (8329 ⭐ )  **99.5% Positive feedback**

➕  Follow this seller | See other items | Visit store: 4acloudyday

Item condition:  --
"*EXCELLENT CONDITION*"

Time left:  **25d 12h** 7/27, 4:05PM

Price:  **US $36.99**    **Buy It Now**

**Add to cart**

4 watching    ◉ Add to watch list
             ★ Add to collection

**Delivery in 4 days**    Located in Unite

Shipping:  **$6.00** Expedited Shipping | See details
Item location: Sacramento, California, United States
Ships to: United States and many other countries | See details

Delivery:  Estimated on or before **Wed. Jul. 08** to 85251 ¢

Payments:  **PayPal** VISA 
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns:  14 days money back, buyer pays return shipping | :

Guarantee:  eb**ay** MONEY BACK GUARANTEE | See deta
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Shipping and payments**



SAC0290









ebay ▾ Shop by category ▾    Search...    All Categories    ▾    Search    Advanced

‹ Back to search results | Listed in category:    Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

# US Army Whiskey Label Graphic T-Shirt 7.62 design





✖ f 🐦 🅿 🅿 | Add to watch lis

Seller : **2hotchicksinshirts** (31 ☆ ) **100% Positive feedback**

✦ Follow this seller | See other items | Visit store: 2hotchicksinshirts

Item condition: **Pre-owned**

Time left:    22d 04h 7/24, 8:06AM

Price:    US **$18.00**

**Buy It Now**

**Add to cart**

◇ Add to watch list

★ Add to collection

100% positive feedback

Shipping:    **$3.54**  Standard Shipping | See details
Item location: Avondale, Arizona, United States
Ships to: United States and many other countries | See details

Delivery:    Estimated between **Thu. Jul. 9** and **Tue. Jul. 14** ✪

Payments:    **PayPal**  VISA  [AMERICAN EXPRESS] DISCOVER

Credit Cards processed by PayPal

**PayPal CREDIT**

Get more time to pay. Apply now. See Terms

See details

Returns:    Seller does not offer returns. You are covered by the eBay Money
Back Guarantee if you received an item that is not as described in the
listing.

Guarantee:    ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.



Mouse over image to zoom





$ **Have one to sell?**    **Sell now**



% OFF WHEN YOU SPEND $75 OR MORE   See all eligible items ►



## Guy Men Vest Tank Tops Shirt Classic Whiskey M... Biker Chopper V240#S-3XL

✉ f 🐦 📌

**Seller :** **siammotorbikeclothing** (159 ✰ )  **98.8% Positive feedback**

➕ Follow this seller | See other items | Visit store: SiamMotorBikeClothing

| | |
|---|---|
| Item condition: | **New with tags** |
| Size Type: | Regular ▾ |
| Size (Men's): | - Select - ▾ |
| Quantity: | [ 1 ]   More than 10 available |
| Was: | US $13.99 ⓘ |
| You save: | $1.40 (10% off) |
| Price: | **US $12.59** |

**Buy It Now**

**Add to cart**

4 watching    👁 Add to watch list

⭐ Add to collection

**Hassle-free returns**                    New conditi...

  

Mouse over image to zoom

**Have one to sell?**  **Sell now**

| | |
|---|---|
| Shipping: | **$15.00**  Economy Shipping from outside US | See det... |
| | See details about international shipping here ⓘ |
| | Item location: **Suanluang, Bangkok, Thailand** |
| | Ships to: **Worldwide** |
| Delivery: | 📦 Estimated between Fri. Jul. 17 and Thu. Jul. ... |
| | Please note the delivery estimate is greater than 10 b... |
| Payments: | **PayPal**  VISA ●●●● AMERICAN DISCOVER |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | Hassle-free returns | Learn more ⓘ |
| | 14 days money back, you pay return shipping |
| Guarantee: |  MONEY BACK GUARANTEE | See detail... |
| | Get the item you ordered or get your money back. |
| | Covers your purchase price and original shipping. |

# ADDICTION

## OLD SCHOOL

EST. ★ %1er ★ 1998

QUALITY

*Original*

CLOTHING

results | Listed in category: Collectibles > Advertising > Food & Beverage > Distillery > Jim Beam



# Bourbon St. Sour Mash Whiskey T-Shirt

Seller : **mad82255** (46 ☆ ) **100% Positive feedback**

➕ Follow this seller | See other items

Item condition: **Used**
" *Used Gently Really good condition.* "

Price: **US $15.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make Offer**

👁 Add to watch list
★ Add to collection

**Hassle-free returns**     Delivery in 4 days     100% pos



Mouse over image to zoom

Have one to sell?     **Sell now**

Shipping: **$5.70** Expedited Shipping | See details
Item location: **Romulus, Michigan, United States**
Ships to: **United States**

Delivery: Estimated on or before **Wed. Jul. 08** to 85251 ❓

Payments: **PayPal** VISA MasterCard AMERICAN DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more ❓
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

ewed this item also viewed ❓

Feedback









Category    | Back to search results | Listed in category: Clothing, Shoes & Accessories > Women's Clothing > T-Shirts





Mouse over image to zoom



$ Have one to sell?   Sell now

## Better Call Saul Whiskey Tribute T Shirt Heisenberg Saul Goodman Jimmy McGill BB

Seller: spend.less.tees (141 ★) 100% Positive feedback
+ Follow this seller | See other items | Visit store: Spend Less T s

Item condition:   **New without tags**

Main Colour:    - Select -    ▶

Size:    - Select -    ▶

Quantity:    1      10 available

Price:    **GBP 8.99**
Approximately US $14.05

**Buy It Now**

◆ Add to watch list
★ Add to collection

100% positive feedback

Shipping:    GBP 5.50 (approx. US $8.60)  Economy Int'l Postage | See details
See details about international shipping here. ⓘ
Item location: London, United Kingdom
Ships to: Americas, Asia, Australia, Europe

Delivery:    Estimated between Tue. Jul. 28 and Tue. Aug. 11
Please note the delivery estimate is greater than 17 business days.

Payments:    **PayPal**  [MasterCard] [VISA] [AMEX] [DISCOVER]
Credit Cards processed by PayPal
See details

Returns:    14 days, buyer pays return shipping | See details

Guarantee:    eBay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.



◀ Back to search results | Listed in category: Clothing, Shoes & Accessories > Women's Clothing > T-Shirts

# Be As You Are Extra Large Black Whiskey Makes Me Frisky T Shirt Bottle Label NEW

👁 1 watched in last 24 hours

       | Add to watch list

Seller · **spreadingsunshineeverywhere** (54 ⭐) **100% Positive feedback**

✦ Follow this seller | See other items | Visit store: Sunshine on a Cloudy Day Online

| | |
|---|---|
| Item condition: | **New without tags** |
| | "*Brand new T-Shirt - did not come with a Be As You Are Tag.*" |
| Quantity: | 1  2 available |
| Was: | ~~US $22.00~~ ⓧ |
| You save: | $6.60 (30% off) |
| Price: | **US $15.40** |

**Buy It Now**

◆ Add to watch list
★ Add to collection

1 watching

**30% savings**

100% positive feedback

| | |
|---|---|
| Shipping: | **$13.10** Canada Post Tracked Packet - USA | See details  |
| | See details about international shipping here.  |
| | Item location: Toronto, ON, Canada |
| | Ships to: Worldwide |
| Delivery: | Estimated by **Wed. Jul. 15** |
| | Seller ships within 1 day after receiving cleared payment .  |
| Payments: | **PayPal** **VISA** Credit Cards processed by PayPal |
| | *PayPal* **CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |



Click to view larger image and other views

 

$ Have one to sell?    Sell now



SAC0300

Case 2:14-cv-02805-SMM  Document 114  Filed 10/23/15

y  Shop by category ▾  Search...  All Categories ▾  S

arch results | Listed in category:  Music > Wholesale Lots > Other Wholesale Music



  

Mouse over image to zoom

$ Have one to sell?  **Sell now**

# Heisenberg Style Walter White Whiskey Logo T- (Longslave&Hoodie Available)

✉ 📘 📷

Seller : kebon.shop (32 ☆)  **100% Positive feedback**

✚  Follow this seller  |  See other items  |  Visit store: kebon.shop

| | |
|---|---|
| Item condition: | **New** |
| size: | - Select -  ▾ |
| color: | - Select -  ▾ |
| Quantity: | 1  More than 10 available. |
| Price: | **US $23.99** |

**Buy It Now**

**Add to cart**

1 watching

⊙ Add to watch list

★ Add to collection

| New condition | 100% positive |
|---|---|

| | |
|---|---|
| Shipping: | **$7.99**  Standard Shipping from outside US | See c |
| | Item location: Schenectady, New York, United States |
| | Ships to: Worldwide |
| Delivery: | Estimated between Thu. Jul. 16 and Thu. . |
| | This item has an extended handling time and a d |
| | greater than 9 business days. |
| Payments: | PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | 14 days money back or item exchange. buyer pay |
| | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See de |
| | Get the item you ordered or get your money back. |
| | Covers your purchase price and original shipping. |

viewed this item also viewed ⊘

Feed



category

▼ | Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

## Shirt Original Sex Rock 'n' Roll Whiskey KR76

☒ ☐ ☐ ☐ ☐ | 99.8% Positive feedback

Seller : street_fighter_shop2009 (18850 ☆ ) me❤ )
✦ Follow this seller | See other items | Visit store: Street Fighter Sportswear

| Item condition: | **New with tags** |
| Size (Men's): | - Select - ▼ |
| Quantity: | 1 |

5 available

Price:    **US $28.62**

**Buy It Now**

**Add to cart**

◆ Add to watch list
★ Add to collection

Free shipping                 New condition                 Experienced seller

Shipping:    **FREE**  Standard Shipping from outside US | See details
See details about international shipping here. ❓
Item location: Birmingham, West Midlands, United Kingdom
Ships to: Worldwide  See exclusions

Delivery:    Estimated between **Fri. Jul. 10** and **Tue. Jul. 21** ❻

Payments:    **PayPal**  **VISA** ☐ ☐ ☐
Credit Cards processed by PayPal

*PayPal CREDIT*
Get more time to pay. Apply now. See Terms
See details

Returns:    14 days money back, buyer pays return shipping | See details

Guarantee:    eb☯y MONEY BACK GUARANTEE | See details



Mouse over image to zoom

$ **Have one to sell?**    **Sell now**





Shop by category ▼   Search   All Categories   ▼   Se

ch results  | Listed in category:   Clothing, Shoes & Accessories > Men's Clothing > T-Shirts



## DARYL DIXON tribute T SHIRT Walking Dead whi American TV show zombies

 ✉ 🇫 🐦 🇬

Seller : **pasteura14** (640 ★)  **99.1% Positive feedback**

➕ Follow this seller  |  See other items  |  Visit store: Polite Hostility

Item condition:  **New without tags**

" *Item ships within 3 - 5 business days after cleared Tee is HAND-FINISHED, all* " ... Read more

Size:  - Select -  ▼

Quantity:  1   7 available / 2 sold

Price:  **US $12.49**

**Buy It Now**

**Add to cart**

⊙ Add to watch list

★ Add to collection

Free local pickup   Located in Unite

Shipping:  **$2.50**  Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States and many other countries | See details

Delivery:  Estimated between Thu. Jul. 9 and Wed. Ju
Includes 5 business days handling time after receip payment.

Payments:  *PayPal*  VISA  Mastercard  AMERICAN EXPRESS  DISCOVER
Credit Cards processed by PayPal

*PayPal* **CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns:  14 days money back, buyer pays return shipping |

Guarantee:  eb⊃y™ MONEY BACK GUARANTEE | See det
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


Mouse over image to zoom

⸖ Have one to sell?   **Sell now**

viewed this item also viewed ⊙   Feedb:

      



Shop now

Shop by category ▾   Search...   All Categories ▾   Sea

ch results | Listed in category:   Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

currently away until Jul 05, 2015. If you make a purchase, there may be a delay in processing your order.

## | MARKDOWNS See all eligible items ▸



### daisy DUKES rochester NEW york NY sour MASH SHIRT large L bar HAZZARD

✉ 🅵 🅩 🄟

Seller : **vandysdandys** (6400 ☆) **100% Positive feedback**

+ Follow this seller | See other items | Visit store: Vandys Dandys

| | |
|---|---|
| Item condition: | **Pre-owned** |
| Sale ends in: | 04d 20h 02m |
| Was: | US $16.92 ⓘ |
| You save: | **$8.46 (50% off)** |
| Price: | **US $8.46** |

**Buy It Now**

**Add to cart**

➤ Add to watch list

★ Add to collection

**50% savings**                    100% positive fe

Mouse over image to zoom



| | |
|---|---|
| Shipping: | **$4.95** Standard Shipping | See details |
| | Item location: **Your Closet!!, United States** |
| | Ships to: **Worldwide** See exclusions |
| Delivery: | Estimated between **Mon. Jul. 6 and Mon. Jul. 13** |
| Payments: | **PayPal** VISA ● AMERICAN EXPRESS DISCOVER |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | 14 days money back, buyer pays return shipping | |
| Guarantee: | ebay MONEY BACK GUARANTEE | See deta |
| | Get the item you ordered or get your money back. |
| | Covers your purchase price and original shipping. |

| Have one to sell?   **Sell now**

## )N MARKDOWNS* See all eligible items ▸

tem price reflects all savings. Items provided by **vandysdandys**





Shop by category ▾    Search...    All Categories ▾    Searc

results | Listed in category:    Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts



ick to view larger image and other views



lave one to sell?    **Sell now**

# Rather Be Someone's Shot Of Whiskey Than Every Of Tea Girly TEE SHIRT

✉ 🔘 📧 📱 📌 |



Seller : **dollclothesbygpa** (2406 ★) **me** **99.7% Positive feedback**

➕ Follow this seller | See other items | Visit store: G-PA's Apparel

| | |
|---|---|
| Item condition: | **New without tags** |
| SELECT SIZE: | - Select - ▾ |
| APPAREL STYLE: | Unisex Short Sleeve Tee ▾ |
| SELECT SHIRT COLOR: | - Select - ▾ |
| Quantity: | 1    More than 10 available / 5 sold |
| Price: | **US $12.95** |

**Buy It Now**

**Add to cart**

13 watching    ⚪ Add to watch list

⭐ Add to collection

**Free shipping**    Hassle-free returns    Located in |

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping | See details |
| | Item location: Bradenton, Florida, United States |
| | Ships to: United States |
| Delivery: | Estimated between **Tue. Jul. 7 and Tue. Jul. 14** ❷ |
| Payments: | PayPal VISA 💳 💳 💳 |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply now. See Terms |
| | See details |
| Returns: | Hassle-free returns | Learn more ❷ |
| | 14 days money back, you pay return shipping |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details |
| | Get the item you ordered or get your money back. |
| | Covers your purchase price and original shipping. |

wad this item also viewed ⊙

www.ebay.com/itm/MOTORHEAD-MOTORHEAD-TRIBUTE-LEMMYS-FAVORITE-WHISKEY-IRON-CROSS-SPADE-BIKEF

Daily Deals | Gift Cards | Sell | Help & Contact     **FOURTH OF JULY FRENZY**                                My eBay
                                                       Shop now

Shop by          Search...                                           All Categories            ▼          Sear
category  ▼

h results | Listed in category:  Clothing, Shoes & Accessories > Men's Clothing > T-Shirts



Mouse over image to zoom

Have one to sell?   **Sell now**

## MOTÖRHEAD MOTORHEAD TRIBUTE LEMMYS F/ WHISKEY IRON CROSS SPADE BIKER SHIRT

Seller : **professional-global-seller** (1123 ★ )  **100% Positive feedback**

➕ Follow this seller | See other items | Visit store: gotha-industries

| Item condition: | **New without tags** | |
|---|---|---|
| Size Type: | Regular | ▼ |
| Size (Men's): | - Select - | ▼ |
| Quantity: | 1 | More than 10 available / 11 sold |
| Price: | **US $22.99** | **Buy It Now** |

**Add to cart**

31 watching        ⭘ Add to watch list
                   ★ Add to collection

**30-day returns**                        100% positive fee

Shipping:  **$8.99** Standard Shipping from outside US | See detai
           See details about international shipping here. ❓
           Item location: Seeheim-Jugenheim, Germany
           Ships to: Worldwide

Delivery:  Estimated between **Wed. Jul. 8 and Fri. Jul. 17** ❓

Payments:  **PayPal**   VISA [cards]

           Credit Cards processed by PayPal

           **PayPal CREDIT**
           Get more time to pay. Apply now. See Terms
           See details

Returns:   30 days money back, buyer pays return shipping | S

Guarantee:  eb☰y MONEY BACK GUARANTEE | See details
            Get the item you ordered or get your money back.
            Covers your purchase price and original shipping.



# New Chivas Regal Whisky Alcohol Drinking Comb Shirt Gildan Brand Tee2

Seller : adwaski (10 ☆) **100% Positive feedback**

✚ Follow this seller | See other items

Item condition: **New**

size: `- Select -` ▼

color: `Black` ▼

Quantity: `1`    5 available

Price: **US $23.99**

**Buy It Now**

**Add to cart**

👁 Add to watch list

★ Add to collection

New condition                                    100% positive fe

Shipping:  **$7.99** Standard Shipping from outside US | See det
Item location: Schenectady, New York, United States
Ships to: Worldwide

Delivery:  Estimated between Thu. Jul. 16 and Thu. Jul
This item has an extended handling time and a deli
greater than 9 business days.

Payments:  **PayPal**  VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns:  14 days money back or item exchange, buyer pays
See details

Guarantee:  **eb𝕪** MONEY BACK GUARANTEE | See detai
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

ewed this item also viewed ❷                                   Feedba







Shop now

ebay

Shop by category ▼    Search…

Back to search results | Listed in category:    Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

All Categories    Search    Advanced

# Brad Paisley 2008 Alcohol Tour T Shirt XL Music Party Country Band Concert Black

Seller: gosportscards (12243 ) me 100% Positive feedback
+ Follow this seller | See other items | Visit store: GoSportsCards

Item condition:  **Pre-owned**
"*Small hole on back. See last picture.*"

Price:  **US $16.99**

2 watching

100% positive feedback

Shipping:  **$3.99**  Standard Shipping | See details
Item location: Downingtown, Pennsylvania, United States
Ships to: Worldwide

Delivery:  Estimated between **Thu. Jul. 9** and **Tue. Jul. 14** ❔

Payments:  PayPal VISA 
Credit Cards processed by PayPal

*PayPal* CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns:  Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

**Buy It Now**
**Add to cart**
◆ Add to watch list
★ Add to collection



Mouse over image to zoom



$ Have one to sell?  Sell now



SAC0316

Daily Deals  |  Gift Cards  |  Sell  |  Help & Contact    FOURTH OF JULY FRENZY
Shop now                                                                      My eBay

Shop by
category          Search...                          All Categories        ▾      Sea

ch results  | Listed in category:   Collectibles > Tobacciana > Lighters > Zippo > Other Zippo Lighters

# TH EVERYDAY LOW PRICES See all eligible items ▶



Click to view larger image

▸ Have one to sell?   **Sell now**

## Zippo Snake Bite Whiskey Pure Rye 100 Proof Bla
## Windproof Lighter NEW

✉ f ☍ ℗

Seller : **belote** (251590 ⭐)  **me**  **99.4% Positive feedback**
✛  Follow this seller  |  See other items  |  Visit store: The Sharpest Store On The Web

| Item condition: | **New** | |
|---|---|---|
| Quantity: | 1 | More than 10 available / 10 sold |
| List price: | ~~$27.96~~ *i* | |
| You save: | **$10.01 (35% off)** | |
| Now: | **US $17.95** | **Buy It Now** |
| | | **Add to cart** |
| | 14 watching | ● Add to watch list |
| | | ★ Add to collection |

**Hassle-free returns**        35% savings        New

Shipping:  **$2.04** Standard Shipping | See details
Item location: Van Nuys, California, United States
Ships to: Americas, Asia, Australia

Delivery:  Estimated between **Tue. Jul. 7** and **Sat. Jul. 11**
Use Expedited Shipping to get it by Jul. 9 ❷

Payments:  **PayPal**  VISA ●● AMERICAN DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply now. See Terms
See details

Returns:  Hassle-free returns | Learn more ❷
14 days money back, you pay return shipping

Guarantee:  **ebay** MONEY BACK GUARANTEE | See deta
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.



SAC0318

Browse ⌄  Mens  Womens  Accessories  Clearance

🛒 Cart (0)  My Account  Help

IN STOCK - SHIPS WITHIN 24 HOURS

View Size Chart

XL

−  1  +

ADD TO CART - $19.99

## Whiskey Yer The Devil St. Patty's Day Tee Shirt

St. Patty's Day Oh Whiskey Yer The Devil men's tee shirt. Features Oh Whiskey Yer The Devil Keep Leading Me Astray text on front. Made from a cotton/poly blend.

SKU: 23967

Browse St. Patrick's Day ›

Browse Mens Shirts ›









SAC0320