# EXHIBIT O

1  Firm E-Mail: courtdocs@dickinsonwright.com

2  David G. Bray (#014346)
   dbray@dickinsonwright.com
3  Frank G. Long (#012245)
   flong@dickinsonwright.com
4  Jonathan S. Batchelor (#026882)
   jbatchelor@dickinsonwright.com
5  Colleen M. Ganin (#032456)
   cganin@dickinsonwright.com
6  **DICKINSON WRIGHT, PLLC**
   1850 North Central Avenue, Suite 1400
7  Phoenix, Arizona 85004
   Phone: (602) 285-5000
8  Fax: (602) 285-5100

   *Attorneys for VIP Products, L.L.C*
9

10        **IN THE UNITED STATES DISTRICT COURT**

11             **DISTRICT OF ARIZONA**

| | |
|---|---|
| 12  VIP Products, L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| 13                      Plaintiff and Counterdefendant, | **DECLARATION OF STEPHEN SACRA** |
| 14          v. | |
| 15  Jack Daniel's Properties, Inc., a Delaware corporation | |
| 16 | |
| 17                      Defendant and Counterclaimant. | |

18

19        I, STEPHEN SACRA, under penalty of perjury, declare as follows:

20        1.    I state the following according to my personal knowledge.

21

22        2.    I have approximately 10 years' experience in marketing and promoting

23  alcoholic beverages.

24        3.    I am the CEO of VIP Products, LLC.

25

26

4.    I have more than 20 years' experience in designing and manufacturing products.

5.    I have approximately 22 years' personal experience in the spirits industry, including extensive experience with the various sizes, shapes, appearances, and displays of spirits bottles.

6.    I am familiar with the bottles and labels currently in use by various bourbon/whiskey brands in the United States.

7.    I am familiar with the alleged "Jack Daniel's Trade Dress."

8.    I am familiar with the JD bottle design that is registered with the U.S. Patent and Trademark Office, No. 4,106,178.

9.    I am familiar with online merchandising, and the use of internet search engines to identify products that are for sale online.

10.    In preparing "The Two-Hour Test," I spent two hours identifying products for sale online that use designs that resembling the Jack Daniel's label design, and compiled those products in a report, which is attached to Plaintiff's Statement of Facts in Support of its Motion for Summary Judgment as Exhibit N.

11.    In preparing the "American Whiskey/Bourbon Report," also attached to Plaintiff's Statement of Facts in Support of its Motion for Summary Judgment as Exhibit N. I evaluated and statistically analyzed the use of bottles and labels in the U.S. bourbon/whiskey market.

12.    I concluded that some combination or subset of the four primary elements claimed by JDPI in the "Jack Daniel's Trade Dress" are used by an overwhelming majority of U.S. bourbon/whiskey sellers. [Exhibit N].

13.    I concluded that the combination of the four primary elements of the alleged "Jack Daniel's Trade Dress" identified by JDPI act as a generic identifier for U.S. bourbon/whiskey. [Exhibit N].

14.    I concluded that each brand house that competes with Jack Daniel's has at least one brand that uses the four primary elements claimed by JDPI in the Jack Daniel's Trade Dress. [Exhibit N].

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 22nd day of October, 2015 in Phoenix, Arizona.

_____
STEPHEN SACRA

PHOENIX 53913-11 253760v2

3

# EXHIBIT P

# Father's Day is June 21



it's tee time
150+ styles and colors
available @ Target.com

men's
tees
$8
SALE reg. 9.99 &
12.99, Mossimo
Supply Co. and
Merona crew-
and V-neck tees.

$10
SALE reg. 12.99,
Graphic tees.

13

VIP00133



# 30% off
dad's summer's in full swing

SALE Men's Mossimo Supply Co. and Meron
Men's C9 Champion® golf polos, shorts and

**$14**
SALE reg. 14.99, Men's Wrangler 5-pocket,
carpenter or side-elastic shorts.
• Extended sizes, sale $16

**16.99**
Men's Wrangler regular or relaxed-fit jeans.
• Extended sizes, 18.99

14

VIP00134

# shirts & shorts





los, shorts and short-sleeve woven shirts shown, reg. 14.99-24.99, sale 10.49-17.49
s shown, reg. 19.99-32.99, sale 13.99-23.09



**$25**
SALE reg. 29.99, Men's Haggar H26 original
straight-fit chinos.
• All other Haggar H26 pants and shorts on sale.



**$5**

⊙ **weekly**
**WOW**

SALE reg. 6.99,
Men's Hanes®
Premium tee.
Sizes S-XL.
• Size XXL, reg. 8.99,
sale $7

expect more. pay less. 15

VIP00135

Case 2:14-cv-02057-SMM    Document 116    Filed 10/23/15    Page 9 of 231

# gifts for dad under $20



Holds up to 64 ounces!

Flask-Zi

STAINLESS STEEL

**19.99**
64-oz. stainless steel flask
or vintage-style football
helmet. Seasonal merchandise;
no rain checks.


Old Leatherhead



BUXTON
**MEN'S
GROOMING
SET**

**12.99**
Men's grooming kit.
Seasonal merchandise;
no rain checks.



**19th
HOLE**

Bottle Opener

**14.99**
Bottle opener.
Seasonal merchandise;
no rain checks.

SALE
**$9**
Reg. 12.99-14.99,
Merona sleep pants.




PAIR + THIEVES

**9.99**
Pair of Thieves kid & dad
socks set in assorted styles.
Seasonal merchandise; no rain checks.




SALE
**2/$15**
Reg. $9.99 each,
Father's Day tee or
baseball hat. Seasonal
merchandise; no rain checks.

KING
of the
GRILL


COOLEST
DAD

SALE
**$5**
Reg. 12.99,
Father's Day
graphic tees.
Seasonal
merchandise;
no rain checks.


I AM YOUR FATHER!



FATHER
OF THE YEAR

16

VIP00136



VIP00137





VIP00138

# EXHIBIT Q

| | | | |
|---|---|---|---|
| **Brand:** Garrison Brothers<br>**Producer:** Texas Closet<br> | **Brand:** Evan Williams<br>**Producer:** Heaven Hill<br> | **Brand:** Jim Beam<br>**Producer:** Suntory Holdings<br> | **Brand:** Red Stag<br>**Producer:** Suntory Holdings<br> |
| **Brand:** Canadian Club Reserve<br>**Producer:** Suntory Holdings<br> | **Brand:** JP Wiser's Spiced Whiskey<br>**Producer:** Hiram Walker<br> | **Brand:** Wild Turkey American Honey<br>**Producer:** Pernod<br> | **Brand:** Ezra Brooks Bourbon<br>**Producer:** Luxco<br> |
| **Brand:** Ancient Age Kentucky & Straight Bourbon<br>**Producer:** Sazerac<br> | **Brand:** Johnnie Walker<br>**Producer:** Diageo<br> | **Brand:** Hankey Bannister Scotch<br>**Producer:** InBev<br> | **Brand:** Ballantine's Finest Blended Scotch Whiskey<br>**Producer:** Pernod<br> |

| **Brand:** Cointreau Noir Liqueur & Cognac <br> **Producer:** France | **Brand:** Jose Cuervo Tequila <br> **Producer:** Beckmann Family | **Brand:** Lunazul Tequila <br> **Producer:** Beckman Family | **Brand:** Puerto Vallarta Tequila <br> **Producer:** Frank-lin Distilleries |
|---|---|---|---|
|  |  |  |  |
| **Brand:** El Jimador Tequila <br> **Producer:** Brown and Forman | **Brand:** Boodles British Gin <br> **Producer:** Pernod | **Brand:** Beefeater Gin <br> **Producer:** Pernod | **Brand:** Sweet Revenge <br> **Producer:** Independence Spirits Company |
|  |  |  |  |

PHOENIX 53913-11 230575v2

# EXHIBIT R



≡ **Explore The Website...**

## SAVE $5 NOW

### MADE WITH REAL AMERICAN WHISKEY

Proudly made in the USA using only the finest natural flavors, like wild strawberry and tangy citrus, to produce a combination of bold flavor your taste buds have only dreamed about. Don't be fooled by its rosy colored attitude, it's raw, bold and sinfully delicious.



# DRINK PINK ALL SUMMER LONG

*as featured on* **TIPSY BARTENDER**

## SWEET REVENGE

# STAWBERRY KIWI JUNGLE JUICE

http://www.sweet-revenge.com/                                   6/30/2015

VIP00420



2 *Bottles of Sweet Revenge*
*1/4 Bottle of white rum*
*3 Bottles of lemonade*

*Splash of grenadine*
*Strawberry slices*
*Kiwi slices*

## SWEET SOCIAL

*Share your #sweetrevenge pics with us.*



VIP00421



(HTTP://WWW.INSTAGRAM.COM/SWEETREVENGE_7

≡ Explore The Website...

SAVE $5 NOW   (/pdf/sweet-revenge-rebate.pdf)

Enjoy a cold shot, on the rocks or with lemonade.

(/recipes/index.html)

VIP00422



KEEP ME IN THE PINK **Explore The Website...**

FIRST AND LAST NAME

**SAVE $5 NOW** (/pdf/sweet-revenge-rebate.pdf)

*DRINK.PINK.HARD.*®
BEST WHEN ENJOYED COLD AND RESPONSIBLY.



@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink, White, and Blue, Party Pack
sweepstakes continues! Winners announced July 1st. Enter in the...
http://fb.me/7rH1NWgSx (http://t.co/j8JLdpEvTA)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
(https://twitter.com/sweetrevenge_77/status/614565055556919297?
source=ctrlq.org) Official Sweet Revenger Katie at The Barn in
Sanford is serving up Sweet Revenge Sour Patch shots all night!!
http://fb.me/7pqTbyDIy (http://t.co/i1Z7uCOU8F)

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

(https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://twitter.com/#!/sweetrevenge_77) (http://instagram.com/sweetrevenge_77)
(http://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits Company, LLC. All rights Reserved.
Sweet Revenge is a registered trademark of Independence Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)

6/30/2015

VTP00424



≡ **Explore The Website...**

**SAVE $5 NOW** (/pdf/sweet-revenge-rebate.pdf)

WHERE TO *DRINK.PINK.HARD.*



## FIND LOCATIONS NEAR YOU
## TO ENJOY SWEET REVENGE

| ZIP CODE |
| --- |

| WITHIN 5 MILES | ∨ |
| --- | --- |

**FIND LOCATIONS**

VTP00425



≡ **Explore The Website...** 

 (/pdf/sweet-revenge-rebate.pdf)

---

## KEEP ME IN THE PINK

FIRST AND LAST NAME

EMAIL ADDRESS ►

## DRINK.PINK.HARD.®
BEST WHEN ENJOYED COLD AND RESPONSIBLY.



@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink. White. and Blue. Party Pack
sweepstakes continues! Winners announced July 1st. Enter in the...
http://fb.me/7rH1NWgSx (http://t.co/j8JLdpEvTA)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
(https://twitter.com/sweetrevenge_77/status/614565055556919297?
source=ctrlq.org) Official Sweet Revenger Katie at The Barn in
Sanford is serving up Sweet Revenge Sour Patch shots all night!!
http://fb.me/7pqTbyDly (http://t.co/i1Z7uCOU8F)

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

http://www.sweet-revenge.com/find/                                      6/30/2015

VTP00426



(https://www.facebook.com/pages/Sweet-Revenge/340948852588760)

(http://instagram.com/sweetrevenge_77)

trevenge_77)  **Explore The Website...**

://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits C...
Sweet Revenge is a registered tradema...

SAVE $5 NOW

/(pdf/sweet-revenge-rebate.pdf)

site by THE ID (HTTP://WWW...

6/30/2015

VIP00427



PINK ON (/find/)     (/sweet-revengers/)

IN TOUCH (/contact/)     (/pdf/sweet-revenge-rebate.pdf)



f (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://...77)
(...77)
(...sweetrevenge77/)

## BE YOURSELF AND SHOW THEM HOW IT'S DONE

If you're a badass female bartender or bar owner and lead girlfriends, sisters, party animals to fountains overflowing with Sweet Revenge, we want you to apply to become an Official Sweet Revenger! If selected, we'll feature you and your bar right here and on our social media. We promise to make sure you are equipped to fly the pink flag so others can salute you. Because without you, a Saturday night, well, would just be a Saturday night. And because of you, there are endless laughs and all night parties in the name of Sweet Revenge. *DRINK. PINK. HARD.*

[ APPLY NOW ]









http://www.sweet-revenge.com/sweet-revengers/          6/30/2015

VTP00428

PINK ON (/find/) REVENGERS (/sweet-revengers/)

IN TOUCH (/contact/)

BECOME AN OFFICIAL SWEET  SAVE $5 NOW (/pdf/sweet-revenge-rebate.pdf)

Apply today to be recognized for being an unapologetically pink #girlboss

| First Name | Last Name |
| Email Address | |
| Street Address | |
| City | State | Zipcode |
| UNITED STATES | |
| Age | I Am A: | BARTENDER | BAR OWNER |
| Name Of Bar | |

(https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
Favorite Way To Serve Sweet Revenge?
(https://twitter.com/#!/sweetrevenge_77)

(http://instagram.com/sweetrevenge_77)

(http://pinterest.com/sweetrevenge77/)
What Makes You Such A Badass?

If I'm Selected, You Can Put My Face On Your
Website And Social Media!

| YES | NO |

Here's A Photo Of Me Serving Up Some Sweet
Revenge.

| | Browse... |

If we determine you're a true
whiskey woman rocking the pink
at your bar, we will email you to
crown you an Official Sweet
Revenger.

SEND

Does Your Bar Serve Sweet Revenge?

| YES | NO |

KEEP ME IN THE PINK

| FIRST AND LAST NAME |
| EMAIL ADDRESS ▶ |

DRINK.PINK.HARD.
BEST WHEN ENJOYED COLD AND RESPONSIBLY.

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-
REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-
RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE
(/PRIVACY.HTML)



@sweetrevenge_77
(http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink. White. and Blue. Party
Pack sweepstakes continues! Winners announced July
1st. Enter in the... http://fb.me/7rH1NWgSx
(http://t.co/8JLdpEvTA)

@sweetrevenge_77
(http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
(https://twitter.com/sweetrevenge_77/status/614565055556919297?
source=ctrlq.org) Official Sweet Revenger Katie at
The Barn in Sanford is serving up Sweet Revenge Sour
Patch shots all night!! http://fb.me/7pqTbyDly
(http://t.co/1Z7uCOU8F)

VIP00429



PINK ON (/find/)    REVENGERS     (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)

IN TOUCH (/contact/)    SAVE $5 NOW    trevenge_77)

(/pdf/sweet-revenge-rebate.pdf)
trevenge_77)

(https://www.facebook.com/pages/Sweet-Revenge/340948852588760) (http://pinterest.com/sweetrevenge77/)

(https://twitter.com/#!/sweetrevenge_77)

(http://instagram.com/sweetrevenge_77)

(http://pinterest.com/sweetrevenge77/)

© 2013 Independent Spirits Company, Inc. All rights reserved. Sweet Revenge is a registered trademark of Independent Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)

VTP00430



≡ **Explore The Website...** ⌄



(/pdf/sweet-revenge-rebate.pdf)

# DRINK RECIPES

## 77 PROOF AND MADE WITH WHISKEY



### SWEET REVENGE

Straight as an ice cold shot

### SOUR PATCH

Equal parts Sweet Revenge and sour mix
Splash of grenadine
*Shake over ice, enjoy a cold shot*

### STRAWBERRY SHORT CAKE

VTP00431

Equal parts Sweet Revenge and whipped cream vodka
Optional splash of club soda
Shake over ice, enjoy a cold shot

**Explore The Website...** 

**SWEET CH** SAVE $5 NOW    (/pdf/sweet-revenge-rebate.pdf)

Equal parts Sweet Revenge
and horchata rum liqueur
*Shake over ice, enjoy a cold shot*

## MONKEY'S REVENGE

Equal parts Sweet Reenge and cranberry juice
Splash of banana liqueur
*Shake over ice, enjoy a cold shot*

## SWEET AND LIMEY

Equal parts cold Sweet Revenge and club soda
Splash of lime juice
*Enjoy a cold shot*

## THE SUNBURN

Equal parts Sweet Revenge
and coconut rum
*Shake over ice, enjoy a cold shot*

## PINK PEEPER

Equal parts Sweet Revenge
and marshmallow vodka
*Shake over ice, enjoy a cold shot*

VTP00432



**77 RUBY**  ☰ **Explore The Website...** ⌄

Equal parts Sweet Revenge
and grape
Shake over ice,  (/pdf/sweet-revenge-rebate.pdf)



---

## SWEET REVENGE

Straight on the rocks

---

## SWEET REVENGE LEMONADE

Equal parts Sweet Revenge and lemonade
Optional splash of club soda
*Make a pitcher*
*Enjoy on the rocks*

6/30/2015

VIP00433



**BIG PINK** ≡ **Explore The Website...** 

...rts Sweet Revenge and club soda
Splash of
Enjoy on **SAVE $5 NOW**    (/pdf/sweet-revenge-rebate.pdf)

### SWEET AFFAIR

Equal parts Sweet Revenge and cranberry juice
Splash of orange juice
*Enjoy on the rocks*

### RUM RUNNER'S REVENGE

Equal parts Sweet Revenge, white rum,
orange juice and peach schnapps
Splash of cranberry juice
*Shake over ice, enjoy on the rocks*

### SWEET REVENGE MIMOSA

Pour 1 oz. cold Sweet Revenge into champagne glass
Fill glass with champagne
Top with splash of orange juice
Optional garnish with 1 or 2 strawberries

### REVENGARITA

2 oz Sweet Revenge
1/2 oz triple sec
Splash of lime juice
*Shake over ice, enjoy on the rocks or frozen*
Variation: 1 oz Sweet Revenge and 1 oz gold tequila

### AP 77

VIP00434



Equal parts Sweet Revenge,
lemonade and iced tea
*Enjoy on the rocks* **Explore The Website...** 

**STRA**  (/pdf/sweet-revenge-rebate.pdf)

1 cold Sweet Revenge shot
1 can or bottle of lite or pale beer
*Drink as a chilled bomb*

## FIRECRACKER

Fill tall glass with ice
Pour in the following in layers:
1 part Sweet Revenge
Splash of grenadine
1 part lemonade
1 part blue curaçao

## SWEET SPARKLE

Equal parts Sweet Revenge and Sprite
Optional splash of cranberry juice
*Enjoy on the rocks*

## 77 SUNSET STRIP

Fill shaker with ice
Add 1 oz Sweet Revenge
1/2 oz each of spiced rum, orange juice,
triple sec and grenadine
1 1/2 oz pineapple juice
Shake and pour into a tall glass with ice
Top with a splash of Sprite or 7-Up

VIP00435

≡ **Explore The Website...** ⌄

**SWEET REVENGE** SUBMIT A RECIPE
Sweet Revenge creation you'll SAVE $5 NOW ong your original recipe and if we use it, we'll (/pdf/sweet-revenge-rebate.pdf)

FIRST AND LAST NAME

RECIPE NAME

EMAIL ADDRESS

**Photo Of Recipe (optional)**

Browse...

**Enter Word Verification:**

b x a g z v

RECIPE INSTRUCTIONS

Submit

**KEEP ME IN THE PINK**

FIRST AND LAST NAME

EMAIL ADDRESS ▶

VTP00436



**DRINK.PINK.HARD**® Explore The Website... ∨
WHEN ENJOYED COLD AND RESPONSIBLY.

**SAVE $5 NOW** (/pdf/sweet-revenge-rebate.pdf)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink. White. and Blue. Party Pack
sweepstakes continues! Winners announced July 1st. Enter in the...
http://fb.me/7rH1NWgSx (http://t.co/j8JLdpEvTA)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
(https://twitter.com/sweetrevenge_77/status/614565055556919297?
source=ctrlq.org) Official Sweet Revenger Katie at The Barn in
Sanford is serving up Sweet Revenge Sour Patch shots all night!!
http://fb.me/7pqTbyDly (http://t.co/i1Z7uCOU8F)

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

f (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://twitter.com/#!/sweetrevenge_77) (http://instagram.com/sweetrevenge_77)
(http://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits Company, LLC. All rights Reserved.
Sweet Revenge is a registered trademark of Independence Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)

VIP00437



≡ **Explore The Website...**  



(/pdf/sweet-revenge-rebate.pdf)

# CONTACT

Please fill out the form below

| Name |
| --- |
| Email Address |
| City |
| STATE ⌄ |

Gender:

I Am A:

| FEMALE | MALE |
| --- | --- |

| BAR PATRON | BARTENDER | BAR OWNER |
| --- | --- | --- |

| Message |
| --- |

Want to keep informed about the latest news?

☑ *Subscribe to the Sweet Revenge Newsletter.*

Enter Word Verification in box below:



Type the text          
Privacy & Terms
tp://www.google.com/intl/en/policies/)

**Submit >**

VTP00438



≡ **Explore The Website...** ⌄

KEEP ME IN THE PINK

SAVE $5 NOW  E(/pdf/sweet-revenge-rebate.pdf)

*DRINK.PINK.HARD.*®
BEST WHEN ENJOYED COLD AND RESPONSIBLY.



@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink. White. and Blue. Party Pack
sweepstakes continues! Winners announced July 1st. Enter in the...
http://fb.me/7rH1NWgSx (http://t.co/j8JLdpEvTA)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
(https://twitter.com/sweetrevenge_77/status/614565055556919297?
source=ctrlq.org) Official Sweet Revenger Katie at The Barn in
Sanford is serving up Sweet Revenge Sour Patch shots all night!!
http://fb.me/7pqTbyDIy (http://t.co/i1Z7uCOU8F)

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

f (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://twitter.com/#!/sweetrevenge_77) (http://instagram.com/sweetrevenge_77)
(http://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits Company, LLC. All rights Reserved.
Sweet Revenge is a registered trademark of Independence Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)

VIP00439



≡ **Explore The Website...**   

 (/pdf/sweet-revenge-rebate.pdf)

VIP00440



 ≡ **Explore The Website...**

 (/pdf/sweet-revenge-rebate.pdf)

# DRINK RESPONSIBLY

Sweet Revenge supports responsible drinking. We ask you please not to post content to our site which does not support responsible drinking. We reserve the right to remove all inappropriate content without notice to you.

Sweet Revenge recognizes that alcohol misuse, underage drinking and drunk driving are serious, industry-wide issues. We emphasize that our product is intended to be enjoyed responsibly, in moderation, and solely by men and women of legal drinking age.

Responsible alcohol consumption requires cooperation among federal, state, and local governments, law enforcement officials, retailers, community leaders, parents and consumers. We firmly believe that retailers and establishments selling alcohol to minors, and individuals purchasing alcoholic products illegally, should be prosecuted to the fullest extent of the law.

Never drink and drive, never drive with someone who has been drinking, and always consume Sweet Revenge safely and in moderation.

# RESPONSIBLE DRINKING RESOURCES:

**Drunk Driving Prevention:**

**Friends Drive Sober – Impaired Driving Prevention (http://www.friendsdrivesober.org)**
**RADD (Recording Artists, Actors and Athletes Against Drunk Driving) (http://www.radd.org)**
**Know Your Limit – Intoximeters (http://www.intox.com/wheel/drinkwheel.asp)**
**Fighting Drunk Driving and Underage Drinking (http://www.centurycouncil.org/)**

http://www.sweet-revenge.com/drink-responsibly.html                              6/30/2015

VTP00441



Drunk Driving – Over the Limit, Under Arrest
(http://www.stopimpaireddriving.org/)

### ≡ Explore The Website...

**For Parents:**

Drug Test Your Teen (http://...en.com)
Time to Talk (http://... (/pdf/sweet-revenge-rebate.pdf)
Partnership for a Drug Free A... ...gfree.org/)

### For Schools and College Campuses:

College Drinking – Changing the Culture
(http://www.collegedrinkingprevention.gov/)
National Social Norms Research Center
(http://www.socialnorm.org)

### For Communities:

The American Council on Alcoholism (http://www.aca-usa.org)
National Clearinghouse for Alcohol and Drug Information
(http://ncadi.samhsa.gov/)
Stop Underage Drinking (http://www.stopalcoholabuse.gov/)
National Institute on Alcohol Abuse and Alcoholism
(http://www.niaaa.nih.gov/)

KEEP ME IN THE PINK

| FIRST AND LAST NAME |
|---|

| EMAIL ADDRESS ▶ |
|---|

## DRINK.PINK.HARD.®
BEST WHEN ENJOYED COLD AND RESPONSIBLY.



@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?

VTP00442



source=ctrlq.org) Our Pink. White. and Blue. Party Pack
...es continues! Winners announced July 1st. Enter in the...
...me/7rH1NWgSx (http://...    ≡ Explore The Website...
...77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015
.../twitter.com/sweetrevenge...                    919297?
source=ctrlq.org) Official Swe  SAVE $5 NOW  .../pdf/sweet-revenge-rebate.pdf)
Sanford is serving up Sweet Rev...                night!!
http://fb.me/7pqTbyDiy

HOME (/)
GET YOUR PINK ON (/FIND/)
OFFICIAL SWEET REVENGERS (/SWEET-REVENGERS/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

**f** (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://twitter.com/#!/sweetrevenge_77) (http://instagram.com/sweetrevenge_77)
(http://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits Company, LLC. All rights Reserved.
Sweet Revenge is a registered trademark of Independence Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)





 (/pdf/sweet-revenge-rebate.pdf)

# PRIVACY POLICY

Your privacy is important to Independence Spirits Company, LLC. Independence Spirits Company has no intention of collecting personal data (name, address, phone number, email address, etc.) through this website unless you specifically provide it voluntarily. If you provide personal data, we may use it to better understand your needs, to improve our products and services and to send you promotional information from time to time. We may use that data to contact you and we may provide third parties with aggregate information about visitors as a whole to our site, but will not disclose personally identifiable information. Independence Spirits Company will not sell, rent or otherwise disclose the personal information you provide to us through sweet-revenge.com to third parties unless required to do so by law.

Independence Spirits Company may automatically collect technical information when you connect to sweet-revenge.com. We may store some information in your computer in the form of a cookie. Cookies are used to track movements through the site and help us evaluate what types of content may be interesting to you so we can better serve you. Refer to your internet browser for information about how to erase or block cookies.

Independence Spirits Company takes reasonable precautions to keep your personal information secure.

# TERMS AND CONDITIONS

You can visit sweet-revenge.com without submitting your name or revealing any personal information. However, before you enter the site, you will be required to verify that you are of legal age to consumer alcoholic beverages in the country in which you reside. We do not knowingly collect any information from users who are under the legal drinking age and/or are denied entrance to sweet-revenge.com and have no intention of doing so.

# DISCLAIMER

VIP00444

The information contained in sweet-revenge.com is provided without any express or implied  dence Spirits Company does not warrant the accuracy o~ text, graphics, links or other items in sweet-revenge.co for accuracy and currency, we cannot guarantee accuracy, ss or timeliness of a ed herein.

By bsite, you signify your acceptan (/pdf/sweet-revenge-rebate.pdf) conditions and you consent to and use of personal information as described above. The terms contained herein a o all information submitted on sweet-revenge.com and not to information that may be submitted to Independence Spirits Company offline.

Should you click on links on sweet-revenge.com that take you to third-party websites, you will be subject to their privacy policies. Once you enter third-party sites, the terms of use disclosed here no longer apply. Independence Spirits Company is not responsible for other sites' policies and practices and does not endorse the content or entirety of other sites nor can we make any guarantees regarding those sites. Use of third-party sites is at your own risk.

Independence Spirits Company reserves the right to change, amend or remove any part of this Policy at any time without giving notice. It is your responsibility to review this page periodically for changes.

## KEEP ME IN THE PINK

FIRST AND LAST NAME

EMAIL ADDRESS ▶

## DRINK.PINK.HARD.®
BEST WHEN ENJOYED COLD AND RESPONSIBLY.



@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/28/2015
(https://twitter.com/sweetrevenge_77/status/615178850310361089?
source=ctrlq.org) Our Pink. White. and Blue. Party Pack
sweepstakes continues! Winners announced July 1st. Enter in the...
http://fb.me/7rH1NWgSx (http://t.co/j8JLdpEvTA)

@sweetrevenge_77 (http://www.twitter.com/sweetrevenge_77/) ·
06/26/2015

VIP00445



(https://twitter.com/sweetrevenge_77/status/614565055556919297?
...ctrlq.org) Official Sweet Revenger Katie at The Barn in
...up Sweet Revenge Sour Patch shots all-right!!  ☰ Explore The Website...
...e/7pqTbyDly  (http://t.co/1127UCOU8F)

HO...  **SAVE $5 NOW**  (/pdf/sweet-revenge-rebate.pdf)
GET YOUR PI...
OFFICIAL SWEET REVENGE (/SWEET-REVENGE/)
RECIPES (/RECIPES/)
STAY IN TOUCH (/CONTACT/)
DRINK RESPONSIBLY (/DRINK-RESPONSIBLY.HTML)
PRIVACY POLICY / TERMS OF USE (/PRIVACY.HTML)

**f** (https://www.facebook.com/pages/Sweet-Revenge/340948852588760)
(https://twitter.com/#!/sweetrevenge_77) (http://instagram.com/sweetrevenge_77)
(http://pinterest.com/sweetrevenge77/)

© 2015 Independence Spirits Company, LLC. All rights Reserved.
Sweet Revenge is a registered trademark of Independence Spirits Company, LLC

site by THE ID (HTTP://WWW.THEINTERACTIVEDEPT.COM)

# Sweet Revenge (liqueur)

From Wikipedia, the free encyclopedia

**Sweet Revenge** is a 77-proof (38.5% alcohol by volume) liqueur[note 1] with natural flavorings that include wild strawberry and citrus, according to the manufacturer's website, literature and public trademark documents.[1] It is essentially a blended sour mash whiskey flavored with fruit syrup(s). The liqueur has a vivid semi-translucent pink color and a sweet, assertive strawberry-dominant flavor. Sweet Revenge is marketed in a 750 mL size bottle with a silhouette similar to that of vintage American whiskey brands. It is promoted as a shot beverage with relatively high alcohol content – the liqueur is typically served undiluted in a shot glass or on the rocks (in a glass over ice).[2]

Sweet Revenge is manufactured by Independence Spirits Company, LLC at the Charles Jacquin et Cie, Inc. facility in Philadelphia, Pennsylvania. It was developed and is marketed by John Cooper, of Independence Spirits Company, LLC, of Miami, Florida, who was also the producer of Domaine de Canton, another flavored liqueur that was previously produced by Jacquin,[3] and was distributed by Miami-based Maurice Cooper et Cie, LLC. Sweet Revenge was introduced to the marketplace in the US in early 2012.

## Sour mash

The Sweet Revenge package label and marketing materials refer to "sour mash". In the sour mash production process, a portion of the mash is saved after fermentation and used as the fermentation starter for the next batch, similar to the use of a portion of a previous batch of dough when making sourdough bread. The sour mash addition regulates bacteria growth and helps to maintain a proper pH level, which contribute to yeast development and flavor consistency from batch-to-batch. In the phrase *sour mash*, the term "sour" is a colloquialism for fermented and does not indicate that the resulting product would have a sour taste.

| **Sweet Revenge** | |
|---|---|
|  750 mL bottle of Sweet Revenge. The bottle shape resembles a vintage American whiskey bottle | |
| **Type** | Sour mash whiskey |
| **Manufacturer** | Independence Spirits Company, LLC |
| **Distributor** | Independence Spirits Company, LLC |
| **Country of origin** | United States |
| **Introduced** | 2012 |
| **Alcohol by volume** | 38.5% |
| **Proof** | 77 |
| **Color** | Pink |
| **Flavor** | Strawberry and citrus |
| **Related products** | Domaine de Canton |
| **Website** | www.sweet-revenge.com (http://www.sweet-revenge.com/) |

VTP00447

## Notes

1. A liquor, also known in the UK and elsewhere simply as a spirit, is a distilled beverage such as whiskey, gin, vodka or brandy. A liqueur is a spirit-based or liquor-based blend to which fruits, herbs or other sweet or savory flavors have been added, often by means of infused syrups. In the US "cordial" is synonymous with liqueur.

## References

1. Trademark record page (http://trademarks.justia.com/851/74/made-with-natural-flavors-made-slow-77-proof-sweet-revenge-liqueur-wild-strawberry-sour-mash-proudly-made-in-the-usa-using-only-the-finest-natural-flavors-like-wild-strawberry-and-tangy-citrus-to-85174513.html) with status "Abandoned-Failure to Respond", status date 2012-06-01.
2. "Sweet Revenge" (http://www.wirtzbeveragegroup.com/wirtzbeveragenevada/?page_id=3551). Wirtz Beverage Nevada. Retrieved 7 June 2012.
3. Felton, Eric, "How's Your Drink: What Sibling Rivalry Has Wrought (http://online.wsj.com/article/SB123578523945698543.html)", in *The Wall Street Journal*, February 28, 2009.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Sweet_Revenge_(liqueur)&oldid=651840297"

Categories: American liqueurs

- This page was last modified on 17 March 2015, at 21:54.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

VTP00448

# United States of America

### United States Patent and Trademark Office

# SWEET REVENGE

**Reg. No. 4,088,335**

**Registered Jan. 17, 2012**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

750 ML, LLC (DELAWARE LIMITED LIABILITY COMPANY)
203 NE FRONT STREET, SUITE 101
MILFORD, DE 19963

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS; LIQUEURS; WINES; DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 10-31-2011; IN COMMERCE 10-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-802,192, FILED 8-11-2009.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,088,335

VTP00450

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77802192 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | SWEET REVENGE |
| **OWNER SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 033 |
| **CURRENT IDENTIFICATION** | Alcoholic beverages except beers; liqueurs; wines; distilled spirits |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 10/31/2011 |
| **FIRST USE IN COMMERCE DATE** | 10/31/2011 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\778\021\77802192\xml12 \SOU0002.JPG |
| **SPECIMEN DESCRIPTION** | picture of product |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Anthony Giaccio/ |

VIP00451

| SIGNATORY'S NAME | Anthony Giaccio, Esq. |
|---|---|
| SIGNATORY'S POSITION | Attorney of Record, New York Bar Member |
| DATE SIGNED | 11/09/2011 |
| FILING INFORMATION | |
| SUBMIT DATE | Wed Nov 09 15:25:05 EST 2011 |
| TEAS STAMP | USPTO/SOU-65.246.216.100-20111109152505515014-7780 2192-480d1cd3a42683a27419 af5527d62b6ce6f-CC-1793-2 0111109151608714525 |

VTP00452

PTO Form 1553 (Rev 9/2005)
OMB No 0051-0054 (Exp 09/30/2011)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** SWEET REVENGE
**SERIAL NUMBER:** 77802192

The applicant, 750 ML, LLC, having an address of
    203 NE Front Street, Suite 101
    Milford, Delaware 19963
    United States
is submitting the following allegation of use information:

For International Class 033:
Current identification: Alcoholic beverages except beers; liqueurs; wines; distilled spirits

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/31/2011, and first used in commerce at least as early as 10/31/2011, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) picture of product.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by

fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Anthony Giaccio/        Date Signed: 11/09/2011
Signatory's Name: Anthony Giaccio, Esq.
Signatory's Position: Attorney of Record, New York Bar Member

RAM Sale Number: 1793
RAM Accounting Date: 11/10/2011

Serial Number: 77802192
Internet Transmission Date: Wed Nov 09 15:25:05 EST 2011
TEAS Stamp: USPTO/SOU-65.246.216.100-201111091525055
15014-77802192-480d1cd3a42683a27419af552
7d62b6ce6f-CC-1793-20111109151608714525

VTP00454



**FEE RECORD SHEET**

Serial Number: 77802192

Total Fees:    $100

RAM Sale Number: 1793

RAM Accounting Date: 20111110

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20111109 | $100 | 1 | $100 |

Transaction Date:    20111109

VTP00456

# EXHIBIT S

| Design | Word Mark/ Serial/ Reg. Number/ Dates/Disclaimers | Int'l Class Goods/Services/ First Uses/ Description | Evidence of Use |
|---|---|---|---|
|  | JACK DANIEL'S TENNESSEE WHISKEY OLD NO. 7 BRAND SOUR MASH<br><br>85018910<br>4106179<br><br>Application filed April 20, 2010<br>Registration Issued: Feb 28, 2012<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND" AND "TENNESSEE SOUR MASH WHISKEY" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages, namely, distilled spirits.<br><br>First Use: 2011<br>First Use in Commerce: 2011<br><br>Color is not claimed as a feature of the mark. The mark consists of the stylized wording "JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY" and an oval shaped design in the center with a filigree appearing around the border. The stippling is a feature of the mark and does not indicate color. | USPTO Specimen: |
| | JIM BEAM B BEAM FORMULA A STANDARD SINCE 1795 BLACK DOUBLE AGED AGED 8 YEARS KENTUCKY STRAIGHT BOURBON WHISKEY JAMES B BEAM 43% ALC/VOL {86 PROOF} 04-F400 ES<br><br>85770444<br>4487112<br><br>Application filed Nov. 2, 2012<br>Registration Issued: Dec. 10, 2013<br><br>8 & 15: Not yet eligible<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DOUBLE AGED", "AGED 8 YEARS", "KENTUCKY STRAIGHT BOURBON WHISKEY" AND "43% ALC/VOL {86 PROOF}" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages except beers<br><br>First Use:  Oct 2009<br>First Use in Commerce: Jan 2011<br><br>Color is not claimed as a feature of the mark. The mark consists of a label with the stylized wording "JIM BEAM" at the top. Below is a medallion with the letter "B" in the middle surrounded by the wording "BEAM FORMULA A STANDARD SINCE 1795". Below the medallion is the word "BLACK". Below the word "BLACK" is the wording "DOUBLE AGED". Below the wording "DOUBLE AGED" is a set of ornate curved lines. The wording "AGED 8 YEARS" and the design of grain appears between the curved lines. Below is the wording "KENTUCKY STRAIGHT BOURBON WHISKEY" followed by the signature "JAMES B BEAM" and "43% ALC/VOL {86 PROOF}". Below the wording "{86 PROOF}" is "04-F400 ES". The label is surrounded by two thin lined borders. In the upper left corner is a horizontal line extending from the label through each border. | USPTO Specimen:  |
| | THE WORLD'S FINEST BOURBON JIM BEAM BLACK SOUR MASH KENTUCKY STRAIGHT BOURBON WHISKEY AGED 8 YEARS 86 PROOF BEAM FORMULA B A STANDARD SINCE 1795<br><br>76310039<br>2639099<br>Application filed Sept. 6 2001<br>Registration Issued Oct 22 2002<br><br>8 & 15 Accepted June 27, 2008<br><br>Cancelled May 24 2013 (fail to file 10 year)<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "86 PROOF", "AGED 8 YEARS", "SOUR MASH", "KENTUCKY STRAIGHT BOURBON WHISKEY" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages, namely whisky<br><br>First Use: Jan 1992<br>First Use in Commerce: April 2001<br><br>The mark consists of a label with words and designs. The background of the label is black. The label is framed with a stylized gold border. The horizontal stylized lines, the words "THE WORLD'S FINEST BOURBON" and "KENTUCKY STRAIGHT BOURBON WHISKEY", the ribbon design and the rectangle with the number "8" are in gold. The words "JIM BEAM" and "BLACK" are in white with a gold outline. The letter "B" inside the large ribbon design around the ribbon design, the outdoor scene around the ribbon design, and the phrases "BEAM FORMULA ° A STANDARD SINCE 1795", "SOUR MASH", "AGED 8 YEARS" and "86 PROOF" are all in white. The medallion inside the large ribbon design and the small ribbon design at the bottom of the label which contains the phrase "86 PROOF" are in red. | USPTO (8 & 15 Specimen)  |

2

VIP00463

| Design | Word Mark/ Serial/ Reg. Number/ Dates/Disclaimers | Int'l Class Goods/Services/ First Uses/ Description | Evidence of Use |
|---|---|---|---|
|  | AMERICAN BLENDED WHISKEY BLACK CROW 100% AMERICAN TASTE ORIGINAL OLD AMERICAN WHISKEY AGED 3 YEARS BLACK CROW-WHISKEY<br><br>79156777<br><br>Pending. Approved for publication Aug 4, 2015<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICAN BLENDED WHISKY", "ORIGINAL OLD AMERICAN WHISKY" AND "AGED 3 YEARS" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages, namely whisky<br><br>Basis: 66(a)<br><br>IR Reg: 1184410<br>Date: Sept 18 2013<br><br>Base Application:<br>Italy App BG2013C000390<br><br>Filed Aug 13 2008<br><br>The color(s) black, green and white is/are claimed as a feature of the mark. The mark consists of words "AMERICAN BLENDED WHISKEY", "BLACK CROW," "100% AMERICAN TASTE," "ORIGINAL OLD AMERICAN WHISKEY," "3," and "BLACK CROW-WHISKEY" all white in color. The words, "AGED" and "YEARS" are green in color. The mark also features flowery designs which are green in color. The entire background is black in color. | No Specimen on file with UPTO. Source http://www.beersofeurope.co. uk/black-crow-original-old-american-whiskey<br><br> |
|  | BATCH SERIES FINEST QUALITY RHETORIC AN EVOLVING EXPLORATION IN BOURBON MATURATION<br><br>86233795<br><br>Pending.<br><br>Statement of Use filed Aug. 4, 2015<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BATCH SERIES" & "FINEST QUALITY" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages except beers<br><br>First Use: June 1, 2014<br><br>First Use In commerce: June 15, 2014<br><br>Color is not claimed as a feature of the mark. The mark consists of the word "RHETORIC" in a stylized cursive format below a bird design and the words "BATCH SERIES FINEST QUALITY" and above the words "AN EVOLVING EXPLORATION IN BOURBON MATURATION" all on a rectangle with rounded corners and line carving designs throughout. | USPTO Specimen<br><br> |
|  | FINEST QUALITY OLD BLOWHARD KENTUCKY BOURBON WHISKEY BOTTLED WITH PRIDE IN TULLAHOMA AGED 26 YEARS<br><br>86233901<br><br>Application filed March 27 2014<br><br>Notice of Allowance issued April 21, 2015<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FINEST QUALITY", "KENTUCKY BOURBON WHISKEY", "BOTTLED WITH PRIDE IN TULLAHOMA", AND "AGED 26 YEARS" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages except beers<br><br>Color is not claimed as a feature of the mark. The mark consists of the words "OLD BLOWHARD" in a stylized shadowed font under the words "FINEST QUALITY" and above the wording "KENTUCKY BOURBON WHISKEY," and an image of a whale within a crest design that sits above a ribbon reading "BOTTLED WITH PRIDE IN TULLAHOMA" and over the words "AGED 26 YEARS" all sitting on a rectangle with rounded corners and a scrolling design on the top and bottom edges. | http://www.proof66.com/whis key/orphan-barrel-old-blowhard-26yr-bourbon.html<br><br> |

VIP00464

| Design | Word Mark/ Serial/ Reg. Number/ Dates/Disclaimers | Int'l Class Goods/Services/ First Uses/ Description | Evidence of Use |
|---|---|---|---|
|  | THE WORLD'S NO. 1 BOURBON JIM BEAM BOURBON KENTUCKY STRAIGHT BOURBON WHISKEY JAMES B. BEAM NONE GENUINE WITHOUT MY SIGNATURE DISTILLED AND BOTTLED BY JAMES B. BEAM DISTILLING CO. BEAM CLERMONT FRANKFORT, KENTUCKY USA B BEAM FORMULA A STANDARD SERVICE SINCE 1795 LEGACY SEVEN GENERATIONS OF THE BEAM FAMILY QUALITY GENUINE BEAM BOURBON AGED 4 YEARS PAINSTAKINGLY AGED FOR FOUR YEARS, JIM BEAM KENTUCKY STRAIGHT BOURBON WHISKEY HAS ALWAYS BEEN AN INDEPENDENT SPIRIT, MADE FOR THOSE WHO TAKE THEIR BOURBON SERIOUSLY HANDCRAFTED FAMILY RECIPE SINCE 1795<br><br>85874964<br>4741570<br><br>Application Filed: March 13 2013<br><br>Registration Issued: May 26 2015<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE WORLD'S NO. 1 BOURBON", "BOURBON", "KENTUCKY STRAIGHT BOURBON WHISKEY", "DISTILLED AND BOTTLED BY", "DISTILLING CO.", "CLERMONT FRANKFORT KENTUCKY USA", "QUALITY", "AGED 4 YEARS" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages except beers<br><br>First Use: Oct. 26, 2011<br><br>First Use in Commerce: Feb. 1, 2012<br><br>Color is not claimed as a feature of the mark. The mark consists of a label with words and designs. There are two small inserts on the top right and left hand corners of the label with the words "LEGACY" and "QUALITY". On the top portion of the left panel are the words "SEVEN GENERATIONS OF THE BEAM FAMILY" surrounded by a stylized banner. Directly below that are seven portraits with names and dates under each portrait. The names with dates are "JACOB BEAM 1770-1834", "DAVID BEAM 1802-1854", "DAVID M. BEAM 1833-1913", "COLONEL JAMES B. BEAM 1864-1947", "T. JEREMIAH BEAM 1899-1977", "BOOKER NOE 1929-2004" and "FRED NOE 1957-PRESENT". On the top portion of the middle panel are the words "THE WORLD'S NO.1 BOURBON". The middle panel consists of the words "JIM BEAM", the letter "B" surrounded by a ribboned medallion with the words "BEAM FORMULA A STANDARD SINCE 1795" and an outdoor scene. Below the "B" medallion are the words "BOURBON KENTUCKY STRAIGHT BOURBON WHISKEY" with a stylized banner on each side of these words. Below the words "BOURBON WHISKEY" is the signature of "JAMES B. BEAM" with the words "NONE GENUINE WITHOUT MY SIGNATURE". Below this is the wording "DISTILLED AND BOTTLED BY JAMES B. BEAM DISTILLING CO. BEAM CLERMONT FRANKFORT, KENTUCKY USA". The right panel consists of the word "GENUINE" in a stylized format followed by the words "BEAM BOURBON", "AGED 4 YEARS", "PAINSTAKINGLY AGED FOR FOUR YEARS, JIM BEAM KENTUCKY STRAIGHT BOURBON WHISKEY HAS ALWAYS BEEN AN INDEPENDENT SPIRIT, MADE FOR THOSE WHO TAKE THEIR BOURBON SERIOUSLY". Below this wording is a barrel design framing the words "HANDCRAFTED FAMILY RECIPE SINCE 1795". | USPTO Specimen |

4

VIP00465

| Design | Word Mark/ Serial/ Reg. Number/ Dates/Disclaimers | Int'l Class Goods/Services/ First Uses/ Description | Evidence of Use |
|---|---|---|---|
|  | ESTD. 1870 GEORGE DICKEL ORIGINAL TENNESSEE FINEST QUALITY SIPPIN' WHISKY SUPERIOR NO. 12 BRAND CASCADE HOLLOW DISTILLERY TULLAHOMA TENNESSEE<br><br>78507426<br>3078905<br><br>Application filed Oct. 28 2004<br><br>Registration Issued April 11, 2006<br><br>8 & 15 Accepted Feb 15, 2012<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ESTD. 1870," "SUPERIOR," "BRAND," "DISTILLERY," and "TULLAHOMA TENNESSEE" APART FROM THE MARK AS SHOWN | Class 33: alcoholic beverages, namely, distilled spirits<br><br>First Use: Oct 16, 1964<br><br>First Use in Commerce Oct. 16, 1964<br><br>Color is not claimed as a feature of the mark. The mark consists of the stylized words ESTD. 1870 GEORGE DICKEL ORIGINAL TENNESSEE FINEST QUALITY SIPPIN' WHISKY SUPERIOR NO. 12 BRAND CASCADE HOLLOW DISTILLERY TULLAHOMA TENNESSEE. The lining is a feature of the mark and does not indicate color. | USPTO Specimen<br><br> |
|  | EARLY TIMES ESTABLISHED 1860 DISTILLERY NO. 354 354 EARLY TIMES, KY KENTUCKY WHISKY AGED IN OAK, FOR A TASTE WORTH THE WAIT<br><br>78521911<br>3028756<br><br>Application filed Nov. 23, 2004<br><br>Registration Issued: Dec. 13, 2005<br><br>8 & 5: Accepted Aug 1, 2011<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Established 1860," "Kentucky," Kentucky Whisky," "Distillery No. 354," and "Aged in Oak" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages, namely distilled spirits<br><br>First Use: Sept 20, 2004<br><br>First Use in Commerce: Sept. 20, 2004<br><br>The mark consists of the words EARLY TIMES ESTABLISHED 1860 in an arch positioned over an antique map with a seal with the words DISTILLERY NO. 354 EARLY TIMES, KY and the number 354 in an inner circle and the word KENTUCKY WHISKY AGED IN OAK, FOR A TASTE WORTH THE WAIT. | USPTO Specimen<br><br><br><br>http://www.earlytimes.com/he ritage/story.aspx<br><br> |
|  | EARLY TIMES OLD STYLE KENTUCKY WHISKY ESTABLISHED 1860 DISTILLERY NO. 354<br><br>75048570<br>2066568<br><br>Application filed Jan 25, 1996<br><br>Registration Issued June 3, 1997<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ESTABLISHED 1860", "OLD STYLE KENTUCKY WHISKY" or "DISTILLERY NO. 354" APART FROM THE MARK AS SHOWN | Class 33: Whisky<br><br>First Use: Dec 6, 1995<br><br>First Use in Commerce: Dec. 6, 1995<br><br>No Description Listed | USPTO Specimen<br><br> |

5

| | | | |
|---|---|---|---|
|  | FORGED OAK KENTUCKY STRAIGHT BOURBON WHISKEY BOTTLED WITH PRIDE IN TULLAHOMA AGED 15 YEARS FINEST QUALITY AROUND<br><br>86426393<br>4757690<br><br>Application filed Oct. 16 2014<br><br>Registration Issued June 16, 2015<br><br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KENTUCKY STATE BOURBON WHISKEY" "BOTTLED" "IN TULLAHOMA" "AGED 15 YEARS" AND "FINEST QUALITY" APART FROM THE MARK AS SHOWN | Class 33: Alcoholic beverages except beers<br><br>First Use: Jan 1 2015<br>First Use in Commerce: Jan 1, 2015<br><br>Color is not claimed as a feature of the mark. The mark consists of a stylized representation of an elk appearing in front of a moon surrounded by dense cloud designs. The words "FORGED OAK" appear in stylized, striped letters directly above the antlers of the elk. The elk is standing on a tree trunk design. The stylized words "KENTUCKY STRAIGHT BOURBON WHISKEY" are contained in a ribbon design that circles around the upper part of the tree trunk; directly below are the stylized words "BOTTLED WITH PRIDE IN TULLAHOMA" contained in a ribbon design that circles around the lower part of the tree trunk. In the center of the bottom third of the mark is a pentagon containing the number "15" in stylized letters. To the left is an arrow design that contains the word "AGED" in stylized lettering; to the right is an arrow design that contains the word "YEARS" in stylized lettering. At the bottom right is a circle containing the stylized words "FINEST QUALITY AROUND". | USPTO Specimen<br> |

PHOENIX 53913-11 237627v2

VIP00467

# EXHIBIT T

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

VIP Products, L.L.C., an Arizona limited
liability company,

        Plaintiff,

   v.

Jack Daniel's Properties, Inc., a Delaware
corporation

        Defendant,

No. 2:14-cv-02057-DGC

**RULE 26 EXPERT REPORT OF**

**MARTIN WOLINSKY**

Jack Daniel's Properties, Inc., a Delaware
corporation

        Counterclaimant,

   v.

VIP Products, L.L.C., an Arizona limited
liability company,

        Counterdefendant.

RULE 26 EXPERT REPORT OF MARTIN WOLINSKY

Table of Contents

**Introduction** ................................................................................................................................3

**The Process** ................................................................................................................................3

**Industry Strategic Packaging Issues** ......................................................................................4

**Tequila** ........................................................................................................................................4

**Gin** ...............................................................................................................................................4

**Vodka** ..........................................................................................................................................5

**Bourbon/Tennessee Whiskey** ...................................................................................................5

**Conclusions** ................................................................................................................................6

**Attachments** ...............................................................................................................................7

    Images of Jack Daniel's and Competitors ...........................................................................8

    Uniform vs. a Unique Bourbon Package ............................................................................9

    Uniform vs. Unique Gin Packages.....................................................................................10

    Uniform vs. Unique Vodka Packages ...............................................................................11

    Uniform vs. Unique Tequila Packages .............................................................................12

    A Unique vs. Uniform Canadian whisky packages ..........................................................13

    Uniform to Unique Package* Scale ..................................................................................14

    Survey of On/Off Premise Accounts ................................................................................15

    Web-Sites Visited .............................................................................................................16

    Bottle Design Chart with Web-Site Excerpts ...................................................................17

    Resume..............................................................................................................................24

WOL0002

## Introduction

My name is Martin Wolinsky.

I am the former President of the Smirnoff Vodka Division in the U.S. for Diageo, plc., the world's largest distilled spirits company.

In this role, I led the world's largest spirit brand, in the world's most valuable vodka market (U.S.), as President, Smirnoff Division, with $2 billion+ in annual revenue.

I am widely recognized throughout the U.S. distilled spirits and wine industries as an expert in marketing, sales, organization behavior and profit maximization for distilled spirits and wine in the U.S. I have consulted, and am currently consulting, with major U.S. distilled spirits and wine companies. My prior consulting clients have included Jim Beam Brands, Brown-Forman, Bacardi U.S.A., Sydney Frank Importing Company, Sazerac Company, E & J Gallo Winery, and others. In addition, I have consulted with major wine and spirits wholesale organizations across the country, as well as domestic and foreign companies seeking to introduce their distilled spirits products into the U.S. market. I have also consulted in the development of new spirits products for major industry supplier clients as well as startup companies.

I earned an MBA degree from American University and am a graduate of Ohio State University.

## The Process

I have been retained by VIP Products, LLC., to collect and analyze information regarding distilled spirits packaging in the bourbon/Tennessee Whiskey market segment and Jack Daniel's brand packaging in particular.

The process detailed below is similar to the one I used as an industry executive to compare the brands I managed versus competitive brands. The process involved a number of steps taken between May 23 and June 10, 2015, including:

- I visited retail stores, viewing major distilled spirits categories including the bourbon/ Tennessee Whiskey segment brands and compared these American brand packages with Jack Daniel's, side by side on retailer shelves.*

- I visited on-premises accounts* (bars, and restaurants with bars) and questioned bartenders/waits taff, managers and proprietors regarding the brands served in their venues.

- I visited upscale hotel venues with restaurants/bars* and questioned their bartenders/wait staff, managers and proprietors.

- I visited a number of Web sites reviewing bourbon brands, such as RecentEatsSku.com and others.  (The list of sites attached also includes many common bourbon descriptive words/terms that appear on these sites)*.

- I reviewed distilled spirits reference materials regarding packaging, including the book "Bourbon Empire, American Whiskey," by author Reid  Mitenbuler.

- I reviewed certain Brown Forman documents regarding Jack Daniel's, including brand strategy, package design and labels.

-------------
*(see attached)

**Industry Strategic Packaging Issues**

From my experience, I have observed that distilled spirits brand packaging takes one of two possible paths - "Uniform," or "Unique."  Uniform packaging adopts the "functional" path - where the overall look of the products, and each specific brand in a Category (whiskey), or Segment (bourbon), instantly conveys to consumers the nature and heritage of the product contained in the package (THE UNIFORM).

The advantages of using the Uniform strategy is that a brand "wearing the Uniform" provides clear communication to the consumer as to the type and heritage of the spirit. The result is the Uniform brings security and validation to the consumer for his/her brand choice.

"Unique" packaging totally breaks away from the Uniform path of brands of the Segment and introduces a totally different overall "look" to the package, appearing distinct.

Examples of Unique spirit packages include Maker's Mark in the bourbon segment and Crown Royal in the Canadian Whisky segment. The advantage of the Unique package strategy is a higher level of brand equity, rather than having a "me too" generic package in the Uniform. This strategy generally leads to more pricing power and enhanced brand equity.


**Tequila**

Tequila packaging is more varied than bourbon, but it has brands in the Uniform camp, at least for the volume brands. The exceptions to the Tequila Uniform are the higher priced, 100% agave brands. The major volume Tequila brands, including leader Jose Cuervo and Sauza, generally feature ornate Mexican design elements on the labels. The Uniform design elements of these volume brands include;

- square shoulders bottles, with design elements or text molded into the glass.

- multiple labels, face, neck, neck wrap. Yellow color labels are common for brands in this category.

- "busy" label(s) with many design elements (signatures, images of awards/seals, agave plants, etc.)

- caps match the color of the Tequila inside.


**Gin**

Gin brands packaging wears the British Uniform in the volume segment of the category-traditional brands such as Beefeater, Gordon's, Tanqueray, Bombay, etc. While there are still more exceptions to the Uniform strategy in the gin segment than in the bourbon segment, especially in the newer/higher priced gins, the traditional gin brand Uniform includes;

- "age" statement ("1820") molded into the glass bottle, or shown on the label.

- references to London, England, including license/grants/documents certifying the Queen's approval of the brand. The Queen's royal seal may appear on the label.

- "dry gin" is prominently featured on the label, as in "London Dry Gin."  (was there ever a "wet" gin?)

- labels may contain drawings of persons depicted, such as the Beefeater royal guard in his uniform and carrying his scepter (Beefeater Gin), or Queen Victoria (Bombay Gin).

## Vodka

Vodka is the largest distilled spirits category, and features brands with Unique rather than Uniform packaging strategies. Vodka is made in countries all over the world, including the U.S., and imports to the U.S. are a significant share of category sales (30% -40%). Bottle shapes may vary from soft shoulder, graceful wine bottle shapes, to Unique medicinal/apothecary look (Absolut, (Sweden)), to hard shouldered, tapered bottles (Smirnoff), to the transparent see-through Grey Goose and Belvedere brand packages, etc. Some vodka labels are very formal, with authentic looking Russian style typefaces, either from the era of the Czars, or military/Soviet style (Stolichnaya), etc. There is no Uniform for packaging in the vodka category.

## Bourbon/Tennessee Whiskey

Many bourbon and Tennessee whiskey brand's packaging are very similar (Uniform) when compared to other competitors in this segment. In the case of Jack Daniel's, it is clear that the packaging strategy for this brand was to adopt the Uniform strategy, as shown in the attached photos of key brands in the bourbon product segment, which conveys most/all of the four characteristics of their Uniform packaging strategy;

- a square bottle with a ribbed neck

- a black cap

- a black neck wrap closure with white printing

- a black front label with white printing

Maker's Mark is an example of an exception to the common Uniform packaging in the bourbon segment, and demonstrates a UNIQUE packaging strategy for this brand (see attached whiskey bottle images).

The descriptive terms/lexicon/language used in the bourbon segment Web sites by Jack Daniel's and competitive brands are the same, or similar, in meaning, as follows:

- "Old, Old World, Century Old, Old time, Old fashioned"

- "Classic"

- "Historic, heritage, original"

- "Timeless, time honored"

- "Honored"

Importantly, recently published industry data indicates that consumer sales of the Jack Daniel's brand, like Makers Mark, Crown Royal and Grey Goose, are approximately 30% - 50% on premise (bars).[1] Therefore, in the on-premises accounts visited, bartenders were asked how their consumers "called" (ordered their drink) for the Jack Daniel's brand;

- By bottle appearance ("square bottle")?

- By label design/elements?

- By brand name?

---

[1] Confidential industry data obtained by author

All proprietors, bartenders and wait staff queried answered that Jack Daniel's Tennessee Whiskey was called for by consumers by brand name, not by bottle shape or label design/elements. According to those questioned, consumers called for the brand as "Jack Daniel's, or "Jack," or by a "nickname," such as "Black Jack."

## Conclusions

I have reached the following conclusions based on my knowledge, long professional experience, reviews of relevant literature and my field research:

(1). The overall Jack Daniel's Tennessee Whiskey packaging *is not distinctive* (not Unique) in the bourbon/Tennessee whiskey segment in the U.S. because of clear adherence to the four common characteristics summarized again below:

- a square bottle with a ribbed neck

- a black cap

- a black neck wrap closure with white printing

- a black front label with white printing

The combination of the four common features of the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle provide Jack Daniel's Tennessee whiskey with a standard industry "uniform" that identifies the Jack Daniel's Tennessee whiskey as an American whiskey, not just a Jack Daniel's whiskey. Therefore, common features of the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle have a function that is wholly independent of identifying the whiskey as a Jack Daniel's whiskey.

(2). The overall Jack Daniel's packaging *is clearly aesthetically functional*, utilizing all the common elements of the Uniform adopted by numerous other major brands in the bourbon/Tennessee whiskey segment in the U.S., as shown in the photos of competitive whiskeys attached to this document. For that reason, I believe that giving Jack Daniel's exclusive rights to use the combined four key features on the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle would impose a competitive disadvantage on other companies selling Kentucky and Tennessee American whiskey.  The disadvantage would be to deprive those other competing companies the ability to use a standard industry "uniform" that identifies any whiskey as an American whiskey, not just a whiskey whose reputation is related to Jack Daniel's.

(3). The overall packaging of the Jack Daniel's Old No. 7 Tennessee whiskey and that of the competitive bourbon brands pictured in the attached photos look like "first cousins" rather than individually distinctive brand packaging.

 (4). The overall majority of brand equity in the Jack Daniel's Old No. 7 Tennessee whiskey bottle is in the brand name ("call"), rather than the appearance of the bottle and label.


Martin Wolinsky,

June 10, 2015

**<u>Attachments</u>**

Photos - Jack Daniels, competitors

Photos - Uniform and Unique packages, selected categories

Uniform - Unique package scale

Survey - On/Off premise establishments in 2 states

Review of competitive Web sites and classic terms used at each site

Bottle Design Chart with Web-Site Excerpts

Resume

WOL0007

## Images of Jack Daniel's and Competitors

  

  

WOL0008

## Uniform vs. a Unique Bourbon Package



*Unique*

-------------------------------------------------------------------------------------------------------------------------

*Uniform*

   

WOL0009

## Uniform vs. Unique Gin Packages



*Unique*

---------------------------------------------------------------------------------------------------------------------------------

*Uniform*

    

WOL0010

## Uniform vs. Unique Vodka Packages



*Unique*

-------------------------------------------------------------------------------------------------------------------------

*Uniform*

## Uniform vs. Unique Tequila Packages



*Unique*

-----------------------------------------------------------------------------------------------------------------------

*Uniform*



WOL0012

## A Unique vs. Uniform Canadian whisky packages



*Unique*

-------------------------------------------------------------------------------------------------------------------------

*Uniform*

  

   

WOL0013

## Uniform to Unique Package* Scale

(1= most Uniform, 10= most Unique)

**Uniform**                                                                 **Unique**



| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

**Canadian**      **Bourbon/**                    **Gin**          **Tequila**   **Vodka**
**Whiskies**      **TN whiskies**

\* Packages shown are representative of their categories/segments

## Survey of On/Off Premise Accounts

**State/Account**

### CT

- Max's Oyster Bar
  - Bracco
  - Flemings
  - Treva
- Ruth's Chris Steakhouse
- Marriott Farmington Hotel

### NJ

- Rennaisance Hotel
  - Kilroy
  - Vesta Italian
- Riggle Clam Bar
  - Puthenfond
  - Canistadt
- East Rutherford

WOL0015

## Web-Sites Visited

| Web-site | Classic terms used at site |
|---|---|
| Jack Daniels | "Century old methods" |
| Early Times | "Old world craftsmanship" |
| George Dickel | "The classic #8 whiskey" |
| Jim Beam | "Classic smooth sipping experience" |
| | "America's native spirit" |
| Old Crow | "Original sour mash bourbon" |
| | "Historic bourbon" |
| Clayton James | "Heritage whiskey" |
| Evan Williams | "Traditional bourbon, time honored methods" |
| Henry McKenna | "Old time quality bourbon" |
| Sazerac Benchmark | "A label that honors the storied history of the distillery." |
| Zara Harris | "Classic Kentucky bourbon" |
| Collier & McKeel | "Old fashioned way" |
| Old Bardstown | "Timeless classic" |
| Johnny Drum | "Time honored old fashioned recipe" |

WOL0016

**Bottle Design Chart with Web-Site Excerpts**

| Distillery, Location and Brand | Bottle Design by Brand | Website Excerpts |
|---|---|---|
| _George Dickel_ (Diageo), Cascade Hollow, Tullahoma, TN.<br><br>_"Classic …Whiskey"_<br><br>_". . . classic, smooth – sipping experience"_ |  | *http://www.georgedickel.com/whiskies.aspx#!no8*<br><br>**George Dickel Classic No. 8 Whisky**<br><br>OVERVIEW \| AWARDS \| SPECIFICS<br><br>The most famous George Dickel whisky. A signature balance of Tennessee whisky flavors, handcrafted for those who want a classic, smooth-sipping experience.<br><br>A bold whisky with aromas of light caramel and wood. A smoky finish with hints of maple and buttered corn. |
| _Jim Beam_ (Beam Suntory), Clermont & Boston, KY.<br><br>_"America's Native Spirit"_ | Jim Beam<br><br> | _http://www.jimbeam.com/about-bourbon/bourbon-ingredients_<br><br>**AMERICA'S NATIVE SPIRIT**<br><br>The Beam family's contribution to America: The World's Finest Bourbon. Bourbon is America's contribution to the world of whiskey. To make it official, the U.S. Congress recognized Bourbon as **America's Native Spirit** in 1964, about 200 years after the very first bourbon went into a barrel. |

| *Jim Beam* *Continued* | Old Crow | *http://www.beamsuntory.com/brands/old-crow* |
|---|---|---|
| *"The original sour mash bourbon."* *" . . . one of the most historic bourbons. . . . "* |   | ## OLD CROW® Old Crow Bourbon is named for the inventor of the sour mash process, Dr. James C. Crow. In fact, in 1835 Old Crow bourbon was the first bourbon to begin using this process that today, has become a standard in the bourbon industry. Old Crow is the original sour mash bourbon. Old Crow is one of the most historic bourbons. It was served in the presidential homes of Andrew Jackson, William Henry Harrison, and Ulysses S. Grant. Old Crow was enjoyed and praised by the likes of Walt Whitman, Daniel Webster, Henry Clay, Jack London and Mark Twain. |
| *Tenn South Distillery, Lynnville, TN.* *"...heritage whiskey..."* |   | *http://www.tennsouthdistillery.com/our-spirits/clayton-james-whiskey/*  **Clayton James Tennessee Whiskey** First released on October 4, 2014. This spirit dwells in sugar maple charcoal, the Lincoln County Process, before entering the new, charred white oak barrels for aging. We use the Lincoln County Process quite a bit differently than others. Since our new whiskey is only "hearts", we don't need to use charcoal filtering to remove impurities or take a harsh edge off. Instead, we allow our spirits to acquire a unique, sweet maple smokiness from the charcoal. This signature step serves to differentiate Clayton James Tennessee Whiskey from all other Tennessee Whiskies. Our mash bill is locally grown white corn, wheat, and malted barley which is fermented and then copper pot distilled. Our chief distiller, Clayton Cutler, makes judicious distiller's cuts during each distillation and only the select "hearts" of the run are set aside for aging. No "heads" or "tails" make it into our barrels. These selections or cuts are the reason we believe that the traditional small batch process is superior to the continuous distillation process often used these days. We invite you to taste our Southern heritage whiskey and to appreciate our quality and attention to detail. Since we don't have a famous ancestor who made whiskey, we used the first names of the two distillery founders, Clayton Cutler and James Blair Butler, for our signature product. |

| *Heaven Hill*, Louisville, KY. | Evan Williams | *http://www.evanwilliams.com/bourbons.php* |
|---|---|---|
| **"Traditional Bourbon."**<br><br>**"...producing bourbon with the same time-honored methods..."** |  | *Discover our...*<br><br>**TRADITIONAL BOURBON**<br><br>When it comes to good bourbon, our proof is in the barrel.<br><br>Evan Williams is a smooth, easy to drink Bourbon named after Evan Williams who, in 1783, opened Kentucky's first commercial distillery along the banks of the Ohio River. Many years and barrels later, we're still producing Bourbon with the same time-honored methods that Evan Williams did years ago. |
| *Heaven Hill*, (Continued)<br><br><br>**"old-time quality bourbon..."** | Henry McKenna<br> | *http://heavenhill.com/brand/19*<br><br>Henry McKenna is sipping whiskey, pure and simple. As comfortable and unpretentious as an old pair of jeans or well-worn leather gloves, it's the perfect old-time quality Bourbon to share with friends.<br><br>Henry McKenna brought his family's whiskey recipe with him from Ireland in 1837 and founded his U.S. distillery in Fairfield, KY in 1855. |

| | | |
|---|---|---|
| *Buffalo Trace (Sazerac Co.)*, Frankfort, KY.<br><br>"... [a] label that honors the storied history..." | Benchmark<br><br> | *http://www.buffalotracedistillery.com/brands/benchmark*<br><br>**Benchmark**<br>Named after the McAfee brothers who surveyed a site just no Frankfort in the late 1700s, this rye recipe bourbon is yet an label that honors the storied history of the Distillery and the sits on. |
| *Barton 1792 Distillery (Sazerac Co.)*, Bardstown, KY.<br><br>"...a classic Kentucky bourbon." | Zachariah Harris<br><br> | *http://www.sazerac.com/BrandPortfolio.aspx?parent=ZH99&PCID=7&FID=203&NBid=1*<br><br>**Zackariah Harris Bourbon**<br>*Brand Story*<br>Zackariah Harris is made in Kentucky, where bourbon is an art form and where generations respect the hard work and time honored-traditions that make it America's most treasured spirit. Rich, smooth and delicious, Zackariah Harris is a classic Kentucky bourbon.<br><br>Zackariah Harris is made in Kentucky where Bourbon is an art form and where generations respect the hard work and time honored traditions that make it America's most treasured spirit. Rich, smooth and delicious, Zackariah Harris is a Classic Kentucky Bourbon.<br><br>*Stock and display Zackariah Harris today!* |

| | | |
|---|---|---|
| *Brown Forman*, Shively, KY.<br><br><br><br>*"...old-world craftmanship...."* |  | *http://www.earlytimes.com/heritage/whisky.aspx*<br><br>**EARLY TIMES KENTUCKY WHISKY**<br><br>Early Times Kentucky Whisky is distilled, aged a minimum of three years and barreled in used oak barrels at the Early Times Distillery in Shively, Kentucky. We are the only company to own its own cooperage and make its own barrels, which allows us to control how the barrel contributes to the taste characteristics of Early Times. Early Times Kentucky Whisky is known for being a high-quality whisky that delivers a consistently smooth taste and flavor profile while still being offered at a value to our consumers.<br><br>*http://www.earlytimes.com/heritage/bourbon.aspx*<br><br>Beam named his whisky Early Times, both as a tribute to its place of origin and as a nod to the old-world craftsmanship that goes into making it. He believed in the early times method of whisky-making: mashing grain in small tubs, boiling the beer and whisky in copper stills over open fires. It's an abiding belief that has stayed with the Early Times brand ever since. |
| *Jack Daniel's*<br><br>(Brown Forman), Lynchburg, TN.<br><br>**"...more than a century later, our Tennessee Whiskey is still judged the same way."** | Jack Daniel's Tennessee Whiskey<br> | *http://www.jackdaniels.com/whiskey/jack-daniels-old-no-7*<br><br>**OLD NO. 7**<br><br>We do things a little differently around here – and that's what gives Jack Daniel's its distinctive character. We charcoal mellow our whiskey drop by drop, then let it age in our own handcrafted barrels. And we don't follow a calendar. Our Tennessee Sippin' Whiskey is ready only when our tasters say it is. We use our senses, just like Jack Daniel himself did. In fact, more than a century later, our Tennessee Whiskey is still judged the same way. By the way it looks. By the way it smells. And, of course, by the way it tastes. |

| | | |
|---|---|---|
| *Collier and McKeel*, Nashville, TN.<br><br>**"...the old fashioned way..."** |  | *http://www.collierandmckeel.com/products_tennessee.php*<br><br>**TENNESSEE WHISKEY**<br><br>True Tennessee Whiskey is special. It's not just whiskey made in Tennessee. And it's not Bourbon Whiskey. It's more.<br><br>To make Collier and McKeel first we bring limestone filtered water from our family farm on the Big Richland Creek and use it to make a mash of corn, rye and malted barley. Then we distill it in our hand-hammered copper pot still.<br><br>At this point it changes from plain whiskey to Tennessee Whiskey when we drip it through several feet of sugar maple charcoal, made from trees cut by<br><br>local sawmills and burned on the farm. This gives Collier and McKeel the smooth, sweet, smoky taste that Tennessee Whiskey is known for. Only true Tennessee Whiskey is put through this extra step.<br><br>We age Collier and McKeel in very small barrels that are far more expensive than standard sized barrels but adds intense flavors that are our special gift whiskey making in Tennessee. And unlike some whiskies that have an artificial time table for the proper time in a barrel, we determine when it's time to bottle the old fashioned way; when it tastes right. |
| *Willett Distillery* (Kentucky)<br><br>**"...this timeless classic..."** | Old Bardstown<br><br> | *http://www.kentuckybourbonwhiskey.com/Old-Bardstown_Black-Label-86*<br><br>In 1941 a bay filly named Twilight Tear, called Suzie for short, was foaled. She was sired by the great Bull Lea, who was the leading sire in America five times, siring 58 stakes winners, four Horses of the Year, and three Kentucky Derby winners. Twilight Tear's race record is quite impressive. In 24 races she won 18 times, and took second and third twice, respectively. In 1944 "Suzie" was named Horse of the Year, and in 1963 she was inducted into the National Thoroughbred Racing Hall of Fame.<br><br>1952 was the year in which Twilight Tear produced a bay gelding by the name of Bardstown. The bay gelding did not race until the age of four due to a series of ankle and hip problems.<br><br>In 1956 Bardstown made his first start, and quickly became one of the elite handicap horses in the country. That same year, Bardstown won the Buckeye Handicap, the Equipose Mile and the Trenton Handicap. His "1956 Earnings" was a substantial $173,050.<br><br>As a five-year-old, Bardstown had an impressive four wins in six starts, including the prestigious Widener, the Gulfstream Park and the Tropical Handicaps.<br><br>In 1959 much of the activity for Calumet Farm was provided by 7-year-old Bardstown, which, despite soundness problems, won three of his five starts, including, once again, the Widener Handicap, along with the Tropical Park Handicap.<br><br>In 31 career starts, Bardstown had 18 first place finishes, 7 second and 1 third place finish. The bay gelding had total earnings of $628,752.<br><br>This fine Kentucky Straight Bourbon Whiskey is named after Bardstown because we admire his perseverance and persistence. Sit back and enjoy this timeless classic, which is bred in the heart of the Bluegrass, just like Bardstown. |

| | Johnny Drum | http://www.kentuckybourbonwhiskey.com/Johnny-Drum_Black-Label |
|---|---|---|
| _Willett Distillery_<br>(Continued)<br><br>**"...this time honored recipe..."** |  | THE YEAR WAS 1861 - CONFEDERATE FORCES began firing on Fort Sumter in Charleston Harbor on April 12, recognized as the official date the Civil War began. Boys as young as eight years old were attempting to sign up to fight for the noble cause, but individuals under the age of 18 couldn't join the army, unless they wanted to be a drummer or bugler.<br><br>It's been said that almost every town and state had many of these fine, brave young men, and, truth be told, it has been well-documented that many a campaign may have failed had it not been for these young native drummer soldiers establishing communications and keeping some semblance of order among various units in the field.<br><br>Like so many other young men during this time, Johnny Drum attempted to join a regiment in his home state, but was turned down because of his age. Eventually, Johnny ran away from home and found a regiment to take him in and allow him to serve as a drummer boy.<br><br>Upon completion of his duty and the end of the Civil War, legend has it that Johnny returned home to settle down amongst the rolling bluegrass knobs of his native Kentucky, where he staked his claim among a beautiful spring. Like so many other pioneer farmers that had been granted "corn writs" in the Kentucky Territory, Johnny soon learned the importance of finding a way to convert his excess corn crop into something profitable, rather than allowing it to go to waste. Johnny had a penchant for giving his all, regardless of cost, and it wasn't long before Johnny's determination produced an exceptional bourbon whiskey that earned him a reputation for making the finest sippin' whiskey in all of the Territory.<br><br>To this day we celebrate the passion of Johnny Drum and invite you to try this time honored recipe for what is still the finest sippin' whiskey in all of the Territory. |
| Highland Park<br><br>Holm Road,<br>Kirkwall,<br><br>Orkney, KW15 1SU<br><br><br>**"...tradition rather than novelty..."**<br><br>**"...unbroken tradition of whiskey-making..."** |  | http://highlandpark.co.uk/about/the-distillery/<br><br>Highland Park is made today with the same enduring belief and integrity, to the same exacting standards, as it has been since 1798. The established attitude at Highland Park is one of custodianship rather than management, of tradition rather than novelty. That's not to say the distillery is stuck in the mud – far from it – but innovation is only used when there is a genuine benefit to the whisky not, as is often the way, a benefit to efficiency or profitability.<br><br>This approach accounts in some way for the appeal of Highland Park; there is much more to how the remote site of an illicit still became The Best Spirit in the World". This accolade was no fluke, as we managed to repeat the feat in 2009 and 2013; it was based on an unbroken tradition of whisky-making stretching back over 200 years. Highland Park is arguably the most respected single malt in the world. As everyone knows, respect has to be earned, our distilling tradition, attention to detail and honesty have combined to achieve just that. |

# Resume

Martin Owen Wolinsky
85 Memorial Road
West Hartford ,CT 06107

**PROFESSIONAL EXPERIENCE**

**Owen Consulting**  1996 - present

President and Owner

Consultant for major U.S. distilled spirits, and wine companies. Clients have included Jim  Beam Brands ,Brown-Forman ,Bacardi U.S.A ,Sydney Frank Importing Company, Sazerac, Deep  Eddy Vodka  E&J Gallo Winery.  Also, consulted with major wine, and spirits wholesale organizations across the country and domestic and foreign companies seeking to introduce products into the U.S. market.

**DIAGEO PLC.**   1978-1996

Sr.  V.P –Distribution Strategy (1994-1996)

President, Smirnoff Vodka Company (1986-1994)

Responsibilities included –marketing and sales for a portfolio of brands including Smirnoff  Vodka, Popov Vodka, and Christian Brothers Brand

Sr. V.P. Sales- Wine and Spirits  (1984-1986)

Lead a 600 person, national sales organization

Sales Management (1978-1984)

Five promotions: Area Manager; Regional Manager; Division V.P.;V.P. Wines; V.P. Spirits; and Sr .V.P. Sales

**E.&J. Gallo Winery**  1972-1978

Seven promotions in six years.  Locations included Detroit, Los Angeles, Chicago and Twin Cities

**EDUCATIONAL EXPERIENCE**

**American University -**  MBA - 1970

**Ohio State** - B.S. – 1969

**PUBLICATIONS**

*None*

**PRIOR EXPERT TESTIMONY**

*None*

**COMPENSATION**

*$600 per hour*

WOL0024

# EXHIBIT U

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, | |
| Plaintiff, | |
| v. | No. 2:14-cv-02057-DGC |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Defendant, | **RULE 26 EXPERT REPORT OF** |
| | **JOHN HOWARD** |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Counterclaimant, | |
| v. | |
| VIP Products, L.L.C., an Arizona limited liability company, | |
| Counterdefendant. | |

HOW0001

John R. Howard
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane, West Chicago, IL 60815-2524
Tel. 630-495-9466 / Mobil 630-730-9782
Website: http://www.designkda.com

## BACKGROUND & EXPERIENCE

I am an Industrial Design Professional and project Design Director and I have hands-on knowledge of the industrial product design process.   I have developed over 20 patented products and devices during my career, which started in 1960.

Since 1975, I have been the owner of KDA, an Industrial Design consulting firm that I purchased form its 1947 founders.  KDA creates consumer product designs and packaging as well as commercial, industrial, and medical products.

Representative KDA commercial clients have included: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, and AT&T.  The representative services of KDA to its commercial clients include: industrial design, new product development, cost reduction, new products, and utility and design patents.

Representative KDA clients selling consumer items include: 3M, Sears, Wilson Sporting Goods, Sunbeam.  KDA services to consumer-product clients include: industrial design, new product development, 3D printed models, design for cost reduction, product re-design; tooling, manufacturing & package design.

The following website provides a link to over 85 Past & Current KDA Clients: www.DesignKDA.com/Clients.html

## EVALUATION OF THE JACK DANIEL'S BOTTLE DESIGN

I was retained by VIP Products, LLC, to evaluate the design of a bottle used by Jack Daniel's for packaging distilled spirits.  The purpose of my evaluation was to determine whether the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits or if the design affects the cost or quality of bottled distilled spirits.

### <u>U.S. Patent and Trademrk Registration of the Jack Daniel's Bottle Design</u>

Jack Daniel's Properties, Inc. holds a trademark in "a square shape bottle container . . . for distilled spirits."  The Jack Daniel's bottle shape has a U.S. Patent and Trademark Office Registration, No. 4,106,178, and the Jack Daniel's bottle design is illustrated in the Trademark Office registration as the following:



The PTO registration for the Jack Daniel's bottle design describes it as "the three-dimensional configuration of the square shaped bottle container for the goods, having an embossed ridge or scalloped design on the neck portion of the bottle, and an embossed signature design comprised of the words 'JACK DANIEL.'"

**The Primary Features and Details of the Jack Daniel's Bottle Design**

The Jack Daniel's bottle design has three primary features: (1) a square shaped body, (2) an embossed scalloped design on the neck portion of the bottle, and (3) an embossed signature design on the bottle.

**Usefulness and Efficiency of the Jack Daniel's Bottle Design**

To determine whether the combined features of the Jack Daniel's bottle design are essential to the use or purpose of the packaging of distilled spirits or if those combined design features affect the cost or quality of bottled distilled spirits, I made the following assessments, based on my knowledge, experience and expertise.

**1. Does the Jack Daniels Bottle Design yield a Utilitarian Advantage?**

The combined features of the Jack Daniel bottle design yields several utilitarian advantages. The advantages make the bottle design the most effective and utilitarian form for the packaging of distilled spirits.

The square bottle shape minimizes the cubic inches required to package the liquid contents of the bottle. By minimizing the number of cubic inches for the bottle, the square shape reduces the cost of packing, shipping and displaying the bottle. Minimizing the cubic inches assists the merchandising and marketing the bottle by allowing more bottles to be displayed on a retail shelf or in a floor or point-of-purchase display.

The flat faceted 5/18" corners keep the corners of the bottle from chipping or breaking during bottling on the labeling line or during shipping in corrugated boxes and multi-packed cartons on pallets for domestic as well as on sea container boats worldwide.

The four flat label surfaces are inset 1/16[th] of an inch to keep the surfaces from rubbing together and defacing or damaging the label graphics.

The square shape also enhances the grip on the body of the bottle. It enables the user to have a secure purchase on the body of the bottle and the protrusion across the top of the side panels helps to keep the human hand from sliding off the sides.

The square shape enhances the retail display of the bottle. The shape is more compact, allowing for more effective placement on store shelves, and the flat sides enhance the visual display and legibility of the bottle labels. The flat labels allow the entire to be seen by the customer, unlike labels on rounded surfaces.

The embossed scalloped design on the neck portion of the bottle improves the grip of the bottle in that the contours fit into the male or female hand from an ergonomic standpoint. The eight facets are consistent with the shape and form of the bottle while forming a gripping area that is rounded and easy to grip. The contour is designed to fit the human hand, making it easier and more secure to handle the bottle. This keeps the bottle from slipping out of the hand during carrying or pouring.

The embossed signature design on the bottle is useful to identify the product easily in the retail marketplace. The design cannot be removed without destroying the bottle, providing an indelible identifier of the product inside.

**2.      Are there alternative designs available that provide the same advantages?**

Square Body Shape.  Primary alternatives to the square body shape for bottles are: smooth round shape; flat oval (front and back parallel); triangulated; rectangular shape; round with a flat face; hexagonal; octagonal; radius-shaped flat oval; round bottle with flat cuts on the face;  and flat oval shape.

A smooth round shape does not yield the same utilitarian advantages as the Jack Daniel's bottle. The round shape loses space when you stack the bottles together.  Also, it is more difficult to places a label precisely on a round bottle shape and it is more difficult to orient two labels on a round bottle.  A round bottle is less stable if placed on its side.

A flat oval (front and back parallel sides) does not yield the same utilitarian advantages as a square bottle. Whether concave or convex, the oval shape loses space between bottles in shipping and in display and increases the probability of breakage.

A triangulated bottle does not yield the same utilitarian advantages as a square bottle.  From a nesting standpoint, this shape loses space when the bottles are stacked together.  From a shelf spacing standpoint, this shape loses space and creates display problems.

HOW0004

A rectangular shape bottle does not yield the same utilitarian advantages as a square bottle in terms of shelf facing. A rectangular bottle cannot be placed on a shelf for display as effectively as a square-shaped bottle. A rectangular bottle loses multiple label facings, compared to a square bottle.

A round bottle with a flat face does not yield the same utilitarian advantages as a square bottle for the same reasons as the triangulated rectangular shape bottle, described above.

A hexagonal shape does not yield the same utilitarian advantages as a square bottle. It is difficult label, has diminished visibility from shelf facing standpoint and has lower internal capacity compared to a square bottle of the same size.

An octagonal shape has more labeling problems than a hexagonal shape and it loses space when you stack the bottles together. Also, it is more difficult to orient more than one label on the same bottle. It is less stable than a square bottle if placed on its side.

A radius-shaped flat oval shape does not yield the same utilitarian advantages as a square bottle. It loses shelf space due to the depth of the bottle. It is not as efficient from a packaging standpoint because the shape creates "dead" space within the carton or shipping container. The partitions in a carton or container are flat, leaving gaps around the ends of a bottle with this shape.

A round bottle with flat cuts on the face does not yield the same utilitarian advantages as a square bottle. It has lower internal capacity compared to a square bottle of the same size. The shape is more difficult to label and the shape creates problems in orientation for retail display.

A bottle shape that is a flat oval does not yield the same utilitarian advantages as square shaped bottle. It loses shelf space due to the depth of the bottle and the shapes consumes excess space in shipping.

Embossed Ridge or Scalloped Design Bottle Neck. The Jack Daniel's bottle design has an embossed ridge or scalloped design in the neck. The description in the trademark registration does not indicate the shape of the neck but the drawing in the registration illustrates the shape as being convex in form.

Alternative bottle neck shapes are smooth on the surface and in shape, either tapered, straight, concave or cylindrical.

These alternative bottle neck surfaces and shapes do not yield the same utilitarian advantages as the embossed ridge or scalloped design bottle neck. None of the alternatives provide the safety advantages of the embossed ridge or scalloped bottle design.

A smooth bottle neck of cylindrical shape is easier to slip from the human hand. Also, it does not have the same ergonomic advantages as a bottle neck with an embossed ridge or scalloped design.

A tapered, straight, concave cylindrical bottle neck is easy to slip from the human hand and does not have the same ergonomic advantages as a bottle neck with a convex shape.

<u>Embossed Signature Design.</u>  The Jack Daniel's bottle design embossed signature is located on a slanted area on the bottle between the body and the neck.

The flat panels of the Jack Daniel's bottle design make a vertical transition from Square to the Contoured Round Neck and Hand Grip area. At the transition into the Contoured Neck is a perfectly round circular band or ring. The transition from the square shoulders slant at a 45 degree angle 1.50 inches and have the Jack Daniel signature clearly displayed on all four sides of the shoulder. From the round band-bead the neck surface consists of 8 contoured, narrow flat panels that make a 3" high transition up to the Closure neck-finish with a 1/8th inch high round band at the top.

The practical alternatives to having the signature embossed on bottle are to have it debossed (i.e. engraved) on the surface or in outlined lettering on the surface or some form of adhesive labeling.

These alternatives are not as effective in their display of the signature as embossed lettering because they are not as easy to read and they more susceptible to damage or degrading.

A debossed (i.e. engraved) signature on the surface would be more likely to collect dirt, than an embossed signature.

A signature in outlined lettering on the surface would have to be larger in order to be legible.

A signature in some form of adhesive labeling would require additional expense in order to provide a secure location on the bottle.

**3.    Does Jack Daniels Advertising Tout the Utilitarian Advantages of the Design?**

The Jack Daniels websites include a variety of advertising that display the utilitarian advantages of Jack Daniels bottle design along with a history of the original design of the Jack Daniel's bottle by Lem Motlow in 1905.

These images indicate the special effectiveness of the bottle shape in displaying the labels on the bottle.  They also indicate the effectiveness of the legibility of the placement of the embossed signature.

**4.    Does the Jack Daniel's Bottle Design Affect the Cost or Quality of its Product?**

From a glass bottle manufacturing standpoint there are multiple cost "trade-offs" that can be realized from using the Jack Daniel's bottle design.

The "Blow Ratio" of a square bottle shape has the advantage of utilizing minimum mold dimensions.

Other cost saving are the ability to move the labeling line for a square bottle much faster than a round bottling /labeling lines. Also, the filling line can move much, much faster, as well as the case packing process, reducing the breakage rate of square bottles.

HOW0006

In addition, the corrugated cartons for square bottles are less expensive, more compact and take up a much smaller foot-print on the retail stores than bottles of shapes.

From a palletizing and shipping standpoint, the cartons for square bottles fit better on a standard pallet size, which eliminates additional costs and reduces the likelihood of damage if the cartons need to hang over the edge of the pallet to maximize the number of cartons-per-pallet. For world-wide shipping in sea containers, the compact pallets are not subject to as much damage during overseas shipping because of pallet interface is more compact.

The attached photos display how the pallets for the Jack Daniel's bottle can be easily moved directly from a warehouse to the retail floor.

**CONCLUSION**

Based on my evaluation of the design of the Jack Daniel's bottle, I have concluded, for the reasons described above, that the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits and affect the cost or quality of bottled distilled spirits.

Dated:      June 14, 2015

Signed:

Name:      John R. Howard



Bottle Design Circa 2003    Current Bottle Design
*http://www.jackdaniels.com/history/jack-daniels-black-label*



Jack Daniel's Cartons – Maximum Pallet Interface
*Photo by John Howard*



Johnny Drum Signature Bottle
*Photo by John Howard*



Evan Williams - Square Bottles, Black Labels &Fluted Neck Finish
*Photo by John Howard*



Jack Daniel's Floor Display Using Shipping Cartons
*Photo by John Howard*

**JOHN HOWARD**
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane
West Chicago, IL 60815-2524
630-495 -9466  Office - 530-730-9782 Mobil

## EDUCATION

1961 - Pratt Institute, Brooklyn, NY
Bachelor of Industrial Design - BID
Industrial Design, Package Design
Ergonomics, Human Factors

1957 -Institute of Design, IIT
Illinois Institute of Technology
Industrial Design, Package Design

1956 - Art institute of Chicago, Ill.
Sculpture, Product Design,

## WORK EXPERIENCE

1975 - Current
President/CEO, KDA Industrial Design Consultants, Inc.
KDA,creates consumer product designs and packaging as well as commercial, industrial, and medical products as an Industrial Design Professional and project Design Director. Hands-on knowledge of the industrial product design process. Developed over 20 patented products and devices. Representative Commercial Clients: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, AT&T; Representative services: industrial design, new product dev, cost reduction, new products, utility & design patents. Representative Clients selling Consumer items: 3M, Sears, Wilson Sporting Goods, Sunbeam; Services: industrial design, new product development, 3D printed models, Design for cost reduction, product re-design. Tooling, Manufacturing & Package Design. Website Link to over 85 Past & Current KDA Clients: www.DesignKDA.com/Clients.html

1967 - 1975
Vice-President/Founder: CCA Industrial Design Department Container Corp of America, Inc.
Pioneered a new Industrial Design Department within CCA, serving all 5 Divisions, including plastic products, folding cartons, corrugated cartons, corrugated Point-of-Purchase displays, solid-fiber tubes and solid-fiberboard beverage case cartons.

1962 - 1967
Captain - US Army Signal Corps
Assigned to Design Engineering Group in Viet Nam, 1963/1964.
Served in Viet Nam to create Signal Corp security buildings, secure/hardened teletype systems, enclosures, towers, and modular concrete perimeter defense systems.
1960 - 1962
Director/Department Manager, Creative Designs International, LLC.

HOW0010

Established an Industrial Design Department for a Bronx, NY commercial interior Design firm. A firm that designed and built shopping malls, including interiors, signage, and multiple Department identification wall sculptures.

## ASSOCIATIONS / AWARDS / PUBLICATIONS / EXPERT TESTIMONY / COMPENSATION

**Associations**: Member - IDSA, Industrial Designers Society of America, Officer, Member of the IDSA Board. IDSA, Chicago Chap Chair 4 years, VP - National Board IDSA 2 years.

**Awards and Publications**:
Industrial Design Magazine, Excellence in Design Award (O-Cedar Mop, Drackett Co.)
Industrial Design Magazine, Excellence Design Award - Bronze (Alkco Lincs lighting sys)
Chicago Athenaeum Museum - Good Design Award (Thermos Lunch Box & products)
Chicago Athenaeum Museum - Good Design Award (Corrugated tables & furniture line)
Industrial Design Practices and Design for Cost Reduction Publications – IDSA

## Prior Expert Testimony

Expert Witness and Deposition Experience over the last 4-5 years. .

**CASE 1**: Nicholas Colucci, d/b/a EZ Line Putters v Callaway Golf Company, 6:08-cv-288 (JDL) (E. District, Texas) Represented Plaintiff through 2010 - In a Patent Jury Case involving golf equipment, Obtained Jury Verdict for Plaintiffs Claims for Patent infringement. J.R. Howard prepared and presented a Large Scale Trial Model of the Calloway Putter Head used to point out 5 Utility Patent Claims with a Laser Pointer during Trial Testimony.
    **Deposition**: JohnR Howard - Feb 18, 2010 - Testify & Trial Model. Sidney R. Bresnick, Attorney 212-421-7873-Mobil 646-723-9975-Direct.

**CASE 2**: Nassau Precision Casting Co, Inc. v Acushnet Co, Inc. Cobra Golf Company & Puma North America, Inc. - Holland & Knight Attorneys. Case still pending: Court of Appeals.
    **Deposition**: JohnR Howard - July 25, 2012 By Holland & Knight - Sidney R. Bresnick, Attorney 212-421-7373 – Mobil 646-723-9975 – Direct. www.MeredithKeyhani.com 51 E 42nd St., 11th Floor, NYC 10017

## Compensation

$ 415 per hour.

# EXHIBIT V

1  QUARLES & BRADY LLP
   Gregory P. Sitrick
2  Isaac S. Crum
   One Renaissance Square
3  Two North Central Avenue
   Phoenix, Arizona 85004-2391
4  Telephone: (602) 229-5317
   Facsimile: (602) 420-5198
5  E-mail: Gregory.sitrick@quarles.com

6  SEYFARTH SHAW LLP
   Christopher C. Larkin (admitted *pro hac vice*)
7  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
8  Telephone: (310) 201-5289
   Facsimile: (310) 201-5219
9  E-mail: clarkin@seyfarth.com

10 Attorneys for Defendant and Counterclaimant
   JACK DANIEL'S PROPERTIES, INC.

11

12

13            **UNITED STATES DISTRICT COURT**

14               **DISTRICT OF ARIZONA**

15

16 | VIP PRODUCTS, LLC, an Arizona limited liability company, | **Case No. CV 14-02057 PHX DGC** |
   | Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT JACK DANIELS PROPERTIES, INC.'S RESPONSES TO PLAINTIFF AND COUNTER-DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** |
   | v. | |
   | JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, | |
   | Defendant. | |
   | AND RELATED COUNTERCLAIMS. | |

24      Defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") hereby

25 responds to the first set of request for production of documents propounded by plaintiff

26 and counter-defendant VIP Products, LLC ("VIP") as follows.

27

28

1   These responses are made solely for the purposes of this action. Each response is

2   made subject to all objections as to competence, relevance, materiality, propriety, and

3   admissibility, and all other objections and grounds which would require the exclusion of

4   any statements contained herein, all of which objections and grounds are expressly

5   reserved and may be interposed at the time of trial in this action.

6   JDPI's responses are based upon the information that is currently available to it.

7   JDPI's investigation and discovery in this action are ongoing and JDPI reserves the right

8   to supplement these responses in the event that additional information is obtained through

9   such investigation or discovery.

10   Nothing contained in these responses is intended to be or should be construed to be

11   an admission by JDPI of the relevance or admissibility at trial of any information

12   contained in these responses.

13   ## GENERAL OBJECTIONS

14   JDPI objects generally to all of VIP's request for production of documents on the

15   following grounds.

16   1.   JDPI objects generally to all of VIP's requests to the extent that they seek to

17   impose upon JDPI discovery obligations beyond those contained in the Federal Rules of

18   Civil Procedure and the Local Rules of the United States District Court for the District of

19   Arizona.

20   2.   JDPI objects to each Request and to each Definition and Instruction to the

21   extent it seeks documents protected from disclosure by the attorney-client privilege, the

22   work product doctrine or any other applicable privileges, immunities, or protections from

23   disclosure. Any inadvertent disclosure of documents protected by the attorney-client

24   privilege, the work product doctrine, or any other applicable privilege, immunity, or

25   protection from disclosure is not intended and should not be construed to constitute a

26   waiver of such privilege, immunity, or protection.

27

28   2

3. JDPI objects to each Request and to each Definition and Instruction to the extent that it seeks the production of documents that are not in the possession, custody or control of JDPI. Unless otherwise expressly stated, a response shall not be deemed an admission that JDPI has any responsive documents in its possession, custody or control, or that any documents exist or ever existed. When a response states that the requested documents will be produced, the response shall be construed to mean that responsive documents will be searched for and, if any are found, will be produced.

5. JDPI objects to each Request to the extent it calls for the production of documents that are already in VIP's custody, possession or control, are readily available to Plaintiffs, or are obtainable by VIP from public sources.

6. JDPI objects to each Request to the extent it seeks documents to which VIP has equal or better access, or for which the burden on JDPI is equal to, or greater than, that of Plaintiffs in obtaining the documents.

7. JDPI objects to each Request to the extent that it calls for production of documents that are cumulative or duplicative. Where a document is responsive to more than one Request, JDPI will produce the document only once.

8. JDPI objects generally to each Request to the extent that it seeks documents related to business outside the United States. JDPI's responses are confined to the United States.

9. The failure of JDPI to object to any specific Request on a particular ground shall not be construed as a waiver of its rights to object on any additional ground(s). JDPI reserves the right to amend and/or supplement its objections and responses at any time consistent with further investigation and discovery.

10. JDPI does not concede the relevance, materiality, or admissibility of any documents sought in these Requests. JDPI's responses are without waiver or limitation of its right to object on grounds of relevance, privilege, admissibility of evidence for any purpose, or any other ground to the use of any information or documents provided or

3

1  referred to in its responses, in discovery or in any proceeding, or at the trial of this or any
2  other action.

3        11.    These objections and responses do not constitute, and shall not be
4  interpreted as, JDPI's agreement with, or admission as to the truth or accuracy of any
5  legal or factual characterization or allegation stated or implied in VIP's "Definitions,"
6  "Instructions," or in any of the individual Requests.

7        **RESPONSES TO FIRST SET OF REQUEST FOR PRODUCTION**
8  **REQUEST NO. 1:**

9        All DOCUMENTS sufficient to show the advertising expenditures by Defendant
10  on an annual basis to promote the JACK DANIELS TRADE DRESS.
11  **RESPONSE TO REQUEST NO. 1:**

12        JDPI interposes its General Objections and also objects specifically to this request
13  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
14  time, geographic area, and scope, and is vague because JDPI and its licensee Brown-
15  Forman Corporation ("Brown-Forman") do not advertise and promote the Jack Daniel's
16  Trade Dress per se but rather products sold in the Jack Daniel's Trade Dress. Without
17  waiving those objections, JDPI responds as follows: JDPI will produce documents
18  sufficient to show aggregate advertising and promotion expenditures made by Brown-
19  Forman in support of Jack Daniel's Old No. 7 Tennessee whiskey in the United States.
20  **REQUEST NO. 2:**

21        All DOCUMENTS that evidence the manner in which YOU have marketed the
22  JACK DANIELS TRADE DRESS.
23  **RESPONSE TO REQUEST NO. 2:**

24        JDPI interposes its General Objections and also objects specifically to this request
25  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
26  time, geographic area, and scope and is vague with respect to the phrase "market the
27  JACK DANIELS TRADE DRESS" because JDPI and its licensee Brown-Forman do not

28                                          4

1  market the Jack Daniel's Trade Dress per se but rather products sold in the Jack Daniel's
2  Trade Dress.  Without waiving those objections, JDPI responds as follows: JDPI will
3  produce representative documents showing the manners of marketing products sold in the
4  Jack Daniel's Trade Dress.

5  **REQUEST NO. 3:**

6      All DOCUMENTS referring or relating, to enforcement of trademark and trade
7  dress rights by Defendant, including copies of all correspondence, pleadings, settlements,
8  judgments and other documents related to the trademarks and trade dress of Defendant.

9  **RESPONSE TO REQUEST NO. 3:**

10      JDPI interposes its General Objections and also objects specifically to this request
11  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
12  time, geographic area, trademarks, and trade dresses, and seeks the production of "all
13  documents" relating to enforcement of all trademark rights and all trade dress rights in all
14  jurisdictions at any time, and that it seeks the production of documents that are irrelevant
15  to VIP's claims and defenses in this action and not reasonably calculated to lead to the
16  discovery of admissible evidence to the extent that it seeks documents regarding the
17  enforcement of trademarks and trade dress that have not been asserted by JDPI in this
18  action.

19  **REQUEST NO. 4:**

20      All DOCUMENTS referring or relating to any litigation involving OR
21  RELATING TO the existence, scope and/or enforceability of the JACK DANIELS
22  TRADE DRESS, including, but not limited to, pleadings, dispositive rulings, judgments,
23  and/or discovery responses.

24  **RESPONSE TO REQUEST NO. 4:**

25      JDPI interposes its General Objections and also objects specifically to this request
26  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
27  time and geographic area and seeks the production of "all documents" relating to all

28

5

1 enforcement efforts as to the Jack Daniel's Trade Dress in any jurisdiction at any time,

2 and that it seeks the production of documents that are publicly available to VIP. Without

3 waiving those objections, JDPI responds as follows: JDPI will produce the settlement

4 agreements from the actions in the United States since 2005 that have involved the Jack

5 Daniel's Trade Dress, *Jack Daniel's Properties, Inc. v. J&M Concepts, LLC, et al.*, Case

6 No. 3:13-cv-001156 in the United States District Court for the Middle District of

7 Tennessee and *Independence Spirits Company, LLC, et al. v. Jack Daniel's Properties,*

8 *Inc. et al.*, Case No. 2:12-cv-02732 TJS in the United States District Court for the Eastern

9 District of Pennsylvania. The pleadings in those actions are publicly available to VIP.

10 **REQUEST NO. 5:**

11     All DOCUMENTS in which YOU intend to rely to establish the owner of the

12 JACK DANIELS TRADE DRESS is engaging in substantially exclusive use of the mark.

13 **RESPONSE TO REQUEST NO. 5:**

14     JDPI interposes its General Objections and also objects specifically to this request

15 on the grounds that it is overly broad and unduly burdensome because it is unlimited as to

16 time and geographic area, and seeks the production of "all documents" relating to the use

17 of the Jack Daniel's Trade Dress, that it is vague with respect to the undefined term

18 "mark," and that it seeks the production of documents that are neither relevant to VIP's

19 claims and defenses in this action nor reasonably calculated to lead to the discovery of

20 admissible evidence to the extent that it seeks documents pertaining to the dilution by

21 blurring factor, as JDPI does not allege dilution by blurring in this action. Without

22 waiving those objections, JDPI responds as follows: JDPI will produce responsive

23 documents.

24 **REQUEST NO. 6:**

25     All DOCUMENTS on which YOU intend to rely to establish that the BAD

26 SPANIELS SILLY SQUEAKER presents a danger that consumers will form unfavorable

27 associations with the JACK DANIELS TRADE DRESS.

28

1  **RESPONSE TO REQUEST NO. 6:**

2      JDPI interposes its General Objections.  Without waiving those objections, JDPI

3  responds as follows: JDPI will produce responsive documents in addition to the expert

4  report of Dr. Itamar Simonson.

5  **REQUEST NO. 7:**

6      All DOCUMENTS that refer, relate, or support the allegations set forth in

7  paragraph 9 of the Counterclaim that "[t]he Jack Daniel's Trade Dress is inherently

8  distinctive, or acquired distinctiveness long prior to the commencement of VIP's acts of

9  infringement, dilution, and unfair competition complained of herein by virtue of

10  extensive sales and advertising of Jack Daniel's Tennessee whiskey featuring the Jack

11  Daniel's Trade Dress, decades of consumption by the public of Jack Daniel's Tennessee

12  whiskey packaged in the Jack Daniel's Trade Dress, extensive consumer recognition of

13  the Jack Daniel's Trade Dress, and association of the Jack Daniel's Trade Dress with

14  Jack Daniel's Tennessee whiskey."

15  **RESPONSE TO REQUEST NO. 7:**

16      JDPI interposes its General Objections and also objects specifically to this request

17  on the ground that it is overly broad and unduly burdensome because it is unlimited as to

18  time and seeks the production of "all documents."  Without waiving those objections,

19  JDPI responds as follows: JDPI will produce responsive documents.

20  **REQUEST NO. 8:**

21      All DOCUMENTS that refer, relate, or support the allegations set forth in

22  paragraph 9 of the Counterclaim that "[t]he combination of elements comprising the Jack

23  Daniel's Trade Dress is non-functional because it is not essential to the use or purpose of

24  Jack Daniel's Tennessee whiskey and does not affect the cost or quality of the product."

25  **RESPONSE TO REQUEST NO. 8:**

26      JDPI interposes its General Objections and also objects specifically to this request

27  on the ground that it is overly broad and unduly burdensome because it is unlimited as to

28

7

1  time and geographic area and seeks the production of "all documents."  Without waiving

2  those objections, JDPI responds as follows: JDPI will produce responsive documents.

3  **REQUEST NO. 9:**

4      All DOCUMENTS that refer, relate, or support the allegations set forth in

5  paragraph 9 of the Counterclaim that title JDPI Trademarks and the Jack Daniel's Trade

6  Dress are famous for whiskey in the United States and became famous long prior to the

7  commencement of VIP's acts of infringement, dilution, and unfair competition

8  complained of herein."

9  **RESPONSE TO REQUEST NO. 9:**

10      JDPI interposes its General Objections and also objects specifically to this request

11  on the ground that it is overly broad and unduly burdensome because it is unlimited as to

12  time and seeks the production of "all documents."  Without waiving those objections,

13  JDPI responds as follows: JDPI will produce responsive documents.

14  **REQUEST NO. 10:**

15      All DOCUMENTS relating to the selection or adoption of the JACK DANIELS

16  TRADE DRESS.

17  **RESPONSE TO REQUEST NO. 10:**

18      JDPI interposes its General Objections and also objects specifically to this request

19  on the ground that it is overly broad and unduly burdensome because it is unlimited as to

20  time and seeks the production of "all documents."  Without waiving those objections,

21  JDPI responds as follows: The Jack Daniel's Trade Dress was selected and adopted in the

22  1950s.  JDPI does not have documents from the 1950s specifically regarding the selection

23  and adoption of the Jack Daniel's Trade Dress.

24  **REQUEST NO. 11:**

25      All DOCUMENTS which refer to or relate to any of Plaintiffs' internal or external

26  trademark usage policies or guidelines for the JACK DANIELS TRADE DRESS.

27

28

**RESPONSE TO REQUEST NO. 11:**

JDPI interposes its General Objections and also objects specifically to this request on the grounds that it is overly broad and unduly burdensome because it is unlimited as to time and geographic area, and seeks the production of "all documents." Without waiving those objections, JDPI responds as follows: JDPI has no documents regarding VIP's trademark usage policies or guidelines.

**REQUEST NO. 12:**

All DOCUMENTS relating or referring to any definition or explanation of the elements that comprise the JACK DANIELS TRADE DRESS.

**RESPONSE TO REQUEST NO. 12:**

JDPI interposes its General Objections and also objects specifically to this request on the grounds that it is overly broad and unduly burdensome because it is unlimited as to time and geographic area, and seeks the production of "all documents," and because it is vague with respect to the phrase "definition or explanation of the elements that comprise the JACK DANIELS TRADE DRESS." Without waiving those objections, JDPI responds as follows: JDPI will produce responsive documents.

**REQUEST NO. 13:**

All DOCUMENTS relating or referring to the bottle shape and design being part of the JACK DANIELS TRADE DRESS.

**RESPONSE TO REQUEST NO. 13:**

JDPI interposes its General Objections and also objects specifically to this request on the grounds that it is overly broad and unduly burdensome because it is unlimited as to time and geographic area, and seeks the production of "all documents," and because it is vague with respect to the phrase "the bottle shape and design being part of the JACK DANIELS TRADE DRESS." Without waiving those objections, JDPI responds as follows: JDPI will produce responsive documents.

9

1   **REQUEST NO. 14:**

2      All DOCUMENTS that evidence or refer to any similarities between YOUR

3   marketing materials and VIP's marketing materials.

4   **RESPONSE TO REQUEST NO. 14:**

5      JDPI interposes its General Objections and also objects specifically to this request

6   on the ground that it is vague with respect to the undefined phrase "marketing materials"

7   and, in view of VIP's testimony regarding the Bad Spaniels toy, JDPI is uncertain as to

8   what, if anything, VIP considers to be "marketing materials" used in support of its Bad

9   Spaniels toy.  Without waiving those objections, JDPI responds as follows: JDPI will

10  produce responsive documents.

11  **REQUEST NO. 15:**

12     All DOCUMENTS referring or related to the establishment by Plaintiffs of the

13  famousness of the JACK DANIELS TRADE DRESS anywhere in the world, but

14  particularly within the United States.

15  **RESPONSE TO REQUEST NO. 15:**

16     JDPI interposes its General Objections and also objects specifically to this request

17  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to

18  time and geographic area and seeks the production of "all documents."  Without waiving

19  those objections, JDPI responds as follows: JDPI has no documents regarding VIP's

20  establishment of the "famousness" of the Jack Daniel's Trade Dress.  As set forth in

21  JDPI's responses to VIP's interrogatories, JDPI will produce documents regarding the

22  fame of the Jack Daniel's Trade Dress pursuant to Rule 33(d) of the Federal Rules of

23  Civil Procedure.

24  **REQUEST NO. 16:**

25     All registrations or applications for registration of the JACK DANIELS TRADE

26  DRESS or other trade dress of any of Plaintiffs' product in any country.

27

28                                     10

1  **RESPONSE TO REQUEST NO. 16:**

2      JDPI interposes its General Objections and also objects specifically to this request
3  on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
4  time, geographic area, trade dress, and products and seeks the production of "all
5  registrations and applications for registration" of any trade dress for any product in any
6  country, that it seeks the production of documents that are irrelevant to VIP's claims and
7  defenses in this action and not reasonably calculated to lead to the discovery of
8  admissible evidence to the extent that it seeks registrations and applications of any trade
9  dress for any product in any country, and that it seeks documents that are publicly
10 available to VIP.  Without waiving those objections, JDPI responds as follows: JDPI has
11 not sought registration in the United States of the combination of elements that comprise
12 the Jack Daniel's Trade Dress as shown and described in paragraph 6 of JDPI's
13 counterclaims. The file history of United States Trademark Registration No. 4,106,178,
14 which covers certain elements of the Jack Daniel's Trade Dress, is publicly available to
15 VIP from the website of the United States Patent and Trademark Office. JDPI has no
16 responsive documents regarding any applications to register any other elements of the
17 Jack Daniel's Trade Dress in the United States since 2005.  JDPI has no documents
18 regarding any applications to register the trade dress of any of VIP's products.

19 **REQUEST NO. 17:**

20     All DOCUMENTS identified in response to Plaintiffs First Set of Non-Uniform
21 Interrogatories directed to JDP or referred to or used in the preparation of the answers to
22 the interrogatories.

23 **RESPONSE TO REQUEST NO. 17:**

24     JDPI interposes its General Objections.  Without waiving those objections, JDPI
25 responds as follows: JDPI will produce responsive documents.

26

27

28

11

1   **REQUEST NO. 18:**

2       All DOCUMENTS relating to any and all alleged uses in commerce of the JACK
3   DANIELS TRADE DRESS, including, without limitation, advertisements, catalogs,
4   circulars, sales literature, brochures, bulletins, flyers, signs, sales displays, posters, points
5   of sale, website pages or promotional materials of any type ever published, broadcast or
6   displayed containing or depicting the JACK DANIELS TRADE DRESS.

7   **RESPONSE TO REQUEST NO. 18:**

8       JDPI interposes its General Objections and also objects specifically to this request
9   on the ground that it is overly broad and unduly burdensome because it is unlimited as to
10   time and geographic area, and seeks the production of "all documents." Without waiving
11   those objections, JDPI responds as follows: JDPI will produce a representative sample of
12   advertisements, promotional materials, and social media featuring the Jack Daniel's
13   Trade Dress and used in the United States.

14   **REQUEST NO. 19:**

15       All DOCUMENTS relating to any application by Plaintiffs to register any of its
16   trade dress or marks as a trademark with any governmental authority both in the United
17   States and abroad.

18   **RESPONSE TO REQUEST NO. 19:**

19       JDPI interposes its General Objections and also objects specifically to this request
20   on the grounds that it is overly broad and unduly burdensome because it is unlimited as to
21   time, geographic area, trademark and trade dress, and seeks the production of "all
22   documents." Without waiving those objections, JDPI responds as follows: JDPI has no
23   documents regarding any application filed by VIP to register its trade dress or marks in
24   the United States.

25   **REQUEST NO. 20:**

26       All DOCUMENTS referring or relating to the Jack Daniels bottle design, shape,
27   and size.

28

12

1   **RESPONSE TO REQUEST NO. 20:**

2       JDPI interposes its General Objections and also objects specifically to this request

3   on the grounds that it is overly broad and unduly burdensome because it is unlimited as to

4   time and geographic area, and seeks the production of "all documents" of any sort

5   referring or relating in any way to the Jack Daniel's bottle design, shape, and size at any

6   time since the 19th Century.

7   **REQUEST NO. 21:**

8       All DOCUMENTS in which you intend to rely to establish the extent of the actual

9   recognition of the JACK DANIELS TRADE DRESS.

10  **RESPONSE TO REQUEST NO. 21:**

11      JDPI interposes its General Objections and also objects specifically to this request

12  on the ground that it seeks the production of documents that are neither relevant to VIP's

13  claims and defenses in this action nor reasonably calculated to lead to the discovery of

14  admissible evidence to the extent that it seeks documents pertaining to the dilution by

15  blurring factor, as JDPI does not allege dilution by blurring in this action.  Without

16  waiving those objections, JDPI responds as follows: JDPI will produce responsive

17  documents.

18  **REQUEST NO. 22:**

19      All DOCUMENTS that in your opinion demonstrate similarity between the JACK

20  DANIELS TRADE DRESS and the BAD SPANIELS SILLY SQUEAKER.

21  **RESPONSE TO REQUEST NO. 22:**

22      JDPI interposes its General Objections.  Without waiving those objections, JDPI

23  responds as follows: JDPI will produce responsive documents.

24  **REQUEST NO. 23:**

25      All DOCUMENTS that in your opinion demonstrate the similarity between the

26  shape and configuration of the Jack Daniels bottle design and the BAD SPANIELS

27  SILLY SQUEAKER.

28

1  **RESPONSE TO REQUEST NO. 23:**

2      JDPI interposes its General Objections. Without waiving those objections, JDPI

3  responds as follows: JDPI will produce responsive documents.

4                                  QUARLES & BRADY LLP

5                                  SEYFARTH SHAW LLP

6  Dated: May 14, 2015           By:_____
                                        Christopher C. Larkin
7                                      Attorneys for Defendant and
                                              Counterclaimant
8                                  JACK DANIEL'S PROPERTIES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        14

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on May 14, 2015, I served the foregoing DEFENDANT AND

3   COUNTERCLAIMANT'S RESPONSES TO PLAINTIFF AND COUNTER-

4   DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

5   on the parties identified below in the manner identified below:

6   **VIP Products LLC (via Electronic Mail and First Class Mail)**

7   David G. Bray, Esq.
DICKINSON WRIGHT, PLLC

8   1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004

9   Direct Line: 602-285-5033
DBray@dickinsonwright.com

10

11                                              Christopher C. Larkin

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT W



SEYFARTH
      SHAW

2029 Century Park East, Suite 3500

Los Angeles, California 90067-3063

(310) 277-7200

fax (310) 201-5219

www.seyfarth.com

Writer's direct phone

(310) 201-5289

Writer's e-mail

clarkin@seyfarth.com

July 1, 2015

**VIA FEDEX**

Frank G. Long, Esq.
Dickinson Wright, PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004

Re:     June 26, 2015 Letter Regarding Discovery Responses

Dear Frank:

This letter responds to your June 26 letter regarding claimed deficiencies in JDPI's responses to VIP's discovery requests.

We disagree with your reading of Rule 34 with respect to JDPI's written responses to VIP's production requests. Rule 34(a)(1) states that a party may request its adversary to "produce *and* permit the requesting party . . . to inspect and copy . . ." the requested documents (emphasis added). That is the only portion of Rule 34(a) that applies to a request to produce documents. Rule 34(b)(1), which describes the content of the request, only references the items to be "inspected" and the manner of "inspection." There is no separate provision, as your letter suggests, for "production" only. Indeed, both of VIP's production requests asked JDPI to "produce for inspection and copying" the requested documents and things. Rule 34(b)(2)(B), the only provision regarding the response to the request, required JDPI to state, as to each request, "that inspection or related activities will be permitted as requested or state an objection to the request." That is exactly what JDPI did in its responses.

In any event, JDPI has produced documents and things as they are kept in the usual course of business in response to VIP's production requests. That is all that it is obligated to do. Because your letter states that JDPI has not produced any documents in response to multiple requests, and has "provided only a promise of future production in response to more than half of the RFPs . . . Nos. 4, 5, 6, 7, 9, 12, 13, 14, 15, 17, 18, 21, 22 and 23," JDPI identifies below some of the documents that it has produced in response to the specific requests served by VIP.

JDPI believes that it has stated its overbreadth, burdensomeness, and relevance objections with sufficient specificity. We do not read the *Oleson* case to require a party, at the time of serving its responses to production requests, to "submit[] affidavits or offer[] evidence revealing the nature



of the burden". There is no such requirement in Rule 34(b)(2), I have neither done that, nor seen it done, at the response stage in over 30 years of practice, and I suspect that you haven't either. JDPI can provide an affidavit or other proof if and when the issue is brought before the court. As discussed below, however, we are trying to find a reasonable compromise if possible.

Turning now to the specific alleged deficiencies, JDPI objected in its entirety to Request No. 3, which sought the production of all documents relating to JDPI's enforcement of any of its trademarks and trade dress in any jurisdiction at any time. That is an unreasonable request on its face for the reasons set forth in JDPI's objections, and VIP has never offered to limit it in any way. JDPI owns numerous trademarks that are not at issue here and has enforced them in the United States and numerous foreign jurisdictions over a long period of time. JDPI has well over 1,000 enforcement files dating back nearly 20 years, and has opened over 500 United States files with respect to the marks at issue in this case since 2005 alone. JDPI believes that the burden on JDPI to produce all of these files, for all marks, for all jurisdictions, for all time, as requested substantially outweighs the likely benefit to VIP under Rule 26(b)(2)(C), particularly given VIP's admitted and intended copying of JDPI's marks and trade dress.

JDPI has previously produced the settlement agreements and pleadings from the recent Sweet Revenge and Popcorn Sutton trade dress cases. (In that regard, we note the irony that VIP first complained that JDPI had not produced the pleadings from these cases (or the file histories of its pleaded registrations) and then, after JDPI did so, VIP complained that JDPI's compliance with VIP's request was merely a "document dump," even though the subject request expressly called for pleadings.) JDPI is producing herewith, under Bates Nos. 3679-3754, 3762-3804, and 3840-4060, and 4265-4427, the key pleadings (to try to avoid any further claims of a "document dump") from five other enforcement actions involving the "JACK DANIEL'S" and "OLD NO. 7" trademarks in the United States since 2000, and those settlement and co-existence agreements that are not the subject of confidentiality restrictions (Bates. Nos. 3805-3839, 4061-4120, and 4127-4240). Two of the settlement agreements have significant confidentiality and notification requirements, and they will be produced as soon as JDPI can confirm that their production will not breach those agreements. The pleadings and the settlement agreements enable VIP to determine whether JDPI's enforcement actions in the United States during the past 15 years have impacted or narrowed JDPI's trademark rights in this case.

With respect to Request No. 4, JDPI has produced the pleadings files and settlement agreements from the Sweet Revenge and Popcorn Sutton cases, as well as the key pleadings and settlement agreement from the Neon Factory case (Bates Nos. 4014-4120). These documents enable VIP to determine whether JDPI's enforcement actions with respect to its trade dress have impacted or narrowed JDPI's trade dress rights in this case. There are no other enforcement actions in the United States since 2000 in which JDPI asserted the Jack Daniel's Trade Dress, but as noted above, JDPI is producing the key pleadings and has produced or will produce the settlement and co-existence agreements from its enforcement actions since 2000.

Request No. 5 requested production of documents "that establish the owner of the JACK DANIELS TRADE DRESS is engaging in substantially exclusive use of the mark." JDPI did not interpret this vague request to seek what your letter now states VIP seeks, namely, documents



"related to the JDPI relationship with Brown-Forman, . . . other companies' use of the Jack Daniel's Trade Dress, and . . . license agreements." JDPI is producing herewith its master license agreement and representation agreement with Brown-Forman and the Jack Daniel Distillery, and representative samples of its standard merchandise licenses (Bates CON 91-253).

Request No. 6 requested production of documents on which JDPI "intends to rely to establish that the BAD SPANIELS SILLY SQUEAKER presents a danger that consumers will form unfavorable associations with the JACK DANIELS TRADE DRESS." In addition to the product itself, JDPI has produced the Simonson report, and documents regarding VIP's creation of the toy and its labeling, packaging, and marketing (Bates Nos. 2-71, 74-77, 79-86, 124-125, 128-130, 132-137, 146-147, 315-321, and 325-326), among others.

Request No. 7 requested production of documents regarding the inherent or acquired distinctiveness of the Jack Daniel's Trade Dress. As explained in JDPI's response to VIP's interrogatories regarding distinctiveness and in the quoted portion of JDPI's counterclaims, JDPI's claims are based, *inter alia*, upon the longstanding sale of Jack Daniel's Old No. 7 whiskey, advertising of the product, consumer exposure to and recognition of the trade dress, and VIP's admitted and deliberate copying. JDPI has produced numerous print and television advertisements and exposure of the trade dress in movies and television shows (Bates Nos. 151-250, 259-268, 479-503, and 548), documents regarding the advertising and promotional expenditures for Jack Daniel's Tennessee whiskey since 1987 (Bates No. CON 67), documents regarding advertising placement (Bates Nos. 274-277 and 419-426), documents regarding the public exposure of the trade dress through outdoor advertising, promotion, social media, and other means (Bates Nos. 253-258, 269-273, 438- 450, 452, 453-474, and 475-478), documents reflecting media coverage (Bates Nos. 511-526), documents regarding the use of the trade dress and elements of the trade dress on licensed goods (Bates Nos. 549-648), documents regarding VIP's copying of the trade dress (Bates Nos. 2-71, 74-77, 79-86, 124-125, 128-130, 132-137, 146-147, 315-321, and 325-326), and documents reflecting third-party exposure of the trade dress together with the Bad Spaniels toy (Bates Nos. 335-348), among others. It is unduly burdensome and cumulative for JDPI to produce every single advertisement, sign, or licensed good pertaining to the trade dress that has ever been used, displayed, or circulated.

Request No. 8 requested production of documents regarding the non-functionality of the Jack Daniel's Trade Dress. JDPI yesterday produced discs containing various Cue files pertaining to the 2008-2011 bottle and label modifications (Bates Nos. CON 329-334). JDPI also previously produced documents regarding the design of the Jack Daniel's bottle and label elements of the trade dress (Bates Nos. CON 1-311), multiple advertisements that do not tout any utilitarian advantages of the trade dress (Bates Nos. 1-33, 134-234, 235-278, and CON 1-66), and evidence of competitive alternatives (Bates No. 451), among others. JDPI is producing herewith a stress analysis of the modified Jack Daniel's bottle (Bates Nos. CON 254-281), which I received on Monday.

Request No. 9 requested production of documents regarding the fame of the Jack Daniel's Trade Dress. Please see the discussion above regarding the documents produced by JDPI in response to Request No. 7. That also applies to Request No. 15.



Request No. 10 requested production of documents relating to the selection and adoption of the Jack Daniel's Trade Dress. As previously noted, the trade dress was adopted in the 1950s. JDPI has not yet been able to locate any documents from the 1950s regarding the selection and adoption per se. JDPI has produced documents showing the trade dress in the 1950s (Bates Nos. CON 1-66 and 504-505, among others), and is producing herewith additional documents regarding the history of the bottle and label, related advertising, and label approvals from the 1940s and 1950s (Bates Nos. 3755-3761, 4121-4126, and 4241-4264). JDPI has also produced documents (Bates Nos. 251-252 and 278-284, and CON-AEO 1-311 and CON-AEO 329-334, among others) regarding the modification of the Jack Daniel's bottle and label. We will continue to search for documents from the 1950s and will produce any that we find.

Request No. 11, which was restated and corrected in VIP's second set of requests for production, requested documents regarding trademark usage policies or guidelines for the Jack Daniel's Trade Dress. JDPI produced them on June 18 (Bates Nos. CON 68-90).

Request No. 12 requested documents regarding any definition or explanation of the elements that comprise the Jack Daniel's Trade Dress. In addition to the elements shown and described in JDPI's counterclaims, JDPI has produced documents showing and/or discussing the elements (Bates No. 148-150, 279-284, and CON-AEO 1-311, and 329-334, among others).

With respect to Request No. 13, please see the discussion regarding Request No. 12 above.

Request No. 14 requested production showing similarities between VIP's marketing materials and JDPI's marketing materials. Under the definition of "marketing materials" in your letter, JDPI has produced documents Bates Nos. 2-65, 74-77, 124-130, 132-137, 142-147, 253-258, 269-273, 354, 427, 453-457, and 458-474, among others, in response.

Request No. 17 requested documents identified in or used in preparing JDPI's responses to VIP's interrogatories. Documents produced under Rule 33(d) of the Federal Rules of Civil Procedure in response to certain of VIP's interrogatories were identified in the responses and have been identified in other paragraphs of this letter.

Request No. 18 requested production of advertisements, catalogs, and various other promotional materials featuring the Jack Daniel's Trade Dress. JDPI has produced documents Bates Nos. 151-250, 253-273, 438-450, 452-474, and 479-503, among others, in response.

Request No. 21 requested production of documents showing actual recognition of the Jack Daniel's Trade Dress. In addition to the Ford Survey, JDPI has produced documents regarding the acquired distinctiveness and fame of the Jack Daniel's Trade Dress and VIP's deliberate copying, discussed above.

Requests Nos. 22 and 23 requested production of documents that demonstrate similarity between the Jack Daniel's bottle and label, and the Bad Spaniels toy. JDPI has produced documents Bates Nos. 2-65, 66, 68-71, 79-129, 131-137, 140-150, 315-323, 325-326, 335-354, among others, in response.



ATTORNEYS

Frank G. Long, Esq.
July 1, 2015
Page 5

We believe that we have fully and properly responded to VIP's requests, but if you believe that there are continued deficiencies, please let us know.

Very truly yours,

SEYFARTH SHAW LLP

Christopher C. Larkin

CCL:kgc
Enclosures

20262458v.1

# EXHIBIT X



JDPI004303

# EXHIBIT Y

# Not Subject to Change: n/a



JDPI000151

# 135 Countries: 2000



**JDPI000152**

# Officially: 2000



JDPI000153

# Sequel Proof: 2000



**JDPI000154**

# Authority: 2000



JDPI000155

# Flask of Jack: 2001



JDPI000156

# Version 1.0: 2001



JDPI000157

# Family: 2001



**JDPI000158**

# Friends of Jack: 2001



JDPI000159

# Offensive Line: '01, '04



JDPI000160

# Frozen Tundra: '01, '04



JDPI000161

# Crafted With Care: '01, '04



JDPI000162

# One Sip: '01, '06



JDPI000163

# Snowball: '01, '06



JDPI000164

# Padlock: 2002



**JDPI000165**

# Holiday: 2002



JDPI000166

# Limestone: 2002



JDPI000167

# Welcome Sign: '02, '05



**JDPI000168**

# Travel Back in Time: 2004



JDPI000169

# Travel Back in Time: '04, '05



**JDPI000170**

# Gold Medal: 2004



**JDPI000171**

# Top 7 Reasons: 2004



**JDPI000172**

# Charcoal Mellowed: 2004



JDPI000173

# Black and White: 2004



JDPI000174

# Mistletoe: 2004



JDPI000175

# Any Bar: 2004



JDPI000176

# Any Bar in *blank city*: 2004



JDPI000177

# One Stoplight: 2004



JDPI000178

# Breaks: '04, '05



JDPI000179

# Old School: '04, '05



JDPI000180

# Questionable Joints: '04, '05



JDPI000181

# No Place Special: '04, '05



**JDPI000182**

# No Place Special: '04, '05, '06



JDPI000183

# Taxi: '04, '05, '06



**JDPI000184**

# Official Drink: '04, '05, '06



JDPI000185

# Taxi: '04, '05, '06



**JDPI000186**

# Taxi: '05, '06



**JDPI000187**

# Goose: '04, '06



JDPI000188

# Goose: '05, '06, '07



**JDPI000189**

# Newest Rookie: '04, '07



**JDPI000190**

# Paris Got Fashion:  2005



**JDPI000191**

# Paris Got Fashion: '05, '06, '07



JDPI000192

# Holiday Trade Ad: 2005



JDPI000193

# 0-200 MPH: 2005



JDPI000194

# Round and Round: 2005



JDPI000195

# Carb Free: 2005



JDPI000196

# Breaks: 2005



**JDPI000197**

# One Sip: 2005



**JDPI000198**

# Holiday: 2005



JDPI000199

# Gets Through Him: '05, '06, '07



JDPI000200

# Friends: '05, '06, '07



JDPI000201

# Aromatherapy: '05, '06, '07



JDPI000202

# High Speed: '05, '06, '07



JDPI000203

# Long May You Run: '05, '06, '07





# Designated Driver: '05, '07



JDPI000205

# Qualifying: '05, '07



JDPI000206

# Introducing Clint Bowyer: '05, '07



**JDPI000207**

# Offensive Line: '05, '09



JDPI000208

# Maturity: 2006



JDPI000209

# Waiting: 2006



**JDPI000210**

# Knee Length Frock: 2006



JDPI000211

# 50ᵗʰ Ad: 2006



# Pony Ride: 2006



**JDPI000213**

# Maturation: 2006



JDPI000214

# On Tour : 2006



JDPI000215

# Tailgating: 2006



JDPI000216

# Flavor of the Month: 2006



JDPI000217

# Never Let Love Go: 2006



JDPI000218

# Hard Maple: '06, '07



JDPI000219

# Handcrafted/By People: '06, '07



JDPI000220

# Followed the Crowd: '06, '07



JDPI000221

# Brothers: '06, '07



**JDPI000222**

# On Tour Guitar Player: '06, '07, '09



JDPI000223

# Training: 2007



**JDPI000224**

# Thankfully: 2007



**JDPI000225**

# Stay in Control: 2007



JDPI000226

# Snowman, Pop. 361: 2007



**JDPI000227**

# Spray the Champagne: 2007



JDPI000228

# NASCAR Win Ad: 2007



JDPI000229

# NASCAR Win Ad: 2007



JDPI000230

# NASCAR Win Ad: 2007



JDPI000231

# NASCAR Win Ad: 2008



JDPI000232

# Restrict Your Intake: 2007



JDPI000233

# Sports Illustrated Spread: 2008



JDPI000234

# Labels: ON 7 2008



**JDPI000235**

# Labels: Quality 2008



**JDPI000236**

# Labels: Lynchburg 2008



**JDPI000237**

# Playboy 3 pg. Spread: 2008







**JDPI000238**

# Good Friends: 2008



JDPI000239

# Holiday Print: 2009



**JDPI000240**

# Sports Illustrated Perfect 10: 2009



JDPI000241

# Sports Illustrated Spread: 2009



# Holiday Print: 2009





# Come Discover: 2010



JDPI000244

# Jack & Ginger: 2010



**JDPI000245**

# Sports Illustrated Spread: 2010



# Holiday, 2010





BPI090247

# Rodeo: 2011



JDPI000248

# 365 Days: 2011



**JDPI000249**

# Bottle Artwork: 2011



**JDPI000250**

# EXHIBIT Z



**TOUGH OLD BIRDS** like Herb Fanning here are why you'll continue to find Jack Daniel's so smooth.

Mr. Fanning has held every job in our Hollow. So he knows his whiskey inside out. And though he's long retired these days, we occasionally bring him back to check on things. You see, we know there's a certain rareness you've come to expect in Jack Daniel's. We can't ever risk changing that. And with prideful watchdogs like Herb on the scene, we don't think we ever will.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



**A TENNESSEE BARRELMAN** like Richard McGee gets more done before coffee than most folks do in a day.

Mr. McGee will rise ahead of the sun. Then, in the cool of Tennessee's morning, roll hundreds of newly-filled barrels into aging houses set deep in the hills. (Our whiskey will sleep out here until it's ready for you.) What accounts for the rareness you find in Jack Daniel's? Partly, this old Tennessee process. And, partly, old Tennessee barrelmen like Richard McGee.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



**FRANK BOBO, THE YOUNG MAN ON THE LEFT**, is the first Jack Daniel stiller who's no kin to a Motlow.

Lem Tolley (the other man) learned to still whiskey from his uncle Lem Motlow, who learned all he knew from his uncle, Jack Daniel. And Mr. Tolley, who's retired now, handed down all this knowledge to young Frank. Some folks say Frank learned his lessons so well he even looks like a Motlow. We're not certain about that. But we're sure glad he makes whiskey like one.

JDPI000259



AGING A BATCH of Jack Daniel's calls for years of time and no small amount of footwork.

There are thousands of charred oak barrels in a ten-story warehouse. Full up, each barrel is too heavy to lift. So to get the whiskey properly maturing, our barrelmen need to kick them into place. If you ever tried to boot a 400 pound barrel, you'd know what these gentlemen are up against. But after a sip of properly aged Jack Daniel's, you'll be glad they're so fancy with their feet.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



IN LYNCHBURG, TENNESSEE, good things come to those who wait.

Here in the home of Jack Daniel's, our whiskey must spend years in the wood to gain the oldtime rareness you expect. So you'll never see us nudge a barrel before the whiskey's primed (nor leave a fishing hole before we should). If you've ever hooked a grand fish, you already know patience has one reward. And if you've ever sipped Jack Daniel's, you know it has at least one more.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



JACK DANIEL'S COUNTRY is old country where ways of the past are allowed to prevail.

Since 1866 we've made our whiskey the old Tennessee way: mellowing every drop through hard maple charcoal—then aging it for years in charred oak barrels. The result is a rare, rare product folks call "sippin' smooth." True, there are newer ways to make whiskey. Faster ones, too. But after a sip, you'll be glad we've never given in to progress.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

JDPI000260





ONE OF OUR FAVORITE SITTING PLACES is under the sign Jack Daniel and Lem Motlow put up over a century ago.

Jack Daniel settled on this very spot in 1866, for here's where he found ironfree water perfect for his needs. The spring still flows at our distillery today, not ten yards from where these gentlemen are chatting. And we still make whiskey the way Jack and Lem once made it, charcoal mellowed drop by drop. Keeping their sign in place keeps us faithful to their old methods. A sip, we believe, will keep you faithful to them too.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

THE LABEL on a bottle of Jack Daniel's Whiskey is for folks who aren't too impressed by labels.

Our label has always lacked color, dating to when Jack Daniel sold whiskey in the crocks up above. You see, our founder said what went in his bottle was more important than what went on it. And we still say that at our Tennessee distillery today. If your interest lies in a truly smooth sippin' whiskey, we recommend Jack Daniel's. But if you like colorful labels, well, there's no shortage of brands to pick from.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

JDPI000261



JACK DANIEL'S COUNTRY is known for old roads, old barns and old whiskey-making ways.

Our old distillery was founded amongst these Tennessee hills and hollows way back in 1866. And, as the years have rolled along, we've never had reason to depart. You see, there's something about being out here that's just plain good for a man. And, once you've had your first sip of Jack Daniel's, we think you'll agree it's equally good for a whiskey.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



IN THE SMALL TOWN of Lynchburg, Tennessee, nothing seems to change but the seasons.

Folks spend easy October evenings on the porch like they always have. The conversation is much like it's always been. And over in Jack Daniel's Hollow, we still make our Tennessee Whiskey in the very manner our founder perfected – the way our friends have always liked it. A sip, we believe, and you'll be glad the only thing changing here is the color of the trees.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

JDPI000262





IN LYNCHBURG, TENNESSEE you can
still buy a 10¢ Coke? But not a dime's worth
of Jack Daniel's.

Our county was voted dry in 1909. Though we
began making Tennessee Whiskey here in 1866,
you have to buy it elsewhere. If you're ever in
Lynchburg and in need of refreshment,
we'll recommend a short walk to the
Coke machine at the hardware store.
But if you're looking for the kind of
refreshment Jack Daniel's provides,
the trip to the next county isn't
far. Eleven miles, three blocks
and five steps, to be exact.

SMOOTH SIPPIN'
TENNESSEE WHISKEY



IN LYNCHBURG, TENNESSEE, almost
everybody reads the Moore County News.

It only takes about five minutes to keep up
with goings-on in Moore County. There
might even be an occasional piece on
Jack Daniel Distillery, but it's not likely.
You see, here in our Hollow we've
been charcoal mellowing our whiskey,
drop by drop, since Mr. Jack's day.
And according to the folks who
print the paper, that stopped being
news 129 years ago.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

JDPI000263



JDPI000264



JDPI000265



JDPI000266



## CRAFTED WITH CARE.
### PLEASE ENJOY IT THE SAME WAY.



## MATURITY APPLIES TO MORE THAN JUST WHISKEY.

JDPI000267



JDPI000268