# EXHIBIT AA



Playboy
7/11

JDPI004454

EXHIBIT BB

PROMOTION

# LIVE AT THE LANDMARK



Some say that great music has been as big a part of Jack Daniel's history as great whiskey. This spring, Jack Daniel's kicked off a 5-stop tour to great American landmarks across the country, providing exceptional evenings filled with live music and smooth Tennessee Whiskey.

On May 10th, live from the legendary backyard of the 5 acre, 22 room Playboy Mansion, and in support of Operation Gratitude, Jack Daniel's Live at the Landmark concert with Delta Spirit rocked the house for a night that will go down in history.

Photos by Eric Reichbaum, Ilya Savenok and Christopher Victorio



Miss June 2004 Hiromi Oshima with Miss May 2012 Nikki Leigh



Miss October 2012 Pamela Horton, Miss June 2004 Hiromi Oshima, Playmate of the Year 2013 Raquel Pomplun, and Miss May 2012 Nikki Leigh with guest



DJ D-Wrek



Playmate of the Year 2006 Tiffany Fallon with husband Joe Don Rooney of Rascal Flatts



Miss May 2012 Nikki Leigh with Miss October 2012 Pamela Horton



July 13
Playboy



## OPERATION GRATITUDE
SENDING CARE PACKAGES TO U.S. MILITARY

Find out how you can get involved
OperationGratitude.com

DELTA SPIRIT

JDPI004460



PROMOTION

Singer Sebastian Bach and guest

Actress Tara Reid    Actor Stephen Dorff

VIP Guest    Playmates and guests with actor Corey Feldman

JACK DANIEL'S.
DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.
Jack Daniel's and Old No. 7 are registered trademarks. © 2013 Jack Daniel's Tennessee Whiskey alcohol 40% by volume (80 proof). Distilled and bottled by Jack Daniel Distillery, Lynchburg, Tennessee.

JDPI004461

JACK DANIEL'S
Old No.7 BRAND
Tennessee
SOUR MASH
WHISKEY

Sandra Bargainnier, associate professor of exercise science at Syracuse University and coordinator of SU's health and physical education programs. "Children also need unstructured play with peers to learn skills such as compromise, negotiation and modification of games and activities."

Many children lead primarily sedentary indoor lifestyles. Outdoor play and exercise is fading from the American scene, while for Americans obesity, diabetes and other chronic illnesses are on the rise.

"Children should always be encouraged to spend as much time as possible out-



**Onondaga Park, June 2010:** Getting kids outdoors during all seasons ensures a level of good health, as well as a healthy habit that will likely translate to their adult years.

doors, regardless of the time of the year," suggests Syracuse pediatrician Robert Dracker, "either to play or to learn more

about the natural world we live in, not just the evolving electronic one that seems to be ever more consuming our attention."

provides kids the opportunity to get to know the natural world around them through exploration and observation," explains Valerie Luzadis, Ph.D., professor of forest policy and economics and chair of the department of environmental studies at SUNY College of Environmental Science and Forestry. "Understanding oneself within the context of the weather is just one small and important example. Learning what a storm sky looks like, or that when the wind blows so you can see the backs of the leaves, it means a storm is coming—this happens outside."



JDPI004462

# BUZZ

with JULIE GORDON
jgordon@amny.com

8



## An animated afternoon

It was Sunday Funday for Ryan Reynolds and Blake Lively.

The married two-some hit up the morning premiere of Reynolds' animated flick "The Croods" at Lincoln Square, followed by a celebratory brunch on the Upper West Side with 25 of their closest friends.

The group, who for good a private room at restaurant Sugar and Plumm for a table at the back of the eatery, arrived at about 1:30 p.m., and dined on brunch goodies like lemon ricotta pancakes, grits and milkshakes, said a witness, plus a "The Croods"-themed cake that "everyone included in."

Thirty-six-year-old Reynolds, who was previously married to actress Scarlett Johansson, and 25-year-old Lively walked down the aisle in September.

## Lauer on Curry's exit





Matt Lauer is finally opening up about the controversial Ann Curry-Savannah Guthrie switcheroo that rocked NBC's "Today" show last year.

"I don't think the show and the network handled the transition well," the longtime "Today" anchor, left, told The Daily Beast's Howard Kurtz. "You don't have to be Einstein to know that."

"It clearly did not help us. We were seen as a family, and we didn't handle a family matter well," Lauer added of NBC's decision to ax the popular Curry, near left, after less than a year working alongside Lauer as co-anchor ... and quickly replacing her with Guthrie.

One of the potential consequences? A ratings drop, putting "Today" behind ABC rival "Good Morning America" for the first time in 16 years — something Lauer says isn't all bad.

"In some ways being No. 2 in the ratings is a real shot in the arm, a kick in the pants," Lauer said. "It makes you hungrier ... I don't think it's a bad thing to have a fire lit under your a--."

## Bloodsucking beauty regimen for Kim



Eek!

Kim Kardashian's latest beautification ritual is bloody overthe-top.

On Sunday's episode of "Kourtney and Kim Take Miami," the reality star got a "vampire facial," in which blood is taken from the client's arm and injected into her face with tiny needles in the name of a more youthful appearance.

The now-pregnant Kardashian cried out in pain during the process — which also looked creepy since her face was covered in droplets of blood.

"Oh my God. I will never get a face lift if it feels like that," said the 32-year-old.

## 'Big Bang' gang hits Village eatery



They hang out off screen, too!

Jim Parsons and Mayim Bialik — who play opposite each other on CBS comedy "The Big Bang Theory" dined with a party of five at West Village hot spot Recette on Monday night. The whole table ordered Chef Jesse Schenker's seven course tasting menu, but Bialik, 37, "opted for a vegan tasting," said a spy.

"It was an upbeat business dinner," said the witness.

sightings



**Lauren Hutton** eating dinner at The Noho Star



**Megan Hilty** having burgers and fries with her parents at Hudson Common at Hudson Hotel



**AnnaSophia Robb** visiting the Empire State Building with two friends



**Hill Harper** working out at Crunch in Union Square

Spotted a celeb out and about? Email the detail to Julie.Gordon@amny.com



JACK DANIEL'S

LIVE FROM
GRAND CENTRAL
~ NEW YORK CITY ~
04/08/2013

Okkervil River

GO TO JBLIVEATTHELANDMARK.COM FOR A CHANCE TO WIN TICKETS #JACKLIVE

DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.

JDPI004463

# NewsBuzz



## Flying High

"The greatest commercial in the history of Jacksonville International Airport." — How JIA spokesman Michael Stewart described the lush refresh of the announcement CNN anchor Erin Burnett gave to JIA. As has been Tweeted and Facebooked and generally celebrated, Burnett raved about the airport's public art [as] in Concourse C's men's bathroom, pictures[], seating spaces, live music and helpful employees after she was delayed at JIA following the Republican debate [] [] Jyfgelic6, "I think it might be America's best airport," she said on "Erin Burnett OutFront" on Jan. 27. JIA also got some love from CNN anchor Wolf Blitzer, who called the campus "beautiful" and "fabulous."

## Correction

The Jan. 31 cover story "Cristian Conversion" said that Sheriff John Rutherford endorsed Matt Shirk in his successful bid for public defender in 2008. Sheriff Rutherford supported Shirk's opponent, Bill White. Also, the story stated that attorney E. Gray Thomas had joined the team of private attorneys representing Cristian Fernandez. The attorney's name is D. Gray Thomas.



## Fear & Loathing

"He's basically terrorized the pension fund." — Police and Fire Pension Fund governing board member Peter Sleiman, describing fund critic Curtis Lee to The Florida Times-Union. Lee plans to contest a settlement Sleiman worked out with the Florida Commission on Ethics to pay $2,500 for incorrectly filing out his 2005-09 financial disclosure forms. Lee contends the fine is too small and doesn't demand enough clarification of Sleiman's debts and assets. Lee wants Sleiman to resign the board because he no longer lives in Duval County, one of the requirements for membership.

## No ARRRGument

"Shrimping Through the Years" — Theme for the 2012 Pirate Parade in Fernandina Beach, part of the Isle of Light Flags Shrimp Festival. To find out how to enter the parade or show footage of floats from last year's parade, go to shrimplestival.com and click on the pirate, or call parade director Desiree Unkiel at 261-7563.



## THIS MODERN WORLD
by TOM TOMORROW













JACK DANIEL'S OLD No 7 BRAND

STUDIO NO. 7

LIVE on
WEDNESDAY FEBRUARY 15, 2012
in JACKSONVILLE, FL

BRETT DENNEN

. GO TO JDStudioNo7.com .
FOR YOUR CHANCE TO GET IN!

LEAVE THE SHOW TO THE BAND. PLEASE ENJOY RESPONSIBLY.
Must be 21 years or older to participate. See official rules at JDStudioNo7.com. Invites are limited.

JDStudioNo7.com
© 2012 Jack Daniel's. Tennessee Whiskey Alcohol 40% by volume (80 proof). Distilled and Bottled by JACK DANIEL DISTILLERY, Lynchburg, Tennessee.

JDPI004464

# EXHIBIT CC

USA TODAY   FRIDAY, JULY 1, 2011

9C



JACK DANIEL'S TENNESSEE WHISKEY

Live freely. Drink sensibly.

POST A TOAST AT JACKINDEPENDENCE.COM

JDPI004457

# EXHIBIT DD

Playboy
7/11



## A TOAST TO **YOUR** NEW HONEY FROM **OUR** NEW HONEY.



# Congratulations
## HEF AND CRYSTAL

### YOUR FRIENDS AT JACK DANIEL'S REMIND YOU TO PLEASE CELEBRATE RESPONSIBLY.

JACK DANIEL'S, OLD NO. 7 and TENNESSEE HONEY are trademarks. ©2011 Jack Daniel's. Tennessee Whiskey 40% Alc./Vol. (80 proof).
Whiskey Specialty, 35% Alc./Vol. (70 proof).Distilled and Bottled by Jack Daniel Distillery, Lynchburg (POP. 361), Tennessee. Come visit us at www.jackdaniels.com

JDPI004453

# EXHIBIT EE

CMA
4-11



# CONGRATULATIONS
# ZAC BROWN BAND.





5 CMA
NOMINATIONS
2011



PROTECT YOUR BAND. DRINK RESPONSIBLY.

JDPI004455

# EXHIBIT FF



EXHIBIT GG





JDPI000253




JDPI000254





JDPI000255





JDPI000256





JDPI000257





JDPI000258

# EXHIBIT HH

Union Station Domination – Train Concourse Back-Lit Spectaculars





JDPI000269

ArchitectureArt Spectacular - Market Masterpiece - Market & 8th, Downtown 



JDPI000270

Branded Cities LED Spectacular - Harmon Corner Digital





JDPI000271

Total Outdoor Wall #IL0001 - Dan Ryan Expy WL 1850' N/O 1-55
F/N/S/E (3 faces)



 

JDPI000272

Kinzie Ave 50 ft E/0 Kingsbury Av – Chicago, IL





JDPI000273

# EXHIBIT II



# CONGRATULATIONS
# ZAC BROWN BAND.







PROTECT YOUR BAND. DRINK RESPONSIBLY.



JDPI000453



**DEPENDENCE.**

JACK DANIEL'S TENNESSEE WHISKEY

*Live freely. Drink sensibly.*

...gistered trademarks. ©2011 Jack Daniel's, Tennessee Whiskey, Alcohol 40% by Volume (80 Proof). Jack Daniel Distillery, Lynchburg (POP. 361), Tennessee.

POST A TOAST AT JACKINDEPENDENCE.COM

JDPI000454

# B-F Advertising / J-D Tennessee Whiskey



Unit# 0000006-0, New York Avenue, NW & 4th Street, NW F/N
Washington DC - Walls - (7/4/2011 - 8/21/2011)



Photo taken on: 7/6/2008

CBS Outdoor hereby certifies the accuracy of this electronically generated report, which may be relied on as if it were signed by hand and attested to by a duly authorized signatory.


**Proof of Performance**

**JDPI000455**





## Performance Report                                              Tampa

| | | | |
|---|---|---|---|
| Date: | 8/4/2011 | Agency: | Brown Forman Media Services |
| Advertiser: | Brown Forman Beverages | CCO Contract: | 0009913664 |
| Brand: | Jack Daniels | Client Contract: | 01/1108220002 00000 |
| Product Type: | Bulletin | Account Exec: | Cindy McCrackin |
| | (Bulletin 14x48) | | Dianne Curry |

Report To: Kay Wells
Brown Forman Media Services
3310 West End Ave Ste 600
Nashville, TN 37203
USA

Vinyl Received: 7/5/2011
Quantity Received: 2
Program Start Date: 7/25/2011
Number Of Units: 2

Plant Avg. Daily Effective Circulation :
Bulletin : 44,490

Member of The Traffic Audit Bureau:
Last Audit 01/01/2011



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' completion report standards. If you need any additional information regarding the execution of this contract, please contact your representative. We appreciate your business and hope our service to you is satisfactory.

| Location | Description | | | FAC | DEC |
|---|---|---|---|---|---|
| 009296 | US 19 WS 700ft S/O Beckett Way F/N - 2 | | | N | 46.7 |
| Design | B/Jack Daniels Declaration 14x48 2011 | Completion Date | 7/29/2011 | Size | 14 x 48 |

Signature

Clear Channel Photographic Service Policy: Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide unaltered 1 close-up and 1 approach photo for each permanent bulletin, wallscape, or premiere product location. Clear Channel will provide unaltered 1 close-up and 1 approach photo for each start location for rotary bulletins. Clear Channel will not photo each rotation cycle unless copy changes. Clear Channel will provide 1 unaltered close-up photo for each poster/transit shelter/other format campaign design. Print sizes provided will either be 3"x5" or 4"x6". Additional photography requests will be billed to the advertiser. Service Charges: Location Photography $15 ea.; Slide Transparency $14 ea.; Prints: 8"x10" at $18 ea.; 5"x7" at $14 ea.; 4"x6" at $1.25 ea.; 3"x5" at $1 ea. Attached is a detailed list of all locations posted for this campaign including actual date of installation and design of each location.

JDPI000456



JDPI000457

# Red Star Wallscape #610 - LaSalle Street n/o Ohio Street, WL



Posting Completed: 11/3/14

rapportww JDPI000458

# TITAN – Digital Platform Displays



Posting Completed: 11/3/14

JDPI000459

rapportww.com

# TITAN – Digital Urban Panels



**Posting Completed: 11/3/14**

**JDPI000460**

REWARDING CONNECTIONS

rapportww.com

# Branded Cities Digital Spectacular #9A - W. Coyotes Blvd SS 150ft E/O Sunset Blvd



## Posting Completed: 11/3/14

**JDPI000461**

REWARDING CONNECTIONS

rapportww.com

# Branded Cities Wallscape #14 - Westgate City Center in Waterdance Plaza



Posting Completed: 11/3/14

JDPI000462

REWARDING CONNECTIONS

rapportww.com

# Legends Digital Spectacular #18 - 4th St. and Jefferson St



**Posting Completed: 10/27/14**

JDPI000463

**REWARDING CONNECTIONS**

rapportww.com

# Legends Digital Spectacular #13 - 7th St. and Jefferson St



Posting Completed: 10/27/14

JDPI000464

# Legends Spectacular #6H - Jefferson St and 3rd Street (NW Corner of Jefferson St. Garage)



## Posting Completed: 10/24/14

JDPI000465

**REWARDING CONNECTIONS**

rapportww.com



**Clear Channel** Outdoor

## Performance Report                                                    **San Antonio**

| | | | |
|---|---|---|---|
| Date: | 3/23/2015 | Agency: | Brown Forman Media Services |
| Advertiser: | Brown-Forman Worldwide Corporation | CCO Contract: | SAT0051851 |
| | | Client Contract: | #4609 #4423 |
| Product Type: | Bulletin | Account Exec: | Cindy McCrackin |
| | (Bulletin 14x48) | | |
| Report To: | Brown Forman Media Services | | |
| | 1600 Division Street, Ste 540 | Vinyl Received: | 2/24/2015 |
| | Nashville, TN 37203 | Quantity Received: | 1 |
| | USA | Program Start Date: | 3/9/2015 |
| | | Number Of Units: | 2 |

The TAB Out of Home Ratings™ data is proprietary intellectual property owned by the Traffic Audit Bureau for Media Measurement, Inc. and is to be used only by the recipient solely and exclusively for its planning and /or buying of out-of-home media advertisements. © Copyright 2013, All Rights Reserved



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' completion report standards. If you need any additional information regarding the execution of this contract, please contact your representative. We appreciate your business and hope our service to you is satisfactory.

| Location | TAB ID | Description | | | FAC | | In Market Imps (Weekly) |
|---|---|---|---|---|---|---|---|
| 004423 | 320956 | I-35 N NS 10ft W/O Brooklyn F/W - 1 | | | W | | 538,872 |
| Design | | One Proud Franchise Deserves Another | Completion Date | 3/11/2015 | | Size | 14 x 48 |

Signature   D. Barrientos

Clear Channel Photo Services Policy: Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide: 1 unaltered close-up and 1 unaltered approach photo for each permanent bulletin, wallscape or premiere product; 1 unaltered close-up and 1 unaltered approach photo for each start location for rotary bulletins (no photos for each rotation cycle unless copy changes); 1 unaltered close-up photo for each poster/transit shelter/other design. Additional photo requests incur charges, billed to the advertiser. Charges are as follows: Street locations, $30/each; freeway locations, $40/each; night shots, $75/location. Extra location photos include close-up and/or approach shot, where applicable. Schedule for additional photography at discretion of local sales and/or marketing manager(s). Attached is a detailed list of all locations posted for this campaign including actual date of installation and design at each location.

TAB PROFILE: DMA - San Antonio, TX  Universe 18+ yrs                    **JDPI000466**

San Antonio - 3714 N. Pan Am Expwy., San Antonio, TX 78219
Tel. (210) 227-3451 Fax. (210) 227-5024 Clearchanneloutdoor.com A Clear Channel Worldwide Company

Page 2                                                                    3/23/2015



2012 JD Holiday Label "Under The Tree" OOH 224 x 80 LR Page 5

JDPI000467



2012 JD Holiday Label "Short Season" OOH 224 x 80 LR Page 1

JDPI000468

# Legends Digital Spectacular #13 - 7th St. and Jefferson St



JDPI000469

Posting Completed: 10/27/14

# Branded Cities Wallscape #14 - Westgate City Center in Waterdance Plaza



JDPI000470





JDPI000471





JDPI000472







JDPI000473







JDPI000474



JDPI000452

# EXHIBIT JJ

# Top-Rated Confirmed Television Placement August - October 2012

*Treme* 9/30/2012 – HBO
Jack Daniel's



Placement: Hands-On          Duration: :04        Rating: 0.4
Viewer Impressions: 912,000   Pre-Rated Media Value: $5,000.00                                    JDPI000475  

# Confirmed Television Placement November 2012 - January 2013

*Treme* 11/4/2012 – HBO
Jack Daniel's



Placement: Hands-On          Duration: :04      Rating: 0.5
Viewer Impressions: 1,140,000    Pro-Rated Media Value: $5,000.00

JDPI000476 

# Confirmed Television Placements - FY13

*Criminal Minds* 5/16/2012 – HBO
Gentleman Jack Verbal



Placement: Verbal          Duration: :02        Rating: 10.5
Viewer Impressions: 23,940,000    Pro-Rated Media Value: $6,015.00 (Non-CES)

*The Exes* 6/27/2012 – TV Land
Gentleman Jack



Placement: Background      Duration: :12        Rating: 0.7
Viewer Impressions: 1,596,000    Pro-Rated Media Value: $4,160.00

*True Blood* 6/24/2012 – HBO
Jack Daniel's



Placement: Hands-On        Duration: :06        Rating: 2.7
Viewer Impressions: 6,156,000    Pro-Rated Media Value: $6,250.00

*Burn Notice* 6/28/2012 – USA
Jack Daniel's Verbal



Placement: Verbal          Duration: :02        Rating: 2.6
Viewer Impressions: 5,928,000    Pro-Rated Media Value: $1,667.00

JDPI000477

## Confirmed Television Placement November 2012 - January 2013

*New Girl* 12/4/2012 – FOX
Jack Daniel's



Placement: Foreground
Viewer Impressions: 9,120,000

Duration: :04      Rating: 4.0
Pro-Rated Media Value: $8,958.00

**JDPI000478** 

EXHIBIT MM

**JDTW Print Publications - F'99 - F'13**

| Publication | FY'99 | FY'00 | FY'01 | FY'02 | FY'03 | FY'04 | FY'05 | FY'06 | FY'07 | FY'08 | FY'09 | FY'10 | FY'11 | FY'12 | FY'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **National Magazines** | | | | | | | | | | | | | | | |
| AAA Tour Book | | | X | | | | | | | | | | | | |
| Acad. Of Country Music | | X | | | | | | | | | | | | | |
| Al Borde | | | | | | | | | | | X | | | | |
| Alma | | | | | | | | | | | X | X | X | | |
| American Heritage | X | | | | | | | | | | | | | | |
| American Photo | X | X | X | X | | | | | | | | | | | |
| Army Times | X | X | X | X | X | X | X | | | | | | | | |
| Arts Program | | X | X | | | | | | | | | | | | |
| Automobile | X | X | X | | | | | | | | | | | | |
| Billboard Magazine | | | | | | | | X | | | | | | | |
| Blender | | | | X | X | X | X | | | | | | | | |
| Budget Travel | X | | | | | | | | | | | | | | |
| Café Magazine | | | | | | | | | | | | | | X | |
| Car and Driver | X | | | | | | X | | | | | | | | |
| Cargo | | | | | | | X | | | | | | | | |
| Complex | | | | | X | | X | | | | | | | | |
| Cosmopolitan | | | | | X | | | | | | | | | | |
| Courtside/Rinkside | X | | | | | | | | | | | | | | |
| Cowboys & Indians | | | | X | | | | | | | | | | | |
| Delta Sky | | | | | | | | | | | | X | | | |
| Details | | | | | | | X | | | | | | | | |
| Digital Age | | X | | | | | | | | | | | | | |
| Direct TV Access | | | | | | | | | | X | | | | | |
| Discover | X | X | X | X | | | | | | | | | | | |
| Drill | | | | | | X | | | | | | | | | |
| Elle | | | | | | | | | | | | X | X | | |
| Entertainment Weekly | X | X | | | | | X | | | | | | | | |
| ESPN | X | X | X | | | | | | | | | | | | |
| ESPN La Revista | | | | | | | | | | | | X | X | | |
| Esquire | X | X | | X | | | | | | | | | | | |
| Fader | | | | | | | X | | | | | | | | |
| Fancorp Publishing | | | | | | | X | | | | | | | | |
| Fantasy Baseball Guide | | | | | | | | X | | | | | | | |
| Fast Company | X | X | | | | | | | | | | | | | |
| FHM | | | X | | X | X | X | | | | | | | | |
| Field & Stream | X | X | X | | | X | X | X | | X | | | | | |
| Futbol Mundial | | | | | | | | | | | | X | X | | |
| Forgotten Victory | | | X | | | | | | | | | | | | |
| Fortune | X | | | | | | | | | | | | | | |
| Fox Sports en Espanol | | | | | | | | | | | | X | | | |
| FSB | | | X | | | | | | | | | | | | |
| Gadfly | | X | | | | | | | | | | | | | |
| Game & Fish | | | | | | X | | | | | | | | | |
| Gateway to the American West | | | | X | | | | | | | | | | | |
| Gear | X | X | | | | | | | | | | | | | |
| Gentleman's Quarterly | | | | | | X | | | | X | X | | | | |
| George | X | X | | | | | | | | | | | | | |
| Giant Magazine | | | | | | | X | | | | | | | | |
| Golf Digest | X | X | X | X | X | X | X | | | | | | | | |
| Golf Magazine | X | | | | | | | | | | | | | | |
| Guest Informant | | | | | | | | X | X | X | X | | | | |
| H Para Hombres | | | | | | | | | | | | X | X | | |
| Harpers | X | | | | | | | | | | | | | | |
| Heartland USA | | X | | X | X | X | | | | | | | | | |
| Honor And Glory | | | | | | | X | | | | | | | | |
| Icon | X | X | | | | | | | | | | | | | |
| InStyle | | | | | | | | | | | | X | X | | |
| Jane | | | | | | | X | | | | | | | | |
| King | | | | | X | | | | | | | | | | |
| Latino Future | | | | | | | | | | | | X | | | |
| Launch (CD ROM) | | X | | | | | | | | | | | | | |
| Life | | | X | | | | | | | | | | | | |
| Links | X | | | | | | | | | | | | | | |
| Live! | X | | | | | | | | | | | | | | |
| Maxim | X | X | | | | X | X | | | | | | | | |
| Maxim en Espanol | | | | | X | | | | | | X | X | X | | |
| Men's Journal | X | X | X | | | | | | | | | | | | |
| Money | X | X | X | X | | | | | | | | | | | |
| Motor Trend | | X | | | | | X | X | | | | | | | |
| Music Paper | | X | | | | | | | | | | | | | |
| NASCAR Illustrated | | | | | | | X | X | X | X | X | | | | |
| NASCAR Scene | | | | | | | X | X | X | X | X | X | | | |
| National Geographic Adventure | | | | X | | | | | | | | | | | |
| National Geographic en Espanol | | | | | | | | | | | | X | | | |
| Natural History | X | X | | | | | | | | | | | | | |
| New Yorker | X | | | | | | | | | | | | | | |

JDPI000274

**JDTW Print Publications - F'99 - F'13**

| Publication | FY'99 | FY'00 | FY'01 | FY'02 | FY'03 | FY'04 | FY'05 | FY'06 | FY'07 | FY'08 | FY'09 | FY'10 | FY'11 | FY'12 | FY'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Newsweek | X | X |  | X |  |  |  |  |  |  |  |  |  |  |  |
| North American Fisherman |  |  |  |  |  | X | X |  |  |  |  |  |  |  |  |
| Ocean Drive en Espanol |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| Official Guide Motorsports | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Out |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Outdoor Explorer |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Outdoor Life |  |  |  | X | X |  |  |  |  |  |  |  |  |  |  |
| Outside | X |  |  | X |  |  |  |  |  |  |  |  |  |  |  |
| P.O.V | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Paper |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |
| People |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |
| People En Espanol |  |  |  |  |  |  |  |  |  |  |  | X | X |  |  |
| People Stylewatch |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |
| Playboy | X | X | X | X | X | X | X |  |  | X | X | X |  | X |  |
| Popular Mechanics | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Popular Science | X | X | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Premiere | X | X | X |  | X |  |  |  |  |  |  |  |  |  |  |
| Professional Sports Publications |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |
| Racing Fan |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Real Edge |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Relix |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |
| Rinkside | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Road & Track | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Rolling Stone | X | X | X | X | X | X |  | X | X | X | X | X |  |  |  |
| Salt Water Sportsman | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Semper Fi |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Shape |  |  |  |  |  |  |  |  |  |  |  | X | X |  |  |
| Ski | X | X | X | X | X |  |  |  |  |  |  |  |  |  |  |
| Skiing | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Smart Money | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Smithsonian | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Snow Country | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| SnoWorld | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Southern Gaming & Dest |  | X | X |  | X | X | X |  |  |  |  |  |  |  |  |
| Southwest Spirit |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| Speedway Illustrated |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Spin |  |  |  |  | X | X |  |  |  |  |  |  |  |  |  |
| Sporting News | X | X |  |  |  | X |  | X |  |  |  |  |  |  |  |
| Sports Afield | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sports Illustrated | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  |
| SportsBusiness Journal |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Stuff |  |  | X | X | X | X | X | X | X | X |  |  |  |  |  |
| Success | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Swing | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| This Old House | X |  | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Time | X | X | X |  | X | X | X |  |  |  |  |  |  |  |  |
| Today's Homeowner | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tracks |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  |
| U.S. News | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Unlimited | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Urban Latino |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |
| US | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| US Magazine |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |
| Vibe |  |  |  |  | X |  |  |  |  |  |  |  |  |  |  |
| Wired | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Yahoo! Internet Life | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Your Company | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Local Magazines** | | | | | | | | | | | | | | | |
| Celebrate New Hampshire |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| Chicago Magazine |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Chicago Social |  |  |  |  |  | X |  | X |  |  |  |  |  |  |  |
| Chicago White Sox Gameday - PSP, INC. |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Cleveland County |  | X | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Colorado AvidGolfer Magazine |  |  |  |  |  |  |  |  |  | X | X |  |  |  |  |
| Nashville C&VB |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nashville IFF |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nashville Kats |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nashville Street Map and Visitor Guide |  |  |  |  |  |  |  |  |  | X | X |  |  |  |  |
| New Orleans Magazine |  |  |  |  |  |  |  |  | X | X | X |  |  |  |  |
| South Central Tennessee Tourism Assoc. |  |  |  |  |  |  |  |  |  | X | X |  |  |  |  |
| Tenn Vacation Guide |  | X |  |  |  |  |  |  | X |  |  |  |  |  |  |
| Tennessean FYI |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tennessee Backroads Heritage |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |
| Texas Monthly | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Texas Parks & Wildlife | X | X | X | X |  |  |  |  |  |  |  |  |  |  |  |
| The Men's Book |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |
| TN Vacation Guide - Miles Media |  |  |  |  |  |  |  |  |  | X | X |  |  |  |  |

JDPI000275

**JDTW Print Publications - F'99 - F'13**

| Publication | FY'99 | FY'00 | FY'01 | FY'02 | FY'03 | FY'04 | FY'05 | FY'06 | FY'07 | FY'08 | FY'09 | FY'10 | FY'11 | FY'12 | FY'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tuskegee Airmen Convention Souvenir Journal | | | | | | | | | | X | | | | | |
| Vegas Magazine | | | | | | | X | | | | | | | | |
| Where Y'at Magazine | | | | | | | | | | X | | | | | |
| **Newspapers** | | | | | | | | | | | | | | | |
| Aquarian Weekly - AWN | | | | | | | | | | X | X | X | | | |
| Arkansas Times | | | | | | | | X | | | | | | | |
| Austin Chronicle | | | | | | | | X | | | | | X | | |
| Baltimore City Paper - AWN | | | | | | | | X | X | X | | | | | |
| Baltimore City Paper - DIRECT | | | | | | | | | | | | X | X | | |
| Boston Dig Weekly | | | | | | | | X | | | | | | | |
| Boston Phoenix - AWN | | | | | | | | | X | X | | X | | | |
| Buffalo Artvoice | | | | | | | | | X | X | | | | | |
| Charleston City Paper - AWN | | | | | | | | | X | X | | X | | X | |
| Chicago Scene | | | | | | | | | X | | | | | | |
| Clarion Ledger | | | | | | | | | | | X | | | | |
| Cleveland Scene | | | | | | | | X | | | | | X | | |
| Columbia Free Times | | | | | | | | X | X | X | X | | | | |
| Columbus Alive | | | | | | | | X | | | | | | | |
| Creative Loafing | | | | | | | X | | X | X | X | | | | |
| Creative Loafing - ATL - AWN | | | | | | | | | | | X | | | | |
| Creative Loafing - Voice Media | | | | | | | | | | | X | X | | X | |
| Creative Loafing Atlanta - DIRECT | | | | | | | | | | | X | | | | |
| Dallas Observer - DIRECT | | | | | | | | | | | | | X | X | |
| Denver Newspaper Agency | | | | | | | | | | X | | | | | |
| Denver Westword - DIRECT | | | | | | | | | | | | X | | | |
| Denver Westword - Ruxton | | | | | | | | X | | | X | | | | |
| Dining Out New Jersey | | | | | | | | | | | | | X | | |
| Dresner Direct Inc. | | | | | | | | | | | | X | X | | |
| Encore - AWN | | | | | | | X | | | | | | | | |
| Fayetteville Free Weekly | | | | | | | | | X | | | | | | |
| Folio Weekly - AWN | | | | | | | | | | | | | | X | |
| Gambit Weekly | | | | | | | X | | | X | X | X | | X | |
| Houston Chronicle | | | | | | | | | | | X | | | X | |
| Houston Press - Ruxton | | | | | | | | | | | | | X | | |
| Independent Weekly - AWN | | | | | | | X | | | | | | | | |
| Independent Weekly - DIRECT | | | | | | | | | | X | | | | | |
| Indianapolis Nuvo - Ruxton | | | | | | | X | X | X | X | X | X | | | |
| Jackson FreePress | | | | | | | | | | | X | | | | |
| Knoxville Pulse | | | | | | | | | | X | | X | | | |
| LA Weekly | | | | | | | | | | X | | | | | |
| Madison Isthmus | | | | | | | | | X | | | | | | |
| Miami/Broward New Times - Voice Media | | | | | | | | | X | | X | | | | |
| Milwaukee Shepherd Express - VOICE | | | | | | | | | | | | | | X | |
| Minneapolis City Pages - VOICE | | | | | | | | | | | | | X | X | |
| Mississippi Link | | | | | | | | | | | X | | | | |
| Moore County News | | | | | | | | | X | X | X | | | | |
| Nashville Scene - Voice | | | | | | | | | X | | | | X | X | |
| New Jersey Monthly | | | | | | | | | | | | | X | | |
| New York Times Direct | | | | | | | | | | | | | | X | |
| New York Village Voice | | | | | | | | | X | | | | | | |
| Newspaper National Network | | | | | | | X | | | | | | | | |
| NNN - Alabama | | | | | | | | X | X | X | X | | | | |
| NNN - Arizona | | | | | | | | | | X | | | | | |
| NNN - California | | | | | | | | | | X | | | | | |
| NNN - Florida | | | | | | | | | | X | | | | | |
| NNN - Georgia | | | | | | | | | | X | X | | | | |
| NNN - Illinois | | | | | | | | | | X | | | | | |
| NNN - Louisiana | | | | | | | X | | | | | | | | |
| NNN - Maryland | | | | | | | | | | X | X | | | | |
| NNN - Massachusetts | | | | | | | | | | X | | | | | |
| NNN - Michigan | | | | | | | | | | X | | | | | |
| NNN - Missouri | | | | | | | | | | X | | | | | |
| NNN - New Jersey | | | | | | | | | | | | | X | | |
| NNN - New York | | | | | | | | | | X | | | | | |
| NNN - North Carolina | | | | | | | | X | | | | | | | |
| NNN - Ohio | | | | | | | | | | X | | | X | | |
| NNN - Oregon | | | | | | | | | | | X | | | | |
| NNN - Tennessee | | | | | | | | X | X | X | X | | | | |
| NNN - Texas | | | | | | | | | | X | | | | | |
| NNN - Virginia | | | | | | | X | X | | | | | | | |
| NNN - Washington | | | | | | | | | | X | | | | | |
| NNN - Wisconsin | | | | | | | | | | X | | | | | |
| OC Weekly | | | | | | | | | X | | | | | | |
| Ohio Tavern News | | | | | | | | | | | | | X | | |
| Oklahoma Gazette | | | | | | | X | | | | | | | | |
| Orlando Weekly - AWN | | | | | | | | X | X | | | | | | |
| Philadelphia City Paper - AWN | | | | | | | | X | X | X | | | | | |

3 of 4

JDPI000276

**JDTW Print Publications - F'99 - F'13**

| Publication | FY'99 | FY'00 | FY'01 | FY'02 | FY'03 | FY'04 | FY'05 | FY'06 | FY'07 | FY'08 | FY'09 | FY'10 | FY'11 | FY'12 | FY'13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Philadelphia Weekly | | | | | | | | | X | X | | | | | |
| Phoenix New Times - Direct | | | | | | | | | | | | | X | | |
| Phoenix New Times - Voice | | | | | | | | | X | | X | X | | X | |
| Portfolio - AWN | | | | | | | | | | X | | | | | |
| Portland Mercury - Voice | | | | | | | | | X | X | X | X | | X | |
| Real Detroit Weekly | | | | | | | | | X | | | | | | |
| Red Eye | | | | | | | | X | | | | | | | |
| Rolling Out UrbanStyle Weekly | | | | | | | | | | | X | | | | |
| San Diego Reader | | | | | | | | | X | X | | | | | |
| San Francisco Bay Guardian - AWN | | | | | | | | | | X | | | | | |
| SF/East Bay Weekly - Ruxton | | | | | | | | X | X | | | | | | |
| South Jersey Magazine | | | | | | | | | | | | | X | | |
| St. Louis Post - Dispatch | | | | | | | | | | X | | | | | |
| St. Louis Riverfront Times - DIRECT | | | | | | | | | | X | | | | | |
| St. Louis Riverfront Times - Ruxton | | | | | | | | X | X | X | | | | | |
| Style Weekly - AWN | | | | | | | | | | X | | | | | |
| Syracuse New Times | | | | | | | | | | | | X | | X | |
| Tampa Creative Loafing | | | | | | | | X | X | | | | | | |
| The Baltimore Sun | | | | | | | | | | X | | | | | |
| The Onion - Chicago | | | | | | X | X | | | X | X | | | | |
| The Onion - Madison | | | | | | X | X | | | X | | X | | | |
| The Onion - Milwaukee | | | | | | X | | | | | | | | | |
| The Onion - National | | | | | | | | | | X | | | | | |
| The Tennessean | | | | | | | | | X | X | | | | | |
| UR Chicago | | | | | | X | | | | | | | | | |
| USA Today | | | X | | | X | X | | X | | | | | X | |
| Valassis Sales & Marketing | | | | | | | | | | | | X | X | | |
| Village Voice - Ruxton | | | | | | | | X | X | X | X | | | | |
| VIP Jackson Magazine | | | | | | | | | | | X | | | | |
| **Trade Magazines** | | | | | | | | | | | | | | | |
| 614 Magazine Columbus | | | | | | | | | | | | | X | | |
| 877 Spirits | | | | | | | X | X | X | X | X | X | X | X | |
| 944 Magazine | | | | | | | | | | | | | X | | |
| Bars And Clubs | | | | | | X | | | | | | | | | |
| Beverage Dynamics | | | | | | X | X | | | | | | X | | |
| Beverage Media | | | | | | X | | X | | | | | | | |
| Beverage Network | | | | | | X | | X | | | | | X | | |
| Cheers | | | | | | X | | | | | | | | | |
| Drinks Magazine | | | | | | X | X | | | | | | | | |
| Food Arts | | | | | | X | | | | | | | | | |
| General Wine & Liquor Company | | | | | | X | | | | | | | | | |
| Impact | | | | | | X | | X | | | | | | | |
| Market Watch | | | | | | X | X | X | X | | | | | | |
| Midwest Wine Connection | | | | | | X | | | | | | | | | |
| MLBA/Proof Magazine | | | | | | X | | | | | | | X | | |
| MMBA/Municipal Liquor Store Magazine | | | | | | X | | | | | | | | | |
| Stateways | | | | | | X | | | | | | | X | | |
| Tasting Panel | | | | | | X | | | | | | | | | |
| Trade Union Courier | X | X | | X | X | X | X | X | X | X | X | | | | |
| Whiskey Advocate | | | | | | X | | | | | | | | | |
| Wine CAPP Inc Cata | | | | | | | | | X | | | | | | |
| **Event Programs** | | | | | | | | | | | | | | | |
| APBA Drag Boat Prgm | | X | | | | | | | | | | | | | |
| CMA Awards Program | | X | | X | | | | | | | | | | X | |
| CMA Music Festival | | | | | | | | | X | X | X | X | | | |
| Giants Magazine | | | | | | | | | | X | | | | | |
| Grammy Program | | | | X | | | | | | | | | | | |
| Hockey News Yearbook | | | | | | | X | X | | | | | | | |
| Latin Grammy Program | | | | X | | | | | | | | | | | |
| Lindy's Fiesta Bowl | X | X | | | | | | | | | | | | | |
| NASCAR Preview & Press Guide | | | | | | | X | X | X | X | | | | | |
| NASCAR Souvenir Programs | | | | | | | X | X | | | | | | | |
| NFL First & Goal | X | | | | | | | | | | | | | | |
| NFL Kickoff | X | | | | | | | | | | | | | | |
| NFL Super Bowl | X | | | | | | | | | | | | | | |
| PBR Magazine | | | | | | | X | X | X | | | | | | |
| Tenn Titans Pgm | | | X | | | | | | | | | | | | |

JDPI000277

# EXHIBIT NN

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Advocate | 94 - Baton Rouge, LA |
| Advocate-Messenger | 63 - Lexington, KY |
| Aiken Standard | 112 - Augusta, GA |
| Akron Beacon Journal | 19 - Cleveland, OH |
| Albuquerque Journal | 47 - Albuquerque, NM |
| Anchorage Daily News | 146 - Anchorage, AK |
| Anderson Independent-Mail | 37 - Greenville, SC   Asheville, NC |
| Argus | 6 - San Francisco, CA |
| Arizona Republic | 12 - Phoenix, AZ |
| Asbury Park Press | 1 - New York, NY |
| Asheville Citizen-Times | 37 - Greenville, SC   Asheville, NC |
| Aspen Daily News | 17 - Denver, CO |
| Athens Banner-Herald | 9 - Atlanta, GA |
| Atlanta Journal-Constitution | 9 - Atlanta, GA |
| Austin American-Statesman | 40 - Austin, TX |
| Baltimore Sun | 27 - Baltimore, MD |
| Bay City Times | 68 - Flint, MI |
| Beaufort Gazette | 92 - Savannah, GA |
| Birmingham News | 9 - Atlanta, GA |
| Blade | 76 - Toledo, OH |
| Bonita Daily News | 62 - Fort Myers - Naples, FL |
| Boston Globe | 7 - Boston, MA |
| Boston Herald | 7 - Boston, MA |
| Bradenton Herald | 14 - Tampa - St. Petersburg, FL |
| Bristol Herald Courier | 97 - Tri-Cities, TN |
| BRISTOL PRESS | |
| Buffalo News | 52 - Buffalo, NY |
| Butler Eagle | 23 - Pittsburgh, PA |
| Caledonian-Record | 98 - Burlington, VT   Plattsburgh, NY |
| Calgary Herald | |
| Cape Cod Times | 7 - Boston, MA |
| Casper Star-Tribune | 197 - Casper - Riverton, WY |

**JDPI000419**

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Charleston Gazette | 65 - Charleston - Huntington, WV |
| Charlotte Observer | 25 - Charlotte, NC |
| Chicago Sun-Times | 3 - Chicago, IL |
| Chicago Tribune | 3 - Chicago, IL |
| Cincinnati Enquirer | 35 - Cincinnati, OH |
| Citizen | 85 - Syracuse, NY |
| Columbus Dispatch | |
| Commercial Appeal | 50 - Memphis, TN |
| Conroe Courier | 10 - Houston, TX |
| COURIER TIMES | |
| Courier-Journal | 49 - Louisville, KY |
| Courier-Post | 4 - Philadelphia, PA |
| Daily Gazette | 58 - Albany - Schenectady - Troy, NY |
| Daily News | 182 - Bowling Green, KY |
| Daily Progress | 183 - Charlottesville, VA |
| Daily Record | 1 - New York, NY |
| Daily Tribune | 11 - Detroit, MI |
| Dallas Morning News | 5 - Dallas - Fort Worth, TX |
| Danville Register and Bee | 66 - Roanoke - Lynchburg, VA |
| Delaware County Daily Times | 4 - Philadelphia, PA |
| Delaware State News | 4 - Philadelphia, PA |
| Denton Record-Chronicle | 5 - Dallas - Fort Worth, TX |
| Denver Post | 17 - Denver, CO |
| Des Moines Register | 72 - Des Moines, IA |
| Desert Sun | 148 - Palm Springs, CA |
| Detroit Free Press | 11 - Detroit, MI |
| Detroit News | 11 - Detroit, MI |
| DRINKS INTERNATIONAL | |
| Dyersburg State Gazette | 50 - Memphis, TN |
| Eagle-Tribune | 7 - Boston, MA |
| Elizabethton Star | 97 - Tri-Cities, TN |
| Enterprise | 7 - Boston, MA |

JDPI000420

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Evansville Courier & Press | 104 - Evansville, IN |
| FALLBROOK & BONSALL VILLAGE NEWS | |
| Flint Journal | 68 - Flint, MI |
| Florence Morning News | 102 - Florence - Myrtle Beach, SC |
| Florida Times-Union | 48 - Jacksonville, FL |
| Fort Worth Star-Telegram | 5 - Dallas - Fort Worth, TX |
| Free Press | 15 - Minneapolis - St. Paul, MN |
| Fresno Bee | 55 - Fresno - Visalia, CA |
| Gadsden Times | 44 - Birmingham, AL |
| Gleaner | 104 - Evansville, IN |
| Globe and Mail | |
| Grand Rapids Press | 39 - Grand Rapids, MI |
| Gwinnett Daily Post | 9 - Atlanta, GA |
| Harrison Daily Times | 75 - Springfield, MO |
| Hartford Courant | 30 - Hartford - New Haven, CT |
| Herald Standard | 23 - Pittsburgh, PA |
| Herald-Dispatch | 65 - Charleston - Huntington, WV |
| Herald-Mail | 8 - Washington, DC |
| Herald-News | 3 - Chicago, IL |
| Herald-Sun | 24 - Raleigh - Durham, NC |
| Houston Chronicle | 10 - Houston, TX |
| Huntsville Item | 10 - Houston, TX |
| Idaho Statesman | 110 - Boise, ID |
| Imperial Valley Press | 166 - Yuma, AZ  El Centro, CA |
| Independence Reporter | 60 - Tulsa, OK |
| Independent | 65 - Charleston - Huntington, WV |
| Indianapolis Star | 26 - Indianapolis, IN |
| International Herald Tribune | 1 - New York, NY |
| Investor's Business Daily | |
| Island Packet | 92 - Savannah, GA |
| Jackson Sun | 177 - Jackson, TN |
| Jacksonville Journal-Courier | 83 - Springfield - Decatur, IL |

JDPI000421

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Janesville Gazette | 85 - Madison, WI |
| Joplin Globe | 21 - St. Louis, MO |
| Journal | 37 - Greenville, SC   Asheville, NC |
| Journal Gazette/Times-Courier | 84 - Springfield - Decatur, IL |
| just-drinks global news | |
| Kalamazoo Gazette | 39 - Grand Rapids, MI |
| Kansas City Star | |
| Kentucky Enquirer | 35 - Cincinnati, OH |
| Kentucky New Era | 29 - Nashville, TN |
| Key West Citizen | 16 - Miami - Fort Lauderdale, FL |
| Knoxville News Sentinel | 61 - Knoxville, TN |
| Las Vegas Review-Journal | 42 - Las Vegas, NV |
| Lawton Constitution | 144 - Wichita Falls, TX   Lawton, OK |
| Leader-Telegram | 128 - La Crosse - Eau Claire, WI |
| Lexington Herald-Leader | 63 - Lexington, KY |
| Lockport Union-Sun & Journal | 52 - Buffalo, NY |
| Los Angeles Times | 2 - Los Angeles, CA |
| Marietta Daily Journal | 9 - Atlanta, GA |
| Metro Philadelphia | |
| Miami Herald | 16 - Miami - Fort Lauderdale, FL |
| MIDLAND DAILY NEWS | |
| Milwaukee Journal Sentinel | 34 - Milwaukee, WI |
| Montgomery Advertiser | 120 - Montgomery, AL |
| Morning Call | 4 - Philadelphia, PA |
| Morning Journal | 19 - Cleveland, OH |
| Mountain Press | 61 - Knoxville, TN |
| Muskegon Chronicle | 39 - Grand Rapids, MI |
| National Post | |
| NEW BRITAIN HERALD | |
| New York Post | 1 - New York, NY |
| New York Times | 1 - New York, NY |
| News & Advance | 66 - Roanoke - Lynchburg, VA |

JDPI000422

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| News & Observer | 9 - Atlanta, GA |
| NEWS HERALD | |
| News Journal | 4 - Philadelphia, PA |
| News Tribune | 13 - Seattle - Tacoma, WA |
| Newsday | 1 - New York, NY |
| News-Herald | 19 - Cleveland, OH |
| NEWS-MESSENGER | |
| Northeast Mississippi Daily Journal | 133 - Columbus, MS |
| Northern Wyoming Daily News | 197 - Casper - Riverton, WY |
| Odessa American | 150 - Odessa - Midland, TX |
| Oklahoman | 41 - Oklahoma City, OK |
| Omaha World-Herald | 74 - Omaha, NE |
| Orange County Register | 2 - Los Angeles, CA |
| Oregonian | 22 - Portland, OR |
| Orlando Sentinel | 14 - Tampa - St. Petersburg, FL |
| Outlet | Market |
| OUTPOST MAGAZINE | |
| Owensboro Messenger-Inquirer | 104 - Evansville, IN |
| Paducah Sun | 81 - Paducah, KY  Cape Girardeau, MO  Harrisburg, IL |
| Palm Beach Post | 38 - West Palm Beach, FL |
| Patriot Ledger | 7 - Boston, MA |
| Pensacola News Journal | 59 - Mobile, AL  Pensacola, FL |
| Philadelphia Daily News | 4 - Philadelphia, PA |
| Philadelphia Inquirer | 4 - Philadelphia, PA |
| Pittsburgh Post-Gazette | 23 - Pittsburgh, PA |
| Pittsburgh Tribune-Review | 23 - Pittsburgh, PA |
| Plain Dealer | 19 - Cleveland, OH |
| Plainview Daily Herald | 142 - Lubbock, TX |
| Post and Courier | 98 - Charleston, SC |
| Post-Crescent | 70 - Green Bay - Appleton, WI |
| Post-Journal | 52 - Buffalo, NY |
| Post-Star | 58 - Albany - Schenectady - Troy, NY |

JDPI000423

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Press Democrat | 6 - San Francisco, CA |
| Press-Enterprise | 54 - Wilkes Barre - Scranton, PA |
| Providence Journal | 53 - Providence, RI  New Bedford, MA |
| Punxsutawney Spirit | 103 - Johnstown - Altoona, PA |
| Rapid City Journal | 173 - Rapid City, SD |
| Record | 20 - Sacramento, CA |
| RECORD SEARCHLIGHT | |
| Register-Guard | 121 - Eugene, OR |
| Republican | 114 - Springfield, MA |
| Richmond Times-Dispatch | 57 - Richmond, VA |
| Rochester Democrat and Chronicle | 78 - Rochester, NY |
| Sacramento Bee | 20 - Sacramento, CA |
| Saginaw News | 68 - Flint, MI |
| Salina Journal | 67 - Wichita - Hutchinson, KS |
| Salt Lake Tribune | 33 - Salt Lake City, UT |
| San Antonio Express-News | 36 - San Antonio, TX |
| San Francisco Chronicle | 6 - San Francisco, CA |
| San Jose Mercury News | 6 - San Francisco, CA |
| Sarasota Herald-Tribune | 14 - Tampa - St. Petersburg, FL |
| Savannah Morning News | 92 - Savannah, GA |
| Scottsdale Republic | |
| SEATTLE DAILY JOURNAL OF COMMERCE | |
| Seattle Times | 13 - Seattle - Tacoma, WA |
| South Florida Sun Sentinel | 16 - Miami - Fort Lauderdale, FL |
| Southeast Missourian | 81 - Paducah, KY  Cape Girardeau, MO  Harrisburg, IL |
| Southern Illinoisan | 81 - Paducah, KY  Cape Girardeau, MO  Harrisburg, IL |
| Spokesman-Review | 73 - Spokane, WA |
| Springfield News-Leader | 75 - Springfield, MO |
| ST PETERSBURG TRIBUNE | |
| St. Joseph News-Press | 201 - St. Joseph, MO |
| St. Louis Post-Dispatch | 21 - St. Louis, MO |
| St. Paul Pioneer Press | 15 - Minneapolis - St. Paul, MN |

**JDPI000424**

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| ST. PETERSBURG TRIBUNE | |
| Standard Democrat | 81 - Paducah, KY   Cape Girardeau, MO   Harrisburg, IL |
| Star Press | 26 - Indianapolis, IN |
| Star Tribune | |
| Star-Ledger | 1 - New York, NY |
| State | 77 - Columbia, SC |
| STREET & SMITH'S SPORTSBUSINESS JOURNAL | |
| Sun | 181 - Jonesboro, AR |
| Tampa Bay Times | 14 - Tampa - St. Petersburg, FL |
| Tampa Tribune | 14 - Tampa - St. Petersburg, FL |
| Telegram & Gazette | 7 - Boston, MA |
| Telegraph | 100 - Davenport, IA   Rock Island - Moline, IL |
| Telegraph Herald | 90 - Cedar Rapids, IA |
| Tennessean | 29 - Nashville, TN |
| Times | 9 - Atlanta, GA |
| Times & Democrat | 77 - Columbia, SC |
| Times Herald-Record | 1 - New York, NY |
| Times Union | 58 - Albany - Schenectady - Troy, NY |
| Times-News | 191 - Twin Falls, ID |
| Times-Picayune | 51 - New Orleans, LA |
| Times-Tribune | 63 - Lexington, KY |
| Topeka Capital-Journal | 134 - Topeka, KS |
| Toronto Star | |
| Traverse City Record-Eagle | 119 - Traverse City - Cadillac, MI |
| Tribune Chronicle | 110 - Youngstown, OH |
| Tribune Star | 154 - Terre Haute, IN |
| Tribune-Herald | 69 - Honolulu, HI |
| Tribune-Review | 23 - Pittsburgh, PA |
| Tulsa World | 41 - Oklahoma City, OK |
| USA Today | 8 - Washington, DC |
| USA Weekend | 8 - Washington, DC |
| U-T San Diego | 28 - San Diego, CA |

JDPI000425

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| **NEWSPAPERS** | **MARKET** |
| Valley Morning Star | 86 - Brownsville - Mc Allen, TX |
| Valley News | 98 - Burlington, VT   Plattsburgh, NY |
| Ventura County Star | 2 - Los Angeles, CA |
| Victoria Advocate | 203 - Victoria, TX |
| Vindicator | 110 - Youngstown, OH |
| Virginian-Pilot | 45 - Norfolk, VA |
| Waco Tribune-Herald | 88 - Waco, TX |
| Wall Street Journal | 1 - New York, NY |
| Washington Post | 8 - Washington, DC |
| Washington Times | 8 - Washington, DC |
| Watertown Daily Times | 176 - Watertown, NY |
| Waynesboro Record Herald | 8 - Washington, DC |
| Weekend Gazette | |
| WEIRTON DAILY TIMES | |
| Winston-Salem Journal | 46 - Greensboro - Winston Salem, NC |
| WOODBURN INDEPENDENT | |

JDPI000426

# EXHIBIT OO



## fertil skin

## Healthy
### Skin Rejuvenation

The rate of infertility in this country goes up every year. This used to be blamed on the fact that women were having children at older ages. For the past decade that age has stayed about the same, but the rate of infertility keeps going up. *Why is this happening?*

This is not only due to all the toxic chemicals in our water, air and food, but also due to the toxic chemicals found in skin care products.

**fertilskin** is the first line of skin products focused on maintaining fertile health

The Essentials for New Life collection is made from all organic materials, free of toxic components and harmful preservatives, that will help you maintain a youthful appearance inside and out.

The ingredients in each of these products have been inspected and approved by a fertility specialist for safe use during the reproductive years and early pregnancy. For more information, please visit:

www.fertilskin.com or 1-800-588-1722

## TENNESSEE **WHISKEY**



Green tomato BLT at Loveless Cafe.
Photo by Michael Stern.

Chorizo and potato-crusted halibut and sweet potato hash played off rustic green beans and Jack Daniel's pecan cream sauce in a medley of savory, salt, and sweet. Grilled filet of beef got its southern touch from toasted Sally Lunn bread and bacon-braised onions. Hunter's final fling was an amazing freshly baked pecan carrot cake, loaded with fruits, nuts, and Sultans and spiked with cayenne chocolate gelato.

**Diana's Sweet Shoppe** is like a debutante in a bordello. A vintage soda shop with over 100 candies, shakes, floats, and sundaes, she's surrounded by saloons on raucous Honky Tonk row. You're thrust into the poodle skirt-saddle shoe era with wood paneling, beveled mirrors, and a player piano/electric violin wired into jukebox consoles in each booth. The menu runs the gamut of diner favorites - meatloaf, club sandwich, BLT, chicken salad, chili, tomato soup, etc.

Check out her neighbors, particularly **Tootsie's Orchid Lounge**, a legendary watering hole where some of the greats of country music -- Willie Nelson, Mel Tillis, Waylon Jennings, and Patsy Cline -- hung out when the Grand Ole Opry was next door at Ryman Auditorium. This is not just a nighttime prowl. Most honky tonks open at 10 a.m. and don't close till 2 a.m.

How trendy can you get? Eight different kinds of ice? Ice columns, not cubes, in tall glasses? Alcohol-doused orange peels flamed to draw oils from the peel? No, it's not Las Vegas...it's **The Patterson House** in Nashville, and they've nailed daring and delicious. The building's vibe resonates with the former Governor/owner's veto of statewide Prohibition, and a massive square bar dominates. Drink pages outnumber food five to one on the menu. They divide

drinks by liquors, invent names like The Carpetbagger and Tattooed Seaman, and list ingredients and also cover "classic" cocktails like Manhattans and Daiquiris.

Food cuts the mustard, however. The tapas-type plates hit all the hip dishes and add a few -- truffled deviled eggs, shrimp corndogs, and TPH Hot Dogs made with beef Merguez sausage, Scotch whiskey sauerkraut, whole grain mustard, and dill pickle on house-made buns. Call it a wrap with S'more 2.0 with atomized amaretto.

If anyone had told me I'd drive 45 minutes in pelting rain to eat breakfast, I'd have told them they were nuts. But we did -- to the **Loveless Café and Motel** (motel units now converted to chic boutiques). People jammed the tiny lobby, sat in their cars, waiting. We were given an electronic beeper. We were finally seated at a square table covered in red-checked oilcloth. Hot chocolate helped warm us. Fluffy biscuits arrived with homemade strawberry, peach, and blackberry jam.

They serve breakfast all day; and, seeing plates piled high with pancakes and ham and other monumental breakfast fare, we were tempted. However, it was close to noon; so we ordered "supper." I went the Southern Sampler Platter route and was confronted with meatloaf, fried chicken, and shredded BBQ pork on a delicious pancake, with sides of cole slaw and glazed sweet potatoes. My dining companion ordered fried chicken with creamed corn and cole slaw. For dessert they offered six kinds of pies, all huge pieces, and two fruit cobblers, also on steroids. This was good quality, no frills food...and cost roughly $30. And hey, both Martha Stewart and the Food Network had scheduled program shoots. ☐



What to serve: anything from this just-released barbecue bible. *Peace, Love and Barbecue: Recipes, Secrets, Tall Tales and Outright Lies from the Legends of Barbecue* (Rodale, 2005, $19.95) is by **Mike Mills**, three-time grand world champion at the Memphis in May International Barbecue Festival. And if that doesn't interest you style mavens, this will: *Vogue* writer **Jeffrey Steingarten** gives the foreword. The recipes are amazing.

What to wear to your party: this rhinestone-peppered Love Junkie top, $274 at **Barbwire Western Couture**.



Here's the look distilled: From local designer **Piper V Crystal Couture**, a Swarovski-covered bottle of Jack Daniel's, $400 at **Barbwire Western Couture**.

When it's time to set the table, get clever and head to your closet. Use inexpensive bandannas as napkins, $2.50 each at **Saba's Western Wear**. Tie them up with anything with Western bling that you've got in your repertoire. We used a rhinestone belt, right, $98 at **Saba's Western Wear**, and a rhinestone cuff, $19 at **Wild Bill's Western Wear**. Necklaces, bracelets, even your brooch stash would make equally fabulous napkin ties.



WRITTEN AND STYLED BY **JAIMEE ROSI**
PHOTOS BY **WES JOHNSON** AND COURTESY COMPANIES

JDPI000512

# Grand Casino Gulfport presents Jack (Daniels) and Friends Fest

Spend the evening with Jack (Daniels) on Aug. 13 at the Grand Event Center as Grand Casino Gulfport presents the "Jack and Friends Fest." Doors open at 6 pm; show begins at 7 pm.

The evening will feature live music by the Phil Vaught Band, a special Jack Daniels tasting opportunity, and a Jack Daniels inspired buffet, including Jack Daniels Breast of Chicken with Maple Whiskey Glaze, Jack Daniels Ribs and Jack Daniels Marinated Tenderloin, among other great items. (See marinade recipe below.)

Tickets for Jack and Friends Fest are $30 each and include the all-you-can eat buffet, two free drink coupons (Jack Daniel's and Budweiser products will be complimentary), plus $5 in Free Slot Play (guests must be Connection Card member to receive $5 in Free Slot Play) Guests must be 21 or older to attend.



**Jack Daniel's Marinade**

1/4 cup Jack Daniel's Tennessee Whiskey
1/4 cup soy sauce
1/4 cup Dijon-style mustard
1/4 cup minced green onions and tops
1/4 cup firmly packed light brown sugar
1 teaspoon salt
Dash of Worcestershire sauce
Pepper to taste

*Combine all ingredients. Blend well. Use to marinate shrimp or scallops for 1 hour or beef, chicken, or pork in the refrigerator overnight. Use to baste the shellfish or meat as it is grilled or broiled. Makes about 1 1/4 cups.*

JDPI000513

**OHIO TAVERN NEWS**

COLUMBUS, OH

SEMI-MONTHLY          4,000

SEP 05 2006



Burrelles *Luce*

-5239.15914R

ta                                    bvoz

# Jack Daniel's Tennessee Whiskey

Jack Daniel's Black Label 80 proof is the world famous whiskey awarded seven international gold medals. The secret of its international success is the unique taste that comes from old-time charcoal mellowing. This well-rounded and balanced medium amber whiskey has a pleasant mix of caramel, vanilla and wood notes highlighted by a fruity aroma.

**Jack Daniel's Single Barrel Whiskey**

Jack Daniel's Single Barrel Whiskey is as individual as the variations in the oak wood from barrel to barrel. It is a mature, dark amber, single barrel whiskey, aged in the upper floors of the warehouses where the whiskey's color and taste deepen and mature an extra measure.

Master distiller Jimmy Bedford selects the whiskey when it reaches its peak maturity. He tastes for a singular combination — the robust flavor of a single barrel and the smooth character of Jack Daniel's. What finally emerges from the wood is a bold, full-bodied 94-proof whiskey with heightened flavors of toasted oak, vanilla and caramel.

**Gentleman Jack Rare Tennessee Whiskey**

Gentleman Jack 80-proof Rare Tennessee Whiskey is a super-premium that provides a unique taste for any occasion. It's a truly unique whiskey that is charcoal mellowed twice, which results in an amber whiskey silky soft with caramel and fruit and laced with vanilla and smoke.

JDPI000514

ATLANTA JOURNAL –
CONSTITUTION
ATLANTA, GA
DAILY        381,730
SEP 21 2006



Burrelles*Luce*

25.12559

 **SPIRITS**

### JD MANHATTAN

Many bourbon lovers know Jack Daniel's comes from Lynchburg, Tenn., but at Hand In Hand pub in Virginia-Highland (752 N. Highland Ave. N.E., Atlanta) he takes a trip to the big city. The **Jack Daniel's Bourbon Manhattan** blends the whiskey with both sweet and dry vermouth. It's sweet and tart, says bartender Richard Toole. "Most girls who like bourbon always like it."

### NEXT-DOOR NEIGHBORS

Next door at Neighbors Pub, the **Stoli Razputin** gets its name from the Mad Monk of Russia. This play on words also refers to the raspberry vodka that mixes with cranberry and grapefruit juices. Just don't dip your beard in your cocktail.

### LIMEY

The marketing folks for Southern Comfort not only have a J. Lo-type name for the whiskey (So Co), but they're also pushing Southern Comfort and lime cocktails in current advertisements. A glass of **So Co & Lime** consists of four parts Southern Comfort with one part sweetened lime juice. It can be shaken over ice and served up or served with cola. If they start calling Captain Morgan rum Cap Mo, we're giving up.

— Jon Waterhou



www.jackdaniels.co

---

### IN THE DRINK

**Jack Daniel's Bourbon Manhattan**

1½ oz. Jack Daniel's Bourbon Whiskey

¼ oz. sweet vermouth

¼ oz. dry vermouth

Shake over ice and strain into a chilled martini glass. Garnish with a cherry.

---

**WHAT'S YOUR FAVORITE DRINK?** Best deal? Smoothest bartender? Fill us in on your swingin' cocktails: access@ajc.com.

JDPI000515

## CHICAGO SCENE

Date:
Location:                CHICAGO, IL
Circulation (DMA):       Saturday, March 01, 2008
                         0 (N/A)
Type (Frequency):        Magazine (M)
Page:                    96,97,98,100,101....
Keyword:                 Jack Daniel's

tasting classes and special events every month to raise awareness of one of the world's oldest spirits. Swing by on March 3rd for $2 Jim Beam and free pool.

### TENNESSEE WHISKEY

"Our original *Jack Daniel's* Tennessee Whiskey is known for its versatility. We believe this is one reason it's the world's top selling whiskey."- Jimmy Bedford, master distiller Jack Daniels

In general, Tennessee Whiskey meets all of the requirements to be bourbon. It's the charcoal mellowing process (originally introduced as the "Lincoln County Process") that actually sets this family apart.

"In a process that takes 7 to 10 days, Jack Daniel's is dripped through 10-foot-deep vats packed with hard sugar maple charcoal. The whiskey exits the charcoal mellowing vat softer, less grainy and cleaner than when it entered," explains Bedford, who is a sixth generation master distiller, the first being Mr. Jack Daniels, of course.

Next time you're at your favorite whiskey haunt, forgo the typical Jack and Coke combination and experiment. Given the variety of expressions in the Jack Daniels family, such as **Jack Daniel's Tennessee Whiskey, Gentleman Jack** and **Jack Daniel's Single Barrel**, you're bound to find your favorite expression.

© Copyright 2008 CHICAGO SCENE
Please contact the publisher directly for reprints.
All Rights Reserved.

**JDPI000516**

TheRecord.com - Life - Jack Daniel lets the whiskey decide when it's ready to be consumed   Page 1 of 3



TODAY: H 0 /L -1
Rain-snow mix
5 Day Forecast
www.bavarianwindows.com

With the best reviews, articles and road tests, your hunt for a car just got a whole lot easier

Whccls.ca

The **R**ecord.com

Today's Paper          Monday, April 6, 2009

My subscription   Order photos   Contact us   About us   Traffic
Search The Record   Search the Web      Find a Local Business
Quick Search                                    GO                   GO
Advanced Search | Full Text Article Archive    Search Goldbook.ca

HOME  NEWS  SPORTS  BUSINESS  LIFE  ARTS  FAITH  OPINION  VIDEOS  CELEBRATIONS  OBITS  CONSUMER GUIDES  AUTO  CLASSIFIED
Waterloo Region | Canada/World | Canada Wire | World Wire | Road conditions | Blogs | Lifetimes | Ties | 30 Minute Miracle | Thrifty tips | On the
bright side series | CambridgeReporter.com | Community events | Submit a letter to the editor | Special Features | Dining Out | TV listings | Movies |
Top 10 at therecord.com | Canadian Casualties | Guilty Pleasures | School snow advisories

## Jack Daniel lets the whiskey decide when it's ready to be consumed

April 04, 2009

**DAN KISLENKO**

Jeff Arnett considers himself a very lucky number 7.

He happens to be only the seventh master distiller in the 140-plus year history of the legendary Jack Daniel distillery.

In that role he guides production of all Jack Daniel whiskies, including some 10 million cases annually of the original Old No. 7 Tennessee Sour Mash.



"Nobody's quite sure what that name means," Arnett said during a recent visit to Ontario. "Jack Daniel came up with it himself. Some think he was trying different recipes for his whiskey and liked No. 7 the best. Others say he had seven different girlfriends."

Email story
Print
Choose text size
Report typo or correction

In any event, the whiskey in the iconic square bottle with the bold black and white label is made with exactly the same formula used when Daniel set up shop in Lynchburg, Tenn., a year after the Civil War ended.

They use the same iron-free water that still gurgles out of a cave spring at exactly 13.3 C. They use an unusually high proportion of plain old yellow corn (80 per cent), and a very low amount of rye grain (eight per cent) and malted barley (12 per cent).

The fermentation, distillation and aging is identical to that of Bourbon (more on that later), but there is one critical extra step taken at Jack Daniel's. It's the charcoal filtering that mellows the whiskey.

"We have 72 vats for mellowing," says Arnett, a Tennessee native who first came to Jack Daniel as quality control manager.

"The vats are filled with 10 feet depth of charcoal made from hard sugar maple. The whiskey is poured in the top and takes 10 days to drip down through the charcoal.

"Unlike the barrel aging process which adds flavours to whiskies, this mellowing strips out sharp tones already in the whiskey. The mellowing has the same effect as two years in barrel."

From the vat, the raw whiskey goes into white oak barrels sourced as close to the distillery as possible.

"We're not locked in to age," Arnett says. "How long they age is determined by the whiskey. When the whiskey tastes right, it's ready."

There are, of course, those quirky little facts about Jack Daniel's. Lynchburg has 361 people, but

**JDPI000517**

TheRecord.com - Life - Jack Daniel lets the whiskey decide when it's ready to be consumed    Page 2 of 3

gets 250,000 visitors a year thanks to the distillery. None can taste a drop, however, because the county has chosen to remain dry since the end of prohibition.

Definitely don't make the mistake of calling this "bourbon." This is made in Tennessee and uses sour mash (a portion of the fermenting agent is held over from batch to batch); those other guys, good as they may be, hail from Kentucky, specifically Bourbon county. And, of course, they aren't mellowed.

One thing I've noticed over the years is that when you read comments by spirit "specialists," there's a tendency to dismiss big commercial brands. Not so in the case of Jack Daniel's. These whiskies, including the giant No. 7, invariably are rated as "good sipping whiskies."

Arnett led me through a tasting of the three labels available in LCBO general list:

Jack Daniel's Old. No. 7 Tennessee Sour Mash whiskey ($29.25 for 750 ml, code 41384; also in several other sizes, including a test miniature, $3.45, code 17739).

Golden amber colour, fruity with a sweet finish, balanced, starts with impressions of bananas and dark chocolate, then moves to butterscotch, tangerines, orange blossoms, finishes with vanilla oak.

Arnett says this whiskey is very versatile. You can drink it straight, mix it with just about any soda or juice (try apple juice), or cook with it.

Gentleman Jack Rare Tennessee whiskey ($36.95, code 377994). The mildest and least wood-influenced of the line. Pale amber, quite sweet smell, very smooth, vanilla very prominent then flavour moves to orange peel, passion fruit, white chocolate.

Arnett says this is a crossover product for Scotch drinkers and has been mellowed twice to remove barrel notes.

He says it's best neat, on the rocks or in a cocktail.

Jack Daniel's Single Barrel Tennessee Whiskey ($51.95, code 480616). The whiskey in each barrel is not married with others for uniformity, but rather bottled direct from the cask. That dictates a certain amount of variation from bottle to bottle.

The one I tasted had a burnt caramel colour, prominent alcohol presence (the single barrel line is at 47 per cent rather than 40 per cent), a rich and complex feel in the mouth, and flavours of caramel, butterscotch, baking brioche, and a pretty floral scent in the back of the throat.

Arnett says this is one to drink as is, unadulterated.

Hamilton food and wine writer Dan Kislenko can be reached at dkislenko@thespec.com

SPECIAL FEATURES

**40 under 40**



**Design Crime Makeover**



**Faith**



**Job Board**



**TV Listings**



**Movie Listings**



**Record Blogs**



**Community Events**



**School snow advisories**



Classified    Community    Daily Photo



Place Your Classified Ad

- Auctions
- Items Under $100
- Merchandise
- Real Estate

- Births
- Jobs @ Workopolis
- Personals
- Notices/Tenders

**Real Estate**

We dare you to compare insurance rates



Whccls.ca

flyerland.ca    Local money-saving flyers and coupons

We dare you to compare your insurance rates.



$837/yr    $3,458/yr

Magazines

- Grand Magazine
- Rex Magazine
- Most Magazine

Consumer Shows

- Jewellery, Fashion & Accessories Show
- ArtWorks Show & Sale
- Total Woman Show
- Grand Lifestyle Show




**Lottery Results**



**Daily Horoscopes**

**Local Singles**



freedateconnection.com

Advertisement

Employment ads from The Record are hosted by Workopolis.

Use the Workopolis search box below, or browse by date at record.workopolis.com

ENTER KEYWORD

Search

SITEMAP

JDPI000518
4/6/2009

What's behind the label - Plain Dealer Extra






Site Search    Search Local Business Listings

Town, Keyword, Local Businesses, Web ID

| Home | News | Business | Sports | Entertainment | Interact | Jobs | Autos | Real Estate | Classifieds | Shopping | Place An Ad |

# PD EXTRA

More from
**THE PLAIN DEALER**

Ads by Acblade!

Artery Clearing Secret
Hugh Downs reports on
breakthrough from Nobel Prize
Winning Doctor. Drops high
blood pressure by as much as 60
points... Learn more

- About The Author
- RSS

**Categories**

- Afternoon Buzz (RSS)
- Animals (RSS)
- Architecture (RSS)
- Art (RSS)
- Auditions (RSS)
- Books (RSS)
- Breaking News (RSS)
- Browns (RSS)
- Browsing the Arts (RSS)
- Business (RSS)
- Cleveland International Film Festival (RSS)
- cma (RSS)
- Comics (RSS)
- consumer (RSS)
- crime (RSS)
- Dance (RSS)
- Dealing (RSS)
- Democrats (RSS)
- Electric (RSS)
- Fashion (RSS)
- Food (RSS)
- From the files (RSS)
- Georgia (RSS)
- Gift Guide (RSS)
- Going Out (RSS)
- Happy Hour (RSS)
- Ingenuity (RSS)
- Jessie Davis (RSS)
- Kucinich (RSS)
- Medical (RSS)
- Movies (RSS)
- Music (RSS)
- National news (RSS)
- Nightlife (RSS)
- Opinion (RSS)
- Photos (RSS)
- Plain Dealer Endorsements (RSS)
- Politics (RSS)
- politics (RSS)
- Popular Culture (RSS)
- Radio (RSS)
- Recipes (RSS)
- Religion (RSS)
- Republicans (RSS)
- Senior Standouts (RSS)
- Small Bites (RSS)
- sports (RSS)
- Stokes (RSS)
- Teachers (RSS)
- Television (RSS)
- Theater (RSS)
- Travel (RSS)
- Video Games (RSS)
- Weather (RSS)
- Week in Review (RSS)
- World news (RSS)

**Favorite Links**

**Archived Posts**

— •

## What's behind the label

Posted by Joe Crea/Plain Dealer Food and Restaurants Editor March 31, 2009 17:19PM

During a recent visit to Cleveland, Jack Daniel's Master Taster Jeff Norman walked me through a tasting of his company's famous line of whiskeys -- which I repeated independently. Here are my tasting notes.



**Old No. 7 Black Label**

**Proof:** 80 proof.

**Price:** Regular price is $22.70 for 750 milliliters. Through April, it's $20.70 (in Cuyahoga County).

**History:** "Mr. Jack" started making whiskey during the mid-1800s, perfecting a technique of trickling the distilled whiskey through maple charcoal to mellow it. The charcoal-mellowed liquid is transferred to charred white oak barrels to mature. Jack Daniel registered his distillery in 1866, making it the oldest registered distillery in the United States.

**Characteristics:** Beautiful amber color; sharp-edged buttery aroma. Its potency is evident from the first whiff (more so than the smoothly rounded vapor from Daniel's Single Barrel).

**Tasting notes:** Hints of summer fruit in a comfortably balanced marriage of caramel and vanilla. Rough edges to the finish.|

**Gentleman Jack Rare Tennessee**

**Proof:** 80 proof.

**Price:** $30.80 for 750 milliliters.

**History:** Founder Jack Daniel is said to have long toyed with the notion of subjecting whiskey to two charcoal mellowings "to heighten the benefits imparted by hard sugar maple charcoal," to quote corporate literature. Debuted in 1988, Gentleman Jack is the offspring of that notion.

**Characteristics:** Charcoal-mellowed both before and after aging, Gentleman Jack sports lighter color and a subtler aroma than Old No. 7 or Single Barrel. Mellow, honeyed aroma; you'll detect a wisp of smokiness on the finish.

**Tasting notes:** Just a lovely sipper, one of the most subtly refined American whiskeys. Touch of berries, a sparkle of citrus, buttery caramel. Easy on the finish -- silky or, in Lynchburg parlance, "gentle on the farewell."

**Jack Daniel's Single Barrel**

**Proof:** 94 proof.

**Price:** $45.90 for 750 milliliters.

**Characteristics:** One glance at its color -- rich, sparkling amber -- and you're observing an impressive elixir. Daniel's master distiller and tasters select a small percentage of barrels to receive the single-barrel designation. Because it's drawn from individual barrels that are aged on the upper levels of the warehouse, subtle differences may be detected, and Daniel's Single Barrel develops deeper color and intensity of flavor.

**Tasting notes:** Bold and assertive. Roasted toffee notes, front-and-center

**FROM OUR ADVERTISERS**
- Carpet for less
- Expert Design for all of your Floor! Needs
- Bright and Rinfree Event TODAY!
- Dance like the stars


1 Trick For Whiter Teeth
Whiten your teeth 5 shades in one hour by following this simple rule... Learn more


Shocking Colon Cleaner Report!
Warning! Don't try colon cleansers before you watch this "shocking" report! Learn more


"My Wrinkles Are Gone!"
Learn How a Mom Combined (2) Products to Easily Get Rid of Her Wrinkles. Learn more


Do Wrinkle Creams Work?
Learn the Secret Wrinkle Cream combination discovered by a Mom to get rid of her wrinkles forever.. Learn more

JDPI000519

oakiness, more subtle vanilla caramel highlights. Given the high-voltage alcohol content, unless you possess a brass palate, this one definitely benefits from a splash of good bottled water or a cube or two of ice.

Print This Page | Send To A Friend | Permalink (Learn More)
Share: Reddit | Digg | del.icio.us | Google | Yahoo | What is this?

COMMENTS (0) Post a comment

Username (Don't Have a Username? Sign up here):

Password:

Remember Me Login Reset

dish NETWORK
Get the best HD
FOR ONLY $14.99 /mo
Over 100 all-digital channels & over 50 HD channels, plus local channels (where available)
ORDER NOW

THE PLAIN DEALER Subscribe to The Plain Dealer today and get incredible savings off home delivery! Sign up now!

SUN NEWS Subscribe to home delivery of Sun News! Sign up now!

Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.

Community Rules apply to all content you upload or otherwise submit to this site. Contact interactivity management.

© 2009 cleveland.com. All Rights Reserved. RSS Feeds | Complete Index

# Mobile Marketer

THE NEWS LEADER IN MOBILE MARKETING, MEDIA AND COMMERCE

## Jack Daniel's whiskey brand adds mobile to marketing mix

By Dan Butcher

July 28, 2009



**Jack Daniel's partners with Universal McCann and Golden Gekko**

Legendary whiskey brand Jack Daniel's is targeting music fans via a mobile initiative as part of its "Backstage Parties" marketing campaign.

The whiskey brand launched a Spanish-language app promoting a series of rock concerts across Spain and Jack Daniel's "Backstage Parties." Users can compose their own songs using guitar, bass, piano and drum sounds as well as take music-related quizzes. The campaign was spearheaded by Universal McCann, while Golden Gekko developed the app.

"Jack Daniel's goal was to do something fun with mobile and promote music events that they're organizing throughout Spain," said Magnus Jern, founder/CEO of Golden Gekko, London. "In addition to the quiz and soundboard song-making feature, the app has the schedule for the tour so users can see when and where the events are and information about how to get there.

"There's also an opt-in mechanism to build a database for future mobile campaign," he said. "Since the legal drinking age in Spain is 18, the target demographic is 18-30, both men and women."

Jack Daniel's is a brand of Tennessee whiskey that is among the world's best-selling liquors. It is known for its iconic square bottles and black label.



**Jack Daniel's used mobile to promote backstage parties at concerts**

The brand is linked to American biker culture and musicians such as Frank Sinatra, Keith Richards, Jimmy Page, Lemmy, Nikki Sixx and Slash.

Jack Daniel's promoted the Backstage application on its Web site, urging visitors to enter their age and phone number.

The whiskey brand also distributed posters with a keyword and short code call-to-action and promoted it through Bluetooth on site at several of the events.

Golden Gekko created versions of the iPhone and all Java-based handsets. There are versions for smartphones such as BlackBerry, Windows Mobile and Palm.

During the campaign period there were:

**JDPI000521**

- 900 installations of the iPhone version from Spain;
- 130,000 installations of the Java version from Spain;
- About 2.5 percent opt-in registration totaling 3,000;
- 95 percent of the downloads were from app stores such as iTunes, Mobango and GetJar, and 5 percent from Web downloads and texts to the short code.

"We provide really cool apps for brands, and this was a really good collaboration with Universal McCann and Jack Daniel's," Mr. Jern said. "What we've seen is that we get 10 to 20 times more downloads from Java phones than iPhones.

"The App Store has gotten so competitive so it's hard to stand out, especially if you're an alcohol brand, because Apple doesn't promote those kinds of apps," he said.

The Jack Daniel's app has been distributed via independent mobile applications stores such as GetJar, Mobile9 and Mobango.

"Mobango is a more efficient channel than the App Store to reach out to people in those target segments, at least in the Spanish market," Mr. Jern said. "Mobango and GetJar have been very helpful, and they offer high-quality apps, which is driving traffic to their sites."

Mobango claims to have 5 million registered users generating 12 million downloads a month.

It supports all platforms except iPhone, including J2ME, Microsoft's Windows Mobile, Nokia's Symbian, Google's Android, RIM's BlackBerru, Palm and Flashlite. Nokia is the most popular handset manufacturer.

India and the U.S. are Mobango's two biggest markets, but it also has a significant presence in Italy, Spain, Britian, the Phillippines, Turkey, Europe and South America.

All applications are free. For advertising, Mobango partners with mobile ad networks such as AdMob, and also buys and sells inventory itself.

"The Jack Daniel's application got quite a decent numbers of downloads in Spain," said Vittorio Maffei, chief operating officer of Mobango, Milan, Italy. "They wanted to create a different relationship with their customers.

"Publishers and application developers that want to distribute apps use Mobango, and there is paid placement, which is clearly a good way to be the first thing customers see when they browse Mobango," he said.

"Consumers will see two or three apps in featured positions, and those are always among the most downloaded."

*Staff Reporter Dan Butcher covers banking and payments, carrier networks, commerce, database/CRM, manufacturers, music, software and technology. Reach him at dan@mobilemarketer.com.*

**JDPI000522**





**Global Whisky:**
*exclusive brand and market analys*
*brand profiles ~ brand mapping ~ m*

HOME   RESEARCH   NEWS   FEATURES BRANDS MEMBERS FORUMS

AMANDA news alerts | events | resources | about | contact | your account | advertise | join today









## Jack Daniel's outlives the dark age

05 Mar 2002
**Author: just-drinks.com editorial team**

NEW: Receive news on this subject in your inbox...

e-mail this to a colleague
**MEM** printable version
send us some feedback

**Don't be**
**a dunce**

**A marketing contradiction, the traditional spirit that appeals to the young, Jack Daniel's success is unparelled in the drinks world. As other dark spirits flounder in the face of white supremacy, Jeannette Stamper investigates the appeal of the Tennessee whiskey and its marketing secrets.**

Articles marked with **MEM** are available to full members only

### Related News

Soft Drinks In Brazil: Leading Companies Consolidate Their Position As The "Tubaina Revolution" Continues To Exert Pressure **MEM**

Industry News from the latest Canadean Reports - Beer **MEM**

Access 1 Financial Initiates Coverage of WTAA International, Inc. with A Strong Buy Recommendation and a 6-Month Price Target of $5.00 Per Share **MEM**

Industry News from the Latest Canadean Country Reports - Soft Drinks **MEM**

Soft Drink Industry Stats for 1999 **MEM**

### Related Features

Functional Foods Developing Strongly **MEM**

Hot Beverages Alert - March 1999 **MEM**

Sport launches to increase flood as water competition heats up **MEM**

Allied Domecq: No merger but Bowman's aim is true **MEM**

AmBev merger complete but integration will take time **MEM**

We're coming to the end of a dark age. White spirits (especially the all-conquering vodka) continue to prosper, aided and abetted by RTDs – which surely everyone, now, takes seriously. Niche markets like single malts and aged rum show some promise, but the big Scotch brands are now reduced to battling it out for a larger slice of a dwindling pie. And lets not even talk about Cognac.

But you wouldn't know it in Lynchburg, Tennessee. The town's most famous product, Jack Daniel's, has shown double-digit growth in ten of the last eleven years – figures even Enron would settle for. Indeed it is the only major spirits brand in Brown-Forman's portfolio to have shown any growth in 2001. So what makes Jack Daniel's different?

First of all, to satisfy any pedants out there, we should be clear about one thing: Jack Daniel's is not Bourbon, it's a Tennessee whiskey. But, while this distinction may mean a lot to Kentuckians, it doesn't weigh too heavily on the minds of consumers in London or Cape Town. According to Jim Murphy, vice-president and global marketing director for Jack Daniel's: "Jack Daniels is certainly perceived as an American whiskey, but the brand really transcends category definitions. Most Jack Daniel's drinkers would probably identify themselves as Jack Daniel's drinkers not Bourbon or whiskey drinkers."

The figures can be confusing because it suits many Bourbon makers to exclude JD from their definition of the market they operate in – as it makes their performance look more impressive. And it suits JD to go along with it, as the brand is built specifically on its Tennessee heritage, and their performance looks good anyway. But in the real world, Jim Beam and Jack Daniel's are competitors – suggest they share research and see what reaction you get. But, without swallowing the Bourbon red herring, we can acknowledge that Jack Daniel's really is a one-off.



**JDPI000523**

## Report of the Week

Soft Drinks - South East Asia
- Asian Beverages
Consumption



This report identifies a number of established and emerging sectors in South East Asia that offer particularly strong growth prospects in the forseeable future. Sectors analysed include continuing strong prospects for infant formulae, the insatiable market for drinking water in Asia, juice & nectars, the ubiquity of Asian teas, the gourmet coffee insurgence, energy drinks growth prospects, and the flavoured milk phenomenon. Each analysis is accompanied with a full data set.

more



### News by sector:

- wine
- spirits
- carbonates
- brewing
- alcopops
- water
- b2b exchanges
- energy drinks

### News by country:

- 25 different regions

Just about every other major international spirit brand (Bacardi, Smirnoff, Johnnie Walker, Gordon's etc) has achieved much of its success by becoming, as much as possible, generic. The Holy Grail for their marketing departments is to have consumers around the world asking for their brand by name: 'Bacardi (not 'rum') and Coke (does anyone say 'cola'?)'. This both demonstrates and perpetuates high awareness, and represents that dream scenario where consumers are actually telling retailers face-to-face that they want to buy your brand – the most powerful sales message of all.

Jack Daniel's achieved this in many markets some time ago – not because it out-fought all the other American whiskeys, but because it created a category of its own – a young category which separates it from the ageing image of dark spirits generally.

A prima facie glance at the way the Jack Daniel's brand has expressed itself seems to explain nothing. Tradition (hardly a youthful concept) has been at the centre of all its marketing for decades. The black and white campaign (created and still executed by Arnold Advertising in St Louis), laid out in the classic 1950s formula of picture-headline-body copy, has altered a little at different times in



MR. TERRY HOLT, of Lynchburg, Tennessee, starts every morning with a barrel of Jack Daniel's.

Most days, Terry is up before the sun. Then, in the cool of the Tennessee dawn, he'll roll dozens of newly-filled barrels into warehouses set deep in the hills. (Our whiskey will sleep here until it's upper' smooth.) What accounts for the rareness you find in Jack Daniel's? Partly, this natural aging process. And partly, early risers like Terry Holt.

SMOOTH SIPPIN'
TENNESSEE WHISKEY

different markets, but has always made a virtue of how old-fashioned the denizens of Lynchburg are. If a musty old image can be the downfall of Scotch and Cognac among the young (which is widely assumed to be the case), how come it works so well for Jack Daniel's?

Jim Murphy has his own theory: "The reason it works for us and not for Scotch is because Scotch carries the baggage of being 'my father's whisky'." In other words, the consumer's experience of seeing the brand consumed can be far more authentic than when they see it advertised. For many young consumers around the world that means hearing those cries of 'JD and Coke' at the bar, rather than finding it in their parents drinks cabinet.

As Murphy points out, we can also add to this "the depiction of the brand in popular culture, such as movies and music."

**JDPI000524**

the brand in popular culture, such as movies and music.
Anyone who's seen Oliver Stone's The Doors will remember
Jack Daniel's as the whiskey Jim Morrison chose to drink
himself to death with – what greater recommendation could
there be to young men around the world?

There is another crucial factor that's easy to overlook. The US
is the most powerful brand in the world – even though
(perhaps because?) Americans can be notoriously bad at
understanding the way the rest of the world sees them.
Scotland and France, though powerful brands in their own
right, could never compete with the allure of Americana – of
which Jack Daniels, like Bud or Coke, is now an inalienable
part.

And let's not forget the taste. If there is a law in flavour-
profiling right now, it's that young people like sweeter, less
challenging drinks – see the success of Smirnoff Ice, Bacardi
Breezer, and even many New World wines. "Many of these
brands are more user-friendly [than dark spirits], and do not
require the consumer to go through the process of acquiring a
taste for the product," says Murphy. Jack Daniel's, though it
has no RTD sidekick ('no immediate plans'), can at least have
benefited from its relatively sweet, uncomplicated taste.

These disparate ingredients essentially add up to one thing:
Jack Daniel's is a classic whose time has come. Jim Murphy is
well aware of this. "While the story we tell has remained the
same, we have adapted the way we present it to consumers
around the world. The advertising works because it is true and
unpretentious, it is an oasis of genuineness in a sea of hype."

The marketing guys in Lynchburg have done well to navigate
their brand through differing eras and markets, without diluting
its classic status. But it's worth remembering the example of
Levi's, the unstoppable traditional all-American brand that
dominated its market in the late 1980s and early 1990s. Firmly
fixed to its core values, the brand suffered badly when those
values went out of fashion.

Genuineness can be a kind of hype too, but at least for the
time being there's no shortage of drinkers ready to believe it.

**From research in the UK (JD's largest export market)**
*'Which, if any, of the following do you drink, either at home, or
in a pub/club/restaurant?'*

| Age (yrs) | Famous Grouse (%) | Jack Daniel's (%) |
|-----------|-------------------|-------------------|
| 18-24     | 5                 | 24                |
| 25-34     | 8                 | 22                |
| 35-44     | 10                | 9                 |
| 45-54     | 13                | 8                 |
| 55-64     | 21                | 4                 |
| 65+       | 26                | 7                 |

*Source: Keynote 2001, BMRB Access 2001*

JDPI000525



**Related Research**
World Drinks Marketing Directory 2000 - 2nd Edition
Soya Products in China and Hong Kong: A Market Analysis
Hot Drinks in China: A Market Analysis
Dried Foods in China

**Rate This Article**

Av. Score: 8

**Comment on this article**

Be the first person to [comment] on this article

**Comment on this article**

- put our content on your site
- recommend the site
- bookmark this page

- print this page
- email this page to a friend
- return to top of page

whoooopppppeeeeee

© 2001 All content copyright just-drinks.com . Published by Aroq Ltd
Aroq Ltd, 3 Vale Business Park, Evesham, Worcs, WR11 1GN, UK.
Tel: +44 (0)1386 383000. Fax: +44 (0)1386 47073. Email:info@just-sites.com

JDPI000526

# EXHIBIT PP



JACK DANIEL'S Old No.7 BRAND

No. 1 WHISKEY ETC.
No. 2 VISIT US
No. 3 RECIPES
No. 4 THE BLOG
No. 5 EXPERIENCE
No. 6 THE STORE

SEARCH

BECOME A
FRIEND OF JACK

LIVE FREELY.
DRINK RESPONSIBLY.

TERMS OF USE · PRIVACY POLICY

PREV | NEXT

# OLD NO. 7

We do things a little differently around here – and that's what gives Jack Daniel's its distinctive character. We charcoal mellow our whiskey drop by drop, then let it age in our own handcrafted barrels. And we don't follow a calendar. Our Tennessee Sippin' Whiskey is ready only when our tasters say it is. We use our senses, just like Jack Daniel himself did. In fact, more than a century later, our Tennessee Whiskey is still judged the same way. By the way it looks. By the way it smells. And, of course, by the way it tastes.

Share SHARE THIS

*If you have friends below the legal drinking age please do no*

## LEARN MORE ABOUT OLD NO. 7

JDPI000427



JDPI000428



INGREDIENTS

1 part Jack Daniel's Old No. 7

3 parts Coke®

INSTRUCTIONS

Serve over ice in a tall glass. Garnish with a slice of lime.

**GENTLEMAN JACK**
*The Order of Gentlemen.*

**TENNESSEE HONEY**
*A little bit of honey. A whole lot of Jack.*

**JACK DANIEL'S OLD NO. 7**
*Charcoal mellowed. Drop by drop.*

**TENNESSEE FIRE**
*Cinnamon Heat. Exceptionally smooth.*

**SINGLE BARREL**
*Hand-selected for a unique taste.*

**JACK DANIEL DISTILLERY
LYNCHBURG, TENNESSEE**

JACK DANIEL'S OLD NO. 7, TENNESSEE HONEY, AND GENTLEMAN JACK ARE REGISTERED TRADEMARKS OF JACK DANIEL'S ©2015.
TO FIND OUT MORE ABOUT RESPONSIBLE CONSUMPTION, VISIT THE RESPONSIBILITY.ORG AND OURTHINKINGABOUTDRINKING.COM.

CONTACT US · FAQS · LINKING POLICY · SITE MAP ·

**JDPI000429**

# EXHIBIT QQ



Search Twitter

Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | LISTS | |
|---|---|---|---|---|---|
| 2,092 | 1,043 | 124K | 790 | 1 | 👤 Follow |

### Jack Daniel's ✔
@JackDaniels_US

Stand out by being yourself. Followers must be of legal drinking age in their own countries. Please drink responsibly. #JackLIVE

📍 Lynchburg TN

🔗 jackdaniels.com

🕐 Joined September 2010

**Tweets**    **Tweets & replies**    Photos & videos

 **Jack Daniel's** @JackDaniels_US · 19h

1 take,nothing held back.See what to expect from Uncut Sessions @Miguel @DeLongMusic #JDUncut bit.ly/1Juer4C 🔵

🟢

 Jack Daniel's



JDPI000438

Case 2:14-cv-02057-SMM     Document 117     Filed 10/23/15     Page 96 of 107



0:28

↩    ⟲ 10    ★ 18    •••

**Jack Daniel's** @JackDaniels_US · May 6

A damp cool morning calls for a little warmth. Charcoal is made under the watchful eye of Darren. #JackLivesHere ◉



↩    ⟲ 37    ★ 75    •••

**Jack Daniel's** @JackDaniels_US · Apr 30

**Jack Daniel's** @JackDaniels_US · Apr 30

Friends, remember to savor every drop. #jackdaniels ⊙



⤺   ⟲ 113   ★ 164   •••

**Jack Daniel's** @JackDaniels_US · Feb 26

Perfect #Winter weather for making snowmen and TN #Whiskey. Just 22 days until #Spring. #JackDaniels ⊙



JDPI000440   3/13

↩    ⟳ 131    ★ 188    •••

**Jack Daniel's** @JackDaniels_US · Feb 22
Mini Jack. Always dressed and ready for the #RedCarpet. #JackDaniels



↩    ⟳ 117    ★ 259    •••

**Jack Daniel's** @JackDaniels_US · Feb 18
We're not known for making #snow in Lynchburg, but the scene at Jack's office is worth every flake. #JackDaniels



JDPI000441   4/13

↩   ↻ 79   ★ 147   •••

**Jack Daniel's** @JackDaniels_US · Feb 14

Love at first sip. Happy #ValentinesDay from all of us at #JackDaniels.



↩   ↻ 335   ★ 388   •••

**Jack Daniel's** @JackDaniels_US · Feb 6

Friends, remember to savor every drop. #JackLivesHere



↩    ⟲ 527    ★ 980    • • •

**Jack Daniel's** @JackDaniels_US · Feb 6

Party for a purpose @ #MojaMojaBrunch 2-7-15 concert. #JackLIVE
#GrammyWeekend ow.ly/Gs00D ⊙ @FIGat7th ⊙



↩    ⟲ 9    ★ 25    • • •

**Jack Daniel's** @JackDaniels_US · Feb 3

When you stand up for what you believe in, have a toast handy.
#JackLivesHere ⊙





↩   ⇄ 356   ★ 459   •••

**Jack Daniel's** @JackDaniels_US · Jan 31

Here's to Mr. Jack, our first Master Distiller. Discover more at
JackDaniels.com ⊙ #JackLivesHere. ⊙



↩   ⇄ 61   ★ 116   •••

JDPI000444



**Jack Daniel's** @JackDaniels_US · Jan 30

Discover #JackDaniels story at JackDaniels.com



↩  ⇄ 192  ★ 332  •••

**Jack Daniel's** @JackDaniels_US · Jan 29

#JackDaniels is still made in a dry county. Stop by and see the wet part.





↩  ⇄ 94  ★ 153  •••

JDPI000445



**Jack Daniel's** @JackDaniels_US · Jan 28
Music legends know him by name. #JackDaniels ⊙



↰   ⇄ 84   ★ 146   •••

**Jack Daniel's** @JackDaniels_US · Jan 22
Hello Friend. Let's have a drink. #JackDaniels on the rocks for us. How about you? ⊙



JDPI000446   9/13



🔁 218    ⭐ 339    •••

**Jack Daniel's** @JackDaniels_US · Jan 20

Talk about one authentic group. A big thanks to @ChaseRiceMusic @Contbar & friends who joined us for a tasting tour. 🟢



🔁 41    ⭐ 211    •••

**Jack Daniel's** @JackDaniels_US · Jan 17

Turn up the volume and craft your tune. #JackDaniels 🟢





↩  ⟲ 83  ★ 154  •••

**Jack Daniel's** @JackDaniels_US · Jan 16
We'll have a #JackDaniels on the rocks. How about you? ◉



↩  ⟲ 217  ★ 307  •••

**Jack Daniel's** @JackDaniels_US · Jan 15
#JackDaniels & Music. The truest of friends. ◉



JDPI000448



↩   🔁 177   ★ 242   •••



**Jack Daniel's** @JackDaniels_US · Jan 14

#JackDaniels #Tennessee Mule. Mix, Sip and Enjoy. 🟢

↩   🔁 76   ★ 115   •••

New to

https://twitter.com/JackDaniels_US/media

Twitter?

Sign up now to get
your own personalized
timeline!

Sign up

Trends · Change

#budget2015
#BTS700Days
#PrayForNepal
Verizon
AOL for $4.4
#AAPISummit
Joy Muggli
#UnpopularTelevisionSh...
Yogi Berra
Witcher 3

© 2015 Twitter   About
Help   Ads info

JDPI000450