IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaim. | |

Pending before the Court is Defendant's Unopposed Motion for Leave to File Non-Electronic Exhibits. (Doc. 108.) Defendant seeks leave to file a physical DVD containing Exhibits 3, 5, 6 and 7 to the Declaration of Philip Epps (Doc. 105) that was submitted in support of its motion for partial summary judgment (Doc. 101).

Also pending is Plaintiff's Unopposed Motion for Leave to File Physical Exhibits. (Doc. 109.) Plaintiff seeks leave to file a physical DVD in support of its motion for summary judgment (Doc. 110).

Pursuant to LRCiv 5.5(c), Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Unopposed Motion for Leave to File Non-Electronic Exhibits. (Doc. 108.) The Clerk of Court is directed to accept for non-

1  electric filing Defendant's physical DVD containing Exhibits 3, 5, 6 and 7 to the Declaration
2  of Philip Epps (Doc. 105).

3      **IT IS FURTHER ORDERED** pursuant to Section II(N)(2) of the Electronic Case
4  Filing Administrative Policies and Procedures Manual for the District of Arizona that
5  Defendant must prepare an index and notice of filing in pleading format that will be
6  submitted in conjunction with the filing of the physical DVD. The caption of the index will
7  state which document(s) the physical exhibit is supporting. The actual physical DVD may
8  be tabbed and bound if appropriate.

9      **IT IS FURTHER ORDERED** granting Plaintiff's Unopposed Motion for Leave to
10 File Physical Exhibits. (Doc. 109.) The Clerk of Court is directed to accept for non-electric
11 filing Plaintiff's physical DVD. Pursuant to Section II(N)(2) of the Electronic Case Filing
12 Administrative Policies and Procedures Manual for the District of Arizona, Plaintiff must
13 prepare an index and notice of filing in pleading format that will be submitted in conjunction
14 with the filing of the physical DVD. The caption of the index will state which document(s)
15 the physical exhibit is supporting. The actual physical DVD may be tabbed and bound if
16 appropriate.

17     **IT IS FURTHER ORDERED** that the parties provide a courtesy copy to Chambers
18 of the non-electric physical exhibits filed in this matter.

19     DATED this 26th day of October, 2015.

Stephen M. McNamee
Senior United States District Judge