QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc.,<br><br>            Defendant.<br><br>_____<br><br>And Related Counterclaims. | No. CV-14-2057-PHX-SMM<br><br>**NOTICE OF FILING NON-ELECTRONIC EXHIBITS** |

NOTICE is hereby given of the filing of the Non-Electronic Exhibits in support of Defendant Jack Daniel's Properties, Inc.'s Motion for Partial Summary Judgment (Doc. 101): a DVD containing Exhibits 3, 5, 6 and 7 to the Declaration of Philip Epps (Doc. 105) which was filed on October 23, 2015 as authorized by the Court Order dated October 26, 2015 (Doc. 120).

DATED: October 27, 2015                Respectfully submitted,

                                       */s/ Gregory P. Sitrick*
                                       Gregory P. Sitrick (AZ Bar #028756)
                                       Gregory.Sitrick@quarles.com
                                       Isaac S. Crum (AZ Bar #026510)
                                       Isaac.Crum@quarles.com
                                       Quarles & Brady LLP
                                       Firm State Bar No. 00443100
                                       One Renaissance Square
                                       Two North Central Avenue
                                       Phoenix, AZ 85004
                                       Telephone (602) 229-5200
                                       Fax (602) 229-5690

                                       SEYFARTH SHAW LLP
                                       Christopher C. Larkin
                                       (admitted pro hac vice)
                                       clarkin@seyfarth.com
                                       2029 Century Park East
                                       Suite 3500
                                       Los Angeles, California 90067-3021
                                       Telephone: (310) 201-5289
                                       Facsimile: (310) 201-5219

                                       *Attorneys for Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Gregory P. Sitrick*
_____
Gregory P. Sitrick
