QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **INDEX OF NON-ELECTRONIC EXHIBITS SUPPORTING DECLARATION OF PHILIP EPPS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaims. | ) | |

QB\37132313.1

Defendant Jack Daniel's Properties, Inc. ("JDPI") pursuant to this Court's Oct. 26, 2015 Order (Doc. 120), hereby submit the following index of non-electronic exhibits supporting the Declaration of Philip Epps In Support of Motion for Partial Summary Judgment (Doc. 105):

| Exhibit No. | Description |
| --- | --- |
| 3 | Videos showing a number of television advertisements for Jack Daniel's Old No. 7 Tennessee whiskey. |
| 5 | Videos showing scenes from some of the films in which Jack Daniel's Old No. 7 Tennessee whiskey has appeared or been referenced. |
| 6 | Videos showing Jack Daniel's Old No. 7 whiskey in scenes from television programs. |
| 7 | Videos depicting forms of exposure of the packaging for Jack Daniel's Old No. 7 Tennessee whiskey to the public. |

DATED: October 27, 2015            Respectfully submitted,

                                      */s/ Gregory P. Sitrick*
Gregory P. Sitrick (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin
(admitted pro hac vice)
clarkin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
*Attorneys for Jack Daniel's Properties, Inc.*

1

INDEX OF NON-ELECTRONIC EXHIBITS SUPPORTING DECLARATION OF PHILIP EPPS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                                                */s/ Gregory P. Sitrick*
                                                Gregory P. Sitrick

QB\37132313.1