1

Firm E-Mail: courtdocs@dickinsonwright.com

2

David G. Bray (#014346)
dbray@dickinsonwright.com

3

Frank G. Long (#012245)
flong@dickinsonwright.com

4

David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com

5

**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400

6

Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

7

8

*Attorneys for Plaintiff and Counterdefendant*
*VIP Products, L.L.C.*

9

10

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

11

12

VIP Products, L.L.C., an Arizona limited
liability company,

No. 2:14-cv-02057-DGC

13

Plaintiff and Counterdefendant,

**INDEX AND NOTICE OF FILING
PHYSICAL EXHIBITS**

14

v.

15

16

Jack Daniel's Properties, Inc., a Delaware
corporation

17

Defendant and Counterclaimant.

18

19

Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP" or "Plaintiff"), pursuant to

20

the Court's Oct. 26, 2015 order (doc. 120), hereby submits its Index and Notice of Filing

21

Physical Exhibits.  Filed herewith is a DVD containing video files supporting VIP's Separate

22

Statement of Facts in support of its Motion for Summary Judgment (Doc 111).

23

24

| JDPI 479-503 | JDPI Internal Promotional Videos – Showing Jack Daniel's in TV and movies, cited in VIP's Separate Statement of Facts ¶¶ 72, 73, 75 |
|---|---|

25

26

27

1

| JDPI4430-4432 | TV shows with references to Jack Daniel's, cited in VIP's Separate Statement of Facts ¶ 74. |
| SIL127-SIL130 | Focus Groups videos from Silverman's report, cited in VIP's Separate Statement of Facts ¶ 115. |

**RESPECTFULLY SUBMITTED** this 27th day of October, 2015.

**DICKINSON WRIGHT PLLC**

By: s/David N. Ferrucci
       David G. Bray
       Frank G. Long
       David N. Ferrucci
       1850 North Central Avenue, Suite 1400
       Phoenix, Arizona  85004
       *Attorneys for VIP Products, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*s/ C. Wheeler*

PHOENIX 53913-11 254914v1