QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | **DECLARATION OF ISAAC S. CRUM IN SUPPORT OF MOTION TO PRECLUDE PLAINTIFF FROM RE-FILING ITS CONFIDENTIAL STATEMENT OF FACTS** |
| v. | |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

I, Isaac S. Crum, declare as follows:

    1.    I am an attorney with Quarles & Brady LLP, One Renaissance Square Two North Central Avenue Phoenix, Arizona 85004-2391, and represent Defendant and Counterclaimant Jack Daniel's Properties, Inc., ("JDPI") in this matter. I am admitted to practice law in the State

1

DECLARATION OF ISAAC S. CRUM IN SUPPORT OF MOTION TO PRECLUDE
PLAINTIFF FROM RE-FILING ITS CONFIDENTIAL STATEMENT OF FACTS

of Arizona. I have personal knowledge of all facts set forth in this declaration, and I would, and could, testify competently thereto if called upon to do so.

2.     At roughly 5:00 pm on October 22, 2015, VIP emailed JDPI's counsel informing JDPI that "[VIP] would like to use portions of JDPI's confidential information in [VIP's] statement of facts in support of a motion for summary judgment," that "[VIP] would like to file a stipulated motion to file under seal," and that if JDPI "agree[ed] to such a motion" "[VIP would] send a draft to [JDPI] tomorrow morning."

3.     Later that night JDPI responded that JDPI "agree[d] with the filing of a stipulated motion under seal."

4.     At roughly 10:30 am the next day, October 23, 2015, VIP circulated a draft of its stipulated motion to file supplemental statement of facts under seal and at roughly 1:40 pm JDPI responded to VIP granting VIP permission to sign the stipulated motion on behalf of JDPI.

5.     At no point during these discussions did VIP provide JDPI with a copy of the document which was to be filed under seal.

6.     The confidential statement of facts was sealed and lodged with the Court (Doc. 119) on October 23, 2015. Since this document was sealed and lodged with the Court, JDPI was not able to view this document when it was filed.

7.     Counsel for VIP telephoned counsel for JDPI on Friday, October 30, 2015, and indicated that it intended to re-file the additional statement of facts and asked JDPI what its position was on the Court's October 27, 2015 order. Counsel for JDPI responded that until it saw the document VIP was proposing to file, it could not take a position. VIP forwarded a copy of the additional statement of facts to JDPI today, November 3, 2015.

8.     Since the original version of the confidential statement of facts had been sealed and lodged, November 3, 2015 was the first time that JDPI saw the proposed additional statement of facts.

2

DECLARATION OF ISAAC S. CRUM IN SUPPORT OF MOTION TO PRECLUDE
PLAINTIFF FROM RE-FILING ITS CONFIDENTIAL STATEMENT OF FACTS

9. During the parties' discussion of the stipulated motion, VIP also never informed JDPI that, in total, VIP's non-confidential and confidential statements of fact exceeded the Court ordered page limitation.

Dated: November 3, 2015

                                         */s/ Isaac S. Crum*
                                           Isaac S. Crum

DECLARATION OF ISAAC S. CRUM IN SUPPORT OF MOTION TO PRECLUDE PLAINTIFF FROM RE-FILING ITS CONFIDENTIAL STATEMENT OF FACTS