1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |

9
10
11
12
13
14

Plaintiff,

v.

Jack Daniel's Properties, Inc.,

Defendant.

_____

And Related Counterclaims.

_____

**[PROPOSED] ORDER GRANTING MOTION TO PRECLUDE PLAINTIFF FROM RE-FILING ITS CONFIDENTIAL STATEMENT OF FACTS**

15
16
17
18
19

Having considered Defendant's Motion To Preclude Plaintiff From Re-Filing Its Confidential Statement Of Facts (Doc. ___), and finding that permitting Plaintiff to file additional pages of facts would be in violation of this Court's October 2, 2015 Order (Doc. 93),

20
21

**IT IS ORDERED** granting the Motion to Preclude Plaintiff From Re-Filing Its Confidential Statement Of Facts (Doc. ___);

22
23
24

**IT IS FURTHER ORDERED** that this Court's October 27, 2015 Order (Doc. 123) is modified as follows: Plaintiff's Motion to File Under Seal is Denied *with prejudice to re-filing*; and

25
26
27
28

**IT IS FURTHER ORDERED** that the dates established in this Court's October 27, 2015 Order (Doc. 123) for re-filing are struck as moot and Plaintiff is instructed not to file any additional statements of fact in support of its motion for summary judgment. (Doc. 110).