Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**NOTICE OF LODGING** |

　　　　Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP" or "Plaintiff"), pursuant to LRCiv 5.6(d), the Stipulated Protective Order (Doc. #45) entered in this case, and the Court's Oct. 27, 2015 order (doc.123), hereby provides this Notice of Lodging Supplemental Statement of Confidential Facts and supporting exhibits under seal.  This document is submitted in support of VIP's Motion for Summary Judgment (doc. 110).

1

1  VIP's Supplemental Statement of Confidential Facts (the "SCONF") contains
2  information from documents that JDPI has designated as "Confidential" and/or "Confidential
3  – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered on May 14,
4  2015 (doc. #45). The Stipulated Protective Order, paragraph 25, provides that a party that
5  seeks to file under seal any protected material must comply with Local Rule 5.6. (doc. 45 at
6  ¶ 25). Pursuant to LRCiv 5.6(d), counsels for the parties have conferred about the need to
7  file the SCONF under seal, and have been unable to reach an agreement. VIP has no
8  knowledge or information regarding the reasons JDPI has designated these documents as
9  "Confidential" and/or "Confidential –Attorneys' Eyes Only." VIP's counsel, nevertheless,
10 informed JDPI's counsel that it was willing to take JDPI's word that these documents were
11 confidential if JDPI would provide an explanation of the facts and law supporting its
12 confidential designations. JDPI's only response was to file a Motion to Preclude (doc. 125)
13 VIP from filing the SCONF. (Exhibit A, Certification of Jonathan S. Batchelor ¶¶ 7-8)

Accordingly, VIP is lodging the Supplemental Statement of Confidential Facts under seal in accordance with LRCiv. 5.6(d).

**RESPECTFULLY SUBMITTED** this 4th day of November, 2015.

**DICKINSON WRIGHT PLLC**

By: s/Jonathan S. Batchelor
Jonathan S. Batchelor
Frank G. Long
David N. Ferrucci
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004
*Attorneys for VIP Products, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4th, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kylie M. Boie

PHOENIX 53913-11 256917v1