Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**DECLARATION OF BRUCE SILVERMAN** |

I, Bruce Silverman, the undersigned, hereby declare the following under penalty of perjury:

1. I state the following according to my own personal knowledge.

2. My considered expert opinions in this matter are contained in the report I prepared for this matter, a true and correct copy of which is provided herewith as "Exhibit A").

3. My report accurately recites the documents and information I relied upon in forming my opinions in this matter.

4. An accurate copy of the video evidence created in the course of my research related to this matter was provided to the court on a physical exhibit DVD (see doc. #122) with video files numbered SIL0127-SIL0130.

1

5. A true and accurate summary of my training, education, and experience is summarized in my Curriculum Vitae, a true and correct copy of which is provided herewith as Exhibit A at SIL0034-SIL0037.

Executed this 11th day of November, 2015.

By: _____
Bruce Silverman

PHOENIX 53913-11 253826v1

2