Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>  Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>  Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**DECLARATION OF MARTIN WOLINSKY** |

I, Martin Wolinsky, the undersigned, hereby declare the following under penalty of perjury:

1. I state the following according to my own personal knowledge.

2. My considered expert opinions in this matter are recited in the report I prepared for this matter, a true and correct copy of which was filed with VIP's Statement of Facts in Support of its Motion for Summary Judgment (Doc. 111) as "Exhibit T" thereto.

3. My report accurately recites the documents and information I relied upon in forming my opinions in this matter.

4. A true and accurate summary of my training, education, and experience is summarized in my report at page WOL0024.

1
2    Executed this 12 day of November, 2015.
3                                          By: _____
4                                                  *Martin Wolinsky*
5
6    PHOENIX 53913-11 244333v2
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13th, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s/ Susan Stegall*