Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**DECLARATION OF JONATHAN BATCHELOR** |

I, Jonathan Batchelor, declare the following under penalty of perjury:

A.   I am an attorney for VIP Products, L.L.C. ("VIP") in the above-captioned matter.

B.   We received documents produced by Jack Daniel's Properties, Inc. ("JDPI"), in the course of discovery constituting JDPI's disclosure and responses to VIP's discovery requests, true and correct copies of which were provided with VIP's Statement of Facts in support of its Motion for Summary Judgment (doc. 111)("SOF") and VIP's Supplemental Statement of Confidential Facts ("SCONF"), lodged under seal (*see* doc. 126), including the following:

1. **JDPI04125-04126.** Book Excerpts: <u>Barrels & Bottles & Tennessee Jugs: A Container History of America's First Registered Distillery</u> Copyright Lynchburg Hardware & General Store. [SOF Exhibit K]

2. **JDPI-CON000034-40.** A Qualitative Exploratory of New Package Structures for Jack Daniel's Whiskey prepared for Brown-Forman Beverages Worldwide, prepared by Perception Research Services. [SCONF Exhibit A]

3. **JDPI-CON000080.** Jack Daniel's Look and Feel – Qualitative Research Report. [SOF Exhibit A]

4. **JDPI-CON000111.** Jack Daniel's Look and Feel – Qualitative Research Report. [SOF Exhibit A]

5. **JDPI-CON000137.** Packaging Assessment: Jack Daniel's Tennessee Whiskey Packaging Graphics/Structure Design Report of Findings Prepared for Brown-Forman. [SOF Exhibit A]

6. **JDPI4303.** Picture of JDPI licensed "Jack Daniel" products. [SOF Exhibit X]

7. **JDPI0151-250.** Colored ads Jack Daniel's Old No. 7 Tennessee Sour Mash Whiskey identified according to the year they came out. [SOF Exhibit Y]

8. **JDPI000259-268.** Black and White catalog of Jack Daniel's Old No. 7 history. [SOF Exhibit Z]

9. **JDPI004453.** Jack Daniel's Ad (Hugh Hefner and Crystal). [SOF Exhibit DD]

10. **JDPI004454.** Jack Daniel's Ad (Congratulations to Hugh Hefner and Crystal). [SOF Exhibit AA]

11. **JDPI004455.** Jack Daniel's Ad (Congratulations Zac Brown Band). [SOF Exhibit EE]

12. **JDPI004456.** Jack Daniel's Ad (Welcome to Midtown Atlanta's Music Festival 2014). [SOF Exhibit FF]

13. **JDPI004457.** Jack Daniel's Ad (Declaration of Independence). [SOF Exhibit CC]

14. **JDPI004460-64.** Jack Daniel's Print Ads (Live at the Landmark, Live in Syracuse, NY Live from Grand Central New York City, Live in Jacksonville, FL). [SOF Exhibit BB]

15. **JDPI0253-258.** Photos of Jack Daniel's Old No. 7 Bottle displays in retail stores. [SOF Exhibit GG]

16. **JDPI0269-273.** Photos of billboards displaying Jack Daniel's ads. [SOF Exhibit HH]

17. **JDPI453-457.** Black and white photos of Jack Daniel's ads, contact details of B-F advertising and photo of Jack Daniel's billboard, performance report of billboard. [SOF Exhibit II]

18. **JDPI458-462.** Color Photos of Jack Daniel's billboards. [SOF Exhibit II]

19. **JDPI463-468.** Color Photos of Jack Daniel's billboards and performance report. [SOF Exhibit II]

20. **JDPI469-471.** Colored Photos of Jack Daniel's billboards on Jefferson St. and Westgate Center. [SOF Exhibit II]

21. **JDPI472-474.** Colored Photos of Jack Daniel's billboards. [SOF Exhibit II]

22. **JDPI0452.** Colored Photo of Jack Daniel's logo on a red truck. [SOF Exhibit II]

23. **JDPI0475-503.** Jack Daniel's advertisements including video clips. [SOF Exhibit JJ]

24. **JDPI4430.** Jack Daniels in Television Shows. [Video files provided on DVD, see Index and Notice of Filing Physical Exhibits (doc. 122)]

25. **JDPI4431.** JDPI Commercial – Frank the Man, Black Label. 30 Second Original. [SOF Exhibit LL]

26. **JDPI4432.** JDPI Commercial – Frank the Man, Black Label. 15 Second Original. [SOF Exhibit LL]

27. **JDPI4392**. Jack Daniel's Properties Inc., v. Beverages Resources International – Case No. 1:11-cv-02277. Joint Motion for Entry of Final Judgment by Consent with Permanent Injunction. [SOF Exhibit RR]

28. **JDPI0274-277**. JDTW Print Publications – F'99-F'13. [SOF Exhibit MM]

29. **JDPI419-426**. JDTW Print Publications FY14 – FY15. [SOF Exhibit NN]

30. **JDPI427-429**. Jack Daniel's Old No. 7 Tennessee Whiskey on www.jackdaniels.com. [SOF Exhibit PP]

31. **JDPI0438-450**. Jack Daniel's Twitter Feed @JackDaniels_US. [SOF Exhibit QQ]

32. **JDPI511-526**. Clippings of magazine, newspaper and online articles featuring Jack Daniels. [SOF Exhibit OO]

33. **JDPI493**. Video clips of Jack Daniel's Tennessee Whiskey placements in movies and shows: various shows like Ellen, Food Network, Star Trek etc. [Video files provided on DVD, see Index and Notice of Filing Physical Exhibits (doc. 122); SOF Exhibit KK]

Executed this 13th day of November, 2015.

By: _____

PHOENIX 53913-11 259076v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                 s/ Kristi A. Arendt

PHOENIX 53913-11 259076v1