**EXHIBIT INDEX TO
PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S UNDISCLOSED
DECLARATIONS OF ITAMAR SIMONSON AND PHILLIP EPPS**

**Exhibit 1 -**   Transcript of Telephonic Discovery Dispute Conference

**Exhibit 2 -**   Plaintiff's First Set of Non-Uniform Interrogatories and First Set of Request for Production

**Exhibit 3 -**   Defendant's Responses to Plaintiff's First Set of Request for Production

**Exhibit 4 -**   Correspondence from Plaintiff's counsel to Defendant's Counsel requesting supplemental discovery and disclosure

**Exhibit 5 -**   Email from Defendant's counsel claiming its production is not insufficient

**Exhibit 6 -**   Subpoena Duces Tecum served on Dr. Itamar Simonson

**Exhibit 7 -**   June 15, 2015 Letter