**EXHIBIT "5"**

**From:** Larkin, Christopher [mailto:CLarkin@seyfarth.com]
**Sent:** Friday, August 14, 2015 10:21 AM
**To:** Jonathan S. Batchelor
**Cc:** Frank G. Long; Crum, Isaac S. (PHX x3759); Sitrick, Gregory P. (PHX x3317)
**Subject:** RE: JDPI evidence of use

Jonathan:  As I stated in my original response to Frank's letter, JDPI does not believe that its production is deficient in any respect, particularly given the issues in the case and the fact that fact discovery closed nearly a month ago.  At present, JDPI has nothing further to produce in response to Frank's letter, but if it locates anything, JDPI will produce it.

Chris

**Christopher C. Larkin** | Seyfarth Shaw LLP
One Century Plaza | Suite 3500 | 2029 Century Park East | Los Angeles, California 90067-3021
Direct: +1-310-201-5289 | Fax: +1-310-282-6989
clarkin@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Jonathan S. Batchelor [mailto:JBatchelor@dickinson-wright.com]
**Sent:** Monday, August 10, 2015 2:31 PM
**To:** Larkin, Christopher
**Cc:** Frank G. Long; Crum, Isaac S. (PHX x3759); Sitrick, Gregory P. (PHX x3317)
**Subject:** JDPI evidence of use

Chris,

This is to confirm our conversation today regarding a response to Frank Long's August 4 letter regarding any additional materials JDPI may have to disclose regarding the scope of JDPI's use of its marks.  My understanding is that you do not expect to be producing anything additional on this issue, but that you would confirm that and respond (or provide the additional materials, if any) by the end of this week, August 14, 2015.  If this is incorrect, please let me know as soon as possible.

Thank you,

Jonathan
**Jonathan S. Batchelor** Attorney

| | |
|---|---|
| 1850 N. Central Avenue | Phone 602-889-5356 |
| Suite 1400 | |
| Phoenix AZ 85004 | Fax 602-285-5100 |
| Profile | V-Card | Email JBatchelor@dickinson-wright.com |

DICKINSON WRIGHT PLLC
MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO