IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>    Plaintiff and Counterdefendant<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>    Defendant and Counterclaimant. | No. 2:14-cv-02057-DGC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S BELATEDLY DISCLOSED SUPPLEMENTAL DECLARATION OF ITAMAR SIMONSON AND EVIDENCE OFFERED BY PHILLIP EPPS** |

Pursuant to Plaintiff's Motion and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff/Counterdefendant VIP Products, L.L.C.'s Motion to Exclude Defendant's Belatedly Disclosed Supplemental Declaration of Itamar Simonson and Evidence Offered by Phillip Epps is granted. The Declaration of Itamar Simonson in support of Defendant's opposition to Plaintiff's Motion to Exclude Testimony of Itamar Simonson (Doc. 97-1) is excluded from the record in its entirety. Paragraph 5 of the Declaration of Phillip Epps in support of the Motion for Partial Summary Judgment (Doc. 105) is excluded from the record.

_____
Hon. Stephen M. McNamee

PHOENIX 53913-11 259088v1

1