Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE RESPONSES TO THE PENDING DISPOSITIVE MOTIONS BY NINE (9) DAYS TO DECEMBER 4, 2015**<br><br>**(First Request)** |

Plaintiff VIP Products, L.L.C. and Defendant Jack Daniel's Properties, Inc. (collectively, "The Parties"), hereby jointly move the Court to mutually extend the deadlines for the Parties to file their responses to the dispositive motions filed on October 23, 2015 nine (9) days from Wednesday, November 25, 2015 until Friday, December 4, 2015. The Court has not previously granted any extensions of time with respect to the Parties' responses to the dispositive motions filed on October 23, 2015. Good cause exists for the reasons set forth below.

The father of lead counsel for Plaintiff VIP Products, David Bray, is in end stage pulmonary fibrosis and is in hospice in Florida. Yesterday counsel received a call from his stepmother and the hospice director that his father likely only has days, not weeks, left to live. As a result, counsel made arrangements to immediately fly to Florida to be with him at end of life and to help his stepmother. Counsel for Defendant has agreed that good cause exists for extending the deadline for the Parties' responses to the pending dispositive motions and joins in this Motion. For the convenience of the court a form of Order is submitted herewith.

DATED this 17th day of November, 2015.

| DICKSON WRIGHT, PLLC | QUARLES & BRADY, LLP<br>SEYFARTH SHAW LLP |
|---|---|
| s/ David G. Bray<br>David G. Bray<br>Frank G. Long<br>Jonathan S. Batchelor<br>Colleen M. Ganin<br>*Attorneys for Plaintiff and Counterdefendant VIP Products, L.L.C.* | s/ Isaac S. Crum<br>Christopher C. Larkin<br>Gregory P. Sitrick<br>Isaac S. Crum<br>*Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 259572v1

4