1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

9

10

VIP Products, L.L.C., an Arizona limited liability company,

No. 2:14-cv-02057-SMM

11

                    Plaintiff and Counterdefendant,

12

          v.

13

14

Jack Daniel's Properties, Inc., a Delaware corporation

15

                    Defendant and Counterclaimant.

**ORDER ON JOINT MOTION TO EXTEND THE DEADLINE TO FILE RESPONSES TO THE PENDING DISPOSITIVE MOTIONS BY NINE (9) DAYS TO DECEMBER 4, 2015**

16

17       Having considered the Parties' Joint Motion to Extend the Deadline to File

18   Responses to the Pending  Dispositive Motions by Nine (9) Days to December 4, 2015 and

19   good cause appearing;

20       IT IS HEREBY ORDERED extending the parties' deadlines to file their responses

21   to the pending dispositive motions from Wednesday, November 25, 2015 to Friday,

22   December 4, 2015.

23

24

25

PHOENIX 53913-11 259592v1

26

2