IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaim. | ) | |

Pending before the Court is the parties' Joint Motion to Extend the Deadline to File Responses to Pending Dispositive Motions. (Doc. 134.) Both parties filed dispositive motions on October 23, 2015, and their responses are due Friday, November 27, 2015. The parties request an extension of time for filing their responses until the following Friday, December 4, 2015. In support, the parties state that the father of lead counsel for Plaintiff, David Bray, is in a hospice in Florida and that counsel needs to fly to be with his father during these end-of-life days.

Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion to Extend the Deadline to File Responses to Pending Dispositive Motions. (Doc. 134.) The filing date for the parties' responses to pending dispositive motions is extended to **Friday, December 11, 2015.** The filing date for replies in support of the dispositive motions is now set for **Friday,**

1  **January 8, 2016**.

2     DATED this 18th day of November, 2015.

```
                              Stephen M. McNamee
                              Senior United States District Judge
```