QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO STAY BRIEFING ON LODGED DOCUMENTS** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

On November 3, 2015, Defendant and Counterclaimant Jack Daniel's Properties Inc. ("JDPI") moved the Court to preclude Plaintiff and Counterdefendant VIP Products, LLC ("VIP") from filing its confidential statement of facts in violation of this Court's October 2, 2015 Order limiting the parties statement of facts to twenty pages. (*See* Doc. 125, the "Motion"; Doc. 93, the "Order".) The very next day VIP lodged the subject documents with the Court. (*See* Doc. 126). Pursuant to LRCiv. 5.6, VIP's lodging of the

subject documents with the Court automatically activated a fourteen (14) day timeframe in which JDPI is required to file with the Court a motion to seal.  *See* LRCiv. 5.6(d) ("Within fourteen (14) days after service of the notice, the designating party must file and serve either a notice withdrawing the confidentiality designation or a motion to seal…").  Thus, pursuant to LRCiv 5.6(d), JDPI is required to file a motion to seal the lodged documents on Monday, November 23, 2015.

Realizing that JDPI was obligated to file a motion to seal documents which were already subject to a motion seeking to preclude VIP from filing those documents entirely, JDPI reached out to VIP.  JDPI explained to VIP that JDPI believed it was appropriate to move this Court to stay JDPI's obligation under LRCiv 5.6(d) because: (1) JDPI's Motion was still outstanding, and (2) the granting of JDPI's Motion would moot the necessity of preparing, filing, and having the Court rule on a motion to seal.  VIP informed JDPI that it would not oppose a motion by JDPI to stay JDPI's LRCiv. 5.6(d) obligation to file a motion to seal until after the Court ruled on JDPI's Motion.

Thus in the interest of judicial and party efficiency, and in order to avoid the potentially unnecessary expenditure of time and money, JDPI hereby moves, unopposed, for an order staying JDPI's obligation to file a Motion to Seal under LRCiv. 5.6(d) until after the Court rules on JDPI's Motion to Preclude.  JDPI further moves the Court to specifically order that the documents lodged with the Court (Doc. 126) remain lodged and not made publicly available until after the Court rules on JDPI's Motion to Preclude (and in the event the Court denies JDPI's Motion, JDPI has a chance to file a motion to seal those documents).

. . . .

. . . .

. . . .

. . . .

2

**UNOPPOSED MOTION TO STAY BRIEFING ON LODGED DOCUMENTS**

1   A proposed form of Order is submitted concurrently herewith.

2   DATED: November 19, 2015                    Respectfully submitted,

3
                                                 */s/ Isaac S. Crum*
4                                                Gregory P. Sitrick (AZ Bar #028756)
                                                 Gregory.Sitrick@quarles.com
5                                                Isaac S. Crum (AZ Bar #026510)
                                                 Isaac.Crum@quarles.com
6                                                Quarles & Brady LLP
7                                                Firm State Bar No. 00443100
                                                 One Renaissance Square
8                                                Two North Central Avenue
9                                                Phoenix, AZ 85004
                                                 Telephone (602) 229-5200
10                                               Fax (602) 229-5690

11
                                                 SEYFARTH SHAW LLP
12                                               Christopher C. Larkin
                                                 (admitted pro hac vice)
13                                               clarkin@seyfarth.com
14                                               2029 Century Park East
                                                 Suite 3500
15                                               Los Angeles, California 90067-3021
                                                 Telephone: (310) 201-5289
16                                               Facsimile: (310) 201-5219

17
                                                 *Attorneys for Jack Daniel's Properties, Inc.*
18

19

20

21

22

23

24

25

26

27

28

QB\37485207.1
                                                3
**UNOPPOSED MOTION TO STAY BRIEFING ON LODGED DOCUMENTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*

Isaac S. Crum

QB\37485207.1