IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY BRIEFING ON LODGED DOCUMENTS** |
| Jack Daniel's Properties, Inc., ) | |
| Defendant. ) | |
| And Related Counterclaims. ) | |

Having considered Defendant's Unopposed Motion To Stay Briefing on Lodged Documents (Doc. ___), and finding good cause,

**IT IS ORDERED** that the Unopposed Motion to Stay Briefing on Lodged Documents (Doc. ___) is **GRANTED.**

**IT IS FURTHER ORDERED** Defendant's obligation to file a motion to seal pursuant to LRCiv. 5.6 is stayed pending the Court's ruling on JDPI's Motion to Preclude (Doc. 125);

**IT IS FURTHER ORDERED** that the documents lodged with the Court on November 4, 2015 (Doc. 126) shall remain lodged with the Court and not be publicly available until after the Court rules on JDPI's Motion to Preclude (Doc. 125); and

**IT IS FURTHER ORDERED** that should the Court deny JDPI's Motion to Preclude (Doc. 125), JDPI shall have 14 days from the date of that Order to comply with the obligations under LRCiv. 5.6.