QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | **DECLARATION OF ISAAC S. CRUM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE EPPS AND SIMONSON DECLARATIONS** |
| v. | |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

I, Isaac S. Crum, declare as follows:

 1. I am an attorney with Quarles & Brady LLP, One Renaissance Square Two North Central Avenue Phoenix, Arizona 85004-2391, and represent Defendant and Counterclaimant Jack Daniel's Properties, Inc., ("JDPI") in this matter. I am admitted to practice law in the State

---

1
DECLARATION OF ISAAC S. CRUM IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE EPPS AND SIMONSON DECLARATIONS

QB\37586002.1

1  of Arizona.  I have personal knowledge of all facts set forth in this declaration, and I would, and
2  could, testify competently thereto if called upon to do so.
3       2.   Attached hereto as Exhibit 1 is a true and correct copy of pages 1 and 130–132 of
4  the July 17, 2015 Deposition Transcript of Mr. Philips Epps.
5       3.   Attached hereto as Exhibit 2 is a true and correct copy of pages 1 to 9 of the June
6  18, 2015 Deposition Transcript of Dr. Itamar Simonson.
7       4.   Attached hereto as Exhibit 3 is a true and correct copy of the June 15, 2015
8  correspondence between counsel for VIP and counsel for JDPI regarding the production of
9  documents.

11  I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct.

14  Dated:  November 30, 2015

    */s/ Isaac S. Crum*
15                                                                 Isaac S. Crum

2

DECLARATION OF ISAAC S. CRUM IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE EPPS AND SIMONSON
DECLARATIONS

QB\37586002.1