# Exhibit 1

```
              IN THE UNITED STATES DISTRICT COURT

                     DISTRICT OF ARIZONA


VIP PRODUCTS, L.L.C., an Arizona   )
limited liability company          )
                                   )
    Plaintiff and Counterdefendant;)
                                   )
              vs.                  ) No. 2:14-cv-02057-DGC
                                   )
JACK DANIEL'S PROPERTIES, INC., a  )
Delaware corporation,              )
                                   )
    Defendant and Counterclaimant. )
_____)




                  DEPOSITION OF PHILIP EPPS

                     Louisville, Kentucky

                       July 17, 2015




                                        Prepared by:

                                        Catherine Shay, CM
```

```
 1  Jack Daniel's mark or rights; right?
 2              MR. LARKIN:  Objection to form.  As
 3  you characterize it it's an abstract question.  If you
 4  understand the question, Mr. Epps, you can answer it.
 5              THE WITNESS:  From my perspective it's
 6  the amalgamation of all of the elements.
 7       Q.     Again Brown-Forman isn't claiming
 8  exclusive trademark rights in all of the ordinal
 9  numbers from one to ten for whiskey and bourbon
10  products or otherwise; right?
11       A.     Right.
12       Q.     You understand their trademark right
13  is related to No. 7?
14       A.     Yes.
15       Q.     Has Jack Daniel's -- Brown-Forman done
16  any studies in terms of what percentage of consuming
17  public recognize the old numbers, identify the old No.
18  7 with Jack Daniel's?
19              MR. LARKIN:  Don't guess.  If you know
20  one way or another, answer.
21              THE WITNESS:  I'm trying to think if
22  there was ever a study on that.  Not that I've seen.
23       Q.     Going for the big kahuna.  Has Jack
24  Daniel's -- has Brown-Forman ever done a study to
25  determine what percentage of consumers recognize Jack
```

| | |
|---|---|
| 1 | Daniel's, the mark, identify it with Jack Daniel's |
| 2 | whiskey and bourbon product? |
| 3 | A.     So. |
| 4 | Q.     Whiskey product.  Sorry. |
| 5 | A.     So I don't know if this is answering |
| 6 | your question exactly, but when we research we have an |
| 7 | ongoing consumer research study and we track things |
| 8 | like awareness and usage, and when we track awareness |
| 9 | we track what we call prompted awareness.  So you put |
| 10 | out a list of products and say, are you aware of any |
| 11 | of these products and that's called prompted |
| 12 | awareness. |
| 13 | We then have what we call unprompted |
| 14 | awareness which is done before they see those, please |
| 15 | list out all of the spirit brands or whiskey brands |
| 16 | you know of.  So our prompted awareness is about 98 |
| 17 | percent. |
| 18 | Q.     For Jack Daniel's? |
| 19 | A.     For Jack Daniel's Black Label and what |
| 20 | we would call our unprompted or our unaided awareness |
| 21 | is in the 80s, which is probably one of the highest in |
| 22 | the industry. |
| 23 | Q.     And in terms of -- you're not aware of |
| 24 | Brown-Forman conducting any consumer research study |
| 25 | that attempts to parse out awareness by consumers of |

```
 1   individual components of the alleged Jack Daniel's
 2   trade dress; correct?
 3                MR. LARKIN:  Other than the Jack
 4   Daniel's mark which as you know is one.
 5        Q.      Other than the Jack Daniel's mark?
 6        A.      Not specifically so, no, not to my
 7   knowledge.
 8        Q.      Okay.  And there are other competing
 9   whiskey and bourbon brands that used arched lettering
10   besides Jack Daniel's; right?
11        A.      I'm sure, yeah.  I can't think of them
12   off the top of my head.
13        Q.      Jim Beam is one.  We have the picture?
14        A.      Yeah.
15        Q.      And Jim Beam is the largest competitor
16   to Jack Daniel's in that segment in the United States?
17        A.      Yeah.  The reason I'm hesitating on
18   that question is that it's interesting -- yes, I'll
19   say yes.
20        Q.      Who is No. 3?
21        A.      One of our biggest competitors is
22   Jameson.
23        Q.      Irish whiskey; right?
24        A.      Right.
25        Q.      Internally, this is more of a
```