# Exhibit 2

Itamar Simonson, Ph.D. - June 18, 2015                                1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

VIP Products, L.L.C., an            )
Arizona limited liability           )
company,                            )
    Plaintiff and                  )
    Counterdefendant,              )  Civil Action No.
vs.                                 )  2:14-cv-02057-DGC
Jack Daniel's Properties, Inc.,     )
a Delaware corporation,             )
    Defendant and                  )
    Counterclaimant.               )
- - - - - - - - - - - - - - - - -

Deposition of Itamar Simonson, Ph.D.

Thursday, June 18, 2015

Shelley M. Sailor
Certified Reporter
Certification No. 10254

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          Deposition of ITAMAR SIMONSON, Ph.D.,
11   taken on behalf of PLAINTIFF, at Squire Patton Boggs,
12   600 Hansen Way, Palo Alto, California, commencing at
13   9:20 a.m., THURSDAY, JUNE 18, 2015, before Shelley M.
14   Sailor, Certified Shorthand Reporter No. 10254, pursuant
15   to Notice.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF AND COUNTERDEFENDANT:
 3     DICKINSON WRIGHT PLLC
 4     BY:  FRANK G. LONG, ATTORNEY AT LAW
 5     1850 N. Central Ave, Suite 1400
 6     Phoenix, Arizona 85004
 7     Telephone: (602) 285-5093
 8     Email:  flong@dickinsonwright.com
 9
10   FOR DEFENDANT AND COUNTERCLAIMANT:
11     SEYFARTH SHAW LLP
12     BY:  CHRISTOPHER C. LARKIN, ATTORNEY AT LAW
13     One Century Plaza
14     2029 Century Park East, Suite 3500
15     Los Angeles, California 90067-3021
16     Telephone:  (310) 277-7200
17     Email: clarkin@seyfarth.com
18
19
20
21
22
23
24
25
```

Itamar Simonson, Ph.D. - June 18, 2015                4

```
 1                        INDEX
 2    THURSDAY, JUNE 18, 2015
 3    ITAMAR SIMONSON, Ph.D.                       PAGE
 4       Examination by MR. LONG                     10
 5    AFTERNOON SESSION                              83
 6       Continued examination by MR. LONG           83
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Itamar Simonson, Ph.D. - June 18, 2015                    5

```
 1                        EXHIBITS
 2                   ITAMAR SIMONSON, Ph.D.
 3   Number          Description                         Page
 4   Exhibit 1   Notice of Deposition - 3 pages           10
 5   Exhibit 2   Subpoena to Testify - 6 pages            10
 6   Exhibit 3   Rule 26 Expert Report of
 7               Dr. Itamar Simonson - 29 pages           10
 8   Exhibit 4   Color copies of Bad Spaniels
 9               - 2 pages                                34
10   Exhibit 5   Color copy of Jack Daniel's Old
11               No. 7 - 3 pages                          36
12   Exhibit 6   Color copies of Jack Daniel's
13               The Whiskey Family - 2 pages             39
14   Exhibit 7   Color copy of Jack Daniel's
15               Single Barrel - 3 pages                  39
16   Exhibit 8   Color copy of Jack Daniel's
17               Gentleman Jack - 3 pages                 39
18   Exhibit 9   Color copy of Jack Daniel's
19               Tennessee Honey - 3 pages                39
20   Exhibit 10  Color copy of Jack Daniel's
21               Tennessee Fire - 3 pages                 39
22   Exhibit 11  Color copy of Jack Daniel's
23               Silver Select Single Barrel - 2 pages    39
24   Exhibit 12  Color copy of Jack Daniel's
25               Winter Jack - 2 pages                    39
```

```
 1              EXHIBITS - (CONTINUED)
 2              ITAMAR SIMONSON, Ph.D.
 3   Number         Description                          Page
 4   Exhibit 13  Color copy of Jack Daniel's
 5               Sinatra Select - 4 pages                  39
 6   Exhibit 14  Color copy of Jack Daniel's
 7               Tennessee Whiskey - Green Label
 8               - 2 pages                                 39
 9   Exhibit 15  Color copy of Jack Daniel's
10               No. 27 Gold Tennessee Whiskey
11               - 2 pages                                 39
12   Exhibit 16  Color copies of Jack Daniel's
13               Products as a group and individually
14               - 11 pages                                39
15   Exhibit 17  Email correspondence between
16               Seyfarth Shaw and Dr. Simonson
17               - 5 pages                                 56
18   Exhibit 18  Designated Confidential Attorneys'
19               Eyes Only and Bound Separately
20               Bates IS-CON000001 - 55 - 55 pages        56
21   Exhibit 19  Designated Confidential Attorneys'
22               Eyes Only and Bound Separately
23               Bates IS-CON000092 - 139 - 48 pages       56
24
25
```

```
 1                EXHIBITS - (CONTINUED)
 2                ITAMAR SIMONSON, Ph.D.
 3   Number           Description                        Page
 4   Exhibit 20   Designated Confidential Attorneys'
 5                Eyes Only and Bound Separately
 6                Bates IS-CON000140 - 207 - 68 pages      56
 7   Exhibit 21   Designated Confidential Attorneys'
 8                Eyes Only and Bound Separately
 9                Bates IS-CON000056 - 88 - 33 pages       56
10   Exhibit 22   Designated Confidential Attorneys'
11                Eyes Only and Bound Separately
12                Bates IS-CON000089 - 91 - 3 pages        56
13   Exhibit 23   Journal of Public Policy &
14                Marketing article titled "Trademark
15                Dilution: Empirical Measures for
16                an Elusive Concept" by Maureen
17                Morrin and Jacob Jacoby
18                Bates IS000193 - 205 - 13 pages          74
19   Exhibit 24   Excerpt from The Trademark Reporter
20                Vol. 91 TMR, pages 1013 - 1070 - 59 pages  83
21   Exhibit 25   Journal of Marketing article
22                titled "Brand Dilution:  When Do
23                New Brands Hurt Existing Brands?"
24                by Chris Pullig, J. Simmons,
25                Richard G. Netemeyer - 16 pages         102
```

```
 1                EXHIBITS - (CONTINUED)
 2                ITAMAR SIMONSON, Ph.D.
 3   Number           Description                         Page
 4   Exhibit 26   Section 43 [15 USC Section 1125]
 5                The Lanham Act
 6                False designations of origin, false
 7                descriptions, and dilution forbidden
 8                - 6 pages                                114
 9   Exhibit 27   Journal of Marketing article
10                titled "Diluting Brand Beliefs:
11                When Do Brand Extensions Have a
12                Negative Impact?" by  Barbara Loken
13                and Deborah Roedder John - 15 pages      118
14   Exhibit 28   Journal of Marketing article
15                titled "The Negative Impact of
16                Extensions: Can Flagship Products
17                be Diluted?" By Deborah Roedder John,
18                Barbara Loken, Christopher Joiner
19                - 14 pages                               131
20   Exhibit 29   Dr. Simonson's time spent on case - 1 page 132
21   Exhibit 30   Dr. Simonson's invoices - 3 pages        132
22   Exhibit 31   Journal of Risk & Uncertainty article
23                titled "The disgust-promotes-disposal
24                effect" by Seunghee Han, Jennifer S.
25                Lerner, Richard Zeckhauser - 13 pages    142
```

Itamar Simonson, Ph.D. - June 18, 2015                                    9

```
 1                  EXHIBITS - (CONTINUED)
 2                  ITAMAR SIMONSON, Ph.D.
 3   Number             Description                          Page
 4   Exhibit 32   Journal of Consumer Psychology
 5                article titled "Feelings and
 6                Consumer Decision Making: The
 7                Appraisal-Tendency Framework" by
 8                Seunghee Han, Jennifer S. Lerner,
 9                Dacher Keltner - 11 pages               143
10   Exhibit 33   Color copy of Jack Daniel's Old
11                No. 7 advertisement - 1 page            184
12   Exhibit 34   Color copy of Jack Daniel's Old
13                No. 7 advertisement - 1 page            186
14   Exhibit 35   Color copy of Jack Daniel's Old
15                No. 7 advertisement - 1 page            190
16   Exhibit 36   Color copy of Jack Daniel's Old
17                No. 7 advertisement - 1 page            194
18   Exhibit 37   Color copy of Jack Daniel's Old
19                No. 7 advertisement - 1 page            208
20   Exhibit 38   Deposition of Stephen Sacra
21                - 70 pages                              226
22
23
24
25
```