# Exhibit 3

**Crum, Isaac S. (PHX x3759)**

| | |
|---|---|
| **From:** | Larkin, Christopher [CLarkin@seyfarth.com] |
| **Sent:** | Monday, June 15, 2015 4:29 PM |
| **To:** | Frank G. Long |
| **Cc:** | David G. Bray (DBray@dickinson-wright.com); Sitrick, Gregory P. (PHX x3317); Crum, Isaac S. (PHX x3759) |
| **Subject:** | FW: VIP Products, LLC v. Jack Daniel's Properties, Inc., CV14-02057 PHX DGC |
| **Attachments:** | Correspondence 6.15.15.pdf |
| **Importance:** | High |

Frank: I have received and briefly reviewed your letter. As I advised your office earlier, I'm out of my office on the East Coast and will be flying back to Los Angeles tomorrow.

The subpoena called for the production of responsive documents by tomorrow, June 16. We have today forwarded to David's attention by FedEx two discs containing over 1,000 pages of documents, including all of the referenced documents on which Dr. Simonson relied in forming his opinions, his time records and invoices, correspondence with me covering various materials that he considered, including various studies, and various other materials.

It appears that you may have misinterpreted my letter to state that JDPI would be producing *only* two textbooks and the toy, and then *only* at Dr. Simonson's deposition. If that is the case, I apologize for the confusion. That was certainly not my intention. I intended only to assert objections to the subpoena and to identify the subpoenaed materials that Dr. Simonson did not have.

I suggest that you review the documents that we have produced and contact me on Wednesday, when I am back in my office, to discuss them. If, at that point, you still have issues, we could consider continuing Dr. Simonson's deposition. In that regard, at your request, I asked him to make himself available as soon as reasonably possible, taking into account the schedule in the rest of the case. I believe that he will be unavailable for some period after this week, but we have plenty of time to complete his deposition by the end of expert discovery.

Chris


**Christopher C. Larkin** | Seyfarth Shaw LLP
One Century Plaza | Suite 3500 | 2029 Century Park East | Los Angeles, California 90067-3021
Direct: +1-310-201-5289 | Fax: +1-310-282-6989
clarkin@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Kylie M. Boie [mailto:KBoie@dickinson-wright.com]
**Sent:** Monday, June 15, 2015 3:26 PM
**To:** Larkin, Christopher
**Cc:** Frank G. Long
**Subject:** VIP Products, LLC v. Jack Daniel's Properties, Inc., CV14-02057 PHX DGC

1

Mr. Larkin,

Please see the attached correspondence regarding the above-referenced matter. You can expect a hard-copy via U.S. mail.

Thank you,

**Kylie M. Boie** Legal Secretary

| | | |
|---|---|---|
| 1850 N. Central Avenue | Phone | 602-285-5107 |
| Suite 1400 | Fax | 602-285-5100 |
| Phoenix AZ 85004 | Email | KBoie@dickinsonwright.com |

DICKINSON WRIGHT PLLC
MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.