Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com

**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant
VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| Plaintiff and Counterdefendant, | **MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation | |
| Defendant and Counterclaimant. | |

Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP" or "Plaintiff") respectfully moves this Court for an Order permitting VIP to submit to the Court a physical exhibit in support of VIP's Response to Jack Daniel's Properties' Motion for Partial Summary Judgment. In support thereof, Plaintiff states as follows:

1

The exhibit in question is a physical SILLY SQUEAKERS® "Bad Spaniels" dog toy. The exhibit is important so that the Court can consider the actual product that is alleged to infringe on the alleged three-dimensional trade dress of Jack Daniel's Properties, Inc. Pictures are helpful in providing some idea of what the product looks like, but key information, such as the shape, size, sound, and feel of the product cannot be properly communicated through a picture.

Plaintiff respectfully requests the Court's permission to submit physical copies of the SILLY SQUEAKERS® "Bad Spaniels" dog toy to be docketed as part of VIP's Controverting Statement of Facts in Support of VIP's Response to Jack Daniel's Properties' Motion for Partial Summary Judgment.

**RESPECTFULLY SUBMITTED** this 11th day of December, 2015.

**DICKINSON WRIGHT PLLC**

By:  /s/ David G. Bray
David G. Bray
Frank G. Long
Jonathan S. Batchelor
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004
*Attorneys for VIP Products, L.L.C.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 11th, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ <i>C. Wheeler</i>

PHOENIX 53913-11 263756v1