# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**ORDER GRANTING LEAVE TO FILE PHYSICAL EXHIBITS** |

Upon review of Plaintiff's Motion for Leave to File Physical Exhibit, and good cause appearing,

**IT IS ORDERED THAT** the Motion is GRANTED.  The Clerk of the Court shall accept physical copies of the SILLY SQUEAKERS® "Bad Spaniels" dog toy.

DATED this ___ day of December, 2015.

PHOENIX 53913-11 264005v1

1