QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.sitrick@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | **DECLARATION OF ITAMAR SIMONSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION** |
| v. | |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

I, Dr. Itamar Simonson, declare as follows:

1.    I have personal knowledge of all facts set forth in this declaration, and I would, and could, testify competently thereto if called upon to do so.

2.    My considered expert opinions in this matter are recited in the report I prepared for this matter, a true and correct copy of which is attached hereto as Exhibit 1.

1

DECLARATION OF ITAMAR SIMONSON IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

22910467v.1

1        3.        My report recites the documents and information I relied upon in forming my

2    opinions in this matter.

3        4.        A true and accurate summary of my training, education, and experience is also

4    recited in my report and the CV appended thereto.

5            I declare under penalty of perjury under the laws of the United States of America that the

6    foregoing is true and correct.

7

8    Dated:  December 7, 2015                    I. Simonta

                                                 ITAMAR SIMONSON
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DECLARATION OF ITAMAR SIMONSON IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION

22910467v.1