QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **DECLARATION OF CHRISTOPHER C. LARKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

I, CHRISTOPHER C. LARKIN, hereby declare:

1. I am a member of the State Bar of California and a member of the firm of Seyfarth Shaw LLP, counsel for defendant and counterclaimant Jack Daniel's Properties, Inc. ("JDPI") in this action. I have been admitted *pro hac vice* in this action. I make this declaration on the basis of my own personal knowledge and in support of JDPI's

1

**DECLARATION OF CHRISTOPHER C. LARKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

opposition to the motion of plaintiff and counter-defendant VIP Products, LLC ("VIP") for summary judgment.

2. On April 24, 2014, I took the deposition of VIP's owner and president Stephen Sacra. Attached hereto as Exhibit 1 are true and correct copies of pages and exhibits from Mr. Sacra's deposition that are cited in JDPI's Controverting Statement of Facts in Opposition to VIP's Motion for Summary Judgment ("CSF") and that were not previously made of record on JDPI's motion for partial summary judgment filed on October 23, 2015.

3. On July 17, 2015, VIP took the deposition of Philip Epps, the Global Brand Director for Jack Daniel's Tennessee whiskey for JDPI's licensee Brown-Forman Corporation. Attached hereto as Exhibit 2 are true and correct copies of pages and an exhibit from Mr. Epps's deposition that are cited in JDPI's CSF.

4. On August 13, 2015, I took the deposition of VIP's expert Bruce G. Silverman. Attached hereto as Exhibit 3 are true and correct copies of pages and an exhibit from Mr. Silverman's deposition that are cited in JDPI's CSF.

5. On August 19, 2015, VIP took the deposition of JDPI's survey expert Dr. Gerald L. Ford. Attached here as Exhibit 4 are true and correct copies of pages from Dr. Ford's deposition that are cited in JDPI's CSF.

6. Attached hereto as Exhibit 5 are true and correct copies of print advertisements for Jack Daniel's whiskey that JDPI produced to VIP in discovery.

7. Attached hereto as Exhibit 6 is a true and correct copy of VIP's Responses to JDPI's First Set of Interrogatories.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article that JDPI produced to VIP in discovery that was omitted from VIP Ex. OO to VIP's motion.

9. Filed herewith as Exhibit 8 is an actual physical copy of the current Jack Daniel's Tennessee whiskey bottle referenced in this case.

//

1     I declare under penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.
3     Executed this 11th day of December, 2015 at Los Angeles, California.

*[signature]*

CHRISTOPHER C. LARKIN

---

**DECLARATION OF CHRISTOPHER C. LARKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

QB\37500508.1