# Exhibit 1

# (Part 1 of 2)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


VIP PRODUCTS, LLC, an Arizona          )
limited liability company,             )
                                       )
          Plaintiff and Counterdefendant, )
                                       )
          vs.                          ) Case No.
                                       ) 14-cv-02057-PHX-DGC
JACK DANIEL'S PROPERTIES, INC., a      )
Delaware corporation,                  )
                                       )
          Defendant and Counterclaimant. )
_____)




DEPOSITION OF STEPHEN SACRA


Phoenix, Arizona
April 23, 2015
8:52 a.m.




REPORTED BY:
GENE RICHARDS, BA, RMR
Certified Reporter
Certificate No. 50026

PREPARED FOR:
(Original)
DISTRICT COURT



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 13

1    minor.  What did you study to complete a business minor?

2        A.   Whatever courses they required.  I don't recall,

3    specifically.

4        Q.   Did you take any courses in business law?

5        A.   I don't really recall.

6        Q.   Were you employed while you were in college?

7        A.   Yes, I was.

8        Q.   What did you do?

9        A.   I was employed -- well, my first job, I know, was

10   working for Banana Republic as a retail sales person.  And

11   then I helped develop their recycling program that they

12   took nationwide.  And then after that, I moved on to

13   working for Anheuser-Busch as a college representative;

14   part of their college rep program.

15       Q.   What did that entail?

16       A.   That entailed me making a very small sum of

17   money, $315.44 every two weeks.  And for that I got to

18   promote the top 40 bars in Tempe, Scottsdale, Phoenix area

19   and go out and promote people to want to consume

20   Anheuser-Busch products and have fun.

21       Q.   What -- how did you promote the bars?  What did

22   you do?

23       A.   Well, we had -- at the time, that was when -- if

24   you remember the Bud Girls; we had Bud, Wei, and Ser.  And

25   so we would travel to bars and do promotions with the Bud



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 14

1  Girls, and we would hand out hats and T-shirts.  And at
2  that time they were promoting a lot of new brands.  That
3  was when ice -- all the ice beers were coming out and more
4  expansion in the light beers.  So we would go in and buy
5  the product into the bar, which we convinced them to buy
6  it in, and then we would turn around and buy it all back
7  and give it out to consumers.
8      Q.   The T-shirts and --
9      A.   Hats.
10     Q.   -- hats that you distributed; did those have the
11 Budweiser trademark on them?
12     A.   I believe they did.
13     Q.   Budweiser had a character called Spuds Mackenzie.
14 Was that during the time?
15     A.   That was before me.
16     Q.   Okay.  That was before your time as the --
17     A.   I think he was the '80s.
18     Q.   I'm dating myself a little bit here.
19     A.   Wait.  Yeah, he was the '80s.  He was fun,
20 though.
21     Q.   How long did you work as a college rep for
22 Anheuser-Busch?
23     A.   When you go back that far time -- seems like two
24 years, two and a half years, something like that.  It
25 might have been longer.



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 15

1    Q.   Did you cease work for Anheuser-Busch before you
2    graduated?
3    A.   My senior year, I remember I was in college, and
4    I told -- I was -- I think it was my senior year was when
5    I had just stopped, like, half way through.  And then I
6    went to go work for a company called Sensi Sandals.
7    Q.   Can you give us a spelling?
8    A.   S-E-N-S-I.
9    Q.   So sometime half way through your last year
10   before you graduated, you stopped being the college --
11   A.   Yeah.
12   Q.   -- rep for Anheuser-Busch.  And, you began
13   working for Sensi Sandals?
14   A.   Correct.
15   Q.   What did you do for them?
16   A.   I was brought in -- well, the correlation, just
17   so you're aware, is that my previous boss at
18   Anheuser-Busch left to go work with his father at Sensi
19   Sandals to start that company.  And so he brought me in as
20   a salesman to sell sandals.  But also with the fact that I
21   was going to school for design, to help design some new
22   sandals.
23        And to further elaborate, I helped develop -- at
24   that time, if you remember, back in the early '90s was
25   when there was a boom in the spa industry and mass



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 35

1    4 at Ms. Phillips' deposition?

2              (Exhibit No. 4 marked for identification.)

3        Q.    BY MR. LARKIN:  Mr. Sacra, Exhibit 4 was marked

4    at Ms. Phillips' deposition.  Is that the VIP Products

5    product catalog that was available during 2014?

6        A.    That is correct.

7        Q.    And you brought with you actual -- the next

8    iteration of that catalog.  Correct?

9        A.    Correct.

10       Q.    We'll mark that a bit later.

11             Does Exhibit 4 show the entirety of the VIP

12   product line in 2014?

13       A.    For dog toys.

14       Q.    You anticipated my next question.  With respect

15   to --

16       A.    With respect to dog toys.

17       Q.    -- to your pet business, does it show the

18   entirety of the line?

19       A.    For pet business, no, that does not.  For dog

20   toys, it does.  We manufacture things for other people.

21       Q.    Tell me -- on a private-label basis?

22       A.    That is correct.

23       Q.    What sort of products are manufactured on a

24   private-label basis?

25       A.    For pet?



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.     4/23/2015

Page 38

1      A.   Maybe before or slightly after, but that's a good
2  kind of marker.

3      Q.   Sometime around 2007 was the first time that VIP
4  offered dog products under the Silly Squeaker line.
5  Correct?

6      A.   Um hum.

7      Q.   What are the general types of products that have
8  been sold under Silly Squeaker as part of the Silly
9  Squeaker line?

10      A.   The Silly Squeaker line sells -- the Silly
11  Squeakers line started as a product line for producing
12  vinyl dog toys.  That's what separates them from -- in the
13  manufacturing aspect.  They are comprised of parody
14  products, and they are comprise -- well, all the things
15  that we kind of find fun and humor in.  That's why they're
16  called Silly Squeakers.  Because it's a chance to be funny
17  and share our humor with other people.

18      Q.   What types -- what uses are the products in that
19  line put to, by dogs?

20      A.   They put it in their mouth, and they run around
21  with it and squeak it and drive their human owners insane
22  until the squeaker falls out.  And then they -- sometimes
23  they hide them.  I mean, each dog's desire, what they do
24  with their toy is up to them.

25      Q.   My question wasn't very good.  What types of toys



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 39

1    are sold under the Silly Squeakers mark?

2        A.    Well, they're vinyl.  They have a vinyl core.

3    They have vinyl of some sort as part of them.

4        Q.    Are they all intended to be chewed by dogs?

5        A.    Yeah, absolutely.  I don't know what else a dog

6    would do with a toy.

7        Q.    So if I refer to the line as "chew toys," will

8    you understand what I mean?

9        A.    I would prefer that you didn't use the word

10    "chew" because we don't recommend that any dog chew any

11    part of a toy at any time because it's not safe or good

12    for them to ingest.  And chewing indicates that.  So we

13    call them interactive play toys.

14        Q.    That's a mouthful.

15        A.    I know.  We've spent the last -- since 2004

16    trying to get people to take the word "chew" out of the

17    concept because you wouldn't let your baby chew on a dog

18    toy.  You certainly wouldn't want your dog to do the same

19    thing and swallow a piece of it and end up in surgery,

20    so --.

21        Q.    Have you referred to the Silly Squeakers line as

22    "chew toys" in any materials?

23        A.    The word -- unless someone skipped over it, the

24    word "chew" shouldn't be involved in any of the toys that

25    we make.



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.   4/23/2015

Page 177

1    product if there's a problem?

2       A.   There are some people who are collectors.  We

3    have people that collect pigs.  Or, you know, I can't

4    speak to every single person's collection, but a lot of

5    people collect a lot of things.  And I am probably

6    positive that some people out there have bottles that are

7    just sitting on their bar, that are sitting there for

8    their dog or sitting in their back bar.  I have a friend

9    who has a few that are sitting on their back bar.

10      Q.   By "bottles" you're referring to your product?

11      A.   Parody Silly Squeakers.  And they put them up to

12   display with the other stock.

13      Q.   Have you ever seen anybody who's used the toy for

14   its intended purpose, but kept the hang tag for purposes

15   of collecting it?

16      A.   Not -- I have limited knowledge on that.  I'd say

17   no.  No.

18      Q.   How is the Bad Spaniels toy typically played with

19   by a dog?  What does the dog do with it?

20      A.   Well --

21           MR. BRAY:  Objection.  Form.

22           THE WITNESS:  Dogs, when they're playing with

23   their toys, are interacting with their human counterparts.

24   And probably the most common way is that the human owner

25   will throw the toy, and the dog will fetch it and bring it



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 178

1    back.  Or the dog will play a horrible game of keep-away

2    and running around the house squeaking it incessantly and

3    you go, "Give me that thing.  Just give it to me."

4        Q.   BY MR. LARKIN:  I had to laugh.

5        A.   No, it's okay.

6        Q.   So playing fetch would be one thing that you've

7    seen people do with Silly Squeakers toys?

8        A.   Yeah.

9        Q.   And the keep-away game that the dog initiates to

10   the chagrin of its master, I guess?

11       A.   Yes.

12       Q.   Are there other ways that you've seen the toy

13   played with?

14            MR. BRAY:  Objection.  Form.

15            THE WITNESS:  I've seen dogs play with toys in a

16   lot of ways.  As to the specifics of dogs play with the

17   Bad Spaniels Silly Squeakers dog toy, I've had limited

18   time with it because it's new.

19       Q.   BY MR. LARKIN:  Fair enough.  Have you seen

20   children play with the Silly Squeakers line?

21       A.   I, personally, don't have children.  And I don't

22   have any households that I visit with children.  So I have

23   not.

24       Q.   Do you think that -- strike that.

25            If a family has a pet dog, who typically



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 179

1    purchases the toys?  Parents or the child?

2            MR. BRAY:  Objection.  Form, foundation.

3            THE WITNESS:  Who purchases the toys?  I think

4    it's typically done as a family decision.  I think people

5    go shopping.  Not only that, but they go with their dogs.

6    And a lot of times if you go into Petco, there's someone

7    with their dog, letting their dog pick out their toy.

8        Q.   BY MR. LARKIN:  So do you believe that it would

9    be possible that children who would be exposed to the Bad

10   Spaniels toy, would play with it with their pets?

11       A.   Absolutely.  I think a child, if they were out

12   playing with their dog's toys interacting back and forth,

13   that that would occur.

14       Q.   Did it ever concern you that a child might

15   recognize one of the toys in your Silly Squeakers line as

16   being mimicking a beer bottle, or wine bottle, or liquor

17   bottle?

18       A.   I think in different households where children

19   are exposed to that on a daily basis by their adult

20   parents, and the continuous aggressive marketing of large

21   corporations, I think they're bombard with it at every

22   angle.  So I would not be surprised if they did recognize

23   the shape.

24            I mean, they deal with bottles every day.  Once

25   you learn what a bottle is, then you know this is a



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.     4/23/2015

Page 219

1   imagery that is drawn up in a person's mind when they

2   reference Jack Daniel's.  So we take small elements of

3   that to be able to key into the person's memory to trigger

4   them to recognize this isn't Jack Daniels, but it's making

5   fun at Jack Daniels.

6       Q.   What is the idealized image?  What does that

7   constitute?  How can you articulate it?

8       A.   Idealized --

9            MR. BRAY:  Objection.  I think it was asked and

10  answered, but go ahead.

11           THE WITNESS:  Didn't I just answer that?

12      Q.   BY MR. LARKIN:  It's your words.  I don't know

13  what you meant by "idealized image."  What does the image

14  consist of?

15      A.   You're asking for specific details?

16      Q.   Yeah.  You're the one who is juxtaposing the

17  idealized image with a common dog behavior that all dog

18  owners can relate to.  And I want to know what the

19  idealized image was?

20      A.   No, that's saying I'm combining a dog behavior

21  with the idealized image; meaning that there are elements

22  of the Jack Daniel's bottle that are being combined with a

23  common dog behavior.  So "with the idealized image created

24  by JDPI," means that you have an idealized image of JDPI,

25  and we're taking that image and we're combining that with



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 220

1    this other element.

2        Q.    What goes into that image?  High quality?  Long

3    heritage of sales?  What is the image you're combining

4    with the common dog behavior that all dog owners can

5    relate to?

6        A.    Well, the idealized image is -- image is

7    something that you look at.  You're talking about

8    feelings, and emotions, and things that are not an image.

9    The things that you're referencing

10       Q.    Well, do you -- in the Bad Spaniels toy, are you

11   commenting in any way on Jack Daniel's business practices?

12       A.    No, absolutely not.

13       Q.    Or the quality of their whiskey?

14       A.    Absolutely not.

15       Q.    Or the way they market the product?

16       A.    Absolutely not.

17       Q.    Or anything else that has to do with their actual

18   business?

19       A.    Absolutely not.

20       Q.    You're not criticizing those in any of -- in

21   anything of that sort.  Is that correct?

22       A.    I'm not attempting to disparage Jack Daniel's in

23   any way.

24       Q.    Why did you decide to use the idealized image of

25   Jack Daniel's, rather than the idealized image of another



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 234

1   Anheuser-Busch, you mentioned you gave out T-shirts and

2   hats as promotional items.  Have you seen licensed

3   merchandise bearing the Jack Daniel's marks and "the old

4   number seven" marks and the label design?

5      A.   Not that I recall.

6      Q.   I gather you've never owned any?

7      A.   No.  The last thing I want to wear is promotional

8   items.

9      Q.   So is it fair to say that sitting here today you

10   have no idea of what -- of the scope of Jack Daniel's

11   licensing program?

12      A.   I have no knowledge.

13      Q.   Or whether Jack Daniel's has ever permitted use

14   of its marks on dog leashes or dog collars?

15      A.   I have no knowledge of that.

16      Q.   Have you ever seen, even if you haven't owned

17   them, people wearing hats or shirts or other garments

18   bearing the Jack Daniel's mark or the label design that

19   appears on the whiskey?

20      A.   I don't recall.

21      Q.   Look down on page 12, where we were just looking,

22   to line 12.  This is yet another quote from the Tommy

23   Holedigger case.  Beginning on line 12.  "Moreover, pet

24   perfume, in its very conception, is a novelty item, a

25   parody of an actual product, for which there is no market



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 235

1    independent of the parody."  Do you see that?

2        A.    Yeah.

3        Q.    There is a market for dog toys independent of

4    your parodies.  Correct?

5        A.    There's a market for dog toys independent of

6    parodies.  That is correct.

7        Q.    And you're in it.  You sell Tuffys and other

8    products?

9        A.    That is correct.

10       Q.    That don't have anything to do with parody.

11   Right?

12       A.    That is correct.

13       Q.    Farther down in that quotation, beginning on line

14   16 and a half:  "Plaintiff's and defendant's products are

15   sold in different kinds of stores.  The former in

16   department or designer stores, the latter in pet stores or

17   gift shops, at markedly different prices."

18       A.    (Mumbling while reading.)

19       Q.    Look at line 16.  "Plaintiff's and defendant's

20   products are sold in different kinds of stores.  The

21   former in department or designer stores."  I guess that's

22   the Tommy Hilfiger products.  "The latter in pet stores or

23   gift shops, at markedly different prices."  Do you see

24   that?

25       A.    Yeah.



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 259

1    Q.    That is an incorrect date, isn't it?

2    A.    Incorrect date.

3    Q.    It was actually July of the next year 2014.

4    Correct?

5    A.    Correct.

6    Q.    In paragraph 11 on page three VIP alleged, "Upon

7    information and belief, defendant is the owner of a number

8    of United States trademarks that incorporate the words

9    'Jack Daniel's.'  The Jack Daniel's mark is primarily

10   associated with Tennessee sour mash whisky" (sic).  Do you

11   see that?

12   A.    Um hum.

13   Q.    Did you do anything, before the complaint was

14   filed, to investigate whether Jack Daniel's owned United

15   States trademarks covering the label?

16   A.    No.

17   Q.    Or the bottle design?

18   A.    No.

19       (Wendy Sacra returns to the room.)

20       MR. LARKIN:  I'd like to mark the catalog that

21   Mr. Sacra brought with him today.  If we could mark that

22   copy as the next in order 68.

23       (Exhibit No. 68 marked for identification.)

24   Q.    BY MR. LARKIN:  Mr. Sacra, you were kind enough

25   to bring with you today the newest version of the VIP



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 260

1    Products catalog, which I understand is hot off the press

2    and will be available shortly, but isn't available now.

3    We've marked that as Exhibit 68.  And I'd like you to turn

4    to numbered page --

5        A.    42.

6        Q.    -- 42?

7        A.    I'm there.

8        Q.    We marked a photograph of what appears on

9    numbered page 42 at Ms. Phillips' deposition.  But I just

10   want you to confirm that -- well, let me ask it this way.

11   There's a similar picture in the 2014 catalog that does

12   not show the Jose Perro product.  Do you know how the page

13   numbered 42 in Exhibit 68 was created?

14       A.    It was created by Elle Phillips.

15       Q.    Did she take the picture that appears in the 2014

16   catalog and adapt it?

17       A.    I have no knowledge of the specifics of how she

18   did it or what she did.  But these two images appear to be

19   similar, or if not the same.

20       Q.    You were there on Tuesday when she testified

21   about what she did.  Beyond that, you don't have any

22   independent --

23       A.    No.

24       Q.    -- knowledge of how page 42 on Exhibit 68 was

25   created?



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 261

1    A.    No.

2    Q.    And how many copies of Exhibit 68 will be

3    printed?  Or is that something that is a --

4    A.    I think it's, like, the same number.  It's, like,

5    7500.  Somewhere around there.

6    Q.    Let's mark as 69 two pages which I will represent

7    are color photographs of various alcoholic beverage

8    products that appear in the proposed amended complaint

9    that VIP has filed; and that appear in VIP's first set of

10    requests for admissions to Jack Daniel's.  Color

11    photographs.

12         (Exhibit No. 69 marked for identification.)

13    Q.    BY MR. LARKIN:  Mr. Sacra, do you recognize the

14    pictures that we marked as Exhibit 69?

15    A.    Yes, I do.

16    Q.    And why do you recognize them?

17    A.    Because they were pictures that were included in

18    the amended complaint.

19    Q.    Did you take them?  Or did you -- strike that.

20    That's a bad question at the end of the day.

21         How did you get the pictures?

22    A.    (No response.)

23    Q.    Or let me ask you:  Did you personally -- you

24    Steven Sacra -- get the picture?

25    A.    These specific pictures that you have here?



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 268

1    such as Ms. Sacra or anyone else, to assist you in that?

2        A.    No.  I have -- I can reach everything from one

3    spot because we're a cloud-type company.  So I have access

4    to all of that.

5        Q.    And did you produce everything that you found?

6        A.    I produced everything that I found.

7            MR. LARKIN:  Thank you.  I have nothing further.

8    Before we go off the record, if you'll agree that you

9    won't call Ms. Sacra as a witnesses, we will agree not to

10   depose her.  Is that acceptable?  Or do you want to think

11   about that?

12           MR. BRAY:  I just want to talk to Steve briefly

13   before we leave today.  I think that's okay.  And I do

14   have a couple of follow-up questions for Mr. Sacra.

15           MR. LARKIN:  Thank you for your time today.

16

17               E X A M I N A T I O N

18   BY MR. BRAY:

19       Q.    Mr. Sacra, Mr. Larkin asked you a number of

20   questions about Bad Spaniels making a commentary on Jack

21   Daniel's.  And I think you said -- and I'm paraphrasing --

22   it was not your intent to make a commentary that Jack

23   Daniel's is a bad product.  Is that correct?

24       A.    That is correct.

25       Q.    Was it your intent to make a commentary that



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 272

1    aware of that?

2        A.    No, I didn't know that.

3        Q.    Are you aware that Jack Daniel's has done a

4    number of television ads?

5        A.    I don't think I've ever seen one.  But I guess

6    now that I think about it -- wait a minute.  Well, during

7    the Super Bowl you have the Budweiser.  But I thought it

8    was just hard alcohols they weren't allowed to advertise

9    on TV.  Maybe -- obviously, I have some confusion as to

10    what the law was.

11        Q.    Whatever your state of knowledge is, what's

12    important is:  Have you seen Jack Daniel's television ads

13    in the last four years?

14        A.    No.

15        Q.    You don't have any knowledge of how many such ads

16    there are?

17        A.    No.

18        Q.    Or what their theme or content or message is; you

19    don't have any knowledge of that?

20        A.    Not on television ads, no.

21        Q.    And was it something about their print ads that

22    led you to believe that it takes -- Jack Daniel's takes

23    itself too seriously and you should point that out in the

24    Bad Spaniels toy?

25        A.    I think it's safe to say that all large



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.      4/23/2015

Page 273

1    corporations take themselves too seriously.  And in that

2    generalization, I think Jack Daniel's and Brown-Forman

3    fall under that.  I mean, having been in the liquor

4    industry, I know how serious it is because -- and I just

5    -- that, and my wife also worked in the liquor industry.

6    I see what it's like first hand.

7         Q.   Sitting here today, you can't think of any

8    specific Jack Daniel's print ads or --

9         A.   Yeah, nothing comes --

10        Q.   Nothing comes to mind that reflects the overly

11   serious attitude that you mentioned a moment ago?

12        A.   Nothing specific comes to mind.

13             MR. LARKIN:  Okay, thank you.  I have nothing

14   further.

15

16                 E X A M I N A T I O N

17   BY MR. BRAY:

18        Q.   Brief follow-up.  If you look at the Jack

19   Daniel's bottle, Mr. Sacra, would you agree that the

20   overall tone in that content of that bottle is very

21   serious in labeling?

22             MR. LARKIN:  Object to the form.  Not an expert

23   on labeling.

24             THE WITNESS:  Well, if I were to -- if you look

25   at a Captain Morgan bottle or Captain Nelson bottle, those





DEPOSITION EXHIBIT
# 4 - Phillips
Date: 4-21-15
BECKY BAUMERT, CCR 50152

VIP00056

# TUFFY®

Tuffscale ................................................................ 2
How Are They Made? ................................................... 3
Jr's. ................................................................... 4-5
Ultimate's ............................................................. 6-8
NO STUFF .............................................................. 9
Mega's ................................................................ 10-13
Ocean Creatures ....................................................... 14-17
Dinosaurs & Dragons ................................................... 18-19
Zoo Animals ........................................................... 20-21
Desert Creatures ...................................................... 22-23
Aliens ................................................................ 24-25
Barn Yards ............................................................ 26-27
Rugged Rubber ......................................................... 28-29

# Silly Squeakers®

Tennis Balls .......................................................... 30-31
Novelty Beer Bottles .................................................. 32-34
Novelty Wine Bottles .................................................. 35
Novelty Liquor Bottles ................................................ 36
Mr. Poops ............................................................. 37
iBalls ................................................................ 38

# MIGHTY®

Rethinking Durability ................................................. 39
Microfiber ............................................................ 40
Tequila Worms ......................................................... 41
Bugs .................................................................. 42
Farm Animals .......................................................... 43
Nature Animals ........................................................ 44-45
Massive Animals ....................................................... 47-46
Safari Animals ........................................................ 48-49
Dragons ............................................................... 50
Dinosaurs ............................................................. 51
Ocean Animals ......................................................... 52
Arctic Animals ........................................................ 53
My Parents Lied ....................................................... 54-55
Shapes ................................................................ 56-57
Mighty Dog Beds ....................................................... 58-59
Pack 'n Go Dog Pack ................................................... 60



B&B Dog Beds .......................................................... 61



### Where's Mr. Poops?

Mr. Poops is making his travels throughout this catalog.
Can you find all 63 pieces Mr. Poops is hiding?

VIP00058



TUFFY®

Redefining the world of pet toys one dog at a time.

# TUFFY® TUFFSCALE

**WORLDS "TUFF"EST SOFT DOG TOY**

## ALL TOYS ARE NOT CREATED EQUAL

...that is why we created the **"TUFFSCALE"**. The **TUFFSCALE** is designed to give you insight on how tuff the toy you're buying compares against another. Some dogs are aggressive and can only have the tuffest toys ranked 8 and above. Other dogs may not be as aggressive or may be older and their chewing habits have slowed. If this sounds like your dog, you can consider toys ranked 5 and above.

## OUR GOAL:

Our goal is to help you purchase a toy suited for your dog's needs. All of our Tuffy® and Mighty® toys are made with the same extreme durable construction, but the shape of the toy can impact a dog's ability to penetrate the toy over time.

Use the **TUFFSCALE** to help you with your purchase. If you aren't 100% sure which toy is right for your dog call us at 1-866-4-DogToy.

We strive to make our toys the TUFFest on the market. We are continually testing and creating new toys to be both stronger and safer for your dog. As loving dog owners we only want the best toys for our dogs and yours. Indestructible is impossible... *But we will keep trying!!*

**?** Look for our **TUFFSCALE** logos while you shop to identify the most appropriate toy for your dog.



**MYDOGTOY.COM™**
2  1-866-4-DogToy (364-869) • (480) 704-1700

**MEGA** — 10

**EXTREME** — 9

**SUPER** — 8

**VERY TUFF** — 7

Durable — 6

Strong — 5

*weakest*

VIP00059

# TUFFY ®

## HOW ARE THEY MADE?

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

WORLDS "TUFF"EST SOFT DOG TOY

### SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### FOUR LAYERS OF MATERIAL

Tuffy® toys can have up to 4 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) can have up to 2 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.



*Disclaimer:* Each toy shape and size is made differently, and because the toys are made by skilled human hands, no two toys are identical.

### PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

### SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.

3

VIP00060

WORLDS "TUFF" EST SOFT DOG TOY

# TUFFY JR'S

**They Float, Squeak & Are Machine Washable**
**For Dogs 4-18lbs**

## JR RING



The Ring has three squeakers and can be used for fetch or as a tug toy. Its soft edges won't hurt your dog's teeth or gums.



T-JR-R-RP



T-JR-R-CB

T-JR-R-PL

T-JR-R-YB

## JR ODDBALLS



For dogs that LOVE to fetch and catch!





T-JR-OB-RP

T-JR-OB-PL



T-JR-OB-YB

T-JR-OB-CB

## JR BONE 2



Same great bone with a new design!



T-JR-B2-RP



T-JR-B2-YB



T-JR-B2-CB



T-JR-B2-PL

4

VIP00061

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

# JR BONE 

For dogs that like to play, tug and whip their toys back and forth.



T-JR-B-RP   T-JR-B-PL   T-JR-B-CB

T-JR-B-YB



# JR 3 WAY TUG



For dogs that like to play together! Get your doggie friends together for a fun-filled day.



T-JR-3WT-CB



T-JR-3WT-RP   T-JR-3WT-PL   T-JR-3WT-YB

# JR GEAR 

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!



T-JR-GR-RP



T-JR-GR-PL



T-JR-GR-YB



T-JR-GR-CB

# JR BOOMERANG

Multiple squeakers make this a great toy for dogs that like to play, tug and whip their toys back and forth.

T-JR-BR-CB

T-JR-BR-RP

T-JR-BR-PL

T-JR-BR-YB





WORLDS "TUFF"EST SOFT DOG TOY



# TUFFY ULTIMATES

**They Float, Squeak & Are Machine Washable**

## RING (9) TUFFSCALE #1 SELLER

The Ring has four squeakers and has soft edges so it won't hurt your dog's teeth or gums, making it a great toy for fetch or a game of tug.



T-U-R-RP
T-U-R-YB
T-U-R-CB



T-U-R-PL

## FLYER (8) TUFFSCALE

This Flyer has one squeaker and is the perfect toy for training your dog to catch and fetch. Its soft fleece and durable construction make it the safest disc you'll find.





T-U-FL-CB
T-U-FL-YB
T-U-FL-RP
T-U-FL-PL





## BONE (9) TUFFSCALE

For dogs that like to fetch, tug and whip their toys back and forth.



T-U-B-CB
T-U-B-YB
T-U-B-RP
T-U-B-PL

## ODDBALLS (8) TUFFSCALE

For dogs that LOVE to fetch and catch!





T-U-OB-RP
T-U-OB-CB
T-U-OB-PL
T-U-OB-YB

## MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

WORLDS "TUFF"EST SOFT DOG TOY

6

VIP00063



**TUG-O-WAR**

Great fun for everyone, and it squeaks. Two dogs can play all day with this two-ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.



T-U-T-RP



T-U-T-PL          T-U-T-YE          T-U-T-CB

**3 WAY TUG**

The 3 Way Tug will easily become your dog's favorite toy! Push, pull, toss and fetch have never been so fun, so bring a friend!



T-U-3WT-PL

T-U-3WT-RP          T-U-3WT-YB          T-U-3WT-CB

**4 WAY RING**

The 4 Way Ring is a new twist on a pooch's favorite toys - the ball and the ring! Its soft edges won't hurt your dog's teeth or gums.



T-U-4WR-PL



T-U-4WR-RP



T-U-4WR-YB

T-U-4WR-CB

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700          7

WORLDS "TUFF"EST SOFT DOG TOY

VIP00064

# WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY® ULTIMATES

**They Float, Squeak & Are Machine Washable**

## TIRE IRON (9) TUFFSCALE

For dogs that LOVE to pull, play and tug! This 3-way tire iron is perfect for multi-dog families who enjoy playtime together.

T.U-TI-CB
T.U-TI-PL    T.U-TI-RP
T.U-TI-YB

## BOOMERANG (8) TUFFSCALE

Squeeze one of the squeakers and then throw it! Your dog will love to bring it back. If you have two dogs each one can pull on an arm while you safely hold on to the other.

T-U-BR-PL

T-U-BR-YB    T-U-BR-RP    T-U-BR-CB

## 3 WAY RING (9) TUFFSCALE

The 3 Way Ring has a unique shape that makes it easy for dogs to pick up and tug with friends!

T.U-3WR-CB    T.U-3WR-RP
T.U-3WR-YB
T.U-3WR-PL

## TUG-O-GEAR (9) TUFFSCALE

Great fun for everyone, and it squeaks. Two dogs can play all day with this two ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-GR-RP

T-U-T-GR-PL
T-U-T-GR-CB
T.U-T-GR-YB

## GEARS (9) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-U-GR-YB    T-U-GR-RP    T-U-GR-PL    T-U-GR-CB

8

VIP00065

# "TUFF" WITH NO STUFF!

## EXTREMELY DURABLE PET TOYS WITH NO "STUFF" IN THE CENTER!

**(10) TUFFSCALE**



**SEVEN ROWS OF STITCHING**
Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

**TWO LAYERS OF MATERIAL**
Tuffy® No-Stuff toys can have up to 2 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) has 1 layer of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

**PROTECTIVE WEBBING**
For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

**SQUEAKER SAFETY POCKETS**
Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.



NO STUFFING

NO STUFF!

T-NS-U-R-YB
T-NS-U-R-RP

T-NS-MG-R-TG

T-NS-U-T-YB / T-NS-U-T-RP



**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700    9

WORLDS "TUFF"EST SOFT DOG TOY

VIP00066



VIP00067

WORLD'S "TUFFEST" SOFT DOG TOY

VIP00068

11

# MEGA ODDBALL 10 TUFFSCALE

T-MG-OB-BR

T-MG-OB-TG

T-MG-OB-CL

# MEGA BOWMERANG 10 TUFFSCALE

T-MG-BW-BR

T-MG-BW-CL

T-MG-BW-TG

# MEGA RING 10 TUFFSCALE

T-MG-R-TG

T-MG-R-BR

T-MG-R-CL

# MEGA JR RING 10 TUFFSCALE

T-MG-JR-BR

T-MG-JR-CL

T-MG-JR-TG

# MEGA BONE 10 TUFFSCALE

T-MG-B-CL

T-MG-B-TG

T-MG-B-BR





VIP00069



VIP00070

# WORLDS "TUFF"EST SOFT DOG TOY

## MEGA CREATURES

**10** TUFFSCALE

### JERSEY SHORE PETE

This tough guy can outlast any dog. He's got a great fake orange tan with jet black strips. Pete will take on multiple dogs in a game of tug-o-war. Or head look one at a time! Soft edges won't hurt gums, and it floats!

T-MG-CR-OO-1-L-TG

### OSCAR SCHWARZACREATURE

Oscar's rock hard bod can take on any dog in a game of fetch or tug-o-war!! He'll be back... for more play time. Soft edges won't hurt gums, and it floats!

T-MG-CR-OO-1-S-TG

13

## MEGA TUG-OVAL

**10** TUFFSCALE



T-MG-TO-TG

T-MG-TO-BR

T-MG-TO-CL

# TUFFY OCEAN CREATURES

## Washable & They Float!

**WORLDS "TUFF" EST SOFT DOG TOY**

### 9 TUFFSCALE — THE "GENERAL"

Throw it and your dog will love bringing it back. This "Super Starfish" won't hurt your dog when thrown and is definitely backyard approved.

T.OC-STARFISH

### 7 TUFFSCALE — PURPLE PETE & LIL OSCAR

The Pent-A-Pus and Octopus are perfect for training your dog to catch and fetch. Watch them twirl in the air when you throw them and they are great for multiple dog tug-o-war. Just ask Pete and Oscar to lend a hand.

T.OC-LARGE-OCTOPUS

### 8 TUFFSCALE

T.OC-SMALL-OCTOPUS

### 7 TUFFSCALE — NEELMO

Throw it and your dog will love to bring it back. If you have two dogs each one can pull on each end and you can safely hold the middle.

T.OC-EEL

### 5 TUFFSCALE — GARY-GATOR

"Captain Toothless" is the toy that won't bite back. Soon to be your dog's best friend. Fun for every dog. When your dog is tired he makes a great pillow.

T.OC-ALLIGATOR

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

14

VIP00071

**BURTLE-TURTLE**

His friends call him Burt, and this is one guy your dog will want to be friends with! Great as a pillow and all around play toy, your dog will enjoy keeping him close at all times.

T-OC-CRAB

**KING CRAB**

This soft-shell crab has what it takes to keep your dog coming back for more. Fun to fetch, tug and whip around at your dog's leisure.

T-OC-TURTLE

**RAY-RAY**

Great fun for everyone! This cross-eyed Stingray has a big head and wing span for your dog and a tail for you to enjoy in a game of tug.

**KILLER WHALE**

This killer will give your pooch a "whale" of a time! Snuggle, tug, toss and fetch for optimum enjoyment!

T-OC-STINGRAY

T-OC-LARRY LOBSTER

**LARRY LOBSTER**

Larry is your dog's "Maine" Man. Since he is a Lobster, he is ready to play all day in and out of the water. Larry can't wait for the fun to begin!

T-OC-KILLER WHALE

**MYDOGTOY.COM**
1-866-4-DogToy (364-869) • (480) 704-1700

15

WORLDS "TUFF"EST SOFT DOG TOY

VIP00072



VIP00073



VIP00074



# TUFFY DINOSAURS

MYDOGTOY.COM
1-866-4-DogToy (364-869) • (480) 704-1700

## DESTRUCTOSAURUS (8)
### "The Lawyer Destroyer"

Beware those that twist the law and impose unwarranted threats upon others... From the Depths of Hell comes DestructoSaurus, The Lawyer Destroyer! Who dares to take a toy away from the innocent loving paws of Man's Best Friend? Never fear, DestructoSaurus is here! With sharp teeth and claws he will devour those who attempt to put restrictive shackles on his canine pals.

Stand behind your twisted view of the law, O' Evil Hater of Dogs, for Destructosaurus will punish you!

## PTERADACTYL

High upon a mountain cliff, beyond the white mist of a wandering cloud sits in wait the great Pteradactyl. With its enormous wingspan it takes flight across the great expanse of chairs, couches and coffee tables. Now more than ever your dog will fly to new canine heights with this enormous prehistoric bird.

## T-REX

The beast is feared in the cold of the night and horrifies the courageous in the middle of the day. Tyrannosaurus Rex is the terror that once walked these lands; as it will once again roam through your living room. You'll watch as the king of dinosaurs is forced to submit to your king of canines.

WORLDS "TUFF" EST SOFT DOG TOY

T-D-TERA
T-D-JR-TERA
T-D-DESTRUCTOSAURUS
T-D-JR-DESTRUCTOSAURUS
T-D-REX
T-D-JR-REX

VIP00075



VIP00076



VIP00077

# HILDA HIPPO

**7** TUFFSCALE

This herbivorous Hippo is full of love and laughter for your carnivorous canine! Brighten your dog's day with a good game of tug and active play.

# TATTERS TIGER

**8** TUFFSCALE

This terrifying Tiger is a match for just about any pooch! Tatters is all about strength and endurance, so make sure your pup is in for the long-haul.

# PEYTON PEACOCK

The Peacock is Easy to toss and Floats! Soft edges won't hurt gums.

T-Z-HIPPO

T-Z-JR-HIPPO

**7** TUFFSCALE

T-Z-TIGER

**8** TUFFSCALE

T-Z-JR-TIGER

**8** TUFFSCALE

# TOGO TOUCAN

**8** TUFFSCALE

Move over Sam and get a load of Togo! This "tuff" tropical tweeter makes a colorful companion for your canine.

T-Z-PEACOCK

**7** TUFFSCALE

# BEAUFORT BEAR

Beaufort is a beautiful black bear with a big, big heart! A bit shy, your dog will need to befriend this beast for an assured best friend for life!

T-Z-BEAR

**7** TUFFSCALE

T-Z-JR-BEAR

**7** TUFFSCALE

T-Z-JR-TOUCAN     T-Z-TOUCAN

**MYDOGTOY.COM**
1-855-4-Dog Toy (364-869) • (480) 704-1700

21

WORLDS "TUFF"EST SOFT DOG TOY

VIP00078

VIP00079

VIP00080

# WORLDS "TUFF"EST SOFT DOG TOY

23

## MYDOGTOY.COM
(800) 4 DogToy (364-8691) • (480) 704-1701

### BELLA THE BAT
**7** TUFFSCALE

Hold on to your sparkles! This bloodthirsty vampire bat is ready to battle your little wolf any day (or night)!

1-DS-BAT

### PHROG LEAPING
**8** TUFFSCALE

Leap Phrog, Leap Phrog... where shall you play today? Hopping up and down and all around with your dog's new Best Phrog Phriend Phorever!

1-DS-PHROG-LEAP

### ARNIE THE ARMADILLO
**7** TUFFSCALE

See if your pooch can soften the exterior of this "Tuff" Armadillo! Watch out – Arnie might give back a little bit of attitude.

1-DS-ARMADILLO

### HARRY THE HOBO SPIDER
**8** TUFFSCALE

This is one Hobo spider you and your pooch don't have to be afraid of! Toss and tumble, yank and tug for hours of fantastic play!

1-DS-SPIDER

### SCORCH THE SCORPION
**8** TUFFSCALE

One of the smallest, yet most fearsome creatures of the desert wants to come to your home! Put your dog on high alert for this super-fun stinger!

1-DS-SCORPION





VIP00081

VIP00082

# WORLDS "TUFF"EST SOFT DOG TOY

25

## MYDOGTOY.COM™
1-866-4-DogToy (364-869) · (800) 704-5700

### ADMIRAL O'FURY
**8 TUFFSCALE**

Take your pup to a new dimension with the classic Admiral O'Fury – a fearsome and fiery alien of the outer galaxies! Your pooch will go where no dog has gone before with this fun and adventurous toy!

T.A-RED ALIEN

### LIEUTENANT SPLOCK
**8 TUFFSCALE**

Take your pup to a new dimension with the ever favorite Lieutenant Splock - the fiery cyclops alien! Your pooch is sure to be pleased with this fun and adventurous toy!

T.A-BLUE ALIEN

### CAPTAIN KURKLOPS
**8 TUFFSCALE**

Take your pup to a new dimension with Captain Kurklops, the 8-legged, cyclops alien! Fly him through your backyard galaxy and watch your dog race to pluck him out of the air. Get all your dogs involved in a squeaky game of Tug or simply lay him down for comfort to keep all the monsters away. Your pooch is sure to be pleased with this fun and adventurous toy!

T.A-GREEN ALIEN



### ALIEN SUNS & FLOWERS
**8 TUFFSCALE**

There's nothing better on a warm, sunny day than... AH! Aliens! That's right, and they're here to remind your best friend that summer is the very best time to bounce around with these fun alien balls!

T.A-BALL-FWR-FIRE

T.A-BALL-JR-SUN

T.A-BALL-FWR-RED

# TUFFY®
# BARNYARDS

WORLDS "TUFF"EST SOFT DOG TOY

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

## POLLY Piggy

**7 TUFFSCALE**

Polly Piggy is a playful pal prancing practically all day long, and you won't find a more perfect playmate for your pup. With plenty of panache, Polly Piggy pleases the most particular and precocious pooches.

T-BY-PIG

T-BY-JR-PIG

T-BY-W-MOUSE

T-BY-G-MOUSE

## Molly&Mo MOUSE

**7 TUFFSCALE**

Eenie-meenie Molly and Mo! Your pal will be catching these mice by their toes all day long. 'Tuff'er than your average door mouse, Molly and Mo will be a joy to have around.

T-BY-JR-HORSE    T-BY-HORSE

## HOWIE Horse

**8 TUFFSCALE**

This champion thoroughbred may enjoy grass and apples, but he also enjoys a good romping with his canine pals! Howie is always willing to go up against your pooch on race day, and they're sure to be neck and neck every time!

## BEVO THE Bull

**7 TUFFSCALE**    T-BY-BULL

There's no bull when it comes to this Bull! Bevo comes from the best of all long-horn stock and is ready to take on your canine! With super strength and durability, Bevo will be a friend for life.

T-BY-JR-BULL

**7 TUFFSCALE**

26

VIP00083



VIP00084





VIP00086



VIP00088



VIP00089

VTP00090

VIP00091

Silly Squeakers®

You or your dog?

Add some fun, and class, to your household with *Silly Squeakers*® Novelty Wine Bottles! These soft squeaky toys come in four fun styles: Kennel-Relax'n Chardonnay, Grrrobert Slobbery Pinot Noir, Meow Chased One Champain (large and small) and Chewy Breederers CrisPaw Champion! Collect all four for loof the pampered pup, and please play responsibly.

SS-WB-MC

SS-WB-MC-L

SS-WB-GS

SS-WB-CP

SS-WB-KR

MEOW

MEOW

CHAMPAIN

MEOW CHASED'ONE
ROYAL PAGNE
★

CHAMP
MEOW CHASE
ROYAL PAG

CHEWY BREEDERS

KENNEL-RHAIN
CHARDONNAY

These products are in no way affiliated with Kendall Jackson, Robert Mondavi Wines, Moet Champagne or Louis Roederer Champ

VIP00092

VIP00093



Who will have more fun with them...

Now Ol' Grand Papa Pooch has a Silly Squeakers® Novelty Liquor Bottle made just for him! Please play responsibly.

The product and its design belong to VIP Products. The product is not affiliated with Jack Daniel Distillery.

36



No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers®* are a line of fun, creative and hilarious squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter! Mr. Poops and Mini Poo are a perfectly unique addition to your family. **With faces on both sides, they are two-faced pieces of crap!**



*I Squeak!*

**Mr. Poops**
10" High x 2" Diameter

SS-MRPOOPS

SS-MINIPOOPS

**Mini Poo**
5" High x 1.25" Diameter

Silly Squeakers

37

VIP00094

# Silly Squeakers



**iBalls™**

## "Pink-i"

Your pooch will absolutely LOVE his or her own set of furry iBalls™! These fluffy balls come in three sizes to match a dog of any shape and size, and will set them rolling with their entertaining eyes, fluffy fur and squeaky squawks! Silly Squeakers® are a line of fun, creative and hilarious vinyl squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!

Although she may appear dainty, "Pink-i" can rough and tumble with the best of dogs! With quality construction, she's sure to give your pooch hours and hours of enjoyment.

## "Brown-i"

Play a fun game of fetch and laugh as your dog happily brings back Brown-i! Sure to please all dogs!





Look for our tri-pack of extra small iBalls! The perfect gift for a pooch with many personalities!

## "Black-i"

Want a sure way to please your best friend? Give him a "Black-i"!! This soft and durable iBall will please you AND your dog by giving you both play-time and laughter.











38  SS-IB-L-BR    SS-IB-M-BR    SS-IB-L-BL    SS-IB-M-BL    SS-IB-L-PK    SS-IB-M-PK    SS-IB-S-BL-BR-PK

VIP00095

# MIGHTY
## Dog Toys

### Mighty® Dog Toys *rethink durability* and approach it from a new angle.

Durability is created for each toy with multiple layers of flexible materials that move with the dog's teeth instead of tearing. Compared to other toys, Mighty® dog toys have no hard edges. The result is that these toys do not promote chewing – great when you're trying to discourage chewing habits. These toys may seem plush on the outside, but all the durability features are internal making these toys soft, yet MIGHTY® strong.

**HIGH DURABILITY AND QUALITY**
Each toy incorporates quality materials that provide the highest level of durability.

**MULTIPLE ROWS OF STITCHING**
Vulnerable areas are covered and sewn with a material binding that covers the original sewn edge. This extra binding creates multiple rows of stitching to hold the seams together.

**DURABLE SEAMS**
All seams are located inside the toy to discourage chewing. Vulnerable seams are protected by sewing a flexible material over the edge of the seam.

**2 LAYERS OF MATERIAL**
Each toy has a plush outer material with a layer of heavy fleece underneath. The fleece underneath is what gives this toy its strength. The fleece core holds the body of the toy together when playing games like Tug.

**UP TO FOUR ROWS OF STITCHING**
All material seams have multiple rows of stitching, are covered with a layer of soft, flexible material and sewn together with more rows of stitching, creating a soft and durable toy with no hard edges!

**UP TO TWO LAYERS OF MATERIAL**
Outside layer is made of a tight-woven sherpa-style fleece – the result is good flexibility with high durability. Inside material is made of tight-woven brushed fleece of the heaviest weight and highest durability.

39

VIP00096



VIP00097



VIP00098

# MIGHTY WORMS

**Green Tequila Worm & Pink Tequila Worm**
No party with your pooch is complete until one of these two show up. Available in two fun bright colors, the long tail is perfect for tug-o-war and fetch.

41



VIP00099



VIP00100



VIP00101



VIP00102



VIP00103



VIP00104



VTIP00105





VIP00107



VIP00108

VIP00109





VIP00110



# MIGHTY
## MY PARENTS LIED...

**DURA SCALE™**
**Caesar Centaur:**
Bring the best of the mythical
creatures home for your
best friend to enjoy.

**DURA SCALE™**
**Neptune:**
Sweet dreams of the rolling sea
can only be made by the God who
controls it... and wearing out your
pooch from hours of play
time helps too!

MT-L-NEPTUNE / MTJR-L-NEPTUNE

**DURA SCALE™**
**Unice Unicorn**
No amount of slobbery love
can take the beauty out of these
Unicorns!

MT-L-CENTAUR / MTJR-L-CENTAUR

MT-L-MEDUSA / MTJR-L-MEDUSA

**DURA SCALE™**
**Medusa:**
While you may not be able to
look upon her without turning
to stone, your curious canine
has the unique power to turn it
against her! Let them fight
it out in a battle of epic
proportions.

MT-L-UNICORN / MTJR-L-UNICORN

**DURA SCALE™**
**Lester Leprechaun:**
Your pup will have no problem
following this leprechaun
to his pot of gold!
Great for hide-and-seek!

MT-N-LEPRECHAUN
MTJR-N-LEPRECHAUN

MT-L-PEGASUS / MTJR-L-PEGASUS

**DURA SCALE™**
**Pearl Pegasus:**
Fly away to lands afar on the
perfect Pegasus! She will
safely land your best friend
safely on their feet.

54

VIP00111



# MIGHTY®
## MY PARENTS LIED...

**Minny Minotaur:**
Your beast will be eager to learn more of this beast! Perfect shape and strength for toss and tug games.

MT-L-MINOTAUR / MTJR-L-MINOTAUR

**Albert Alien:**
Greetings Martians! What? You didn't think we were real? Think again! Beam me up Scottie-Terrier.

MT-L-ALIEN / MTJR-L-ALIEN

*Wendy the Mermaid:*
Your parents may have lied to you about mermaids, but here she is for your best canine friend to enjoy as you did as a child! Wendy will be their fantasy come true.

MT-L-MERMAID
MTJR-L-MERMAID

**Bigfoot:**
Deep in the mountains where only your dog can go, she meets with Bigfoot for a secret rendezvous of furry fun!

MT-L-BIGFOOT / MTJR-L-BIGFOOT

**Stormy Stork:**
Gentle reminders from Stormy Stork will make sure your puppy always feels snug and secure!

MT-L-STORK / MTJR-L-STORK

DURA SCALE™

MIGHTY®

55

VIP00112

# MIGHTY®

## Mighty® Bones contains **NO** white poly stuffing!

The core of the bones is a tough and durable, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.







MT-BONE-OR



MT-BONE-BL



MT-BONE-YW



MT-BONE-RD



56

VIP00113



VIP00114

# EZ-Wash
# Multiple Layer Dog Beds™



## Superior Comfort & Durability

The inner filler is 100% Polyester Fiber encapsulated in a tufted mesh Polyester lining to prevent clumping or shifting designed for resilience and comfort.

The Mighty® Dog Bed Core is zippered so you can add or remove filling and customize the firmness of your dog's bed. The core is easily removable for washing and fits perfectly with Mighty Dog Bed Sheets. SHEETS SOLD SEPARATELY.

## Machine Washable

Our durable zippered soft fleece sheets are machine washable and dryable (on Low). And since you can buy more than one set of sheets you can wash them at your convenience!

Keeping your dogs sheets fresh and clean is important, so be sure to wash your dog's bed sheets each week when you change the sheets on your own bed.

## Removable & Replaceable

Our removable sheets are also replaceable so if they ever tear or become worn they can be replaced like bed sheets without having to purchase a brand new bed. Mix and match colors to customize your dog's bed to your home. Each part of our bed including the durable covers and stuffing can be replaced, saving you money and giving your dog a familiar bed for life.

MIGHTY®

58

# THE LAST DOG BED YOU WILL EVER NEED!



MSH-36-TAN / MSH-42-TAN / MSH-60-TAN

MSH-36-GRN / MSH-42-GRN / MSH-60-GRN

MSH-36-BLUE / MSH-42-BLUE / MSH-60-BLUE

MSH-36-RED / MSH-42-RED / MSH-60-RED



**Each Layer Removable & Replaceable**

## Available in Four Colors & Three Sizes!

Customize your dog bed with four different color options! Because our sheets are sold separately, you can choose from Desert Tan, Sage Green, Midnight Blue and Wine Red to match your home decor, or simply give your pup a little variety.

### Layer 1
**All New Fiber Filling**

### Layer 2
**Inner Layer of Soft Mesh Polyester**

### Layer 3
**Protective Layer Plastic Coated Luggage Grade Material**

### Layer 4
**Outer Layer of Machine Washable Durable Soft Fleece**

## Two Piece Design
Our unique two piece design (pillow mat and bolster) makes our bed versatile and portable for travel. The removable bottom cushion can be used as a travel mat or crate mat to promote the familiarity of home in a not-so-familiar place like the boarding kennel or a camping trip.

## Saving Money
Replaceable parts save you money. Now you can replace the worn part and not the entire bed. By not having to repeatedly purchase new beds for your pet, you can spend the savings elsewhere. Your dog will thank you because they will never have the hassle of having to learn to like their new bed and getting it to smell like something that belongs to them. Just replace the parts you need.

MIGHTY ®

59



# Pack 'n Go
# DOG PACK

A durable shoulder pack with premium attachments and plenty of room for you and your dog's needs while out in the park, on a beautiful hike or on an everyday walk. Keep everything together for those long trips and car rides as well!

**Multiple Pockets:**
Plenty of room for dog toys, treats, food, waste-disposal bags, you name it! Multiple pockets and a spacious bag interior allow enough room to pack what you and your dog need for any type of travel or activity.

**Shoulder Pocket:**
Use the detachable shoulder pocket to store your phone or MP3 music player for those outings to the park or on your daily walk. Can also be attached to the Zipaway Water Bladder strap.

**Waste Disposal Bag Dispenser:**
Finally a convenient place for those all-important waste disposal bags! Keep it stocked for an easy pick-up every time. Disposal bags not included.

**Shoulder Strap:**
The all in one pattern makes this shoulder strap extra durable for everyday use. There is plenty of padding and an accompanying shoulder pocket for on-the-fly treats. The shoulder strap is fully adjustable and can detach from the base.

**Detachable Bowls:**
Two bowls that zip right from the back of your Dog Pack and can quickly be used as a water dish, food bowl or for their collection of toys!

**Zipaway Water Bladder:**
Want the water without the whole pack? Detach the Water Bladder and strap it around your waist for easy travel! The water bladder is set inside a larger pouch which also zips away from the Pack 'n Go for easy refill. The hose and easy-pour spout fit snugly onto the shoulder strap and can be removed easily for Fido's quick drink.

MP&GB-RED

**Easy-Hook Carabiner:**
Free up your hands by attaching your dog's leash to the carabiner.

60

VIP00117



# Luxury PLUSH Dog Beds

**Three Luxury Styles To Choose From!**



B&B-LUX-PINK

B&B-LUX-BLACK

B&B-LUX-BROWN



**Removable Filling** - *Inside stuffing is a soft plush poly fill material that is enclosed in a fabric pocket that can be easily removed or adjusted to keep correct shape of bed.*

**Easy Washing** - *Non-woven fabric pocket can be easily removed so you can wash the outside shell.*

**Plush Exterior** - *Outside layer is made of ultra soft faux fur for maximum enjoyment!*

*Bentley & Bunny*

2

VIP00118



16515 S. 40th St. Suite 121 · Phoenix AZ 85048

PRSRT STD
US Postage
PAID
Industry, CA
Permit no. 4166





Licensed, Manufactured and Distributed by
MYDOGTOY.COM™
Copyright © 2014 | VIP Products | All Rights Reserved | 1-866-4-DogToy

VIP00119













