# Exhibit 1

# (Part 2 of 2)



Tuffscale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
How Are They Made? . . . . . . . . . . . . . . . . . . . . . . . . . 8
Jr's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-10
Ultimate's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12
NO STUFF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Mega's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-17
Ocean Creatures . . . . . . . . . . . . . . . . . . . . . . . . . 18-19
Dinosaurs & Dragons . . . . . . . . . . . . . . . . . . . . . . 18-19
Zoo Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-21
Desert Creatures . . . . . . . . . . . . . . . . . . . . . . . . . 22-25
Aliens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-27
Barn Yards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-29
Rugged Rubber . . . . . . . . . . . . . . . . . . . . . . . . . . 34-35



Tennis Balls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36-37
Novelty Beer Bottles . . . . . . . . . . . . . . . . . . . . . . 38-40
Novelty Wine Bottles . . . . . . . . . . . . . . . . . . . . . . . . 41
Novelty Liquor Bottles . . . . . . . . . . . . . . . . . . . . . . . 42
Mr. Poops . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
iBalls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44



Rethinking Durability . . . . . . . . . . . . . . . . . . . . . . . . 45
Microfiber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Tequila Worms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Bugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
Farm Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Nature Animals . . . . . . . . . . . . . . . . . . . . . . . . . . 50-51
Massive Animals . . . . . . . . . . . . . . . . . . . . . . . . . 52-53
Safari Animals . . . . . . . . . . . . . . . . . . . . . . . . . . 54-55
Dragons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Dinosaurs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Ocean Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Arctic Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
My Parents Lied . . . . . . . . . . . . . . . . . . . . . . . . . . 60-61
Shapes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62-63
Mighty Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . 64-65
Pack 'n Go Dog Pack . . . . . . . . . . . . . . . . . . . . . . . . 66



B&B Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67



**Where's Mr. Poops?**

Mr. Poops is making his travels throughout this catalog.
Can you find all 63 places Mr. Poops is hiding?



# TUFFY® TUFFSCALE

## ALL TOYS ARE NOT CREATED EQUAL

...that is why we created the "**TUFFSCALE**".The **TUFFSCALE** is designed to give you insight on how tuff the toy you're buying compares against another. Some dogs are aggressive and can only have the tuffest toys ranked 8 and above. Other dogs may not be as aggressive or may be older and their chewing habits have slowed. If this sounds like your dog, you can consider toys ranked 5 and above.

## OUR GOAL:

Our goal is to help you purchase a toy suited for your dog's needs. All of our Tuffy® and Mighty® toys are made with the same extreme durable construction, but the shape of the toy can impact a dog's ability to penetrate the toy over time.

Use the **TUFFSCALE** to help you with your purchase. If you aren't 100% sure which toy is right for your dog call us at 1-866-4-DogToy.

We strive to make our toys the TUFFest on the market. We are continually testing and creating new toys to be both stronger and safer for your dog. As loving dog owners we only want the best toys for our dogs and yours. Indestructible is impossible... *But we will keep trying!!*

**?** Look for our **TUFFSCALE** logos while you shop to identify the most appropriate toy for your dog.

**MEGA** 10

**EXTREME** 9

**SUPER** 8

**VERY TUFF** 7

Durable 6

Strong 5

*weakest*

**MYDOGTOY.COM**™
6  1-866-4-DogToy (364-869) • (480) 704-1700

WORLD'S TUFFEST SOFT DOG TOY

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

# TUFFY®

## HOW ARE THEY MADE?

### SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### FOUR LAYERS OF MATERIAL

Tuffy® toys can have up to 4 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) can have up to 2 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.




1st Layer Soft Fleece
2nd Layer Luggage Material
3rd Layer Plastic Coating
4th Layer Luggage Material

*Disclaimer: Each toy shape and size is made differently, and because the toys are made by skilled human hands, no two toys are identical.*

### PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

### SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.

WORLDS "TUFF"EST SOFT DOG TOY



## TUFFY JR'S

**They Float, Squeak & Are Machine Washable
For Dogs 4-18lbs**

## JR RING 

The Ring has three squeakers and can be used for fetch or as a tug toy. Its soft edges won't hurt your dog's teeth or gums.



T-JR-R-RP



T-JR-R-CB



T-JR-R-PL

T-JR-R-YB

## JR ODDBALLS

For dogs that LOVE to fetch and catch! 





T-JR-OB-RP

T-JR-OB-PL



T-JR-OB-YB

T-JR-OB-CB

## JR BONE 2

Same great bone with a new design! 



T-JR-B2-RP



T-JR-B2-YB



T-JR-B2-CB



T-JR-B2-PL

8



## JR BONE (8) TUFFSCALE

For dogs that like to play, tug and whip their toys back and forth.

T-JR-B-RP   T-JR-B-PL   T-JR-B-CB

T-JR-B-YB

## JR GEAR RING (8) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-JR-GR-RP   T-JR-GR-PL   T-JR-GR-YB   T-JR-GR-CB

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

## JR 3 WAY TUG (8) TUFFSCALE

For dogs that like to play together! Get your doggie friends together for a fun-filled day.

T-JR-3WT-CB

T-JR-3WT-RP   T-JR-3WT-PL   T-JR-3WT-YB

## JR BOWMERANG (8) TUFFSCALE

Multiple squeakers make this a great toy for dogs that like to play, tug and whip their toys back and forth.

T-JR-BR-CB   T-JR-BR-RP

T-JR-BR-PL   T-JR-BR-YB

WORLD'S "TUFFEST" SOFT DOG TOY

9



# TUFFY® ULTIMATES

**They Float, Squeak & Are Machine Washable**

## RING (9) TUFFSCALE  #1 SELLER

The Ring has four squeakers and has soft edges so it won't hurt your dog's teeth or gums, making it a great toy for fetch or a game of tug.

T-U-R-RP
T-U-R-YB
T-U-R-CB
T-U-R-PL

## FLYER (8) TUFFSCALE

This Flyer has one squeaker and is the perfect toy for training your dog to catch and fetch. Its soft fleece and durable construction make it the safest disc you'll find.

T-U-FL-CB
T-U-FL-YB
T-U-FL-RP
T-U-FL-PL

## BONE (9) TUFFSCALE

For dogs that like to fetch, tug and whip their toys back and forth.



T-U-B-CB
T-U-B-YB
T-U-B-RP
T-U-B-PL

## ODDBALLS (8) TUFFSCALE

For dogs that LOVE to fetch and catch!




T-U-OB-CB
T-U-OB-RP
T-U-OB-PL
T-U-OB-YB

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

WORLD'S "TUF-EST" SOFT DOG TOY

10



## TUG-O-WAR

Great fun for everyone, and it squeaks. Two dogs can play all day with this two-ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

## 3 WAY TUG

The 3 Way Tug will easily become your dog's favorite toy! Push, pull, toss and fetch have never been so fun, so bring a friend!

## 4 WAY RING

The 4 Way Ring is a new twist on a pooch's favorite toys - the ball and the ring! Its soft edges won't hurt your dog's teeth or gums.

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700    11



# TUFFY ULTIMATES

**They Float, Squeak & Are Machine Washable**

## TIRE IRON (9) TUFFSCALE

For dogs that LOVE to pull, play and tug! This 3-way tire iron is perfect for multi-dog families who enjoy playtime together.

T-U-TI-CB  T-U-TI-PL  T-U-TI-RP  T-U-TI-YB

## BOWMERANG (8) TUFFSCALE

Squeeze one of the squeakers and then throw it! Your dog will love to bring it back. If you have two dogs each one can pull on an arm while you safely hold on to the other.

T-U-BR-PL  T-U-BR-YB  T-U-BR-RP  T-U-BR-CB

## 3 WAY RING (9) TUFFSCALE

The 3 Way Ring has a unique shape that makes it easy for dogs to pick up and tug with friends!

T-U-3WR-CB  T-U-3WR-RP  T-U-3WR-PL  T-U-3WR-YB

## TUG-O-GEAR (9) TUFFSCALE

Great fun for everyone, and it squeaks. Two dogs can play all day with this two ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-GR-RP  T-U-T-GR-PL  T-U-T-GR-CB  T-U-T-GR-YB

## GEAR RING (9) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-U-GR-YB  T-U-GR-RP  T-U-GR-PL  T-U-GR-CB

WORLD'S TUFFEST SOFT DOG TOY

12



# "TUFF" WITH NO STUFF!

## EXTREMELY DURABLE PET TOYS WITH NO "STUFF" IN THE CENTER!



NO STUFF!

T-NS-U-R-YB
T-NS-U-R-RP

T-NS-MG-R-TG

### SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### TWO LAYERS OF MATERIAL

Tuffy® No-Stuff toys can have up to 2 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) has 1 layer of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

### PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

### SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.



1st Layer Soft Fleece
2nd Layer Luggage Grade Material

NO STUFFING

TUFFY NOSTUFF



T-NS-U-T-YB / T-NS-U-T-RP

WORLDS "TUFF"EST OF DOG TOY

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700    13









# MEGA TUG-OVAL **10** TUFFSCALE

T-MG-TO-TG

T-MG-TO-CL          T-MG-TO-BR

# MEGA **10** TUFFSCALE
# CREATURES

T-MG-CR-OCT-L-TG

## JERSEY SHORE PETE

This tough guy can outlast any dog. He's got a great fake orange tan with jet black strips. Pete will take on multiple dogs in a game of tug-o-war. Or head lock one at a time! Soft edges won't hurt gums, and it floats!

T-MG-CR-OCT-S-TG

## OSCAR SCHWARZACREATURE

Oscar's rock hard bod can take on any dog in a game of fetch or tug-o-war!! He'll be back... for more play time. Soft edges won't hurt gums, and it floats!

WORLDS "TUFF"EST SOFT DOG TOY

17



# TUFFY® OCEAN CREATURES

## Washable & They Float!

**WORLDS "TUFF"EST SOFT DOG TOY**

### PURPLE PETE & LIL OSCAR
**TUFFSCALE 7**

The Pent-A-Pus and Octopus are perfect for training your dog to catch and fetch. Watch them twirl in the air when you throw them and they are great for multiple dog tug-o-war. Just ask Pete and Oscar to lend a hand.

T-OC-LARGE-OCTOPUS

T-OC-SMALL-OCTOPUS

### NEELMO
**TUFFSCALE 8**

**TUFFSCALE 7**

Throw it and your dog will love to bring it back. If you have two dogs each one can pull on each end and you can safely hold the middle.

T-OC-EEL

### THE "GENERAL"
**TUFFSCALE 9**

Throw it and your dog will love bringing it back. This "Super Starfish" won't hurt your dog when thrown and is definitely backyard approved.

T-OC-STARFISH

### GARY-GATOR
**TUFFSCALE 5**

"Captain Toothless" is the toy that won't bite back. Soon to be your dog's best friend. Fun for every dog. When your dog is tired he makes a great pillow.

T-OC-ALLIGATOR

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700



**T-DC-CRAB**

**BURTLE-TURTLE**

*(8 TUFFSCALE)*

His friends call him Burt, and this is one guy your dog will want to be friends with! Great as a pillow and all around play toy, your dog will enjoy keeping him close at all times.

**KING CRAB**

*(7 TUFFSCALE)*

This soft-shell crab has what it takes to keep your dog coming back for more. Fun to fetch, tug and whip around at your dog's leisure.

**T-DC-TURTLE**

**RAY-RAY**

*(7 TUFFSCALE)*

Great fun for everyone! This cross-eyed Stingray has a big head and wing span for your dog and a tail for you to enjoy in a game of tug.

**KILLER WHALE**

*(8 TUFFSCALE)*

This killer will give your pooch a "whale" of a time! Snuggle, tug, toss and fetch for optimum enjoyment!

**T-DC-STINGRAY**

**T-DC-LARRY LOBSTER**

**LARRY LOBSTER**

*(8 TUFFSCALE)*

Larry is your dog's "Maine" Man. Since he is a Lobster, he is ready to play all day in and out of the water. Larry can't wait for the fun to begin!

**T-DC-KILLER-WHALE**

**MYDOGTOY.COM™**

1-866-4-DogToy (364-869) • (480) 704-1700

**19**

WORLDS "TUFF"EST SOFT DOG TOY



WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY®
# OCEAN CREATURES
## Washable & They Float!

## WESLEY WHALE
You'll have a blast playing "catch and release" with this Titan of the Ocean! Great for backyard or water play.

**8** TUFFSCALE

T-OC-WHALE

## OCEAN FISH
One fish, two fish—red fish, orange fish! And juniors too. A school of fish for you!

T-OC-JR-FISH-OR

**7** TUFFSCALE

T-OC-FISH-OR

**8** TUFFSCALE

**8** TUFFSCALE
T-OC-FISH-RD

T-OC-JR-FISH-RD

**7** TUFFSCALE

## HADLEY HAMMERHEAD
**7** TUFFSCALE

Grab your boat and float to the deep to find the elusive Hammerhead! Great fun for everyone!

T-OC-HAMMERHEAD

## SHACK SHARK
**7** TUFFSCALE

Keep your legs up when this shark hits the water! Because Tuffy toys are built to float, Shack The Shark is perfect for a game of fetch in or out of water!

T-OC-SHARK

## TIGER SHARK
**7** TUFFSCALE

Frightening in the water, but fun in the living room! Tiger Shark will keep your pooch happy as he dreams of days at the ocean.

T-OC-TIGERSHARK

20

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700



**TROUT** **8** TUFFSCALE

A prize catch that would make your dog proud to be your best friend!

T-DC-TROUT-RD
T-DC-TROUT-OR

**MEGA SQUIDS** **10** TUFFSCALE

You won't need to dive 20,000 leagues under the sea to enjoy these giant squids! Perfect for fetching and tugging, the Mega Squids are made using our "MEGA" construction methods with up to 7 layers of material for extra durability!

T-DC-MG-SQUID-PK / T-DC-MG-SQUID-YW / T-DC-MG-SQUID-OR / T-DC-MG-SQUID-RD

**JR SQUIDS** **8** TUFFSCALE

Little pups love squids too! Keep your active pooch happy and at play with tuggable, fetchable JR Squids! Multiple layers of stitching and material makes this one "Tuff" toy!

**ULTIMATE SQUIDS** **9** TUFFSCALE

Ultimate Squids are the perfect pool toy for your pooch! Swim, dive, pull and play all day with these silly squids. Made using our regular construction methods with up to 4 layers of material.

T-DC-U-SQUID-OR / T-DC-U-SQUID-RD

**MYDOGTOY.COM™**

WORLD'S "TUFF"EST SOFT DOG TOY

21



# TUFFY® DINOSAURS

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

WORLD'S "TUFF"EST SOFT DOG TOY

## DESTRUCTOSAURUS (8) TUFFSCALE

### "The Lawyer Destroyer"

Beware those that twist the law and impose unwarranted threats upon others... From the Depths of Hell comes DestructoSaurus, The Lawyer Destroyer! Who dares to take a toy away from the innocent loving paws of Man's Best Friend? Never fear, DestructoSaurus is here! With sharp teeth and claws he will devour those who attempt to put restrictive shackles on his canine pals.

Stand behind your twisted view of the law, O' Evil Hater of Dogs, for Destructosaurus will punish you!

T-D-TERA

T-D-JR-TERA

(7) TUFFSCALE

(7) TUFFSCALE **PTERADACTYL**

High upon a mountain cliff, beyond the white mist of a wandering cloud sits in wait the great Pteradactyl. With its enormous wingspan it takes flight across the great expanse of chairs, couches and coffee tables. Now more than ever your dog will fly to new canine heights with this enormous prehistoric bird.

**T-REX** (7) TUFFSCALE

The beast is feared in the cold of the night and horrifies the courageous in the middle of the day. Tyrannosaurus Rex is the terror that once walked these lands, as it will once again roam through your living room. You'll watch as the king of dinosaurs is forced to submit to your king of canines.

T-D-REX

T-D-JR-REX

(7) TUFFSCALE

J-D-JR-DESTRUCTOSAURUS

T-D-DESTRUCTOSAURUS

(7) TUFFSCALE

22





**WORLDS "TUFFEST" SOFT DOG TOY**

# TUFFY ZOO ANIMALS

## GIRARD GIRAFFE
**TUFFSCALE 8**

This Giraffe is larger than most dogs and will present a challenge to any canine who dares to go up against it! The Giraffe will be a lifetime companion and will withstand even the "tuffest" of dog breeds!

## EMERY ELEPHANT
**TUFFSCALE 8**

Move over for this king of the elephants or he'll certainly topple you! Emery may look like a pushover, but he'll stand up to your pooch any time, any day, anywhere.

T-Z-ELEPHANT
T-Z-JR-ELEPHANT
**TUFFSCALE 7**

## MORRIS MONKEY
**TUFFSCALE 8**

Everyone beat your fists against your chest for Morris Monkey! Your best pal will go bananas over this mischievous monkey!

T-Z-MONKEY
T-Z-JR-MONKEY
**TUFFSCALE 7**

T-Z-GIRAFFE
T-Z-JR-GIRAFFE
**TUFFSCALE 7**

## PEABODY PENGUIN
**TUFFSCALE 7**

Pull up your britches for this perfectly prim penguin! He'll teach your pooch proper play behavior – a perfect pal for any pup.

T-Z-PENGUIN
T-Z-JR-PENGUIN
**TUFFSCALE 7**

24
**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

## HILDA HIPPO

**7** TUFFSCALE

This herbivorous Hippo is full of love and laughter for your carnivorous canine! Brighten your dog's day with a good game of tug and active play.

## PEYTON PEACOCK

The Peacock is Easy to toss and Floats! Soft edges won't hurt gums.

## TATTERS TIGER

**8** TUFFSCALE

This terrifying Tiger is a match for just about any pooch! Tatters is all about strength and endurance, so make sure your pup is in for the long-haul.

## TOGO TOUCAN

**8** TUFFSCALE

Move over Sam and get a load of Togo! This "tuff" tropical tweeter makes a colorful companion for your canine.

## BEAUFORT BEAR

**7** TUFFSCALE

Beaufort is a beautiful black bear with a big, big heart! A bit shy, your dog will need to befriend this beast for an assured best friend for life!

T-Z-HIPPO
T-Z-JR-HIPPO
T-Z-TIGER
T-Z-JR-TIGER
T-Z-PEACOCK
T-Z-BEAR
T-Z-JR-BEAR
T-Z-TOUCAN
T-Z-JR-TOUCAN

WORLD'S "TUFFEST" SOFT DOG TOY

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

25





MYDOGTOY.COM™
1-866-4-DogToy (364-669) · (480) 704-1700

T-DS-SCORPION   T-DS-SPIDER   T-DS-ARMADILLO   T-DS-PHROG-LEAP

## SCORCH
## THE SCORPION

One of the smallest, yet most fearsome creatures of the desert wants to come to your home! Put your dog on high alert for this super-fun stinger!

**8** TUFFSCALE

**8** TUFFSCALE

## PHROG LEAPING

Leap Phrog, Leap Phrog where shall you play today? Hopping up and down and all around with your dog's new *Best Phrog Phriend Phorever!*

## HARRY
## THE HOBO SPIDER

**8** TUFFSCALE

This is one Hobo spider you and your pooch don't have to be afraid of! Toss and tumble, yank and tug for hours of fantastic play!

**7** TUFFSCALE

## ARNIE
## THE ARMADILLO

See if your pooch can soften the exterior of this "Tuff" Armadillo! Watch out – Arnie might give back a little bit of attitude.

WORLD'S "TUFF"EST SOFT DOGTOY

27



# TUFFY® DESERT CREATURES

T-DS-ANT

T-DS-GILA-MONSTER

T-DS-SNAKE-RD

T-DS-LIZARD

Masters of the Mohave unite to make Desert Creatures a MUST for your dog! Battle the brave stinger of Scorch the Scorpion, slither and slide with Lizzy the Lizard, creep and crawl with Harry the Hobo Spider, or bounce around with the finicky Phineas Phrog for a playful time with your canine.

## 7 TUFFSCALE — RANT THE ANT

Ants work best as a team, so pair up your pooch with Rant the Ant and let them build a beautiful relationship!

## 8 TUFFSCALE — SCARLETT THE RED SNAKE

Good to know that red against yellow can kill a fellow; or as they say with this New Tuffy Red Snake; Red on Red is Fun for Fido.

## 7 TUFFSCALE — HAZEL GILA MONSTER

A new Tuffy toy depicting a big tough lizard that's painted like a setting sun, and packed with fun, for you and your best buddy's play time.

## 8 TUFFSCALE — LIZZY THE LIZARD

The easy-to-grab shape of Lizzy the Lizard is all your canine will need to make her his very best friend! Perfect for play with other dogs, or as a comfy chin rest.

WORLDS "TUFF"EST SOFT DOG TOY

MYDOGTOY.COM™

28  1-866-4-DogToy (364-869) • (480) 704-1700



MYDOGTOY.COM™
1-866-4-DogToy (364-869) - (480) 704-1700

T-DS-SNAKE-BK-YLW

T-DS-WARTHOG

T-DS-BAT

**7** TUFFSCALE **BELLA THE BAT**

Hold on to your sparkles! This bloodthirsty vampire bat is ready to battle your little wolf any day (or night)!

**8** TUFFSCALE **SNEAKY THE YELLOW SNAKE**

This new Tuffy Yellow Snake is a perfect toy for you to charm your dog into an absolute frenzy of fun and play.

**8** TUFFSCALE **WINNIE THE WARTHOG**

This new Tuffy toy might have an itch, an annoying little tickle, making her squirm and making her wriggle. But you do what any dog would do, and shake that chump as you bite that rump.

WORLD'S "TUFF"EST SOFT DOG TOY

29





# CAPTAIN KURKLOPS

**TUFFSCALE 8**

Take your pup to a new dimension with Captain Kurklops, the 8-legged, cyclops alien! Fly him through your backyard galaxy and watch your dog race to pluck him out of the air. Get all your dogs involved in a squeaky game of Tug, or simply lay him down for comfort to keep all the monsters away. Your pooch is sure to be pleased with this fun and adventurous toy!

## MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

# ADMIRAL O'FURY

**TUFFSCALE 8**

Take your pup to a new dimension with the classic Admiral O'Fury - a fearsome and fiery alien of the outer galaxies! Your pooch will go where no dog has gone before with this fun and adventurous toy!

T-A-FIRE ALIEN

T-A-GREEN ALIEN

# LIEUTENANT SPLOCK

**TUFFSCALE 8**

Take your pup to a new dimension with the ever favorite Lieutenant Splock - the fiery cyclops alien! Your pooch is sure to be pleased with this fun and adventurous toy!

T-A-RED ALIEN

# ALIEN SUNS & FLOWERS

**TUFFSCALE 8**

There's nothing better on a warm, sunny day than... AH! Aliens! That's right, and they're here to remind your best friend that summer is the very best time to bounce around with these fun alien balls!

T-A-BALL-FLWR-RED

T-A-BALL-JR-SUN

T-A-BALL-FLWR-FIRE

WORLD'S "TUFFEST" SOFT DOG TOY

31

# TUFFY® BARNYARDS

WORLDS "TUFF"EST SOFT DOG TOY

**MYDOGTOY.COM**
1-866-4-DogToy (364-869) · (480) 704-1700

## (7) TUFFSCALE · Polly Piggy

Polly Piggy is a playful pal prancing practically all day long, and you won't find a more perfect playmate for your pup. With plenty of panache, Polly Piggy pleases the most particular and precocious pooches.

T-BY-PIG

T-BY-JR-PIG

T-BY-W-MOUSE

T-BY-G-MOUSE

## (7) TUFFSCALE · Molly & Mo MOUSE

Eenie-meenie Molly and Mo! Your pal will be catching these mice by their toes all day long. "Tuff"er than your average door mouse, Molly and Mo will be a joy to have around.

## (8) TUFFSCALE · HOWIE Horse

This champion thoroughbred may enjoy grass and apples, but he also enjoys a good romping with his canine pals! Howie is always willing to go up against your pooch on race day, and they're sure to be neck and neck every time!

T-BY-JR-HORSE    (7) TUFFSCALE    T-BY-HORSE

## (7) TUFFSCALE · BEVO THE Bull

T-BY-BULL

T-BY-JR-BULL    (7) TUFFSCALE

There's no bull when it comes to this Bull! Bevo comes from the best of all long-horn stock and is ready to take on your canine! With super strength and durability, Bevo will be a friend for life.

32









# You or your dog?



## Extra Fun with Extra Large Balls!

For those pooches who need all the fun of a tennis ball in a larger package! The larger size will help prevent chewing. Just as easy to toss, flip and sail away for the very best games of fetch!

# Large Tennis BALLS

















You or your dog?

Add some fun, and class, to your household with *Silly Squeakers®* Novelty Wine Bottles! These soft squeaky toys come in four fun styles: Kennel-Relax'n Chardonnay, Grrrrobert Slobbery Pinot Noir, Meow Chased'One Champain (large and small) and Chewy Breederer's CrisPaw Champion! Collect all four for your fine palated pup, and please play responsibly.

These products are in no way affiliated with Kendall Jackson, Robert Mondavi Wines, Moet Champagne or Louis Roederer Champagne



# You or your dog?





No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers®* are a line of fun, creative and hilarious squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter! Mr. Poops and Mini Poo are a perfectly unique addition to your family. **With faces on both sides, they are two-faced pieces of crap!**



*I Squeak!*

**Mr. Poops**
10" High x 2" Diameter

SS-MRPOOPS

SS-MINIPOOPS

*Mini Poo*
5" High x 1.25" Diameter

43



# iballs ™

Your pooch will absolutely LOVE his or her own set of furry iBalls™! These fluffy balls come in three sizes to match a dog of any shape and size, and will set them rolling with their entertaining eyes, fluffy fur and squeaky squawks! *Silly Squeakers®* are a line of fun, creative and hilarious vinyl squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!

## "Pink-i"

Although she may appear dainty, "Pink-i" can rough and tumble with the best of dogs! With quality construction, she's sure to give your pooch hours and hours of enjoyment.

## "Brown-i"

Play a fun game of fetch and laugh as your dog happily brings back Brown-i! Sure to please all dogs!



Look for our tri-pack of extra small iBalls! The perfect gift for a pooch with many personalities!

## "Black-i"

Want a sure way to please your best friend? Give him a "Black-i"!! This soft and durable iBall will please you AND your dog by giving you both play-time and laughter.





SS-IB-L-BR    SS-IB-M-BR    SS-IB-L-BL    SS-IB-M-BL    SS-IB-L-PK    SS-IB-M-PK    SS-IB-S-BL-BR-PK

# MIGHTY ®

## Dog Toys

### Mighty® Dog Toys *rethink durability* and approach it from a new angle.

Durability is created for each toy with multiple layers of flexible materials that move with the dog's teeth instead of tearing. Compared to other toys, Mighty® dog toys have no hard edges. The result is that these toys do not promote chewing — great when you're trying to discourage chewing habits. These toys may seem plush on the outside, but all the durability features are internal making these toys soft, yet MIGHTY® strong.

**MULTIPLE ROWS OF STITCHING**
*Vulnerable areas are covered and sewn with a material binding that covers the original sewn edge. This extra binding creates multiple rows of stitching to hold the seams together.*

**DURABLE SEAMS**
*All seams are located inside the toy to discourage chewing. Vulnerable seams are protected by sewing a flexible material over the edge of the seam.*

**HIGH DURABILITY AND QUALITY**
*Each toy incorporates quality materials that provide the highest level of durability.*

**2 LAYERS OF MATERIAL**
*Each toy has a plush outer material with a layer of heavy fleece underneath. The fleece underneath is what gives this toy its strength. The fleece core holds the body of the toy together when playing games like Tug.*

**UP TO FOUR ROWS OF STITCHING**
All material seams have multiple rows of stitching, are covered with a layer of soft, flexible material and sewn together with more rows of stitching, creating a soft and durable toy with no hard edges!

**UP TO TWO LAYERS OF MATERIAL**
Outside layer is made of a tight-woven sherpa-style fleece — the result is good flexibility with high durability. Inside material is made of tight-woven brushed fleece of the heaviest weight and highest durability.

MIGHTY

45





# MIGHTY®
## WORMS

**Green Tequila Worm & Pink Tequila Worm**
No party with your pooch is complete until one of these two show up. Available in two fun bright colors, the long tail is perfect for tug-o-war and fetch.

MT-TWORM-GRN
MT-TWORM-PNK

47







# MIGHTY® NATURE

**_DURASCALE™_ Drake McQuack:**
Great for fetch and training! This "Mighty Mallard of the Midwest" will make great fun both indoors and out.

MTJR-N-DUCK
MT-N-DUCK

**_DURASCALE™_ Rocco Raccoon:**
This rascally raccoon will rival even the smartest of pooches... not to mention make a great pillow.

MTJR-N-RACCOON
MT-N-RACCOON

**_DURASCALE™_**
**Bunny McHop (brown) & Bunny McFlop (white):**
A silky-soft playmate for the lovable pup who needs a bunny in his life! Choose from two cuddly colors.

MT-N-RABBIT-BRN    MTJR-N-RABBIT BRN    MT-N-RABBIT WHT    MTJR-N-RABBIT WHT

**Eli Eagle:**
See how your dog takes on the mightiest of U.S. emblems! Eli demands respect... and a good game of fetch.

MTJR-N-EAGLE
MT-N-EAGLE

**Foxy:** _DURASCALE™_
Oh so cute and clever! Foxy will out-wit and out-last many other toys and will certainly be a fan favorite!

MT-N-FOX
MTJR-N-FOX

**_DURASCALE™_ Betsy Bear:**
It's simply un-bear-able to let this cutie go! Betsy will win your heart as well as your canine's friendship.

MT-N-BEAR

MTJR-N-BEAVER
MTJR-N-BEAR

**_DURASCALE™_ Benny Beaver:**
Benny will be a busy Beaver when it comes to entertaining your beloved pup! Swing him around or snuggle down for nap-time.

50



# MIGHTY® NATURE

**Sassafras Swan:** *DURASCALE™*
Your pooch may be an ugly duckling, but they'll feel much better when they befriend the beautiful Sassafras! A crowd pleaser and excellent addition to any living room.

**Carl Cardinal:**
If you're going to follow one Cardinal rule, make it be this: Chirp chirp, tweet, chirp chirp.

**Percy Possum!**
This guy can "play" Possum all day long! Toss him around, play fetch and Percy will never tire!

**Slinky Skunk:** *DURASCALE™*
This is one skunk your dog will LOVE getting close to! Slinky is a soft and cuddly skunk who can take the ruff-and-tumble of any pooch.

**Wilford Wolf:**
Bring out the inner wolf in your pup by opening your doors to Wilford or Wilford Jr.!

**Ollie Owl:** *DURASCALE™*
If your pooch is considered a "night owl" then Ollie will make the perfect evening companion!

**Chippy Chipmunk:** *DURASCALE™*
There's no squirreling around with this tuff, little Chipmunk! This cute little guy will easily become one of your pup's favorites!

MTJR-N-SWAN
MT-N-SWAN
MT-N-CARDINAL
MTJR-N-CARDINAL
MTJR-N-WOLF
MT-N-WOLF
MT-N-OWL
MTJR-N-OWL
MT-N-POSSUM
MTJR-N-POSSUM
MT-N-SKUNK
MTJR-N-SKUNK
MT-N-CHIPMUNK
MTJR-N-CHIPMUNK

MIGHTY®

51





# MIGHTY® MASSIVE

**Nearly twice the size of our regular animals and extra-durable for those hard-to-please pooches!**

**Massive Foxy the Fox**
There's no chance your pooch will be able to outsmart this massive fox! Tug, fetch, toss and roll with this big guy for a full day of fun.

MTMV-N-FOX

**Massive Paisley Pig**
There's nothing better than a massive pig for massive love'n! Your big dog will love snuggling up to this beautiful bacon.

MTMV-F-PIGLET

**Massive Benny Beaver**
This nearly-lifesize beaver will be your best friend's companion for life! Strong, soft and highly durable, the Massive Beaver is a MUST for any lovable pooch.

**Bunny Mchop is a Massive Rabbit**
A massive friendship first comes from a massive rabbit! There's no escape down the rabbit hole for this big bunny, just fun and frolic with your best friend!

MTMV-N-CHIPMUNK

**Massive Chippy Chipmunk**
This big chipmunk is every bit as cute as the little ones, and now there's so much more to cuddle!

MTMV-N-RABBIT-BRN

MTMV-I-BEAVER

53



# MIGHTY® SAFARI

**Ellie Elephant:**
A MIGHTY® elephant makes an excellent companion for your MIGHTY® pooch! Ellie plays a great game of "tug" and is oh-so-snuggly at night.

MT-S-ELEPHANT
MTJR-S-ELEPHANT

**Herb Hippo:**
Bring out the "wild" in your animal with Herb Hippo! This guy may look cute, but he's fiercely strong and capable of holding his own against your canine!

MT-S-HIPPO
MTJR-S-HIPPO

**Gina Giraffe:**
A perfect pal for a game of Tug, Gillian will withstand tough play from your active friend!

MTJR-S-GIRAFFE    MT-S-GIRAFFE
MTJR-S-PINK-GIRAFFE

**Rhoni Rhinocerous:**
Rhoni's impenetrable hyde will keep your dog entertained through hours of play! Bring him home today!

MT-S-RHINO
MTJR-S-RHINO

**Walter & Wanda Warthog:**
These peculiar Peccaries are perfect for your pooch! Soft and supple, this swine will certainly sooth your stray.

MT-S-WARTHOG-BR / MT-S-WARTHOG-PK

**Morty Monkey:**
Of course all pooches love to "monkey" around, and now they can get REALLY crazy with Morty! During play or rest, he'll be there to encourage your pup.

MT-S-MONKEY
MTJR-S-MONKEY

**Linus Lion:**
Make the King of the Jungle the King of your living room! Your pup will love the rivalry Linus brings to your home!

MT-S-LION
MTJR-S-LION



# MIGHTY SAFARI

**Merlin Meerkat:**
Make way for Merlin, the majestic and mischievous meerkat! Your pup's new best friend.

**Javier Javelina:**
They make look like a wild boar, but your best friend won't be bored with this awesome toy design!

**Kayla Kangaroo:**
Finally a friend as bouncy as your favorite pooch! Kayla and her little Joey are the perfect Aussie companions.

**Kohen Koala:**
The cutest animal in the kingdom deserves to have an equally cute Koala Bear to snuggle with at night. Order yours today!

**Lenny Leopard:**
When your pooch adopts this Leopard cub, they'll have a friend for life! During sleep or play, Lenny will be there.

MT-S-MEERKAT
MTJR-S-MEERKAT
MT-S-JAVELINA
MTJR-S-JAVELINA
MT-S-KANGAROO / MTJR-S-KANGAROO
MT-S-KOALA / MTJR-S-KOALA
MT-S-LEOPARD
MTJR-S-LEOPARD

MIGHTY

55



# MIGHTY® DRAGONS

**Blue Dragon**
There's no reason to be frightened of the Blue Dragon, he's just happy to fly around your house!

**Red Dragon** DURA SCALE™
Watch out for the fiery Red Dragon! But have no fear, your pup is here (to protect you, that is)!

**Green Dragon**
Move aside Puff, and make way for the new guy! This magical Green Dragon is perky, lovable, and a playmate for life.

**Yellow Dragon**
The Chinese dragon is a symbol of power, strength, and good luck, and your pooch will have all those and more with this stunning Yellow Dragon!

**Hydra** DURA SCALE™
Your canine doesn't need to be Hercules to tame this many-headed serpent... just bring along a few friends for a terrific game of tug!

MT-JR-DRAG-BLUE

MT-DRAG-BLUE

MT-JR-DRAG-RED

MT-DRAG-RED

MTJR-DRAG-YELLOW

MT-DRAG-YELLOW

MT-DRAG-GREEN

MTJR-DRAG-GREEN

MT-DRAG-HYDRA

MTJR-DRAG-HYDRA

56



# MIGHTY® DINOSAURS

**DURA SCALE™ Stu Stegosaurus**
This Stu-dious Stegosaurus will teach your dog all sorts of new tricks! Stand aside and watch your best friend play all day with his new spiky pal.

**Troy T-Rex**
He may have been King of the Jungle in prehistoric times, but now he lays pray to your powerful pooch!

**DURA SCALE™ Barnabus Brachiosaurus**
With a long neck that makes him easy to carry, this prehistoric vegetarian is sure to please even the pickiest pups!

**DURA SCALE™ Sparky Spinosaurus**
The fun-finned Sparky is ready to play! Tug, pull and pounce all day with this Mighty Dino!

**DURA SCALE™ Tristen Triceratops**
Tristan is the Mightiest Triceratops around! Until your pooch tells him otherwise, that is. Upon meeting, Tristan Triceratops will quickly become your pup's very best friend!

MTJR-DINO-STEGO
MT-DINO-STEGO
MTJR-DINO TREX
MTJR-DINO-BRACH
MT-DINO-BRACH
MTJR-DINO-BRACH
MT-DINO-TRI
MTJR-DINO-TRI
MT-DINO-SPINO
MTJR-DINO-SPINO

MIGHTY

57



# MIGHTY
## OCEAN

**DURASCALE™ Dolly Dolphin:**
Not only known for their intelligence, the dolphin also makes a perfect friend for your canine companion! Fetch, Tug and a nighttime pillow are all possible with Dolly Dolphin.

MTJR-O-DOLPHIN

MT-O-DOLPHIN

**DURASCALE™ Sammy McSnapper:**
Sammy McSnapper is great for fetch in or out of the water, and best of all this fish won't snap back!

MT-O-FISH

MTJR-O-FISH

**DURASCALE™ Hunter Hammerhead:**
Hold on to your reels! This shark is one "tuff" bad-boy of the ocean. Fun games of fetch and tug-o-war will make Hunter one awesome catch!

MT-O-HAMMERHEAD

MTJR-O-HAMMERHEAD

MT-O-MARLIN

MTJR-O-MARLIN

**Marvin Marlin:**
Marvin is one prize catch! But instead of mounting him on your wall try setting your pooch after him! You're certain to have a "fetching" good time.

MT-O-SEAHORSE

**DURASCALE™ Sarafina Seahorse:**
There will be a sea of drool from your pooch when he saddles up with Sarafina and takes him for a ride in your living room!

MTJR-O-SEAHORSE

**Gideon Goldfish:**
Something smells fishy... Oh! It must be Gideon Goldfish! This perfectly plush fish will be an everlasting friend.

MTJR-O-GOLDFISH

MT-O-GOLDFISH

**DURASCALE™ Paco Prawn:**
The party never ends when Paco's on your pooch's pallet! Play hard and relax after a fun day with this persnickety prawn.

MT-O-PRAWN

MTJRMTJR-O-PRAWN

**Wylie Whale:**
He may be a "Killer" Whale, but Wylie won't kill your dog's teeth! Soft and plush, yet sturdy and strong construction makes the perfect play toy for your pooch.

MT-O-WHALE

MTJR-O-WHALE

58



# MIGHTY ARCTIC

**Woody Wooly Mammoth:**
There's nothing better than a Woolly Mammoth to snuggle down with on a cold winter evening... and better yet, to play with on a warm summer day!

**Wilburr McPaw:**
This strong and chilly companion will please any pooch!

**Wally Walrus:**
Wally can play all day long and never get tired! Toss him as far as you can and watch your pup go after him!

**MukMuk Eskimo:**
Keep MukMuk around so Rover feels like he has a little friend of his own. She's always up for a good game of fetch or hide-and-seek!

MT-A-WALRUS

MTJR-A-WALRUS

MT-A-POLAR BEAR

MTJR-A-POLAR BEAR

**Stan Sabertooth:**
You may have thought the Sabertooth was extinct, but he's back to take on your favorite furry friend!

**Santa:**
Every day is Christmas when Santa's nearby! Keep the holidays near with Mr. Kringle by your canine's side.

MT-A-ESKIMO

MTJR-A-ESKIMO

**Sandy Seal:**
Nothing is cuter than a baby seal — except your dog of course! Bring this pair together for a lifetime of love.

MTJR-A-MAMMOTH

MT-A-MAMMOTH

**Penny Penguin:**
Your pooch will be more than happy to slip and slide with this Penguin by his side!

MTJR-A-PENGUIN

MT-A-PENGUIN

MTJR-A-SABERTOOTH

MT-A-SABERTOOTH

MT-A-SANTA / MTJR-A-SANTA

MT-A-SEAL

MTJR-A-SEAL

MIGHTY

59



# MIGHTY®

## MY PARENTS LIED...

**DURA SCALE™**
**Caesar Centaur:**
Bring the best of the mythical creatures home for your best friend to enjoy.

**DURA SCALE™**
**Neptune:**
Sweet dreams of the rolling sea can only be made by the God who controls it... and wearing out your pooch from hours of play time helps too!

MT-L-NEPTUNE / MTJR-L-NEPTUNE

MT-L-CENTAUR / MTJR-L-CENTAUR

MT-L-MEDUSA / MTJR-L-MEDUSA

**DURA SCALE™**
**Unice Unicorn**
No amount of slobbery love can take the beauty out of these Unicorns!

**DURA SCALE™**
**Medusa:**
While you may not be able to look upon her without turning to stone, your curious canine has the unique power to turn it against her! Let them fight it out in a battle of epic proportions.

MT-L-UNICORN / MTJR-L-UNICORN

**Lester Leprechaun:**
Your pup will have no problem following this leprechaun to his pot of gold! Great for hide-and-seek!

MT-N-LEPRECHAUN
MTJR-N-LEPRECHAUN

MT-L-PEGASUS / MTJR-L-PEGASUS

**DURA SCALE™**
**Pearl Pegasus:**
Fly away to lands afar on the perfect Pegasus! She will safely land your best friend safely on their feet.

60



# MIGHTY®
## MY PARENTS LIED...

**DURA SCALE™**

**Minny Minotaur:**
Your beast will be eager to learn more of this beast! Perfect shape and strength for toss and tug games.

MT-L-MINOTAUR / MTJR-L-MINOTAUR

**DURA SCALE™**

**Albert Alien:**
Greetings Martians! What? You didn't think we were real? Think again! Beam me up Scottie-Terrier.

MT-L-ALIEN / MTJR-L-ALIEN

**Wendy the Mermaid:**
Your parents may have lied to you about mermaids, but here she is for your best canine friend to enjoy as you did as a child! Wendy will be their fantasy come true.

MT-L-MERMAID
MTJR-L-MERMAID

**DURA SCALE™**

**Bigfoot:**
Deep in the mountains where only your dog can go, she meets with Bigfoot for a secret rendezvous of furry fun!

MT-L-BIGFOOT / MTJR-L-BIGFOOT

**DURA SCALE™**

**Stormy Stork:**
Gentle reminders from Stormy Stork will make sure your puppy always feels snug and secure!

MT-L-STORK / MTJR-L-STORK

MIGHTY

61

# MIGHTY®

## Mighty® Bones contains **NO** white poly stuffing!

The core of the bones is a tough and durable, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.





DURA SCALE™



MT-BONE-OR



MT-BONE-BL



MT-BONE-YW



MT-BONE-RD



62



# *Ez-Wash*
# **Multiple Layer Dog Beds**™

**MIGHTY**



## Superior Comfort & Durability

The inner filler is 100% Polyester Fiber encapsulated in a tufted mesh Polyester lining to prevent clumping or shifting designed for resilience and comfort.

The Mighty® Dog Bed Core is zippered so you can add or remove filling and customize the firmness of your dog's bed. The core is easily removable for washing and fits perfectly with Mighty Dog Bed Sheets. SHEETS SOLD SEPARATELY.

## Machine Washable

Our durable zippered soft fleece sheets are machine washable and dryable (on Low). And since you can buy more than one set of sheets you can wash them at your convenience!

Keeping your dogs sheets fresh and clean is important, so be sure to wash your dog's bed sheets each week when you change the sheets on your own bed.

## Removable & Replaceable

Our removable sheets are also replaceable so if they ever tear or become worn they can be replaced like bed sheets without having to purchase a brand new bed. Mix and match colors to customize your dog's bed to your home. Each part of our bed including the durable covers and stuffing can be replaced, saving you money and giving your dog a familiar bed for life.

# THE LAST DOG BED YOU WILL EVER NEED!

MIGHTY ®



MSH-36-TAN / MSH-42-TAN / MSH-60-TAN

MSH-36-GRN / MSH-42-GRN / MSH-60-GRN

MSH-36-BLUE / MSH-42-BLUE / MSH-60-BLUE

MSH-36-RED / MSH-42-RED / MSH-60-RED



Each Layer
Removable &
Replaceable

## Available in Four Colors & Three Sizes!

Customize your dog bed with four different color options! Because our sheets are sold separately, you can choose from Desert Tan, Sage Green, Midnight Blue and Wine Red to match your home decor, or simply give your pup a little variety.

## Layer 1
All New
Fiber Filling

## Layer 2
Inner Layer of
Soft Mesh
Polyester

## Layer 3
Protective Layer
Plastic Coated
Luggage Grade
Material

## Layer 4
Outer Layer of
Machine Washable
Durable Soft Fleece

## Two Piece Design

Our unique two piece design (pillow mat and bolster) makes our bed versatile and portable for travel. The removable bottom cushion can be used as a travel mat or crate mat to promote the familiarity of home in a not-so-familiar place like the boarding kennel or a camping trip.

## Saving Money

Replaceable parts save you money. Now you can replace the worn part and not the entire bed. By not having to repeatedly purchase new beds for your pet, you can spend the savings elsewhere. Your dog will thank you because they will never have the hassle of having to learn to like their new bed and getting it to smell like something that belongs to them. Just replace the parts you need.

# Pack 'n Go
# DOG PACK

A durable shoulder pack with premium attachments and plenty of room for you and your dog's needs while out in the park, on a beautiful hike or on an everyday walk. Keep everything together for those long trips and car rides as well!

**Multiple Pockets:**
Plenty of room for dog toys, treats, food, waste-disposal bags, you name it! Multiple pockets and a spacious bag interior allow enough room to pack what you and your dog need for any type of travel or activity.

**Shoulder Strap:**
The all in one pattern makes this shoulder strap extra durable for everyday use. There is plenty of padding and an accompanying shoulder pocket for on-the-fly treats. The shoulder strap is fully adjustable and can detach from the base.

**Shoulder Pocket:**
Use the detachable shoulder pocket to store your phone or MP3 music player for those outings to the park or on your daily walk. Can also be attached to the Zipaway Water Bladder strap.

**Detachable Bowls:**
Two bowls that zip right from the back of your Dog Pack and can quickly be used as a water dish, food bowl or for their collection of toys!

**Zipaway Water Bladder:**
Want the water without the whole pack? Detach the Water Bladder and strap it around your waist for easy travel! The water bladder is set inside a larger pouch which also zips away from the Pack 'n Go for easy refill. The hose and easy-pour spout fit snugly onto the shoulder strap and can be removed easily for Fido's quick drink.

**Waste Disposal Bag Dispenser:**
Finally a convenient place for those all-important waste disposal bags! Keep it stocked for an easy pick-up every time. Disposal bags not included.

MP&GB-RED

**Easy-Hook Carabiner:**
Free up your hands by attaching your dog's leash to the carabiner.

MIGHTY ®

66



# Luxury PLUSH Dog Beds

**Three Luxury Styles To Choose From!**



B&B-LUX-PINK

B&B-LUX-BLACK

B&B-LUX-BROWN



**Removable Filling** - *Inside stuffing is a soft plush poly fill material that is enclosed in a fabric pocket that can be easily removed or adjusted to keep correct shape of bed.*



**Easy Washing** - *Non-woven fabric pocket can be easily removed so you can wash the outside shell.*

**Plush Exterior** - *Outside layer is made of ultra soft faux fur for maximum enjoyment!*

*Bentley & Bunny*





**Products**
Product Design and Manufacturing

16515 S. 40th St. Suite 121 • Phoenix AZ 85048



PRSRT STD
US Postage
PAID
Industry, CA
Permit no. 4166





Licensed, Manufactured and Distributed by
**MYDOGTOY.COM**

Copyright © 2015 | VIP Products | All Rights Reserved | 1-866-4-DogToy