# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


VIP PRODUCTS, L.L.C., an Arizona    )
limited liability company           )
                                    )
    Plaintiff and Counterdefendant; )
                                    )
            vs.                     ) No. 2:14-cv-02057-DGC
                                    )
JACK DANIEL'S PROPERTIES, INC., a   )
Delaware corporation,               )
                                    )
    Defendant and Counterclaimant.  )
_____)




DEPOSITION OF PHILIP EPPS

Louisville, Kentucky

July 17, 2015




Prepared by:

Catherine Shay, CM

Philip Epps - July 17, 2015                          48

```
1          A.        Tobey's better to answer that question
2     than me.  I'll miss some if I do that.
3          Q.        Fair enough.  And you've not searched
4     for -- well, have you attempted to get any anecdotal
5     feedback from the trade regarding the impact or
6     non-impact of the Bad Spaniels toys?
7          A.        No.
8          Q.        And in fact you've received no --
9     you've received no feedback from the trade regarding
10    the impact of or not impact of the Bad Spaniels toys?
11                   MR. LARKIN:  Asked and answered.
12                   THE WITNESS:  I haven't.
13         Q.        I only have one copy of this.  Go
14    ahead and mark this as Exhibit 57.
15          (EPPS DEPOSITION EXHIBIT 57 MARKED).
16         Q.        I've handed you, Mr. Epps, what has
17    been marked as Exhibit 57.  I'll tell you that they
18    were produced by your counsel two days ago to me.  And
19    you can see they have Bates numbers, I think at the
20    bottom.
21                   MR. LARKIN:  Lower right corner
22    usually.
23         Q.        Bottom right.
24         A.        Okay.
25         Q.        And I would ask are you familiar
```

Philip Epps - July 17, 2015                        49

```
 1   with -- these appear to be advertisements for Jack
 2   Daniel's in one form or another; is that correct?
 3            A.    So there's a mixture here of what I
 4   would call advertising but then also some promotional
 5   material.
 6            Q.    Okay.  And let's just go through them
 7   by Bates number.  I know the same advertisement can
 8   appear on several pages.
 9            A.    Yes.
10            Q.    If you could look at the first one
11   and, I'm sorry, if you could read the Bates numbers
12   out.
13            A.    JDPI 004451 and JDPI 004452.
14            Q.    Okay.  Are you familiar with that
15   advertisement?
16            A.    I am.
17            Q.    Okay.  What is it?
18            A.    It's a bottle of Jack Daniel's on a
19   cushion with no label on it.
20            Q.    Okay.  Is that the back side, the
21   backside of the Jack Daniel's Black Label is
22   unlabeled; correct?
23            A.    The whole bottle is unlabeled apart
24   from the neck.
25                  MR. LARKIN:  I think he's referring to
```

Philip Epps - July 17, 2015                    50

```
 1  the actual physical bottle; is that right?
 2          Q.      The physical bottle you can buy in the
 3  store.
 4          A.      I'm sorry, can you ask the question
 5  again?
 6          Q.      The physical Black Label bottle you
 7  can buy in the store has a label on three sides.
 8          A.      No.  It has one label on the front
 9  that wraps around to the side and then it has a label
10  on the back.
11          Q.      It does have a label on the back.
12  Okay.  Sorry.  In other depositions I've had the
13  bottle and I didn't get a chance to bring one here.
14  That's a naked bottle for Playboy?
15          A.      It is.
16          Q.      Do you know when that advertisement
17  ran?
18          A.      It says on there, looks like it was
19  2013.  So that sounds about right.
20          Q.      Do you know if this particular
21  advertisement was run in any other media other than
22  Playboy magazine?
23          A.      No, we created this specifically for
24  Playboy and it was an anniversary edition.
25          Q.      Is the kind of the gist of it that
```

JDPI004451



JDPI004452

DRINK IT IN. RESPONSIBLY.



JDPI004454

Sandra-Bargainnier, associate professor of exercise science at Syracuse University and coordinator of SU's health and physical education programs. "Children also need unstructured play with peers to learn skills such as compromise, negotiation and modification of games and activities."

Many children lead primarily sedentary indoor lifestyles. Outdoor play and exercise is fading from the American scene, while for Americans obesity, diabetes and other chronic illnesses are on the rise.

"Children should always be encouraged to spend as much time as possible out-



Onondaga Park, June 2010: Getting kids outdoors during all seasons ensures a level of good health, as well as a healthy habit that will likely translate to their adult years.

doors, regardless of the time of the year," suggests Syracuse pediatrician Robert Dracker, "either to play or to learn more

about the natural world we live in, not just the evolving electronic one that seems to be ever more consuming our attention,"

provides kids the opportunity to get to know the natural world around them through exploration and observation," explains Valerie Luzadis, Ph.D., professor of forest policy and economics and chair of the department of environmental studies at SUNY College of Environmental Science and Forestry. "Understanding oneself within the context of the weather is just one small and important example. Learning what a storm sky looks like, or that when the wind blows so you can see the backs of the leaves, it means a storm is coming—this happens outside."





JDPI004457

Am New York

8

amNewYork, TUESDAY, MARCH 12, 2013    amny.com

# BUZZ
with JULIE GORDON
jgordon@am-ny.com

## An animated afternoon

It was Sunday Funday for Ryan Reynolds and Blake Lively.

The married two-some hit up the morning premiere of Reynolds' animated flick "The Croods" at Lincoln Square, followed by a celebratory brunch on the Upper West Side with 20 of their closest friends.

The group, who for good a private room at restaurant Sugar and Plumm for a table at the back of the eatery, arrived at about 1:30 p.m., and dined on brunch goodies like lemon ricotta pancakes, grits and milkshakes, said a witness, plus a three-tier homemade cake that "everyone included in."

Thirty-six-year-old Reynolds, who was previously married to actress Scarlett Johansson, and 25-year-old Lively walked down the aisle in September.



# Lauer on Curry's exit

**Matt Lauer** is finally opening up about the controversial Ann Curry-Savannah Guthrie switcheroo that rocked NBC's "Today" show last year.

"I don't think the show and the network handled the transition well," the longtime "Today" anchor, left, told The Daily Beast's Howard Kurtz. "You don't have to be Einstein to know that."

"It clearly did not help us. We were seen as a family, and we didn't handle a family matter well," Lauer added of NBC's decision to ax the popular Curry, near left, after less than a year working alongside Lauer as co-anchor ... and quickly replacing her with Guthrie.

One of the potential consequences? A ratings drop, putting "Today" behind ABC rival "Good Morning America" for the first time in 16 years — something Lauer says isn't all bad.

"In some ways being No. 2 in the ratings is a real shot in the arm, a kick in the pants," Lauer said. "It makes you hungrier ... I don't think it's a bad thing to have a fire lit under your a--."

## Bloodsucking beauty regimen for Kim

Bek!

Kim Kardashian's latest beautification ritual is bloody over-the-top.

On Sunday's episode of "Kourtney and Kim Take Miami," the reality star got a "vampire facial," in which blood is taken from the client's arm and injected into her face with tiny needles in the name of a more youthful appearance.

The now-pregnant Kardashian cried out in pain during the process — which also looked creepy since her face was covered in droplets of blood.

"Oh my God, I will never get a face-lift if it feels like that," said the 32-year-old.



## 'Big Bang' gang hits Village eatery

They hang out off screen, too.

**Jim Parsons** and **Mayim Bialik** — who play opposite each other on CBS comedy "The Big Bang Theory" — dined with a party of five at West Village hot spot Recette on Monday night. The whole table ordered Chef Jesse Schenker's seven course tasting menu, but Bialik, 37, "opted for a vegan tasting," said a spy.

"It was an upbeat business dinner," said the witness.



sightings



Lauren Hutton eating dinner at The Noho Star



Megan Hilty having burgers and fries with her parents at Hudson Common at Hudson Hotel



AnnaSophia Robb visiting the Empire State Building with two friends



Hill Harper working out at Crunch in Union Square

JULIE GORDON WANTS TO KNOW
FOLLOW HER ON TWITTER
juliereed@am-ny.com



LIVE FROM
GRAND CENTRAL
~ NEW YORK CITY ~
04/08/2013
GO TO JDLIVEATTHELANDMARK.COM FOR A CHANCE TO WIN TICKETS    #JACKLIVE
DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.

JDPI004463

Folio AWN  2-7-12

# NewsBuzz

**Flying High**

"The greatest commitment to the history of Jacksonville International Airport." —How JIA spokesman Michael Stewart described the full effect of the announcement. CNN anchor Erin Burnett gave to JIA. As has been Tweeted and Facebooked and generally celebrated, Burnett raved about the airport's public art [...] in Concourse C's men's bathroom, pile work, coming spaces, live murals and helpful employees after she was delayed at JIA following the Republican debate [...] Isn't [...], "I think it might be America's best airport," also said on "Erin Burnett OutFront" on Jan. 27. JIIF also got some love from CNN anchor Wolf Blitzer, who called the campus "beautiful" and "fabulous."



**Correction**

The Jan. 31 cover story "Cristen Conversion" said that Sheriff John Rutherford endorsed Matt Shirk in his successful bid for public defender in 2008. Sheriff Rutherford supported Shirk's opponent Bill White. Also, the story stated that E. Gray Thomas had joined the team of private attorneys representing Cristian Fernandez. The attorney's name is D. Gray Thomas.



**Fear & Loathing**

"He's basically in indict the jury in land."
— Police and Fire Pension Fund governing board member Peter Sisrman, describing fund critic Curtis Lee to the Florida Times-Union. Lee plans to contest a settlement Sisrman worked out with the

Florida Commission on Ethics to pay $2,000 for incorrectly filing out his 2008-'09 financial disclosure forms. Lee contends the fine is too small and doesn't absolve of enough a clarification of Sisrman's activity and assets. Lee wants Sisrman to resign the board because he no longer lives in Duval County, one of the requirements for membership.

**No ARRRGument**

"Strimping through the Years" — theme for the 2012 Pirate Parade in Fernandina Beach, part of the Isle of Eight Flags Shrimp Festival. To find out how to enter the parade of shrimp footage of floats from last year's parade, contact shrimpfestival.com and check out the photo, or call parade director DesireE Linkel at 261-7520.







## THIS MODERN WORLD                                    by TOM TOMORROW





## JACK DANIEL'S
### No 7 BRAND

## STUDIO NO. 7

## LIVE on
## WEDNESDAY FEBRUARY 15, 2012
## in JACKSONVILLE, FL

# BRETT DENNEN

## GO TO JDStudioNo7.com
## FOR YOUR CHANCE TO GET IN!

LEAVE THE SHOW TO THE BAND. PLEASE ENJOY RESPONSIBLY.
Must be 21 years or older to participate. See official rules at JDStudioNo7.com. Invites are limited.

Playbion
~7/11



A TOAST TO **YOUR** NEW HONEY
FROM **OUR** NEW HONEY.



# Congratulations
## HEF AND CRYSTAL

**YOUR FRIENDS AT JACK DANIEL'S REMIND YOU
TO PLEASE CELEBRATE RESPONSIBLY.**

JACK DANIEL'S, OLD NO. 7 and TENNESSEE HONEY are trademarks. ©2011 Jack Daniel's. Tennessee Whiskey 40% Alc./Vol. (80 proof).
Whiskey Specialty. 35% Alc./Vol. (70 proof) Distilled and Bottled by Jack Daniel Distillery, Lynchburg (POP. 361), Tennessee. Come visit us at www.jackdaniels.com

JDPI004453





JDPI004456



PROMOTION

# LIVE AT THE LANDMARK



Some say that great music has been as big a part of Jack Daniel's history as great whiskey. This spring, Jack Daniel's kicked off a 5-stop tour to great American landmarks across the country, providing exceptional evenings filled with live music and smooth Tennessee Whiskey.

On May 10th, live from the legendary backyard of the 5 acre, 22 room Playboy Mansion, and in support of Operation Gratitude, Jack Daniel's Live at the Landmark concert with Delta Spirit rocked the house for a night that will go down in history.

Photos by Eric Reichbaum, Ilya Savenok and Christopher Victorio



Miss June 2004 Hiromi Oshima with
Miss May 2012 Nikki Leigh



Miss October 2012 Pamela Horton, Miss June 2004 Hiromi Oshima, Playmate
of the Year 2013 Raquel Pomplun, and Miss May 2012 Nikki Leigh with guest



DJ D-Wrek



Playmate of the Year 2005 Tiffany Fallon with
husband Joe Don Rooney of Rascal Flatts



Miss May 2012 Nikki Leigh with
Miss October 2012 Pamela Horton



July 13
Playboy

**OPERATION GRATITUDE**
SENDING CARE PACKAGES TO U.S. MILITARY

Find out how you can get involved
OperationGratitude.com

DELTA
SPIRIT

JDPI004460



Singer Sebastian Bach and guest

Actress Tara Reid

Actor Stephen Dorff

VIP Guest

Playmates and guests with actor Corey Feldman

JACK DANIELS.

DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.
Jack Daniel's and Old No. 7 are registered trademarks. © 2013 Jack Daniel's Tennessee Whiskey alcohol
40% by volume (80 proof). Distilled and bottled by Jack Daniel Distillery, Lynchburg, Tennessee.

JDPI004461