# Exhibit 4

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

VIP Products, L.L.C., an Arizona )
limited liability company,       )
                                 )
  Plaintiff and Counterdefendant, )
                                 )
           vs.                   ) No. 2:14-cv-02057-DGC
                                 )
Jack Daniel's Properties, Inc., a )
Delaware corporation,            )
                                 )
  Defendant and Counterclaimant, )
_____)

DEPOSITION OF GERALD L. FORD

Huntington Beach, California

Wednesday, August 19, 2015

REPORTED BY:
BARBARA R. SWENGEL
RPR, CSR NO. 7415

Coash & Coash, Inc.
602-258-1440           www.coashandcoash.com

1           THE WITNESS:  Okay.
2           (Brief recess.)
3           (Mr. Ezell leaves the deposition
4      room at this time.)
5           MR. BRAY:  Back on the record.
6           MR. LARKIN:  I think Dr. Ford wants to correct
7      one of his previous responses.
8           (Mr. Ezell enters the deposition
9      room at this time.)
10          THE WITNESS:  I do.
11          When we were on our break, Matt reminded me
12     that in the Converse case, we did secondary meaning, not
13     likelihood of confusion.
14     BY MR. BRAY:
15     Q    Okay.  Thank you.  And a secondary meaning
16     survey is different than a likelihood of confusion
17     survey; correct?
18     A    It typically is.
19     Q    Typically you would ask different questions in
20     a secondary meaning survey than you would ask in a
21     likelihood of confusion survey?
22     A    Although there are courts that have accepted
23     results from a likelihood of confusion survey as
24     evidence of secondary meaning.  And I think the classic
25     example is the Union Carbide versus Eveready case,

1  where the Seventh Circuit found survey results supported
2  a finding of secondary meaning even though the survey
3  was directed at likelihood of confusion.
4       Q    Okay.  I appreciate that, but in terms of if
5  you were retained by counsel to provide an opinion or to
6  investigate an issue, and the issue was likelihood of
7  confusion -- or I'm sorry -- was secondary meaning, you
8  would construct a survey that would ask different
9  questions than you would if it was a likelihood of
10 confusion survey?
11      A    Generally that's true, although it's probably
12 not universally true.
13      Q    Okay.  Can you think of a case where -- that
14 you've been involved in where you provided a -- or you
15 conducted -- well, strike that.  Bad question.
16           Can you think of a case that you were involved
17 in where you were asked to provide an opinion for
18 secondary meaning and conducted a survey to determine
19 secondary meaning where the survey that was conducted
20 through you asked the same questions as what would be
21 asked in a likelihood of confusion survey?
22           MR. LARKIN:  Objection to form.
23           THE WITNESS:  The only one that comes to mind
24 right off the top of my head is the -- one of the Jack
25 Daniel's cases, the Sweet Revenge case, where I think we

```
 1    did a likelihood of confusion survey.  And I opined that
 2    the results of that showed --
 3        Q    We'll get to that later.
 4             MR. LARKIN:  Yeah.  That's fine.
 5             MR. BRAY:  I appreciate that.  Saving us some
 6    time.
 7             THE WITNESS:  Matt, could you look at that and
 8    make sure there's no marks?
 9    BY MR. BRAY:
10        Q    So the Sweet Revenge case, you --
11        A    I believe so.
12        Q    -- you provided an opinion regarding secondary
13    meaning?
14        A    Regarding -- I provided opinion -- an opinion
15    with respect to likelihood of confusion, and I said it
16    also provided evidence of secondary meaning.
17             And I think you can see this in McCarthy.
18    McCarthy says you can't have -- at least in a standard
19    likelihood of confusion survey, you can't have
20    likelihood of confusion if you don't have secondary
21    meaning.
22        Q    You're not offering an opinion in this case
23    that one or more elements of Jack Daniel's trade dress
24    has secondary meaning?
25        A    No.  I'm not offering an opinion about one or
```