# Exhibit 7



JDPI000506



JDPI000507

THE LORE OF THE SOUTHLAND DEPICTS "MOONSHINERS" DODGING "REVENOOERS" AND BAYING HOUNDS AND "WHITE LIGHTNING" SO STRONG IT COULD BLIND (WHICH ACTUALLY HAS SOME BASIS IN FACT). HOW DID LEGIT TENNESSEE WHISKEY GET ITS START? THE ANSWER WILL SURPRISE YOU -- WITH A TEENAGER, JACK DANIEL.

### WHISKEY FROM THE "HOLLOW"

When you arrive at Jack Daniel's you see immediately why the area is referred to as a "hollow." Beautiful rolling hills and towering woods of Lynchburg (pop. 361) stretch in all directions, with the distillery nestled among them. Locals also tell you it's a "holler," because if you stand on a hill and yell, the echo will call people to dinner.

One of 13 children, Jasper Newton "Jack" Daniel ran away from home at the age of six after his mother died and his father remarried. The Rev. Dan Call, a Lutheran minister by vocation and whiskey maker by avocation, befriended the lad and eventually made him a partner. Rev. Call gave up his double life in September 1863 and sold Jack the business. Jack was 13. He licensed the distillery with the federal government in 1866, making it the first, and therefore oldest, registered distillery in the U.S. It's also on the National Register of Historic Places. A diminutive man of 5 feet 2 inches tall, Jack became the giant of his industry; and now Jack Daniel's is the largest whiskey brand in the world, 11 million cases annually.

Jack's nephew, Lem Motlow, began working at the distillery in 1887. When his uncle died in 1911, Lem took over. Jack's death was just as dramatic as his life. In frustration when his safe wouldn't open, he kicked it, injuring his foot. Eventually gangrene set in. He died six years later. The Brown-Forman Beverage Company in Louisville, KY, acquired Jack Daniel's in 1956.

### MAKING WHISKEY

Whiskey is not bourbon. Tennessee makes whiskey. Kentucky makes bourbon. But up to a point, the production processes parallel.

One of Jack's shrewdest moves was to relocate the distillery to its present site where one of those made-to-order limestone filtering springs flows from a cave, always at 56°F., at 800 gallons a minute. As with bourbon, corn, rye, and barley malt are the grains of the mash. At Jack Daniel's, it ferments in 40,000-gallon vats; the resultant "stiller's beer" is sent to a copper still to be distilled, not once, but twice. During production, the "proof" again drops, from 140 to 80 (Old No. 7 and Gentleman Jack) or 94 (Single Barrel). So far they're still making bourbon.

Here's the difference. Instead of going immediately into barrel to age, the alcohol is "mellowed" by dripping slowly through 10 feet of hard maple charcoal. To make the charcoal, maple logs are aged for a year, then sawed into 2"x2"x4" slats that are cross-stacked six feet tall into "ricks" and aged another six months. Fired at 1200 to 1500°F, the ricks create a blaze that makes a pep rally bonfire look like a BBQ. The resultant charcoal is ground into small "pebbles." When our guide opened the lid of one of the 12 mellowing tanks, the aroma reminded me of a hearty multi-grain cereal. Then, after mellowing, it goes into charred white oak barrels for aging. At Jack Daniel's there are seven warehouses holding from 6,059 to 20,160 barrels each. Remember that global demand!

You can't miss Jack Daniel's on the shelf. To set his whiskey apart from others, Jack used a distinctive square bottle for Old #7. Lots of tales circulate regarding the name. Some say it's Jack's seventh recipe. Others believe it refers to seven lady friends, or the last one, because Jack never married. It could also be "lucky number seven." Always the clever marketer, Jack formed the Silver Cornet Band in 1892 to play at his two saloons in Lynchburg Square, the White Rabbit and Red Dog, to attract business.



*Elaborate costumes for country music stars. Photo courtesy of Nashville Convention & Visitors Bureau/Country Music Hall of Fame & Museum.*

JDPI000508