# Exhibit 8

This exhibit was physically filed with the Court.