QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **CONSENT MOTION FOR LEAVE TO FILE A NON-ELECTRONIC EXHIBIT** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

QB\37734588.1

CONSENT MOTION FOR LEAVE TO FILE A NON-ELECTRONIC EXHIBIT

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, section N(2), Defendant Jack Daniel's Properties, Inc., ("JDPI"), by and through undersigned counsel, move for an Order granting leave to file a non-electronic exhibit. JDPI seeks to file an exhibit (Exhibit 8) to the Declaration of Christopher C. Larkin In Opposition To Plaintiff's Motion for Summary Judgment (Doc. 145). This exhibit consists of:

> an actual physical copy of the current Jack Daniel's Tennessee whiskey bottle referenced in this case (Exhibit 8).

JDPI is unable to file this exhibit electronically and needs to file it physically because this exhibit is a physical thing which cannot be filed electronically via ECF. JDPI informed Plaintiff VIP Properties, LLC that Defendant would be filing this motion and VIP consented to the filing of this motion.

A proposed form of Order is lodged concurrently herewith.

DATED: December 11, 2015        Respectfully submitted,

 /s/ Isaac S. Crum
Gregory P. Sitrick (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin
(admitted pro hac vice)
clarkin@seyfarth.com

QB\37734588.1

1

CONSENT MOTION FOR LEAVE TO FILE A NON-ELECTRONIC EXHIBIT

1

2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219

2

3

4

*Attorneys for Jack Daniel's Properties, Inc.*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QB\37734588.1

2

CONSENT MOTION FOR LEAVE TO FILE A NON-ELECTRONIC EXHIBIT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*

Isaac S. Crum

QB\37734588.1