IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaims. | ) | |

Having considered Jack Daniel's Properties, Inc.'s ("JDPI") Consent Motion for Leave to File Non-Electronic Exhibits (Doc. ___), and good cause appearing,

**IT IS ORDERED** granting the Consent Motion for Leave to File Non-Electronic Exhibits (Doc. ___).

**IT IS FURTHER ORDERED** that JDPI shall file with the Clerk's Office at the U.S. District Court, District of Arizona, Phoenix, Arizona, no later than _____ on _____, 2015, the non-electronic exhibits along with a Notice of Filing Non-Electronic Exhibits, said exhibits to be retained in the Clerk's Office.

QB\37734592.1