<u>Exhibit List to Responsive and Additional Statement of Facts in Support of VIP's Response to Jack Daniel's Properties' Motion for Partial Summary Judgment</u>

| | |
|---|---|
| A……………... | JDPI's Answer to Amended Complaint |
| B……………... | JDPI's Answer and Counterclaim |
| C……………... | Deposition Transcript of David Gooder |
| D……………... | Deposition Transcript of Philip Epps |
| E……………... | Deposition Transcript of Steve Sacra |
| F……………... | Physical Copy of SILLY SQUEAKERS® "Bad Spaniel's" dog toy |
| G……………... | Declaration Transcript of Stephen Sacra |
| H……………... | Deposition Transcript of Elle Phillips |
| I……………... | Deposition Transcript of Toby Roush |
| J……………... | 30(b)(6) Deposition Transcript of Stephen Sacra |
| K……………... | Plaintiff's Motion to Exclude Defendant's Belatedly Disclosed Supplemental Declaration |
| L……………... | Deposition Transcript of Martin Wolinsky |
| M……………... | Declaration of Martin Wolinsky |
| N……………... | Deposition of Michael Taylor |
| O……………... | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Production of Documents |
| P……………... | American Whiskey/Bourbon Report by Stephen Sacra and 2 Hour Report |
| Q……………... | Expert Report of Martin Wolinsky |
| R……………... | Deposition Transcript of Christopher Hungerford |
| S……………... | Sweet Revenge Documents - JDPI-CON000312–328, 790–797 |
| T……………... | Popcorn Sutton Documents - JDPI000288–319 |
| U……………... | Deposition Transcript of John Howard |
| V……………... | Rule 26 Expert Report of John Howard |
| W……………... | Declaration of John Howard |
| X……………... | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff' and Counter-defendant's First Set of Requests for Admissions |
| Y……………... | Defendant and Counterclaimant Jack Daniels Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Non-Uniform Interrogatories |
| Z……………... | JDPI-CON Documents |