# EXHIBIT P

# American Whiskey/Bourbon Report

**June 6th 2015**
**Written and Compiled By Stephen Sacra**
Owner of VIP Products and creator of the "Bad Spaniels" Parody dog toy

**Purpose:**

The purpose of this report is to evaluate and statistically analyze the use of bottles and labels in the whiskey and bourbon industry. The goal is to identify and collect data of each "Brand House" portfolio, and the list of brands that are being produced, or claim to originate in the states of Tennessee and Kentucky. Further, this report will identify market competitors, competing brands, and the use of both broad and specific characteristics of bottles, bottle features, labels, and label features present in today's market and throughout history, going back to birth of bottling spirits. In the end, this report will provide a clear and statistical analysis of bottling and labeling practices of the Whiskey and Bourbon Industry, and more specifically how it relates to Jack Daniel's bottle design and alleged bottle trade dress.

# Who is Stephen Sacra?

## Education & Design Background:

My name is Stephen Sacra and my education consists of a bachelor's degree from Arizona State University from the school of engineering for integrated computer graphics and 3D multimedia. Of my 5 years degree, 3 of those years were spent in the school of architecture studying for industrial design. My shift to the school of engineering was to incorporate the use of computers into my education in design. I have been designing and manufacturing products for my own companies and companies of others as far back as 1995, giving me 20 years of experience with the process and development of molded and injected products, manufacturing, marketing and distribution.

## Liquor Industry Background:

Let's get to the point… I was never the CEO of the largest liquor distributor in the world, and I don't have 50 years experience as the head of marketing for a billion dollar liquor company, and it goes without saying I am not a lawyer either. I guess that is why I have to hire experts and lawyers to present facts that my own personal experience has taught me to be true.

So what is my experience? At the age of 21….. 22 years ago…..which is half of my existence, I got a job working for Anheuser Busch promoting and launching brands into the market. This amazing job lasted through my college years and meant that I spent every afternoon and every night, year after year in a bar drinking and promoting alcoholic beverages. During which time, I met my now wife, 20 years ago, who also worked in marketing and promotions for Miller Brewing Company and Bacardi. My wife worked in the liquor industry until the early 2000s and It took me those 7 years to convince her to marry me, which means I was in a bar every night promoting or aiding in the promotions of alcohol for the better part of 10 years.

Since I was always in a bar…. cooking was not on the forefront of my skill set and the habit of eating out for every meal, sitting at a bar, conversing with industry staff, has become part of my life. To this day, I eat minimum of 2 times a day 365 days year in a restaurant or bar, 95% of which I sit at the bar staring directly at the back bar full of alcohol. It is safe to say that in 22 years of the 16,060 meals that I have consumed, I have had over 10,000 in a bar or restaurant. So, at the minimum, I can say that compared to anyone else who is reading this… I without a doubt am an expert at eating out, talking with bar staff, and staring at bottles alcohol and their sizes shapes and colors on the back bar.

**Tequila Collector, With Largest Private "Bottle" Collection in the USA:**

Somewhere along the way, I fell in love with tequila and when I moved into my last house, I decided to build the first ever "Tequila Room". This room pictured below is a 225 square foot tequila room with over 600 different bottles of the more unique tequilas of the over 3000 in production that I have learned exist or existed. This room is chilled down to 57 degrees, the perfect temperature for consuming straight from the bottle. To date, I believe that I have the largest "private" collection of tequila in the United Sates, and my network of Mexican tequila distillers, and industry friends that work for the big brand houses, tell me they know of no one else that has come forth to challenge my claim.

The shelves below are as deep as a wine bottle is tall and behind every bottle you see are 2 more bottles.



As a collector of tequila, I am not only collecting what is inside the bottle, but I am collecting unique one of a kind hand crafted bottles to display in this amazing room. The fact is….Mexico is one of the only countries that believes that the heritage of true craftsmanship should be displayed on the outside of a bottle, and they honor this tradition by selling their premium tequilas in truly unique one-of-a-kind bottles handmade from a true artist. I have 7 years collecting and shopping for tequila bottles, and my experience has taught me how to distinguish the difference between a unique bottle and an Industry bottle. With a room that is now full, I am now only on the quest for the most unique.





Bottle to the right is an example of a hand crafter one of a kind.

# Reporting Method

## Scope:

This Report focuses specifically at American whiskey/bourbon Industry. Bad Spaniels dog toy is a parody of an American whiskey/bourbon and, thus, including spirits from other countries would make this report overly broad.

## Inclusion of Competitors:

The word "competitive" is extremely important because you cannot understand the industry until you have identified the market competitors. This report focuses on collecting, and presenting data for the competitors in the American whiskey/bourbon Industry as a whole. The report looks at all the companies equally and compiles data found for Brown Forman, Jack Daniel's and their competitors both large and small. By looking at the entire market segment, this report is able to look at Jack Daniel's as a percentage of an industry and evaluate the Jack Daniel's business on an even playing field with their competitors.

## Narrowing of Scope:

In order to get a good sample of the market without having to look at every bottle in existence, I narrowed the focus to the largest producers of American whiskey/bourbon in Tennessee and Kentucky, representing the largest segment of the market and the most number of bottles sold, generating the largest portion of the industry revenue.

## Collection of Data:

Data for this report was collected from the internet and a few months of research that I have put into learning more about the industry, Brown Forman, and more specifically its immediate competitors. The data I collected is in the form of images of bottles, referenced against the brand's website, or past website, and data from industry advertisements and internet blogs and historical websites. Each bottle used is numbered and referenced in the calculation of data spreadsheets. Each bottle shown, to the best of my knowledge and research is sold, was sold, or is being sold in the global market.

## Defining the Industry Pyramid Structure:

The American whiskey/bourbon Industry can be broken down as Follows:

**Brand House -** This is the mother company that owns the portfolio of the industry brands. The brand houses are the TRUE companies that compete against one another in the market place. Each brand house will have many brands in its portfolio.

**Distilleries –** These are the factories owned by the brand houses that produce the product that is packed and marketed as the different brands found in the global market place.

**Brands –** Inside each brand house is a list of brands that are marketed and sold, and many brands are made by the same distilling factories.

**Styles/Blends –** Inside each brand are different styles of products that are produced and marketed under each brand. Many brands duplicate styles and blends and others have one of a kind styles and blends.

# Method for Collection of Data:

## General Steps:

1. Research and determine all the major brand houses making products in Kentucky and Tennessee that are "competitors" to Jack Daniel's.
2. Research and include all the distilleries under the brand house
3. Research and include all of the American whiskey /bourbon brands of each house
4. Research and Include all of the styles and blends of each brand
5. Compile a list of features identified by Jack Daniel's as a part of their alleged bottle trade dress and trademarks
6. Research a list of styles, blends, and brands of each house distillery
7. Find visual representations of each of the above results using the internet
8. Look at each visual representation found and compare it to the list of features identified by Jack Daniel's as a part of their alleged bottle trade dress and trademarks.
9. Compile the data in a spreadsheet separating by each brand house which represents each competitor of the mother company Brown Forman, owners of Jack Daniel's.
10. Compile the data in a spreadsheet with all brands and styles as a total.
11. Research financial data for Each brand house from the SEC to determine who would be considered Brown Forman/Jack Daniel's equivalent competitor in both brand house and brands.

## Method & Steps to Analyze Bottle Design and Trademark:

1. Separate bottles by shape, then style, and identify groups of bottles with similar characteristics.
2. Calculate the % that each style of bottle represents as part of the whole.

## Method & Steps to Analyze Ornamental Label Design and Alleged Bottle Trade Dress:

1. Sort bottles by features identified by Jack Daniel's as a part of their alleged bottle trade dress
2. Calculate the % that each feature represents as part of the whole.

# Bottle Design Analysis

A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

# Background

## Trademark Office Registration, No. 4,106,178

Jack Daniel's Properties, Inc. ("JDPI"), owned by Brown Forman Inc, the owners of the Jack Daniel's portfolio, claims that it holds a trademark in "a square shape bottle container . . . for distilled spirits." The Jack Daniel's bottle shape has a U.S. Patent and Trademark Office Registration, No. 4,106,178, for "the three-dimensional configuration of the square shaped bottle container for the goods, having an embossed ridge or scalloped design on the neck portion of the bottle, and an embossed signature design comprised of the words 'JACK DANIEL'" (see Amended Complaint, paras. 18 and 21, and Amended Answer, paras. 18 and 21).



## Illustration on Right

The Jack Daniel's bottle design as illustrated in the Trademark Office registration

## Primary Features

The Jack Daniel's bottle design has three primary features:

(1) a square shaped bottle container

(2) an embossed ridge or scalloped design on the neck portion of the bottle, and

(3) an embossed signature design.

# Statistical Objectives

VIP reviewed 114 bottles used by American whiskey/bourbon brands to determine whether the combined three elemental features of the Jack Daniel's bottle design are:

1. Basic design features common in the industry for distilled spirits, particularly bourbon and other American whiskey; features that, if allowed to be used exclusively by Jack Daniel's, would significantly undermine a competitor's ability to compete with Jack Daniel's in the sale of distilled spirits
2. design elements that are merely ornamental or decorative and do not function as features signifying products from the Jack Daniel's
3. A combination of features that is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel's
4. A mere refinement of or variation on existing bottle design or bottle trade dress with the field of distilled spirits and whiskey in particular.

The following pages reveal the results of that review and an analysis of those results and the conclusions drawn from that analysis.

# Summary of Results for Bottles & *SHAPES*:

**SEE Spreadsheet of collected data

**Brand Houses:**

| | BRAND HOUSE | Number Of Bottles Reviewed | Reported 2013 Revenue (As Reported to the SEC) | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 3 | Private | 3% |
| 2 | Beam Suntory | 25 | 3,148,400,000.00 | 22% |
| 3 | Brown Forman | 13 | 3,784,000,000.00 | 11% |
| 4 | Heaven Hill | 19 | Private | 17% |
| 5 | KBD (Kentucky Bourbon Distillers) | 12 | Private | 11% |
| 6 | Luxco | 8 | Private | 7% |
| 7 | Sazerac Brands | 21 | Private | 18% |
| 8 | Others | 13 | Unknown | 11% |
| | TOTAL | 114 | | 100% |
| | As Reported to the SEC | | | |
| ADVERTISING Budget Beam Suntory 2013 | | | 401,000,000 | |
| ADVERTISING Budget Brown Forman 2013 | | | 408,000,000 | |

**Observation:** Beam Suntory and Jack Daniel's are comparable competitors, noted by the fact that they have similar revenue and have comparable advertising budgets. Both companies are publicly traded and they both make whisky/ bourbon spirits. Beam Suntory has 12 additional brand bottles available to review in the review set.

**Listing of 12 identified Distinct Bottle Shapes:** **9** | Page

**Photos of bottle categories on 12 following pages

| | Square /Round | Height | Neck fluting and faceting | Additional Shape Description | QTY | Percentage Bottles / Total |
|---|---|---|---|---|---|---|
| 1 | Round | Tall | | Flared Bottom | 3 | 3% |
| 2 | Round | Tall | | Wine Bottle Shape | 4 | 4% |
| 3 | Square | Tall | No | Neck: Varies | 4 | 4% |
| 4 | N/A | Vary | | Reverse Tear Drop | 5 | 4% |
| 5 | Round | Short | | Neck : Short | 6 | 5% |
| 6 | Round | Tall | | Neck: Tall | 6 | 5% |
| 7 | Round | Tall | | Neck: Tall | 7 | 6% |
| 8 | Square | Short | No | Neck: Short | 9 | 8% |
| 9 | Round | Tall | | Neck: Short | 9 | 8% |
| 10 | Round | Tall | | Neck: Generic Round | 11 | 10% |
| 11 | N/A | N/A | | Unique Bottle Shape | 8 | 7% |

Bottle Shape 1

## American Whiskey/Bourbon Industry - Bottle Shape (Round Flare Bottom )

3%




092

091

072



SAC0010

Bottle Shape 2

American Whiskey/Bourbon Industry - Bottle Shape (Wine)

4%






SAC0011

Bottle Shape 3

American Whiskey/Bourbon Industry - Bottle Shape (Square Tall ) Neck (No Scallop)

4%






SAC0012

Bottle Shape 4

American Whiskey/Bourbon Industry - Bottle Shape (Reverse Tear Drop)

4%




002

060

011

037

017



SAC0013

Bottle Shape 5

American Whiskey/Bourbon Industry - Bottle Shape (Round Short) Neck (Short)

5%



Bottle Shape 6

5%




084 097 101




094 095 093

American Whiskey/Bourbon Industry - Bottle Shape (Round) Neck (Scalloping)

Bottle Shape 7

American Whiskey/Bourbon Industry - Bottle Shape (Round Short) Neck (Tall)

6%






SAC0016

Bottle Shape 8

American Whiskey/Bourbon Industry - Bottle Shape (Square) Neck (Short No Scallop)

8%




001 003 023 026

012 013 078 083 088



SAC0017

Bottle Shape 9

American Whiskey/Bourbon Industry - Bottle Shape (Round Tall) Neck (Short)

8%






SAC0018

Bottle Shape 10

10%

American Whiskey/Bourbon Industry - Bottle Shape (Industry Generic Round)






SAC0019

Bottle Shape 11

7%




009




076




047




025




069



075



057




010

American Whiskey/Bourbon Industry - Bottle Shape (Unique)

Bottle Shape 12






SAC0021




***This page is designed as a visual aid for you to see all of the design subsets together and easily recognize that among 114 bottles reviewed the most "Common and Generic" are square with fluted or faceted necks

**Statistics of Bottle Shape # 12 (Industry Generic Square)**

42 Square Bottles with Neck Fluting and Faceting (36% )

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 12 | 11 Brand Embossed Bottle | 29% |
| 3 | Brown Forman | 9 | 7 Brand Embossed Bottle | 21% |
| 4 | Heaven Hill | 8 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 4 | | 10% |
| 7 | Sazerac Brands | 4 | | 10% |
| 8 | Others | 3 | | 7% |
| | TOTAL | 42 | | 100% |

**Statistics of 21 Square Bottles with Neck Fluting and Faceting and Including Embossed Brand**

*Matches the 3 primary features of bottle design claimed in Jack Daniel's Trademark reg no. 4,106,178

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 2 | Beam Suntory | 11 | Brand Embossed Bottle | 61% |
| 3 | Brown Forman | 7 | Brand Embossed Bottle | 39% |
| | TOTAL | 18 | | 100% |

## Conclusions:

1. The bottle design with the largest percentage in the market, at 36%, is the generic "square" bottle with fluting or faceting on the neck. The next closest shape is the generic "round" bottle at 10%. These two bottle styles represent 46% of all the shapes reviewed in this study.
2. The 2 larger brand houses, Beam Suntory and Brown Forman, represent collectively 7 billion dollars of the spirit market and appear to be equivalent competitors in the American whiskey/bourbon segment of the market.
3. Beam Suntory has 11 bottles that incorporate a square bottle with fluting or faceting, and an embossed logo and Jack Daniel's has 7.
4. There are 18 Bottles in the bottles reviewed that are square bottles with neck fluting and/or faceting with and embossed brand. 61% of these bottles are produced by Beam Suntory, and 39% are produced by Jack Daniel's.
5. These 18 bottles represent 16% of the total bottles reviewed giving Beam Suntory 9.7% of the total 114 gottles reviewed and Jack Daniel's 6.3%
6. 48% of bottles reviewed are square in shape

## Margin of Error:

With the sampling size of over 100+ bottle the addition or exclusion of any one bottle would only modify the findings less that 1%. It would require an allowance or disallowance of 20+ bottles to the largest subset to make a significant change in the outcome. Otherwise the findings of fact would remain unchanged.

# Corporate Financial Information

Identification of a Brown Forman Competitor in Gross Sales

And

Comparable Advertising and Marketing Expenditures

## 20012 & 2013 SEC Filings

### BEAM - Beam Inc

| | Y 2013 | Y 2012 |
|---|---|---|
| | 12/30/2013 | 12/30/2012 |
| Sales | $3,148,400,000 | $3,063,900,000 |
| Less: Excise taxes | ($601,100,000) | ($604,200,000) |
| Net sales | $2,547,300,000 | $2,459,700,000 |
| Cost of goods sold | $1,067,900,000 | $1,023,700,000 |
| Gross profit | $1,479,400,000 | $1,436,000,000 |
| Advertising and marketing expense | $401,000,000 | $398,700,000 |
| Selling, general and administrative expense | $392,200,000 | $412,900,000 |
| Amortization of intangible assets | $17,500,000 | $17,200,000 |
| Gain on sale of brands and related assets | ($13,200,000) | - |
| Restructuring charges | $15,300,000 | $4,300,000 |
| Business separation costs | - | $13,800,000 |
| Asset impairment charges | $49,500,000 | $15,600,000 |
| Operating income | $617,100,000 | $573,500,000 |
| Interest expense | $91,600,000 | $109,000,000 |
| Loss on early extinguishment of debt | $56,900,000 | - |
| Other income | ($8,800,000) | ($35,100,000) |
| Income from continuing operations before income taxes | $477,400,000 | $499,600,000 |
| Income taxes | $111,900,000 | $96,200,000 |
| Income from continuing operations-Beam Inc. | $365,500,000 | $403,400,000 |
| (Loss) income from discontinued operations, net of tax | ($3,000,000) | ($18,200,000) |
| Net income | $362,500,000 | $385,200,000 |
| Less: Noncontrolling interests related to discontinued operations | - | - |
| Net income attributable to Beam Inc. | $362,500,000 | $385,200,000 |

### BFB - Brown Forman Corp

| | Y 2013 | Y 2012 |
|---|---|---|
| | 4/29/2013 | 4/29/2012 |
| Net sales | $3,784,000,000 | $3,614,000,000 |
| Excise taxes | $935,000,000 | $891,000,000 |
| Cost of sales | $894,000,000 | $928,000,000 |
| Gross profit | $1,955,000,000 | $1,795,000,000 |
| Advertising expenses | $408,000,000 | $395,000,000 |
| Selling, general, and administrative expenses | $650,000,000 | $610,000,000 |
| Amortization expense | $0.00 | $3,000,000 |
| Other expense (income), net | ($1,000,000) | ($1,000,000) |
| Operating income | $898,000,000 | $788,000,000 |
| Interest income | $3,000,000 | $3,000,000 |
| Interest expense | $36,000,000 | $31,000,000 |
| Income before income taxes | $865,000,000 | $760,000,000 |
| Income taxes | $274,000,000 | $247,000,000 |
| Net income | $591,000,000 | $513,000,000 |

## Observations:

Beam Suntory and Jack Daniel's are Comparable competitors, they both have comparable advertising budgets, they are both publicly traded, and they both make whisky/ bourbon spirits.

## Additional Observations Regarding Bottle Shape

Line Drawings Comparing Past and Present Bottle Design

Comparing Jim Beam and Other Brown Forman Brands Side By Side with Jack Daniel's

## Additional Observations Regarding Bottle Shapes:

http://designcue.com/case/jack-Daniels/




"The design stays true to the legacy of the original square bottle with fluted neck that Mr. Jack selected back in 1895"

### Observations:

It appears that the company called Cue is the brand design company that played a pivotal role in the bottle redesign, as they have posted the above image on their site. This image shows clearly that the intention was to make a slight modification to an existing bottle shape. In the pictures to follow you will want to note that the "Previous" bottle is almost identical to the Jim Beam bottle. The differences you can see are also "Slight Modifications" between all of the bottles amongst brands old and new

## Additional Observations Regarding Bottle Shapes:




Bottle Overlay
@ 50% Opacity

---

### Conclusions:

At some point in business Jack Daniel's owned by Brown Forman, and Jim Beam were using bottles and labels that are remarkably similar. As you can see from the photo, both bottles are square in shape , both have fluting or faceting of the neck, have an embossed logo , have ingress areas for the placement and protection of labels, have similar bulb shape necks, and have similar rounded top and bottom bodies.

** All Images were acquired from the internet and had to be scaled based on pixel and Image size. These are general images for comparison purposes only. Perfect representations do not change the facts stated above.

## Additional Observations Regarding Bottle Shapes:




Bottle Overlay @ 50% Opacity

**Conclusions:**

Brown Forman is the owner of both of the following Brands: Jack Daniel's and Early Times Whiskeys. It appears that Brown Forman has adopted the use of its Jack Daniel's square bottle shape, use of fluting & faceting on the neck to help consumers identify Early Times as a whiskey. This does not make Early Times unique, or Jack Daniel's.

** All Images were acquired from the internet and had to be scaled based on pixil and Image size. These are general images for comparison purposes only . Perfect representations do not change the facts stated above.

# History Lesson

**115 Years of Competitors using the Same Bottle Shape & Bottle Trade Dress**

The history of the Square Bottle with

Observations that Show Competitors Used the Same Jack Daniels Bottle Trade Dress

## Historical Observations:



126 ILLINOIS GLASS COMPANY.

LIQUOR BOTTLES.

Alton. Primrose. Maverick.

THREE NEW SHAPES.

THE ALTON SQUARE, FLINT BRANDY.

| | | | | |
|---|---|---|---|---|
| Mould No. 414, | 2 oz. capacity, | $ 7 50 List, per gross, | packed in 3 gross boxes. |
| " " 333, | 6 " " | 12 50 " " | " 1 " " |
| " " 334, | 12 " " | 20 25 " " | " 1 " " |
| " " 224, | 8 to the gallon, | 21 50 " " | " 1 " " |
| " " 227, | 5 " " | 30 25 " " | " 1 " " |
| " " 225, | 4 " " | 33 50 " " | " ½ " " |

Nos. 227 and 225 have plates whole side of bottle, admitting elaborate designs where desirable.

THE PRIMROSE WHISKEY, TURN MOULD, AMBER.

| | | | |
|---|---|---|---|
| Mould No. 356, | 1½ oz. Sample, | $ 6 50 List, per gross, | packed in 3 gross boxes. |
| " " 357, | 3 " " | 9 00 " " | " 2 " " |
| " " 220, | 4 to the gallon, | 39 00 " " | " ½ " " |
| " " 280, | 5 " " | 36 00 " " | " 1 " " |
| " " 281, | 8 " " | 28 00 " " | " 1 " " |

Nos. 356 and 357 are Regular Iron Moulds.

THE MAVERICK BRANDY, FLINT.

| | | | |
|---|---|---|---|
| Mould No. 221, | 4 to the gallon, | $33 50 List, per gross, | packed in ½ gross boxes. |
| " " 222, | 5 " " | 30 25 " " | " 1 " " |

Net prices on any of the above in other colors on inquiry.



http://www.sha.org/bottle/igco_1906.htm

### Observations:

The above is page 126 from the 1906 catalog from Illinois Glass Company, and page 152 from the 1926 catalog for the same bottle. You see on the left and right side the bottle was named “The Alton Square, Flint Brandy” bottle. It is easy to conclude that… if this bottle was available in the general catalog, then any producer of whiskey could purchase and adopt this bottle shape to sell and promote their whiskey. (Further down, you will see several examples of these same bottles with different brands)

## Historical Observations (continued):

Owens Illinois 1906 catalog teaches us, on page 3, the Introduction Page of the catalog, that bottles displayed in the catalog are common. The following sentence below is printed, and clearly agrees with the above conclusion.

***"Of necessity only bottles of Common use and designs are shown in a catalogue of this kind, all special and proprietary designs belong to our customers. "***

ILLINOIS GLASS CO.

************

**Subject Matter:**

Of necessity, only bottles of common use and design are shown in a Catalogue of this kind, all special and proprietary designs belonging to our customers. The volume of our sales on Private Mould bottles, designed and used for special needs, largely exceeds that on stock ware. Were the object of this book simply to make it original and to advertise the extent of our business, it would present a very different appearance. Under the caption of "Moulds for Special Shapes," page 20, we have tried in brief to offer a few suggestions to users of special bottles, which we trust may be of value.

**Observations of the Entire Catalog** (too large to display in report)

If you look closely and examine the entire Illinois Glass Co. catalog you will see that the catalog is segmented into bottle types. You can see at the top of page 126, the page is called Liquor Bottles. This catalog teaches that certain styles of bottles were sold specifically for bottling alcohol. You can also see that they identify the type of alcohol that would be associated with the shape of the bottle.

The entire catalog is indexed and categorized by bottle function and type. (i.e. prescriptions, pomades, pickles, liquor etc.) When necessary, each bottle represented on each page is identified with an even more specific functional purpose and use. (i.e. brandy, whiskey etc.)

This indicates that bottle shapes and sizes had become functionally recognized by the public. Consumers and manufactures alike recognized the connection between bottle shape and size and more specifically bottles used for containing distilled spirits, thus, making shape "Functional".

For bottles that had no specific function, the bottles were simply classified by their shape or size. Another teaching that function is directly related to the shape of a bottle and its publicly recognized use is what defines that function and how it is categorized.

Jack Daniel's early bottles, match the "Alton Square" verifying that the shape of the Jack Daniel's bottle was is "Common Use". See next set of images showing early bottles of Jack Daniel's.

## Historical Observations (continued):

The below excepts are from the website:

SOCIETY *for* HISTORICAL ARCHAEOLOGY

www.sha.org which is the "Society for Historical Archaeology"

Formed in 1967, the Society for Historical Archaeology (SHA) is the largest scholarly group concerned with the archaeology of the modern world (A.D. 1400-present). The main focus of the society is the era since the beginning of European exploration. SHA promotes scholarly research and the dissemination of knowledge concerning historical archaeology. The society is specifically concerned with the identification, excavation, interpretation, and conservation of sites and materials on land and underwater. Geographically the society emphasizes the New World, but also includes European exploration and settlement in Africa, Asia, and Oceania.




**Tall Square Long-necked Spirits bottles**: Another fairly popular form for liquor bottles is as pictured to the left with a moderate height and width square body and a relatively long neck. The body sometimes has a very slight taper in from shoulder to heel and the finishes are dominated by the brandy and straight brandy types. This general shape seems to have originated, or at least become popular, by the 1890s and was most used during the first two decades of the 20th century, i.e., 1900-1920 (Wilson & Wilson 1978; Barnett 1987).

The *Illinois Glass Company*, *Swindell Brothers,* and other glass maker catalogs of the early 1900s called this style the "Boston Square Brandy" and made it in an assortment of sizes from 2 ozs. (sample size) to a quart (Swindell 1902; IGCo. 1906; Alther 1909; Cumberland 1911). Click on illustration to the right. The *Agnew Co.* (1894) called their version the "Tall Boston Brandy." The necks and/or shoulders can have decorative molded features like swirls and fluting.

The pictured bottle is a typical, though slightly smaller than average, example of the style containing a pint (i.e., "8 to the gallon"). It was made for the *Louis Taussig Co.*(San Francisco, CA.) and was likely a generic spirits container for an assortment of that company's products. This example was blown in a two-piece cup-bottom mold, has an improved-tooled straight brandy (more or less) finish, plentiful air venting marks throughout the bottle, and a slightly pink tint caused by using manganese dioxide as a glass decolorant. This bottle was likely manufactured between approximately 1900 to 1906 as it has **715 / H** on the base which is likely the makers mark (the "H", the "715" is a mold number) for the *Holt Glass Company* (Berkeley, CA.) that was destroyed by the April 1906 San Francisco earthquake and not rebuilt (Toulouse 1971; Thomas 1998). Click on the following links to view more pictures of this bottle: base view;close-up of shoulder, neck, and finish.



**Dating summary/notes:** As noted, this style seems to have originated just before the turn of the century (19th to 20th that is) and was most popular towards the end of the mouth-blown manufacturing era just prior to National Prohibition, i.e., 1900 to 1920, though these can date as early as the 1890s (Agnew Co. 1894).

The style was largely used for and identified with spirits but has been noted with embossing or labels for medicinal products, e.g., *VIN-O-SULA CUBAN TONIC / THE GREAT DYSPEPSIA / AND KIDNEY REMEDY*. This bottle is identically shaped to the one pictured, though in the "5 to the gallon" (fifth) size. It is also mouth-blown, likely dates between 1905 and 1915 (based on shape, improved-tooled finish, multiple air venting marks, and cup-bottom mold production), and probably contained a high alcohol product as consumers of the time would have identified this shape with spirits (Lindsey 2005). It should also be noted that very similar to identically shaped bottles were used for olive oil, salad dressing, vinegar and likely other liquid food products during the first few decades of the 20th century (Zumwalt 1980).

The style was also apparently used for wine as indicated by the dark amber bottle pictured at the following links: entire bottle; base view. This bottle is clearly machine-made and embossed with URBANA WINE CO. INC. and a city in New York which can not be read. (Apologies for the poor images which were off of eBay®.) The base is embossed with the makers mark of an "H" in a triangle indicating manufacture by *J. T. & A. Hamilton* (Pittsburgh, PA.) who were in business from 1884 to 1943 (Toulouse 1971). However, this bottle most likely dates from around 1915 to 1919 (Prohibition) though could also be a "medicinal" product that was produced during Prohibition, i.e., the 1920s.

## **Teachings from the** "Society for Historical Archaeology"

1. The tall square long neck spirits bottles originated before the turn of the century. "(19th to 20th that is)". It was most "popular" towards the era just prior to National Prohibition. Giving this bottle and shape over 115 years of American history.

2. The necks and/or shoulders can have decorative molded features like swirls and fluting.

3. The tall square long neck spirits bottles was "fairly popular form for liquor bottles." This quotation does NOT say that this bottle type was popular and unique and exclusively used by the Jack Daniel's brand whiskey.

4. **"**The style was largely used for and identified with spirits". This sentence teaches that the identified function of the bottle was spirits, and this association would only occur as a result of it being "largely used" use in the public domain for spirits and liquor.

5. The article points to the fact that multiple glass factories produced this style and they reference 2 known producers, and point out that there were others. "The *Illinois Glass Company*, *Swindell Brothers,* and other glass maker catalogs of the early 1900s" .

6. When you observe that multiple manufactures are making identical or nearly identical bottles with slight ornamental shifts. it is easy to understand that,

   a. This bottle was a popular enough bottle that multiple manufacturers wanted the opportunity to profit from its manufacture,
   b. There were enough customers buying the bottle to be able to support multiple manufactures.
   c. There were enough wholesale customers wanting and willing to buy the bottle to drive the manufactures to produce the bottle, showing that this was not exclusive to one customer.
   **d.** The bottle was used in enough abundance that manufactures called to it and labeled its "function" as "spirits" and "liquor" across the industry and as a standard name, classification and function by each factory.

7. The style of bottle was apparently used for wine

8. **The most important quote in this entire article is :**
   **"…as consumers of the time would have identified the shape with spirits (Lindsey 2005)"**

In the next pages we will review a small sampling of bottle pictures that substantiate the findings of the "Society for Historical Archaeology".

## Historical Observations (continued):




Craddock's Whiskey




Jack Daniels Whiskey

**Observations**:

On the left you will see a historical bottle that was manufactured for Craddock and Co. Dallas Texas for the production of whiskey. This bottle was for sale on ebay and On the right you will see three examples of historical Jack Daniel's bottles.

It is a known fact that Jack Daniel's purchased its bottles from the Owens Illinois Glass company. So the existence of the above Craddock's Sour Mash Whiskey bottle suggests one of 2 conclusions. Conclusion 1 is that the design of Alton bottle was sold to anyone as indicated by the placement in the catalog. Or the bottle was so popular and common that is was manufactured by other glass bottle manufacturers. Either conclusion shows that this was an accepted and recognized shape for American whiskey/bourbon as early as 1906.

## Historical Observations (continued):




**Observations**:

On the top row, you can see examples of historical bottles that are (1)square shaped that (2)contain a fluted or faceted neck (3)with embossed writing. Jack Daniel's 1895 Replica bottle is seen to the far right. Note: In the very beginning before the application of paper labels, bottles were embossed with letters to identify the brand. It is apparent that Jack Daniel's uses embossed letters now as a reference to the history of bottle making and whiskey.

On the bottom row, you can see examples of historical bottles that are (1)square shaped that (2) contain a fluted or faceted necks. The fact that each of these brands throughout history chose to use a square bottle with a faceted or fluted neck indicates that this bottle feature combination had a functional purpose: to help people recognize that these bottles contained whiskey/bourbon.

## Historical Observations (continued):

**Press Release:** *May 16, 2011 /PRNewswire/*
**Reposted :** http://www.drinkhacker.com/2011/05/16/jack-daniels-changes-its-label-and-bottle/

*LYNCHBURG, Tenn., May 16, 2011 /PRNewswire/ — The Jack Daniel Distillery announced today that it is making minor refinements to the familiar Jack Daniel's Old No. 7 bottle to accentuate the bottle's square shoulders and also to simplify the front and side labels.*

*The company is quick to note that even though the bottle and label have been refined, the whiskey inside remains unchanged. The bottle will begin shipping this month and will be on most shelves by July.*

*"Mr. Jack Daniel was proud of the craftsmanship and care that went into his whiskey and wanted a bottle as unique as its smooth, mellow character," said John Hayes, Senior Vice President, Managing Director Jack Daniel's. "**That's why in 1895, Jack made the decision to put his whiskey in a square bottle, unlike other whiskeys of his day.** He wanted to make sure his whiskey stood out. The refinements today are meant to honor Mr. Jack's desire that his bottle reflect the distinctive character of the whiskey."*

*This is not the first time the Jack Daniel's bottle and label have been updated. The first refinements go back to Jack Daniel who originally sold his whiskey by the barrel. He then moved from barrel to jug to the familiar square bottle. Over the years, during Mr. Jack's day and after, refinements were made to the bottle and label: Gold medals were added to the side label as they were won; Lynchburg sayings were added and dropped; and, room was made for more information. Over time, so many things were added that the label began to look more cluttered than it was under Mr. Jack's watch, according to the distillery.*

**Observations**:
It appears that *"John Hayes, Senior Vice President, Managing Director Jack Daniel's "* Is not aware that history shows that, in his day, "Jack Daniel's " along with others were not only using square bottles but were also using the exact same bottle that was square with fluting or faceting and an embossed logo. This demonstrates that Jack Daniel's management might have some misinformation as to the Jack Daniel's history and the history of their bottle.

**Same Blog: General Public Comment**

> Well, here's the thing. Just about every generic bourbon on the shelf uses a bottle and label similar to the Jack Daniels one. The label is barely different but the bottle sure is. I think it's kind of feminine looking. I'm sure enough people will cry to get it changed back, or they'll just deal with it. I mean it isn't that big of a deal.
>
> Oh wait, could this be a SIGN OF THE APOCALYPSE!! (LYPSe, LYPse, LYpse, Lypse, lypse...)

**Observations**:
It appears that the general public agrees with our findings…. that " Every Generic Bourbon on the shelf uses a Bottle and label similar to the Jack Daniel's one" ~Trampus -2011

## Answer to Interrogatory No. 19

**INTERROGATORY NO. 19:** "As a matter of law, the combination of elements of the Jack Daniel's Trade Dress is non-distinctive and not entitled to trademark protection,"

## Conclusions "As a Matter of Law":

Jack Daniel's bottle features are clearly functional and non distinctive. The large-scale use of a square bottle design with fluted or faceted neck indicates that this style of bottle is what consumers use to recognize American whiskey and bourbon, not Just the Jack Daniel's brand. Jack Daniel's bottle shape design is a slight ornamental shift in a recognized bottle design, used by the majority of brand houses to sell whiskey and bourbon over the last 100 years. Adding an embossment of the words "Jack Daniel's" cannot afford Jack Daniel's the protection and exclusive use of the other combined elements of the bottle shape.

Denying others the right to use these elements would put others at a considerable disadvantage because, they would be forced to put their alcohol in a bottle that is not the standard publicly recognized bottle shape identified by consumers. Allowing the trademark of square bottle, with fluted or faceted neck and an embossed label, would put Beam Suntory, one of Brown Forman's comparable market competitors, at a significant disadvantage.

Brown Forman reinforces our argument that their bottle is functional based on the fact that they use the Jack Daniel's bottle square shape and fluted and faced neck almost identically in style size and shape to promote their other brand of Early Times Kentucky Whiskey. If you were a company actively protecting the alleged "unique" trade dress of your bottle design, because it was so unmistakable, unique, and identifiable, why would you use an almost identical design to promote another whiskey brand that you manufacture, and market at a lower price structure?

This paralleled use of bottle features clearly indicates that Brown Forman uses the square shape and faceted or fluted neck as functional indicators to direct consumers to whiskey and bourbon. If this were not the case, then maybe they would have chosen a different more distinctive bottle to separate the Early Times brand whiskey from the Jack Daniel's brand whiskey. They did not take that path.

The deliberate decision to make the common association between two brands by the same owner clearly shows that the shape of the bottle is functional and their trademark Jack Daniel's signature is the only protectable part of their bottle design in the Trademark reg no. 4,106,178 .

Simply applying the name Jack Daniel's does not give them the right to have umbrella like protection to the shape of everything they put their name on.

In looking at the historical information provided, it is clear that Jack Daniel's at some point adopted a "Liquor Bottle" style of container commonly available to any person purchasing glass from Owens Illinois. The selection of a "Liquor Bottle" from the "Liquor Bottle" section of the catalog clearly indicates that Jack Daniel's expected to gain an advantage because his product would be marketed in a container that was recognized for containing alcoholic beverages. Jack Daniel's could have just as easily chosen a container from the pickle jar section to bottle his goods. Jack Daniel's must have known that the container type he selected has functional because the shape would clearly convey to the consumer in 1 glance that the contents were a sprit or alcohol. He did not choose a pickle jar because he would have had an additional hurdle to overcome….consumers would be confused by the bottle shape. The continued sales of whiskey and bourbon over the past 100 years has created this functional recognition and trained generations of consumers that this shape of bottle is identified and categorized with

whiskey and bourbon. This is reflected in the results of our study which shows the widest use to be square with a faceted or fluted neck. Whisky and bourbon have adopted the bottle style of the square liquor bottle with the faceted or fluted necks because it is a functional part of history that is identifiable 1st with alcohol, as defined as the functional use in the Owens Illinois Co catalog teaches, and then 2nd with the spirit type of whiskey / bourbon, as we are also taught by same catalog, that there is a functional association with every bottle type.

These facts lead us to the undeniable conclusion that the Jack Daniel's Trademark Bottle Registration should "Not" be entitled to trademark protection because it is functional and non distinctive , and by allowing its continued registration it is putting competitors at a disadvantage.

**Special Note: You must consider that their trademark is for "Distilled Spirits" and "Distilled Spirits" would also include scotch, gin, tequila, rum, cognacs and more.

# Bottle & Label Trade Dress Analysis

A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

# Background

## Alleged Bottle Trade Dress

Jack Daniel's Properties, Inc. ("JDPI"), owned by Brown Forman Inc, the owners of the Jack Daniel's portfolio, claims that it owns trademark rights in the Jack Daniel's Old No. 7 whiskey bottle "iconic trade dress consisting of" the following elements, namely: (1) "a square bottle with a ribbed neck," (2) "a black cap," (3) "a black neck wrap closure with white printing bearing the OLD NO. 7 mark," and (4) "a black front label with white printing and a filigreed border bearing the JACK DANIEL'S mark depicted in arched lettering at the top of the label, the OLD NO. 7 mark contained with a filigreed oval design in the middle portion of the label beneath the JACK DANIEL'S mark and the words Tennessee Sour Mash Whiskey in the lower portion of the label, with the word 'Tennessee' depicted in script" (see Amended Complaint, para. 14, and Amended Answer, para. 14).




The alleged Jack Daniel's bottle trade dress has four elemental features:

(1) "a square bottle with a ribbed neck,"

(2) "a black cap,"

(3) "a black neck wrap closure with white printing" and

(4) "a black front label with white printing" (see Amended Complaint, para. 25).

# Statistical Objectives

VIP reviewed 114 bottles used by American whiskey/bourbon brands to determine whether the combined four elemental features of the alleged Jack Daniel's bottle trade dress are:

1. Basic design features common in the industry for distilled spirits, particularly bourbon and other American whiskey; features that, if allowed to be used exclusively by Jack Daniel's, would significantly undermine a competitor's ability to compete with Jack Daniel's in the sale of distilled spirits;
2. Design elements that are merely ornamental or decorative and do not function as features signifying products from the Jack Daniel's;
3. A combination of features that is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel's;
4. A mere refinement of or variation on existing bottle design or bottle trade dress with the field of distilled spirits and whiskey in particular.

The following pages reveal the results of that review and an analysis of those results and the conclusions drawn from that analysis.



SAC0043

## Summary of Results '

**Identification of the 4 primary features of the Jack Daniel's alleged bottle trade dress:**

(1) a square bottle with a ribbed neck; (Fluted of Faceted)

(2) a black cap;

(3) a black neck wrap closure

(4) a black front label with white printing

**Bottles Collected and Reviews By Brand House:**

| | BRAND HOUSE | Number Of Bottles Reviewed | Reported 2013 Revenue (As Reported to the SEC) | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 3 | Private | 3% |
| 2 | Beam Suntory | 25 | 3,148,400,000.00 | 22% |
| 3 | Brown Forman | 13 | 3,784,000,000.00 | 11% |
| 4 | Heaven Hill | 19 | Private | 17% |
| 5 | KBD (Kentucky Bourbon Distillers) | 12 | Private | 11% |
| 6 | Luxco | 8 | Private | 7% |
| 7 | Sazerac Brands | 21 | Private | 18% |
| 8 | Others | 13 | Unknown | 11% |
| | TOTAL | 114 | | 100% |
| | As Reported to the SEC | | | |
| | ADVERTISING Budget Beam Suntory 2013 | | 401,000,000 | |
| | ADVERTISING Budget Brown Forman 2013 | | 408,000,000 | |

## Statistical Results Based on Use of Features INDEPENTANTLY of the Other Features:

| | BRAND HOUSE | Number Of Bottles Reviewed | Square Bottle | Ribbed Neck | Black Cap | Black Neck Wrap | Black Back Ground | White Text |
|---|---|---|---|---|---|---|---|---|
| 1 | Alltech | 3 | 1 | 0 | 1 | 0 | 0 | 0 |
| 2 | Beam Suntory | 25 | 18 | 12 | 13 | 11 | 9 | 13 |
| 3 | Brown Forman | 13 | 12 | 9 | 9 | 7 | 5 | 7 |
| 4 | Heaven Hill | 19 | 7 | 8 | 10 | 9 | 7 | 9 |
| 5 | KBD | 12 | 2 | 3 | 11 | 9 | 2 | 3 |
| 6 | Luxco | 8 | 4 | 4 | 4 | 3 | 4 | 5 |
| 7 | Sazerac Brands | 21 | 7 | 7 | 11 | 10 | 7 | 9 |
| 8 | Others | 13 | 5 | 8 | 9 | 8 | 9 | 8 |
| | TOTAL | 114 | 56 | 51 | 68 | 57 | 43 | 54 |
| | | | 49% | 45% | 50% | 50% | 38% | 47% |

## Observations:

The most important observation to make here is that we are looking at these elements as a feature "Independent" of any other element. The purpose is to understand how common the element is on its own.

It has been made clear by the courts that you cannot consider the use of individual elements on their own and you must look at the combination of the elements as a group in their entirety.

These numbers reflect that each of these elements is a common element and is used frequently. Therefore, to appeal to the court's request, we must look at the numbers as the most common elements are added together.

## Statistical Results Based on the Combinations of Features

The next step of this report will display the statistics of the following combinations. We will do this in order of the identifiable bottle trade dress as defined by Jack Daniel's.

### 1st Combination: Square Bottle with Fluted or Faceted Neck

(1) a square bottle with a ribbed neck; (Fluted of Faceted)

### 2nd Combination:

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;

### 3rd Combination:

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure

### 4th Combination:

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure
(4) a black front label with white printing

## 1st Combination: Square Bottle with Fluted or Faceted Neck

(1) a square bottle with a ribbed neck; (Fluted of Faceted)

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 12 | | 29% |
| 3 | Brown Forman | 9 | | 21% |
| 4 | Heaven Hill | 8 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 4 | | 10% |
| 7 | Sazerac Brands | 4 | | 10% |
| 8 | Others | 3 | | 7% |
| | TOTAL | 42 | | 100% |
| This value Represents 36% of the 114 Bottles Reviewed | | | | |

**Observations:**

This is the combination of the first 2 elements in our study. These represent the feature (1) a square bottle with a ribbed neck; (Fluted of Faceted). We are showing the "Independent" value to show that on their own, or together, they still represent a large segment of the market. But ,as stated before, you must consider the elements together with other elements.

**2nd Combination:**

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 5 | | 29% |
| 3 | Brown Forman | 7 | | 21% |
| 4 | Heaven Hill | 3 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 2 | | 10% |
| 7 | Sazerac Brands | 1 | | 10% |
| 8 | Others | 2 | | 7% |
| | TOTAL | 22 | | 100% |
| This value Represents 19.3% of the 114 Bottles Reviewed | | | | |

**Observations:**

With the addition of element (2) black cap, the frequency has dropped 48% to 21 bottles

*All but 1 competitor maintains bottles that carry these 2 elements.*

## 3rd Combination:

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 5 | | 29% |
| 3 | Brown Forman | 5 | | 21% |
| 4 | Heaven Hill | 3 | | 19% |
| 5 | KBD (Kentucky Bourbon Distillers) | 2 | | 5% |
| 6 | Luxco | 2 | | 10% |
| 7 | Sazerac Brands | 1 | | 10% |
| 8 | Others | 2 | | 7% |
| | TOTAL | 20 | | 100% |
| This value Represents 17.5% of the 114 Bottles Reviewed | | | | |

## Observations:

The addition of element (3) a black neck wrap, has only changed the results by 2 unit. It would appear that it is a common practice to use a black cap combined with a black neck wrap together.

*All but 1 competitor maintains bottles that carry these 2 elements.*

**4th Combination, The Combination of all elements in Jack Daniel's Alleged Bottle Trade Dress**

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure
(4) a black front label with white printing

| | BRAND HOUSE | Number Of Bottles | Comment | Percentage Bottles / Total |
|---|---|---|---|---|
| 1 | Alltech | 0 | | 0% |
| 2 | Beam Suntory | 3 | | 21.5% |
| 3 | Brown Forman | 3 | | 21.5% |
| 4 | Heaven Hill | 3 | | 21.5% |
| 5 | KBD (Kentucky Bourbon Distillers) | 1 | | 7.1% |
| 6 | Luxco | 1 | | 7.1% |
| 7 | Sazerac Brands | 1 | | 7.1% |
| 8 | Others | 2 | | 14.2% |
| | TOTAL | 14 | | 100% |
| This value Represents 12.3% of the 114 Bottles Reviewed | | | | |

** See Image Below of all 14 Bottles Side by Side

**Observations:**

This is the combination of all 4 elements. It is important to notice that ALL but 1 competitor have at least 1 bottle using these four combined elements.

"By alleging that other companies use a similar design and by providing examples of similar-looking bottles, VIP has plausibly alleged that Jack Daniel's bottle design lacks secondary meaning"

NOTE: Brown Forman's 2 bottles brands are Jack Daniel's, and Early Times. Two separate brands using the identical 4 distinct features, concedes that these features are indicators of whiskey/bourbon and are not unique to Jack Daniel's.

## Margin of Error:

One could argue that 2 of these bottles have coloration and that the 2 bottles should not be included. For example Jim Beam Fire has a Fire Element added, or that Early Times has a yellow shaded area. It must be noted that even if you were to remove these two bottles from the sample set you have not eliminated the fact that All but one competitor have a brand that they use this bottle trade dress, And by adding bottles to this sample set would only increase the argument that these four elements are common to any company wanting to portray their bottle as containing Whiskey or Bourbon.

**4th Combination, The Combination of all elements in Jack Daniel's Alleged Bottle Trade Dress**

(1) a square bottle with a ribbed neck; (Fluted of Faceted)
(2) a black cap;
(3) a black neck wrap closure
(4) a black front label with white printing



# Conclusions:

## Jack Daniel's Bottle features are clearly functional and non distinctive:

The jack Daniel's Bottle is a mere refinement of or variation of the 4 alleged bottle trade dress elements.

"The combination of elements of the Jack Daniel's Trade Dress is generic because their primary significance is to identify any distilled spirits, particularly bourbon or other corn based whiskey, rather than products from the Jack Daniel's distillery"

The facts in this study clearly identify that each Brand House that competes with Jack Daniel's has at least 1 brand for which they uses the four elements alleged by Jack Daniel's to be the trade dress of their bottle. The broad use of these elements shown here indicates that these elements combined have a functional meaning to indicate that the contents are Whiskey or Bourbon. It's no surprise that each of these brands is utilizing the historical classic look that was at the origins of whiskey. The look is a classical look that was used by many and to date is still used by many.

The law should not limit the use of these elements exclusively to Jack Daniel's as doing so would prevent the continued sales of 12 other bottles. Additionally, it would require that Brown Forman discontinue its use of these elements on its own Early Times brand whiskey bottle. Brown Forman cannot claim to the court that these elements that create their alleged bottle trade dress are exclusive to Jack Daniel's brand but then continue to use them to promote another brand AND prevent other from using them at the same time.

The large scale use of a square bottle design with fluted or faceted neck, indicates that this style of bottle is what consumers use to recognize Whiskey and Bourbon not Just the Jack Daniel's Brand. Jack Daniel's bottle shape as design is a slight ornamental shift in a recognized bottle design used by the majority of Brand Houses to sell whiskey and bourbon over the Last 100 years.

Thus, the bottle design used by Jack Daniel's "serve[s] an aesthetic purpose wholly independent of any source-identifying function."

You can't just look at present day market conditions…. you have to look at 100 years of history…. .

The point being that, even, if everyone stopped using these elements and style, that fact alone does not give rise to allow Jack Daniel's the right to scoop up all the elements of 100 years of history and claim it to be exclusively their own.

# Ornamental Features Of the Jack Daniel's Bottle

A Statistical Evaluation of Data Collected from Reviewing 114 Bottles

From 7 Brand Houses and Others

(See spreadsheet for individual detail and bottle data)

## Summary Results: The Ornamental Features of the Jack Daniel's Bottle

Percent Usage on all 114 bottles Reviewed

| Square Shape | Bulb Neck | Fluting Faceting | Black Cap Color | Black Neck Color | Black Back Color | White Text Color |
|---|---|---|---|---|---|---|
| 49% | 50% | 45% | 60% | 50% | 38% | 47% |
| **Filigree** | **Arched Name** | **Brand Location** | **Display State** | **Center Medallion Or Graphic** | **The Word Old** | **Embossed Letters** |
| 49% | 50% | 45% | 60% | 50% | 38% | 15% |

### Observations:

Based on the fact that each of these elements have from 38% - 60% usage in the 114 bottles reviewed, it would be an easy assessment to say that all of the above Features are ornamental and functional for selling spirits.

There is no one unique feature found in the Jack Daniel's list of features above that would raise an indicator that it was unique to Jack Daniel's.

The only unique feature that would be exclusive to the Jack Daniel's Brand and Bottle would be the Trademarked name " Jack Daniel's" and the exact word combination "Old No. 7"

Further down we will address "Old No. 7" and the fact that Jack Daniel's does not have exclusive use of the words "Old No." with any other number combination, or the exclusive use of the number "7".

### Statistical Results Based on Jack Daniel's use of alternative colored labels

The next step of this report will display visuals of bottles from the 114 bottles reviewed. The images will be grouped buy colors used by Jack Daniel's. The purpose of showing these images is to show that even when Jack Daniel's changes the color of the label, all competitors have identical elements and overall look. Then this report will address the use of filigree , embossing, the use of the number 7, the and the use of the words "old no."

See the Next 7 Pages will that verify the replicated use of the above features in our study

- Page 1 : Black Lables
- Page 2 : White Labels
- Page 3 : Color / Flavor Labels
- Page 4 : Filigree
- Page 5 : Embossing
- Page 6 : The Number 7
- Page 7 : The words "old no."

# 22 Distinct Bottles that Have Same Label Designs and Same Bottle Features

** 22 of only 114 Reviewed




| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 005 | 021 | 027 | 029 | 032 | 038 | 008 | 098 | 052 | 102 | 018 |
| Beam Suntory | Brown Forman | Brown Forman | Brown Forman | Heaven Hill | Heaven Hill | Beam Suntory | Other | KBD Distillery | Other | Beam Suntory <-BRAND HOUSE |




| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 044 | 049 | 062 | 081 | 099 | 100 | 093 | 097 | 101 | 084 | 019 |
| Heaven Hill | KBD Distillers | Luxco | Sazerac | Other | Other | Diagio | Other | Other | Sazerac | Beam Suntory |

BRAND HOUSE

Jack Daniels Makes a Reverse Label,
With A change in Colors Each Competitor Still Uses Same Design And Bottle Features







| | 004 | 007 | 027 | 064 | 031 | 035 |
|---|---|---|---|---|---|---|
| Brand House | Beam Suntory | Beam Suntory | Brown Forman | Luxco | Brown Forman | Heaven Hill |

Contains All 4 Elements




| | 045 | 048 | 018 |
|---|---|---|---|
| Brand House | Heaven Hill | Heaven Hill | Bean Suntory |

Round vs Square & Missing Ribbing

Missing 2 Elements




| 094 | 071 |
|---|---|
| Diagio | Sazerac |
| Round vs Square | Ribbing Neck |

Missing 1 Element

Jack Daniels Makes Color Variatiions Of Flavors -
With A change in Colors Due to Flavors Each Competitor Uses Same Design And Bottle Features and COLORS




113 Heavn Hill
105 Beam Suntory
106 Beam Suntory
028 Brown Forman
063 Luxco
082 Sazerac
104 Brown Forman

095 Diagio
Round vs Square
& Missing Bulb in Neck
108 Beam Suntory
111 Brown Forman
109 Beam Suntory
112 Heaven Hill
Brand House
111 Bean Suntory
107 Bean Suntory

## Filigree:

We found that 49% of the bottles surveyed have some degree of filigree on the label. Here are some examples.






SAC0057

## Embossed Bottles:










Above and beyond the bottles that we have reviewed already, embossing is used in almost all segments of the spirit industry. Therefore, it is NOT the" embossing" of the words "Jack Daniel's" that is a trademark feature. It is simply the stand alone words "Jack Daniel's".

## Use Of Number 7:




One could argue there is a large percentage of bottles that use the number 7 on their bottle on the center, Such as Seagram's 7, Old Ezra number 7.

## Use Of the words “Old No.”:







Jack Daniel’s does not have the exclusive use of the partial phrase “Old No.“ because you can find this exact phrase on other bottles such as Bench Mark & George Dickel “Old No”. 8.



## Generic Public Perception of Whiskey Bottle:

The below Images are GENERIC images that are on the website shutter stock. This is a website that sells generic stock photos for use in other works of art for advertising and websites. You can draw your own conclusion as to what the Generic Look of whiskey is to the public eye.
























SAC0061

## Generic Public Perception of Whiskey Labeling & Advertising:






SAC0062

## Final Conclusion:



The primary features of the Jack Daniel’s bottle design and the alleged Jack Daniel’s bottle trade dress are basic design features common in industry for distilled spirits, particularly whiskey. Those combined primary features, if allowed to be used exclusively by JD, would significantly undermine a competitor’s ability to compete with Jack Daniel’s in the sale of distilled spirits.

The combined four primary features of the alleged Jack Daniel’s bottle trade dress and the combined three primary features of the Jack Daniel’s bottle design are, overall, merely ornamental or decorative features that do not function as features signifying products from the Jack Daniel’s distillery alone.

The combination of the three primary features of the Jack Daniel’s bottle design is generic, overall, because the primary features’ significance is to identify any distilled spirits particularly bourbon or other American whiskey, rather than products from Jack Daniel’s distillery in particular. Take off the words “Jack Daniel’s” and “Old No. 7” from the complete Jack Daniel’s bottle design and all you have left is an ornamental variation of a generic bottle shape and styling that is comprised overall of nothing more than features found in the generic bottle designs and trade dress of the whiskey/bourbon Industry as a whole.



The combination of the four primary features of the alleged Jack Daniel’s trade dress is generic for distilled spirits in general or American whiskey in particular because their primary significance is to identify any distilled spirits, particularly bourbon or other American whiskey, rather than products from Jack Daniel’s; and a mere refinement of or variation on existing bottle design or trade dress with the field of distilled spirits and whiskey in particular.

The point is very simply: other than the word combination “Jack Daniel’s” and the exact combination “Old No. 7,” the overall primary features are not unique and exclusive to Jack Daniel’s. Many other competitors in the industry clearly use EVERY ONE of the same primary features of bottle design alleged trade dress to some degree and some use ALL of the primary features, making it obvious that the Bottle Design and the alleged Bottle Trade Dress belong to every competitor in the whiskey/bourbon industry.

# The 2 Hour Test

How Many Products Can I find for sale online with elements of the Alleged "Jack Daniels" Trade Dress?

**July 1st 2015**

**By**

**Stephen Sacra**

## Purpose:

The purpose of the of the 1 hour test, was a challenge to see how many items I could find in a 2 hour time period that contained elements of the alleged "Jack Daniel's" trade dress incorporated in them for sale and available to buy on the internet. After finding the items, I would then document the websites, the screen capture to show these items were available for purchase and a close up of each product.

## Goal:

The goal of this project was to show that in a limited amount of searching, on a limited amount of sites I could quickly and easily find examples of products using the same elements of trade dress alleged by Jack Daniel's to be exclusive to Jack Daniel's.

## Learning Discoveries:

The most interesting discovery was that I could find products faster than I could document them. I also learned that, if I was going to have Tabs open to hold each page marker, I would have to open multiple windows as the browser could not maintain that many tabs at one time.

Too many results! I found so many results so fast that I had to stop my search before I was done. After I realized I had over 100+, I just stopped looking. I stopped looking because I knew that documenting my findings would take forever and I figured that 100+ would drive the point home that the internet as a reflection of the shopping market and the Internet have a vast sea of examples using the same trade dress alleged to be exclusive to Jack Daniel's.

## Results:

Below you will see **114 Results** that I found in only looking at **9 websites.** Each of the results incorporates elements of the alleged Jack Daniel's Trade Dress, such as filigree, a cartouche, words " the old", white lettering on black., arched lettering, or a reference to whiskey.

| | Website | Count |
|---|---|---|
| 1 | amazon.com | 51 |
| 2 | ebay.com | 31 |
| 3 | Etsy.com | 8 |
| 4 | redbubble.com | 9 |
| 5 | skreened.com | 7 |
| 6 | teepublic.com | 5 |
| 7 | visionsprinting.com | 1 |
| 8 | zazzle.com | 1 |
| 9 | teesforall.com | 1 |
| | TOTAL | 114 |

| Contain The Word | | % |
|---|---|---|
| Whiskey | 73 | 64% |
| | | |
| Reference | Count | % |
| Whiskey In General | 55 | 48% |
| Music | 13 | 11% |
| Movie TV Show | 9 | 8% |
| General Funny Statement | 7 | 6% |
| State/City | 8 | 7% |
| Culture /Redneck | 4 | 4% |
| Speed Shop | 4 | 4% |
| Moonshine | 2 | 2% |
| Alcohol Not JD | 1 | 1% |
| Other | 11 | 10% |
| Total | 114 | |


DIMEBAG
333
BLACK TOOTH

1


WHISKEY
ME
FRISKY

2


AND THE

3


CLASSIC EVIL

4



5


RUNDMC
Rock
RULE

6


MOONSHINERS
WHISKEY

7


DUCK
DYNASTY
BUCKAHOLIC

8


ORANGE

9



10



11



12



13



14



15



16


17



18



19



20



21



22



23



24



25



26



27


28



29



30



31



32



33

34







35




36




37




38




39




40




41




42



43



44



45



46



47


48



49



50


51



52



53



54



55



56



57



58



59



60



61



62



63



64


65



66



67



68



69



70



71



72



73



74



75



76



77


78



79


80



81



82



83



84






86



87

85



88


89



90



91



92



93



94



95



96


97


98



99



100



101



102


103



104



105



106



107



108



109



10



111



112



113



114

# REFERENCES


1-DimeBag
http://www.amazon.com/Bravado-Dimebag-Darrell-Whiskey-Black/dp/B00YSXYYG6/ref=sr_1_1?s=apparel&ie=UTF8&qid=1435772373&sr=1-1&keywords=black+whiskey+t-shirt

2-Whiskey Friskey
http://www.amazon.com/Moment-Gear-Whiskey-Frisky-X-Large/dp/B00U4HOX4I/ref=sr_1_26?s=apparel&ie=UTF8&qid=1435772433&sr=1-26&keywords=black+whiskey+t-shirt

3-Bruce Springsteen
http://www.amazon.com/Stooble-Springsteen-Whiskey-Black-T-Shirt/dp/B00CLT1H32/ref=sr_1_5?s=apparel&ie=UTF8&qid=1435772373&sr=1-5&keywords=black+whiskey+t-shirt

4-Classic Evil
http://www.amazon.com/Wellcoda-Classic-Skull-Speed-T-shirt/dp/B00XXWPUQ6/ref=sr_1_27?s=apparel&ie=UTF8&qid=1435772433&sr=1-27&keywords=black+whiskey+t-shirt

5-Classic Evil Tank
http://www.amazon.com/Wellcoda-Classic-Skull-Speed-Black/dp/B00XXWUOMQ/ref=sr_1_152?s=apparel&ie=UTF8&qid=1435772562&sr=1-152&keywords=black+whiskey+t-shirt

6-Run DMC
http://www.amazon.com/Bravado-Mens-Run-DMC-XX-Large/dp/B00H9MQQHS/ref=sr_1_44?s=apparel&ie=UTF8&qid=1435772433&sr=1-44&keywords=black+whiskey+t-shirt

7-Moonshiners Whiskey
http://www.amazon.com/Original-Moonshiners-Whiskey-Government-Moonshine/dp/B00C6M43BC/ref=sr_1_8?s=apparel&ie=UTF8&qid=1435772433&sr=1-8&keywords=black+whiskey+t-shirt

8-Duck Dynasty Duckaholic
http://www.amazon.com/Whiskey-Label-Duck-Dynasty-T-shirt-small/dp/B00BP49ATC/ref=sr_1_46?s=apparel&ie=UTF8&qid=1435772433&sr=1-46&keywords=black+whiskey+t-shirt

9-Orange Amplifiers Whiskey Crest
http://www.amazon.com/Orange-Amplifiers-Whiskey-Crest-T-Shirt/dp/B00DO6K32M/ref=sr_1_53?s=apparel&ie=UTF8&qid=1435772488&sr=1-53&keywords=black+whiskey+t-shirt

(10) Jim Morrisson Whiskey Bar
http://www.amazon.com/Funny-Morrison-Doors-Whiskey-T-Shirt/dp/B00QEDVI3U/ref=sr_1_2?s=apparel&ie=UTF8&qid=1435772373&sr=1-2&keywords=black+whiskey+t-shirt

11-Jim Morrison Tank
http://www.amazon.com/Morrison-Doors-Whiskey-Small-Black/dp/B00ZWBL2PY/ref=sr_1_97?s=apparel&ie=UTF8&qid=1435772513&sr=1-97&keywords=black+whiskey+t-shirt

12-Stooges Whiskey
http://www.amazon.com/Three-Stooges-Whiskey-T-Shirt-Medium/dp/B00QQO9JR4/ref=sr_1_6?s=apparel&ie=UTF8&qid=1435772373&sr=1-6&keywords=black+whiskey+t-shirt

13-Metallica Whiskey
http://www.amazon.com/Whiskey-Jar-Metallica-T-Shirt-Black/dp/B00WRXYZYU/ref=sr_1_36?s=apparel&ie=UTF8&qid=1435772433&sr=1-36&keywords=black+whiskey+t-shirt

14-Whiskey Brigade
http://www.amazon.com/Steady-Whiskey-Brigade-Black-Shirt/dp/B00CMGH7AQ/ref=sr_1_178?s=apparel&ie=UTF8&qid=1435772562&sr=1-178&keywords=black+whiskey+t-shirt

15-Brad Paisley
http://www.amazon.com/TASY-Paisley-Country-Cotton-T-shirt/dp/B00ZNLXAHG/ref=sr_1_104?s=apparel&ie=UTF8&qid=1435772513&sr=1-104&keywords=black+whiskey+t-shirt

16-Guns N Roses
http://www.amazon.com/Guns-Roses-Angeles-Paradise-Daniels/dp/B00SVETD28/ref=pd_d0_recs_cwb_ap_22?ie=UTF8&refRID=1VY5NW3KVBA8Y41JYWWK

17-Harleys Whiskey
http://www.amazon.com/Outlaw-Threadz-Harleys-Whiskey-T-Shirt-5XL/dp/B00YFVUKFU/ref=sr_1_126?s=apparel&ie=UTF8&qid=1435772513&sr=1-126&keywords=black+whiskey+t-shirt

18-California West Coast
http://www.amazon.com/California-Republic-Coast-T-shirt-Shirts/dp/B00KKWG21Y/ref=sr_1_17?s=apparel&ie=UTF8&qid=1435772373&sr=1-17&keywords=black+whiskey+t-shirt

19-Jonny Cash (Same as Target)
http://www.amazon.com/Johnny-Cash-Label-T-Shirt/dp/B001CWZDVQ/ref=pd_sim_sbs_193_50?ie=UTF8&refRID=048ZB3BAVVA1AM0E7Q8K

(20) Whiskey Original
http://www.amazon.com/Wellcoda-Whiskey-Original-Brewed-T-shirt/dp/B00IRXXNZ6/ref=sr_1_136?s=apparel&ie=UTF8&qid=1435772513&sr=1-136&keywords=black+whiskey+t-shirt

21-California Golden State (Large Print)
http://www.amazon.com/California-Republic-West-Coast-T-Shirt/dp/B00PSSC4E4/ref=pd_sim_193_7?ie=UTF8&refRID=0YBKP9EWG6DWMNKYJ3AB

22-BeersBonfiresBackRoads
https://www.etsy.com/listing/234991198/beers-bonfires-back-roads-womens-tee-2?utm_source=google&utm_medium=cpc&utm_campaign=shopping_us_d-clothing-womens_clothing-tops_and_tees&utm_custom1=2be07d17-df61-4556-b2b3-6cccab3ac38e&kpid=234991198&gclid=CjwKEAjwwtOsBRDdjZTbvYvTlzcSJADOY0DRwed_ggcw_EwEjlfklaZu5dBqBYTfNGRl7BLj0JzukhoC1knw_wcB

23-I wanna Be Drunk
http://www.amazon.com/Wanna-Drunk-Short-Sleeve-Black-T-Shirt/dp/B00V97MD9E/ref=sr_1_441?s=apparel&ie=UTF8&qid=1435775123&sr=1-441&keywords=black+whiskey+t-shirt

24-White Lightning
http://www.amazon.com/WHITE-LIGHTNING-MOONSHINE-SINCE-Black/dp/B010MNWZUW/ref=sr_1_672?s=apparel&ie=UTF8&qid=1435775177&sr=1-672&keywords=black+whiskey+t-shirt

25-Rebel Circus New York Whiskey
http://www.amazon.com/REBEL-CIRCUS-Womens-Proof-Black/dp/B00WL5A9AI/ref=sr_1_9?s=apparel&ie=UTF8&qid=1435779317&sr=1-9&keywords=whiskey+parody

26-More Whiskey Less Wine
http://www.amazon.com/More-Whiskey-Less-Large-Athletic/dp/B010CBL6NG/ref=sr_1_2?s=apparel&ie=UTF8&qid=1435779317&sr=1-2&keywords=whiskey+parody

27-Jack Skellingtons Nighmare Whiskey Pillow
http://www.amazon.com/diylancas-Cushion-Halloween-Nightmare-skellington/dp/B00S0I6MSI/ref=sr_1_cc_4?s=aps&ie=UTF8&qid=1435779317&sr=1-4-catcorr&keywords=whiskey+parody

28-Jack Skellingtons Nighmare I pod Case
http://www.amazon.com/Society6-Halloween-Parody-Nightmare-Skellington/dp/B00NFVF7NG/ref=sr_1_cc_9?s=aps&ie=UTF8&qid=1435779317&sr=1-9-catcorr&keywords=whiskey+parody

29-Jack Skellingtons Nighmare Stationary
http://www.amazon.com/Society6-Halloween-Nightmare-Skellington-Stationery/dp/B00QWLFYPC/ref=sr_1_cc_8?s=aps&ie=UTF8&qid=1435779317&sr=1-8-catcorr&keywords=whiskey+parody

(30) Harry Potter
https://www.etsy.com/listing/220445248/magic-spell-harry-potter-t-shirt-for?ref=related-3

31-Tatooos and Whiskey
http://www.amazon.com/Whiskey-Tattoos-Frisky-shirt-Medium/dp/B00O34E6YA/ref=sr_1_376?s=apparel&ie=UTF8&qid=1435780000&sr=1-376&keywords=whiskey+shirt

32-Dixon Whiskey
http://www.amazon.com/Daryl-Whiskey-Southern-Walking-T-Shirt/dp/B00WA6YEOU/ref=sr_1_393?s=apparel&ie=UTF8&qid=1435780033&sr=1-393&keywords=whiskey+shirt

33-Irish Whiskey
http://www.amazon.com/Womens-Ireland-Whiskey-Raising-T-Shirt/dp/B00UGKSHW2/ref=sr_1_435?s=apparel&ie=UTF8&qid=1435780033&sr=1-435-spons&keywords=whiskey+shirt

34-Tattoos Girls and Whiskey
http://www.amazon.com/Fifty5-Clothing-Tattoos-Whiskey-Vintage/dp/B00YTTBJXK/ref=sr_1_324?s=apparel&ie=UTF8&qid=1435779970&sr=1-324&keywords=whiskey+shirt

35-Boston Beat Down
http://www.amazon.com/Boston-Sports-Beantown-Whiskey-T-Shirt/dp/B00KWHYZMU/ref=sr_1_251?s=apparel&ie=UTF8&qid=1435779943&sr=1-251&keywords=whiskey+shirt

36-City Of Angels
http://www.amazon.com/Apparel-Womens-Angels-Whiskey-Fashion/dp/B00ZE4HLMM/ref=sr_1_160?s=apparel&ie=UTF8&qid=1435779884&sr=1-160&keywords=whiskey+shirt

37-Tattos and Whiskey
http://www.amazon.com/Womens-Pinky-Star-Tattoos-Whiskey/dp/B00OPAY38G/ref=sr_1_177?s=apparel&ie=UTF8&qid=1435779884&sr=1-177&keywords=whiskey+shirt

38-tattos bad boys and whiskey

http://www.amazon.com/Fifty5-Clothing-Tattoos-Whiskey-Vintage/dp/B00YTTB6GK/ref=sr_1_323?s=apparel&ie=UTF8&qid=1435779970&sr=1-323&keywords=whiskey+shirt

39-Beautiful Disaster
http://www.amazon.com/Womens-Beautiful-Disaster-Proof-Tank/dp/B00L6N7M9W/ref=sr_1_304?s=apparel&ie=UTF8&qid=1435779970&sr=1-304&keywords=whiskey+shirt

(40) Tonight is Bottoms Up
http://www.amazon.com/Tonight-Bottoms-Juniors-Country-Racerback/dp/B00VF2Q7FO/ref=pd_sim_sbs_193_4?ie=UTF8&refRID=1A7WH6XBRGHGVY0YKGDC

41-Shes My Little Whiskey Girl1
http://www.amazon.com/Glit-Z-Whiskey-Country-Western-Racerback/dp/B00UU99JXA/ref=sr_1_65?s=apparel&ie=UTF8&qid=1435779795&sr=1-65&keywords=whiskey+shirt

42-Shes My Little Whiskey Girl2
http://www.amazon.com/Raxo-Womens-Little-Whiskey-Drinking/dp/B00ZIIZ14O/ref=sr_1_37?s=apparel&ie=UTF8&qid=1435779743&sr=1-37&keywords=whiskey+shirt

43-Beards And Whiskey
http://www.amazon.com/Womens-Pinky-Star-Whiskey-T-Shirt/dp/B00SU65IHG/ref=sr_1_30?s=apparel&ie=UTF8&qid=1435779743&sr=1-30&keywords=whiskey+shirt

44-Whiskey # 1 Makes Me Friskey
http://www.amazon.com/Womens-Pinky-Star-Whiskey-Racerback/dp/B00STZ9MYS/ref=sr_1_20?s=apparel&ie=UTF8&qid=1435779743&sr=1-20&keywords=whiskey+shirt

45-WodsNWhiskey
http://www.amazon.com/SoRocks-Womens-Whiskey-Burnout-XXLarge/dp/B00KXGG5AK/ref=sr_1_64?s=apparel&ie=UTF8&qid=1435779795&sr=1-64&keywords=whiskey+shirt

46-Drink Whiskey And Raise Hell
http://www.amazon.com/Athletic-Country-Southern-Whiskey-Shirts/dp/B010C3KRQQ/ref=sr_1_75?s=apparel&ie=UTF8&qid=1435779795&sr=1-75&keywords=whiskey+shirt

47-Drink Whiskey And Raise Hell2
http://www.amazon.com/Drink-Whiskey-Raise-Juniors-Country/dp/B00V93PRYG/ref=sr_1_12?s=apparel&ie=UTF8&qid=1435779743&sr=1-12&keywords=whiskey+shirt

48-Whiskey Soup
http://www.amazon.com/Whiskey-Soup-Shirt-Mens-black/dp/B00EA95PZ2/ref=sr_1_121?s=apparel&ie=UTF8&qid=1435779849&sr=1-121&keywords=whiskey+shirt

49-Roosters Whiskey
http://www.amazon.com/True-Whiskey-Label-Sleeve-T-Shirt/dp/B00NT6YMOM/ref=sr_1_1434?s=apparel&ie=UTF8&qid=1435783360&sr=1-1434&keywords=whiskey+shirt&pebp=1435783377087&perid=0WRQZE6XD1NCDBGHAB0P

(50) California Republic
http://www.ebay.com/itm/New-CALIFORNIA-REPUBLIC-WHISKEY-CREWNECK-SWEATSHIRT-Pullover-Sweater-Cali-/291485075269?pt=LH_DefaultDomain_0&var=&hash=item43dddd4745

51-Midnight Runners Moonshine
http://www.amazon.com/Moonshine-Midnight-Runners-T-shirt-Medium/dp/B00EVBXMEK/ref=sr_1_907?s=apparel&ie=UTF8&qid=1435783168&sr=1-907&keywords=whiskey+shirt

52-Vintage
http://www.ebay.com/itm/30th-BIRTHDAY-WHISKEY-Black-T-Shirt-Vintage-1985-30-year-old-GREAT-GIFT-IDEA-/251534242926?pt=LH_DefaultDomain_0&var=&hash=item3a909bf46e

53-Jon Snow
http://www.ebay.co.uk/itm/INSPIRED-BY-GAME-OF-THRONES-T-SHIRT-JON-SNOW-WHISKY-LABEL-NIGHTS-WATCH-/201110943583?pt=LH_DefaultDomain_3&var=&hash=item2ed325775f

54-Shes Whiskey In a Tea Cup
https://www.etsy.com/listing/228278256/shes-whiskey-in-a-tea-cup-womens-tee-2?ref=related-1

55-Cant Buy Happiness
http://www.visionsprinting.com/shop/you-cant-buy-happiness-but-you-can-buy-whiskey/

56-Ouiji
https://www.teepublic.com/t-shirt/136269-spirit-board

57-Death Note

https://www.teepublic.com/t-shirt/130134-death-note-jack-daniels-parody

58-BilboBOurbon
https://www.teepublic.com/t-shirt/24453-bilbo-bourbon

59-TellerMorrowsWhiskey
https://www.teepublic.com/t-shirt/57888-anarchy-brand-whiskey

(60) Charizard Fire Whiskey
https://www.teepublic.com/t-shirt/206524-charicific-valley-whiskey

61-ShesWhisjeyInATeaCup
https://www.etsy.com/listing/236669904/shes-whiskey-in-a-tea-cup-southern-style?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_27

62-Winchester Hunter Whiskey
http://www.redbubble.com/people/konoko479/works/10354471-winchester-whiskey?p=t-shirt

63-BeebleBrox
http://www.redbubble.com/people/buzatron/works/10106479-pan-galactic-gargle-blaster?grid_pos=5&p=t-shirt

64-WE Whiskey You a Merry Xmas
http://skreened.com/merryxmas/we-whiskey-you-a-merry-christmas-t-shirt

65-Walter Whites
http://www.ebay.com/itm/Heisenberg-Style-T-Shirt-Breaking-Bad-Walter-White-Fun-Walt-Whiskey-Whisky-Logo-/371165959004

66-Kris Kringle
http://skreened.com/merryxmas/kris-kringle-christmas-whiskey-drinking-t-shirt-3532317

67-lol Whiskey
https://www.etsy.com/listing/237729453/a-lil-whisky-makes-me-frisky-mens-t?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_34

68-Mike Richards
http://www.redbubble.com/people/theroyalhalf/works/11372396-top-shelf-whiskey?grid_pos=17&p=t-shirt

69-Old Finger
http://skreened.com/bluemoontrading/old-finger-whiskey

(70) REdNeck Drinking Team
http://www.ebay.com/itm/REDNECK-DRINKING-TEAM-T-SHIRT-Tee-FuNnY-Country-Boy-Whisky-Beer-DRUNK-/261477859202?pt=LH_DefaultDomain_0&var=&hash=item3ce14b7f82

71-Heizenbergs Crystal Meth
http://www.redbubble.com/people/aguvagu/works/11738694-heisenberg-pure-meth?grid_pos=27&p=t-shirt

72-TriForce
http://www.redbubble.com/people/punksthetic/works/11054623-triforce-whiskey?grid_pos=46&p=t-shirt

73-Nevada Chopper
http://www.ebay.com/itm/NEVADA-CHOPPER-OLD-NO-13-V-TWIN-SOUR-MASH-WHISKEY-T-SHIRT-SIZE-L-/121693053971?pt=LH_DefaultDomain_0&hash=item1c5578a413

74-Ill Be Your Whiskey
http://skreened.com/countryside/whiskey-in-your-water-5142314

75-Bacon Lemmesee
http://skreened.com/davidayala/bacon-flavored-whiskey

76-Shelby Bros
http://www.ebay.com/itm/NEW-PEAKY-BLINDERS-Whiskey-Inspired-T-Shirt-Top-Mens-Birmingham-Shelby-S-to-2XL-/321791497835?pt=LH_DefaultDomain_0&var=&hash=item4aec44966b

77-Alcatraz Island BOurbon
http://www.redbubble.com/people/gus3141592/works/6298019-alcatraz-island-badguys-bourbon-label?grid_pos=61&p=t-shirt

78-Sum Bitch
http://skreened.com/heeheetees/sumbitch

79-Subaru
http://www.redbubble.com/people/mookiechan/works/12461658-jackanese?grid_pos=221&p=t-shirt

(80) Vader Whiskey

http://www.ebay.com/itm/Vader-Imperial-Whiskey-Star-Wars-2016-Tee-Shirt-Sizes-Sm-3x-/321788260958?pt=LH_DefaultDomain_0&hash=item4aec13325e

81-Text Your Ex
http://skreened.com/khaleesi21/text-your-ex

82-Hard Core Lifting
http://www.redbubble.com/people/squatrackcurler/works/12447199-hardcore-old-school-lifting?grid_pos=229&p=t-shirt

83-BlueGrassWhiskey
http://www.ebay.com/itm/Bluegrass-Whiskey-Kentucky-Vintage-Graphic-T-Shirt-Size-Sm-Brand-New-with-tags-/161526417111?pt=LH_DefaultDomain_0&hash=item259bb986d7

84-Batman Gotham Whiskey
http://www.redbubble.com/people/v-clothing/works/11679707-batman-old-no-7?grid_pos=288&p=t-shirt

85-Whiskey Improves
http://www.ebay.com/itm/DELTA-PRO-WEIGHT-T-SHIRT-WHISKEY-L-SHORT-SLEEVE-BLACK-MULTI-COLOR-100-COTTON-/281733571447?pt=LH_DefaultDomain_0&hash=item4198a12377

86-FireBall Whiskey
https://www.etsy.com/listing/203566957/whiskey-shirt-fireball-whiskey-makes-me?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_14

87-LooseGoose
http://www.zazzle.com/loose_goose_whiskey_tee_shirt-235478189400265043

88-Johnny Cash
http://www.ebay.com/itm/Johnny-Cash-Whiskey-T-Shirt-New-Direct-from-Manufacturer-/321171814622?pt=LH_DefaultDomain_2&var=&hash=item4ac754f8de

89-SnakeBite
http://www.ebay.com/itm/Johnny-Cash-Whiskey-T-Shirt-New-Direct-from-Manufacturer-/321171814622?pt=LH_DefaultDomain_2&var=&hash=item4ac754f8de

(90) Tonight Is Bottoms Up
https://www.etsy.com/listing/203556330/tonight-is-bottoms-up-country-music?ref=related-0

91-WhiskeyBent&HellBound
https://www.etsy.com/listing/238896505/whiskey-bent-and-hell-bound-graphic-tee?ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=whiskey%20shirt&ref=sr_gallery_10

92-Hooters
http://www.ebay.com/itm/Hooters-Riverside-T-shirt-Sze-XL-Whisky-Bottle-Design-Est-1983-/131477892151?pt=LH_DefaultDomain_0&hash=item1e9cb16c37

93-Supernatural Winchester Bros
http://www.amazon.com/Supernatural-Winchester-Hunters-Whiskey-T-Shirt/dp/B00JQ0K2BW/ref=sr_1_fkmr0_2?s=apparel&ie=UTF8&qid=1435796531&sr=1-2-fkmr0&keywords=Supernatural+Winchester+Brothers+whiskey

94-30BillionCalifoniaLosAngeles.jpg
http://www.amazon.com/30-Billion-Street-Fashion-Whiskey/dp/B00Z7NQ58G/ref=sr_1_1?s=apparel&ie=UTF8&qid=1435796683&sr=1-1&keywords=30+billion+whiskey

95- Batman Dark Knight
http://www.ebay.com/itm/DC-Comics-Batman-Whiskey-Style-Logo-Black-Dark-Knight-T-Shirt-Small-/111705563672?pt=LH_DefaultDomain_0&hash=item1a022ba218

96 - FudPuckers Whiskey
http://www.ebay.com/itm/FUDPUCKER-HOMEMADE-WHISKEY-FLORIDA-T-SHIRT-SZ-XXXL-NEW-WITH-TAGS-/361332153843?pt=LH_DefaultDomain_0&hash=item5421131df3

97- Motley Crue Too Fast For Love
http://www.ebay.com/itm/Motley-Crue-Too-Fast-For-Love-Tee-Whiskey-Graphic-Print-T-Shirt-Unisex-Adult-/271916549546?pt=LH_DefaultDomain_0&var=&hash=item3f4f7d45aa

98- Allways Carry A Flask
http://www.ebay.com/itm/New-Breed-CARRY-A-FLASK-OF-WHISKEY-IN-CASE-SNAKE-BITE-TANK-SHIRT-punk-grunge-/291180831955?pt=LH_DefaultDomain_0&var=&hash=item43cbbae4d3

99-Lynard Skynyrds Whiskey
http://www.ebay.com/itm/INCREDIBLE-1990-vintage-LYNYRD-SKYNYRD-whiskey-T-SHIRT-sz-MED-/321793942852?pt=LH_DefaultDomain_0&hash=item4aec69e544

100 – Us Army American Soldiers
http://www.ebay.com/itm/US-Army-Whiskey-Label-Graphic-T-Shirt-7-62-design-/321790995026?pt=LH_DefaultDomain_0&hash=item4aec3cea52

101- Addiction Clothing
http://www.ebay.com/itm/Guy-Men-Vest-Tank-Tops-Shirt-Classic-Whiskey-Motorcycle-Biker-Chopper-V240-S-3XL-/181623317106?pt=LH_DefaultDomain_0&var=&hash=item2a4997e272

102 Borubon Street Whiskey
http://www.ebay.com/itm/Bourbon-St-Sour-Mash-Whiskey-T-Shirt-/261836655357?pt=LH_DefaultDomain_0&hash=item3cf6ae4afd

103- Saul Goodmans
http://www.ebay.com/itm/Better-Call-Saul-Whiskey-Tribute-T-Shirt-Heisenberg-Saul-Goodman-Jimmy-McGill-BB-/261930497937?pt=LH_DefaultDomain_3&var=&hash=item3cfc463791

104-Whiskey Makes Me Friskey Ver2
http://www.ebay.com/itm/Be-As-You-Are-Extra-Large-Black-Whiskey-Makes-Me-Frisky-T-Shirt-Bottle-Label-NEW-/271537633134?pt=LH_DefaultDomain_2&hash=item3f38e7776e&autorefresh=true

105-WalterWhites Whiskey
http://www.ebay.com/itm/Heisenberg-Style-Walter-White-Whiskey-Logo-T-Shirt-Longslave-Hoodie-Available-/221704832352?pt=LH_DefaultDomain_0&var=&hash=item339ea34560

106-RockNRoll Sex Whiskey
http://www.ebay.com/itm/Shirt-Original-Sex-Rock-n-Roll-Whiskey-KR76-/171345691636?pt=LH_DefaultDomain_0&var=&hash=item27e4ffc3f4

107-Daryl Dixons
http://www.ebay.com/itm/DARYL-DIXON-tribute-T-SHIRT-Walking-Dead-whiskey-Norman-American-TV-show-zombies-/111653967444?pt=LH_DefaultDomain_0&var=&hash=item19ff185654

108-Daisy Dukes
http://www.ebay.com/itm/daisy-DUKES-rochester-NEW-york-NY-sour-MASH-whiskey-SHIRT-large-L-bar-HAZZARD-/310697217144?pt=LH_DefaultDomain_0&hash=item4856ff4c78

109-RatherBe SomeonesWhiskey
http://www.ebay.com/itm/Rather-Be-Someones-Shot-Of-Whiskey-Than-Everyones-Cup-Of-Tea-Girly-TEE-SHIRT-/321763483720?pt=LH_DefaultDomain_0&var=&hash=item4aea992048

110-MotorHead Whiskey
http://www.ebay.com/itm/MOTORHEAD-MOTORHEAD-TRIBUTE-LEMMYS-FAVORITE-WHISKEY-IRON-CROSS-SPADE-BIKER-SHIRT-/171447751924?pt=LH_DefaultDomain_0&var=&hash=item27eb1514f4

111-Chevis Regal Whiskey
http://www.ebay.com/itm/New-Chivas-Regal-Whisky-Alcohol-Drinking-Combined-Logo-T-Shirt-Gildan-Brand-Tee2-/181788147391?pt=LH_DefaultDomain_0&var=&hash=item2a536afebf

112-Brad Paisley Alcohol
http://www.ebay.com/itm/Brad-Paisley-2008-Alcohol-Tour-T-Shirt-XL-Music-Party-Country-Band-Concert-Black-/381308386994?pt=LH_DefaultDomain_0&hash=item58c7c03eb2

113- SnakeBite Whiskey Lighter
http://www.ebay.com/itm/Zippo-Snake-Bite-Whiskey-Pure-Rye-100-Proof-Black-Matte-Windproof-Lighter-NEW-/371252971475

114 – Oh Whiskey Yer the Devil
https://www.teesforall.com/Whiskey_Yer_The_Devil_St_Pattys_Day_Tee_Shirt-p-23967.html

| | General | No JD | Movie | Music | State/City | SpeedShop | Products | Culture | Funny | Moonshine | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | 1 | | | | | | | |
| 2 | 1 | | | | | | | | | | |
| 3 | | | | 1 | | | | | | | |
| 4 | | | | | | 1 | | | | | |
| 5 | | | | | | 1 | | | | | |
| 6 | | | | 1 | | | | | | | |
| 7 | 1 | | | | | | | | | | |
| 8 | | | 1 | | | | | | | | |
| 9 | | | | | | | 1 | | | | |
| 10 | | | | 1 | | | | | | | |
| 11 | | | | 1 | | | | | | | |
| 12 | | | 1 | | | | | | | | |
| 13 | | | | 1 | | | | | | | |
| 14 | 1 | | | | | | | | | | |
| 15 | | | | 1 | | | | | | | |
| 16 | | | | 1 | | | | | | | |
| 17 | 1 | | | | | | | | | | |
| 18 | | | | | 1 | | | | | | |
| 19 | | | | 1 | | | | | | | |
| 20 | 1 | | | | | | | | | | |
| 21 | | | | | 1 | | | | | | |
| 22 | | | | | | | | 1 | | | |
| 23 | | | | | | | | | 1 | | |
| 24 | | | | | | | | | | 1 | |
| 25 | 1 | | | | | | | | | | |
| 26 | 1 | | | | | | | | | | |
| 27 | 1 | | | | | | | | | | |
| 28 | 1 | | | | | | | | | | |
| 29 | 1 | | | | | | | | | | |
| 30 | | | 1 | | | | | | | | |
| 31 | 1 | | | | | | | | | | |
| 32 | | | | 1 | | | | | | | |
| 33 | 1 | | | | | | | | | | |
| 34 | 1 | | | | | | | | | | |
| 35 | | | | | 1 | | | | | | |
| 36 | | | | | 1 | | | | | | |
| 37 | 1 | | | | | | | | | | |
| 38 | 1 | | | | | | | | | | |
| 39 | | | | | 1 | | | | | | |
| 40 | | | | | | | | | 1 | | |
| 41 | 1 | | | | | | | | | | |
| 42 | 1 | | | | | | | | | | |
| 43 | 1 | | | | | | | | | | |
| 44 | 1 | | | | | | | | | | |
| 45 | 1 | | | | | | | | | | |
| 46 | 1 | | | | | | | | | | |
| 47 | 1 | | | | | | | | | | |
| 48 | 1 | | | | | | | | | | |
| 49 | 1 | | | | | | | | | | |
| 50 | | | | | 1 | | | | | | |
| 51 | | | | | | | | | | 1 | |
| 52 | | | | | | | | | 1 | | |
| 53 | | | 1 | | | | | | | | |
| 54 | 1 | | | | | | | | | | |
| 55 | 1 | | | | | | | | | | |
| 56 | | | | | | | | | 1 | | |
| 57 | 1 | | | | | | | | | | |
| 58 | | | 1 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 1 | | | | | | | | | | | |
| 60 | 1 | | | | | | | | | | | |
| 61 | 1 | | | | | | | | | | | |
| 62 | 1 | | | | | | | | | | | |
| 63 | | | | | | | | 1 | | | | |
| 64 | 1 | | | | | | | | | | | |
| 65 | | | 1 | | | | | | | | | |
| 66 | 1 | | | | | | | | | | | |
| 67 | 1 | | | | | | | | | | | |
| 68 | | | | | | | | | | | 1 | |
| 69 | 1 | | | | | | | | | | | |
| 70 | | | | | | | | 1 | | | | |
| 71 | | | 1 | | | | | | | | | |
| 72 | 1 | | | | | | | | | | | |
| 73 | | | | | | 1 | | | | | | |
| 74 | 1 | | | | | | | | | | | |
| 75 | | | | | | | | | 1 | | | |
| 76 | | | | | | | | | | | 1 | |
| 77 | 1 | | | | | | | | | | | |
| 78 | 1 | | | | | | | | | | | |
| 79 | | | | | | | | | | | 1 | |
| 80 | 1 | | | | | | | | | | | |
| 81 | 1 | | | | | | | | | | | |
| 82 | | | | | | | | | 1 | | | |
| 83 | 1 | | | | | | | | | | | |
| 84 | 1 | | | | | | | | | | | |
| 85 | 1 | | | | | | | | | | | |
| 86 | 1 | | | | | | | | | | | |
| 87 | 1 | | | | | | | | | | | |
| 88 | | | | 1 | | | | | | | | |
| 89 | 1 | | | | | | | | | | | |
| 90 | | | | | | | | | 1 | | | |
| 91 | 1 | | | | | | | | | | | |
| 92 | | | | | | | | | | | 1 | |
| 93 | 1 | | | | | | | | | | | |
| 94 | | | | | 1 | | | | | | | |
| 95 | | | 1 | | | | | | | | | |
| 96 | 1 | | | | | | | | | | | |
| 97 | | | | 1 | | | | | | | | |
| 98 | 1 | | | | | | | | | | | |
| 99 | | | | 1 | | | | | | | | |
| 100 | | | | | | | | | | | 1 | |
| 101 | | | | | | | | | | | 1 | |
| 102 | | | | | 1 | | | | | | | |
| 103 | | | | | | | | | | | 1 | |
| 104 | 1 | | | | | | | | | | | |
| 105 | | | 1 | | | | | | | | | |
| 106 | | | | | | | | | | | 1 | |
| 107 | | | | | | | | 1 | | | | |
| 108 | | | | | | | | | | | 1 | |
| 109 | 1 | | | | | | | | | | | |
| 110 | | | | | | 1 | | | | | | |
| 111 | | 1 | | | | | | | | | | |
| 112 | | | | | | | | | | | 1 | |
| 113 | 1 | | | | | | | | | | | |
| 114 | 1 | | | | | | | | | | | |
| | 55 | 1 | 9 | 13 | 8 | 4 | 1 | 4 | 7 | 2 | 10 | 114 |
| | General | No JD | Movie | Music | State/City | SpeedShop | Products | Culture | Funny | Moonshine | Other | |

SAC0090

amazon Prime

black whiskey t-shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"




Bay Island Sportswear

# Bravado Dimebag Darrell Whiskey Black T Shirt

Be the first to review this item

Price: $16.99 - $23.13

**Size:**

Select ▾ Size Chart

- 100% Cotton
- Licensed and Official

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

Roll over image to zoom in

## Customers Who Viewed This Item Also Viewed

Page 1 of 3



Dimebag Darrell - Mens Guitar Flag T-Shirt In Black
4
$16.68 - $20.25



Dimebag Darrell Whiskey T-Shirt
$17.95




Bravado Adult Pantera "Dimebag Darrell" 1966-2004 Black T-Shirt
$18.99




Adult Dimebag Darrell "Portrait" Black Slim Fit T-Shirt
4
$16.99



Dimebag Darrell - Flags & Stars T-Shirt
4
$11.88 - $22.30


DIMEBAG
No.
333
Quality
101 Proof
BLACK TOOTH
DARRELL LANCE ABBOTT
1966 2004

amazon Prime
Clothing, Shoes & Jewelry black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

Moment Gear

# Moment Gear Men's Whiskey Makes Me Frisky T Shirt

Be the first to review this item

Price: $27.00 - $32.00

**Size:**

Select ▾ Size Chart

Color: Black



- Printed in the USA using eco-friendly ink.
- Cotton/Polyester/Rayon
- Available Sizes: XS - 4XL
- Available Colors: Grey, White, and Black

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



Moment Gear Men's Whiskey Makes Me Frisky Baseball Shirt
$29.00



Moment Gear Men's Whiskey Makes Me Frisky Tank
$27.00 - $32.00



Moment Gear Men's Whiskey Makes Me Frisky V Neck
$27.00 - $32.00




Moment Gear Men's Talk Disney To Me T Shirt
$27.00 - $32.00



Moment Gear Men's Kiss Me I'm Irish T Shirt
$27.00 - $32.00

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shir...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
★★★★½ (140)
$22.11 Prime



HHD Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large
★★★★☆ (6)
$36.95 Prime


CANVAS
WHISKEY
MAKES
ME
FRISKY

amazon Prime
Clothing, Shoes & Jewelry ▾ black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department ▾ Stephen's Amazon.com Today's Deals Gift Cards Sell Help Hello, Stephen Your Account ▾ Your Prime ▾ Wish List ▾ 0 Cart
Amazon Fashion Women ▾ Men ▾ Girls ▾ Boys ▾ Baby ▾ Luggage ▾ Sales And Deals Your
FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

Stooble Original Print

# Stooble Men's Springsteen Whiskey T-Shirt

★★★★☆ ▾ 4 customer reviews

Price: $19.99

**Size:**

Select ▾ Size Chart | Fit: As expected

**Color:** Black



- High Quality 100% cotton T-Shirt
- Individually printed using latest garment technology
- Long lasting heat cured print
- Machine washable - inside out at low temperature

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together






Stooble Original Print
$19.99

Motown Automotive Design
$17.95


BRUCE SPRINGSTEEN
The Boss
AND THE
E. Street Band

amazon Prime
black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals
FREE RETURNS

Back to search results for "black whiskey t-shirt"




Roll over image to zoom in

wellcoda

# Wellcoda | Classic Evil Skull Mens NEW Speed Shop Black T-shirt S-5XL

Be the first to review this item

Price: $13.58 - $15.18

**Size:**

Select ▾ Size Chart

Color: Black

- Your Orders Shipped Within 24 Hours with Local 60 Day Return
- Premium Quality, Professionally Hand Printed Apparel from the UK
- Extremely Comfortable, 100% Ethically Sourced Cotton, Machine Washable
- Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
- Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5

- Wellcoda | Classic Evil Skull Mens NEW Speed Shop Black Tank Top S-2XL
  $13.58
- Wellcoda | Classic Evil Skull Mens NEW Black Long Sleeve T-shirt S-2XL
  $15.18
- Wellcoda | Skull Robot Cyborg Mens NEW Mechanical Black T-shirt S-5XL
  $13.58 - $15.18
- Wellcoda | Religion Skull Church Mens NEW Skeleton Black T-shirt S-5XL
  $13.58 - $15.18
- Wellcoda | Skeleton Indian USA Mens NEW Skull Battle Black T-shirt S-5XL
  $13.58 - $15.18

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12

- USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi...
  $19.98
- USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
  $15.98
- USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
  $19.98
- Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
  (140)
  $22.11 Prime
- H-D Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large ...
  (1)
  $38.95 Prime



Classic Evil
Speed
Shop
8

amazon Prime | black whiskey t-shirt | $25 Back with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Men › Shirts › Tank Tops




Roll over image to zoom in

wellcoda

# Wellcoda | Classic Evil Skull Mens NEW Speed Shop Black Tank Top S-2XL

Be the first to review this item

Price: $13.50

**Size:**

Select ▾ Size Chart

**Color:** Black

- Your Orders Shipped Within 24 Hours with Local 60 Day Return
- Premium Quality, Professionally Hand Printed Apparel from the UK
- Extremely Comfortable, 100% Ethically Sourced Cotton, Machine Washable
- Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
- Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5


Classic Evi
Speed
Shop

amazon Prime

Clothing, Shoes & Jewelry | black whiskey t-shirt

Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your Fashion

FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

Bravado

# Bravado Men's Run DMC - Rock and Rule Whiskey Label T-Shirt

Be the first to review this item

Price: $14.76 - $23.29 & FREE Returns on some sizes and colors. Details

Size:

Select ▼ Size Chart

Color: Black

- 100% Cotton
- Imported
- Machine Wash
- Music, sports and entertainment merchandise
- Great gift idea



Graphic Tee Shop

Bold & laid-back styles for everyday wear. View our full selection of band, video game, novelty tees & more. See the selection

Share

To buy, select Size

Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Viewed This Item Also Viewed

Page 1 of 2


RUNDMC
Rock
N'
RULE
LEGENDS
JOSEPH "RUN" SIMMONS
DARRYL "DMC" McDANIELS
JASON "JAM MASTER JAY" MIZELL
HOLLIS, QUEENS
100% TOUGHER THAN LEATHER (100 PROOF)

amazon Prime | black whiskey t-shirt | $25 Back with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | FREE RETURNS




Roll over image to zoom in

Original Moonshiners Whiskey Men's T-shirt, Foolin' The Government Since 1776 Moonshine Design Men's Tee (Black, X-Large)

Be the first to review this item

Price: $19.99 Prime & Free Returns Details

**Note:** Available at a lower price from other sellers, potentially without free Prime shipping.

Only 1 left in stock.

Sold by Juicyclouds and Fulfilled by Amazon. Gift-wrap available.

**Want it tomorrow, July 2?** Order within 3 hrs 54 mins and choose **One-Day Shipping** at checkout. Details

Share

Add to Cart

**Ship to:**

Stephen Sacra- SCOTTSDALE

Add to Wish List

Other Sellers on Amazon

$15.04 Add to Cart

+ $7.98 shipping

Sold by: The Distributor Group

## Customers Who Viewed This Item Also Viewed

Page 1 of 3



MOONSHINERS Men's Peach Label Short Sleeve T-Shirt
★★★★★ 1
$13.00 Prime




Whiskey Made Me Do It Black Adult T-Shirt
$14.95 - $17.95



Moonshine - Water Of Life Men's T-Shirt #6407
★★★½☆ 2
$16.99



Original Moonshiners Whiskey Men's T-shirt, Foolin' The Government Since 1776 Moonshine Design Men's Tee (Navy...
$17.99 Prime
Get it by Tomorrow



Trust Me I'm A Doctor Of Shineology Men's T-shirt, Moonshine Doctor of Shineology Design Men's Tee...
$12.99

## Sponsored Products Related To This Item (What's this?)

Page 2 of 12 | Start over




Jack Daniels Men's Daniel's Logo Hooded Sweatshirt XXXX-Large Black
★★★☆☆ (37)
$42.70 Prime



Jack Daniels T-shirt Large Bottle Tee-el
★★★★☆ (4)
$24.99 Prime



USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day Veteran American Apparel B...
$19.98


ORIGINAL
MOONSHINERS
WHISKEY
FOOLIN' the GOVERNMENT SINCE 1776

amazon Prime

black whiskey t-shirt

Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department

Stephen's Amazon.com Today's Deals Gift Cards Sell Help

Hello, Stephen Your Account

Your Prime

Wish List

0 Cart

Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals

FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Movie & TV Fan › Tops & Tees › T-Shirts








Roll over image to zoom in

Duck Dynasty

# Duck Dynasty Duckaholic Label 100% Proof Officially Licensed Adult T-Shirt

46 customer reviews

Price: $9.95 - $23.95

**Size:**

Select ▾ Size Chart | Fit: As expected (89%)

**Color:** Black

- Officially Licensed Merchandise, Detailed Graphic Artwork Design
- Music, Sports & Entertainment Merchandise
- Quality Products
- Machine Wash Cold, Tumble Dry Low, No Bleach
- Great Gift Idea, That Any Fan Will Like

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together





Duck Commander


DUCK
DYNASTY
DUCKAHOLIC
100 PROOF
DUCK DYNASTY

amazon Prime
Clothing, Shoes & Jewelry | black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

Orange Amplifiers

# Orange Amplifiers Men's Whiskey Crest T-Shirt

Be the first to review this item

List Price: $20.00
Price: $19.99 + $5.49 shipping
You Save: $0.01

**Note:** Not eligible for Amazon Prime

Only 1 left in stock.
Ships from and sold by Woodwind and Brasswind.

**Estimated Delivery Date:** Tuesday, July 7 when you choose Two-Day Shipping at checkout.

Share

$19.99 + $5.49 shipping
In Stock. Sold by **Woodwind and Brasswind**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Stephen Sacra- SCOTTSDALE

Add to Wish List

**Other Sellers on Amazon**

2 new from $19.99

## Customers Who Viewed This Item Also Viewed

Page 5 of 5 | Start over



Authentic ORANGE GOBLIN Octopus Monster With Amplifiers T-Shirt S-2XL NEW
1
$18.[illegible] - $[illegible]


ORANGE

amazon Prime

black whiskey t-shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department · Stephen's Amazon.com · Today's Deals · Gift Cards · Sell · Help · Hello, Stephen Your Account · Your Prime · Wish List · Cart

Amazon Fashion · Women · Men · Girls · Boys · Baby · Luggage · Sales And Deals · Your ... · FREE RETURNS

Clothing, Shoes & Jewelry › Men › Clothing › Shirts › T-Shirts




Roll over image to zoom in

UD Gale

# Funny Jim Morrison The Doors Show Me Next Whiskey Bar T-Shirt

★★★★★ 2 customer reviews

Price: $12.95 - $16.95

**Size:**

Select ▼ Size Chart | Fit: As expected (90%)

**Color:** Black

- High quality fabric
- 100% cotton
- Machine wash

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



RockWearUSA
$7.00 - $15.49



Liquid Blue
$14.00 - $36.95


JIM MORRISON
SHOW ME THE WAY TO THE NEXT
WHISKEY
BAR

amazon Prime
black whiskey t-shirt
Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals
FREE RETURNS

Clothing, Shoes & Jewelry › Men › Clothing › Shirts




Roll over image to zoom in

UD Gate

# Jim Morrison The Doors Band Show Me To Next Whiskey Bar Mens Tank Top

Be the first to review this item

Price: $12.95 - $16.95

**Size:**

Select ▼ Size Chart

**Color:** Black

- High quality fabric
- 100% cotton
- Machine wash

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List


JIM MORRISON
SHOW ME THE WAY TO THE NEXT
WHISKEY
BAR

amazon Prime
black whiskey t-shirt
Soak up Summer
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS
Back to search results for "black whiskey t-shirt"



Unknown

# The Three Stooges Idiot Proof Whiskey Men's Black T-Shirt

1 customer review

Price: $18.99 - $20.91 & FREE Returns on some sizes and colors. Details

Size:

Select Size Chart

Color: Black

- 100% Cotton
- Officially Licensed
- Featuring The Three Stooges
- 100% Cotton
- Quality Screen-Printed Graphics
- Standard Men's Sizes

Roll over image to zoom in

Share

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Viewed This Item Also Viewed

Page 1 of 12



- Three Stooges T-Shirt Wise Guys — 6 — $11.98 - $37.29
- Three 3 Stooges T-shirt Oh, Wise Guy, Eh? Adult Tee Shirt — 14 — $7.95 - $22.99
- Three 3 Stooges Beer T-shirt - Knucklehead Brewing Company Tee Shirt — 3 — $14.49 - $19.99
- Liquid Blue Men's Three Stooges Dewey Cheatem and Howe T-Shirt — 1 — $16.95 - $23.25
- Three 3 Stooges T-shirt Higher Learning Adult Tee Shirt — 4 — $16.42 - $21.99

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



- USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi — $19.98
- Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large — (140) — $32.11 Prime
- USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi — $19.98
- USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi — $19.98
- H-D Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large ... — (7) — $38.96 Prime


STOOGES
IDIOT PROOF
SINCE 1930
WHISKEY

amazon Prime
black whiskey t-shirt
Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals
FREE RETURNS




Roll over image to zoom in

Rockwear

# Whiskey In The Jar - Metallica T-Shirt

Be the first to review this item

Price: $18.49 - $19.90

**Size:**

Select ▾ Size Chart

- Reinforced Stitching
- Professionally Silk Screened
- Machine Washable
- High Resolution Graphic. Vivid & Durable Colors
- The Model depicted is 5 feet 9 inches tall and is wearing a size Medium

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List


METALLICA
Established
Since 1987
WHISKEY IN THE JAR
MADE IN SAN FRANCISCO

amazon Prime | Clothing, Shoes & Jewelry | black whiskey t-shirt | $25 Back with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"




Roll over image to zoom in

Steady Clothing

# Men's Steady Whiskey Brigade Tee Black Shirt

Be the first to review this item

Price: $19.99

**Size:**

Select ▾ Size Chart

- World Domination One Drink At A Time
- Men's soft fitted classic collared 100% Cotton tee
- Made in the USA!
- Steady Clothing

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



FEA Men's Brantley Gilbert Skull T-Shirt ★★★★★ 4 $12.82 - $23.29



Waylon Jennings God Guns And Wayland T-shirt ★★★★½ 11 $12.82 - $31.89



Hot Buckles Vintage Look Distressed Brown Leather Snap Belt Snap On for Buckles ★★★★☆ 150 $11.50 - $12.95



Mossy Oak & Realtree Camo Hats Adjustable Cap (16 Patterns) ★★★★½ 11 $15.95 - $15.95



Deadpool - Girl Getter T-Shirt ★★★★★ 4 $22.90

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt - 1776 July



USA T-Shirt - Happy 4th



USA T-Shirt - Happy 4th



Jack Daniels Men's



H-D Overseas Tour


BEAUTIFULLY BUILT
ALL ORIGINAL
WHISKEY
BRIGADE
BARLEY & BRUISES
XX
Established
1995
WORLD DOMINATION
ONE DRINK AT A TIME
Advocates of Steady & Sons

amazon Prime
Clothing, Shoes & Jewelry black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account Your Prime Wish List Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS
‹ Back to search results for "black whiskey t-shirt"






TASY

# TASY Men's Brad Paisley This Is Country Music 100% Cotton T-shirt - Black

Be the first to review this item

List Price: $50.00
Price: $23.99
You Save: $26.01 (52%)

**Size:**

Select ▾ Size Chart

Color: Black

- High Quality T-shirt
- 100% Cotton,Short Sleeve
- Color: Black
- Graphic On Front Of Shirt
- Printed With One Color Soft Hand Ink. Very Soft And Comfy

Roll over image to zoom in

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



TASY Men's Shania Twain Rock This Country Tour 100% Cotton T-shirt Black
$23.99



TASY 100% Cotton Men's Zidane T-shirt - Black
$23.99



TASY 100% Cotton Men's Runner T-shirt - Black
$23.99




TASY 100% Cotton Men's Islanders T-shirt - Black
$23.99



TASY 100% Cotton Men's Raul Gonzalez14 T-shirt - Black
$23.99

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



Jack Daniels Men's Daniels Label T-Shirt Black XX-Large
★★★★☆ (140)
$22.11 Prime



HD Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large
★★★★☆ (1)
$36.95 Prime

Ad feedback


BRAD PAISLEY

amazon Prime
Clothing, Shoes & Jewelry
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA







Roll over image to zoom in

UD Gate

# Guns N' Roses GNR Los Angeles Paradise City Jack Daniels Men's Tank Top

Be the first to review this item

Price: $12.95 - $16.95

**Size:**

Select ▾ Size Chart

**Color:** Black

- High quality fabric
- 100% cotton
- Machine wash

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Viewed This Item Also Viewed

Page 1 of 11



Guns N Roses Los Angeles LA Paradise City GNR Music Band Mens T-Shirt
$12.95 - $16.95



Guns N Roses T-shirt Jumbo Apetite for Destruction
42
$13.15 - $23.29



Jack Daniel's Whiskey Men's Tank Top - Saloon Shirt
6
$20.36 - $23.88



Bravado Merchandising Guns N' Roses Cross T-Shirt Black
46
$17.15 - $28.50



Bravado Men's Guns N Roses Bullet T-Shirt
91
$7.70 - $25.29


GUNS N' ROSES
Los Angeles
Since 1985
100% Vol.
PARADISE CITY

amazon Prime
Clothing, Shoes & Jewelry ▾ black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA







Roll over image to zoom in

Outlaw Threadz

# Outlaw Threadz Men's Harley's & Whiskey Crew Neck Graphic T-Shirt

Be the first to review this item

Price: $21.99 - $24.99

**Size:**

Select ▾ Size Chart

- 100% Cotton
- New with tags
- Machine Wash Only/Do Not Dry Clean
- Made in USA

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5


Outlaw Threadz Men's Renegade Crew Neck Graphic T-Shirt
$21.99 - $24.99


Outlaw Threadz Men's "Anarchy" Crew Neck Graphic T-Shirt Black
$17.99 - $20.99


Outlaw Threadz Men's "Duelist" Crew Neck Graphic T-Shirt Black
$17.99


Outlaw Threadz Men's Logo Black Crew Neck Graphic T-Shirt
$21.99


Outlaw Threadz Men's "American Outlaw" Crew Neck Graphic T-Shirt Black
★★★★☆ 2
$17.99

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12


H-D Overseas Tour Eagle Skull Black Label T-Shirt Men's, Medium, Black
★★★★★ (1)


Harley-Davidson T-Shirt - Limited Edition Men's | Bagram Crest Flag, Lar...
$34.95 Prime


Jack Daniels Front Label T - Shirt XXXX-Large Black
★★★★☆ (140)


Vstone Men's Knitted Fast-Drying Breathable T-Shirts Short Sleeve Black...


Ames Bros King of Rock T-shirt Black Size Xxlarge
$29.00 Prime


HARLEYS
BOTH
GET WITH
and
WHISKEY
OUTLAW THREADZ

Share






Roll over image to zoom in

# California Republic Bear West Coast T-shirt

California Shirts

37 customer reviews

Price: $5.99 - $9.99

**Size:**

Select | Size Chart | Fit: As expected (63%)

**Color:** Black



- 100% Cotton Unisex T-shirt
- Comfortable Modern Fit Wash Inside out with cold water
- Print may appear smaller on bigger shirts
- Designed and printed in the United States
- See our store for more great apparel! Great gift or for yourself! Perfect for birthdays, Christmas, Hanukkah, Valentine's Day, Anniversary, and everyday gift ideas

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



ShopitEver
$9.99 - $9.99



California Apparel
$5.00 - $20.00

## Customers Who Bought This Item Also Bought

Page 2 of 19 | Start over



LA California State Outline Vinyl Decal Sticker CUSTOM
14
$4.98



California Republic West Coast Men's T-Shirt
4
$5.00 - $10.00



California Republic - Cali Bear Men's T-shirt Tee
16
$9.95 - $10.95



Mens Short-Sleeve California All-Star Cali Life Black T-Shirt
8
$8.96 - $13.99



California Republic Cali Mens T-Shirt
13
$21.95 - $25.00

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



H-D Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large, ...
(1)
$38.95 Prime



Jack Daniels Men's Daniel's Label T-Shirt Black XX Large
(140)
$22.11 Prime


CALIFORNIA
QUALITY
The Golden State
STATE OF MIND
WEST COAST
PROUD TO BE BORN AND RAISED IN THE
STREETS OF CALI

amazon Prime
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing





Click to open expanded view

Unknown

# Johnny Cash - Cash Label T-Shirt

40 customer reviews

Price: $12.50 - $24.95 & FREE Returns on some sizes and colors. Details

Sale: Lower price available on select options

**Size:**

Select | Size Chart | Fit: As expected (80%)

**Color:** Black

- Officially Licensed Johnny Cash Merchandise

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



Zion Rootswear
$9.99 - $26.95



Johnny Cash
$12.50 - $18.98

## Customers Who Bought This Item Also Bought

Page 1 of 20



JOHNNY CASH
AMERICAN
Rebel

amazon Prime

black whiskey t-shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department · Stephen's Amazon.com · Today's Deals · Gift Cards · Sell · Help

Hello, Stephen Your Account · Your Prime · Wish List · Cart

Amazon Fashion · Women · Men · Girls · Boys · Baby · Luggage · Sales And Deals · Your

FREE RETURNS

Back to search results for "black whiskey t-shirt"





wellcoda

# Wellcoda | Whiskey Original Mens NEW Brewed For Biker Black T-shirt S-5XL

Be the first to review this item

Price: $13.58 - $15.18

**Size:**

Select ▼ Size Chart

**Color:** Black

- Your Orders Shipped Within 24 Hours with Local 60 Day Return
- Premium Quality, Professionally Hand Printed Apparel from the UK
- Extremely Comfortable, 100% Ethically Sourced Cotton, Machine Washable
- Wellcoda Promise®: For every tree used in our Apparel, 10 Tree's are planted
- Wellcoda Planet®: 52% of the energy used to make this garment came from Renewable Energy

Roll over image to zoom in

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



Wellcoda | Deadman Hand Biker Mens NEW Party Poker Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Shut Up And Ride Mens NEW Biker Skull Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Trust Me Pirate Sea Mens NEW Rum Whiskey Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Ride Like You Biker Mens NEW Stole It USA Black T-shirt S-5XL
$13.58 - $15.18



Wellcoda | Top Hawg Hog Biker Mens NEW Made In USA Black T-shirt S-5XL
$13.58 - $15.18

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Sh...
$19.96



USA T-Shirt - Happy 4th July Independence day American Apparel Black Sh...
$19.98



Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
(140)
$25.11 Prime



H-E Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large...
(1)
$39.95 Prime

Ad feedback


WHISKEY
ORIGINAL
For the People - By the People
BREWED
for
BIKERS

amazon Prime
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart

Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Men › Shirts › T-Shirts






Roll over image to zoom in

California Apparel

# California Republic West Coast Men's T-Shirt

4 customer reviews

List Price: $25.99
Price: $5.00 - $10.00

**Size:**
Select ▼ Size Chart | Fit: As expected (90%)

**Color:** Black

- 100% cotton t-shirt
- Super Fast Shipping!
- Made in the USA!
- Check out our entire California Republic collection!
- Copy link below:
- http://www.amazon.com/s/ref=sr_nr_p_4_0?me=A3THY4ESLZPN5V&fst=as%3Aoff&rh=p_4%3ACalifornia+Apparel&ie=UTF8&qid=1433963363

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



California Apparel
$5.00 - $20.00



California Apparel
$5.00 - $12.00


CALIFORNIA
QUALITY
The golden State
STATE OF MIND
WEST COAST
PROUD TO BE BORN AND RAISED IN THE
STREETS OF CALI

Etsy | Search | Browse | Register | Sign In | Cart

Similar Items Shop More




Beers, Bonfires & Back Ro...
EllieSueTees




She's Whiskey In a Tea Cu...
EllieSueTees




Beers, Bonfires & Back Ro...
EllieSueTees



I just want to travel the bac...




Blame it on the Whiskey W...

EllieSueTees

Favorite Shop



90

Like this item?
Add it to your favorites to revisit it later.




Zoom

## Beers, Bonfires & Back Roads Women's Tee (2 Colors)

$22.00 USD

Ask a Question

Quantity
1

Color
Select a color

Size
Select a size

**Overview**

- Handmade item
- Material: Heat Press Vinyl
- Made to order
- Only ships to United States from Idaho Falls, Idaho
- Feedback: 22 reviews

This shop accepts Etsy Gift Cards

Add to Cart

Tweet | tumblr. | Like

EllieSueTees
in Idaho Falls, Idaho









SAC0134

amazon Prime
black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart
Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your
FREE RETURNS
‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

Humor Tees

# Mens I Wanna Be Drunk Short-Sleeve Black T-Shirt

Be the first to review this item

Price: $17.95 - $18.95

**Size:**

Select ▾ Size Chart

- 100% Cotton
- Available in Sizes S-3XL
- Graphic on front of shirt
- Machine Washable

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 6



Mens Black Cat Short-Sleeve Black T-Shirt
$17.95 - $19.95



Mens Shelby Cars Short-Sleeve Black T-Shirt
$17.95 - $18.95



Mens Hockey Dad Short-Sleeve Black T-Shirt
$17.95 - $18.95



Mens Legendary Marilyn Short-Sleeve Black T-Shirt
$17.95 - $18.95



Football Dad Mens Black Short-Sleeve T-Shirt
$9.99 - $12.99

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



H-D Overseas Tour Eagle Skull Black Label T-Shirt Men's Large Black
★★★★★ (1)
$44.95 Prime



H-D Overseas Tour Europe Custom Military Long Sleeve T-Shirt Men's XXX-...
$51.95 Prime



Harley-Davidson T-Shirt - Limited Edition Men's | Bagram Crest Flag, Lar...
$34.95 Prime



Jack Daniels Front Label T - Shirt XXXX-Large Black
★★★★½ (140)
$24.70 Prime



Vstone Men's Knitted Fast-Drying Breathable T-Shirts Short Sleeve Black...
★★★★☆ (8)
$16.99 Prime


I WANNA BE
Drunk
When I Wake Up
ON THE RIGHT
Side Of The
WRONG BED

amazon Prime
Clothing, Shoes & Jewelry black whiskey t-shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"




Roll over image to zoom in

AM T-Shirts

# WHITE LIGHTNING MOONSHINE SINCE 1791 Smoke Men's Tee (6.1oz)

Be the first to review this item

Price: $19.00 - $27.00

Size:

Select ▾ Size Chart

Color: Black

- 100% Pre-Shrunk Cotton
- 6.1 oz Cotton
- Classic Fit
- Combed Ring Spun Cotton

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12



USA T-Shirt – 1776 July 4th Independence Day American Apparel Black Shir
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi
$19.98



USA T-Shirt - Happy 4th July Independence day American apparel Black Shi
$19.98



Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
(140)
$22.11 Prime



H-D Overseas Tour Nostalgic Eagle Custom Military T-Shirt Mens Large
(1)
$26.96 Prime

Ad feedback


WHITE LIGHTNING
RUNNING
SINCE
1791
XXX
XXX
MOONSHINE

amazon Prime | Clothing, Shoes & Jewelry | whiskey parody

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey parody"




Roll over image to zoom in

REBEL CIRCUS

# REBEL CIRCUS Women's Men's 80 Proof Tee

Be the first to review this item

Price: $24.95

**Size:**

Select ▾ Size Chart

**Color:** Black

- Men's 80 Proof Tee Super comfortable and great fitting tee shirt Show 'em what you're made of!

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**



Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5


REBEL CIRCUS
CLASSIC
Old
No.7
BRAND
GENUINE
New York
WHISKEY
70cl 40% Vol.
PRINTED AND STITCHED BY
THE REBEL CIRCUS COMPANY
NEW YORK, NEW YORK 10018 U.S.A
RAISING HELL SINCE 2013

amazon Prime

Clothing, Shoes & Jewelry | whiskey parody

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey parody"




Roll over image to zoom in

Shreered

# More Whiskey & Less Wine | Tank |

Be the first to review this item

Price: $33.99

**Size:**

Select | Size Chart

**Color:** Athletic Grey

- New
- Custom printed in the USA
- Washable
- Printed using direct-to-garment printing
- Ethically sourced

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**

Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees


MORE
WHISKEY
LESS
WINE

amazon Prime
Home & Kitchen whiskey parody
Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account Your Prime Wish List 0 Cart
Home & Kitchen Best Sellers Gift Ideas Markdowns Kitchen & Dining Appliances Bedding & Bath Furniture & Décor Patio & Garden Wedding Registry




Click to open expanded view

# Home Style diylancas Cotton Linen Throw Pillow Cover Cushion Case Halloween Parody Nightmare Blood jack skellington Whiskey - 45 X 45 cm Square Design

by diylancase

Be the first to review this item

Price: $26.00 + $2.70 shipping

**Note:** Not eligible for Amazon Prime

In Stock.

Ships from and sold by DBuyee.

**Estimated Delivery Date:** July 28 - Aug. 13 when you choose Standard at checkout.

- Actual patterns on the throw pillow cover / cushion cover may differ due to pattern placement on original fabric layout
- The color of the throw pillow cover / cushion cover may differ due to different monitors
- ONLY THROW PILLOW COVER / CUSHION COVER. PILLOW INSERT IS NOT INCLUDED
- Size: 45 cm x 45 cm
- Made of durable cotton linen cloth material

Share

Qty: 1

$26.00 + $2.70 shipping

In Stock. Sold by DBuyee

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Stephen Sacra- SCOTTSDALE

Add to Wish List

Have one to sell? Sell on Amazon


JACK SKELINGTON'S
OLD TIME
Quality
Nightmare
BLOOD
WHISKEY
70cL 100%pure
JACK SKELLINGTON

amazon Prime

Electronics whiskey parody

$25 Off with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Computers | Brands | Best Sellers | Laptops & Tablets | Desktops & Monitors | Hard Drives & Storage | Computer Accessories | Tablet Accessories | PC Components

‹ Back to search results for "whiskey parody"




Click to open expanded view

# Society6 - Halloween Parody Nightmare Blood Jack Skellington ... iPad Case by Three Second

by Society6

Be the first to review this item

Price: $60.00 No Shipping Info

Available to buy on Society6 (www.society6.com)

This item is only available on another website.

- Stylish and Functional iPad Cases
- Artwork by Three Second
- Compatible with: iPad (2nd/3rd/4th Gen)
- An independent artist profits from every purchase on Society6

1 new from $60.00

Share

Buy it on this website

Society6

(www.society6.com)

Shop This Website

accepts amazonpayments

Add to Wish List

Have one to sell? Sell on Amazon

See a problem with this offer? Leave ad feedback

**Sponsored by SMK-Link**



SMK-Link RemotePoint Emerald Navigator Pres...

(23)

$99.00 $99.00

Ad feedback

**Product Ads from External Websites** (what's this?)

Sponsored Content | Page 1 of 6


JACK SKELLINGTON'S
WHISKEY
70cL
100%pure

amazon Prime

Cell Phones & Accessories ▾ Whiskey parody

$25 back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department ▾ | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account ▾ | Your Prime ▾ | Wish List ▾ | 0 Cart

Cell Phones & Accessories | Contract Phones | No-Contract Phones | Unlocked Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In

‹ Back to search results for "whiskey parody"






Click to open expanded view

# Society6 - Halloween Parody Nightmare Blood Jack Skellington ... Stationery Cards by Three Second

by Society6

Be the first to review this item

Price: $12.00 No Shipping Info

Available to buy on Society6 (www.society6.com)

This item is only available on another website.

- Stylish and Functional Stationery Cards
- Artwork by Three Second
- An independent artist profits from every purchase on Society6

1 new from $12.00

Share

Buy it on this website
Society6
(www.society6.com)

Shop This Website

accepts amazonpayments ▾

Add to Wish List

Have one to sell? Sell on Amazon

See a problem with this offer? Leave an feedback

**Sponsored by Empire**



Galaxy S6 Active Polycarbonate Hybrid B...
$6.95

Ad feedback

## Product Ads from External Websites (What's this?)

Sponsored Content



Society6 - Halloween Parody Nightmare Blood Jack Skellington She...
$99.00
No Shipping Info
Society6
accepts amazonpayments



Society6 - Halloween Parody Nightmare Blood Jack Skellington She...
$60.00
No Shipping Info
Society6
accepts amazonpayments



Society6 - Halloween Parody Nightmare Blood Jack Skellington She...
$35.00
No Shipping Info
Society6
accepts amazonpayments



Society6 - Halloween Parody Nightmare Blood Jack Skellington She...
$85.00
No Shipping Info
Society6
accepts amazonpayments



Society6 - There Is No Halloween 3 Stationery Cards by Silvia Le...
$12.00
No Shipping Info
Society6
accepts amazonpayments

Ad feedback


JACK SKELINGTON'S
OLD TIME
Nightmare
WHISKEY
70cL
100%

https://www.e...

Etsy | Search for items or shops | Search | Browse | Register | Sign in | Cart



# Turquoishield

Favorite Shop



13 items

Like this item?
Add it to your favorites to revisit it later.




Zoom

Item Details ★★★★★ (10) | Shipping & Policies

## Magic Spell Harry Potter T-shirt for Women, T-shirt for Men, print screen T-shirt, Awesome T-shirt, Size S --- 5XL

**$20.49+** USD

Ask a Question

Quantity
1

Size
Select a size

**Overview**

- Handmade item
- Materials: preshrunk, cotton, Cotton Blend
- Made to order
- Ships worldwide from United States
- Feedback: 10 reviews
- Favorited by: 26 people

Add to Cart

Tweet | Pin it | tumblr + | Like 0



Turquoishield
in United States

SAC0149


AVADA
KEDAVRA
BITCH

amazon Prime
Clothing, Shoes & Jewelry | whiskey shirt
25% off with Camera Store Purchase
With Promo Code 25CAMERA








Roll over image to zoom in

Love Print shirt

# Whiskey Tank Top Tattoos Make Me Frisky Funny T shirt Women Black Medium

Be the first to review this item

Price: $19.99 & **FREE Shipping**

**Note:** Not eligible for Amazon Prime.

In Stock.

Ships from and sold by nutsrunpon99.

**Estimated Delivery Date:** Wednesday, July 8 when you choose Two-Day Shipping at checkout.

- Whiskey Tank Top Tattoos Make Me Frisky Funny T shirt Women Black Medium
- Black T shirt
- 100 % Cotton
- Medium Size Chest : 36 inches, LENGTH : 28 inches

Share

Qty: 1

$19.99 + Free Shipping
In Stock. Sold by **nutsrunpon99**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Stephen Sacra- SCOTTSDALE

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 2




Whiskey Make Me Frisky Funny T shirt Tank Top Women Black Medium
$19.99



Whiskey Shirt Tattoos and Whiskey Make Me Frisky T shirt Tank Top Women Black Medium
$19.99




Whiskey Tank Top Tattoos Make Me Frisky Funny T shirt Women White Medium
$19.99




Whiskey Make Me Frisky Funny T shirt Tank Top Women White Medium
$19.99



Whiskey Shirt Tattoos and Whiskey Make Me Frisky T shirt Tank Top Women White Medium
$19.99


TATTOOS
and
WHISKEY
MAKE ME
FRISKY

amazon Prime

Clothing, Shoes & Jewelry whiskey shirt

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

# Daryl Dixon Whiskey Southern Rebel The Walking Dead, Men's T-Shirt

Be the first to review this item

Price: $17.95

Size:

Select ▾ Size Chart

- 100% Cotton - Soft Feel, Short Sleeve, Preshrunk t-shirt (PLEASE USE OUR SIZE GUIDE IN THE IMAGE GALLERY)
- Genuine, high quality, branded t-shirt
- Fast dispatch straight to your door from the UK
- Professionally printed, packed and dispatched using the latest and best digital print technology. No cheap and nasty iron on transfers used with our tees! We only use the best quality environmentally friendly printing industry standard inks

Share

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List


DIXON
WHISKEY
Genuine
SOUTHERN
100 PROOF
REBEL
EST. 2010

amazon Prime
whiskey shirt
Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

Sons Of Liberty

# Women's: Ireland. Kilts Whiskey and Raising Hell. Kilt T-Shirt Made in USA T...

Be the first to review this item

Price: $29.99 - $31.85

**Size:**

Select ▾ Size Chart

**Color:** White

- 100% Cotton
- Celtic, Irish and Scottish designs by Twisted Kilter Tees
- Digitally Printed on a standard fitting Womens Fruit of the Loom T-Shirt
- 5.0 oz. 100% Pre-Shrunk Cotton Tee. Premium Cotton Tee.
- Twisted Kilter Celtic Tees. T-Shirts with Kilt, Irish and Scottish themes. Printed on hoodies, tanks, tees. Mens and womens
- Tee shirt runs true to size. Standard fitting womens tee. Not juniors, not oversized. Slight scoop on neck. Capped sleeves, girly tee.

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5


IRELAND
LUCK OF THE IRISH
CELTIC PRIDE
KILTS • WHISKEY
AND RAISING HELL

amazon Prime
Clothing, Shoes & Jewelry whiskey shirt
Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account Your Prime Wish List 0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS

‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

Fifty5 Clothing

# Women's Fifty5 Clothing Tattoos Girls and Whiskey Vintage T-Shirt Black

Be the first to review this item

Price: $37.99

**Size:**

Select ▼ Size Chart

- 100% Ring Spun Combed Cotton
- Pajama soft and cut for a flattering fit
- Side seamed. Tagless. Preshrunk
- Elegant yet comfy
- Printed with eco-friendly, water-based inks for an extra soft finish
- Made in California

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



Women's Fifty5 Clothing Tattoos Bad Boys and Whiskey Vintage T-Shirt Black
$37.99




Women's Fifty5 Clothing Sarcasm Vintage T-Shirt Black
$37.99



Women's Fifty5 Clothing Speed Junkies Vintage T-Shirt Black
$37.99




Women's Fifty5 Clothing Stay Weird Vintage T-Shirt Black
$37.99




Women's Fifty5 Clothing Team Vodka Vintage T-Shirt Black
$37.99


FIFTY FIVE CLOTHING
LOS ANGELES
MADE IN CALIFORNIA
MACHINE WASH COLD
TATTOOS
GIRLS
&
WHISKEY
FIFTY FIVE CLOTHING

amazon Prime | whiskey shirt | $25 Off with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Novelty › Clothing › Women › Tops & Tees › T-Shirts





Roll over image to zoom in

Boston Sports

# Boston Sports Beantown Whiskey 'Just Take It' T-Shirt

Be the first to review this item

Price: $19.99 - $21.99 & FREE Returns on some sizes and colors. Details

Size:

Select ▾ Size Chart

- Brand New
- 100% Cotton
- Limited Design

Share

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Viewed This Item Also Viewed



Boston Sports 'King of Sports' Beer Label T-Shirt
★★★★★ 1
$19.99 - $22.99



Boston Sports Boston Common T-Shirt
$19.99 - $22.99

## Sponsored Products Related To This Item (What's this?)



Jack Daniels Women's Daniel's Logo Tee Black Small
(20)
$24.70 Prime



Jack Daniels Womens Lynchburg Tennessee No. 7 Short Sleeve T-shirt (medium)
★★★★★ (1)
$26.28 Prime



Headline Shirts Women's Brown Poly/Cotton Whiskey & Yoga Funny Party T-S
(2)
$28.00

SAC0159


JUST TAKE IT
Boston
BEAT DOWNS

amazon Prime
whiskey shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals
FREE RETURNS

‹ Back to search results for "whiskey shirt"






Roll over image to zoom in

Cleo Apparel

# CLEO Apparel Women's City Of Angels Whiskey Fashion Blouse Crop Top

Be the first to review this item

Price: $19.90 Prime & FREE Returns. Details

Size:

Select ▾ Size Chart

- 100% Rayon
- Brand: CLEO Apparel
- Hand wash cold
- Cut-up open back blouse top
- Women's sizing

Share

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**



Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees


CITY of ANGELS
OLD TIME
LA
'NO.213'
BRAND
QUALITY
HASH TAG
WHISKEY
DISTILLED AND BOTTLED BY
LOS ANGELES DISTILLERY
COA HOMIES, PROPRIETOR
LOS ANGELES (POP. 213) COA, U.S.A
48% ALC. BY VOL. (98 PROOF)

amazon Prime

whiskey shirt

$25 Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales and Deals | Your | FREE RETURNS




Roll over image to zoom in

Pinky Star

# Women's Pinky Star Tattoos and Whiskey Make Me Frisky Tee

3 customer reviews

Price: $21.95 - $22.95

**Size:**

Select ▾ Size Chart | Fit: As expected (80%)

- 100% Cotton
- Shirts Run Small
- 100% Cotton
- Printed in the USA!
- Women's 3XL tees are a men's cut
- Women's 3XL measurements: H=28", W=26"

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List


TATTOOS
AND
WHISKEY
MAKE ME
FRISKY
PINKY STAR

amazon Prime | whiskey shirt | $25 Back with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales and Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey shirt"



Roll over image to zoom in

Fifty5 Clothing

# Women's Fifty5 Clothing Tattoos Bad Boys and Whiskey Vintage T-Shirt Black

Be the first to review this item

Price: $37.99

**Size:**

Select ▾ Size Chart

- 100% Ring Spun Combed Cotton
- Pajama soft and cut for a flattering fit
- Side seamed. Tagless. Preshrunk
- Elegant yet comfy
- Printed with eco-friendly, water-based inks for an extra soft finish
- Made in California

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of



Women's Fifty5 Clothing Tattoos Girls and Whiskey Vintage T-Shirt Black
$37.99



Women's Fifty5 Clothing Sarcasm Vintage T-Shirt Black
$37.99



Women's Fifty5 Clothing Class of Bad Ass Vintage T-Shirt Black
$37.99



Women's Fifty5 Clothing Speed Junkies Vintage T-Shirt Black
$37.99



Women's Fifty5 Clothing Stay Weird Vintage T-Shirt Black
$37.99

## Sponsored Products Related To This Item (What's this?)



Jack Daniels Women's Daniel's Logo Tee Black Small
(20)
$24.70 Prime



Jack Daniels Womens Lynchburg Tennessee No. 7 Short Sleeve T-shirt -medium
(1)
$26.28 Prime



Boston Sports Beantown Whiskey "Just Take It" T-Shirt (Medium)
$19.99



Headline Shirts Womens Brown Poly/Cotton Whiskey & Yoga Funny Party T-S...
(2)
$28.00


FIFTY FIVE CLOTHING
LOS ANGELES
L
MADE IN CALIFORNIA
MACHINE WASH COLD
TATTOOS
BAD BOYS
&
WHISKEY
FIFTY FIVE CLOTHING

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

amazon Prime

Clothing, Shoes & Jewelry ▾ whiskey shirt

Shop by Department ▾ | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account ▾ | Your Prime ▾ | Wish List ▾ | 0 Cart

Amazon Fashion | Women ▾ | Men ▾ | Girls ▾ | Boys ▾ | Baby ▾ | Luggage ▾ | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "whiskey shirt"




Click to open expanded view

Beautiful Disaster

# Women's Beautiful Disaster 100 Proof Tank Top

★★★★★ ▾ 1 customer review

Price: $23.99

**Size:**

Select ▾ Size Chart

- 100% Cotton
- Women's Beautiful Disaster OG Kiss Tank Top
- Made in the USA!

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List


BEAUTIFUL
DISASTER
MADE IN
Los Angeles
70CL
100 PROOF
50% VOL
YOU'RE ONLY AS STRONG
AS THE TABLES
YOU DANCE ON.

amazon Prime
Clothing, Shoes & Jewelry
$25 Gift with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS

Clothing, Shoes & Jewelry › Novelty & More › Movie & TV Fan › Tops & Tees › T-Shirts






Roll over image to zoom in

MPX CLOTHING

# Tonight is Bottoms Up Juniors Country Girl Juniors Racerback Tank Top

1 customer review

List Price: $29.95
Price: $21.95
You Save: $8.00 (26%)

**Size:**

Select ▾ Size Chart

**Color:** Black

- 100% Ringspun Cotton
- High quality DTG Print With Eco Friendly Inks
- Designed and Printed in the USA
- Juniors Fit
- Fitted Racerback Tank Top

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together




FASHION BOOMY
$15.30



MPX CLOTHING
$21.95

## Customers Who Bought This Item Also Bought

Page 1 of 2




TRUCKS COWBOYS COUNTRY MUSIC GRAPHIC TANK TOP
$15.00




Drink Whiskey and Raise Hell Juniors Country Girl Tank Top
$21.95




Country Girls Tank Top - Country From My Cowboy Boots To Down Home Roots
11
$15.95




Trucks Cowboys and Country Music Juniors Racerback Tank Top
$21.95




Country Music - Pass It Around - Racerback Black Tank Top
2
$17.95


MPX
TONIGHT
is
BOTTOMS
UP

amazon Prime

whiskey shirt

25% Off with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department
Stephanie's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephan Your Account
Your Prime
Wish List
0 Cart

Amazon Fashion Women Men Girls Boys Baby Luggage Sales and Deals

FREE RETURNS

Back to search results for "whiskey shirt"




Glit-Z

# Glit-Z Women's My Little Whiskey Girl Country Western Cowgirl Racerback Tank Top

Be the first to review this item

Price: $34.95

**Size:**

Select ▼ Size Chart

**Color:** Black

- 100% combed cotton
- Tagless
- Preshrunk
- Made in the USA

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

Roll over image to zoom in

## Customers Who Viewed This Item Also Viewed

Page 1 of 11



Spreadshirt Women's Forget Glass Slippers Tank Top
5
$29.60




Country Girls Tank Top - Country From My Cowboy Boots To Down Home Roots
11
$15.95




I've Got a Wild Side a Country Mile Wide Racerback Tank Top
2
$15.95




Tonight is Bottoms Up Juniors Country Girl Juniors Racerback Tank Top
1
$21.95




Dear Lord, Thank-you For Trucks, Cowboys, And Country Music, Amen Ladies Tank Top
1
$19.99 - $24.99

SAC0171


GLITZ S
100% COTTON
Made in USA
WASH COLD
TUMBLE DRY
NO BLEACH
SHE'S MY
Little
WHISKEY
Girl

amazon Prime
Clothing, Shoes & Jewelry ▾ whiskey shirt
... with Camera Store Purchase
With Promo Code 25CAMER...
Shop by Department ▾ Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account ▾ Your Prime ▾ Wish List ▾ 0 Cart
Amazon Fashion Women ▾ Men ▾ Girls ▾ Boys ▾ Baby ▾ Luggage ▾ Sales And Deals ▾ Your ... ▾ FREE RETURNS

‹ Back to search results for "Whiskey shirt"




Roll over image to zoom in

Raxo

# Raxo Women's She's My Little Whiskey Girl Tank Top Cool Drinking Tank

Be the first to review this item

Sale: $6.99 - $12.99

**Size:**

Select ▾ Size Chart

**Color:** Black



- Soft and Comfortable Women's Tank Top
- %100 Cotton Women Tank Top
- Size range S - 2XL
- Visit Product Description for more details

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**



Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees

## Special Offers and Product Promotions

- Thank you for being a Prime member. Get a **$40.00 gift card instantly** upon approval for the **Amazon.com Store Card**. Apply now


SHE'S MY
LITTLE
WHISKEY
Girl

amazon Prime
whiskey shirt
$25 Back With Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart
Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your
FREE RETURNS
‹ Back to search results for "whiskey shirt"








Roll over image to zoom in

Pinky Star

# Women's Pinky Star Beards And Whiskey T-Shirt

★★★★☆ 4 customer reviews

Price: $21.95 - $22.95

Size:

Select ▾ Size Chart | Fit: Runs small (50%)

- 100% Cotton
- Sizes run small
- Printed in the USA!
- Women's 3XL tees are a men's cut.
- Women's 3XL measurements: H=28", W=26"

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



Spreadshirt
$31.49

## Customers Who Viewed This Item Also Viewed

Page 1 of 10



Spreadshirt Men's Beard Rule #47 T-Shirt
★★★★★ 4
$31.49




Women's Pinky Star Beards And Whiskey Racerback Tank Top
★★☆☆☆ 1
$21.95



Trust Me I Have a Beard Men's Shirt
★★★★½ 8
$14.99 - $22.99




TeeStars Men's - There Is A Name For People Without Beards T-Shirt
★★★★★ 17
$8.99



She Said Tees Womens "Pogonophile" definition fitted v-neck tee
★★★★★ 1
$17.95 - $19.99

## Sponsored Products Related To This Item (What's this?)



Jack Daniels Women's Daniel's Logo Tee Black Small
★★★★☆ (30)



Jack Daniels Womens Lynchburg Tennessee No. 7 Short Sleeve T-shirt -medium



Boston Sports Beantown Whiskey 'Shell Take It' T-Shirt (Medium)
$19.99



Headline Shirts Women's Brown Poly/Cotton Whiskey & Yoga Funny Party T-S


BEARDS
&
WHISKEY
MAKE ME
FRISKY
™
PINKY STAR

amazon Prime
whiskey shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals
FREE RETURNS
‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

Pinky Star

# Women's Pinky Star Whiskey Makes Me Frisky Racerback Tank Top Black

Be the first to review this item

Price: $21.95

**Size:**

Select ▾ Size Chart

- 100% Cotton
- Shirts Run Small
- Printed in the USA!

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Viewed This Item Also Viewed

Page 1 of 5




Women's Pinky Star Tattoos and Whiskey Make Me Frisky Racer Back Tank
2
$21.95




Women's Pinky Star Beards And Whiskey Racerback Tank Top
1
$21.95



Jack Daniels Women's Daniel's White Burnout Racerback Tank Top
17
$37.95 - $49.97



Whiskey Equals Frisky Funny Drinking Juniors Tank Top
$24.95 - $26.99



Jack Daniels Women's Daniel's Racerback Tank Top
32
$24.95 - $36.39


pinky star
WHISKEY
No.1
MAKES ME
FRISKY
PINKY STAR

amazon Prime

Clothing, Shoes & Jewelry - whiskey shirt

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department

Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help

Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your

FREE RETURNS

‹ Back to search results for "whiskey shirt"






Roll over image to zoom in

SoRock

# SoRock's Women's WOD's and Whiskey Burnout Tank Black

★★★★★ 3 customer reviews

Price: $25.00 Prime & FREE Returns on some sizes and colors Details

**Size:**

Select ▾ Size Chart

**Color:** Black

- 65% Polyester/35% Cotton
- Racerback Tank Top
- If you prefer a loser fit, order up a size
- Burnout Tank

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**



Slouchy Tops



Sleeveless Fashion Tops



Short Sleeve Tees



Basic Tanks



See All Tops & Tees

## Frequently Bought Together



Tuffy McPuggles
$26.90 - $27.90



SoRock
$25.00

SAC0179


WODS
&
Whiskey
MAKE ME
Frisky

amazon Prime
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals

FREE RETURNS

‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

Skreened

## Raise Hell | Tank | Country Southern Whiskey Shirts

Be the first to review this item

Price: $26.49

**Size:**

Select ▼ Size Chart

**Color:** Athletic Tri Black

- New
- Custom printed in the USA
- Washable
- Printed using direct-to-garment printing
- Ethically sourced

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to Wish List

**Must-Have Tops & Tees**



Slouchy Tops | Sleeveless Fashion Tops | Short Sleeve Tees | Basic Tanks | See All Tops & Tees

## Special Offers and Product Promotions


DRINK
WHISKEY
AND
RAISE
HELL

amazon Prime

Clothing, Shoes & Jewelry | whiskey shirt

$25 off Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your

FREE RETURNS

‹ Back to search results for "whiskey shirt"






Roll over image to zoom in

MPX CLOTHING

## Drink Whiskey and Raise Hell Juniors Country Girl Tank Top

Be the first to review this item

List Price: ~~$29.95~~
Price: $21.95
You Save: $8.00 (36%)

**Size:**

Select | Size Chart

**Color:** Black

- 100% Ringspun Cotton
- High quality DTG Print With Eco Friendly Inks
- Designed and Printed in the USA
- Juniors Fit
- Fitted Racerback Tank Top

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

### Frequently Bought Together




MPX CLOTHING
$21.95


Drink Whiskey
&
Raise
HELL

amazon Prime

whiskey shirt

Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals

FREE RETURNS





Roll over image to zoom in

Custom Shirts

# Whiskey Soup of the Day Tee Shirt

2 customer reviews

Price: $17.99

**Size:**

Select ▾ Size Chart

Color: Black



- THESE ARE ADULT MENS FITTED SHIRTS AND RUN TIGHTER THAN STANDARD FIT, PLEASE ORDER A SIZE UP IF YOU LIKE A LOOSE FIT
- Sport Grey 90% cotton/10% polyester. Heathers: 50 cotton/50 poly blends. Antiques: 90 cotton/10 poly blends
- Rolled forward shoulders for a better fit, 7/8 in. seamless double needle collar. Double-needle sleeve and bottom hem
- Tapered sleeves and fit. Quarter-turned to eliminate center crease
- 4.5 oz., 100% cotton pre-shrunk jersey. Deluxe 30's Softstyle yarns FROM CUSTOM SHIRTS

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



Clothing Company

## Customers Who Viewed This Item Also Viewed

Page 1 of 2


the Soup
of
the day is
Whiskey

amazon Prime
Clothing, Shoes & Jewelry whiskey shirt
$25 Back with Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your Brands
FREE RETURNS
‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

TeeShirtPalace

# True Grit Whiskey Label Long Sleeve T-Shirt

Be the first to review this item

Price: $28.00 - $30.00

**Size:**

Select ▾ Size Chart

**Color:** Coffee

- 100% Cotton
- Machine Washable
- Officially Licensed Product
- Super high quality print design on long sleeve shirt.
- Conformable double needle bottom hem ribbed cuffed sleeves and taped neck and shoulders long sleeve t shirt.

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5


Six Pack Abs Long Sleeve T-Shirt
$24.95 - $29.95



Long Sleeve: The Flash S.T.A.R. Shirt
$28.00 - $30.00


Long sleeve: Viking Skull Shirt
$24.95 - $29.95


Long sleeve: Rosary Skull Shirt
$24.95 - $29.95


Long Sleeve: Maltese Fireman Shirt
$24.95 - $29.95

## Sponsored Products Related To This Item (What's this?)

Page 1 of 2


Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
(140)
$22.11 Prime



Jack Daniels Men's Daniel's Logo Hooded Sweatshirt XXXX-Large Black
(37)
$42.70 Prime


Jack Daniels T-shirt Large Bottle Tee-xl
(4)
$24.99 Prime


Jack Daniels Sports Grey T-shirt Large Bottle Design-xl
(9)
$24.98 Prime


Boston Sports Beantown Whiskey Just Take It T-Shirt (Medium)
$19.95


EST 1880
ROOSTER'S
FORT SMITH
ORIGINAL
WHISKEY

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > Sweats & Hoodies
Clothing, Shoes & Accessories > Men's Clothing > Sweaters

**FREE SHIPPING ON ORDERS OVER $50** See all eligible items ▸






Have one to sell? Sell now

## New CALIFORNIA REPUBLIC WHISKEY CREWNECK SWEATSHIRT Pullover Sweater Cali

| Add to watch list

Seller: californiarepublicclothes (874 ★) 99.6% Positive feedback
Follow this seller | See other items | Visit store: California Republic Clothes

Item condition: **New with tags**
Time left: 3d 01h Sunday, 3:30PM
Size (Men's): - Select -
Color: - Select -
Quantity: 1 More than 10 available
Price: **US $24.99** Buy It Now Add to cart
2 watching Add to watch list Add to collection

Hassle-free returns New condition Located in United States

Shipping: $3.99 Expedited Shipping | See details
Item location: San Luis Obispo, California, United States
Ships to: United States and many other countries | See details
Delivery: Estimated on or before Thu. Jul. 09 to 85251
Payments: PayPal VISA
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply now. See Terms


CALIFORNIA
Quality
REPUBLIC

amazon Prime
whiskey shirt
Camera Store Purchase
With Promo Code 25CAMERA
Shop by Department
Stephen's Amazon.com Today's Deals Gift Cards Sell Help
Hello, Stephen Your Account
Your Prime
Wish List
0 Cart
Amazon Fashion Women Men Girls Boys Baby Luggage Sales And Deals Your
FREE RETURNS
‹ Back to search results for "whiskey shirt"




Roll over image to zoom in

A&E Designs

# Moonshine Shirt Midnight Runners Tee T-shirt

Be the first to review this item

Price: $7.99 - $21.99

**Size:**

Select ▾ Size Chart

**Color:** Black



- Available in Small, Medium, Large, XL, 2XL, 3XL, 4XL, 5XL & 6XL

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 5



Rambo They Drew First Blood Adult Black T-shirt
$17.95 - $22.99



Moonshine Shirt Shineology Tee T-shirt
$14.95 - $21.99



Moonshine Shirt Smoky Mountain Tee T-shirt
$14.95 - $21.99



Moonshine Shirt Midnight Runners Long Sleeve Shirt
$18.99 - $22.99



Marilyn Monroe Shirt Black and White Portrait Tee T-Shirt
$17.99 - $25.99

## Sponsored Products Related To This Item (What's this?)



Jack Daniels Women's Daniel's Logo Tee Black Small
(29)
$24.99 Prime



Jack Daniels Womens Lynchburg Tennessee No. 7 Short Sleeve T-shirt -medium
(1)
$26.29 Prime



Boston Sports Beantown Whiskey 'Just Take It' T-Shirt (Medium)
$19.99



Headline Shirts Women's Brown Poly/Cotton Whiskey & Yoga Funny Party T-S
(2)
$25.00


MIDNIGHT RUNNERS
Nº 190 Proof
FAMILY RECIPE
GENUINE MOONSHINE

www.ebay.com

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

Shop by category | Search... | All Categories | Search | Advanced

< Back to search results | Listed in category: Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts




## 30th BIRTHDAY WHISKEY Black T-Shirt "Vintage 1985" 30 year old GREAT GIFT IDEA

| Add to watch list

Seller: **casestock** (5686 ★) **99.8% Positive feedback**

+ Follow this seller | See other items | Visit store: Casestock

| | |
|---|---|
| Item condition: | **New without tags** |
| Size: | - Select - |
| Quantity: | 1 — 242 available / 67 sold |
| Price: | **US $12.95** — Buy It Now / Add to cart |
| | 7 watching — Add to watch list / Add to collection |

5 inquiries | Located in United States | 67 sold

Have one to sell? **Sell now**

| | |
|---|---|
| Shipping: | **$3.69** Standard Shipping \| See details<br>Item location: Cardington, Ohio, United States<br>Ships to: Worldwide |
| Delivery: | Estimated between **Tue. Jul. 7 and Sat. Jul. 11**<br>Use Expedited Shipping to get it by Jul. 6 |
| Payments: | PayPal VISA<br>Credit Cards processed by PayPal<br>PayPal CREDIT<br>Get more time to pay. Apply now. See Terms<br>See details |
| Returns: | 14 days money back, buyer pays return shipping \| See details |
| Guarantee: | ebay MONEY BACK GUARANTEE \| See details<br>Get the item you ordered or get your money back.<br>Covers your purchase price and original shipping. |


VINTAGE
1985
Aged to
PERFECTION
MADE IN THE USA

eBay and PayPal will be separate companies soon. We've updated the eBay and PayPal User Agreements and Privacy Notices. Learn more

By using eBay, you agree to our use of cookies to enhance your experience.



BUY 3, GET 1 FREE (add 4 to qualify) See all eligible items ▸




Click to view larger image

Have one to sell? Sell it yourself

## INSPIRED BY GAME OF THRONES T SHIRT - JON SNOW WHISKY LABEL NIGHT'S WATCH

Condition: New with tags

Size: - Select -

Quantity: 1 More than 10 available 29 sold

£9.99

Buy it now

Add to basket

Add to Watch list 14 watching

Add to collection

Experienced seller | 29 sold | New condition

Collect 10 Nectar points Get Started | Conditions

Postage: £5.00 Standard Int'l Postage | See details

Item location: London, United Kingdom

Posts to: Worldwide

Delivery: Dispatched within 1 day
Estimated between Wed. 8 Jul. and Tue. 14 Jul.

Payments: PayPal VISA Processed by PayPal | See payment information

Returns: 14 days refund, buyer pays return postage | See details

Protection: ebay MONEY BACK GUARANTEE | See details

Add to Watch list

For this item, the seller provides: eBay Premium Service

### Seller information

oldskoolhooligans (27758) 99.8% Positive Feedback

Follow this seller

Visit Shop: Old Skool Hooligans

See other items

Registered as a business seller

invaluable
The world's premier auctions



Create a Free Account Now »

AdChoices



JON SNOW'S
®
STARK
No.1
BASTARD
Night's
WATCH
MADE IN WINTERFELL
BOTTLED AT THE WALL

https://www.etsy.com/...

Etsy | Search for items or shops | Search | Browse | Register | Sign In | Cart

## EllieSueTees

Favorite Shop




90 items

**Like this item?**
Add it to your favorites to revisit it later.




zoom

Item Details | ★★★★★ (22) | Shipping & Policies

## She's Whiskey in a Tea Cup Women's Tee (2 Colors)

**$22.00** USD

Ask a Question

Quantity
1

Color
Select a color

Size
Select a size

**Overview**

- Handmade item
- Material: Heat Press Vinyl
- Made to order
- Only ships to United States from Idaho Falls, Idaho
- Feedback: 22 reviews
- Favorited by: 15 people

The shop accepts Etsy Gift Cards

Add to Cart

Tweet | Pin it | tumblr | Like

### EllieSueTees

in Idaho Falls, Idaho




Blame it on the Whiskey W...




Follow Your Arrow trendy V...




SAC0198

You Can't Buy Happiness ×

www.visionsprinting.com/shop/you-cant-buy-happiness-but-you-can-buy-whiskey/

# VISIONS SCREENPRINTING™

*Where Visions Become Reality!*

Subscribe / Connect

Subscribe to our e-mail newsletter to receive product updates and special discount offers.

E-mail SUBMIT

Home | Store | Custom Pricing | My Account | Track your order | Contact Us | About Us | Privacy Policy | Return Policy | Decal Installation Instructions | Checkout | Cart

**You are here:** Home › Products / YOU CAN'T BUY HAPPINESS, BUT YOU CAN BUY WHISKEY, WHICH IS KIND OF THE SAME THING.






## YOU CAN'T BUY HAPPINESS, BUT YOU CAN BUY WHISKEY, WHICH IS KIND OF THE SAME THING.

**$15.99–$17.99**

*You can't buy*


You Can't Buy
HAPPINESS
BUT YOU CAN BUY
WHISKEY
WHICH IS KIND OF
THE SAME THING

https://www.teepublic.com/...

TEEPUBLIC BROWSE CREATE LOGIN

# SPIRIT BOARD






Design by mangopd

Perhaps the most spooky game

T-SHIRT | Garment info
Color: Black

Gender

Size Size Chart

**$20.00**

**ADD TO CART**

ALSO AVAILABLE AS



Tank Crewneck Hoodie Kids

MORE BY MANGOPD




HELLO
YES
NO
ABCDEFGHIJK
OUIJA
LMNOPQRSTU
VWXYZ
1234567890
GOOD BYE

https://www.teepublic.com/...-death-note-jack-daniels-parody

TEEPUBLIC BROWSE CREATE LOGIN

# DEATH NOTE - JACK DANIELS PARODY






Design by TATSUHIRO

T-SHIRT | Garment Info

Color: Black

Gender

Size Size Chart

**$20.00**

**ADD TO CART**

ALSO AVAILABLE AS



Tank Crewneck Hoodie Kids

Like


DEATH NOTE
Old
L
Yagami Light
SWEET APPLE
WHISKEY
L LAWLIET DISTILLERY

T-Shirts: Bilbo Bourbon

https://www.teepublic.com/t-shirt/24453-bilbo-bourbon

TEEPUBLIC BROWSE CREATE LOGIN

# BILBO BOURBON




Design by a_man_named

What If The Shire made its own special adventurous bottles of bourbon..

**T-SHIRT** | Garment Info

Color: Black

Gender

Size

Size Chart

**$20.00**

**ADD TO CART**


BILBO BAGGINS'
Lucky
No.14
BURGLAR
Adventure
TO RECLAIM
EREBOR
7.14% Profits
ASSISTED AND ENCOURAGED BY
THE ONE RING OF POWER

TEEPUBLIC BROWSE CREATE LOGIN

# ANARCHY BRAND WHISKEY




Design by

A new legitimate business venture for the outlaw biker club

T-SHIRT |

Color: Brown

Gender

Size

$20.00

ADD TO CART

Like

MORE BY


TELLER-MORROW'S
ANARCHY
·BRAND·
WHISKEY

T-Shirts Charicific Valley ×

https://www.teepublic.com/t-shirt/206524-charicific-valley-whiskey

TEEPUBLIC BROWSE CREATE LOGIN

# CHARICIFIC VALLEY WHISKEY




Design by

you know you want it

T-SHIRT | Garment Info

Color: Black

Gender ▾ CHOOSE YOUR GENDER

Size ▾ Size Chart

**$20.00**

ADD TO CART

ALSO AVAILABLE AS



Tank Kids Hoodie Crewneck


CHARIZARD FIRE WHISKEY
OLD TIME
Old
NO. 006
BRAND
QUALITY
CHARICIFIC
VALLEY
70cl 40% Vol
DISTILLED AND BOTTLED BY
CHARICIFIC VALLEY DISTILLERY

https://www.etsy.com/...&ga_search_type=a

Etsy whiskey shirt Search Browse Register Sign In Cart

## Theposhhanger

Favorite Shop

62

Like this item?
Add it to your favorites to revisit it later.




zoom

## She's Whiskey In A Tea Cup Southern Style SUPER SOFT Stretch Scoop Distressed Vintage Wash Bohemian Summer T Shirt Tank Top S M L

**$22.99** USD

Ask a Question

Quantity
1

Size
Select a size

**Overview**

- Handmade item
- Ships worldwide from Aptos, California
- Feedback: 62 reviews
- Favorited by: 24 people

This shop accepts Etsy Gift Cards

Add to Cart

Tweet Pin it tumblr. + Like

Theposhhanger
in Aptos, California


SHE'S
Whiskey
GENUINE
QUALITY
in a
TEA CUP

"Winchester Whiskey" T-

www.redbubble.com

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags




# Winchester Whiskey

T-Shirts & Hoodies

Unisex T-Shirt

S M L XL 2XL 3XL

Front OR Back

$24.80

ADD TO CART



Konoko479

FOLLOW

2


WINCHESTER
OLD TIME
QUALITY
Hunter
WHISKEY


COWBOYS
TRUCKS
&
COUNTRY
MUSIC

https://www.etsy.com/...

Etsy | whiskey shirt | Search | Browse | Register | Sign In | Cart



## DecalsandDoodles

Favorite Shop











41 items

**Like this item?**
Add it to your favorites to revisit it later.






Zoom

# COWBOYS, TRUCKS & COUNTRY Music tank top - Great tank to wear to concerts, bonfires or the beach!

**$21.00+** USD | Ask a Question

Quantity
1

Size
Select a size

**Overview**

- Handmade item
- Made to order
- Only ships to United States from Hornell, New York
- Feedback: 40 reviews
- Favorited by: 8 people

This shop accepts Etsy Gift Cards

**Add to Cart**

Tweet | Pin it | tumblr + | Like | 0



Request a custom order *and have something made just for you.*

Item Details | ★★★★★ (40) | Shipping & Policies



**DecalsandDoodles**
in Hornell, New York

We Whiskey You a Merry

skreened.com

Free Shipping On $50

SKREENED WOMENS MENS CREATE SELL NEW SALE SIGN IN JOIN

# We Whiskey You a Merry Christmas T Shirt




CLICK TO ZOOM

Select Size

S M L XL 2XL

+$1.50

Size Chart

Change Style

Selected Style

American Apparel Unisex Fitted Tee - Black

~~$25.99~~ $20.79

Add to Cart

Description

We Whiskey You a Merry Christmas Funny Drinking T Shirt

By xdurango in:

Shop More Designs in The Christmas Shop

Comment


WE
WHISKEY
XXX
YOU A
VERY
MERRY
CHRISTMAS

www.ebay.com/itm/Heisenberg-Style-T-Shirt-Breaking-Bad-Walter-White-Fun-Walt-Whiskey-Whisky-Logo-/371165959004

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

Shop by category

Search...

All Categories

Search

Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Women's Clothing > T-Shirts

Clothing, Shoes & Accessories > Women's Clothing > Tops & Blouses




Mouse over image to zoom



Have one to sell? Sell now

# Heisenberg Style T-Shirt Breaking Bad Walter White Fun Walt Whiskey Whisky Logo

Add to watch list

Seller: shop4yoo (206782) 99.4% Positive feedback

Follow this seller | See other items | Visit store: shop4yoo

Item condition: **New with tags**

Colour: Black

Size: - Select -

Quantity: 1 More than 10 available / 1 sold

Price: **GBP 5.99**
Approximately US $9.36

Buy It Now

2 watching

Add to watch list

Add to collection

New condition

Experienced seller

Shipping: **Does not ship to United States** | See details
Item location: Bristol, United Kingdom
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Varies

Payments: PayPal VISA
Credit Cards processed by PayPal
See details

Returns: 14 days, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Description | Shipping and payments

Report item

eBay item number: 371165959004

skreened.com

Free Shipping On $50

SKREENED WOMENS MENS CREATE SELL SALE SIGN IN JOIN

# Kris Kringle Christmas Whiskey Drinking T Shirt




Select Size

S M L XL 2XL

Size Chart

Change Style

Selected Style

American Apparel Unisex Fitted Tee – Black

~~$25.99~~ $20.79

Add to Cart

Description

Kris Kringle Christmas Drinking T Shirt

By adurango in:

Shop More Designs In The Christmas Shop

Comment

## More Designs in The Christmas Shop


KRIS KRINGLE'S
OLD TIME
XXX
QUALITY
NORTH POLE
"WHITE LIGHTNING"
WHISKEY
NORTH POLE DISTILLERY

https://www.ets...search_type=all&...

Etsy | whiskey shirt | Search | Browse | Register | Sign In | Cart

**VanGoats**

Favorite Shop

312 Items

**Like this item?**
Add it to your favorites to revisit it later.




Request a custom order and have something made just for you.

## A Lil Whisky Makes Me Frisky Mens T-Shirt

**$20.00+** USD

Ask a Question

Quantity
1

Size
Select a size

Color
Select a color

**Overview**

- Handmade item
- Made to order
- Ships worldwide from United States
- Feedback: 10 reviews

This shop accepts Etsy Gift Cards

Add to Cart

Tweet | Pin it | tumblr | Like

**VanGoats**
in United States


a Lil'
WHISKEY
makes me
FRISKY


MANLY PICNIC
WHISKEY
ONLY

www.redbubble.com

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags




# Top Shelf Whiskey

T-Shirts & Hoodies

Unisex T-Shirt

S M L XL 2XL 3XL

Front Off Back

$21.29

ADD TO CART



theroyalhalf

FOLLOW

5


Mike Richards'
Old
No.10
BRAND
Ontario
TOP SHELF
FORWARD
DISTILLED & BOTTLED BY
KITCHENER DISTILLERY
KENORA, ONT. CAN
100% WINNER

skreened.com/

Free Shipping On $50

SKREENED WOMENS MENS CREATE SELL NEW SALE SIGN IN JOIN

# OLD FINGER WHISKEY




ITEM 818686-2601-BLK

CLICK TO ZOOM

Select Size

S M L XL 2XL

Size Chart

Change Style

Selected Style

American Apparel Unisex Fitted Tee – Black

~~$26.19~~ $20.95

Add to Cart

Description

The classic "Old Finger Whiskey" T-shirt. Just a shot of "Old Finger Whiskey" is all you need to say Fuck You with taste, humor, and style!

By gus314 in:

Shop More Designs In The Blue Moon Trading Co.

Add a comment...

Comment

Recently Viewed


PREMIUM
OLD FINGER
WHISKEY
HANDCRAFTED JUST FOR YOU

www.ebay.com/...

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts






Have one to sell? Sell now

# REDNECK DRINKING TEAM T-SHIRT Tee ~ FuNnY ~ Country Boy Whisky Beer DRUNK

| Add to watch list

Seller: **back-alley-wear** (9064 ★) **100% Positive feedback**

Follow this seller | See other items | Visit store: Back Alley Wear

Item condition: **New without tags**

Shade: - Select -

Size (Men's): - Select -

Quantity: 1 More than 10 available / 7 sold

Price: **US $13.99**

Buy It Now

Add to cart

15 watching

Add to watch list

Add to collection

**Free shipping** 100% positive feedback

Shipping: **FREE** Standard Shipping | See details

Item location: Cincinnati, Ohio, United States

Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Thu. Jul. 09** to 85251

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back or item exchange, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

SAC0230


REDNECK
XXX
DRINKING
TEAM

www.redbubble.com/

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags




# Heisenberg Pure Meth

T-Shirts & Hoodies

S M L XL 2XL 3XL

Front OR Back

$24.80

x 1 ADD TO CART


HEISENBERG'S
With
99.1
PURITY
Albuquerque
CRYSTAL
METH

www.redbubble.com/people/punksthetic/works/11954623-triforce-whiskey?grid_pos=46&p=t-shirt

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags

PUNKSTHETIC › PORTFOLIO › TRIFORCE WHISKEY




# Triforce Whiskey

T-Shirts & Hoodies

CLOTHING STYLE

Unisex T-Shirt

S M L XL 2XL 3XL

Front Off Back

$25.84

1 ADD TO CART

**Punksthetic**

FOLLOW

13

Sizing Information

Features


TRIFORCE
Hylian
WHISKEY
"The ultimate symbol of courage."

www.ebay.com/itm/NEVADA-CHOPPER-OLD-NO-13-V-TWIN-SOUR-MASH-WHISKEY-T-SHIRT-SIZE-L-/121693053971?pt=LH

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# NEVADA CHOPPER OLD NO.13 V-TWIN SOUR MASH WHISKEY T-SHIRT SIZE (L)

| Add to watch list

1 viewed per hour




Seller: bearsoxs (2263 ★) 100% Positive feedback

Follow this seller | See other items | Visit store: BEARSOXS T-SHIRT SHOP

Item condition: **Pre-owned**

Time left: 29d 15h 7/31, 3:51AM

Price: **US $9.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free delivery in 4 days

100% positive feedback

Mouse over image to zoom



Have one to sell? Sell now

Shipping: **FREE** Standard Shipping | See details
Item location: Needles, California, United States
Ships to: United States and many other countries | See details

Delivery: On or before **Tue. Jul. 07** to 85251
Estimated by eBay FAST 'N FREE

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping


NEVADA
CHOPPER
OLD
NO.16
V-TWIN
SOUR MASH
WHISKEY
DISTILLED ONE CYLINDER AT A TIME
FOR THAT RIP YOUR FACE OFF TASTE.

Free Shipping On $50



## Whiskey In Your Water




ITEM 51A231A-[illegible]

CLICK TO ZOOM

Select Size

Size Chart

Change Style

Selected Style

American Apparel Juniors Racerback Tank - Athletic Tri Black

~~$29.99~~ $23.99

Add to Cart

Description

She's the moon in my shine, the whiskey in my water - Tyler Farr

By Jdudman Inc

Shop More Designs In Country Side

Add a comment...

Comment

Recently Viewed


I'll be the
WHISKEY
in your
WATER

skreened.com

Free Shipping On $50

SKREENED WOMENS MENS CREATE SELL NEW SALE SIGN IN JOIN

# Bacon Flavored Whiskey




ITEM 1991336-1001-BLK

CLICK TO ZOOM

Select Size

S M L XL 2XL

+$1.50

Size Chart

Change Style

Selected Style

American Apparel Unisex Fitted Tee - Black

~~$24.99~~ $19.95

Add to Cart

Description

Bacon, it isn't just for breakfast anymore. Now in liquid form with that extra kick!

By davesteez in:

Shop More Designs in Tees by David Ayala

Add a comment...

Comment

Recently Viewed


BACON
Old
No.69
Lemmesee
Y'ALL HAVE
SECONDS

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Click to view larger image

Have one to sell? Sell now

# NEW PEAKY BLINDERS/Whiskey Inspired T-Shirt Top Mens Birmingham Shelby S to 2XL

| Add to watch list

Seller: patascoyo (17 ★) 100% Positive feedback

Follow this seller | See other items

Item condition: New with tags

Size: - Select -

Quantity: 1 10 available

Price: US $23.99

Buy It Now

Add to cart

3 watching

Add to watch list

Add to collection

New condition 100% positive feedback

Shipping: $7.99 Standard Shipping from outside US | See details

Item location: Schenectady, New York, United States

Ships to: Worldwide

Delivery: Estimated between Wed. Jul. [illegible] and Wed. Jul. [illegible]

This item has an extended handling time and a delivery estimate [illegible]

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back or item exchange, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.

Covers your purchase price and original shipping.

People who viewed this item also viewed


SHELBY BROS
GARRISON
Small Heath
ORIGINAL

www.redbubble.com

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags




# Alcatraz Island BadGuys Bourbon Label

T-Shirts & Hoodies

CLOTHING STYLE

Unisex T-Shirt

S M L XL 2XL 3XL

Front OR Back

$25.01


ALCATRAZ ISLAND
OLD TIME
BADGUYS
100% ESCAPE PROOF
100% ESCAPE PROOF
BOURBON
PREMIUM PENITENTIARY SPIRITS
BREWED AND BOTTLED UNDER ARMED SUPERVISION
ALCATRAZ STATE PENITENTIARY

skreened.com

Free Shipping On $50

SKREENED WOMENS MENS CREATE SELL NEW SALE SIGN IN JOIN

# Sumbitch




ITEM 5351786-TR401-ATK

CLICK TO ZOOM

Select Size

XS S M L XL 2XL

Size Chart

Change Style

Selected Style

American Apparel Unisex Athletic Tee - Athletic Black

~~$30.99~~ $24.79

Add to Cart

Description

Sum' Bitch 'Murican Whiskey. The whiskey that makes the girls frisky.

By joetavis inc

Shop More Designs in HeeHee Tees

www.redbubble.com

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags




# Jackanese

T-Shirts & Hoodies

Unisex T-Shirt

S M L XL 2XL 3XL

Front Off Back

$23.15

1 ADD TO CART

Monkiechan

FOLLOW

10

Sizing Information

Features


SUBARU
Japanese
IMPORTS

www.ebay.com/itm/Vader-Imperial-Whiskey-Star-Wars-2016-Tee-Shirt-Sizes-Sm-3x-/321768260958?pt=LH_DefaultDomain_

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Mouse over image to zoom

Have one to sell? Sell now

# Vader Imperial Whiskey Star Wars 2016 Tee Shirt Sizes Sm-3x

Add to watch list

Seller: casemarvel (66 ★) 100% Positive feedback

Follow this seller | See other items

Item condition: **New without tags**

Time left: 15d 12h (21, 8:32AM)

Quantity: 1 More than 10 available / 4 sold

Price: **US $14.99**

Buy It Now

Add to cart

Best Offer: Make Offer

1 watching Add to watch list

Add to collection

100% positive feedback Best offer available

Shipping: **$4.95** Expedited Shipping | See details
Item location: Yorkville, New York, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between **Mon. Jul. 6 and Thu. Jul. 9**

Payments: PayPal VISA Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


VADER'S
DARK SIDE
Imperial
FORCE MASH
WHISKEY
BOTTLED BY THE GALACTIC EMPIRE

Free Shipping On $30

SKREENED WOMENS MENS CREATE SELL NEW SALE SIGN IN JOIN

# Text Your Ex




Select Size

S M L XL 2XL

Size Chart

Change Style

Selected Style

Anvil Unisex Value Fitted Tee - Black

~~$21.49~~ $17.19

Add to Cart

Description

text, your, ex, whiskey, jack, jack whiskey, funny, humor, maybe, even, go, over, Tennessee, sour, mash, alcohol, drink, glass, old, distilled, bottled, t-shirt, case, rug, poster, artwork, design, funkyhouse, cheap, sell, buy, price, postage, free, bottle, uk, usa, british, drink

By khaleesi21 in:

Shop More Designs

Add a comment

Comment


TEXT YOUR EX
Old
Tennessee
WHISKEY
DISTILLED & BOTTLED BY
TEXT YOUR EX
MAYBE EVEN GO OVER


REDBUBBLE
Search products, artworks and themes
Men's
Women's
Kids
Cases & Skins
Stickers
Wall Art
Home Decor
Stationery
Bags
Hardcore Old School Lifting
T-Shirts & Hoodies
HARD CORE
Old School
LIFTING
Unisex T-Shirt
S
M
L
XL
2XL
3XL
Front
OR
Back
$24.80
ADD TO CART
SquatRackCurler


HARD CORE
Old School
LIFTING

www.ebay.com/...161526417111?pt

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Mouse over image to zoom



Have one to sell? Sell now

# Bluegrass Whiskey Kentucky Vintage Graphic T Shirt_Size Sm._Brand New with tags

Add to watch list

Seller: cool-shirts-and-things (1987 ★) 100% Positive feedback

Follow this seller | See other items | Visit store: cool-shirts-and-things

Item condition: New with tags

Quantity: 1 2 available

Price: US $12.99

Buy It Now

Add to cart

7 watching

Add to watch list

Add to collection

Hassle-free returns New condition 100% positive feedback

Shipping: $3.99 Standard Shipping | See details

Item location: New York, New York, United States

Ships to: United States and many other countries | See details

Delivery: Estimated on or before Wed. Jul. 08 to 85251

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: Hassle-free returns | Learn more

14 days money back, you pay return shipping, 15% restocking fee may apply

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.

Covers your purchase price and original shipping.

Description Shipping and payments Report item

www.redbubble.com/people/v-clothing/works/...

REDBUBBLE

Search products, artworks and themes

Men's Women's Kids Cases & Skins Stickers Wall Art Home Decor Stationery Bags

V-CLOTHING › PORTFOLIO ›




# Batman Old No.7

T-Shirts & Hoodies

CLOTHING STYLE

Unisex T-Shirt

S M L XL 2XL 3XL

Front OR Back

$24.80

ADD TO CART

V-Clothing

FOLLOW

PRODUCT INFO

3

## Sizing Information

## Features


Batman
old
No.7
V-Clothing
Gotham City
whiskey

www.ebay.com/... 100-COTTON-/281733

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# DELTA PRO WEIGHT T-SHIRT WHISKEY(L) SHORT SLEEVE BLACK MULTI-COLOR 100% COTTON






Add to watch list

Seller: draus-cv3ixu (94 ★) 100% Positive feedback

Follow this seller | See other items | Visit store: draus-cv3ixu

Item condition: **Pre-owned**

Time left: 25d 01h 7/26, 4:54PM

Price: **US $12.75**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping Hassle-free returns 100% positive feedback

Shipping: **FREE** Standard Shipping | See details

Item location: Monroe, North Carolina, United States

Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Wed. Jul. 08** to 65251

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now See Terms

See details

Returns: Hassle-free returns | Learn more

14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.

Covers your purchase price and original shipping.

Have one to sell? Sell now

People who viewed this item also viewed

Feedback on our suggestions

SAC0260


WHISKEY
Improves With Age
THE OLDER I GET
THE MORE I LIKE IT

Etsy whiskey shirt Search Browse Register Sign In Cart

**fitclub**

Favorite Shop




129 items

**Like this item?**
Add it to your favorites to revisit it later.




zoom

## Whiskey shirt, fireball whiskey makes me frisky, country, music, southern.

**$17.99+** USD

Ask a Question

Quantity
1

Style
Select a style

Size
Select an option

**Overview**

- Handmade item
- Materials: heat transfer, thermos, silk screen
- Ships worldwide from San Diego, California
- Feedback: 282 reviews
- Favorited by: 512 people

The shop accepts Etsy Gift Cards

**Add to Cart**

Tweet Pin it tumblr. Like

Request a custom order and have something made just for you

Item Details (282) Shipping & Policies

Save 20% on this design @ www.fitclubapparel.com

fitclub
in San Diego, California




Tonight is bottoms up, cou



Kiss My Country Ass, cou


FIREBALL
WHISKEY
Makes Me
FRISKY

www.zazzle.com/

Shop Create Sell Gifts

Celebrate Independence Day! Ends Saturday Use Code: CELEBRATEUSA Details

Share




Zoom

# Loose Goose Whiskey Tee Shirt

$27.95

Size:

Select a size

Quantity:

1 shirt

Add to Cart

Want it Tuesday, Jul 7?

Like Add to

## Color & Style Options

Save $9.00 on Men's Tall Hanes T-Shirt

Color: Black


LOOSE GOOSE
OLD MAID
QUALITY
Fairytale
WHISKEY
528 cl
6,06% Vol.

www.ebay.com ... T-Shirt ... LH_DefaultDomain_3/

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Click to view larger image and other views



Have one to sell? Sell now

# Johnny Cash Whiskey T-Shirt - New - Direct from Manufacturer

| Add to watch list

Seller: stoobledesigns (11193) 99.6% Positive feedback

Follow this seller | See other items | Visit store: Stooble Designs

Item condition: New with tags

Size: - Select -

Shirt Colour: Black

Quantity: 1 5,991 available / 9 sold

Price: C $19.99
Approximately US $16.00

Buy It Now

8 watching

Add to watch list

Add to collection

30-day returns | New condition | Experienced seller

Shipping: C $3.99 (approx. US $3.20) Standard Int'l Shipping | See details
See details about international shipping here
Item location: Sheffield, United Kingdom
Ships to: Worldwide

Delivery: Estimated between Fri. Jul. 10 and Thu. Jul. 16
Seller ships within 3 days after receiving cleared payment

Payments: PayPal VISA
Credit Cards processed by PayPal
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

SAC0266


JOHNNY CASH
THE MAN IN BLACK
1932 2003
STOOBLE

www.zazzle.com/vintage_whiskey_label_t_shirt-235238825833462055

Shop Create Sell Gifts

Search

17.75% OFF ALL ORDERS! Celebrate Independence Day! Ends Saturday Use Code: CELEBRATEUSA Details

Share



Customize It!

Zoom



Front

# Vintage Whiskey Label T-shirt

$27.95

Size:

Select a size

Quantity:

1 shirt

Add to Cart

Want it Tuesday, Jul 7?

Order within 2 days 3 hrs 10 mins and choose Express.

Like Add to

## Color & Style Options

Save $9.00 on Men's Tall Hanes T-Shirt Apply

Color: Black

Style:

## Style: Men's Basic Dark T-Shirt

Comfortable, casual and loose fitting, our heavyweight dark color t-shirt will quickly become one of your favorites. Made from 100% cotton, it wears well on anyone. We've double-needle stitched the bottom and sleeve hems for extra durability. Select




WHISKEY




SAC0270

https://www.etsy.com/listing/.../tonight-is-bottoms-up-country-music...

Etsy | Search for items or shops | Search | Browse | Register | Sign In | Cart

**fitclub**

Favorite Shop




129 items

**Like this item?**
Add it to your favorites to revisit it later.




zoom

## Tonight is bottoms up, country, music, southern, Brantley, bottoms up, country,

**$16.00+** USD

Ask a Question

Quantity

1

Style

Select a style

Size

Select a size

**Overview**

- Handmade item
- Materials: heat transfer, thermos, silk screen
- Ships worldwide from San Diego, California
- Feedback: 282 reviews
- Favorited by: 73 people

This shop accepts Etsy Gift Cards

Add to Cart

Tweet | Pin it | tumblr. + | Like | 0

fitclub

www.ebay.com/itm/Dresden-Germany-T-Shirt-XL-Whiskey-Label-Parody-Culture-Souvenir-Tourism-/181772387705?pt=LH_D

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Mouse over image to zoom



Have one to sell? Sell now

# Dresden Germany T Shirt XL Whiskey Label Parody Culture Souvenir Tourism

| Add to watch list

Seller: **siberianpotato2013** (3040 ★) **99.6% Positive feedback**

Follow this seller | See other items

Item condition: **Pre-owned**

Time left: 10d 01h 7/11, 9:24PM

Price: **US $9.99**

Buy It Now

Add to cart

Best Offer:

Make Offer

Add to watch list

Add to collection

Located in United States | Best offer available

Shipping: **$3.99** Standard Shipping | See details

Item location: 93933, United States

Ships to: United States

Delivery: Estimated between **Tue. Jul. 7 and Sat. Jul. 11**

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

People who viewed this item also viewed

Feedback on our suggestions




SAC0273

https://www.etsy.com ... relevant&ga_search_type=

Etsy | whiskey shirt | Search | Browse | Register | Sign In | Cart

## EllieSueTees

Favorite Shop



90 items

Like this item?
Add it to your favorites to revisit it later.




Zoom

## Whiskey Bent and Hell Bound Graphic Tee Men's Country Comfy Tee

**$22.00** USD

Ask a Question

Quantity
1

Color
Select a color

Size
Select a size

**Overview**

- Handmade item
- Made to order
- Only ships to United States from Idaho Falls, Idaho
- Feedback: 22 reviews

This shop accepts Etsy Gift Cards

**Add to Cart**

Tweet | Pin it | tumblr. | Like | 0

### EllieSueTees

in Idaho Falls, Idaho




Beers, Bonfires & Back Ro...




Whiskey Tango Foxtrot. M...

Request a custom order and have something made just for you.

SAC0274

www.ebay.com/itm/Hooters-Riverside-T-shirt-Sze-XL-Whisky-Bottle-Design-Est-1983-/131477892151?pt=LH_DefaultDomain

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

# Hooters Riverside T-shirt Sze XL Whisky Bottle Design Est 1983

| Add to watch list




Mouse over image to zoom



Have one to sell? Sell now

Seller: youcalldibbs (10897) 99.6% Positive feedback

Follow this seller | See other items | Visit store: youcalldibbs

Item condition: **Pre-owned**

Price: **US $11.00**

Buy It Now

Add to cart

Best Offer: Make Offer

4 watching

Add to watch list

Add to collection

Experienced seller

Best offer available

Shipping: **$4.00** Economy Shipping | See details

Item location: Hemet, California, United States

Ships to: United States

Delivery: Estimated between **Wed. Jul. 8 and Thu. Jul. 16**

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


HOOTERS
®
ESTABLISHED
83
IVERSIDE, CA

amazon Prime | Clothing, Shoes & Jewelry | black whiskey t-shirt | $25 Back with Camera Store Purchase With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Gifts | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "black whiskey t-shirt"






Roll over image to zoom in

GEEK TEEZ

# Supernatural Winchester Hunter's Whiskey Men's T-Shirt

5 customer reviews

Price: $19.98 - $26.98

**Size:**

Select ▾ Size Chart | Fit: As expected

Color: Black

- Pre-Shrunk
- High Quality
- Super Soft Ring Spun Cotton
- Custom Printed Hot off the Press at time of order

Share

To buy, select **Size**
Choose from options to the left

Add to Cart

Add to Wish List

## Frequently Bought Together



GEEK TEEZ
$19.98 - $26.98



GEEK TEEZ
$19.98 - $26.98

## Customers Who Bought This Item Also Bought

Page 1 of 3



Supernatural Crowley's Hell Hound Ale Men's T-Shirt
3
$19.98 - $26.98



Supernatural Winchester and Sons "Carry On" Men's T-Shirt
10
$19.98 - $26.98



Funko POP Television Supernatural Dean Action Figure
106
$12.88 Prime
Get it by Tomorrow




CafePress Driver Picks Supernatural Bumper Sticker Sticker Bumper - Standard Clear
18
$5.39



Anti-Possession Symbol Automotive Decal Bumper Sticker Supernatural catholic voodoo demons
14
$2.95

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12




USA T-Shirt - 1776 July 4th Independence Day American Apparel Black Shir...
$19.98



Jack Daniels Men's Daniel's Label T-Shirt Black XX-Large
(140)
$22.11 Prime



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



USA T-Shirt - Happy 4th July Independence day American Apparel Black Shi...
$19.98



H-D Overseas Tour Nostalgic Eagle Custom Military T-Shirt Men's Large
(1)
$38.95 Prime


WINCHESTER
and SONS
SUPERNATURAL
Hunter's
WHISKEY
NON TIMEBO MALA DISTILLERY
BOBBY SINGER, PROPRIETER
LAWRENCE, KANSAS, U.S.A.
43% ALC., 7% SALT BY VOL. (100 PROOF)

amazon Prime

30 billion whiskey

$25 Back with Camera Store Purchase
With Promo Code 25CAMERA

Shop by Department | Stephen's Amazon.com | Today's Deals | Gift Cards | Sell | Help | Hello, Stephen Your Account | Your Prime | Wish List | 0 Cart

Amazon Fashion | Women | Men | Girls | Boys | Baby | Luggage | Sales And Deals | Your | FREE RETURNS

‹ Back to search results for "30 billion whiskey"




Roll over image to zoom in

30 Billion

# 30 Billion Men's Street Fashion Whiskey Whisky Tee, Small, Black

Be the first to review this item

Price: $30.00

Size:

Select ▼ Size Chart

Color: Black

- 100% Cotton T Shirt
- Fine Screen Prints
- Crew Neck for Everyday Style
- Designs by 30Billion

Share

To buy, select Size
Choose from options to the left

Add to Cart

Add to Wish List

## Customers Who Bought This Brand Also Shopped For

Page 1 of 3


30BILLION
XXL
30BILLION
1983
20 W & Y 14
CALIFORNIA
LOS ANGELES

www.ebay.com/itm/DC-Comics-Batman-Whiskey-Style-Logo-Black-Dark-Knight-T-Shirt-Small-/111705563672?pt=LH_Defaul

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Comics > Apparel & Accessories




Mouse over image to zoom

Have one to sell? Sell now

## DC Comics - Batman - Whiskey Style Logo - Black - Dark Knight - T-Shirt - Small

| Add to watch list

Seller: **retrolution** (1742 ★) **100% Positive feedback**

Follow this seller | See other items | Visit store: retrolution

Item condition: --

Time left: 25d 18h 7/27, 9:38PM

Price: **US $10.00**

Buy It Now

Add to cart

Add to watch list

Add to collection

100% positive feedback

Shipping: **$5.00** Economy Shipping | See details
Item location: Siler City, North Carolina, United States
Ships to: United States

Delivery: Estimated between **Wed. Jul. 8 and Tue. Jul. 21**

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

People who viewed this item also viewed

Feedback on our suggestions


BATMAN
GOTHAM CITY
DARK KNIGHT

www.ebay.com/itm/FUDPUCKER-HOMEMADE-WHISKEY-FLORIDA-T-SHIRT-SZ-XXXL-NEW-WITH-TAGS-/

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts






$ Have one to sell? Sell now

# FUDPUCKER HOMEMADE WHISKEY FLORIDA T SHIRT SZ XXXL NEW WITH TAGS

| Add to watch list

Seller: 86durango86 (5419 ★) 100% Positive feedback

Follow this seller | See other items | Visit store: MOO MOO'S BARGAIN BONANZA

Item condition: New with tags

Time left: 28d 05h

Price: US $19.95

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping New condition 100% positive feedback

Shipping: FREE Expedited Shipping | See details

Item location: Merrillville, Indiana, United States

Ships to: Worldwide

Delivery: Estimated between Fri. Jul. 3 and Wed. Jul. 8

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Description Shipping and payments Report item

SAC0283


FUDPUCKER
GREAT TIMES
DISTILLERY
NO.
1982
BRAND
QUALITY
Florida
HOMEMADE
WHISKEY
DISTILLED AND BOTTLED BY
PEOPLE WHO DRINK A LOT
DESTIN · FORT WALTON BEACH · FLORIDA
100% Fun by Vol.
86durango86

www.ebay.com/itm/Motley-Crue-Too-Fast-For-Love-Tee-Whiskey-Graphic-Print-T-Shirt-Unisex-Adult-/271916549546?pt=LH

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

# Motley Crue Too Fast For Love Tee - Whiskey Graphic Print T-Shirt Unisex Adult




Mouse over image to zoom



Have one to sell? Sell now

| Add to watch list

Seller: dmjgraphics (210 ) 100% Positive feedback

Follow this seller | See other items | Visit store: DMJ Graphics

Item condition: **New with tags**

Time left: 2d 12h Saturday, 4:38PM

Size: - Select -

Color: - Select -

Quantity: 1 More than 10 available

Price: **US $17.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | Hassle-free returns | New condition

Shipping: FREE Expedited Shipping | See details

Item location: Huntersville, North Carolina, United States

Ships to: Worldwide

Delivery: Estimated between **Mon. Jul. 6 and Thu. Jul. 9**

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now See Terms

See details

Returns: Hassle-free returns | Learn more

14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.

Covers your purchase price and original shipping.


MOTLEY CRUE
MADE IN HOLLYWOOD
MADE IN HOLLYWOOD
Est
1981
LEATHUR RECORDS
Too Fast
FOR LOVE

www.ebay.com/itm/New-Breed-CARRY-A-FLASK-OF-WHISKEY-IN-CASE-SNAKE-BITE-TANK-SHIRT-punk-grunge-/291180831

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

ebay | Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Tops & Blouses




Mouse over image to zoom

Have one to sell? Sell now

# New Breed CARRY A FLASK OF WHISKEY IN CASE SNAKE BITE TANK SHIRT punk grunge

| Add to watch list

Seller: coolhotfashion (53760 ★) me 99.6% Positive feedback

Follow this seller | See other items | Visit store: Cool Hot Fashions

Item condition: **New with tags**

Size (Women's): - Select -

Quantity: 1 2 available

Price: **US $28.00**

Buy It Now

Add to cart

3 watching

Add to watch list

Add to collection

Free shipping | Hassle-free returns | New condition

Shipping: **FREE** Standard Shipping | See details
Item location: Aitkin, Minnesota, United States
Ships to: Americas, Europe, Asia, Australia See exclusions

Delivery: Estimated between **Tue. Jul. 7 and Sat. Jul. 11**
Use Expedited Shipping to get it by Jul. 7

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping, 15% restocking fee may apply

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## People who viewed this item also viewed

Feedback on our suggestions



Ladies Original Cowgirl Bourbon Whiskey...
$26.00
Buy It Now
Free shipping



Vtg-y Los Angeles California Whiskey...
$19.98
Buy It Now
Free shipping



Biker Punk Whiskey Los Angeles Graphic...
Vtg-y Los Angeles California Whiskey Graphic Asymmetric Top D12 mv Shirt S M L
Buy It Now
Free shipping



NEW VOLCOM WOMEN WHISKEY HEART...
Buy It Now
+ $2.94


ALWAYS
CARRY A FLASK OF WHISKEY
IN CASE OF SNAKEBITE
XXX
100 PROOF
AND FURTHERMORE
Always
CARRY A SMALL SNAKE

www.ebay.com/itm/INCREDIBLE-1990-vintage-LYNYRD-SKYNYRD-whiskey-T-SHIRT-sz-MED-/321793942852?pt=LH_DefaultD

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Entertainment Memorabilia > Music Memorabilia > Rock & Pop > Artists L > Lynyrd Skynyrd




Click to view larger image and other views



Have one to sell? Sell now

## INCREDIBLE!! 1990 vintage LYNYRD SKYNYRD whiskey T SHIRT...sz MED

| Add to watch list

Seller: 4acloudyday (8329 ★) 99.5% Positive feedback

Follow this seller | See other items | Visit store: 4acloudyday

Item condition: --
"EXCELLENT CONDITION"

Time left: 25d 12h 7/27, 4:05PM

US $36.99

Buy It Now

Add to cart

4 watching

Add to watch list

Add to collection

Delivery in 4 days | Located in United States

Shipping: $6.00 Expedited Shipping | See details
Item location: Sacramento, California, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Wed. Jul. 08** to 85251

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Description | Shipping and payments | Report item


LYNYRD SKYNYRD'S
OLD TIME
Old
Rock n' Roll
BRAND
Florida
SOUR MASH
WHISKEY
90 PROOF · DISTILLED AND BOTTLED BY
LYNYRD SKYNYRD DISTILLERY
R. VAN ZANT PROP. INC.
JACKSONVILLE, FLORIDA

www.ebay.com/itm/US-Army-Whiskey-Label-Graphic-T-Shirt-7-62-design-/321790995026?pt=LH_DefaultDomain_0&hash=it

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts




Mouse over image to zoom

Have one to sell? Sell now

# US Army Whiskey Label Graphic T-Shirt 7.62 design

| Add to watch list

Seller: 2hotchicksinshirts (31 ) 100% Positive feedback

Follow this seller | See other items | Visit store: 2hotchicksinshirts

Item condition: Pre-owned

Time left: 22d 04h 7/24, 8:06AM

Price: US $18.00

Buy It Now

Add to cart

Add to watch list

Add to collection

100% positive feedback

Shipping: $3.54 Standard Shipping | See details
Item location: Avondale, Arizona, United States
Ships to: United States and many other countries | See details

Delivery: Estimated between Thu. Jul. 9 and Tue. Jul. 14

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

People who viewed this item also viewed

Feedback on our suggestions


100% Fighting Spirit
U.S. Army
HARDCORE
American
Soldiers
DISTILLED AND BOTTLED BY
UNITED STATES CONGRESS
SINCE

Guy Men Vest T × 

www.ebay.com/itm/Guy-Men-Vest-Tank-Tops-Shirt-Classic-Whiskey-Motorcycle-Biker-Chopper-V240-S-3XL-/181623317106

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts

**EXTRA 5% OFF WHEN YOU SPEND $75 OR MORE** See all eligible items ▸




Mouse over image to zoom



Have one to sell? Sell now

# Guy Men Vest Tank Tops Shirt Classic Whiskey Motorcycle Biker Chopper V240#S-3XL

| Add to watch list

Seller: siammotorbikeclothing (159 ★) 98.8% Positive feedback

Follow this seller | See other items | Visit store: SiamMotorBikeClothing

Item condition: **New with tags**

Size Type: Regular

Size (Men's): - Select -

Quantity: 1 More than 10 available

Was: ~~US $13.99~~

You save: $1.40 (10% off)

Price: **US $12.59**

**Buy It Now**

**Add to cart**

4 watching

Add to watch list

Add to collection

Hassle-free returns | New condition

Shipping: **$15.00** Economy Shipping from outside US | See details
See details about international shipping here.
Item location: Suanluang, Bangkok, Thailand
Ships to: Worldwide

Delivery: Estimated between Fri. Jul. 17 and Thu. Jul. 30
Please note the delivery estimate is [illegible]

Payments: PayPal VISA
Credit Cards processed by PayPal
PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**EXTRA 5% OFF WHEN YOU SPEND $75 OR MORE** See all eligible items ▸

Extra 10% off when you spend $75+

Discount will be applied when you add promotional items from **siammotorbikeclothing** to your cart


ADDICTION
OLD SCHOOL
EST. ★ %1er ★ 1998
QUALITY
Original
CLOTHING
BRAND

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Advertising > Food & Beverage > Distillery > Jim Beam




Mouse over image to zoom



Have one to sell? Sell now

# Bourbon St. Sour Mash Whiskey T-Shirt

| Add to watch list

Seller: mad82255 (46 ) 100% Positive feedback

Follow this seller | See other items

Item condition: **Used**

"Used Gently Really good condition."

Price: **US $15.00**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

Add to collection

Hassle-free returns | Delivery in 4 days | 100% positive feedback

Shipping: $5.70 Expedited Shipping | See details
Item location: Romulus, Michigan, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Jul. 08** to 85251

Payments: PayPal VISA DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping

## People who viewed this item also viewed

Feedback on our suggestions



JIM BEAM kentucky bourbon whiskey ...
**$11.98**



Jim Beam Coffee Cup Mug Beaker Kentur...
**$14.99**




JIM BEAM Kentucky Bourbon Whiskey Sc...
**$19.00**




JIM BEAM metal sign Kentucky straight...
**$8.99**


Bourbon St.
GOOD TIME
Old No.1
FRESH and tasty
SINCE 1718
QUALITY
New Orleans
SOUR MASH
WHISKEY
Distilled and bottled in the French Quarter

www.ebay.com

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY
Shop now

My eBay

Shop by category

Search...

All Categories

Search

Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Women's Clothing > T-Shirts






Have one to sell? Sell now

# Better Call Saul Whiskey Tribute T Shirt Heisenberg Saul Goodman Jimmy McGill BB

Add to watch list

Seller: spend.less.tees (141) 100% Positive feedback

Follow this seller | See other items | Visit store: Spend Less T's

Item condition: New without tags

Main Colour: - Select -

Size: - Select -

Quantity: 1 10 available

Price: **GBP 8.99**
Approximately US $14.05

**Buy It Now**

Add to watch list

Add to collection

100% positive feedback

Shipping: **GBP 5.50 (approx. US $8.60)** Economy Int'l Postage | See details
See details about international shipping here.
Item location: London, United Kingdom
Ships to: Americas, Asia, Australia, Europe

Delivery: Estimated between Tue. Jul. 28 and Tue. Aug. 11
Please note the delivery estimate is

Payments: PayPal VISA
Credit Cards processed by PayPal
See details

Returns: 14 days, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

People who viewed this item also viewed

Feedback on our suggestions

GILDAN PREMIUM Cotton RING SPUN




GILDAN




Click to view larger image and other views



Have one to sell? Sell now

# Be As You Are Extra Large Black Whiskey Makes Me Frisky T Shirt Bottle Label NEW

| Add to watch list

1 watched in last 24 hours

Seller: spreadingsunshineeverywhere (54 ) 100% Positive feedback

Follow this seller | See other items | Visit store: Sunshine on a Cloudy Day Online

Item condition: **New without tags**
"Brand new T-Shirt - did not come with a Be As You Are Tag"

Quantity: 1 2 available

Was: ~~US $22.00~~

You save: $6.60 (30% off)

Price: **US $15.40**

Buy It Now

1 watching

Add to watch list

Add to collection

30% savings

100% positive feedback

Shipping: **$13.10** Canada Post Tracked Packet - USA | See details
See details about international shipping here.
Item location: Toronto, ON, Canada
Ships to: Worldwide

Delivery: Estimated by **Wed. Jul. 15**
Seller ships within 1 day after receiving cleared payment.

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


WHISKEY
MAKES ME
Frisky

www.ebay.com/itm/Heisenberg-Style-Walter-White-Whiskey-Logo-T-Shirt-Longslave-Hoodie-Available-/221704832352?pt=

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Music > Wholesale Lots > Other Wholesale Music






Have one to sell? Sell now

# Heisenberg Style Walter White Whiskey Logo T-Shirt (Longslave&Hoodie Available)

| Add to watch list

Seller: **kebon.shop** (32 ★) **100% Positive feedback**

Follow this seller | See other items | Visit store: kebon shop

Item condition: **New**

Size: - Select -

Color: - Select -

Quantity: 1 More than 10 available

Price: **US $23.99** **Buy It Now** **Add to cart**

1 watching Add to watch list

Add to collection

New condition 100% positive feedback

Shipping: **$7.99** Standard Shipping from outside US | See details

Item location: Schenectady, New York, United States

Ships to: Worldwide

Delivery: Estimated between Thu. Jul. 16 and Thu. Jul. 23

This item has an extended handling time and a delivery estimate

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back or item exchange, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

## People who viewed this item also viewed

Feedback on our suggestions


WALTER WHITE'S
WITH
99.1
BRAND
HEISENBERG
I AM THE
ONE WHO
KNOCKS
JOIN PUNCH

Shirt O | Rattle | www.ebay.com/itm/Shirt-Original-Sex-Rock-n-Roll-Whiskey-KR76-/171345681636?pt=LH_DefaultDomain_0&var=&hash=ite

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Mouse over image to zoom

Have one to sell? Sell now

## Shirt Original Sex Rock 'n' Roll Whiskey KR76

Add to watch list

Seller: street_fighter_shop2009 (18850) 99.8% Positive feedback

Follow this seller | See other items | Visit store: Street Fighter Sportswear

Item condition: New with tags

Size (Men's): - Select -

Quantity: 1 5 available

Price: US $28.62

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping New condition Experienced seller

Shipping: FREE Standard Shipping from outside US | See details

See details about international shipping here.

Item location: Birmingham, West Midlands, United Kingdom

Ships to: Worldwide See exclusions

Delivery: Estimated between Fri. Jul. 10 and Tue. Jul. 21

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping

People who viewed this item also viewed

Feedback on our suggestions


ROCK'N'ROLL
GOOD TIME
Old
No.666
BAND
QUALITY
Authentic
SEX ROCK 'N' ROLL WHISKEY
STRONGER THAN HELL
FEELIN' LUCKY
750DB
101PROOF

Daryl Dixon tribute T Shir ×

www.ebay.com/itm/DARYL-DIXON-tribute-T-SHIRT-Walking-Dead-whiskey-Norman-American-TV-show-zombies-/11163396

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY Shop now

My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




Mouse over image to zoom



Have one to sell? Sell now

# DARYL DIXON tribute T SHIRT Walking Dead whiskey Norman American TV show zombies

| Add to watch li

Seller: pasteura14 (640) 99.1% Positive feedback

Follow this seller | See other items | Visit store: Polite Hostility

Item condition: New without tags

"Item ships within 3 - 5 business days after cleared payment. Each Tee is HAND-FINISHED, all" ... Read more

Size: - Select -

Quantity: 1 7 available / 2 sold

Price: US $12.49

Buy It Now

Add to cart

Add to watch list

Add to collection

Free local pickup Located in United States

Shipping: $2.50 Economy Shipping | See details

Item location: Los Angeles, California, United States

Ships to: United States and many other countries | See details

Delivery: Estimated between Thu. Jul. 9 and Wed. Jul. 22

Includes 1 business days handling time after receipt of cleared payment.

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.

Covers your purchase price and original shipping.

## People who viewed this item also viewed

Feedback on our suggestio



The Walking Dead Tv



The Walking Dead Tv



The Walking Dead Tv



The Walking Dead Tv


DARYL DIXON'S
POST APOCALYPTIC
Old
No. 1
BADASS
QUALITY
American
CROSSBOW-TOTING BIKER
HILLBILLY
750 tWD
100% Cool
EST. REG. & UNDEAD SINCE 2010

www.ebay.com/itm/daisy-DUKES-rochester-NEW-york-NY-sour-MASH-whiskey-SHIRT-large-L-bar-HAZZARD-/31069721714

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

This seller is currently away until Jul 05, 2015. If you make a purchase, there may be a delay in processing your order.

**SAVE ON MARKDOWNS** See all eligible items ▸




Mouse over image to zoom



Have one to sell? Sell now

## daisy DUKES rochester NEW york NY sour MASH whiskey SHIRT large L bar HAZZARD

| Add to watch list

Seller: **vandysdandys** (6400 ★) **100% Positive feedback**

Follow this seller | See other items | Visit store: Vandys Dandys

Item condition: **Pre-owned**

Sale ends in: 04d 20h 02m

Was: ~~US $16.92~~

You save: $8.46 (50% off)

Price: **US $8.46**

Buy It Now

Add to cart

Add to watch list

Add to collection

50% savings | 100% positive feedback

Shipping: **$4.95** Standard Shipping | See details
Item location: Your Closet!!, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between **Mon. Jul. 6 and Mon. Jul. 13**

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping

**SAVE ON MARKDOWNS*** See all eligible items ▸

Marked down item price reflects all savings. Items provided by vandysdandys

All promotional offers from vandysdandys

Current item

Add to cart and save!


DAISY DUKE'S
OLD TIME
Old No.7
BRAND
QUALITY
Rochester
SOUR MASH
WHISKEY
MADE IN ROCHESTER
BOTTLED AT THE DISTILLERY
"I GOT
BUCKED
AT
DAISY DUKE'S"
ROCHESTER, NY

www.ebay.com/itm/Rather-Be-Someones-Shot-Of-Whiskey-Than-Everyones-Cup-Of-Tea-Girly-TEE-SHIRT-/321763483720?pt

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts




Click to view larger image and other views



Have one to sell? Sell now

# Rather Be Someone's Shot Of Whiskey Than Everyone's Cup Of Tea Girly TEE SHIRT

| Add to watch list

Seller: dollclothesbygpa (2406 ★) 99.7% Positive feedback

Follow this seller | See other items | Visit store: G-PA's Apparel

Item condition: New without tags

SELECT SIZE: - Select -

APPAREL STYLE: Unisex Short Sleeve Tee

SELECT SHIRT COLOR: - Select -

Quantity: 1 More than 10 available / 5 sold

Price: US $12.95

Buy It Now

Add to cart

13 watching | Add to watch list | Add to collection

Free shipping | Hassle-free returns | Located in United States

Shipping: FREE Standard Shipping | See details
Item location: Bradenton, Florida, United States
Ships to: United States

Delivery: Estimated between Tue. Jul. 7 and Tue. Jul. 14

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back
Covers your purchase price and original shipping

People who viewed this item also viewed

Feedback on our suggestions


RATHER BE
SOMEONE'S
SHOT
OF
WHISKEY
THAN
EVERYONE'S
CUP OF TEA

Motörhead Motorhead T

www.ebay.com/itm/MOTORHEAD-MOTORHEAD-TRIBUTE-LEMMYS-FAVORITE-WHISKEY-IRON-CROSS-SPADE-BIKER-SHIRT-

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact | FOURTH OF JULY FRENZY Shop now | My eBay

ebay | Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts




# MOTÖRHEAD MOTORHEAD TRIBUTE LEMMYS FAVORITE WHISKEY IRON CROSS SPADE BIKER SHIRT

| Add to watch list

Seller: professional-global-seller (1123 ) 100% Positive feedback

Follow this seller | See other items

Item condition: New without tags

Size Type: Regular

Size (Men's): - Select -

Quantity: 1 More than 10 available / 11 sold

Price: US $22.99

Buy It Now

Add to cart

11 watching

Add to watch list

Add to collection

30-day returns | 100% positive feedback

Have one to sell? Sell now

Shipping: $8.59 Standard Shipping from outside US | See details

Item location: Seeheim-Jugenheim, Germany

Ships to: Worldwide

Delivery: Estimated between Wed. Jul. 8 and Fri. Jul. 17

Payments: PayPal VISA

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply now. See Terms

See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


motörhead
OLD TIME
BRAND
QUALITY
LEMMYS
FAVORITE
WHISKEY
DISTILLED AND BOTTLED BY
JACK DANIEL DISTILLERY
LEM MOTLOW, PROPRIETOR
LYNCHBURG, TENNESSEE 37352 U.S.A.
EST. & REG. IN 1866

www.ebay.com/itm/New-Chivas-Regal-Whisky-Alcohol-Drinking-Combined-Logo-T-Shirt-Gildan-Brand-Tee2-/18178814739

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Music > Wholesale Lots > Other Wholesale Music




Mouse over image to zoom

Have one to sell? Sell now

## New Chivas Regal Whisky Alcohol Drinking Combined Logo T Shirt Gildan Brand Tee2

| Add to watch list

Seller: **adwaski** (10 ★) **100% Positive feedback**

Follow this seller | See other items

Item condition: **New**

size: - Select -

color: Black

Quantity: 1 5 available

Price: **US $23.99**

Buy It Now

Add to cart

Add to watch list

Add to collection

New condition 100% positive feedback

Shipping: **$7.99** Standard Shipping from outside US | See details
Item location: Schenectady, New York, United States
Ships to: Worldwide

Delivery: Estimated between Thu. Jul. 16 and Thu. Jul. 23
This item has an extended handling time and a delivery estimate greater than business days.

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: 14 days money back or item exchange, buyer pays return shipping | See details

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back
Covers your purchase price and original shipping.

## People who viewed this item also viewed

Feedback on our suggestions



JAMESON WHISKEYS Logo Cool New Black...
**$23.99**
Buy It Now
+ $7.99



New Chivas Regal Whisky Alcohol...
**$23.99**
Buy It Now
+ $7.99



New Chivas Regal Whisky Alcohol...
**$23.99**
Buy It Now
+ $7.99



New Chivas Regal Whisky Alcohol...
**$23.99**
Buy It Now
+ $7.99


CHIVAS REGAL
BLENDED SCOTCH
AGED 12 YEARS
WHISKY
BLENDED AND BOTTLED
IN SCOTLAND BY
CHIVAS BROTHERS LTD
Join Punch

www.ebay.com/...

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact FOURTH OF JULY FRENZY Shop now My eBay

Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Clothing, Shoes & Accessories > Men's Clothing > T-Shirts





Have one to sell? Sell now

# Brad Paisley 2008 Alcohol Tour T Shirt XL Music Party Country Band Concert Black

Add to watch list

Seller: gosportscards (12243) 100% Positive feedback

Follow this seller | See other items | Visit store: GoSportsCards

Item condition: Pre-owned
"Small hole on back. See last picture."

Price: US $16.99

Buy It Now

Add to cart

2 watching

Add to watch list

Add to collection

100% positive feedback

Shipping: $3.99 Standard Shipping | See details
Item location: Downingtown, Pennsylvania, United States
Ships to: Worldwide

Delivery: Estimated between Thu. Jul. 9 and Tue. Jul. 14

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Seller does not offer returns. You are covered by the eBay Money Back Guarantee if you received an item that is not as described in the listing.




SAC0316

Hi Stephen! | Daily Deals | Gift Cards | Sell | Help & Contact

FOURTH OF JULY FRENZY Shop now

My eBay

ebay Shop by category Search... All Categories Search Advanced

Back to search results | Listed in category: Collectibles > Tobacciana > Lighters > Zippo > Other Zippo Lighters

## SAVE WITH EVERYDAY LOW PRICES

See all eligible items ▸




Click to view larger image

Have one to sell? Sell now

# Zippo Snake Bite Whiskey Pure Rye 100 Proof Black Matte Windproof Lighter NEW

| Add to watch list

Seller: **belote** (251590 ★) **99.4% Positive feedback**

Follow this seller | See other items | Visit store: The Sharpest Store On The Web

Item condition: **New**

Quantity: 1 More than 10 available / 10 sold

List price: ~~$27.95~~

You save: **$10.01 (36% off)**

Price: **US $17.95**

**Buy It Now**

**Add to cart**

14 watching

Add to watch list

Add to collection

**Hassle-free returns** 35% savings New condition

Shipping: **$2.04** Standard Shipping | See details
Item location: Van Nuys, California, United States
Ships to: Americas, Asia, Australia

Delivery: Estimated between **Tue. Jul. 7 and Sat. Jul. 11**
Use Expedited Shipping to get it by Jul. 9

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply now. See Terms
See details

Returns: Hassle-free returns | Learn more
14 days money back, you pay return shipping

Guarantee: ebay MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.


SNAKE BITE
100 PROOF
OLD STYLE
PURE RYE
WHISKEY
SOLE PROPRIETORS
DISTILLING CO.

Whiskey Yer The Devil St. ×

MainMerch Inc. [US] https://www.teesforall.com/Whiskey_Yer_The_Devil_St_Pattys_Day_Tee_Shirt-p-23967.html

TEES FOR ALL

Search

WOMEN'S & MEN'S SWIM WEAR 20% OFF ›

Browse Mens Womens Accessories Clearance

Cart (0) My Account Help

IN STOCK - SHIPS WITHIN 24 HOURS






View Size Chart

XL

− 1 +

ADD TO CART - $19.99

Whiskey Yer The Devil St. Patty's Day Tee Shirt

St. Patty's Day Oh Whiskey Yer The Devil men's tee shirt. Features Oh Whiskey Yer The Devil Keep Leading Me Astray text on front. Made from a cotton/poly blend.

SKU: 23967

Browse St. Patrick's Day ›

Browse Mens Shirts ›

RECOMMENDED ITEMS


Oh
WHISKEY
YER the DEVIL
KEEP LEADIN'
ME ASTRAY