IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>   Defendant. | No. 2:14-cv-02057-SMM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE DESIGNATED CONFIDENTIAL DOCUMENTS AND INFORMATION UNDER SEAL** |

   This matter having come before the Court on the parties' Stipulated Motion To File Designated Confidential Documents And Information Under Seal and the Court having concluded that (1) Plaintiff's Response to JDPI's Motion for Partial Summary Judgment; (2) Plaintiff's Controverting Statement of Facts; and (3) the Exhibits S, U, and Z to Plaintiff's Controverting Statement of Facts, contain information that has been designated "Confidential" and/or "Confidential – Attorneys' Eyes Only" by Defendant Jack Daniel's Properties, Inc. Pursuant to LRCiv 5.6 and the Court's Stipulated Protective Order (Doc. #45) dated May 14,

2015, and the parties having shown good cause to justify the filing of these documents under seal,

IT IS HEREBY ORDERED that the Clerk of the Court is directed to file (1) Plaintiff's Response to JDPI's Motion for Partial Summary Judgment; (2) Plaintiff's Controverting Statement of Facts; and (3) the Exhibits S, U, and Z to Plaintiff's Controverting Statement of Facts, under seal and that the same remain under seal until further order of the Court.

DATED at _____m., this ____ day of October, 2015.

PHOENIX 53913-11 254195v1