IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaim. | |

     Pending before the Court is Defendant's motion to preclude Plaintiff from refiling its confidential statement of facts, which is fully briefed. (Doc. 125) Also pending is the parties' unopposed motion to stay briefing on the lodged under seal documents. (Doc. 136 and Docs. 119-1, 127.)

     Initially, the parties jointly moved for leave to exceed the summary judgment page limits established by LRCiv 7.2, proposing 30 pages of argument and "a statement of facts of up to 20 pages." (Doc. 90.) The Court granted the parties' joint motion. (Doc. 93.) Subsequently, Plaintiff filed a 20-page statement of facts, a stipulated motion to file a supplemental statement of confidential facts, and lodged under seal a 5-page confidential statement of facts accompanied by exhibits. (Docs. 103, 111, 119, 119-1.) It is undisputed that the 5-page statement of confidential facts lodged under seal all involve exhibits that Defendant designated as confidential during discovery pursuant to a Protective Order. (Doc.

126.)

The Court denied without prejudice the parties' stipulated motion to seal because the rationale for sealing did not meet the requirements of LRCiv 5.6(d) or controlling Ninth Circuit precedent. (Doc. 123.) Defendant then moved to preclude Plaintiff from filing its 5-page statement of confidential facts because those pages, in addition to the 20-page statement of facts already on file, violated the Court's Order. (Doc. 125.)

The Court agrees with Defendant; the Court's Order stated 20 pages and therefore Plaintiff is limited to a 20-page statement of facts. (Doc. 93.) However, prior to Plaintiff filing its revised statement of facts, the Court will first determine whether the exhibits lodged under seal are entitled to remain under seal.

Accordingly,

**IT IS HEREBY ORDERED** granting Defendant's motion to preclude Plaintiff from refiling its confidential statement of facts. (Doc. 125.)

**IT IS FURTHER ORDERED** denying as moot Defendant's unopposed motion to stay its obligation to file a motion to seal under LRCiv. 5.6(d) until after the Court rules on Defendant's motion to preclude. (Doc. 136.) Pursuant to LRCiv. 5.6(d), Defendant's motion to seal the exhibits at issue is due **Thursday, December 31, 2015.** Following the Court's ruling, Plaintiff will be required to refile its statement of facts, limited to a total of 20 pages.

DATED this 14th day of December, 2015.

Stephen M. McNamee
Senior United States District Judge

- 2 -