1
2
3
4
5
6        **IN THE UNITED STATES DISTRICT COURT**
7             **FOR THE DISTRICT OF ARIZONA**
8
9   VIP Products, LLC,                    )    No. CV-14-2057-PHX-SMM
                                          )
10              Plaintiff,                )
                                          )
11  vs.                                   )    **ORDER**
                                          )
12  Jack Daniel's Properties, Inc.,       )
                                          )
13              Defendant.                )
                                          )
14  _____    )
                                          )
15  And Related Counterclaim.            )
    _____    )
16

17        Pending before the Court is Plaintiff's motion for leave to file a non-electronic
18  exhibit. (Doc. 141.) Plaintiff seeks leave to file a physical exhibit, the Silly Squeakers "Bad
19  Spaniels" dog toy, which is the actual product alleged to infringe on Defendant's trademark
20  and trade dress property.
21        Also pending is Defendant's unopposed motion for leave to file a non-electronic
22  exhibit. (Doc. 146.) Defendant seeks leave to file a physical exhibit, an actual physical copy
23  of the current Jack Daniel's Tennessee whiskey bottle referenced in this case as Exhibit 8
24  to the Declaration of Christopher C. Larkin.  (Doc. 145-9 at 2.)
25        Pursuant to LRCiv 5.5(c), Section II(N)(2) of the Electronic Case Filing
26  Administrative Policies and Procedures Manual for the District of Arizona, and good cause
27  appearing,
28        **IT IS HEREBY ORDERED** granting Plaintiff's motion for leave to file a non-

electronic exhibit. (Doc. 141.) The Clerk of Court is directed to accept for non-electronic filing Plaintiff's physical exhibit, the Silly Squeakers "Bad Spaniels" dog toy.

**IT IS FURTHER ORDERED** pursuant to Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona that Plaintiff must prepare an index and notice of filing in pleading format that will be submitted in conjunction with the filing of the physical exhibit. The caption of the index will state which document(s) the physical exhibit is supporting. The actual physical exhibit may be tabbed and bound if appropriate.

**IT IS FURTHER ORDERED** granting Defendant's unopposed motion for leave to file a non-electronic exhibit. (Doc. 146.) The Clerk of Court is directed to accept for non-electronic filing Defendant's physical exhibit, a physical copy of the current Jack Daniel's Tennessee whiskey bottle.

**IT IS FURTHER ORDERED** pursuant to Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendant must prepare an index and notice of filing in pleading format that will be submitted in conjunction with the filing of the physical exhibit. The caption of the index will state which document(s) the physical exhibit is supporting. The actual physical exhibit may be tabbed and bound if appropriate.

**IT IS FURTHER ORDERED** that the parties provide a courtesy copy to Chambers of the non-electronic physical exhibits filed in this matter.

DATED this 15th day of December, 2015.

Stephen M. McNamee
Senior United States District Judge

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28