QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |
| Jack Daniel's Properties, Inc., ) | |
| Defendant. ) | |
| And Related Counterclaims. ) | |

QB\37779240.1

NOTICE is hereby given of the filing of the Non-Electronic Exhibit in support of Defendant Jack Daniel's Properties, Inc.'s Opposition to Plaintiff's Motion for Summary Judgment Motion (Doc. 142): Exhibit 8 to the Declaration of Christopher C. Larkin (Doc. 145) as authorized by the Court Order dated December 15, 2015 (Doc. 156).

DATED: December 15, 2015          Respectfully submitted,

 /s/ Gregory P. Sitrick
Gregory P. Sitrick (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin
(admitted pro hac vice)
clarkin@seyfarth.com
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219

*Attorneys for Jack Daniel's Properties, Inc.*

QB\37779240.1

1

NOTICE OF FILING NON-ELECTRONIC EXHIBIT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Gregory P. Sitrick*
Gregory P. Sitrick

QB\37779240.1