QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **INDEX OF NON-ELECTRONIC EXHIBIT SUPPORTING DECLARATION OF CHRISTOPHER C. LARKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaims. | ) | |

QB\37779163.1

Defendant Jack Daniel's Properties, Inc. ("JDPI") pursuant to this Court's December 15, 2015 Order (Doc. 156), hereby submits the following index of the non-electronic exhibit supporting the Declaration of Christopher C. Larkin In Opposition To Plaintiff's Motion for Summary Judgment (Doc. 145):

| Exhibit No. | Description |
|---|---|
| 8 | an actual physical copy of the current Jack Daniel's Tennessee whiskey bottle referenced in this case |

DATED: December 15, 2015    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Gregory P. Sitrick*
　　　　　　　　　　　　　　　　　　　Gregory P. Sitrick (AZ Bar #028756)
　　　　　　　　　　　　　　　　　　　Gregory.Sitrick@quarles.com
　　　　　　　　　　　　　　　　　　　Isaac S. Crum (AZ Bar #026510)
　　　　　　　　　　　　　　　　　　　Isaac.Crum@quarles.com
　　　　　　　　　　　　　　　　　　　Quarles & Brady LLP
　　　　　　　　　　　　　　　　　　　Firm State Bar No. 00443100
　　　　　　　　　　　　　　　　　　　One Renaissance Square
　　　　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　　Telephone (602) 229-5200
　　　　　　　　　　　　　　　　　　　Fax (602) 229-5690

　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　Christopher C. Larkin
　　　　　　　　　　　　　　　　　　　(admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　clarkin@seyfarth.com
　　　　　　　　　　　　　　　　　　　2029 Century Park East, Suite 3500
　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067-3021
　　　　　　　　　　　　　　　　　　　Telephone: (310) 201-5289
　　　　　　　　　　　　　　　　　　　Facsimile: (310) 201-5219
　　　　　　　　　　　　　　　　　　　*Attorneys for Jack Daniel's Properties, Inc.*

INDEX OF NON-ELECTRONIC EXHIBIT SUPPORTING DECLARATION OF CHRISTOPHER C. LARKIN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

|    |                                                                                                                      |
|----|----------------------------------------------------------------------------------------------------------------------|
| 1  | **CERTIFICATE OF SERVICE**                                                                                           |
| 2  | I hereby certify that on December 15, 2015, I electronically filed the foregoing with                                |
| 3  | the Clerk of Court using the CM/ECF system, which will send a notification of such filing                            |
| 4  | (NEF) to all counsel of record in this case.                                                                         |
| 5  |                                                                                                                      |
| 6  |                                       */s/ Gregory P. Sitrick*                                                       |
| 7  |                                          Gregory P. Sitrick                                                          |

QB\37779163.1