Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com

**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff and Counterdefendant*
*VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**INDEX AND NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |

      Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP" or "Plaintiff"), pursuant to the Court's Order, dated December 15, 2015 (Doc. #156) entered in this case, hereby provides this Index and Notice of Filing physical exhibit, the Silly Squeakers® "Bad Spaniels" Dog Toy (the "VIP Toy").

The VIP Toy is exhibit 'F' in support of VIP's Controverting Statement of Facts (Doc. #148) in support of its Response to JDPI's Motion for Partial Summary Judgment.

**RESPECTFULLY SUBMITTED** this 16th day of December, 2015.

                        **DICKINSON WRIGHT PLLC**

                        By: s/David G. Bray
                            David G. Bray
                            Frank G. Long
                            Jonathan S. Batchelor
                            1850 North Central Avenue, Suite 1400
                            Phoenix, Arizona  85004
                            *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16th, 2015, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

s/ Kylie M. Boie

PHOENIX 53913-11 265217v1