# EXHIBIT F

**Physical Exhibit Filed with Court**



VIP00053