QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **NOTICE OF NEW RELEVANT CASE LAW** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

NOTICE is hereby given that on December 15, 2015, the United States District Court for the Central District of California issued an opinion in *DC Comics v. Mad Engine, Inc.*, No. 2:15-cv-07980-DDP (JPRx), Doc. 31 (C.D. Cal. Dec. 12, 2015). A copy of the opinion is attached hereto as Exhibit A.

JDPI believes that the *DC Comics* opinion is relevant to the issues addressed in VIP's Motion for Summary Judgment (Doc. 110 at 1–8) and JDPI's Opposition to VIP's

Motion for Summary Judgment (Doc. 142 at 2–11). Because the *DC Comics* opinion issued after JDPI's filing of its Opposition, JDPI now submits it to the Court.

DATED: December 18, 2015				Respectfully submitted,

				 */s/ Isaac S. Crum*
				Gregory P. Sitrick (AZ Bar #028756)
				Gregory.Sitrick@quarles.com
				Isaac S. Crum (AZ Bar #026510)
				Isaac.Crum@quarles.com
				Quarles & Brady LLP
				Firm State Bar No. 00443100
				One Renaissance Square
				Two North Central Avenue
				Phoenix, AZ 85004
				Telephone (602) 229-5200
				Fax (602) 229-5690

				SEYFARTH SHAW LLP
				Christopher C. Larkin
				(admitted pro hac vice)
				clarkin@seyfarth.com
				2029 Century Park East
				Suite 3500
				Los Angeles, California 90067-3021
				Telephone: (310) 201-5289
				Facsimile: (310) 201-5219

				*Attorneys for Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*

Isaac S. Crum