Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com

**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | No. 2:14-cv-02057-SMM<br><br>**NOTICE OF ERRATA** |

Plaintiff VIP Products, LLC ("VIP") through its undersigned counsel, herein submits this Notice of Errata regarding the Stipulated Motion to File Confidential Designated Documents and Information Under Seal (Doc. 152) filed on December 11, 2015. The change is necessary to correct references to the confidential information in the exhibits. A corrected motion is attached here as Exhibit 1, and a redline showing the changes between the original motion and the corrected version is attached as Exhibit 2.

-1-

**RESPECTFULLY SUBMITTED** this 18th day of December, 2015.

**DICKINSON WRIGHT, PLLC**

By: s/David G. Bray
 David G. Bray
 Frank G. Long
 Jonathan S. Batchelor
 Colleen M. Ganin
 1850 North Central Avenue, Suite 1400
 Phoenix, Arizona 85012-2705
 *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18th 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/Kylie M. Boie

PHOENIX 53913-11 265936v1