Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan Batchelor (#026882)
jbatchelor@dickinsonwright.com
Colleen M. Ganin (#032456)
cganin@dickinsonwright.com

**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |

Plaintiff VIP Products, LLC ("VIP") through its undersigned counsel, herein submits this Notice of Errata in regards to its Responsive Statement of Facts (Doc 148) filed on December 11, 2015. The attached Exhibit U was lodged under seal pursuant to the Stipulated Protective Order (Doc. #45) in this case. It has since been determined that the exhibit did not need to be filed under seal, therefore, Plaintiff is filing the Exhibit as part of the public record.

1

2

3

**RESPECTFULLY SUBMITTED** this 18th day of December, 2015.

**DICKINSON WRIGHT, PLLC**

By: s/David G. Bray
    David G. Bray
    Frank G. Long
    Jonathan S. Batchelor
    Colleen M. Ganin
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2705
    *Attorneys for VIP Products, L.L.C.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on December 18th, 2015, I electronically transmitted the attached

4

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5

Notice of Electronic Filing to all CM/ECF registrants.

6

7

s/Kylie M. Boie

8

PHOENIX 53913-11 265945v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28