# EXHIBIT U

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF ARIZONA

3

4      VIP PRODUCTS, LLC, an        )

5      Arizona limited             )

6      liability company,          )

7          Plaintiff and          )

8          Counter-Defendant,     )

9          vs.                    ) Civil Action No.

10     JACK DANIEL'S               ) 14-CV-02057-PHX-OGC

11     PROPERTIES, INC., a         )

12     Delaware corporation,       )

13         Defendant and           )

14         Counter-Claimant.       )

15

16          The deposition of JOHN HOWARD, called for

17     examination pursuant to the Rules of Civil

18     Procedure for the United States District Courts

19     pertaining to the taking of depositions, taken

20     before WENDY A. KILLEN, CSR Number 84-003772, a

21     Certified Shorthand Reporter in the State of

22     Illinois, at 131 South Dearborn Street, Suite 2400,

23     Chicago, Illinois, on July 21, 2015, at the hour of

24     9:36 a.m.

25      (CONFIDENTIAL PORTIONS BOUND UNDER SEPARATE COVER)

Page 2

```
 1        A P P E A R A N C E S:

 2

 3            SEYFARTH & SHAW, LLC, by

 4            CHRISTOPHER C. LARKIN, ESQUIRE

 5            One Century Park East, Suite 3500

 6            Los Angeles, California  90067-3021

 7            (310) 277-7200

 8            clarkin@seyfarth.com

 9                Appeared on behalf of the Plaintiff;

10

11            DICKINSON WRIGHT, PLLC, by

12            FRANK G. LONG, ESQUIRE

13            1850 North Central Avenue, Suite 1400

14            Phoenix, Arizona  85004

15            (602) 285-5093

16            flong@dickinsonwright.com

17                Appeared on behalf of the Defendant.

18

19

20

21

22

23

24   Reported by:  Wendy A. Killen, CSR

25   License No.:  084-003772
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 93

1    Q.   Did you interview any of the personnel in

2   the stores that you visited?

3    A.   I talked to a couple of them in terms of

4   -- I was very interested in the palletizing aspect

5   of it.  And I asked them if having the product

6   mounted on a pallet where the packaging was safely

7   positioned on the pallet, if that was something

8   that they were aware of and appreciative of.

9        When you get into the incoming of, say,

10  like the liquor and things, I said does the

11  packaging fit on the pallet, is that an advantage,

12  they said, oh, yeah big time.  They get a lot of

13  products that overhang the edges and the packaging

14  for the product ends up getting destroyed.

15   Q.   What stores did you conduct those

16  discussions in?

17   A.   Binny's.

18   Q.   Do you remember who you spoke to?

19   A.   The cashier, the clerk right at the

20  opening, which was different each time I came back.

21   Q.   Do you remember their names?

22   A.   No.

23   Q.   Did you make any notes of the

24  conversation?

25   A.   No.  Mental.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

1      Q.    At any time during your store visits, did
2   you take any measurements of pallet size, of the
3   number of facings, of the width of bottles, and so
4   on?
5      A.    Well, that's why I took the photographs,
6   so that I could take a look at the pallet.  I
7   didn't ask him what the pallet size was, but I was
8   planning to come back and measure the pallet.
9      Q.    Did you ever do that?
10     A.    No.  I didn't have a chance to.
11     Q.    Did you ever take a tape measure and
12  actually measure any of the pallets or any of the
13  bottles or count the number of shelf facings during
14  any of your store visits?
15     A.    Not at this point.
16     MR. LARKIN:  Why don't we break for lunch and
17  try to reconvene by 1:30 to 1:45, the closer to
18  1:30, the better?
19                    (Whereupon, a break was taken.)
20
21                  *  *  *  *  *  *
22
23
24
25

Page 107

1      THE WITNESS:  It depends on what you mean by

2   functional.

3           Are you talking about utilitarian

4   functional?

5   BY MR. LARKIN:

6      Q.   That's the only thing you are opining

7   about in this case, correct?

8      A.   I'm not sure I understand what your

9   question is.

10     Q.   Let me try it a different way based on

11  your last answer.

12          Do you understand there to be different

13  types of functionality?

14     A.   Yes.

15     Q.   What are they?

16     A.   Containerization.

17     Q.   I'm sorry?

18     A.   Containerization.

19     Q.   Okay.

20     A.   There's a whole series of them.  Compact

21  packaging.

22     Q.   Have you ever heard the term esthetic

23  functionality?

24     A.   Not in that context.

25     Q.   Have you ever heard it at all?

Page 108

1        A.    No.

2        Q.    My question was simply your opinion in

3    your report is limited to the mark that is depicted

4    in the '178 Registration.

5              You are not commenting or opining about

6    the possible functionality of the label graphics or

7    the neck graphics or any of that stuff; is that

8    right?

9        A.    Right.

10        Q.    Looking at the '178 Registration, which

11    feature of that registration do you believe is the

12    most eye-catching?

13        MR. LONG:    Are you talking about individual

14    features as opposed to a combination?

15        MR. LARKIN:    No, not combination.    I'm just

16    asking him which is the most eye-catching.

17        THE WITNESS:    I believe the shape of the

18    bottle.

19    BY MR. LARKIN:

20        Q.    You think that's more eye-catching than

21    the Jack Daniel's signature?

22        MR. LONG:    Asked and answered.

23        THE WITNESS:    Yes.

24    BY MR. LARKIN:

25        Q.    Which element of the marks shown in the

Page 109

1   '178 Registration does the most to identify the

2   brand of whiskey that's contained in that package?

3       MR. LONG:   Objection, assumes facts not in

4   evidence, foundation.

5       THE WITNESS:   I think it's the overall shape of

6   the bottle.

7   BY MR. LARKIN:

8       Q.   So if I understand you correctly, you

9   think the overall shape of the bottle shown in the

10  '178 Registration is what identifies that as a Jack

11  Daniel's product?

12      MR. LONG:  Objection.  That was the previous

13  question.

14      THE WITNESS:  Yes.

15  BY MR. LARKIN:

16      Q.   I'm sorry.  The answer was yes?

17      A.   Yes.

18      Q.   Looking at the first page of pictures in

19  your report, which we discussed briefly earlier,

20  you have two pages of pictures.  I want to talk

21  about the first one.

22      MR. LONG:  This page right here?

23      THE WITNESS:  Which report are we on?

24      MR. LARKIN:  We're on your report.  That's the

25  only one we care about.

1      MR. LONG:  These?

2      MR. LARKIN:  Yes.

3      MR. LONG:  Use mine.

4         It's missing some pages is all I can say.

5   I'll look for it as you ask your questions.

6   BY MR. LARKIN:

7      Q.   Do you have that?

8      A.   This page?

9      Q.   Yes.

10      MR. LONG:  Oh, here it is.  Well, no.

11      MR. LARKIN:  We will figure it out on a break.

12   As long as we're all talking about the same thing.

13   BY MR. LARKIN:

14      Q.   We talked a little bit about this earlier,

15   about what you described as the bottle design circa

16   2003 next to the current bottle design.

17         Do you see that in the upper left-hand

18   corner?

19      A.   Yes.

20      Q.   Did you form any opinions about the

21   possible functionality of the bottle design circa

22   2003 in the process of forming the opinions

23   expressed in your report?

24      A.   Repeat the question.

25      Q.   In the process of forming the opinions

1  grams of glass you've got in there, they are going

2  to be the same.

3      Q.   Okay.  But you're talking about placing

4  the bottles into a carton?

5      A.   I'm talking about the utilitarian effort,

6  your carton, your shelf display, your pallets.

7      Q.   Let's talk about the shelf display for a

8  minute.

9           In the last sentence of the paragraph

10 we've been looking at, you state minimizing the

11 cubic inches assists the merchandising and

12 marketing -- I think that should be of the

13 bottle -- by allowing more bottles to be displayed

14 on a retail shelf or in a floor or point of

15 purchase display.

16          Do you see that?

17     A.   Yes.

18     Q.   Let's focus on the retail display.

19          Do you have any professional experience in

20 retailing?

21     A.   Yeah.  When we design products for our

22 clients, that's a very important part of it.

23     Q.   Have you ever worked for a retailer?

24     MR. LONG:  Objection, vague.

25     THE WITNESS:  What do you mean retailer?

Page 137

BY MR. LARKIN:

    Q.   By retailer, I mean the non-big box liquor
stores that you visited.  I think Binny's was the
one.

          Have you ever worked for an alcoholic
beverage retailer, either directly or in your
capacity as a member of KDA?

    A.   I don't recall working for a retailer that
sells spirits.

    Q.   Have you worked for any retailer?

    A.   Well, I think a lot of the manufacturers
that we design products for end up being retailers.
It's not necessarily a distinctive function.

    Q.   I think you used the term facings earlier
in your testimony.

          Do you recall that?

    A.   Yes.

    Q.   What is a facing?

    A.   When you put the bottles on a shelf on a
retail level, you are stacking them side by side.
So you get a much better facing with a square
bottle because the label goes from bottle to
bottle, whereas with a round bottle you are looking
at a curved label and you can't see all of the
graphics and the illustrations that are on the

Page 138

1   label.

2       Q.   I've a heard the term facings used in sort

3   of a more practical sense as how many products are

4   faced to the consumer on a given shelf.

5           Have you ever heard the term facing used

6   in that way?

7       A.   Yes.

8       Q.   So, for example, you might have a facing

9   of 20 bottles or a facing of 15 boxes or something

10  like that.

11          Are you familiar with the term facing used

12  in that sense?

13      A.   Yes.

14      Q.   How are the number of facings for spirits

15  bottles determined by retailers?

16      A.   I think what happens is you are allocated

17  so much shelf space for each brand and if you can

18  get more or better facings within that, say,

19  30 inches -- and what I mean by better facings is

20  that you are seeing the whole label.  You are not

21  seeing the label on a curve.

22      Q.   Let me make sure I understand that.

23          A moment ago I described facings in the

24  sense of 30 bottles -- you can count going left to

25  right on a given shelf there are 30 bottles that

Page 140

1  clerk to place five bottles of Product A and then

2  six bottles of Product B until the shelf is

3  occupied.

4        Have you heard the term planogram used in

5  that sense?

6     A.   Yes.

7     Q.   Is it your opinion that comparing a square

8  bottle of the same volume as a round bottle, that

9  you can actually increase the number of facings in

10  a planogram?

11     A.   Conceivably.  Well, there is a payback in

12  terms of visibility.  You have to look at it not

13  from just the physical standpoint, but from a

14  marketing standpoint.

15     Q.   We'll talk about the visibility issue in a

16  moment.

17        I interpreted the last sentence in Page 3

18  of your report, which says minimizing the cubic

19  inches assists the merchandising and marketing the

20  bottle by allowing more bottles to be displayed on

21  a retail shelf.  Let's stop there for a moment.

22     A.   Okay.

23     Q.   Is your testimony that by using a square

24  bottle, as opposed to a round bottle of the same

25  volume, you will be able to display a larger number

Page 141

1    of bottles on the same shelf space?

2        A.    I'd have to measure it, but it seems

3    logical to me.

4        Q.    Did you measure the number of facings --

5    the number of bottles that were placed in facings

6    at any of the stores that you visited?

7        A.    No, I didn't.

8        Q.    Did you count them?

9        A.    I didn't count them.  I photographed them.

10        Q.    So you didn't count the number of facings

11    in any of the stores that you visited?

12        A.    Right.

13        Q.    You testified earlier today that you asked

14    some of the store personnel about palletizing.

15            Did you ask any of them how they

16    determined the number of facings?

17        A.    We didn't get into that.

18        Q.    Did you ask any of them how they

19    determined which brands got how many facings?

20        A.    No.

21        Q.    Would you expect a retailer to give more

22    facings to a particular brand simply because its

23    bottle is square as opposed to round?

24        A.    It would probably have more to do with the

25    sales of the packaging.

Page 142

1      Q.   Let's talk again about the footprint.  I
2   want to be as precise as I can in this question.
3           By footprint in this question, and a few
4   that will follow, I am referring to the geometric
5   term, the diameter of the bottle.
6      A.   That would be for round.
7      Q.   Yeah, that's wrong.
8           But the width of the bottle, the amount of
9   space on a store shelf that a given bottle takes
10  measured from the diameter in the case of a round,
11  or in the case of a square, I guess that's width
12  or -- what would the geometric term be for that?
13     MR. LONG:  Of a square circumference?
14     MR. LARKIN:  No, no.  The amount of shelf space
15  that a given shape takes, that's what I want to use
16  to the word for.
17     MR. LONG:  Area?
18     MR. LARKIN:  I guess it's area.
19  BY MR. LARKIN:
20     Q.   Could a round bottle of 750 milliliters
21  have the same footprint as a square bottle of
22  750 milliliters?
23     A.   Well, looking at my diagram, you obviously
24  have a lot of wasted space with the round bottle.
25     Q.   I understand that.  And we'll talk about

1    Daniel's square bottle in Costco or Wal-Mart?

2        A.   In Costco, yes.  In Wal-Mart, no.  It was

3    all shelves.  And apparently they don't use

4    end-aisle displays or POP displays.

5        Q.   Is the picture of the Jack Daniel's carton

6    what you considered to be an end-aisle display?

7        A.   This?

8        Q.   Yes.

9        A.   Well, it's a whole pallet.  These would be

10   separate freestanding.  I think on the next page

11   here's an entire POP display.

12       Q.   Let's look back to the first one first.

13            The pallet display was a freestanding

14   display, it was not at the end of a particular

15   aisle; is that your recollection?

16       A.   Yes.

17       Q.   Do you know how frequently pallet displays

18   are used in the retailing of alcoholic beverages?

19       A.   No.  I don't know how often they are used,

20   but I do know that if the packaging fits the

21   pallet, it's possible that the pallets are just

22   brought out and put on display.  If you have a

23   pallet and there's extra pallet sticking out on the

24   sides because the cartons won't pick up the maximum

25   amount of cubic space, then they would probably put

Page 160

1    them on the shelf.

2        Q.   My question, though, was do you know

3    how -- alcoholic beverages are sold in a variety of

4    outlets.

5            Do you agree with that?

6        A.   Yes.

7        Q.   They are big-box retailers like Costco or

8    Wal-Mart, liquor stores, mass merchandisers,

9    groceries, a variety of different outlets?

10       A.   Right.

11       Q.   Do you know the types of off-premise

12   retail outlets for alcoholic beverages pallet

13   displays are used in?

14       A.   I only went to three different outlets.

15       Q.   Do you know the standard pallet size for

16   the Jack Daniel's pallet that's shown in your

17   picture?

18       A.   I didn't measure it, but it appears to me

19   to be a standard size.

20       Q.   And by standard, do you mean a standard

21   size for a pallet that's used for a variety of

22   different products --

23       A.   Yes.

24       Q.   -- that are not unique to the alcoholic

25   beverages?

Page 161

1     A.    Correct.

2     Q.    Do you know from memory what the

3  dimensions are?

4     A.    Not off the top of my head, no.

5     Q.    Do you know the size of the pallets that

6  are used for Brown-Forman's spirits that are sold

7  in round bottles, such as Canadian Mist?

8     A.    No.

9     Q.    Do you have any reason to believe that it

10  wouldn't be whatever the standard pallet size that

11  Brown-Forman otherwise uses?

12     A.    Hard to say.

13     Q.    What in your opinion is the benefit to a

14  pallet display of this sort that is afforded by the

15  Jack Daniel's bottle?

16     A.    Well, they are basically using the carton

17  as a label.  So on the sides of the display you are

18  seeing a huge label, whereas on the face of it you

19  are seeing the regular size of the bottle.

20     Q.    But how does the shape of the bottles that

21  are contained within those cartons affect that one

22  way or the other?

23     A.    Say that again.  How does what?

24     Q.    Well, just go back for a moment, if you

25  would, please, to the maximum pallet interface

Page 169

1    BY MR. LARKIN:

2        Q.    Beneath the Jack Daniel's signature where

3    the slope goes into a --

4        A.    Flat plane.

5        Q.    -- flat plane and down to the labeling?

6        A.    Yes.

7              Oh, flat faceted, I'm talking about these,

8    they are 5/18 of an inch.

9        Q.    Those are the corners.

10       A.    Right.  It says flat faceted 5/18 of an

11   inch corners.

12       Q.    Got it.

13             Do you have any experience with the

14   process of glass bottling?

15       MR. LONG:  Objection, vague.

16       THE WITNESS:  You mean on filling lines?

17   BY MR. LARKIN:

18       Q.    Yes.

19       A.    Yes.

20       Q.    What's that experience?

21       A.    Well, as our company was designing

22   packaging for our clients, one of the things that

23   we always insisted on doing is taking a look at

24   their filling line and finding out if there's any

25   problems.  And that was before we started designing

Page 170

1    a package to find out what they are having problems

2    with.

3        Q.    When was the last time you looked at a

4    glass bottling or glass filling line?

5        A.    It's been a while.  I don't recall.

6        Q.    More than ten years?

7        A.    Possibly, yes.

8        Q.    Do you have any knowledge of the labeling

9    and filling lines for Jack Daniel's whiskey?

10        A.    Not specifically Jack Daniel's.  I'm

11    familiar with labeling, the way labeling works.

12        Q.    My question is do you know anything about

13    the labeling filling line that labeled and filled

14    the products that you brought with you today?

15        A.    No.

16        Q.    Do you know where that activity occurs,

17    where the labeling and filling line is located?

18        A.    No, I don't.

19        Q.    Did you ever consider asking VIP's counsel

20    to make a request that you be permitted to go to

21    the Jack Daniel's label and filling line to inspect

22    it?

23        A.    I didn't ask.  I was assuming that it was

24    out of state and perhaps in Tennessee.

25        Q.    Do you know how the bottling and labeling

Page 171

1  line for Jack Daniel's whiskey works, the actual

2  line itself?

3      A.   I've never seen it.

4      Q.   Do you know anything about the chipping

5  and breaking rates for the Jack Daniel's labeling

6  line?

7      MR. LARKIN:  Can I see those back for a second?

8  I'm sorry.  I want to make sure we've got them.

9  Excuse me one second.

10      MR. LONG:  Do you want to take a break?

11      MR. LARKIN:  No.  I just want to make sure I've

12  got everything.

13          Yes, I did.

14      THE WITNESS:  You got both sides?

15      MR. LARKIN:  Yes.

16          Can you read back my last question,

17  please?

18                      (Whereupon, the record was read

19                       as requested.)

20      THE WITNESS:  No, I don't.

21  BY MR. LARKIN:

22      Q.   What is the basis for your statement that

23  the corners keep the bottle from chipping or

24  breaking during bottling on the labeling line?

25      A.   Well, I know how the bottling lines are

Page 172

1  constructed with the rails that the bottles travel

2  down.  And when the bottles get hung up and they

3  are released, the bottles come together and smash

4  each other.  And as I mentioned before, that was

5  one of the problems we had with the Kraft salad

6  dressing bottle, it kept breaking the corners of

7  the bottle.

8      Q.   That was I think you testified sometime in

9  the 1970s; is that right?

10      A.   Yes.

11      Q.   Did you do any research on current

12  bottling and labeling lines to address your claim

13  that the corners keep the corners of the bottle

14  from chipping and breaking during bottling on the

15  labeling line?

16      A.   That's one of the things that we did,

17  especially with Kraft, is that they were having the

18  breakage and we actually redesigned the glass

19  bottle because it was going to take us about two or

20  three years to develop a plastic bottle and develop

21  all of the equipment and machinery for it.  So we

22  redesigned it and part of it was putting flat

23  facets on the bottom of the bottle rather than the

24  radius.

25      Q.   Other than that, did you do any sort of

Page 173

1  research or studies or anything else to determine

2  whether the flat-faceted corners on the Jack

3  Daniel's bottle has the affect on chipping and

4  breaking that you claim?

5      A.   No.  I haven't done any research.  It's

6  just from my own design education standpoint.

7      Q.   Did you ever become aware that the

8  shoulder of the new bottle caused any breakage

9  issues in the field?

10      A.   Are you talking about the whole shoulder?

11      Q.   Yes.

12      A.   I was not aware of that.

13                        (Whereupon, the testimony from

14                         Page 173 to Page 174 has been

15                         marked confidential, excerpted,

16                         and bound separately.)

17

18

19

20

21

22

23

24

25

Page 180

1       Q.    And what is that based on?

2       A.    Based on the ergonomics of your hand

3    interface with various products.

4       Q.    In the next paragraph you wrote, "The

5    embossed scalloped design on the neck portion of

6    the bottle improves the grip of the bottle in that

7    the contours fit into the male or female hand from

8    an ergonomic standpoint."

9             Can you show me on the 750-milliliter

10    bottle what you were referring to by the embossed

11    scalloped design on the neck?

12       A.    These flat facets are basically contoured

13    so it interfaces with the anthropometric structure

14    of your hand, which may be why our little fingers

15    are small rather than being big.  But there are

16    certain shapes that are very conducive to being

17    able to be picked up by a human being.

18       Q.    You go on in that paragraph to say, "The

19    eight facets are consistent with the shape and form

20    of the bottle while forming a gripping area that is

21    rounded and easy to grip."

22             Do you see that?

23       A.    Yes.

24       Q.    Why is round easier to grip here when

25    square is easier to grip on the body of the bottle?

Page 181

1        A.    Ergonomics.

2        Q.    Can you explain what you mean by that?

3        A.    Well, the structure of the hand, with the

4    different lengths of your fingers, allows you to

5    grasp something like this, and because it's rounded

6    in the center and tapers at the bottom, it becomes

7    a very natural form in terms of being able to grip.

8        Q.    Why wouldn't the same ergonomics make a

9    round bottle body easier to grip than a square

10   bottle body?

11       A.    Well, here's a good example.

12       Q.    I'm not talking about the neck.  I'm

13   talking about the body.

14       A.    Pardon?

15       Q.    As I understand the opinion, if you grip

16   the body of the bottle, square is better.  If you

17   grip the neck, round is better.  I'm trying to

18   understand the reason for that.

19            Why wouldn't round be better on the body

20   of the bottle if it's better on the neck of the

21   bottle?

22       A.    It seems with the flat surfaces that you

23   can get increased surface grip on the flats -- on a

24   flat surface, so when you go to pick it up, the

25   pressure that you put on it allows you to pick up

Page 182

1    the body, including the big one.

2        Q.   I think I would use two hands on the big

3    bottle.

4            Why wouldn't a neck with a square shape be

5    better than a rounded shape?

6        A.   It might, it might.  I haven't seen any

7    with square necks.

8        Q.   Again, if you look back to Mr. Sacra's

9    report -- I assume you would acknowledge there's

10   lots and lots of round bottles in use for whiskey?

11       A.   Yes.

12       Q.   Are you surprised by that, given your

13   opinion on the benefit of having a square body of a

14   bottle in terms of gripping it?

15       A.   I would imagine that manufacturing cost

16   plays a role.  I'm assuming the round bottles are

17   less expensive to manufacture.

18       Q.   Why do you believe that would be the case?

19       A.   A number of things; one is the blow ratio.

20   When you extrude the glass part that's going to be

21   blown, it comes out as a cylinder.  And then when

22   you go to blow air into it to form it, it's equal

23   distance from the center.

24       Q.   In a round bottle?

25       A.   In a round bottle.

Page 191

1   market research firm.

2       Q.   That's a bad question.

3            Have you done anything since then on

4   trying to assess the lesser degree of visibility of

5   a label that appears on a round bottle?

6       A.   Well, I think a lot of those early studies

7   were basically benchmarks for the graphic designer

8   to work with.  You don't want to have a long name

9   going around the wrapper of the bottle.  You want

10  to change the graphics on it.

11      Q.   So this solution, I guess for lack of a

12  better word, to the problem, again, for lack of a

13  better word, is to change the graphics so that the

14  entire label can be seen or whatever information

15  you think you want to convey can be seen?

16      A.   Yes.  This is a good example with the

17  Snapple bottle.  You can just barely see the whole

18  label.  And what happens is you have to diminish it

19  in order for it to fit within the visible zone, but

20  then it's not as apparent.

21      Q.   But you would agree that the Snapple mark

22  and logo and the graphics on the front are clearly

23  visible?

24      MR. LONG:  Objection, form.

25      THE WITNESS:  Yes.  They're pushing the limit.

Page 192

1    BY MR. LARKIN:

2        Q.    Can you look again at Exhibit 53,

3    Mr. Sacra's whiskey/bourbon report, please?

4        A.    Okay.

5        Q.    Look at Page SAC_10.

6              Would you agree that that --

7    MR. LONG:   He's not there yet.

8    MR. LARKIN:   I'm sorry.   My bad.

9    BY MR. LARKIN:

10       Q.    Are you there now, Mr. Howard, SAC_10?

11       A.    Right.

12       Q.    Do you agree that the three bottles there

13   are round in shape?

14       A.    They appear to be round.

15       Q.    Do you agree that the labels there are

16   clearly visible?

17       A.    They are clearly visible, but the size of

18   the type has been reduced.

19       Q.    Look at the next page, please, SAC_11.

20             Do you agree that those bottles are round

21   in shape?

22       A.    Yes.

23       Q.    Do you agree that the labels on those

24   bottles are clearly visible?

25       A.    Questionable.

Page 193

1      Q.   Which one do you think is not?

2      A.   59 is around the edge of being legible.

3      Q.   Do you think that's because of the round

4   shape or just the reproduction of the image?

5      A.   I think it's because of the round shape.

6           And then 20, they are running text.  I'm

7   not sure how far around it goes in terms of -- I

8   mean the brand name itself is visible, but the rest

9   of the copy is running around the curve.

10     Q.   Look at SAC_13, please.

11          That's what Mr. Sacra identified as a

12  teardrop shape.  Do you see that?

13     A.   Yes.

14     Q.   Do you agree that those labels are clearly

15  visible?

16     A.   Yes.  Those are clearly visible.

17     Q.   And the next page, SAC_14, what Mr. Sacra

18  identified as bottle shape, round shape, do you see

19  that?

20     A.   Yes.

21     Q.   Do you agree that those bottle labels are

22  clearly visible?

23     A.   No.

24     Q.   What is not visible?

25     A.   Well, 67, I can't tell you what the second

Page 194

1    word is.  I see the word small, but I don't know

2    whether that's batches or what the word is.

3        Q.   Do you think that's because of the shape

4    of the bottle or the reproduction of the image?

5        A.   I think that's the shape of the bottle

6    because the lettering is actually falling off the

7    edge.

8        Q.   Look at SAC_15.  Mr. Sacra identified

9    those bottles as round, neck scalloping.

10            Do you see that?

11       A.   Yes.

12       Q.   Do you agree that those labels are clearly

13   visible?

14       A.   They are going off the edge of the bottle.

15            101, the type is so small, you can hardly

16   read it.

17       Q.   Look at SAC_16, please?

18       A.   Yes.

19       Q.   Mr. Sacra identified that bottle shape as

20   round short, neck tall.

21            Do you see that?

22       A.   Yes.

23       Q.   Do you agree that those bottle labels are

24   clearly visible?

25       A.   I think the bottom row, the first two, 73

Page 195

1    and 53, part of it's illegibility with something

2    old -- what is that?  I don't know what that is --

3    black.

4        Q.   So it's illegibility with the image as

5    opposed to the shape?

6        A.   Right.  Yes.

7             And then on 53, there are letters running

8    off both sides.

9        Q.   Look at SAC_18, please.

10       MR. LONG:  18?

11       MR. LARKIN:  18.

12   BY MR. LARKIN:

13       Q.   Mr. Sacra identified those bottles as

14   having a round tall shape, neck short.

15            Do you see that?

16       A.   Yes.

17       Q.   Do you believe that those bottle labels

18   are clearly visible?

19       A.   Not very.

20       Q.   And last, SAC_19, Mr. Sacra identified

21   that shape as industry generic round.

22            Do you see that?

23       A.   Right.

24       Q.   I didn't create this, so I'm not going to

25   take responsibility for the somewhat fuzzy imagery.

Page 196

1        But do you believe that those bottle
2   labels are clearly visible?
3        A.   No.  They are not.
4        86 is diminishing.  42 is diminishing.
5   Old Crow is right on the verge.
6        Q.   If the visibility of the labels on round
7   bottles is such a problem, why do you think there
8   are so many bottles with labels in use?
9        A.   Probably because of the cost.
10       Q.   The Jack Daniel's bottle has a label that
11  wraps around three sides, correct?
12       A.   Correct, yes.
13       Q.   When you have a frontal shelf facing, you
14  can't see either of the size labels, can you?
15       A.   No, you can't.  But it's mostly body copy.
16  It's not the brand name or the contents.
17       Q.   Wasn't the brand name clearly visible on
18  the bottles we just looked at, at least the brand
19  name?
20       A.   Not on all of them.  A lot of them it's
21  wrapping around the bottle.
22       Q.   A round bottle geometrically is one
23  continuous surface, correct?
24       A.   Yes.
25       Q.   A square bottle is, I guess, four

Page 197

1    surfaces?

2        A.    Facets, right.

3        Q.    I guess in the case of the Jack Daniel's

4    bottle, there is some separation between the four

5    parts of the bottle; is that correct?

6        A.    Right.

7        Q.    Is it easier to apply a label to a round

8    bottle than it is to a square bottle?

9        A.    It depends on how big the label is.

10       Q.    With a square bottle, is there a greater

11   risk that the label will flag or stick and not

12   adhere to the surfaces that are at 90 degrees to

13   each other than on a round bottle?

14       A.    I think with the labeling systems they

15   have now, that's not an issue.

16       Q.    What is that based on?

17       A.    Pardon?

18       Q.    What is that opinion based on?

19       A.    The filling line machinery.

20       Q.    Do you know anything about how the labels

21   are applied to the Jack Daniel's bottle?

22       A.    Not specifically.  I know how labels are

23   applied to a lot of bottles.

24       Q.    Do you know anything about how labels are

25   applied to Brown-Forman bottles that are round in

Page 198

1   shape, like Canadian Mist or other products?

2       A.   I don't have firsthand knowledge.

3       Q.   Let's go back to your report and finish

4   that up.

5       A.   74?

6       Q.   73, your report.

7       MR. LONG:  It should be his report.  I'm

8   looking at Steve's here.

9       THE WITNESS:  73.

10  BY MR. LARKIN:

11      Q.   73, got it?

12      A.   Yes.

13      Q.   Let's go back to the fourth page.  In the

14  last paragraph before the paragraph numbered two

15  you wrote, "The embossed signature design on the

16  bottle is useful to identify the product easily in

17  the retail marketplace.  The design cannot" --

18      A.   Where are we?

19      MR. LONG:  You've got to go back one page.

20  BY MR. LARKIN:

21      Q.    The last paragraph before the numbered two

22  paragraph you wrote, "The embossed signature design

23  on the bottle is useful to identify the product

24  easily in the retail marketplace.  The design

25  cannot be removed without destroying the bottle,

Page 199

1   providing an indelible identifier of the product

2   inside."

3           Do you see that?

4       A.   Yes.

5       Q.   How often are signature designs removed

6   from bottles?

7           How frequently does that happen?

8       A.   I don't understand your question.

9       Q.   Well, you said that the design cannot be

10  removed without destroying the bottle.

11          How frequently does that happen?

12      MR. LONG:  It's kind of vague.  What happened?

13      MR. LARKIN:  His statement is the design cannot

14  be removed without destroying the bottle.  I'm

15  trying to ask him how frequently designs are

16  removed from bottles.  How frequently does that

17  situation --

18      MR. LONG:  He is saying that design cannot be

19  removed.  He's talking about compared to other

20  labeling.

21  BY MR. LARKIN:

22      Q.   How often is other labeling removed from

23  packaging?

24      MR. LONG:  Scraped off?

25      THE WITNESS:  Are you talking about the

1  paragraph that says the embossed signature design?

2  BY MR. LARKIN:

3      Q.   Yes.

4           How much of a problem is it that designs,

5  other sorts of designs that aren't embossed, are

6  removed from bottles?

7      A.   Well, if it's embossed on the bottle, you

8  can't remove it.

9      Q.   Understood.

10          But looking at Mr. Sacra's report, there

11  appear to be very, very few bottles that have

12  embossed signatures on it.

13     MR. LONG:  Objection to foundation.

14  BY MR. LARKIN:

15     Q.   If the embossing prevents people from

16  removing the design, why do you think there aren't

17  more bottles that use embossing?

18     A.   I'm sure it's a cost factor.

19     Q.   Is embossing a more expensive way to apply

20  a signature or brand name than --

21     A.   Are you talking about this kind of

22  embossing?

23     Q.   That's what I thought -- are you talking

24  about that kind of embossing?

25     A.   Right.  Yes.

Page 201

1      Q.   Is that more expensive than the

2  alternatives you discuss, debossing or engraving or

3  applying an adhesive label?  Is embossing more

4  expensive?

5      A.   No.  It's part of the glass-blowing

6  process.  It should be free.

7      Q.   Is it a more difficult process for

8  applying a signature in the glass-blowing process

9  than debossing or just applying an adhesive label?

10      A.   Where are we?

11      Q.   You testified earlier I think about the

12  glass-blowing process.

13           Is it more difficult to emboss a signature

14  in glass than it is to deboss it, for example?

15           Is that a more difficult process in bottle

16  manufacturing?

17      A.   With molten glass, it shouldn't be more

18  difficult.

19      MR. LONG:  Chris, could we take a quick break?

20      MR. LARKIN:  Yes, you can.

21                   (Whereupon, a discussion was had

22                    off the record.)

23  BY MR. LARKIN:

24      Q.   Let's look, Mr. Howard, on Paragraph

25  Number 2, The Alternative Designs That Are

Page 203

1    Q.    So these are not necessarily the shapes of

2    actual spirit bottles that you are aware of?

3    A.    No.

4    Q.    They are potentially shapes?

5    A.    Yes, possibilities.

6    Q.    Possibilities.

7          Some of them may be real and some of them

8    may be possibilities; is that correct?

9    A.    Right.

10   Q.    Let's turn to the next page in your

11   report, please.

12         Before we do that, the difficulties --

13   A.    Are we still on the one that has Page 2 on

14   it?

15   Q.    Yes.  We will stay there for just a

16   moment.

17         In your discussion of alternative designs

18   that provide the same advantages, did you do any

19   sort of studies, measurements of the other bottle

20   shapes, or review of literature or review of

21   studies or anything else to form the opinions about

22   the alternative designs that you set forth in

23   Paragraph 2?

24   A.    Well, I think in my experience over the

25   last 40 years, we've been involved with designing a

Page 204

1    variety of different kinds of packaging.  Sometimes

2    the shape of the bottle is desired by the client

3    for whatever reason.

4        Q.   Looking at the alternative designs that

5    you discussed, real or hypothetical, smooth round

6    shape, flat oval, et cetera, do you have any

7    understanding of the way in which the bottles for

8    whiskey products that are currently in use in the

9    United States fit into those categories?

10            In other words, we saw with Mr. Sacra's

11   report that he listed a whole bunch of different

12   shapes, square, round and so on.

13            Do you have any sense of what percentage

14   of whiskey bottles in use today are square in

15   shape?

16       A.   What percentage of different brands?

17       Q.   What percentage of the bottles that are

18   available now are square in shape now as opposed to

19   some other shape?

20       A.   I think it would be relatively small.  I'd

21   say maybe eight or ten percent.

22       Q.   That are square in shape as opposed to

23   another shape?

24       A.   Right.

25       Q.   What do you believe the largest percentage

Page 205

1    shape is that's in use today?

2         MR. LONG:   Objection, foundation.

3         THE WITNESS:   I think probably round because of

4    the cost, smaller cost.   I think the shaping of the

5    bottle is part of a marketing program to make the

6    bottle distinctive from competitors.

7    BY MR. LARKIN:

8         Q.   Do you believe that the Jack Daniel's

9    bottle that you've been looking at in this case is

10   distinctive from the bottles of its competitors?

11        MR. LONG:   Objection, form, foundation.

12        THE WITNESS:   Very much so.

13   BY MR. LARKIN:

14        Q.   I'm sorry?

15        A.   Very much so, except for the people that

16   try to knock it off.

17        Q.   Maybe that's why they're doing it.

18        A.   Right.

19        Q.   Okay.   Let's turn now in your report to

20   the paragraph numbered three a couple pages in from

21   where you are.

22             Does Jack Daniel's advertising tout the

23   utilitarian advantages of the design, do you see

24   that?

25        A.   Right.

Page 206

1    Q.   Why did you look at that issue?

2    A.   Just to see if there was any copy or

3 advertising statements about the shape of the

4 bottle being an advantage or disadvantage and I

5 really couldn't find very much.

6    Q.   In your report you say that you refer to

7 Jack Daniel's websites.

8         How many such websites did you visit?

9    A.   I'm sorry.  How many what?

10    Q.   You said the Jack Daniel's websites

11 include a variety of advertising.

12         Do you see that statement?

13    A.   Yes.

14    Q.   How many websites did you visit?

15    A.   Well, I think what I did was I probably

16 Googled the Jack Daniel's websites and I also

17 Googled square bottles and also whiskey bottles,

18 that type of thing.  So I went through a whole

19 variety of different things.

20    Q.   You used the word tout in your report.

21         Did you understand that to mean that, as

22 you said, text of the company in the ad talked

23 about the utilitarian advantages of a design?

24    MR. LONG:  Objection to form.

25    THE WITNESS:  Well, the copy in the ads was

Page 209

1    BY MR. LARKIN:

2        Q.    Have you ever seen the Jack Daniel's

3    television ads?

4              I'm asking if you've seen any Jack

5    Daniel's television ads?

6        A.    I don't recall recently, no.

7        Q.    Last topic.  Go back to your report.

8    Under Number 4 the question is does the Jack

9    Daniel's bottle design affect the cost or quality

10   of its product.  And at the bottom of that page,

11   you wrote, quote, other cost saving are the ability

12   to move the labeling line for a square bottle much

13   faster than a round bottling-slash-labeling lines,

14   period.  Also, the filling line can move much, much

15   faster, as well as the case packing process,

16   reducing the breakage rate of square bottles,

17   unquote.

18             Do you see that?

19       A.    Yes.

20       Q.    What was that based on?

21       A.    Visiting some of our customer/clients'

22   filling lines and basically what you have are guide

23   rails.  You don't need to orient the bottler.

24   Basically when it goes into the labeler, some of

25   them have a little keyhole in the bottle and it

Page 210

1   slows the line down considerably to try to move the

2   bottle around, so that when they put the label on,

3   some of them are done simultaneously on both sides.

4   Some are them are done one sided and then with an

5   electric eye, they will go to the next labeling

6   station and put the other label on so they get them

7   juxtaposed.  If you have a square bottle, it's

8   going to travel down the rails.  You don't have to

9   worry about orientation.

10      Q.    In observing the labeling line you just

11   referenced, how long ago was that?

12      A.    It was over the years.  I don't know.

13   10 years, 15 years.

14      Q.    Without telling me the customer, what was

15   the product?  What was bottle for?

16      A.    Oh, I think one of them was for a cosmetic

17   product.

18      Q.    What was the material; glass or plastic?

19      A.    Both.

20      Q.    What was the shape of the bottle?

21      A.    I think like a flat oval.  You had the two

22   flat sides and then the ends were radiused.

23      Q.    Is it your belief that being able to move

24   the labeling line for a square bottle much faster

25   than a round bottle applies to all square bottles

Page 211

1    versus all round bottles?

2         Is that a generally true statement?

3    A.    I would think generally speaking, yes.

4    Q.    How about the Jack Daniel's bottle versus

5    a round bottle?

6    A.    Yeah.  I would think it would move much,

7    much faster because you have an orientation for

8    your labeling.  You don't have to orient the

9    bottle.

10        Q.    And your opinion on that is not based on

11   any observation of the actual way in which the Jack

12   Daniel's bottle is labeled; is that correct?

13        A.    No.  It's my experience with labeling.

14        Q.    In Paragraph Number 4 you wrote, "From a

15   glass bottle manufacturing standpoint, there are

16   multiple cost," quote, "tradeoffs," unquote, "that

17   can be realized from using the Jack Daniel's bottle

18   design.

19        What did you mean by tradeoffs?

20        A.    Cost tradeoffs in terms of how much it

21   costs to manufacture the bottle.

22        Q.    And what tradeoffs can be realized from

23   using the Jack Daniel's bottle design?

24        What is traded off against what?

25        A.    Well, I think the manufacturing of the

Page 212

1   bottle is probably more expensive than a round

2   bottle.  And if you add the marketing effort and

3   the distinctness of the bottle, there is a tradeoff

4   in terms of the value of the product; plus, product

5   recognition, in other words, people recognize the

6   product.

7       Q.   Do you believe the Jack Daniel's bottle is

8   easily recognizable?

9       MR. LONG:  Objection, form.

10      THE WITNESS:  Yes.

11      MR. LONG:  Foundation.

12  BY MR. LARKIN:

13      Q.   You can answer.

14      A.   Yes, I do.

15      MR. LARKIN:  Can we take a one-minute break?  I

16  will look at my notes and we are either done or

17  very close.

18      MR. LONG:  Yes.

19                      (Whereupon, a break was taken.)

20      MR. LARKIN:  I have nothing further,

21  Mr. Howard.  Thank you for your time today.

22      MR. LONG:  I think he has something to explain

23  about his testimony.

24      THE WITNESS:  I would like to clarify

25  Paragraphs 3 and 4.