**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO SEAL DOCUMENTS LODGED WITH THE COURT** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

Having considered Defendant's Motion to Seal Documents Lodged with the Court (Doc. ___), and finding that a compelling reason exists to seal the lodged document,

**IT IS ORDERED** that the Motion to Seal Documents Lodged with the Court (Doc. ___) is **GRANTED.**

**IT IS FURTHER ORDERED** that Exhibit A (Doc. 119-1) to VIP's Confidential Statement of Facts shall be treated as confidential and, if refiled by VIP, shall be filed under seal.