1  Firm E-Mail: courtdocs@dickinsonwright.com

2  David G. Bray (#014346)
   dbray@dickinsonwright.com
3  Frank G. Long (#012245)
   flong@dickinsonwright.com
4  Jonathan S. Batchelor (#026882)
   jbatchelor@dickinsonwright.com
5  **DICKINSON WRIGHT, PLLC**
   1850 North Central Avenue, Suite 1400
6  Phoenix, Arizona 85004
   Phone: (602) 285-5000
7  Fax: (602) 285-5100

8  *Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff and Counterdefendant,<br><br>   v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>        Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**NOTICE OF NEW RELEVANT CASE LAW** |

NOTICE is hereby given that on January 6, 2016, the United States District Court for the Southern District of New York issued an opinion in *Louis Vuitton Malletier, S.A. v. My Other Bag, Inc.*, No. 14-CV-3419, 2016 WL 70026 (S.D.N.Y. Jan. 6, 2016). A copy of the opinion is attached as Exhibit A.

VIP believes that the *Louis Vuitton* opinion is relevant to issues addressed in VIP's Motion for Summary Judgment (Dkt #110) and JDPI's Opposition to VIP's Motion for Summary Judgment (Dkt #142) in that the *Louis Vuitton* opinion grants summary judgment in favor of the producer of a parody product against the plaintiff's Lanham Act claims for trademark infringement and trademark dilution.

Because the *Louis Vuitton* opinion issued after VIP's filing of its Motion for Summary Judgment, VIP now submits it to the Court.

**RESPECTFULLY SUBMITTED** this 14th day of January, 2016.

                **DICKINSON WRIGHT, PLLC**

By: s/ Frank G. Long
    David G. Bray
    Frank G. Long
    Jonathan S. Batchelor
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2705
    *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 274107v1

3