QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc.,<br><br>　　　　Defendant.<br><br>And Related Counterclaims. | No. CV-14-2057-PHX-SMM<br><br>***EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), the undersigned counsel hereby submit this *Ex Parte* Application for Substitution of Counsel with Client Consent ("Application") to: (1) remove the law firm of Seyfarth Shaw LLP ("Seyfarth") and its attorney Christopher C. Larkin as counsel of record for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") in the above-captioned civil action; and (2) add

1

QB\41150013.3

1   Harvey Siskind LLP and its attorney Douglas Peter Harvey ("D. Peter Harvey") as counsel
2   of record for JDPI.  Mr. Larkin and Seyfarth seek to withdraw completely as Defendant's
3   counsel in this civil action due to Mr. Larkin's recent appointment and imminent
4   investiture as an Administrative Trademark Judge on the Trademark Trial and Appeal
5   Board of the United States Patent and Trademark Office.  Mr. Harvey will take Mr.
6   Larkin's place in this matter.  Mr. Harvey will be filing a motion for admission *pro hac*
7   *vice* shortly and his contact information is shown below:

>   D. Peter Harvey
>   HARVEY·SISKIND LLP
>   Four Embarcadero Center, 39th Floor
>   San Francisco, CA  94111
>   T:  415-354-0100
>   F: 415-391-7124
>   pharvey@harveysiskind.com

14  Defendants will continue to be represented by Quarles & Brady LLP ("Quarles") and its
15  attorneys Gregory P. Sitrick and Isaac S. Crum.  Quarles has been involved in this case
16  since its inception and is well aware of all applicable deadlines in this matter as is JDPI.
17  Quarles will ensure that Mr. Harvey is up to speed on this matter quickly.  A proposed
18  order withdrawing Mr. Larkin and Seyfarth as counsel and substituting in Mr. Harvey and
19  Harvey Siskind LLP in this matter is filed herewith.

### CLIENT'S WRITTEN CONSENT

JDPI hereby consents to the complete withdrawal of Seyfarth Shaw LLP and Mr. Christopher C. Larkin as counsel of record for JDPI in the above-captioned civil action. JDPI hereby also consents to the substitution of Mr. Douglas Peter Harvey and Harvey Siskind LLP to replace Mr. Larkin.  JDPI will continue to be represented by the law firm of Quarles & Brady LLP and its attorneys Gregory P. Sitrick and Isaac S. Crum. Defendant's contact information is:

2

QB\41150013.3

David S. Gooder
Managing Director, Chief Trademark Counsel
Jack Daniel's Properties, Inc.
Brown-Forman Brands
4040 Civic Center Drive, Suite 528
San Rafael, CA 94903
Tel:  (415) 446 5240

Dated:  September 8, 2016          */s/ David S. Gooder*
David S. Gooder
Managing Director, Chief Trademark Counsel
Jack Daniel's Properties, Inc.
Brown-Forman Brands

RESPECTFULLY SUBMITTED September 8, 2016,

*/s/ Christopher C. Larkin*          /s/  *Isaac S. Crum*
SEYFARTH SHAW LLP                    Gregory P. Sitrick
Christopher C. Larkin                gregory.sitrick @quarles.com
clarkin@seyfarth.com                 Isaac S. Crum
2029 Century Park East, Suite 3500   QUARLES & BRADY LLP
Los Angeles, California 90067-3021   isaac.crum@quarles.com
Telephone: (310) 201-5289            Renaissance One,
Facsimile: (310) 201-5219            Two North Central Avenue,
                                     Phoenix, AZ 85004

*/s/ Peter Harvey*
D. Peter Harvey
pharvey@harveysiskind.com
HARVEY·SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
T:  415-354-0100
F: 415-391-7124

                              *Attorneys for Defendants.*

3

QB\41150013.3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    I hereby certify that on September 8, 2016 I electronically filed the foregoing with
3  the Clerk of Court using the CM/ECF system, which will send a notification of such filing
4  (NEF) to all counsel of record in this case.

                                                  */s/ Isaac S. Crum*
                                                  Isaac S. Crum

QB\41150013.3