# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc.,<br><br>      Defendant.<br><br>And Related Counterclaims. | No. CV-14-2057-PHX-SMM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to Rule 83.3, Rules of Practice of the United States District Court for the District of Arizona,

**IT IS HEREBY ORDERED** approving the withdrawal of Seyfarth Shaw LLP and its attorney Christopher C. Larkin as counsel of record for Defendant Jack Daniel's Properties, Inc. ("JDPI") in the above captioned civil action.

**IT IS ALSO ORDERED** that Mr. Douglas Peter Harvey ("D. Peter Harvey"), whose contact information is below, shall be added as counsel for JDPI in this matter. To the extent Mr. Harvey is not admitted to practice before this Court, Mr. Harvey is directed to file a *pro hac vice* application as soon as practicable.

    D. Peter Harvey
    pharvey@harveysiskind.com
    HARVEY·SISKIND LLP
    Four Embarcadero Center, 39th Floor
    San Francisco, CA  94111
    T:  415-354-0100
    F: 415-391-7124

QB\41151481.2

**IT IS FURTHER ORDERED** that JDPI will continue to be represented by the law firm of Quarles & Brady LLP and its attorneys Gregory P. Sitrick and Isaac S. Crum.