QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
         Isaac.Crum@quarles.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **LOCAL RULE 7.2(n) NOTICE** |
| Jack Daniel's Properties, Inc., | **OF PENDING MOTIONS** |
| Defendant. | |
| And Related Counterclaims. | |

Pursuant to Local Rule of Civil Procedure 7.2(n), Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") hereby informs the Court that over 180 days have passed since the Court has taken certain motions in this case under advisement. Pursuant to said Local Rule, JDPI, as required, is hereby "inqui[ring] of the Court, in writing, as to the status of the[se] matter[s]." *Id.* JDPI believes that the below list is a complete list of the motions which have been fully briefed for 180 days or more:

  1. VIP Products, LLC's ("VIP") Motion for Clarification (Docket Nos. 88, 94, & 98). Which was fully briefed as of October 15, 2015.

2. VIP's Motion to Exclude Testimony of Itamar Simonson (Docket Nos. 92, 96, 124).  Which was fully briefed as of October 30, 2015.

3. JDPI's Motion for Partial Summary Judgment (Docket Nos. 101, 147, & 164).  Which was fully briefed as of January 8, 2016.

4. VIP's Motion for Summary Judgement (Docket Nos. 110, 142, & 163).  Which was fully briefed as of January 8, 2016.

5. VIP's Motion to Exclude Declaration of Itamar Simonson and Evidence Offered by Phillip Epps (Docket Nos. 133, 139, & 140).  Which was fully briefed as of December 10, 2015.

6. The Parties' Joint Motion to Seal Document (Docket No. 152).  Which was fully briefed as of December 11, 2015.

7. JDPI's unopposed Motion to Seal Document (Docket Nos. 162).  Which was fully briefed as of December 23, 2015.

RESPECTFULLY SUBMITTED September 9, 2016,

/s/  Isaac S. Crum
Gregory P. Sitrick
gregory.sitrick @quarles.com
Isaac S. Crum
QUARLES & BRADY LLP
isaac.crum@quarles.com
Renaissance One,
Two North Central Avenue,
Phoenix, AZ 85004

*Attorneys for Defendant.*

2

QB\41515477.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

                                              */s/ Isaac S. Crum*
                                              Isaac S. Crum