1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant, | |
| And Related Counterclaims. | |

Pending before the Court is Defendant Counsel Christopher C. Larkin's motion to withdraw as counsel with consent. (Doc. 166.) Defendant Jack Daniel's Properties, Inc. ("JDPI") will continue to be represented by counsel of record Gregory Sitrick and Isaac Crum from the law firm of Quarles & Brady LLC. (Id.) In support of his motion, Counsel Larkin cites LRCiv 83.3(b)(1) stating that JDPI has given its consent for him to withdraw as counsel of record. (Id.)

Local Rule of Civil Procedure 83.3(b)(1) provides that:

> (b) Withdrawal and Substitution: No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence, and last known telephone number of the client as follows:
>
> (1) Where such application bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court ex parte. The withdrawing attorney shall give prompt notice of the entry of

1  such order, together with the name, last known residence and last known telephone number of the client, to all other parties or their attorneys.
2

3  LRCiv 83.3(b)(1). Pursuant to LRCiv 83.3(b)(1), Managing Director/Chief Trademark
4  Counsel for JDPI, David Gooder, has signed the application indicating that JDPI consents
5  to the withdrawal of Christopher C. Larkin as its counsel of record. (Doc. 166.)

6  The Court finds that Defendant Counsel Larkin has complied with LRCiv 83.3(b)(1)
7  and therefore his motion to withdraw as counsel with consent will be granted.

8  Accordingly,

9  **IT IS HEREBY ORDERED** granting Defendant Counsel Christopher C. Larkin's
10 motion to withdraw as counsel with consent. (Doc. 166.) The Clerk of Court shall terminate
11 Christopher C. Larkin as counsel of record for Defendant/Counterclaimant Jack Daniel's
12 Properties Inc.

13 **IT IS FURTHER ORDERED** that the Clerk of Court remove
14 (clarkin@seyfarth.com) from the CM/ECF service list for this matter.

15 **IT IS FURTHER ORDERED** denying substituting D. Peter Harvey as counsel of
16 record for Defendant/Counterclaimant Jack Daniel's Properties Inc. at this time because he
17 is not admitted to practice before this Court. Mr. Harvey is directed to file a *pro hac vice*
18 application with the Court.

19 DATED this 14th day of September, 2016.

Stephen M. McNamee
Senior United States District Judge