IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

VIP Products, LLC,

   Plaintiff(s)/Petitioner(s),

vs.

Jack Daniel's Properties, Inc.,

   Defendant(s)/Respondent(s)

CASE NO: CV-14-2057-PHX-SMM

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 1 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Douglas Peter Harvey, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Jack Daniel's Properties, Inc.

**City and State of Principal Residence:** Piedmont, California
**Firm Name:** Harvey Siskind LLP
**Address:** 4 Embarcadero Center, 39th Floor    **Suite:**
**City:** San Francisco    **State:** CA    **Zip:** 94111
**Firm/Business Phone:** (415) 354-0100
**Firm Fax Phone:** (415) 391-7124    **E-mail Address:** pharvey@harveysiskind.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Please see attached additional sheet. | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |
| | | ☐ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☑ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

**Date** 9/15/16    **Signature of Applicant** /s/ D Peter Harvey
**Fee Receipt #** phv12497

(Rev. 04/12)

## Federal Court Admissions for Douglas Peter Harvey

| Court | Admission Date | Status |
| --- | --- | --- |
| U.S.D.C., Northern District of California | June 28, 1973 | In Good Standing |
| U.S.D.C., Central District of California | July 24, 1996 | In Good Standing |
| U.S.D.C., Eastern District of California | November 29, 1983 | In Good Standing |
| U.S.D.C., Southern District of California | February 6, 1987 | In Good Standing |
| U.S. Court of Appeals, Fifth Circuit | February 23, 2010 | In Good Standing |
| U.S. Court of Appeals, Ninth Circuit | August 8, 1973 | In Good Standing |
| U.S. Court of Appeals, Federal Circuit | September 30, 1999 | In Good Standing |

# Certificate of Good Standing

United States District Court )
Northern District of California )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

## D. Peter Harvey
### Bar No. 55712

was duly admitted to practice in said Court on June 28, 1973, and is in good standing as a member of the bar of said court.

Dated in San Francisco on September 13, 2016

*Susan Y. Soong*
Clerk

