| AO 435 - AZ Form (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Isaac Crum | 2. PHONE NUMBER 602-229-5759 | 3. DATE 10/26/2016 |
|---|---|---|

| 4. FIRM NAME Quarles & Brady LLP |
|---|

| 5. MAILING ADDRESS 2 N. Central Ave. | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
|---|---|---|---|

| 9. CASE NUMBER 2:14-cv-02057 | 10. JUDGE McNamee | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 10/26/2016 | 12. |

| 13. CASE NAME VIP Products LLC v. Jack Daniel's Properties, Inc. | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☑ OTHER (Specify) | Entirety of Hearing on 10/26/2016 |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 14 DAYS | ☐ | ☐ |  | ☑ E-MAIL |  |
| 7 DAYS | ☑ | ☐ | 0 | ☐ DISK |  |
| DAILY | ☐ | ☐ |  | ☑ PDF FORMAT |  |
| HOURLY | ☐ | ☐ |  | ☑ ASCII FORMAT |  |
| REALTIME | ☐ | ☐ |  |  |  |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS isaac.crum@quarles.com |
|---|---|
| 19. SIGNATURE /s/ Isaac S. Crum | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 10/26/2016 |  |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL |  |
|---|---|---|
|  | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY