**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING MOTION STRIKE JURY DEMAND** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaims. | ) | |

Pursuant to this Court's oral Order during the October 26, 2016 Status Conference and the corresponding minute entry (Doc. 173), Defendants filed a Motion to Strike Plaintiff's Jury Demand (Doc. ___).  Considering Plaintiff's Motion as well as the response and reply thereto, and finding good cause,

**IT IS ORDERED** that the Motion to Strike Jury Demand (Doc. ___) is **GRANTED.**

**IT IS FURTHER ORDERED** that a scheduling conference is hereby set for _____ to discuss scheduling a bench trial in this case.