Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
Frank G. Long (#012245)
flong@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>     Plaintiff and Counterdefendant,<br><br>  v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>     Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**PLAINTIFF'S RESPONSE TO MOTION TO STRIKE JURY DEMAND** |

Plaintiff and Counterdefendant VIP Products, LLC ("VIP") hereby submits its response to the Motion to Strike Jury Demand filed by Defendant and Counterclaimaint Jack Daniel's Properties, Inc. ("JDPI"). Upon further consideration, VIP consents to a bench trial to decide the remaining issues of trademark infringement and dilution by tarnishment. That said, pursuant to Federal Rule of Civil Procedure 39(c)(1), VIP has concurrently filed a separate motion with the Court requesting that it impanel an advisory jury to sit at the impending trial to aid it in its fact finding function.

1

**RESPECTFULLY SUBMITTED** this 22nd day of December, 2016.

2

3                                            **DICKINSON WRIGHT, PLLC**

4

5                              By: s/ David G. Bray

6                                  David G. Bray
                                 Frank G. Long

7                                  Jonathan S. Batchelor
                                 1850 North Central Avenue, Suite 1400

8                                  Phoenix, Arizona 85012-2705
                                 *Attorneys for VIP Products, L.L.C.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Kristi A. Arendt

PHOENIX 53913-11 341435v1