QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
         Isaac.Crum@quarles.com

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124
E-mail:  pharvey@harveysiskind.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO IMPANEL AN ADVISORY JURY** |

Plaintiff and Counterclaim Defendant, VIP Products, LLC ("VIP"), and Defendant and Counterclaimant, Jack Daniel's Properties, Inc. ("Jack Daniel's"), by and through counsel, hereby stipulate and agree that Jack Daniel's may have an extension until January 13, 2017 to respond to VIP's Motion to Impanel an Advisory Jury filed December 22, 2016 (Doc. 179).

Dated: January 4, 2017

Respectfully submitted,

| /s/ Gregory P. Sitrick | /s/ David G. Bray |
|---|---|
| Gregory P. Sitrick (AZ Bar #028756) | David G. Bray |
| Gregory.Sitrick@quarles.com | Frank G. Long |
| Isaac S. Crum (AZ Bar #026510) | Jonathan S. Batchelor |
| Isaac.Crum@quarles.com | Dickinson Wright, PLLC |
| Quarles & Brady LLP | 1850 North Central Avenue, Suite 1400 |
| One Renaissance Square, | Phoenix, Arizona 85012-2705 |
| Two North Central Avenue | |
| Phoenix, AZ 85004 | Attorneys for VIP Products, L.L.C. |
| Telephone (602) 229-5200 | |
| Fax (602) 229-5690 | |

D. Peter Harvey (admitted *pro hac vice*)
pharvey@harveysiskind.com
Harvey Siskind LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Gregory P. Sitrick