**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VIP Products, LLC, | ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO IMPANEL AN ADVISORY JURY** |
| Jack Daniel's Properties, Inc., | ) | |
| Defendant. | ) | |
| And Related Counterclaims. | ) | |

The parties having submitted a Stipulation to Extend Time to Respond to Motion to Impanel an Advisory Jury, and good cause appearing;

**IT IS ORDERED** that Defendant and Counterclaimant, Jack Daniel's Properties, Inc., may have until January 13, 2017 to respond to VIP's Motion to Impanel an Advisory Jury filed December 22, 2016 (Doc. 179).