# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaim. | |

Pending before the Court is the parties' Stipulation to Extend Time to Respond to Plaintiff's Motion to Impanel an Advisory Jury. (Doc. 180.) However, the parties have neglected to provide a factual basis for their proposed Stipulation. Therefore, the parties' request will be denied without prejudice pending the parties providing an explanation of good cause for the proposed extension.

Accordingly,

**IT IS HEREBY ORDERED** denying without prejudice the parties' Stipulation to Extend Time to Respond to Plaintiff's Motion to Impanel an Advisory Jury. (Doc. 180.) By **Friday, January 13, 2017**, the parties must provide an explanation of good cause for the extension. In the future, the parties must support all proposed stipulations with a factual

///

///

basis and argument that supports good cause for the proposed action.

DATED this 6th day of January, 2017.

Stephen M. McNamee
Senior United States District Judge

