QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
          Isaac.Crum@quarles.com

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124
E-mail:  pharvey@harveysiskind.com

*Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>           Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO IMPANEL AN ADVISORY JURY** |

QB\43301769.3

1    Pursuant to this Court's local rules, Jack Daniel's Properties, Inc.'s ("Jack
2 Daniel's") response to VIP Products, LLC's ("VIP") December 22, 2016 Motion to
3 Impanel an Advisory Jury (Doc. 179) (the "Motion") was due January 5, 2017.  Jack
4 Daniel's and VIP stipulated and jointly moved the Court on January 4, 2017 to extend
5 the due date for Jack Daniel's response to VIP's Motion until January 13, 2017.  (Dkt.
6 180.)  On January 6, 2017, the Court denied the Parties' joint motion without prejudice
7 and requested that the Parties provide an explanation as to why there is good cause to
8 modify the due date for Jack Daniel's response to the Motion.  (Dkt. 181.)  As requested
9 by the Court, this follow-up motion sets forth the good cause supporting the Parties'
10 joint motion.
11   Prior to the due date for Jack Daniel's response to VIP's Motion (January 5,
12 2017), Jack Daniel's reached out to VIP to discuss modifying the due date in light of the
13 Court's Order regarding the scheduling of briefing on the issue of whether VIP is
14 entitled to a jury trial in this case.  (*See* October 26, 2016 Minute Entry, Dkt. 173.)
15 Given the substantial overlap in subject matter, and the Court's previous Order dictating
16 Parties' briefing schedule, Jack Daniel's position was that it would facilitate briefing and
17 conserve the Parties' resources if Jack Daniel's response to VIP's Motion was due the
18 same day as Jack Daniel's briefing on whether a jury trial was warranted in this case.
19 VIP agreed and consented to a stipulation modifying the due date for Jack Daniel's
20 response brief.
21   In addition to the efficiencies of aligning the briefing schedules, the filing of
22 VIP's Motion on December 22, 2016 raised additional complications for Jack Daniel's
23 counsel to file a response by January 5, 2017 given: (1) holiday commitments, (2)
24 associated holiday travel and office closures, and (3) the fact that at least one of Jack
25 Daniel's undersigned counsel (Isaac Crum) was out of the office and unavailable due to
26 the birth of his daughter.  Due to the Court's previous Order regarding the timing of
27 briefing on the jury issue along with the above referenced end-of-year logistics and
28 childbirth, Jack Daniel's believes there is good cause to align the briefing on the Motion

1

QB\43301769.3

with the Court-ordered briefing on the jury issue, currently due January 13, 2016. Based on this good cause, Jack Daniel's and VIP by and through undersigned counsel, again stipulate and jointly move the Court to extend the due date for Jack Daniel's response to VIP's Motion until January 13, 2017.

Dated: January 9, 2017

Respectfully submitted,

| /s/ Gregory P. Sitrick | /s/ David G. Bray |
|---|---|
| Gregory P. Sitrick (AZ Bar #028756) | David G. Bray |
| Gregory.Sitrick@quarles.com | Frank G. Long |
| Isaac S. Crum (AZ Bar #026510) | Jonathan S. Batchelor |
| Isaac.Crum@quarles.com | Dickinson Wright, PLLC |
| Quarles & Brady LLP | 1850 North Central Avenue, Suite 1400 |
| One Renaissance Square, | Phoenix, Arizona 85012-2705 |
| Two North Central Avenue | |
| Phoenix, AZ 85004 | Attorneys for VIP Products, L.L.C. |
| Telephone (602) 229-5200 | |
| Fax (602) 229-5690 | |

D. Peter Harvey (admitted *pro hac vice*)
pharvey@harveysiskind.com
Harvey Siskind LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/* Gregory P. Sitrick