IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE STIPULATION AND JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO IMPANEL AN ADVISORY JURY** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

The parties having submitted a Stipulation and Joint Motion to Extend Time to Respond to Motion to Impanel an Advisory Jury, and good cause appearing:

**IT IS ORDERED** that Defendant and Counterclaimant, Jack Daniel's Properties, Inc., may have until January 13, 2017 to respond to VIP's Motion to Impanel an Advisory Jury filed December 22, 2016 (Doc. 179).