1
2
3
4
5
6        **IN THE UNITED STATES DISTRICT COURT**
7           **FOR THE DISTRICT OF ARIZONA**
8

9   VIP Products, LLC,                    )    No. CV-14-2057-PHX-SMM
                                           )
10              Plaintiff,                 )
                                           )
11   vs.                                   )    **ORDER**
                                           )
12   Jack Daniel's Properties, Inc.,       )
                                           )
13              Defendant.                 )
                                           )
14   _____  )
                                           )
15   And Related Counterclaim.            )
     _____  )
16

17        Pending before the Court is Defendant Jack Daniel's ("Jack Daniel's") motion to

18   strike jury demand. (Doc. 176.) In response, Plaintiff VIP Products ("VIP") stated that it now

19   consents to a bench trial to decide the remaining issues of trademark infringement and

20   dilution by tarnishment. (Doc. 178.)

21        Accordingly, the Court will grant Jack Daniel's motion to strike VIP's jury demand.

22        Also pending before the Court is VIP's motion to impanel an advisory jury pursuant

23   to Fed. R. Civ. P. 39(c)(i). (Doc. 179.) The parties' have filed a renewed Stipulation and

24   Joint Motion to Extend Time to Respond to Motion to Impanel an Advisory Jury. (Doc.

25   182.) In support, the parties state that VIP's Motion to Impanel an Advisory Jury raised

26   additional complications for Jack Daniel's counsel to file a response by January 5, 2017, due

27   to: (1) holiday commitments, (2) associated holiday travel and office closures, and (3) the

28   fact that at least one of Jack Daniel's undersigned counsel (Isaac Crum) was out of the office

1    and unavailable due to the birth of his daughter.

2         Good cause appearing,

3         **IT IS HEREBY ORDERED** granting Jack Daniel's Motion to Strike VIP's Jury

4    Demand. (Doc. 176.) The **Friday, June 2, 2017,** start date of trial is VACATED; the bench

5    trial in this matter will commence on **Monday, June 5, 2017 at 9:00 a.m.**

6         **IT IS FURTHER ORDERED** granting the parties' renewed Stipulation and Joint

7    Motion to Extend Time to Respond to Motion to Impanel an Advisory Jury. (Doc. 182.) Jack

8    Daniel's Response to VIP's Motion to Impanel an Advisory Jury is now due on **Friday,**

9    **January 20, 2017.**

10         DATED this 11th day of January, 2017.

11

12

13                                   Stephen M. McNamee
                         Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28