QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
         Isaac.Crum@quarles.com

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124
E-mail:  pharvey@harveysiskind.com

Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>                Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

1  The parties hereto, VIP Products, LLC and Jack Daniel's Properties, Inc.
2 ("JDPI"), through their respective counsel, hereby jointly move the Court to continue the
3 trial in this matter, currently scheduled to begin on June 5, 2017, together with the pre-
4 trial deadlines.
5  Since the setting of trial, JDPI's lead trial counsel, Peter Harvey, has learned that
6 two events will present significant conflicts for him if the trial schedule remains the
7 same.
8  First, Mr. Harvey co-chairs and teaches a program on cross-border intellectual
9 property law co-sponsored by the University of San Francisco School of Law and by
10 Charles University in Prague, Czech Republic, in June. In past years that program,
11 which is a week in duration, has taken place in late June and early July. However, in
12 December, Mr. Harvey learned that the program was being moved up to early June,
13 namely, June 12-17. This means that it will start exactly one week after the scheduled
14 *commencement* for trial in this case. Thus only if trial is completed by Friday, June 9,
15 and there are no post-trial motions or other matters to attend to, will Mr. Harvey be able
16 to fulfill his co-chairing and teaching obligations to this program.
17  Second, the Annual Meeting of the International Trademark Association
18 ("INTA") is scheduled to take place this year in Barcelona in late May. Mr. Harvey co-
19 chairs an INTA Leadership Development subcommittee and serves on a Presidential
20 Task Force for INTA. Both the committee and the task force will meet at the Annual
21 Meeting, which is set for May 20-24, and Mr. Harvey's attendance is expected. His
22 earliest return from Spain to San Francisco would therefore be May 25, a mere six
23 business days before trial is currently set to begin in Phoenix.
24  To avoid these conflicts, the parties have conferred to identify an acceptable
25 alternative trial date, subject of course to the Court's calendar. VIP has no objection to a
26 trial date adjustment. While the trial is likely to be shorter, the parties thought it prudent
27 to identify an available two-week period for trial. Considering the calendars of the
28

-1-

parties, percipient and expert witness, the parties have identified two-week periods in August and October which will work, specifically, August 15-28, and October 3-12.[1]

The parties accordingly jointly request the Court to reset the trial date to a date within the foregoing periods, with the dates for submission of the parties' *in limine* motions, Joint Pretrial Statement and related filings commensurately adjusted.

Dated: February 14, 2017                                  Respectfully submitted,

/s/ *David G. Bray (w/ permission)*                      /s/ *Isaac S. Crum*
David G. Bray                                             Gregory P. Sitrick (AZ Bar #028756)
Frank G. Long                                             Isaac S. Crum (AZ Bar #026510)
Jonathan S. Batchelor                                     Quarles & Brady LLP
1850 North Central Avenue,                                One Renaissance Square,
Suite 1400                                                Two North Central Avenue
Phoenix, Arizona 85012-2705                               Phoenix, AZ 85004
*Attorneys for VIP Products, L.L.C.*                      Telephone (602) 229-5200
                                                          Fax (602) 229-5690

                                                          D. Peter Harvey (admitted *pro hac vice*)
                                                          pharvey@harveysiskind.com
                                                          Harvey Siskind LLP
                                                          Four Embarcadero Center, 39th Floor
                                                          San Francisco, CA 94111
                                                          Telephone:   (415) 354-0100
                                                          Facsimile:   (415) 391-7124
                                                          *Attorneys for Jack Daniel's Properties, Inc.*

---

[1] One of Plaintiff VIP Products' experts Stephen Nowlis is a professor at the Olin Business School at the Washington University in St. Louis. Mr. Nowlis anticipates having availability to travel to Phoenix to testify for one day during each of the proposed trial periods but could not definitely commit to a date until his teaching schedule is released for the Fall 2017 semester. Counsel for Defendant JDPI has agreed to permit Mr. Nowlis' testimony to be presented by VIP Products out of order if necessary to accommodate his schedule. Mr. Nowlis anticipates that his Fall 2017 teaching schedule will be released within the next ten days. In the unexpected event that Mr. Nowlis has absolutely no availability to testify on any day during either set of alternative trial dates counsel for VIP Products will notify the court immediately and counsel for JDPI has agreed to work with VIP Products and the Court to find a solution that permits Mr. Nowlis' testimony to be presented.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Isaac S. Crum*
Isaac S. Crum

-3-