QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
         Isaac.Crum@quarles.com

HARVEY & COMPANY
D. Peter Harvey
Four Embarcadero Center, 14th Floor
San Francisco, CA  94111
Tel:  415-926-7776
Fax: 415-402-0058
Email: pharvey@harvey.law

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>           Defendant.<br><hr>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1

Counsel for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("Jack Daniel's") hereby notifies the Court and all parties to this action that D. Peter Harvey has moved his law practice from Harvey Siskind LLP to Harvey & Company. Mr. Harvey's new contact information is as follows:

> D. Peter Harvey
> HARVEY & COMPANY
> Four Embarcadero Center, 14th Floor
> San Francisco, CA 94111
> Tel: 415-926-7776
> Fax: 415-402-0058
> Email: pharvey@harvey.law

The contact information for Mr. Crum and Mr. Sitrick at Quarles & Brady remains the same.

Dated: July 14, 2017                    Respectfully submitted,

                                                         */s/ D. Peter Harvey*
                                       Gregory P. Sitrick (AZ Bar #028756)
                                       Gregory.Sitrick@quarles.com
                                       Isaac S. Crum (AZ Bar #026510)
                                       Isaac.Crum@quarles.com
                                       Quarles & Brady LLP
                                       One Renaissance Square,
                                       Two North Central Avenue
                                       Phoenix, AZ 85004
                                       Telephone (602) 229-5200
                                       Fax (602) 229-5690

                                       D. Peter Harvey (admitted *pro hac vice*)
                                       HARVEY & COMPANY
                                       Four Embarcadero Center, 14th Floor
                                       San Francisco, CA 94111
                                       Tel: 415-926-7776
                                       Fax: 415-402-0058
                                       Email: pharvey@harvey.law

*Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum