QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: gregory.sitrick@quarles.com
        isaac.crum@quarles.com

HARVEY & COMPANY
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center
Suite 1400
San Francisco, California 94111
Telephone: (415) 926-7776
Facsimile: (415) 402-0058
E-mail: pharvey@harvey.law

Attorneys for Defendant and Counterclaimant
JACK DANIEL'S PROPERTIES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACK DANIEL'S PROPERTIES, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-14-2057-PHX-SMM<br><br>**DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS *IN LIMINE*** |

I, D. Peter Harvey, declare as follows:

1.　I am an attorney licensed to practice in the State of California and admitted to practice *pro hac vice* in this matter. I am one of the lawyers for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") in this case brought by Plaintiff and Counterdefendant VIP Products, LLC ("VIP"). I make this declaration freely and of

1    my own personal knowledge and in support of JDPI's Motions *in Limine* Nos. 1 through
2    6.  If I were called as witness, I could and would competently testify to the matters set
3    forth.
4       2.   VIP designated Martin Wolinsky as an expert witness in this case and
5    served JDPI with the Rule 26 Report of Martin Wolinsky ("Wolinsky Report"), dated
6    June 10, 2015.  The Wolinsky Report was filed with Court as Exhibit T to VIP's
7    Statement of Facts in Support of Motion for Summary Judgment, Document No. 116.  A
8    true and correct copy is attached hereto as **Exhibit A**.
9       3.   On July 28, 2015, counsel for JDPI took the deposition of Martin
10   Wolinsky.  True and correct copies of the cover page and of page 187 of the transcript,
11   which accurately reflect the questions asked and answers given during those portions of
12   the deposition, are attached as **Exhibit B**.
13      4.   Attached hereto as **Exhibit C** is a true and correct copy of the Court's
14   September 27, 2016 Memorandum of Decision and Order, Document No. 171.
15      5.   VIP designated John Howard as an expert witness in this case and served
16   JDPI with the Rule 26 Report of John Howard ("Howard Report"), dated June 14, 2015.
17   The Howard Report was submitted to the Court as Exhibit U to VIP's Statement of Facts
18   in Support of Motion for Summary Judgment, Document No. 116.  A true and correct
19   copy is attached hereto as **Exhibit D**.
20      6.   Attached hereto as **Exhibit E** is a true and correct copy of a June 18, 2015
21   email from David Bray to Gregory Sitrick.
22      7.   Attached hereto as **Exhibit F** is a true and correct copy of the cover page
23   and page 35 of the reporter's transcript of the October 26, 2016 Status Conference held
24   in this case.
25      8.   Attached hereto as **Exhibit G** is a true and correct copy of the American
26   Whiskey/Bourbon Report Written and Compiled By Stephen Sacra ("Sacra Report"),
27   dated June 6, 2015.  The Sacra Report was served in Response to VIP's Responses to
28   JDPI's Second Set of Interrogatories on June 17, 2015, and filed with the Court as

1  Exhibit P to VIP's Responsive Statement of Facts, dated December 11, 2015 as
2  Document No. 149-1.

3      9.    Attached hereto as **Exhibit H** is a true and correct copy of VIP Products,
4  LLC's Responses to JDPI's Second Set of Interrogatories, dated June 17, 2015.

5      10.    On June 26, 2015, counsel for JDPI took the deposition of Stephen Sacra
6  as the FRCP 30(b)(6) designee of VIP Products, LLC.  True and correct copies of the
7  cover page and of pages 97-102, which accurately reflect the questions asked and
8  answers given during that portion of the deposition, are attached as **Exhibit I**.

9      11.    JDPI designated Dr. Gerald L. Ford as an expert witness in this case and
10 served VIP with the Rule 26 Report of Dr. Gerald L. Ford ("Ford Report"), dated May 7,
11 2015.  A true and correct copy of the Ford Report is attached hereto as **Exhibit J**.

12     13.    Counsel for VIP took the deposition of Dr. Ford in this case on September
13 1, 2015.  Regretfully, Dr. Ford passed away on September 6, 2015.

14     12.    VIP designated Stephen Nowlis as an expert witness in this case and
15 served JDPI with the Expert Rebuttal Report of Stephen Nowlis (the "Nowlis Report"),
16 dated July 10, 2015.  The Nowlis Report was submitted to the Court on November 13,
17 2015, as Document No. 128.  A true and correct copy is attached hereto as **Exhibit K**.

18     14.    On August 25, 2015 counsel for JDPI took the deposition of Stephen
19 Nowlis.  True and correct copies of the cover page and of pages 42-43 and 88-90 from
20 the deposition transcript, which accurately reflect the questions asked and answers given
21 during those portions of the deposition, are attached as **Exhibit L**.

22     15.    VIP designated Bruce G. Silverman as an expert witness in this case and
23 served JDPI with the Expert Report of Bruce G. Silverman (the "Silverman Report"),
24 dated July 7, 2015.  The Silverman Report was submitted to the Court on November 13,
25 2015, as Document No. 129-1.  A true and correct copy is attached hereto as **Exhibit M**.

26     16.    On August 13, 2015, counsel for JDPI took the deposition of Bruce
27 Silverman.   True and correct copies of pages the cover page and of pages 64, 76, 77, 84,
28 89, 90, 91, 92, 96, 104, 105, 111, 112, 116, 118, 122, 123, 126, 127, 128, 136, 137, 138,

1  156, 157, 159, 160, 162, 163, 164, 201, 205, 209, 212, 213, 221, and 222 from the
2  deposition transcript, which accurately reflect the questions asked and answers given
3  during those portions of the deposition, are attached hereto as **Exhibit N**.
4      17.    Attached hereto as **Exhibit O** is a true and correct copy of VIP Products,
5  LLC's Second Supplemental Disclosure Statement, dated August 31, 2015.
6      18.    On April 23, 2015, counsel for JDPI took the deposition of Stephen Sacra.
7  True and correct copies of the cover page and of pages 236 through 237 from the
8  deposition transcript, which accurately reflect the questions asked and answers given
9  during that portion of the deposition, are attached hereto as **Exhibit P**.
10     I declare under penalty of perjury under the laws of the United States of America
11 that the foregoing is true and correct.
12
13 Dated:   July 14, 2017
14
15
16                                             */s/ D. Peter Harvey*
                                                 D. Peter Harvey

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*