**DECLARATION OF D. PETER HARVEY IN SUPPORT
OF DEFENDANT'S MOTIONS IN LIMINE
NOS. 1 THROUGH 6**

**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

VIP Products, L.L.C., an Arizona limited
liability company,

        Plaintiff,

    v.

Jack Daniel's Properties, Inc., a Delaware
corporation

        Defendant,

Jack Daniel's Properties, Inc., a Delaware
corporation

        Counterclaimant,

    v.

VIP Products, L.L.C., an Arizona limited
liability company,

        Counterdefendant.

No. 2:14-cv-02057-DGC

**RULE 26 EXPERT REPORT OF**

**MARTIN WOLINSKY**

RULE 26 EXPERT REPORT OF MARTIN WOLINSKY

Table of Contents

**Introduction** ........................................................................................................................................ 3

**The Process** ........................................................................................................................................ 3

**Industry Strategic Packaging Issues** ............................................................................................ 4

**Tequila** .............................................................................................................................................. 4

**Gin** ...................................................................................................................................................... 4

**Vodka** ................................................................................................................................................ 5

**Bourbon/Tennessee Whiskey** ........................................................................................................ 5

**Conclusions** ...................................................................................................................................... 6

**Attachments** ...................................................................................................................................... 7

    Images of Jack Daniel's and Competitors ............................................................................................ 8

    Uniform vs. a Unique Bourbon Package ............................................................................................... 9

    Uniform vs. Unique Gin Packages ..................................................................................................... 10

    Uniform vs. Unique Vodka Packages ................................................................................................ 11

    Uniform vs. Unique Tequila Packages .............................................................................................. 12

    A Unique vs. Uniform Canadian whisky packages ............................................................................ 13

    Uniform to Unique Package* Scale .................................................................................................... 14

    Survey of On/Off Premise Accounts .................................................................................................. 15

    Web-Sites Visited ............................................................................................................................... 16

    Bottle Design Chart with Web-Site Excerpts ..................................................................................... 17

    Resume ............................................................................................................................................... 24

WOL.0002

**Introduction**

My name is Martin Wolinsky.

I am the former President of the Smirnoff Vodka Division in the U.S. for Diageo, plc., the world's largest distilled spirits company.

In this role, I led the world's largest spirit brand, in the world's most valuable vodka market (U.S.), as President, Smirnoff Division, with $2 billion+ in annual revenue.

I am widely recognized throughout the U.S. distilled spirits and wine industries as an expert in marketing, sales, organization behavior and profit maximization for distilled spirits and wine in the U.S. I have consulted, and am currently consulting, with major U.S. distilled spirits and wine companies. My prior consulting clients have included Jim Beam Brands, Brown-Forman, Bacardi U.S.A., Sydney Frank Importing Company, Sazerac Company, E & J Gallo Winery, and others. In addition, I have consulted with major wine and spirits wholesale organizations across the country, as well as domestic and foreign companies seeking to introduce their distilled spirits products into the U.S. market. I have also consulted in the development of new spirits products for major industry supplier clients as well as startup companies.

I earned an MBA degree from American University and am a graduate of Ohio State University.

**The Process**

I have been retained by VIP Products, LLC., to collect and analyze information regarding distilled spirits packaging in the bourbon/Tennessee Whiskey market segment and Jack Daniel's brand packaging in particular.

The process detailed below is similar to the one I used as an industry executive to compare the brands I managed versus competitive brands. The process involved a number of steps taken between May 23 and June 10, 2015, including:

- I visited retail stores, viewing major distilled spirits categories including the bourbon/ Tennessee Whiskey segment brands and compared these American brand packages with Jack Daniel's, side by side on retailer shelves.*

- I visited on-premises accounts* (bars, and restaurants with bars) and questioned bartenders/waits taff, managers and proprietors regarding the brands served in their venues.

- I visited upscale hotel venues with restaurants/bars* and questioned their bartenders/wait staff, managers and proprietors.

- I visited a number of Web sites reviewing bourbon brands, such as RecentEatsSku.com and others. (The list of sites attached also includes many common bourbon descriptive words/terms that appear on these sites)*.

- I reviewed distilled spirits reference materials regarding packaging, including the book "Bourbon Empire, American Whiskey," by author Reid Mitenbuler.

- I reviewed certain Brown Forman documents regarding Jack Daniel's, including brand strategy, package design and labels.

------------
*(see attached)

**Industry Strategic Packaging Issues**

From my experience, I have observed that distilled spirits brand packaging takes one of two possible paths - "Uniform," or "Unique." Uniform packaging adopts the "functional" path - where the overall look of the products, and each specific brand in a Category (whiskey), or Segment (bourbon), instantly conveys to consumers the nature and heritage of the product contained in the package (THE UNIFORM).

The advantages of using the Uniform strategy is that a brand "wearing the Uniform" provides clear communication to the consumer as to the type and heritage of the spirit. The result is the Uniform brings security and validation to the consumer for his/her brand choice.

"Unique" packaging totally breaks away from the Uniform path of brands of the Segment and introduces a totally different overall "look" to the package, appearing distinct.

Examples of Unique spirit packages include Maker's Mark in the bourbon segment and Crown Royal in the Canadian Whisky segment. The advantage of the Unique package strategy is a higher level of brand equity, rather than having a "me too" generic package in the Uniform. This strategy generally leads to more pricing power and enhanced brand equity.

**Tequila**

Tequila packaging is more varied than bourbon, but it has brands in the Uniform camp, at least for the volume brands. The exceptions to the Tequila Uniform are the higher priced, 100% agave brands. The major volume Tequila brands, including leader Jose Cuervo and Sauza, generally feature ornate Mexican design elements on the labels. The Uniform design elements of these volume brands include:

- square shoulders bottles, with design elements or text molded into the glass.

- multiple labels, face, neck, neck wrap. Yellow color labels are common for brands in this category.

- "busy" label(s) with many design elements (signatures, images of awards/seals, agave plants, etc.)

- caps match the color of the Tequila inside.

**Gin**

Gin brands packaging wears the British Uniform in the volume segment of the category-traditional brands such as Beefeater, Gordon's, Tanqueray, Bombay, etc. While there are still more exceptions to the Uniform strategy in the gin segment than in the bourbon segment, especially in the newer/higher priced gins, the traditional gin brand Uniform includes:

- "age" statement ("1820") molded into the glass bottle, or shown on the label.

- references to London, England, including license/grants/documents certifying the Queen's approval of the brand. The Queen's royal seal may appear on the label.

- "dry gin" is prominently featured on the label, as in "London Dry Gin." (was there ever a "wet" gin?).

- labels may contain drawings of persons depicted, such as the Beefeater royal guard in his uniform and carrying his scepter (Beefeater Gin), or Queen Victoria (Bombay Gin).

WOL0004

## Vodka

Vodka is the largest distilled spirits category, and features brands with Unique rather than Uniform packaging strategies. Vodka is made in countries all over the world, including the U.S., and imports to the U.S. are a significant share of category sales (30% -40%). Bottle shapes may vary from soft shoulder, graceful wine bottle shapes, to Unique medicinal/apothecary look (Absolut, (Sweden)), to hard shouldered, tapered bottles (Smirnoff), to the transparent see-through Grey Goose and Belvedere brand packages, etc. Some vodka labels are very formal, with authentic looking Russian style typefaces, either from the era of the Czars, or military/Soviet style (Stolichnaya), etc. There is no Uniform for packaging in the vodka category.

## Bourbon/Tennessee Whiskey

Many bourbon and Tennessee whiskey brand's packaging are very similar (Uniform) when compared to other competitors in this segment. In the case of Jack Daniel's, it is clear that the packaging strategy for this brand was to adopt the Uniform strategy, as shown in the attached photos of key brands in the bourbon product segment, which conveys most/all of the four characteristics of their Uniform packaging strategy:

- a square bottle with a ribbed neck
- a black cap
- a black neck wrap closure with white printing
- a black front label with white printing

Maker's Mark is an example of an exception to the common Uniform packaging in the bourbon segment, and demonstrates a UNIQUE packaging strategy for this brand (see attached whiskey bottle images).

The descriptive terms/lexicon/language used in the bourbon segment Web sites by Jack Daniel's and competitive brands are the same, or similar, in meaning, as follows:

- "Old, Old World, Century Old, Old time, Old fashioned"
- "Classic"
- "Historic, heritage, original"
- "Timeless, time honored"
- "Honored"

Importantly, recently published industry data indicates that consumer sales of the Jack Daniel's brand, like Makers Mark, Crown Royal and Grey Goose, are approximately 30% - 50% on premise (bars).[1] Therefore, in the on-premises accounts visited, bartenders were asked how their consumers "called" (ordered their drink) for the Jack Daniel's brand:

- By bottle appearance ("square bottle")?
- By label design/elements?
- By brand name?

---

[1] Confidential industry data obtained by author

All proprietors, bartenders and wait staff queried answered that Jack Daniel's Tennessee Whiskey was called for by consumers by brand name, not by bottle shape or label design/elements. According to those questioned, consumers called for the brand as "Jack Daniel's, or "Jack," or by a "nickname," such as "Black Jack."

## Conclusions

I have reached the following conclusions based on my knowledge, long professional experience, reviews of relevant literature and my field research:

(1). The overall Jack Daniel's Tennessee Whiskey packaging *is not distinctive* (not Unique) in the bourbon/Tennessee whiskey segment in the U.S. because of clear adherence to the four common characteristics summarized again below:

- a square bottle with a ribbed neck

- a black cap

- a black neck wrap closure with white printing

- a black front label with white printing

The combination of the four common features of the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle provide Jack Daniel's Tennessee whiskey with a standard industry "uniform" that identifies the Jack Daniel's Tennessee whiskey as an American whiskey, not just a Jack Daniel's whiskey. Therefore, common features of the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle have a function that is wholly independent of identifying the whiskey as a Jack Daniel's whiskey.

(2). The overall Jack Daniel's packaging *is clearly aesthetically functional*, utilizing all the common elements of the Uniform adopted by numerous other major brands in the bourbon/Tennessee whiskey segment in the U.S., as shown in the photos of competitive whiskeys attached to this document. For that reason, I believe that giving Jack Daniel's exclusive rights to use the combined four key features on the bottle and label design of the Jack Daniel's Old No. 7 Tennessee whiskey bottle would impose a competitive disadvantage on other companies selling Kentucky and Tennessee American whiskey. The disadvantage would be to deprive those other competing companies the ability to use a standard industry "uniform" that identifies any whiskey as an American whiskey, not just a whiskey whose reputation is related to Jack Daniel's.

(3). The overall packaging of the Jack Daniel's Old No. 7 Tennessee whiskey and that of the competitive bourbon brands pictured in the attached photos look like "first cousins" rather than individually distinctive brand packaging.

(4). The overall majority of brand equity in the Jack Daniel's Old No. 7 Tennessee whiskey bottle is in the brand name ("call"), rather than the appearance of the bottle and label.

Martin Wolinsky,

June 10, 2015

WOL0006

**Attachments**

Photos - Jack Daniels, competitors

Photos - Uniform and Unique packages, selected categories

Uniform - Unique package scale

Survey - On/Off premise establishments in 2 states

Review of competitive Web sites and classic terms used at each site

Bottle Design Chart with Web-Site Excerpts

Resume

## Images of Jack Daniel's and Competitors

  

  

WOL.0008

## Uniform vs. a Unique Bourbon Package



*Unique*

-----------------------------------------------------------------------------------------------------

*Uniform*

   

WOL.0009

## Uniform vs. Unique Gin Packages



*Unique*

---

*Uniform*

## Uniform vs. Unique Vodka Packages



*Unique*

--------------------------------------------------------------------------------

*Uniform*



**Uniform vs. Unique Tequila Packages**



*Unique*

------------------------------------------------------------------------------------

*Uniform*



## A Unique vs. Uniform Canadian whisky packages



*Unique*

-----------------------------------------------------------------------------------------------------------

*Uniform*



WOL0013

## Uniform to Unique Package* Scale

(1= most Uniform, 10= most Unique)

**Uniform**                                                                 **Unique**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

Canadian     Bourbon/                              Gin              Tequila    Vodka
Whiskies     TN whiskies

\* Packages shown are representative of their categories/segments

WOL.0014

## Survey of On/Off Premise Accounts

### State/Account

### CT

- Max's Oyster Bar
  - Bracco
  - Flemings
  - Treva
- Ruth's Chris Steakhouse
- Marriott Farmington Hotel

### NJ

- Rennaisance Hotel
  - Kilroy
  - Vesta Italian
- Riggle Clam Bar
  - Puthenfond
  - Canistadt
- East Rutherford

WOL0015

## Web-Sites Visited

| Web-site | Classic terms used at site |
|---|---|
| Jack Daniels | "Century old methods" |
| Early Times | "Old world craftsmanship" |
| George Dickel | "The classic #8 whiskey" |
| Jim Beam | "Classic smooth sipping experience" |
| | "America's native spirit" |
| Old Crow | "Original sour mash bourbon" |
| | "Historic bourbon" |
| Clayton James | "Heritage whiskey" |
| Evan Williams | "Traditional bourbon, time honored methods" |
| Henry McKenna | "Old time quality bourbon" |
| Sazerac Benchmark | "A label that honors the storied history of the distillery." |
| Zara Harris | "Classic Kentucky bourbon" |
| Collier & McKeel | "Old fashioned way" |
| Old Bardstown | "Timeless classic" |
| Johnny Drum | "Time honored old fashioned recipe" |

WOL0016

## Bottle Design Chart with Web-Site Excerpts



| Distillery, Location and Brand | Bottle Design by Brand | Website Excerpts |
|---|---|---|
| *George Dickel* (Diageo). Cascade Hollow, Tullahoma, TN.<br><br>*"Classic …Whiskey"*<br><br>*". . . classic, smooth – sipping experience"* | | *http://www.georgedickel.com/whiskies.aspx#!no8*<br><br>**George Dickel Classic No. 8 Whisky**<br><br>OVERVIEW    AWARDS    SPECIFICS<br><br>The most famous George Dickel whisky. A signature balance of Tennessee whisky flavors, handcrafted for those who want a classic, smooth-sipping experience.<br><br>A bold whisky with aromas of light caramel and wood. A smoky finish with hints of maple and buttered corn. |
| *Jim Beam (Beam Suntory)*, Clermont & Boston, KY.<br><br>*"America's Native Spirit"* | Jim Beam | *http://www.jimbeam.com/about-bourbon/bourbon-ingredients*<br><br>**AMERICA'S NATIVE SPIRIT**<br><br>The Beam family's contribution to America: The World's Finest Bourbon. Bourbon is America's contribution to the world of whiskey. To make it official, the U.S. Congress recognized Bourbon as **America's Native Spirit** in 1964, about 200 years after the very first bourbon went into a barrel. |

| Jim Beam Continued | Old Crow | http://www.beamsuntory.com/brands/old-crow |
|---|---|---|
| *"The original sour mash bourbon."*<br><br>*"... one of the most historic bourbons...."* |   |  |
| Tenn South Distillery, Lynnville, TN.<br><br>*"...heritage whiskey..."* |   | http://www.tennsouthdistillery.com/our-spirits/clayton-james-whiskey/<br><br>**Clayton James Tennessee Whiskey**<br><br> First released on October 4, 2014.<br><br>This spirit dwells in sugar maple charcoal, the Lincoln County Process, before entering the new, charred white oak barrels for aging. We use the Lincoln County Process quite a bit differently than others. Since our new whiskey is only "hearts", we don't need to use charcoal filtering to remove impurities or take a harsh edge off. Instead, we allow our spirits to acquire a unique, sweet maple smokiness from the charcoal. This signature step serves to differentiate Clayton James Tennessee Whiskey from all other Tennessee Whiskies.<br><br>Our mash bill is locally grown white corn, wheat, and malted barley which is fermented and then copper pot distilled. Our chief distiller, Clayton Cutler, makes judicious distiller's cuts during each distillation and only the select "hearts" of the run are set aside for aging. No "heads" or "tails" make it into our barrels. These selections or cuts are the reason we believe that the traditional small batch process is superior to the continuous distillation process often used these days. We invite you to taste our Southern heritage whiskey and to appreciate our quality and attention to detail.<br><br>Since we don't have a famous ancestor who made whiskey, we used the first names of the two distillery founders, Clayton Cutler and James Blair Butler, for our signature product. |

WOL0018

| | | |
|---|---|---|
| *Heaven Hill*, Louisville, KY.<br><br>*"Traditional Bourbon."*<br><br>*"...producing bourbon with the same time-honored methods..."* | Evan Williams<br><br> | http://www.evanwilliams.com/bourbons.php<br><br>Discover our...<br><br>**TRADITIONAL BOURBON**<br><br>When it comes to good bourbon, our proof is in the barrel.<br><br>Evan Williams is a smooth, easy to drink Bourbon named after Evan Williams who, in 1783, opened Kentucky's first commercial distillery along the banks of the Ohio River. Many years and barrels later, we're still producing Bourbon with the same time-honored methods that Evan Williams did years ago. |
| *Heaven Hill*, (Continued)<br><br>*"old-time quality bourbon..."* | Henry McKenna<br><br> | http://heavenhill.com/brand/19<br><br>Henry McKenna is sipping whiskey, pure and simple. As comfortable and unpretentious as an old pair of jeans or well-worn leather gloves, it's the perfect old-time quality Bourbon to share with friends.<br><br>Henry McKenna brought his family's whiskey recipe with him from Ireland in 1837 and founded his U.S. distillery in Fairfield, KY in 1855. |

WOL0019

| | | |
|---|---|---|
| *Buffalo Trace (Sazerac Co.), Frankfort, KY.*<br><br>**"... [a] label that honors the storied history..."** | Benchmark<br><br> | *http://www.buffalotracedistillery.com/brands/benchmark*<br><br># Benchmark<br>Named after the McAfee brothers who surveyed a site just no Frankfort in the late 1700s, this rye recipe bourbon is yet an label that honors the storied history of the Distillery and the sits on. |
| *Barton 1792 Distillery (Sazerac Co.), Bardstown, KY.*<br><br>**"...a classic Kentucky bourbon."** | Zachariah Harris<br><br> | *http://www.sazerac.com/BrandPortfolio.aspx?parent=ZH99&PCID=7&FI D=203&NBid=1*<br><br>### Zackariah Harris Bourbon<br>*Brand Story*<br>Zackariah Harris is made in Kentucky, where bourbon is an art form and where generations respect the hard work and time honored traditions that make it America's most treasured spirit. Rich, smooth and delicious, Zackariah Harris is a classic Kentucky bourbon.<br><br>Zackariah Harris is made in Kentucky where Bourbon is an art form and where generations respect the hard work and time honored traditions that make it America's most treasured spirit. Rich, smooth and delicious, Zackariah Harris is a Classic Kentucky Bourbon.<br><br>*Stock and display Zackariah Harris today!* |

WOL.0020

| | | |
|---|---|---|
| *Brown Forman*, Shively, KY.<br><br><br><br>*"...old-world craftmanship ...."* | | *http://www.earlytimes.com/heritage/whisky.aspx*<br><br>**EARLY TIMES KENTUCKY WHISKY**<br><br>Early Times Kentucky Whisky is distilled, aged a minimum of three years and barreled in used oak barrels at the Early Times Distillery in Shively, Kentucky. We are the only company to own its own cooperage and make its own barrels, which allows us to control how the barrel contributes to the taste characteristics of Early Times. Early Times Kentucky Whisky is known for being a high-quality whisky that delivers a consistently smooth taste and flavor profile while still being offered at a value to our consumers.<br><br>*http://www.earlytimes.com/heritage/bourbon.aspx*<br><br>Beam named his whisky Early Times, both as a tribute to its place of origin and as a nod to the old-world craftsmanship that goes into making it. He believed in the early times method of whisky-making: mashing grain in small tubs, boiling the beer and whisky in copper stills over open fires. It's an abiding belief that has stayed with the Early Times brand ever since. |
| *Jack Daniel's*<br><br>(Brown Forman), Lynchburg, TN.<br><br>*"...more than a century later, our Tennessee Whiskey is still judged the same way."* | Jack Daniel's Tennessee Whiskey<br> | *http://www.jackdaniels.com/whiskey/jack-daniels-old-no-7*<br><br># OLD NO. 7<br><br>We do things a little differently around here – and that's what gives Jack Daniel's its distinctive character. We charcoal mellow our whiskey drop by drop, then let it age in our own handcrafted barrels. And we don't follow a calendar. Our Tennessee Sippin' Whiskey is ready only when our tasters say it is. We use our senses, just like Jack Daniel himself did. In fact, more than a century later, our Tennessee Whiskey is still judged the same way. By the way it looks. By the way it smells. And, of course, by the way it tastes. |

| | | |
|---|---|---|
| *Collier and McKeel*, Nashville, TN.<br><br>*"...the old fashioned way..."* |  | http://www.collierandmckeel.com/products_tennessee.php<br><br>## TENNESSEE WHISKEY<br><br>True Tennessee Whiskey is special. It's not just whiskey made in Tennessee. And it's not Bourbon Whiskey. It's more.<br><br>To make Collier and McKeel first we bring limestone filtered water from our family farm on the Big Richland Creek and use it to make a mash of corn, rye and malted barley. Then we distill it in our hand-hammered copper pot still.<br><br>At this point it changes from plain whiskey to Tennessee Whiskey when we drip it through several feet of sugar maple charcoal, made from trees cut by<br><br>local sawmills and burned on the farm. This gives Collier and McKeel the smooth, sweet, smoky taste that Tennessee Whiskey is known for. Only true Tennessee Whiskey is put through this extra step.<br><br>We age Collier and McKeel in very small barrels that are far more expensive than standard sized barrels but adds intense flavors that are our special gift whiskey making in Tennessee. And unlike some whiskies that have an artificial time table for the proper time in a barrel, we determine when it's time to bottle the old fashioned way; when it tastes right. |
| *Willett Distillery* (Kentucky)<br><br>*"...this timeless classic..."* | Old Bardstown<br><br> | http://www.kentuckybourbonwhiskey.com/Old-Bardstown_Black-Label-86<br><br>In 1941 a bay filly named Twilight Tear, called Suzie for short, was foaled. She was sired by the great Bull Lea, who was the leading sire in America five times, siring 58 stakes winners, four Horses of the Year, and three Kentucky Derby winners. Twilight Tear's race record is quite impressive. In 24 races she won 18 times, and took second and third twice, respectively. In 1944 "Suzie" was named Horse of the Year, and in 1963 she was inducted into the National Thoroughbred Racing Hall of Fame.<br><br>1952 was the year in which Twilight Tear produced a bay gelding by the name of Bardstown. The bay gelding did not race until the age of four due to a series of ankle and hip problems.<br><br>In 1956 Bardstown made his first start, and quickly became one of the elite handicap horses in the country. That same year, Bardstown won the Buckeye Handicap, the Equipose Mile and the Trenton Handicap. His "1956 Earnings" was a substantial $173,050.<br><br>As a five-year-old, Bardstown had an impressive four wins in six starts, including the prestigious Widener, the Gulfstream Park and the Tropical Handicaps.<br><br>In 1959 much of the activity for Calumet Farm was provided by 7-year-old Bardstown, which, despite soundness problems, won three of his five starts, including, once again, the Widener Handicap, along with the Tropical Park Handicap.<br><br>In 31 career starts, Bardstown had 18 first place finishes, 7 second and 1 third place finish. The bay gelding had total earnings of $628,752.<br><br>This fine Kentucky Straight Bourbon Whiskey is named after Bardstown because we admire his perseverance and persistence. Sit back and enjoy this timeless classic, which is bred in the heart of the Bluegrass, just like Bardstown. |

| | Johnny Drum | http://www.kentuckybourbonwhiskey.com/Johnny-Drum_Black-Label |
|---|---|---|
| *Willett Distillery* (Continued)<br><br>*"...this time honored recipe..."* |  | THE YEAR WAS 1861 - CONFEDERATE FORCES began firing on Fort Sumter in Charleston Harbor on April 12, recognized as the official date the Civil War began.  Boys as young as eight years old were attempting to sign up to fight for the noble cause, but individuals under the age of 18 couldn't join the army, unless they wanted to be a drummer or bugler.<br><br>It's been said that almost every town and state had many of these fine, brave young men, and, truth be told, it has been well-documented that many a campaign may have failed had it not been for these young native drummer soldiers establishing communications and keeping some semblance of order among various units in the field.<br><br>Like so many other young men during this time, Johnny Drum attempted to join a regiment in his home state, but was turned down because of his age.  Eventually, Johnny ran away from home and found a regiment to take him in and allow him to serve as a drummer boy.<br><br>Upon completion of his duty and the end of the Civil War, legend has it that Johnny returned home to settle down amongst the rolling bluegrass knobs of his native Kentucky, where he staked his claim among a beautiful spring.  Like so many other pioneer farmers that had been granted "corn writs" in the Kentucky Territory, Johnny soon learned the importance of finding a way to convert his excess corn crop into something profitable, rather than allowing it to go to waste.  Johnny had a penchant for giving his all, regardless of cost, and it wasn't long before Johnny's determination produced an exceptional bourbon whiskey that earned him a reputation for making the finest sippin' whiskey in all of the Territory.<br><br>To this day we celebrate the passion of Johnny Drum and invite you to try this time honored recipe for what is still the finest sippin' whiskey in all of the Territory. |
| Highland Park<br><br>Holm Road, Kirkwall,<br><br>Orkney, KW15 1SU<br><br>*"...tradition rather than novelty..."*<br><br>*"...unbroken tradition of whiskey-making..."* |  | http://highlandpark.co.uk/about/the-distillery/<br><br>Highland Park is made today with the same enduring belief and integrity, to the same exacting standards, as it has been since 1798. The established attitude at Highland Park is one of custodianship rather than management, of tradition rather than novelty. That's not to say the distillery is stuck in the mud – far from it – but innovation is only used when there is a genuine benefit to the whisky not, as is often the way, a benefit to efficiency or profitability.<br><br>This approach accounts in some way for the appeal of Highland Park, there is much more to how the remote site of an illicit still became The Best Spirit in the World". This accolade was no fluke, as we managed to repeat the feat in 2009 and 2013; it was based on an unbroken tradition of whisky-making stretching back over 200 years. Highland Park is arguably the most respected single malt in the world. As everyone knows, respect has to be earned, our distilling tradition, attention to detail and honesty have combined to achieve just that. |

WOL.0023

## Resume

Martin Owen Wolinsky
85 Memorial Road
West Hartford ,CT 06107

## PROFESSIONAL EXPERIENCE

**Owen Consulting**  1996 - present

President and Owner

Consultant for major U.S. distilled spirits, and wine companies. Clients have included Jim Beam Brands ,Brown-Forman ,Bacardi U.S.A ,Sydney Frank Importing Company, Sazerac, Deep Eddy Vodka E&J Gallo Winery. Also, consulted with major wine, and spirits wholesale organizations across the country and domestic and foreign companies seeking to introduce products into the U.S. market.

**DIAGEO PLC.**  1978-1996

Sr. V.P  Distribution Strategy (1994-1996)

President, Smirnoff Vodka Company (1986-1994)

Responsibilities included  marketing and sales for a portfolio of brands including Smirnoff Vodka, Popov Vodka, and Christian Brothers Brand

Sr. V.P. Sales- Wine and Spirits  (1984-1986)

Lead a 600 person, national sales organization

Sales Management (1978-1984)

Five promotions: Area Manager; Regional Manager; Division V.P.;V.P. Wines; V.P. Spirits; and Sr .V.P. Sales

**E.&J. Gallo Winery**  1972-1978

Seven promotions in six years.  Locations included Detroit, Los Angeles, Chicago and Twin Cities

## EDUCATIONAL EXPERIENCE

**American University** -  MBA - 1970

**Ohio State** - B.S.  - 1969

## PUBLICATIONS

*None*

## PRIOR EXPERT TESTIMONY

*None*

## COMPENSATION

*$600 per hour*