**DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1 THROUGH 6**

**EXHIBIT B**

VIP PRODUCTS, LLC vs. JACK DANIEL'S PROPERTIES, INC.
07/28/2015                                                    Martin Wolinsky

```
          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF ARIZONA


-------------------------------)
VIP PRODUCTS, LLC, an Arizona  )
limited liability company,     ) CASE NO.
                               ) 14-cv-02057-PHX-DGC
        Plaintiff and          )
        Counterdefendant,      )
    vs.                        )
                               )
JACK DANIEL'S PROPERTIES, INC.,)
a Delaware corporation,        )
                               )
        Defendant and          )
        Counterclaimant.       )
-------------------------------)



    ** CONTAINS ATTORNEYS' EYES ONLY PORTIONS **

          DEPOSITION OF:  MARTIN WOLINSKY

              DATE:  JULY 28, 2015

                  HELD AT:

          MORGAN, LEWIS & BOCKIUS, LLP
              One State Street
            Hartford, Connecticut

                    - - -




Reporter:  Sandra Semevolos, RMR, CRR, LSR #74

         BRANDON HUSEBY REPORTING & VIDEO
                 (800) 852-4589
                 249 Pearl Street
            Hartford, Connecticut  06103
```

VIP PRODUCTS, LLC vs. JACK DANIEL'S PROPERTIES, INC.

07/28/2015                                                    Martin Wolinsky

```
 1      A.    Yes.
 2   BY MR. LARKIN:
 3      Q.    Is it your opinion that all the products
 4   shown on WOL8 are generic?
 5      A.    Not generic.
 6      Q.    Do you consider the Jack Daniel's packaging
 7   to be generic?
 8            MR. LONG:  Objection, form, as to the
 9   meaning of generic.
10   BY MR. LARKIN:
11      Q.    Go ahead.
12      A.    I do not consider the Jack Daniel's package
13   to be generic.
14      Q.    Thank you.  Look at the products shown on
15   page WOL10, the gin products.  Is it your opinion
16   that each of the products in the uniform portion of
17   that page is not distinctive?
18            MR. LONG:  Could you read that
19   question again.
20         (Record read by the court reporter.)
21            MR. LONG:  I have an objection to form
22   as to whether you are talking about the product or
23   packaging, or talking overall.  It's not clear.
24   BY MR. LARKIN:
25      Q.    Can you answer the question?
```