**DECLARATION OF D. PETER HARVEY IN SUPPORT
OF DEFENDANT'S MOTIONS IN LIMINE
NOS. 1 THROUGH 6**

**EXHIBIT D**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　Defendant, | No. 2:14-cv-02057-DGC<br><br>**RULE 26 EXPERT REPORT OF**<br><br>**JOHN HOWARD** |
| Jack Daniel's Properties, Inc., a Delaware corporation<br><br>　　　　Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　Counterdefendant. | |

John R. Howard
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane, West Chicago, IL 60815-2524
Tel. 630-495-9466 / Mobil 630-730-9782
Website: http://www.designkda.com

## BACKGROUND & EXPERIENCE

I am an Industrial Design Professional and project Design Director and I have hands-on knowledge of the industrial product design process. I have developed over 20 patented products and devices during my career, which started in 1960.

Since 1975, I have been the owner of KDA, an Industrial Design consulting firm that I purchased form its 1947 founders. KDA creates consumer product designs and packaging as well as commercial, industrial, and medical products.

Representative KDA commercial clients have included: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, and AT&T. The representative services of KDA to its commercial clients include: industrial design, new product development, cost reduction, new products, and utility and design patents.

Representative KDA clients selling consumer items include: 3M, Sears, Wilson Sporting Goods, Sunbeam. KDA services to consumer-product clients include: industrial design, new product development, 3D printed models, design for cost reduction, product re-design; tooling, manufacturing & package design.

The following website provides a link to over 85 Past & Current KDA Clients: www.DesignKDA.com/Clients.html

## EVALUATION OF THE JACK DANIEL'S BOTTLE DESIGN

I was retained by VIP Products, LLC, to evaluate the design of a bottle used by Jack Daniel's for packaging distilled spirits. The purpose of my evaluation was to determine whether the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits or if the design affects the cost or quality of bottled distilled spirits.

### U.S. Patent and Trademrk Registration of the Jack Daniel's Bottle Design

Jack Daniel's Properties, Inc. holds a trademark in "a square shape bottle container . . . for distilled spirits." The Jack Daniel's bottle shape has a U.S. Patent and Trademark Office Registration, No. 4,106,178, and the Jack Daniel's bottle design is illustrated in the Trademark Office registration as the following:



The PTO registration for the Jack Daniel's bottle design describes it as "the three-dimensional configuration of the square shaped bottle container for the goods, having an embossed ridge or scalloped design on the neck portion of the bottle, and an embossed signature design comprised of the words 'JACK DANIEL.'"

### The Primary Features and Details of the Jack Daniel's Bottle Design

The Jack Daniel's bottle design has three primary features: (1) a square shaped body, (2) an embossed scalloped design on the neck portion of the bottle, and (3) an embossed signature design on the bottle.

### Usefulness and Efficiency of the Jack Daniel's Bottle Design

To determine whether the combined features of the Jack Daniel's bottle design are essential to the use or purpose of the packaging of distilled spirits or if those combined design features affect the cost or quality of bottled distilled spirits, I made the following assessments, based on my knowledge, experience and expertise.

**1. Does the Jack Daniels Bottle Design yield a Utilitarian Advantage?**

The combined features of the Jack Daniel bottle design yields several utilitarian advantages. The advantages make the bottle design the most effective and utilitarian form for the packaging of distilled spirits.

The square bottle shape minimizes the cubic inches required to package the liquid contents of the bottle. By minimizing the number of cubic inches for the bottle, the square shape reduces the cost of packing, shipping and displaying the bottle. Minimizing the cubic inches assists the merchandising and marketing the bottle by allowing more bottles to be displayed on a retail shelf or in a floor or point-of-purchase display.

The flat faceted 5/18" corners keep the corners of the bottle from chipping or breaking during bottling on the labeling line or during shipping in corrugated boxes and multi-packed cartons on pallets for domestic as well as on sea container boats worldwide.

The four flat label surfaces are inset $1/16^{th}$ of an inch to keep the surfaces from rubbing together and defacing or damaging the label graphics.

The square shape also enhances the grip on the body of the bottle. It enables the user to have a secure purchase on the body of the bottle and the protrusion across the top of the side panels helps to keep the human hand from sliding off the sides.

The square shape enhances the retail display of the bottle. The shape is more compact, allowing for more effective placement on store shelves, and the flat sides enhance the visual display and legibility of the bottle labels. The flat labels allow the entire to be seen by the customer, unlike labels on rounded surfaces.

The embossed scalloped design on the neck portion of the bottle improves the grip of the bottle in that the contours fit into the male or female hand from an ergonomic standpoint. The eight facets are consistent with the shape and form of the bottle while forming a gripping area that is rounded and easy to grip. The contour is designed to fit the human hand, making it easier and more secure to handle the bottle. This keeps the bottle from slipping out of the hand during carrying or pouring.

The embossed signature design on the bottle is useful to identify the product easily in the retail marketplace. The design cannot be removed without destroying the bottle, providing an indelible identifier of the product inside.

2.   **Are there alternative designs available that provide the same advantages?**

<u>Square Body Shape.</u> Primary alternatives to the square body shape for bottles are: smooth round shape; flat oval (front and back parallel); triangulated; rectangular shape; round with a flat face; hexagonal; octagonal; radius-shaped flat oval; round bottle with flat cuts on the face; and flat oval shape.

A smooth round shape does not yield the same utilitarian advantages as the Jack Daniel's bottle. The round shape loses space when you stack the bottles together. Also, it is more difficult to places a label precisely on a round bottle shape and it is more difficult to orient two labels on a round bottle. A round bottle is less stable if placed on its side.

A flat oval (front and back parallel sides) does not yield the same utilitarian advantages as a square bottle. Whether concave or convex, the oval shape loses space between bottles in shipping and in display and increases the probability of breakage.

A triangulated bottle does not yield the same utilitarian advantages as a square bottle. From a nesting standpoint, this shape loses space when the bottles are stacked together. From a shelf spacing standpoint, this shape loses space and creates display problems.

A rectangular shape bottle does not yield the same utilitarian advantages as a square bottle in terms of shelf facing. A rectangular bottle cannot be placed on a shelf for display as effectively as a square-shaped bottle. A rectangular bottle loses multiple label facings, compared to a square bottle.

A round bottle with a flat face does not yield the same utilitarian advantages as a square bottle for the same reasons as the triangulated rectangular shape bottle, described above.

A hexagonal shape does not yield the same utilitarian advantages as a square bottle. It is difficult label, has diminished visibility from shelf facing standpoint and has lower internal capacity compared to a square bottle of the same size.

An octagonal shape has more labeling problems than a hexagonal shape and it loses space when you stack the bottles together. Also, it is more difficult to orient more than one label on the same bottle. It is less stable than a square bottle if placed on its side.

A radius-shaped flat oval shape does not yield the same utilitarian advantages as a square bottle. It loses shelf space due to the depth of the bottle. It is not as efficient from a packaging standpoint because the shape creates "dead" space within the carton or shipping container. The partitions in a carton or container are flat, leaving gaps around the ends of a bottle with this shape.

A round bottle with flat cuts on the face does not yield the same utilitarian advantages as a square bottle. It has lower internal capacity compared to a square bottle of the same size. The shape is more difficult to label and the shape creates problems in orientation for retail display.

A bottle shape that is a flat oval does not yield the same utilitarian advantages as square shaped bottle. It loses shelf space due to the depth of the bottle and the shapes consumes excess space in shipping.

<u>Embossed Ridge or Scalloped Design Bottle Neck</u>. The Jack Daniel's bottle design has an embossed ridge or scalloped design in the neck. The description in the trademark registration does not indicate the shape of the neck but the drawing in the registration illustrates the shape as being convex in form.

Alternative bottle neck shapes are smooth on the surface and in shape, either tapered, straight, concave or cylindrical.

These alternative bottle neck surfaces and shapes do not yield the same utilitarian advantages as the embossed ridge or scalloped design bottle neck. None of the alternatives provide the safety advantages of the embossed ridge or scalloped bottle design.

A smooth bottle neck of cylindrical shape is easier to slip from the human hand. Also, it does not have the same ergonomic advantages as a bottle neck with an embossed ridge or scalloped design.

A tapered, straight, concave cylindrical bottle neck is easy to slip from the human hand and does not have the same ergonomic advantages as a bottle neck with a convex shape.

<u>Embossed Signature Design.</u>  The Jack Daniel's bottle design embossed signature is located on a slanted area on the bottle between the body and the neck.

The flat panels of the Jack Daniel's bottle design make a vertical transition from Square to the Contoured Round Neck and Hand Grip area. At the transition into the Contoured Neck is a perfectly round circular band or ring. The transition from the square shoulders slant at a 45 degree angle 1.50 inches and have the Jack Daniel signature clearly displayed on all four sides of the shoulder. From the round band-bead the neck surface consists of 8 contoured, narrow flat panels that make a 3" high transition up to the Closure neck-finish with a $1/8^{th}$ inch high round band at the top.

The practical alternatives to having the signature embossed on bottle are to have it debossed (i.e. engraved) on the surface or in outlined lettering on the surface or some form of adhesive labeling.

These alternatives are not as effective in their display of the signature as embossed lettering because they are not as easy to read and they more susceptible to damage or degrading.

A debossed (i.e. engraved) signature on the surface would be more likely to collect dirt, than an embossed signature.

A signature in outlined lettering on the surface would have to be larger in order to be legible.

A signature in some form of adhesive labeling would require additional expense in order to provide a secure location on the bottle.

### 3.     Does Jack Daniels Advertising Tout the Utilitarian Advantages of the Design?

The Jack Daniels websites include a variety of advertising that display the utilitarian advantages of Jack Daniels bottle design along with a history of the original design of the Jack Daniel's bottle by Lem Motlow in 1905.

These images indicate the special effectiveness of the bottle shape in displaying the labels on the bottle. They also indicate the effectiveness of the legibility of the placement of the embossed signature.

### 4.     Does the Jack Daniel's Bottle Design Affect the Cost or Quality of its Product?

From a glass bottle manufacturing standpoint there are multiple cost "trade-offs" that can be realized from using the Jack Daniel's bottle design.

The "Blow Ratio" of a square bottle shape has the advantage of utilizing minimum mold dimensions.

Other cost saving are the ability to move the labeling line for a square bottle much faster than a round bottling /labeling lines. Also, the filling line can move much, much faster, as well as the case packing process, reducing the breakage rate of square bottles.

In addition, the corrugated cartons for square bottles are less expensive, more compact and take up a much smaller foot-print on the retail stores than bottles of shapes.

From a palletizing and shipping standpoint, the cartons for square bottles fit better on a standard pallet size, which eliminates additional costs and reduces the likelihood of damage if the cartons need to hang over the edge of the pallet to maximize the number of cartons-per-pallet. For world-wide shipping in sea containers, the compact pallets are not subject to as much damage during overseas shipping because of pallet interface is more compact.

The attached photos display how the pallets for the Jack Daniel's bottle can be easily moved directly from a warehouse to the retail floor.

**CONCLUSION**

Based on my evaluation of the design of the Jack Daniel's bottle, I have concluded, for the reasons described above, that the combined features of the design of the Jack Daniel's bottle are essential to the use or purpose of packaging distilled spirits and affect the cost or quality of bottled distilled spirits.

**Dated:** June 14, 2015

**Signed:** _[signature]_

**Name:** John R. Howard

  

Bottle Design Circa 2003    Current Bottle Design        Jack Daniel's Cartons – Maximum Pallet Interface
*http://www.jackdaniels.com/history/jack-daniels-black-label*                              *Photo by John Howard*

 

Johnny Drum Signature Bottle            Evan Williams - Square Bottles, Black Labels &Fluted Neck Finish
*Photo by John Howard*                              *Photo by John Howard*



Jack Daniel's Floor Display Using Shipping Cartons
*Photo by John Howard*

**JOHN HOWARD**
KDA Industrial Design Consultants, Inc.
28W102 Robin Lane
West Chicago, IL 60815-2524
630-495 -9466  Office - 530-730-9782 Mobil

**EDUCATION**

1961 - Pratt Institute, Brooklyn, NY
Bachelor of Industrial Design - BID
Industrial Design, Package Design
Ergonomics, Human Factors

1957 -Institute of Design, IIT
Illinois Institute of Technology
Industrial Design, Package Design

1956 - Art institute of Chicago, Ill.
Sculpture, Product Design,

**WORK EXPERIENCE**

1975 - Current
President/CEO, KDA Industrial Design Consultants, Inc.
KDA,creates consumer product designs and packaging as well as commercial, industrial, and medical products as an Industrial Design Professional and project Design Director. Hands-on knowledge of the industrial product design process. Developed over 20 patented products and devices. Representative Commercial Clients: Container Corporation of America, Silgan Bottles, McDonnell Douglas, Signode, Dow Chemical, AT&T; Representative services: industrial design, new product dev, cost reduction, new products, utility & design patents. Representative Clients selling Consumer items: 3M, Sears, Wilson Sporting Goods, Sunbeam; Services: industrial design, new product development, 3D printed models, Design for cost reduction, product re-design. Tooling, Manufacturing & Package Design. Website Link to over 85 Past & Current KDA Clients: www.DesignKDA.com/Clients.html

1967 - 1975
Vice-President/Founder: CCA Industrial Design Department Container Corp of America, Inc.
Pioneered a new Industrial Design Department within CCA, serving all 5 Divisions, including plastic products, folding cartons, corrugated cartons, corrugated Point-of-Purchase displays, solid-fiber tubes and solid-fiberboard beverage case cartons.

1962 - 1967
Captain - US Army Signal Corps
Assigned to Design Engineering Group in Viet Nam, 1963/1964.
Served in Viet Nam to create Signal Corp security buildings, secure/hardened teletype systems, enclosures, towers, and modular concrete perimeter defense systems.
1960 - 1962
Director/Department Manager, Creative Designs International, LLC.

Established an Industrial Design Department for a Bronx, NY commercial interior Design firm. A firm that designed and built shopping malls, including interiors, signage, and multiple Department identification wall sculptures.

**ASSOCIATIONS / AWARDS / PUBLICATIONS / EXPERT TESTIMONY / COMPENSATION**

<u>Associations</u>: Member - IDSA, Industrial Designers Society of America, Officer, Member of the IDSA Board. IDSA, Chicago Chap Chair 4 years, VP - National Board IDSA 2 years.

<u>Awards and Publications</u>:
Industrial Design Magazine, Excellence in Design Award (O-Cedar Mop, Drackett Co.)
Industrial Design Magazine, Excellence Design Award - Bronze (Alkco Lincs lighting sys)
Chicago Athenaeum Museum - Good Design Award (Thermos Lunch Box & products)
Chicago Athenaeum Museum - Good Design Award (Corrugated tables & furniture line)
Industrial Design Practices and Design for Cost Reduction Publications – IDSA

<u>Prior Expert Testimony</u>

Expert Witness and Deposition Experience over the last 4-5 years. .

**CASE 1**: Nicholas Colucci, d/b/a EZ Line Putters v Callaway Golf Company, 6:08-cv-288 (JDL) (E. District, Texas) Represented Plaintiff through 2010 - In a Patent Jury Case involving golf equipment, Obtained Jury Verdict for Plaintiffs Claims for Patent infringement. J.R. Howard prepared and presented a Large Scale Trial Model of the Calloway Putter Head used to point out 5 Utility Patent Claims with a Laser Pointer during Trial Testimony.
    **Deposition**: JohnR Howard - Feb 18, 2010 - Testify & Trial Model. Sidney R. Bresnick, Attorney 212-421-7873-Mobil 646-723-9975-Direct.

**CASE 2**: Nassau Precision Casting Co, Inc. v Acushnet Co, Inc. Cobra Golf Company & Puma North America, Inc. - Holland & Knight Attorneys. Case still pending: Court of Appeals.
    **Deposition**: JohnR Howard - July 25, 2012 By Holland & Knight - Sidney R. Bresnick, Attorney 212-421-7373 – Mobil 646-723-9975 – Direct. www.MeredithKeyhani.com 51 E 42nd St., 11th Floor, NYC 10017

<u>Compensation</u>

$ 415 per hour.