**DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1 THROUGH 6**

# EXHIBIT E

**From:** David G. Bray <DBray@dickinson-wright.com>
**Sent:** Thursday, June 18, 2015 1:53 PM
**To:** Sitrick, Gregory P. (PHX x3317)
**Cc:** Frank G. Long; Crum, Isaac S. (PHX x3759); Larkin, Christopher (CLarkin@seyfarth.com)
**Subject:** FW: VIP 30(b)(6) Deposition

Greg – following up on our call of a few seconds ago, see highlighted language below.

**David G. Bray** Member

| 1850 N. Central Avenue Suite 1400 Phoenix AZ 85004 | Phone | 602-285-5033 |
| | Mobile | 602-617-8580 |
| | Fax | 602-285-5100 |
| | Email | DBray@dickinsonwright.com |

DICKINSON WRIGHT PLLC
MICHIGAN   ARIZONA   KENTUCKY   NEVADA   OHIO   TENNESSEE   WASHINGTON D.C.   TORONTO

---

**From:** David G. Bray
**Sent:** Thursday, June 18, 2015 1:08 PM
**To:** 'Sitrick, Gregory P. (PHX x3317)'; Larkin, Christopher (CLarkin@seyfarth.com)
**Cc:** Frank G. Long; Kristi A. Arendt; Crum, Isaac S. (PHX x3759)
**Subject:** RE: VIP 30(b)(6) Deposition

Greg,

==As we discussed, VIP is not designating Mr. Sacra as an expert witness.==  Mr. Sacra prepared the report attached as Exhibit 1 to VIP's Responses to JDPI's 2nd Set of Interrogatories to assist himself in both answering those Interrogatories and to help himself prepare to testify as VIP's Rule 30(b)(6) witness regarding the topics set forth in JDPI's Rule 30(b)(6) Notice of Deposition.

If you decide you do want to reschedule tomorrow's Rule 30(b)(6) deposition, we will accommodate you, I just ask that you let me know as soon as possible so that Mr. Sacra and I can plan our day accordingly.

---

**From:** Sitrick, Gregory P. (PHX x3317) [mailto:Gregory.Sitrick@quarles.com]
**Sent:** Thursday, June 18, 2015 12:25 PM
**To:** David G. Bray; Larkin, Christopher (CLarkin@seyfarth.com)
**Cc:** Frank G. Long; Kristi A. Arendt; Crum, Isaac S. (PHX x3759)
**Subject:** RE: VIP 30(b)(6) Deposition

1

David,

I left you a voicemail. Please call me at your earliest convenience to discuss VIP's 2nd set of interrogatory responses before the close of business today. In particular, we believe Sacra's report is an untimely expert report submission. We need to speak with you before the close of business as the issue could affect the deposition tomorrow.

Thanks,
Greg

---

**From:** David G. Bray [mailto:DBray@dickinson-wright.com]
**Sent:** Thursday, June 18, 2015 8:50 AM
**To:** Larkin, Christopher (CLarkin@seyfarth.com)
**Cc:** Frank G. Long; Kristi A. Arendt; Sitrick, Gregory P. (PHX x3317); Crum, Isaac S. (PHX x3759)
**Subject:** VIP 30(b)(6) Deposition

Chris,

With regard to your Rule 30(b)(6) notice of deposition to VIP and tomorrow's deposition of Mr. Sacra as VIP's corporate designee, VIP objects to topic number 9: "The nature, duration, and extent of the sales and advertising of each of the products depicted in paragraph 23 of the Amended Complaint, and any other product that VIP contends affects the existence, protectablity, or validity of the Jack Daniel's Trade Dress or Jack Daniel's Bottle Design" for the same reasons it objected to JDPI's Interrogatory No. 14. Subject to and without waiving this objection, Mr. Sacra is prepared to testify tomorrow on behalf of VIP consistently with his report that was attached as Exhibit 1 to VIP's Responses to JDPI's Second Set of Interrogatories.

Please call me if you have any questions. Otherwise I look forward to seeing you at Q & B's office tomorrow morning at 9:00 a.m.

**David G. Bray** Member

| 1850 N. Central Avenue | Phone | 602-285-5033 |
| Suite 1400 | Mobile | 602-617-8580 |
| Phoenix AZ 85004 | Fax | 602-285-5100 |
| Profile  V-Card | Email | DBray@dickinsonwright.com |

**DICKINSONWRIGHT**PLLC
MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

2

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

CONFIDENTIALITY NOTICE: This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.