**DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1 THROUGH 6**

**EXHIBIT F**

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA


VIP Products, L.L.C., an Arizona    )
limited liability company,          )
                                    )
                 Plaintiff,         ) No. CV 14-2057-PHX-SMM
                                    )
         vs.                        ) Phoenix, Arizona
                                    ) October 26, 2016
Jack Daniel's Properties,           ) 1:58 p.m.
Incorporated, a Delaware            )
corporation,                        )
                                    )
                 Defendant.         )
_____)
                                    )
And Related Counterclaim.           )
_____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS

           BEFORE THE HONORABLE STEPHEN M. McNAMEE

                       (Status Conference)




Court Reporter:           Gary Moll
                          401 W. Washington Street, SPC #38
                          Phoenix, Arizona  85003
                          (602) 322-7263

Proceedings taken by stenographic court reporter
Transcript prepared by computer-aided transcription
```

| | |
|---|---|
| 1 | THE COURT: And who is he, an expert? |
| 2 | MR. BRAY: No, no. This is my client, Steve Sacra, of |
| 3 | VIP Products, who will be our only non-expert witness. He's |
| 4 | the owner-president-founder of -- |
| 5 | THE COURT: Where's he going to be?  14:43:31 |
| 6 | MR. BRAY: What's that? |
| 7 | THE COURT: Where's he going to be? |
| 8 | MR. BRAY: I believe he's in -- it doesn't say on |
| 9 | here, but knowing his schedule, I think it's a European trade |
| 10 | show.  14:43:39 |
| 11 | THE COURT: Well, it may be, and I've given the other |
| 12 | side consideration for the trade show, but on the other hand, |
| 13 | your client's the one that brought this lawsuit. He may be |
| 14 | inconvenienced over some of these things. |
| 15 | MR. BRAY: Well, if we can't move it to -- back a few  14:43:51 |
| 16 | weeks to June, I'll give up my vacation, because this was -- my |
| 17 | client gave me his schedule. I said I would make sure the |
| 18 | Court works around it. You know, there's only one week a |
| 19 | month, pretty much, that he's unavailable, and June is |
| 20 | completely open, so --  14:44:08 |
| 21 | THE COURT: What is your schedule if I need to do it |
| 22 | in June? Do I have any time in June? |
| 23 | (Off-the-record discussion between the clerk and the |
| 24 | Court.) |
| 25 | THE COURT: Okay. I can do this in June. I can do  14:44:40 |

UNITED STATES DISTRICT COURT