**DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1 THROUGH 6**

**EXHIBIT I**

# In The Matter Of:

*VIP Products v*
*Jack Daniel's Properties*

*Stephen M. Sacra - 30(b)(6)*
*June 26, 2015*

*Griffin & Associates Court Reporters*
*2398 E. Camelback Road, Suite 260  Phoenix, AZ 85016*
*www.arizonacourtreporters.com*
*602.264.2230*

Original File ss062615.txt
**Min-U-Script® with Word Index**

1    A.    I don't think it's necessary, because what I
2    found is a matter of public record.  So, once again, it's
3    not going to change the statistics that are in here.
4    Q.    So as you sit here today, you do not intend to
5    supplement this report?
6    A.    No, I don't.
7    Q.    I may have asked you this earlier, but can you
8    identify for me the documents upon which you relied in
9    preparing this report?
10           MR. BRAY:  Objection; asked and answered.
11           Answer it again.
12   A.    BY THE WITNESS:  Well, I relied on the very
13   first -- I'm sorry, on Page -- well, as you get further
14   in, when you get into the "Reporting Method" on Page 5, it
15   goes into the "Collection of Data," which is specific --
16   which specifically defines -- and the methodology, which
17   is on Page 6, which explains how I acquired the data,
18   where it was acquired from, and how it was put together
19   and processed.
20           And that was put -- all of the information
21   that was collected was put into this wonderful
22   spreadsheet.
23   Q.    BY MR. CRUM:  And I believe earlier today you
24   indicated that all the information used to prepare this
25   report came from the Internet; is that correct?

1    A.   Yes.
2    Q.   Do you recall any particular website that you
3 visited on the Internet to gather this information?
4    A.   I would say it would be hundreds.  Most
5 specifically, looking at -- so if you want me to go
6 through the process, the first part of my process, which
7 is stated here, I went through and tried to identify the
8 industry.
9          And in identifying the industry -- realizing
10 that I wanted to put in Kentucky bourbon and Tennessee
11 bourbon and whiskey -- I then went and looked for all the
12 different -- you know, looked for information regarding
13 the different houses that contained all of that.
14          And Wikipedia has fairly, you know, updated,
15 knowledgeable information on who the current brand houses
16 are.
17          And then from there, I was able to go to
18 each of the different brand houses' websites and determine
19 what the different brands were, but also reading external
20 information just to try to learn more about any other
21 information I could learn about them.
22    Q.   So it sounds like in your answer you identified
23 at least two groups.  One is Wikipedia and the second is
24 brand house websites.
25    A.   Yes.

Stephen M. Sacra - 30(b)(6) - June 26, 2015

99

1    Q.   Focusing on the brand houses' websites, do you
2   recall any particular brand houses' websites you visited?
3    A.   All the ones that I have listed in my
4   spreadsheet.  So Beam Suntory, Brown Forman, Heaven Hill,
5   Alltech, KBD, Lyxco, and Sazera.
6              And then when finding smaller others to
7   include, those are individual websites based on the brands
8   they sell.
9              And some of these have detailed information.
10  Other ones would lead you into other different brands.
11   Q.   So other than the brand houses' websites you just
12  identified, and Wikipedia, do you recall, sitting here
13  today, any other websites you visited?
14   A.   Google, because Google obviously provides a
15  plethora of information.  And then there's the SGA, I
16  believe, it's called.  It's the historical bottling site.
17             I visited Owens-Illinois.  I visited the Cue
18  website, which is called Cue something.  I can't remember
19  what it's called.
20             SHA dot org.  Society for Historical
21  Archeology.
22   Q.   Are you a member of the SHA?
23   A.   No.
24   Q.   So other than the brand houses' websites, Google,
25  Wikipedia, SHA's website --

100

1    A.   Oh, eBay.  What do you call it?  Shutterfly.
2    Q.   Shutterstock or Shutterfly?
3    A.   Shutterstock.  I'm sorry.  IStock is what I was
4  thinking of.
5    Q.   So you viewed both the Shutterstock and the
6  iStock websites?
7    A.   Yes.
8    Q.   Any other websites?
9    A.   There are others, but most of it was in my
10 process of trying to get representative examples of
11 bottles for comparisons.
12           So trying to find images so that I could
13 review them for the purposes of making a determination of
14 different features that they have.
15           And also so I could look at them side by
16 side, make a spreadsheet of features, and then go through
17 each one of them individually looking for futures no
18 matter how -- whether they were there or not.
19           And after the fact, I took all the
20 information and put it together and just looked at the
21 numbers.
22   Q.   Well, if you can think of any other websites that
23 you visited during the course of our discussion today, can
24 you please just let me know as they come to you?
25   A.   Yes.

101

1     Q.   But sitting here today --
2     A.   Those are the primary sites.
3     Q.   Those are the only ones you can remember sitting
4  here today?
5     A.   I went through the process of going through and
6  typing in Tennessee whiskey, Tennessee bourbon, and
7  there's site after site after site, and you just look at
8  that.  Or you are looking at images and it sends you to a
9  site so you can learn more about it.  There are thousands
10 of those.
11    Q.   But in terms of particular sites that you recall
12 sitting here today --
13    A.   I probably went to -- whatever site hosted any of
14 these bottles, I was on that site, so ...
15              And like I said, each of the -- even when
16 you go to the brand houses, the brand houses have the
17 brands, and then the brands -- a lot of the brands -- some
18 of them have additional sites.  Some of them don't.
19    Q.   Just so you know what I'm getting at.  So my idea
20 or request here is to be able to look at the things you
21 looked at.
22    A.   Oh, absolutely.
23    Q.   And so if you can think of a particular way or
24 identification of a page, please let me know if you can
25 think of it.

102

1          But sitting here today, the particular URLs
2    or domain names that you can think of that you visited are
3    the ones that you listed.  There are no other ones that
4    you know you visited.
5         A.   Yeah, if I know what it is, I will definitely let
6    you know.
7         Q.   But sitting here right now, you have identified
8    the bulk of the ones that you can identify by domain name?
9         A.   Right, because most of them deal with brand
10   houses or brands.
11             So, I mean, when you are trying to just
12   collect information about the specific bottles, I mean,
13   there will be other sites that -- when we get into the
14   history that might -- that might come to mind, but most of
15   the bottle industry is available -- the bottle information
16   was SHA and obviously Cue.  I mean, just flipping through.
17   If I think of another, I will definitely let you know.
18        Q.   I believe you testified earlier, correct me if
19   I'm wrong, but it was your idea and your idea alone to
20   write this report; is that correct?
21        A.   That's correct.
22        Q.   At the trial in this case, do you intend to
23   testify as to everything in this report?
24        A.   Absolutely.
25        Q.   Can you think of anything not in this report in