# DECLARATION OF D. PETER HARVEY IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1 THROUGH 6

# EXHIBIT P

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


VIP PRODUCTS, LLC, an Arizona          )
limited liability company,             )
                                       )
          Plaintiff and Counterdefendant, )
                                       )
          vs.                          ) Case No.
                                       ) 14-cv-02057-PHX-DGC
JACK DANIEL'S PROPERTIES, INC., a      )
Delaware corporation,                  )
                                       )
          Defendant and Counterclaimant. )
_____)




DEPOSITION OF STEPHEN SACRA


Phoenix, Arizona
April 23, 2015
8:52 a.m.




REPORTED BY:
GENE RICHARDS, BA, RMR
Certified Reporter
Certificate No. 50026

PREPARED FOR:
(Original)
DISTRICT COURT



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 236

1     Q.   Are you aware of anyplace where your product and
2  any product bearing the Jack Daniel's marks are sold
3  together?
4     A.   No.
5     Q.   Are you aware of any websites where you can buy
6  those?
7     A.   No.
8     Q.   Have you ever done anything to investigate that?
9     A.   I have not.
10     Q.   What's our next in the order?  Let's mark as
11  Exhibit 64, the pages that I downloaded recently from the
12  websites at Boozin' Gear; boozingear.com.
13          (Exhibit No. 64 marked for identification.)
14     Q.   BY MR. LARKIN:   Mr. Sacra, have you ever seen the
15  website at boozingear.com?
16     A.   Not at all.
17     Q.   Boozin' Gear Inc. is identified as one of VIP's
18  customers, on what we marked as Exhibit 63.  Is that
19  correct?
20     A.   Yes, it's line two.  Exhibit 63.
21     Q.   It's the second customer.  7/14/2014, Boozin'
22  Gear Inc., Jeff Eichelberger.
23     A.   Um hum.
24     Q.   So Boozin' Gear is one of VIP's customers,
25  correct?



Stephen Sacra VIP Products, LLC v. Jack Daniel's Properties, Inc.    4/23/2015

Page 237

1      A.    According to these two.  According to this sales

2  document, yes.

3      Q.    Look at the third, fourth, fifth, and sixth pages

4  of Exhibit 64.  Jack Daniel's T-shirts and merchandise?

5      A.    Okay.

6      Q.    Have you ever seen any of those products before

7  today?

8      A.    No.

9      Q.    Look at the next page in Exhibit 64, which is

10  captioned "Beer and Liquor Dog Toys."  Do you see that?

11      A.    Yes, I do.

12      Q.    There the Bad Spaniels toy appears on that page.

13  Correct?

14      A.    That is correct.

15      Q.    And, in fact, I think most of the rest, if not

16  all of the rest, of the Silly Squeakers line is depicted

17  on that page.  Correct?

18      A.    That is correct.  Seagrrrms Plush squeak dog toy.

19  Someone beat us to vodka.

20      Q.    Got to move quickly in this business.

21      A.    I haven't seen that.

22      Q.    Have you ever provided any text or descriptions

23  to websites to describe the Bad Spaniels toy or any other

24  toy in the Silly Squeakers line?

25      A.    No.

