QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
         Isaac.Crum@quarles.com

HARVEY & COMPANY
D. Peter Harvey
Four Embarcadero Center, 14th Floor
San Francisco, CA  94111
Tel:  415-926-7776
Fax: 415-402-0058
Email: pharvey@harvey.law

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**CERTIFICATE OF COUNSEL** |

1

Counsel for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("Jack Daniel's") hereby certifies that counsel conferred with opposing counsel in an effort to resolve the issues raised in the six motions *in limine* filed concurrently herewith. (Dkt. Nos. 191–196.) Counsel have scheduled a further conversation on this topic next week, at which time it is possible that one or more of the motions may become moot. Should that prove to be the case, undersigned counsel will advise the court immediately.

Dated: July 14, 2017                        Respectfully submitted,

                                             */s/ Isaac S. Crum*
                                             Gregory P. Sitrick (AZ Bar #028756)
                                             Gregory.Sitrick@quarles.com
                                             Isaac S. Crum (AZ Bar #026510)
                                             Isaac.Crum@quarles.com
                                             Quarles & Brady LLP
                                             One Renaissance Square,
                                             Two North Central Avenue
                                             Phoenix, AZ 85004
                                             Telephone (602) 229-5200
                                             Fax (602) 229-5690

                                             D. Peter Harvey (admitted *pro hac vice*)
                                             HARVEY & COMPANY
                                             Four Embarcadero Center, 14th Floor
                                             San Francisco, CA 94111
                                             Tel: 415-926-7776
                                             Fax: 415-402-0058
                                             Email: pharvey@harvey.law

                                             *Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum