*Firm* E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**DECLARATION OF DAVID G. BRAY IN SUPPORT OF VIP'S RESPONSES TO DEFENDANT'S MOTIONS IN LIMINE** |
| Jack Daniel's Properties Inc., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>Counterdefendant. | |

DAVID G. BRAY, hereby states under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in Arizona. I am a member of the law firm of Dickinson Wright PLLC, based in its Phoenix, Arizona office. We are the attorneys of record for plaintiff, VIP Products, LLC ("VIP" or "Plaintiff") in this matter. I state the following of my own knowledge and, if called upon to do so, could and would testify competently to the following.

2. In Counsel for Defendant Jack Daniel's Properties Inc.'s Certificate of Counsel (Doc. 198), he "certifies that counsel conferred with opposing counsel in an effort to resolve the issues raised in the six motions in limine filed concurrently herewith." *Id.*

3. After business hours on Friday July 14, 2017, while I was getting ready to leave town to spend time with out of state family the following week, I received a call on my mobile phone from JDPI's counsel at 5:31 p.m. Because I was in the midst of hurried packing and I did not have time to talk, we did not discuss JDPI's motions in limine on any substantive level; we did not discuss the motions in limine to exclude Stephen Nowlis and Bruce Silverman at all. Rather I told JDPI's counsel I was not available to discuss the motions until Monday, July 17, 2017.

4. On June 18, 2015, Counsel for VIP took the deposition of JDPI's expert, Itamar Simonson. True and correct copies of the cover page and of pages 92-102 of the transcript, which accurately reflect the questions asked and answers given during those portions of the deposition, are attached as Exhibit A.

5. On July 16, 2015, Counsel for VIP took the deposition of JDPI's designated 30(b)(6) witness, Christopher Hungerford. True and correct copies of the cover page and of pages 54-55 and 128-129 of the transcript, which accurately reflect the questions asked and answers given during those portions of the deposition, are attached as Exhibit B.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the State of New York this 20th day of July, 2017.

_____
DAVID G. BRAY

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/Christine Klepacki*

PHOENIX 53913-11 383721v1

3