# Exhibit B

Christopher Hungerford - July 16, 2015

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

VIP PRODUCTS, L.L.C., an Arizona )
limited liability company )
)
   Plaintiff and Counterdefendant; )
)
            vs. ) No. 2:14-cv-02057-DGC
)
JACK DANIEL'S PROPERTIES, INC., a )
Delaware corporation, )
)
   Defendant and Counterclaimant. )
_____ )

DEPOSITION OF CHRISTOPHER HUNGERFORD

July 16, 2015

Prepared by:

GINA M. PINTOZZI-GOREY, RPR
KY-CCR #24574673

Coash & Coash, Inc.
602-258-1440          www.coashandcoash.com

```
 1        Q.    What experience do you have,
 2  Mr. Hungerford, evaluating how product bottle design
 3  impacts effectiveness of retail displays of the
 4  product?
 5        A.    Only on-the-job training.
 6        Q.    Okay.  And can you describe for me what
 7  that is?
 8        A.    Sure.
 9              The training I referred to is more about
10  experience.  So if you dial back to 2005 when I was
11  working as the associate sales promotions manager, I
12  spent a lot of time with our field personnel working
13  in retail stores with retailers regarding
14  merchandise displays, freestanding displays, bottle
15  imagery, that kind of stuff.
16        Q.    Have you participated or reviewed --
17  strike that.
18              Do you know whether Brown-Forman has
19  conducted any focus groups to study the
20  effectiveness of a label on a round bottle as
21  opposed to a label on a square bottle?
22              MR. LARKIN:  Objection to form.  What do
23  you mean by "effectiveness"?
24              MR. BRAY:  Well, whether the consumer
25  finds one label more compelling for whatever reason.
```

```
 1       A.      We have done studies with the evolution
 2  bottle to say, "Which one is more appealing to you?"
 3  BY MR. BRAY:
 4       Q.      Okay.  And that -- and, again, Chris,
 5  stop me if I go to any level of detail that you're
 6  concerned about with Mr. Sacra being here.
 7               There were PowerPoints produced that
 8  talked about focus groups with regards to the
 9  evolution bottle and the various options that were
10  considered.
11               Is that what you're referring to?
12       A.      Yes.
13       Q.      Okay.  Other than that, have you been
14  involved in any studies at Brown-Forman where
15  Brown-Forman has studied whether a label is more or
16  less legible or compelling to a consumer on a square
17  bottle as opposed to a round bottle or oval bottle?
18       A.      No.
19       Q.      Other than your role in -- well, strike
20  that.
21               Let me back up, and you tell me what
22  your role was, because you held two positions and
23  the process continued over a number of years.
24               Describe for me generally, in your
25  words, what your role was at Brown-Forman vis-à-vis
```

1       A.    I have.
2       Q.    Would you have any problem giving a
3  squeaky dog toy to your dog?
4       A.    I would not get my dog a squeaky dog
5  toy.
6       Q.    Because of the noise?
7       A.    Because of the noise.
8       Q.    Would you have any problem giving the
9  Bad Spaniel's product -- but for the noise issue,
10 would you have any problem giving the Bad Spaniel's
11 toy to a dog out of concern that it might be filled
12 with poo or excrement?
13            MR. LARKIN:  Objection to form.  Go
14 ahead.  And also it lacks foundation.  It's a
15 hypothetical question.  If you can answer, go ahead.
16      A.    I would never come up with a poo issue.
17 BY MR. BRAY:
18      Q.    Okay.  And based on your experience and
19 particular experience using focus groups as part of
20 the evolution bottle redesign, do you agree that a
21 focus group could be useful to gauge consumer
22 reactions to the Bad Spaniel's toy?
23      A.    Potentially.  Depends on your
24 methodology.
25      Q.    Okay.  And you're not an expert in focus

```
 1   group methodology?
 2        A.    I am not an expert in methodology.
 3        Q.    Whatever methodology the focus groups
 4   used that were discussed in the Attorneys' Eyes Only
 5   documents earlier, you didn't have a problem with
 6   that methodology?
 7        A.    No.
 8        Q.    You thought the focus groups were
 9   valuable?
10        A.    Yes.
11        Q.    And they were valuable to gauge --
12        A.    Yes.
13        Q.    -- emotional reactions of consumers by
14   potential changes to products?
15        A.    Sure.
16        Q.    Does seeing this product make you think
17   that Jack Daniel's product is somehow associated
18   with poo or excrement?
19              MR. LARKIN:  Objection to form.  If you
20   can understand the question, go ahead.
21        A.    I don't know why I would ever think that
22   because I know it's not our product.
23   BY MR. BRAY:
24        Q.    Okay.
25        A.    I didn't know anything about excrement
```