Exhibit A

## Exhibit A – Stipulations and Undisputed Facts and Law

The following facts are admitted by the Parties and require no proof:

| No. | Facts |
|---|---|
| 1. | Mr. Sacra believes that he got the inspiration for the Bad Spaniels toy by having dinner in a bar.  Larkin Decl. Ex. 2 ("Sacra Tr.") 78:14–79:3, 81:18–25. |
| 2. | USPTO Registration Nos. 2,789,278; 1,923,981; 582,789; 42,663; 4,372,885; 4,481,424; 4,478,408; 4,526,056; 4,481,425; 4,354,330; 4,491,564; 3,055,481; and 2,867,158, are all current, subsisting, registered United States Trademarks owned by Defendant, Jack Daniel's Properties, Inc. |
| 3. | Defendant Jack Daniel's Properties, Inc. never consented to give Plaintiff, VIP Products, LLC license to use any of the following trademarks (or to use similar trademarks): USPTO Registration Nos. 2,789,278; 1,923,981; 582,789; 42,663; 4,372,885; 4,481,424; 4,478,408; 4,526,056; 4,481,425; 4,354,330; 4,491,564; 3,055,481; and 2,867,158. |
| 4. | Defendant Jack Daniel's Properties, Inc. never consented to give Plaintiff, VIP Products, LLC license to use the Jack Daniel's Trade Dress or to use similar trade dress. |
| 5. | VIP is an Arizona limited liability company in Phoenix, Arizona. |
| 6. | VIP is engaged primarily in the business of designing, manufacturing, marketing and selling chew toys for dogs. |
| 7. | VIP dog chew toys include the "SILLY SQUEAKERS" line of durable rubber squeaky novelty dog toys. |
| 8. | The SILLY SQUEAKERS® line of dog toys includes the SILLY SQUEAKERS® Bad Spaniels Dog Toy, which is depicted below: |

| | |
|---|---|
| 9. | JDPI has never licensed any of its marks for use on a pet toy. |
| 10. | JDPI has no plans to license any of its marks for use on a pet toy. |
| 11. | JDPI has never received any communication from any consumer expressing any confusion as to whether or not JDPI and/or Jack Daniel's was the source of the SILLY SQUEAKERS® "Bad Spaniel's" Dog Toy. |
| 12. | Jack Daniel's whiskey is not sold in pet specialty retailers (e.g., Petco, PetSmart, Pet Value, Pet Supplies "Plus", Global Pet Foods, Pet Supermarket, Petland, Petland Discounts, Unleashed by Petco, Petsense, Mondou, Pet Planet, Pet Food Express, Bosleys Pet Food Plus, Woof Gang Bakery, Pet Club, Pet Depot, Jack's Pets, Mud Bay Granary, Chuck and Don's Pet Food, Pet Pros, Concord Pets, Kahoots Pet Store, Krisers, Pet People or any other retailer which generates the majority of its revenue from the sale of pet products, pet supplies, and pet services). |
| 13. | Jack Daniel's Old No. 7 Tennessee whiskey has been sold for over 100 years. |

# Exhibit B

## Exhibit B – JDPI Exhibits

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|---------------------|--------------|---------------|---------|----------------------|
| 001 | Phillips Notice of Deposition and Subpoena | NA | 1 | Phillips | |
| 002 | Archived web site page of VIP Products | NA | 2 | Phillips | |
| 003 | Elle Phillips' LinkedIn page | NA | 3 | Phillips | |
| 004 | VIP Products product catalog | VIP00056-119 | 4 | Phillips | |
| 005 | One-page photograph of VIP Products product catalog | NA | 5 | Phillips | |
| 006 | Photograph of Silly Squeaker bottle toys | NA | 6 | Phillips | |
| 007 | Photograph of Silly Squeaker wine bottle toys | NA | 7 | Phillips | |
| 008 | One-page photograph of Tuffzilla product | NA | 8 | Phillips | |
| 009 | Sketch of Bad Spaniels label; e-mail from Elle Phillips dated June 10, 2013 | VIP00001, ELLE0021 | 9 | Phillips | |
| 010 | E-mail dated June 11, 2013 from Elle Phillips with attached label | VIP00004-5 | 10 | Phillips | |
| 011 | Source image file for Bad Spaniels label | ELLE0007 | 11 | Phillips | |
| 012 | E-mail from Elle Phillips dated June 11, 2013 with attached Bad Spaniels label | VIP00008-9 | 12 | Phillips | |
| 013 | Service invoice from Elle Phillips Design dated June 17, 2013 | ELLE0026 | 13 | Phillips | |
| 014 | E-mail from Stephen Sacra dated November 22, 2013 | VIP00010 | 14 | Phillips | |
| 015 | E-mail from Elle Phillips dated November 22, 2013 with neck and bottle cap labels | VIP00011-14 | 15 | Phillips | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 016 | Service invoice from Elle Phillips Design dated November 25, 2013 | ELLE0027 | 16 | Phillips | |
| 017 | E-mail from Stephen Sacra dated November 27, 2013, with attached pictures of bottles | VIP00015-16 | 17 | Phillips | |
| 018 | E-mail from David dated December 17, 2013, with attached picture of Dos Perros bottle | VIP00024-25 | 18 | Phillips | |
| 019 | E-mail from Stephen Sacra dated December 18, 2013, with attached picture of Dos Perros bottle | VIP00027-28 | 19 | Phillips | |
| 020 | E-mail from Stephen Sacra dated February 23, 2014, with attached picture of Bad Spaniels bottle | VIP00034-35 | 20 | Phillips | |
| 021 | E-mail from Elle Phillips dated February 24, 2014 | VIP00036 | 21 | Phillips | |
| 022 | Three photographs of bottle with Bad Spaniels label | VIP00003, 06-07 | 22 | Phillips | |
| 023 | 36 photographs of Bad Spaniels bottle | ELLE0032-67 | 23 · | Phillips | |
| 024 | E-mail from Elle Phillips dated March 17, 2014 with attached photographs of Bad Spaniels packaging | VIP00037-38 | 24 | Phillips | |
| 025 | E-mails between Stephen Sacra and Elle Phillips dated March 17, 2014 | ELLE0019-20 | 25 | Phillips | |
| 026 | E-mail from Elle Phillips dated March 17, 2014, with attached photographs of packaging | VIP00040-42 | 26 | Phillips | |
| 027 | E-mail from David Bai dated March 22, 2014 | VIP00043 | 27 | Phillips | |
| 028 | Photograph of seven Bad Spaniels bottles | VIP00044 | 28 | Phillips | |
| 029 | E-mail from Stephen Sacra dated March 18, 2014 | VIP00048 | 29 | Phillips | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 030 | E-mail from Elle Phillips dated March 18, 2014 with attached finalized, print-ready artwork | VIP00049-54 | 30 | Phillips | |
| 031 | Service invoice from Elle Phillips Design dated March 24, 2014 | ELLE0028 | 31 | Phillips | |
| 032 | E-mails between Elle Phillips and Lisa Carpenter | ELLE0012-16 | 32 | Phillips | |
| 033 | E-mails between Wendy Sacra and Elle Phillips dated July and August 2014 | ELLE0023-24 | 33 | Phillips | |
| 034 | E-mail from Wendy Sacra to Elle Phillips dated September 2nd, 2014, requesting hi res images of toys | | 34 | Phillips | |
| 035 | E-mail from Wendy Sacra to Elle Phillips dated November 28, 2014, requesting creation of sell sheets for two new Silly Squeaker liquor bottles | | 35 | Phillips | |
| 036 | Sell sheet for Silly Squeaker toys | | 36 | Phillips | |
| 037 | Sell sheet for Bad Spaniels toy | | 37 | Phillips | |
| 038 | Sell sheet for Bad Spaniels toy | ELLE0078 | 38 | Phillips | |
| 039 | Sell sheet for Bad Spaniels toy | ELLE0075 | 39 | Phillips | |
| 040 | Web site page for Bad Spaniels toy | VIP00121-122 | 40 | Phillips | |
| 041 | Photograph of Bad Spaniels bottle on a bar | ELLE0005 | 41 | Phillips | |
| 042 | Photograph of Bad Spaniels bottle on a bar | VIP00093 | 42 | Phillips | |
| 043 | The Coffee Shop article on Elle Phillips' Web site | | 43 | Phillips | |
| 044 | Photographs of Pepsi bottle and box design | | 44 | Phillips | |
| 045 | Notice of Deposition of Stephen Sacra | | 45 | Sacra | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 046 | 6-10-13 E-mail from Stephen Sacra to Elle Phillips. | ELLE0021, VIP00001 | 46 | Sacra | |
| 047 | 11-27-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00015-20 | 47 | Sacra | |
| 048 | 12-15-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00021 | 48 | Sacra | |
| 049 | 12-15-13 E-mail from David to Stephen Sacra | VIP00022 | 49 | Sacra | |
| 050 | 12-16-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00023 | 50 | Sacra | |
| 051 | 12-18-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00026 | 51 | Sacra | |
| 052 | 2-14-14 E-mail from David to Stephen Sacra | VIP00029 | 52 | Sacra | |
| 053 | 2-17-14 E-mail from David to Stephen Sacra | VIP00030 | 53 | Sacra | |
| 054 | 2-18-14 E-mail from Stephen Sacra to david@flyingpony.com | VIP00031 | 54 | Sacra | |
| 055 | 2-18-14 E-mail from Stephen Sacra to Lisa Carpenter | VIP00032 | 55 | Sacra | |
| 056 | 2-19-14 E-mail from David to Stephen Sacra | VIP00033, VIP00044 | 56 | Sacra | |
| 057 | 3-18-14 E-mail from 6024303020@pm.sprint.com | VIP00045-47 | 57 | Sacra | |
| 058 | 4-18-15 computer screen shot: "Silly Squeaker Liquor Bottle Jose the Perro - Liquor Bottles - VIP Products" | | 58 | Sacra | |
| 059 | Picture of infringing product | VIP00054 | 59 | Sacra | |
| 060 | Picture of front and back of hang tag of infringing product | | 60 | Sacra | |
| 061 | Complaint | | 61 | Sacra | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 062 | Plaintiff and Counterdefendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Interrogatories | | 62 | Sacra | |
| 063 | Pages reflecting all sales of the Bad Spaniels toy from July 9th, 2014, up until January 29th, 2015 | VIP00123-130 | 63 | Sacra | |
| 064 | 4-15-15 computer screen shot: "Beer Shirts & T-Shirts / Officially Licensed Beer Gear, Hats, Clothing, and Bar Merchandise from Beer and Liquor Brands." | | 64 | Sacra | |
| 065 | 4-17-15 computer screen shot: "Shop Beer & 24 Liquor Merchandise / WearYourBeer.com." | | 65 | Sacra | |
| 066 | 4-17-15 computer screen shot: "Pet Supplies: Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy: Amazon.com." | | 66 | Sacra | |
| 067 | 9-5-14 letter from Rachelle Andrews to VIP Products. | VIP00133-134 | 67 | Sacra | |
| 068 | 2015 "Vip Products Product Catalog." | | 68 | Sacra | |
| 069 | Picture of Whiskey Bottles | | 69 | Sacra | |
| 070 | Plaintiff and Counterdefendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Requests For Production of Documents and Things | | 70 | Sacra | |
| 071 | Howard Notice of Deposition | | 71 | Howard | Relevance 401 |
| 072 | Howard Subpoena Duces Tecum: Responsive Documents Log | | 72 | Howard | Relevance 401 |
| 073 | Howard Expert Report | | 73 | Howard | Hearsay Relevance 401 |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 074 | Pages from the KDA Industrial Design Consultants Website | | 74 | Howard | Relevance 401 |
| 075 | List of KDA Clients from website | | 75 | Howard | Relevance 401 |
| 076 | Page from KDA Website | | 76 | Howard | |
| 077 | Sacra Report | | 53 | Howard | |
| 078 | U.S. Design Patent No. 263,373 | | 77 | Howard | |
| 079 | Email string from D. Bray to J. Howard dated May 11, 2015 | | 78 | Howard | Relevance 401 |
| 080 | Jack Daniel's Global Strategy Highlights for BF 150 (AEO) | | 79 | Howard | Relevance 401 |
| 081 | March 2010 Package Evaluation, Summary Report (AEO) | JDPI-CON_235-278 | 80 | Howard | Relevance 401 |
| 082 | A Qualitative Exploratory of New Package Structures for Jack Daniel's Whiskey (AEO) | | 81 | Howard | Relevance 401 |
| 083 | Jack Daniel's Identity Deconstruction (AEO) | JDPI-CON279-311 | 82 | Howard | Relevance 401 |
| 084 | Packaging Assessment Jack Daniel's Tennessee Whiskey (AEO) | JDPI-CON_134-234 | 83 | Howard | Relevance 401 |
| 085 | Drawing by Howard | | 84 | Howard | Relevance 401 |
| 086 | ?? | JDPI-CON_263-281 | 85 | Howard | Relevance 401 |
| 087 | Printout of Jack Daniel's ad from website | | 86 | | |
| 088 | Collection of Jack Daniel's ads | Various | 87 | | |
| 089 | Handwritten list of bottles of bourbon and photos | | 88 | | Relevance 401 |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 090 | Notice of Deposition of Wolinsky and Subpoena | | 89 | Wolinsky | Relevance 401 |
| 091 | Wolinsky Subpoena Documents Log and produced documents | | 90 | Wolinsky | |
| 092 | Jack Daniel's Global Strategy Highlights for BF 150 (AEO) | JDPI-CON00001-0033 | 91 | Wolinsky | |
| 093 | A Qualitative Exploratory of New Package Structures for Jack Daniel's Whiskey (AEO) | JDPI-CON000034-78 | 92 | Wolinsky | |
| 094 | Jack Daniel's look and feel qualitative research report | JDPI-CON000079-133 | 93 | Wolinsky | |
| 095 | Packaging Assessment Jack Daniel's Tennessee Whiskey (AEO) | JDPI-CON_134-234 | 94 | Wolinsky | |
| 096 | Confidential Settlement Agreement | JDPI-CON000312-328 | 95 | Wolinsky | |
| 097 | Wolinsky Expert Report | WOL0001-24 | 96 | Wolinsky | Relevance 401 |
| 098 | Picture of the Bad Spaniel's Toy | | 97 | Wolinsky | |
| 099 | JDPI Answer and Counterclaims | | 98 | Wolinsky | |
| 100 | Print outs from websites showing distilleries by state | VIP000343-377 | 99 | Wolinsky | |
| 101 | Silverman Notice of Deposition | | 100 | Silverman | |
| 102 | Silverman Responsive Document Log | | 101 | Silverman | |
| 103 | Silverman Produced documents | | 102 | Silverman | |
| 104 | Silverman Website | | 103 | Silverman | |
| 105 | Silverman Expert Rebuttal Report | | 104 | Silverman | |
| 106 | Excerpt from Advertising and Promotion Book | | 105 | Silverman | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 107 | Notice of Deposition of Nowlis | | 105 | Nowlis | |
| 108 | Nowlis Responsive Document Log | | 106 | Nowlis | |
| 109 | Documents Produced | NOW0031-342 | 107 | Nowlis | |
| 110 | Nowlis Report | | | Nowlis | |
| 111 | Nowlis Declaration in Apple Case | | 108 | Nowlis | |
| 112 | Nowlis Deposition in Apple Case | | 109 | Nowlis | |
| 113 | Telebrands Expert Rebuttal Report | | 110 | Nowlis | |
| 114 | Bowe Expert Report | | 111 | Nowlis | |
| 115 | Bowe Supplemental Expert Report | | 112 | Nowlis | |
| 116 | Ford Declaration and Expert Report | | 113 | Nowlis | |
| 117 | VIP Notice of Deposition | | 1 | VIP | |
| 118 | Summary of Results for Bottles and Shapes | | 2 | VIP | |
| 119 | VIP's Response to Second Set of Interrogatories | | 3 | VIP | |
| 120 | USPTO Bottle Registration 4,106,178 | | 4 | VIP | |
| 121 | Index of bottles | | 5 | VIP | |
| 122 | Answer and Counterclaims of JDPI | | 6 | VIP | |
| 123 | VIP's Response to Second Set of RFPs | | 7 | VIP | |
| 124 | Brand Chart | SAC00064-69 | 8 | VIP | |
| 125 | Google Page of Dickel Whiskey | | 9 | VIP | |
| 126 | File History for Bottle Registration 4,106,178 | JDPI3144-3210 | NA | NA | |
| 127 | USPTO Registration No. 2,789,278 | | NA | NA | |
| 128 | File History for USPTO Registration No. 2,789,278 | | NA | NA | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 129 | USPTO Registration No. 1,923,981 | | NA | NA | |
| 130 | File History for USPTO Registration No. 1,923,981 | | NA | NA | |
| 131 | USPTO Registration No. 582,789 | | NA | NA | |
| 132 | File History for USPTO Registration No. 582,789 | | NA | NA | |
| 133 | USPTO Registration No. 42,663 | | NA | NA | |
| 134 | File History for USPTO Registration No. 42,663 | | NA | NA | |
| 135 | USPTO Registration No. 4,372,885 | | NA | NA | |
| 136 | File History for USPTO Registration No. 4,372,885 | | NA | NA | |
| 137 | USPTO Registration No. 4,481,424 | | NA | NA | |
| 138 | File History for USPTO Registration No. 4,481,424 | | NA | NA | |
| 139 | USPTO Registration No. 4,478,408 | | NA | NA | |
| 140 | File History for USPTO Registration No. 4,478,408 | | NA | NA | |
| 141 | USPTO Registration No. 4,526,056 | | NA | NA | |
| 142 | File History for USPTO Registration No. 4,526,056 | | NA | NA | |
| 143 | USPTO Registration No. 4,481,425 | | NA | NA | |
| 144 | File History for USPTO Registration No. 4,481,425 | | NA | NA | |
| 145 | USPTO Registration No. 4,354,330 | | NA | NA | |
| 146 | File History for USPTO Registration No. 4,354,330 | | NA | NA | |
| 147 | USPTO Registration No. 4,491,564 | | NA | NA | |
| 148 | File History for USPTO Registration No. 4,491,564 | | NA | NA | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 149 | USPTO Registration No. 3,055,481 | | NA | NA | |
| 150 | File History for USPTO Registration No. 3,055,481 | | NA | NA | |
| 151 | USPTO Registration No. 2,867,158 | | NA | NA | |
| 152 | File History for USPTO Registration No. 2,867,158 | | NA | NA | |
| 153 | High Quality Images of bottle in-store advertising | JDPI000253-258 | NA | NA | |
| 154 | High Quality Images of bottle advertising | Various | NA | NA | |
| 155 | Television Ads for bottle | CD - Exhibit 3 to Epps Decl. | NA | NA | |
| 156 | Billboard Advertising | JDPI00269-273, 453-474 | NA | NA | |
| 157 | Film Advertising | CD - Exhibit 5 to Epps Decl. | NA | NA | |
| 158 | TV Advertising | CD - Exhibit 6 to Epps Decl. | NA | NA | |
| 159 | Celebrity Advertising | CD - Exhibit 7 to Epps Decl. | NA | NA | |
| 160 | Online Advertising | JDPI427-429 | NA | NA | |
| 161 | Social Media Advertising | JDPI438-450 | NA | NA | |
| 162 | History of Brand | JDPI504-505 | NA | NA | |
| 163 | History of Bottle(s) | JDPI3755-3761 | NA | NA | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|-------------------|--------------|---------------|---------|---------------------|
| 164 | Historical Label under the Federal Alcohol Admin. Act | JDPI4261-4264 | NA | NA | |
| 165 | Historical 1956 advertisement | JDPI4242-4243 | NA | NA | |
| 166 | High quality new ads of new bottle | JDPI000148-150 | NA | NA | |
| 167 | Depiction of various bottles of bourbon/whiskey | JDPI000451 | NA | NA | |
| 168 | Images of historical and recent ads | Exhibit 5 to Dkt 145 | NA | NA | |
| 169 | Feature piece in magazine | Exhibit 7 to Dkt 145 | NA | NA | |
| 170 | Physical Jack Daniel's Bottle | Exhibit 8 to Dkt 145 | NA | NA | |
| 171 | Collection of ads (mostly playboy) | Exhibit 2 to Dkt 145 | NA | NA | |
| 172 | VIP Catalog | Exhibit 1 to Dkt 145 | NA | NA | |

## VIP Exhibits

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 173 | Notice of Deposition | | Exhibit 1 | Simonson | |
| 174 | Subpoena to Testify | | Exhibit 2 | Simonson | |
| 175 | Color copies of Bad Spaniels | | Exhibit 4 | Simonson | |
| 176 | Color copy of Jack Daniel's Old No. 7 | | Exhibit 5 | Simonson | |
| 177 | Color copies of Jack Daniel's The Whiskey Family | | Exhibit 6 | Simonson | |
| 178 | Color copy of Jack Daniel's Single Barrel | | Exhibit 7 | Simonson | |
| 179 | Color copy of Jack Daniel's Gentlemen Jack | | Exhibit 8 | Simonson | |
| 180 | Color copy of Jack Daniel's Tennessee Honey | | Exhibit 9 | Simonson | |
| 181 | Color copy of Jack Daniel's Tennessee Fire | | Exhibit 10 | Simonson | |
| 182 | Color copy of Jack Daniel's Silver Select Single Barrel | | Exhibit 11 | Simonson | |
| 183 | Color copy of Jack Daniel's Winter Jack | | Exhibit 12 | Simonson | |
| 184 | Color copy of Jack Daniel's Sinatra Select | | Exhibit 13 | Simonson | |
| 185 | Color copy of Jack Daniel's Tennessee Whiskey Green Label | | Exhibit 14 | Simonson | |
| 186 | Color copy of Jack Daniel's No. 27 Gold Tennessee Whiskey | | Exhibit 15 | Simonson | |
| 187 | Color copies of Jack Daniel's Product as a group and individually | | Exhibit 16 | Simonson | |
| 188 | Email correspondence between Seyfarth Shaw and Dr. Simonson | | Exhibit 17 | Simonson | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|-------------------|--------------|---------------|---------|---------------------|
| 189 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000001-55 | Exhibit 18 | Simonson | |
| 190 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000092-139 | Exhibit 19 | Simonson | |
| 191 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000140-207 | Exhibit 20 | Simonson | |
| 192 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000056-88 | Exhibit 21 | Simonson | |
| 193 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000089-91 | Exhibit 22 | Simonson | |
| 194 | Journal of Public Policy & Marketing article titled "Trademark Dilution: Empirical Measures for Elusive Concept" by Maureen Morrin and Jacob Jacoby | Bates IS000193-205 | Exhibit 23 | Simonson | |
| 195 | Excerpt from The Trademark Reporter Vol. 91 TMR, pages 1013-1070 | | Exhibit 24 | Simonson | |
| 196 | Journal of Marketing article titled "Brand Dilution: When Do New Brands Hurt Existing Brands?" by Chris Pullig, J. Simmons, Richard G. Netemeyer | | Exhibit 25 | Simonson | |
| 197 | Section 43 [15 USC Section 1125] The Lanham Act False designations of origin, false descriptions, and dilution forbidden | | Exhibit 26 | Simonson | |
| 198 | Journal of Marketing article titled "Diluting Brand Beliefs: When Do Brands Extensions Have a Negative Impact?" by Barbara Loken and Deborah Roedder John | | Exhibit 27 | Simonson | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 199 | Journal of Marketing article titled "The Negative Impact of Extensions: Can Flagship Products be Diluted?" by Deborah Roedder John, Barbara Loken, Christopher Joiner | | Exhibit 28 | Simonson | |
| 200 | Dr. Simonson's time spent on case | | Exhibit 29 | Simonson | |
| 201 | Dr. Simonson's invoices | | Exhibit 30 | Simonson | |
| 202 | Journal of Risk & Uncertainty article titled "The disgust-promotes-disposal effect" by Seunghee Han, Jennifer S. Lerner, Richard Zeckhauser | | Exhibit 31 | Simonson | |
| 203 | Journal of Consumer Psychology article titled "Feelings and Consumer Decision Making: The Appraisal-Tendency Framework" by Seunghee Han, Jennifer S. Lerner, Dacher Keltner | | Exhibit 32 | Simonson | |
| 204 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 33 | Simonson | |
| 205 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 34 | Simonson | |
| 206 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 35 | Simonson | |
| 207 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 36 | Simonson | |
| 208 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 37 | Simonson | |
| 209 | Deposition of Stephen Sacra | | Exhibit 38 | Simonson | |
| 210 | Bad Spaniels Dog Toy (picture) | | Exhibit 4 | Gooder | |
| 211 | Jack Daniel's Old No. 7 Bottle (picture) | | Exhibit 5 | Gooder | |
| 212 | "Whiskey Family" (picture) Jack Daniel's website | | Exhibit 6 | Gooder | |
| 213 | Single Barrel | | Exhibit 7 | Gooder | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 214 | Gentleman Jack | | Exhibit 8 | Gooder | |
| 215 | Tennessee Honey | | Exhibit 9 | Gooder | |
| 216 | Tennessee Fire | | Exhibit 10 | Gooder | |
| 217 | Silver Select Single Barrel | | Exhibit 11 | Gooder | |
| 218 | Winter Jack | | Exhibit 12 | Gooder | |
| 219 | Sinatra Select | | Exhibit 13 | Gooder | |
| 220 | Green Label Brand | | Exhibit 14 | Gooder | |
| 221 | No. 27 Gold Whiskey | | Exhibit 15 | Gooder | |
| 222 | Summary Whiskey Bottles | | Exhibit 16 | Gooder | |
| 223 | Jack Daniel's Ad "Serving Fine Establishments and Questionable Joints" | | Exhibit 33 | Gooder | |
| 224 | Jack Daniel's Ad "Not All Men Fear Commitment" | | Exhibit 35 | Gooder | |
| 225 | Initial Disclosures of Defendant and Counterclaimant Jack Daniel's Properties, Inc. | | Exhibit 39 | Gooder | |
| 226 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. | | Exhibit 40 | Gooder | |
| 227 | Bad spaniels Control Cell (picture) | | Exhibit 41 | Gooder | |
| 228 | TESS cancelled registration | | Exhibit 42 | Gooder | |
| 229 | Target Men's Tees Ad | | Exhibit 44 | Gooder | |
| 230 | Guns N Roses T-shirt (picture) | | Exhibit 45 | Gooder | |
| 231 | Confidential Portion | | Exhibit 16 | Hungerford | |
| 232 | Hand-Drawn Organizational Chart | | Exhibit 46 | Hungerford | |
| 233 | Rule 26(A)(2)(C) Disclosure of Defendant and Counterclaimant Jack Daniel's Properties, Inc. | | Exhibit 47 | Hungerford | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 234 | Defendant and Counterclaim of Jack Daniel's Properties, Inc.'s Response to Plaintiff and First Set of Interrogatories | | Exhibit 48 | Hungerford | |
| 235 | Illinois Glass Company Catalog, 1906 | | Exhibit 49 | Hungerford | |
| 236 | Confidential Portion | | Exhibit 50 | Hungerford | |
| 237 | Confidential Portion | | Exhibit 51 | Hungerford | |
| 238 | Report by Mr. Sacra | | Exhibit 53 | Hungerford | |
| 239 | Photos of Jack Daniel's Bottles | | Exhibit 16 | Hungerford | |
| 240 | Jack Daniel's Global Strategy PowerPoint | | Exhibit 50 | Hungerford | |
| 241 | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle | | Exhibit 51 | Hungerford | |
| 242 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. | | Exhibit 40 | Taylor | |
| 243 | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle | | Exhibit 51 | Taylor | |
| 244 | Disclosures of Jack Daniel's Properties, Inc. | | Exhibit 54 | Taylor | |
| 245 | Owens-Illinois Production Regarding Breakage Issue | | Exhibit 55 | Taylor | |
| 246 | Two-hour Internet Search Results | | Exhibit 58 | Roush | |
| 247 | Photo Sweet Revenge Bottle | | Exhibit 56 | Epps | |
| 248 | Advertisements of Jack Daniel's | | Exhibit 57 | Epps | |
| 249 | American Whiskey/Bourbon Report | | Exhibit 53 | Ford | |
| 250 | Subpoena to Testify at a in a Civil Action | | Exhibit 59 | Ford | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 251 | Dr. Gerald L. Ford Trial Testimony 1992-2015 | | Exhibit 60 | Ford | |
| 252 | Trademark and Deceptive Advertising Surveys Law, Science, and Design | | Exhibit 62 | Ford | |
| 253 | Miscellaneous documents | | Exhibit 64 | Ford | |
| 254 | Expert Rebuttal Report of Stephen Nowlis | | Exhibit 65 | Ford | |
| 255 | 6-10-13 E-mail from Stephen Sacra to Elle Phillips. | Bates Nos. ELLE0021, VIP 01. | Exhibit 46 | Sacra | |
| 256 | 11-27-13 E-mail from Stephen Sacra to david@flyingpony.com. | Bates Nos. VIP 15 to 20. | Exhibit 47 | Sacra | |
| 257 | 12-15-13 E-mail from Stephen Sacra to david@flyingpony.com. | Bates No. VIP 21. | Exhibit 48 | Sacra | |
| 258 | 12-15-13 E-mail from David to Stephen Sacra. | Bates No. VIP 22. | Exhibit 49 | Sacra | |
| 259 | 12-16-13 E-mail from Stephen Sacra to david@flyingpony.com. | Bates No. VIP 23. | Exhibit 50 | Sacra | |
| 260 | 12-18-13 E-mail from Stephen Sacra to david@flyingpony.com. | Bates No. VIP 26. | Exhibit 51 | Sacra | |
| 261 | 2-14-14 E-mail from David to Stephen Sacra. | Bates No. VIP 29. | Exhibit 52 | Sacra | |
| 262 | 2-17-14 E-mail from David to Stephen Sacra.  Bats No. VIP 30. | | Exhibit 53 | Sacra | |
| 263 | 2-18-14 E-mail from Stephen Sacra to david@flyingpony.com. | Bates No. VIP 31. | Exhibit 54 | Sacra | |
| 264 | 2-18-14 E-mail from Stephen Sacra to Lisa Carpenter. | Bates No. VIP 32. | Exhibit 55 | Sacra | |
| 265 | 2-19-14 E-mail from David to Stephen Sacra. | Bates Nos. VIP 33 and 44. | Exhibit 56 | Sacra | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 266 | 3-18-14 E-mail from 6024303020@pm.sprint.com to Stephen Sacra. | Bates Nos. VIP 45 to 47. | Exhibit 57 | Sacra | |
| 267 | 4-18-15 computer screen shot: "Silly Squeaker Liquor Bottle Jose the Perro Liquor Bottles VIP Products" | | Exhibit 58 | Sacra | |
| 268 | Color laser image. | Bates No. VIP 54. | Exhibit 59 | Sacra | |
| 269 | Color laser images. | | Exhibit 60 | Sacra | |
| 270 | Plaintiff and Counterdefendant VIP Products, LLC's Responses to Jack Daniel's Properties, Inc.'s First Set of Interrogatories | | Exhibit 62 | Sacra | |
| 271 | Pages reflecting all sales of the Bad Spaniels toy from July 9th, 2014, up until January 29th, 2015. | Bates Nos. VIP 123 to 130. | Exhibit 63 | Sacra | |
| 272 | 4-15-15 computer screen shot: "Beer Shirts & T-Shirts/Officially Licensed Beer Gear, Hats, Clothing and Bar Merchandise from Beer and Liquor Brands." | | Exhibit 64 | Sacra | |
| 273 | 4-17-15 computer screen shot: "Shop Beer & Liquor Merchandise/WearYourBeer.com" | | Exhibit 65 | Sacra | |
| 274 | computer screen shot: "Pet Supplies: Silly Squeakers Liquor Bottle Bad Spaniels Squeaky Toy: Amazon.com" | | Exhibit 66 | Sacra | |
| 275 | 9-15-14 letter from Rachelle Andrews to VIP Products. | Bates Nos. VIP 133 to 134. | Exhibit 67 | Sacra | |
| 276 | 2015 "Vip Products Product Catalog." | | Exhibit 68 | Sacra | |
| 277 | Color laser images. | | Exhibit 69 | Sacra | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 278 | Plaintiff and Counterdefendant VIP Products, LLC's Responses to Jack Daniel's Properties, Inc.'s First Set of Requests for Production of Documents and Things. | | Exhibit 70 | Sacra | |
| 279 | 4-10-15 computer screen shot from Archive.org: Archived page from the VIP Products website from sometime in November of 2007. | | Exhibit 2 | Sacra | |
| 280 | Vip Products Product Catalog. | Bates Nos. VIP 56 to 119. | Exhibit 4 | Sacra | |
| 281 | 6-11-13 E-mail from Elle Phillips to Stephen Sacra. | Bates Nos. VIP 5 and 4. | Exhibit 10 | Sacra | |
| 282 | 6-11-13 E-mail from Elle Phillips to Stephen Sacra. | Bates Nos. VIP 8 and 9. | Exhibit 12 | Sacra | |
| 283 | 11-22-13 E-mail from Stephen Sacra to Elle Phillips. | Bates No. VIP 10. | Exhibit 14 | Sacra | |
| 284 | 11-22-13 E-mail from Elle Phillips to Stephen Sacra. | Bates Nos. VIP 11 to 14. | Exhibit 15 | Sacra | |
| 285 | 12-17-13 E-mail from David to Stephen Sacra. | Bates Nos. VIP 24 and 25. | Exhibit 18 | Sacra | |
| 286 | 12-18-13 E-mail from Stephen Sacra to Elle Phillips. Bats Nos. VIP 27 and 28. | | Exhibit 19 | Sacra | |
| 287 | 2-23-14 E-mail from Stephen Sacra to Elle Phillips. | Bates No. VIP 34. | Exhibit 20 | Sacra | |
| 288 | 2-24-14 E-mail from Elle Phillips to Stephen Sacra. | Bates No. VIP 36. | Exhibit 21 | Sacra | |
| 289 | Color laser images. | Bates Nos. ELLE 32 to 67. | Exhibit 23 | Sacra | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 290 | 3-17-14 E-mail from Stephen Sacra to Elle Phillips. | Bates Nos. ELLE 20 and 38. | Exhibit 25 | Sacra | |
| 291 | 3-17-14 E-mail from Elle Phillips to Stephen Sacra. | Bates Nos. VIP 40 to 42. | Exhibit 26 | Sacra | |
| 292 | 3-17-14 E-mail from Elle Phillips to Stephen Sacra. Bats No. VIP 43. | | Exhibit 27 | Sacra | |
| 293 | 3-18-14 E-mail from Stephen Sacra to david@flyingpony.com. | Bates No. VIP 48. | Exhibit 29 | Sacra | |
| 294 | 3-18-14 E-mail from Elle Phillips to Lisa Carpenter. Bats Nos. VIP 49 to 54. | | Exhibit 30 | Sacra | |
| 295 | Computer screen shot from VIPPRODUCTS.COM re. NEW SILLY SQUEAKERS 2014! | Bates No. VIP 120. | Exhibit 36 | Sacra | |
| 296 | Computer screen shot from VIPPRODUCTS.COM re NEW SILLY SQUEAKERS 2014! | Bates No. Elle 72. | Exhibit 37 | Sacra | |
| 297 | Computer screen shot from VIPPRODUCTS.COM re NEW SILLY SQUEAKERS 2014! | Bates No. Elle 78. | Exhibit 38 | Sacra | |
| 298 | Computer screen shot from VIPPRODUCTS.COM re NEW SILLY SQUEAKERS 2014! | Bates No. Elle 75. | Exhibit 39 | Sacra | |
| 299 | Computer screen shot from MYDOGTOY re Silly Squeaker Liquor Bottle Bad Spaniels. | Bates Nos. VIP 121 and 122. | Exhibit 40 | Sacra | |
| 300 | Color laser image. | Bates No. VIP 93. | Exhibit 42 | Sacra | |
| 301 | Notice of VIP Products, LLC | | Exhibit 1 | Sacra 30(b)(6) | |
| 302 | Summary of Results for Bottles & Shapes | | Exhibit 2 | Sacra 30(b)(6) | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|--------------------|--------------|---------------|---------|----------------------|
| 303 | United States Patent and Trademark Office Registration | | Exhibit 4 | Sacra 30(b)(6) | |
| 304 | Index of Various Bottles | | Exhibit 5 | Sacra 30(b)(6) | |
| 305 | Brand Chart (Bates Nos. SAC0064-69) | | Exhibit 8 | Sacra 30(b)(6) | |
| 306 | Google Page of Dickel Whiskey | | Exhibit 9 | Sacra 30(b)(6) | |
| 307 | Expert Report of Bruce Silverman | | | | |
| 308 | Material Reviewed and Considered | | | Exhibit A Report of Bruce G. Silverman | |
| 309 | Bruce G. Silverman CV | | | Exhibit B Report of Bruce G. Silverman | |
| 310 | Focus Group Transcripts | | | Exhibit C Report of Bruce G. Silverman | |
| 311 | Focus Group Videos | | | Report of Bruce G. Silverman | |
| 312 | Expert Report of Stephen Nowlis | | | | |
| 313 | Vita of Stephen M. Nowlis | | | Appendix A Report of Stephen M. Nowlis | |
| 314 | List of Documents Reviewed | | | Appendix B Report of Stephen M. Nowlis | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 315 | Amended Complaint, p. 5, ¶23-34; Answer of Jack Daniel's Properties to Amended Complaint, p. 3 ¶¶23 and 24; and Jack Daniel's Responses to VIP's First Request for Admission, pp. 3-6; Request Nos. 2-7. | | | Appendix C Report of Stephen M. Nowlis | |
| 316 | Notice of and Subpoena | | | Phillips | |
| 317 | Archived web site page of VIP Products | | | Phillips | |
| 318 | Elle Phillips' LinkedIn page | | | Phillips | |
| 319 | VIP Products product catalog | | | Phillips | |
| 320 | One-page photograph of VIP Products product catalog | | | Phillips | |
| 321 | Photograph of Silly Squeaker bottle toys | | | Phillips | |
| 322 | Photographs of Silly Squeaker wind bottle toys | | | Phillips | |
| 323 | One-page photograph of Tuffzilla product | | | Phillips | |
| 324 | Sketch of Bad Spaniels label; e-mail from Elle Phillips dated June 10, 2013 | | | Phillips | |
| 325 | E-mail dated June 11, 2013 from Elle Phillips with attached label | | | Phillips | |
| 326 | Source image file for Bad Spaniels label | | | Phillips | |
| 327 | E-mail from Elle Phillips dated June 11, 2013 with attached Bad Spaniels label | | | Phillips | |
| 328 | Service invoice from Elle Phillips Design dated June 17, 2013 | | | Phillips | |
| 329 | E-mail from Stephen Sacra dated November 22, 2013 | | | Phillips | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|--------------------|--------------|---------------|---------|---------------------|
| 330 | E-mail from Elle Phillips dated November 22, 2013 with neck and bottle cap labels | | | Phillips | |
| 331 | Service invoice from Elle Phillips Design dated November 25, 2013 | | | Phillips | |
| 332 | E-mail from Stephen Sacra dated November 27, 2013, with attached pictures of bottles | | | Phillips | |
| 333 | E-mail from David dated December 17, 2013 with attached picture of Dos Perros bottle | | | Phillips | |
| 334 | E-mail from Stephen Sacra dated December 18, 2013, with attached picture of Dos Perros bottle | | | Phillips | |
| 335 | E-mail from Stephen Sacra dated February 23, 2014, with attached picture of Bad Spaniels bottle | | | Phillips | |
| 336 | E-mail from Elle Phillips dated February 24, 2014 | | | Phillips | |
| 337 | Three photographs of bottle with Bad Spaniels label | | | Phillips | |
| 338 | 36 photographs of Bad Spaniels bottle | | | Phillips | |
| 339 | E-mail from Elle Phillips dated March 17, 2014 with attached photographs of Bad Spaniels packaging | | | Phillips | |
| 340 | E-mails between Stephen Sacra and Elle Phillips dated March 17, 2014 | | | Phillips | |
| 341 | E-mail from Elle Phillips dated March 17, 2014, with attached photographs of packaging | | | Phillips | |
| 342 | E-mail from David Bai dated March 22, 2014 | | | Phillips | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 343 | Photographs of Seven Bad Spaniels bottles | | | Phillips | |
| 344 | E-mail from Stephen Sacra dated March 18, 2014 | | | Phillips | |
| 345 | E-mail from Elle Phillips dated March 18, 2014 with attached finalized, print-ready artwork | | | Phillips | |
| 346 | Service invoice from Elle Phillips Design dated March 24, 2014 | | | Phillips | |
| 347 | E-mails between Elle Phillips and Lisa Carpenter | | | Phillips | |
| 348 | E-mails between Wendy Sacra and Elle Phillips dated July and August 2014 | | | Phillips | |
| 349 | E-mail from Wendy Sacra to Elle Phillips dated September 2nd, 2014, requesting hi res images of toys | | | Phillips | |
| 350 | E-mail from Wendy Sacra to Elle Phillips dated November 28, 2014, requesting creation of sell sheets for two new Silly Squeaker liquor bottles | | | Phillips | |
| 351 | Sell sheet for Silly Squeaker toys | | | Phillips | |
| 352 | Sell sheet for Bad Spaniels toy | | | Phillips | |
| 353 | Sell sheet for Bad Spaniels toy | | | Phillips | |
| 354 | Sell sheet for Bad Spaniels toy | | | Phillips | |
| 355 | Web site page for Bad Spaniels toy | | | Phillips | |
| 356 | Photograph of Bad Spaniels bottle on a bar | | | Phillips | |
| 357 | Photograph of Bad Spaniels bottle on a bar | | | Phillips | |
| 358 | The Coffee Shop article on Elle Phillips' web site | | | Phillips | |

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| 359 | Photographs of Pepsi bottle and box design | | | Phillips | |
| 360 | Jack Daniel's Old No. 7 bottle | | | Misc/Discovery | |
| 361 | VIP Bad Spaniels Dog Toy | | | Misc/Discovery | |
| 362 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Admissions | | | Misc/Discovery | |
| 363 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Non-Uniform Interrogatories | | | Misc/Discovery | |
| 364 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Production of Documents | | | Misc/Discovery | |
| 365 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Production of Documents Containing Restated and Corrected Request Nos. 11, 16 and 19 | | | Misc/Discovery | |
| 366 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Admissions | | | Misc/Discovery | |
| 367 | Defendant and Counterclaimant Jack Daniels Properties, Inc.'s Amended Responses to Plaintiff and Counter Defendant's Second Set of Request for Admissions | | | Misc/Discovery | |