1
2
3
4
5
6
7

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8
9

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | ) ) Case No. CV 14-02057 PHX SMM |
| Plaintiff, | ) ) |
| v. | ) **SUPPLEMENTAL EXHIBIT B TO** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | ) **THE PARTIES' JOINT PRETRIAL** ) **ORDER** ) |
| Defendant. | ) ) |

10
11
12
13
14
15
16

As stated in Section "I" of the July 28, 2017 Joint Proposed Pretrial Order (Doc. 204), the Parties have continued to meet-and-confer in an attempt to narrow and/or agree to the admission as to certain exhibits on the Parties' respective Exhibit Lists which were attached as Exhibit B to the Proposed Order.  In light of those discussions, the parties herby submit a revised Exhibit B which consists of three tables: (1) Exhibits the Parties have deemed "Joint" Exhibits, (2) Jack Daniel's Properties, Inc.'s Exhibits, and (3) VIP Products, LLC's Exhibits.

17
18
19
20
21
22
23
24
25

(Signature page follows.)

26
27
28

1

1  Respectfully submitted, August 11, 2017,

2

3  /s/ David Bray (with permission)            /s/ Isaac S. Crum
   David G. Bray                               Gregory P. Sitrick  (AZ Bar #028756)
   Frank G. Long                              Gregory.Sitrick@quarles.com
4  Jonathan S. Batchelor                       Isaac S. Crum (AZ Bar #026510)
   Dickinson Wright, PLLC                      Isaac.Crum@quarles.com
5  1850 North Central Avenue,                  Quarles & Brady LLP
   Suite 1400                                  Firm State Bar No. 00443100
6  Phoenix, Arizona 85012-2705                 One Renaissance Square
                                               Two North Central Avenue
7  Attorneys for Plaintiff and                 Phoenix, AZ 85004
   Counterclaim Defendant VIP                  Telephone (602) 229-5200
8  PRODUCTS, L.L.C.                            Fax (602) 229-5690

9                                              D. Peter Harvey (admitted pro hac vice)
                                               pharvey@harvey.law
10                                             Harvey & Company
                                               Four Embarcadero Center, 14th Floor
11                                             San Francisco, CA  94111-4164
                                               Telephone:    (415) 926-7776
12                                             Facsimile:    (415) 402-0058

13                                             Attorneys for Defendant and
                                               Counterclaimant
14                                             JACK DANIEL'S PROPERTIES, INC.

15

16

17                       **CERTIFICATE OF SERVICE**

18
        I hereby certify that on August 11, 2017, I electronically filed the foregoing with
19
   the Clerk of Court using the CM/ECF system, which will send a notification of such
20
   filing (NEF) to all counsel of record in this case.
21

22

23                              /s/ Isaac S. Crum

24

25

26

27

28
                                          2