# Exhibit B

**Joint Exhibits**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J001 | VIP Bad Spaniels Dog Toy | | NA | Misc/ Discovery | |
| J002 | Jack Daniel's Old No. 7 bottle | Exhibit 8 to Doc. 145 | NA | Misc/ Discovery | |
| J003 | USPTO Registration No. 4,106,178 | JDPI02208-2209 | 30(B)(6) 4 | VIP | |
| J004 | File History for Bottle Registration 4,106,178 | JDPI3144-3210 | NA | NA | |
| J005 | USPTO Registration No. 2,789,278 | Ex. 1 to Doc. 12 | NA | NA | |
| J006 | File History for USPTO Registration No. 2,789,278 | JDPI02909-3023 | NA | NA | |
| J007 | USPTO Registration No. 1,923,981 | Ex. 1 to Doc. 12 | NA | NA | |
| J008 | File History for USPTO Registration No. 1,923,981 | JDPI02800-2908 | NA | NA | |
| J009 | USPTO Registration No. 582,789 | Ex. 1 to Doc. 12 | NA | NA | |
| J010 | File History for USPTO Registration No. 582,789 | JDPI02586-2799 | NA | NA | |
| J011 | USPTO Registration No. 42,663 | Ex. 1 to Doc. 12 | NA | NA | |
| J012 | File History for USPTO Registration No. 42,663 | JDPI02363-2585 | NA | NA | |
| J013 | USPTO Registration No. 4,372,885 | Ex. 2 to Doc. 12 at 2-3 | NA | NA | |
| J014 | File History for USPTO Registration No. 4,372,885 | JDPI03297-3381 | NA | NA | |
| J015 | USPTO Registration No. 4,481,424 | Ex. 2 to Doc. 12 at 4-5 | NA | NA | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J016 | File History for USPTO Registration No. 4,481,424 | JDPI03382-3477 | NA | NA | |
| J017 | USPTO Registration No. 4,478,408 | Ex. 2 to Doc. 12 at 7-8 | NA | NA | |
| J018 | File History for USPTO Registration No. 4,478,408 | JDPI02210-2305 | NA | NA | |
| J019 | USPTO Registration No. 4,526,056 | Ex. 2 to Doc. 12 at 12-13 | NA | NA | |
| J020 | File History for USPTO Registration No. 4,526,056 | JDPI03565-3678 | NA | NA | |
| J021 | USPTO Registration No. 4,481,425 | Ex. 2 to Doc. 12 at 14-15 | NA | NA | |
| J022 | File History for USPTO Registration No. 4,481,425 | | NA | NA | |
| J023 | USPTO Registration No. 4,354,330 | Ex. 2 to Doc. 12 at 16-17 | NA | NA | |
| J024 | File History for USPTO Registration No. 4,354,330 | JDPI03211-3296 | NA | NA | |
| J025 | USPTO Registration No. 4,491,564 | Ex. 2 to Doc. 12 at 18-19 | NA | NA | |
| J026 | File History for USPTO Registration No. 4,491,564 | JDPI03478-3564 | NA | NA | |
| J027 | USPTO Registration No. 3,055,481 | Ex. 2 to Doc. 12 at 6 | NA | NA | |
| J028 | File History for USPTO Registration No. 3,055,481 | JDPI03110-3143 | NA | NA | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J029 | USPTO Registration No. 2,867,158 | Ex. 2 to Doc. 12 at 9-11 | NA | NA | |
| J030 | File History for USPTO Registration No. 2,867,158 | JDPI03024-3109 | NA | NA | |
| J031 | Phillips Notice of Deposition and Subpoena | NA | JDPI 1 | Phillips | |
| J032 | Archived web site page of VIP Products | NA | JDPI 2 | Phillips | |
| J033 | Elle Phillips' LinkedIn page | NA | JDPI 3 | Phillips | |
| J034 | VIP Products product catalog | VIP00056-119 | JDPI 4 | Phillips | |
| J035 | One-page photograph of VIP Products product catalog | NA | JDPI 5 | Phillips | |
| J036 | Photograph of Silly Squeaker bottle toys | NA | JDPI 6 | Phillips | |
| J037 | Photograph of Silly Squeaker wine bottle toys | NA | JDPI 7 | Phillips | |
| J038 | Sketch of Bad Spaniels label; e-mail from Elle Phillips dated June 10, 2013 | VIP00001, ELLE0021 | JDPI 9 | Phillips | |
| J039 | E-mail dated June 11, 2013 from Elle Phillips with attached label | VIP00004-5 | JDPI 10 | Phillips | |
| J040 | Source image file for Bad Spaniels label | ELLE0007 | JDPI 11 | Phillips | |
| J041 | E-mail from Elle Phillips dated June 11, 2013 with attached Bad Spaniels label | VIP00008-9 | JDPI 12 | Phillips | |
| J042 | Service invoice from Elle Phillips Design dated June 17, 2013 | ELLE0026 | JDPI 13 | Phillips | |
| J043 | E-mail from Stephen Sacra dated November 22, 2013 | VIP00010 | JDPI 14 | Phillips | |
| J044 | E-mail from Elle Phillips dated November 22, 2013 with neck and bottle cap labels | VIP00011-14 | JDPI 15 | Phillips | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J045 | Service invoice from Elle Phillips Design dated November 25, 2013 | ELLE0027 | JDPI 16 | Phillips | |
| J046 | E-mail from Stephen Sacra dated November 27, 2013, with attached pictures of bottles | VIP00015-16 | JDPI 17 | Phillips | |
| J047 | E-mail from David dated December 17, 2013, with attached picture of Dos Perros bottle | VIP00024-25 | JDPI 18 | Phillips | |
| J048 | E-mail from Stephen Sacra dated December 18, 2013, with attached picture of Dos Perros bottle | VIP00027-28 | JDPI 19 | Phillips | |
| J049 | E-mail from Stephen Sacra dated February 23, 2014, with attached picture of Bad Spaniels bottle | VIP00034-35 | JDPI 20 | Phillips | |
| J050 | E-mail from Elle Phillips dated February 24, 2014 | VIP00036 | JDPI 21 | Phillips | |
| J051 | Three photographs of bottle with Bad Spaniels label | VIP00003, 06-07 | JDPI 22 | Phillips | |
| J052 | 36 photographs of Bad Spaniels bottle | ELLE0032-67 | JDPI 23 | Phillips | |
| J053 | E-mail from Elle Phillips dated March 17, 2014 with attached photographs of Bad Spaniels packaging | VIP00037-38 | JDPI 24 | Phillips | |
| J054 | E-mails between Stephen Sacra and Elle Phillips dated March 17, 2014 | ELLE0019-20 | JDPI 25 | Phillips | |
| J055 | E-mail from Elle Phillips dated March 17, 2014, with attached photographs of packaging | VIP00040-42 | JDPI 26 | Phillips | |
| J056 | E-mail from David Bai dated March 22, 2014 | VIP00043 | JDPI 27 | Phillips | |
| J057 | Photograph of seven Bad Spaniels bottles | VIP00044 | JDPI 28 | Phillips | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J058 | E-mail from Stephen Sacra dated March 18, 2014 | VIP00048 | JDPI 29 | Phillips | |
| J059 | E-mail from Elle Phillips dated March 18, 2014 with attached finalized, print-ready artwork | VIP00049-54 | JDPI 30 | Phillips | |
| J060 | Service invoice from Elle Phillips Design dated March 24, 2014 | ELLE0028 | JDPI 31 | Phillips | |
| J061 | E-mails between Elle Phillips and Lisa Carpenter | ELLE0012-16 | JDPI 32 | Phillips | |
| J062 | E-mails between Wendy Sacra and Elle Phillips dated July and August 2014 | ELLE0023-24 | JDPI 33 | Phillips | |
| J063 | E-mail from Wendy Sacra to Elle Phillips dated September 2nd, 2014, requesting hi res images of toys | | JDPI 34 | Phillips | |
| J064 | E-mail from Wendy Sacra to Elle Phillips dated November 28, 2014, requesting creation of sell sheets for two new Silly Squeaker liquor bottles | | JDPI 35 | Phillips | |
| J065 | Sell sheet for Silly Squeaker toys | VIP00120 | JDPI 36 | Phillips | |
| J066 | Sell sheet for Bad Spaniels toy | ELLE0072 | JDPI 37 | Phillips | |
| J067 | Sell sheet for Bad Spaniels toy | ELLE0078 | JDPI 38 | Phillips | |
| J068 | Sell sheet for Bad Spaniels toy | ELLE0075 | JDPI 39 | Phillips | |
| J069 | Web site page for Bad Spaniels toy | VIP00121-122 | JDPI 40 | Phillips | |
| J070 | Photograph of Bad Spaniels bottle on a bar | ELLE0005 | JDPI 41 | Phillips | |
| J071 | Photograph of Bad Spaniels bottle on a bar | VIP00093 | JDPI 42 | Phillips | |
| J072 | The Coffee Shop article on Elle Phillips' Web site | | JDPI 43 | Phillips | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J073 | Photographs of Pepsi bottle and box design | | JDPI 44 | Phillips | |
| J074 | Notice of Deposition of Stephen Sacra | | JDPI 45 | Sacra | |
| J075 | 6-10-13 E-mail from Stephen Sacra to Elle Phillips. | ELLE0021, VIP00001 | JDPI 46 | Sacra | |
| J076 | 11-27-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00015-20 | JDPI 47 | Sacra | |
| J077 | 12-15-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00021 | JDPI 48 | Sacra | |
| J078 | 12-15-13 E-mail from David to Stephen Sacra | VIP00022 | JDPI 49 | Sacra | |
| J079 | 12-16-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00023 | JDPI 50 | Sacra | |
| J080 | 12-18-13 E-mail from Stephen Sacra to david@flyingpony.com | VIP00026 | JDPI 51 | Sacra | |
| J081 | 2-14-14 E-mail from David to Stephen Sacra | VIP00029 | JDPI 52 | Sacra | |
| J082 | 2-17-14 E-mail from David to Stephen Sacra | VIP00030 | JDPI 53 | Sacra | |
| J083 | 2-18-14 E-mail from Stephen Sacra to david@flyingpony.com | VIP00031 | JDPI 54 | Sacra | |
| J084 | 2-18-14 E-mail from Stephen Sacra to Lisa Carpenter | VIP00032 | JDPI 55 | Sacra | |
| J085 | 2-19-14 E-mail from David to Stephen Sacra | VIP00033, VIP00044 | JDPI 56 | Sacra | |
| J086 | 3-18-14 E-mail from 6024303020@pm.sprint.com | VIP00045-47 | JDPI 57 | Sacra | |
| J087 | 4-18-15 computer screen shot: "Silly Squeaker Liquor Bottle Jose the Perro - Liquor Bottles - VIP Products" | | JDPI 58 | Sacra | |

**Joint Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Deposition Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| J088 | Picture of Bad Spaniels product | VIP00054 | JDPI 59 | Sacra | |
| J089 | Picture of front and back of hang tag of Bad Spaniels product | | JDPI 60 | Sacra | |
| J090 | Plaintiff and Counter-Defendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Interrogatories | | JDPI 62 | Sacra | |
| J091 | Pages reflecting all sales of the Bad Spaniels toy from July 9th, 2014, up until January 29th, 2015 | VIP00123-130 | JDPI 63 | Sacra | |
| J092 | 9-5-14 letter from Rachelle Andrews to VIP Products. | VIP00133-134 | JDPI 67 | Sacra | |
| J093 | 2015 "VIP Products Product Catalog." | | JDPI 68 | Sacra | |
| J094 | Picture of Whiskey Bottles | | JDPI 69 | Sacra | |
| J095 | Plaintiff and Counter-Defendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Requests for Production of Documents and Things | | JDPI 70 | Sacra | |
| J096 | VIP Notice of Deposition | | 30(B)(6) 1 | VIP | |

**JACK DANIEL'S EXHIBITS**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---------|--------------------|--------------|---------------|---------|----------------------|
| JDPI01 | Complaint | | 61 | Sacra | |
| JDPI02 | VIP's Response to Second Set of Interrogatories | | 30(B)(6) 3 | VIP | |
| JDPI03 | Answer and Counterclaims of JDPI | | 30(B)(6) 6 | VIP | |
| JDPI04 | VIP's Response to Second Set of RFPs | | 30(B)(6) 7 | VIP | |
| JDPI05 | High Quality Images of bottle in-store advertising | JDPI000253-258 | NA | NA | |
| JDPI06 | High Quality Images of bottle advertising | Various | NA | NA | |
| JDPI07 | Television Ads for bottle | CD - Exhibit 3 to Epps Decl. | NA | NA | |
| JDPI08 | Billboard Advertising | JDPI00269-273, 453-474 | NA | NA | |
| JDPI09 | Film Advertising | CD - Exhibit 5 to Epps Decl. | NA | NA | |
| JDPI10 | TV Advertising | CD - Exhibit 6 to Epps Decl. | NA | NA | |
| JDPI11 | Celebrity Advertising | CD - Exhibit 7 to Epps Decl. | NA | NA | |
| JDPI12 | Online Advertising | JDPI427-429 | NA | NA | |
| JDPI13 | Social Media Advertising | JDPI438-450 | NA | NA | |
| JDPI14 | History of Brand | JDPI504-505 | NA | NA | |
| JDPI15 | History of Bottle(s) | JDPI3755-3761 | NA | NA | |
| JDPI16 | Historical Label under the Federal Alcohol Admin. Act | JDPI4261-4264 | NA | NA | |
| JDPI17 | Historical 1956 advertisement | JDPI4242-4243 | NA | NA | |

**Jack Daniel's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| JDPI18 | High quality new ads of new bottle | JDPI000148-150 | NA | NA | |
| JDPI19 | Depiction of various bottles of bourbon/whiskey | JDPI000451 | NA | NA | |
| JDPI20 | Images of historical and recent ads | Exhibit 5 to Doc. 145 | NA | NA | |
| JDPI21 | Feature piece in magazine | Exhibit 7 to Doc. 145 | NA | NA | |
| JDPI22 | Collection of ads | Exhibit 2 to Doc. 145 | NA | NA | |
| JDPI23 | Printout of Jack Daniel's ad from website | | 86 | | |
| JDPI24 | Collection of Jack Daniel's ads | Various | 87 | | |
| JDPI25 | Confidential Settlement Agreement | JDPI-CON000312-328 | 95 | Wolinsky | FRE 401,403 |
| JDPI26 | Picture of the Bad Spaniel's Toy | | 97 | Wolinsky | |
| JDPI27 | Silverman Notice of Deposition | | 100 | Silverman | |
| JDPI28 | Silverman Responsive Document Log | | 101 | Silverman | |
| JDPI29 | Silverman Produced documents | | 102 | Silverman | |
| JDPI30 | Silverman Website | | 103 | Silverman | |
| JDPI31 | Silverman Expert Rebuttal Report | | 104 | Silverman | |
| JDPI32 | Excerpt from Advertising and Promotion Book | | 105 | Silverman | |
| JDPI33 | Notice of Deposition of Nowlis | | 105 | Nowlis | |
| JDPI34 | Nowlis Responsive Document Log | | 106 | Nowlis | |
| JDPI35 | Documents Produced | NOW0031-342 | 107 | Nowlis | |

11

**Jack Daniel's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| JDPI36 | Nowlis Report | | | Nowlis | |
| JDPI37 | Nowlis Declaration in Apple Case | | 108 | Nowlis | |
| JDPI38 | Nowlis Deposition in Apple Case | | 109 | Nowlis | |
| JDPI39 | Telebrands Expert Rebuttal Report | | 110 | Nowlis | |
| JDPI40 | Bowe Expert Report | | 111 | Nowlis | |
| JDPI41 | Bowe Supplemental Expert Report | | 112 | Nowlis | |
| JDPI42 | Signed Ford Declaration | | 113 | Nowlis | |
| JDPI43 | Ford Report: Exhibit A Vol I and II | | | | |
| JDPI44 | Ford Report: Exhibit A Vol II, Appx. G | | | | |
| JDPI45 | Ford Report: Exhibit B Publications | | | | |
| JDPI46 | Ford Report: Exhibit C Trial & Depo. Testimony | | | | |
| JDPI47 | Ford Report: Exhibit D Professional History | | | | |
| JDPI48 | Ford Report: Certificate of Service | | | | |
| JDPI49 | Jack Daniel's Dog Collar | JDPI0397 | | Roush | |
| JDPI50 | Jack Daniel's Dog Leash | JDPI0398 | | Roush | |
| JDPI51 | Jack Daniel's Dog Treat Jar | JDPI0399 | | Roush | |
| JDPI52 | Jack Daniel's Dog Collar | JDPI0400 | | Roush | |
| JDPI53 | Print publications list 2014 | JDPI0419-JDPI0426 | | Epps | |
| JDPI54 | Compilation of Jack Daniel's in the movies | JDPI0484 | | | |
| JDPI55 | Clip from "30 Rock" | JDPI0486 | | | |
| JDPI56 | "Building Jack Daniel's" Bottle Evolution | JDPI0504-JDPI0505 | | | |
| JDPI57 | Print article about Jack Daniel's history | JDPI0506-0526 | | | |

**Jack Daniel's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| JDPI58 | Jack Daniel's BBQ meats catalog | JDPI0549-JDPI0579 | | Roush | |
| JDPI59 | Jack Daniel's apparel catalog | JDPI0580-JDPI0617 | | Roush | |
| JDPI60 | Catalog - Officially Licensed Products (chess sets, poker chips, flasks, glassware, etc.) | JDPI0618-JDPI0629 | | Roush | |
| JDPI61 | Catalog - Officially Licensed Musical Instruments and Accessories | JDPI0630-JDPI0637 | | Roush | |
| JDPI62 | Catalog - 2014 New Items Accessory Catalog (belts, buckles, wallets) | JDPI0638-JDPI0643 | | Roush | |
| JDPI63 | Belt Buckle Collection | JDPI0644 | | Roush | |
| JDPI64 | Belt Buckle Collection & Gift Collection | JDPI0645 | | Roush | |
| JDPI65 | JD Look Book 2/2015 (lighters) | JDPI0649 | | Roush | |
| JDPI66 | Complaint - JDPI v. J&M Concepts and Popcorn Sutton Distilling | JDPI00660-JDPI00680 | | Gooder | |
| JDPI67 | Complaint - Independent Spirits Co. & Sarina v. JDPI & Brown-Forman (Sweet Revenge) | JDPI00724-JDPI00741 | | Gooder | |
| JDPI68 | Complaint (Declaratory Judgment) - Mark Anthony Int'l & American Vintage Beverages v. JDPI (CAYMAN JACK) | JDPI03679-JDPI03689 | | Gooder | |
| JDPI69 | Answer and Counterclaims - Mark Anthony Int'l & American Vintage Beverages v. JDPI (CAYMAN JACK) | JDPI03690-JDPI03689 | | Gooder | |
| JDPI70 | Complaint - JDPI v. White Rock Distilleries, Inc. (JACK flavored rums & SPICED JACK NO. 94) | JDPI03840-JDPI03996 | | Gooder | |

13

**Jack Daniel's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| JDPI71 | Complaint - JDPI v. Neon Factory, LLC | JDPI04014-JDPI04056 | | Gooder | |
| JDPI72 | Complaint - JDPI v. Beverage Resources Int'l, Inc. (JAKK'D) | JDPI04265-JDPI04358 | | Gooder | |
| JDPI73 | Simonson How and When Trademarks Dilute | IS0873 | | | |
| JDPI74 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000089-91 | Exhibit 22 | Simonson | |
| JDPI75 | 2017 Brown Forman Form 10K (June 14, 2017) | NA | NA | NA | |
| JDPI76 | VIP'S January 26, 2015 Initial Disclosures | NA | Discovery | | |
| JDPI77 | VIP's March 12, 2015 Response to JDPI's Interrogatory Requests | NA | Discovery | | |
| JDPI78 | VIP's March 12, 2015 Response to JDPI's Requests for Production | NA | Discovery | | |
| JDPI79 | VIP's June 15, 2015 Response to JDPI's First Set of Requests for Admission | NA | Discovery | | |
| JDPI80 | VIP's June 17, 2015 Response to JDPI's Second Set of Requests for Production | NA | Discovery | | |
| JDPI81 | VIP's June 17, 2015 Response to JDPI's Second Set of Interrogatories | NA | Discovery | | |
| JDPI82 | VIP's July 6, 2015 First Supplemental Disclosure Statement | NA | Discovery | | |
| JDPI83 | VIP's August 31, 2015 (Corrected) Second Supplemental Disclosure Statement. | NA | Discovery | | |
| JDPI84 | Sacra's Verification of VIP's First Set of Interrogatory Responses | NA | Discovery | | |
| JDPI85 | One-page photograph of Tuffzilla product | NA | JDPI 8 | Phillips | FRE 401, 403 |

**Jack Daniel's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection? |
|---|---|---|---|---|---|
| JDPI86 | 4-15-15 computer screen shot: "Beer Shirts & T-Shirts / Officially Licensed Beer Gear, Hats, Clothing, and Bar Merchandise from Beer and Liquor Brands." | | JDPI 64 | Sacra | 401, 403, 802 |
| JDPI87 | 4-17-15 computer screen shot: "Shop Beer & 24 Liquor Merchandise / WearYourBeer.com." | | JDPI 65 | Sacra | 401, 403, 802 |
| JDPI88 | 4-17-15 computer screen shot: "Pet Supplies: Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy: Amazon.com." | | JDPI 66 | Sacra | 401, 403, 802 |

**VIP'S EXHIBITS**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP01 | Summary of Results for Bottles and Shapes | | 30(B)(6) 2 | VIP | Objection #1.[1] |
| VIP02 | Index of bottles | | 30(B)(6) 5 | VIP | Objection #1. |
| VIP03 | Brand Chart | SAC00064-69 | 30(B)(6) 8 | VIP | Objection #1. |
| VIP04 | Google Page of Dickel Whiskey | | 30(B)(6) 9 | VIP | Objection #1. |
| VIP05 | Notice of Deposition | | Exhibit 1 | Simonson | |
| VIP06 | Subpoena to Testify | | Exhibit 2 | Simonson | |
| VIP07 | Color copies of Bad Spaniels | | Exhibit 4 | Simonson | |
| VIP08 | Color copy of Jack Daniel's Old No. 7 | | Exhibit 5 | Simonson | |
| VIP09 | Color copies of Jack Daniel's The Whiskey Family | | Exhibit 6 | Simonson | |
| VIP10 | Color copy of Jack Daniel's Single Barrel | | Ex. 7, 7 | Gooder, Simonson | |
| VIP11 | Color copy of Jack Daniel's Gentlemen Jack | | Ex. 7, 7 | Gooder, Simonson | |
| VIP12 | Color copy of Jack Daniel's Tennessee Honey | | Ex. 9, 9 | Simonson, Gooder | |
| VIP13 | Color copy of Jack Daniel's Tennessee Fire | | Ex. 10, 10 | Simonson, Gooder | |
| VIP14 | Color copy of Jack Daniel's Silver Select Single Barrel | | Ex. 11, 11 | Simonson, Gooder | |

[1] JDPI's "Objection #1" is an objection to documents related to report(s) created by VIP's principal, Stephen Sacra. These reports were created for the purpose of this litigation and were based on internet research. The basis for JDPI's objection is FRE 401, FRE 403, FRE 602, FRE 702, FRE 703, FRE 802, and that any relevant issues were resolved on Summary Judgment. JDPI's objection to these documents is explained more fully in its Motion *in Limine* #3.

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---------|-------------------|--------------|---------------|---------|---------------------|
| VIP15 | Color copy of Jack Daniel's Winter Jack | | Ex. 12, 12 | Simonson, Gooder | |
| VIP16 | Color copy of Jack Daniel's Sinatra Select | | Ex. 13, 13 | Simonson, Gooder | |
| VIP17 | Color copy of Jack Daniel's Tennessee Whiskey Green Label | | Ex. 14, 14 | Simonson, Gooder | |
| VIP18 | Color copy of Jack Daniel's No. 27 Gold Tennessee Whiskey | | Ex. 15, 15 | Simonson, Gooder | |
| VIP19 | Color copies of Jack Daniel's Product as a group and individually | | Ex. 16, 16 | Simonson, Gooder | |
| VIP20 | Email correspondence between Seyfarth Shaw and Dr. Simonson | | Exhibit 17 | Simonson | Objection #2.[2] |
| VIP21 | Jack Daniel's look and feel qualitative research report. | Bates IS-CON000001-55 | Exhibit 18 | Simonson | Objection #2. |
| VIP22 | Jack Daniel's qualitative brand study | Bates IS-CON000092-139 | Exhibit 19 | Simonson | Objection #2. |
| VIP23 | Jack Daniels study to create a focus group to create a profile of Jack Daniel's consumers. | Bates IS-CON000140-207 | Exhibit 20 | Simonson | Objection #2. |

---

[2] JDPI's Objection #2 relates to Jack Daniel's internal brand studies. JDPI Objects to their introduction as evidence under FRE 401, FRE 802.  These studies have no relevance to the remaining issues and to the extent VIP intends to argue that JDPI's internal use of focus groups means this Court should permit evidence of focus groups, such an argument is a non-sequitur and ignores the admissibility and projectability issues raised in JDPI's Motion *in Limine* #5.

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP24 | Jack Daniel's qualitative brandy study | Bates IS-CON000056-88 | Exhibit 21 | Simonson | Objection #2. |
| VIP25 | Designated Confidential Attorneys' Eyes Only and Bound Separately | Bates IS-CON000089-91 | Exhibit 22 | Simonson | |
| VIP26 | Journal of Public Policy & Marketing article titled "Trademark Dilution: Empirical Measures for Elusive Concept" by Maureen Morrin and Jacob Jacoby | Bates IS000193-205 | Exhibit 23 | Simonson | Objection #3.[3] |
| VIP27 | Excerpt from The Trademark Reporter Vol. 91 TMR, pages 1013-1070 | | Exhibit 24 | Simonson | Objection #3. |
| VIP28 | Journal of Marketing article titled "Brand Dilution: When Do New Brands Hurt Existing Brands?" by Chris Pullig, J. Simmons, Richard G. Netemeyer | | Exhibit 25 | Simonson | Objection #3. |
| VIP29 | Section 43 [15 USC Section 1125] The Lanham Act False designations of origin, false descriptions, and dilution forbidden | | Exhibit 26 | Simonson | |
| VIP30 | Journal of Marketing article titled "Diluting Brand Beliefs: When Do Brands Extensions Have a Negative Impact?" by Barbara Loken and Deborah Roedder John | | Exhibit 27 | Simonson | Objection #3. |

[3] JDPI's Objection #3 relates to journal articles by third-parties who will not be testifying at trial and therefore are not subject to cross examination. JDPI objects to these articles under FRE 401, FRE 403, FRE 602, and FRE 802, to the extent VIP intends affirmatively to offer these articles into evidence. JDPI does not object to their use on cross examination.

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP31 | Journal of Marketing article titled "The Negative Impact of Extensions: Can Flagship Products be Diluted?" by Deborah Roedder John, Barbara Loken, Christopher Joiner | | Exhibit 28 | Simonson | Objection #3. |
| VIP32 | Dr. Simonson's time spent on case | | Exhibit 29 | Simonson | |
| VIP33 | Dr. Simonson's invoices | | Exhibit 30 | Simonson | |
| VIP34 | Journal of Risk & Uncertainty article titled "The disgust-promotes-disposal effect" by Seunghee Han, Jennifer S. Lerner, Richard Zeckhauser | | Exhibit 31 | Simonson | Objection #3. |
| VIP35 | Journal of Consumer Psychology article titled "Feelings and Consumer Decision Making: The Appraisal-Tendency Framework" by Seunghee Han, Jennifer S. Lerner, Dacher Keltner | | Exhibit 32 | Simonson | Objection #3. |
| VIP36 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 33 | Simonson | |
| VIP37 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 34 | Simonson | |
| VIP38 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 35 | Simonson | |
| VIP39 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 36 | Simonson | |
| VIP40 | Color copy to Jack Daniel's Old No. 7 advertisement | | Exhibit 37 | Simonson | |
| VIP41 | | | | | |
| VIP42 | Bad Spaniels Dog Toy (picture) | | Exhibit 4 | Gooder | |

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP43 | Jack Daniel's Old No. 7 Bottle (picture) | | Exhibit 5 | Gooder | |
| VIP44 | "Whiskey Family" (picture) Jack Daniel's website | | Exhibit 6 | Gooder | |
| VIP45 | Jack Daniel's Ad "Serving Fine Establishments and Questionable Joints" | | Exhibit 33 | Gooder | |
| VIP46 | Jack Daniel's Ad "Not All Men Fear Commitment" | | Exhibit 35 | Gooder | |
| VIP47 | Initial Disclosures of Defendant and Counterclaimant Jack Daniel's Properties, Inc. | | Exhibit 39 | Gooder | |
| VIP48 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. | | Exhibit 40 | Gooder | |
| VIP49 | Bad spaniels Control Cell (picture) | | Exhibit 41 | Gooder | |
| VIP50 | TESS cancelled registration | | Exhibit 42 | Gooder | |
| VIP51 | Target Men's Tees Ad | | Exhibit 44 | Gooder | |
| VIP52 | Guns N Roses T-shirt (picture) | | Exhibit 45 | Gooder | |
| VIP53 | Photos of Jack Daniel's Bottles | | Exhibit 16 | Hungerford | |
| VIP54 | Hand-Drawn Organizational Chart | | Exhibit 46 | Hungerford | FRE 401 |
| VIP55 | Rule 26(A)(2)(C) Disclosure of Defendant and Counterclaimant Jack Daniel's Properties, Inc. | | Exhibit 47 | Hungerford | |
| VIP56 | Defendant and Counterclaim of Jack Daniel's Properties, Inc.'s Response to Plaintiff and First Set of Interrogatories | | Exhibit 48 | Hungerford | |

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP57 | Illinois Glass Company Catalog, 1906 | | Exhibit 49 | Hungerford | Objection #4.[4] |
| VIP58 | Jack Daniel's Global Strategy Highlights for BF 150 | | Exhibit 50 | Hungerford | Objection #2. |
| VIP59 | Perception Research Services:  AA Qualitative Exploratory of New Package Structures for Jack Daniel's Whiskey | | Exhibit 51 | Hungerford | Objection #2. |
| VIP60 | Report by Mr. Sacra | | Exhibit 53 | Hungerford | Objection #1. |
| VIP61 | Photos of Jack Daniel's Bottles | | Exhibit 16 | Hungerford | |
| VIP62 | Jack Daniel's Global Strategy PowerPoint | | Exhibit 50 | Hungerford | Objection #3. |
| VIP63 | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle | | Exhibit 51 | Hungerford | Objection #3. |
| VIP64 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. | | Exhibit 40 | Taylor | |
| VIP65 | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle | | Exhibit 51 | Taylor | Objection #3. |
| VIP66 | Disclosures of Jack Daniel's Properties, Inc. | | Exhibit 54 | Taylor | |
| VIP67 | | | | | |
| VIP68 | Two-hour Internet Search Results | | Exhibit 58 | Roush | Objection #1. |
| VIP69 | Photo Sweet Revenge Bottle | | Exhibit 56 | Epps | |

[4] JDPI's Objection #4 relates to exhibits which are only relevant to issues already decided on summary judgment. JDPI objects under FRE 401, FRE 403, FRE 802, and FRE 602.  A 1906 Catalog and a breakage report have no relevance to the remaining issues and were only ever relevant to VIP's claim that JDPI's trademark/trade dress was not distinctive or was functional, issues resolved on summary judgment.

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP70 | Advertisements of Jack Daniel's | | Exhibit 57 | Epps | |
| VIP71 | American Whiskey/Bourbon Report | | Exhibit 53 | Ford | Objection #1. |
| VIP72 | Subpoena to Testify at a in a Civil Action | | Exhibit 59 | Ford | |
| VIP73 | Dr. Gerald L. Ford Trial Testimony 1992-2015 | | Exhibit 60 | Ford | |
| VIP74 | Trademark and Deceptive Advertising Surveys Law, Science, and Design | | Exhibit 62 | Ford | Objection #3. |
| VIP75 | Collection of Documents Produced by Dr. Ford. | | Exhibit 64 | Ford | FRE 802, 401 |
| VIP76 | Expert Rebuttal Report of Stephen Nowlis | | Exhibit 65 | Ford | |
| VIP77 | Vita of Stephen M. Nowlis | | | Appendix A Report of Stephen M. Nowlis | |
| VIP78 | List of Documents Reviewed | | | Appendix B Report of Stephen M. Nowlis | |
| VIP79 | Amended Complaint, p. 5, ¶23-34; Answer of Jack Daniel's Properties to Amended Complaint, p. 3 ¶¶23 and 24; and Jack Daniel's Responses to VIP's First Request for Admission, pp. 3-6; Request Nos. 2-7. | | | Appendix C Report of Stephen M. Nowlis | |

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP80 | Expert Report of Bruce Silverman | | | | Objection #5. [5] |
| VIP81 | Material Reviewed and Considered | | | Exhibit A Report of Bruce G. Silverman | Objection #5. |
| VIP82 | Bruce G. Silverman CV | | | Exhibit B Report of Bruce G. Silverman | Objection #5. |
| VIP83 | Focus Group Transcripts | | | Exhibit C Report of Bruce G. Silverman | Objection #5. |
| VIP84 | Focus Group Videos | | | Report of Bruce G. Silverman | Objection #5. |
| VIP85 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Admissions | | | Misc/ Discovery | |
| VIP86 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Non-Uniform Interrogatories | | | Misc/ Discovery | |

---

[5] JDPI Objects to the affirmative introduction into evidence of expert reports, except as stipulated to by the parties (*see e.g.,* Doc. 95, Order re: Dr. Ford) under FRE 802.  Expert testimony must be presented live at the hearing and subject to cross-examination.  JDPI does not object to the use of expert reports for impeachment or cross-examination purposes.

**VIP's Exhibits (Cont.)**

| Ex. No. | Exhibit Description | Bates Number | Depo. Ex. No. | Witness | Admitted/ Objection |
|---|---|---|---|---|---|
| VIP87 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Production of Documents | | | Misc/ Discovery | |
| VIP88 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Production of Documents Containing Restated and Corrected Request Nos. 11, 16 and 19 | | | Misc/ Discovery | |
| VIP89 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Admissions | | | Misc/ Discovery | |
| VIP90 | Defendant and Counterclaimant Jack Daniels Properties, Inc.'s Amended Responses to Plaintiff and Counter Defendant's Second Set of Request for Admissions | | | Misc/ Discovery | |