# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No. CV 14-02057 PHX SMM<br><br>**SECOND SUPPLEMENTAL EXHIBIT B TO THE PARTIES' JOINT PRETRIAL ORDER** |

　　　As stated at the pretrial hearing, the Parties have continued to meet-and-confer in an attempt to narrow and/or agree to the admission as to certain exhibits on the Parties' respective Exhibit Lists which were attached as Exhibit B to the Proposed Order and which were later supplemented on August 11, 2017. In light of those discussions, the parties herby submit a second revised Exhibit B which consists of three tables: (1) Exhibits the Parties have deemed "Joint" Exhibits, (2) Jack Daniel's Properties, Inc.'s Exhibits, and (3) VIP Products, LLC's Exhibits. The parties jointly agree to the admission of any exhibit which does not have a stated objection.

　　　　　　　　　　(Signature page follows.)

Respectfully submitted, September 22, 2017,

| | |
|---|---|
| */s/ David Bray (with permission)*<br>David G. Bray<br>Frank G. Long<br>Jonathan S. Batchelor<br>Dickinson Wright, PLLC<br>1850 North Central Avenue,<br>Suite 1400<br>Phoenix, Arizona 85012-2705<br><br>*Attorneys for Plaintiff and Counterclaim Defendant VIP PRODUCTS, L.L.C.* | */s/ Isaac S. Crum*<br>Gregory P. Sitrick  (AZ Bar #028756)<br>Gregory.Sitrick@quarles.com<br>Isaac S. Crum (AZ Bar #026510)<br>Isaac.Crum@quarles.com<br>Quarles & Brady LLP<br>Firm State Bar No. 00443100<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, AZ 85004<br>Telephone (602) 229-5200<br>Fax (602) 229-5690<br><br>D. Peter Harvey (admitted *pro hac vice*)<br>pharvey@harvey.law<br>Harvey & Company<br>Four Embarcadero Center, 14th Floor<br>San Francisco, CA  94111-4164<br>Telephone:   (415) 926-7776<br>Facsimile:   (415) 402-0058<br><br>*Attorneys for Defendant and Counterclaimant*<br>*JACK DANIEL'S PROPERTIES, INC.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*