## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL TRIAL MINUTES - GENERAL

Phoenix Division

CV-14-2057-PHX-SMM          DATE: 10/2/2017
Year   Case No  Initials

HON: STEPHEN M. MCNAMEE

Caption: VIP Products LLC v. Jack Daniel's Properties Incorporated

Deputy Clerk:  Lisa Richter          Court Reporter: Elva Cruz-Lauer

Plaintiff counsel:   David Bray and David Ferrucci

Defendant counsel:   Douglas Harvey and Isaac Crum

================================================================================
**PROCEEDINGS:**   __ **Jury Trial**   __X__ **Bench Trial**   __ **Voir Dire**   __ **Jury Sworn**

Bench Trial - Day 1

8:53 a.m.  Court is in session.  Pretrial matters are discussed.  Opening statements are discussed.  Defendant's case: Philip Epps is sworn and examined.  10:53 a.m.  Recess.

11:13 a.m.  Court reconvenes.  Philip Epps resumes the stand and is examined further.  The witness is excused.  Tobias Roush is sworn and examined.  12:38 p.m.  Recess.

1:45 p.m.  Court reconvenes.  Tobias Roush resumes the stand and is examined further.  The witness is excused.  Portions of the deposition of Eleanor Phillips are read.  Itamar Simonson is sworn and examined.  3:12 p.m.  Recess.

3:28 p.m.  Court reconvenes.  Itamar Simonson resumes the stand and is examined further.  The witness is excused.  5:00 p.m.  Recess.

Case continued to:  10/3/2017 at 10:00 a.m.     for further trial.

Start time: 8:53 a.m.  Stop time: 5:00 p.m.
Total court time: 6 hours, 24 mins.