## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL TRIAL MINUTES - GENERAL

Phoenix Division

CV-14-2057-PHX-SMM            DATE: 10/3/2017
Year   Case No   Initials

HON:  STEPHEN M. MCNAMEE

Caption: VIP Products LLC v. Jack Daniel's Properties Incorporated

Deputy Clerk:  Lisa Richter        Court Reporter: Elva Cruz-Lauer

Plaintiff counsel:   David Bray and David Ferrucci

Defendant counsel:   Douglas Harvey and Isaac Crum

==============================================================================
**PROCEEDINGS:**   __ **Jury Trial**   X   **Bench Trial**   __ **Voir Dire**   __ **Jury Sworn**

Bench Trial - Day 2

The parties stipulate to the admission of the following exhibits: 1 through 90, 101 through 127, 134 through 169, 173, 174, 205 through 217, 223 through 243, 247, 250, 252, 254, 256 through 259, 265 through 271, 271a.

9:58 a.m. Court reconvenes. Trial schedule is discussed. Defendant's case continues: The report of Gerald L. Ford is presented. David Gooder is sworn and examined. The witness is excused. 11:52 a.m. Recess.

Case continued to:  10/4/2017 at 10:00 a.m.    for further trial.

                                              Start time: 9:58 a.m.  Stop time: 11:52 a.m.
                                              Total court time: 1 hour, 54 mins.