# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL TRIAL MINUTES - GENERAL

Phoenix Division

CV-14-2057-PHX-SMM          DATE: 10/4/2017
Year   Case No   Initials

HON: STEPHEN M. MCNAMEE

Caption: VIP Products LLC v. Jack Daniel's Properties Incorporated

Deputy Clerk:  Lisa Richter          Court Reporter:  Elva Cruz-Lauer/Charlotte Powers

Plaintiff counsel:   David Bray and David Ferrucci

Defendant counsel:   Douglas Harvey and Isaac Crum

===========================================================================
**PROCEEDINGS:**   __ Jury Trial   X  Bench Trial   __ Voir Dire   __ Jury Sworn

Bench Trial - Day 3

9:56 a.m. Court reconvenes. Exhibits admitted in evidence by stipulation are read for the record. Defendant rests. Plaintiff's case: The report of Stephen Nowlis is presented. Stephen Sacra is sworn and examined. 11:59 a.m. Recess.

1:27 p.m. Court reconvenes. Stephen Sacra resumes the stand and is examined further. 3:00 p.m. Recess.

3:12 p.m. Court reconvenes. Stephen Sacra resumes the stand and is examined further. The witness is excused. Trial schedule is discussed. 3:56 p.m. Recess.

Case continued to:  10/5/2017 at 9:00 a.m.   for further trial.

                                                  Start time: 9:56 a.m.  Stop time: 3:56 p.m.
                                                  Total court time: 4 hours, 20 mins.