# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL TRIAL MINUTES - GENERAL

Phoenix Division

CV-14-2057-PHX-SMM          DATE: 10/5/2017
Year  Case No  Initials

HON: STEPHEN M. MCNAMEE

Caption: VIP Products LLC v. Jack Daniel's Properties Incorporated

Deputy Clerk: Lisa Richter          Court Reporter: Charlotte Powers/Elva Cruz-Lauer

Plaintiff counsel: David Bray and David Ferrucci

Defendant counsel: Douglas Harvey and Isaac Crum

========================================================================
**PROCEEDINGS:** __ **Jury Trial**  X  **Bench Trial**  __ **Voir Dire**  __ **Jury Sworn**

Bench Trial - Day 4

8:58 a.m.  Court reconvenes.  Plaintiff's case continues: Portions of the deposition of Christopher Hungerford are presented.  Bruce Silverman is sworn and examined.  10:20 a.m.  Recess.

10:34 a.m.  Court reconvenes.  Bruce Silverman resumes the stand and is examined further.  The witness is excused.  Plaintiff rests.  11:53 a.m.  Recess.

1:38 p.m.  Court reconvenes.  Defendant's rebuttal case: Portions of the deposition of Gerald L. Ford are presented.  Defendant rests.  Closing statements are presented.  3:02 p.m.  Recess.

3:17 p.m.  Court reconvenes.  Closing statements continue.  The matter is taken under advisement.  Annotated proposed findings of fact and conclusions of law are due 10/20/2017.

3:35 p.m.  Court is adjourned.

Start time: 8:58 a.m.  Stop time: 3:35 p.m.
Total court time: 4 hours, 23 mins.