UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number: CV 14-02057 PHX SMM    Judge Code: __    Date: October 2, 2017

VIP Products, LLC _____ vs. Jack Daniel's Properties, Inc. _____

☐ Plaintiff/Petitioner    ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Philip Epps | 10-2-17 | 10-2-17 |
| Tobias Joseph Roush | 10-2-17 | 10-2-17 |
| Eleanor Phillips (to be submitted via deposition) | | 10-2-17 by deposition |
| Itamar Simonson, Ph.D. | 10-2-17 | 10-2-17 |
| Gerald L. Ford (to be submitted on paper per Court Order, Document. No. 95.) | by report by deposition | 10-3-17 10-5-17 |
| David Gooder | 10-3-17 | 10-3-17 |

SCANNED