UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ✓ Non-Jury Trial  ☐ Jury Trial

Case Number: 2:14-cv-02057-SMM   Judge Code: __   Date: _____

VIP Products LLC  vs.  Jack Daniels Properties Incorporated

✓ Plaintiff/Petitioner   ☐ Defendant/Respondent

FILED / RECEIVED  OCT 05 2017  CLERK U S DISTRICT COURT  DISTRICT OF ARIZONA  BY ___ DEPUTY

| NAME | SWORN | APPEARED |
|---|---|---|
| Stephen Sacra | 10-4-17 | 10-4-17 |
| Bruce Silverman | 10-5-17 | 10-5-17 |
| Stephen Nowlis | | 10-4-17 by report |
| Christopher Hungerford | | 10-5-17 deposition |

SCANNED