UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☒ Non-Jury Trial   ☐ Jury Trial

Case Number 2:14-cv-02057   Judge Code SMM   Date October 2, 2017

VIP Products LLC   vs.   Jack Daniel's Properties, Inc.

☐ Plaintiff/Petitioner   ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 001 | | 10-3-17 | VIP Bad Spaniels Dog Toy |
| 002 | | 10-3-17 | Jack Daniel's Old No. 7 bottle |
| 003 | | 10-3-17 | USPTO Registration No. 4,106,178 |
| 004 | | 10-3-17 | File History for Bottle Registration 4,106,178 |
| 005 | | 10-3-17 | USPTO Registration No. 2,789,278 |
| 006 | | 10-3-17 | File History for USPTO Registration No. 2,789,278 |
| 007 | | 10-3-17 | USPTO Registration No. 1,923,981 |
| 008 | | 10-3-17 | File History for USPTO Registration No. 1,923,981 |

SCANNED

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 009 | | 10-3-17 | USPTO Registration No. 582,789 |
| 010 | | 10-3-17 | File History for USPTO Registration No. 582,789 |
| 011 | | 10-3-17 | USPTO Registration No. 42,663 |
| 012 | | 10-3-17 | File History for USPTO Registration No. 42,663 |
| 013 | | 10-3-17 | USPTO Registration No. 4,372,885 |
| 014 | | 10-3-17 | File History for USPTO Registration No. 4,372,885 |
| 015 | | 10-3-17 | USPTO Registration No. 4,481,424 |
| 016 | | 10-3-17 | File History for USPTO Registration No. 4,481,424 |
| 017 | | 10-3-17 | USPTO Registration No. 4,478,408 |
| 018 | | 10-3-17 | File History for USPTO Registration No. 4,478,408 |
| 019 | | 10-3-17 | USPTO Registration No. 4,526,056 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 020 | | 10-3-17 | File History for USPTO Registration No. 4,526,056 |
| 021 | | 10-3-17 | USPTO Registration No. 4,481,425 |
| 022 | | 10-3-17 | File History for USPTO Registration No. 4,481,425 |
| 023 | | 10-3-17 | USPTO Registration No. 4,354,330 |
| 024 | | 10-3-17 | File History for USPTO Registration No. 4,354,330 |
| 025 | | 10-3-17 | USPTO Registration No. 4,491,564 |
| 026 | | 10-3-17 | File History for USPTO Registration No. 4,491,564 |
| 027 | | 10-3-17 | USPTO Registration No. 3,055,481 |
| 028 | | 10-3-17 | File History for USPTO Registration No. 3,055,481 |
| 029 | | 10-3-17 | USPTO Registration No. 2,867,158 |
| 030 | | 10-3-17 | File History for USPTO Registration No. 2,867,158 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 031 | | 10-3-17 | VIP Products product catalog |
| 032 | | 10-3-17 | One-page photograph of VIP Products product catalog |
| 033 | | 10-3-17 | Photograph of Silly Squeaker bottle toys |
| 034 | | 10-3-17 | Photograph of Silly Squeaker wine bottle toys |
| 035 | | 10-3-17 | Sketch of Bad Spaniels label; e-mail from Elle Phillips dated June 10, 2013 |
| 036 | | 10-3-17 | E-mail dated June 11, 2013 from Elle Phillips with attached label |
| 037 | | 10-3-17 | Source image file for Bad Spaniels label |
| 038 | | 10-3-17 | E-mail from Elle Phillips dated June 11, 2013 with attached Bad Spaniels label |
| 039 | | 10-3-17 | Service invoice from Elle Phillips Design dated June 17, 2013 |
| 040 | | 10-3-17 | E-mail from Stephen Sacra dated November 22, 2013 |
| 041 | | 10-3-17 | E-mail from Elle Phillips dated November 22, 2013 with neck and bottle cap labels |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 042 | | 10-3-17 | Service invoice from Elle Phillips Design dated November 25, 2013 |
| 043 | | 10-3-17 | E-mail from Stephen Sacra dated November 27, 2013, with attached pictures of bottles |
| 044 | | 10-3-17 | E-mail from David dated December 17, 2013, with attached picture of Dos Perros bottle |
| 045 | | 10-3-17 | E-mail from Stephen Sacra dated December 18, 2013, with attached picture of Dos Perros bottle |
| 046 | | 10-3-17 | E-mail from Stephen Sacra dated February 23, 2014, with attached picture of Bad Spaniels bottle |
| 037 | | 10-3-17 | E-mail from Elle Phillips dated February 24, 2014 |
| 048 | | 10-3-17 | Three photographs of bottle with Bad Spaniels label |
| 049 | | 10-3-17 | 36 photographs of Bad Spaniels bottle |
| 050 | | 10-3-17 | E-mail from Elle Phillips dated March 17, 2014 with attached photographs of Bad Spaniels packaging |
| 051 | | 10-3-17 | E-mails between Stephen Sacra and Elle Phillips dated March 17, 2014 |
| 052 | | 10-3-17 | E-mail from Elle Phillips dated March 17, 2014, with attached photographs of packaging |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 053 | 10-3-17 | | E-mail from David Bai dated March 22, 2014 |
| 054 | 10-3-17 | | Photograph of seven Bad Spaniels bottles |
| 055 | 10-3-17 | | E-mail from Stephen Sacra dated March 18, 2014 |
| 056 | 10-3-17 | | E-mail from Elle Phillips dated March 18, 2014 with attached finalized, print-ready artwork |
| 057 | 10-3-17 | | Service invoice from Elle Phillips Design dated March 24, 2014 |
| 058 | 10-3-17 | | E-mails between Elle Phillips and Lisa Carpenter |
| 059 | 10-3-17 | | E-mails between Wendy Sacra and Elle Phillips dated July and August 2014 |
| 060 | 10-3-17 | | E-mail from Wendy Sacra to Elle Phillips dated September 2nd, 2014, requesting hi res images of toys |
| 061 | 10-3-17 | | E-mail from Wendy Sacra to Elle Phillips dated November 28, 2014, requesting creation of sell sheets for two new Silly Squeaker liquor bottles |
| 062 | 10-3-17 | | Sell sheet for Silly Squeaker toys |
| 063 | 10-3-17 | | Sell sheet for Bad Spaniels toy |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 064 | | 10-3-17 | Sell sheet for Bad Spaniels toy |
| 065 | | 10-3-17 | Sell sheet for Bad Spaniels toy |
| 066 | | 10-3-17 | Web site page for Bad Spaniels toy |
| 067 | | 10-3-17 | Photograph of Bad Spaniels bottle on a bar |
| 068 | | 10-3-17 | Photograph of Bad Spaniels bottle on a bar |
| 069 | | 10-3-17 | Notice of Deposition of Stephen Sacra |
| 070 | | 10-3-17 | 6-10-13 E-mail from Stephen Sacra to Elle Phillips. |
| 071 | | 10-3-17 | 11-27-13 E-mail from Stephen Sacra to david@flyingpony.com |
| 072 | | 10-3-17 | 12-15-13 E-mail from Stephen Sacra to david@flyingpony.com |
| 073 | | 10-3-17 | 12-15-13 E-mail from David to Stephen Sacra |
| 074 | | 10-3-17 | 12-16-13 E-mail from Stephen Sacra to david@flyingpony.com |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 075 | | 10-3-17 | 12-18-13 E-mail from Stephen Sacra to david@flyingpony.com |
| 076 | | 10-3-17 | 2-14-14 E-mail from David to Stephen Sacra |
| 077 | | 10-3-17 | 2-17-14 E-mail from David to Stephen Sacra |
| 078 | | 10-3-17 | 2-18-14 E-mail from Stephen Sacra to david@flyingpony.com |
| 079 | | 10-3-17 | 2-18-14 E-mail from Stephen Sacra to Lisa Carpenter |
| 080 | | 10-3-17 | 2-19-14 E-mail from David to Stephen Sacra |
| 081 | | 10-3-17 | 3-18-14 E-mail from 6024303020@pm.sprint.com |
| 082 | | 10-3-17 | 4-18-15 computer screen shot: "Silly Squeaker Liquor Bottle Jose the Perro - Liquor Bottles - VIP Products" |
| 083 | | 10-3-17 | Picture of Bad Spaniels product |
| 084 | | 10-3-17 | Picture of front and back of hang tag of Bad Spaniels product |
| 085 | | 10-3-17 | Plaintiff and Counter-Defendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Interrogatories |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 086 | | 10-3-17 | Pages reflecting all sales of the Bad Spaniels toy from July 9th, 2014, up until January 29th, 2015 |
| 087 | | 10-3-17 | 9-5-14 letter from Rachelle Andrews to VIP Products. |
| 088 | | 10-3-17 | 2015 "VIP Products Product Catalog." |
| 089 | | 10-3-17 | Picture of Whiskey Bottles |
| 090 | | 10-3-17 | Plaintiff and Counter-Defendant VIP Products, L.L.C.'S Responses to Jack Daniel's Properties, Inc.'s First Set of Requests for Production of Documents and Things |
| 091 | | | |
| 092 | | | |
| 093 | | | |
| 094 | | | |
| 095 | | | |
| 096 | | | |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **097** | | | |
| **098** | | | |
| **099** | | | |
| **100** | | | |
| **101** | | 10-3-17 | Complaint |
| **102** | | 10-3-17 | VIP's Response to Second Set of Interrogatories |
| **103** | | 10-3-17 | Answer and Counterclaims of JDPI |
| **104** | | 10-3-17 | VIP's Response to Second Set of RFPs |
| **105** | | 10-3-17 | High Quality Images of bottle in-store advertising |
| **106** | | 10-3-17 | High Quality Images of bottle advertising |
| **107** | | 10-3-17 | Television Ads for bottle |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 108 | | 10-3-17 | Billboard Advertising |
| 109 | | 10-3-17 | Film Advertising |
| 110 | | 10-3-17 | TV Advertising |
| 111 | | 10-3-17 | Celebrity Advertising |
| 112 | | 10-3-17 | Online Advertising |
| 113 | | 10-3-17 | Social Media Advertising |
| 114 | | 10-3-17 | History of Brand |
| 115 | | 10-3-17 | History of Bottle(s) |
| 116 | | 10-3-17 | Historical Label under the Federal Alcohol Admin. Act |
| 117 | | 10-3-17 | Historical 1956 advertisement |
| 118 | | 10-3-17 | High quality new ads of new bottle |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 119 | | 10-3-17 | Depiction of various bottles of bourbon/whiskey |
| 120 | | 10-3-17 | Images of historical and recent ads |
| 121 | | 10-3-17 | Feature piece in magazine |
| 122 | | 10-3-17 | Collection of ads |
| 123 | | 10-3-17 | Printout of Jack Daniel's ad from website |
| 124 | | 10-3-17 | Collection of Jack Daniel's ads |
| 125 | | 10-3-17 | Picture of the Bad Spaniel's Toy |
| 126 | | 10-3-17 | Silverman Produced documents |
| 127 | | 10-3-17 | Silverman Website |
| 128 | | | Excerpt from Advertising and Promotion Book |
| 129 | | | Nowlis Declaration in Apple Case |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 130 | | | Nowlis Deposition in Apple Case |
| 131 | | | Telebrands Expert Rebuttal Report |
| 132 | | | Bowe Expert Report |
| 133 | | | Bowe Supplemental Expert Report |
| 134 | | 10-3-17 | Signed Ford Declaration |
| 135 | | 10-3-17 | Ford Report: Exhibit A Vol I and II |
| 136 | | 10-3-17 | Ford Report: Exhibit A Vol II, Appx. G |
| 137 | | 10-3-17 | Ford Report: Exhibit B Publications |
| 138 | | 10-3-17 | Ford Report: Exhibit C Trial & Depo. Testimony |
| 139 | | 10-3-17 | Ford Report: Exhibit D Professional History |
| 140 | | 10-3-17 | Ford Report: Certificate of Service |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 141 | | 10-3-17 | Jack Daniel's Dog Collar |
| 142 | | 10-3-17 | Jack Daniel's Dog Leash |
| 143 | | 10-3-17 | Jack Daniel's Dog Treat Jar |
| 144 | | 10-3-17 | Jack Daniel's Dog Collar |
| 145 | | 10-3-17 | Print publications list 2014 |
| 146 | | 10-3-17 | Compilation of Jack Daniel's in the movies |
| 147 | | 10-3-17 | Clip from "30 Rock" |
| 148 | | 10-3-17 | "Building Jack Daniel's" Bottle Evolution |
| 149 | | 10-3-17 | Print article about Jack Daniel's history |
| 150 | | 10-3-17 | Jack Daniel's BBQ meats catalog |
| 151 | | 10-3-17 | Jack Daniel's apparel catalog |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 152 | | 10-3-17 | Catalog - Officially Licensed Products (chess sets, poker chips, flasks, glassware, etc.) |
| 153 | | 10-3-17 | Catalog - Officially Licensed Musical Instruments and Accessories |
| 154 | | 10-3-17 | Catalog - 2014 New Items Accessory Catalog (belts, buckles, wallets) |
| 155 | | 10-3-17 | Belt Buckle Collection |
| 156 | | 10-3-17 | Belt Buckle Collection & Gift Collection |
| 157 | | 10-3-17 | JD Look Book 2/2015 (lighters) |
| 158 | | 10-3-17 | Simonson How and When Trademarks Dilute |
| 159 | | 10-3-17 | Designated Confidential Attorneys' Eyes Only and Bound Separately |
| 160 | | 10-3-17 | 2017 Brown Forman Form 10K (June 14, 2017) |
| 161 | | 10-3-17 | VIP'S January 26, 2015 Initial Disclosures |
| 162 | | 10-3-17 | VIP's March 12, 2015 Response to JDPI's Interrogatory Requests |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 163 | | 10-3-17 | VIP's March 12, 2015 Response to JDPI's Requests for Production |
| 164 | | 10-3-17 | VIP's June 15, 2015 Response to JDPI's First Set of Requests for Admission |
| 165 | | 10-3-17 | VIP's June 17, 2015 Response to JDPI's Second Set of Requests for Production |
| 166 | | 10-3-17 | VIP's June 17, 2015 Response to JDPI's Second Set of Interrogatories |
| 167 | | 10-3-17 | VIP's July 6, 2015 First Supplemental Disclosure Statement |
| 168 | | 10-3-17 | VIP's August 31, 2015 (Corrected) Second Supplemental Disclosure Statement. |
| 169 | | 10-3-17 | Sacra's Verification of VIP's First Set of Interrogatory Responses |
| 170 | | | 4-15-15 computer screen shot: "Beer Shirts & T-Shirts / Officially Licensed Beer Gear, Hats, Clothing, and Bar Merchandise from Beer and Liquor Brands." |
| 171 | | | 4-17-15 computer screen shot: "Shop Beer & 24 Liquor Merchandise / WearYourBeer.com." |
| 172 | | | 4-17-15 computer screen shot: "Pet Supplies: Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy: Amazon.com." |
| 173 | | 10-3-17 | Our Town commercial from Jack Daniel's internal brand site |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **174** | | 10-3-17 | Amazon review page for the Bad Spaniels product |

**JACK DANIEL'S DEMONSTRATIVE EXHIBITS**

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| **10,000** | | | Page 1: Itamar Simonson's McDonald's Memory Association Map |
| **10,001** | | | Page 2: Itamar Simonson's Jack Daniel's Memory Association Map *after* Bad Spaniels toy. |
| **10,002** | | | Page 3: Itamar Simonson's Jack Daniel's Memory Association Map *after* Bad Spaniels toy. |
| | | | |
| | | | |
| | | | |