UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☒ Non-Jury Trial  ☐ Jury Trial

Case Number 2:14-cv-02057     Judge Code SMM     Date _____

VIP Products LLC _____ vs. Jack Daniel's Properties, Inc. ____

X Plaintiff/Petitioner     ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 201 | | | Summary of Results for Bottles and Shapes |
| 202 | | | Index of bottles |
| 203 | | | Brand Chart |
| 204 | | | Google Page of Dickel Whiskey |
| 205 | | 10-3-17 | Color copies of Bad Spaniels |
| 206 | | 10-3-17 | Color copy of Jack Daniel's Old No. 7 |
| 207 | | 10-3-17 | Color copies of Jack Daniel's The Whiskey Family |
| 208 | | 10-3-17 | Color copy of Jack Daniel's Single Barrel |

1

SCANNED

| 209 | | 10-3-17 | Color copy of Jack Daniel's Gentlemen Jack |
|---|---|---|---|
| 210 | | 10-3-17 | Color copy of Jack Daniel's Tennessee Honey |
| 211 | | 10-3-17 | Color copy of Jack Daniel's Tennessee Fire |
| 212 | | 10-3-17 | Color copy of Jack Daniel's Silver Select Single Barrel |
| 213 | | 10-3-17 | Color copy of Jack Daniel's Winter Jack |
| 214 | | 10-3-17 | Color copy of Jack Daniel's Sinatra Select |
| 215 | | 10-3-17 | Color copy of Jack Daniel's Tennessee Whiskey Green Label |
| 216 | | 10-3-17 | Color copy of Jack Daniel's No. 27 Gold Tennessee Whiskey |
| 217 | | 10-3-17 | Color copies of Jack Daniel's Product as a group and individually |
| 218 | | | Email correspondence between Seyfarth Shaw and Dr. Simonson |
| 219 | | | Jack Daniel's look and feel qualitative research report. |
| 220 | | | Jack Daniel's qualitative brand study |

| | | | |
|---|---|---|---|
| 221 | | | Jack Daniels study to create a focus group to create a profile of Jack Daniel's consumers. |
| 222 | | | Jack Daniel's qualitative brandy study |
| 223 | | 10-3-17 | Designated Confidential Attorneys' Eyes Only and Bound Separately |
| 224 | | 10-3-17 | Dr. Simonson's time spent on case |
| 225 | | 10-3-17 | Dr. Simonson's invoices |
| 226 | | 10-3-17 | Color copy to Jack Daniel's Old No. 7 advertisement |
| 227 | | 10-3-17 | Color copy to Jack Daniel's Old No. 7 advertisement |
| 228 | | 10-3-17 | Color copy to Jack Daniel's Old No. 7 advertisement |
| 229 | | 10-3-17 | Color copy to Jack Daniel's Old No. 7 advertisement |
| 230 | | 10-3-17 | Color copy to Jack Daniel's Old No. 7 advertisement |
| 231 | | 10-3-17 | Bad Spaniels Dog Toy (picture) |
| 232 | | 10-3-17 | Jack Daniel's Old No. 7 Bottle (picture) |

| 233 |  | 10-3-17 | "Whiskey Family" (picture) Jack Daniel's website |
| --- | --- | --- | --- |
| 234 |  | 10-3-17 | Jack Daniel's Ad "Serving Fine Establishments and Questionable Joints" |
| 235 |  | 10-3-17 | Jack Daniel's Ad "Not All Men Fear Commitment" |
| 236 |  | 10-3-17 | Initial Disclosures of Defendant and Counterclaimant Jack Daniel's Properties, Inc. |
| 237 |  | 10-3-17 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. |
| 238 |  | 10-3-17 | Bad spaniels Control Cell (picture) |
| 239 |  | 10-3-17 | TESS cancelled registration |
| 240 |  | 10-3-17 | Target Men's Tees Ad |
| 241 |  | 10-3-17 | Guns N Roses T-shirt (picture) |
| 242 |  | 10-3-17 | Photos of Jack Daniel's Bottles |
| 243 |  | 10-3-17 | Rule 26(A)(2)(C) Disclosure of Defendant and Counterclaimant Jack Daniel's Properties, Inc. |
| 244 |  |  | Jack Daniel's Global Strategy Highlights for BF 150 |

4

| | | | |
|---|---|---|---|
| **245** | | | Perception Research Services: AA Qualitative Exploratory of New Package Structures for Jack Daniel's Whiskey |
| **246** | | | Report by Mr. Sacra |
| **247** | | 10-3-17 | Photos of Jack Daniel's Bottles |
| **248** | | | Jack Daniel's Global Strategy PowerPoint |
| **249** | | | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle |
| **250** | | 10-3-17 | Plaintiff VIP Products, LLC's Notice of Jack Daniel's Properties, Inc. |
| **251** | | | Perception Research Services Report on Exploratory of New Package Design for Jack Daniel's Whiskey Bottle |
| **252** | | 10-3-17 | Disclosures of Jack Daniel's Properties, Inc. |
| **253** | | | Two-hour Internet Search Results |
| **254** | | 10-3-17 | Advertisements of Jack Daniel's |
| **255** | | | American Whiskey/Bourbon Report |
| **256** | | 10-3-17 | Expert Rebuttal Report of Stephen Nowlis |

| | | | |
|---|---|---|---|
| 257 | | 10-3-17 | Vita of Stephen M. Nowlis |
| 258 | | 10-3-17 | List of Documents Reviewed |
| 259 | | 10-3-17 | Amended Complaint, p. 5, ¶23-34; Answer of Jack Daniel's Properties to Amended Complaint, p. 3 ¶¶23 and 24; and Jack Daniel's Responses to VIP's First Request for Admission, pp. 3-6; Request Nos. 2-7. |
| 260 | | | Expert Report of Bruce Silverman |
| 261 | | | Material Reviewed and Considered |
| 262 | | | Bruce G. Silverman CV |
| 263 | | | Focus Group Transcripts |
| 264 | | | Focus Group Videos |
| 265 | | 10-3-17 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Admissions |
| 266 | | 10-3-17 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Non-Uniform Interrogatories |

| | | | |
|---|---|---|---|
| 267 | | 10-3-17 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's First Set of Request for Production of Documents |
| 268 | | 10-3-17 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Production of Documents Containing Restated and Corrected Request Nos. 11, 16 and 19 |
| 269 | | 10-3-17 | Defendant and Counterclaimant Jack Daniel's Properties, Inc.'s Responses to Plaintiff and Counter-Defendant's Second Set of Request for Admissions |
| 270 | | 10-3-17 | Defendant and Counterclaimant Jack Daniels Properties, Inc.'s Amended Responses to Plaintiff and Counter Defendant's Second Set of Request for Admissions |
| 271 | | 10-3-17 | VIP Bad Spaniels Sales Report |
| 271(A) | | 10-3-17 | Bad Spaniels Bottle Sales July 2014 to present |
| 272 | | | |
| 273 | | | |
| 274 | | | |
| 275 | | | |

7

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| Demo. # 10,003 |  |  | Color photo depicting Bad Spaniels toy and Jack Daniels Whisky bottle side by side with three horizontal lines |
| Demo. # 10,004 |  |  | Color photo of various square whiskey bottles with black caps and black and white labels and the Bad Spaniels toy |
| Demo. # 10,005 |  |  | Photo and text highlighting more than 50+ differences between the Bad Spaniels toy and the Jack Daniels Whisky Bottle |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |