**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products LLC, | ) |
| Plaintiff, | ) CV-14-2057-PHX-SMM |
| v. | ) MINUTE ORDER RE EXHIBITS |
| Jack Daniel's Properties Incorporated, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of the trial are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: October 6, 2017

Brian D. Karth, DCE/COC

By: Lisa Richter
Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ 1ST LEGAL COURIER _____ dft
counsel's signature/date

_____ LJ's LEGAL COURIER _____ pla
counsel's signature/date