CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 5
DATE: _____ IDEN.
DATE: _____10-3-17_____ EVID.
BY: _____
Deputy Clerk

# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,789,278**
**Registered Dec. 2, 2003**
**Amended Jan. 7, 2014**
**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 12-31-1991; IN COMMERCE 12-31-1991.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND TENNESSEE SOUR MASH WHISKEY", APART FROM THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE STYLIZED WORDING JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY AND AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SER. NO. 76-246,508, FILED 4-25-2001.



Commissioner for Trademarks of the
United States Patent and Trademark Office