CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 6

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:39:52 EDT

**Mark:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE SOUR MASH WHISKEY



| | | | |
|---|---|---|---|
| **US Serial Number:** 76246508 | | **Application Filing Date:** | Apr. 25, 2001 |
| **US Registration Number:** 2789278 | | **Registration Date:** | Dec. 02, 2003 |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |
| **Status:** The registration has been renewed. | | | |
| **Status Date:** Dec. 28, 2013 | | | |
| **Publication Date:** Apr. 22, 2003 | | **Notice of Allowance Date:** | Jul. 15, 2003 |

## Mark Information

**Mark Literal Elements:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE SOUR MASH WHISKEY

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and an oval shaped design in the center with a filigree appearing around the border.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "BRAND TENNESSEE SOUR MASH WHISKEY"

**Design Search Code(s):** 03.13.03 - Horns (of animal) along (not part of heads), antlers
21.03.01 - Beach balls; Billiard balls; Bingo balls; Lottery balls; Playground balls; Table tennis balls; Tennis balls; Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Paddle balls
26.05.20 - Triangles inside one another
26.05.21 - Triangles that are completely or partially shaded

**Name Portrait Consent:** The name "JACK DANIEL'S" does not identify a living individual.

## Related Properties Information

**Claimed Ownership of US Registrations:** 0582789, 1758658, 1923981 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY

| | | |
|---|---|---|
| **International Class(es):** 033 - Primary Class | **U.S Class(es):** | 047, 049 |
| **Class Status:** ACTIVE | | |
| **Basis:** 1(a) | | |
| **First Use:** Dec. 31, 1991 | **Use in Commerce:** | Dec. 31, 1991 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |

JDPI002909

| | | | | | |
|---|---|---|---|---|---|
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Jack Daniel's Properties, Inc.

**Owner Address:** 4040 Civic Center Drive, Suite 528
San Rafael, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION   **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** David S. Gooder   **Docket Number:** 8791

**Attorney Primary Email Address:** jdpilegal@jdpi.com   **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** David S. Gooder
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL, CALIFORNIA 94903-4191
UNITED STATES

**Phone:** 415-446-5225   **Fax:** 415-446-5230

**Correspondent e-mail:** jdpilegal@jdpi.com   **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 28, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 28, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76293 |
| Dec. 28, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Dec. 12, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 76293 |
| Dec. 12, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 05, 2013 | PETITION TO DIRECTOR - DISMISSED | 76845 |
| Nov. 29, 2013 | AMENDMENT UNDER SECTION 7 - ISSUED | 76293 |
| Nov. 04, 2013 | ASSIGNED TO PETITION STAFF | 76845 |
| Oct. 10, 2013 | TEAS PETITION TO DIRECTOR RECEIVED | 1111 |
| Oct. 09, 2013 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Oct. 09, 2013 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 18, 2013 | POST REGISTRATION ACTION MAILED - SEC. 7 | 76293 |
| Mar. 15, 2013 | TEAS SECTION 7 REQUEST RECEIVED | |
| Dec. 07, 2009 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69934 |
| Dec. 07, 2009 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69934 |
| Nov. 24, 2009 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 02, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 21, 2003 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 15, 2003 | ASSIGNED TO EXAMINER | 73358 |
| Sep. 13, 2003 | CASE FILE IN TICRS | |
| Aug. 19, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 06, 2003 | USE AMENDMENT FILED | |
| Aug. 06, 2003 | TEAS STATEMENT OF USE RECEIVED | |

JDPI002910

| | | |
|---|---|---|
| Jul. 15, 2003 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 22, 2003 | PUBLISHED FOR OPPOSITION | |
| Apr. 02, 2003 | NOTICE OF PUBLICATION | |
| Feb. 05, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 05, 2003 | EXAMINERS AMENDMENT MAILED | |
| Mar. 28, 2002 | FINAL REFUSAL MAILED | |
| Jan. 08, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 01, 2001 | NON-FINAL ACTION MAILED | |
| Jul. 29, 2001 | ASSIGNED TO EXAMINER | 73358 |
| Jul. 05, 2001 | ASSIGNED TO EXAMINER | 76731 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Dec. 02, 2013

**Change in Registration:** Yes

**Amendment to a Registration/Renewal Certificate:** In the statement, Column 1, line 12, "AND QUALITY" is deleted. Column 2, line 3 through 8 "The mark consists of the claims the color white on black shown in the mark as a feature of the mark. The color black appears in the background and the color white appears in the text and graphics in the mark as shown." is deleted, and "The mark consists of the stylized wording JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and an oval shaped design in the center with a filigree appearing around the border." is inserted. The drawing is amended to appear as follows: PUBLISH NEW CUT

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Dec. 28, 2013

JDPI002911

# United States of America
## United States Patent and Trademark Office



**Reg. No. 2,789,278**

**Registered Dec. 2, 2003**

**Amended Jan. 7, 2014**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 12-31-1991; IN COMMERCE 12-31-1991.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND TENNESSEE SOUR MASH WHISKEY", APART FROM THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE STYLIZED WORDING JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY AND AN OVAL SHAPED DESIGN IN THE CENTER WITH A FILIGREE APPEARING AROUND THE BORDER.

SER. NO. 76-246,508, FILED 4-25-2001.



Commissioner for Trademarks of the
United States Patent and Trademark Office

JDPI002912

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.\*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

JDPI002913

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, December 28, 2013 11:01 PM |
| **To:** | jdpilegal@jdpi.com |
| **Subject:** | Trademark RN 2789278: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:** 76246508
**Registration Number:** 2789278
**Registration Date:** Dec 2, 2003
**Mark:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE S, etc. (STYLIZED/DESIGN)
**Owner:** Jack Daniel's Properties, Inc.

Dec 28, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
033

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE**

JDPI002914

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=76246508.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

JDPI002915

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2789278 |
| **REGISTRATION DATE** | 12/02/2003 |
| **SERIAL NUMBER** | 76246508 |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE S (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | Christopher C. Larkin |
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | David S. Gooder |
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |

JDPI002916

| CITY | SAN RAFAEL |
|---|---|
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 8791 |

## CORRESPONDENCE SECTION (current)

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |

JDPI002917

| FAX | 415-446-5230 |
|---|---|
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 8791 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| GOODS OR SERVICES | ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\762\465\76246508\xml6\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image of a bottle of the product with the label affixed clearly showing the mark |
| **OWNER SECTION (current)** | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **LEGAL ENTITY SECTION (current)** | |

JDPI002918

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 500 |
| **GRACE PERIOD** | 200 |
| **TOTAL FEE PAID** | 700 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | //David S. Gooder// |
| **SIGNATORY'S NAME** | David S. Gooder |
| **SIGNATORY'S POSITION** | Chief Trademark Counsel |
| **DATE SIGNED** | 12/12/2013 |
| **SIGNATORY'S PHONE NUMBER** | 415-446-5225 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Dec 12 13:27:06 EST 2013 |
| **TEAS STAMP** | USPTO/S08N09-38.88.175.58 -20131212132706119573-278 9278-500d26cf6ccb27793f0c 4b45e83859fbc3eabddfea54d 815fce0d36dacc1-DA-617-20 131212132117488329 |

JDPI002919

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2789278
**REGISTRATION DATE:** 12/02/2003

**MARK:** (Stylized and/or with Design, JACK DANIEL'S OLD NO.7 BRAND TENNESSEE S)

The owner, Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of
    4040 Civic Center Drive, Suite 528
    San Rafael, California 94903
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 033, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of a bottle of the product with the label affixed clearly showing the mark.
Specimen File1
The registrant's current Attorney Information: Christopher C. Larkin of  JACK DANIEL'S PROPERTIES, INC.
    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States


The registrant's proposed Attorney Information: David S. Gooder of  JACK DANIEL'S PROPERTIES, INC.
    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States
The docket/reference number is 8791.


The phone number is 415-446-5225.

The fax number is 415-446-5230.

The email address is jdpilegal@jdpi.com.

The registrant's current Correspondence Information: David S. Gooder of JACK DANIEL'S PROPERTIES, INC.

    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States


The registrant's proposed Correspondence Information: David S. Gooder of JACK DANIEL'S PROPERTIES, INC.

    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States

The docket/reference number is 8791.


The phone number is 415-446-5225.

The fax number is 415-446-5230.

The email address is jdpilegal@jdpi.com.

A fee payment in the amount of $700 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration


**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: //David S. Gooder//     Date: 12/12/2013
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415-446-5225

Mailing Address **(current):**
  JACK DANIEL'S PROPERTIES, INC.

JDPI002921

4040 CIVIC CENTER DR STE 528
SAN RAFAEL, California 94903-4191

Mailing Address **(proposed):**
  JACK DANIEL'S PROPERTIES, INC.
  4040 CIVIC CENTER DR STE 528
  SAN RAFAEL, California 94903-4191

Serial Number: 76246508
Internet Transmission Date: Thu Dec 12 13:27:06 EST 2013
TEAS Stamp: USPTO/S08N09-38.88.175.58-20131212132706
119573-2789278-500d26cf6ccb27793f0c4b45e
83859fbc3eabddfea54d815fce0d36dacc1-DA-6
17-20131212132117488329

JDPI002922



JDPI002923

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    2789278



**Serial Number:**    76246508



**RAM Sale Number: 2789278**

**RAM Accounting Date: 20131213**

**Total Fees:**    $700

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20131212 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20131212 | $400 | 1 | 1 | $400 |
| Grace period for §8 | 7206 | 20131212 | $100 | 1 | 1 | $100 |
| Grace period for renewal | 7203 | 20131212 | $100 | 1 | 1 | $100 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20131212

JDPI002924



JDPI002925

# UNITED STATES PATENT AND TRADEMARK OFFICE

**U. S. APPLICATION SERIAL NUMBER**: 76/246508

**U. S. REGISTRATION NUMBER**: 2,789,278

# *2789278*

**RETURN ADDRESS:**

**CORRESPONDENCE ADDRESS**:

Christopher C. Larkin, Esq.
Seyfarth Shaw
One Century Plaza, Suite 3500
2029 Century Park East
Los Angeles, CA 90067-3021

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:
JACK DANIEL'S OLD NO.7 BRAND TENNESSEE S ETC.

**ISSUE/MAILING DATE:**
December 5, 2013

**APPLICANT/REGISTRANT**:
Jack Daniel's Properties, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
N/A

**CORRESPONDENT'S EMAIL ADDRESS** :
jdpilegal@jdpi.com

# PETITION TO DIRECTOR MOOT

Dear Mr. Larkin:

This acknowledges receipt on October 10, 2013, of a petition to the Director to reverse a decision by the paralegal specialist in the Post Registration Division refusing to allow petitioner to amend the mark in the subject registration.

DECISION:  The petition is hereby DISMISSED as MOOT.

A registrant may petition the Director to review an examiner's refusal to accept a request to amend a registration. 37 C.F.R. §§2.146(a)(2) and 2.176.  Such petitions will result in a *de novo* review of the examiner's action.  See,  *In re Umax Data System, Inc.,* 40 USPQ2d 1539 (Comm'r Pats. 1996).
Here, a review of the registration shows that the paralegal specialist accepted the amendment of the mark on November 29, 2013.  Therefore, no petition is needed and the petition is dismissed as moot.

The $100 petition fee, received on October 10, 2013, will be refunded.

Regards,

JDPI002926

/cgj/
Charles G. Joyner
Attorney Advisor
Office of the Deputy Commissioner
  for Trademark Examination Policy

For general and other useful information about trademarks, you are encouraged to visit the USPTO web site at **http://www.uspto.gov/main/trademarks.htm**.

JDPI002927

Global Format; No Form Number (Rev 8/2009)
OMB No. 0651-0054 (Exp. 10/31/2017)

# 2.146 petition to the Director

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246508 |
| **REGISTRATION NUMBER** | 2789278 |
| **FORM TEXT** | |
| Please see the attached Petition to the Director pursuant to Rule 2.146(a)(2) of the Trademark Rules of Practice seeking reversal of the April 18, 2013 decision of the Post Registration Examiner, on Petitioner Jack Daniel's Properties, Inc.'s request under Section 7(e) of the Trademark Act to amend the drawing of the mark in Registration No. 2,789,278, refusing to accept the requested amendment on the ground that it involves a material alteration of the mark. | |
| ATTACHMENT(S) | |
| **ORIGINAL PDF FILE** | Petition to Director_201391033420951.pdf |
| **CONVERTED PDF FILE(S)** (5 pages) | \\TICRS\EXPORT16\IMAGEOUT16\762\465\76246508\xml4\PDR0002.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT16\762\465\76246508\xml4\PDR0003.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT16\762\465\76246508\xml4\PDR0004.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT16\762\465\76246508\xml4\PDR0005.jpg |
| | \\TICRS\EXPORT16\IMAGEOUT16\762\465\76246508\xml4\PDR0006.jpg |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 100 |
| **TOTAL FEES DUE** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice.* |
| **SUBMISSION SIGNATURE** | /Christopher C. Larkin/ |

JDPI002928

| SIGNATORY'S NAME | Christopher C. Larkin |
|---|---|
| SIGNATORY'S POSITION | Attorney of Record, California State Bar member |
| SIGNATORY'S PHONE NUMBER | 310-201-5289 |
| DATE SIGNED | 10/10/2013 |
| AUTHORIZED SIGNATORY | YES |
| FILING INFORMATION SECTION | |
| TEAS STAMP | USPTO/PDR-10.112.151.171-20131010154914885327-2789 278-20131010153306313615-DA-2624-20131010153306313 615 |

Global Format; No Form Number (Rev 8/2009)
OMB No. 0651-0054 (Exp. 10/31/2017)

## 2.146 petition to the Director
## To the Commissioner for Trademarks:

The following is submitted for registration number. **2789278** :

## FORM INFORMATION

Please see the attached Petition to the Director pursuant to Rule 2.146(a)(2) of the Trademark Rules of Practice seeking reversal of the April 18, 2013 decision of the Post Registration Examiner, on Petitioner Jack Daniel's Properties, Inc.'s request under Section 7(e) of the Trademark Act to amend the drawing of the mark in Registration No. 2,789,278, refusing to accept the requested amendment on the ground that it involves a material alteration of the mark.

## FORM FILE NAME(S)

**Original PDF file:**
Petition to Director_201391033420951.pdf
**Converted PDF file(s)** (5 pages)
Attachments-1
Attachments-2
Attachments-3
Attachments-4
Attachments-5

JDPI002929

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examiner could still, upon later review, require a signed declaration.

**Submission Signature**
Signature: /Christopher C. Larkin/    Date: 10/10/2013
Signatory's Name: Christopher C. Larkin
Signatory's Position: Attorney of Record, California State Bar member
Signatory's Phone Number: 310-201-5289

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the petitioner's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the petitioner in this matter: (1) the petitioner has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the petitioner has filed a power of attorney appointing him/her in this matter; or (4) the petitioner's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

RAM Sale Number: 2624
RAM Accounting Date: 10/11/2013

Serial Number: 76246508
Internet Transmission Date:
TEAS Stamp: USPTO/PDR-10.112.151.171-201310101549148
85327-2789278-20131010153306313615-DA-26
24-20131010153306313615

JDPI002930

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant: Jack Daniel's

Mark: JACK DANIEL'S OLD TIME OLD
NO. 7 BRAND QUALITY TENNESSEE
SOUR MASH WHISKEY and Design

Registration No.: 2,789,278

Class: 33

Registered: December 2, 2003

**PETITION TO THE DIRECTOR PURSUANT TO 37 C.F.R. §§ 2.146(a)(2) AND 2.176**

**STATEMENT OF RELIEF REQUESTED**

Pursuant to Rules 2.146(a)(2) and 2.176 of the Trademark Rules of Practice, registrant

and petitioner Jack Daniel's Properties, Inc. ("Petitioner") hereby petitions the Director to

reverse the April 18, 2013 decision of the Post Registration Division of the Patent and

Trademark Office refusing to accept Petitioner's request under § 7(e) of the Trademark Act to

amend the drawing of the mark in Registration No. 2,789,278 on the ground that the requested

amendment involves a material alteration of the mark.

**PETITIONER'S BRIEF IN SUPPORT OF ITS PETITION**

**BACKGROUND**

In an office action dated April 18, 2013 (the "Office Action"), the Post Registration

Examiner refused to accept Petitioner's request under § 7(e) of the Trademark Act to amend the

drawing of the mark in Registration No. 2,789,278 in the manner shown below:

JDPI002931

**Current Drawing**                    **Proposed Drawing**

    

The Post Registration Examiner found that the requested amendment "would materially alter the character of the mark and thus cannot be accepted." Office Action at 1. The Examiner based her decision on the deletion of the words "OLD TIME" and "QUALITY" in the drawing of the proposed amended mark. She found that these deletions "would result in a mark with a different visual impression from that of the original mark, i.e., the two marks do not appear as essentially the same mark." Office Action at 2.

## ARGUMENT

### THE REQUESTED AMENDMENT DOES NOT INVOLVE A MATERIAL ALTERATION OF THE MARK AND SHOULD BE ACCEPTED.

The Director reviews a decision of the Post Registration Examiner to refuse a requested amendment under § 7(e) to determine whether the decision was correct. *In re Umax Data System, Inc.*, 40 USPQ2d 1539, 1541 (Comm'r Patents 1996). For the reasons discussed below, the Examiner's decision here was incorrect and should be reversed.

Section 7(e) of the Trademark Act provides in pertinent part that "[u]pon application of the owner and payment of the prescribed fee, the Director for good cause may permit any

2

JDPI002932

registration to be amended . . . : Provided, that the amendment . . . does not alter materially the character of the mark." 15 U.S.C. § 1057(e).

"'Material alteration' is the standard for evaluating amendments to marks at all relevant stages of processing, during examination of the application and after registration." *In re Umax Data System, Inc.*, 40 USPQ2d at 1540. "The test for determining a material alteration has been articulated as follows: The modified mark must contain what is the essence of the original mark, and the new form must create the impression of being essentially the same mark." *In re Guitar Straps Online, LLC*, 103 USPQ2d 1745, 1746 (TTAB 2012), *citing In re Hacot-Colombier*, 105 F.3d 616, 620 (Fed. Cir. 1997). "In other words, 'the new and old forms of the mark must create essentially the same commercial impression.'" *In re Guitar Straps*, 103 USPQ2d at 1747 (*quoting In re Tetrafluor Inc.,* 17 USPQ2d 1160, 1162 (TTAB 1990)).

As shown below, the marks here create essentially the same commercial impression:

 

Both marks contain the "JACK DANIEL'S" word mark, which is depicted in the same arched stylized presentation in the same place in both marks. Both contain the "OLD NO. 7" mark, which is depicted in the same stylized lettering within ovals formed by the same filigree designs in both marks. Both bear the same filigree borders and white-on-black color scheme.

JDPI002933

The typestyle and positioning of the word elements common to both marks, and the appearance of the design elements common to both marks, are virtually identical.

Nevertheless, the Post Registration Examiner refused to accept Petitioner's § 7(e) request, concluding that the deletion of the words "OLD TIME" and "QUALITY" in the modified mark "would result in a mark with a different *visual* impression from that of the original mark, i.e., the two marks do not appear as essentially the same mark." Office Action at 2 (emphasis added). The Examiner's analysis was incorrect.

"[T]he deletion of matter from a mark should be evaluated according to the same standard as a proposed addition to the mark." *In re CTB, Inc.*, 52 USPQ2d 1471, 1476 (TTAB 1999). The deletion of the words "OLD TIME" and "QUALITY" does not alter the overall commercial impression of the mark, particularly the *visual* impression upon which the Examiner based the refusal.[1] The two words are not the dominant (or even significant) portions of the original mark, as they appear in the same small lettering as the words "BRAND" and "SOUR MASH." This lettering is the smallest in size of any of the literal portions of the original mark. "OLD TIME" is tucked away in the original mark below the "JACK DANIEL'S" word mark and above the oval containing the "OLD NO. 7" mark, while "QUALITY" appears below the oval and above the words "TENNESSEE SOUR MASH WHISKEY." Against the backdrop of the design elements and the larger "JACK DANIEL'S" and "OLD NO. 7" word marks, the small

---

[1]The fact that "OLD TIME" is one of Petitioner's many trademarks has no bearing on the material alteration issue. "The question of whether a proposed amendment to delete previously registered matter from a mark is a material alteration should be determined without regard to whether the matter to be deleted is the subject of an existing registration." TMEP § 807.14(b). The word "QUALITY" is non-distinctive and was disclaimed together with the words "Brand" and "Tennessee Sour Mash Whiskey" in the original mark. "Non-distinctive matter may be deleted if the overall commercial impression is not altered." *Id.*

4

JDPI002934

size and positioning of "OLD TIME" and "QUALITY" in the original mark make the absence of those words in the modified mark hardly noticeable.

The two marks are virtually identical visually, and are thus essentially the same mark. *See In re Larios, S.A.*, 35 USPQ2d 1214, 1218 (TTAB 1995) (substitution of words 'VINO DE" for "GRAN VINO" on wine labels not a material alteration where "the overall design that accompanies the words" was not affected by the change and the design shape, typeface and positioning of the literal elements of the modified mark was identical to those of the original mark). The modified mark maintains the same overall commercial impression as the original mark, and the requested amendment under § 7(e) should have been accepted by the Examiner.

**CONCLUSION**

For all of the foregoing reasons, the decision of the Post Registration Examiner should be reversed and Petitioner's request under § 7(e) of the Trademark Act to amend its registration should be accepted.

Respectfully submitted,

Dated: October 9, 2013                         SEYFARTH SHAW LLP

By:_____/s/ Christopher C. Larkin_____
Christopher C. Larkin
Attorneys for Petitioner
JACK DANIEL'S PROPERTIES, INC.
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

5

**JDPI002935**

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246508 |
| **REGISTRATION NUMBER** | 2789278 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design) |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | David S. Gooder<br>08791<br>4040 CIVIC CENTER DR STE 528<br>SAN RAFAEL California (CA) 94903-4191<br>US<br>415-446-5225<br>415-446-5230<br>jdpilegal@jdpi.com |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | Christopher C. Larkin |
| **FIRM NAME** | Seyfarth Shaw LLP |
| **STREET** | 2029 Century Park East, Suite 3500 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 90067-3021 |

JDPI002936

| PHONE | 310-201-5289 |
|---|---|
| FAX | 310-201-5219 |
| EMAIL | clarkin@seyfarth.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |

| NEW CORRESPONDENCE ADDRESS | |
|---|---|
| NAME | David S. Gooder |
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| DOCKET/REFERENCE NUMBER | 08791 |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 94903-4191 |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 10/09/2013 |
| SIGNATORY POSITION | Chief Trademark Counsel |
| SIGNATORY PHONE NUMBER | 415-446-5225 |

| FILING INFORMATION SECTION | |
|---|---|
| SUBMIT DATE | Wed Oct 09 15:34:41 EDT 2013 |
| TEAS STAMP | USPTO/RAA-38.88.175.58-20 131009153441400553-762465 08-50094828fe75f5e747fbd5 545cd73bf98f5052ff65ced4d 42d1948af4c6df7ee9d-N/A-N /A-20131009152359198904 |

JDPI002937

JDPI002938

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design)
**SERIAL NUMBER:** 76246508
**REGISTRATION NUMBER:** 2789278

**The original attorney**
David S. Gooder
08791
4040 CIVIC CENTER DR STE 528
SAN RAFAEL California 94903-4191
US
415-446-5225
415-446-5230
jdpilegal@jdpi.com

**Original Correspondence Address :**
David S. Gooder
4040 CIVIC CENTER DR STE 528
SAN RAFAEL California 94903-4191
US
415-446-5225
415-446-5230
jdpilegal@jdpi.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney.

**Newly Appointed Attorney:**
Christopher C. Larkin
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
United States
310-201-5289
310-201-5219
clarkin@seyfarth.com

**The following is to be used as the correspondence address:**
David S. Gooder
JACK DANIEL'S PROPERTIES, INC.

JDPI002939

4040 CIVIC CENTER DR STE 528
SAN RAFAEL, California 94903-4191
United States

415-446-5225
415-446-5230
jdpilegal@jdpi.com The attorney docket/reference number is 08791.


Signature: /David S. Gooder/    Date: 10/09/2013
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415-446-5225

Serial Number: 76246508
Internet Transmission Date: Wed Oct 09 15:34:41 EDT 2013
TEAS Stamp: USPTO/RAA-38.88.175.58-20131009153441400
553-76246508-50094828fe75f5e747fbd5545cd
73bf98f5052ff65ced4d42d1948af4c6df7ee9d-
N/A-N/A-20131009152359198904

JDPI002940

| **To:** | Jack Daniel's Properties, Inc. (jdpilegal@jdpi.com) |
| **Subject:** | TRADEMARK REGISTRATION NO. 2789278 - JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU - 08791 |
| **Sent:** | 04/18/13 01:23:37 PM |
| **Sent As:** | PRG@uspto.gov |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
**OFFICE ACTION (OFFICIAL LETTER) ABOUT REGISTRANT'S TRADEMARK REGISTRATION**

**REGISTRATION NO.**    2789278

**REGISTRANT**:    Jack Daniel's Properties, Inc.

**CORRESPONDENT'S ADDRESS** :
   David S. Gooder
   JACK DANIEL'S PROPERTIES, INC.
   4040 CIVIC CENTER DR STE 528
   SAN RAFAEL CA 94903-4191

# 76246508

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/teas/eTEASpageC

**MARK**:    JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU

**CORRESPONDENT'S REFERENCE/DOCKET NO.**    08791

**CORRESPONDENT'S EMAIL ADDRESS** :
   jdpilegal@jdpi.com

## POST REGISTRATION OFFICE ACTION

**ISSUE/MAILING DATE: 4/18/2013**
Registration Number  2789278

The Section 7 Amendment submitted on **March 15, 2013** is not accepted for the reasons set forth below.

The proposed amendment to the mark would materially alter the character of the mark and thus cannot be accepted.  15 U.S.C. §1057(e); 37 C.F.R. §2.173(d).  A registered mark can be amended only if the change does not alter the character and commercial impression of the mark, i.e., the change creates essentially the same impression as the original mark.  *In re Umax Data System, Inc.,* 40 USPQ2d 1539 (Comm'r Pats. 1996); TMEP §1609.02(a).

The owner seeks to amend the mark in the registration from "JACK DANIEL'S **OLD TIME** OLD NO.7 BRAND **QUALITY** TENNESSEE SOUR MASH WHISKEY and design" to " **JACK DANIEL'S OLD NO.7 BRAND TENNESSEE SOUR MASH WHISKEY and design**".  The proposed amendment

JDPI002941

would result in a mark with a different visual impression from that of the original mark, i.e., the two marks do not appear as essentially the same mark.  Accordingly, the Section 7 Amendment is not accepted.

**If you disagree with the above refusal of your Section 7 Amendment, you may file a petition requesting review of this decision by the Director.  The petition must be filed within six months from the issuance date of this letter and must be accompanied by a fee of $100.  37 C.F.R. §§2.6, 2.146(a)(2) and 2.176.**

/MACY MA/
MACY MA
Trademark Specialist
Post Registration Division
Tel 571-272-9538
Fax 571-273-9538

**TO RESPOND TO THIS LETTER:**  Use the Trademark Electronic Application System (TEAS) Response to Post-Registration Office action form at http://www.uspto.gov/teas/eTEASpageC.htm.  Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the registration.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by (1) an individual registrant; (2) someone with legal authority to bind registrant (i.e., a corporate officer, a general partner, all joint applicants); or (3) an authorized attorney, if one is appointed to represent registrant.  If a registrant is represented by an attorney, the attorney must sign the response.

**CHECK THE STATUS OF THE REGISTRATION:**  To check the status of your registration at any time, visit the Office's  Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED SPECIALIST.**

| To: | Jack Daniel's Properties, Inc. (jdpilegal@jdpi.com) |
|---|---|
| Subject: | TRADEMARK REGISTRATION NO. 2789278 - JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU - 08791 |
| Sent: | 04/18/13 01:23:37 PM |
| Sent As: | PRG@uspto.gov |
| Attachments: | |

**IMPORTANT NOTICE**
**USPTO OFFICE ACTION HAS ISSUED ON 04/18/2013 FOR**
**REGISTRATION NO. 2789278**

Please follow the instructions below to continue the examination of your post registration filing:
**VIEW OFFICE ACTION:**  Click on this link
http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=76246508&doc_type=OOA&mail_c
(or copy and paste this URL into the address field of your browser), or visit
http://tmportal.uspto.gov/external/portal/tow and enter the registration number to access the Office action.
**PLEASE NOTE:**  The Office action may not be immediately available but will be viewable within 24 hours of this notification.
**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required, (2) how to respond and (3) the applicable response time period your response deadline will be calculated from.
**Do NOT hit 'Reply' to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**
**HELP:** For technical assistance in accessing the Office action, please e-mail TDR@uspto.gov. Please contact the assigned examiner with questions about the Office action.
**WARNING**

**1. The USPTO will NOT send a separate e-mail with the Office action attached.**
**2. Failure to file any required response by the applicable deadline may result in the cancellation and/or expiration of your registration.**

JDPI002943



JDPI002944

PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 07/31/2015)

# Section 7 Request Form

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2789278 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **SERIAL NUMBER** | 76246508 |
| **MARK SECTION (current)** | |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the claims the color white on black shown in the mark as a feature of the mark. The color black appears in the background and the color white appears in the text and graphics in the mark as shown.. |
| **MARK SECTION (proposed)** | |
| **MARK FILE NAME** | \\TICRS\EXPORT16\IMAGEOUT 16\762\465\76246508\xml1\ S7R0002.JPG |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE SOUR MASH WHISKEY |
| **COLOR MARK** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the stylized wording JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and an oval shaped design in the center with a filigree appearing around the border. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 446 x 250 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\762\465\76246508\xml1\ S7R0003.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | Digital image of the bottle clearly showing the mark and containing the goods in International Class 33 The attached specimen was in use in commerce on or before the filing date of this request. |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415-446-5225 |
| **FAX** | 415-446-5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |

## EXPLANATION OF FILING

Registrant, Jack Daniel's Properties, Inc., ("Registrant") hereby requests the amendment of Registration No. 2,789,278 to show the mark therein in the form shown in the accompanying drawing.

Registrant requests the amendment to bring the registration into conformity with how the mark is currently used in commerce. Registrant submits that the amendment of the mark will not materially alter the mark since the overall commercial impression is the same. The mark as originally registered included the words "QUALITY" and "OLD TIME". The current use of the mark does not include the words "QUALITY" or "OLD TIME."    Registrant believes that the words "QUALITY" and "OLD

JDPI002946

TIME" are not source identifying characteristics of the mark. Registrant disclaimed "QUALITY" in the original registration. Additionally, Registrant believes that the words "QUALITY" and "OLD TIME" do not make up the essence of the mark. An amendment of a registered mark is acceptable if the modified mark contains the essence of the original mark (i.e., the mark as originally registered), and the mark as amended creates essentially the same impression as the original mark. *In re Umax Data System, Inc.* , 40 USPQ2d 1539 (Comm'r Pats. 1996).

In support of this application for amendment, Registrant has submitted the required fee, a specimen of use of the attached mark, and the attached supporting declaration of Jack Daniel's Properties, Inc.

Registrant respectfully requests that this application be granted and that the Patent and Trademark Office issue an amended certificate of registration.

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| DISCLAIMER | "No claim is made to the exclusive right to use BRAND TENNESSEE SOUR MASH WHISKEY apart from the mark as shown" |

## ATTORNEY SECTION

| | |
|---|---|
| ORIGINAL ADDRESS | DAVID S. GOODER<br>JACK DANIEL'S PROPERTIES, INC.<br>4040 CIVIC CENTER DR STE 528<br>SAN RAFAEL<br>California (CA)<br>United States (USX)<br>94903-4191 |

## NEW ATTORNEY SECTION

| | |
|---|---|
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## CORRESPONDENCE SECTION

| | |
|---|---|
| | DAVID S. GOODER |

| ORIGINAL ADDRESS | JACK DANIEL'S PROPERTIES, INC.<br>4040 CIVIC CENTER DR STE 528<br>SAN RAFAEL<br>California (CA)<br>United States (USX)<br>94903-4191 |
|---|---|

## NEW CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## PAYMENT SECTION

| | |
|---|---|
| TOTAL AMOUNT | 100 |
| TOTAL FEES DUE | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| DECLARATION SIGNATURE | /David S. Gooder/ |
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 03/15/2013 |
| REQUEST SIGNATURE | /David S. Gooder/ |
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 03/15/2013 |
| AUTHORIZED SIGNATORY | YES |
| CONCURRENT § 8, 8 &15, OR 8 &9 FILED | NO |

## FILING INFORMATION SECTION

JDPI002948

| SUBMIT DATE | Fri Mar 15 15:59:56 EDT 2013 |
|---|---|
| TEAS STAMP | USPTO/S7R-12.154.100.33-2 0130315155956031657-27892 78-5006eebe28384a11e7b4a2 5a791dbcbe452841e5d4b3fa9 d0f124c7cc33c757e7-DA-785 6-20130315142803456405 |

PTO Form 1597 (Rev 11/2007)
OMB No. 0651-0055 (Exp. 07/31/2015)

# Section 7 Request Form
# To the Commissioner for Trademarks:

The registrant requests the following amendment(s) to registration no. **2789278**

**MARK**
**Registrant proposes to amend the mark as follows:**
**Current:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU (Stylized and/or with Design)
The mark consists of the claims the color white on black shown in the mark as a feature of the mark. The color black appears in the background and the color white appears in the text and graphics in the mark as shown..

**Proposed:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE SOUR MASH WHISKEY (Stylized and/or with Design, see mark)

The registrant is not claiming color as a feature of the mark. The mark consists of the stylized wording JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE SOUR MASH WHISKEY and an oval shaped design in the center with a filigree appearing around the border.

Registrant hereby submits a specimen for the mark that was in use in commerce on or before the filing date of this request. The specimen(s) submitted consists of Digital image of the bottle clearly showing the mark and containing the goods in International Class 33.
Specimen File1

**EXPLANATION OF FILING**

Registrant, Jack Daniel's Properties, Inc., ("Registrant") hereby requests the amendment of Registration No. 2,789,278 to show the mark therein in the form shown in the accompanying drawing.

Registrant requests the amendment to bring the registration into conformity with how the mark is currently used in commerce.  Registrant submits that the amendment of the mark will not materially alter the mark since the overall commercial impression is the same. The mark as originally registered included the words "QUALITY" and "OLD TIME".  The current use of the mark does not include the words "QUALITY"

or "OLD TIME."    Registrant believes that the words "QUALITY" and "OLD TIME" are not source identifying characteristics of the mark.  Registrant disclaimed "QUALITY" in the original registration.  Additionally, Registrant believes that the words "QUALITY" and "OLD TIME" do not make up the essence of the mark.  An amendment of a registered mark is acceptable if the modified mark contains the essence of the original mark (i.e., the mark as originally registered), and the mark as amended creates essentially the same impression as the original mark.  *In re Umax Data System, Inc.* , 40 USPQ2d 1539 (Comm'r Pats. 1996).

In support of this application for amendment, Registrant has submitted the required fee, a specimen of use of the attached mark, and the attached supporting declaration of Jack Daniel's Properties, Inc.

Registrant respectfully requests that this application be granted and that the Patent and Trademark Office issue an amended certificate of registration.

## OWNER AND/OR ENTITY INFORMATION
**Registrant proposes to amend the following:**
**Current:** Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of
    4040 Civic Center Drive, Suite 528
    San Rafael, California 94903
    United States
**Proposed:** Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of

    4040 Civic Center Drive, Suite 528
    San Rafael, California 94903
    United States
    jdpilegal@jdpi.com
    415-446-5225
    415-446-5230

## ATTORNEY INFORMATION
Registrant proposes to amend the following:
**Current:** DAVID S. GOODER JACK DANIEL'S PROPERTIES, INC. 4040 CIVIC CENTER DR STE 528 SAN RAFAEL California (CA) United States (USX) 94903-4191
**Proposed:** David S. Gooder of Jack Daniel's Properties, Inc., having an address of 4040 CIVIC CENTER DR STE 528 SAN RAFAEL, California United States 94903-4191, whose e-mail address is jdpilegal@jdpi.com, whose phone number is 415-446-5225 and whose fax number is 415-446-5230.

## CORRESPONDENCE ADDRESS CHANGE
Registrant proposes to amend the following:
**Current:** DAVID S. GOODER JACK DANIEL'S PROPERTIES, INC. 4040 CIVIC CENTER DR STE 528 SAN RAFAEL California (CA) United States (USX) 94903-4191
**Proposed:** David S. Gooder of Jack Daniel's Properties, Inc., having an address of 4040 CIVIC CENTER DR STE 528 SAN RAFAEL, California United States 94903-4191, whose e-mail address is jdpilegal@jdpi.com, whose phone number is 415-446-5225 and whose fax number is 415-446-5230.

## ADDITIONAL STATEMENTS

**Disclaimer**
"No claim is made to the exclusive right to use BRAND TENNESSEE SOUR MASH WHISKEY apart from the mark as shown"

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or document or any resulting registration, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /David S. Gooder/    Date: 03/15/2013
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone: 415-446-5225

**Request Signature**
Signature: /David S. Gooder/    Date: 03/15/2013
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Signatory's Phone: 415-446-5225

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the registrant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the registrant in this matter: (1) the registrant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the registrant has filed a power of attorney appointing him/her in this matter; or (4) the registrant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

The registrant is NOT filing a Declaration of Use of Mark under Section 8; a Combined Declaration of Use of Mark under Sections 8 & 15; or a Combined Declaration of Use of Mark/Application for Renewal of Registration of Mark under Sections 8 & 9 in conjunction with this Section 7 Request.

Mailing Address:   David S. Gooder
  Jack Daniel's Properties, Inc.
  4040 CIVIC CENTER DR STE 528
  SAN RAFAEL, California 94903-4191

RAM Sale Number: 2789278
RAM Accounting Date: 03/18/2013

JDPI002951

Serial Number: 76246508
Internet Transmission Date: Fri Mar 15 15:59:56 EDT 2013
TEAS Stamp: USPTO/S7R-12.154.100.33-2013031515595603
1657-2789278-5006eebe28384a11e7b4a25a791
dbcbe452841e5d4b3fa9d0f124c7cc33c757e7-D
A-7856-20130315142803456405

JDPI002952



JDPI002953



JDPI002954

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    2789278



**Serial Number:**    76246508



**RAM Sale Number:  2789278**

**RAM Accounting Date:  20130318**

**Total Fees:**    $100

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee | |
|---|---|---|---|---|---|---|
| §7 request | | 20130315 | $0 | 0 | 0 | $100 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20130315

JDPI002955



JDPI002956



JDPI002957

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2789278    SERIAL NO: 76/246508    MAILING DATE: 12/07/2009
REGISTRATION DATE: 12/02/2003
MARK: JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU ETC.
REGISTRATION OWNER: Jack Daniel's Properties, Inc.

**CORRESPONDENCE ADDRESS:**

David S. Gooder
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF
SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF
THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

JDPI002958

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002959

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2789278 |
| **REGISTRATION DATE** | 12/02/2003 |
| **SERIAL NUMBER** | 76246508 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415-446-5225 |
| **FAX** | 415-446-5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE** | |

JDPI002960

| VIA E-MAIL | Yes |
|---|---|

### ATTORNEY SECTION (current)

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |

### ATTORNEY SECTION (proposed)

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 08791 |

### GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 033 |
|---|---|
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT8\IMAGEOUT8\762\465\76246508\xml1\81_50002.JPG |
| SPECIMEN DESCRIPTION | Digital image of bottle of Tennessee Sour Mash Whiskey, showing mark in use |

### PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|

JDPI002961

| NUMBER OF CLASSES PAID | 1 |
|---|---|
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /David S. Gooder/ |
|---|---|
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 11/24/2009 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Tue Nov 24 16:22:33 EST 2009 |
|---|---|
| TEAS STAMP | USPTO/S08N15-12.154.100.5 9-20091124162233523410-27 89278-460b7f1263ca189e182 e5c3ec7cde6f53-DA-3165-20 091124160329048364 |

JDPI002962

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15 To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2789278
**REGISTRATION DATE:** 12/02/2003

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU (stylized and/or with design)

The owner, Jack Daniel's Properties, Inc., having an address of
    4040 Civic Center Drive, Suite 528
    San Rafael, California 94903
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 033, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of bottle of Tennessee Sour Mash Whiskey, showing mark in use.
Specimen File1

The registrant hereby appoints David S. Gooder of JACK DANIEL'S PROPERTIES, INC.
    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California 94903-4191
    United States
to file this Combined Declaration of Use and Incontestability under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 08791.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of*

*publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /David S. Gooder/    Date: 11/24/2009
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Mailing Address **(current)**:
   JACK DANIEL'S PROPERTIES, INC.
   4040 CIVIC CENTER DR STE 528
   SAN RAFAEL, California 94903-4191

Mailing Address **(proposed)**:
   JACK DANIEL'S PROPERTIES, INC.
   4040 CIVIC CENTER DR STE 528
   SAN RAFAEL, California 94903-4191

Serial Number: 76246508
Internet Transmission Date: Tue Nov 24 16:22:33 EST 2009
TEAS Stamp: USPTO/S08N15-12.154.100.59-2009112416223
3523410-2789278-460b7f1263ca189e182e5c3e
c7cde6f53-DA-3165-20091124160329048364

JDPI002964



JDPI002965

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   2789278



**Serial Number:**   76246508



**RAM Sale Number:  3165**

**RAM Accounting Date:  20091125**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20091124 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20091124 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20091124

JDPI002966



JDPI002967

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 2,789,278

Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELA-
WARE CORPORATION)
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

FOR: ALCOHOLIC BEVERAGES, NAMELY, TEN-
NESSEE SOUR MASH WHISKEY, IN CLASS 33 (U.S.
CLS. 47 AND 49).

FIRST USE 12-31-1991; IN COMMERCE 12-31-1991.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND" AND "QUALITY TEN-
NESSEE SOUR MASH WHISKEY", APART FROM
THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" DOES NOT IDEN-
TIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF THE CLAIMS THE
COLOR WHITE ON BLACK SHOWN IN THE MARK
AS A FEATURE OF THE MARK. THE COLOR
BLACK APPEARS IN THE BACKGROUND AND
THE COLOR WHITE APPEARS IN THE TEXT AND
GRAPHICS IN THE MARK AS SHOWN..

SN 76-246,508, FILED 4-25-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

JDPI002968

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA   22202-3514
www.uspto.gov

# NOTICE OF ACCEPTANCE OF STATEMENT OF USE

Oct 21, 2003

TM13                          ATTORNEY

REFERENCE NUMBER:

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528                        8791
SAN RAFAEL CA 94903-4191

**SERIAL NUMBER:**         76/246508
**MARK:**                          JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU
**OWNER:**                         Jack Daniel's Properties, Inc.

The Statement of Use (SOU) filed for the trademark application identified above has been accepted.  This acceptance means that the mark will register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

JDPI002969

7/20

Trademark

**TRADEMARK**

76246508

|||||||||||||||||||||||||||||||
76246508

NEW CASE DELIVERED

JUL 0 6 2001

LAW OFFICE 101

PROSECUTION HISTORY

| Entry | Date | Initials |
|---|---|---|
| 1. | AUG − 1 2001 | |
| 2. Amol + A | 1/8/02 | |
| 3. | MAR 28 2002 | |
| 4. NOP | FEB − 5 2003 | |
| 5. 04/22/03 | | |
| 6. | | |
| 7. | | |
| 8. NOA | | |
| 9. 7/15/03    SOU FILED | 8 − 6 − 3 | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

☐ See inside of file for additional entries.

JDPI002970



Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged (Signature) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | Cancelled - Section 8 (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | Expired - Section 9 (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

JDPI002971



JDPI002972

**SPECIMEN**

**Internet Transmission Date:**
08/06/2003

**International Class:**
033

**Serial Number:**
76246508





```
*** User: bloughran   ***
```

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 154 | 24 | 130 | 130 | 0:02 | "jack daniel" [ON] |
| 02 | 4899 | N/A | 0 | 0 | 0:01 | *ja{"ck"}*[BI,TI] |
| 03 | 533 | N/A | 0 | 0 | 0:01 | *dan{"iey"}{"iey"}l*[BI,TI] |
| 04 | 74 | N/A | 0 | 0 | 0:01 | 2 and 3 |
| 05 | 2 | 2 | 0 | 0 | 0:01 | 4 not 1 |
| 06 | 0 | 0 | 0 | 0 | 0:01 | *ol'[BI,TI] |
| 07 | 285 | N/A | 0 | 0 | 0:02 | *old*[BI,TI] and *t{'iy"}me*[BI,TI] |
| 08 | 261 | N/A | 0 | 0 | 0:01 | 7 not 1 |
| 09 | 197 | 109 | 88 | 88 | 0:24 | 8 and ( "009" [cc] or "030" [cc] or "033" [cc]) |
| 10 | 58 | N/A | 0 | 0 | 0:02 | *old*[BI,TI] and ( "7"[BI,TI] or *sev{v}n*[BI,TI]) |
| 11 | 20 | 10 | 10 | 10 | 0:01 | 10 not 1 |
| 12 | 2186 | N/A | 0 | 0 | 0:01 | 250125 [dc] |
| 13 | 7253 | N/A | 0 | 0 | 0:01 | 260301 [dc] |
| 14 | 33 | 15 | 1 | 1 | 0:01 | 12 and 13 |
| 15 | 33 | 15 | 1 | 18 | 0:01 | 14 not 1 |
| 16 | 15 | 13 | 2 | 2 | 0:01 | *tenn{v}{"scz"}{"iey"}*[BI,TI] |
| 17 | 335 | N/A | 0 | 0 | 0:01 | *tennessee*[BI,TI] |
| 18 | 308 | N/A | 0 | 0 | 0:01 | 17 not 1 |
| 19 | 129 | 49 | 1 | 1 | 0:20 | 18 and ( "009" [ic] or "033" [cc] "030" [cc]) |
| 20 | 181 | 80 | 101 | 101 | 0:25 | 18 and ( "009" [cc] or "033" [cc] "030" [cc]) |
| 21 | 249 | 118 | 15 | 15 | 0:15 | (*whiskey*[BI,TI] or *whisky*[BI,TI]) and ( "009" [cc] or "030" [cc]) |
| 22 | 236 | 118 | 118 | 118 | 0:01 | 21 not 1 |
| 23 | 20 | 3 | 1 | 1 | 0:15 | (*sour*[BI,TI] and *mash*[BI,TI]) and ( "009" [cc] |

JDPI002974

# SPECIMEN

**Internet Transmission Date:**
08/06/2003

**Serial Number:**
76246508

**International Class:**
033







JDPI002976

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)




# Statement of Use Filing

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized or with design) |
| OWNER | |
|     NAME | Jack Daniel's Properties, Inc. |
|     STREET | 4040 Civic Center Drive Suite 528 |
|     CITY | San Rafael |
|     STATE | CA |
|     ZIP/POSTAL CODE | 94903 |
|     COUNTRY | US |
|     PHONE | 415 446 5225 |
|     FAX | 415 446 5230 |
|     EMAIL | david_gooder@jdpi.com |
| OWNER AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY | |
|     NAME | David S. Gooder |
|     FIRM NAME | Jack Daniel's Properties, Inc. |
|     STREET | 4040 Civic Center Drive, Suite 528 |
|     CITY | San Rafael |
|     STATE | CA |
|     ZIP/POSTAL CODE | 94903 |
|     COUNTRY | USA |
|     PHONE | 415 446 5225 |
|     FAX | 415 446 5230 |
|     EMAIL | david_gooder@jdpi.com |
|     AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
|     DOCKET NUMBER | 8791 |

JDPI002977

| | |
|---|---|
| OTHER APPOINTED ATTORNEY | Christopher C. Larkin |
| SERIAL NUMBER | 76246508 |
| LAW OFFICE ASSIGNED | LAW OFFICE 113 |
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| GOODS AND/OR SERVICES | |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| INTERNATIONAL CLASS | 033 |
| FIRST USE ANYWHERE DATE | 12/31/1991 |
| FIRST USE IN COMMERCE DATE | 12/31/1991 |
| SPECIMEN FILE NAME(S) | 1215410033-06133409944-JD_Bottle_2001-6.jpg |
| SPECIMEN DESSCRIPTION | Digital photograph of the bottle containing the goods and clearly showing the mark |
| SIGNATURE INFORMATION | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATURE DATE | 08/06/2003 |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY POSITION | Vice President & Chief Trademark Counsel |
| PAYMENTS | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |
| RAM SALE NUMBER | 1005 |
| RAM ACCOUNTING DATE | 20030806 |

JDPI002978

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)



## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized or with design)
**SERIAL NUMBER:** 76246508

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Jack Daniel's Properties, Inc., residing at 4040 Civic Center Drive Suite 528, San Rafael, CA US 94903, is using or is using through a related company the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 033 all goods and/or services as listed in the Notice of Allowance.
The mark was first used at least as early as 12/31/1991, and first used in commerce at least as early as 12/31/1991, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photograph of the bottle containing the goods and clearly showing the mark
Specimen-1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /David S. Gooder/ Date: 08/06/2003
Signatory's Name: David S. Gooder
Signatory's Position: Vice President & Chief Trademark Counsel

Go Back

7-15-03

**FEE RECORD SHEET**

Serial Number:  76246508

RAM Sale Number:  1005

RAM Accounting Date:  20030806

Total Fees:      $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 08/06/2003 | $100 | 1 | $100 |

JDPI002980

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246508 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design) |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/76246508.gif |
| **OWNER SECTION (current)** | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| EMAIL | david_gooder@jdpi.com |
| OWNER AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **OWNER SECTION (proposed)** | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |

JDPI002981

| COUNTRY | US |
|---|---|
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| OWNER AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## ATTORNEY SECTION

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 8791 |
| OTHER APPOINTED ATTORNEY | Christopher C. Larkin |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 033 |
|---|---|
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 12/31/1991 |
| FIRST USE IN COMMERCE DATE | 12/31/1991 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT6\IMAGEOUT6 \762\465\76246508\xml1\SO U0002.JPG |
| SPECIMEN DESCRIPTION | Digital photograph of the bottle containing the goods and clearly showing the mark |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|

JDPI002982

| SUBTOTAL AMOUNT | 100 |
|---|---|
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 08/06/2003 |
| SIGNATORY POSITION | Vice President & Chief Trademark Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Aug 06 14:16:53 EDT 2003 |
| TEAS STAMP | USPTO/SOU-172.30.230.5-20 030806141653145039-762465 08-20046c4d1c4ef2f1fd47a8 7942c242e6c9-RAM-1005-200 30806141220583310 |

JDPI002983

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design)
**SERIAL NUMBER:** 76246508

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Jack Daniel's Properties, Inc., residing at 4040 Civic Center Drive Suite 528, San Rafael, CA US 94903, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 033, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/31/1991, and first used in commerce at least as early as 12/31/1991, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photograph of the bottle containing the goods and clearly showing the mark.
Specimen-1

The applicant hereby appoints David S. Gooder and Christopher C. Larkin of  Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, CA USA 94903 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 8791.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

JDPI002984

Signature: /David S. Gooder/     Date: 08/06/2003
Signatory's Name: David S. Gooder
Signatory's Position: Vice President & Chief Trademark Counsel

Mailing Address:
  Jack Daniel's Properties, Inc.
  4040 Civic Center Drive, Suite 528
  San Rafael, CA 94903

RAM Sale Number: 1005
RAM Accounting Date: 08/06/2003

Serial Number: 76246508
Internet Transmission Date: Wed Aug 06 14:16:53 EDT 2003
TEAS Stamp: USPTO/SOU-172.30.230.5-20030806141653145
039-76246508-20046c4d1c4ef2f1fd47a87942c
242e6c9-RAM-1005-20030806141220583310

JDPI002985



JDPI002986

# FEE RECORD SHEET

**Serial Number:** 76246508

**RAM Sale Number:  1005**

**Total Fees:**    $100

**RAM Accounting Date:  20030806**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 08/06/2003 | $100 | 1 | $100 |

JDPI002987

 

U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Jul 15, 2003

DAVID S. GOODER                                          ATTORNEY
JACK DANIEL'S PROPERTIES, INC.                REFERENCE NUMBER
4040 CIVIC CENTER DR STE 528                            8791
SAN RAFAEL CA 94903-4191

### ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/246508
MARK:          JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY
OWNER:         Jack Daniel's Properties, Inc.
               4040 Civic Center Drive
               Suite 528
               San Rafael, CALIFORNIA  94903

This application has the following bases, but not necessarily for all listed goods/services:
     Section 1(a): NO       Section 1(b): YES     Section 44(e): NO

#### GOODS/SERVICES BY INTERNATIONAL CLASS

033—ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

TMFRF9 (10/99)      ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

JDPI002988

## U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:** Jul 15, 2003

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

ATTORNEY
REFERENCE NUMBER

8791

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at <u>http://www.uspto.gov/teas/index.html</u> (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

<u>The following information should be reviewed for accuracy:</u>

SERIAL NUMBER:          76/246508
MARK:                   JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH
                        WHISKEY
OWNER:                  Jack Daniel's Properties, Inc.

                        4040 Civic Center Drive
                        Suite 528
                        San Rafael , CALIFORNIA   94903

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

033 -    ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

JDPI002989

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

JDPI002990

## U.S. Patent and Trademark Office (PTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:**  Jul 15, 2003

DAVID S. GOODER                                                          ATTORNEY
JACK DANIEL'S PROPERTIES, INC.                              REFERENCE NUMBER
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191                                                 8791

---

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.

Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at <u>http://www.uspto.gov/teas/index.html</u> (under "File a PRE-registration form"), to avoid the possible omission of important informaton.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

---

### The following information should be reviewed for accuracy:

SERIAL NUMBER:             76/246508
MARK:                      JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH
                           WHISKEY
OWNER:                     Jack Daniel's Properties, Inc.

                           4040 Civic Center Drive
                           Suite 528
                           San Rafael , CALIFORNIA   94903

Section 1(a): NO             Section 1(b): YES             Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

033 -     ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

JDPI002991

**ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS**

JDPI002992

 

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
www.uspto.gov

Apr 2, 2003

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/246,508

2. Mark:
   JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU
   Etc. and design

3. International Class(es):
   33

4. Publication Date:
   Apr 22, 2003

5. Applicant:
   Jack Daniel's Properties, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCF10A (REV 10/2002)



DAVID S. GOODER                          TMP&I
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

JDPI002994

Commissioner for Trademarks
2900 Crystal Drive
Arlington , VA   22202-3513
www.uspto.gov

Apr 2, 2003

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/246,508

2. Mark:
   JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU
   Etc. and design

3. International Class(es):
   33

4. Publication Date:
   Apr 22, 2003

5. Applicant:
   Jack Daniel's Properties, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

TMP&I

JDPI002995

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE    ☐ NO CHANGE    ☐ PUBLICATION/REGISTRATION STAGE

Name: __RADIAH HILLIARD__    L.O. ___108__  Date_____  Serial No. _____

| INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded. | | |
|---|---|---|
| **Legal Instrument Examiner (LIE)** | | |
| | Amended | **Data Element** |

| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
|---|---|---|---|
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |

| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
|---|---|---|---|
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Drawing | |

| **Misc. Mark Data** | ✓ | ☐ Mark Description | ☐ Disclaimer |
|---|---|---|---|
| | ✓ | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |

| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
|---|---|---|---|
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |

| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
|---|---|---|---|
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |

| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
|---|---|---|---|
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |

| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
|---|---|---|---|
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

_____RMH_____            3/4/03
LIE                                      DATE

Other:_____

JDPI002996

SERIAL NUMBER INFORMATION                                    HTTP://NX:/TRAM/OBJECT/PCTRAM?Line1=76246508



## TRADEMARK GENERAL QUERY AS OF: 02/24/03 04:47:08

**SERIAL NUMBER:** 76246508 **FILING DATE:** 04/25/2001

**REG. NUMBER:** 0000000 **REG. DATE:**

**REGISTER:** PRINCIPAL **MARK TYPE:** TRADEMARK

**FILED USE:** NO **CURRENTLY USE:** NO **AMENDED USE:** NO

**FILED ITU:** YES **CURRENTLY ITU:** YES **AMENDED ITU:** NO

**FILED 44D:** NO **CURRENTLY 44D:** NO **AMENDED 44D:** NO

**FILED 44E:** NO **CURRENTLY 44E:** NO **AMENDED 44E:** NO

**EXAMINER:** 73358-LOUGHRAN, BARBARA A.

**EXMR LO:** 101                                    **LO ASSIGNED:** 101

**LOCATION:** L1D-TMEG LAW OFFICE 101 - DOCKET CLERK

**DATE IN LOC:** 02/07/2003

~~**CHRG TO LOC:** L1C-TMEG LAW OFFICE 101 - AWAITING RESPONSE DOCKET~~    *HA*

**CHRG TO:** NONE

**STATUS:** 680 - APPROVED FOR PUBLICATION

**STATUS DATE:** 02/05/2003

**A/R EXAMINER:** NO A/R EXAMINER ASSIGNED

**PUB DATE:**          **DATE ABANDONED:**    **DATE CANCELLED:**

**SECTION 8:** NO    **SECTION 15:** NO    **ASSIGNMENT:** NO

**RENEWAL FILED:** NO    **RENEWAL DATE:**    **DATE AMENDED REG:**

**CLASSES ACTIVE:** 01

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY

1 of 3                                                    2/24/03 4:49 AM

JDPI002997

## CURRENT OWNER INFORMATION

**PARTY TYPE:**    10-ORIGINAL APPLICANT - FIRST NAME

**NAME:**    Jack Daniel's Properties, Inc.

**ADDRESS:**    4040 Civic Center Drive
Suite 528
SAN RAFAEL CALIFORNIA 94903

**ENTITY:**    03-CORPORATION

**CITIZENSHIP:**    DELAWARE

**The following symbols indicate that the goods and services have been amended after registration of the Mark.Double parenthesis ((..)) identify any "less goods";Single brackets [..] indicate deleted goods; and,Single asterisks \*..\* identify additional (new) wording in the goods.**

## GOODS AND SERVICES

**FOR:**    ALCOHOLIC BEVERAGES, NAMELY, TENNESSEE SOUR MASH WHISKEY

**INT. CLASS** 033   **(U.S. CLASSES** 047 and 049)

**FIRST USE:** None    **USE IN COMMERCE:** None    **CLASS STATUS:** 6

## MISCELLANEOUS INFORMATION

**SECTION 2F:** NO                **SECTION 2F IN PART:** NO

**Disclaimer with Predetermined Text:**    "BRAND" and "QUALITY TENNESSEE SOUR MASH WHISKEY"

**OWNER OF US REG NOS:**  0582789 , 1758658 and 1923981

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM | PRCD NUM |
|------|--------|----------|-------------|---------|----------|
| 02/05/2003 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER  *Examiner's Amendment* | 006 | 000000 |
| 02/05/2003 | CNFR | O | ~~FINAL REFUSAL~~ MAILED | 005 | 000000 |
| 3/28/02  FINAL Mailed 01/08/2002 | CRFA | I | COMMUNICATION RECEIVED FROM APPLICANT | 004 | 000000 |
| 08/01/2001 | CNRT | F | NON-FINAL ACTION MAILED | 003 | 000000 |
| 07/29/2001 | DOCK | D | ASSIGNED TO EXAMINER | 002 | 073358 |
| 07/05/2001 | DOCK | D | ASSIGNED TO EXAMINER | 001 | 076731 |

JDPI002998

SERIAL NUMBER INFORMATION                                    HTTP://NX:/TRAM/OBJECT/PCTRAM?Line1=76246508

## CORRESPONDENCE

**Attorney:**                David S. Gooder

**Attorney Docket Number:**  8791

**Correspondence Address:**  DAVID S. GOODER
                             JACK DANIEL'S PROPERTIES, INC.
                             4040 CIVIC CENTER DR STE 528
                             SAN RAFAEL CA 94903-4191

## OTHER INFORMATION

**Mark Drawing Cd:**         3-AN ILLUSTRATION DRAWING WHICH INCLUDES
                             WORD(S)/LETTER(S)/NUMBER(S)

**Pseudomark:**              JACK DANIELS OLD TIME OLD NUMBER 7 BRAND QUALITY
                             TENNESSEE SOUR MASH WHISKEY

**Design Search Codes:**     03.13.03, 21.03.01, 26.05.20 and 26.05.21

**Section 8 In Part:**  NO

**Repub Sec 12C:**  NO        **Pub Date 12C:**

**Change In Registration:**  NO

**TTAB Decision:**  NO

**Lost Case:**  NO

3 of 3                                                                  2/24/03 4:49 AM

JDPI002999

or  "030" [cc])

24        11        3        8        8        0:01    23 not

Session started  7/28/01 12:54:47 PM
Session finished 7/28/01 1:44:53 PM
Total search duration 2:01 minutes
Session Duration 50:06 minutes

Default NEAR limit= 1 ADJ limit= 1

JDPI003000

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/246508

**APPLICANT**: Jack Daniel's Properties, Inc.

FEB – 5 2003

**CORRESPONDENT ADDRESS**:
DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
**ecom101@uspto.gov**

If no fees are enclosed, the address should
include the words "Box Responses - No Fee."

**MARK**:     JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  8791

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email
   address.

RE: Serial Number  76/246508

## EXAMINER'S AMENDMENT

In accordance with the authorization granted by Amelia Deller for David Gooder, Esq., on September 17, 2002, the application has been AMENDED as indicated below. The examiner expressly notes that the applicant timely authorized this amendment in Response to the Office Action issued on March 28, 2002. The examiner apologizes for the unintentional delay in effecting the authorized amendment. No response is necessary unless there is an objection to the amendment. If there is an objection to the amendment, the applicant should notify the examining attorney immediately.

**Amended Disclaimer Statement**

The previous disclaimer statement is deleted in its entirety and the following is substituted therefore:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERMS **"BRAND"** AND **"QUALITY TENNESSEE SOUR MASH WHISKEY"**, APART FROM THE MARK AS A WHOLE.

Barbara Loughran
Trademark Examining Attorney - Law Office 101
Phone: 703-308-9101 ext. 176

JDPI003001

TRADEMARK EXAMINATION WORKSHEET

| ☐ AMENDMENT STAGE | ● NO CHANGE | ☐ PUBLICATION/REGISTRATION STAGE |

Name: BARBARA LOUGHRAN    L.O. 101    Date 2/5/03    Serial No. 76/246558

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

| Legal Instrument Examiner (LIE) | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☒ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr. Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

NAME                          EXAMINING ATTORNEY
Other: _____    _BAL_____    DATE 2/5/03

5/99

# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office

| | PAPER NO. |
|---|---|

**SERIAL NO.**       **APPLICANT**

76/246508 Jack Daniel's Properties, Inc.

**MARK**

JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUETC

**ADDRESS**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

**ACTION NO.**
02

**MAILING DATE**
03/28/02

**REF. NO.**
8791

FORM PTO-1525 (5-90)      U.S. DEPT. OF COMM. & TM OFFICE

**ADDRESS:**

Assistant Commissioner
for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*. *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the <u>Trademark Law Office No.</u>, <u>Serial No.</u>, and <u>Mark</u> in the upper right corner of your response.*

RE: Serial Number: 76/246508

This letter responds to the applicant's communication filed on January 8, 2002.

The amendment to the identification of goods has been accepted and entered into the record.

<u>**Requirement for Disclaimer of All Non-Distinctive and/or Generic/Descriptive Terms is Continued and Made FINAL**</u>

In the first Office Action issued in this application, the examiner stated that the applicant must disclaim the non-distinctive and/or descriptive/generic terms BRAND and QUALITY TENNESSEE SOUR MASH WHISKEY apart from the mark as a whole. In attempting to comply with this requirement, the applicant has disclaimed "BRAND and QUALITY SOUR MASH WHISKEY" apart from the mark as a whole. The applicant's disclaimer statement cannot be accepted, however, because the descriptive term TENNESSEE, which appears in the mark in the descriptive phrase QUALITY TENNESSEE SOUR MASH WHISKEY has been omitted from the disclaimer statement. Accordingly, the requirement for disclaimer of **BRAND and QUALITY TENNESSEE SOUR MASH WHISKEY apart from the mark as a whole** is Continued and hereby made FINAL.

JDPI003003

76/246508    -2-

### Proper Response to FINAL Action

Please note that the only appropriate responses to a final action are (1) compliance with the outstanding requirements, if feasible, (2) filing of an appeal to the Trademark Trial and Appeal Board, or (3) filing of a petition to the Commissioner if permitted by 37 C.F.R. Section 2.63(b). 37 C.F.R. Section 2.64(a). Regarding petitions to the Commissioner, see 37 C.F.R. Section 2.146; TMEP sections 1702 and 1704. If the applicant fails to respond within six months of the mailing date of this refusal, this Office will declare the application abandoned. 37 C.F.R. Section 2.65(a).

### Telephone Response Encouraged

PLEASE NOTE: This issue may be resolved by telephone. The applicant may telephone the examining attorney, instead of submitting a written response, to expedite the application.

Barbara A. Loughran
Trademark Examining Attorney
Law Office 101
(703) 308-9101 ext. 176

### FEE SCHEDULE

Effective January 10, 2000, the following trademark filing fees increased:

| 37 C.F.R Section | Description of Paper Filed | Old Fee Amount | New Fee Amount (effective 1/10/2000) |
|---|---|---|---|
| 2.6(a)(1) | Application for Registration, per class | $245 | $325 |
| 2.6(a)(4) | Request for Extension of time for filing Statement of Use, per class | $100 | $150 |
| 2.6(a)(5) | Application for Renewal, per class | $300 | $400 |
| 2.6(a)(13) | Filing Section 15 Affidavit, per class | $100 | $200 |
| 2.6(a)(16) | Petition for Cancellation, per class | $200 | $300 |
| 2.6(a)(17) | Notice of Opposition, per class | $200 | $300 |

See notices at 64 FR 67774 (Dec. 3, 1999) and 1229 TMOG 12 (Dec. 7, 1999).

### NOTICE FOR APPLICANTS FILING IN INTERNATIONAL CLASS 42

Effective January 1, 2002, the 8th edition of the Nice Agreement governing the classification of goods and services divided prior International Class 42 into four service mark classes. Information about revised International Class 42 and new International Classes 43, 44, and 45 is available at www.uspto.gov/web/offices/tac/notices/notices.htm.

***All applications filed on or after January 1, 2002, must comply with the new classification schedule.*** For applications filed *before* January 1, 2002, the new classification schedule is optional. Applicants opting to amend to the new schedule must advise the assigned Examining Attorney.

JDPI003004

# TRADEMARK EXAMINATION WORKSHEET

☒ AMENDMENT STAGE    ☐ NO CHANGE    ☐ PUBLICATION/REGISTRATION STAGE

Name: L. HODGES   L.O. 113   Date: 3.11.02 Serial No. 74/ 75/ 76/ 78 ___ 246508

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☒ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b    add        delete | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☒ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☒ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

Lori Hodges                     3.11.02

Other: _____

JDPI003005



**Loughran, Barbara**

| | |
|---|---|
| From: | Amelia_Deller@JDPI.com |
| Sent: | Thursday January 17, 2002 11:53 AM |
| To: | Barbara.Loughran@USPTO.GOV |
| Subject: | RE: Response to Office Action |



$RFC822.eml

Barbara:

It was in the re: line, but must have got cut off.  So sorry.
Serial No. 76/246,508

Thank you,
Amelia Deller


From: Barbara.Loughran@USPTO.GOV on 01/17/2002 06:59 AM

To:   Amelia_Deller@JDPI.com
cc:
Subject:  RE: Response to Office Action


Amelia:  Please identify the PTO Serial Number assigned to this matter so
that I may have your Response processed.

Thank You so much.

Barbara Loughran
Law Office 101
(707) 308-9101 ext 176

-----Original Message-----
From: Amelia_Deller@JDPI.com [mailto:Amelia_Deller@JDPI.com]
Sent: Tuesday January 08, 2002 5:45 PM
To: Barbara.Loughran@USPTO.gov
Subject: Response to Office Action


Re:  JACK DANIEL'S & Design (Black Label 2001)
Examining Attorney:  Barbara A. Loughran
Law Office: 101
 Ref:  8791
Official Action Dated:  August 1, 2001
********************************************************************

Applicant submits this response to the Official Action dated August 1, 2001
in the referenced application.

1. Applicant requests that the identification of goods be amended to read
as follows:

"Alcoholic beverages, namely, Tennessee sour mash whiskey in International
Class 33".

2. As requested, Applicant also enters the following disclaimer:

1

"No claim is made to the exclusive right to use the terms BRAND and QUALITY SOUR MASH WHISKEY, apart from the mark as shown".

It is submitted that the application is now in condition for publication and such favorable action is kindly requested,

Respectfully,


/David Gooder/ad
Vice President
JACK DANIEL'S PROPERTIES, INC.
415-446-5225

2

JDPI003007

**From:**      <Barbara.Loughran@USPTO.GOV>
**To:**         <Amelia_Deller@JDPI.com>
**Sent:**      Thursday January 17, 2002 9:59 AM
**Subject:**   RE: Response to Office Action

Amelia:  Please identify the PTO Serial Number assigned to this matter so
that I may have your Response processed.

Thank You so much.

Barbara Loughran
Law Office 101
(707) 308-9101 ext 176

-----Original Message-----
From: Amelia_Deller@JDPI.com [mailto:Amelia_Deller@JDPI.com]
Sent: Tuesday January 08, 2002 5:45 PM
To: Barbara.Loughran@USPTO.gov
Subject: Response to Office Action


Re:  JACK DANIEL'S & Design (Black Label 2001)
Examining Attorney:  Barbara A. Loughran
Law Office: 101
 Ref:  8791
Official Action Dated:  August 1, 2001
*********************************************************************

Applicant submits this response to the Official Action dated August 1, 2001
in the referenced application.

1. Applicant requests that the identification of goods be amended to read
as follows:

"Alcoholic beverages, namely, Tennessee sour mash whiskey in International
Class 33".

2. As requested, Applicant also enters the following disclaimer:

"No claim is made to the exclusive right to use the terms BRAND and QUALITY
SOUR MASH WHISKEY, apart from the mark as shown".

It is submitted that the application is now in condition for publication
and such favorable action is kindly requested,

Respectfully,


/David Gooder/ad
Vice President
JACK DANIEL'S PROPERTIES, INC.

1/17/02

JDPI003008

415-446-5225

1/17/02

JDPI003009

**Loughran, Barbara**

**From:**       Amelia_Deller@JDPI.com
**Sent:**       Tuesday January 08, 2002 5:45 PM
**To:**          Barbara.Loughran@USPTO.gov
**Subject:**    Response to Office Action

Re:  JACK DANIEL'S & Design (Black Label 2001)
Examining Attorney:  Barbara A. Loughran
Law Office: 101
 Ref:  8791
Official Action Dated:  August 1, 2001
**********************************************************************

Applicant submits this response to the Official Action dated August 1, 2001
in the referenced application.

1. Applicant requests that the identification of goods be amended to read
as follows:

"Alcoholic beverages, namely, Tennessee sour mash whiskey in International
Class 33".

2. As requested, Applicant also enters the following disclaimer:

"No claim is made to the exclusive right to use the terms BRAND and QUALITY
SOUR MASH WHISKEY, apart from the mark as shown".

It is submitted that the application is now in condition for publication
and such favorable action is kindly requested,

Respectfully,


/David Gooder/ad
Vice President
JACK DANIEL'S PROPERTIES, INC.
415-446-5225

1




# UNITED STATES PATENT AND TRADEMARK OFFICE

| | | PAPER NO. |
|---|---|---|

| **SERIAL NO.** | **APPLICANT** |
|---|---|
| 76/246508 | Jack Daniel's Properties, Inc. |

| **MARK** |
|---|
| JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUETC |

**ADDRESS**
DAVID S. GODDER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL CA 94903-4191

**ACTION NO.**
01

**MAILING DATE**
08/01/01

**REF. NO.**
9791

**ADDRESS:**
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
www.uspto.gov

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

FORM PTO-1525 (5-90)          U.S. DEPT. OF COMM. PAT. & TM OFFICE

---

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*. *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the* Trademark Law Office No.*,* Serial No.*, and* Mark *in the upper right corner of your response.*

RE: Serial Number: 76/246508

The assigned examining attorney has reviewed the referenced application and determined the following.

## Amendment to Identification of Goods is Required - Refusal of Registration in Absence of Amendment to Identification of Goods

Although the identification of "Alcoholic beverages, namely, distilled spirits" is normally accepted as definite for purposes of federal trademark registration, in certain cases the identification of goods must be further amended to correspond with the goods as identified in and restricted by the mark itself. TMEP Section 804.08(a). This is especially so where a generic term contained in a mark indicates that the goods possess specific qualities or characteristics. See, for example, *Ex parte Consumers Brewing Co.*, 55 USPQ 426 (Comm'r Pats. 1942) ("Beer" may not be included in the identification where the mark is NEWARK "OLDE TOWN" ALE and design.).

In the instant case, the terms TENNESSEE SOUR MASH WHISKEY in the mark indicate that the goods are, in fact, TENNESSEE SOUR MASH WHISKEY. As such, the identification of goods must be amended to correspond with and not exceed the type of goods named in the mark. The applicant must therefore amend the identification of goods to state: "**Alcoholic beverages, namely, Tennessee sour mash whiskey in International Class 33.**" In the absence of a proper

JDPI003011

76/246508                            -2-

amendment to the identification of goods, registration of the subject mark is refused pursuant to Section 2(e)(1) of the Trademark Act on the basis that the mark is misdescriptive of the goods.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 804.09. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

**Disclaimers are Required**

The applicant must disclaim the non-distinctive and/or descriptive/generic terms BRAND and QUALITY TENNESSEE SOUR MASH WHISKEY, apart from the mark as a whole. Trademark Act Section 6, 15 U.S.C. Section 1056; TMEP section 1213. The computerized printing format for the *Trademark Official Gazette* requires a standard form for a disclaimer. TMEP section 1213.09(a)(i). A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use the terms BRAND and QUALITY TENNESSEE SOUR MASH WHISKEY, apart from the mark as shown.

**Search Results**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

Barbara A. Loughran
Trademark Examining Attorney
Law Office 101
(703) 308-9101 ext. 176

Effective January 10, 2000, the following trademark filing fees increased:

| 37 C.F.R Section | Description of Paper Filed | Old Fee Amount | New Fee Amount (effective 1/10/2000) |
|---|---|---|---|
| 2.6(a)(1) | Application for Registration, per class | $245 | $325 |
| 2.6(a)(4) | Request for Extension of time for filing Statement of Use, per class | $100 | $150 |
| 2.6(a)(5) | Application for Renewal, per class | $300 | $400 |
| 2.6(a)(13) | Filing Section 15 Affidavit, per class | $100 | $200 |
| 2.6(a)(16) | Petition for Cancellation, per class | $200 | $300 |
| 2.6(a)(17) | Notice of Opposition, per class | $200 | $300 |

See notices at 64 FR 67774 (Dec. 3, 1999) and 1229 TMOG 12 (Dec. 7, 1999).

JDPI003012

04-25-2001

U.S. Patent & TMOfc/TM Mail RcptDt. #34

## DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:  Alcoholic beverages; namely, distilled spirits in International Class 33



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412787US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to:  BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

3

**TRADEMARK**

76246508

JDPI003013

76246508

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/30/2001 SWILSON  00000237 76246508
01 FC:361            325.00 OP

PTO-1555
(5/87)

JDPI003014



April 25, 2001

<u>VIA EXPRESS MAIL</u>

BOX NEW APP
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    Mark:        **JACK DANIEL'S & Design (Black Label 2001)**
       Applicant:   Jack Daniel's Properties, Inc.
       Class:       33
       Our Ref.:    8791
       <u>Subject</u>:     Trademark Intent-to-Use Application

Dear Sir:

Enclosed please find a trademark application for the above-referenced mark.  Also
enclosed you will find a check in the amount of $325.  So that we may have a timely
record of this filing, please date-stamp the enclosed stamped, self-addressed postcard and
deposit it into the U.S. mail.

The Commissioner is hereby authorized to charge payment of any additional fees
associated with this communication or credit any overpayment to Deposit Account No.
02-4065.

Please direct the Notice of Allowance or any questions regarding its issuance to my
attention.

Sincerely,

David S. Gooder
Vice President and Chief Trademark Counsel

DSG/kcm
Enclosures

cc:  Christopher C. Larkin, Esq. (w/encls.)

J A C K   D A N I E L ' S   P R O P E R T I E S ,   I N C .

4 0 4 0   C I V I C   C E N T E R   D R I V E     •     S U I T E   5 2 8     •     S A N   R A F A E L ,   C A L I F O R N I A   9 4 9 0 3
T E L E P H O N E :   ( 4 1 5 )   4 4 6 - 5 2 2 5     •     F A X   ( 4 1 5 )   4 4 6 - 5 2 3 0

JDPI003015

Mark: **JACK DANIEL'S & Design (Black Label 2001)**

Int'l Class:    33

INTENT TO USE TRADEMARK APPLICATION
PRINCIPAL REGISTER, WITH DECLARATION
(Corporation)

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Jack Daniel's Properties, Inc., a Delaware corporation
4040 Civic Center Drive, Suite 528
San Rafael, California 94903

The above-identified Applicant requests registration of the mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051, et. seq., as amended) for the following goods:

Alcoholic beverages; namely, distilled spirits in International Class 33

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods.

Applicant intends to use the mark on or in connection with the goods by applying it to the goods, to labels affixed to the goods, to packaging for the goods, to containers of the goods, to displays associated with the goods, or in other ways customary in the trade.

Pursuant to 37 CFR 2.52 a(v), Applicant claims the color white on black shown in the mark as a feature of the mark. The color black appears in the background and the color white appears in the text and graphics in the mark as shown.

Applicant is the owner of U.S. Registration Nos. 582,789; 1,758,658; 1,923,981 and others.

The name JACK DANIEL'S in the mark is not the name of a living individual.

1

JDPI003016

POWER OF ATTORNEY

Revoking all prior appointments, Applicant hereby appoints David S. Gooder, a member of the Bar of the State of California, and Applicant's Vice President and Chief Operating Officer, whose address is 4040 Civic Center Drive, Suite 528, San Rafael, California 94903 (415-446-5225) and Christopher C. Larkin, a member of the Bars of the State of New York and California, and practicing with the firm of Small Larkin, LLP, 10940 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024-3495 (310-209-4445) as its attorneys, with full power of substitution and revocation, to prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration. **Please address all communication and correspondence to David S. Gooder, Esq. at Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903.**

DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this document on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he believes the Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form of the mark or in such near resemblance to the mark as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation

Date:  April 25, 2001

David S. Gooder
Vice President and Chief Operating Officer

2

JDPI003017

04-25-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #34

### DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
                      San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:   Alcoholic beverages; namely, distilled spirits in International Class 33



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412787US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to:  BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

3

**TRADEMARK**

76246508

JDPI003018

Mark: **JACK DANIEL'S & Design (Black Label 2001)**

Int'l Class:     33

INTENT TO USE TRADEMARK APPLICATION
PRINCIPAL REGISTER, WITH DECLARATION
(Corporation)

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Jack Daniel's Properties, Inc., a Delaware corporation
4040 Civic Center Drive, Suite 528
San Rafael, California 94903

The above-identified Applicant requests registration of the mark shown in the accompanying
drawing in the United States Patent and Trademark Office on the Principal Register established
by the Act of July 5, 1946 (15 U.S.C. 1051, et. seq., as amended) for the following goods:

Alcoholic beverages; namely, distilled spirits in International Class
33

Applicant has a bona fide intention to use the mark in commerce on or in connection with the
above-identified goods.

Applicant intends to use the mark on or in connection with the goods by applying it to the goods,
to labels affixed to the goods, to packaging for the goods, to containers of the goods, to displays
associated with the goods, or in other ways customary in the trade.

Pursuant to 37 CFR 2.52 a(v), Applicant claims the color white on black shown in the mark as a
feature of the mark. The color black appears in the background and the color white appears in
the text and graphics in the mark as shown.

Applicant is the owner of U.S. Registration Nos. 582,789; 1,758,658; 1,923,981 and others.

The name JACK DANIEL'S in the mark is not the name of a living individual.

1

## POWER OF ATTORNEY

Revoking all prior appointments, Applicant hereby appoints David S. Gooder, a member of the Bar of the State of California, and Applicant's Vice President and Chief Operating Officer, whose address is 4040 Civic Center Drive, Suite 528, San Rafael, California 94903 (415-446-5225) and Christopher C. Larkin, a member of the Bars of the State of New York and California, and practicing with the firm of Small Larkin, LLP, 10940 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024-3495 (310-209-4445) as its attorneys, with full power of substitution and revocation, to prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration. **Please address all communication and correspondence to David S. Gooder, Esq. at Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903.**

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this document on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he believes the Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form of the mark or in such near resemblance to the mark as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation

Date:  April 25, 2001

David S. Gooder
Vice President and Chief Operating Officer

2

JDPI003020




April 25, 2001

<u>VIA EXPRESS MAIL</u>

BOX NEW APP
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re: Mark: **JACK DANIEL'S & Design (Black Label 2001)**
   Applicant: Jack Daniel's Properties, Inc.
   Class: 33
   Our Ref.: 8791
   <u>Subject:</u> <u>Trademark Intent-to-Use Application</u>

Dear Sir:

Enclosed please find a trademark application for the above-referenced mark.  Also enclosed you will find a check in the amount of $325.  So that we may have a timely record of this filing, please date-stamp the enclosed stamped, self-addressed postcard and deposit it into the U.S. mail.

The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication or credit any overpayment to Deposit Account No. 02-4065.

Please direct the Notice of Allowance or any questions regarding its issuance to my attention.

Sincerely,

David S. Gooder
Vice President and Chief Trademark Counsel

DSG/kcm
Enclosures

cc:  Christopher C. Larkin, Esq. (w/encls.)

**JACK DANIEL'S PROPERTIES, INC.**
4040 CIVIC CENTER DRIVE  •  SUITE 528  •  SAN RAFAEL, CALIFORNIA 94903
TELEPHONE: (415) 446-5225  •  FAX (415) 446-5230

JDPI003021

76246508

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/30/2001 SWILSON  00000237 76246508
01 FC:361                    325.00 OP

PTO-1555
(5/87)



04-25-2001

U.S. Patent & TMOfc/TM-Mail Rcpt Dt. #34



## DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:  Alcoholic beverages; namely, distilled spirits in International Class 33



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412787US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to:  BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

PUBLISHED
04/22/03

TRADEMARK

76246508

JDPI003023