Case 2:14-cv-02057-SMM   Document 224-5   Filed 10/19/17   Page 1 of 4

CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 7
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**  Reg. No. 1,923,981
Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

OWNER OF U.S. REG. NOS. 323,914, 441,002 AND OTHERS.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-575,005, FILED 9-19-1994.

DONNA MIRMAN, EXAMINING ATTORNEY



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1923981   SERIAL NO: 74/575005   MAILING DATE: 10/05/2005
REGISTRATION DATE: 10/03/1995
MARK: JACK DANIEL'S
REGISTRATION OWNER: JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, STE 528
SAN RAFAEL, CA 94903

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

****************************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

****************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**