CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 8

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ / EVID.

BY: _____

Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:40:29 EDT

**Mark:** JACK DANIEL'S

**US Serial Number:** 74575005     **Application Filing Date:** Sep. 19, 1994

**US Registration Number:** 1923981     **Registration Date:** Oct. 03, 1995

**Register:** Principal

**Mark Type:** Trademark

**Status:** The registration has been renewed.

**Status Date:** Oct. 05, 2005

**Publication Date:** Jul. 11, 1995

## Mark Information

**Mark Literal Elements:** JACK DANIEL'S

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Name Portrait Consent:** The name "JACK DANIEL'S" does not identify a living individual.

## Related Properties Information

**Claimed Ownership of US Registrations:** 0323914, 0441002 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** whiskey

**International Class(es):** 033 - Primary Class     **U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1875     **Use in Commerce:** 1875

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** JACK DANIEL'S PROPERTIES, INC.

**Owner Address:** 4040 CIVIC CENTER DRIVE, STE 528
SAN RAFAEL, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** DAVID S GOODER

**Correspondent**

**Correspondent Name/Address:** DAVID S GOODER
JACK DANIEL'S PROPERTIES, INC
4040 CIVIC CTR DR STE 528
SAN RAFAEL, CALIFORNIA 94903
UNITED STATES

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 20, 2013 | NOTICE OF SUIT | |
| Mar. 15, 2012 | NOTICE OF SUIT | |
| Dec. 22, 2010 | NOTICE OF SUIT | |
| Jan. 08, 2010 | NOTICE OF SUIT | |
| Feb. 24, 2009 | CASE FILE IN TICRS | |
| Oct. 05, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 05, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 05, 2005 | ASSIGNED TO PARALEGAL | 70853 |
| Jun. 22, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jun. 22, 2005 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 10, 2001 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 11, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 03, 1995 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 11, 1995 | PUBLISHED FOR OPPOSITION | |
| Jun. 09, 1995 | NOTICE OF PUBLICATION | |
| Mar. 02, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 10, 1995 | EXAMINER'S AMENDMENT MAILED | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Oct. 03, 2005

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** SCANNING ON DEMAND          **Date in Location:** Feb. 24, 2009

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 4          **Registrant:** Jack Daniel Distillery, Lem Motlow, Prop., Inc.

**Assignment 1 of 4**

**Conveyance:** CHANGE OF NAME

**Reel/Frame:** 1763/0446          **Pages:** 5

**Date Recorded:** Aug. 06, 1998

**Supporting Documents:** assignment-tm-1763-0446.pdf

**Assignor**

**Name:** JACK DANIEL DISTILLERY, LEM MOTLOW,          **Execution Date:** Apr. 10, 1998

JDPI002801

PROP., INC.

| | | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

**Correspondent**

Correspondent Name: JACK DANIEL'S PROPERTIES, INC.

Correspondent Address: DAVID S. GOODER, ESQ.
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CALIFORNIA 94903

**Domestic Representative - Not Found**

**Assignment 2 of 4**

| | | | |
|---|---|---|---|
| Conveyance: | RECORD TO CORRECT STATE OF INCORPORATION OF RECEIVING PARTY ON A CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED AT 1763/0446. | | |
| Reel/Frame: | 3124/0940 | Pages: | 8 |
| Date Recorded: | Jul. 20, 2005 | | |
| Supporting Documents: | assignment-tm-3124-0940.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | Apr. 10, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

**Correspondent**

Correspondent Name: DAVID S. GOODER

Correspondent Address: 4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CA 94903

**Domestic Representative - Not Found**

**Assignment 3 of 4**

| | | | |
|---|---|---|---|
| Conveyance: | MERGER | | |
| Reel/Frame: | 1764/0836 | Pages: | 4 |
| Date Recorded: | Aug. 06, 1998 | | |
| Supporting Documents: | assignment-tm-1764-0836.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

**Correspondent**

Correspondent Name: JACK DANIEL'S PROPERTIES, INC.

Correspondent Address: DAVID S. GOODER, ESQ.
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

**Domestic Representative - Not Found**

**Assignment 4 of 4**

JDPI002802

| | |
|---|---|
| Conveyance: | DUPLICATE RECORDING, SEE RECORDING AT REEL 1764, FRAME 0836. |
| Reel/Frame: | 1766/0385 |
| Date Recorded: | Aug. 05, 1998 |
| Supporting Documents: | assignment-tm-1766-0385.pdf |

**Pages:** 4

### Assignor

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CALIFORNIA 94903 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| Number of Proceedings: | 10 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91213986 | Filing Date: | Dec 13, 2013 |
| Status: | Terminated | Status Date: | Mar 25, 2014 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

### Defendant

| | |
|---|---|
| Name: | Russell G. Linnett dba Twisted Beverages |
| Correspondent Address: | WENDY PETERSON NOT JUST PATENTS PO BOX 18716 MINNEAPOLIS MN , 55418 UNITED STATES |
| Correspondent e-mail: | WSP@NJPLS.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| TWISTED JACK | Abandoned - After Inter-Partes Decision | 85948278 | |

### Plaintiff(s)

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER C LARKIN SEYFARTH SHAW LLP 2029 CENTURY PARK EAST, SUITE 3500 LOS ANGELES CA , 90067-3021 UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |

JDPI002803

| WINTER JACK | | Registered | | | 85728354 | 4404637 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 13, 2013 | Jan 22, 2014 |
| 3 | PENDING, INSTITUTED | Dec 13, 2013 | |
| 4 | NOTICE OF DEFAULT | Feb 07, 2014 | |
| 5 | BD DECISION: SUSTAINED | Mar 25, 2014 | |
| 6 | TERMINATED | Mar 25, 2014 | |

**Type of Proceeding: Opposition**

| Proceeding Number: 91201683 | Filing Date: Sep 19, 2011 |
|---|---|
| Status: Terminated | Status Date: May 01, 2012 |
| Interlocutory Attorney: YONG OH (RICHARD) KIM | |

**Defendant**

Name: Alvaro Santoscoy Padilla

Correspondent Address: IGNACIO MARTINEZ GONZALEZ
RICARDO PALMA 2744 , LOMAS DE GUEVARA
GUADALAJARA JALISCO , 44657
MEXICO

Correspondent e-mail: ignacio.martinez@megared.net.mx

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BILLY JACK | Abandoned - After Inter-Partes Decision | 85214774 | |

**Plaintiff(s)**

Name: Jack Daniel's Properties, Inc.

Correspondent Address: CHRISTOPHER C LARKIN
SEYFARTH SHAW
2029 CENTURY PARK EAST , SUITE 3500
LOS ANGELES CA , 90067-3063
UNITED STATES

Correspondent e-mail: clarkin@seyfarth.com , kelko@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 19, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 20, 2011 | Oct 30, 2011 |
| 3 | PENDING, INSTITUTED | Sep 20, 2011 | |
| 4 | NOTICE OF DEFAULT | Nov 14, 2011 | |
| 5 | P'S NOTICE OF INEFFECTIVE SERVICE | Nov 16, 2011 | |
| 6 | UNDELIVERABLE MAIL | Nov 16, 2011 | |
| 7 | SUSPENDED | Dec 21, 2011 | |
| 8 | UNDELIVERABLE MAIL | Jan 05, 2012 | |
| 9 | SERVICE BY PUBLICATION | Mar 13, 2012 | |
| 10 | BOARD'S DECISION: SUSTAINED | May 01, 2012 | |
| 11 | TERMINATED | May 01, 2012 | |

**Type of Proceeding: Opposition**

| Proceeding Number: 91196712 | Filing Date: Sep 29, 2010 |
|---|---|

JDPI002804

**Status:** Terminated                                                     **Status Date:** Aug 03, 2011

**Interlocutory Attorney:** GEORGE POLOGEORGIS

| Defendant |
|---|

**Name:** JACK BLACK INTERNATIONAL INC.

**Correspondent Address:** JACK BLACK INTERNAT; JACK BLACK INTERNAT
5422 YEW ST. VANCOUVER
VANCOUVER, B.C. V6M3X8 CANADA

**Correspondent e-mail:** mrosenberg@sillscummis.com , pto@sillscummis.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK BLACK | Registered | 77904312 | 4625149 |

| Plaintiff(s) |
|---|

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** CHRISTOPHER C. LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 1 | FILED AND FEE | Sep 29, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 30, 2010 | Nov 09, 2010 |
| 3 | PENDING, INSTITUTED | Sep 30, 2010 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Oct 29, 2010 | |
| 5 | EXTENSION OF TIME GRANTED | Oct 29, 2010 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Dec 07, 2010 | |
| 7 | EXTENSION OF TIME GRANTED | Dec 07, 2010 | |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Jan 04, 2011 | |
| 9 | EXTENSION OF TIME GRANTED | Jan 04, 2011 | |
| 10 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Feb 08, 2011 | |
| 11 | SUSPENDED | Feb 08, 2011 | |
| 12 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Apr 12, 2011 | |
| 13 | SUSPENDED | Apr 12, 2011 | |
| 14 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | May 09, 2011 | |
| 15 | SUSPENDED | May 09, 2011 | |
| 16 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jun 07, 2011 | |
| 17 | SUSPENDED | Jun 07, 2011 | |
| 18 | AMDT OF SERIAL NO. 77904312 AND W/D OF OPP BD'S DECISION: DISMISSED W/ PREJUDICE | Jun 17, 2011 | |

JDPI002805

| 19 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jul 08, 2011 |
| 20 | TERMINATED | Aug 03, 2011 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91196371 | Filing Date: | Sep 03, 2010 |
| Status: | Terminated | Status Date: | Nov 26, 2012 |
| Interlocutory Attorney: | MARY CATHERINE FAINT | | |

**Defendant**

| | |
|---|---|
| Name: | Mark Anthony International SRL |
| Correspondent Address: | DAVID H BERNSTEIN<br>DEBEVOISE PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK NY , 10022<br>UNITED STATES |
| Correspondent e-mail: | dhbernstein@debevoise.com , mifleisc@debevoise.com , jhamid@debevoise.com , akelly@debevoise.com , trademarks@debevoise.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CAYMAN JACK | Registered | 77850939 | 4584632 |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER C LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST, SUITE 3500<br>LOS ANGELES CA , 90067 3021<br>UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com , kelko@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 03, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 03, 2010 | Oct 13, 2010 |
| 3 | PENDING, INSTITUTED | Sep 03, 2010 | |
| 4 | CHANGE OF CORRESPONDENCE ADDRESS | Sep 04, 2010 | |
| 5 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 10, 2010 | |
| 6 | EXTENSION OF TIME GRANTED | Sep 10, 2010 | |
| 7 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Nov 11, 2010 | |
| 8 | EXTENSION OF TIME GRANTED | Nov 11, 2010 | |
| 9 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 10, 2010 | |
| 10 | EXTENSION OF TIME GRANTED | Dec 10, 2010 | |
| 11 | ANSWER | Feb 10, 2011 | |
| 12 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Mar 09, 2011 | |
| 13 | BOARD'S ORDER TRIAL DATES REMAIN AS SET | Mar 16, 2011 | |

JDPI002806

| 14 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Mar 17, 2011 |
| 15 | SUSPENDED | Mar 17, 2011 |
| 16 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Apr 21, 2011 |
| 17 | SUSPENDED | Apr 21, 2011 |
| 18 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Jun 30, 2011 |
| 19 | SUSPENDED | Jul 01, 2011 |
| 20 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 17, 2011 |
| 21 | EXTENSION OF TIME GRANTED | Dec 17, 2011 |
| 22 | STIP TO SUSPEND PEND DISP CIV ACTION | Apr 03, 2012 |
| 23 | SUSPENDED | Apr 03, 2012 |
| 24 | STIPULATION TO DISMISS OPPOSITION | Nov 19, 2012 |
| 25 | BD'S DECISION: DISMISSED W/ PREJUDICE | Nov 26, 2012 |
| 26 | TERMINATED | Nov 26, 2012 |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92052390 | **Filing Date:** | Apr 29, 2010 |
| **Status:** | Terminated | **Status Date:** | Dec 17, 2010 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

**Defendant**

| | |
|---|---|
| **Name:** | Dinoco International Corporation |
| **Correspondent Address:** | DINOCO INTERNATIONAL CORPORATION<br>2351 COLLEGE STATION ROAD, SUITE 422<br>ATHENS GA , 30605<br>UNITED STATES |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK'S | Cancelled - Section 18 | 77371261 | 3530231 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Jack Daniel's Properties, Inc. |
| **Correspondent Address:** | CHRISTOPHER C LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST, SUITE 3500<br>LOS ANGELES CA , 90067-3021<br>UNITED STATES |
| **Correspondent e-mail:** | clarkin@seyfarth.com , kelko@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 29, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 29, 2010 | Jun 08, 2010 |
| 3 | PENDING, INSTITUTED | Apr 29, 2010 | |
| 4 | UNDELIVERABLE MAIL | May 19, 2010 | |

JDPI002807

| 5 | P'S NOTICE OF INEFFECTIVE SERVICE | Jul 12, 2010 |
| 6 | SUSPENDED | Sep 17, 2010 |
| 7 | SERVICE BY PUBLICATION | Oct 19, 2010 |
| 8 | BOARD'S DECISION: GRANTED | Dec 03, 2010 |
| 9 | COMMISSIONER'S ORDER CANCELLING THE REGISTRATION | Dec 17, 2010 |
| 10 | TERMINATED | Dec 17, 2010 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91194636 | Filing Date: | Apr 16, 2010 |
| Status: | Terminated | Status Date: | May 09, 2011 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

#### Defendant

| | |
|---|---|
| Name: | JAKK'D Holdings, LLC |
| Correspondent Address: | ANTHONY R MASIELLO<br>HOLLAND & KNIGHT LLP<br>2099 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC , 20006<br>UNITED STATES |
| Correspondent e-mail: | anthony.masiello@hklaw.com , scott.petersen@hklaw.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JAKK'D | Abandoned - After Inter-Partes Decision | 77851838 | |

#### Plaintiff(s)

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER C. LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST , SUITE 3500<br>LOS ANGELES CA , 90067-3021<br>UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com , kelko@seyfarth.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 16, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 26, 2010 | Jun 05, 2010 |
| 3 | PENDING, INSTITUTED | Apr 26, 2010 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jun 01, 2010 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 11, 2010 | |
| 6 | ANSWER | Jun 28, 2010 | |
| 7 | OPP'S MOT FOR JUDGMENT ON THE PLEADINGS | Jul 19, 2010 | |
| 8 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jul 22, 2010 | |
| 9 | CHANGE OF CORRESPONDENCE ADDRESS | Aug 06, 2010 | |
| | D'S OPPOSITION/RESPONSE TO MOTION | | |

| 10 | D'S OPPOSITION/RESPONSE TO MOTION | Aug 06, 2010 |
| 11 | P'S REPLY IN SUPPORT OF MOTION | Aug 10, 2010 |
| 12 | BOARD'S DECISION: SUSTAINED | May 09, 2011 |
| 13 | TERMINATED | May 09, 2011 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** 91193150 | | **Filing Date:** Dec 23, 2009 | |
| **Status:** Terminated | | **Status Date:** Aug 01, 2011 | |
| **Interlocutory Attorney:** ELIZABETH WINTER | | | |

#### Defendant

**Name:** White Rock Distilleries, Inc.

**Correspondent Address:** DANIEL I SCHLOSS
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166-0005
UNITED STATES

**Correspondent e-mail:** schlossd@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COCONUT JACK | Abandoned - After Inter-Partes Decision | 77323510 | |

#### Plaintiff(s)

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** CHRISTOPHER C LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| WILDBERRY JACK | Cancelled - Section 8 | 75701466 | 2737064 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| CITRUS JACK SPLASH | Cancelled - Section 8 | 78377954 | 3124374 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 23, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 23, 2009 | Feb 01, 2010 |
| 3 | PENDING, INSTITUTED | Dec 23, 2009 | |
| 4 | ANSWER | Feb 01, 2010 | |
| 5 | ANSWER | Feb 03, 2010 | |
| 6 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Jul 15, 2010 | |
| 7 | EXTENSION OF TIME GRANTED | Jul 15, 2010 | |
| 8 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Oct 05, 2010 | |
| 9 | EXTENSION OF TIME GRANTED | Oct 05, 2010 | |
| 10 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Nov 30, 2010 | |

| 11 | SUSPENDED | Dec 01, 2010 |
|----|-----------|--------------|
| 12 | WITHDRAWAL OF OPPOSITION | Jul 21, 2011 |
| 13 | BD'S DECISION: DISMISSED W/ PREJUDICE | Aug 01, 2011 |
| 14 | TERMINATED | Aug 01, 2011 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91187024 | Filing Date: | Oct 17, 2008 |
| Status: | Terminated | Status Date: | Mar 28, 2009 |
| Interlocutory Attorney: | ELIZABETH WINTER | | |

#### Defendant

**Name:** Osez Vous? International Spirits, LLC.

**Correspondent Address:** Michael J. Leonard
Pepper Hamilton LLP
3000 Two Logan Square, 18th and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

**Correspondent e-mail:** leonardm@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| SLAPJACK | Abandoned - After Inter-Partes Decision | 77357629 | |

#### Plaintiff(s)

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** Christopher C. Larkin
Seyfarth Shaw LLP
2029 Century Park East Suite 3300
Los Angeles CA , 90067-3063
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com , kelko@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| CRANBERRY JACK | Cancelled - Section 8 | 76298797 | 2685620 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| THE OTHERS DON'T HAVE JACK | Cancelled - Section 8 | 76225527 | 2602686 |
| JACK FREEZE | Cancelled - Section 8 | 76119652 | 2597077 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| WILDBERRY JACK | Cancelled - Section 8 | 75701466 | 2737064 |
| BLACKBERRY JACK | Renewed | 74493657 | 1883860 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| UNCLE JACK'S | Renewed | 72306913 | 879607 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Oct 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 17, 2008 | Nov 26, 2008 |
| 3 | PENDING, INSTITUTED | Oct 17, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 11, 2008 | |
| 5 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | Dec 17, 2008 | |
| 6 | D'S RESPONSE TO BOARD ORDER/INQUIRY | Dec 17, 2008 | |
| 7 | TRIAL DATES RESET | Dec 22, 2008 | |

JDPI002810

| 8 | NOTICE OF DEFAULT | Feb 11, 2009 |
| 9 | NOTICE OF DEFAULT | Feb 11, 2009 |
| 10 | BOARD'S DECISION: SUSTAINED | Mar 28, 2009 |
| 11 | TERMINATED | Mar 28, 2009 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91185268 | Filing Date: | Jul 17, 2008 |
| Status: | Terminated | Status Date: | May 11, 2009 |
| Interlocutory Attorney: | ROBERT COGGINS | | |

#### Defendant

| | |
|---|---|
| Name: | Hooked Industries, LLC |
| Correspondent Address: | Maria Mann<br>Michael Anthony Castillo<br>Hooked Industries Inc., 48901 US Highway 93; Suite A, PMB 444<br>Polson MT , 59860-8547<br>UNITED STATES |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| J D | Abandoned - After Inter-Partes Decision | 77255777 | |

#### Plaintiff(s)

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | Christopher C. Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park EastSuite 3300<br>Los Angeles CA , 90067-3063<br>UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com , kelko@seyfarth.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK DANIEL'S | Renewed | 74509373 | 1878804 |
| JD | Cancelled - Section 8 | 77188716 | 3509482 |
| JD | Cancelled - Section 8 | 77188676 | 3509481 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 17, 2008 | Aug 26, 2008 |
| 3 | PENDING, INSTITUTED | Jul 17, 2008 | |
| 4 | ANSWER | Aug 25, 2008 | |
| 5 | P'S MOTION TO STRIKE | Sep 16, 2008 | |
| 6 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 07, 2008 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Oct 24, 2008 | |
| 8 | MOT STRIKE GRANTED; EXT GRANTED | Jan 06, 2009 | |
| 9 | D'S REQUEST TO WITHDRAW AS ATTORNEY | Jan 14, 2009 | |
| 10 | DEF'S AMENDMENT TO MOT TO WITHDRAW AS COUNSEL | Jan 20, 2009 | |
| 11 | RESPONSE DUE 30 DAYS (DUE DATE) | Feb 04, 2009 | Mar 06, 2009 |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Mar 25, 2009 | Apr 24, 2009 |
| 13 | BOARD'S DECISION: SUSTAINED | May 11, 2009 | |
| 14 | TERMINATED | May 11, 2009 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91179740 | Filing Date: | Sep 27, 2007 |

JDPI002811

**Status:** Terminated                               **Status Date:** Jan 14, 2008

**Interlocutory Attorney:** BRIAN D BROWN

| Defendant |
|---|
| **Name:** NHA, INC. |
| **Correspondent Address:** NHA, INC.<br>2014 FORD RD UNIT 9-I<br>BRISTOL PA , 19007-6743<br>UNITED STATES |
| **Correspondent e-mail:** thomaskang@aol.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK'S RESERVE | Abandoned - After Inter-Partes Decision | 77042917 | |

| Plaintiff(s) |
|---|
| **Name:** Jack Daniel's Properties, Inc. |
| **Correspondent Address:** Christopher C. Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3300<br>LOS ANGELES CA , 90067-3063<br>UNITED STATES |
| **Correspondent e-mail:** clarkin@seyfarth.com , kelko@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY | Section 8 and 15 - Accepted and Acknowledged | 78569421 | 3055287 |
| JACK DANIEL'S OLD NO.7 BRAND | Renewed | 76034872 | 2625959 |
| JACK DANIEL'S | Renewed | 75035161 | 2026933 |
| JACK | Renewed | 75463656 | 2815221 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 27, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 27, 2007 | Nov 06, 2007 |
| 3 | PENDING, INSTITUTED | Sep 27, 2007 | |
| 4 | NOTICE OF DEFAULT | Nov 29, 2007 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 14, 2008 | |
| 6 | TERMINATED | Jan 14, 2008 | |

JDPI002812

✎ AO 120 (Rev. 2/99)

| TO: | |
|---|---|
| **Commissioner of Trademarks**<br>**P.O. Box 1451**<br>**Alexandria, VA 22313-1451** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Colorado _____ on the following   Trademarks

| DOCKET NO.<br>**11-cv-2277** | DATE FILED<br>**8/30/11** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Jack Daniel's Properties, Inc. | | DEFENDANT<br>Beverage Resources International, Inc. et al. |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  582,789 | | **Please see copy of Complaint attached hereto** |
| 2 1,923,981 | | |
| 3 1,758,658 | | . |
| 4 2,815,221 | | |
| 5 2,633,168 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | | |
|---|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading | |
| PATENT OR | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | | |
| 1 2,572,051 | | | | | |
| 2 1,538,377 | | | | | |
| 3 3,259,938 | | . | | | |
| 4 3,305,834 | | | | | |
| 5 | | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order entered 10/18/12<br>Default judgment entered 10/19/12 |

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK<br>s/M. Fields | DATE<br>11/5/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JDPI002813

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

      Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

      Defendants.

---

## ORDER

---

    This matter is before the Court on the Motion for Default Judgment [Docket No. 60] filed by plaintiff Jack Daniel's Properties, Inc. Plaintiff requests that the Court enter judgment by default against defendant Jakk'd Holdings, LLC ("Jakk'd").[1]

    In order to obtain a judgment by default, a party must follow the two-step process described in Federal Rule of Civil Procedure 55. First, he or she must seek an entry of default from the Clerk of the Court under Rule 55(a). Second, after default has been entered by the Clerk, the party must seek default judgment according to the strictures of Rule 55(b). *See Williams v. Smithson*, 1995 WL 365988, at *1 (10th Cir. June 20,

---

[1] On November 14, 2011, the Court issued an Order allowing defense counsel to withdraw representation for defendant Jakk'd Holdings, LLC [Docket No. 25]. Because Jakk'd Holdings, LLC ("Jakk'd") is a company, it cannot proceed pro se. *See Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). The Court ordered Jakk'd to show cause why default should not enter for its failure to retain new counsel [Docket No. 26]. Jakk'd failed to respond to the Order to Show Cause.

JDPI002814

1995) (citing *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir. 1981). In this case, the Clerk of the Court entered default against Jakk'd on June 4, 2012 [Docket No. 51]. Plaintiff now seeks entry of judgment by default pursuant to Rule 55(b).

The decision to enter default judgment is "'committed to the district court's sound discretion.'" *Olcott v. Del. Flood Co.*, 327 F.3d 1115, 1124 (10th Cir. 2003) (citation omitted). When exercising that discretion, the Court considers that "[s]trong policies favor resolution of disputes on their merits." *Ruplinger v. Rains*, 946 F.2d 731, 732 (10th Cir. 1991) (quotation marks and citations omitted). "The default judgment must normally be viewed as available only when the adversary process has been halted because of an essentially unresponsive party." *Id.* It serves to protect a plaintiff against "interminable delay and continued uncertainty as to his rights." *Id.* at 733. When "ruling on a motion for default judgment, the court may rely on detailed affidavits or documentary evidence to determine the appropriate sum for the default judgment." *Seme v. E & H Prof'l Sec. Co., Inc.*, No. 08-cv-01569-RPM-KMT, 2010 WL 1553786, at *11 (D. Colo. Mar. 19, 2010).

Jakk'd has not sought relief from the entry of default or otherwise attempted to continue its participation in this litigation. Jakk'd may not simply sit out the litigation without consequence. *See Cessna Fin. Corp. v. Bielenberg Masonry Contracting, Inc.*, 715 F.2d 1442, 1444-45 (10th Cir. 1983) ("[A] workable system of justice requires that litigants not be free to appear at their pleasure. We therefore must hold parties and their attorneys to a reasonably high standard of diligence in observing the courts' rules of procedure. The threat of judgment by default serves as an incentive to meet this

JDPI002815

standard."). One such consequence is that, upon the entry of default against defendants, the well-pleaded allegations in the complaint are deemed admitted. *See Olcott*, 327 F.3d at 1125; *see also* 10A Charles Wright, Arthur Miller & Mary Kane, Fed. Prac. & Proc. § 2688 (3d ed. 2010). "Even after default, however, it remains for the court to consider whether the unchallenged facts constitute a legitimate cause of action, since a party in default does not admit mere conclusions of law." *Id.*

Plaintiff is the owner of several federally registered trademarks used in connection with the sale of its products. Docket No. 1 at 2-3, ¶ 6-7; *see also* Docket No. 1-3. Plaintiff alleges that Jakk'd's use of the mark "JAKK'D" in promotional materials, Docket No. 1-8, domain names,[2] and in connection with the sale and manufacturing of certain alcoholic beverages, Docket No. 1-6, infringes plaintiff's federally registered trademarks in violation of the Lanham Act, 15 U.S.C. § 1114(1), and constitutes unfair competition in violation of 15 U.S.C. § 1125. Docket No. 1 at 2, § 5.

In the motion for default judgment, plaintiff seeks a permanent injunction enjoining Jakk'd from manufacturing, selling, using promotional materials, and domain names which are confusingly similar to plaintiff's federally registered trademarks. Docket No. 1 at 13-14. After reviewing the well-pleaded allegations in plaintiff's complaint [Docket No. 1], the Court finds that the facts alleged, accepted as true, support the entry of a permanent injunction against Jakk'd. Additionally, given that

---

[2]Domain names include: "getjakkd.com," get-jakkd.com," and "jakkd.com." Docket No. 1 at 7, ¶ 17.

JDPI002816

Jakk'd is a limited liability company, it is not a minor, an incompetent person, or in military service. *See* Docket No. 34 at 2, ¶ 3.

Accordingly, it is

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against Defendant Jakk'd Holdings, LLC [Docket No. 60] is **GRANTED**.  It is further

**ORDERED** that, pursuant to 15 U.S.C. § 1116, defendant Jakk'd Holdings, LLC and its respective officers, agents, servants, employees, members, and attorneys, and all other persons in active participation with them, or any of them, who receive actual notice of this order by personal service or otherwise are permanently restrained from directly or indirectly:

A.    Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, and distributing the "JAKK'D" alcoholic beverages depicted in [Docket Nos. 1-6, 1-7];

B.    Using any promotional items or other materials bearing the mark "JAKK'D," as depicted in Docket No. 1-8, to advertise or promote alcoholic beverages;

C.    Using the trade name "Jakk'd Holdings, LLC," the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and maintaining any domain name containing the mark "jakk'd" in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

D.    Using "JAKK'D," or any other colorable imitations of plaintiff's federally registered marks in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

E.    Performing any other act that is likely to cause persons to believe that Jakk'd's goods or commercial activities originate with, or are licensed, sponsored, or authorized by plaintiff.

JDPI002817

DATED October 18, 2012.

BY THE COURT:

_s/Philip A. Brimmer_____ _____ ____ ____
PHILIP A. BRIMMER
United States District Judge

JDPI002818

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES,

     Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, , a Colorado limited liability company, and
JACK BARRECA, an individual,

     Defendants.

---

## DEFAULT JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order (Doc #64) of Judge Philip A. Brimmer entered on October

18, 2012 it is

ORDERED that default judgment is hereby entered in favor of Plaintiff and

against Defendant Jakk'd Holdings, LLC.  It is

FURTHER ORDERED that, pursuant to 15 U.S.C. § 1116, defendant Jakk'd

Holdings, LLC and its respective officers, agents, servants, employees, members, and

attorneys, and all other persons in active participation with them, or any of them, who

receive actual notice of this order by personal service or otherwise are permanently

restrained from directly or indirectly:

JDPI002819

A.    Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, and distributing the "JAKK'D" alcoholic beverages depicted in [Docket Nos. 1-6, 1-7];

B.    Using any promotional items or other materials bearing the mark "JAKK'D," as depicted in Docket No. 1-8, to advertise or promote alcoholic beverages;

C.    Using the trade name "Jakk'd Holdings, LLC," the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and maintaining any domain name containing the mark "jakk'd" in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

D.    Using "JAKK'D," or any other colorable imitations of plaintiff's federally registered marks in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

E.    Performing any other act that is likely to cause persons to believe that Jakk'd's goods or commercial activities originate with, or are licensed, sponsored, or authorized by plaintiff.

DATED at Denver, Colorado, this 19th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk

JDPI002820

AO 120 (Rev. 2/99)

| TO: | REPORT ON THE |
|-----|---------------|
| **Commissioner of Trademarks**<br>**P.O. Box 1451**<br>**Alexandria, VA 22313-1451** | **FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Colorado_____ on the following          Trademarks

| DOCKET NO.<br>**11-cv-2277** | DATE FILED<br>**8/30/11** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Jack Daniel's Properties, Inc. | | DEFENDANT<br>Beverage Resources International, Inc. et al. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | *582,789* | | **Please see copy of Complaint attached hereto** |
| 2 | *1,923,981* | | |
| 3 | *1,758,658* | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**

JDPI002821

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No._____

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

     Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

     Defendants.

---

## COMPLAINT

---

Plaintiff Jack Daniel's Properties, Inc. ("JDPI"), for its Complaint against defendants Beverage Resources International, Inc. ("BRI"), Jakk'd Holdings, LLC ("Jakk'd"), and Jack Barreca ("Barreca") (collectively "Defendants"), alleges as follows:

### I. THE PARTIES

1.    Plaintiff JDPI is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in San Rafael, California.

2.    Upon information and belief, defendant BRI is a corporation organized and existing under the laws of the State of Colorado, with its principal place of business in Englewood, Colorado.

JDPI002822

3.    Upon information and belief, defendant Jakk'd is a limited liability company organized and existing under the laws of the State of Colorado, with its principal place of business in Denver, Colorado.

4.    Upon information and belief, defendant Barreca is the founder of defendant Jakk'd, and the founder, Chief Operating Officer, and director of defendant BRI, and personally participated in and directed the acts of infringement by defendants Jakk'd and BRI alleged herein.  Upon information and belief, Barreca resides in Colorado.

## II. JURISDICTION AND VENUE

5.    This is an action for infringement of federally-registered trademarks, in violation of 15 U.S.C. § 1114(1); for unfair competition and dilution, in violation of 15 U.S.C. §§ 1125(a) and (c); and for trademark infringement and unfair competition in violation of the common law of the State of Colorado.  The Court has jurisdiction over the subject matter of JDPI's claims for relief arising under the United States Trademark Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).  The Court has original or supplemental jurisdiction over the subject matter of JDPI's claims for relief under the law of the State of Colorado pursuant to 28 U.S.C. §§ 1338(b) and 1367.

6.    Upon information and belief, the Court has personal jurisdiction over defendants BRI and Jakk'd because they are respectively incorporated in, and formed under the laws of, the State of Colorado and maintain or have maintained business presences within this Judicial District.  Upon information and belief, the Court has personal jurisdiction over defendant Barreca because he resides in the State of Colorado.  Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) because BRI, Jakk'd, and Barreca all reside in this Judicial District.

JDPI002823

### III. BACKGROUND

7.      From a time long prior to Defendants' acts of trademark infringement and unfair competition complained of herein, JDPI and its predecessors-in-interest and licensees have used the trademark "JACK DANIEL'S" in the United States in connection with whiskey, prepared alcoholic cocktails, and a wide variety of other goods and services. The "JACK DANIEL'S" trademark was first used in the United States in connection with whiskey in 1866 and has been used in the United States continuously since then, except during the period of national Prohibition. "JACK DANIEL'S" whiskey is one of the oldest, longest-selling, and most iconic consumer products in the history of the United States.

8.      JDPI owns various federal registrations of the "JACK DANIEL'S" trademark for whiskey, prepared alcoholic cocktails, and other goods, including United States Trademark Registration No. 582,789 for the mark "JACK DANIEL'S" (stylized) for whiskey, United States Trademark Registration No. 1,923,981 for the mark "JACK DANIEL'S" for whiskey, and United States Trademark Registration No. 1,758,658 for the mark "JACK DANIEL'S" for cordials. These registrations are valid and subsisting and have become incontestable. Copies of the certificates of registration of these marks are attached hereto as Exhibit 1.

9.      JDPI's predecessors-in-interest and licensees have expended many hundreds of millions of dollars advertising and promoting whiskey, prepared alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark in print and electronic media, over the Internet, on billboards, on stadium signage, and in a variety of other manners. "JACK DANIEL'S" whiskey has also been seen and/or mentioned in numerous motion pictures and television programs, and

3

JDPI002824

has also received extensive unsolicited public exposure as the unofficial drink of choice of a number of celebrities.

10.     JDPI's predecessors-in-interest and licensees have achieved billions of dollars in sales in the United States, including in the State of Colorado, of whiskey, prepared alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark. "JACK DANIEL'S" whiskey has consistently been among the best-selling whiskeys in the United States and the "JACK DANIEL'S" trademark has consistently been ranked among the world's most successful and valuable brands. The "JACK DANIEL'S" trademark is famous in the United States for whiskey and prepared alcoholic cocktails and became famous long prior to Defendants' acts of infringement and unfair competition complained of herein.

11.     JDPI's predecessors-in-interest and licensees have long advertised and promoted "JACK DANIEL'S" whiskey and prepared alcoholic cocktails by reference to the historical person Jack Daniel, the founder of the Jack Daniel Distillery in Lynchburg, Tennessee, as "Mr. Jack," "Uncle Jack," "Gentleman Jack," or simply "Jack," and have encouraged consumers of "JACK DANIEL'S" whiskey and prepared alcoholic cocktails to feel a personal affinity and friendship with "Jack." Copies of representative advertisements and depictions of representative promotional materials and licensed merchandise containing such references to "Jack" are attached hereto as Exhibit 2. The public has long identified and referred to "JACK DANIEL'S" whiskey and prepared alcoholic cocktails by the mark, name, and "bar call" "Jack," and variants thereof. Members of the public commonly use "Jack" alone to identify Jack Daniel's whiskey and prepared alcoholic cocktails when they order the products in on-premise channels of trade

4

JDPI002825

such as bars and restaurants, or in off-premise channels of trade such as liquor stores, and when they recommend the products to others.

      12.    From a time long prior to Defendants' acts of infringement and unfair competition complained of herein, JDPI and its predecessors-in-interest and licensees have used in commerce a variety of marks for alcoholic beverages that have consisted of or contained the name "Jack," including "JACK" alone, "YOU CAN ASK FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK," "THE OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK," "UNCLE JACK'S," and "GENTLEMAN JACK," and have promoted "JACK DANIEL'S" whiskey and prepared alcoholic cocktails simply as "Jack." In addition to its extensive common law rights, JDPI owns United States Trademark Registration No. 2,815,221 for the mark "JACK" for whiskey, United States Trademark Registration No. 2,633,168 for the mark "YOU CAN ASK FOR JACK ANYWHERE" for distilled spirits, United States Trademark Registration No. 2,572,051 for the mark "JACK LIVES HERE" for distilled spirits, United States Trademark Registration No. 1,538,377 for the mark "GENTLEMAN JACK" for whisky, United States Trademark Registration No. 3,259,938 for the mark "BLACK JACK" for pre-mixed alcoholic cocktails, and United States Trademark Registration No. 3,305,834 for the mark "THE MELLOWER SIDE OF JACK" for distilled spirits. These registrations are valid and subsisting and Registrations Nos. 2,815,221, 2,633,168, 2,572,051, and 1,538,377 have become incontestable. Copies of the certificates of registration of these marks are attached hereto as Exhibit 3. All of JDPI's aforementioned registered trademarks shall be referred to herein collectively as "JDPI's Marks."

5

JDPI002826

13.    From a time long prior to Defendants' acts of infringement and unfair competition complained of herein, JDPI and its predecessors-in-interest have used a distinctive white-on-black color scheme in connection with Jack Daniel's whiskey, prepared alcoholic cocktails, and other goods bearing JDPI's Marks.  Depictions of that color scheme as applied to a bottle of "JACK DANIEL'S" whiskey, to various articles of licensed merchandise bearing the "JACK DANIEL'S" mark, and to various promotional items bearing the "JACK DANIEL'S" mark are attached hereto as Exhibit 4.  The distinctive white-on-black color scheme is instantly recognizable as an identifier of Jack Daniel's whiskey and related products.

14.    The "Country Cocktails" line of prepared alcoholic cocktails sold under the "JACK DANIEL'S" mark has always included a variety of flavored beverages, and currently consists of "Black Jack Cola," "Downhome Punch," "Ginger Splash," "Jack's Sweet Tea," and "Lynchburg Lemonade."  The mark "JACK" dominates the bottles for the products, and is depicted in large white lettering against a black background vertically from the lower left-land corner of the front label to the upper right-hand corner, with the various flavors depicted in close proximity to "JACK" in red, orange, and yellow.  Depictions of the products in the line are attached hereto as Exhibit 5.

### IV. DEFENDANTS' INFRINGEMENT AND UNFAIR COMPETITION

15.    Upon information and belief, Jakk'd was formed in late April 2009 by Barreca. In October 2009, Jakk'd filed Application Serial No. 77/851,838 in the United States Patent and Trademark Office ("PTO") to register the trademark "JAKK'D" for goods identified as wine on the basis of its claimed intention to use the mark on those goods.  Jakk'd also filed Application Serial No. 77/851,812 to register "RAGING ORANGE" for wine, Application Serial No.

JDPI002827

77/851,871 to register "PUNCHED OUT POMEGRANATE BERRY" for wine, Application

Serial No. 77/851,824 to register "LUNATIC LEMON" for wine, and Application Serial No.

77/851,852 to register "BLACK TEA LEMON HONEY" for wine, all on the basis of Jakk'd's

claimed intention to use the marks.

16.    In April 2010, JPDI filed Opposition No. 91194636 before the PTO's Trademark

Trial and Appeal Board against the application to register "JAKK'D." After Jakk'd admitted in

that proceeding that it no longer intended to use "JAKK'D" on wine, judgment sustaining the

opposition was entered in favor of JDPI in May 2011. Jakk'd subsequently abandoned its other

four applications by failing to prove use of the marks in commerce on the goods.

17.    Jakk'd maintained a website accessible through the domain names

"getjakkd.com," "get-jakkd.com," and "jakkd.com" between 2009 and some time in 2011. The

website displayed pictures of certain prepared alcoholic cocktails bearing the "JAKK'D" mark,

but provided no information about purchasing the products. Upon information and belief, Jakk'd

may not have ever sold any of the displayed products. Upon information and belief, Jakk'd

became non-compliant with the Colorado Secretary of State on or about July 1, 2011 for failure

to file a required report, but has never been dissolved with the Colorado Secretary of State.

18.    Upon information and belief, BRI was incorporated in Colorado on March 15,

2011 by Barreca. Upon information and belief, Jakk'd transferred to BRI, or to an affiliate of

BRI or Barreca, the domain names "getjakkd.com," "get-jakkd.com," and "jakkd.com." Those

domain names now resolve to a website displaying the products that were displayed at one time

on Jakk'd's website, as well as pictures of Defendants' recent activities in marketing, promoting,

and selling products in a market in which products bearing JDPI's Marks were also sold.

JDPI002828

19.    Upon information and belief, in the summer of 2011, BRI also began the display, on its website at bevresources.com, of Jakk'd's line of "JAKK'D" prepared alcoholic cocktails. The products are stated to consist of a blend of 9.9% grain alcohol, flavorings and caffeine. These prepared alcoholic cocktails are displayed on BRI's website and on the website accessible through the domain names "jakkd.com," "get-jakkd.com," and "getjakkd.com" in bottles bearing the "JAKK'D" mark in large white lettering against a black background and displayed vertically from bottom to top, with the individual flavor designators "Lunatic Lemon," "Black Tea Lemon Honey," "Punched Out Pomegranate," and "Raging Orange" appearing in close proximity to the "JAKK'D" mark in yellow, red, or orange.  Depictions of these products as they appear on the websites are attached hereto as Exhibit 6.  The BRI website states that two additional flavors, Caribbean Cola and Old Fashioned Sweet and Sour, are under development.

20.    Upon information and belief, BRI secured the required federal regulatory approval of the labels for the four products displayed on its website in late July 2011 and began the sale and distribution of the products in early August 2011 in the packaging shown in Exhibit 6 hereto, using promotional and point-of-sale materials displaying the mark "JAKK'D" in white against a black background.  Photographs of a bottle for the "JAKK'D" Black Tea Lemon Honey product and an insulating sleeve for the bottle are attached hereto as Exhibit 7.  Barreca is named as the founder of the Jakk'd line on the bottle.  Photographs depicting promotional items for the "JAKK'D" line, materials used to market the products, and Barreca's personal involvement in the marketing of the products are attached hereto as Exhibit 8.

21.    Upon information and belief, when Defendants adopted the "JAKK'D" mark, they knew of the use and fame of JDPI's "JACK DANIEL'S" and other "JACK" formative

8

JDPI002829

marks in the United States and the extensive public association of the mark and name "Jack" with "JACK DANIEL'S" whiskey and prepared alcoholic cocktails.  Upon information and belief, when Defendants adopted the "JAKK'D" mark, and the white-on-black color scheme used on the products and the promotional materials, they knew of the famous white-on-black color scheme used in connection with Jack Daniel's whiskey and prepared alcoholic cocktails. Upon information and belief, Defendants intended and intend to associate the "JAKK'D" products with the goodwill of the Jack Daniel's marks and to suggest falsely that their products originate with, or are licensed, sponsored, or authorized by, the owner of the "JACK DANIEL'S" and other "JACK" formative marks.

22.    Spirits companies, such as JDPI's licensee of the "JACK DANIEL'S" and other "JACK" formative marks, have long engaged in product diversification and line extensions under their spirit marks through the sale of prepared alcoholic cocktails containing a base alcoholic beverage mixed with flavorings.  Defendants' use of the "JAKK'D" mark in connection with its prepared alcoholic cocktails is likely to cause purchasers and prospective purchasers of the products to believe mistakenly that they are new line extensions by the owner of the "JACK DANIEL'S" and other "JACK" formative marks, and/or that there is a business relationship, affiliation, connection, or association, between Defendants, and the owner of the "JACK DANIEL'S" and other "JACK" formative marks.

23.    JDPI has demanded that Defendants cease all further use of "JAKK'D," but they have failed and refused to do so.

9

JDPI002830

## V.  FIRST CLAIM FOR RELIEF
### (Infringement of Federally-Registered Trademarks)

24.    JDPI repeats and realleges the allegations in preceding paragraphs 1-23 as if fully set forth herein.

25.    Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid constitute use in commerce, on or in connection with Defendants' goods, are colorable imitations of JDPI's Marks, which use is likely to cause confusion, to cause mistake, or to deceive, in violation of § 32(1) of the United States Trademark Act, 15 U.S.C. § 1114(1).

26.    Defendants' willful and deliberate infringement of JDPI's Marks as aforesaid has caused and continues to cause irreparable harm to JDPI.

27.    Unless restrained and enjoined by this Court, Defendants will persist in their infringement of JDPI's Marks, thereby causing JDPI further irreparable harm.

28.    JDPI has no adequate remedy at law.

## VI.  SECOND CLAIM FOR RELIEF
### (Unfair Competition in Violation of Federal Law)

29.    JDPI repeats and realleges the allegations in preceding paragraphs 1-28 as if fully set forth herein.

30.    Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid constitute use in commerce, on or in connection with Defendants' goods, of words, terms, names, symbols, or devices, or combinations thereof, and false designations of origin, and false or misleading descriptions or representations of fact, that are likely to cause confusion, or to

10

JDPI002831

cause mistake, or to deceive, as to the affiliation, connection, or association of Defendants with JDPI, and/or as to the origin of Defendants' goods and commercial activities with, or their sponsorship or approval by, JDPI, in violation of § 43(a)(1)(A) of the United States Trademark Act, 15 U.S.C. § 1125(a)(1)(A).

31.     Defendants' willful and deliberate unfair competition as aforesaid has caused and continues to cause irreparable harm to JDPI.

32.     Unless restrained and enjoined by this Court, Defendants will persist in their unfair competition, thereby causing JDPI further irreparable harm.

33.     JDPI has no adequate remedy at law.

### VII.  THIRD CLAIM FOR RELIEF
### (Dilution in Violation of Federal Law)

34.     JDPI repeats and realleges the allegations in preceding paragraphs 1-33 as if fully set forth herein.

35.     Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid is likely to cause dilution by blurring of JDPI'S famous and distinctive "JACK DANIEL'S" mark, which mark became famous in the United States long before Defendants began the use of their "JAKK'D" mark.  Upon information and belief, Defendants willfully intended to trade on the recognition of the famous "JACK DANIEL'S" mark.

36.     Defendants' willful dilution as aforesaid has caused and continues to cause irreparable harm to JDPI.

JDPI002832

37.    Unless restrained and enjoined by this Court, Defendants will persist in their dilution, thereby causing JDPI further irreparable harm.

38.    JDPI has no adequate remedy at law.

### VIII.  FOURTH CLAIM FOR RELIEF
### (Trademark Infringement in Violation of Colorado Common Law)

39.    JDPI repeats and realleges the allegations in preceding paragraphs 1-38 as if fully set forth herein.

40.    Defendants' advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails in Colorado as aforesaid constitute trademark infringement in violation of Colorado common law.

41.    Defendants' willful and deliberate trademark infringement as aforesaid has caused and continues to cause irreparable harm to JDPI.

42.    Unless restrained and enjoined by this Court, Defendants will persist in their acts of trademark infringement, thereby causing JDPI further irreparable harm.

43.    JDPI has no adequate remedy at law.

### IX.  FIFTH CLAIM FOR RELIEF
### (Unfair Competition in Violation of Colorado Common Law)

44.    JDPI repeats and realleges the allegations in preceding paragraphs 1-43 as if fully set forth herein

45.    Defendants falsely represented the source of their goods.  Defendants' advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails in commerce in Colorado as aforesaid are likely to cause

JDPI002833

confusion or deceive the public as to the source of their products and constitute unfair competition in violation of Colorado common law.

46.     Defendants' willful and deliberate unfair competition as aforesaid has caused and continues to cause irreparable harm to JDPI.

47.     Unless restrained and enjoined by this Court, Defendants will persist in their acts of unfair competition, thereby causing JDPI further irreparable harm, damage and/or injury.

48.     JDPI has no adequate remedy at law.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff JDPI prays for a judgment as follows:

1.     That Defendants Beverage Resources International, Inc., Jakk'd Holdings, LLC, and Jack Barreca, and their respective officers, agents, servants, employees, members, and attorneys, and all other persons in active concert or participation with them, or any of them, who receive actual notice of the injunctions prayed for herein by personal service or otherwise, be preliminarily and then permanently restrained and enjoined from:

(a)     Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, or distributing the "JAKK'D" prepared alcoholic cocktails depicted in Exhibits 6-7 attached hereto, and any other beverages bearing the mark "JAKK'D";

(b)     Using the promotional items depicted in Exhibit 8 attached hereto, and any other materials bearing the mark "JAKK'D" used to advertise or promote beverages;

(c)     Using the trade name "Jakk'd Holdings, LLC," and the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," in connection with the manufacture,

13

**JDPI002834**

production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

(d)    Using "JAKK'D," any other colorable imitations of JDPI's Marks, and any marks or names confusingly similar thereto, on or in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

(e)    Maintaining the registrations of the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and any other domain name containing "jakkd"; and

(f)    Doing any other act or thing that is likely to cause persons to believe that Defendants' goods or commercial activities originate with, or are licensed, sponsored, or authorized by, JDPI;

2.    That Defendants be ordered, pursuant to 15 U.S.C. § 1116, to assign, or cause to be assigned to JDPI, at Defendants' cost, the registrations of the "getjakkd.com," "get-jakkd.com" and "jakkd.com" domain names, and of any other domain name containing "jakkd";

3.    That Defendants be ordered, pursuant to 15 U.S.C. § 1116, to file with the Court and to serve on counsel for JDPI, within 30 days after the entry of judgment herein, a written report under oath setting forth in detail the manner in which they have complied with the injunction ordered by the Court;

4.    That Defendants be ordered, pursuant to 15 U.S.C. § 1118, to deliver up to the Court for destruction or other disposition all labels, signs, prints, packages, wrappers, receptacles, and advertisements and promotional materials bearing the mark "JAKK'D," the trade name "Jakk'd Holdings, LLC," and/or any domain names containing "jakk'd" or "jakkd,"

14

JDPI002835

including, without limitation, the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and all plates, molds, matrices, electronic files, and other means of making the same;

5.      That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a) and Colorado common law, to pay to JDPI all of their profits from the sale of goods under the mark "JAKK'D," and that such profits be enhanced on the basis of their willful infringement of JDPI's Marks and willful unfair competition;

6.      That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a) and Colorado common law, to pay to JDPI all damages sustained by JDPI as a result of their infringement of JDPI's Marks and unfair competition, and that such award be trebled on the basis of their willful infringement of JDPI's marks and willful unfair competition;

7.      That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a), to pay to JDPI its attorneys' fees and the costs and expenses (including expert fees) of this action;

8.      That JDPI be awarded pre-judgment and post-judgment interest; and

9.      That JDPI be granted such other and further relief as the Court may deem just and proper.

JDPI002836

Dated:  August 30, 2011.                    Respectfully submitted,


                                            *s/ Scott R. Bialecki*
                                            Scott R. Bialecki
                                            HOLME ROBERTS & OWEN LLP
                                            1700 Lincoln Street, Suite 4100
                                            Denver, CO 80203-4541
                                            Telephone:  303-861-7000
                                            Facsimile:  303-866-0200
                                            Email:  scott.bialecki@hro.com

                                            Attorneys for Plaintiff
                                            Jack Daniel's Properties, Inc.

JDPI002837

AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ on the following ☐ Patents or **X** Trademarks:

| DOCKET NO.<br>CV 10-05265 BZ | DATE FILED<br>11/19/2010 | U.S. DISTRICT COURT<br>Northern District of California, San Francisco |
|---|---|---|
| PLAINTIFF<br>JACK DANIELS PROPERTIES INC | | DEFENDANT<br>WHITE ROCK DISTILLERIES INC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 582,789 | | |
| 2 | 1,923,981 | | |
| 3 | 1,758,658 | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Mark J. Jenkins | DATE<br>November 22, 2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JDPI002838

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 582,789
Registered Nov. 24, 1953
Renewal Term Begins Nov. 24, 1993

## TRADEMARK
## PRINCIPAL REGISTER



JACK DANIEL DISTILLERY, LEM
MOTLOW, PROP., INC. (KENTUCKY
CORPORATION)
LYNCHBURG, TN 37352, BY ASSIGN-
MENT, ASSIGNMENT, ASSIGNMENT
AND CHANGE OF NAME FROM
JACK DANIEL DISTILLERY, LEM
MOTLOW, PROP., INC. (TENNESSEE
CORPORATION) LYNCHBURG, TN

OWNER OF U.S. REG. NOS. 298,102,
513,088 AND OTHERS.

FOR: WHISKEY, IN CLASS 49 (INT.
CL. 33).

FIRST USE 0-0-1875; IN COMMERCE
0-0-1875.

SER. NO. 71–634,575, FILED 8-28-1952.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Nov. 24, 1953

**Registration No. 582,789**

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

### Jack Daniel Distillery, Lem Motlow, Prop., Inc., Lynchburg, Tenn.

Act of 1946

Application August 28, 1952, Serial No. 634,575



### STATEMENT

Jack Daniel Distillery, Lem Motlow, Prop., Inc., a corporation duly organized and existing pursuant to the laws of the State of Tennessee, located and doing business at Lynchburg, county of Moore, in said State, has adopted and is using the trade-mark shown in the accompanying drawing, for WHISKEY, in Class 49, Distilled alcoholic liquors, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing or lithographing the same on labels that are fastened to the containers and requests that the same be registered in the United States Patent Office on the Princi-

pal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on whiskey in 1875, and first used in commerce which may lawfully be regulated by the Congress, viz., commerce among the several States on whiskey in 1875. Such first usage was by applicant's predecessor, Jack Daniel, now deceased.

Applicant owns Registrations Nos. 298,102, 323,914, 394,017, 394,018, 441,002, and 513,088.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.,
By REAGOR MOTLOW,
*President.*



UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  0582789    SERIAL NO: 71/634575    MAILING DATE:  10/06/2003
REGISTRATION DATE:  11/24/1953
MARK:  JACK DANIEL'S
REGISTRATION OWNER:  JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL CA 94903

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058. **ACCORDINGLY,
THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

•••••••••••••••••••••••••••••••••••••••••••••

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059. **ACCORDINGLY,
THE REGISTRATION IS RENEWED.**

•••••••••••••••••••••••••••••••••••••••••••••

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
049.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION**

JDPI002841

CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**I) SECTION 8: AFFIDAVIT OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

## United States Patent and Trademark Office

Reg. No. 1,923,981
Registered Oct. 3, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

### JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

OWNER OF U.S. REG. NOS. 323,914, 441,002 AND OTHERS.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-575,005, FILED 9-19-1994.

DONNA MIRMAN, EXAMINING ATTORNEY

JDPI002843

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1923981     SERIAL NO: 74/575005     MAILING DATE: 10/05/2005
REGISTRATION DATE: 10/03/1995
MARK: JACK DANIEL'S
REGISTRATION OWNER: JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4O40 CIVIC CENTER DRIVE, STE 528
SAN RAFAEL, CA 94903

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.ACCORDINGLY, THE SECTION 8
AFFIDAVIT IS ACCEPTED.

********************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.ACCORDINGLY, THE
REGISTRATION IS RENEWED.

********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**I) SECTION 8: AFFIDAVIT**

JDPI002844

**OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**
**II) SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002845

Int. Cl.: 33

Prior U.S. Cl.: 49

Reg. No. 1,758,658

## United States Patent and Trademark Office   Registered Mar. 16, 1993

### TRADEMARK
#### PRINCIPAL REGISTER

### JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: CORDIALS, IN CLASS 33 (U.S. CL. 49).

FIRST USE 2-1-1992; IN COMMERCE 2-1-1992.

OWNER OF U.S. REG. NOS. 298,102, 1,630,258 AND OTHERS.

THE NAME "JACK DANIEL'S" SHOWN IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74–290,193, FILED 7–1–1992.

MICHAEL MASON, EXAMINING ATTORNEY

JDPI002846

1  CHRISTOPHER C. LARKIN (SBN: 119950)
   E-Mail: clarkin@seyfarth.com
2  SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
4  Facsimile:  (310) 201-5219

5  KEVIN J. LESINSKI (SBN: 110862)
   E-mail: klesinski@seyfarth.com
6  SEYFARTH SHAW LLP
   560 Mission Street
7  Suite 3100
   San Francisco, California 94105-2930
8  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

9
   Attorneys for Plaintiff
10 JACK DANIEL'S PROPERTIES, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14 JACK DANIEL'S PROPERTIES, INC.,  ) Case No.
   a Delaware corporation,           )
15                                   )   **COMPLAINT FOR**
         Plaintiff,                  )   **INFRINGEMENT OF**
16                                   )   **FEDERALLY-REGISTERED**
      v.                             )   **TRADEMARKS (15 U.S.C.**
17                                   )   **§ 1114(1)); UNFAIR**
   WHITE ROCK DISTILLERIES, INC., a )   **COMPETITION IN VIOLATION**
18 Maine corporation,                )   **OF FEDERAL LAW (15 U.S.C.**
                                     )   **§ 1125(A)(1)); AND TRADEMARK**
19       Defendant.                  )   **INFRINGEMENT AND UNFAIR**
                                     )   **COMPETITION IN VIOLATION**
20                                   )   **OF CALIFORNIA COMMON**
                                     )   **LAW**
21                                   )

22

23       Plaintiff Jack Daniel's Properties, Inc. complains of defendant White Rock

24 Distilleries, Inc. as follows:

25                              **PARTIES**

26       1.    Plaintiff Jack Daniel's Properties, Inc. ("JDPI") is a corporation

27 organized and existing under the laws of the State of Delaware, with its principal

28 place of business in San Rafael, California.

Complaint

JDPI002847

1        2.      Upon information and belief, defendant White Rock Distilleries, Inc.

2    ("White Rock") is a corporation organized and existing under the laws of the State

3    of Maine, with its principal place of business in Lewiston, Maine.

4    <u>**JURISDICTION**</u>

5        3.      This is an action for infringement of federally-registered trademarks,

6    in violation of 15 U.S.C. § 1114(1); for unfair competition, in violation of 15

7    U.S.C. § 1125(a)(1); and for trademark infringement and unfair competition in

8    violation of the common law of the State of California. The Court has jurisdiction

9    over the subject matter of plaintiff's claims for relief arising under the United

10    States Trademark Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a). The

11    Court has original or supplemental jurisdiction over the subject matter of plaintiff's

12    claims for relief under the common law of the State of California pursuant to 28

13    U.S.C. §§ 1338(b) and 1367.

14        4.      The Court has personal jurisdiction over White Rock because it does

15    business in the State of California by, among other things, selling numerous

16    products, including the infringing products at issue in this action, to distributors in

17    California and in this Judicial District for sale by retailers and others in California

18    and in this Judicial District. Venue is proper in this Court under 28 U.S.C.

19    § 1391(b)(1) and (2) and § 1391(c) because White Rock resides in this Judicial

20    District, and because a substantial part of the events giving rise to the claims

21    asserted herein occurred in this Judicial District

22        <u>**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**</u>

23        <u>**The "JACK DANIEL'S" and "JACK" Marks**</u>

24        5.      From a time long prior to White Rock's acts of trademark

25    infringement and unfair competition complained of herein, JDPI and its

26    predecessors-in-interest and licensees have used the mark "JACK DANIEL'S" in

27    the United States in connection with whiskey, cordials, prepared alcoholic

28    cocktails, and a wide variety of other goods and services. The "JACK DANIEL'S"

2
Complaint

JDPI002848

1  mark was first used in the United States in connection with whiskey in 1866 and

2  has been used in the United States continuously since then except during the period

3  of national Prohibition.  "JACK DANIEL'S" whiskey is one of the oldest, longest-

4  selling, and most iconic consumer products in the history of the United States.

5       6.     JDPI owns various federal registrations of the "JACK DANIEL'S"

6  mark for whiskey, prepared alcoholic cocktails, and other goods, including United

7  States Trademark Registration No. 582,789 for the mark "JACK DANIEL'S"

8  (stylized) for whiskey, United States Trademark Registration No. 1,923,981 for the

9  mark "JACK DANIEL'S" for whiskey, and United States Trademark Registration

10  No. 1,758,658 for the mark "JACK DANIEL'S" for cordials.  These registrations

11  are valid and subsisting and have become incontestable.  Copies of the certificates

12  of registration of these marks are attached hereto as Exhibit 1.

13       7.     JDPI and its predecessors-in-interest and licensees have expended

14  many hundreds of millions of dollars advertising and promoting whiskey, prepared

15  alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark in the

16  print and electronic media, over the Internet, on billboards, on stadium signage,

17  and in a variety of other manners.  The print advertising campaign for "JACK

18  DANIEL'S" whiskey commenced in 1955 and has continued since then, making it

19  one of the longest continuous consumer advertising campaigns in the history of the

20  United States.  Copies of representative print advertisements for "JACK

21  DANIEL'S" whiskey are attached hereto as Exhibit 2.  "JACK DANIEL'S"

22  whiskey has also been seen and/or mentioned in numerous motion pictures and

23  television programs, and has also received extensive unsolicited public exposure as

24  the unofficial drink of choice of a number of celebrities.

25       8.     JDPI and its predecessors-in-interest and licensees have achieved

26  billions of dollars in sales in the United States of whiskey, prepared alcoholic

27  cocktails, and other goods under the "JACK DANIEL'S" mark.  "JACK

28  DANIEL'S" whiskey is currently the best-selling whiskey in the United States and

JDPI002849

1   the "JACK DANIEL'S" brand has consistently been ranked among the world's

2   most successful and valuable brands.  The "JACK DANIEL'S" mark is famous in

3   the United States for whiskey and prepared alcoholic cocktails and became famous

4   long prior to White Rock's acts of infringement and unfair competition complained

5   of herein.

6          9.      JDPI and its predecessors-in-interest and licensees have long

7   advertised and promoted "JACK DANIEL'S" whiskey and prepared alcoholic

8   cocktails by reference to the historical person Jack Daniel, the founder of the Jack

9   Daniel Distillery in Lynchburg, Tennessee, as "Mr. Jack," "Uncle Jack,"

10  "Gentleman Jack," or simply "Jack," and have encouraged consumers of "JACK

11  DANIEL'S" whiskey, prepared alcoholic cocktails, and related goods to feel a

12  personal affinity and friendship with "Jack."  Copies of representative

13  advertisements and depictions of representative promotional materials and licensed

14  merchandise containing references to "Jack" are attached hereto as Exhibit 3.  The

15  public has long identified and referred to "JACK DANIEL'S" whiskey and

16  prepared alcoholic cocktails by the mark, name, and "bar call" "Jack," and variants

17  thereof.

18         10.     From a time prior to White Rock's acts of infringement and unfair

19  competition complained of herein, JDPI and its predecessors-in-interest and

20  licensees have used in commerce a variety of marks for alcoholic beverages that

21  have consisted of or contained the name "Jack," including "JACK" alone, "YOU

22  CAN ASK FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK,"

23  "THE OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK,"

24  "UNCLE JACK'S," and "GENTLEMAN JACK," have promoted "JACK

25  DANIEL'S" whiskey and prepared alcoholic cocktails simply as "Jack," and have

26  promoted the consumption of "JACK DANIEL'S" whiskey in cocktails with

27  names such as "Jack and Coke®," "Jackarita," "Jack and Ginger," "Jack Sour,"

28  "Cranberry Jack," and "Vanilla Jack."

JDPI002850

1    11.    JDPI owns United States Trademark Registration No. 2,815,221 for

2  the mark "JACK" for alcoholic beverages, namely whiskey, United States

3  Trademark Registration No. 2,633,168 for the mark "YOU CAN ASK FOR JACK

4  ANYWHERE" for alcoholic beverages, namely, distilled spirits, United States

5  Trademark Registration No. 2,572,051 for the mark "JACK LIVES HERE" for

6  alcoholic beverages, namely distilled spirits, United States Trademark Registration

7  No. 1,538,377 for the mark "GENTLEMAN JACK" for whisky, United States

8  Trademark Registration No. 3,259,938 for the mark "BLACK JACK" for alcoholic

9  beverages, namely, pre-mixed alcoholic cocktails, and United States Trademark

10  Registration No. 3,305,834 for the mark "THE MELLOWER SIDE OF JACK" for

11  distilled spirits.  These registrations are valid and subsisting and Registrations Nos.

12  2,815,221, 2,633,168, 2,572,051, 2,737,064, 1,883,860, and 1,538,377 have

13  become incontestable.  Copies of the certificates of registration of these marks are

14  attached hereto as Exhibit 4.

15    12.    The line of prepared alcoholic cocktails sold under the "JACK

16  DANIEL'S" mark has always included a variety of flavored beverages, many of

17  which have been sold under "JACK" formative marks such as "BLACKBERRY

18  JACK," "CITRUS JACK SPLASH," "CRANBERRY JACK," "BLACK JACK

19  COLA," "JACK'S SWEET TEA," and "RED-EYED JACK."    The line of

20  prepared alcoholic cocktails currently sold under the "JACK DANIEL'S" mark

21  emphasizes the mark "JACK" in its packaging.  Depictions of the products

22  currently in the line are attached hereto as Exhibit 5.

23  **White Rock's Infringement of the "JACK DANIEL'S" and "JACK" Marks**

24    13.    White Rock produces and distributes throughout the United States,

25  including in this Judicial District, a wide range of alcoholic beverages, including

26  whiskeys, rums, pre-mixed alcoholic cocktails, vodkas, gins, tequilas, cordials, and

27  liqueurs.  Among White Rock's products are a line of what White Rock describes

28  on its website and in various promotional materials as "Jack Flavored Rums" or

JDPI002851

1  simply "Jack Rums," and a rum product called "SPICED JACK NO. 94." The

2  products in the "Jack Rums" line bear the marks "BANANA JACK," "CHERRY

3  JACK," "GRAPE JACK," "ORANGE JACK," "CITRUS JACK," "PINEAPPLE

4  JACK," "MANGO JACK," "COCONUT JACK," and "TROPICAL JACK."

5  "JACK" is the dominant and source-identifying portion of each of these marks, and

6  of the mark "SPICED JACK NO. 94," because the other elements such as

7  "banana" and "spiced" are mere flavor descriptors and "No. 94" refers to the proof

8  level for the product. A screenshot from White Rock's website showing products

9  in the Jack flavored rum line is attached hereto as Exhibit 6. White Rock also

10  displays the products in its Jack flavored rum line on a dedicated website at

11  jackrums.com. A screenshot from that website showing the products is attached

12  hereto as Exhibit 7. A depiction of White Rock's "SPICED JACK NO. 94" rum is

13  attached hereto as Exhibit 8. White Rock also displays its "SPICED JACK NO.

14  94" rum on a dedicated website at spicedjack94.com. A screenshot from that

15  website showing the rum is attached hereto as Exhibit 9.

16      14.    White Rock uses "JACK" as a shorthand for its Jack flavored rum

17  line, and advertises and promotes the line by using and emphasizing "JACK" alone

18  as the line's brand. Copies of promotional sheets referencing "Jack On Premise

19  POS" and "Jack Off Premise POS" materials and items, and various promotional

20  items, including clothing, using "JACK" as the brand name for the line, are

21  attached hereto as Exhibit 10. Upon information and belief, White intends "Jack"

22  to be the primary "bar call" for its products in connection with on-premise

23  consumption, and the means by which distributors, retailers, and consumers will

24  refer to the products in the line generally in word-of-mouth uses of the marks.

25      15.    White Rock uses "JACK" alone to personify its Jack flavored rum

26  line in a number of promotional slogans that associate the line with someone

27  named "Jack," such as "You Don't Know Jack," "Sail Away With Jack," "Cozy

28  Up to Jack," "Spend the Summer With Jack," "Fall In Love With Jack," "Get to

JDPI002852

1    Know Jack," "Take JACK Home for the Holidays," "Spring to Life With JACK,"

2    "Chill Out With Jack This Summer," "Watch the Game With Jack," and "Meet

3    JACK's new friends . . ." Copies of materials displaying such slogans are attached

4    hereto as Exhibit 11. Upon information and belief, White Rock has never created

5    its own character named "Jack," or used depictions of or references to any actual

6    historical or fictitious person named "Jack," on the packaging for, or in the

7    advertisement, promotion, and marketing of, its "JACK" flavored rum line.

8        16.    White Rock has encouraged the consumption of its "JACK" flavored

9    rum line and its "SPICED JACK" rum together with other beverages, such as

10   Coca-Cola®, in cocktails, and has given a number of such cocktails names

11   containing its "JACK" mark, such as "Jack," "Jack's Splash," "Jack's Sunset,"

12   "Jack-Tini," "Jack is Back," "Jack n' Juice," "Jack Attack," "Jack-O-Tini," "Sunny

13   Jack," "Jack Did Ginger," "Pepper Jack," and "The Other Jack and Ginger," an

14   allusion to a Jack Daniel's cocktail. Copies of materials reflecting use of such

15   cocktail names are attached hereto as Exhibit 12.

16       17.    Upon information and belief, when White Rock adopted the various

17   marks in its "JACK" flavored rum line and its "SPICED JACK NO. 94" mark, it

18   had knowledge of the use and fame of JDPI's "JACK DANIEL'S" and other

19   "JACK" formative marks in the United States and the extensive public association,

20   in connection with distilled spirits, of the mark and name "Jack" with "JACK

21   DANIEL'S" whiskey and prepared alcoholic cocktails, and intended and intends

22   its "JACK" marks to signify that the products in its Jack flavored rum line and its

23   "SPICED JACK NO. 94" rum originate with, or are licensed, sponsored, or

24   authorized by, the owner of the "JACK DANIEL'S" and other "JACK" formative

25   marks.

26       18.    White Rock sells both rum and prepared alcoholic cocktails under the

27   same trademark, and White Rock's Jack flavored rums and spiced rum and JDPI's

28   whiskey and prepared alcoholic cocktails are closely-related and similar distilled

JDPI002853

1  spirits that are advertised and promoted in the same marketing channels and sold
2  and distributed in the same channels of trade to the same classes of customers.  The
3  products in White Rock's line of Jack flavored rums and White Rock's spiced rum
4  are relatively inexpensive and are unlikely to be purchased with a significant
5  degree of care.
6      19.    On November 7, 2007, White Rock filed Application Serial No.
7  77/323,510 (the "'510 Application") to register "COCONUT JACK" for rum on
8  the Principal Register in the United States Patent and Trademark Office ("PTO").
9  The PTO initially refused registration of the mark on the basis of JDPI's
10  Registration No. 2,815,221 for the mark "JACK" for whiskey, but subsequently
11  approved the application for publication for opposition.  On December 23, 2009,
12  JDPI filed Opposition No. 91193150 to the '510 Application before the PTO's
13  Trademark Trial and Appeal Board.  That opposition is pending.
14      20.    White Rock's continued use of the various marks in its "JACK"
15  flavored rum line and its "SPICED JACK NO. 94" mark is likely to cause
16  purchasers and prospective purchasers of its goods to believe mistakenly that they
17  originate with, or are licensed, authorized, or sponsored by, the owner of the
18  "JACK DANIEL'S" and other "JACK" formative marks, and/or that there is a
19  business relationship, affiliation, connection, or association, between White Rock
20  and the owner of the "JACK DANIEL'S" and other "JACK" formative marks.
21              **FIRST CLAIM FOR RELIEF**
22          **(Infringement of Federally-Registered Trademarks)**
23      21.    JDPI repeats and realleges the allegations in preceding paragraphs 1-
24  20 as if fully set forth herein.
25      22.    White Rock's manufacture, advertisement, promotion, shipment,
26  offering for sale, sale, and distribution of its "JACK" flavored rum line and
27  "SPICED JACK NO. 94" rum as aforesaid constitute the use in commerce, on or in
28  connection with White Rock's goods, of reproductions, copies, or colorable

JDPI002854

1  imitations of JDPI's federally-registered trademarks, which use is likely to cause

2  confusion, to cause mistake, or to deceive, in violation of § 32(1) of the United

3  States Trademark Act, 15 U.S.C. § 1114(1).

4      23.   White Rock's infringement of JDPI's federally-registered trademarks

5  as aforesaid has caused and continues to cause irreparable harm to JDPI.

6      24.   Unless restrained and enjoined by this Court, White Rock will persist

7  in its infringement of JDPI's federally-registered trademarks, thereby causing JDPI

8  further irreparable harm.

9      25.   JDPI has no adequate remedy at law.

10  **SECOND CLAIM FOR RELIEF**

11  **(Unfair Competition in Violation of Federal Law)**

12      26.   JDPI repeats and realleges the allegations in preceding paragraphs 1-

13  20 as if fully set forth herein.

14      27.   White Rock's manufacture, advertisement, promotion, shipment,

15  offering for sale, sale, and distribution of its "JACK" flavored rum line and

16  "SPICED JACK NO. 94" rum as aforesaid constitute the use in commerce, on or in

17  connection with White Rock's goods, of words, terms, names, symbols, or devices,

18  or combinations thereof, and false designations of origin, and false or misleading

19  descriptions or representations of fact, that are likely to cause confusion, or to

20  cause mistake, or to deceive, as to the affiliation, connection, or association of

21  White Rock with JDPI, and/or as to the origin of White Rock's goods and

22  commercial activities with, or their sponsorship or approval by, JDPI, in violation

23  of § 43(a)(1)(A) of the United States Trademark Act, 15 U.S.C. § 1125(a)(1)(A).

24      28.   White Rock's unfair competition as aforesaid has caused and

25  continues to cause irreparable harm to JDPI.

26      29.   Unless restrained and enjoined by this Court, White Rock will persist

27  in its unfair competition, thereby causing JDPI further irreparable harm.

28      30.   JDPI has no adequate remedy at law.

9
Complaint

JDPI002855

## THIRD CLAIM FOR RELIEF

### (Trademark Infringement and Unfair Competition in Violation of California Common Law)

31.    JDPI repeats and realleges the allegations in preceding paragraphs 1-20 as if fully set forth herein.

32.    White Rock's manufacture, advertisement, promotion, shipment, offering for sale, sale, and distribution of its "JACK" flavored rum line and "SPICED JACK NO. 94" rum in California as aforesaid constitute trademark and trade name infringement and unfair competition in violation of California common law.

33.    White Rock's trademark infringement and unfair competition as aforesaid have caused and continue to cause irreparable harm to JDPI.

34.    Unless restrained and enjoined by this Court, White Rock will persist in its acts of trademark infringement and unfair competition, thereby causing JDPI further irreparable harm.

35.    JDPI has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff JDPI prays for a judgment as follows:

1.    That defendant White Rock, and its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with it, or them, or any of them, who receive actual notice of the injunction prayed for herein by personal service or otherwise, be permanently restrained and enjoined from:

(a)    Manufacturing, advertising, promoting, shipping, offering for sale, selling, or distributing the "JACK" flavored rum products depicted in Exhibits 6 and 7 attached hereto, the "SPICED JACK NO. 94" rum depicted in Exhibits 8 and 9 attached hereto, and any other alcoholic beverages and promotional or other merchandise, including, without limitation, clothing, bearing the marks "JACK,"

JDPI002856

1  "JACK FLAVORED RUMS," "JACK RUMS," "SPICED JACK," "COCONUT

2  JACK," "BANANA JACK," "CHERRY JACK," "GRAPE JACK," "ORANGE

3  JACK," "CITRUS JACK," "PINEAPPLE JACK," "MANGO JACK," and

4  "TROPICAL JACK," the trade name "Coconut Jack," and/or the domain names

5  "jackrums.com" and "spicedjack94.com;"

6          (b)     Using the trade name "Coconut Jack" and the domain names

7  "jackrums.com" and "spicedjack94.com" in connection with sale of any alcoholic

8  beverages;

9          (c)     Using JDPI's marks "JACK DANIEL'S," "JACK," "YOU CAN ASK

10  FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK," "THE

11  OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK,"

12  "UNCLE JACK'S," and "GENTLEMAN JACK," and any other reproductions,

13  copies, or colorable imitations of those marks, and any marks or names

14  confusingly similar thereto, on or in connection with the manufacture,

15  advertisement, promotion, offering for sale, sale, or distribution of any alcoholic

16  beverages;

17          (d)     Maintaining the registrations of the domain name "jackrums.com" and

18  "spicedjack94.com," and any other domain name containing "jack;" and

19          (e)     Doing any other act or thing that is likely to cause persons to believe

20  that White Rock's goods or commercial activities originate with, or are licensed,

21  sponsored, or authorized by, JDPI;

22          2.      That White Rock be ordered, pursuant to 15 U.S.C. § 1116, to assign

23  to JDPI the registrations of the "jackrums.com" and "spicedjack94.com" domain

24  names and any other domain name containing "jack;"

25          3.      That White Rock be ordered, pursuant to 15 U.S.C. § 1116, to file

26  with the Court and to serve on counsel for JDPI, within 30 days after the entry of

27  judgment herein, a written report under oath setting forth in detail the manner in

28  which White Rock has complied with the injunction ordered by the Court;

JDPI002857

1      4.      That White Rock be ordered, pursuant to 15 U.S.C. § 1118, to deliver
2    up to the Court for destruction or other disposition all labels, signs, prints,
3    packages, wrappers, receptacles, and advertisements bearing the marks "JACK,"
4    "JACK FLAVORED RUMS," "JACK RUMS," "SPICED JACK NO. 94,"
5    "COCONUT JACK," "BANANA JACK," "CHERRY JACK," "GRAPE JACK,"
6    "ORANGE JACK," "CITRUS JACK," "PINEAPPLE JACK," "MANGO JACK,"
7    and "TROPICAL JACK," the trade name "Coconut Jack," and/or the domain
8    names "jackrums.com" and "spicedjack94.com," and all plates, molds, matrices,
9    and other means of making the same;
10      5.      That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a) and/or
11   California common law, to pay to JDPI all of White Rock's profits from the sale of
12   goods under the marks "JACK," "JACK FLAVORED RUMS," "JACK RUMS,"
13   "SPICED JACK NO. 94," "COCONUT JACK," "BANANA JACK," "CHERRY
14   JACK," "GRAPE JACK," "ORANGE JACK," "CITRUS JACK," "PINEAPPLE
15   JACK," "MANGO JACK," and "TROPICAL JACK," and that such profits be
16   enhanced on the basis of White Rock's willful infringement of JDPI's marks and
17   willful unfair competition;
18      6.      That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a) and/or
19   California common law, to pay to JDPI all damages sustained by JDPI as a result
20   of White Rock's infringement of JDPI's marks and unfair competition, and that
21   such award be trebled on the basis of White Rock's willful infringement of JDPI's
22   marks and willful unfair competition;
23      7.      That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a), to pay
24   to JDPI its attorneys' fees and the costs of this action;
25      8.      That White Rock be ordered, pursuant to California common law, to
26   pay to JDPI punitive and exemplary damages on the basis of White Rock's
27   fraudulent, malicious, or oppressive conduct; and
28

JDPI002858

1    9.    That JDPI be granted such other and further relief as the Court may

2  deem just and proper.

3                                          Respectfully submitted,

4                                          SEYFARTH SHAW LLP

5
   Dated: November 16, 2010          By: _____
6                                          Christopher C. Larkin
7                                          Kevin J. Lesinski
                                           Attorneys for Plaintiff
8                                          JACK DANIEL'S PROPERTIES,
                                           INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12871933v.3                          13
                                  Complaint

JDPI002859

AO 121 (6/90)

| TO: | |
|-----|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS**<br>**(USPTO)**<br>**P.O. Box 1450**<br>**ALEXANDRIA, VA 22313-1450** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98 C 2777 | DATE FILED<br>May 6, 1998 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| PLAINTIFF    Jack Daniel's Properties, Inc | | DEFENDANT   American Family Products, Inc |

| PATENT NOs. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 582,789 | 12/9/58 | Jack Daniel's |
| 2 394,018 | 11/27/56 | Jack Daniel's |
| 3 1,681,375 | 3/31/92 | Jack Daniel's |
| 4 1, 758,658 | 3/16/93 | Jack Daniel's |
| 5   441,002 | 10/12/48 | Jack Daniel's |
| 6  1,923,981 | 10/3/95 | Jack Daniel's |
| 7 2,030,042 | 1/14/97 | Jack Daniel's |
| 8 1,329,704 | 4/9/85 | Jack Daniel's |
| 9 1,290,702 | 8/21/94 | Jack Daniel's |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT - MINUTE ORDER of 12/16/98 by Hon. Paul E. Plunkett: Joint motion for entry of final judgment by consent [11-1] is granted. Enter final judgment by consent. terminating case Mailed notice.

| CLERK<br><br>Michael W. Dobbins | (BY) DEPUTY CLERK<br>Cynthia Young | DATE January 5, 2010 |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner          Copy 4 - Case file copy

JDPI002860

AO279, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:98-cv-02777
## Internal Use Only

Jack Daniel's v. Amer Family Prod Inc, et al
Assigned to: Honorable Paul E. Plunkett
Demand: $0
Cause: 15:1114 Trademark Infringement

Date Filed: 05/06/1998
Date Terminated: 12/16/1998
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Jack Daniel's Properties, Inc**
*a Delaware corporation*

represented by **Carol Ann Genis**
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602
(312) 372-1121
Email: carol.genis@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Thomas Johnson , Jr.**
Bell, Boyd & Lloyd
Three First National Plaza
70 West Madison Street
Suite 3300
Chicago, IL 60602
(312)372-1121

**Sana Hakim**
Bell, Boyd & Lloyd
Three First National Plaza
70 West Madison Street
Suite 3300
Chicago, IL 60602
(312)372-1121
*ATTORNEY TO BE NOTICED*

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 01/05/2010

V.

**Defendant**

**PAPER DOCUMENTS NOT AVAILABLE ON
PACER (public access court electronic records)
THEREFORE no Closing Order is attached)**

JDPI002861

CM/ECF LIVE, Ver 4.0.3 - U.S. District Court, Northern Illinois          https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?661481940317101-L_770_0-1

| **American Family Products, Inc**<br>*an Illinois corporation* | represented by | **Danny Lane Worker**<br>Lewis Brisbois Bisgaard & Smith, LLP<br>550 West Adams<br>Suite 300<br>Chicago, IL 60661<br>(312) 345-1718<br>Email: dworker@lbbslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Mary F. Sitko**<br>Worker & Power<br>55 East Monroe<br>Suite 4550<br>Chicago, IL 60603<br>312-345-1718<br>Email: msitko@lbbslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/1998 | 1 | COMPLAINT - Civil cover sheet - Appearance(s) of Sana Hakim, Robert Thomas Johnson Jr., Carol Ann Genis as attorney(s) for plaintiff (Exhibits) (1 original and 1 copy summons(es) issued.) ( Documents: 1-1 through 1-3) (yap) (Entered: 05/07/1998) |
| 05/06/1998 | | RECEIPT regarding payment of filing fee paid; on 5/6/98 in the amount of $ 150.00, receipt # 512099. (yap) (Entered: 05/07/1998) |
| 05/06/1998 | 2 | NOTICE of claims involving patents or trademarks by plaintiff regarding complaint [1-1] (yap) (Entered: 05/07/1998) |
| 05/07/1998 | | MAILED trademarks report to Commissioner of Patents and Trademarks (yap) (Entered: 05/07/1998) |
| 05/18/1998 | 3 | RETURN OF SERVICE executed upon defendant Amer Family Prod Inc on 5/12/98 (yap) (Entered: 05/18/1998) |
| 06/16/1998 | 4 | MINUTE ORDER of 6/16/98 by Hon. Paul E. Plunkett : Status hearing set to 7/22/98 at 1:45 a.m. At the status hearing, parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the court's action herein. Lead counsel is directed to appear at this status hearing. Mailed notice (yap) (Entered: 06/18/1998) |

JDPI002862

CM/ECF LIVE, Ver 4.0.3 - U.S. District Court, Northern Illinois      https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?661481940317101-L_770_0-1

| 06/22/1998 | 5 | MOTION by plaintiff for entry of order of preliminary injunction by consent ; Notice of motion (yap) (Entered: 07/10/1998) |
| 06/22/1998 | 6 | STIPULATION (yap) (Entered: 07/10/1998) |
| 06/24/1998 | 9 | ATTORNEY APPEARANCE for defendant Amer Family Prod Inc by Danny Lane Worker, Mary F. Sitko (yap) (Entered: 07/27/1998) |
| 07/09/1998 | 7 | PRELIMINARY INJUNCTION by consent (Attachments) (yap) (Entered: 07/14/1998) |
| 07/09/1998 | 8 | MINUTE ORDER of 7/9/98 by Hon. Paul E. Plunkett: Plaintiff's motion for entry of order of preliminary injunction by consent [5-1] is granted. Enter preliminary injunction by consent. Mailed notice (yap) (Entered: 07/14/1998) |
| 07/22/1998 | | SCHEDULE set on 7/22/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:30 9/2/98 . Defendant given extension of time in which to answer or plead, to and including August 18, 1998. No notice (tbk) (Entered: 07/22/1998) |
| 08/18/1998 | 10 | ANSWER by defendant Amer Family Prod Inc to plaintiff's complaint at law; Notice of filing (yap) (Entered: 08/19/1998) |
| 09/02/1998 | | SCHEDULE set on 9/2/98 by Hon. Paul E. Plunkett : Status hearing held and continued to 9:15 10/5/98 . No notice (tbk) (Entered: 09/02/1998) |
| 09/14/1998 | | SCHEDULE set on 9/14/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:15a.m. on 10/19/98 . Mailed notice (tbk) (Entered: 09/14/1998) |
| 10/19/1998 | | SCHEDULE set on 10/19/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:30 11/2/98 . No notice (tbk) (Entered: 10/19/1998) |
| 11/02/1998 | | SCHEDULE set on 11/2/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:15a.m. on 11/17/98 . Mailed notice (tbk) (Entered: 11/02/1998) |
| 12/15/1998 | 11 | JOINT MOTION by plaintiff Jack Daniel's and defendant Amer Family Prod Inc for entry of final judgment by consent (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 12 | FINAL JUDGMENT by consent (Exhibits) (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 13 | MINUTE ORDER of 12/16/98 by Hon. Paul E. Plunkett: Joint motion for entry of final judgment by consent [11-1] is granted. Enter final judgment by consent. terminating case Mailed notice (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 14 | ENTERED JUDGMENT (yap) (Entered: 12/17/1998) |
| 01/05/2010 | 15 | (Court only) MAILED patent report to Patent Trademark Office, Alexandria VA (Mailed certified copy of the Court's Docket - Paper Closing Order not available on Pacer). (cdy, ) (Entered: 01/05/2010) |

3 of 3                                                                                     1/5/2010 12:58 PM

JDPI002863

7457:    5

**TRADEMARK**

74575005

33

## CONTENTS

| Entry | | Date | Initials |
|---|---|---|---|
| 1. EX hmat A. | | FEB 10 1995 | FEB 27 1995 |
| 2. | | | |
| 3. **NOFP** | | | |
| 4. Kesus | | 5/11/01 | ny |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐ See inside of file for additional entries.

JDPI002864



JDPI002865



JDPI002866

4575005

PTO-102 (9-89)
U.S. DEPT. OF COMMERCE
Patent and Trademark Office

FPI-LOM

| 1. REG. NO. 1,923,981 | 3. MARK JACK DANIEL'S | | 4. SER. NO. 74/575005 |
|---|---|---|---|
| 2. REG. DATE OCT 03 1995 | | | 5. REGISTER PRINCIPAL |
| 6. INTERNATIONAL CLASS 33 | 7. PRIOR U.S. CLASS 49 | 8. FILING DATE 09/19/94 | 9. LAW OFFICE 13 |

10. APPLICANT AND POST OFFICE
Jack Daniel Distillery, Lem Motlow, Prop
., Inc.
Lynchburg, TENNESSEE 37352
CORPORATION OF KENTUCKY

16. EXAMINING ATTORNEY
Donna Nirman

17. TYPE OF MARK
TRADEMARK

18. FIRST USE
ICL  033  00/00/1975

11. CORRESPONDENCE ADDRESS                 30283.J0725
Christopher C. Larkin
Graham & James
801 South Figueroa Street
14th Floor
Los Angeles, CA  90017-5554

19. IN COMMERCE
ICL  033  00/00/1975

20. FOREIGN REG. AND APPL. DATA

12. DOMESTIC REPRESENTATIVE

13. APPLICANT'S ATTORNEY
Christopher C. Larkin

15. GOODS — SERVICES
033-whiskey

21. OTHER DATA   U.S. REGS. 0323914 0441002

NO - The name "JACK DANIEL'S does not identify
a living individual

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE — PATENT AND TRADEMARK OFFICE

| 22. A M E N D E D | PRINCIPAL REGISTER | 25. Examiner | |
|---|---|---|---|
| | | 26. Section 1(C) Accepted | |
| | | 27. Section 1(D) Accepted | |
| 23. A F F I D A V I T | Section 8  *Tiffany Weaver* Section 15  *Tiffany Weaver* | 28. Approved for Publication  *Donna Numan* | |
| | | 29. Approved for Supplemental Registration | |
| | | 30. O.G. Date | |
| 24. R E N E W A L | Approved for Renewal  Renewed From | PUBLISHED  JUL 1 1 1995 | |
| | | □ Less Goods | |

USCOMM DC 89-3951



JDPI002868



JDPI002869



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

JUN. 9, 1995

NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   74/575,005

2. Mark:
   JACK DANIEL'S

3. Applicant:
   Jack Daniel Distillery, Lem Motlow, Prop

4. Publication Date:
   JUL. 11, 1995

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $19.00 each for domestic orders, or at $23.75 each for foreign orders from:

The Superintendent of Documents
U.S. Government Printing Office
Washington, D.C. 20402

By direction of the Commissioner.

PCFDLR (REV 6/94)

JDPI002870

Christopher C. Larkin                    TMP&I
Graham & James
801 South Figueroa Street
14th Floor
Los Angeles, CA  90017—5554

JDPI002871

# PUBLICATION/REGISTRATION REVIEW WORK SHEET

**Reviewer:** **Christine E. Taylor**   Ofc: 10   Date: 3/23/9   Serial No.: _____

I certify all information in the database matched the information in the file and no corrections were required. _(signature)_

**INSTRUCTIONS:**   If the information in the database does not match the information in the file the reviewer should check the ERROR column.
After correction (text editing), the EDITED column should be checked.     RETAIN IN FILE WRAP.

| SCREEN | ERROR | EDITED | | ERROR FOUND DURING REVIEW REQUIRING AMENDMENT OF: |
|--------|-------|--------|-----|---|
| **M K** | | | A M | Mark:   Words: ☐     Drawing Code: ☐ |
| | | | A M | Mark Type: |
| | | | A M | Register: |
| | | | A M | Amended Register: ☐     Date Register Amended: ☐ |
| **CL** | | | C L | Prime Classification: |
| | | | C L | Class Status   Active ☐   Inactive ☐   Class Status Date: |
| | | | C L | International Class: Add ☐     Delete ☐     Reclassify ☐ |
| | | | C L | U.S. Class:   Add ☐     Delete ☐     Reclassify ☐ |
| | | | C L | Date of First Use: |
| | | | C L | Date of First Use in Commerce: |
| | | | A F | Use in Another Form:     Prime Class ☐ |
| | | | G S | Goods and Services: |
| | | | C S | Certification Statement: |
| **C D** | | | A T | Attorney Name: |
| | | | C O | Correspondence: ☐ Name   ☐ Inter St. Address   ☐ City/St/Cntry   ☐ Zip |
| | | | D N | Docket Number: ☐ |
| | | | D R | Domestic Representative: |
| **A C** | | | C U | Concurrent Use Statement: |
| **M M** | | | D M | Description of Mark Statement: |
| | | | D I | Disclaimer: |
| | | | L S | Lining and Stippling Statement: |
| | | | N C | Name/Portrait Description Consent Statement: |
| **T R** | | | T R | Translation of Words in Mark Statement: |
| **T F** | | | T F | Section 2(f): ☐ Entire Mark   ☐ In Part   ☐ Limitation Statement |
| **F N** | | | F N | Foreign Entry Number: |
| | | | F N | Country of Origin: |
| | | | F N | Foreign Application No.:     Filing Date: |
| | | | F N | Foreign Registration No.:     Registration Date: |
| | | | F N | Foreign Reg. Exp. Date: |
| | | | F N | Renewed:  Foreign Reg. No.:     Renewal Date: |
| | | | F N | Renewed:  Foreign Reg. Exp. Date: |
| | | | F N | Priority Claimed:  Section 44(d): |
| **P R** | | | P R | Prior U.S. Registrations:   Registration Nos.: |
| **P Y** | | | N C | Assignment or Name Change: |
| | | | P Y | Applicant: ☐ Name |
| | | | P Y | ☐ Entity Type |
| | | | P Y | ☐ Citizenship/State of Inc. |
| | | | E N | Entity Statement: |
| | | | C O | Composed of Statement: |
| | | | D B | Doing Business As (DBA) or (AKA) or (TA) Statement: |
| | | | P Y | Address: ☐ Inter   ☐ City   ☐ State/Co.   ☐ Zip |

**Other:** _____

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

All previous versions obsolete 11/12/92          _____   _____
                                                    Text Editor              Date

JDPI002872

## AMENDMENT EXAMINATION WORKSHEET

Name: **Sylvia Hammet-Bean**    /3    Date: 2/14/95    Serial No.: 575005

INSTRUCTIONS: To certify amendments the R&A Clerk should check the "AMENDED" column. The Text Editor should check "ENTERED" after the amendment has been entered.
RETAIN IN FILE.

| SCREEN | AMENDED | ENTERED | | AMENDED TO: |
|---|---|---|---|---|
| **AM** | | | AM | Mark Type: |
| | | | AM | Register: |
| | | | AM | Mark:                                    ☐ MDC: |
| **PY** | | | PY | Owner:        ☐ Name: |
| | | | PY | ☐ Citizenship: |
| | | | PY | ☐ Entity Type: |
| | | | DB | DBA/AKA/TA Statement: |
| | | | PY | Address:  ☐ Inter    ☐ City    ☐ State/Country    ☐ Zip |
| | | | NC | Assignment or Name Change: |
| **CL** | | | CL | International Class:              U.S. Class: |
| | | | CL | |
| | | | CL | First Use:                    First Use in Commerce: |
| | | | CL | |
| | | | GS | Goods and Services: |
| | | | GS | |
| | | | GS | |
| | | | GS | |
| | | | GS | |
| **AM** | | | AM | Amended Register:        P.R.:        S.R.: |
| | | | AM | Amended Reg Date: |
| **OTHER** | | | D1 | Disclaimer: |
| | | | DM | Description of Mark: |
| | | | LS | Lining and Stippling Statement: |
| | | | TR | Translation of Words in Mark: |
| | ✓ | ✓ | NO | Name/Portrait Description/Consent: |
| | | | TF | Section 2(f):  ☐ In Part    ☐ Limitation Statement    ☐ Entire Mark |
| | | | AF | Use in Another Form: |
| | | | CS | Certification Statement: |
| | | | CU | Concurrent Use Statement: |
| | | | PR | Prior U.S. Registrations: |
| **FN** | | | DR | Domestic Representative: |
| | | | FN | Foreign Country of Origin: |
| | | | FN | Foreign Application No.:            Frgn. Appl. Filing Date: |
| | | | FN | Section 44(e) Claimed:  Y/N        Section 44(d) Claimed:  Y/N |
| | | | FN | Foreign Registration No.:          Frgn. Reg. Date: |
| | | | FN | Foreign Registration Expiration Date: |
| | | | FN | Foreign Renewal Reg. No.:          Frgn. Reg. Renewed: |
| | | | FN | Foreign Registration Renewed Expiration Date: |
| **CD** | | | AT | Attorney Name: |
| | | | CD | Correspondence:  ☐ Name    ☐ Inter St. Address    ☐ City/State/Zip |
| | | | DN | Attorney Docket Number: |

Other: _____

_____

_____

_____

_____

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

| | | Initial Box if No Amendments are required |
|---|---|---|
| Text Editor | Date | |

JDPI002873

# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office

| | |
|---|---|
| **SERIAL NO.**        **APPLICANT**<br><br>74/575005 Jack Daniel Distillery, Lem Motlow, PropETC<br><br>**MARK**<br><br>JACK DANIEL'S<br>**ADDRESS**<br><br>Christopher C. Larkin<br>Graham & James<br>801 South Figueroa Street<br>14th Floor<br>Los Angeles, CA 90017-5554<br><br>FORM PTO-1525 (5-90)     U.S. DEPT. OF COMM. PAT. & TM OFFICE | **PAPER NO.**<br><br>**ADDRESS:**<br>**ASSISTANT COMMISSIONER**<br>**FOR TRADEMARKS**<br>**2900 Crystal Drive**<br>**Arlington, Virginia 22202-3513**<br><br>If no fees are enclosed, the address should include the words "Box 5."<br><br>Please provide in all correspondence:<br><br>1. Filing Date, serial number, mark and Applicant's name.<br>2. Mailing date of this action.<br>3. Examining attorney's name and Law Office number.<br>4. Your telephone number and ZIP code. |

Within the serial/applicant block:

**ACTION NO.**
01

**MAILING DATE**
02/10/95

**REF. NO.**
30283.JD725

## EXAMINER'S AMENDMENT

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | TELEPHONE NUMBER | |
|---|---|---|---|
| Donna L. Mirman | Christopher Larkin | | |
| X   TELEPHONE CALL | INTERVIEW DATE | X | ATTORNEY |
| PERSONAL INTERVIEW | February 7, 1995 | | APPLICANT |

### CALL RECORD/NOTES

OFFICE SEARCH: The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

RE: Serial Number 74/575005

In accordance with the authorization granted by the above Applicant or attorney, the application has been AMENDED as indicated below. No response is necessary unless there is an objection to the amendment.

The name **JACK DANIEL'S** does not identify a living individual.

Donna L. Mirman, Trademark Attorney
Law Office 13, (703) 308-9113 ext 127

JDPI002874

74/575005                                      -2-

NOTE:  The Trademark Office is committed to improving the quality of our service.  The Assistant Commissioner for Trademarks would like to have your comments and suggestions on ways we can improve the quality of the examination process.  In the event there are any areas causing you recurrent problems, please let us know of them.

COMMENTS SHOULD NOT BE INCLUDED WITH THE RESPONSE TO AN OFFICE ACTION, BUT SHOULD BE SENT IN A SEPARATE COMMUNICATION TO THE FOLLOWING ADDRESS:

Office of Trademark Quality Review
c/o Commissioner of Patents and Trademarks
Washington, DC  20231.

Please note that this address differs from the mailing address for the response to this Office action.

In order to provide better service for trademark applicants and registrants, the responsibility for receiving, opening and routing of trademark mail is being transferred to the Assistant Commissioner for Trademarks.  In order to more efficiently process the mail, the Assistant Commissioner for Trademarks has determined that, **beginning July 5, 1994, trademark-related mail** (except for trademark-related documents sent to the Assignment Branch for recordation and requests for certified copies of trademark application and registration documents) **should be sent directly to:**

**Assistant Commissioner for Trademarks**
**2900 Crystal Drive**
**Arlington, Virginia 22202-3513**

Patent-related mail should continue to be sent to:  Commissioner of Patents and Trademarks, Washington, D.C. 20231.

## APPLICATION FOR TRADEMARK REGISTRATION IN THE UNITED STATES PATENT AND TRADEMARK OFFICE ON THE BASIS OF USE IN COMMERCE

Mark: JACK DANIEL'S                    Intl. Class: 33

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202

Sir:

Applicant Jack Daniel Distillery, Lem Motlow, Prop., Inc., a [Kentucky] [KY] [Corporation] [03] with offices at Lynchburg, Tennessee 37352 [TN] is using in commerce the mark shown in the accompanying drawing on or in connection with [whiskey] and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946, as amended.

The mark was first used at least as early as 1875, was first used in interstate commerce at least as early as 1875, and is now in use in such commerce.  The mark is used in commerce by affixing it to labels applied to containers for the goods and by imprinting it on packaging for the goods.  Three specimens of the mark as used in commerce are submitted herewith.

Applicant claims ownership of U.S. Trademark Registrations Nos. 323,914, 441,002 and others. *The Name Jack Daniels does Not identify a living individual.*

### POWER OF ATTORNEY

Applicant hereby appoints [Christopher C. Larkin], David S. Gooder, William J. Robinson, David L. Fehrman, David L. Henty, Stuart L. Merkadeau, and David B. Abel, all members of the Bar of the State of California and practicing with the firm of [Graham & James, 801 South Figueroa Street, 14th Floor, Los Angeles, California, 90017-5554] ((213)

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail, to Addressee" service under 37 CFR 1.10, "Express Mail" mailing label No. TB632062552 on September 19, 1994 and is addressed to Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

LueAnn Paschal

JDPI002876

624-2500), as its attorneys, with full power of substitution and revocation, to prosecute this application for registration, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration.

Please address all communications and correspondence to Mr. Larkin.

## DECLARATION

Garrison R. Cox, being duly warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom, declares that he is the Secretary of the applicant corporation and is authorized to make this declaration on its behalf, that he believes the applicant to be the owner of the trademark sought to be registered, that to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive, that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true.

Declared at Louisville, Kentucky this 24th day of September, 1994.

JACK DANIEL DISTILLERY, LEM
MOTLOW, PROP., INC., a Kentucky
corporation

By: _Garrison R. Cox_
Garrison R. Cox
Secretary

2

JDPI002877

# GRAHAM & JAMES

in association with Deacons | Sly & Weigall

74575005



September 19, 1994

**Attorneys**

801 South Figueroa St.
14th Floor
Los Angeles, CA
90017-5554
Tel (213) 624 2500
Fax (213) 623 4581

Direct tel
(213) 689-3133

**VIA EXPRESS MAIL**

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

DN

      Re:    Application of Jack Daniel Distillery
             Our File Reference: 30283.JD725

Dear Sir:

      Enclosed for filing are the following documents:

1.    An application pursuant to Section 1(a) of the United States Trademark Act to register a trademark in International Class 33;

2.    Three specimens of the mark as used in commerce; and

3.    Our check in the amount of $245.00 for the filing fee.

      Please charge any deficiency or credit any overpayment to Graham & James' Deposit Account No. 07-1853 and direct all correspondence in connection with the application to the undersigned.

      Thank you for your consideration.

                    Very truly yours,

                    Christopher C. Larkin
                        of
                  GRAHAM & JAMES

CCL:lp
Enclosures

cc:   Garrison R. Cox, Esq. (w/encls.)

Los Angeles
Newport Beach
New York
Palo Alto
Sacramento
San Francisco
Washington DC

Beijing
Taipei
Tokyo

Düsseldorf
London
Milan

Affiliated Offices
Mexico City

Bangkok
Guangzhou
Hanoi
Hong Kong
Jakarta

Brisbane
Canberra
Melbourne
Perth
Sydney

Berlin
Brussels
Bucharest
Frankfurt
Leipzig
Munich

Jeddah
Kuwait
Riyadh

JDPI002878

TRADEMARK APPLICATION SERIAL NO. **74575005**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 KK 11/17/94 74575005                    0 361      245.00 CK 30283.JD725

PTO-1555
(5/87)

JDPI002879

# CODING SHEET FOR PSEUDO MARKS
# AND DESIGN SEARCH CODES

SERIES CODE AND SERIAL NUMBER **74**- 575005

MARK DRAWING CODE
(please circle appropriate MDC)  (1)     2       3       5       6

PSEUDO MARK (PM) _____

_____

WIPO/DESIGN SEARCH CODES

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

JDPI002880

NAME: **Shelton Evans**

ITU:    Y    or    N    P - 1    S - 2    SERIAL NO.: 74-575005

### TRADEMARK APPLICATION FILE DATA WORKSHEET

## CLASS DATA

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. INTERNATIONAL CLASS | 033 | | | | | | | | | | |
| 2. COLLECTIVE TM or SM | T | S | T | S | T | S | T | S | T | S |
| 3. FEE PAID | Y | N | Y | N | Y | N | Y | N | Y | N |
| 4. PRIOR US CLASS(ES) | 049 | | | | | | | | | | |
| 5. 1ST USE DATE | 00-00-1875 | | | | | | | | | | |
| 6. 1ST USE IN COMM DATE | 00-00-1875 | | | | | | | | | | |
| 7. IN ANOTHER FORM CODE | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 8. IN ANOTHER FORM STATEMENT | AF CODE IN MARGIN TEXT IN [ ] | | | | | | | | | | |
| 9. GOODS/SERVICES | GS INTERNATIONAL CLASS IN MARGIN, TEXT [ ] | | | | | | | | | | |
| 10. CERTIFICATION STATEMENT | CS IN MARGIN, TEXT IN [ ] | | | | | | | | | | |

## FOREIGN DATA

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. PRIORITY CLAIMED | Y | N | Y | N | Y | N | Y | N | Y | N |
| 2. COUNTRY CODE | | | | | | | | | | |
| 3. FOREIGN APPLICATION | | | | | | | | | | |
| 4. FOREIGN FILING DATE | | | | | | | | | | |
| 5. FOREIGN REG # | | | | | | | | | | |
| 6. FOREIGN REG DATE | | | | | | | | | | |
| 7. FOREIGN EXPIRATION DATE | | | | | | | | | | |
| 8. RENEWAL # | | | | | | | | | | |
| 9. RENEWAL REG DATE | | | | | | | | | | |
| 10. RENEWAL EXPIRATION DATE | | | | | | | | | | |

## NOTES TO DATA ENTRY PERSONNEL:

**TRADEMARK ASSIGNMENT QUERY AS OF 8/3/2001  3:0:21**
**REEL/FRAME DATA**

**REEL:** 1764                              **DATE LAST UPDATED:**      07/29/1999
**FRAME:** 0836                             **DATE IN SYSTEM:**
                                           **DATE KEYED IN:**
**NUMBER OF PAGES:  004**                   **RECORDATION DATE:**       08/06/1998
                                           **DATE MAILED:**            10/28/1998
**ELECTRONIC SUBMISSION:** N                **ASSIGNMENT RECEIPT DATE:** 10/23/1998
**PTAS SUBMISSION:**       Y               **CONVEY EFFECTIVE DATE:**

**CORRESPONDENCE**
**NAME:**    JACK DANIEL'S PROPERTIES, INC.
           DAVID S. GOODER, ESQ.
           4040 CIVIC CENTER DRIVE, SUITE 528
           SAN RAFAEL, CA 94903

**BRIEF CODE:** 28
**BRIEF TEXT:**  MERGER

**CONVEYING PARTY DATA**

**ENTRY:**              001
**NAME:**               JDDLMP, INC.
**FORMERLY:**           FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
**ENTITY:**             03 - CORPORATION
**ENTITY TEXT:**
**CITIZENSHIP:**        KY - KENTUCKY
**EXECUTION DATE:** 04/20/1998

**RECEIVING PARTY DATA**

**ENTRY:**              600
**NAME:**               JACK DANIEL'S PROPERTIES, INC.
**COMPOSED OF:**
**DBA/AKA/TA:**
**ADDRESS:**            4040 CIVIC CENTER DRIVE, SUITE 528
                       SAN RAFAEL
**STE/CTRY CODE:** CA - CALIFORNIA
**ZIP CODE:**           94903
**ENTITY:**             03 - CORPORATION
**ENTITY TEXT:**
**CITIZENSHIP:**        DE - DELAWARE

**DOMESTIC REPRESENTATIVE DATA**

**NAME:**

**PROPERTY DATA**

**SERIAL NUMBER:** 74575005      **FILING DATE:**    09/19/1994
**REGISTRATION NUMBER:** 1923981  **ISSUE DATE:**     10/03/1995
**WORD MARK:** JACK DANIEL'S
**MARK DESCRIPTION:**  WORDS, LETTERS, OR NUMBERS IN TYPED FORM
**LOCATION:** 837 - POST REGISTRATION
**LOCATION DATE:**   08/02/01
**EXAMINER:** MIRMAN, DONNA

**PAGE 1 of 2**

JDPI002882

TRADEMARK ASSIGNMENT QUERY AS OF 8/3/2001  3:0:28
REEL/FRAME DATA

**REEL:**  1763
**FRAME:** 0446

**NUMBER OF PAGES:**  005

**ELECTRONIC SUBMISSION:** N
**PTAS SUBMISSION:**      Y

**DATE LAST UPDATED:**      07/29/1999
**DATE IN SYSTEM:**
**DATE KEYED IN:**
**RECORDATION DATE:**      08/06/1998
**DATE MAILED:**          10/24/1998
**ASSIGNMENT RECEIPT DATE:** 08/10/1998
**CONVEY EFFECTIVE DATE:**

**CORRESPONDENCE**
**NAME:**    JACK DANIEL'S PROPERTIES, INC.
           DAVID S. GOODER, ESQ.
           4040 CIVIC CENTER DRIVE, SUITE 528
           SAN RAFAEL, CALIFORNIA 94903

**BRIEF CODE:**  33
**BRIEF TEXT:**  CHANGE OF NAME

**CONVEYING PARTY DATA**

**ENTRY:**       001
**NAME:**        JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
**FORMERLY:**
**ENTITY:**      03 - CORPORATION
**ENTITY TEXT:**
**CITIZENSHIP:**  KY - KENTUCKY
**EXECUTION DATE:**  04/10/1998

**RECEIVING PARTY DATA**

**ENTRY:**       600
**NAME:**        JDDLMP, INC.
**COMPOSED OF:**
**DBA/AKA/TA:**
**ADDRESS:**     HIGHWAY 55
               LYNCHBURG
**STE/CTRY CODE:** TN - TENNESSEE
**ZIP CODE:**     37352
**ENTITY:**      03 - CORPORATION
**ENTITY TEXT:**
**CITIZENSHIP:**   DE - DELAWARE

**DOMESTIC REPRESENTATIVE DATA**

**NAME:**

**PROPERTY DATA**

**SERIAL NUMBER:** 74575005      **FILING DATE:**   09/19/1994
**REGISTRATION NUMBER:** 1923981  **ISSUE DATE:**    10/03/1995
**WORD MARK:** JACK DANIEL'S
**MARK DESCRIPTION:**  WORDS, LETTERS, OR NUMBERS IN TYPED FORM
**LOCATION:** 837 - POST REGISTRATION
**LOCATION DATE:**   08/02/01
**EXAMINER:** MIRMAN, DONNA

**PAGE 1 of 2**

JDPI002883

74575005

| | |
|---|---|
| Applicant: | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| Address: | Lynchburg, Tennessee 37352 |
| First Use: | At least as early as 1875 |
| First Use In Commerce: | At least as early as 1875 |
| Goods: | Whiskey |
| Mark: | JACK DANIEL'S |

INT. CL.
33
PRIOR US CL.
49

TRADEMARK MAILROOM
REC'D
SEP 1 9 1994
6
US PATENT & TRADEMARK OFFICE

PUBLISHED
.IIII 1 1 1995

3

JDPI002884

*** User: EX291206 ***

| STMT NUMBER | TOTAL MARKS | LIVE VIEWED | DEAD VIEWED | SEARCH |
|---|---|---|---|---|
| 01 | 279 | 0 | 0 | PHRASCH :daniel: |
| 02 | 2223 | 0 | 0 | PHRASCH :jack: ^ :jak: ^ :jax: |
| 03 | 1599 | 0 | 0 | PHONSCH jack ^ jacks |
| 04 | 207 | 0 | 0 | daniel ^ daniels |
| 05 | 18 | 15 | 3 | PHRASCH (1 ^ 4) & (2 ^ 3) |
| 06 | 65 | 44 | 21 | PHRASCH (1 ^ 4) & 032/cc |
| 07 | 55 | 16 | 7 | PHRASCH classic & 032/ic |

TERMINAL SESSION STARTED 02/07/95 3:31 P.M.  (EASTERN TIME)
TERMINAL SESSION FINISHED 02/07/95 3:50 P.M. (EASTERN TIME)
ELAPSED TIME THIS SESSION 0 HRS AND 19 MIN

JDPI002885

*** User: EX291206 *** Serial Number: 71358853 ***



Word Mark
    JACK DANIEL

Goods/Services
    IC 033; US 049; G & S: WHISKEY; FIRST USE: 1881.00.00; FIRST USE IN
    COMMERCE: 1881.00.00

Mark Drawing Code
    (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
    71-358853

Filing Date
    1934.12.03

Registration Number
    0323914

Registration Date
    1935.05.07

Owner Name/Address
    (REGISTRANT) MOTLOW, LEM DBA JACK DANIEL INDIVIDUAL TENNESSEE LYNCHBURG
    TENNESSEE

Prior US Registration
    0298102

Type of Mark
    TRADEMARK

Register
    PRINCIPAL


*** Search: 1 *** Document Number: 1 ***                              (cont)

JDPI002886

*** User: EX291206 *** Serial Number: 71358853 ***

Affidavit
        SECT 12C.; SECT 8.; SECT 15.; COMBINED SECT 8 AND SECT 15.

Renewal
        2ND RENEWAL 1975.05.07

*** Search: 1 *** Document Number: 1 ***

JDPI002887

*** User: EX291206 *** Serial Number: 71525555 ***



Word Mark
    JACK DANIEL'S

Pseudo Mark
    JACK DANIELS

Goods/Services
    IC 033; US 049; G & S: WHISKEY; FIRST USE: 1875.00.00; FIRST USE IN
    COMMERCE: 1875.00.00

Mark Drawing Code
    (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
    71-525555

Filing Date
    1947.07.02

Registration Number
    0441002

Registration Date
    1948.10.12

Owner Name/Address
    (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION
    TENNESSEE LYNCHBURG TENNESSEE

Owner Name/Address
    (LAST LISTED OWNER) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
    CORPORATION KENTUCKY LYNCHBURG TENNESSEE 37352

Prior US Registration
    0298102; 0323914; 0394017; 0394018; AND OTHERS

Type of Mark
    TRADEMARK

Register
    PRINCIPAL

Affidavit
    SECT 12C.; SECT 8.; SECT 15.; COMBINED SECT 8 AND SECT 15.

Renewal
    2ND RENEWAL 1988.10.12

*** Search: 2 *** Document Number: 1 ***

*** User: EX291206 *** Serial Number: 7466782 ***

Word Mark
    JACK DANIEL'S

Goods/Services
    IC 032; US 045; G & S: spring water; FIRST USE: 1982.06.15; FIRST USE IN
    COMMERCE: 1983.02.10

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    74-466782

Filing Date
    1993.12.02

Registration Number
    1874100

Registration Date
    1995.01.17

Owner Name/Address
    (REGISTRANT) Jack Daniel Distillery, Lem Motlow, Prop., Inc. CORPORATION
    KENTUCKY Lynchburg TENNESSEE 37352

Prior US Registration
    Q582789; 1758658; AND OTHERS

Type of Mark
    TRADEMARK

Register
    PRINCIPAL

Other Data
    The name "JACK DANIEL'S" does not identify a living individual.

*** Search: 5 *** Document Number: 4 ***

JDPI002889

*** User: EX291206 *** Serial Number: 74290193 ***

Word Mark
     JACK DANIEL'S

Pseudo Mark
     JACK DANIELS

Goods/Services
     IC 033; US 049; G & S: cordials; FIRST USE: 1992.02.01; FIRST USE IN
     COMMERCE: 1992.02.01

Mark Drawing Code
     (1) TYPED DRAWING

Serial Number
     74-290193

Filing Date
     1992.07.01

Registration Number
     1758658

Registration Date
     1993.03.16

Owner Name/Address
     (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION
     KENTUCKY Lynchburg TENNESSEE 37352

Prior US Registration
     0298102; 0394017; 0441002; 0582789; 1630258; AND OTHERS

Type of Mark
     TRADEMARK

Register
     PRINCIPAL

Other Data
     The name "JACK DANIEL'S" shown in the mark does not identify a living
     individual.

*** Search: 5 *** Document Number: 5 ***

JDPI002890

*** User: EX291206 *** Serial Number: 71634575 ***



Word Mark
    JACK DANIEL'S

Pseudo Mark
    JACK DANIELS

Goods/Services
    IC 033; US 049; G & S: WHISKEY; FIRST USE: 1875.00.00; FIRST USE IN
    COMMERCE: 1875.00.00

Mark Drawing Code
    (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
    71-634575

Filing Date
    1952.08.28

Registration Number
    0582789

Registration Date
    1953.11.24

Owner Name/Address
    (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION
    TENNESSEE LYNCHBURG TENNESSEE

Owner Name/Address
    (LAST LISTED OWNER) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
    CORPORATION KENTUCKY LYNCHBURG TENNESSEE 37352

Prior US Registration
    0298102; 0323914; 0394017; 0394018; 0441002; 0513088

Type of Mark
    TRADEMARK

Register
    PRINCIPAL

*** Search: 5 *** Document Number: 11 ***                                    (cont)

JDPI002891

*** User: EX291206 *** Serial Number: 71634575 ***

Affidavit
        SECT 8.; SECT 15.; COMBINED SECT 8 AND SECT 15.

Renewal
        2ND RENEWAL 1993.07.13

*** Search: 5 *** Document Number: 11 ***

JDPI002892

AO 121 (6/90)

| TO: | SOLICITOR | |
|---|---|---|
| | MAY 1 1 1998 | |
| COMMISSIONER OF PATENTS AND TRADEMARKS<br>WASHINGTON, D.C. 20231     U.S. PATENT & TRADEMARK OFFICE | REPORT ON THE<br>DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT | |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98 C 2777 | DATE FILED<br>May 6, 1998 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| PLAINTIFF     Jack Daniel's Properties, Inc | | DEFENDANT   American Family Products, Inc |

| PATENT NOs. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 582,789 | 12/9/58 | Jack Daniel's |
| 2 394,018 | 11/27/56 | Jack Daniel's |
| 3 1,681,375 | 3/31/92 | Jack Daniel's |
| 4 1, 758,658 | 3/16/93 | Jack Daniel's |
| 5   441,002 | 10/12/48 | Jack Daniel's |
| 6  1,923,981 | 10/3/95 | Jack Daniel's |
| 7 2,030,042 | 1/14/97 | Jack Daniel's |
| 8 1,329,704 | 4/9/85 | Jack Daniel's |
| 9 1,290,702 | 8/21/94 | Jack Daniel's |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |
| |

| CLERK<br>Michael W. Dobbins | (BY) DEPUTY CLERK<br>Yvette Pearson | DATE  May 7, 1998 |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner        Copy 4 - Case file copy

JDPI002893

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1923981    SERIAL NO: 74/575005    MAILING DATE: 10/05/2005
REGISTRATION DATE: 10/03/1995
MARK: JACK DANIEL'S
REGISTRATION OWNER: JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, STE 528
SAN RAFAEL, CA 94903

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

JDPI002894

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1923981 |
| **REGISTRATION DATE** | 10/03/1995 |
| **SERIAL NUMBER** | 74575005 |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| INTERNAL ADDRESS | Suite 528 |
| STREET | 4040 Civic Center Drive |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | (415) 446-5225 |
| FAX | (415) 446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 00725 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |

| | |
|---|---|
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\745\750\74575005\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | a digital image of a bottle |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /david s gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 06/22/2005 |
| SIGNATORY POSITION | Chief Trademark Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jun 22 16:02:07 EDT 2005 |
| TEAS STAMP | USPTO/S08N09-1215410033-2 0050622160207768162-19239 81-200efda969d369aaf2a866 1e5dbf842376-DA-250-20050 622155955517502 |

JDPI002897

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1923981
**REGISTRATION DATE:** 10/03/1995

**MARK:**  JACK DANIEL'S

The owner, JACK DANIEL'S PROPERTIES, INC., residing at 4040 CIVIC CENTER DRIVE, STE 528 , SAN RAFAEL, CA US 94903, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 033, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital image of a bottle.
Specimen-1

The registrant hereby appoints David S. Gooder and Christopher C. Larkin of  Jack Daniel's Properties, Inc., Suite 528, 4040 Civic Center Drive, San Rafael, CA USA 94903 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is 00725.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all

JDPI002898

statements made on information and belief are believed to be true.


Signature: /david s gooder/      Date: 06/22/2005
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Mailing Address:
   Jack Daniel's Properties, Inc.
   Suite 528
   4040 Civic Center Drive
   San Rafael, CA 94903

RAM Sale Number: 250
RAM Accounting Date: 06/23/2005

Serial Number: 74575005
Internet Transmission Date: Wed Jun 22 16:02:07 EDT 2005
TEAS Stamp: USPTO/S08N09-1215410033-2005062216020776
8162-1923981-200efda969d369aaf2a8661e5db
f842376-DA-250-20050622155955517502

JDPI002899



JDPI002900

**ROUTING SHEET TO POST REGISTRATION (PRU)**    **Registration Number:**    1923981



**Serial Number:**    74575005



**RAM Sale Number:  250**

**RAM Accounting Date:  20050623**    **Total Fees:**    $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20050622 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20050622 | $400 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:**    20050622



JDPI002901



JDPI002902



PRU

06-11-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #57

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## COMBINED DECLARATION OF USE & INCONTESTIBILITY
## UNDER SECTIONS 8 & 15 (U.S.C. SECTIONS 1058 & 1065)



BOX POST REG
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Mark:              **JACK DANIEL'S (Block Letters)**

Registration No.:   1,923,981

Issued:             October 3, 1995

Registrant:        Jack Daniel's Properties, Inc., a Delaware corporation
                   4040 Civic Center Drive, Suite 528
                   San Rafael, California 94903

The owner has used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under §12(c), and is still using the mark in commerce on or in connection with all goods listed in the existing registration.

The owner is using the mark in commerce on or in connection with the goods identified above, as evidenced by the attached specimen showing the mark as currently used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under §12(c), and is still in use in commerce on or in connection with all goods listed in the existing registration. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.

One specimen showing the mark as currently used in commerce is submitted with this Combined Declaration. The specimen is a label which is applied to the containers of the goods clearly showing the mark.

06/19/2001 TSMITH    00000088 1923981

01 FC:372                    100.00 OP
02 FC:373                    200.00 OP

JDPI002903

## POWER OF ATTORNEY

Revoking all prior appointments, Registrant hereby appoints David S. Gooder, a member of the Bar of the State of California, and Registrant's Vice President and Chief Trademark Counsel, of Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903 (415-446-5225) and Christopher C. Larkin, a member of the Bar of the State of California, and practicing with the firm of Small Larkin, LLP, 10940 Wilshire Boulevard, 18th Floor, Los Angeles CA 90024-3945 (310-209-4445) as its attorneys, with full power of substitution and revocation, to transact all business in connection with the above-referenced registration. **Please address all communication and correspondence to David S. Gooder, Esq. at Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903.**

## DECLARATION

The undersigned, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the Owner; and all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation

Dated: June 11, 2001

By: _____

David S. Gooder, Vice President

**Contact Information**
David S. Gooder, Esq.
Jack Daniel's Properties, Inc.
4040 Civic Center Drive, Suite 528
San Rafael, California 94903 U.S.A
Telephone: 415-446-5225
Facsimile: 415-446-5230
E-Mail:    david_gooder@jdpi.com

CERTIFICATE UNDER 37 C.F.R. § 1.10

"Express Mail" Mailing Label No.: EL657412889US

I hereby certify that the foregoing is being deposited with the United States Postal Service "Express Mail Post Office to Addressee", in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive Arlington, VA 22202-3513 on June 11, 2001.

Roberta Fauquier



06-11-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #57



June 11, 2001

<u>**VIA EXPRESS MAIL**</u>

BOX POST REGISTRATION
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:     Mark:          **JACK DANIEL'S (Block Letters)**
        Reg. No.       1,923,981
        Registrant:    Jack Daniel's Properties, Inc.
        Our Ref.:      725
        <u>Subject:</u>       <u>Combined Affidavit under Sections 8 and 15</u>

Dear Sir:

Enclosed for filing are the following:

1.  A Combined Declaration of Use & Incontestability Under Sections 8 and 15
    of the United States Trademark Act with respect to Reg. No. 1,878,804;

2.  A Power of Attorney;

3.  A specimen of the mark as currently used in commerce;

4.  Our check in the amount of $300.00 for the fee; and

The Commissioner is hereby authorized to charge payment of any additional fees
associated with this communication or credit any overpayment to Deposit Account No.
02-4065.  So that we may have a timely record of this filing, please date-stamp the
enclosed stamped, self-addressed postcard and deposit it into the U.S. mail.

Thank you for your consideration.

Sincerely,

David S. Gooder
Vice President and Chief Trademark Counsel

DSG/kcm
Enclosures

**JACK DANIEL'S PROPERTIES, INC.**
4040 CIVIC CENTER DRIVE  •  SUITE 528  •  SAN RAFAEL, CALIFORNIA 94903
TELEPHONE: (415) 446-5225  •  FAX (415) 446-5230

JDPI002905



Registrant:  Jack Daniel's Properties, Inc., a Delaware corporation
Mark:        **JACK DANIEL'S**
Reg. No.:    1,923,981
Issued:      October 3, 1995



JDPI002906

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

## United States Patent and Trademark Office

Reg. No. 1,923,981
Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

OWNER OF U.S. REG. NOS. 323,914, 441,002 AND OTHERS.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-575,005, FILED 9-19-1994.

DONNA MIRMAN, EXAMINING ATTORNEY

JDPI002907

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

## United States Patent and Trademark Office

Reg. No. 1,923,981
Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

OWNER OF U.S. REG. NOS. 323,914, 441,002 AND OTHERS.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-575,005, FILED 9-19-1994.

DONNA MIRMAN, EXAMINING ATTORNEY