CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 9
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 582,789
Registered Nov. 24, 1953
Renewal Term Begins Nov. 24, 1993

## TRADEMARK
## PRINCIPAL REGISTER



JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352, BY ASSIGNMENT, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (TENNESSEE CORPORATION) LYNCHBURG, TN

OWNER OF U.S. REG. NOS. 298,102, 513,088 AND OTHERS.

FOR: WHISKEY, IN CLASS 49 (INT. CL. 33).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

SER. NO. 71-634,575, FILED 8-28-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS