CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 10

DATE: _____ IDEN.

DATE: ___10-3-17___ EVID.

BY: _____
Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:41:03 EDT

**Mark:** JACK DANIEL'S



**US Serial Number:** 71634575       **Application Filing Date:** Aug. 28, 1952

**US Registration Number:** 582789       **Registration Date:** Nov. 24, 1953

**Register:** Principal

**Mark Type:** Trademark

**Status:** The registration has been renewed.

**Status Date:** Nov. 30, 2013

## Mark Information

**Mark Literal Elements:** JACK DANIEL'S

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

## Related Properties Information

**Claimed Ownership of US Registrations:** 0298102, 0323914, 0394017, 0394018, 0441002, 0513088

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** WHISKEY

**International Class(es):** 033       **U.S Class(es):** 049 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1875       **Use in Commerce:** 1875

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** JACK DANIEL'S PROPERTIES, INC.

**Owner Address:** 4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION       **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** DAVID S GOODER       **Docket Number:** 81023739

**Attorney Primary Email Address:** jdpilegal@jdpi.com       **Attorney Email Authorized:** Yes

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** | DAVID S GOODER |
| | JACK DANIEL'S PROPERTIES INC |
| | 4040 CIVIC CTR DR STE 528 |
| | SAN RAFAEL, CALIFORNIA 94903 |
| | UNITED STATES |
| **Phone:** 415 446 5225 | **Fax:** 415 446 5230 |
| **Correspondent e-mail:** jdpilegal@jdpi.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 30, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 30, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67603 |
| Nov. 30, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67603 |
| Nov. 12, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 67603 |
| Nov. 29, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67603 |
| Nov. 12, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 20, 2013 | NOTICE OF SUIT | |
| Mar. 15, 2012 | NOTICE OF SUIT | |
| Dec. 22, 2010 | NOTICE OF SUIT | |
| Jan. 08, 2010 | NOTICE OF SUIT | |
| Oct. 21, 2008 | CASE FILE IN TICRS | |
| Oct. 06, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 06, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 14, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jul. 14, 2003 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 16, 2002 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 13, 1993 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 02, 1993 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Nov. 24, 1973 | REGISTERED AND RENEWED (FIRST RENEWAL - 20 YRS) | |

# Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Nov. 24, 2013 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Nov. 30, 2013 |

# Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 7 | **Registrant:** | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. |

**Assignment 1 of 7**

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST, TOGETHER WITH THE GOOD WILL OF THE BUSINESS IN WHICH SAID MARK IS USED. | | |
| **Reel/Frame:** | 0021/0535 | **Pages:** | 0 |
| **Date Recorded:** | Sep. 27, 1956 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| Assignor | |
|---|---|
| Name: | DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1939. | Execution Date: | Sep. 17, 1956 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | TENNESSEE |

| Assignee | |
|---|---|
| Name: | DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1956. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | TENNESSEE |
| Address: | LYNCHBURG, TENNESSEE | | |

| Correspondent | |
|---|---|
| Correspondent Name: | |
| Correspondent Address: | No Correspondent Address Found |

**Domestic Representative - Not Found**

**Assignment 2 of 7**

| | |
|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| Reel/Frame: | 0440/0764 | Pages: | 2 |
| Date Recorded: | May 17, 1983 | | |
| Supporting Documents: | No Supporting Documents Available | | |

| Assignor | |
|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | May 02, 1983 |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |

| Assignee | |
|---|---|
| Name: | BLUE GRASS COOPERAGE COMPANY, INC. | | |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |
| Address: | 850 DIXIE HIGHWAY LOUISVILLE, KENTUCKY 40210 | | |

| Correspondent | |
|---|---|
| Correspondent Name: | BEVERIDGE, DE GRANDI, ET AL. |
| Correspondent Address: | 1819 H ST., N.W. WASHINGTON, DC 20006 |

**Domestic Representative - Not Found**

**Assignment 3 of 7**

| | |
|---|---|
| Conveyance: | CHANGE OF NAME 19830502 | | |
| Reel/Frame: | 0447/0579 | Pages: | 4 |
| Date Recorded: | Aug. 10, 1983 | | |
| Supporting Documents: | No Supporting Documents Available | | |

| Assignor | |
|---|---|
| Name: | BLUE GRASS COOPERAGE COMPANY, INC. | Execution Date: | Jun. 10, 1983 |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |

| Assignee | |
|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC. | | |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |
| Address: | No Assignee Address Found | | |

| Correspondent | |
|---|---|
| Correspondent Name: | BEVERIDGE, DEGRANDI, ET AL. |
| Correspondent Address: | SUITE 1100, 1819 H ST., N.W. WASHINGTON, DC 20006 |

**Domestic Representative - Not Found**

**Assignment 4 of 7**

| | |
|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 1763/0446 | Pages: | 5 |
| Date Recorded: | Aug. 06, 1998 | | |
| Supporting Documents: | assignment-tm-1763-0446.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | Apr. 10, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 |

### Domestic Representative - Not Found

### Assignment 5 of 7

| | | | |
|---|---|---|---|
| Conveyance: | RECORD TO CORRECT STATE OF INCORPORATION OF RECEIVING PARTY ON A CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED AT 1763/0446. | | |
| Reel/Frame: | 3124/0940 | Pages: | 8 |
| Date Recorded: | Jul. 20, 2005 | | |
| Supporting Documents: | assignment-tm-3124-0940.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | Apr. 10, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | DAVID S. GOODER |
| Correspondent Address: | 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CA 94903 |

### Domestic Representative - Not Found

### Assignment 6 of 7

| | | | |
|---|---|---|---|
| Conveyance: | MERGER | | |
| Reel/Frame: | 1764/0836 | Pages: | 4 |
| Date Recorded: | Aug. 06, 1998 | | |
| Supporting Documents: | assignment-tm-1764-0836.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CA 94903 |

**Domestic Representative - Not Found**

**Assignment 7 of 7**

| | |
|---|---|
| Conveyance: | DUPLICATE RECORDING, SEE RECORDING AT REEL 1764, FRAME 0836. |
| Reel/Frame: | 1766/0385 |
| Date Recorded: | Aug. 05, 1998 |
| Supporting Documents: | assignment-tm-1766-0385.pdf |

Pages: 4

**Assignor**

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CALIFORNIA 94903 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| Number of Proceedings: | 9 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91201683 | Filing Date: | Sep 19, 2011 |
| Status: | Terminated | Status Date: | May 01, 2012 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

| | |
|---|---|
| Name: | Alvaro Santoscoy Padilla |
| Correspondent Address: | IGNACIO MARTINEZ GONZALEZ RICARDO PALMA 2744 , LOMAS DE GUEVARA GUADALAJARA JALISCO , 44657 MEXICO |
| Correspondent e-mail: | ignacio.martinez@megared.net.mx |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BILLY JACK | Abandoned - After Inter-Partes Decision | 85214774 | |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER C LARKIN SEYFARTH SHAW 2029 CENTURY PARK EAST , SUITE 3500 LOS ANGELES CA , 90067-3063 UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com , kelko@seyfarth.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 19, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 20, 2011 | Oct 30, 2011 |
| 3 | PENDING, INSTITUTED | Sep 20, 2011 | |
| 4 | NOTICE OF DEFAULT | Nov 14, 2011 | |
| 5 | P'S NOTICE OF INEFFECTIVE SERVICE | Nov 16, 2011 | |
| 6 | UNDELIVERABLE MAIL | Nov 16, 2011 | |
| 7 | SUSPENDED | Dec 21, 2011 | |
| 8 | UNDELIVERABLE MAIL | Jan 05, 2012 | |
| 9 | SERVICE BY PUBLICATION | Mar 13, 2012 | |
| 10 | BOARD'S DECISION: SUSTAINED | May 01, 2012 | |
| 11 | TERMINATED | May 01, 2012 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91196712 | **Filing Date:** | Sep 29, 2010 |
| **Status:** | Terminated | **Status Date:** | Aug 03, 2011 |
| **Interlocutory Attorney:** | GEORGE POLOGEORGIS | | |

#### Defendant

**Name:** JACK BLACK INTERNATIONAL INC.

**Correspondent Address:** JACK BLACK INTERNAT; JACK BLACK INTERNAT
5422 YEW ST. VANCOUVER
VANCOUVER, B.C. V6M3X8 CANADA

**Correspondent e-mail:** mrosenberg@sillscummis.com , pto@sillscummis.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK BLACK | Registered | 77904312 | 4625149 |

#### Plaintiff(s)

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** CHRISTOPHER C. LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 29, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 30, 2010 | Nov 09, 2010 |
| 3 | PENDING, INSTITUTED | Sep 30, 2010 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Oct 29, 2010 | |

JDPI002591

| | | |
|---|---|---|
| 5 | EXTENSION OF TIME GRANTED | Oct 29, 2010 |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Dec 07, 2010 |
| 7 | EXTENSION OF TIME GRANTED | Dec 07, 2010 |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Jan 04, 2011 |
| 9 | EXTENSION OF TIME GRANTED | Jan 04, 2011 |
| 10 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Feb 08, 2011 |
| 11 | SUSPENDED | Feb 08, 2011 |
| 12 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Apr 12, 2011 |
| 13 | SUSPENDED | Apr 12, 2011 |
| 14 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | May 09, 2011 |
| 15 | SUSPENDED | May 09, 2011 |
| 16 | STIP TO SUSPEND PEND SETTLEMENT NEGOTNS | Jun 07, 2011 |
| 17 | SUSPENDED | Jun 07, 2011 |
| 18 | AMDT OF SERIAL NO. 77904312 AND W/D OF OPP | Jun 17, 2011 |
| 19 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jul 08, 2011 |
| 20 | TERMINATED | Aug 03, 2011 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91196371 | **Filing Date:** | Sep 03, 2010 |
| **Status:** | Terminated | **Status Date:** | Nov 26, 2012 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

**Defendant**

| | |
|---|---|
| **Name:** | Mark Anthony International SRL |
| **Correspondent Address:** | DAVID H BERNSTEIN<br>DEBEVOISE PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK NY , 10022<br>UNITED STATES |
| **Correspondent e-mail:** | dhbernstein@debevoise.com , mifleisc@debevoise.com , jhamid@debevoise.com , akelly@debevoise.com , trademarks@debevoise.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CAYMAN JACK | Registered | 77850939 | 4584632 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Jack Daniel's Properties, Inc. |
| **Correspondent Address:** | CHRISTOPHER C LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST, SUITE 3500<br>LOS ANGELES CA , 90067 3021<br>UNITED STATES |
| **Correspondent e-mail:** | clarkin@seyfarth.com , kelko@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

**Prosecution History**

| Entry | | |
|---|---|---|

| Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 03, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 03, 2010 | Oct 13, 2010 |
| 3 | PENDING, INSTITUTED | Sep 03, 2010 | |
| 4 | CHANGE OF CORRESPONDENCE ADDRESS | Sep 04, 2010 | |
| 5 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 10, 2010 | |
| 6 | EXTENSION OF TIME GRANTED | Sep 10, 2010 | |
| 7 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Nov 11, 2010 | |
| 8 | EXTENSION OF TIME GRANTED | Nov 11, 2010 | |
| 9 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 10, 2010 | |
| 10 | EXTENSION OF TIME GRANTED | Dec 10, 2010 | |
| 11 | ANSWER | Feb 10, 2011 | |
| 12 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Mar 09, 2011 | |
| 13 | BOARD'S ORDER TRIAL DATES REMAIN AS SET | Mar 16, 2011 | |
| 14 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Mar 17, 2011 | |
| 15 | SUSPENDED | Mar 17, 2011 | |
| 16 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Apr 21, 2011 | |
| 17 | SUSPENDED | Apr 21, 2011 | |
| 18 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Jun 30, 2011 | |
| 19 | SUSPENDED | Jul 01, 2011 | |
| 20 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 17, 2011 | |
| 21 | EXTENSION OF TIME GRANTED | Dec 17, 2011 | |
| 22 | STIP TO SUSPEND PEND DISP CIV ACTION | Apr 03, 2012 | |
| 23 | SUSPENDED | Apr 03, 2012 | |
| 24 | STIPULATION TO DISMISS OPPOSITION | Nov 19, 2012 | |
| 25 | BD'S DECISION: DISMISSED W/ PREJUDICE | Nov 26, 2012 | |
| 26 | TERMINATED | Nov 26, 2012 | |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| Proceeding Number: | 92052390 | Filing Date: | Apr 29, 2010 |
| Status: | Terminated | Status Date: | Dec 17, 2010 |
| Interlocutory Attorney: | ELIZABETH WINTER | | |

**Defendant**

**Name:** Dinoco International Corporation

**Correspondent Address:** DINOCO INTERNATIONAL CORPORATION
2351 COLLEGE STATION ROAD, SUITE 422
ATHENS GA , 30605
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK'S | Cancelled - Section 18 | 77371261 | 3530231 |

**Plaintiff(s)**

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** CHRISTOPHER C LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com , kelko@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |

JDPI002593

| | | | |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 29, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 29, 2010 | Jun 08, 2010 |
| 3 | PENDING, INSTITUTED | Apr 29, 2010 | |
| 4 | UNDELIVERABLE MAIL | May 19, 2010 | |
| 5 | P'S NOTICE OF INEFFECTIVE SERVICE | Jul 12, 2010 | |
| 6 | SUSPENDED | Sep 17, 2010 | |
| 7 | SERVICE BY PUBLICATION | Oct 19, 2010 | |
| 8 | BOARD'S DECISION: GRANTED | Dec 03, 2010 | |
| 9 | COMMISSIONER'S ORDER CANCELLING THE REGISTRATION | Dec 17, 2010 | |
| 10 | TERMINATED | Dec 17, 2010 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91194636 | Filing Date: | Apr 16, 2010 |
| Status: | Terminated | Status Date: | May 09, 2011 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

Name: JAKK'D Holdings, LLC

Correspondent Address: ANTHONY R MASIELLO
HOLLAND & KNIGHT LLP
2099 PENNSYLVANIA AVENUE, NW
WASHINGTON DC , 20006
UNITED STATES

Correspondent e-mail: anthony.masiello@hklaw.com , scott.petersen@hklaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JAKK'D | Abandoned - After Inter-Partes Decision | 77851838 | |

**Plaintiff(s)**

Name: Jack Daniel's Properties, Inc.

Correspondent Address: CHRISTOPHER C. LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST , SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

Correspondent e-mail: clarkin@seyfarth.com , kelko@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |

JDPI002594

| | | | |
|---|---|---|---|
| BLACK JACK | Section 8 and 15 - Accepted and Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 16, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 26, 2010 | Jun 05, 2010 |
| 3 | PENDING, INSTITUTED | Apr 26, 2010 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jun 01, 2010 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 11, 2010 | |
| 6 | ANSWER | Jun 28, 2010 | |
| 7 | OPP'S MOT FOR JUDGMENT ON THE PLEADINGS | Jul 19, 2010 | |
| 8 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jul 22, 2010 | |
| 9 | CHANGE OF CORRESPONDENCE ADDRESS | Aug 06, 2010 | |
| 10 | D'S OPPOSITION/RESPONSE TO MOTION | Aug 06, 2010 | |
| 11 | P'S REPLY IN SUPPORT OF MOTION | Aug 10, 2010 | |
| 12 | BOARD'S DECISION: SUSTAINED | May 09, 2011 | |
| 13 | TERMINATED | May 09, 2011 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91193150 | Filing Date: | Dec 23, 2009 |
| Status: | Terminated | Status Date: | Aug 01, 2011 |
| Interlocutory Attorney: | ELIZABETH WINTER | | |

**Defendant**

Name: White Rock Distilleries, Inc.

Correspondent Address: DANIEL I SCHLOSS
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166-0005
UNITED STATES

Correspondent e-mail: schlossd@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COCONUT JACK | Abandoned - After Inter-Partes Decision | 77323510 | |

**Plaintiff(s)**

Name: Jack Daniel's Properties, Inc.

Correspondent Address: CHRISTOPHER C LARKIN
SEYFARTH SHAW LLP
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES CA , 90067-3021
UNITED STATES

Correspondent e-mail: clarkin@seyfarth.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| WILDBERRY JACK | Cancelled - Section 8 | 75701466 | 2737064 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| CITRUS JACK SPLASH | Cancelled - Section 8 | 78377954 | 3124374 |
| | Section 8 and 15 - Accepted and | | |

JDPI002595

| | | | |
|---|---|---|---|
| BLACK JACK | Acknowledged | 78231578 | 3259938 |
| THE MELLOWER SIDE OF JACK | Cancelled - Section 8 | 77071413 | 3305834 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 23, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 23, 2009 | Feb 01, 2010 |
| 3 | PENDING, INSTITUTED | Dec 23, 2009 | |
| 4 | ANSWER | Feb 01, 2010 | |
| 5 | ANSWER | Feb 03, 2010 | |
| 6 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Jul 15, 2010 | |
| 7 | EXTENSION OF TIME GRANTED | Jul 15, 2010 | |
| 8 | D'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Oct 05, 2010 | |
| 9 | EXTENSION OF TIME GRANTED | Oct 05, 2010 | |
| 10 | P'S MOT TO SUSP PEND SETLMT NEGOTIATIONS | Nov 30, 2010 | |
| 11 | SUSPENDED | Dec 01, 2010 | |
| 12 | WITHDRAWAL OF OPPOSITION | Jul 21, 2011 | |
| 13 | BD'S DECISION: DISMISSED W/ PREJUDICE | Aug 01, 2011 | |
| 14 | TERMINATED | Aug 01, 2011 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91187024 | Filing Date: | Oct 17, 2008 |
| Status: | Terminated | Status Date: | Mar 28, 2009 |
| Interlocutory Attorney: | ELIZABETH WINTER | | |

#### Defendant

| | |
|---|---|
| Name: | Osez Vous? International Spirits, LLC. |
| Correspondent Address: | Michael J. Leonard<br>Pepper Hamilton LLP<br>3000 Two Logan Square, 18th and Arch Streets<br>Philadelphia PA , 19103-2799<br>UNITED STATES |
| Correspondent e-mail: | leonardm@pepperlaw.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| SLAPJACK | Abandoned - After Inter-Partes Decision | 77357629 | |

#### Plaintiff(s)

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | Christopher C. Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park East Suite 3300<br>Los Angeles CA , 90067-3063<br>UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com , kelko@seyfarth.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK | Renewed | 75463656 | 2815221 |
| CRANBERRY JACK | Cancelled - Section 8 | 76298797 | 2685620 |
| YOU CAN ASK FOR JACK ANYWHERE | Cancelled - Section 8 | 76251627 | 2633168 |
| THE OTHERS DON'T HAVE JACK | Cancelled - Section 8 | 76225527 | 2602686 |
| JACK FREEZE | Cancelled - Section 8 | 76119652 | 2597077 |

| | | | |
|---|---|---|---|
| JACK LIVES HERE | Renewed | 76017011 | 2572051 |
| WILDBERRY JACK | Cancelled - Section 8 | 75701466 | 2737064 |
| BLACKBERRY JACK | Renewed | 74493657 | 1883860 |
| GENTLEMAN JACK | Renewed | 73754322 | 1538377 |
| UNCLE JACK'S | Renewed | 72306913 | 879607 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 17, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 17, 2008 | Nov 26, 2008 |
| 3 | PENDING, INSTITUTED | Oct 17, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 11, 2008 | |
| 5 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | Dec 17, 2008 | |
| 6 | D'S RESPONSE TO BOARD ORDER/INQUIRY | Dec 17, 2008 | |
| 7 | TRIAL DATES RESET | Dec 22, 2008 | |
| 8 | NOTICE OF DEFAULT | Feb 11, 2009 | |
| 9 | NOTICE OF DEFAULT | Feb 11, 2009 | |
| 10 | BOARD'S DECISION: SUSTAINED | Mar 28, 2009 | |
| 11 | TERMINATED | Mar 28, 2009 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91185268 | **Filing Date:** | Jul 17, 2008 |
| **Status:** | Terminated | **Status Date:** | May 11, 2009 |
| **Interlocutory Attorney:** | ROBERT COGGINS | | |

#### Defendant

| | |
|---|---|
| **Name:** | Hooked Industries, LLC |
| **Correspondent Address:** | Maria Mann<br>Michael Anthony Castillo<br>Hooked Industries Inc., 48901 US Highway 93; Suite A, PMB 444<br>Polson MT , 59860-8547<br>UNITED STATES |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| J D | Abandoned - After Inter-Partes Decision | 77255777 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Jack Daniel's Properties, Inc. |
| **Correspondent Address:** | Christopher C. Larkin<br>Seyfarth Shaw LLP<br>2029 Century Park EastSuite 3300<br>Los Angeles CA , 90067-3063<br>UNITED STATES |
| **Correspondent e-mail:** | clarkin@seyfarth.com , kelko@seyfarth.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S | Renewed | 74290193 | 1758658 |
| JACK DANIEL'S | Renewed | 74509373 | 1878804 |
| JD | Cancelled - Section 8 | 77188716 | 3509482 |
| JD | Cancelled - Section 8 | 77188676 | 3509481 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 17, 2008 | |

JDPI002597

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 17, 2008 | Aug 26, 2008 |
| 3 | PENDING, INSTITUTED | Jul 17, 2008 | |
| 4 | ANSWER | Aug 25, 2008 | |
| 5 | P'S MOTION TO STRIKE | Sep 16, 2008 | |
| 6 | D'S OPPOSITION/RESPONSE TO MOTION | Oct 07, 2008 | |
| 7 | STIPULATION FOR AN EXTENSION OF TIME | Oct 24, 2008 | |
| 8 | MOT STRIKE GRANTED; EXT GRANTED | Jan 06, 2009 | |
| 9 | D'S REQUEST TO WITHDRAW AS ATTORNEY | Jan 14, 2009 | |
| 10 | DEF'S AMENDMENT TO MOT TO WITHDRAW AS COUNSEL | Jan 20, 2009 | |
| 11 | RESPONSE DUE 30 DAYS (DUE DATE) | Feb 04, 2009 | Mar 06, 2009 |
| 12 | RESPONSE DUE 30 DAYS (DUE DATE) | Mar 25, 2009 | Apr 24, 2009 |
| 13 | BOARD'S DECISION: SUSTAINED | May 11, 2009 | |
| 14 | TERMINATED | May 11, 2009 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91179740 | **Filing Date:** | Sep 27, 2007 |
| **Status:** | Terminated | **Status Date:** | Jan 14, 2008 |
| **Interlocutory Attorney:** | BRIAN D BROWN | | |

### Defendant

**Name:** NHA, INC.

**Correspondent Address:** NHA, INC.
2014 FORD RD UNIT 9-I
BRISTOL PA , 19007-6743
UNITED STATES

**Correspondent e-mail:** thomaskang@aol.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK'S RESERVE | Abandoned - After Inter-Partes Decision | 77042917 | |

### Plaintiff(s)

**Name:** Jack Daniel's Properties, Inc.

**Correspondent Address:** Christopher C. Larkin
Seyfarth Shaw LLP
2029 Century Park East, Suite 3300
LOS ANGELES CA , 90067-3063
UNITED STATES

**Correspondent e-mail:** clarkin@seyfarth.com , kelko@seyfarth.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JACK DANIEL'S | Cancelled - Section 8 | 71525555 | 441002 |
| JACK DANIEL'S | Renewed | 71634575 | 582789 |
| JACK DANIEL'S | Renewed | 74575005 | 1923981 |
| JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY | Section 8 and 15 - Accepted and Acknowledged | 78569421 | 3055287 |
| JACK DANIEL'S OLD NO.7 BRAND | Renewed | 76034872 | 2625959 |
| JACK DANIEL'S | Renewed | 75035161 | 2026933 |
| JACK | Renewed | 75463656 | 2815221 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 27, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 27, 2007 | Nov 06, 2007 |
| 3 | PENDING, INSTITUTED | Sep 27, 2007 | |
| 4 | NOTICE OF DEFAULT | Nov 29, 2007 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 14, 2008 | |

6          TERMINATED                              Jan 14, 2008

JDPI002599

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, November 30, 2013 11:01 PM |
| **To:** | jdpilegal@jdpi.com |
| **Subject:** | Trademark RN 0582789: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:** 71634575
**Registration Number:** 0582789
**Registration Date:** Nov 24, 1953
**Mark:** JACK DANIEL'S(STYLIZED/DESIGN)
**Owner:** JACK DANIEL'S PROPERTIES, INC.

Nov 30, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
049

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE**

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=71634575.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

JDPI002601

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0582789 |
| **REGISTRATION DATE** | 11/24/1953 |
| **SERIAL NUMBER** | 71634575 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | DAVID S GOODER |
| **FIRM NAME** | JACK DANIEL'S PROPERTIES INC |
| **STREET** | 4040 CIVIC CTR DR STE 528 |
| **CITY** | SAN RAFAEL |
| **STATE** | California |
| **POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415 446 5225 |
| **FAX** | 415 446 5230 |
| **EMAIL** | david_gooder@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | DAVID S GOODER |
| **FIRM NAME** | JACK DANIEL'S PROPERTIES INC |
| **STREET** | 4040 CIVIC CTR DR STE 528 |
| **CITY** | SAN RAFAEL |

JDPI002602

| STATE | California |
|---|---|
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 81023739 |

## CORRESPONDENCE SECTION (current)

| NAME | DAVID S GOODER |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | DAVID S GOODER |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |

| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 81023739 |

### GOODS AND/OR SERVICES SECTION

| U.S. CLASS | 049 |
| GOODS OR SERVICES | WHISKEY |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\716\345\71634575\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image of a bottle of the product containing the goods clearly showing the mark |

### OWNER SECTION (current)

| NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DRIVE |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |

### OWNER SECTION (proposed)

| NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 4154465225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

### LEGAL ENTITY SECTION (current)

| TYPE | |

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | //David S. Gooder// |
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 11/12/2013 |
| SIGNATORY'S PHONE NUMBER | 415-446-5225 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Nov 12 14:22:49 EST 2013 |
| TEAS STAMP | USPTO/S08N09-38.88.175.58 -20131112142249068896-058 2789-500ee6c62a7a9cb662ac a4e862ccbf4915d71d2cd5a55 b64dae193718dfa6c0e0-DA-7 74-20131112141653815464 |

JDPI002605

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0582789
**REGISTRATION DATE:** 11/24/1953

**MARK:** (Stylized and/or with Design, JACK DANIEL'S)

The owner, JACK DANIEL'S PROPERTIES, INC., a corporation of Delaware, having an address of
    4040 Civic Center Drive, Suite 528
    SAN RAFAEL, California 94903
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For U.S. Class 049, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: WHISKEY ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of a bottle of the product containing the goods clearly showing the mark.
Specimen File1
The registrant's current Attorney Information: DAVID S GOODER of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States


The registrant's proposed Attorney Information: DAVID S GOODER of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States
The docket/reference number is 81023739.


The phone number is 415 446 5225.

The fax number is 415 446 5230.

The email address is jdpilegal@jdpi.com.

JDPI002606

The registrant's current Correspondence Information: DAVID S GOODER of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States


The registrant's proposed Correspondence Information: DAVID S GOODER of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States
The docket/reference number is 81023739.


The phone number is 415 446 5225.

The fax number is 415 446 5230.

The email address is jdpilegal@jdpi.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration


### Section 8: Declaration of Use and/or Excusable Nonuse in Commerce
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*


The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: //David S. Gooder//    Date: 11/12/2013
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415-446-5225

Mailing Address **(current)**:
    JACK DANIEL'S PROPERTIES INC

JDPI002607

4040 CIVIC CTR DR STE 528
SAN RAFAEL, California 94903

Mailing Address **(proposed):**
  JACK DANIEL'S PROPERTIES INC
  4040 CIVIC CTR DR STE 528
  SAN RAFAEL, California 94903

Serial Number: 71634575
Internet Transmission Date: Tue Nov 12 14:22:49 EST 2013
TEAS Stamp: USPTO/S08N09-38.88.175.58-20131112142249
068896-0582789-500ee6c62a7a9cb662aca4e86
2ccbf4915d71d2cd5a55b64dae193718dfa6c0e0
-DA-774-20131112141653815464

JDPI002608



JDPI002609

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**    0582789



**Serial Number:**    71634575

**RAM Sale Number:  0582789**



**RAM Accounting Date:  20131113**

**Total Fees:**    $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| **Transaction** | **Fee Code** | **Transaction Date** | **Fee per Class** | **Number of Classes** | **Number of Classes Paid** | **Total Fee** |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20131112 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20131112 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20131112

JDPI002610



JDPI002611

✎ AO 120 (Rev. 2/99)

| TO: **Commissioner of Trademarks** P.O. Box 1451 Alexandria, VA 22313-1451 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ Colorado _____ on the following _____ **Trademarks**

| DOCKET NO. **11-cv-2277** | DATE FILED **8/30/11** | U.S. DISTRICT COURT **FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF Jack Daniel's Properties, Inc. | | DEFENDANT Beverage Resources International, Inc. et al. |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  582,789 | | **Please see copy of Complaint attached hereto** |
| 2  1,923,981 | | |
| 3  1,758,658 | | . |
| 4  3,815,221 | | |
| 5  3,633,168 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  2,572,051 | | |
| 2  1,538,377 | | |
| 3  3,259,938 | | . |
| 4  3,305,834 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order entered 10/18/12 Default judgment entered 10/19/12 |

| CLERK **GREGORY C. LANGHAM** | (BY) DEPUTY CLERK s/M. Fields | DATE 11/5/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JDPI002612

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

     Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

     Defendants.

---

### ORDER

---

     This matter is before the Court on the Motion for Default Judgment [Docket No. 60] filed by plaintiff Jack Daniel's Properties, Inc. Plaintiff requests that the Court enter judgment by default against defendant Jakk'd Holdings, LLC ("Jakk'd").[1]

     In order to obtain a judgment by default, a party must follow the two-step process described in Federal Rule of Civil Procedure 55. First, he or she must seek an entry of default from the Clerk of the Court under Rule 55(a). Second, after default has been entered by the Clerk, the party must seek default judgment according to the strictures of Rule 55(b). *See Williams v. Smithson*, 1995 WL 365988, at *1 (10th Cir. June 20,

---

[1]On November 14, 2011, the Court issued an Order allowing defense counsel to withdraw representation for defendant Jakk'd Holdings, LLC [Docket No. 25]. Because Jakk'd Holdings, LLC ("Jakk'd") is a company, it cannot proceed pro se. *See Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). The Court ordered Jakk'd to show cause why default should not enter for its failure to retain new counsel [Docket No. 26]. Jakk'd failed to respond to the Order to Show Cause.

JDPI002613

1995) (citing *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir. 1981). In this case, the Clerk of the Court entered default against Jakk'd on June 4, 2012 [Docket No. 51]. Plaintiff now seeks entry of judgment by default pursuant to Rule 55(b).

The decision to enter default judgment is "'committed to the district court's sound discretion.'" *Olcott v. Del. Flood Co.*, 327 F.3d 1115, 1124 (10th Cir. 2003) (citation omitted). When exercising that discretion, the Court considers that "[s]trong policies favor resolution of disputes on their merits." *Ruplinger v. Rains*, 946 F.2d 731, 732 (10th Cir. 1991) (quotation marks and citations omitted). "The default judgment must normally be viewed as available only when the adversary process has been halted because of an essentially unresponsive party." *Id.* It serves to protect a plaintiff against "interminable delay and continued uncertainty as to his rights." *Id.* at 733. When "ruling on a motion for default judgment, the court may rely on detailed affidavits or documentary evidence to determine the appropriate sum for the default judgment." *Seme v. E & H Prof'l Sec. Co., Inc.,* No. 08-cv-01569-RPM-KMT, 2010 WL 1553786, at *11 (D. Colo. Mar. 19, 2010).

Jakk'd has not sought relief from the entry of default or otherwise attempted to continue its participation in this litigation. Jakk'd may not simply sit out the litigation without consequence. *See Cessna Fin. Corp. v. Bielenberg Masonry Contracting, Inc.*, 715 F.2d 1442, 1444-45 (10th Cir. 1983) ("[A] workable system of justice requires that litigants not be free to appear at their pleasure. We therefore must hold parties and their attorneys to a reasonably high standard of diligence in observing the courts' rules of procedure. The threat of judgment by default serves as an incentive to meet this

2

JDPI002614

standard."). One such consequence is that, upon the entry of default against defendants, the well-pleaded allegations in the complaint are deemed admitted. *See Olcott*, 327 F.3d at 1125; *see also* 10A Charles Wright, Arthur Miller & Mary Kane, Fed. Prac. & Proc. § 2688 (3d ed. 2010). "Even after default, however, it remains for the court to consider whether the unchallenged facts constitute a legitimate cause of action, since a party in default does not admit mere conclusions of law." *Id.*

Plaintiff is the owner of several federally registered trademarks used in connection with the sale of its products. Docket No. 1 at 2-3, ¶ 6-7; *see also* Docket No. 1-3. Plaintiff alleges that Jakk'd's use of the mark "JAKK'D" in promotional materials, Docket No. 1-8, domain names,[2] and in connection with the sale and manufacturing of certain alcoholic beverages, Docket No. 1-6, infringes plaintiff's federally registered trademarks in violation of the Lanham Act, 15 U.S.C. § 1114(1), and constitutes unfair competition in violation of 15 U.S.C. § 1125. Docket No. 1 at 2, § 5.

In the motion for default judgment, plaintiff seeks a permanent injunction enjoining Jakk'd from manufacturing, selling, using promotional materials, and domain names which are confusingly similar to plaintiff's federally registered trademarks. Docket No. 1 at 13-14. After reviewing the well-pleaded allegations in plaintiff's complaint [Docket No. 1], the Court finds that the facts alleged, accepted as true, support the entry of a permanent injunction against Jakk'd. Additionally, given that

_____

[2] Domain names include: "getjakkd.com," get-jakkd.com," and "jakkd.com." Docket No. 1 at 7, ¶ 17.

3

JDPI002615

Jakk'd is a limited liability company, it is not a minor, an incompetent person, or in military service. *See* Docket No. 34 at 2, ¶ 3.

Accordingly, it is

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against Defendant Jakk'd Holdings, LLC [Docket No. 60] is **GRANTED**. It is further

**ORDERED** that, pursuant to 15 U.S.C. § 1116, defendant Jakk'd Holdings, LLC and its respective officers, agents, servants, employees, members, and attorneys, and all other persons in active participation with them, or any of them, who receive actual notice of this order by personal service or otherwise are permanently restrained from directly or indirectly:

    A.    Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, and distributing the "JAKK'D" alcoholic beverages depicted in [Docket Nos. 1-6, 1-7];

    B.    Using any promotional items or other materials bearing the mark "JAKK'D," as depicted in Docket No. 1-8, to advertise or promote alcoholic beverages;

    C.    Using the trade name "Jakk'd Holdings, LLC," the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and maintaining any domain name containing the mark "jakk'd" in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

    D.    Using "JAKK'D," or any other colorable imitations of plaintiff's federally registered marks in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

    E.    Performing any other act that is likely to cause persons to believe that Jakk'd's goods or commercial activities originate with, or are licensed, sponsored, or authorized by plaintiff.

JDPI002616

DATED October 18, 2012.

BY THE COURT:

_s/Philip A. Brimmer_____ _____ ____ ____
PHILIP A. BRIMMER
United States District Judge

JDPI002617

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02277-PAB-MJW

JACK DANIEL'S PROPERTIES,

     Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, , a Colorado limited liability company, and
JACK BARRECA, an individual,

     Defendants.

---

## DEFAULT JUDGMENT

---

     In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

     Pursuant to the Order (Doc #64) of Judge Philip A. Brimmer entered on October 18, 2012 it is

     ORDERED that default judgment is hereby entered in favor of Plaintiff and against Defendant Jakk'd Holdings, LLC.  It is

     FURTHER ORDERED that, pursuant to 15 U.S.C. § 1116, defendant Jakk'd Holdings, LLC and its respective officers, agents, servants, employees, members, and attorneys, and all other persons in active participation with them, or any of them, who receive actual notice of this order by personal service or otherwise are permanently restrained from directly or indirectly:

JDPI002618

A.   Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, and distributing the "JAKK'D" alcoholic beverages depicted in [Docket Nos. 1-6, 1-7];

B.   Using any promotional items or other materials bearing the mark "JAKK'D," as depicted in Docket No. 1-8, to advertise or promote alcoholic beverages;

C.   Using the trade name "Jakk'd Holdings, LLC," the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and maintaining any domain name containing the mark "jakk'd" in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

D.   Using "JAKK'D," or any other colorable imitations of plaintiff's federally registered marks in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

E.   Performing any other act that is likely to cause persons to believe that Jakk'd's goods or commercial activities originate with, or are licensed, sponsored, or authorized by plaintiff.

DATED at Denver, Colorado, this 19th day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk

JDPI002619

✎ AO 120 (Rev. 2/99)

| TO: | | |
|---|---|---|
| **Commissioner of Trademarks**<br>**P.O. Box 1451**<br>**Alexandria, VA 22313-1451** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Colorado_____ on the following    Trademarks

| DOCKET NO.<br>**11-cv-2277** | DATE FILED<br>**8/30/11** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Jack Daniel's Properties, Inc. | | DEFENDANT<br>Beverage Resources International, Inc. et al. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| | | | **Please see copy of Complaint attached hereto** |
| 1 | *583,789* | | |
| 2 | *1,923,981* | | |
| 3 | *1,758,658* | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**

JDPI002620

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No._____

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,

     Plaintiff,

v.

BEVERAGE RESOURCES INTERNATIONAL, INC., a Colorado corporation,
JAKK'D HOLDINGS, LLC, a Colorado limited liability company, and
JACK BARRECA, an individual,

     Defendants.

---

## COMPLAINT

---

     Plaintiff Jack Daniel's Properties, Inc. ("JDPI"), for its Complaint against defendants Beverage Resources International, Inc. ("BRI"), Jakk'd Holdings, LLC ("Jakk'd"), and Jack Barreca ("Barreca") (collectively "Defendants"), alleges as follows:

### I. THE PARTIES

     1.    Plaintiff JDPI is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in San Rafael, California.

     2.    Upon information and belief, defendant BRI is a corporation organized and existing under the laws of the State of Colorado, with its principal place of business in Englewood, Colorado.

JDPI002621

3.      Upon information and belief, defendant Jakk'd is a limited liability company organized and existing under the laws of the State of Colorado, with its principal place of business in Denver, Colorado.

4.      Upon information and belief, defendant Barreca is the founder of defendant Jakk'd, and the founder, Chief Operating Officer, and director of defendant BRI, and personally participated in and directed the acts of infringement by defendants Jakk'd and BRI alleged herein.  Upon information and belief, Barreca resides in Colorado.

## II. JURISDICTION AND VENUE

5.      This is an action for infringement of federally-registered trademarks, in violation of 15 U.S.C. § 1114(1); for unfair competition and dilution, in violation of 15 U.S.C. §§ 1125(a) and (c); and for trademark infringement and unfair competition in violation of the common law of the State of Colorado.  The Court has jurisdiction over the subject matter of JDPI's claims for relief arising under the United States Trademark Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).  The Court has original or supplemental jurisdiction over the subject matter of JDPI's claims for relief under the law of the State of Colorado pursuant to 28 U.S.C. §§ 1338(b) and 1367.

6.      Upon information and belief, the Court has personal jurisdiction over defendants BRI and Jakk'd because they are respectively incorporated in, and formed under the laws of, the State of Colorado and maintain or have maintained business presences within this Judicial District.  Upon information and belief, the Court has personal jurisdiction over defendant Barreca because he resides in the State of Colorado.  Venue is proper in this Court under 28 U.S.C. § 1391(b)(1) because BRI, Jakk'd, and Barreca all reside in this Judicial District.

JDPI002622

### III. BACKGROUND

7.　　From a time long prior to Defendants' acts of trademark infringement and unfair competition complained of herein, JDPI and its predecessors-in-interest and licensees have used the trademark "JACK DANIEL'S" in the United States in connection with whiskey, prepared alcoholic cocktails, and a wide variety of other goods and services.  The "JACK DANIEL'S" trademark was first used in the United States in connection with whiskey in 1866 and has been used in the United States continuously since then, except during the period of national Prohibition.  "JACK DANIEL'S" whiskey is one of the oldest, longest-selling, and most iconic consumer products in the history of the United States.

8.　　JDPI owns various federal registrations of the "JACK DANIEL'S" trademark for whiskey, prepared alcoholic cocktails, and other goods, including United States Trademark Registration No. 582,789 for the mark "JACK DANIEL'S" (stylized) for whiskey, United States Trademark Registration No. 1,923,981 for the mark "JACK DANIEL'S" for whiskey, and United States Trademark Registration No. 1,758,658 for the mark "JACK DANIEL'S" for cordials.  These registrations are valid and subsisting and have become incontestable.  Copies of the certificates of registration of these marks are attached hereto as Exhibit 1.

9.　　JDPI's predecessors-in-interest and licensees have expended many hundreds of millions of dollars advertising and promoting whiskey, prepared alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark in print and electronic media, over the Internet, on billboards, on stadium signage, and in a variety of other manners.  "JACK DANIEL'S" whiskey has also been seen and/or mentioned in numerous motion pictures and television programs, and

3

JDPI002623

has also received extensive unsolicited public exposure as the unofficial drink of choice of a number of celebrities.

10.     JDPI's predecessors-in-interest and licensees have achieved billions of dollars in sales in the United States, including in the State of Colorado, of whiskey, prepared alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark. "JACK DANIEL'S" whiskey has consistently been among the best-selling whiskeys in the United States and the "JACK DANIEL'S" trademark has consistently been ranked among the world's most successful and valuable brands. The "JACK DANIEL'S" trademark is famous in the United States for whiskey and prepared alcoholic cocktails and became famous long prior to Defendants' acts of infringement and unfair competition complained of herein.

11.     JDPI's predecessors-in-interest and licensees have long advertised and promoted "JACK DANIEL'S" whiskey and prepared alcoholic cocktails by reference to the historical person Jack Daniel, the founder of the Jack Daniel Distillery in Lynchburg, Tennessee, as "Mr. Jack," "Uncle Jack," "Gentleman Jack," or simply "Jack," and have encouraged consumers of "JACK DANIEL'S" whiskey and prepared alcoholic cocktails to feel a personal affinity and friendship with "Jack." Copies of representative advertisements and depictions of representative promotional materials and licensed merchandise containing such references to "Jack" are attached hereto as Exhibit 2. The public has long identified and referred to "JACK DANIEL'S" whiskey and prepared alcoholic cocktails by the mark, name, and "bar call" "Jack," and variants thereof. Members of the public commonly use "Jack" alone to identify Jack Daniel's whiskey and prepared alcoholic cocktails when they order the products in on-premise channels of trade

4

JDPI002624

such as bars and restaurants, or in off-premise channels of trade such as liquor stores, and when they recommend the products to others.

12.     From a time long prior to Defendants' acts of infringement and unfair competition complained of herein, JDPI and its predecessors-in-interest and licensees have used in commerce a variety of marks for alcoholic beverages that have consisted of or contained the name "Jack," including "JACK" alone, "YOU CAN ASK FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK," "THE OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK," "UNCLE JACK'S," and "GENTLEMAN JACK," and have promoted "JACK DANIEL'S" whiskey and prepared alcoholic cocktails simply as "Jack." In addition to its extensive common law rights, JDPI owns United States Trademark Registration No. 2,815,221 for the mark "JACK" for whiskey, United States Trademark Registration No. 2,633,168 for the mark "YOU CAN ASK FOR JACK ANYWHERE" for distilled spirits, United States Trademark Registration No. 2,572,051 for the mark "JACK LIVES HERE" for distilled spirits, United States Trademark Registration No. 1,538,377 for the mark "GENTLEMAN JACK" for whisky, United States Trademark Registration No. 3,259,938 for the mark "BLACK JACK" for pre-mixed alcoholic cocktails, and United States Trademark Registration No. 3,305,834 for the mark "THE MELLOWER SIDE OF JACK" for distilled spirits. These registrations are valid and subsisting and Registrations Nos. 2,815,221, 2,633,168, 2,572,051, and 1,538,377 have become incontestable. Copies of the certificates of registration of these marks are attached hereto as Exhibit 3. All of JDPI's aforementioned registered trademarks shall be referred to herein collectively as "JDPI's Marks."

JDPI002625

13.     From a time long prior to Defendants' acts of infringement and unfair competition

complained of herein, JDPI and its predecessors-in-interest have used a distinctive white-on-

black color scheme in connection with Jack Daniel's whiskey, prepared alcoholic cocktails, and

other goods bearing JDPI's Marks.  Depictions of that color scheme as applied to a bottle of

"JACK DANIEL'S" whiskey, to various articles of licensed merchandise bearing the "JACK

DANIEL'S" mark, and to various promotional items bearing the "JACK DANIEL'S" mark are

attached hereto as Exhibit 4.  The distinctive white-on-black color scheme is instantly

recognizable as an identifier of Jack Daniel's whiskey and related products.

14.     The "Country Cocktails" line of prepared alcoholic cocktails sold under the

"JACK DANIEL'S" mark has always included a variety of flavored beverages, and currently

consists of "Black Jack Cola," "Downhome Punch," "Ginger Splash," "Jack's Sweet Tea," and

"Lynchburg Lemonade."  The mark "JACK" dominates the bottles for the products, and is

depicted in large white lettering against a black background vertically from the lower left-land

corner of the front label to the upper right-hand corner, with the various flavors depicted in close

proximity to "JACK" in red, orange, and yellow.  Depictions of the products in the line are

attached hereto as Exhibit 5.

### IV.  DEFENDANTS' INFRINGEMENT AND UNFAIR COMPETITION

15.     Upon information and belief, Jakk'd was formed in late April 2009 by Barreca.

In October 2009, Jakk'd filed Application Serial No. 77/851,838 in the United States Patent and

Trademark Office ("PTO") to register the trademark "JAKK'D" for goods identified as wine on

the basis of its claimed intention to use the mark on those goods.  Jakk'd also filed Application

Serial No. 77/851,812 to register "RAGING ORANGE" for wine, Application Serial No.

6

JDPI002626

77/851,871 to register "PUNCHED OUT POMEGRANATE BERRY" for wine, Application

Serial No. 77/851,824 to register "LUNATIC LEMON" for wine, and Application Serial No.

77/851,852 to register "BLACK TEA LEMON HONEY" for wine, all on the basis of Jakk'd's

claimed intention to use the marks.

      16.    In April 2010, JPDI filed Opposition No. 91194636 before the PTO's Trademark

Trial and Appeal Board against the application to register "JAKK'D."  After Jakk'd admitted in

that proceeding that it no longer intended to use "JAKK'D" on wine, judgment sustaining the

opposition was entered in favor of JDPI in May 2011.  Jakk'd subsequently abandoned its other

four applications by failing to prove use of the marks in commerce on the goods.

      17.    Jakk'd maintained a website accessible through the domain names

"getjakkd.com," "get-jakkd.com," and "jakkd.com" between 2009 and some time in 2011.  The

website displayed pictures of certain prepared alcoholic cocktails bearing the "JAKK'D" mark,

but provided no information about purchasing the products.  Upon information and belief, Jakk'd

may not have ever sold any of the displayed products.  Upon information and belief, Jakk'd

became non-compliant with the Colorado Secretary of State on or about July 1, 2011 for failure

to file a required report, but has never been dissolved with the Colorado Secretary of State.

      18.    Upon information and belief, BRI was incorporated in Colorado on March 15,

2011 by Barreca.  Upon information and belief, Jakk'd transferred to BRI, or to an affiliate of

BRI or Barreca, the domain names "getjakkd.com," "get-jakkd.com," and "jakkd.com."  Those

domain names now resolve to a website displaying the products that were displayed at one time

on Jakk'd's website, as well as pictures of Defendants' recent activities in marketing, promoting,

and selling products in a market in which products bearing JDPI's Marks were also sold.

JDPI002627

   19. Upon information and belief, in the summer of 2011, BRI also began the display, on its website at bevresources.com, of Jakk'd's line of "JAKK'D" prepared alcoholic cocktails. The products are stated to consist of a blend of 9.9% grain alcohol, flavorings and caffeine. These prepared alcoholic cocktails are displayed on BRI's website and on the website accessible through the domain names "jakkd.com," "get-jakkd.com," and "getjakkd.com" in bottles bearing the "JAKK'D" mark in large white lettering against a black background and displayed vertically from bottom to top, with the individual flavor designators "Lunatic Lemon," "Black Tea Lemon Honey," "Punched Out Pomegranate," and "Raging Orange" appearing in close proximity to the "JAKK'D" mark in yellow, red, or orange.  Depictions of these products as they appear on the websites are attached hereto as Exhibit 6.  The BRI website states that two additional flavors, Caribbean Cola and Old Fashioned Sweet and Sour, are under development.

   20. Upon information and belief, BRI secured the required federal regulatory approval of the labels for the four products displayed on its website in late July 2011 and began the sale and distribution of the products in early August 2011 in the packaging shown in Exhibit 6 hereto, using promotional and point-of-sale materials displaying the mark "JAKK'D" in white against a black background.  Photographs of a bottle for the "JAKK'D" Black Tea Lemon Honey product and an insulating sleeve for the bottle are attached hereto as Exhibit 7.  Barreca is named as the founder of the Jakk'd line on the bottle.  Photographs depicting promotional items for the "JAKK'D" line, materials used to market the products, and Barreca's personal involvement in the marketing of the products are attached hereto as Exhibit 8.

   21. Upon information and belief, when Defendants adopted the "JAKK'D" mark, they knew of the use and fame of JDPI's "JACK DANIEL'S" and other "JACK" formative

8

JDPI002628

marks in the United States and the extensive public association of the mark and name "Jack"
with "JACK DANIEL'S" whiskey and prepared alcoholic cocktails.  Upon information and
belief, when Defendants adopted the "JAKK'D" mark, and the white-on-black color scheme
used on the products and the promotional materials, they knew of the famous white-on-black
color scheme used in connection with Jack Daniel's whiskey and prepared alcoholic cocktails.
Upon information and belief, Defendants intended and intend to associate the "JAKK'D"
products with the goodwill of the Jack Daniel's marks and to suggest falsely that their products
originate with, or are licensed, sponsored, or authorized by, the owner of the "JACK
DANIEL'S" and other "JACK" formative marks.

22.     Spirits companies, such as JDPI's licensee of the "JACK DANIEL'S" and other
"JACK" formative marks, have long engaged in product diversification and line extensions
under their spirit marks through the sale of prepared alcoholic cocktails containing a base
alcoholic beverage mixed with flavorings.  Defendants' use of the "JAKK'D" mark in
connection with its prepared alcoholic cocktails is likely to cause purchasers and prospective
purchasers of the products to believe mistakenly that they are new line extensions by the owner
of the "JACK DANIEL'S" and other "JACK" formative marks, and/or that there is a business
relationship, affiliation, connection, or association, between Defendants, and the owner of the
"JACK DANIEL'S" and other "JACK" formative marks.

23.     JDPI has demanded that Defendants cease all further use of "JAKK'D," but they
have failed and refused to do so.

JDPI002629

## V.  FIRST CLAIM FOR RELIEF
### (Infringement of Federally-Registered Trademarks)

24.     JDPI repeats and realleges the allegations in preceding paragraphs 1-23 as if fully set forth herein.

25.     Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid constitute use in commerce, on or in connection with Defendants' goods, are colorable imitations of JDPI's Marks, which use is likely to cause confusion, to cause mistake, or to deceive, in violation of § 32(1) of the United States Trademark Act, 15 U.S.C. § 1114(1).

26.     Defendants' willful and deliberate infringement of JDPI's Marks as aforesaid has caused and continues to cause irreparable harm to JDPI.

27.     Unless restrained and enjoined by this Court, Defendants will persist in their infringement of JDPI's Marks, thereby causing JDPI further irreparable harm.

28.     JDPI has no adequate remedy at law.

## VI.  SECOND CLAIM FOR RELIEF
### (Unfair Competition in Violation of Federal Law)

29.     JDPI repeats and realleges the allegations in preceding paragraphs 1-28 as if fully set forth herein.

30.     Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid constitute use in commerce, on or in connection with Defendants' goods, of words, terms, names, symbols, or devices, or combinations thereof, and false designations of origin, and false or misleading descriptions or representations of fact, that are likely to cause confusion, or to

JDPI002630

cause mistake, or to deceive, as to the affiliation, connection, or association of Defendants with JDPI, and/or as to the origin of Defendants' goods and commercial activities with, or their sponsorship or approval by, JDPI, in violation of § 43(a)(1)(A) of the United States Trademark Act, 15 U.S.C. § 1125(a)(1)(A).

31.     Defendants' willful and deliberate unfair competition as aforesaid has caused and continues to cause irreparable harm to JDPI.

32.     Unless restrained and enjoined by this Court, Defendants will persist in their unfair competition, thereby causing JDPI further irreparable harm.

33.     JDPI has no adequate remedy at law.

### VII. THIRD CLAIM FOR RELIEF
### (Dilution in Violation of Federal Law)

34.     JDPI repeats and realleges the allegations in preceding paragraphs 1-33 as if fully set forth herein.

35.     Defendants' unauthorized advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails as aforesaid is likely to cause dilution by blurring of JDPI'S famous and distinctive "JACK DANIEL'S" mark, which mark became famous in the United States long before Defendants began the use of their "JAKK'D" mark. Upon information and belief, Defendants willfully intended to trade on the recognition of the famous "JACK DANIEL'S" mark.

36.     Defendants' willful dilution as aforesaid has caused and continues to cause irreparable harm to JDPI.

11

37.    Unless restrained and enjoined by this Court, Defendants will persist in their dilution, thereby causing JDPI further irreparable harm.

38.    JDPI has no adequate remedy at law.

### VIII.  FOURTH CLAIM FOR RELIEF
#### (Trademark Infringement in Violation of Colorado Common Law)

39.    JDPI repeats and realleges the allegations in preceding paragraphs 1-38 as if fully set forth herein.

40.    Defendants' advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails in Colorado as aforesaid constitute trademark infringement in violation of Colorado common law.

41.    Defendants' willful and deliberate trademark infringement as aforesaid has caused and continues to cause irreparable harm to JDPI.

42.    Unless restrained and enjoined by this Court, Defendants will persist in their acts of trademark infringement, thereby causing JDPI further irreparable harm.

43.    JDPI has no adequate remedy at law.

### IX.  FIFTH CLAIM FOR RELIEF
#### (Unfair Competition in Violation of Colorado Common Law)

44.    JDPI repeats and realleges the allegations in preceding paragraphs 1-43 as if fully set forth herein

45.    Defendants falsely represented the source of their goods.  Defendants' advertisement, promotion, display, shipment, offering for sale, sale, and distribution of the "JAKK'D" prepared alcoholic cocktails in commerce in Colorado as aforesaid are likely to cause

12

confusion or deceive the public as to the source of their products and constitute unfair competition in violation of Colorado common law.

46.     Defendants' willful and deliberate unfair competition as aforesaid has caused and continues to cause irreparable harm to JDPI.

47.     Unless restrained and enjoined by this Court, Defendants will persist in their acts of unfair competition, thereby causing JDPI further irreparable harm, damage and/or injury.

48.     JDPI has no adequate remedy at law.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff JDPI prays for a judgment as follows:

1.     That Defendants Beverage Resources International, Inc., Jakk'd Holdings, LLC, and Jack Barreca, and their respective officers, agents, servants, employees, members, and attorneys, and all other persons in active concert or participation with them, or any of them, who receive actual notice of the injunctions prayed for herein by personal service or otherwise, be preliminarily and then permanently restrained and enjoined from:

(a)     Manufacturing, producing, advertising, promoting, displaying, shipping, offering for sale, selling, or distributing the "JAKK'D" prepared alcoholic cocktails depicted in Exhibits 6-7 attached hereto, and any other beverages bearing the mark "JAKK'D";

(b)     Using the promotional items depicted in Exhibit 8 attached hereto, and any other materials bearing the mark "JAKK'D" used to advertise or promote beverages;

(c)     Using the trade name "Jakk'd Holdings, LLC," and the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," in connection with the manufacture,

13

JDPI002633

production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

(d)     Using "JAKK'D," any other colorable imitations of JDPI's Marks, and any marks or names confusingly similar thereto, on or in connection with the manufacture, production, advertisement, promotion, display, shipment, offering for sale, sale, or distribution of any beverages;

(e)     Maintaining the registrations of the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and any other domain name containing "jakkd"; and

(f)     Doing any other act or thing that is likely to cause persons to believe that Defendants' goods or commercial activities originate with, or are licensed, sponsored, or authorized by, JDPI;

2.     That Defendants be ordered, pursuant to 15 U.S.C. § 1116, to assign, or cause to be assigned to JDPI, at Defendants' cost, the registrations of the "getjakkd.com," "get-jakkd.com" and "jakkd.com" domain names, and of any other domain name containing "jakkd";

3.     That Defendants be ordered, pursuant to 15 U.S.C. § 1116, to file with the Court and to serve on counsel for JDPI, within 30 days after the entry of judgment herein, a written report under oath setting forth in detail the manner in which they have complied with the injunction ordered by the Court;

4.     That Defendants be ordered, pursuant to 15 U.S.C. § 1118, to deliver up to the Court for destruction or other disposition all labels, signs, prints, packages, wrappers, receptacles, and advertisements and promotional materials bearing the mark "JAKK'D," the trade name "Jakk'd Holdings, LLC," and/or any domain names containing "jakk'd" or "jakkd,"

14

JDPI002634

including, without limitation, the domain names "getjakkd.com," "get-jakkd.com" and "jakkd.com," and all plates, molds, matrices, electronic files, and other means of making the same;

   5. That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a) and Colorado common law, to pay to JDPI all of their profits from the sale of goods under the mark "JAKK'D," and that such profits be enhanced on the basis of their willful infringement of JDPI's Marks and willful unfair competition;

   6. That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a) and Colorado common law, to pay to JDPI all damages sustained by JDPI as a result of their infringement of JDPI's Marks and unfair competition, and that such award be trebled on the basis of their willful infringement of JDPI's marks and willful unfair competition;

   7. That Defendants be ordered, jointly and severally and pursuant to 15 U.S.C. § 1117(a), to pay to JDPI its attorneys' fees and the costs and expenses (including expert fees) of this action;

   8. That JDPI be awarded pre-judgment and post-judgment interest; and

   9. That JDPI be granted such other and further relief as the Court may deem just and proper.

JDPI002635

Dated:  August 30, 2011.                  Respectfully submitted,


                                          *s/ Scott R. Bialecki*
                                          Scott R. Bialecki
                                          HOLME ROBERTS & OWEN LLP
                                          1700 Lincoln Street, Suite 4100
                                          Denver, CO 80203-4541
                                          Telephone:  303-861-7000
                                          Facsimile:  303-866-0200
                                          Email:  scott.bialecki@hro.com

                                          Attorneys for Plaintiff
                                          Jack Daniel's Properties, Inc.

JDPI002636

AO 120 (Rev. 2/99)

| TO: | Mail Stop 8 | REPORT ON THE |
|---|---|---|
| | Director of the U.S. Patent & Trademark Office | FILING OR DETERMINATION OF AN |
| | P.O. Box 1450 | ACTION REGARDING A PATENT OR |
| | Alexandria, VA 22313-1450 | TRADEMARK |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ on the following ☐ Patents or  X Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CV 10-05265 BZ | 11/19/2010 | Northern District of California, San Francisco |

| PLAINTIFF | DEFENDANT |
|---|---|
| JACK DANIELS PROPERTIES INC | WHITE ROCK DISTILLERIES INC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 582,789 | | |
| 2 | 1,923,981 | | |
| 3 | 1,758,658 | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Richard W. Wieking | Mark J. Jenkins | November 22, 2010 |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

JDPI002637

Int. Cl.: 33

Prior U.S. Cl.: 49

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 582,789
Registered Nov. 24, 1953
Renewal Term Begins Nov. 24, 1993

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352, BY ASSIGN-MENT, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (TENNESSEE CORPORATION) LYNCHBURG, TN

OWNER OF U.S. REG. NOS. 298,102, 513,088 AND OTHERS.

FOR: WHISKEY, IN CLASS 49 (INT. CL. 33).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

SER. NO. 71-634,575, FILED 8-28-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002638

Registered Nov. 24, 1953          Registration No. 582,789

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

**Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
Lynchburg, Tenn.**

Act of 1946

Application August 28, 1952, Serial No. 634,575



## STATEMENT

Jack Daniel Distillery, Lem Motlow, Prop., Inc., a corporation duly organized and existing pursuant to the laws of the State of Tennessee, located and doing business at Lynchburg, county of Moore, in said State, has adopted and is using the trade-mark shown in the accompanying drawing, for WHISKEY, in Class 49, Distilled alcoholic liquors, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing or lithographing the same on labels that are fastened to the containers and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on whiskey in 1875, and first used in commerce which may lawfully be regulated by the Congress, viz., commerce among the several States on whiskey in 1875. Such first usage was by applicant's predecessor, Jack Daniel, now deceased.

Applicant owns Registrations Nos. 298,102, 323,914, 394,017, 394,018, 441,002, and 513,088.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.,
By REAGOR MOTLOW,
*President.*

JDPI002639



UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  0582789    SERIAL NO:  71/634575    MAILING DATE:  10/06/2003
REGISTRATION DATE:  11/24/1953
MARK:  JACK DANIEL'S
REGISTRATION OWNER:  JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL CA 94903

# NOTICE OF ACCEPTANCE

15 U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.**ACCORDINGLY,
THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

••••••••••••••••••••••••••••••••••••••••••••••••••

# NOTICE OF RENEWAL

15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.**ACCORDINGLY,
THE REGISTRATION IS RENEWED.**

••••••••••••••••••••••••••••••••••••••••••••••••••

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
049.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION**

CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION I) **SECTION 8: AFFIDAVIT OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**
II) **SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002641

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**

Reg. No. 1,923,981
Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352

FOR: WHISKEY, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

OWNER OF U.S. REG. NOS. 323,914, 441,002 AND OTHERS.

THE NAME "JACK DANIEL'S" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-575,005, FILED 9-19-1994.

DONNA MIRMAN, EXAMINING ATTORNEY

JDPI002642

## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1923981     SERIAL NO: 74/575005     MAILING DATE:  10/05/2005
REGISTRATION DATE: 10/03/1995
MARK:  JACK DANIEL'S
REGISTRATION OWNER:  JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, STE 528
SAN RAFAEL, CA 94903

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.ACCORDINGLY, THE SECTION 8
AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.ACCORDINGLY, THE
REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
033.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION**
**CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATIONI) SECTION 8: AFFIDAVIT**

JDPI002643

OF CONTINUED USE The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**
**II) SECTION 9: APPLICATION FOR RENEWAL** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002644

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Reg. No. 1,758,658
Registered Mar. 16, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## JACK DANIEL'S

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION) LYNCHBURG, TN 37352

FOR: CORDIALS, IN CLASS 33 (U.S. CL. 49). FIRST USE 2-1-1992; IN COMMERCE 2-1-1992.

OWNER OF U.S. REG. NOS. 298,102, 1,630,258 AND OTHERS.

THE NAME "JACK DANIEL'S" SHOWN IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74-290,193, FILED 7-1-1992.

MICHAEL MASON, EXAMINING ATTORNEY

JDPI002645

1    CHRISTOPHER C. LARKIN (SBN: 119950)
     E-Mail: clarkin@seyfarth.com
2    SEYFARTH SHAW LLP
     2029 Century Park East, Suite 3500
3    Los Angeles, California 90067-3021
     Telephone: (310) 277-7200
4    Facsimile: (310) 201-5219

5    KEVIN J. LESINSKI (SBN: 110862)
     E-mail: klesinski@seyfarth.com
6    SEYFARTH SHAW LLP
     560 Mission Street
7    Suite 3100
     San Francisco, California 94105-2930
8    Telephone: (415) 397-2823
     Facsimile: (415) 397-8549

ORIGINAL FILED

NOV 19 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10    Attorneys for Plaintiff
     JACK DANIEL'S PROPERTIES, INC.

**BZ**

11            **UNITED STATES DISTRICT COURT**

12       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14    JACK DANIEL'S PROPERTIES, INC.,    ) Case No. **CV10 5265**
     a Delaware corporation,              )

15            Plaintiff,           )   **COMPLAINT FOR**
                                  )   **INFRINGEMENT OF**
16            v.                    )   **FEDERALLY-REGISTERED**
                                  )   **TRADEMARKS (15 U.S.C.**
17    WHITE ROCK DISTILLERIES, INC., a   )   **§ 1114(1)); UNFAIR**
     Maine corporation,              )   **COMPETITION IN VIOLATION**
18                           )   **OF FEDERAL LAW (15 U.S.C.**
           Defendant.          )   **§ 1125(A)(1)); AND TRADEMARK**
19                           )   **INFRINGEMENT AND UNFAIR**
                                  )   **COMPETITION IN VIOLATION**
20                           )   **OF CALIFORNIA COMMON**
                                  )   **LAW**

21                          )

22

23        Plaintiff Jack Daniel's Properties, Inc. complains of defendant White Rock

24    Distilleries, Inc. as follows:

25                        **PARTIES**

26        1.     Plaintiff Jack Daniel's Properties, Inc. ("JDPI") is a corporation

27    organized and existing under the laws of the State of Delaware, with its principal

28    place of business in San Rafael, California.

JDPI002646

1    2.    Upon information and belief, defendant White Rock Distilleries, Inc.

2  ("White Rock") is a corporation organized and existing under the laws of the State

3  of Maine, with its principal place of business in Lewiston, Maine.

4                                        **JURISDICTION**

5    3.    This is an action for infringement of federally-registered trademarks,

6  in violation of 15 U.S.C. § 1114(1); for unfair competition, in violation of 15

7  U.S.C. § 1125(a)(1); and for trademark infringement and unfair competition in

8  violation of the common law of the State of California.  The Court has jurisdiction

9  over the subject matter of plaintiff's claims for relief arising under the United

10  States Trademark Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a).  The

11  Court has original or supplemental jurisdiction over the subject matter of plaintiff's

12  claims for relief under the common law of the State of California pursuant to 28

13  U.S.C. §§ 1338(b) and 1367.

14    4.    The Court has personal jurisdiction over White Rock because it does

15  business in the State of California by, among other things, selling numerous

16  products, including the infringing products at issue in this action, to distributors in

17  California and in this Judicial District for sale by retailers and others in California

18  and in this Judicial District.  Venue is proper in this Court under 28 U.S.C.

19  § 1391(b)(1) and (2) and § 1391(c) because White Rock resides in this Judicial

20  District, and because a substantial part of the events giving rise to the claims

21  asserted herein occurred in this Judicial District

22              **ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

23                  **The "JACK DANIEL'S" and "JACK" Marks**

24    5.    From a time long prior to White Rock's acts of trademark

25  infringement and unfair competition complained of herein, JDPI and its

26  predecessors-in-interest and licensees have used the mark "JACK DANIEL'S" in

27  the United States in connection with whiskey, cordials, prepared alcoholic

28  cocktails, and a wide variety of other goods and services.  The "JACK DANIEL'S"

2
Complaint

JDPI002647

1   mark was first used in the United States in connection with whiskey in 1866 and

2   has been used in the United States continuously since then except during the period

3   of national Prohibition. "JACK DANIEL'S" whiskey is one of the oldest, longest-

4   selling, and most iconic consumer products in the history of the United States.

5        6.    JDPI owns various federal registrations of the "JACK DANIEL'S"

6   mark for whiskey, prepared alcoholic cocktails, and other goods, including United

7   States Trademark Registration No. 582,789 for the mark "JACK DANIEL'S"

8   (stylized) for whiskey, United States Trademark Registration No. 1,923,981 for the

9   mark "JACK DANIEL'S" for whiskey, and United States Trademark Registration

10   No. 1,758,658 for the mark "JACK DANIEL'S" for cordials. These registrations

11   are valid and subsisting and have become incontestable. Copies of the certificates

12   of registration of these marks are attached hereto as Exhibit 1.

13        7.    JDPI and its predecessors-in-interest and licensees have expended

14   many hundreds of millions of dollars advertising and promoting whiskey, prepared

15   alcoholic cocktails, and other goods under the "JACK DANIEL'S" mark in the

16   print and electronic media, over the Internet, on billboards, on stadium signage,

17   and in a variety of other manners. The print advertising campaign for "JACK

18   DANIEL'S" whiskey commenced in 1955 and has continued since then, making it

19   one of the longest continuous consumer advertising campaigns in the history of the

20   United States. Copies of representative print advertisements for "JACK

21   DANIEL'S" whiskey are attached hereto as Exhibit 2. "JACK DANIEL'S"

22   whiskey has also been seen and/or mentioned in numerous motion pictures and

23   television programs, and has also received extensive unsolicited public exposure as

24   the unofficial drink of choice of a number of celebrities.

25        8.    JDPI and its predecessors-in-interest and licensees have achieved

26   billions of dollars in sales in the United States of whiskey, prepared alcoholic

27   cocktails, and other goods under the "JACK DANIEL'S" mark. "JACK

28   DANIEL'S" whiskey is currently the best-selling whiskey in the United States and

JDPI002648

1  the "JACK DANIEL'S" brand has consistently been ranked among the world's

2  most successful and valuable brands.  The "JACK DANIEL'S" mark is famous in

3  the United States for whiskey and prepared alcoholic cocktails and became famous

4  long prior to White Rock's acts of infringement and unfair competition complained

5  of herein.

6      9.      JDPI and its predecessors-in-interest and licensees have long

7  advertised and promoted "JACK DANIEL'S" whiskey and prepared alcoholic

8  cocktails by reference to the historical person Jack Daniel, the founder of the Jack

9  Daniel Distillery in Lynchburg, Tennessee, as "Mr. Jack," "Uncle Jack,"

10  "Gentleman Jack," or simply "Jack," and have encouraged consumers of "JACK

11  DANIEL'S" whiskey, prepared alcoholic cocktails, and related goods to feel a

12  personal affinity and friendship with "Jack."  Copies of representative

13  advertisements and depictions of representative promotional materials and licensed

14  merchandise containing references to "Jack" are attached hereto as Exhibit 3.  The

15  public has long identified and referred to "JACK DANIEL'S" whiskey and

16  prepared alcoholic cocktails by the mark, name, and "bar call" "Jack," and variants

17  thereof.

18      10.     From a time prior to White Rock's acts of infringement and unfair

19  competition complained of herein, JDPI and its predecessors-in-interest and

20  licensees have used in commerce a variety of marks for alcoholic beverages that

21  have consisted of or contained the name "Jack," including "JACK" alone, "YOU

22  CAN ASK FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK,"

23  "THE OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK,"

24  "UNCLE JACK'S," and "GENTLEMAN JACK," have promoted "JACK

25  DANIEL'S" whiskey and prepared alcoholic cocktails simply as "Jack," and have

26  promoted the consumption of "JACK DANIEL'S" whiskey in cocktails with

27  names such as "Jack and Coke®," "Jackarita," "Jack and Ginger," "Jack Sour,"

28  "Cranberry Jack," and "Vanilla Jack."

JDPI002649

1      11.    JDPI owns United States Trademark Registration No. 2,815,221 for

2   the mark "JACK" for alcoholic beverages, namely whiskey, United States

3   Trademark Registration No. 2,633,168 for the mark "YOU CAN ASK FOR JACK

4   ANYWHERE" for alcoholic beverages, namely, distilled spirits, United States

5   Trademark Registration No. 2,572,051 for the mark "JACK LIVES HERE" for

6   alcoholic beverages, namely distilled spirits, United States Trademark Registration

7   No. 1,538,377 for the mark "GENTLEMAN JACK" for whisky, United States

8   Trademark Registration No. 3,259,938 for the mark "BLACK JACK" for alcoholic

9   beverages, namely, pre-mixed alcoholic cocktails, and United States Trademark

10  Registration No. 3,305,834 for the mark "THE MELLOWER SIDE OF JACK" for

11  distilled spirits.  These registrations are valid and subsisting and Registrations Nos.

12  2,815,221, 2,633,168, 2,572,051, 2,737,064, 1,883,860, and 1,538,377 have

13  become incontestable.  Copies of the certificates of registration of these marks are

14  attached hereto as Exhibit 4.

15      12.    The line of prepared alcoholic cocktails sold under the "JACK

16  DANIEL'S" mark has always included a variety of flavored beverages, many of

17  which have been sold under "JACK" formative marks such as "BLACKBERRY

18  JACK," "CITRUS JACK SPLASH," "CRANBERRY JACK," "BLACK JACK

19  COLA," "JACK'S SWEET TEA," and "RED-EYED JACK."   The line of

20  prepared alcoholic cocktails currently sold under the "JACK DANIEL'S" mark

21  emphasizes the mark "JACK" in its packaging.  Depictions of the products

22  currently in the line are attached hereto as Exhibit 5.

23  **White Rock's Infringement of the "JACK DANIEL'S" and "JACK" Marks**

24      13.    White Rock produces and distributes throughout the United States,

25  including in this Judicial District, a wide range of alcoholic beverages, including

26  whiskeys, rums, pre-mixed alcoholic cocktails, vodkas, gins, tequilas, cordials, and

27  liqueurs.  Among White Rock's products are a line of what White Rock describes

28  on its website and in various promotional materials as "Jack Flavored Rums" or

JDPI002650

1  simply "Jack Rums," and a rum product called "SPICED JACK NO. 94." The

2  products in the "Jack Rums" line bear the marks "BANANA JACK," "CHERRY

3  JACK," "GRAPE JACK," "ORANGE JACK," "CITRUS JACK," "PINEAPPLE

4  JACK," "MANGO JACK," "COCONUT JACK," and "TROPICAL JACK."

5  "JACK" is the dominant and source-identifying portion of each of these marks, and

6  of the mark "SPICED JACK NO. 94," because the other elements such as

7  "banana" and "spiced" are mere flavor descriptors and "No. 94" refers to the proof

8  level for the product. A screenshot from White Rock's website showing products

9  in the Jack flavored rum line is attached hereto as Exhibit 6. White Rock also

10  displays the products in its Jack flavored rum line on a dedicated website at

11  jackrums.com. A screenshot from that website showing the products is attached

12  hereto as Exhibit 7. A depiction of White Rock's "SPICED JACK NO. 94" rum is

13  attached hereto as Exhibit 8. White Rock also displays its "SPICED JACK NO.

14  94" rum on a dedicated website at spicedjack94.com. A screenshot from that

15  website showing the rum is attached hereto as Exhibit 9.

16      14.    White Rock uses "JACK" as a shorthand for its Jack flavored rum

17  line, and advertises and promotes the line by using and emphasizing "JACK" alone

18  as the line's brand. Copies of promotional sheets referencing "Jack On Premise

19  POS" and "Jack Off Premise POS" materials and items, and various promotional

20  items, including clothing, using "JACK" as the brand name for the line, are

21  attached hereto as Exhibit 10. Upon information and belief, White intends "Jack"

22  to be the primary "bar call" for its products in connection with on-premise

23  consumption, and the means by which distributors, retailers, and consumers will

24  refer to the products in the line generally in word-of-mouth uses of the marks.

25      15.    White Rock uses "JACK" alone to personify its Jack flavored rum

26  line in a number of promotional slogans that associate the line with someone

27  named "Jack," such as "You Don't Know Jack," "Sail Away With Jack," "Cozy

28  Up to Jack," "Spend the Summer With Jack," "Fall In Love With Jack," "Get to

JDPI002651

1  Know Jack," "Take JACK Home for the Holidays," "Spring to Life With JACK,"
2  "Chill Out With Jack This Summer," "Watch the Game With Jack," and "Meet
3  JACK's new friends . . ." Copies of materials displaying such slogans are attached
4  hereto as Exhibit 11. Upon information and belief, White Rock has never created
5  its own character named "Jack," or used depictions of or references to any actual
6  historical or fictitious person named "Jack," on the packaging for, or in the
7  advertisement, promotion, and marketing of, its "JACK" flavored rum line.

8      16.    White Rock has encouraged the consumption of its "JACK" flavored
9  rum line and its "SPICED JACK" rum together with other beverages, such as
10  Coca-Cola®, in cocktails, and has given a number of such cocktails names
11  containing its "JACK" mark, such as "Jack," "Jack's Splash," "Jack's Sunset,"
12  "Jack-Tini," "Jack is Back," "Jack n' Juice," "Jack Attack," "Jack-O-Tini," "Sunny
13  Jack," "Jack Did Ginger," "Pepper Jack," and "The Other Jack and Ginger," an
14  allusion to a Jack Daniel's cocktail. Copies of materials reflecting use of such
15  cocktail names are attached hereto as Exhibit 12.

16      17.    Upon information and belief, when White Rock adopted the various
17  marks in its "JACK" flavored rum line and its "SPICED JACK NO. 94" mark, it
18  had knowledge of the use and fame of JDPI's "JACK DANIEL'S" and other
19  "JACK" formative marks in the United States and the extensive public association,
20  in connection with distilled spirits, of the mark and name "Jack" with "JACK
21  DANIEL'S" whiskey and prepared alcoholic cocktails, and intended and intends
22  its "JACK" marks to signify that the products in its Jack flavored rum line and its
23  "SPICED JACK NO. 94" rum originate with, or are licensed, sponsored, or
24  authorized by, the owner of the "JACK DANIEL'S" and other "JACK" formative
25  marks.

26      18.    White Rock sells both rum and prepared alcoholic cocktails under the
27  same trademark, and White Rock's Jack flavored rums and spiced rum and JDPI's
28  whiskey and prepared alcoholic cocktails are closely-related and similar distilled

JDPI002652

1   spirits that are advertised and promoted in the same marketing channels and sold

2   and distributed in the same channels of trade to the same classes of customers.  The

3   products in White Rock's line of Jack flavored rums and White Rock's spiced rum

4   are relatively inexpensive and are unlikely to be purchased with a significant

5   degree of care.

6        19.    On November 7, 2007, White Rock filed Application Serial No.

7   77/323,510 (the "'510 Application") to register "COCONUT JACK" for rum on

8   the Principal Register in the United States Patent and Trademark Office ("PTO").

9   The PTO initially refused registration of the mark on the basis of JDPI's

10  Registration No. 2,815,221 for the mark "JACK" for whiskey, but subsequently

11  approved the application for publication for opposition.  On December 23, 2009,

12  JDPI filed Opposition No. 91193150 to the '510 Application before the PTO's

13  Trademark Trial and Appeal Board.  That opposition is pending.

14       20.    White Rock's continued use of the various marks in its "JACK"

15  flavored rum line and its "SPICED JACK NO. 94" mark is likely to cause

16  purchasers and prospective purchasers of its goods to believe mistakenly that they

17  originate with, or are licensed, authorized, or sponsored by, the owner of the

18  "JACK DANIEL'S" and other "JACK" formative marks, and/or that there is a

19  business relationship, affiliation, connection, or association, between White Rock

20  and the owner of the "JACK DANIEL'S" and other "JACK" formative marks.

21                    **FIRST CLAIM FOR RELIEF**

22           **(Infringement of Federally-Registered Trademarks)**

23       21.    JDPI repeats and realleges the allegations in preceding paragraphs 1-

24  20 as if fully set forth herein.

25       22.    White Rock's manufacture, advertisement, promotion, shipment,

26  offering for sale, sale, and distribution of its "JACK" flavored rum line and

27  "SPICED JACK NO. 94" rum as aforesaid constitute the use in commerce, on or in

28  connection with White Rock's goods, of reproductions, copies, or colorable

JDPI002653

1   imitations of JDPI's federally-registered trademarks, which use is likely to cause

2   confusion, to cause mistake, or to deceive, in violation of § 32(1) of the United

3   States Trademark Act, 15 U.S.C. § 1114(1).

4        23.    White Rock's infringement of JDPI's federally-registered trademarks

5   as aforesaid has caused and continues to cause irreparable harm to JDPI.

6        24.    Unless restrained and enjoined by this Court, White Rock will persist

7   in its infringement of JDPI's federally-registered trademarks, thereby causing JDPI

8   further irreparable harm.

9        25.    JDPI has no adequate remedy at law.

10                    **SECOND CLAIM FOR RELIEF**

11            **(Unfair Competition in Violation of Federal Law)**

12       26.    JDPI repeats and realleges the allegations in preceding paragraphs 1-

13   20 as if fully set forth herein.

14       27.    White Rock's manufacture, advertisement, promotion, shipment,

15   offering for sale, sale, and distribution of its "JACK" flavored rum line and

16   "SPICED JACK NO. 94" rum as aforesaid constitute the use in commerce, on or in

17   connection with White Rock's goods, of words, terms, names, symbols, or devices,

18   or combinations thereof, and false designations of origin, and false or misleading

19   descriptions or representations of fact, that are likely to cause confusion, or to

20   cause mistake, or to deceive, as to the affiliation, connection, or association of

21   White Rock with JDPI, and/or as to the origin of White Rock's goods and

22   commercial activities with, or their sponsorship or approval by, JDPI, in violation

23   of § 43(a)(1)(A) of the United States Trademark Act, 15 U.S.C. § 1125(a)(1)(A).

24       28.    White Rock's unfair competition as aforesaid has caused and

25   continues to cause irreparable harm to JDPI.

26       29.    Unless restrained and enjoined by this Court, White Rock will persist

27   in its unfair competition, thereby causing JDPI further irreparable harm.

28       30.    JDPI has no adequate remedy at law.

JDPI002654

## THIRD CLAIM FOR RELIEF

### (Trademark Infringement and Unfair Competition in Violation of California Common Law)

31.    JDPI repeats and realleges the allegations in preceding paragraphs 1-20 as if fully set forth herein.

32.    White Rock's manufacture, advertisement, promotion, shipment, offering for sale, sale, and distribution of its "JACK" flavored rum line and "SPICED JACK NO. 94" rum in California as aforesaid constitute trademark and trade name infringement and unfair competition in violation of California common law.

33.    White Rock's trademark infringement and unfair competition as aforesaid have caused and continue to cause irreparable harm to JDPI.

34.    Unless restrained and enjoined by this Court, White Rock will persist in its acts of trademark infringement and unfair competition, thereby causing JDPI further irreparable harm.

35.    JDPI has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff JDPI prays for a judgment as follows:

1.    That defendant White Rock, and its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with it, or them, or any of them, who receive actual notice of the injunction prayed for herein by personal service or otherwise, be permanently restrained and enjoined from:

(a)    Manufacturing, advertising, promoting, shipping, offering for sale, selling, or distributing the "JACK" flavored rum products depicted in Exhibits 6 and 7 attached hereto, the "SPICED JACK NO. 94" rum depicted in Exhibits 8 and 9 attached hereto, and any other alcoholic beverages and promotional or other merchandise, including, without limitation, clothing, bearing the marks "JACK,"

JDPI002655

1    "JACK FLAVORED RUMS," "JACK RUMS," "SPICED JACK," "COCONUT

2    JACK," "BANANA JACK," "CHERRY JACK," "GRAPE JACK," "ORANGE

3    JACK," "CITRUS JACK," "PINEAPPLE JACK," "MANGO JACK," and

4    "TROPICAL JACK," the trade name "Coconut Jack," and/or the domain names

5    "jackrums.com" and "spicedjack94.com;"

6         (b)    Using the trade name "Coconut Jack" and the domain names

7    "jackrums.com" and "spicedjack94.com" in connection with sale of any alcoholic

8    beverages;

9         (c)    Using JDPI's marks "JACK DANIEL'S," "JACK," "YOU CAN ASK

10   FOR JACK ANYWHERE," "JACK LIVES HERE," "BLACK JACK," "THE

11   OTHERS DON'T HAVE JACK," "THE MELLOWER SIDE OF JACK,"

12   "UNCLE JACK'S," and "GENTLEMAN JACK," and any other reproductions,

13   copies, or colorable imitations of those marks, and any marks or names

14   confusingly similar thereto, on or in connection with the manufacture,

15   advertisement, promotion, offering for sale, sale, or distribution of any alcoholic

16   beverages;

17        (d)    Maintaining the registrations of the domain name "jackrums.com" and

18   "spicedjack94.com," and any other domain name containing "jack;" and

19        (e)    Doing any other act or thing that is likely to cause persons to believe

20   that White Rock's goods or commercial activities originate with, or are licensed,

21   sponsored, or authorized by, JDPI;

22        2.    That White Rock be ordered, pursuant to 15 U.S.C. § 1116, to assign

23   to JDPI the registrations of the "jackrums.com" and "spicedjack94.com" domain

24   names and any other domain name containing "jack;"

25        3.    That White Rock be ordered, pursuant to 15 U.S.C. § 1116, to file

26   with the Court and to serve on counsel for JDPI, within 30 days after the entry of

27   judgment herein, a written report under oath setting forth in detail the manner in

28   which White Rock has complied with the injunction ordered by the Court;

JDPI002656

1        4.    That White Rock be ordered, pursuant to 15 U.S.C. § 1118, to deliver

2   up to the Court for destruction or other disposition all labels, signs, prints,

3   packages, wrappers, receptacles, and advertisements bearing the marks "JACK,"

4   "JACK FLAVORED RUMS," "JACK RUMS," "SPICED JACK NO. 94,"

5   "COCONUT JACK," "BANANA JACK," "CHERRY JACK," "GRAPE JACK,"

6   "ORANGE JACK," "CITRUS JACK," "PINEAPPLE JACK," "MANGO JACK,"

7   and "TROPICAL JACK," the trade name "Coconut Jack," and/or the domain

8   names "jackrums.com" and "spicedjack94.com," and all plates, molds, matrices,

9   and other means of making the same;

10       5.    That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a) and/or

11  California common law, to pay to JDPI all of White Rock's profits from the sale of

12  goods under the marks "JACK," "JACK FLAVORED RUMS," "JACK RUMS,"

13  "SPICED JACK NO. 94," "COCONUT JACK," "BANANA JACK," "CHERRY

14  JACK," "GRAPE JACK," "ORANGE JACK," "CITRUS JACK," "PINEAPPLE

15  JACK," "MANGO JACK," and "TROPICAL JACK," and that such profits be

16  enhanced on the basis of White Rock's willful infringement of JDPI's marks and

17  willful unfair competition;

18       6.    That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a) and/or

19  California common law, to pay to JDPI all damages sustained by JDPI as a result

20  of White Rock's infringement of JDPI's marks and unfair competition, and that

21  such award be trebled on the basis of White Rock's willful infringement of JDPI's

22  marks and willful unfair competition;

23       7.    That White Rock be ordered, pursuant to 15 U.S.C. § 1117(a), to pay

24  to JDPI its attorneys' fees and the costs of this action;

25       8.    That White Rock be ordered, pursuant to California common law, to

26  pay to JDPI punitive and exemplary damages on the basis of White Rock's

27  fraudulent, malicious, or oppressive conduct; and

28

JDPI002657

1       9.     That JDPI be granted such other and further relief as the Court may

2    deem just and proper.

3                                      Respectfully submitted,

4                                        SEYFARTH SHAW LLP

5

6    Dated:  November 16, 2010       By: _____

                                          Christopher C. Larkin

7                                        Kevin J. Lesinski

                                        Attorneys for Plaintiff

8                                        JACK DANIEL'S PROPERTIES,

                                        INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13
Complaint

JDPI002658

AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS**<br>**(USPTO)**<br>**P.O. Box 1450**<br>**ALEXANDRIA, VA 22313-1450** | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>98 C 2777 | DATE FILED<br>May 6, 1998 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT<br>OF ILLINOIS, EASTERN DIVISION |
|---|---|---|
| PLAINTIFF      Jack Daniel's Properties, Inc | | DEFENDANT   American Family Products, Inc |

| PATENT NOs. | DATE OF PATENT | | PATENTEE |
|---|---|---|---|
| 1 582,789 | 12/9/58 | | Jack Daniel's |
| 2 394,018 | 11/27/56 | | Jack Daniel's |
| 3 1,681,375 | 3/31/92 | | Jack Daniel's |
| 4 1, 758,658 | 3/16/93 | | Jack Daniel's |
| 5   441,002 | 10/12/48 | | Jack Daniel's |
| 6  1,923,981 | 10/3/95 | | Jack Daniel's |
| 7 2,030,042 | 1/14/97 | | Jack Daniel's |
| 8 1,329,704 | 4/9/85 | | Jack Daniel's |
| 9 1,290,702 | 8/21/94 | | Jack Daniel's |
| | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT - MINUTE ORDER of 12/16/98 by Hon. Paul E. Plunkett: Joint motion for entry of final judgment by consent [11-1] is granted. Enter final judgment by consent. terminating case Mailed notice.

| CLERK<br><br>Michael W. Dobbins | (BY) DEPUTY CLERK<br>Cynthia Young | DATE January 5, 2010 |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner        Copy 4 - Case file copy

JDPI002659

F LIVE, Ver 4.0.3 - U.S. District Court, Northern Illinois     https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?661481940317101-L_770_0-1

AO279, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.0.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:98-cv-02777
## Internal Use Only

Jack Daniel's v. Amer Family Prod Inc, et al
Assigned to: Honorable Paul E. Plunkett
Demand: $0
Cause: 15:1114 Trademark Infringement

Date Filed: 05/06/1998
Date Terminated: 12/16/1998
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

### Plaintiff

**Jack Daniel's Properties, Inc**
*a Delaware corporation*

represented by **Carol Ann Genis**
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, IL 60602
(312) 372-1121
Email: carol.genis@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Thomas Johnson , Jr.**
Bell, Boyd & Lloyd
Three First National Plaza
70 West Madison Street
Suite 3300
Chicago, IL 60602
(312)372-1121

**Sana Hakim**
Bell, Boyd & Lloyd
Three First National Plaza
70 West Madison Street
Suite 3300
Chicago, IL 60602
(312)372-1121
*ATTORNEY TO BE NOTICED*

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY
B.Y CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 01/05/2010

V.

### Defendant

PAPER DOCUMENTS NOT AVAILABLE ON
PACER (public access court electronic records)
THEREFORE no Closing Order is attached)

JDPI002660

| | |
|---|---|
| **American Family Products, Inc**<br>*an Illinois corporation* | represented by **Danny Lane Worker**<br>Lewis Brisbois Bisgaard & Smith, LLP<br>550 West Adams<br>Suite 300<br>Chicago, IL 60661<br>(312) 345-1718<br>Email: dworker@lbbslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mary F. Sitko**<br>Worker & Power<br>55 East Monroe<br>Suite 4550<br>Chicago, IL 60603<br>312-345-1718<br>Email: msitko@lbbslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/1998 | 1 | COMPLAINT - Civil cover sheet - Appearance(s) of Sana Hakim, Robert Thomas Johnson Jr., Carol Ann Genis as attorney(s) for plaintiff (Exhibits) (1 original and 1 copy summons(es) issued.) ( Documents: 1-1 through 1-3) (yap) (Entered: 05/07/1998) |
| 05/06/1998 | | RECEIPT regarding payment of filing fee paid; on 5/6/98 in the amount of $ 150.00, receipt # 512099. (yap) (Entered: 05/07/1998) |
| 05/06/1998 | 2 | NOTICE of claims involving patents or trademarks by plaintiff regarding complaint [1-1] (yap) (Entered: 05/07/1998) |
| 05/07/1998 | | MAILED trademarks report to Commissioner of Patents and Trademarks (yap) (Entered: 05/07/1998) |
| 05/18/1998 | 3 | RETURN OF SERVICE executed upon defendant Amer Family Prod Inc on 5/12/98 (yap) (Entered: 05/18/1998) |
| 06/16/1998 | 4 | MINUTE ORDER of 6/16/98 by Hon. Paul E. Plunkett : Status hearing set to 7/22/98 at 1:45 a.m. At the status hearing, parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the court's action herein. Lead counsel is directed to appear at this status hearing. Mailed notice (yap) (Entered: 06/18/1998) |

JDPI002661

CM/ECF LIVE, Ver 4.0.3 - U.S. District Court, Northern Illinois        https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?661481940317101-L_770_0-1

| | | |
|---|---|---|
| 06/22/1998 | 5 | MOTION by plaintiff for entry of order of preliminary injunction by consent ; Notice of motion (yap) (Entered: 07/10/1998) |
| 06/22/1998 | 6 | STIPULATION (yap) (Entered: 07/10/1998) |
| 06/24/1998 | 9 | ATTORNEY APPEARANCE for defendant Amer Family Prod Inc by Danny Lane Worker, Mary F. Sitko (yap) (Entered: 07/27/1998) |
| 07/09/1998 | 7 | PRELIMINARY INJUNCTION by consent (Attachments) (yap) (Entered: 07/14/1998) |
| 07/09/1998 | 8 | MINUTE ORDER of 7/9/98 by Hon. Paul E. Plunkett: Plaintiff's motion for entry of order of preliminary injunction by consent [5-1] is granted. Enter preliminary injunction by consent. Mailed notice (yap) (Entered: 07/14/1998) |
| 07/22/1998 | | SCHEDULE set on 7/22/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:30 9/2/98 . Defendant given extension of time in which to answer or plead, to and including August 18, 1998. No notice (tbk) (Entered: 07/22/1998) |
| 08/18/1998 | 10 | ANSWER by defendant Amer Family Prod Inc to plaintiff's complaint at law; Notice of filing (yap) (Entered: 08/19/1998) |
| 09/02/1998 | | SCHEDULE set on 9/2/98 by Hon. Paul E. Plunkett : Status hearing held and continued to 9:15 10/5/98 . No notice (tbk) (Entered: 09/02/1998) |
| 09/14/1998 | | SCHEDULE set on 9/14/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:15a.m. on 10/19/98 . Mailed notice (tbk) (Entered: 09/14/1998) |
| 10/19/1998 | | SCHEDULE set on 10/19/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:30 11/2/98 . No notice (tbk) (Entered: 10/19/1998) |
| 11/02/1998 | | SCHEDULE set on 11/2/98 by Hon. Paul E. Plunkett : Status hearing reset to 9:15a.m. on 11/17/98 . Mailed notice (tbk) (Entered: 11/02/1998) |
| 12/15/1998 | 11 | JOINT MOTION by plaintiff Jack Daniel's and defendant Amer Family Prod Inc for entry of final judgment by consent (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 12 | FINAL JUDGMENT by consent (Exhibits) (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 13 | MINUTE ORDER of 12/16/98 by Hon. Paul E. Plunkett: Joint motion for entry of final judgment by consent [11-1] is granted. Enter final judgment by consent. terminating case Mailed notice (yap) (Entered: 12/17/1998) |
| 12/16/1998 | 14 | ENTERED JUDGMENT (yap) (Entered: 12/17/1998) |
| 01/05/2010 | 15 | (Court only) MAILED patent report to Patent Trademark Office, Alexandria VA (Mailed certified copy of the Court's Docket - Paper Closing Order not available on Pacer). (cdy, ) (Entered: 01/05/2010) |

JDPI002662



634575

PO-102 (Rev.)
G-1-62

CLASSIFICATION

7 1634575
FILING DATE
08/28/1952
REGISTRATION #
582789

CONTENTS:

*Application* ____ *papers* BRIEFED

1. LETTER                         FEB 3  1963
2. Letters affdt. + add specs        Feb. 11, 1953
3. LETTER                          MAY 20 1953
4. Amdt @      June 1 1953
5. N OFaR      JUL 3  1953
6. N OF A                          OCT 29 1953
7. Reg for N.C.      at 1-56
8. DOM. WE SEC. 8 & 15    DEC 9 - 1999
9. Ren. Pet .     June 20, 1973
10. *Notice of Suit*    March 31, 1980
11. Notice of Suit    July 26, 1982
12. Notice of Suit    Feb 4, 1983
13. Notice of Suit    April 29, 1983
14. Notice of Suit    Jan. 21, '83
15. Ren. Pet.     June 2, 1993
16.  884      7-14-03
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

16—51381-2

JDPI002663



JDPI002664



| | |
|---|---|
| Reg. No. | 582,789 |
| Registered: | Nov, 24, 1953 |
| Act of: | 1946 |
| To: | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| Filing date: | Oct. 1, 1956 |
| Issue certificate to: | Jack Daniel Distillery, Lem Motlow, Prop., Inc., Lynchburg, Tenn., a corp. of Tenn. (1956 corp.) |
| Twenty years from: | Nov. 24, 1953 |

JDPI002665



7-15-93 PS

JDPI002666

NEW CERTIFICATE

SECOND R    JACK DANIEL'S

6340

**REG. No.** 582789

**T.-M. SERIAL No. (Series of 1905)**

634575

TRADE MARKS
CLASS 49. DISTILLED
ALCOHOLIC LIQUORS

**REGISTERED** NOV 24 1953

*Name* _____ JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.

Issued to: Jack Daniel Distillery, Lem Motlow Prop., Inc.,

*of* _____ LYNCHBURG,                    Tenn. Corp.
*State of* _____ TENNESSEE
*For* _____ WHISKEY AND BRANDY            Lynchburg, Tenn.
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 19/56 ISSUED 11/22/56

PRINCIPAL REGISTER    **ACT OF 1946**

*Parts of Application filed*

| | |
|---|---|
| *Statement* _____ | |
| *Verification* _____ | *Application filed complete* |
| *Specimens* _____ | AUG 28 1952 |
| *Drawing* _____ | |
| *Fee* $25.00    37351    AUG. 28-52 | **JUN 20 1973** |
| $25.00 | JUN  2 1993 |
| $300.00 | |

*Examined and passed for publication* Mildred Testur    JUL 1 1953
*Examined for registration* Mildred Testur    OCT 26 1953
*Notice of allowance* _____
*Affidavit, Sec. 8* J. Stricker    *Acknowledged* _____
*Affidavit, Sec. 15* _____    *Acknowledged* _____
*Examined for renewal* _____ Martin H. Marks    *Renewed* 11/24
EXAMINED FOR RENEWAL L. R. Stills Grants    RENEWED L. R. Still  11-24-93
*Representative* _____

*Attorney* _____ JOHN M. ROMMEL    SHINGTON, D. C.
KENYON & KENYON    Ethu C. Brezina
1025 CONNECTICUT AVENUE, N.W.    Harrison St
*Associate Atto* WASHINGTON, DC 20036    60644

*Other data:* Jack Daniel was applicant's
predecessor, now deceased.

*Goods-Services* Whiskey oil oil
Int. Cl. 33

*Applicant claims ownership of registrations* NO'S. 298,102, 323,914 AND OTHERS

*Claims use since* 1875
PUBLISHED IN O. G.

*Claims use in commerce since* 1875
JUL 28 1953

U. S. PATENT OFFICE

4 4 AUG 1993

SEP 19 1973

JDPI002667



JDPI002668



JDPI002669



JDPI002670



JDPI002671



JDPI002672



JDPI002673



JDPI002674



JDPI002675

*Jack Daniel's*

# APPLE BRANDY

Made from ripe apples by the old fashioned slow process of natural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY

## JACK DANIEL DISTILLERY

LEM MOTLOW, PROP., INC.

Lynchburg, -:- Tennessee

## APPLE BRANDY
### 85 Proof

JDPI002676



JDPI002677



# APPLE BRANDY

Made from ripe apples by the old fashioned slow process of natural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY

## JACK DANIEL DISTILLERY

LEM MOTLOW, PROP., INC.

Lynchburg,    -:-    Tennessee

---

## APPLE BRANDY
### 85 Proof

JDPI002678



JDPI002679



# APPLE BRANDY

Made from ripe apples by the old fashioned slow process of natural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY

## JACK DANIEL DISTILLERY

LEM MOTLOW, PROP., INC.

Lynchburg,          -:-          Tennessee

## APPLE BRANDY
### 85 Proof

JDPI002680



# APPLE BRANDY

Made from ripe apples by the old fashioned slow process of natural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY

## JACK DANIEL DISTILLERY

LEM MOTLOW, PROP., INC.

Lynchburg,            -:-            Tennessee

## APPLE BRANDY
### 85 Proof

JDPI002681



JDPI002682



# APPLE BRANDY

Made from ripe apples ' y the old fashioned slow process of ural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY
## JACK DANIEL DISTILLERY
LEM MOTLOW, PROP., INC.

Lynchburg,          -:-          Tennessee

---

## APPLE BRANDY
### 85 Proof

JDPI002683



JDPI002684



JDPI002685



JDPI002686



JDPI002687



JDPI002688



JDPI002689



JDPI002690



JDPI002691



JDPI002692

TRADEMARK ACTION REPORT    PROCESS DATE:  06/29/93    PAGE:  1


SERIAL NUMBER [AM032]:  71/634575    FILING DATE [AM016]:  1952/08/28

EXAMINING ATTORNEY [AM025]:  EXAMINER # NOT PRESENT

LAW OFFICE [AM024]:  NNN
CURRENTLY AN INTENT APPLICATION: NO    FILED AS INTENT APPLICATION: NO
PUBLICATION DATE [AM020]:  NNNN/NN/NN
REGISTRATION NUMBER [AM031]:  0582789    REGISTRATION DATE [AM022]:  1953/11/24
STATUS:    REGISTERED - BACKFILE

MARK [AM028]:  JACK DANIEL'S

MARK DRAWING CODE [AM029]:  (5000)  5511

MARK TYPE:
  Trademark [AM058]

WIPO DESIGN CODE [WP003]:

REGISTER:  Principal [AM086]

AMENDED/REGISTER:  NNNNNN


DATE REGISTER AMND [AM014]:  NNNN/NN/NN

DATE OF LAST RENEWAL [AM126]:  1973/11/24

RENEWAL:  UNKNWN

RE-PUBLISHED SEC 12(C) [AM077]:  NO

DATE PUB SEC 12C [AM021]:  NNNN/NN/NN

SECTION 8 ACCEPTED:  YES


SECTION 15 ACKNOWLEDGED:  YES

CHANGE IN REGISTRATION [AM044]:  NO




PRIME CLASSIFICATION [CL010]:  049

CLASS STATUS:  ACTIVE

JDPI002693

```
TRADEMARK ACTION REPORT        PROCESS DATE:  06/29/93        PAGE:  2

SERIAL NUMBER [AM032]:  71/634575  (CONTINUED)

CLASS STATUS DATE:  1983/03/01

INTL CLASS(ES) [CL003]: 033

US CLASS(ES) [CL005]:   049

DATE OF FIRST USE [CL007]:  1875/00/00

DATE OF FIRST USE IN COMM [CL008]:  1875/00/00

USE IN ANOTHER FORM [AF***0]:

USE IN ANOTHER FORM [AF***1]:

USE IN ANOTHER FORM [AF***2]:

GOODS AND SERVICES [GS****]:  WHISKEY

CERTIFICATION STMT [CS0000]:


ATTORNEY DOCKET NUMBER:       NNNNNNNNNNNN

ATTORNEY [AT0000]:

CORR. NAME/ADDRESS [AM001]:    ?            add

DOMESTIC REP [DR0000]:

AMEND TO A REG/RENEWAL CERT. [A0****]:

CERT. OF CORRECTION OF REG [B0****]:


CONCURRENT USE STMT [CU****]:

DESCRIPTION OF MARK [DM0000]:

DISCLAIMER /PREDETERMINED TEXT [DI0000]:

INTERFERENCE STATEMENT [IN0000]:

LINING AND STIPPLING STATEMENT [LS0000]:

NAME/PORTRAIT DESC. / CONSENT [N00000]:
```

JDPI002694

TRADEMARK ACTION REPORT      PROCESS DATE: 06/29/93      PAGE: 3

SERIAL NUMBER [AM032]: 71/634575 (CONTINUED)

ORDER REST. SCOPE/CLAIM OF REG [OR****]:

SECTION 2(F) [AM078]: NO

SECTION 2(F) IN PART [AM079]: NO

SECTION 2(F) LIMITATION STMNT. [TF0000]:


TRANSLATION OF WORDS IN MARK [TR0000]:

FOREIGN ENTRY NUMBER [FN006]: NNN

FOREIGN COUNTRY OF ORIGIN [FN008]: NO FRGN CNTY CODE

FOREIGN APPL. NUMBER [FN007]: NNNNNNNNNNNN

FOREIGN APPL. FILING DATE [FN001]: NNNN/NN/NN

FOREIGN REG NUMBER [FN009]: NNNNNNNNNNNN

FOREIGN REGISTRATION DATE [FN002]: NNNN/NN/NN

FOREIGN REG. EXPIRATION [FN003]: NNNN/NN/NN

FOREIGN RENEWAL REG NUMBER [FN010]: NNNNNNNNNNNN

FOREIGN REG. RENEWED [FN004]: NNNN/NN/NN

FOREIGN REG. RENEWED EXP [FN005]: NNNN/NN/NN

PRIORITY CLAIMED: NO


PRIOR U.S. REGISTRATION [PR002]: 0298102

PRIOR U.S. REGISTRATION [PR002]: 0323914

PRIOR U.S. REGISTRATION [PR002]: 0394017

PRIOR U.S. REGISTRATION [PR002]: 0394018

PRIOR U.S. REGISTRATION [PR002]: 0441002

PRIOR U.S. REGISTRATION [PR002]: 0513088

JDPI002695

TRADEMARK ACTION REPORT      PROCESS DATE: 06/29/93      PAGE: 4

SERIAL NUMBER [AM032]: 71/634575  (CONTINUED)

ASSIGN. NAME CHANGE [NC9999]:           *add PY43-NC-99*

APPLICANT [PY017]: ORIGINAL REGISTRANT - FIRST NAME

ENTRY NUMBER [PY006]: 01

   NAME [PY014]: JACK DANIEL DISTILLERY, LEM MOTLOW, PROP

       [PY015]: ., INC.

ENTITY TYPE [PY005]: CORPORATION

CITIZENSHIP [PY003]: TENNESSEE

COMPOSED OF [CO****]:

ENTITY STATEMENT [EN****]:

DBA/AKA STATEMENT [DB****]:

ADDRESS [PY001]: NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
       [PY002]: NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN

CITY [PY004]: LYNCHBURG

STATE/COUNTRY [PY019]: TENNESSEE

ZIP CODE [PY020]: NNNNNNNNN

CANCELLATION:

LAST EVENT IN PROSECUTION HISTORY:

                SECTION 9 PAPER FILED

ELEMENTS AMENDED:

ELEMENTS CORRECTED:

ELEMENTS RESTRICTED:

JDPI002696

PTO Form 1963 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S (stylized or with design)

**REGISTRATION NUMBER:** 0582789
**REGISTRATION DATE:** 11/24/1953

The owner, Jack Daniel's Properties, Inc. (by assignment Reel/Frame 1766/0385, page 5), residing at 4040 Civic Center Drive, Suite 528, San Rafael, CA US 94903, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 033, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital photograph of the bottle containing the goods and clearly showing the mark.
Specimen-1

The applicant, hereby appoints David S. Gooder and Christopher C. Larkin of Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, CA USA 94903 to submit this application on behalf of the applicant.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class (es), plus any additional grace period fee, if necessary.

07/15/2003 INTTEAS  00000276 0582789

01 FC:7205        100.00 DA
02 FC:7201        400.00 DA

### Declaration

#### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

#### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

JDPI002697

Combined Declaration of Use In Commerce & Applic　n For Renewal of Registration o...  Page 4 of 4

Signature: /David S. Gooder/   Date: 07/14/2003
Signatory's Name: David S. Gooder
Signatory's Position: Vice President and Chief Trademark Counsel

JDPI002698

## SPECIMEN

**Internet Transmission Date:**
07/14/2003

**International Class:**
033

**Registration Number:**
0582789

**Serial Number:**
71634575



JDPI002699

Combined Declaration of Use In Commerce & Applic    n For Renewal of Registration o...   Page 1 of 4

PTO Form 1963 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | JACK DANIEL'S (stylized or with design) |
| REGISTRATION NUMBER | 0582789 |
| REGISTRATION DATE | 11/24/1953 |
| SERIAL NUMBER | 71634575 |
| OWNER | |
| NAME | Jack Daniel's Properties, Inc. (by assignment Reel/Frame 1766/0385, page 5) |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| ATTORNEY | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| | |

JDPI002700

Combined Declaration of Use In Commerce & Appliction For Renewal of Registration o...   Page 2 of 4

| | |
|---|---|
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 0021 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| GOODS AND/OR SERVICES | |
| INTERNATIONAL CLASS | 033 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | 121541005-14164811352-Jack_Daniel's_Bottle_2001-Photograph-cropped.jpg |
| SPECIMEN DESCRIPTION | Digital photograph of the bottle containing the goods and clearly showing the mark |
| SIGNATURE INFORMATION | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATURE DATE | 07/14/2003 |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY POSITION | Vice President and Chief Trademark Counsel |
| PAYMENT | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| RAM SALE NUMBER | 276 |
| RAM ACCOUNTING DATE | 20030715 |

JDPI002701

**FEE RECORD SHEET**

**Registration Number:**   0582789

**Serial Number:**   71634575

**RAM Sale Number:  276**

**Total Fees:**     $500

**RAM Accounting Date:  20030715**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 07/14/2003 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 07/14/2003 | $400 | 1 | $400 |

JDPI002702

v. 6/90)

**Commissioner of Patents and Trademarks**
**Washington, D.C. 20231**

**REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION REGARDING A PATENT OR**
**TRADEMARK**

FILED
APR 2 9 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court *Central Dist* on the following ☐ Patents or ☒ Trademark

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| SA 97-332 | 4/17/97 | Central CA |

| PLAINTIFF | DEFENDANT |
|---|---|
| JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a Kentucky corporation | THE BRAVO CORPORATION, a California corporation, ONE OFF, INC. d/b/a DIRECT SALES, a California corporation, ANGIE WALTON, an individual d/b/a/ DAILY BREAD, and DOES 1-10 |

GLT (EEx)

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 632,940 | August 14, 1956 | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 2 | 694,656 | March 15, 1960 | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 3 | 1,192,627 | March 23, 1982 | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 4 | 1,758,658 | March 16, 1993 | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 5 | 582,789 | Nov. 24, 1953 | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |

(Cont'd - See attached sheet)

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy**

AO 120 (Rev. 6/90)

| TO:  Commissioner of Patents and Trademarks  Washington, D.C. 20231 | SOLICITOR  AUG 2 8 1995  U.S. PATENT & TRADEMARK OFFICE | REPORT ON THE  FILING OR DETERMINATION OF AN  ACTION REGARDING A PATENT OR  TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court  Central District  on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO.  95-4383 SVW | DATE FILED  6/30/95 | U.S. DISTRICT COURT  Central District of California |
|---|---|---|
| PLAINTIFF  JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a Kentucky corporation | | DEFENDANT  LA VIDA SPORTINGWEAR, INC, a California corp.; LTC & C, INC., a California corp. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 582,789 | 11/24/53 | Jack Daniel Distillery; Lem Motlow Prop., Inc. |
| 2 | 444,537 | 7/31/51 | Jack Daniel Distillery; Lem Motlow Prop., Inc. |
| 3 | 394,017 | 3/17/42 | Jack Daniel Distillery; Lem Motlow Prop., Inc. |
| 4 | 394,018 | 3/17/42 | Jack Daniel Distillery; Lem MOtlow Prop., Inc. |
| 5 | 323,914 | 5/7/35 | Jack Daniel Distillery; Lem MOtlow Prop., Inc. |

SEE ADDENDUM (attached as page 2) FOR MORE TRADEMARKS

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK  FRANK E. GOODROE | (BY) DEPUTY CLERK  MARIA CORTEZ | DATE  AUG 2 1 1995 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy

JDPI002704



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.    **0582789**        SERIAL NO. 71/634575            PAPER NO.
                                                                   MAILING DATE:  **07/19/93**

MARK: **JACK DANIEL'S (STYLIZED)**

REGISTRANT:  **JACK DANIEL DISTILLERY, LEM MOTLOW,**
                      **PROP., INC.**
CORRESPONDENCE ADDRESS:
  **JOHN M. ROMMEL**
  **KENYON & KENYON**
  **1025 CONNECTICUT AVENUE, N.W.**
  **WASHINGTON, DC  20036**

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 9 OF THE TRADEMARK ACT AND 37 CFR SECS. 2.181-2.184.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND RENEWAL HAS BEEN
GRANTED.

CATHERINE HILL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500  EXT. 46

JDPI002705

601-3½

*Tm/r*

*#15*

*Ren. Pat.*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR RENEWAL

(SECTION 9, TRADEMARK ACT OF JULY 5, 1946)



Reg. No.:    582,789

Mark:        JACK DANIEL'S

Int. Cl.:    33

TO:   The Assistant Secretary and
      Commissioner of Patents and Trademarks
      U.S. Department of Commerce
      Patent and Trademark Office
      Washington, D.C. 20231

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.
(A Kentucky corporation)
Lynchburg, Tennessee 37352

The above-identified applicant requests that

Registration No. 582,789, granted on November 24, 1953, which it

now owns, as shown by records in the Patent and Trademark Office,

be renewed in accordance with the provisions of Section 9 of the

Trademark Act of July 5, 1946.

The renewal fee is presented herewith.

POWER OF ATTORNEY

Applicant hereby appoints, both jointly and severally,

John M. Rommel, Richard G. Kline and Edward T. Colbert, all

members of the bar of the Supreme Court of the United States and

practicing under the firm name and style of Kenyon & Kenyon, its

attorneys, with full power of substitution and revocation, to

file this application for renewal, to transact all business in

the Patent and Trademark Office in connection therewith, and to

receive all communications and notices relative thereto.  Send

CS14053  06/07/93  0582789         11-0600  140  365     300.00CH

JDPI002706



KENYON & KENYON
1025 CONNECTICUT AVENUE, N W
WASHINGTON, D C, 20036

Specimens
Renewal
Application
Trademark
Registration
No. 582, 789

JDPI002707



JDPI002708



JDPI002709



JDPI002710



JDPI002711

correspondence to Kenyon & Kenyon, 1025 Connecticut Avenue, N.W., Washington, D.C. 20036.

<u>DECLARATION</u>

The undersigned, Garrison R. Cox, states that he is Secretary of applicant corporation; that he is authorized as such officer to make this declaration; that applicant corporation owns Registration no. 582,789; that the mark shown therein is in bona fide use in the ordinary course of trade in interstate commerce in connection with WHISKEY, as recited in the registration, the attached specimens showing the mark as currently used; that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application or any resulting registration.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.

By _Garrison R. Cox_____
Garrison R. Cox
Secretary

Dated: _May 27, 1993_

2

JDPI002712

WU 904172 KENYON WSH
I.T.T. 440

**MAIL ROOM**
86 JUN 2 1993
PAT. & TRADEMARK OF.

LAW OFFICES OF

## KENYON & KENYON

1025 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036
(202) 429-1776
═

NEW YORK OFFICE
ONE BROADWAY
NEW YORK, N.Y. 10004
(212) 425-7200

GI/II/III DEX 7800 (202) 429-0796
CABLE: AMAXIA WASHINGTON, DC

June 2, 1993

Assistant Secretary and
Commissioner of Patents and Trademarks
U.S. Department of Commerce
Patent and Trademark Office
Washington, D.C. 20231

        Re:   Trademark Registration No. 582,789
               Registrant:  Jack Daniel Distillery,
                          Lem Motlow, Prop., Inc.
               Issued:     November 24, 1953
               Mark:       JACK DANIEL'S
               Our File No. 601-00037

Sir:

     Filed herewith is an Application for Renewal of the
above-identified registration.  Please charge the fee of $300.00,
as well as any additional fees that may be required, to deposit
account No. 11-0600.  A copy of this letter is enclosed for that
purpose.

                  Respectfully submitted,

                  John M. Rommel

JMR:af

Enclosures

JDPI002713

582,789

FEB 4 1982

PATENT AND TRADEMARK OFFICE

United States District Court

for the

EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

COMMISSIONER OF PATENTS,        Knoxville
                Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 1st        day of    February      , 19 82, in this court an action, No. 3-82-56    , entitled: JACK DANIELS DISTILLERS, LEM

Name    MOTLOW, PROP. INC.                                          , Plaintiff,

Address Lynchburgh TN

                        versus

Name    HERBERT REAGAN, d/b/a TRAMWAY CAMERA CENTER ET AL    , Defendant,

Address   Gatlinburg, TN

brought upon the following patents:

|  | PATENT NO. | DATE OF PATENT / unknown | PATENTEE |
|---|---|---|---|
| 1 | 42663, 44460, | unknown | Jack Daniel Distillery, Lem Motlow, |
| 2 | 298102, 323914, | " | Prop., Inc. |
| 3 | 394017, 394018, | " |  |
| 4 | 441002 & 582789 | " |  |
| 5 |  |  |  |

In the above-entitled case, on the            day of            , 19    , the following patents have been included by                              (insert amendment, answer, cross bill, or other pleading):

|  | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

In the above-entitled case the following decision has been rendered or judgment issued:

KARL D. SAULPAW, JR.

                                    Clerk.

Date _____, 19 __    By _Jean Smith_____
                                    Deputy Clerk.

JDPI002714

58278

AO Form 120 (Rev. Oct. 1964)

In Re Patents

# United States District Court

## for the
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

SIR:     . COMMISSIONER OF PATENTS AND TRADEMARKS
         Washington, D.C. 20231

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the     21st     **day** of     January     , 19 83 , in this

court an action, No. 83-6050-Civ-NCR, entitled:

**Name**     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.     , **Plaintiff,**

**Address**     Lynch Hardware and General Store
               Lynchburg, Tennessee
                                              *versus*

**Name**     THREE GUYS DISTRIBUTING, INC.     , **Defendant,**

**Address**   Davie, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 42663 | NOT GIVEN | JACK DANIEL DISTILLERY |
| 1. 44460 | " | " |
| 2. 298102 | " | " |
| 323914 | " | " |
| 3. 394017 | " | " |
| 4. 394018 | " | " |
| 441002 | " | " |
| 5. 582789 | " | " |

In the above-entitled case, on the          day of          , 19   , the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH

_____
                                              *Clerk.*

Date _____ January 25 _____, 19 83          By _____
                                                      *Deputy Clerk.*

AO Form 120 (Rev. Oct. 1954)

In Re Patents

582,789

# United States District Court

## for the

### SOUTHERN DISTRICT OF FLORIDA

Miami

LAW LIBRARY

NOV 9 1983

PATENT AND TRADEMARK OFFICE,

COMMISSIONER OF PATENTS,
      Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the      26th      day of      July      , 19 82 , in this court an action, No. 82-1570-CIV-WMH, entitled:

Name    JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.                , Plaintiff,

Address  LYNCHBURGH, TENNESSEE

*versus*

Name    SUPERSAVE SOUVENIRS, INC.                          , Defendant,

Address  MIAMI BEACH, FLORIDA

brought upon the following patents:

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2 | 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3 | 394017 and 394018 | | |
| 4 | 441002 and 582789 | | |
| 5 | | | |

In the above-entitled case, on the                day of                , 19    , the following patents have been included by                          (insert amendment, answer, cross bill, or other pleading) :

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case the following decision has been rendered or judgment issued :

      See attached

Robert M. March

Clerk.

Date  July 28, 1982        By _____

Deputy Clerk.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1570-CIV-JLK

JACK DANIEL DISTILLERY, LEM )
MOTLOW, PROP., INC. )
              )
        Plaintiff, )
              )
vs. )
              )
SUPERSAVE SOUVENIRS, INC. )
a Florida corporation, )
              )
        Defendant. )
              )
_____ )

REC'D by ___ D.C.
OCT 17 1983
ROBERT M. MARCH
CLERK, U.S. DIST. CT.
S.D. OF FL. - MIAMI

FINAL CONSENT
INJUNCTION AND JUDGMENT

FILED by ___ D.
OCT 18 1983

        This cause came before the Court by stipulation of the
plaintiff, Jack Daniel Distillery, Lem Motlow, Prop., Inc., and
defendant, Supersave Souvenirs, Inc. ("Supersave") and upon
their joint motion for entry of a final consent injunction and
judgment.  The Court has considered the stipulation and the
motion, and is fully advised in the premises.  After due
consideration, the Court finds:

        1.   At the time this lawsuit was filed, plaintiff,
Jack Daniel Distillery, Lem Motlow, Prop., Inc., was the owner
of the trademarks JACK DANIEL, OLD NUMBER 7, JACK DANIELS, and
JACK DANIELS NUMBER 7 and MEDALS, and owned United States
Trademark Registration Nos. 42663; 44460; 298102; 323914;
444537; 394017; 394018; 441002; and 582789 for trademarks; and
said trademarks and registrations were valid and in full force
and effect and belonged exclusively to plaintiff.

JDPI002717

2.    As used herein, the term "trademarks in issue" means United States Trademark Registration Nos. 42663; 44460; 298102; 323914; 444537; 394017; 394018; 441002; and 582789 for trademarks, regardless of whether these trademarks are owned by plaintiff or plaintiff's successors and assigns.

3. Plaintiff took all steps required by law to protect these trademarks and to provide notice to the public that only plaintiff was the owner of these trademarks.

4.    Plaintiff widely used and extensively advertised and promoted these trademarks for distilled alcoholic liquors, and has marketed and licensed others to market memorabilia, nostalgia and reproduction items which embody these trademarks. These trademarks have become well and favorably known to the purchasing public of Florida and elsewhere in the United States, and have acquired secondary meaning as symbols of plaintiff, and its successors and assigns, their business and products, and of the extensive and valuable goodwill which they have created and enjoy.

5.    Defendant Supersave has, without the consent of plaintiff, or its successors and assigns, used these trademarks on and in connection with the sale, offering for sale, and distribution of T-Shirts, T-Shirt transfer decals, and/or other memorabilia items.  Such use is likely to cause confusion, mistake and deception with respect to the trademarks in issue. By such acts, defendant Supersave has infringed upon plaintiff's rights in and to its registered and common-law trademarks.

JDPI002718

6.    Defendant Supersave has, by the acts set forth in paragraph 5 above, falsely designated and represented its goods, competed unfairly with plaintiff and its successors and assigns, injured the business reputation of plaintiff and its successors and assigns, and diluted the distinctive quality of the trademarks in issue.

NOW, THEREFORE, IT IS HEREBY

ORDERED and ADJUDGED that the Court has jurisdiction over the parties and over the subject matter of this action; and venue is proper in this judicial district; and further, the Court shall retain jurisdiction over this action and over the parties for purposes of enforcing and addressing all matters arising in connection with this Final Consent Injunction and Judgment.  It is further

ORDERED and ADJUDGED that the joint motion of plaintiff and defendant Supersave be and the same is hereby granted and their stipulation be and the same is hereby approved and ratified.  It is further

ORDERED and ADJUDGED that the terms of this Final Consent Injunction and Judgment are binding upon, and inure to the benefit of, not only the plaintiff and defendant Supersave but also their successors and assigns.  It is further

ORDERED and ADJUDGED that the plaintiff's claim against defendant Supersave is hereby severed from the plaintiff's claims against the other defendants, which claims remain intact.  It is further

-3-

ORDERED and ADJUDGED that defendant Supersave and its directors, officers, agents, servants, employees, and those persons in active concert or participation with them, are permanently enjoined from committing the following acts:

(a) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks in any manner, on any goods or in connection with the manufacture, procurement, sale, offering for sale, distribution, or advertising of any goods;

(b) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks, on any printed material (including stationery, advertisements, catalogs and promotional material) in connection with any business office or business activity;

(c) taking any action or making any statements or representations, express or implied, in connection with the promotion, advertising, or sale of goods that such goods have been approved, endorsed, or licensed by plaintiff, its successors or assigns;

(d) taking any action or making any statements or representations, express or implied, which would suggest to the public that there is any sponsorship, affiliation, business association, connection, or relationship, between the defendant and plaintiff, its successors or assigns;

(e) competing unfairly with plaintiff, or its successors and assigns, in any manner, or taking advantage of the goodwill and reputation of plaintiff or its successors and assigns; and

(f) injuring the business reputation of plaintiff, or its successors and assigns, or diluting the quality of the trademarks in issue.

It is further

-4-

ORDERED and ADJUDGED that Supersave shall deliver forthwith, at its own expense, to plaintiff all the following materials and/or things:

    (a)   all goods and things bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

    (b)   all printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

    (c)   all plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks.

It is further

ORDERED and ADJUDGED that defendant Supersave shall report to plaintiff, and identify for it, immediately upon learning of them, all persons and entities (other than plaintiff), who manufacture, distribute, sell, offer for sale, or deal in, any one or more of the following materials and/or things:

    (a)   goods or things bearing any of the trademarks in issue, or any name or mark similar to these trademarks,

    (b)   printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks, and

    (c)   plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks, as defendant becomes aware of them.  Finally, it is

JDPI002721

ORDERED and ADJUDGED that each party shall bear its own costs, expenses, and attorney's fees.

DONE and ORDERED in the Southern District of Florida at Miami, Dade County, Florida, this _19_ day of October, 1983.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

-6-

JDPI002722

## STIPULATION

PLAINTIFF AND SUPERSAVE SOUVENIRS, INC. HEREBY STIPULATE that the foregoing Final Consent Injunction and Judgment may be presented to the Court for approval and, when approved and signed by the Court, may be entered herein, all without further notice, and each party waives all right to seek review by appeal or otherwise therefrom.

MORTON B. ZEMEL, ESQUIRE
Attorney for Defendant
Suite 111
16666 N.E. 19th Avenue
N. Miami Beach, Florida  33162
Telephone:  (305) 949-4237

By _____
    Morton B. Zemel, Esquire

Conformed copies to:

Morton B. Zemel, Esquire
Gary T. Stiphany. Esquire

STEEL HECTOR & DAVIS
Attorneys for Plaintiff
1400 Southeast Bank Building
Miami, Florida  33131
Telephone:  (305) 577-2934

By _____
    Gary T. Stiphany

-7-

AO 120—
(Rev. 10/54)

582,789

In Re Patents TRADEMARKS

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

LAW LIBRARY

AUG 31 1982

PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS TRADEMARKS
Washington 25, D. C.

Miami

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the    26    day of    July    , 19 82 , in this court an action, No.    82-1572-CIV-JE entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    ROBERTS WESTERN WEAR, INC.    , Defendant,

Address    5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| | PATENT NO. | NAME OF DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663, 394018 | JACK DANIEL | PLTF |
| 2 | 44460, 441002 | OLD NUMBER 7 | " |
| 3 | 298102, 582789 | JACK DANIELS | " |
| 4 | 323914 | JACK DANIELS NUMBER 7 | " |
| 5 | 394017 | MEDALS | " |

In the above-entitled case, on the    day of    , 19    , the following patents have been included by    (insert amendment, answer, cross bill, or other pleading) :

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Notice of Voluntary Dismissal, 8/12/82, by plaintiff.

JOSEPH I. BOGART

Clerk.

Date    august 12 July 28    , 19 82    By    M. P. Wilkinson
Deputy Clerk.

JDPI002724

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1572-Civ-JE

JACK DANIEL DISTILLERY,          :
LEM MOTLOW, PROP., INC.
                                 :
        Plaintiff,
                                 :

                                 :

v.                               :

                                 :

ROBERTS WESTERN WEAR, INC.,      :
a Florida corporation,
                                 :
        Defendant.
                                 :

FILED BY_____ DC

'82 AUG 12 PH 3 45

JOSEPH I BOGART
CLERK US DIST. CT.
S.D. FLA.-MIAMI

## NOTICE OF VOLUNTARY DISMISSAL

        Notice is hereby given that Plaintiff, Jack Daniel

Distillery, Lem Motlow, Prop., Inc., dismisses this action

pursuant to Federal Rule of Civil Procedure 41(a)(1).

                      STEEL HECTOR & DAVIS
                      1400 Southeast Bank Building
                      Miami, Florida 33131
                      Attorneys for Plaintiff
                      Telephone: 577-2877

                      By_____
                         Joseph P. Klock, Jr.

        I HEREBY CERTIFY that a true copy of the foregoing

Notice of Voluntary Dismissal was mailed to the plaintiff

c/o Murray Smith, 5857 Sunset Drive, South Miami, Florida

33143 this 12th day of August, 1982.

JDPI002725

AO Form 120 (Rev. Oct. 1954)

582,789
In Re : &me ADE
MARKS

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

LAW LIBRARY

COMMISSIONER OF PATENTS, Trademarks    Miami
Washington 25, D. C.

AUG 4 1982

SIR:

PATENT AND TRADEMARK OFFICE

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19 82 , in this

court an action, No. 82-1565-CIV-JLK , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lunchburg, Tennessee

*versus*

Name    ANDY'S ISLAND, INC.    , Defendant,

Address    1920 N. W. 207th Street
North Miami Beach, Florida
brought upon the following patents:

| PATENT NO. TRADEMARK | DATE OF PATENT TRADEMARK | PATENTEE |
|---|---|---|
| 42663 | Date Unknown | JACK DANIEL |
| 1. 44460 | | OLD NUMBER 7 |
| 2. 298102 | | JACK DANIELS |
| 323914 | | JACK DANIELS NUMBER 7 |
| 3. 394017 | | MEDALS |
| 4. 394018 | | |
| 441002 | | |
| 5. 582789 | | |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

Clerk.

Date    August 2    , 19 82    By    M. P. Wilkinson    ,

Deputy Clerk.

℮

JDPI002726

582,187

AO Form 120 (Rev. Oct. 1954)

In Re Patents

# United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

Miami

JUL 30  3 41 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the          26th     day of     July          , 19 82 , in this

court an action, No. 82-1568-CIV-WMH, entitled:

Name   Jack Daniel Distillery, Lem Motlow, Prop., Inc.                    , Plaintiff,

Address   Lynchburgh, Tennessee

*versus*

Name   SUNSHINE UN ISEX BOUTIQUE, INC. A/K/A CUSTOM T-SHIRTS.          , Defendant,

Address   NORTH MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3 394017 and 394018 | | |
| 4 441002 and 582789 | | |
| 5 | | |

In the above-entitled case, on the                  day of              , 19    , the

following patents have been included by                              (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Joseph L. Bogart

                                                                Clerk.

Date  July 28    , 19 82       By  Carmen Senturge
                                                          Deputy Clerk.

JDPI002727

582,789

AO 120
(Rev. 10/54)

In Re Pat___s Trademarks

# United States District Court

### for the

JUN 30    3 42 PM '82

SOUTHERN DISTRICT OF FLORIDA    U.S. PATENT
AND
Miami    TRADEMARK OFFICE

COMMISSIONER OF PATENTS, TRADEMARKS
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19  82 in this

court an action, No. 82-1566-CIV-JE  , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    JOY SILK SCREEN PRODUCTS, INC.    , Defendant,

Address    Not Indicated

brought upon the following patents:

| Trademark PATENT NO. | Number of Trademark DATE OF PATENT | | Agent PATENTEE |
|---|---|---|---|
| 1. JACK DANIEL | 42663 | 394018 | Pltf |
| 2. OLD NUMBER 7 | 44460 | 441002 | " |
| 3. JACK DANIELS | 298102 | 582789 | " |
| 4. JACK DANIELS NUMBER 7 | 323914 | | " |
| 5. MEDALS | 394017 | | " |

In the above-entitled case, on the    day of    , 19  , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH L. BOGART    ,
*Clerk.*

Date    July 28    , 19 82    By    M. P. Wilkerson    ,
*Deputy Clerk.*

JDPI002728

582,789

AO 120
(Rev. 10/54)

In Re PAE___ TRADEMARKS

## United States District Court

for the

SOUTHERN DISTRICT OF FLORIDA

Miami

COMMISSIONER OF PATENTS TRADEMARKS
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26    day of    July    , 19 82, in this

court an action, No.    82-1572-CIV-JE entitled:

**Name**    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

**Address**    Lynchburg, Tennessee

*versus*

**Name**    ROBERTS WESTERN WEAR, INC.    , Defendant,

**Address**    5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| PATENT NO. | NAME OF DATE OF PATENT | PATENTEE |
|------------|------------------------|----------|
| 1. 42663, 394018 | JACK DANIEL | PLTF |
| 2. 44460, 441002 | OLD NUMBER 7 | " |
| 3. 298102, 582789 | JACK DANIELS | " |
| 4. 323914 | JACK DANIELS NUMBER 7 | " |
| 5. 394017 | MEDALS | " |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|------------|----------------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

*Clerk.*

Date    July 28    , 19 82    By    M. P. Wilkinson    ,
*Deputy Clerk.*

JDPI002729

582,789

AO Form 120 (Rev. Oct. 1954)

In Re Patents

# United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

Miami

COMMISSIONER OF PATENTS,
    Washington 25, D. C.

U. S. PATENT
TRADEMARK OFFICE

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19 82 , in this

court an action, No. 82-1570-CIV-WMH , entitled:

Name    JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    LYNCHBURGH, TENNESSEE

*versus*

Name    SUPERSAVE SOUVENIRS, INC.    , Defendant,

Address    MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2. 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3. 394017 and 394018 | | |
| 4. 441002 and 582789 | | |
| 5. | | |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph L. Bogart

Clerk.

Date July 28, 1982    By Carmen Fontana

Deputy Clerk.

JDPI002730

AO 120
(Rev. 10/54)

In Re Patents TRADEMARKS

582.789

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

COMMISSIONER OF PATENTS, TRADEMARKS
Washington 25, D. C.

Miami

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26    day of    July    , 19 82, in this

court an action, No. 82-1569-CIV-SMA, entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    YONI YAAKOV d/b/a YON'S SPORTSWEAR    , Defendant,

Address    177 Sunny Isles Boulevard, Miami, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | DATE OF PATENT | TRADEMARK # | PATENTEE AGENT |
|---|---|---|---|
| 1. JACK DANIEL OLD NUMBER 7 | 42663, 394018 | | PLTF |
| 2. | 44460, 441002 | | " |
| 3. JACK DANIELS | 298102, 582789 | | " |
| 4. JACK DANIELS NUMBER 7 | 323914 | | " |
| 5. MEDALS | 394017 | | |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

JOSEPH I. BOGART

Clerk.

Date    July 28    , 19 82    By    M. P. Wilkerson    ,

Deputy Clerk.

582,789

AO.120
(Rev. 10/54)

In Re Patents

## United States District Court

### for the

JUL 30   3 47 PH '82

SOUTHERN DISTRICT OF FLORIDA

Ft. Lauderdale  TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
      Washington 25, D. C.

SIR:

   In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the      26th      day of      JULY      , 19 82 , in this

court an action, No.  82-6490-Civ-JAG, entitled:

Name      JACK DANIEL DISTILLERY          ATTY:   JOSEPH P. KLOCK, JR., ESQ. Plaintiff,
                                                  STEEL HECTOR & DAVIS
Address                                           1400 SE Bank Bldg.
                                                  Miami, Florida 33131

                                    versus

Name      KENY, INC.                                              , Defendant,

Address   3132 N.E. 9th Street
          Fort Lauderdale, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | DATE OF PATENT | TRADEMARKEE PATENTEE |
|---|---|---|
| 42663 | NO DATE GIVEN | JACK DANIEL DISTILLERY |
| 1 44460 | " | " |
| 2 298102 | " | " |
| 323914 | " | " |
| 3 394017 | " | " |
| 394018 | " | " |
| 4 441002 | " | " |
| 5 582789 | " | |

   In the above-entitled case, on the           day of           , 19    , the

following patents have been included by                          (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

   In the above-entitled case the following decision has been rendered or judgment issued:

                                        JOSEPH I. BOGART
                                                              Clerk.

Date      July 27, 1982 , 19          By                         ,
                                                              Deputy Clerk.

JDPI002732

582,789

AO 120
(Rev. 10/54)

In Re Patents

## United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

JUL 30    3 47 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

Ft Lauderdale

COMMISSIONER OF PATENTS,
        Washington 25, D. C.

SIR:

   In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        26th        day of        JULY        , 19 82 , in this

court an action, No. 82-6491-Civ-JAG, entitled:

Name        JACK DANIEL DISTILLERY        ATTY:    JOSEPH P. KLOCK, JR., ESQ., Plaintiff,
                                                                                STEEL HECTOR & DAVIS
Address                                                                         1400 SE Bank Bldg.
                                                                                Miami, Florida 33131
                                        versus

Name        CASUAL-AIRE CLOTHING, INC.                                          , Defendant,

Address    Fort Lauderdale, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | DATE OF TRADEMARK PATENT | TRADEMARK PATENTEE |
|---|---|---|
| 42663 | NO DATE GIVEN | JACK DANIEL DISTILLERY |
| 1. 44460 | " | " |
| 2. 298102 | " | " |
| 323914 | " | " |
| 3. 394017 | " | " |
| 4. 394018 | " | " |
| 441002 | " | " |
| 5. 582789 | " | " |

   In the above-entitled case, on the        day of        , 19    , the

following patents have been included by        (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

   In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
                                                                Clerk.

Date        July 28        , 1982        By    Noretta Greenberg
                                                                Deputy Clerk.

JDPI002733

582-789

AO Form 120 (Rev. Oct. 1954)

In Re Patents

# United States District Court

### for the

THE SOUTHERN DISTRICT OF FLORIDA

Miami

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the         26         day of     July                    , 19 82 , in this

court an action, No. 82-1571-CIV-EPS , entitled:

Name   Jack Daniels, Lem Motlow, Prop, Inc.                                    , Plaintiff,

Address   Lynnchburg, Tennessee

*versus*

Name   Tops Plus, Inc.                                                         , Defendant,

Address Miami, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 42663, 44460 | | JACK DANIEL, OLD NUMBER 7, JACK DANIELS AND |
| 2 298102, 323914 | | JACK DANIELS NUMBER 7 and MEDALS. |
| 3 394017, 394018 | | |
| 4 441002, 582789 | | |
| 5 | | |

In the above-entitled case, on the                     day of                  , 19    , the

following patents have been included by                                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Joseph L. Bogart

                                                                  Clerk.

Date  July 27 , 1982.        By _____
                                                          Deputy Clerk.

JDPI002734

AO Form 120 (Rev. Oct. 1954)

582,789

TRADEMARK
In Re Patents

# United States District Court

## for the

JUL 28   5 28 PM '82   THE SOUTHERN DISTRICT OF FLORIDA

U.S. PATENT        _Miami_

COMMISSIONER OF PATENTS,
Washington 25, D.C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the         26         day of    July           , 19 82 , in this

court an action, No. 82–1567–CIV–EPS , entitled:

Name    JACK DANIEL DISTILLERY                                      , Plaintiff,

Address    LYNCHBURG, TENNESSEE

_versus_

Name    PATHMAN'S SPORT CENTER, INC.                               , Defendant,

Address    MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | | DATE OF PATENT | PATENTEE  TRADEMARK |
|---|---|---|---|
| 1 | 42663   394018 | | Jack Daniel, Old Number 7, Jack Daniels and |
| 2 | 44460   441002 | | Jack Daniels Number 7, and Medals. |
| 3 | 298102  582789 | | |
| 4 | 323914 | | |
| 5 | 394017 | | |

In the above-entitled case, on the             day of             , 19     , the

following patents have been included by                          (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph L. Bogan

                                                        _____
                                                                    Clerk.

Date  July 27    , 19 82          By  Carmen Santiago        ,
                                                          _Deputy Clerk._

582,789

In Re Patents

AO Form 120 (Rev Oct. 1954)

# United States District Court

## for the

Aug 5  3 57 PM '82

SOUTHERN DISTRICT OF FLORIDA

U.S. PATENT

AND

W. Palm Beach TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19 82 , in this

court an action, No. 82-6488-CIV-JCP , entitled:

Name  JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.                    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    N. S. LALWANI d/b/a CHESHIRE CAT                    , Defendant,

Address    Ft. Lauderdale, Florida

brought upon the following patents:

| PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., INC. |
| 2. 44460 | "    " | " |
| 3. 298102 | "    " | " |
| 4. 323914 | "    " | " |
| 5. 394017 | "    " | " |

(See Con'd list att.)

In the above-entitled case, on the                day of                , 19    , the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 394018 | | |
| 2. 441002 | | |
| 3. 582789 | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I, BOGART
                                                    ,
                                                Clerk.

Date  August 2            , 19 82    By                    ,
                                            Deputy Clerk.

•

JDPI002736

PATENTS CONTINUED:   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.  VS.
N. S. LALWANI d/b/a CHESHIRE CAT, 82-6488-CIV-JCP

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 6.   394018 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7    441002 | " | " |
| 8    582789 | " | " |

JDPI002737

582,789

In Re Patents

AO Form 120 (Rev. Oct. 1954)

# United States District Court

## for the

### SOUTHERN DISTRICT OF FLORIDA

W. Palm Beach

U.S. PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 26th day of July , 19 82 , in this court an action, No. 82-6489-CIV-JCP , entitled:

Name   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.   , Plaintiff,

Address   Lynchburg, Tennessee

*versus*

Name   REFAEL JAMAL d/b/a B & R T-SHIRT FACTORY   , Defendant,

Address   Fort Lauderdale, Florida

brought upon the following patents:

| PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop.,Inc. |
| 2. 44460 | " | " |
| 3. 298102 | " | " |
| 4. 323914 | " | " |
| 5. 394017 | " | " |

(See Con'd list att.)

In the above-entitled case, on the            day of            , 19      , the following patents have been included by                        (insert amendment, answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 394,018 | | |
| 2. 441,002 | | |
| 3. 582,789 | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

JOSEPH I. BOGART
Clerk.

Date   August 2      , 19 82          By                        Deputy Clerk.

JDPI002738

PATENTS CONTINUED:   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.  VS,
REFAEL JAMAL d/b/a B & R T-SHIRT FACTORY, 82-6489-CIV-JCP

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 6.   394018 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7    441002 | " | " |
| 8    582789 | " | " |

JDPI002739

582,989

AO Form 130 (Rev. Oct. 1954)

In Re Patents

# United States District Court

### for the
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

SIR:  . COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        4th           day of       February            , 19 83 , in this

court an action, No. 83-6092-Civ-NCR , entitled:

**Name**          JACK DANIEL DISTILLERY, LEM MOTLOW, PROP, INC.                , **Plaintiff,**

**Address**       Lynchburg, Tennessee

*versus*

**Name**          F. M. EXPRESSIONS UNLIMITED, INC.                          , **Defendant,**

**Address**       Ft. Lauderdale, FL

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 42663 | NOT GIVEN | JACK DANIELS, etc. |
| 2 44460 | '' | '' |
| 298102 | '' | |
| 3 323914 | '' | '' |
| 4 394017 | '' | '' |
| 394018 | '' | '' |
| 5 441002 | | |
| 582789 | '' | |

In the above-entitled case, on the              day of              , 19     , the

following patents have been included by                                   (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH
                                                    **Clerk.**

Date ........ February 11 , 19 83        By ................................................
                                                    Deputy Clerk.

JDPI002740

IN RE TRADEMARKS

582,789

✝

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami

**LAW LIBRARY**

COMMISSIONER OF TRADEMARKS
WASHINGTON, D.C.

MAY 6 1983

SIR:

**PATENT AND TRADEMARK OFFICE**

In compliance with the Act of July 19, 1952 (66 Stat. 814;
35 U.S.C. 290) you are advised that there was filed on the
29th day of April , 19 83, in this court an
action, Number 83-1085-CIV-ALH , entitled:

NAME     Jack Daniel Distillery, Lem Motlow, Prop., Inc.     , Plaintiff,
ADDRESS

versus

NAME     Dude City Western Wear, Inc. a Fla. Corp.     , Defendant,
ADDRESS

brought upon the following trademarks,

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1  42663,44460,298102 | | Jack Daniel Distillery, Lem |
| 2  323914,394017,394018 | | Motlow, Prop., Inc. |
| 3  & 582789 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, on the _____ day of _____ ,
19    , the following trademarks have been included by
(insert amendment, answer, cross bill, or other pleadings):

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered
or judgment issued:

ROBERT M. MARCH, CLERK

DATE    4/29/83

BY _____
Deputy Clerk

JDPI002741

58278

AO Form 119 (Rev. Oct. 1954)

In Re Patents

# United States District Court

### for the
C D of Calif .
L. A.

**LAW LIBRARY**

APR 9 1980

U.S. PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
        Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the        31th        day of        March        , 1980 , in this court an action, No. 80  01258        , entitled:

Name  JACK DANIEL DISTILLERY, LEM MOSTLO, PROP., INC.                    , Plaintiff,

Address  Lynchburg, Tennessee

*versus*

Name  JAMES GILE AND COMPANY, INC. and JAMES GILE                    , Defendant,

Address  2427 East 14th Street, Los Angeles, California

brought upon the following ~~patents~~ trademarks:

| PATENT NO. Trademark | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1  42,663 | | Jack Daniel Distillery |
| 2  44,460 | | Jack Daniel Distillery |
| 3  298,102 | | Jack Daniel Distillery |
| 4  323,914 | | Jack Daniel Distillery |
| 5  394,013  441,802 | | Jack Daniel Distillery  Jack Daniel Distillery |
|    582,789 | | Jack Daniel Distillery |

In the above-entitled case, on the                    day of                    , 19        , the following patents have been included by                    (insert amendment, answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Edward M. Kritzman

*Clerk.*

2 APR 1980

Date _____, 19____

By  *Janice C Deal*

*Deputy Clerk.*

JDPI002742

#9

JUN 20 1973 —23

25.00-202-TM/R



## APPLICATION FOR RENEWAL

MARK:    "JACK DANIEL'S"

REG. NO.  582,789

CLASS:    49

TO THE COMMISSIONER OF PATENTS:

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., is a corporation organized and existing under the laws of the State of Tennessee, and has its principal office and place of business at Lynchburg, Tennessee,

The above identified registrant requests that Registration No. 582,789 granted to it on November 24, 1953, which said JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., now owns, be renewed in accordance with the provisions of Section 9 of the Act of July 5, 1946.

Said corporation has continued use in interstate commerce of said mark for

whiskey,

and specimen labels bearing said mark and currently used for the foregoing are attached hereto.

The renewal fee is presented herewith.

## POWER OF ATTORNEY

The undersigned hereby appoints John F. Brezina, Reg. No. 13,122, and John C. Brezina, Reg. No. 18,536, Attorneys-at-Law, of 5410 West Harrison Street, Chicago, Illinois 60644, its attorneys, to prosecute this application for renewal,

06/28/73 0582789        2 202    25.00CK

JDPI002743



JDPI002744

to transact all business in the Patent Office in connection therewith, and to receive the Certificate of Renewal.

STATE OF TENNESSEE )
                   ) SS.
COUNTY OF MOORE    )

      GRADDY C. RICHARD, being duly sworn, states that JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., owns Registration No. 582,789, and that the mark shown therein is in use in interstate commerce on the goods as recited in said Registration No. 582,789, the attached specimens showing the mark as currently used.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.

By *Graddy C. Richard*

   Its Vice-President

SUBSCRIBED AND SWORN TO BEFORE ME this 31st day of May, 1973.

*Thomas R Beam*
      Notary Public

- 2 -

JDPI002745

JUN 20 1973 —23

**BREZINA AND BUCKINGHAM**
REGISTERED PATENT LAWYERS
ATTORNEYS AT LAW
5410 WEST HARRISON STREET
CHICAGO, ILL. 60644
PHONE 378-1515

JOHN F. BREZINA
JOHN CHARLES BREZINA

U. S. & FOREIGN TRADE MARKS
PATENTS, COPYRIGHTS AND
UNFAIR TRADE PRACTICE
LOOP OFFICE
33 N. DEARBORN STREET
CHICAGO, ILL. 60602

June 18, 1973

Commissioner of Patents
Washington, D.C.  20231

Dear Sir:

Please file the enclosed Application for Renewal
of Reg. No. 582,789, Trade Mark "JACK DANIEL'S", Class 49,
for owner as listed therein.

Specimen label is attached, along with filing fee
check in the amount of $25.00.

Please issue usual receipt.

Very respectfully,

John F. Brezina

JFB:mf
Encls.

JDPI002746

REGISTRATION NO.                              ISSUED
**582,789**                                   **NOV. 24, 1953**

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED
BY   **JACK DANIEL DISTILLERY, LEM-MOTLOW, PROP., INC.**      **MRN**

ON   **DEC. 9, 1958**

[X] SEC. 8 - AFFIDAVIT ACCEPTED
[X] SEC. 15 - AFFIDAVIT FILED
BY DIRECTION OF THE COMMISSIONER

**JAN 13 1959**
                                        DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM POL-136 A         **CHAUNCEY P. CARTER**
7-57                   **4400 KLINGLE STREET**
                       **WASHINGTON, D. C.**
AFFIDAVIT
ACKNOWLEDGMENT

U. S. DEPARTMENT OF COMMERCE - PATENT OFFICE

JDPI002747



$1.00- 3 3 5 -

DEC·-9·58    6 4 0 3 8    A···CK 5...    1.00

CHAUNCEY P. CARTER
ATTORNEY AT LAW
4400 KLINGLE STREET
WASHINGTON 16, D. C.

December 8,    1958

Hon. Commissioner of Patents:

In the matter of the TRADEMARK        Registration        of

Jack Daniel Distillery, Lem Motlow, Prop., Inc..

No.582,789

Herewith affidavit under Sections 8 and 15; also fee of $1.00.

Kindly make required title search.

Respectfully,

Attorney

JDPI002748

"JACK DANIEL'S"



#8

### In The Patent Office
### 1946 Trademark Act
Affidavit under Sec. 8 and/or Sec. 15

State of Tennessee

County of Moore

} ss:

deposes and says that  he is                       Reagor Motlow,      being duly sworn,
of and makes this affidavit in behalf of

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a corporation
duly organized and existing pursuant to the laws of the State
of Tennessee, domiciled and doing business at Lynchburg, in
the County of Moore, in said State,

that said company is the owner of the trademark registered in the United States Patent Office
No. 582,789  Dated    November 24, 1953;  ~~Registered~~
~~XXZXIX~~ that such trademark is still in use *as shown in the attached specimen* ~~XXXXXXXXX~~ and

has been in continuous use for five consecutive years subsequent to said date of registration ~~XXXXXXXXXXX~~
in commerce which may lawfully be regulated by the Congress, viz.: commerce among the several states

and is still in use in such commerce on or in connection with the following goods named in such registration:

WHISKEY

and that there has been no final decision adverse to registrant's claim of ownership of such mark for such
goods, or to registrant's right to register the same or to keep the same on the register; and there is no
proceeding involving said rights pending in the Patent Office or in a court and not finally disposed of.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
By

_____
President

Subscribed and sworn to before me this  7th  day of    December,      19 58

_____
Notary Public

Wm Fanning - notary public
comm expires - 1-17-1960

11/58-500

JDPI002749



JDPI002750



JDPI002751





# 7

IN THE PATENT OFFICE

TRADEMARK ACT    1946

Trademark No.  582,789

Registered    November 24, 1953

### REQUEST FOR NEW CERTIFICATE

The undersigned JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a corporation chartered in 1956 pursuant to the laws of the State of Tennessee, located and doing business at Lynchburg, County of Moore, State of Tennessee, being the owner of the above-identified trademark registration by virtue of an assignment dated September 17, 1956 presented for record, requests that, in accordance with Section 7(c) of the Act, new certificate of registration be issued to the under-signed for the unexpired part of the original period.

Chauncey P. Carter, Attorney-at-Law admitted to practice in the highest court of the District of Columbia, with offices at 4400 Klingle Street, Washington 16, D.C., is appointed attorney, with full power of substitution and revocation, to file and prosecute  this request for and to receive the new certificate.

September 18 1956.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
By

(Seal of
1956
corporation)

*L.E. Motlow*

Vice-President

Hon. Commissioner of Patents

Washington, D.C.

JDPI002752

OCT -1 1956    ORDER FOR TITLE REPORT

Date 10-1-56

Trade-Mark Registration No. 582,789

Please furnish title report for above registration number.

Chauncey P. Carter

Charge $1.00 to account of:

herewith

JDPI002753



"JACK DANIEL'S"    In The P.... Office
Trade-Mark Act 1946
APPLICATION FOR REGISTRATION

APPLICATION NO. __   714

634575

Hon. Commissioner of Patents STATEMENT

Jack Daniel Distillery, Lem Motlow, Prop., Inc., a corporation duly

organized and existing pursuant to the laws of the State of Tennessee,

located and doing business at Lynchburg, County of Moore, in said State,

has adopted and is using the trade-mark shown in the accompanying drawing for

*per a*

WHISKEY ~~AND BRANDY~~

in Class No. 49

Distilled alcoholic liquors,
and presents herewith five specimens showing the trade-mark as actually used in connection
with such goods, the trade-mark being applied by printing or lithographing the
same on labels that are fastened to the containers

and requests that the same be registered in the United States Patent Office on the Principal
Register in accordance with the Act of July 5, 1946.

The trade-mark was first used on whiskey in 1875,
and first used in commerce which may lawfully be regulated by the Congress, viz., commerce
among the several States (~~between the United States and foreign nations~~) on whiskey in
1875. Such first usage was by applicant's predecessor, Jack Daniel, now
deceased.

Applicant owns registrations Nos. 298,102, 323,914, 394,017, 394,018,
441,002, and 513,088.

*Seg*

JDPI002754

Declaration

715

deposes and says that he is   Reagor Motlow          , being duly sworn,
                             President                                    of
the applicant corporation; that he believes the applicant to be the owner of the trade-mark;
that said trade-mark is in use in commerce among the several States ;  ~~between the United
States and foreign nations;~~ that no other person, firm, corporation, or association, to the best
of his knowledge and belief, has the right to use such trade-mark in commerce which may
lawfully be regulated by the Congress either in the identical form or in any such near resem-
blance thereto as might be calculated to deceive; that the drawing and description truly rep-
resent the trade-mark sought to be registered; that the specimens show the trade-mark as
actually used in connection with the goods; and that the facts set forth in the foregoing state-
ment are true.

4400 Klingle Street

The undersigned hereby appoints Chauncey P. Carter, Attorney-at-Law admitted to practice
before the Supreme Court of the United States, of ~~3511 Foxhall Road,~~ Washington 16, D. C.,
attorney, with full power of substitution and revocation, to file and prosecute this applica-
tion; to make amendments therein; and to represent the applicant generally in connection with
this application and the resulting registration.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.

By

President

State of      Tennessee          :
                                  :ss:
County of     Moore               :

Before me personally appeared   Reagor Motlow          , to me
known to be the person described in the above application for registration, who signed the
foregoing instrument in my presence, and made oath before me to the allegations set forth
therein as being under oath, on the      18th    ·  day of  August,      ~~194~~ 1952.

(Notarial Seal)

_A. M. Fanning_
Notary Public

Comm Exp - 1-10-56

JDPI002755

POL-69

apf

#6

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATIONS
WASHINGTON 25, D. C.

**DEPARTMENT** **COMMERCE**
UNITED STATES PATENT OFFICE
WASHINGTON

*All communications respecting this application should give the registration number and name of the applicant.*

Oct 29, 1953

AHCUNCEY P. CARTER,
4400 KLINGLE ST.,
WASHINGTON, D.C.

## Notice of Allowance

The issuance of a CERTIFICATE OF REGISTRATION has been approved

in the matter of the following application:

**APPLICANT**     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.

**SERIAL NO.** 634,575    **FILED** Aug 28, 1952    **CLASS** 49

**FOR MARK**     JACK DANIEL'S

The Certificate of Registration will be issued and mailed to you

on     Nov 24, 1953

By direction of the Commissioner.

Examiner.

U. S. GOVERNMENT PRINTING OFFICE    16—80823-8

JDPI002756

POL–47
(7–52)

PAPER No.  5

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATIONS
WASHINGTON 25, D. C.

**DEPARTMENT COMMERCE**

UNITED STATES PATENT OFFICE

WASHINGTON

*All communications respe.ing*
*this application should give the*
*serial number, date of filing,*
*and name of the applicant.*

les

MAILED .  July 3, 1953

┌                                  ┐
CHAUNCEY P. CARTER
4400 KLINGLE ST.
WASHINGTON,  D.C.

└                                  ┘

Applicant:  JACK DANIEL DISTILLERY,
            LEM MOTLOW, PROP.,INC.

Class No.:  49
Serial No.:  634,575
Filed:  Aug. 28, 1952
For Mark:  JACK DANIEL'S

### NOTICE OF PUBLICATION

The application for Registration of the mark identified above has been examined and in compliance with section 12 (a) of the Trade-Mark Act of 1946 has been passed for publication in the Official Gazette of    July 28, 1953

Any person who believes he would be damaged by the registration of this mark upon the Principal Register may, upon payment of the required fee, oppose the same by filing notice of opposition, stating the grounds therefor, in the Patent Office within 30 days after the publication thereof, which said notice of opposition shall be verified by the person filing the same before one of the officers mentioned in section 11 of the Trade-Mark Act of 1946.

If no notice of opposition is filed within the time specified by rules 20.1 and 20.2 of the Rules of Practice in Trade-Mark Cases, the Commissioner of Patents may issue a Certificate of Registration.

Copies of the Trade-Mark portion of the Official Gazette containing the publication of the mark may be obtained as soon as published at    45 cents each from the Superintendent of Documents, Government Printing Office.

By direction of the Commissioner.

GPO  16—53562–5

Examiner.

JDPI002757

DM

MAIL DIVISION
JUN - 1 1953
U.S. PATENT OFFICE

CHAUNCEY CARTER
**TRADE MARKS** ATTORNEY-AT-LAW
4400 KLINGLE STREET
JUN 2 1953 WASHINGTON 16, D. C.

**U. S. PATENT OFFICE**
Hon. Commissioner of Patents:

TM
#4
1953 Amott R

June 1,

In the matter of the TRADE MARK    Application    of

Jack Daniel Distillery, Lem Motlow, Prop., Inc.;

Filed August 28, 1952; Serial    No.    634,575:

Kindly cancel the words "AND BRANDY" from the particular
description of goods.

Respectfully,

Attorney

JDPI002758

POL-89

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATIONS
WASHINGTON 25, D. C.

**DEPARTMENT** **COMMERCE**
UNITED STATES PATENT OFFICE
**WASHINGTON**

PAPER No. 3

All communications respecting
this application should give the
serial number, date of filing,
and name of the applicant.

*Please find below a communication from the EXAMINER in
charge of this application.*

*Robert C. Watson*

Chauncey P. Carter,
4400 Klingle St.,
Washington, D.C.

*Commissioner of Patents.*

*Applicant:*  Jack Daniel Distillery,
etc.
*Serial No.*  634,575
*Filed*  Aug 28, 1952
*For*  T.M.

GPO    16—53825-4

MAY 29 1953

Responsive to communication filed February 11, 1953.

The additional labels and affidavit filed with the

communication of above date have been made of record.

Applicant is advised that the certificate of label

approval, covering brandy, now of record does not agree with

the labels which have been filed as specimens.  The mark

("Jack Daniels") which applicant is presenting for registra-

tion does not appear on said copy of certificate.  The require-

ment that such certificate be submitted is accordingly repeated.

Otherwise, this application appears to be in condition

for publication.

*M. Jackson*
EXAMINER

JACK DANIEL'S

LS:apf

*A proper response to this Office action must be received within* ___6___ *months
from the date of this action in order to avoid ABANDONMENT.*

JDPI002759



**TRADE MARKS**
**CHAUNCEY P. CARTER**
ATTORNEY-AT-LAW
4400 KLINGLE STREET
WASHINGTON 16, D. C.
**U. S. PATENT OFFICE**

#2
Letter, affdt
+ add specs

February 10,    1953

Hon. Commissioner of Patents:

In the matter of the TRADE MARK    Application                    of

Jack Daniel Distillery, Lem Motlow, Pm p., Inc.;

Filed August 28, 1952; Serial            No. 634,575:


Herewith brandy labels in conformity with certificate of

label approval of record; also supporting affidavit.

Publication is requested.

Respectfully,

Attorney

JDPI002760



JDPI002761



JDPI002762



*Jack ≈*

# APPLE BRANDY

Made from ripe apples by the old fashioned slow process of natural fermentation.

The entire fruit is ground, fermented in wooden tubs and then distilled in a charge still.

DISTILLED AND BOTTLED BY

## JACK DANIEL DISTILLERY

LEM MOTLOW, PROP., INC.

Lynchburg,    -:-    Tennessee

## APPLE BRANDY
### 85 Proof



JDPI002764

APPLICATION OF
JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
FOR REGISTRATION OF TRADE-MARK
FILED AUGUST 28, 1952; SERIAL NO. 634,575

AFFIDAVIT

State of Tennessee:
                    :ss:
County of Davidson:

John J. Hooker, being duly sworn, deposes and says that
he is Vice-President of the applicant corporation, Jack
Daniel Distillery, Lem Motlow, Prop., Inc., and that the
brandy label of which a specimen is annexed hereto was in
use as a label for applicant's brandy in commerce among the
several States on the dates on which the application herein
was executed and filed.

Subscribed and sworn to before me this 7 day of February, 1953.

(Notary Public
    Seal)

Dorothy Walton
Notary Public
Com. expires 7-30-55.

JDPI002765

POL-89

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATIONS
WASHINGTON 25, D.C.

DEPARTMENT OF COMMERCE
UNITED STATES PATENT OFFICE
WASHINGTON

PAPER No. 1

'All communications respecting
this application should give the
serial number, date of filing,
and name of the applicant.

*Please find below a communication from the EXAMINER in charge of this application.*

John A. Marzall

FEB 3 1953

Chauncey P. Carter,
4400 Klingle St.,
Washington, D.C.

GPO    16—53625-4

Commissioner of Patents.

*Applicant:* Jack Daniel Distillery,
Lem Motlow, Prop., Inc.
*Serial No.* 634,575
*Filed* Aug 28, 1952
*For* T.M.

The label, for brandy, covered by the certificate of label approval does not agree with the labels filed as specimens. A photostat copy of the certificate covering the labels submitted should be furnished for the record.

A search of the Office records fails to show that the mark, when applied to applicant's goods, is confusingly similar to any registered mark.

EXAMINER

JACK DANIEL'S
LS: apf

*A proper response to this Office action must be received within* 6 *months from the date of this action in order to avoid abandonment.*

JDPI002766



JDPI002767

FORM 1649
TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE
(June 1941)

## CERTIFICATE OF LABEL APPROVAL UNDER THE
## FEDERAL ALCOHOL ADMINISTRATION ACT

_____Jack Daniel Distillery, Lem Motlow, Prop., Inc.,_____

_____Lynchburg,_____

_____Tennessee._____

Pursuant to your application dated _____February 14, 1944_____, this Certificate of Label Approval is hereby issued, subject to the conditions and qualifications, if any, stated on the reverse hereof, to cover products the containers of which bear a set of labels identical with the set affixed to the reverse hereof, identified as—

Brand name _____Jack Daniel's Old Time No. 7 Brand_____

Class and type _____Whiskey_____

and, in addition, to cover products the containers of which bear sets of labels which differ from the set affixed to the reverse hereof by reason of (1) a change in the proportionate size of the labels, (2) a statement of different net contents, (3) a change in the statements appearing on the "Government label," if any, used as a part of such sets, (4) a change in the name and address of the person responsible for the importation, (5) a change in the vintage date for wine, (6) a statement of a different age, or (7) a statement of a different proof for whiskey, brandy, rum, or gin, domestically bottled.

This certificate shall not operate to relieve any person from liability for any violation of the Federal Alcohol Administration Act or regulations issued thereunder, and shall cover the identified products and authorize their removal from the plant where bottled or packed, or from customs custody, for introduction in commerce, only if the packaging, marking, branding, and labeling and size and fill of the containers of such products comply with such act and regulations, and only if the contents of such containers conform to the statements and representations made thereon.

Date _____FEB 21 1944_____

_Deputy Commissioner._

U. S. GOVERNMENT PRINTING OFFICE    16—24811

JDPI002768

JAN 18 1949

JDPI002769



JDPI002770



PHOTO PRINTS

OCT 6 – 1952

MADE

JDPI002771

Form L 5
Treasury Department
Federal Alcohol Administration
February, 1936

CERTIFICATE OF APPROVAL OF LABELS OF DOMESTICALLY BOTTLED DISTILLED SPIRITS

Date _____ November 20, _____, 1939

Pursuant to the application of __Jack Daniel Distillery__ ,

whose address is _____ Lynchburg, Tennessee _____ ,

the labels affixed to the reverse side hereof covering _____

Lem Motlow's _____ (brand name),

_____ Straight Apple Brandy _____ (class and type of

distilled spirits) are hereby approved.

Labels identical with those affixed to the reverse side hereof except in respect to size, and statement of net contents appearing thereon in conformity with Section 37 of Regulations 5, are also approved for use on bottles which conform to the requirements of Article VII of Regulations 5.

A separate label, known as the government label, prepared in conformity with circular letter FA-166, and containing the mandatory label information required by Section 32 (c) of Regulations 5, (~~must~~) (may, but need not) be used on bottles bearing the labels hereby approved.

Distilled spirits in bottles bearing the labels hereby approved and the proper government label, if required, are authorized to be removed from the plant where bottled.

This certificate shall not operate to relieve any person from liability for any violation of the Federal Alcohol Administration Act, or regulations thereunder, resulting from the failure of any bottle bearing the labels herein approved, or the contents of such bottle, to conform to the statements and representations made on such labels.

Administrator
Federal Alcohol Administration
Washington, D. C.

JDPI002772



PHOTO PRINTS

OCT 6 - 1952

MADE

DAVIS BLUE PRINT CO.
PHOTOSTAT PRINTS
NASHVILLE, TENN.

JDPI002773



AUG-28-52    37351   M► Ck B —        25.00

**CHAUNCEY P. CARTER**
ATTORNEY AT LAW
4400 KLINGLE STREET
WASHINGTON 16, D.C.

CABLE-RADIO ADDRESS
RETRAC

August 28, 1952

Hon. Commissioner of Patents
Washington 25, D. C.

Sir:

Herewith application of Jack Daniel Distillery, Lem
Motlow, Prop., Inc. for registration of trade-mark
"JACK DANIEL'S"; also remittance of $25.00.

Respectfully,

Attorney

JDPI002774

**Citizenship:** KENTUCKY

**Assignee:** JDDLMP, INC.                                 **Entity Type:** CORPORATION
              HIGHWAY 55                                   **Citizenship:** DELAWARE
              LYNCHBURG, TENNESSEE 37352

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.
                  DAVID S. GOODER, ESQ.
                  4040 CIVIC CENTER DRIVE, SUITE 528
                  SAN RAFAEL, CALIFORNIA 94903

**Assignment: 5**

| | **Received:** | **Recorded:** | **Mailed:** | **Pages:** |
|---|---|---|---|---|
| **Reel/Frame:** 1764/0836 | 10/23/1998 | 08/06/1998 | 10/28/1998 | 4 |

**Conveyance:** MERGER

**Assignor:** JDDLMP, INC.                                 **Exec Dt:** 04/20/1998
              **Formerly:** FORMERLY JACK DANIEL DISTILLERY,   **Entity Type:** CORPORATION
              LEM MOTLOW, PROP., INC.                      **Citizenship:** KENTUCKY

**Assignee:** JACK DANIEL'S PROPERTIES, INC.                **Entity Type:** CORPORATION
              4040 CIVIC CENTER DRIVE, SUITE 528            **Citizenship:** DELAWARE
              SAN RAFAEL, CALIFORNIA 94903

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.
                  DAVID S. GOODER, ESQ.
                  4040 CIVIC CENTER DRIVE, SUITE 528
                  SAN RAFAEL, CA 94903

**Assignment: 6**

| | **Received:** | **Recorded:** | **Mailed:** | **Pages:** |
|---|---|---|---|---|
| **Reel/Frame:** 1766/0385 | 08/12/1998 | 08/05/1998 | 11/16/1998 | 4 |

**Conveyance:** DUPLICATE RECORDING, SEE RECORDING AT REEL 1764, FRAME 0836.

**Assignor:** JDDLMP, INC.                                 **Exec Dt:** 04/20/1998
              **Formerly:** FORMERLY JACK DANIEL DISTILLERY,   **Entity Type:** LIMITED
              LEM MOTLOW, PROP., INC.                                        PARTNERSHIP
                                                           **Citizenship:** KENTUCKY

**Assignee:** JACK DANIEL'S PROPERTIES, INC.                **Entity Type:** CORPORATION
              4040 CIVIC CENTER DRIVE, SUITE 528            **Citizenship:** DELAWARE
              SAN RAFAEL, CALIFORNIA 94903

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.
                  DAVID S. GOODER, ESQ.
                  4040 CIVIC CENTER DRIVE
                  SUITE 528
                  SAN RAFAEL, CALIFORNIA 94903

Search Results as of: 10/6/2003 7:50:55 P.M.

---

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

JDPI002775

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 71634575    **Filing Dt:** 08/28/1952    **Reg #:** 0582789    **Reg. Dt:** 11/24/1953

**Registrant:** JACK DANIEL DISTILLERY, LEM MOTLOW, PROP

**Mark:** JACK DANIEL'S

**Assignment: 1**

**Reel/Frame:** 0021/0535    **Received:**    **Recorded:** 09/27/1956    **Mailed:** NONE    **Pages:** 0

**Conveyance:** ASSIGNS THE ENTIRE INTEREST, TOGETHER WITH THE GOOD WILL OF THE BUSINESS IN WHICH SAID MARK IS USED.

**Assignor:** DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1939.    **Exec Dt:** 09/17/1956
**Entity Type:** CORPORATION
**Citizenship:** TENNESSEE

**Assignee:** DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1956.    **Entity Type:** CORPORATION
LYNCHBURG, TENNESSEE    **Citizenship:** TENNESSEE

**Correspondent:**

**Assignment: 2**

**Reel/Frame:** 0440/0764    **Received:**    **Recorded:** 05/17/1983    **Mailed:** NONE    **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    **Exec Dt:** 05/02/1983
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** BLUE GRASS COOPERAGE COMPANY, INC.    **Entity Type:** UNKNOWN
850 DIXIE HIGHWAY    **Citizenship:** NONE
LOUISVILLE, KENTUCKY 40210

**Correspondent:** BEVERIDGE, DE GRANDI, ET AL.
1819 H ST., N.W.
WASHINGTON, DC 20006

**Assignment: 3**

**Reel/Frame:** 0447/0579    **Received:**    **Recorded:** 08/10/1983    **Mailed:** NONE    **Pages:** 4

**Conveyance:** CHANGE OF NAME

**Assignor:** BLUE GRASS COOPERAGE COMPANY, INC.    **Exec Dt:** 06/10/1983
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC.    **Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** BEVERIDGE, DEGRANDI, ET AL.
SUITE 1100, 1819 H ST., N.W.
WASHINGTON, DC 20006

**Assignment: 4**

**Reel/Frame:** 1763/0446    **Received:** 08/10/1998    **Recorded:** 08/06/1998    **Mailed:** 10/24/1998    **Pages:** 5

**Conveyance:** CHANGE OF NAME

**Assignor:** JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    **Exec Dt:** 04/10/1998
**Entity Type:** CORPORATION

JDPI002776



FORM PTO-685
(REV. 2-75)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**ASSIGNMENTS**

REG. NO.
SER. NO.
582,789

☐ No previous assignments of record as of _8/15-99_
☑ See Title Record for ownership information prior to this record

| | | 21 | 535 | Nov. 24, 1953. | 582,789 |
|---|---|---|---|---|---|
| Serial No. | Filing Date | Reel | Frame | Registration Date | Reg. No. |
| Date Sept. 17, 1956. Ack. | | (Trade-Mark) | Date Recorded Sept. 27, 1956. | | |

Registrant
   Daniel, Jack, Distillery, Lem Motlow, Prop. Inc.

Assignor
   Daniel, Jack, Distillery, Lem Motlow, Prop., Inc.,
   Lynchburg, Tenn.,
   corp. of Tenn. chartered in 1939.

Assignee
   Daniel, Jack, Distillery, Lem Motlow, Prop., Inc.,
   Lynchburg, Tenn.,
   corp. of Tenn. chartered in 1956.

Brief
   Assigns the entire interest, together with the good
   will of the business in which said mark is used.

                                    M

| | | 440 | 764 | Nov. 24, 1953 | 582,789 |
|---|---|---|---|---|---|
| Serial No. | Filing Date | Reel | Frame | Registration Date | Reg. No. |
| Date May 2, 1983 | | (Trade-Mark) | Date Recorded May 17,1983 | | |

Registrant
   Jack Daniel Distillery, Lem Motlow Prop. Inc.
Assignor JACK DANIEL DISTILLERY, Lem Motlow, Prop, Inc.

   Lynchburg, Tenn. 37352
Assignee Blue Grass Cooperage Company, Inc
   850 Dixie Highway, Louisville, Ky. 40210

Brief  Assigns the entire interest and the good will

| | | 447 | 579 | Nov. 24, 1953 | 582,789 |
|---|---|---|---|---|---|
| Serial No. | Filing Date | Reel | Frame | Registration Date | Reg. No. |
| Date 4/20/83 & 6/10/83 | | (Trade-Mark) | Date Recorded Aug. 10,1983 | | |

Registrant Jack Daniel Distillery, Lem Motlow, Prop, Inc.

Assignor BLUE GRASS COOPERAGE COMPANY, INC

Assignee JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC

Brief  Certified copy of change of name filed
   in the Office of the Secretary of State of
   the Commonwealth of Kentucky on May 2, 1983

9/8/93
Nchw.

USCOMM-DC 70635-P75

JDPI002777

FORM PO-686
(4-12-60)
USCOMM-DC 43998-P60

U.S. DEPARTMENT OF COMMERCE
PATENT OFFICE

**TRADEMARK TITLE RECORD**

1439

| REGISTRANT OR APPLICANT | | | REG. NO. 582789 |
| --- | --- | --- | --- |
| Jack Daniel Distillery, Lem Motlow, Prop. Inc. (Tenn. exp.) | | | SER. NO. |

| ASSIGNED TO (Insert address of last assignee of record only) | DATE(S) OF ASSIGNMENT | DATE RECORDED | LIBER OR REEL | PAGE OR FRAME |
| --- | --- | --- | --- | --- |
| Jack Daniel Distillery, Lem Motlow, Prop. Inc. Tenn. Corp. 1956 Lynchburg Tenn. X6-25-65 X6-25-65 | Sept. 17 1956 ask | Sept. 7, 1956 | 21 | 535 |
| JUN 4 1985 | | | | |
| JUL 21 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

JDPI002778

FORM PO-122
(9-1-50)

U. S. DEPARTMENT OF COMMERCE
PATENT OFFICE

## TITLE REPORT

| | |
|---|---|
| NO. | T.M. 582,789 |
| NAME | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

Applicant 8 and 15

EXAMINED UP TO AND INCLUDING ___Nov. 10, 1958___

THIS CERTIFICATE DATED___Dec. 19, 1958___

SGD. CARL LEVY

HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE BEEN RECEIVED FOR RECORD INCLUDING:

COMM-DC 67106

JDPI002779

FORM PO-122        U. S. DEPARTMENT OF COMMERCE
(9-1-50)              PATENT OFFICE

## TITLE REPORT

NO.
TM 582,789

NAME
Jack Daniel Distillery, Lem Motlow,

Prop., Inc.

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

Applicant 7-c

EXAMINED UP TO AND INCLUDING ___ Sept. 27, 1956

THIS CERTIFICATE DATED ___ Oct. 11, 1956

SGD. CARL LEVY
HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE BEEN RECEIVED FOR
RECORD INCLUDING:

COMM-DC 67106

JDPI002780

TRADE MARKS
CLASS 49, DISTILLED
ALCOHOLIC LIQUORS



APPLICATION
NO. 634575

## ACT OF 1946

REGISTERED

NOV 24 1953

**582789**
A  350

5 8 2 7 8 9 - S

## JACK DANIEL'S

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP, INC.

PROPRIETOR.

PUBLISHED IN O. G.

JUL 2 8 1953

U. S. PATENT OFFICE

JDPI002781



APPROVED
DRAFTSMAN

SEP 16 '52

U S PATENT OFFICE

PHOTOGRAPHS

SEP 18 1952

FOR EXAMINER

JDPI002782

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  0582789    SERIAL NO:  71/634575    MAILING DATE:  10/06/2003
REGISTRATION DATE:  11/24/1953
MARK:  JACK DANIEL'S
REGISTRATION OWNER:  JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL CA 94903

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*************************************************

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

*************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
049.

GRANATA, SHARON D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

JDPI002783

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**


**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002784

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0582789 |
| **REGISTRATION DATE** | 11/24/1953 |
| **SERIAL NUMBER** | 71634575 |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. |
| CITY | LYNCHBURG |
| STATE | TN |
| ZIP/POSTAL CODE | 37352 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Jack Daniel's Properties, Inc. (by assignment Reel/Frame 1766/0385, page 5) |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| **ATTORNEY SECTION** | |

JDPI002785

| | |
|---|---|
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 0021 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/71634575.gif |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 033 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5 \716\345\71634575\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | Digital photograph of the bottle containing the goods and clearly showing the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 07/14/2003 |

JDPI002786

| | |
|---|---|
| SIGNATORY POSITION | Vice President and Chief Trademark Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Jul 14 16:54:16 EDT 2003 |
| TEAS STAMP | USPTO/S08N09-121541005-20 030714165416902036-058278 9-200476824ef6533c787f498 e4b4b35017b2DA276-2003071 4164821262234 |

JDPI002787

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0582789
**REGISTRATION DATE:** 11/24/1953

**MARK:** JACK DANIEL'S (stylized and/or with design)

The owner, Jack Daniel's Properties, Inc. (by assignment Reel/Frame 1766/0385, page 5), residing at 4040 Civic Center Drive, Suite 528, San Rafael, CA US 94903, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 033, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) Digital photograph of the bottle containing the goods and clearly showing the mark.
Specimen-1

The registrant hereby appoints David S. Gooder and Christopher C. Larkin of Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, CA USA 94903 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is 0021.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all

JDPI002788

statements made on information and belief are believed to be true.


Signature: /David S. Gooder/      Date: 07/14/2003
Signatory's Name: David S. Gooder
Signatory's Position: Vice President and Chief Trademark Counsel

Mailing Address:
  Jack Daniel's Properties, Inc.
  4040 Civic Center Drive, Suite 528
  San Rafael, CA 94903

RAM Sale Number: 276
RAM Accounting Date: 07/15/2003

Serial Number: 71634575
Internet Transmission Date: Mon Jul 14 16:54:16 EDT 2003
TEAS Stamp: USPTO/S08N09-121541005-20030714165416902
036-0582789-200476824ef6533c787f498e4b4b
35017b2DA276-20030714164821262234

JDPI002789



JDPI002790

**FEE RECORD SHEET**

**Registration Number:**    0582789

**Serial Number:**    71634575

**RAM Sale Number:  276**

**Total Fees:**    $500

**RAM Accounting Date:  20030715**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 07/14/2003 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 07/14/2003 | $400 | 1 | $400 |

JDPI002791

# SPECIMEN

**Internet Transmission Date:**
07/14/2003

**Registration Number:**
0582789

**International Class:**
033

**Serial Number:**
71634575







JDPI002793

eTeas Change of Correspondence

71634575

| | |
|---|---|
| \<SERIAL NUMBER> | 71634575 |
| \<MARK> | http://tess.uspto.gov/webaka/images/71634575.gif |
| \<LAW OFFICE ASSIGNED> | Unknown |
| \<CONTACT TYPE> | Correspondent |

\<ORIGINAL ADDRESS>    JOHN M. ROMMEL
KENYON & KENYON
1025 CONNECTICUT AVENUE, N.W.
WASHINGTON, DC  20036
US

\<NEW ADDRESS>
| | |
|---|---|
| \<CORRESPONDENT> | David S. Gooder |
| \<ORGANIZATION> | Jack Daniel's Properties, Inc. |
| \<STREET ADDRESS> | 4040 Civic Center Drive, Suite 528 |
| \<CTIY> | San Rafael |
| \<STATE> | CA |
| \<POSTAL CODE> | 94903 |
| \<PHONE> | 415 446 5225 |
| \<FAX> | 415 446 5230 |
| \<EMAIL> | david_gooder@jdpi.com |
| \<EMAIL AUTHORIZED> | Y |
| \<SUBMIT DATE> | Jul 16, 2002 |

\<BOILERPLATE>
\<EMAIL>                 The USPTO is authorized to communicate with the applicant at the
listed email address.

\<SIGNATURE>
| | |
|---|---|
| \<SIGNATURE-NAME> | /David S. Gooder/ |
| \<SIGNATORY-DATE> | 20020716 |
| \<SIGNATORY-NAME> | David S. Gooder |
| \<SIGNATORY-POSITION> | Chief Trademark Counsel |

71634575

JDPI002794

*POST Reg.*

RECEIVED
TRADE..... ....ROOM

JUL 18 1994

US PATENT..... IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**

Registrant:  Jack Daniel Distillery Lem Motlow, Prop., Inc., a
             Kentucky corporation
Mark:        JACK DANIEL'S (Stylized)
Reg. No.:    582,789
Registered:  November 24, 1953


Commissioner of Patents
  and Trademarks
Box 5
Washington, D.C.  20231


                    **POWER OF ATTORNEY**

    Revoking all prior appointments, Registrant hereby appoints

**Christopher C. Larkin (to whom all communication and correspondence

are to be addressed)** and David S. Gooder (both are members of the

Bar of the State of California), of the law firm of Graham & James,

801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554,

as its attorneys, with full power of substitution and revocation, to

transact all business in the Patent and Trademark Office and in the

courts in connection with the above-referenced registration.


                        Respectfully submitted,

                        JACK DANIEL DISTILLERY LEM MOTLOW,
                        PROP., INC., a Kentucky corporation


Date: _____, 1994    By: _____
                                 Garrison R. Cox
                                 Secretary


                        P.O. Box 199
                        Lynchburg, Tennessee 37352

JDPI002795

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 582,789

Registered Nov. 24, 1953

Renewal Term Begins Nov. 24, 1993

## TRADEMARK
## PRINCIPAL REGISTER



JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352, BY ASSIGNMENT, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (TENNESSEE CORPORATION) LYNCHBURG, TN

OWNER OF U.S. REG. NOS. 298,102, 513,088 AND OTHERS.

FOR: WHISKEY, IN CLASS 49 (INT. CL. 33).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

SER. NO. 71-634,575, FILED 8-28-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Nov. 24, 1953      Registration No. 582,789

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
Lynchburg, Tenn.**

Act of 1946

Application August 28, 1952, Serial No. 634,575



## STATEMENT

Jack Daniel Distillery, Lem Motlow, Prop., Inc., a corporation duly organized and existing pursuant to the laws of the State of Tennessee, located and doing business at Lynchburg, county of Moore, in said State, has adopted and is using the trade-mark shown in the accompanying drawing, for WHISKEY, in Class 49, Distilled alcoholic liquors, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing or lithographing the same on labels that are fastened to the containers and requests that the same be registered in the United States Patent Office on the Princi-

pal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on whiskey in 1875, and first used in commerce which may lawfully be regulated by the Congress, viz., commerce among the several States on whiskey in 1875. Such first usage was by applicant's predecessor, Jack Daniel, now deceased.

Applicant owns Registrations Nos. 298,102, 323,914, 394,017, 394,018, 441,002, and 513,088.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.,

By REAGOR MOTLOW,
*President.*

COMB. AFF. SEC. 8 & 15

DEC 9 - 1958

JDPI002797

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Reg. No. 582,789
Registered Nov. 24, 1953
10 Year Renewal
Renewal Term Begins Nov. 24, 1993

### TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352, BY ASSIGNMENT, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. (TENNESSEE CORPORATION) LYNCHBURG, TN

OWNER OF U.S. REG. NOS. 298,102, 513,088 AND OTHERS.

FOR: WHISKEY, IN CLASS 49 (INT. CL. 33).

FIRST USE 0-0-1875; IN COMMERCE 0-0-1875.

SER. NO. 71-634,575, FILED 8-28-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002798

Registered Nov. 24, 1953

# Registration No. 582,789

## PRINCIPAL REGISTER
## Trade-Mark

# UNITED STATES PATENT OFFICE

Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
Lynchburg, Tenn.

Act of 1946

Application August 28, 1952, Serial No. 634,575



## STATEMENT

Jack Daniel Distillery, Lem Motlow, Prop., Inc., a corporation duly organized and existing pursuant to the laws of the State of Tennessee, located and doing business at Lynchburg, county of Moore, in said State, has adopted and is using the trade-mark shown in the accompanying drawing, for WHISKEY, in Class 49, Distilled alcoholic liquors, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied by printing or lithographing the same on labels that are fastened to the containers and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on whiskey in 1875, and first used in commerce which may lawfully be regulated by the Congress, viz., commerce among the several States on whiskey in 1875. Such first usage was by applicant's predecessor, Jack Daniel, now deceased.

Applicant owns Registrations Nos. 298,102, 323,914, 394,017, 394,018, 441,002, and 513,088.

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.,
By REAGOR MOTLOW,
President.

JDPI002799