CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 11
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 42,663
Registered May 24, 1904
Renewal Term Begins May 24, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# Old No. 7

JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352

FOR: WHISKIES, IN CLASS 49 (INT. CL. 33).

FIRST USE 1-0-1875; IN COMMERCE 1-0-1875.

SER. NO. 70-042,663, FILED 4-22-1904.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 27, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS