CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 12

DATE: _____ IDEN.

DATE: _____10-3-17_____ EVID.

BY: _____
Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:41:46 EDT

**Mark:** OLD NO. 7



**US Serial Number:** 70042663
**Application Filing Date:** Apr. 22, 1904

**US Registration Number:** 42663
**Registration Date:** May 24, 1904

**Register:** Principal

**Mark Type:** Trademark

**Status:** The registration has been renewed.

**Status Date:** Jun. 11, 2014

## Mark Information

**Mark Literal Elements:** OLD NO. 7

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

## Related Properties Information

**Publish Previously Registered Mark:** Yes

**Previously Registered Mark Publication Date:** May 18, 1948

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** WHISKIES

**International Class(es):** 033
**U.S Class(es):** 049 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 1875
**Use in Commerce:** Jan. 1875

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** JACK DANIEL'S PROPERTIES, INC.

**Owner Address:** 4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | David S. Gooder | **Docket Number:** | 594 |
| **Attorney Primary Email Address:** | jdpilegal@jdpi.com | **Attorney Email Authorized:** | Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** | David S. Gooder<br>JACK DANIEL'S PROPERTIES INC<br>4040 CIVIC CTR DR STE 528<br>SAN RAFAEL, CALIFORNIA 94903<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 415 446 5225 | **Fax:** | 415 446 5230 |
| **Correspondent e-mail:** | jdpilegal@jdpi.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 11, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 11, 2014 | REGISTERED AND RENEWED (SIXTH RENEWAL - 10 YRS) | 75461 |
| Jun. 11, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Jun. 10, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| May 21, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 02, 2008 | CASE FILE IN TICRS | |
| Jul. 06, 2004 | REGISTERED AND RENEWED (FIFTH RENEWAL - 10 YRS) | |
| Jul. 06, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 03, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 03, 2004 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 16, 2002 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 15, 1995 | REGISTERED AND RENEWED (FOURTH RENEWAL - 10 YRS) | |
| Mar. 03, 1995 | AMENDMENT UNDER SECTION 7 - ISSUED | |
| Aug. 19, 1994 | SEC 7 REQUEST FILED | |
| Aug. 16, 1994 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| May 24, 1974 | REGISTERED AND RENEWED (THIRD RENEWAL - 20 YRS) | |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | May 24, 2014 |
| **Change in Registration:** | Yes |
| **Amendment to a Registration/Renewal Certificate:** | THE DRAWING IS AMENDED TO APPEAR AS FOLLOWS: PUBLISH NEW CUT |

## TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** Jun. 11, 2014 |

## Assignment Abstract Of Title Information

| Summary | |
|---|---|
| **Total Assignments:** 7 | **Registrant:** DANIEL, JACK |

**Assignment 1 of 7**

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST, TOGETHER WITH THE GOOD WILL OF THE BUSINESS IN WHICH SAID MARK IS USED. |
| **Reel/Frame:** | 0021/0535 | **Pages:** 0 |

| | |
|---|---|
| **Date Recorded:** | Sep. 27, 1956 |
| **Supporting Documents:** | No Supporting Documents Available |

| **Assignor** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1939. | **Execution Date:** | Sep. 17, 1956 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | TENNESSEE |

| **Assignee** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1956. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | TENNESSEE |
| **Address:** | LYNCHBURG, TENNESSEE | | |

| **Correspondent** | |
|---|---|

| | |
|---|---|
| **Correspondent Name:** | |
| **Correspondent Address:** | No Correspondent Address Found |

| **Domestic Representative - Not Found** |
|---|

| **Assignment 2 of 7** |
|---|

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0440/0764 | **Pages:** | 2 |
| **Date Recorded:** | May 17, 1983 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| **Assignor** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | **Execution Date:** | May 02, 1983 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |

| **Assignee** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | BLUE GRASS COOPERAGE COMPANY, INC. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 850 DIXIE HIGHWAY LOUISVILLE, KENTUCKY 40210 | | |

| **Correspondent** | |
|---|---|

| | |
|---|---|
| **Correspondent Name:** | BEVERIDGE, DE GRANDI, ET AL. |
| **Correspondent Address:** | 1819 H ST., N.W. WASHINGTON, DC 20006 |

| **Domestic Representative - Not Found** |
|---|

| **Assignment 3 of 7** |
|---|

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME 19830502 | | |
| **Reel/Frame:** | 0447/0579 | **Pages:** | 4 |
| **Date Recorded:** | Aug. 10, 1983 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

| **Assignor** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | BLUE GRASS COOPERAGE COMPANY, INC. | **Execution Date:** | Jun. 10, 1983 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |

| **Assignee** | |
|---|---|

| | | | |
|---|---|---|---|
| **Name:** | JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC. | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | No Assignee Address Found | | |

| **Correspondent** | |
|---|---|

| | |
|---|---|
| **Correspondent Name:** | BEVERIDGE, DEGRANDI, ET AL. |
| **Correspondent Address:** | SUITE 1100, 1819 H ST., N.W. WASHINGTON, DC 20006 |

| **Domestic Representative - Not Found** |
|---|

| **Assignment 4 of 7** |
|---|

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 1763/0446 | **Pages:** | 5 |

| | |
|---|---|
| Date Recorded: | Aug. 06, 1998 |
| Supporting Documents: | assignment-tm-1763-0446.pdf |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | Apr. 10, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 |

### Domestic Representative - Not Found

### Assignment 5 of 7

| | | | |
|---|---|---|---|
| Conveyance: | RECORD TO CORRECT STATE OF INCORPORATION OF RECEIVING PARTY ON A CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED AT 1763/0446. | | |
| Reel/Frame: | 3124/0940 | Pages: | 8 |
| Date Recorded: | Jul. 20, 2005 | | |
| Supporting Documents: | assignment-tm-3124-0940.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | Execution Date: | Apr. 10, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| Address: | HIGHWAY 55 LYNCHBURG, TENNESSEE 37352 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | DAVID S. GOODER |
| Correspondent Address: | 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CA 94903 |

### Domestic Representative - Not Found

### Assignment 6 of 7

| | | | |
|---|---|---|---|
| Conveyance: | MERGER | | |
| Reel/Frame: | 1764/0836 | Pages: | 4 |
| Date Recorded: | Aug. 06, 1998 | | |
| Supporting Documents: | assignment-tm-1764-0836.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

### Assignee

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. |

4040 CIVIC CENTER DRIVE, SUITE 528
SAN RAFAEL, CA 94903

**Domestic Representative - Not Found**

**Assignment 7 of 7**

| | |
|---|---|
| Conveyance: | DUPLICATE RECORDING, SEE RECORDING AT REEL 1764, FRAME 0836. |
| Reel/Frame: | 1766/0385 |
| Date Recorded: | Aug. 05, 1998 |
| Supporting Documents: | assignment-tm-1766-0385.pdf |

Pages: 4

**Assignor**

| | | | |
|---|---|---|---|
| Name: | JDDLMP, INC. | Execution Date: | Apr. 20, 1998 |
| Legal Entity Type: | LIMITED PARTNERSHIP | State or Country Where Organized: | KENTUCKY |
| DBA, AKA, TA, Formerly: | FORMERLY JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. | | |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JACK DANIEL'S PROPERTIES, INC. | State or Country Where Organized: | DELAWARE |
| Legal Entity Type: | CORPORATION | | |
| Address: | 4040 CIVIC CENTER DRIVE, SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | JACK DANIEL'S PROPERTIES, INC. |
| Correspondent Address: | DAVID S. GOODER, ESQ. 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CALIFORNIA 94903 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| Number of Proceedings: | 3 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91219139 | Filing Date: | Oct 31, 2014 |
| Status: | Pending | Status Date: | Oct 31, 2014 |
| Interlocutory Attorney: | ROBERT COGGINS | | |

**Defendant**

| | |
|---|---|
| Name: | Hotel Ambassador Nola, LLC |
| Correspondent Address: | SUSAN D PITCHFORD CHERNOFF VILHAUER LLP 601 SW 2ND AVE, SUITE 1600 PORTLAND OR , 97204-3157 UNITED STATES |
| Correspondent e-mail: | sdp@chernofflaw.com , cschwend@chernofflaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| OLD NO. 77 HOTEL & CHANDLERY | Opposition Pending | 86185381 | |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER LARKIN SEYFARTH SHAW LLP 2029 CENTURY PARK EAST, SUITE 3500 LOS ANGELES CA , 90067-3021 UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| OLD NO. 7 | Renewed | 70042663 | 42663 |
| OLD NO. 7 BRAND | Renewed | 75566592 | 2418109 |
| OLD NO 7 BRAND | Section 8 and 15 - Accepted and | 78541672 | 3363179 |

|  |  | Acknowledged |  |  |  |
|---|---|---|---|---|---|
| OLD NO. 7 |  | Section 8 and 15 - Accepted and Acknowledged |  | 77427325 | 3505179 |
| OLD NO. 7 |  | Section 8 and 15 - Accepted and Acknowledged |  | 77427454 | 3505181 |
| OLD NO. 7 |  | Section 8 and 15 - Accepted and Acknowledged |  | 77427472 | 3596301 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 31, 2014 |  |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 31, 2014 | Dec 10, 2014 |
| 3 | PENDING, INSTITUTED | Oct 31, 2014 |  |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 09, 2014 |  |
| 5 | EXTENSION OF TIME GRANTED | Dec 09, 2014 |  |
| 6 | ANSWER | Jan 09, 2015 |  |
| 7 | TRIAL DATES REMAIN AS SET | Jan 14, 2015 |  |
| 8 | PAPER RECEIVED AT TTAB | Jun 01, 2015 |  |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91213299 | Filing Date: | Nov 04, 2013 |
| Status: | Pending | Status Date: | Nov 04, 2013 |
| Interlocutory Attorney: | ELIZABETH WINTER | | |

### Defendant

| | |
|---|---|
| Name: | Thomas Brian Bencivengo |
| Correspondent Address: | TERRENCE A OVED<br>OVED & OVED LLP<br>401 GREENWICH ST<br>NEW YORK NY , 10013-2326<br>UNITED STATES |
| Correspondent e-mail: | dyedid@ovedlaw.com , terry@ovedlaw.com , aaron@ovedlaw.com , darren@ovedlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NO. 7 | Opposition Pending | 85635478 | |

### Plaintiff(s)

| | |
|---|---|
| Name: | Jack Daniel's Properties, Inc. |
| Correspondent Address: | CHRISTOPHER C LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST, SUITE 3500<br>LOS ANGELES CA , 90067-3021<br>UNITED STATES |
| Correspondent e-mail: | clarkin@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| OLD NO. 7 | Renewed | 70042663 | 42663 |
| OLD NO. 7 BRAND | Renewed | 75566592 | 2418109 |
| OLD NO 7 BRAND | Section 8 and 15 - Accepted and Acknowledged | 78541672 | 3363179 |
| OLD NO. 7 | Section 8 and 15 - Accepted and Acknowledged | 77427325 | 3505179 |
| OLD NO. 7 | Section 8 and 15 - Accepted and Acknowledged | 77427454 | 3505181 |
| OLD NO. 7 | Section 8 and 15 - Accepted and Acknowledged | 77427472 | 3596301 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 04, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Nov 04, 2013 | Dec 14, 2013 |
| 3 | PENDING, INSTITUTED | Nov 04, 2013 | |
| 4 | STIP FOR EXT | Dec 16, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 6 | ANSWER | Jan 14, 2014 | |
| 7 | TRIAL DATES REMAIN AS SET | Jan 29, 2014 | |
| 8 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 14, 2014 | |
| 9 | SUSPENDED | Feb 14, 2014 | |
| 10 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Apr 08, 2014 | |
| 11 | SUSPENDED | Apr 08, 2014 | |
| 12 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 11, 2014 | |
| 13 | SUSPENDED | Jun 11, 2014 | |
| 14 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Sep 15, 2014 | |
| 15 | SUSPENDED | Sep 15, 2014 | |
| 16 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Oct 16, 2014 | |
| 17 | SUSPENDED | Oct 16, 2014 | |
| 18 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Nov 24, 2014 | |
| 19 | SUSPENDED | Nov 24, 2014 | |
| 20 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 26, 2015 | |
| 21 | SUSPENDED | Jan 26, 2015 | |
| 22 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 27, 2015 | |
| 23 | SUSPENDED | Feb 27, 2015 | |
| 24 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Apr 30, 2015 | |
| 25 | SUSPENDED | Apr 30, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91194086 | **Filing Date:** | Mar 10, 2010 |
| **Status:** | Terminated | **Status Date:** | Jun 22, 2010 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

**Defendant**

| | |
|---|---|
| **Name:** | SS Choice, LLC |
| **Correspondent Address:** | SS CHOICE, LLC<br>SS CHOICE, LLC<br>2711 CENTERVILLE RD , SUITE 400<br>WILMINGTON DE , 19808<br>UNITED STATES |
| **Correspondent e-mail:** | kyle@ecigaretteschoice.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NO7 | Abandoned - After Inter-Partes Decision | 77766956 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Jack Daniel's Properties, Inc. |
| **Correspondent Address:** | CHRISTOPHER C. LARKIN<br>SEYFARTH SHAW LLP<br>2029 CENTURY PARK EAST, SUITE 3500<br>LOS ANGELES CA , 90067-3021<br>UNITED STATES |
| **Correspondent e-mail:** | clarkin@seyfarth.com , kelko@seyfarth.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| OLD NO. 7 | Renewed | 70042663 | 42663 |
| OLD NO. 7 BRAND | Renewed | 75566592 | 2418109 |
| OLD NO. 7 | Section 8 and 15 - Accepted and | 77427325 | 3505179 |

|  | Acknowledged | | |
|---|---|---|---|
| OLD NO 7 BRAND | Section 8 and 15 - Accepted and Acknowledged | 78541736 | 3366636 |

| Prosecution History | | | |
|---|---|---|---|
| Entry Number | History Text | Date | Due Date |
| 1 | FILED AND FEE | Mar 10, 2010 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 10, 2010 | Apr 19, 2010 |
| 3 | PENDING, INSTITUTED | Mar 10, 2010 | |
| 4 | NOTICE OF DEFAULT | May 05, 2010 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jun 22, 2010 | |
| 6 | TERMINATED | Jun 22, 2010 | |

JDPI002370

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, June 11, 2014 11:00 PM |
| **To:** | jdpilegal@jdpi.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0042663: OLD NO. 7 (Stylized/Design): Docket/Reference No. 594 |

**Serial Number:** 70042663
**Registration Number:** 0042663
**Registration Date:** May 24, 1904
**Mark:** OLD NO. 7 (Stylized/Design)
**Owner:** JACK DANIEL'S PROPERTIES, INC.

Jun 11, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
049

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE**

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=70042663.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

JDPI002372

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0042663 |
| **REGISTRATION DATE** | 05/24/1904 |
| **SERIAL NUMBER** | 70042663 |
| **MARK SECTION** | |
| MARK | OLD NO. 7 (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| NAME | CHRISTOPHER C. LARKIN |
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | David S. Gooder |
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |

JDPI002373

| STATE | California |
|---|---|
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 594 |

**CORRESPONDENCE SECTION (current)**

| NAME | DAVID S GOODER |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**CORRESPONDENCE SECTION (proposed)**

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES INC |
| STREET | 4040 CIVIC CTR DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |

JDPI002374

| FAX | 415 446 5230 |
|---|---|
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 594 |

## GOODS AND/OR SERVICES SECTION

| U.S. CLASS | 049 |
|---|---|
| GOODS OR SERVICES | WHISKIES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\700\426\70042663\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | Digital image of a bottle of the product with the label and necker affixed clearly showing the mark |

## OWNER SECTION (current)

| NAME | JACK DANIEL'S PROPERTIES, INC. |
|---|---|
| STREET | 4040 CIVIC CENTER DRIVE |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |

## OWNER SECTION (proposed)

| NAME | JACK DANIEL'S PROPERTIES, INC. |
|---|---|
| STREET | 4040 CIVIC CENTER DRIVE, SUITE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415-446-5225 |
| FAX | 415-446-5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## LEGAL ENTITY SECTION (current)

| TYPE | |
|---|---|

JDPI002375

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | //David S. Gooder// |
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 05/21/2014 |
| SIGNATORY'S PHONE NUMBER | 415-446-5225 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed May 21 12:23:34 EDT 2014 |
| TEAS STAMP | USPTO/S08N09-38.88.175.58 -20140521122334721243-004 2663-5001680b8abb4c355f34 d3d6f8251d8c7eec2c95fe6ad d0b9b95fe487f051f6-DA-923 1-20140521121227634425 |

JDPI002376

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0042663
**REGISTRATION DATE:** 05/24/1904

**MARK:** (Stylized and/or with Design, OLD NO. 7)

The owner, JACK DANIEL'S PROPERTIES, INC., a corporation of Delaware, having an address of
    4040 CIVIC CENTER DRIVE, SUITE 528
    SAN RAFAEL, California 94903
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For U.S. Class 049, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: WHISKIES ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of a bottle of the product with the label and necker affixed clearly showing the mark.
Specimen File1
The registrant's current Attorney Information: CHRISTOPHER C. LARKIN of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States


The registrant's proposed Attorney Information: David S. Gooder of  JACK DANIEL'S PROPERTIES INC
    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States
The docket/reference number is 594.


The phone number is 415 446 5225.

The fax number is 415 446 5230.

The email address is jdpilegal@jdpi.com.

JDPI002377

The registrant's current Correspondence Information: DAVID S GOODER of JACK DANIEL'S PROPERTIES INC

    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States

The registrant's proposed Correspondence Information: David S. Gooder of JACK DANIEL'S PROPERTIES INC

    4040 CIVIC CTR DR STE 528
    SAN RAFAEL, California (CA) 94903
    United States

The docket/reference number is 594.

The phone number is 415 446 5225.

The fax number is 415 446 5230.

The email address is jdpilegal@jdpi.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**

*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**

*The registrant requests that the registration be renewed for the goods/services identified above.*

Signature: //David S. Gooder//    Date: 05/21/2014
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415-446-5225

Mailing Address **(current):**
  JACK DANIEL'S PROPERTIES INC
  4040 CIVIC CTR DR STE 528

SAN RAFAEL, California 94903

Mailing Address **(proposed):**
  JACK DANIEL'S PROPERTIES INC
  4040 CIVIC CTR DR STE 528
  SAN RAFAEL, California 94903

Serial Number: 70042663
Internet Transmission Date: Wed May 21 12:23:34 EDT 2014
TEAS Stamp: USPTO/S08N09-38.88.175.58-20140521122334
721243-0042663-5001680b8abb4c355f34d3d6f
8251d8c7eec2c95fe6add0b9b95fe487f051f6-D
A-9231-20140521121227634425

JDPI002379



JDPI002380

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    0042663



**Serial Number:**    70042663



**RAM Sale Number:  0042663**

**RAM Accounting Date:  20140521**

**Total Fees:**    $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| **Transaction** | **Fee Code** | **Transaction Date** | **Fee per Class** | **Number of Classes** | **Number of Classes Paid** | **Total Fee** |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140521 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20140521 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20140521

JDPI002381



JDPI002382



192
.0 47

CRITION

70042663
FILING DATE  REGISTRATION #
04/22/1904      42663

C

*plication* _____ *papers.*

1. _____
2. affidavit     July 19, 1947
3. N OF REPUB        APR 1 9 1948
4. Reg. for new certif. Apr. 11-52
5. Letter            Apr. 24-52
6. Comb. aff. Sec. 8 +15 June 11-1953
7. Affd. Sec. 8 Accpt. Sec. 15 Ack.   JUL 9 1953
8. Ren. Pet.     Dec. 1, 1953
9. Reg. for n.c.    Oct. 1-56
10. Ren. Pet.     Dec. 5, 1973
    Notice of Suit    Mar. 31, 1980
    Notice of Suit    Feb. 1, 1982
    Notice of Suit    July 26, 1982
14. Notice of Suit     26 JUL 1982
15. Notice of Suit     26 JUL 1982
16. Notice of Suit     26 JUL 1982
17. Notice of Suit     26 JUL 1982
18. Notice of Suit     26 JUL 1982
19. Notice of Suit     26 JUL 1982
20. Notice of Suit     26 JUL 1982
21. Notice of Suit     26 JUL 1982
22. Notice of Suit     26 JUL 1982
23. Notice of Suit     26 JUL 1982
24. Notice of Suit     26 JUL 1982
25. Notice of Suit     (Decided) Aug. 12, 1982
26. Notice of Suit     Jan. 21, 1983
27. Notice of Suit     Feb. 4, 1983
28. Notice of Suit     Apr. 29, 1983
29. Notice of Suit     (Decided) Oct. 18, 1983
30.  Ren Pet            Aug. 19, 1994
31. Request for Amdt.   8-19-94
    Section 8 & 9  MAY 03 2004 CP



RIAL No. (Series of 1905)

REGISTERED

**42,66:**

JACK DANIEL

Jack Daniel Distillery, Lem Motlow, Prop. Inc.
a corp of Tennessee
Jack Daniel Distillery, Lem Motlow, Prop. Inc. (1956 corp.

of
State of LYNCHBURG
TENNESSEE

For

Lynchburg
Tennessee
Card
9-27-56

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 9/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED 11/7
26

Statement
Verification
Specimens
Drawing
Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946
$25.00 — 108282 — Dec. 1, 1953
$25.00 —

Application filed complete
JUL 19 1947
DEC 1 1953
DEC 5 1973

Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8
Affidavit, Sec. 15
Examined for renewal

APR 19 1948

Acknowledged
Acknowledged
Renewed May 24, 1954
RENEWED May 24, 1974
Renewed May 24, 1994
EN 16, U. B., 2004
West Harrison St.,

EXAMINED FOR RENEWAL

Represent
Attorney CHRISTOPHER E. LARKIN
John GRAHAM & JAMES
Chica 801 SOUTH FIGUEROA STREET
14TH FLOOR
LOS ANGELES, CA  90017-5554
Associate attorney

Trade mark: **AMENDMENT SEC. 7**

Merchandise or services Whiskies ok

I. C. 33

Applicant claims ownership of registrations

Claims use since January 1875

REPUBLISHED

Claims use in commerce since

MAY 1 8 19

U. S. PATE

FEB 26 1974

APR 13 1954

2—426.

CLASSIFICATION.

K

# 1904

## CONTENTS:

TRADE MARK.
Spirituous Liquors

Print.............. ............ ....... ...............

lication.......  ........ papers. *or*

Ret for Ren. march 9 1934

2.  .........................................................

3.  .........................................................

4.  .........................................................

5.  .........................................................

6.  .........................................................

7.  .........................................................

8.  .........................................................

9.  .........................................................

10.  .........................................................

11.  .........................................................

12.  .........................................................

13.  .........................................................

14.  .........................................................

15.  .........................................................

16.  .........................................................

17.  .........................................................

18.  .........................................................

19.  .........................................................

20.  .........................................................

21.  .........................................................

22.  .........................................................

23.  .........................................................

## TITLE:

Trade-Mark for Whiskies.

.........................................................

.........................................................

JDPI002385



Reg. No.          42,663

Registered:       May 24, 1904          Renewed May 24, 1934
                                        Re-renewed May 24, 1954
Act of:           1881
To:               Jack Daniel
Filing date:      Oct. 1, 1956

Issue certificate to:  Jack Daniel Distillery, Lem Motlow, Prop., In
                       Lynchburg, Tenn., a corp. of Tenn. (1956 corp

Twenty years from:     May 24, 1954

                  UNCERTIFIED COPY OF
                  ORIGINAL CERTIFICATE


Registration No.    42,663

Registered:         May 24, 1904          Renewed May 24, 1934

Act of:             March 3, 1881

To:                 Jack Daniel

Filing date:        April 11, 1952

Issue certificate to:  Jack Daniel Distillery, Lem Motlow, Prop.,
                       Inc., Lynchburg, Tenn., a corp. of Tenn.

Twenty years from:  May 24, 1934

                  UNCERTIFIED COPY OF
                  ORIGINAL CERTIFICATE

JDPI002386



$\beta$

MAY 2 4 1995

3/10/95

JDPI002387



MBER (SERIES OF 1881.)  1904  DIV.
70,701  (EX'R'S BOOK)

Cl 49  **TRADE-MARK No.** 42.663

ACT OF MARCH 3, 1881.

*Name* Jack Daniel
Lem Motlow

*of* Lynchburg
*County of*
*State of* Tennessee
*For* Whiskey

| | | | |
|---|---|---|---|
| Petition | Mar 9, 1934 | April | 22 | 190 |
| Declaration | | | | 190 |
| Statement | | | | 190 |
| Drawing | | | | 190 |
| Fee Cash $ 25.00 | | April | 22 | 190 |
| " Cert. Dep' #15, Mar. 9, 1934 | | | | 190 |
| Appl. filed complete | | Apl | 22 | 190 |

Reg'd prior to Act March 3, 1881, Cert. No. ................, Dated ................ 1
xamined ................ N. Mallory May 2, 190
ountersigned ................ Grant
otice of Allowance ................ Mar 5, 190
egistered ................ May 24 190

Renewed May 24, 1934

*Associate Attorney* Chauncey P. Carter *Attorney* Wm N Richmond
3625 Lowell St. N.W. McGill Bldg City
City

*Serial No.* 70,701 ................ *Date of Filing* ................, 190
*Trade-Mark No.* ................ " " *Registration* ................, 190

JDPI002388

# FEE RECORD SHEET

**Registration Number:**   0042663

**Serial Number:**   70042663



**RAM Sale Number:  285**

**Total Fees:**     $500

**RAM Accounting Date:  20040504**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 05/03/2004 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 05/03/2004 | $400 | 1 | $400 |

CD   David S Gooder

JDPI002389



**UNITED STATES DEPARTMENT OF COMMERCE**
ent and Trademark Office
ISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.    0042663          SERIAL NO. 70/042663          PAPER NO.
                                                                   MAILING DATE: 05/30/95

MARK: OLD NO. 7 (STYLIZED)

REGISTRANT:  JACK DANIEL DISTILLERY, LEM MOTLOW PROP.
             , INC.

CORRESPONDENCE ADDRESS:
 CHRISTOPHER C. LARKIN
 GRAHAM & JAMES
 801 SOUTH FIGUEROA STREET
 14TH FLOOR
 LOS ANGELES, CA 90017-5554

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence
   not containing fees should include
   the words "Box 5".
5. Registration No.


RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 9 OF THE TRADEMARK ACT AND 37 CFR SECS. 2.181-2.184.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND RENEWAL HAS BEEN
GRANTED.


A. J. GORE
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 308-9500   EXT. 39

JDPI002390

*Post Reg.*

RECEIVED
TRADEMARK MAILROOM
JUL 1 8 1994
US PATENT & TRADEMARK

**UNITED STATES DEPARTMENT OF COMMERCE**
**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Registrant:   Jack Daniel Distillery Lem Motlow, Prop., Inc., a
              Kentucky corporation
Mark:         OLD NO. 7 (Stylized)
Reg. No.:     42,663
Registered:   May 24, 1904

Commissioner of Patents
   and Trademarks
Box 5
Washington, D.C.  20231

**POWER OF ATTORNEY**

Revoking all prior appointments, Registrant hereby appoints

**Christopher C. Larkin (to whom all communication and correspondence**

**are to be addressed)** and David S. Gooder (both are members of the

Bar of the State of California), of the law firm of Graham & James,

801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554,

as its attorneys, with full power of substitution and revocation, to

transact all business in the Patent and Trademark Office and in the

courts in connection with the above-referenced registration.

                              Respectfully submitted,

                              JACK DANIEL DISTILLERY LEM MOTLOW,
                              PROP., INC., a Kentucky corporation

Date: ___6-6___, 1994    By: _Garrison R. Cox_
                              Garrison R. Cox
                              Secretary

                         P.O. Box 199
                         Lynchburg, Tennessee 37352

JDPI002391

AO Fo... (Rev. Oct. 1934)

In Re Patents

## United States District Court
### for the
SOUTHERN DISTRICT OF FLORIDA

Miami

42,663

LAW LIBRARY Checkoff

NOV  9 1983

PATENT AND TRADEMARK OFFICE,

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the          26th          day of     July                    , 19 82 , in this

court an action, No. 82-1570-CIV-WMH , entitled:

Name    JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.                          , Plaintiff,

Address    LYNCHBURGH, TENNESSEE

*versus*

Name    SUPERSAVE SOUVENIRS, INC.                                                  , Defendant,

Address    MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663  and  44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2. 298102 and  323914 | | Jack Daniels Number 7 and Medals. |
| 3. 394017  and  394018 | | |
| 4. 441002  and  582789 | | |
| 5. | | |

In the above-entitled case, on the                    day of                    , 19     , the

following patents have been included by                                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

    See attached

    Robert M. March

Clerk.

Date    July 28 , 19 82              By                    Deputy Clerk.

JDPI002392

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1570-CIV-JLK

JACK DANIEL DISTILLERY, LEM          )
MOTLOW, PROP., INC.                  )
                                     )
              Plaintiff,             )
                                     )
vs.                                  )
                                     )
SUPERSAVE SOUVENIRS, INC.            )
a Florida corporation,               )
                                     )
              Defendant.             )
_____)

RECD by _____ D.C.

OCT 17 1983

ROBERT M. MARCH
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

FINAL CONSENT
INJUNCTION AND JUDGMENT

FILED by _____ D.C.

OCT 18 1983

_____
CLERK

        This cause came before the Court by stipulation of the

plaintiff, Jack Daniel Distillery, Lem Motlow, Prop., Inc., and

defendant, Supersave Souvenirs, Inc. ("Supersave") and upon

their joint motion for entry of a final consent injunction and

judgment.  The Court has considered the stipulation and the

motion, and is fully advised in the premises.  After due

consideration, the Court finds:

        1.   At the time this lawsuit was filed, plaintiff,

Jack Daniel Distillery, Lem Motlow, Prop., Inc., was the owner

of the trademarks JACK DANIEL, OLD NUMBER 7, JACK DANIELS, and

JACK DANIELS NUMBER 7 and MEDALS, and owned United States

Trademark Registration Nos. 42663; 44460; 298102; 323914;

444537; 394017; 394018; 441002; and 582789 for trademarks; and

said trademarks and registrations were valid and in full force

and effect and belonged exclusively to plaintiff.

JDPI002393

2.   As used herein, the term "trademarks in issue" means United States Trademark Registration Nos. 42663; 44460; 298102; 323914; 444537; 394017; 394018; 441002; and 582789 for trademarks, regardless of whether these trademarks are owned by plaintiff or plaintiff's successors and assigns.

3. Plaintiff took all steps required by law to protect these trademarks and to provide notice to the public that only plaintiff was the owner of these trademarks.

4.   Plaintiff widely used and extensively advertised and promoted these trademarks for distilled alcoholic liquors, and has marketed and licensed others to market memorabilia, nostalgia and reproduction items which embody these trademarks. These trademarks have become well and favorably known to the purchasing public of Florida and elsewhere in the United States, and have acquired secondary meaning as symbols of plaintiff, and its successors and assigns, their business and products, and of the extensive and valuable goodwill which they have created and enjoy.

5.   Defendant Supersave has, without the consent of plaintiff, or its successors and assigns, used these trademarks on and in connection with the sale, offering for sale, and distribution of T-Shirts, T-Shirt transfer decals, and/or other memorabilia items.  Such use is likely to cause confusion, mistake and deception with respect to the trademarks in issue. By such acts, defendant Supersave has infringed upon plaintiff's rights in and to its registered and common-law trademarks.

-2-

6.    Defendant Supersave has, by the acts set forth in paragraph 5 above, falsely designated and represented its goods, competed unfairly with plaintiff and its successors and assigns, injured the business reputation of plaintiff and its successors and assigns, and diluted the distinctive quality of the trademarks in issue.

NOW, THEREFORE, IT IS HEREBY

ORDERED and ADJUDGED that the Court has jurisdiction over the parties and over the subject matter of this action; and venue is proper in this judicial district; and further, the Court shall retain jurisdiction over this action and over the parties for purposes of enforcing and addressing all matters arising in connection with this Final Consent Injunction and Judgment.  It is further

ORDERED and ADJUDGED that the joint motion of plaintiff and defendant Supersave be and the same is hereby granted and their stipulation be and the same is hereby approved and ratified.  It is further

ORDERED and ADJUDGED that the terms of this Final Consent Injunction and Judgment are binding upon, and inure to the benefit of, not only the plaintiff and defendant Supersave but also their successors and assigns.  It is further

ORDERED and ADJUDGED that the plaintiff's claim against defendant Supersave is hereby severed from the plaintiff's claims against the other defendants, which claims remain intact.  It is further

-3-

JDPI002395

ORDERED and ADJUDGED that defendant Supersave and its directors, officers, agents, servants, employees, and those persons in active concert or participation with them, are permanently enjoined from committing the following acts:

(a) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks in any manner, on any goods or in connection with the manufacture, procurement, sale, offering for sale, distribution, or advertising of any goods;

(b) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks, on any printed material (including stationery, advertisements, catalogs and promotional material) in connection with any business office or business activity;

(c) taking any action or making any statements or representations, express or implied, in connection with the promotion, advertising, or sale of goods that such goods have been approved, endorsed, or licensed by plaintiff, its successors or assigns;

(d) taking any action or making any statements or representations, express or implied, which would suggest to the public that there is any sponsorship, affiliation, business association, connection, or relationship, between the defendant and plaintiff, its successors or assigns;

(e) competing unfairly with plaintiff, or its successors and assigns, in any manner, or taking advantage of the goodwill and reputation of plaintiff or its successors and assigns; and

(f) injuring the business reputation of plaintiff, or its successors and assigns, or diluting the quality of the trademarks in issue.

It is further

-4-

JDPI002396

ORDERED and ADJUDGED that Supersave shall deliver forthwith, at its own expense, to plaintiff all the following materials and/or things:

(a) all goods and things bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

(b) all printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

(c) all plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks.

It is further

ORDERED and ADJUDGED that defendant Supersave shall report to plaintiff, and identify for it, immediately upon learning of them, all persons and entities (other than plaintiff), who manufacture, distribute, sell, offer for sale, or deal in, any one or more of the following materials and/or things:

(a) goods or things bearing any of the trademarks in issue, or any name or mark similar to these trademarks,

(b) printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks, and

(c) plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks, as defendant becomes aware of them. Finally, it is

-5-

JDPI002397

ORDERED and ADJUDGED that each party shall bear its own costs, expenses, and attorney's fees.

DONE and ORDERED in the Southern District of Florida at Miami, Dade County, Florida, this ___19___ day of October, 1983.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

-6-

JDPI002398

## STIPULATION

PLAINTIFF AND SUPERSAVE SOUVENIRS, INC. HEREBY STIPULATE that the foregoing Final Consent Injunction and Judgment may be presented to the Court for approval and, when approved and signed by the Court, may be entered herein, all without further notice, and each party waives all right to seek review by appeal or otherwise therefrom.

MORTON B. ZEMEL, ESQUIRE                STEEL HECTOR & DAVIS
Attorney for Defendant                  Attorneys for Plaintiff
Suite 111                               1400 Southeast Bank Building
16666 N.E. 19th Avenue                  Miami, Florida  33131
N. Miami Beach, Florida  33162          Telephone:  (305) 577-2934
Telephone:  (305) 949-4237


By _____             By _____
    Morton B. Zemel, Esquire                Gary T. Stiphany

Conformed copies to:

Morton B. Zemel, Esquire
Gary T. Stiphany. Esquire

-7-

JDPI002399



OLD NO. 7                    42663

JDPI002400



JDPI002401



JACK DANIEL                    298,102

JDPI002402



JACK DANIELS
AND DES.                                            394,017

JDPI002403



JACK DANIELS AND LABEL
DESIGN

394,018

JDPI002404



AO Form 120 (Rev. Oct. 1954)                                    In Re Patents

# United States District Court

### for the
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**LAW LIBRARY**

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

JAN 27 1983

SIR:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

**PATENT AND TRADEMARK OFFICE**

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    21st    day of    January    , 19 83 , in this

court an action, No. 83-6050-Civ-NCR, entitled:

**Name**   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.   ok           , Plaintiff,

**Address**  Lynch Hardware and General Store
Lynchburg, Tennessee

*versus*

**Name**   THREE GUYS DISTRIBUTING, INC.                      , Defendant,

**Address**  Davie, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 42663 | NOT GIVEN | JACK DANIEL DISTILLERY |
| 1. 44460 | " | " |
| 2. 298102 | " | " plff |
| 323914 | " | " ok |
| 3. 394017 | " | " |
| 394018 | " | " |
| 4. 441002 | " | " |
| 5. 582789 | " | " |

In the above-entitled case, on the          day of          , 19   , the

following patents have been included by                        (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH
                                                  *Clerk.*

Date    January 25   , 19 83      By    _____
                                                  *Deputy Clerk.*

URN TO RECORD ROOM                NEW          ATE RENEWAL

QLD No. 7

T.-M. SERIAL- No. (Series of 1905)        TRADE-MARK No. 42663

*70,701*                              REGISTERED MAY 24 1904

*49*

Name  JACK DANIEL

published by  *Jack Daniel Distillery, Lem Motlow, Prop. 9 new*
              *a corp of Tennessee*
              *(amedto: Jack Daniel Distillery, Lem Motlow, Prop., Inc.) (1956 corp.)*

of  LYNCHBURG

State of  TENNESSEE

For                                    *Lynchburg*
                                       *Tennessee*
                                                        *Card*
                                                        *9-27-56*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED *4/11/52* ISSUED *6/3/52*
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED *10/1/52* ISSUED *11/7/52*

Statement
Verification                                   *Application filed complete*
Specimens
Drawing                                         JUL 19 1947
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946       DEC 1  1953
     $25.00      104282 — Dec. 1, 1953          DEC 5  1973
     $25.00

Examined and passed for publication            APR 19 1948

Examined for registration

Notice of allowance

Affidavit, Sec. 8     *8 Akack*                 Acknowledged

Affidavit, Sec. 15                             Acknowledged

Examined for renewal  *G. Summers*             Renewed *May 24 1954*
EXAMINED FOR RENEWAL                            RENEWED *May 24 1974*

Representative        *4460 Kaleigh St.*

Attorney  CHAUNCEY P. CARTER, 3411 FOXHALL ROAD, WASHINGTON 16, D. C.
          *John F. Brezina + John C. Brezina, 5410 West Harrison St.,*
          *Chicago, Ill. 60644*

Associate Attorney

Trade mark:

Merchandise or services  *Whiskies ok*

                                    1. C.  33

Applicant claims ownership of registrations

Claims use since  *January 1875*               REPUBLISHED IN O.G.

Claims use in commerce since                   MAY 18 1948

                                               U. S. PATENT OFFICE

              FEB 26 1974

                      APR 13 1954

JDPI002407

PATENTED FILE
URN TO RECORD ROOM

NEW CERTIFICATE

RENEWAL

1. SERIAL No. (Series of 1905)

TRADE-MARK No. 44460

REGISTERED    JUL 4 1965

4 3 0
4 9

*ne*    JACK DANIEL
*Republished by*    *Jack Daniel Distillery, Lem Motlow, Prop., Inc.*

*ssued to:*    *a corp. of Tennessee*
LYNCHBURG    *Jack Daniel Distillery, Lem Motlow, Prop. Inc., (1956 corp.)*
*ite of*    TENNESSEE    *Lynchburg*
*r*    *Tennessee*

| | |
|---|---|
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 2/11/52 ISSUED 6/3/52 | |
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED | |
| Statement | |
| Verification | |
| Specimens | *Application filed complete* |
| Drawing | JUL 19 1947 |
| Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946 | JUN 8 1965 |
|     $25.00 | |
| *xamined and passed for publication* | APR 19 1948 |
| *xamined for registration* | |
| *otice of allowance* | |
| *ffidavit, Sec. 8* | *Acknowledged* |
| *ffidavit, Sec. 15* | *Acknowledged* |
| *xamined for renewal* | *Renewed July 4, 1965* |

*Representative*    4400 K Ingle St
*Attorney*    CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.

Bezina + Buckingham, 5410 W. Harrison St. Chicago Ill. 60644
*Associate Attorney*

*Trade mark:*

*Merchandise or services*    Whiskey

*Applicant claims ownership of registrations*

*Claims use since*    June 1875

*Claims use in commerce since*

REPUBLISHED
MAY 18 1948
U. S. PATENT OFFICE

JDPI002408

FAILURE TO
TURN TO RECORD ROOM — NEW CERTIFICATE —    98102

TRADE MARK
JACK DANIEL

REGISTERED OCT 11 1932

..-M. SERIAL No. (Series

327,826

Cl.49

Name    LEM MOTLOW,
    DOING BUSINESS AS JACK DANIEL
Republished by    Jack Daniel Distillery, Lem Motlow, Prop. Inc.
a corp of Tennessee
of    LYNCHBURG    Issued to: Jack Daniel Distillery, Lem Motlow, Prop. Inc. (1956)
State of    TENNESSEE    Lynchburg
For    Tennessee

Parts of Application filed

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52    ISSUED
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56    ISSUED
Statement
Verification    Application filed complete
Specimens
Drawing    JUL 19 1947
Fee    $10.00 AFFIDAVIT SEC 12C ACT OF 1946    APR 24 1952
    $25.00 — 189364 — Apr. 24, 1952
    $15.00    APR 19 1972
Examined and passed for publication    D-32-558    APR 26 1948
Examined for registration    38-5
Notice of allowance    MAY 28 1952
Affidavit, Sec. 8    Acknowledged
Affidavit, Sec. 15    Acknowledged
Examined for renewal    MAY 28 1952    Renewed Oct. 11, 1952
ISSUED FOR REGISTER    RENEWED Oct. 11, 1972
Representative
Attorney    CHAUNCEY P. CARTER, 5111 FOXHALL ROAD, WASHINGTON 16, D.C.
Atty. John F. Brezina & John Charles Brezina
Associate Attorney    5410 West Harrison St.
    Chicago, Ill. 60644

Trade mark:

I. C. 33

Merchandise or services    Whiskey    OK.

Applicant claims ownership of registrations

Claims use since    1875

Claims use in commerce since

REPUBLISHED IN O.G.
JUN 24 1952    MAY 25 1948

JUL 4 1972

JDPI002409

PATENTED FILE
URN TO RECORD ROOM

NEW CERTIFICATE RENEWAL

JACK DANIEL

TRADE-MARK No. 323914

M. SERIAL No. (Series of 1905)

358, 853

REGISTERED MAY 7 1935

? 49

ame    LEM MOTLOW,
        DOING BUSINESS AS JACK DANIEL,

hed by Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
      Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)
      LYNCHBURG,    a corp. of Tennessee
ate of  TENNESSEE                         Lynchburg
or                                        Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 6/3/52

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED 4/7/56

Statement
Verification                              Application filed complete
Specimens                                 JUL 19 1947
Drawing
Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946   NOV 18 1954
    $ 25.03                                 DEC 18 1974
    $25.00
amined and passed for publication         APR 26 1948
xamined for registration
otice of allowance
fidavit, Sec. 8                           Acknowledged
fidavit, Sec. 15                          Acknowledged
xamined for renewal                       FEB 23 1956  Renewed May 7, 1955
XAMINED FOR RENEWAL                       RENEWED May 7, 1975
Representative                            4400 Klingle St.
ttorney   CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.
John J. Brezina and John C. Brezina, 3747 Grand Blvd
Brookfield, Ill. 60513
ssociate Attorney

Trade mark:

Merchandise or services    Whiskey    O.K.    I. C. 33

Applicant claims ownership of registrations

Claims use since    1866

Claims use in commerce since

FEB 25 1975

REPUBLISHED IN O.G.

MAY 25 1948

JDPI002410

DANIEL'S

URN TO RECORD ROOM

SECOND RENEWAL

T.-M. SERIAL No. (Series of 1905)

429345

NEW CERTIFICATE

TRADE-MARK NO. 394017

REGISTERED MAR 17 1942

*Name* JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. & INC.

*Issued to:* Jack Daniel Distillery Lem Motlow, Prop. Inc., (1956 copy)
corp. of Tennessee

*of* LYNCHBURG

*State of* TENNESSEE

Republished by registrant.

*For* REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/ 56   ISSUED 1/7/56

*Parts of Application filed*

*Statement*
*Verification*
*Specimens*
*Drawing*
*Fee* $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
$2.50    NOV 26 1981
$2.5

*Application filed complete*
JUL 19 1947

JAN 15 1962

APR 26 1948   Hw Gedman

*Examined and passed for publication*
*Examined for registration*
*Notice of allowance*
*Affidavit, Sec. 8* } Orlacy
*Affidavit, Sec. 15* }
*Examined for renewal* L Shukun
EXAMINED FOR RENEWAL J.D. Pfahl
*Representative* Beveridge, DeGrandi, & Kline
*Attorney* CHAS 1819 H Street, N. W.
Washington, D. C. 20006

*Acknowledged*
*Acknowledged*
Renewed Mar. 17, 1962
RENEWED Mar. 17, 1982
NGTON 16, D.C.

*Associate Attorney*

*Trade mark:*

*Merchandise or services* whiskey
(c)

*Applicant claims ownership of registrations*

*Claims use since* 1915

*Claims use in commerce since*

INT. CL. 33

REPUBLISHED IN U. S.

MAY 25 1948

APR 6 1982          MAR 20 1962

PATENTED
TURN TO RECORD ROOM

SECOND RENEWAL

-M. SERIAL No. (Series of 1905)

JACK DANIELS AND LABEL DES.

RENEWAL
394018

TRADE-MARK No.

429602 NEW CERTIFICATE REGISTERED MAR 17 1942

p. 49

Name     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,
         Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 cert)
         corp. of Tennessee

of       LYNCHBURG
State of TENNESSEE
For

Republished by registrant
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11 ISSUED 27
                                              56

| Facts of Application filed | | |
|---|---|---|
| Statement | | Application filed complete |
| Verification | | JUL 19 1947 |
| Specimens | | |
| Drawing | | JAN 15 1962 |
| Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946 | | |
| $25.00 | | APR 26 1948  Hw Gedman |
| $525  NOV 20 1981 | | |

Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8                                    Acknowledged
Affidavit, Sec. 15                                   Acknowledged
Examined for renewal  Struckmy                       Renewed MAR. 17, 1962
EXAMINED FOR RENEWAL  S. a. Pfohl                    RENEWED  Mar. 17, 1982
                                                      Street
Representative  CHAU                                  NGTON 16, D.C.
Attorney        Beveridge, DeGrandi & Kline
                1819 H Street, N. W.
                Washington, D. C.  20006              T SEC. 7

Associate Attorney

Trade mark: The shape of the bottle and all wording except "Jack
Daniel" "No 7" "Jack Daniel Lem Motlow Prop Inc"
"whiskey made as my fathers made it 4 in generation Dis" #1
"Est 1866" and Jack Daniels "Old Distillery" are disclaimed
Merchandise or services  whiskey
                          OK

Applicant claims ownership of registrations

Claims use since  Dec. 7, 1970

Claims use in commerce since                          INT. CL.  33

REPUBLISHED IN O.G. OFFICE

MAY 25 1948

APR 6 1982        MAR 20 1962

JACK DANIEL'S

**RENEWAL**

**TRADE-MARK No. 441002**

T.-M. SERIAL No. (Series of 1905)

525,555    **NEW CERTIFICATE**    REGISTERED OCT 12, 1948

*l. 49*

*Name* .......... JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

*Issued to:* Jack Daniel Distillery, Lem Motlow, Prop., Inc.,

Jack Daniel Distillery, Lem Motlow, prop., Inc.,

a Corp. of Tennessee    Republished by registrant.

*of* .......... LYNCHBURG

*State of* .......... TENNESSEE

*For* .......... REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56  ISSUED 22/57 Lynchburg, Tenn.

| | |
|---|---|
| *Statement* .......... | |
| *Verification* .......... | *Application filed complete* |
| *Specimens* .......... | OCT 23 1948 |
| *Drawing* .......... | |
| *Fee* .......... $10.00 AFFIDAVIT SEC. 12C ACT OF 1946 | JUN 22 1968 |
| #2.5.00 | |

*Examined and passed for publication* .......... MAY 30 1949  HW Sedman

*Examined for registration* ..........

*Notice of allowance* ..........

*Affidavit, Sec. 8* ..........    *Acknowledged* ..........

*Affidavit, Sec. 15* ..........    *Acknowledged* ..........

*Examined for renewal* JW   Martin N. Marks    *Renewed* Oct 12, 1968

*Representative* ..........

*Attorney* .......... CHAUNCEY P. CARTER, 3511 FORMAL ROAD, WASHINGTON 16, D.C.

*Associate Attorney* ..........

*Trade mark:* .......... Int. Cl. 33

*Merchandise or services* WHISKEY    61C

*Applicant claims ownership of registrations* ..........    REPUBLISHED IN U.S.

*Claims use since* 1875

JUN 28 1968

U. S. PATENT OFFICE

*Claims use in commerce since* ..........

JUN 25 1968

MAY 25 1968

16-51581-1    U. S. GOVERNMENT PRINTING OFFICE

JDPI002413

.20  
. 10/54)

42,663  
Check off

In Re ~~PATENTS~~ TRADEMARKS

# United States District Court

## for the

LAW LIBRARY

SOUTHERN DISTRICT OF FLORIDA

AUG 31 1982

COMMISSIONER OF ~~PATENTS~~TRADEMARKS  
Washington 25, D. C.

Miami

PATENT AND TRADEMARK OFFICE

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26    day of    July    , 19 82, in this

court an action, No.    82-1572-CIV-JE entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    ROBERTS WESTERN WEAR, INC.    , Defendant,

Address    5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| PATENT NO. | NAME OF ~~DATE OF~~ PATENT | PATENTEE |
|---|---|---|
| 1. 42663, 394018 | JACK DANIEL | PLTF |
| 2. 44460, 441002 | OLD NUMBER 7 | " |
| 3. 298102, 582789 | JACK DANIELS | " |
| 4. 323914 | JACK DANIELS NUMBER 7 | " |
| 5. 394017 | MEDALS | " |

In the above-entitled case, on the                    day of                , 19      , the

following patents have been included by                                    (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Notice of Voluntary Dismissal, 8/12/82, by plaintiff.

JOSEPH I. BOGART

Clerk.

Date  august 12  ~~July 28~~  , 19 82

By  M. P. Wilkinson  ,

Deputy Clerk.

JDPI002414

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1572-Civ-JE

JACK DANIEL DISTILLERY,
LEM MOTLOW, PROP., INC.          :

            Plaintiff,           :

                                 :                       FILED BY _____ DC

v.                               :                       '82 AUG 12 PH 3 45

                                 :                       JOSEPH I BOGART
                                                         CLERK US DIST. CT.
ROBERTS WESTERN WEAR, INC.,      :                       S D F FLA.-MIAMI
a Florida corporation,           :

            Defendant.           :

_____  :

NOTICE OF VOLUNTARY DISMISSAL

        Notice is hereby given that Plaintiff, Jack Daniel
Distillery, Lem Motlow, Prop., Inc., dismisses this action
pursuant to Federal Rule of Civil Procedure 41(a)(1).

                          STEEL HECTOR & DAVIS
                          1400 Southeast Bank Building
                          Miami, Florida 33131
                          Attorneys for Plaintiff
                          Telephone: 577-2877


                    By _____
                          Joseph P. Klock, Jr.


        I HEREBY CERTIFY that a true copy of the foregoing
Notice of Voluntary Dismissal was mailed to the plaintiff
c/o Murray Smith, 5857 Sunset Drive, South Miami, Florida
33143 this 12th day of August, 1982.

                    _____

| RECD | TO JUDGE |
|------|----------|
| 8-13 | ♂        |
| BY   |          |
| ω    | 6        |

JDPI002415

URN TO RECORD ROOM

CLD N. 7

'-M. SERIAL No. (Series of 1905)    TRADE-MARK No. 42663

REGISTERED MAY 24 1904

49

*ame*    JACK DANIEL

Jack Daniel Distillery, Lem Motlow, Prop. & Inc.

a corp of Tennessee

Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)

*f*    LYNCHBURG

*State of*    TENNESSEE

*for*    Lynchburg

Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 9/11/52 ISSUED 9/3/52

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 ISSUED 27/56

9 - 7-56

*Statement*

*Verification*    *Application filed complete*

*Specimens*    JUL 19 1947

*Drawing*

*Fee* $10.00 AFFIDAVIT SEC. 12C ACT OF 1946    DEC 1 1953

$25.00    108282 — Dec. 1, 1953

$25.00    DEC 5 1973

*Examined and passed for publication*    APR 19 1948

*Examined for registration*

*Notice of allowance*

*Affidavit, Sec. 8*    *Acknowledged*

*Affidavit, Sec. 15*    *Acknowledged*

*Examined for renewal*    Re- Renewed May 24, 1954

RENEWED May 24, 1974

*Representative*

*Attorney*    CHAUNCEY P. CARTER, 311 FOXHALL ROAD, WASHINGTON 16, D. C.

John F. Brezina & John C. Brezina, 5410 West Harrison St.,

Chicago, Ill. 60644

*Associate Attorney*

*Trade mark:*

*Merchandise or services* Whiskies etc.

1. C. 33

*Applicant claims ownership of registrations*

*Claims use since*    1875

*Claims use in commerce since*

REPUBLISHED IN O. G.

MAY 18 1948

U. S. PATENT OFFICE

FEB 26 1974

APR 13 1954

PATENT          CERTIFICATE          RENEWAL

. SERIAL No. (Series of 1905)          TRADE-MARK No. 44460

REGISTERED    JUL 4 1905

JACK DANIEL
published by Jack Daniel Distillery, Lem Motlow, Prop., Inc.

sued to: a corp of Tennessee
LYNCHBURG    Jack Daniel Distillery, Lem Motlow, Prop. Inc., (1956 Crp.)
e of TENNESSEE
Lynchburg
Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 6/3/52    Cand
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 ISSUED    9-27...
Statement
Verification                                    Application filed complete
Specimens                                       JUL 19 1947
Drawing
Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946    JUN 8 1965
$25.00

mined and passed for publication                APR 1 9 1948
mined for registration
tice of allowance
idavit, Sec. 8    S. Hall            Acknowledged
idavit, Sec. 15                     Acknowledged
mined for renewal    W. J. Carter   Renewed july 7, 1965

presentative    4400 K diegle st.
torney    CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.

Is esone or Buckingham, 5410 W. Harrison st chicago X Ill. 60644
sociate Attorney

ade mark:

erchandise or services    Whiskey

pplicant claims ownership of registrations

laims use since June 1875

laims use in commerce since

REPUBLISHED IT 0. G.
MAY 1 8 1948
U. S. PATENT OFFICE
16-51581-1  U. S. GOVERNMENT PRINTING OFFICE

AUG 1 0 1966

JDPI002417

**PATENTED HILL**
**RETURN TO RECORD ROOM**

T.-M. SERIAL No. (Series
*3 2 7, 8 2 6*

**TRADE-MARK No.**
JACK DANIEL-
REGISTERED OCT 11 1932

Cl. 49

LEM MOTLOW,
DOING BUSINESS AS JACK DANIEL
published by *Jack Daniel*

LYNCHBURG
State of TENNESSEE

REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED
REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED
Statement
Verification
Specimens
Drawing
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946
$25.00 — 189364 — Apr. 24, 1952
$25.00
Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8
Affidavit, Sec. 15
Examined for renewal
SIGNED FOR RENEWAL
representative
Attorney

ISSUED
ISSUED
Application filed complete
JUL 19 1947
APR 24 1952
APR 19 1972
APR 26 1948
MAY 28 1952
Acknowledged
Acknowledged
Renewed Oct. 11, 1952
RENEWED Oct 11, 1972

Trade mark:

Merchandise or services  Whiskey O.K.

Applicant claims ownership of registrations

Claims use since 1875

Claims use in commerce since

REPUBLISHED IN O. G.
JUN 24 1952    MAY 25 1948
JUL 4 1972

JDPI002418

PATENT OFFICE
IRN TO PECORD

M. SERIAL No. (Series of 1905)

358,853

TRADE-MARK No.

**REGISTERED MAY 7 1935**

49
me    LEM MOTLOW,
    DOING BUSINESS AS JACK DANIEL,
ned by Jack Daniel Distillery, Lem Motlow, Prop., Jac.
Jack Daniel Distillery of L. Motlow, Prop., Inc. (1956 corp.,
LYNCHBURG,    a Corp. of Tennessee
ate of  TENNESSEE    Lynchburg
                                        Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 **ISSUED** 4/3/52   Carl
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 **ISSUED** 27   9-27-56
Statement                                                    56
Verification ..........................    *Application filed complete*
Specimens ...........................       **JUL 1 9 1947**
Drawing ..............................
Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946    **NOV 1 8 1954**
    25.03
    $25.00                                  **APR 26 1948**
examined and passed for publication ...........
examined for registration ..........
otice of allowance ..........
ffidavit, Sec. 8 ..........    Acknowledged ..........
ffidavit, Sec. 15 ..........    Acknowledged ..........
examined for renewal ..........  **FEB 23 1955**  Renewed May 7, 1955
EXAMINED FOR RENEWAL  G.A. Pfall    RENEWED May 7/1975
epresentative .......... 4400 Klingle St.
ttorney  CHAUNCEY P. CARTER, 5111 FOXHALL ROAD, WASHINGTON 16, D. C.
John J. Brezina and John C. Brezina, 3747 Grand Blvd.
Brookfield, Ill. 60513
ssociate Attorney ..........

rade mark: ..........

ferchandise or services  Whiskey  0.K.    1. C. 33

pplicant claims ownership of registrations ..........

Claims use since  1871

Claims use in commerce since ..........

    FEB 25 1975

**REPUBLISHED IN O.G.**
**MAY 2 5 1948**
U. S. P.... OFFICE

JDPI002419

PATENTED FILE
URN TO RECORD ROOM

AND DE... JACK DANIEL
AND DESIGN

RENEWED

SECOND RENEWAL

.M. SERIAL No. (Series of 1905)

429 345

& 49

TRADE-MARK No. 39...17

NEW CERTIFICATE REGISTERED MAR 17 1942

...ame ...... JACK DANIEL DISTILLERY, LEM MOTLOW, PROP, Y INC..

...amd t... *Jack Daniel Distillery, Lem Motlow, Prop, Inc., (1956 corp.)*
*corp y Tennessee*

...f ...... LYNCHBURG

...tate of ...... TENNESSEE                Republished by registrant.

...or ...............................................

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11     ISSUED 5/56

| | |
|---|---|
| Statement ............ | |
| Verification ............ | Application filed complete |
| Specimens ............ | JUL 1 9 1947 |
| Drawing ............ | |
| Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946 | JAN 1 5 1962 |
| $25.00 ....... NOV 20 1981 | APR 26 1948  Hrs Grodman |

Examined and passed for publication ............

Examined for registration ............

Notice of allowance ............

Affidavit, Sec. 8 ............  Acknowledged ............

Affidavit, Sec. 15 ............  Acknowledged ............

Examined for renewal ............  Renewed Mar. 17, 1962

EXAMINED FOR RENEWAL ............  RENEWED Mar. 17, 1982

Representative ...... Beveridge, DeGrandi, & Kline
Attorney ...... CHAU 1819 H Street, N. W.
...... Washington, D. C.  20006

Associate Attorney ............

Trade marks ............

Merchandise or services *whiskey*  OK

Applicant claims ownership of registrations ............

Claims use since 1915

Claims use in commerce since ............

INT. CL. 33

REPUBLISHED IN U. G.

MAY 2 5 1948

U S ... ...FICE

APR 6 1982     MAR 20 1962

JRN TO RECORD ROOM

SECOND RENEWAL

JACK DANIEL'S
AND LABEL DES.

**394018**

M. SERIAL No. (Series of 1905)

129602 NEW CERTIFICATE

REGISTERED    MAR 17 1942

49

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

~~and to~~ Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 exp.)

corp of Tennessee

LYNCHBURG

ate of    TENNESSEE

Republished by registrant

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11    ISSUED 27

/56

| filed | | |
|---|---|---|
| Statement | | |
| Verification | | *Application filed complete* |
| Specimens | | |
| Drawing | | JUL 19 1947 |
| Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946 | | JAN 15 1962 |
| $25.00 | | |
| $25 ft    NOV 20 1981 | | APR 26 1948  Hw Erdman |

xamined and passed for publication

xamined for registration

otice of allowance

ffidavit, Sec. 8    Acknowledged

ffidavit, Sec. 15    Acknowledged

xamined for renewal    Renewed MAR. 17 196?-

XAMINED FOR RENEWAL  J. A. Pfohl    RENEWED Mar. 17, 1982

tepresentative    Beveridge, DeGrandi & Kline

ttorney    CHAU!    1819 H Street, N. W.
Washington, D. C.  20006

GTON 16, D.C.

ssociate Attorney

T SEC. 7

rade mark: the shape of the label and all wording except "Jack Daniel" "No. 7", "Jack Daniel Distillery, Lem Motlow, Prop., Inc." "sour mash whisky made as our fathers made it" "generations ago" "est 1866" and "Jack Daniel's Old Distillery" are disclaimed.

Merchandise or services    whiskey

OK

Applicant claims ownership of registrations

Claims use since    Dec. 7, 1970

Claims use in commerce since

INT. CL.    33

REPUBLISHED IN O.G.

MAY 25 1948

APR  6 1882    MAR 20 1962    U S PATENT OFFICE

JDPI002421

JACK DANIEL'S

TRADE-MARK No. **441002**

-M. SERIAL No. (Series of 1905)

**525,555**    NEW CERTIFICATE    REGISTERED OCT 12, 1948

l. 49

Name _____ JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

Issued to: Jack Daniel Distillery, Lem Motlow, Prop., Inc. (190 copy)

a Corp. of Tennessee    Republic to be registrant.

*LYNCHBURG*

State of _____ TENNESSEE

For _____

**REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED** 10/1/56 **ISSUED** 32 Lynchburg, Texas

<table>
<tr><td rowspan="6">Parts of application filed</td><td>Statement</td><td rowspan="3">Application filed complete</td></tr>
<tr><td>Verification</td></tr>
<tr><td>Specimens</td></tr>
<tr><td>Drawing</td><td>OCT 23 1948</td></tr>
<tr><td>Fee</td><td>JUN 22 1960</td></tr>
<tr><td>$10.00 AFFIDAVIT SEC. 12C ACT OF 1946<br>$25.00</td><td></td></tr>
</table>

Examined and passed for publication _____ MAY 30 1949

Examined for registration

Notice of allowance

Affidavit, Sec. 8 _____    Acknowledged

Affidavit, Sec. 15 _____    Acknowledged

Examined for renewal Martin N. Marks    Renewed Oct 12, 1968

Representative

Attorney  CHAUNCEY P. CARTER    John Charley Brezina

Associate Attorney

Trade mark: _____ Int Cl. 33

Merchandise or services WHISKEY    O/C

Applicant claims ownership of registrations _____

Claims use since _____ 1875

U. S. PATENT OFFICE

Claims use in commerce since _____

**JUN 25 1968**

MAY 25 1968

JDPI002422

TRADEMARK DATABASE REPORT

SN: 70/042663            DATE OF REPORT: SEP.19,1994            PAGE:  1

EXAMINING ATTORNEY: EXAMINER # NOT PRESENT          FILED APR.22,1904
LO: NNN            FILED ITU: NO                     CURRENTLY ITU: NO

PUBLICATION DATE: JUL.NN,NNNN
STATUS:  REGISTERED - BACKFILE
REGISTRATION NO:  0042663    REGISTRATION DATE: MAY 24,1904

MARK TYPE: Trademark
REGISTER:  Principal
MARK:     OLD NO. 7

OTHER MARK DATA:

MARK DRAWING CODE: 5000 AN ILLUSTRATION DRAWING WITH WORD(S
                   )/LETTER(S)/NUMBER(S) STYLIZED


OWNER:    DANIEL, JACK (UNITED STATES, INDIVIDUAL)
          NNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNNN
          LYNCHBURG, TENNESSEE NNNNNNNNN


FOR:      WHISKIES
          INT. CLASS 033 U.S. CLASS 049
          FIRST USE JAN.00,1875 USE IN COMMERCE JAN.00,1875

OTHER DATA:

CORRESPONDENCE DATA:

NAME & ADDRESS:  ?

LAST AUTOMATIC ADDRESS UPDATE:  NOT UPDATED

LAST EVENT IN PROSECUTION HISTORY:  THIRD RENEWAL

ELEMENTS AMENDED:

JDPI002423

ERRORS DETECTED BY AUTOMATED EDITS FOR SERIAL NUMBER: 70/042663      PAGE:    1

| DT ERROR<br>DETECTED | DATA ELEMENT/<br>TEXT TYPE | ERR ED<br>CODE  STAT | DATA CONTENTS | ADDL KEY |
|---|---|---|---|---|

No Errors Present

JDPI002424

*42 663*
*Check-off*
**In Re Patents**

*82-6488 thru*
*82-6491*

AO Form 130 (Rev. Okt. 1954)

# United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

*W. Palm Beach*

Aug 5  3 57 PM '82
U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the ____26th____ day of ____July____, 19__82__, in this court an action, No. __82-6488-CIV-JCP__, entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    N. S. LALWANI d/b/a CHESHIRE CAT    , Defendant,

Address    Ft. Lauderdale, Florida

brought upon the following patents:

| | PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., INC. |
| 2 | 44460 | "    " | "    " |
| 3 | 298102 | "    " | "    " |
| 4 | 323914 | "    " | "    " |
| 5 | 394017 | "    " | "    " |

(See Con'd list att.)

In the above-entitled case, on the _____ day of _____, 19____, the following patents have been included by _____ (insert amendment, answer, cross bill, or other pleading):

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 394,018 | | |
| 2 | 441,002 | | |
| 3 | 582,789 | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

*Clerk.*

Date ____August 2____, 19__82__    By ____[signature]____

*Deputy Clerk.*

⊕

JDPI002425

PATENTS CONTINUED:    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.  VS.
                      N. S. LALWANI d/b/a CHESHIRE CAT, 82-6488-CIV-JCP
                                        SOLICITOR

| PATENT NO. | DATE OF PATENT  Aug 5  3 57 PM '82 | PATENTEE |
|---|---|---|
| 6.  394018 | not listed | U.S. PATENT AND TRADEMARK OFFICE  Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7  441002 | " | " |
| 8  582789 | " | " |

JDPI002426

42,663
Check off

*In Re Patents*

AO.Form 120 (Rev. Oct. 1954)

# United States District Court
SOLICITOR
## for the

SOUTHERN DISTRICT OF FLORIDA 3:57 PM '82
AUG 2

W. Palm Beach — U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 26th                    day of      July                    , 19 82  , in this court an action, No. 82-6489-CIV-JCP , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.                    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    REFAEL JAMAL d/b/a B & R T-SHIRT FACTORY                    , Defendant,

Address    Fort Lauderdale, Florida

brought upon the following patents:

| PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop.,Inc. |
| 2. 44460 | " | " |
| 3. 298102 | " | " |
| 4. 323914 | " | " |
| 5. 394017 | " | " |

(See Con'd list att.)

In the above-entitled case, on the                    day of                    , 19    , the following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 394018 | | |
| 2. 441002 | | |
| 3. 582789 | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
                                                            ,
                                                            *Clerk.*

Date  August 2            , 19 82        By                    ,
                                                            *Deputy Clerk.*

JDPI002427

PATENTS CONTINUED:    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.  VS.
                      REFAEL JAMAL AL ⋯ SHIRT FACTORY, 82-6489-CIV-JCP

SOLICITOR

AUG 5  3 57 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

|   | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 6. | 394018 | not known | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7 | 441002 | " | " |
| 8 | 582789 | " | " |

JDPI002428

42,663
Check-off

AO 120
(Rev. 10/54)

In Re Patents

# United States District Court

## for the

JUL 30  3 47 PM '82

SOUTHERN DISTRICT OF FLORIDA

Ft. Lauderdale
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the    26th    day of    JULY    , 19 82 , in this court an action, No.  82-6490-Civ-JAG, entitled:

Name    JACK DANIEL DISTILLERY          ATTY:  JOSEPH P. KLOCK, JR., ESQ. Plaintiff,
                                                STEEL HECTOR & DAVIS
Address                                         1400 SE Bank Bldg.
                                                Miami, Florida 33131

*versus*

Name    KENY, INC.                                                   , Defendant,

Address  3132 N.E. 9th Street
         Fort Lauderdale, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | TRADEMARK DATE OF PATENT | TRADEMARKEE PATENTEE |
|---|---|---|
| 42663 | NO DATE GIVEN | JACK DANIEL DISTILLERY |
| 1. 44460 | " | " |
| 2. 298102 | " | " |
| 323914 | " | " |
| 3. 394017 | " | " |
| 394018 | " | " |
| 4. 441002 | " | " |
| 5. 582789 | " | " |

In the above-entitled case, on the            day of            , 19    , the following patents have been included by                    (insert amendment, answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

JOSEPH I. BOGART

*Clerk.*

Date    July 27, 1982 , 19        By    Loretta Greenberg                *Deputy Clerk.*

AO 120
(Rev. 10/54)

*42,663*
*Check-off*

In Re Patents

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

Ft Lauderdale

JUL 30  3 47 PM '82

SOLICITOR
PATENT
U.S. AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the ____26th____ day of ____JULY____, 19__82__, in this court an action, No. __82-6491-Civ-JAG__, entitled:

Name   JACK DANIEL DISTILLERY          ATTY:   JOSEPH P. KLOCK, JR., ESQ., **Plaintiff,**
                                               STEEL HECTOR & DAVIS
Address                                        1400 SE Bank Bldg.
                                               Miami, Florida 33131
                              *versus*

Name   CASUAL-AIRE CLOTHING, INC.                          , **Defendant,**

Address   Fort Lauderdale, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | DATE OF TRADEMARK PATENT | TRADEMARK PATENTEE |
|---|---|---|
| 1. 42663 / 44460 | NO DATE GIVEN / " | JACK DANIEL DISTILLERY / " |
| 2. 298102 / 323914 | " / " | " / " |
| 3. 394017 / 394018 | " / " | " / " |
| 4. 441002 | " | " |
| 5. 582789 | " | " |

In the above-entitled case, on the ____ day of ____, 19__, the following patents have been included by ____ (insert amendment, answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
                                                          Clerk.

Date ____July 28____, 19_82_          By _Loretta Greenberg_,
                                                   Deputy Clerk.

JDPI002430

OLD No. 7

**TRADE-MARK No.** 49566

-M. SERIAL No. (Series of 1905)

50,731

49

REGISTERED MAY 24 1904

Name JACK DANIEL

*Jack Daniel Distillery, Lem Motlow, Prop. Inc.*
*a corp of Tennessee*
*Jack Daniel Distillery, Lem Motlow, Prop. Inc. (1956 corp)*
of LYNCHBURG
State of TENNESSEE

For

*Lynchburg Tennessee*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 9/11/52 ISSUED 9/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED

Statement

Verification
Specimens
Drawing
Fee $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
$25.00 — 108282 — Dec. 1, 1953
$25.00

Application filed complete JUL 19 1947

DEC 1 1953
DEC 5 1973

Examined and passed for publication          APR 19 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8
Affidavit, Sec. 15
Examined for renewal
EXAMINED FOR RENEWAL
Representative
Attorney CHAUNCEY P. CARTER, 1111 FOXHALL ROADS WASHINGTON 16, D.C.
John F. Brezina & John C. Brezina, 5410 West Harrison St, Chicago, Ill. 6 044
Associate Attorney

Acknowledged
Acknowledged
Renewed May 24, 1954
RENEWED May 24, 1974

#460 Klimple St.

Trade mark:

Merchandise or services *Whiskies* ok
I. C. 33

Applicant claims ownership of registrations

Claims use since *January 1875*

REPUBLISHED IN O.G.

Claims use in commerce since

MAY 18 1948
U.S. PATENT OFFICE

FEB 26 1974

APR 13 1954

OLD No. 7

SERIAL No. (Serial of '50)     **TRADE-MARK No. 44466**

REGISTERED   JUL 4 1965

JACK DANIEL
republished by   Jack Daniel Distilling, Lem Motlow, Prop, Inc.

issued to:   Jack Daniel Distilling, Lem Motlow, Prop, Inc., (1956 exp.)
             a corp. of Tennessee

LYNCHBURG
TENNESSEE                    Lynchburg
                             Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(a) FILED 4/11/52  ISSUED 6/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56  ISSUED

Statement                                            27-56
Verification
Specimens                     Application filed complete
Drawing                            JUL 19 1947
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946   JUN 8  1965
     $25.00
Examined and passed for publication        APR 19 1948
Examined for registration
Notice of allowance
affidavit, Sec. 8                          Acknowledged
affidavit, Sec. 15                         Acknowledged
Examined for renewal                       Renewed July 4, 65

Representative       4400 Knightale St.
Attorney  CHAUNCEY P. CARTER, 3111 MARHALL ROAD, WASHINGTON 16, D. C.

         Bezira & Buckingham, 5410 W. Harrison St. Chicago, Ill.  60644
Associate Attorney

Trade mark:

Merchandise or services     Whiskey

Applicant claims ownership of registrations

Claims use since    June 1875             REPUBLISHED IN O. G.

Claims use in commerce since              MAY 1 8 1948

                                          U. S. PATENT OFFICE

                    AUG 10 1965

TRADE-MARK No.

JACK DANIEL

REGISTERED OCT 11 1932

T.-M. SERIAL

Cl. 49

Name _____ CM MOTLOW,

DOING BUSINESS AS JACK DANIEL

_____ Jack Daniel Distillery, Lem Motlow, Prop., Inc.

republished _____ a corp. of Tennessee

of _____ LYNCHBURG    Lem Motlow, Prop., Inc., (1956)

State of _____ TENNESSEE

Lynchburg

For _____ Tennessee

*Parts of Application filed*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52    ISSUED

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56    ISSUED

Statement _____

Verification _____

Specimens _____    *Application filed complete*

Drawing _____    JUL 19 1947

Fee _____ $10.00 AFFIDAVIT SEC 12C ACT OF 1946    APR 24 1952

$25.00 — 189364 — Apr. 24, 1952    APR 19 1972

$5.00    APR 26 1948

Examined and passed for publication _____ D-32-258

Examined for registration _____ 37-5

Notice of allowance _____    MAY 28 1952

Affidavit, Sec. 8 _____    Acknowledged _____

Affidavit, Sec. 15 _____    Acknowledged _____

Examined for renewal _____ MAY 28 1952 Renewed Oct 11, 1952

GRANTED FOR RENEWAL    RENEWED Oct 11 1972

Representative _____

Attorney _____ CHAUNCEY P. CARTER, 5711 FOXHALL ROAD, WASHINGTON 16, D.C.

Atty. John F. Brezina    John Charles Brezina

Associate Attorney _____ 5410 West Harrison St.

Chicago, Ill. 60644

Trade mark: _____

Merchandise or services _____ Whiskey O.K.

Applicant claims ownership of registrations _____

Claims use since _____ 1875

Claims use in commerce since _____

REPUBLISHED IN O.G.

JUN 24 1952

MAY 25 1948

JUL 4 1972

JACK DANIEL    323914

M. **SERIAL** No. (Series of 1905)    **TRADE-MARK** No.

358, 253

REGISTERED MAR 7 1935

me ___49___ LEM MOTLOW,

DOING BUSINESS AS JACK DANIEL,

hed by Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)
LYNCHBURG,    a Corp. of Tennessee
ate of ___TENNESSEE___    Lynchburg
or    Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 4/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11/56 ISSUED 47/56
*Statement*

Verification    *Application filed complete*

Specimens    **JUL 19 1947**

Drawing

Fee $10.00 AFFIDAVIT SEC. 12C ACT OF 1946    **NOV 18 1954**

$25.00    **DEC 18** 1974

$25.00    APR 26 1948

xamined and passed for publication

xamined for registration

otice of allowance

ffidavit, Sec. 8    Acknowledged

ffidavit, Sec. 15    Acknowledged    **FEB 23 1956**

xamined for renewal    Renewed    May 7, 1975

XAMINED FOR RENEWAL J.O. Ffoll    **RENEWED** May 7, 1975

Representative    4400 Klingle St.

ttorney    CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D.C.
John J. Brezina and John C. Brezina, 3747 Grand Blvd.
Brookfield, Ill. 60513

1ssociate Attorney

Trade mark:

Merchandise or services    Whiskey    o.k.    I.C. 33

Applicant claims ownership of registrations

Claims use since    1904

Claims use in commerce since

**FEB 25 1975**

REPUBLISHED. IN.O.G. PRINTING OFFICE

**MAY 25 1948**

U.S PATENT OFFICE

JDPI002434

JACK DANIEL'S AND DES.

SECOND RENEWAL

-M. SERIAL No. (Series of 1905)

TRADE-MARK No. 394017

REGISTERED MAR 17 1942

429,345

£ 49

*Name* ... JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

LYNCHBURG

*State of* ... TENNESSEE

Republished by registrant.

*For* ...

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED   ISSUED

| | |
|---|---|
| Statement | |
| Verification | |
| Specimens | |
| Drawing | *Application filed complete* |
| Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946 | JUL 19 1947 |
| NOV 20 1981 | JAN 15 1962 |
| | APR 26 1948 |

Examined and passed for publication

Examined for registration

Notice of allowance

Affidavit, Sec. 8 ...

Affidavit, Sec. 15 ...

Examined for renewal ...

EXAMINED FOR RENEWAL ...

Representative ...... Beveridge, DeGrandi, & Kline

Attorney ...... CHAU   1819 H Street, N. W.

Washington, D. C.  20006

*Associate Attorney*

*Acknowledged* ...

*Acknowledged* ...

Renewed Mar. 17, 1962

RENEWED Mar. 17, 1982

INGTON, 16, D.C.

*Trade mark:*

*Merchandise or services* whiskey

OK

*Applicant claims ownership of registrations*

*Claims use since* 1915

*Claims use in commerce since*

INT. CL. 33

REPUBLISHED IN U. S.

MAY 25 1948

MAR 20 1962

JACK DANIEL'S AND LABEL DES.

39  18

.M. SERIAL                        TRADE-MARK No.

NEW CERTIFICATE —REGISTERED   MAR 17 1942

Name   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

LYNCHBURG
State of   TENNESSEE
for
Republished by registrant
REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED 10/11   ISSUED 27
/56                                                    52

Statement
Verification
Specimens                          Application filed complete
Drawing                               JUL 19 1947
Fee  $10.00  AFFIDAVIT SEC 12C ACT OF 1946
$25.00                                JAN 15 1962
$25            NOV 20 1981
Examined and passed for publication   APR 26 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8                  Acknowledged
Affidavit, Sec. 15                 Acknowledged
Examined for renewal               Renewed MAR 17 1962
EXAMINED FOR RENEWAL               RENEWED Mar. 17, 1982

Representative      Beveridge, DeGrandi & Kline
Attorney            1819 H Street, N. W.
                    Washington, D. C.  20006

Associate Attorney

Trade mark:

Merchandise or services   whiskey

Applicant claims ownership of registrations

Claims use since   Dec. 7, 1990

Claims use in commerce since           INT. CL.  33

REPUBLISHED IN O.G.
MAY 25 1948
MAR 20 1962    U S PATENT OFFICE

JACK DANIEL'S

**TRADE-MARK No. 441002**

T.-M. SERIAL No. (Series of 1905)

525,555

REGISTERED OCT 12, 1948

*l. 49*

Name   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

of

State of   TENNESSEE

For

REQUEST FOR NEW CERTIFICATE, SEC. 7(e) FILED 10/1/56 ISSUED 22  Lynchburg, Tenn

| Parts of Application filed | | |
|---|---|---|
| Statement | | |
| Verification | | |
| Specimens | Application filed complete |
| Drawing | OCT 23 1948 |
| Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946 | JUN 22 1968 |

Examined and passed for publication   MAY 30 1949

Examined for registration

Notice of allowance

Affidavit, Sec. 8    Acknowledged

Affidavit, Sec. 15    Acknowledged

Examined for renewal   Martin N. Marks   Renewed  Oct  12, 1968

Representative

Attorney   CHAUNCEY P. CARTER, 3111 FORMAL ROAD, WASHINGTON 16, D.C.

Associate Attorney

Trade mark:   Int Cl. 33

Merchandise or services WHISKEY

Applicant claims ownership of registrations

Claims use since 1875

Claims use in commerce since

JUN 25 1968

MAY 25 1968

U. S. PATENT OFFICE

JDPI002437

AO Form 120 (Rev. Oct. 1954)

42,663
Check off

In Re Patents

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

LAW LIBRARY

DEC 1 1983

PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

SIR:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    4th    day of    February    , 19 83 , in this

court an action, No. 83-6092-Civ-NCR , entitled:

| | | |
|---|---|---|
| Name | JACK DANIEL DISTILLERY, LEM MOTLOW, PROP, INC. | , Plaintiff, |
| Address | Lynchburg, Tennessee | |

*versus*

| | | |
|---|---|---|
| Name | F. M. EXPRESSIONS UNLIMITED, INC. | , Defendant, |
| Address | Ft. Lauderdale, FL | |

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 | NOT GIVEN | JACK DANIELS, etc. |
| 2. 44460 | " | " |
| 3. 298102 | " | " |
| 4. 323914 | " | " |
|    394017 | | |
| 5. 394018 | " | " |
|    441002 | " | " |
|    582789 | | |

In the above-entitled case, on the    day of    , 19    the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH

*Clerk.*

Date _____February 11_____, 1983    By _____

*Deputy Clerk.*

RENEWAL

T.-M. SERIAL No. (Series of 1905)

TRADE-MARK No. 42663

REGISTERED MAY 24 1904

Name _____ JACK DANIEL

Published _____ Jack Daniel Distillery, Lem Motlow, Prop, Inc.
a corp of Tennessee
Jack Daniel Distillery, Lem Motlow, Prop, Inc. (1956 corp.)

of _____ LYNCHBURG

State of _____ TENNESSEE

For _____ Lynchburg, Tennessee

| | | | |
|---|---|---|---|
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 | ISSUED 9/3/52 | card | |
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 | ISSUED 1/27/56 | 9-27-56 | |
| Statement | 2/1/52 | | |
| Verification | | Application filed complete | |
| Specimens | | JUL 19 1947 | |
| Drawing | | | |
| Fee $ 0.00 AFFIDAVIT SEC. 12C ACT OF 1946 | DEC 1 1953 | | |
| $25.00 — 108282 — Dec. 1, 1953 | DEC 5 1973 | | |
| $ 25.00 — 0 | | | |

Examined and passed for publication _____ APR 19 1948

Examined for registration

Notice of allowance

Affidavit, Sec. 8 _____ CHKuch _____ Acknowledged

Affidavit, Sec. 15 _____ Acknowledged

Examined for renewal _____ G. Summers _____ Renewed May 24, 1954

EXAMINED FOR RENEWAL _____ RENEWED Aug 24, 1974

Representative _____ 4460 Klingle St.

Attorney _____ CHAUNCEY P. CARTER, 2111 Fernhill __ WASHINGTON 16, D. C.
John F. Brezina • John C. Brezina, 5410 West Harrison St.,
Chicago, ILL. 60644

Associate Attorney

Trade mark:

Merchandise or services _____ Whiskies ok

1. C. 33

Applicant claims ownership of registrations

Claims use since _____ January 1875

Claims use in commerce since

REPUBLISHED IN O. G.

MAY 18 1948

U. S. PATENT OFFICE

FEB 26 1974

APR 13 1954

JDPI002439

PATENTED FILE
RN TO RECORD ROOM     NEW CERTIFICATE     RENEWAL

M. SERIAL No. (Series of 1905)     TRADE-MARK No. 44460

4 3 0
49

REGISTERED   JUL 4 1905

JACK DANIEL
Republished by *Jack Daniel Distillery, Lem Motlow, Prop., Inc.*

Issued to:   *Jack Daniel Distillery, Lem Motlow, Prop. Inc. (1956)*

LYNCHBURG
TENNESSEE

*Lynchburg
Tennessee*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52   ISSUED 6/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED 10/1956   ISSUED

Statement
Verification          Application filed complete
Specimens                 JUL 19 1947
Drawing
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946   JUN 8 1965
     $25.00                                APR 19 1948

Examined and passed for publication
Examined for registration
Notice of allowance                    Acknowledged
Affidavit, Sec. 8                       Acknowledged
Affidavit, Sec. 15                     Renewed July 4, 1945
Examined for renewal

Representative
Attorney   CHAUNCEY P. CARTER, 3111 FUNKALL ROAD, WASHINGTON 16, D. C.

Bregma & Buckingham, 5410 W. Harrison St. Chicago, Ill. 60644
Associate Attorney

Trade mark:

Merchandise or services   *Whisky*

Applicant claims ownership of registrations

Claims use since   *June 1875*

REPUBLISHED IN O.G.
MAY 18 1948
U. S. PATENT OFFICE

Claims use in commerce since

AUG 10 1965

JDPI002440

RN TO RECORD ROOM

**SERIAL No.** (Series)

27,826

58102

REGISTERED OCT 11 1952

LEM MOTLOW,

DOING BUSINESS AS JACK DANIEL

lished by Jack Daniel Distillery, Lem Motlow, Prop. Inc.

LYNCHBURG

te of TENNESSEE

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52  ISSUED
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56  ISSUED

Statement
Verification
Specimen
Drawing
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946
$25.00 — 189364 — Apr. 24, 1952
$25.00

Application filed, complete
JUL 19 1947
APR 24 1952
APR 19 1972

amined and passed for publication  D-32-758
amined for registration  38-5
otice of allowance
fidavit, Sec. 8
fidavit, Sec. 15
amined for renewal
READ FOR REGISTER
epresentative
ttorney  CHARLEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D.C.

Acknowledged
Acknowledged
Renewed
RENEWED Oct 11, 1972
MAY 28 1952
APR 26 1948

ty. John F. Brezina Y John Charles Brezina
sociate attorney  5410 West Harrison St.
Chicago, Ill 60644

Trade mark:

11. C. 33

Merchandise or services  Whiskey O.K.

Applicant claims ownership of registrations

Claims use since  1875

Claims use in commerce since

JUL 4 1972

JUN 24 1952

REPUBLISHED IN O.G.
MAY 25 1948

JDPI002441

PATENTED '14
IRN TO RECORD ROOM    NEW CERTIFICATE    RENEWAL
JACK DANIEL
323914
M. SERIAL No. (Series of 1905)    TRADE-MARK No.
358, 853
REGISTERED MAY 7 1935

me 49    LEN MOTLOW,
DOING BUSINESS AS JACK DANIEL,
ed by Jack Daniel Distillery, Lem Motlow, Prop., Inc.,
Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)
LYNCHBURG,    a corp of Tennessee
ate of    TENNESSEE    Lynchburg
r    Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 4/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED 4/27/56
Statement    9-27-56
Verification    Application filed complete
Specimens    JUL 19 1947
Drawing
Fee $10.00 AFFIDAVIT SEC. 12C ACT OF 1946    NOV 18 1954
$25.03    DEC 18 54
$25.00
xamined and passed for publication    APR 26 1948
xamined for registration
'otice of allowance
'ffidavit, Sec. 8    Acknowledged
'ffidavit, Sec. 15    Acknowledged
xamined for renewal    FEB 23 1955    Renewed    May 7, 1955
XAMINED FOR RENEWAL J. O. Pfell    RENEWED    May 7, 1975
Representative
ttorney CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.
John J. Bregine and John C. Bregine, 3747 Grand Blvd
Brookfield, Ill. 60513
1ssociate Attorney

Trade mark:

Merchandise or services    Whiskey    o. K.
1. C. 33

Applicant claims ownership of registrations

Claims use since    1891

Claims use in commerce since

FEB 25 1975

REPUBLISHED IN G. O.
MAY 25 1948

JDPI002442

PATENTED FILE
RN TO RECORD ROOM

SECOND RENEWAL

RENEWAL

-M. SERIAL No. (Series of 1905)

NEW CERTIFICATE

TRADE-MARK No. 394015

REGISTERED MAR 17

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. OR INC.,

LYNCHBURG

*State of* TENNESSEE

Republished by registrant.

*For*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11 ISSUED

*Parts of application filed*

*Statement*
*Verification*
*Specimens*
*Drawing*
*Fee* $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
$25.00 NOV 20 1981
$25

*Examined and passed for publication*
*Examined for registration*
*Notice of allowance*
*Affidavit, Sec. 8*
*Affidavit, Sec 15*
*Examined for renewal*
EXAMINED FOR RENEWAL

*Representative* Beveridge, DeGrandi, & Kline
*Attorney* CHAU 1819 H Street, N. W.
Washington, D. C.  20006

*Application filed complete*
JUL 19 1947
JAN 15 1962
APR 26 1948

*Acknowledged*
*Acknowledged*
*Renewed* Mar. 17, 192
RENEWED Mar. 17, 1982

NGTON 16, D.C.

*Associate Attorney*

*Trade mark:*

*Merchandise or services* whiskey
(1)C

*Applicant claims ownership of registrations*

*Claims use since* 1915

*Claims use in commerce since*

INT. CL. 33
REPUBLISHED IN U. S.
MAY 25 1948

BPR 5 1982    MAR 20 1962

JDPI002443

JACK DANIELS

RENEWAL

T.-M. SERIAL No. (Series of 1905)    TRADE-MARK No. 441002

525,555    NEW CERTIFICATE    REGISTERED OCT 12, 1948

l. 49

Name ___ JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., ___

Assigned to: Jack Daniel Distillery, Lem Motlow Prop, Inc. (a corp.)

Jack Daniel Distillery, Lem Motlow, prop., Inc.,
a corp. of Tennessee    Republished by registrant.

of ___ LYNCHBURG ___

State of ___ TENNESSEE ___

For ___ REQUEST FOR NEW CERTIFICATE, SEC. 7(a) FILED 10/1/56 ISSUED 2½ Lynchburg, Tenn ___

Parts of Application filed:
Statement
Verification
Specimens
Drawing
Fee    $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
$25.00

Application filed complete
OCT 23 1948
JUN 22 1968

Examined and passed for publication ___ MAY 30 1949 ___

Examined for registration

Notice of allowance

Affidavit, Sec. 8

Affidavit, Sec. 15

Examined for renewal OK Martin W. Marks    Renewed Oct 12, 1968    Acknowledged    Acknowledged

Representative    4200 Whitehall,

Attorney CHAUNCEY P. CARTER, 3111 FEMALE ROAD, WASHINGTON 16, D.C.
John F. Brezina & John Charley Brezina
5410 W. Harrison St., Chicago 60644

Associate Attorney

Trade mark: ___ Int Cl. 33 ___

Merchandise or services WHISKEY    OK

Applicant claims ownership of registrations ___ REPUBLISHED IN O.G. ___
JUN 28 ___
U.S. PATENT OFFICE

Claims use since ___ 1875 ___

Claims use in commerce since ___

JUN 25 1968
MAY 25 1968

JDPI002444

IN RE TRADEMARKS  42663
Checkoff

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF FLORIDA
Miami

COMMISSIONER OF TRADEMARKS
WASHINGTON, D.C.

**LAW LIBRARY**

MAY 6 1983

PATENT AND TRADEMARK OFFICE

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are advised that there was filed on the 29th day of April , 19 83, in this court an action, Number 83-1085-CIV-ALH , entitled:

NAME    Jack Daniel Distillery, Lem Motlow, Prop., Inc.    , Plaintiff,
ADDRESS

                                    versus
NAME    Dude City Western Wear, Inc. a Fla. Corp.    , Defendant,
ADDRESS

brought upon the following trademarks,

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1  42663, 44460, 298102 | | Jack Daniel Distillery, Lem |
| 2  323914, 394017, 394018 | | Motlow, Prop., Inc. |
| 3  & 582789 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, on the _____ day of _____, 19 , the following trademarks have been included by (insert amendment, answer, cross bill, or other pleadings):

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH, CLERK

DATE    4/29/83

BY  Evelyn Gladden
                            Deputy Clerk

JDPI002445

OLD No.7

TRADE-MARK No. 42663

T.-M. SERIAL No. (Series of 1905)

*70,701*

49

REGISTERED MAY 24 1904

**Name** JACK DANIEL

Jack Daniel Distillery, Lem Motlow, Prop, Inc.,

published by a corp of Tennessee

Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)

*of* LYNCHBURG

*State of* TENNESSEE

*For* Lynchburg, Tennessee

9-22-56

**REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED** 4/11/52 **ISSUED** 7/3/52

**REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED** 10/1/56 **ISSUED** 11/27/56

*Statement*

*Verification*

*Specimens*

*Drawing*

*Fee* $10.00 AFFIDAVIT SEC. 12C ACT OF 1946

$25.00 — 108282 — Dec. 1, 1953

$25.00

*Examined and passed for publication*

*Examined for registration*

*Notice of allowance*

*Affidavit, Sec. 8*

*Affidavit, Sec. 15*

*Examined for renewal*

EXAMINED FOR RENEWAL

*Representative*

Application filed complete

JUL 19 1947

DEC 1 1953

DEC 5 1973

APR 19 1948

*Acknowledged*

*Acknowledged*

Renewed May 24, 1954

RENEWED May 24, 1974

4460 Klingle St.

*Attorney* CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.

John F. Brezina + John C. Brezina, 5410 West Harrison St.,

Chicago, ILL. 60644

*Associate Attorney*

*Trade mark:*

*Merchandise or services* Whiskies ok

1. C. 33

*Applicant claims ownership of registrations*

*Claims use since* January 1875

*Claims use in commerce since*

REPUBLISHED IN O. G.

MAY 1 8 1948

U. S. PATENT OFFICE

FEB 26 1974

APR 1 2 1954

JDPI002446

PATENTED FILE
TURN TO RECORD ROOM

NEW CERTIFICATE
~ OLD NO. 7

RENEWAL
44460

M. SERIAL No. (Series of 1905)

TRADE-MARK No.

REGISTERED JUL 4 1905

JACK DANIEL

Name _____
Republished by Jack Daniel Distillery Lem Motlow, Prop., Inc.

Issued to: a corp. of Tennessee
Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1939)

of
State of    LYNCHBURG
For         TENNESSEE

Lynchburg
Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52  ISSUED 5/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/54  ISSUED

Statement                           Application filed complete
Verification
Specimens                           JUL 19 1947
Drawing
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946  JUN 8  1965
     $25.00
                                    APR 19 1948

Examined and passed for publication
Examined for registration
Notice of allowance                 Acknowledged
Affidavit, Sec. 8                    Acknowledged
Affidavit, Sec. 15                  Renewed July 4, 1965
Examined for renewal

Representative                      4400 K
Attorney      CHAUNCEY P. CARTER, 3111 TUXHALL ROAD, WASHINGTON 16, D. C.
Associate Attorney  Brezina & Buckingham, 5410 W. Harrison St. Chicago, Ill. 60644

Trade mark:

Merchandise or services    Whisky

Applicant claims ownership of registrations

Claims use since    June 1875

Claims use in commerce since

REPUBLISHED IN O. G.
MAY 18 1948
U. S. PATENT OFFICE

AUG 10 1965

PATENTED FILE
RETURN TO RECORD ROOM

**98102**

TRADE MARK
JACK DANIEL

REGISTERED OCT 11 1932

T.-M. SERIAL No. (Series of)

**3 27 8 2 6**

Cl 49

Name.................

LEM MOTLOW,
DOING BUSINESS AS JACK DANIEL

Published by... Jack Daniel Dist ellery Lem Motlow, Prop, Inc
Law to........ A corp of Tennessee
of........ LYNCHBURG
State of..... TENNESSEE
For......

Lynchburg
Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52   ISSUED
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56   ISSUED
Statement
Verification                          Application filed complete
Specimens                             JUL 19 1947
Drawing
Fee... $10.00 AFFIDAVIT SEC 12C ACT OF 1946   APR 24 1952
#25.00 — 189364 — Apr.24.1952      APR 26 1948   APR 19 1972
$25.00 fee
Examined and passed for publication   D-32-           >APR 19 1972
Examined for registration             38-5
Notice of allowance                                   MAY 28 1952
Affidavit, Sec. 8                      Acknowledged
Affidavit, Sec. 15                     Acknowledged
Examined for renewal                  MAY 28 1952  Renewed Oct. 11, 1952
                                      RENEWED Oct 11, 1972
Representative
Attorney

Atty. John F. Brezina & John Charles Brezina
Associate Attorney  5410 West Harrison St.
Chicago, Ill. 60644

Trade mark:

I. C. 33

Merchandise or services  Whiskey  OK.

Applicant claims ownership of registrations

Claims use since  1875

Claims use in commerce since

REPUBLISHED IN O. G.
JUN 24 1952   MAY 25 1948

JUL 4 1972

JDPI002448

PATENTED FILE
URN TO RECORD ROOM

NEW CERTIFICATE RENEWAL

JACK DANIEL

**323914**

M. SERIAL No. (Series of 1905)

*358,853*

TRADE-MARK No.

REGISTERED MAY 7 1935

me    LEM MOTLOW,
DOING BUSINESS AS JACK DANIEL,
*hed by Jack Daniel Distillery, Lem Motlow, Prop., Inc.*
*Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)*
LYNCHBURG,    *a corp. of Tennessee*
*ate of* TENNESSEE    *Lynchburg*
*Tennessee*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 6/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED 2/7/56

| Statement | Application filed complete |
|---|---|
| Verification | |
| Specimens | JUL 1 9 1947 |
| Drawing | NOV 1 8 1954 |
| Fee $10.00 AFFIDAVIT SEC. 12C ACT OF 1946 | DEC 1 8 1974 |
| $25.00 | APR 2 6 1948 |

xamined and passed for publication
xamined for registration
Notice of allowance
Affidavit, Sec. 8    Acknowledged
Affidavit, Sec. 15    Acknowledged
xamined for renewal    Renewed May 7, 1955
XAMINED FOR RENEWAL J. O. Pfohl    RENEWED May 7, 1975    FEB 23 1955

Representative    4400 Klingle St.
Attorney CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D.C.
John J. Brezina and John C. Brezina, 3747 Grand Blvd
Brookfield, Ill. 60513
Associate Attorney

Trade mark:

Merchandise or services    *Whiskey*    O.K.
I. C. 33

Applicant claims ownership of registrations

Claims use since    1941

Claims use in commerce since

FEB 25 1975

REPUBLISHED IN O.G.
MAY 25 1948
U.S. PATENT OFFICE

JDPI002449

PATENT FILE
JRN TO RECORD ROOM

RENEWAL

SECOND RENEWAL

TRADE-MARK No. 394017

.-M. SERIAL No. (Series of 1905)

429,345

NEW CERTIFICATE    REGISTERED MAR 17 1942

ok

ame    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. & INC.,

LYNCHBURG

tate of    TENNESSEE    Republished by registrant

or    REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED    ISSUED

Statement
Verification
Specimens
Drawing    Application filed complete
Fee    $10.00 AFFIDAVIT SEC 12C ACT OF 1946    JUL 19 1947
$25.00    JAN 15 1962
$25    NOV 20 1981    APR 26 1948

Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8    Acknowledged
Affidavit, Sec. 15    Acknowledged
Examined for renewal    Renewed Mar. 17, 1962
EXAMINED FOR RENEWAL    RENEWED Mar. 17, 1982
Representative    Beveridge, DeGrandi, & Kline
Attorney    1819 H Street, N. W.    NGTON 16, D. C.
Washington, D. C.  20006

Associate Attorney

Trade mark:

Merchandise or services    whiskey

Applicant claims ownership of registrations

Claims use since  1915

Claims use in commerce since

INT. CL.  33
REPUBLISHED IN O. G.

MAY 25 1948

MAR 20 1962

JDPI002450

JACK 15

SECOND RENEWAL

.-M. SERIAL No. (Series of 1905)

394018

TRADE-MARK No.

NEW CERTIFICATE   REGISTERED   MAR 17 1942

429602

149

ame    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1955 corp)

corp. of Tennessee

f    LYNCHBURG

tate of   TENNESSEE

Or    Republished by registrant

REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED 10/11   ISSUED   27
56                                                             58

Statement

Verification

Specimens

Drawing

Fee  $10.00  AFFIDAVIT SEC 12C ACT OF 1946

$25.00

$525                NOV 20 1981

Application filed complete

JUL 19 1947

JAN 15 1962

APR 26 1948

Examined and passed for publication

Examined for registration

Notice of allowance

Affidavit, Sec. 8                          Acknowledged

Affidavit, Sec. 15                         Acknowledged

Examined for renewal                       Renewed MAR 17, 1962

EXAMINED FOR RENEWAL   J. A. Pfahl         RENEWED   Mar. 17, 1982

Representative          Beveridge, DeGrandi & Kline
Attorney    CHAU     1819 H Street, N. W.
                     Washington, D. C. 20006

Associate Attorney

T SEC. 7

Trade mark:

Merchandise or service   whiskey   OK

Applicant claims ownership of registrations

Claims use since   Nov. 7, 1990

Claims use in commerce since              INT. CL.   33

REPUBLISHED IN O. G.

MAY 25 1948

APR 6 1882    MAR 20 1962    U S PATENT OFFICE

JDPI002451

AO Form 120 (Rev. Oct. 1954)

82-1565 thru
82-1572

In Re Patents TRADE-
Check-off MARKS
42,663

# United States District Court
## for the

SOUTHERN DISTRICT OF FLORIDA

COMMISSIONER OF PATENTS, Trademarks   Miami
Washington 25, D. C.

SIR:

**LAW LIBRARY**

AUG 4 1982

**PATENT AND TRADEMARK OFFICE**

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the     26th       **day of**     July              , 19 82 , in this

court an action, No. 82-1565-CIV-JLK , entitled:

Name     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.                    , Plaintiff,

Address     Lunchburg, Tennessee

*versus*

Name     ANDY'S ISLAND, INC.                                           , Defendant,

Address     1920 N. W. 207th Street
            North Miami Beach, Florida
brought upon the following patents:

| PATENT NO. TRADEMARK | DATE OF PATENT TRADEMARK | PATENTEE |
|---|---|---|
| 1. 42663 | Date Unknown | JACK DANIEL |
| 2. 44460 | | OLD NUMBER 7 |
| 3. 298102 | | JACK DANIELS |
| 4. 323914 | | JACK DANIELS NUMBER 7 |
| 5. 394017 | | MEDALS |
| 394018 | | |
| 441002 | | |
| 582789 | | |

In the above-entitled case, on the              **day of**         ~~        , 19    , the

following patents have been included by                              (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

*Clerk.*

Date     August 2        , 19 82       By     M. P. Wilkinson      ,
                                                    *Deputy Clerk.*

JDPI002452

42,663
Check-off

AO 120
(Rev. 10/54)

In Re ~~Patents~~ Trademarks

# United States District Court

for the

Jul 30  3 42 PM '82

SOUTHERN DISTRICT OF FLORIDA    U.S. PATENT
AND
TRADEMARK OFFICE

Miami

COMMISSIONER OF ~~PATENTS~~, TRADEMARKS
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the ___26th___ **day of** ___July___ , 19 ___82___ in this

court an action, No. ___82-1566-CIV-JE___ , entitled:

**Name** ___JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.___ , Plaintiff,

**Address** ___Lynchburg, Tennessee___

*versus*

**Name** ___JOY SILK SCREEN PRODUCTS, INC.___ , Defendant,

**Address** ___Not Indicated___

brought upon the following patents:

| Trademark ~~PATENT~~ NO. | Number of Trademark ~~DATE OF PATENT~~ | | Agent ~~PATENTEE~~ |
|---|---|---|---|
| 1. JACK DANIEL | 42663 | 394018 | Pltf |
| 2. OLD NUMBER 7 | 44460 | 441002 | " |
| 3. JACK DANIELS | 298102 | 582789 | " |
| 4. JACK DANIELS NUMBER | 323914 | | " |
| 5. MEDALS | 394017 | | " |

In the above-entitled case, on the ___day of___ , 19 , the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

___JOSEPH I. BOGART___ ,
*Clerk.*

Date ___July 28___ , 19 ___82___         By ___M. R. Wilkerson___ ,
*Deputy Clerk.*

JDPI002453

42,663
Check-Off
In Re Patents

AO Form 120 (Rev. Oct. 1954)

## United States District Court

### for the

JUL 29    5 28 PM '82    SOUTHERN DISTRIST OF FLORIDA

Miami

COMMISSIONER OF PATENTS
Washington 25, D.C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        26        day of   July                  , 19 82 , in this

court an action, No. 82-1567-CIV-EPS, entitled:

Name    JACK DANIEL DISTILLERY                                          , Plaintiff,

Address    LYNCHBURG, TENNESSEE

*versus*

Name    PATHMAN'S SPORT CENTER, INC.                                    , Defendant,

Address MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE    TRADEMARK |
|---|---|---|
| 1 42663 , 394018 |  | Jack Daniel, Old Number 7, Jack Daniels and |
| 2 44460 , 441002 |  | Jack Daniels Number 7, and Medals. |
| 3 298102   582789 |  |  |
| 4 323914 |  |  |
| 5 394017 |  |  |

In the above-entitled case, on the              day of              , 19    , the

following patents have been included by                               (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case the following decision has been rendered or judgment issued:

Joseph I. Bogart

_____,
Clerk.

Date July 27        , 19 82        By _____,
Deputy Clerk.

42,663
Check-off
In Re Patents

AO Form 120 (Rev. Oct. 1954)

# United States District Court
### for the
SOUTHERN DISTRICT OF FLORIDA
Miami

JUL 30 3 41 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the            26th      day of     July               , 19 82 , in this

court an action, No. 82-1568-CIV-WMH, entitled:

Name    Jack Daniel Distillery, Lem Motlow, Prop., Inc.                          , Plaintiff,

Address  Lynchburgh, Tennessee

*versus*

Name   SUNSHINE UN ISEX BOUTIQUE, INC. A/K/A CUSTOM T-SHIRTS.          , Defendant,

Address  NORTH MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3 394017 and 394018 | | |
| 4 441002 and 582789 | | |
| 5 | | |

In the above-entitled case, on the               day of                  , 19    , the

following patents have been included by                          (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Joseph I. Bogart

                                                    Clerk.

Date July 28 , 1982        By Carmen Santiago
                                                    Deputy Clerk.

JDPI002455

42,663
Check-off

AO 120
(Rev. 10/54)

In Re ~~Patents~~ TRADEMARKS

## United States District Court

for the

JUL 30   3 42 PM '82

SOUTHERN DISTRICT OF FLORIDA, PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF ~~PATENTS~~, TRADEMARKS          Miami
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the ___26___ day of ___July___, 19 ___82___ in this

court an action, No. 82-1569-CIV-SMA, entitled:

Name     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.          , Plaintiff,

Address     Lynchburg, Tennessee

*versus*

Name     YONI YAAKOV d/b/a YON'S SPORTSWEAR          , Defendant,

Address     177 Sunny Isles Boulevard, Miami, Florida

brought upon the following patents:

| TRADEMARK ~~PATENT NO.~~ | ~~DATE OF PATENT~~ TRADEMARK # | ~~PATENTEE~~ AGENT |
|---|---|---|
| 1. JACK DANIEL | 42663, 394018 | PLTF |
| 2. OLD NUMBER 7 | 44460, 441002 | " |
| 3. JACK DANIELS | 298102, 582789 | " |
| 4. JACK DANIELS NUMBER 7 | 323914 | " |
| 5. MEDALS | 394017 | |

In the above-entitled case, on the _____ day of _____, 19 ___, the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
........................................................
Clerk.

Date ___July 28___, 19 ___82___          By ___M. P. Wilkerson___,
Deputy Clerk.

JDPI002456

AO Form 120 (Rev. Oct. 1954)

42663
Check-off
In Re Patents

# United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

SOLTO JUL 30  3 41 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

Miami

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the      26th      day of      July                  , 19 82 , in this

court an action, No. 82-1570-CIV-WMH , entitled :

Name      JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.                        , Plaintiff,

Address   LYNCHBURGH, TENNESSEE

*versus*

Name      SUPERSAVE SOUVENIRS, INC.                                               , Defendant,

Address   MIAMI BEACH, FLORIDA

brought upon the following patents:

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2 | 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3 | 394017 and 394018 | | |
| 4 | 441002 and 582789 | | |
| 5 | | | |

In the above-entitled case, on the              day of              , 19     , the

following patents have been included by                          (insert amendment,

answer, cross bill, or other pleading) :

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph I. Bogart

_____ Clerk.

Date July 28 , 19 82          By _Carmen Santiago_

Deputy Clerk.

*42,663*
*Check-off*
**In Re Patents**

AO Form 120 (Rev. Oct. 1954)

# United States District Court

## for the

THE SOUTHERN DISTRICT OF FLORIDA

*Miami*

JUL 29 5 23 PM '82

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
       Washington 25, D. C.

SIR:

    In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the    26    day of   July   , 19 82 , in this court an action, No. 82-1571-CIV-EPS, entitled:

Name   Jack Daniels, Lem Motlow, Prop, Inc.               , Plaintiff,

Address   Lynnchburg, Tennessee

*versus*

Name   Tops Plus, Inc.                          , Defendant,

Address Miami, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663, 44460 | | JACK DANIEL, OLD NUMBER 7, JACK DANIELS AND |
| 2. 298102, 323914 | | JACK DANIELS NUMBER 7 and MEDALS. |
| 3. 394017, 394018 | | |
| 4. 441002, 582789 | | |
| 5. | | |

    In the above-entitled case, on the          day of          , 19    , the following patents have been included by             (insert amendment, answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph I. Bogart

*Clerk.*

Date *July 27* , 19*82*      By *Carmen Sontag* ,

*Deputy Clerk.*

AO 120
(Rev. 10/54)

In Re ~~PATENT~~ TRADEMARKS

42,663
Check-off

# United States District Court

for the          SOLICITOR

SOUTHERN DISTRICT OF FLORIDA    JUL 30  3 42 PM '82

COMMISSIONER OF ~~PATENTS~~ TRADEMARKS ___Miami___
Washington 25, D. C.

U.S. PATENT
AND
TRADEMARK OFFICE

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the      26      day of    July      , 19 82, in this

court an action, No.   82-1572-CIV-JE entitled:

Name     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.                    , Plaintiff,

Address   Lynchburg, Tennessee

*versus*

Name     ROBERTS WESTERN WEAR, INC.                                        , Defendant,

Address   5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| PATENT NO. | NAME OF DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663, 394018 | JACK DANIEL | PLTF |
| 44460, 441002 | OLD NUMBER 7 | " |
| 3. 298102, 582789 | JACK DANIELS | " |
| 4. 323914 | JACK DANIELS NUMBER 7 | " |
| 5. 394017 | MEDALS | " |

In the above-entitled case, on the          day of          , 19    , the

following patents have been included by                      (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

JOSEPH I. BOGART
_____ ,
Clerk.

Date    July 28    , 19 82    By    M. P. Wilkinson
_____ ,
Deputy Clerk.

•

JDPI002459

CID. No. 7
TRADE-MARK N. 42863

-M. SERIAL N. (Series of 1905)

REGISTERED MAY 24, 1904

49    JACK DANIEL

Name: Jack Daniel Distillery, Lem Motlow, Prop. & v.
Issued by: a corp of Tennessee
Now to: Jack Daniel Distillery, Lem Motlow, Prop., Incl. (1956 corp.)
LYNCHBURG
te of TENNESSEE

Lynchburg, Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 7/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 ISSUED 11/27/56

Statement
Verification
Specimens ........................................ Application filed complete
Drawing ....................................................... JUL 19 1947
Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946   DEC 1  1953
  $25.00 —— 108282 —— Dec. 1, 1953 —— DEC 5  1973
  $25.00      te
Examined and passed for publication ...................... APR 19 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8 ..... C.A. Kach          Acknowledged
Affidavit, Sec. 15 ...                       Acknowledged
Examined for renewal  G. Summers           Renewed May 24, 1954
EXAMINED FOR RENEWAL                        RENEWED May 24, 1974
Representative                    4460 Raleigh St.
Attorney  CHAUNCEY P. CARTER, 2111 Florida Road, WASHINGTON 16, D. C.
John F. Brezina & John G. Brezina, 5410 West Harrison St.,
Chicago, ILL. 60644
Associate Attorney ...

Trade mark: ...

Merchandise or services  Whiskies *
                              1. C. 33

Applicant claims ownership of registrations

Claims use since  January 1875     REPUBLISHED IN O. G.

Claims use in commerce since                 MAY 1 8 1948

                    FEB 26 1974      U. S. PATENT OFFICE

                              APR 13 1954

NEW                    OLD  No. 7

M. SERIAL No. (Series of 1905)          TRADE-MARK No. 44460

4 3 0                              REGISTERED  JUL 4 1905

JACK DANIEL

...ished by  Jack Daniel Distillery, Lem Motlow, Prop., Inc.

...sued to              A Corp. of Tennessee
LYNCHBURG      Jack Daniel Distillery, Lem Motlow, Prop. Inc., (1956 xx)
ate of
TENNESSEE

or                                        Lynchburg
                                          Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 2/11/52  ISSUED 7/15/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52  ISSUED

Statement                          Application filed complete
Verification
Specimens                              JUL 19 1947
Drawing
Fee  $10.00 AFFIDAVIT SEC 12C ACT OF 1946    JUN 8 1965
     $25.00

Examined and passed for publication              APR 1 9 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8                      Acknowledged
Affidavit, Sec. 15                     Acknowledged
Examined for renewal                   Renewed July 4, 1965

Representative                4400 K Eagle St.
Attorney  CHAUNCEY P. CARTER, 3111 FOXHALL ROAD  WASHINGTON 16, D. C.
          ...zine & Buckingham, 5410 W. Harrison St. Chicago   60644
Associate Attorney


Trade mark:


Merchandise or services   whiskey


Applicant claims ownership of registrations


Claims use since  June 1875                REPUBLISHED BY O. G.

Claims use in commerce since               MAY 18 1948

                                    U. S. PATENT OFFICE

                AUG 10 1965

TRADE-MARK

29810

JACK DANIEL

REGISTERED OCT 11 1932

SERIAL No. (Series of 1920)

LEM MOTLOW

DOING BUSINESS AS JACK DANIEL

Jack Daniel Distillery, Lem Motlow, Prop. Inc.
A Corp. of Tennessee

of LYNCHBURG

State of TENNESSEE

For

REQUEST FOR NEW CERTIFICATE, SEC. 7(e) FILED
REQUEST FOR NEW CERTIFICATE, SEC. 7(e) FILED

Statement

Verification

Specimens

Drawing

Fee   $10.00 AFFIDAVIT SEC 12C ACT OF 1946

ISSUED

Application filed complete

JUL 19 1947

APR 24 1952

APR 19 1972

Examined and passed for publication

Examined for registration

Notice of allowance

APR 26 1948

MAY 28 1952

Affidavit, Sec. 8

Affidavit, Sec. 15

Examined for renewal

Representative

Attorney

Associate Attorney

Acknowledged

Acknowledged

Renewed Oct. 11, 1952

RENEWED Oct 11 1972

John F. Brezina & John Charles Brezina
5410 West Harrison St.
Chicago, Ill. 60644

Trade mark:

Merchandise or services—   Whiskey OK.

Applicant claims ownership of registrations

Claims use since

Claims use in commerce since

REPUBLISHED IN O.G.

JUN 24 1952   MAY 25 1948

JUL 4  1972

JDPI002462

0 REC.

JACK DANIEL

323914

M. SERIAL No. (Series of 1905)

F  U  TRADE-MARK  No.

358,853

REGISTERED MAY 7 1935

me  LEM MOTLOW,
DOING BUSINESS AS JACK DANIEL,
ed by Jack Daniel Distillery, Lem Motlow, Prop., Inc.
         Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)
ate of  LYNCHBURG,  "a corp. of Tennessee  Lynchburg
         TENNESSEE                                 Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(e) FILED 7/11/52 ISSUED 9/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(e) FILED 10/1/56 ISSUED 9/27/56

| | | |
|---|---|---|
| Statement | | |
| Verification | | Application filed complete |
| Specimens | | JUL 19 1947 |
| Drawing | | NOV 18 1954 |
| Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946 | DEC 18 1974 | |
| $25.00 | | |
| $25.00 | | |

Examined and passed for publication                APR 26 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8                                    Acknowledged
Affidavit, Sec. 15                                   Acknowledged
Examined for renewal                    FEB 23 1955  Renewed  May 7, 1955
XAMINED FOR RENEWAL S.G. Foll               RENEWED  May 7, 1975
Representative                 4400 Klingle N.
Attorney  CHAUNCEY P. CARTER, 3511 FOXHALL ROAD, WASHINGTON 16, D. C.
John G. Brezina and John C. Brezina, 3747 Grand Blvd.
Brookfield, Ill. 60513
Associate Attorney

Trade mark:

Merchandise or services  Whiskey    O K
                                          I. C. 33

Applicant claims ownership of registrations

Claims use since

Claims use in commerce since

FEB 25 1975                    REPUBLISHED IN O. G.
                               MAY 25 1948
                               U S PA... uFFICE

JACK DANIEL'S AND DES

SECOND RENEWAL

-M. SERIAL No. (Series of 1905)        TRADE-MARK No. 4017

429 345        NEW CERTIFICATE    REGISTERED MAR 17 1942

R 49

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. INC.,

Assigned to: Jack Daniel Distillery, Lem Motlow, Prop., Inc., (1946 Corp.)

a corp. of Tennessee

LYNCHBURG

State of    TENNESSEE        Republished by registrant.

or    REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED ____ ISSUED ____

Statement ..........................................
Verification ........................................        Application filed complete
Specimens ..........................................        JUL 1 9 1947
Drawing .............................................
Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946        JAN 1 5 1962
$25.00                    NOV 20 1981            APR 26 1948    Hw Sedman

Examined and passed for publication ................
Examined for registration ..........................
Notice of allowance .................................
Affidavit, Sec. 8 ...................................        Acknowledged
Affidavit, Sec. 15 ..................................        Acknowledged
Examined for renewal ................................        Renewed Mar. 17, 1962
EXAMINED FOR RENEWAL                                RENEWED Mar. 17, 1982

Representative    Beveridge, DeGrandi, & Kline        NGTON 16, D.C.
Attorney    CHAU 1819 H Street, N. W.
            Washington, D. C.  20006

Associate Attorney

Trade mark:

Merchandise or services    whiskey        OK

Applicant claims ownership of registrations

Claims use since 1915

Claims use in commerce since

                                            INT. CL. 33
                                        REPUBLISHED IN U.S.
                                            MAY 25 1948

FEB 8 1982        MAR 20 1962

JACK DANIEL'S AND LABEL DES.

554018

(Series of 1905)    TRADE-MARK No.

NEW CERTIFICATE    REGISTERED    MAR 17 1942

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

*Jack Daniel Distillery, Lem Motlow, Prop, Inc.*

*corp of Tennessee*

LYNCHBURG

TENNESSEE

Republished by registrant

REQUEST FOR NEW CERTIFICATE, SEC. 7(b) FILED    ISSUED

Statement
Verification
Specimens
Drawing
Fee    $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
$25.00
$52.5    NOV 20 1981

*Application filed complete*
JUL 19 1947
JAN 15 1962

Examined and passed for publication    APR 26 1948
Examined for registration
Notice of allowance
Affidavit, Sec. 8    Acknowledged
Affidavit, Sec. 15    Acknowledged
Examined for renewal    Renewed MAR. 17, 1962
EXAMINED FOR RENEWAL    RENEWED    Mar. 17, 1982

Representative
Attorney    Beveridge, DeGrandi & Kline
1819 H Street, N. W.
Washington, D. C. 20006

Associate Attorney

SEC. 7

Trade mark:

Merchandise or services

Applicant claims ownership of registrations

Claims use since    Dec. 7, 1970

Claims use in commerce since    INT. CL.    33

REPUBLISHED IN O.G.
MAY 25 1948

MAR 20 1967    U S PATENT OFFICE

JDPI002465

JACK DAN EL'S

R.R.

**TRADE-MARK No. 441002**

T.-M. SERIAL No. (Class of 1905)

5 25 555    NEW CERTIFICATE    REGISTERED OCT 12, 1948

l. 49

Name ___ JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

Issued to: Jack Daniel Distillery, Lem Motlow Prop., Inc., (1950 corp.)

Jack Daniel Distillery, Lem Motlow, pro p, Inc.,

a corp. of Tennessee ___ republic of the registrant

of ___ LYNCHBURG

State of ___ TENNESSEE

For ___ REQUEST FOR NEW CERTIFICATE, SEC. 7(d) FILED 10/4/56  ISSUED 57  Lynchburg, Tenn.

| | | |
|---|---|---|
| Statement | | |
| Verification | | Application filed complete |
| Specimens | | OCT 23 1948 |
| Drawing | | JUN 22 1968 |
| Fee ___ $10.00 AFFIDAVIT SEC. 12C ACT OF 1946 | | |
| $25.00 | | |

Parts of Application filed

Examined and passed for publication ___ MAY 30 1949  Hu Salinur

Examined for registration

Notice of allowance

Affidavit, Sec. 8 ___  Acknowledged ___

Affidavit, Sec. 15 ___  Acknowledged ___

Examined for renewal ___ Martin H. Mark  Renewed Oct 12, 1968

Representative ___ 4900 ___

Attorney ___ CHAUNCEY P. CARTER, 133 ___ ROAD, WASHINGTON 10, D.C.

John F. O'Brezina & John Charles Brezina

5410 W. Harrison St. Chicago, Ill. 60644

Associate Attorney ___

Trade mark: ___ Int Cl. 33

Merchandise or services WHISKEY  51C

Applicant claims ownership of registrations

Claims use since ___ 1875  JUN 28 1968

U. S. PATENT OFFICE

Claims use in commerce since ___

JUN 25 1968

MAY 25 1968

AO 120
(Rev. 10/54)

In Re Patents

'Checkoff  42,663
LAW LIBRARY

# United States District Court

for the

FEB 4 1982

PATENT AND TRADEMARK OFFICE

EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

COMMISSIONER OF PATENTS,
    Washington 25, D. C.

Knoxville

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 1st day of February , 19 82, in this court an action, No. 3-82-56 , entitled: JACK DANIELS DISTILLERS, LEM

Name  MOTLOW, PROP. INC.                                        , Plaintiff,

Address Lynchburgh TN

*versus*

Name   HERBERT REAGAN, d/b/a TRAMWAY CAMERA CENTER ET AL        , Defendant,

Address    Gatlinburg, TN

brought upon the following patents:
                                        unknown

| PATENT NO. | DATE OF PATENT / | PATENTEE |
|---|---|---|
| 1. 42663, 44460, | unknown | Jack Daniel Distillery, Lem Motlow, |
| 2. 298102, 323914, | " | Prop., Inc. |
| 3. 394017, 394018, | " | |
| 4. 441002 & 582789 | " | |
| 5. | | |

In the above-entitled case, on the           day of           , 19   , the following patents have been included by                               (insert amendment, answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

KARL D. SAULPAW, JR.
                                                        Clerk.

Date _____, 19    ·       By _____
                                                    Deputy Clerk.

JDPI002467

PATENTED FILED
RETURN TO RECORD ROOM

NEW CERTIFICATE RENEWA

OLD No. 7

**TRADE-MARK No. 4266**
42663

T.-M. SERIAL No. (Series of 1905)

70,701

CP 49

Name    JACK DANIEL

REGISTERED MAY 24 190

Jack Daniel Distillery, Lem Motlow, Prop. Inc.
a corp. of Tennessee

Republished
Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 corp.)

of    LYNCHBURG

State of    TENNESSEE

For    Lynchburg, Tennessee.

| | | | |
|---|---|---|---|
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 9/11/52 | ISSUED 9/3/52 | Car-t | |
| REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 | ISSUED 11/7/56 | 7-27-56 | |
| Statement | | | |
| Verification | | | |
| Specimens | *Application filed complete* | | |
| Drawing | JUL 19 1947 | | |
| Fee $10.00 AFFIDAVIT SEC. 12C. ACT OF 1946 | DEC 1 1953 | | |
| $25.00 — 108,282 — Dec. 1, 1953 | DEC 5 1973 | | |
| $25.00 | | | |

Parts of Application filed

Examined and passed for publication    APR 19 1948

Examined for registration
Notice of allowance
Affidavit, Sec. 8    Acknowledged
Affidavit, Sec. 15    Acknowledged
Examined for renewal    Renewed May 24, 1954
EXAMINED FOR RENEWAL    RENEWED May 24, 1974

4460 Kimble St.

Representative
Attorney    CHAUNCEY P. CARTER, 1111 EQUALE ROAD, WASHINGTON 16, D. C.
John F. Brezina + John C. Brezina, 5410 West Harrison
Chicago, Ill. 60644

Associate Attorney

Trade mark:

Merchandise or services    Whiskies    I. C. 33

Applicant claims ownership of registrations

Claims use since    January 1875

Claims use in commerce since

REPUBLISHED IN O. G.

MAY 1 8 1948

U. S. PATENT OFFICE

FEB 26 1974

JDPI002468

PATENTED FILE

URN TO RECORD ROOM

NEW CERTIFICATE

RENEWAL

OLD No.7

1. SERIAL No. (Series of 1905)

TRADE-MARK No. 44460

REGISTERED   JUL 4 1905

OK

JACK DANIEL

republished by   Jack Daniel Distillery, Lem Motlow, Prop., Inc.

Issued to:   A corp. of Tennessee

LYNCHBURG   Jack Daniel Distillery, Lem Motlow, Prop. Inc., (1956 ap)
TENNESSEE

te of   Lynchburg
Tennessee

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52   ISSUED 6/3/52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56   ISSUED

Statement
Verification                                    Application filed complete
Specimens
Drawing                                         JUL 19 1947
Fee   $10.00 AFFIDAVIT SEC 12C ACT OF 1946   JUN 8  1965
      $25.00

amined and passed for publication              APR 19 1948
amined for registration
otice of allowance
fidavit, Sec. 8                                Acknowledged
fidavit, Sec. 15                               Acknowledged
amined for renewal                             Renewed July 4, 1965

epresentative   4400 Klingle St.
ttorney   CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.

         ena & Buckingham, 5410 W. Harrison St. Chicago   Ill. 60644

ssociate Attorney

rade mark:

erchandise or services   Whiskey

pplicant claims ownership of registrations

laims use since   June 1875                    REPUBLISHED D.C.

                                               MAY 16 1948

aims use in commerce since                     U. S. PATENT OFFICE

                                    AUG 10 1965

JDPI002469

**PATENTED FILE**
**RETURN TO RECORD ROOM** NEW CERTIFICATE RENEW

**4981**

T.-M. SERIAL No. (Series of 1905)       **TRADE-MARK No.** 298102
JACK DANIEL NEW

*3 2 7, 8 2 6*

**REGISTERED OCT 11**

*Cl.49*

*Name* LEM MOTLOW,
DOING BUSINESS AS JACK DANIEL
Republished by Jack Daniel Distillery, Lem Motlow, Pro,
Renew to _____ a corp. of (Tennessee
*of* LYNCHBURG  found: Jack Daniel Distillery, Lem Motlow, Prop, Inc.
*State of* TENNESSEE    Lynchdur
*For* _____    Tannesse

*Parts of Application filed.*

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52  **ISSUED** 22 / 52
REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 **ISSUED** 27 / 56
*Statement* _____
*Verification* _____         *Application filed complete*
*Specimens* _____        **JUL 19 1947**
*Drawing* _____
*Fee* $10.00 AFFIDAVIT SEC. 12C ACT OF 1946     **APR 24 1952**
$25.00 — 189364 — Apr. 24, 1952
$5.00        **→ APR 19**
*Examined and passed for publication*      **APR 26 1948**
*Examined for registration*
*Notice of allowance*        **MAY 28 195**
*Affidavit, Sec. 8* _____         *Acknowledged*
*Affidavit, Sec. 15* _____         *Acknowledged*
*Examined for renewal* _____ MAY 28 1952 *Renewed* Oct. 11, 1972
PUBLISHED FOR RENEWAL _____  **RENEWED** Oct 11, 1972
*Representative*
*Attorney* CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D.C.

atty. John F. Brezina John Charles Brezina
*Associate Attorney* 54 10 N. with Harrison St.
Chicago, Ill: 60644

*Trade mark:* _____
11. C. 33
*Merchandise or services* Whiskey O.K.

*Applicant claims ownership of registrations* _____

*Claims use since* 1875

*Claims use in commerce since* _____

**REPUBLISHED IN O.G**
**JUN 24 1952**  **MAY 25 1948**
**JUL 4 1972**

JDPI002470

RN TO RECORD ROOM    SECOND RENEWAL

JACK DANIEL

TRADE-MARK No. 323914

M. SERIAL No. (Series of 1905)

358,853

REGISTERED MAY 7 1935

LEM MOTLOW,

DOING BUSINESS AS JACK DANIEL,

hed by Jack Daniel Distillery, Lem Motlow, Prop., Suc.
to: Jack Daniel Distillery, Lem Motlow, Prop., Suc. (1956 corp.)
ate of LYNCHBURG, a Corp. of Tennessee Lynchburg
TENNESSEE

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 4/11/52 ISSUED 4/3/52

REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/52 ISSUED 27/56
Statement

Verification ..........................................  Application filed complete

Specimens ..........................................  JUL 19 1947

Drawing ..........................................

Fee $10.00 AFFIDAVIT SEC 12C ACT OF 1946  NOV 18 1954

$25.00  APR 2 6 1948

amined and passed for publication ..........................................

amined for registration ..........................................

otice of allowance ..........................................

fidavit, Sec. 8 ..........................................  Acknowledged

fidavit, Sec. 15 ..........................................  Acknowledged

amined for renewal ..........................................  FEB 23 1955  Renewed

XAMINED FOR RENEWAL  RENEWED May 7, 1975

epresentative ..........................................  4400 Klingle St.

ttorney CHAUNCEY P. CARTER, 3111 FOXHALL ROAD, WASHINGTON 16, D. C.

John J. Brezina and John C. Brezina, 3277 Brand Blvd.
Brookfield, Ill. 60515

ssociate Attorney ..........................................

rade mark: ..........................................

Merchandise or services Whiskey  O. S.  1. C. 33

pplicant claims ownership of registrations ..........................................

laims use since ..........................................

aims use in commerce since ..........................................

FEB 25 1975

REPUBLISHED IN O.G.

MAY 25 1948

U. S. PATENT OFFICE

JDPI002471

JACK DANIEL'S AND DES.

SU_ _ RENEWAL

-M. SERIAL No. (Series of 1905)    TRADE-MARK No. 54017

**NEW CERTIFICATE** REGISTERED MAY 17 1942

4/29 345

49

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.

Issued to    Jack Daniel Distillery, Lem Motlow, Prop., Inc., (1956 corp.)
a corp. of Tennessee

LYNCHBURG
State of    TENNESSEE                    Republished by registrant.

For    REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56  ISSUED 5/7/56

Statement
Verification                            Application filed complete
Specimens
Drawing                                 JUL 19 1947
Fee    $10.00 AFFIDAVIT SEC 12C ACT OF 1946
$25.00                                  JAN 15 1962
$25    NOV 20 1981
                                        APR 26 1948
Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8                        Acknowledged
Affidavit, Sec. 15                       Acknowledged
Examined for renewal                     Renewed Mar. 17, 1962
FILED FOR RENEWAL                        RENEWED Mar. 17, 1982
Representative    Beveridge, DeGrandi, & Kline
Attorney    CHAU  1819 H Street, N. W.              NGTON 16, D.C.
            Washington, D. C.   20006

Associate Attorney

Trade mark:

Merchandise or services    whiskey

Applicant claims ownership of registrations

Claims use since  1915

Claims use in commerce since

                                        INT. CL.  33
                                        REPUBLISHED IN U. S.

                                        MAY 25 1948
            MAR 20 1962

JDPI002472

JACK DANIEL'S AND LABEL DES.

C                    TRADE-MARK No.    394018

M. SERIAL No.                          REGISTERED    MAR 17 1942

Name   JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

ued to Jack Daniel Distillery, Lem Motlow, Prop., Inc. (1956 ref.)
                        Tennessee

tate of   LYNCHBURG
          TENNESSEE
or
                                        Republished by registrant
       REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/11   ISSUED  27
                                                    /56                5?

         Statement                                    Application filed complete
         Verification                                    JUL 19 1947
         Specimens
         Drawing                                         JAN 15 1962
         Fee  $10.00 AFFIDAVIT SEC. 12C ACT OF 1946
       $25.00                                            APR 26 1948  New Edman
       $525              NOV 20 1981
Examined and passed for publication
Examined for registration
Notice of allowance
Affidavit, Sec. 8                              Acknowledged
Affidavit, Sec. 15                             Acknowledged
Examined for renewal  H. Stuckman              Renewed  MAR. 17, 1962
EXAMINED FOR RENEWAL  J. A. Pfohl              RENEWED  Mar. 17, 1982

Representative                                 reet
Attorney   CHAU    Beveridge, DeGrandi & Kline
                   1819 H Street, N. W.        NGTON 16, D.C.
                   Washington, D. C.  20006

Associate Attorney                             T SEC. 7

Trade-mark
Merchandise or services   whiskey     OK

Applicant claims ownership of registrations

Claims use since   Dec. 7, 1890

Claims use in commerce since              INT. CL.  33
                                       REPUBLISHED IN O. G.
                                          MAY 25 1948
       APE  1982    MAR 20 1967        U S PAT OFFICE

JDPI002473

JACK DANIEL'S

**TRADE-MARK** No. **441002**

REGISTERED OCT 12, 1948

T.M. SERIAL No. (Series of 1905)

525,555

*l. 49*

*Name* JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,

*Issued to:* Jack Daniel Distillery, Lem Motlow Pros, Inc., (1956 cony)
Jack Daniel Distillery, Lem Motlow, prop., Inc.,
a corp of Tennessee

*of* LYNCHBURG

*State of* TENNESSEE

*for* REQUEST FOR NEW CERTIFICATE, SEC. 7(c) FILED 10/1/56 ISSUED 3/7/57 Lynchburg, Tenn

Statement
Verification                                    *Application filed complete*
Specimens
Drawing                                         OCT 23 1948
Fee $10.00 AFFIDAVIT SEC. 12C ACT OF 1946      JUN 22 1968
$25.00

*Examined and passed for publication*          MAY 30 1948

*Examined for registration*

*Notice of allowance*

*Affidavit, Sec. 8*                             *Acknowledged*

*Affidavit, Sec. 15*                            *Acknowledged*

*Examined for renewal*  Martin N. Markei        *Renewed* Oct 12, 1968

*Representative*

*Attorney* CHAUNCEY P. CARTER, 3111 FORMAL ROAD, WASHINGTON 16, D.C.
John F. Brezina   John Charley Brezina
5410 W. Harrison St. Chicago Ill 60644

*Associate Attorney*

*Trade mark:*                  Int. Cl. 33

*Merchandise or services* WHISKEY  6K

*Applicant claims ownership of registrations*

*Claims use since* 1875                        U. S. PATENT OFFICE

*Claims use in commerce since*

JUN 25 1968
MAY 25 1968

10-51181-1 U.S. GOVERNMENT PRINTING OFFICE

JDPI002474