AO Form 120 (Rev. Oct. 1954)

In Re Patents

42663

#29

# United States District Court

### for the
### SOUTHERN DISTRICT OF FLORIDA

Miami

LAW LIBRARY

NOV 9 1983

PATENT AND TRADEMARK OFFICE,

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        26th        day of     July                , 19 82 , in this

court an action, No. 82-1570-CIV-WMH, entitled:

Name    JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.                        , Plaintiff,

Address   LYNCHBURGH, TENNESSEE

*versus*

Name ·   SUPERSAVE SOUVENIRS, INC.                                          , Defendant,

Address   MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2. 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3. 394017 and 394018 | | |
| 4. 441002 and 582789 | | |
| 5. | | |

In the above-entitled case, on the                day of                    , 19     , the

following patents have been included by                                  (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

See attached

Robert M. March

Clerk.

Date July 28, 1982            By _____

Deputy Clerk.

JDPI002475

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1570-CIV-JLK

JACK DANIEL DISTILLERY, LEM          )
MOTLOW, PROP., INC.                  )
                                     )
              Plaintiff,             )
                                     )
vs.                                  )          FINAL CONSENT
                                     )     INJUNCTION AND JUDGMENT
SUPERSAVE SOUVENIRS, INC.            )
a Florida corporation,               )
                                     )
              Defendant.             )
                                     )
_____      )

REC'D by _____ D.C.
OCT 17 1983
ROBERT M. MARCH
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FILED by _____ D.
OCT 18 1983
ROBERT
CLERK

 

     This cause came before the Court by stipulation of the
plaintiff, Jack Daniel Distillery, Lem Motlow, Prop., Inc., and
defendant, Supersave Souvenirs, Inc. ("Supersave") and upon
their joint motion for entry of a final consent injunction and
judgment.  The Court has considered the stipulation and the
motion, and is fully advised in the premises.  After due
consideration, the Court finds:

     1.  At the time this lawsuit was filed, plaintiff,
Jack Daniel Distillery, Lem Motlow, Prop., Inc., was the owner
of the trademarks JACK DANIEL, OLD NUMBER 7, JACK DANIELS, and
JACK DANIELS NUMBER 7 and MEDALS, and owned United States
Trademark Registration Nos. 42663; 44460; 298102; 323914;
444537; 394017; 394018; 441002; and 582789 for trademarks; and
said trademarks and registrations were valid and in full force
and effect and belonged exclusively to plaintiff.

JDPI002476

2.    As used herein, the term "trademarks in issue" means United States Trademark Registration Nos. 42663; 44460; 298102; 323914; 444537; 394017; 394018; 441002; and 582789 for trademarks, regardless of whether these trademarks are owned by plaintiff or plaintiff's successors and assigns.

3. Plaintiff took all steps required by law to protect these trademarks and to provide notice to the public that only plaintiff was the owner of these trademarks.

4.    Plaintiff widely used and extensively advertised and promoted these trademarks for distilled alcoholic liquors, and has marketed and licensed others to market memorabilia, nostalgia and reproduction items which embody these trademarks. These trademarks have become well and favorably known to the purchasing public of Florida and elsewhere in the United States, and have acquired secondary meaning as symbols of plaintiff, and its successors and assigns, their business and products, and of the extensive and valuable goodwill which they have created and enjoy.

5.    Defendant Supersave has, without the consent of plaintiff, or its successors and assigns, used these trademarks on and in connection with the sale, offering for sale, and distribution of T-Shirts, T-Shirt transfer decals, and/or other memorabilia items.  Such use is likely to cause confusion, mistake and deception with respect to the trademarks in issue. By such acts, defendant Supersave has infringed upon plaintiff's rights in and to its registered and common-law trademarks.

-2-

JDPI002477

6.   Defendant Supersave has, by the acts set forth in paragraph 5 above, falsely designated and represented its goods, competed unfairly with plaintiff and its successors and assigns, injured the business reputation of plaintiff and its successors and assigns, and diluted the distinctive quality of the trademarks in issue.

NOW, THEREFORE, IT IS HEREBY

ORDERED and ADJUDGED that the Court has jurisdiction over the parties and over the subject matter of this action; and venue is proper in this judicial district; and further, the Court shall retain jurisdiction over this action and over the parties for purposes of enforcing and addressing all matters arising in connection with this Final Consent Injunction and Judgment.  It is further

ORDERED and ADJUDGED that the joint motion of plaintiff and defendant Supersave be and the same is hereby granted and their stipulation be and the same is hereby approved and ratified.  It is further

ORDERED and ADJUDGED that the terms of this Final Consent Injunction and Judgment are binding upon, and inure to the benefit of, not only the plaintiff and defendant Supersave but also their successors and assigns.  It is further

ORDERED and ADJUDGED that the plaintiff's claim against defendant Supersave is hereby severed from the plaintiff's claims against the other defendants, which claims remain intact.  It is further

-3-

JDPI002478

ORDERED and ADJUDGED that defendant Supersave and its directors, officers, agents, servants, employees, and those persons in active concert or participation with them, are permanently enjoined from committing the following acts:

(a) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks in any manner, on any goods or in connection with the manufacture, procurement, sale, offering for sale, distribution, or advertising of any goods;

(b) infringing upon or using the trademarks in issue or any name or mark similar to these trademarks, on any printed material (including stationery, advertisements, catalogs and promotional material) in connection with any business office or business activity;

(c) taking any action or making any statements or representations, express or implied, in connection with the promotion, advertising, or sale of goods that such goods have been approved, endorsed, or licensed by plaintiff, its successors or assigns;

(d) taking any action or making any statements or representations, express or implied, which would suggest to the public that there is any sponsorship, affiliation, business association, connection, or relationship, between the defendant and plaintiff, its successors or assigns;

(e) competing unfairly with plaintiff, or its successors and assigns, in any manner, or taking advantage of the goodwill and reputation of plaintiff or its successors and assigns; and

(f) injuring the business reputation of plaintiff, or its successors and assigns, or diluting the quality of the trademarks in issue.

It is further

JDPI002479

ORDERED and ADJUDGED that Supersave shall deliver forthwith, at its own expense, to plaintiff all the following materials and/or things:

    (a)  all goods and things bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

    (b)  all printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks; and

    (c)  all plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks.

It is further

ORDERED and ADJUDGED that defendant Supersave shall report to plaintiff, and identify for it, immediately upon learning of them, all persons and entities (other than plaintiff), who manufacture, distribute, sell, offer for sale, or deal in, any one or more of the following materials and/or things:

    (a)  goods or things bearing any of the trademarks in issue, or any name or mark similar to these trademarks,

    (b)  printed material bearing any of the trademarks in issue, or any name or mark similar to these trademarks, and

    (c)  plates, photographic material, matrices, emblems, transfers, or other things bearing or depicting any of the trademarks in issue, or any name or mark similar to these trademarks, as defendant becomes aware of them. Finally, it is

JDPI002480

ORDERED and ADJUDGED that each party shall bear its own costs, expenses, and attorney's fees.

DONE and ORDERED in the Southern District of Florida at Miami, Dade County, Florida, this _19_ day of October, 1983.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

–6–

## STIPULATION

PLAINTIFF AND SUPERSAVE SOUVENIRS, INC. HEREBY STIPULATE that the foregoing Final Consent Injunction and Judgment may be presented to the Court for approval and, when approved and signed by the Court, may be entered herein, all without further notice, and each party waives all right to seek review by appeal or otherwise therefrom.


MORTON B. ZEMEL, ESQUIRE
Attorney for Defendant
Suite 111
16666 N.E. 19th Avenue
N. Miami Beach, Florida 33162
Telephone: (305) 949-4237

By _____
     Morton B. Zemel, Esquire

Conformed copies to:

Morton B. Zemel, Esquire
Gary T. Stiphany. Esquire

STEEL HECTOR & DAVIS
Attorneys for Plaintiff
1400 Southeast Bank Building
Miami, Florida 33131
Telephone: (305) 577-2934


By _____
     Gary T. Stiphany

-7-

IN RE TRADEMARKS    42,663

#28

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami

**LAW LIBRARY**

COMMISSIONER OF TRADEMARKS
WASHINGTON, D.C.

MAY 6 1983

SIR:

**PATENT AND TRADEMARK OFFICE**

In compliance with the Act of July 19, 1952 (66 Stat. 814;
35 U.S.C. 290) you are advised that there was filed on the
29th day of April , 19 83, in this court an
action, Number 83-1085-CIV-ALH , entitled:

NAME    Jack Daniel Distillery, Lem Motlow, Prop., Inc.    , Plaintiff,
ADDRESS

versus

NAME    Dude City Western Wear, Inc. a Fla. Corp.    , Defendant,
ADDRESS

brought upon the following trademarks,

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1  42663,44460,298102 | | Jack Daniel Distillery, Lem |
| 2  323914,394017,394018 | | Motlow, Prop., Inc. |
| 3  & 582789 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, on the _____ day of _____ ,
19 , the following trademarks have been included by
(insert amendment, answer, cross bill, or other pleadings):

| TRADEMARK NUMBER | DATE OF TRADEMARK | APPLICANT |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered
or judgment issued:

DATE    4/29/83

ROBERT M. MARCH, CLERK
BY _____
Deputy Clerk

JDPI002483

42,663
#27

AO Form 120 (Rev. Oct. 1954)

In Re Patents

# United States District Court

## for the
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

SIR:    . COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    4th    day of    February    , 19 83 , in this

court an action, No. 83-6092-Civ-NCR , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP, INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    F. M. EXPRESSIONS UNLIMITED, INC.    , Defendant,

Address    Ft. Lauderdale, FL

brought upon the following patents:

|   | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663 | NOT GIVEN | JACK DANIELS, etc. |
| 2 | 44460 | " | " |
|   | 298102 | " |   |
| 3 | 323914 | " | " |
| 4 | 394017 | " | " |
|   | 394018 | " | " |
| 5 | 441002 | " | " |
|   | 582789 | " |   |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

|   | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH

                                        Clerk.

Date _____ February 11 , 19 83    By _____

                                        Deputy Clerk.

JDPI002484

42663

AO Form 120 (Rev. Oct. 1954)                                In Re Patents

# United States District Court

### for the
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

SIR:    . **COMMISSIONER OF PATENTS AND TRADEMARKS**
      **Washington, D.C. 20231**

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    21st    **day of**    January      , 19 83 , in this

court an action, No. 83-6050-Civ-NCR , entitled:

**Name**    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.          , **Plaintiff,**

**Address**    Lynch Hardware and General Store
             Lynchburg, Tennessee

**versus**

**Name**    THREE GUYS DISTRIBUTING, INC.          , **Defendant,**

**Address**   Davie, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 / 44460 | NOT GIVEN  / " | JACK DANIEL DISTILLERY / " |
| 2. 298102 / 323914 | " / " | " / " |
| 3. 394017 | " | " |
| 4. 394018 / 441002 | " / " | " / " |
| 5. 582789 | " | " |

In the above-entitled case, on the      day of       , 19    , the

following patents have been included by          (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

ROBERT M. MARCH
_____
                     *Clerk.*

Date _____ January 25 ____, 19 83    **By** _____
                                       *Deputy Clerk.*

JDPI002485

AO 120
(Rev. 10/54)

In Re PATENTS & TRADEMARKS

42,663
#25

# United States District Court
## for the

SOUTHERN DISTRICT OF FLORIDA

**LAW LIBRARY**

AUG 31 1982

COMMISSIONER OF PATENTS TRADEMARKS    Miami
Washington 25, D. C.

**PATENT AND TRADEMARK OFFICE**

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 26 day of July , 19 82, in this court an action, No. 82-1572-CIV-JE entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    ROBERTS WESTERN WEAR, INC.    , Defendant,

Address    5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| | PATENT NO. | NAME OF DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1. | 42663, 394018 | JACK DANIEL | PLTF |
| 2. | 44460, 441002 | OLD NUMBER 7 | " |
| 3. | 298102, 582789 | JACK DANIELS | " |
| 4. | 323914 | JACK DANIELS NUMBER | " |
| 5. | 394017 | MEDALS | " |

In the above-entitled case, on the day of , 19 , the following patents have been included by (insert amendment, answer, cross bill, or other pleading) :

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Notice of Voluntary Dismissal, 8/12/82, by plaintiff.

JOSEPH I. BOGART

Clerk.

Date August 12 July 28 , 19 82    By M. P. Wilkerson

Deputy Clerk.

JDPI002486

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 82-1572-Civ-JE

JACK DANIEL DISTILLERY,          :
LEM MOTLOW, PROP., INC.
                                 :
        Plaintiff,
                                 :

                                 :
v.
                                 :

                                 :
ROBERTS WESTERN WEAR, INC.,
a Florida corporation,           :

        Defendant.               :

_____    :

FILED _____ DC

'82 AUG 12 PH 3 45

JOSEPH I BOGART
CLERK US DIST. CT.
SD FLA-MIAMI

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that Plaintiff, Jack Daniel
Distillery, Lem Motlow, Prop., Inc., dismisses this action
pursuant to Federal Rule of Civil Procedure 41(a)(1).

STEEL HECTOR & DAVIS
1400 Southeast Bank Building
Miami, Florida 33131
Attorneys for Plaintiff
Telephone: 577-2877

By _____
        Joseph P. Klock, Jr.

I HEREBY CERTIFY that a true copy of the foregoing
Notice of Voluntary Dismissal was mailed to the plaintiff
c/o Murray Smith, 5857 Sunset Drive, South Miami, Florida
33143 this 12th day of August, 1982.

_____

RECD   TO JUDGE
8-13
BY
C,

AO 120
(Rev. 10/54)

*In Re Patents*

*42,663*
*#24*

# United States District Court

### for the

SOUTHERN DISTRICT OF FLORIDA

*Jul 30  3 47 PM '82*
*Ft. Lauderdale* U.S. PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
     Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    JULY   , 19 82 , in this

court an action, No. 82-6491-Civ-JAG, entitled:

Name    JACK DANIEL DISTILLERY     ATTY:    JOSEPH P. KLOCK, JR., ESQ., **Plaintiff,**
                                       STEEL HECTOR & DAVIS

Address                                       1400 SE Bank Bldg.
                                      Miami, Florida 33131

                                 *versus*

Name    CASUAL-AIRE CLOTHING, INC.                            , **Defendant,**

Address    Fort Lauderdale, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1.   42663 | NO DATE GIVEN | JACK DANIEL DISTILLERY |
|     44460 | " | " |
| 2.   298102 | " | " |
|     323914 | " | " |
| 3.   394017 | " | " |
| 4.   394018 | " | " |
|     441002 | " | " |
| 5.   582789 | " | " |

In the above-entitled case, on the         day of            , 19   , the

following patents have been included by                  (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

                                         JOSEPH I. BOGART

                                                  *Clerk.*

Date    July 28   , 19 82      By    *Loretta Greenberg*   
                                                     *Deputy Clerk.*

42,663

AO 120
(Rev. 10/54)

In Re Patents

#23

# United States District Court

## for the

3 47 PM '82

SOUTHERN DISTRICT OF FLORIDA ENT

COMMISSIONER OF PATENTS,
Washington 25, D. C.

Ft. Lauderdale TRADEMARK OFFICE

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the ___26th___ day of ___JULY___ , 19 82 , in this

court an action, No. 82-6490-Civ-JAG, entitled:

| Name | JACK DANIEL DISTILLERY | ATTY: | JOSEPH P. KLOCK, JR., ESQ.Plaintiff, |
|------|------------------------|-------|--------------------------------------|

Address

STEEL HECTOR & DAVIS
1400 SE Bank Bldg.
Miami, Florida 33131

*versus*

Name    KENY, INC.                                                    , Defendant,

Address    3132 N.E. 9th Street
Fort Lauderdale, Florida

brought upon the following patents:

| TRADEMARK PATENT NO. | TRADEMARK DATE OF PATENT | TRADEMARK PATENTEE |
|----------------------|--------------------------|--------------------|
| 42663 | NO DATE GIVEN | JACK DANIEL DISTILLERY |
| 1. 44460 | " | " |
| 2. 298102 | " | " |
| 323914 | " | " |
| 3. 394017 | " | " |
| 394018 | " | " |
| 4. 441002 | " | " |
| 5. 582789 | " | |

In the above-entitled case, on the _____ day of _____ , 19 ____ , the

following patents have been included by                                    (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|------------|----------------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
_____ ,
*Clerk.*

Date ___July 27, 1982___, 19 ‾.    By _____ ,
*Deputy Clerk.*

JDPI002489

42,663

In Re Patents

AO Form 120 (Rev. Oct. 1954)

# United States District Court
## for the

SOUTHERN DISTRICT OF FLORIDA

W. Palm Beach

# 22

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

    In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the 26th          day of    July          , 19 82 , in this

court an action, No. 82-6489-CIV-JCP , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.          , Plaintiff,

Address   Lynchburg, Tennessee

*versus*

Name    REFAEL JAMAL d/b/a B & R T-SHIRT FACTORY          , Defendant,

Address   Fort Lauderdale, Florida

brought upon the following patents:

| PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop.,Inc. |
| 2. 44460 | " | " |
| 3. 298102 | " | " |
| 4. 323914 | " | " |
| 5. 394017 | " | " |

(See Con'd list att.)

    In the above-entitled case, on the          day of          , 19    , the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 394,018 | | |
| 2. 441,002 | | |
| 3. 582,789 | | |
| 4. | | |
| 5. | | |

    In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
Clerk.

Date   August 2          , 19 82      By                    Deputy Clerk.

JDPI002490

PATENTS CONTINUED:    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP,, INC.  VS,
REFAEL JAMAL QEVA B & R)ᴿSHIRT FACTORY, 82-6489-CIV-JCP

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 6. 394018 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7 441002 | " | " |
| 8 582789 | " | " |

Aug 5  3 57 PM '82
U.S. PATENT
TRADEMARK OFFICE

JDPI002491

AO Form 150 (Rev Oct. 1954)

**42,663**

In Re Patents

# United States District Court

## for the

**#21**

Aug 5  3 57 PM '82

SOUTHERN DISTRICT OF FLORIDA

U.S. PATENT AND TRADEMARK OFFICE

W. Palm Beach

COMMISSIONER OF PATENTS,
      Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19 82 , in this

court an action, No. 82-6488-CIV-JCP , entitled:

Name  JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    N. S. LALWANI d/b/a CHESHIRE CAT    , Defendant,

Address    Ft. Lauderdale, Florida

brought upon the following patents:

| | PATENT NO. TRADEMARKS | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 42663 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., INC. |
| 2 | 44460 | " " | " |
| 3 | 298102 | " " | " |
| 4 | 323914 | " " | " |
| 5 | 394017 | " " | " |

(See Con'd list att.)

In the above-entitled case, on the    day of    , 19 , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading):

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 394018 | | |
| 2 | 441002 | | |
| 3 | 582789 | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART    ,
                                              *Clerk.*

Date  August 2    , 19 82    By    *Deputy Clerk.*

PATENTS CONTINUED:    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.  VS.
                      N. S. LALWANI d/b/a CHESHIRE CAT, 82-6488-CIV-JCP

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 6. | 394018 | not listed | Jack Daniel Distillery, Lem Motlow, Prop., Inc. |
| 7 | 441002 | " | " |
| 8 | 582789 | " | " |

JDPI002493

AO 120
(Rev. 10/54)

In Re ~~his~~ TRADEMARK

42,663

#20

# United States District Court
### for the

SOUTHERN DISTRICT OF FLORIDA

26  3 42 PM '82

SOLICITOR

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF ~~PATENTS~~ TRADEMARKS     Miami
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the     26     day of     July     , 19 82, in this

court an action, No.     82-1572-CIV-JE entitled:

Name     JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.                     , Plaintiff,

Address     Lynchburg, Tennessee

*versus*

Name     ROBERTS WESTERN WEAR, INC.                     , Defendant,

Address     5857 Sunset Drive, Miami, Florida

brought upon the following patents:

| PATENT NO. | NAME OF<br>~~DATE OF PATENT~~ | PATENTEE |
| --- | --- | --- |
| 1. 42663, 394018 | JACK DANIEL | PLTF |
| 2. 44460, 441002 | OLD NUMBER 7 | " |
| 3. 298102, 582789 | JACK DANIELS | " |
| 4. 323914 | JACK DANIELS<br>NUMBER | " |
| 5. 394017 | MEDALS | " |

In the above-entitled case, on the     day of     , 19     , the

following patents have been included by     (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

*Clerk.*

Date     July 28     , 19 82     By     M. P. Wilkerson     ,

*Deputy Clerk.*

JDPI002494

42,663

AO Form 120 (Rev. Oct. 1954)

In Re Patents

# United States District Court
## for the
### THE SOUTHERN DISTRICT OF FLORIDA

Miami

5 23 PM '82 #19

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
   Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        26        day of        July        , 19 82 , in this

court an action, No. 82-1571-CIV-EPS , entitled:

Name   Jack Daniels, Lem Motlow, Prop, Inc.                                   , Plaintiff,

Address   Lynnchburg, Tennessee

*versus*

Name   Tops Plus, Inc.                                                       , Defendant,

Address Miami, Florida

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663, 44460 | | JACK DANIEL, OLD NUMBER 7, JACK DANIELS AND |
| 2. 298102, 323914 | | JACK DANIELS NUMBER 7 and MEDALS. |
| 3. 394017, 394018 | | |
| 4. 441002, 582789 | | |
| 5. | | |

In the above-entitled case, on the        day of        , 19    , the

following patents have been included by                              (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph I. Bogart

Clerk.

Date *July 27* , 19*82*        By _____ ,
                                                    Deputy Clerk.

JDPI002495

42,663

In Re Patents

AO Form 139 (Rev. Oct. 1954)

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

Miami

3 41 PM '82

#18

U.S. PATENT
AND
TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR :

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the      26th      day of      July      , 19 82 , in this

court an action, No. 82-1570-CIV-WMH , entitled :

Name    JACK DANIEL DISTILLERY AND LEM MOTLOW, PROP., INC.                    , Plaintiff,

Address    LYNCHBURGH, TENNESSEE

*versus*

Name    SUPERSAVE SOUVENIRS, INC.                    , Defendant,

Address    MIAMI BEACH, FLORIDA

brought upon the following patents :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2. 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3. 394017 and 394018 | | |
| 4. 441002 and 582789 | | |
| 5. | | |

In the above-entitled case, on the      day of      , 19   , the

following patents have been included by      (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

Joseph L. Bogart

Clerk.

Date July 28 , 19 82      By Carmen Santiago

Deputy Clerk.

JDPI002496

AO 120
(Rev. 10/54)

In Re~ ~ents TRADEMA ~

42,663

#17

# United States District Court

## for the

SOUTHERN DISTRICT OF FLORIDA

Miami

COMMISSIONER OF ~PATENTS~, TRADEMARKS
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 85 USC 290), you are advised

that there was filed on the    26    day of    July    , 19 82, in this

court an action, No. 82-1569-CIV-SMA, entitled:

**Name**    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

**Address**    Lynchburg, Tennessee

*versus*

**Name**    YONI YAAKOV d/b/a YON'S SPORTSWEAR    , Defendant,

**Address**    177 Sunny Isles Boulevard, Miami, Florida

brought upon the following patents:

| TRADEMARK ~PATENT NO.~ | ~DATE OF PATENT~ TRADEMARK # | ~PATENTEE~ AGENT |
|---|---|---|
| 1. JACK DANIEL OLD NUMBER 7 | 42663, 394018 | PLTF |
| 2. | 44460, 441002 | " |
| 3. JACK DANIELS | 298102, 582789 | " |
| 4. JACK DANIELS NUMBER 7 | 323914 | " |
| 5. MEDALS | 394017 | |

In the above-entitled case, on the    day of    , 19    , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART

*Clerk.*

Date    July 28    , 19 82    By    M. P. Wilkerson    ,

*Deputy Clerk.*

JDPI002497

AO Form 120 (Rev. Oct. 1954)

*42,663*

In Re Patents

# United States District Court
### for the
SOUTHERN DISTRICT OF FLORIDA

*Miami*

JUL 30 3 41 PM '82

U.S. PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
  Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the         26th      **day** of    July           , 19 82 , in this court an action, No. 82-1568-CIV-WMH, entitled:

**Name**   Jack Daniel Distillery, Lem Motlow, Prop., Inc.                         , **Plaintiff,**

**Address**  Lynchburgh, Tennessee

*versus*

**Name**   SUNSHINE UN ISEX BOUTIQUE, INC. A/K/A CUSTOM T-SHIRTS.            , **Defendant,**

**Address**  NORTH MIAMI BEACH, FLORIDA

brought upon the following patents:

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. 42663 and 44460 | | Jack Daniel, Old Number 7, Jack Daniels, |
| 2. 298102 and 323914 | | Jack Daniels Number 7 and Medals. |
| 3. 394017 and 394018 | | |
| 4. 441002 and 582789 | | |
| 5. | | |

In the above-entitled case, on the                       day of                       , 19       , the following patents have been included by                                   (insert amendment, answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Joseph L. Pegart

_____ Clerk.

Date July 28 , 1982        By _____
                                                     Deputy Clerk.

JDPI002498

AO Form 120 (Rev. Oct. 1954)

*42,663*

TRADEMARK
In Re Patents

#15

# United States District Court
## for the

SOUTHERN DISTRICT OF FLORIDA

JUL 29  5 28 PM '82

U.S. PATENT

_Miami_

COMMISSIONER OF PATENTS
Washington 25, D.C.

SIR:

    In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the     26     day of    July     , 19 82 , in this court an action, No. 82-1567-CIV-EPS, entitled:

Name    JACK DANIEL DISTILLERY                      , Plaintiff,

Address    LYNCHBURG, TENNESSEE

_versus_

Name    PATHMAN'S SPORT CENTER, INC.             , Defendant,

Address   MIAMI BEACH, FLORIDA

brought upon the following patents:

| | PATENT NO. | | DATE OF PATENT | PATENTEE TRADEMARK |
|---|---|---|---|---|
| 1 | 42663 | 394018 | | Jack Daniel, Old Number 7, Jack Daniels and |
| 2 | 44460 | 441002 | | Jack Daniels Number 7, and Medals. |
| 3 | 298102 | 582789 | | |
| 4 | 323914 | | | |
| 5 | 394017 | | | |

    In the above-entitled case, on the          day of         , 19    , the following patents have been included by          (insert amendment, answer, cross bill, or other pleading):

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

    In the above-entitled case the following decision has been rendered or judgment issued:

Joseph I. Bogart

_____
Clerk.

Date _July 27_ , 19 _82_      By _Carmen Santiago_ ,
                                         Deputy Clerk.

42,663

AO 120
(Rev. 10/54)

In Re 〔 ments Trademar〕

# United States District Court

### for the

JUL 30   3 42 PM '82

SOUTHERN DISTRICT OF FLORIDA   U.S. PATENT
AND
TRADEMARK OFFICE

Miami

COMMISSIONER OF ~~PATENTS~~, TRADEMARKS
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 85 USC 290), you are advised

that there was filed on the    26th    day of    July    , 19  82  in this

court an action, No. 82-1566-CIV-JE  , entitled:

Name    JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.    , Plaintiff,

Address    Lynchburg, Tennessee

*versus*

Name    JOY SILK SCREEN PRODUCTS, INC.    , Defendant,

Address    Not Indicated

brought upon the following patents:

| Trademark~~PATENT NO.~~ | Number of ~~Trademark~~ ~~DATE OF PATENT~~ | Agent | ~~PATENTEE~~ |
|---|---|---|---|
| 1. JACK DANIEL | 42663   394018 | Pltf | |
| 2. OLD NUMBER 7 | 44460   441002 | " | |
| 3. JACK DANIELS | 298102  582789 | " | |
| 4. JACK DANIELS NUMBER 7 | 323914 | " | |
| 5. MEDALS | 394017 | " | |

In the above-entitled case, on the    day of    , 19  , the

following patents have been included by    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

JOSEPH L. BOGART
Clerk.

Date    July 28    , 19 82    By   M. P. Wilkerson
Deputy Clerk.

JDPI002500

AO Form 120 (Rev. Oct. 1954)

42,663

In Re PATENTS TRADE-
MARKS

# United States District Court
## for the

### SOUTHERN DISTRICT OF FLORIDA

**LAW LIBRARY**

COMMISSIONER OF PATENTS, Trademarks    Miami
Washington 25, D. C.

AUG 4 1982

SIR:

**PATENT AND TRADEMARK OFFICE**

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the        26th        day of      July            , 19 82 , in this

court an action, No. 82-1565-CIV-JLK , entitled:

Name        JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.        , Plaintiff,

Address    Lunchburg, Tennessee

*versus*

Name      ANDY'S ISLAND, INC.        , Defendant,

Address    1920 N. W. 207th Street
           North Miami Beach, Florida
brought upon the following patents:

| PATENT NO. TRADEMARK | DATE OF PATENT TRADEMARK | PATENTEE |
|---|---|---|
| 1. 42663 44460 | Date Unknown | JACK DANIEL OLD NUMBER 7 |
| 2. 298102 | | JACK DANIELS |
| 3. 323914 394017 | | JACK DANIELS NUMBER 7 MEDALS |
| 4. 394018 441002 | | |
| 5. 582789 | | |

In the above-entitled case, on the        day of            , 19    , the

following patents have been included by        (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued:

JOSEPH I. BOGART
                                                                Clerk.

Date    August 2        , 19 82        By    M. P. Wickerson
                                                                Deputy Clerk.

JDPI002501

42,663

AO 120
(Rev. 10-54)

Patents

United States District Court

for the

PATENT AND TRADEMARK OFFICE

FEB 4 1982

EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

COMMISSIONER OF PATENTS,
    Washington 25, D. C.          Knoxville

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised

that there was filed on the 1st          day of    Februa ry       , 19 82, in this

court an action, No.   3-82-56     , entitled: JACK DANIELS DISTILLERS, LEM

Name   MOTLOW, PROP. INC.                                        , Plaintiff,

Address  Lynchburgh TN

                              *versus*

Name   HERBERT REAGAN, d/b/a TRAMWAY CAMERA CENTER ET AL      , Defendant,

Address   Gatlinburg, TN

brought upon the following patents:

unknown

| PATENT NO. | DATE OF PATENT / | PATENTEE |
|---|---|---|
| 1. 42663, 44460, | unknown | Jack Daniel Distillery, Lem Motlow, |
| 2. 298102, 323914, | " | Prop., Inc. |
| 3. 394017, 394018, | " | |
| 4. 441002 & 582789 | " | |
| 5. | | |

In the above-entitled case, on the          day of          , 19    , the

following patents have been included by                    (insert amendment,

answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case the following decision has been rendered or judgment issued :

KARL D. SAULPAW, JR.

                                        Clerk.

Date _____, 19__    By _____

                                        Deputy Clerk.

JDPI002502

42663

In Re Patents

AO Form 120 (Rev. Oct. 1954)

# United States District Court

### for the
CD of Calif.
L.A.

**LAW LIBRARY**

APR 9  1980

U.S. PATENT AND TRADEMARK OFFICE

COMMISSIONER OF PATENTS,
    Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the ___31th___ day of ___March___, 19 80 , in this court an action, No. 80 01258 , entitled:

Name  JACK DANIEL DISTILLERY, LEM MOSTLO, PROP., INC.                    , Plaintiff,

Address  Lynchburg, Tennessee

*versus*

Name  JAMES GILE AND COMPANY, INC. and JAMES GILE            , Defendant,

Address    2427 East 14th Street, Los Angeles, California

brought upon the following ~~patents~~ trademarks:

| Trademark PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1  42,663 | | Jack Daniel Distillery |
| 2  44,460 | | Jack Daniel Distillery |
| 3  298,102 | | Jack Daniel Distillery |
| 4  323,914 | | Jack Daniel Distillery |
| 5  441,002 | | Jack Daniel Distillery |
|    582,789 | | Jack Daniel Distillery |

In the above-entitled case, on the ___ day of ___ , 19 ___ , the following patents have been included by                                (insert amendment, answer, cross bill, or other pleading):

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued:

Edward M. Kritzman

*Clerk.*

Date ___2 APR 1980___ , 19 ___      By  *Janice C. Deal*

*Deputy Clerk.*

JDPI002503



#10
Ren. Pat.

DEC - 5 1973 —18

## APPLICATION FOR RENEWAL

MARK:      "OLD NO. 7"

REG. NO.: 42,663

CLASS:     49

TO THE COMMISSIONER OF PATENTS:

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. INC., is a corporation organized and existing under the laws of the State of Tennessee, and has its principal office and place of business at East Boundary Line Road, Lynchburg, Tennessee, 37352.

The above identified registrant requests that Registration No. 42,663, renewed to Jack Daniel Distillery, Lem Motlow, Prop. Inc. on May 24, 1954 and granted to said corporation on May 24, 1904, which said corporation now owns, be renewed in accordance with the provisions of Section 9 of the Act of July 5, 1946.

Said corporation has continued use in interstate commerce of said mark for,

whiskies;

and specimen bearing said mark and currently used for the foregoing is attached.

The renewal fee is presented herewith.

### POWER OF ATTORNEY

12/18/73 0042663       1 202    25.00CK

The undersigned hereby appoints John F. Brezina, Reg. No. 13,122, and John C. Brezina, Reg. No. 18,536, Attorneys-at-Law, of 5410 West Harrison Street, Chicago, Illinois 60644, its attorneys to prosecute this application

- 1 -

JDPI002504



JDPI002505



JDPI002506

for renewal, to transact all business in the Patent Office
in connection therewith, and to receive the Certificate
of Renewal.

STATE OF TENNESSEE )

COUNTY OF MOORE ) SS.

    GRADDY C. RICHARD, being duly sworn, states that
JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. owns Regi-
tration No. 42,663, and that the mark shown therein is in
use in interstate commerce on the goods as recited in
Registration No. 42,663, the attached specimen showing
the mark as currently used.

                JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC.

By _Graddy C. Richard_
             Its Vice President

    SUBSCRIBED AND SWORN TO before me this  27th day
of _November_, 1973.

_Thomas R Beam_
          Notary Public

- 2 -

JDPI002507



DEC - 5 1973 —18

BREZINA AND BUCKINGHAM

JOHN F. BREZINA
JOHN CHARLES BREZINA

REGISTERED PATENT LAWYERS
ATTORNEYS AT LAW
5410 WEST HARRISON STREET

CHICAGO, ILL. 60644
PHONE 378-1515

U. S. & FOREIGN TRADE MARKS
PATENTS, COPYRIGHTS AND
UNFAIR TRADE PRACTICE

LOOP OFFICE
29 S. LA SALLE STREET
CHICAGO, ILL. 60603

November 29, 1973


Commissioner of Patents

Washington, D. C.   20231


Dear Sir:

        Please file the attached application for
renewal of Jack Daniel Distillery of Registration No.
42,663, Class 49, Trade Mark "OLD NO. 7".

        Label as used is attached to said appli-
cation.  Check of $25.00 to cover filing fee is attached.

        Please issue usual filing receipt.


                    Very respectfully,

                    John F. Brezina
                    John F. Brezina

JFB:dm
att.

JDPI002508



681732

#9

IN THE PATENT OFFICE

TRADEMARK ACT　1946

Trademark No. 42,663

Registered　May 24, 1904

### REQUEST FOR NEW CERTIFICATE

The undersigned JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a corporation

chartered in 1956 pursuant to the laws of the State of Tennessee, located and

doing business at Lynchburg, County of Moore, State of Tennessee, being the

owner of the above-identified trademark registration by virtue of an assignment

dated September 17, 1956 presented for record, requests that, in accordance with

Section 7(c) of the Act, new certificate of registration be issued to the under-

signed for the unexpired part of the original period.

Chauncey P. Carter, Attorney-at-Law admitted to practice in the highest court

of the District of Columbia, with offices at 4400 Klingle Street, Washington 16,

D.C., is appointed attorney, with full power of substitution and revocation, to

file and prosecute  this request for and to receive the new certificate.

September 16 1956.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
By

*L. E. Motlow*
Vice-President

(Seal of
　1956
corporation)

Hon. Commissioner of Patents

Washington, D.C.

*Original Cut herewith*

681751

ORDER FOR TITLE REPORT

MAIL DIV
OCT -1 1956
U.S. PATENT OFFICE

Date _Oct. 1-56_

Trade-Mark Registration No. _42,663_

Please furnish title report for above registration number.

Chauncey P. Carter

Charge $1.00 to account of:

_herewith_

JDPI002510

"Old No. 7"



*#8 Ren. Pet.*

**IN THE PATENT OFFICE**
**TRADE-MARK ACT 1946**

Application for Renewal

MAIL DIVISION
DEC - 1 1953

Registration No. 42,663
Dated May 24, 1904
Act of   1881
To  Jack Daniel

Hon. Commissioner of Patents:

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP. INC., a corporation
duly organized and existing pursuant to the laws of the State
of Tennessee, located and doing business at Lynchburg, Tenn.,

requests renewal of the above-entitled trade-mark registration.

John J. Hooker                          , being duly sworn, deposes and says
that he is  Vice-President
of the applicant; that applicant is the owner of the above-entitled registration; that the said
registration is now in force; and that the trade-mark described therein is still in use in com-
merce among the several states.

The undersigned hereby appoints Chauncey P. Carter, Attorney-at-Law admitted to practice
in the Supreme Court of the United States, of 4400 Klingle Street, Washington 16, D. C.,
attorney, with full power of substitution and revocation, to file and prosecute this matter;
to make amendments therein; and to represent the applicant generally in connection with the
above-entitled registration.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
By

*John J. Hooker*

Vice-President

State of Tennessee
                          } ss:
County of Davidson

Before me personally appeared        John J. Hooker,
to me known to be the person described in the above instrument who signed the same in my
presence and made oath before me to the allegations set forth therein on the  27th
day of   November,   1953 .

*Dorothy Walton*

Notary Public

My commission expires 7-30-55.

(Notarial Seal)

12-51-500

JDPI002511

DEC.-1-53  1 0 8 2 8 2  E⁼Ck B —    25.00

**CHAUNCEY P. CARTER**
*Attorney At Law*
**4400 KLINGLE STREET**
**WASHINGTON 16, D. C.**

November 30, 195 3

Hon. Commissioner of Patents:

In the matter of the TRADEMARK    **Registration**    of

**Jack Damiel Distillery, Lem Motlow, Prop., Inc.;**

**Registered May 24, 1904;**    No.  42,663    :

Herewith application for renewal and remittance of $25.00.
Title search was made recently in connection with affidavit
under sections 8 and 15.

Respectfully,

Attorney

JDPI002512

POL-136
(12/52)

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATION
WASHINGTON 25, D. C.

**DEPARTMENT OF COMMERCE**
UNITED STATES PATENT OFFICE
WASHINGTON

PAPER No.    7

All communications respecting
this registration should give the
registration number and date
of registration.

> Chauncey P. Carter
> 4400 Klingle St.
> Washington 16, D. C.

Reg. No. 42,663

Dated May 24, 1904

Act of 1905

Republished May 18, 1948

To Jack Daniel
(Registrant)

**U. S. PATENT OFFICE**

JUL 9 1953

**MAILED**

Receipt of the combined affidavit filed June 11, 1953 under the provisions of Sections 8 and 15 of the Trade-Mark Act of 1946 by Jack Daniel Distillery, Lem Motlow, Prop., Inc. is acknowledged.

The affidavit has been made of record in the registration file.

The affidavit with respect to the showing required by Section 8 has been examined and found acceptable.

By direction of the Commissioner.

EXAMINER

GPO    16—68122-1

JDPI002513



11-53  2 3 4 9 7 7   M~Ck D —       1.00



**CHAUNCEY P. CARTER**
ATTORNEY-AT-LAW
4400 KLINGLE STREET
WASHINGTON 16, D. C.

June 11,        195 3

Hon. Commissioner of Patents:

In the matter of the TRADE MARK    Registration                    of

Jack Daniel Distillery, Lem Motlow, Prop., Inc.;

Registered May 24, 1904;                    No.    42,663:


Herewith affidavit under sections 8 and 15; also fee of $1.00.

Kindly make required title search.


                            Respectfully,


                                Attorney


TITLE REPORT
$1.00 CASH
APPLIED



"Old No. 7"

IN THE PATENT OFFICE
TRADE-MARK ACT OF 1946

Affidavit under Sec. 8 and 70f Sec. 15

State of Tennessee }
County of Davidson } ss:

John J. Hooker, being duly sworn,
deposes and says that he is    Vice-President
of and makes this affidavit in behalf of JACK DANIEL DISTILLERY, LEM MOTLOW, PROP.,
INC., a corporation duly organized and existing pursuant to the laws
of the State of Tennessee, located and doing business at Lynchburg,
Moore County, in said State,

that said company is the owner of the trade-mark registered in the United States Patent Office
No.  42,663   dated   May 24, 1904   (Republished   May 18,
1948 ); that such trade-mark is still in use as shown in the attached specimen or facsimile and ~~that now in use due to the following special circumstances which excuse such non-use and that said non-use is not due to any intention to abandon the mark)~~

has been in continuous use for the five years immediately preceding the making of this affidavit in
commerce which may lawfully be regulated by the Congress, viz.: commerce among the several
States
and is still in use in such commerce on or in connection with the following goods named in such registration:

WHISKIES

and that there has been no final decision adverse to said owner's claim of ownership of such mark
for such goods, or to registrant's right to register the same or to keep the same on the register; and
there is no proceeding involving said rights pending in the Patent Office or in a court and not finally
disposed of.
Chauncey P. Carter, Attorney-at-Law, of 4400 Klingle Street, Washington 16, D. C., admitted to
practice in the Supreme Court of the United States, is appointed attorney, with full power of substitution and revocation, to file this affidavit and represent the owner generally in connection with said
registration.

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
By

Vice-President

Subscribed and sworn to before me this   20 7th   day of   May   , 1953 .

(Official Seal)

1-53-300

Dorothy Watton
Notary Public

My commission expires 7-30-55.



JDPI002516



JDPI002517



JDPI002518



JDPI002519



MAIL DIVISION
JUN 1 1953



TRADE MARKS

APR 25 1952

S. PATENT OFFICE

MAIL DIVISION
APR 2 4 1952
U.S. PATENT OFFICE

**CHAUNCEY P. CARTER**
ATTORNEY-AT-LAW
4400 KLINGLE STREET
WASHINGTON 16, D. C.

April 23,    1952

Hon. Commissioner of Patents:

In the matter of the TRADE MARK    Registration    of

Jack Daniel Distillery, Lem Motlow, Prop., Inc.;

Registered May 24, 1904;    No. 42,663:

The Office is advised that the original certificate of
registration is not available.

Respectfully,

Attorney

JDPI002521

APR·11·52  1 7 9 9 6 4  M⸻Ck B —    10.00

MAIL DIVISION
APR 1 1 1952
U.S. PATENT OFFICE

CHAUNCEY P. CARTER
ATTORNEY-AT-LAW
4400 KLINGLE STREET
WASHINGTON 16, D. C.

April 8,
~~February 25~~,  195 2

Hon. Commissioner of Patents:

In the matter of the TRADE MARK       Registration       of

Jack Daniel;

Registered May 2 4, 1904;              No.  42,663;

Now comes JACK DANIEL DISTILLERY, LEM MOTLOW, INC.,
a corporation duly organized and existing pursuant to the
laws of the State of Tennessee, of Lynchburg, Tennessee,
assignee of record by mesne assignments, and in accordance
with Sec. 7(c) of the act of 1946 and Rule 34.1 thereunder,
requests that a new Certificate of Registration be issued
in its name for the unexpired part of the current renewal
term.

Remittance to cover the fees for such certificate and re-
quired title search herewith.

Kindly recognize Chauncey P. Carter, Esq., Attorney-At-Law,
of 4400 Klingle Street, Washington 16, D.C., as our attorney
in connection with this registration.

JACK DANIEL DISTILLERY, LEM MOTLOW,
PROP., INC.
By

President

JDPI002522



FR-11-52  179963  M-Ck D —    1.00

MAIL DIVISION
APR 1 1952
U.S. PATENT OFFICE

Chauncey P. Carter
Attorney-at-Law
4400 Klingle Street,
Washington 16, D.C.
April 8,
February 25,    2

Registration

Jack Daniel;

Registered May 2 4, 1904;                    42,663;

Now comes JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.,
a corporation duly organized and existing pursuant to the
laws of the State of Tennessee, of Lynchburg, Tennessee,
assignee of record by mesne assignments, and in accordance
with Sec. 7(c) of the act of 1946 and Rule 34.1 thereunder,
requests that a new Certificate of Registration be issued
in its name for the unexpired part of the current renewal
term.

Remittance to cover the fees for such certificate and re-
quired title search herewith.

Kindly recognize Chauncey P. Carter, Esq., Attorney-at-Law,
of 4400 Klingle Street, Washington 16, D.C., as our attorney
in connection with this registration.

                    JACK DANIEL DISTILLERY, LEM MOTLOW,
                              PROP., INC.
                          By

                              President

                    TITLE REPORT
                    $1.00 CASH
                    APPLIED

JDPI002523

POL–63
(9/47)

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADE-MARK OPERATIONS
WASHINGTON 25, D. C.

**DEPARTMENT OF COMMERCE**
UNITED STATES PATENT OFFICE
**WASHINGTON**

PAPER No. 3

All communications respecting
this registration should give the
registration number and date
of registration.

---

Chauncey P. Carter
3111 Foxhall Road,
Washington 16, D. C.

Reg. No. 42663

Dated MAY 24, 1904

Act of 1881

To Jack Daniel
(Registrant)

MAILED
APR 22 1948

## NOTICE OF REPUBLICATION

The affidavit filed by:

Jack Daniel Distillery Lem Motlow, Prop. Inc.
(Affiant)

owner of Registration No.

42663

as evidenced by the accompanying title report, filed under the provisions of section 12 (c) of the Trade-Mark Act of 1946, requesting the benefits of this act for said mark for the following goods named in said Registration

Whiskies

has been examined and the mark passed for republication.

The mark will be republished in the Official Gazette of .......... MAY 18 1948

This Registration will be canceled by the Commissioner after the end of 6 years following the date of republication, unless within 1 year next preceding the expiration of such 6 years, the registrant shall file in the Patent Office an affidavit showing that said mark is still in use or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark.

ng

Respectfully,

*Lawrence C. Kingsland*

**Commissioner of Patents.**

U. S. GOVERNMENT PRINTING OFFICE    16—53026–1

JDPI002524



CHAUNCEY CARTER
ATTORNEY-AT-LAW
3111 Foxhall Road
Washington 16, D. C.

July 19, 1947.

Hon. Commissioner of Patents:

In the matter of the TRADE-MARK of

Jack Daniel;          Regd. May 24, 1904;

No. 42,663

Herewith claim under Sec. 12(c).

Kindly make required title search.

Fee of $11 herewith.

Respectfully,

Attorney

TITLE REPORT
$1.00 CASH
APPLIED



JDPI002526

JUL-19-47   1 9 6 0 2   KCheck      10.00

IN THE PATENT OFFICE
1946 TRADE-MARK LAW
AFFIDAVIT UNDER SECTION 12 (c)

Hon. Commissioner of Patents:

Registration No. 42,663
Dated  May 24, 1904
Act of 1881
To  Jack Daniel

Reagor Motlow, Vice-President of Jack Daniel Distillery,
Lem Motlow, Prop. Inc., Tennessee corporation domiciled
and doing business at Lynchburg, Tenn.,

being duly sworn, deposes and says that his said company is the
owner of Registration No. 42,663 above identified, as evidenced
by the accompanying title report; that said registration is now
in force; that the trade-mark described therein is in use in com-
merce among the several States ~~and/or with foreign nations~~
/ on each of the following goods
named in said registration:

WHISKIES

and claims the benefits of the Trade-mark Act of 1946 for said
trade-mark.
The undersigned hereby appoints Chauncey P. Carter, Attorney-at-
law, of 3111 Foxhall Road, Washington 16, D. C. (Registration No.
11,357) attorney, with full power of substitution and revocation,
to file this affidavit and to transact all business in the Pat-
ent Office in connection therewith.

Vice-President      of and in behalf of
JACK DANIEL DISTILLERY LEM MOTLOW, PROP. INC.

State of  Tennessee     :ss:        June 30    , 1947.
County of  Moore          :
Before me personally appeared     Reagor Motlow
to me known to be the person described in the foregoing affidavit,
who signed the said affidavit in my presence, and made oath before
me to the allegations set forth therein as being under oath on the
day and year aforesaid.

(Official Seal)                    Wesley L. Miller N.P.

JDPI002527

No. 42 665

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
WASHINGTON, D. C.

## DEPARTMENT OF COMMERCE

### UNITED STATES PATENT OFFICE

#### WASHINGTON, D. C.

O



MAILED

MAY 1 – 1934

Lem Motlow.

Sir:

Your application for renewal of certificate of registration of trade-mark for

whiskies,

has been examined and allowed.

The certificate of renewal of the certificate of registration will be issued and forwarded to you as soon as practicable in due order of business.

Very respectfully,

Commissioner of Patents.

REGISTERED

MAY 8 – 1934

Chauncey P Carter
3625 Lowell St N W
Washington D C

GPO 11—0645

JDPI002528

"Old No, 7"          R-9-34  160752 K Check —          15.00

*#1*
*Fix for Ren.*

## IN THE PATENT OFFICE OF THE UNITED STATES OF AMERICA

### APPLICATION FOR RENEWAL OF TRADE-MARK REGISTRATION

The Honorable Commissioner of Patents:

LEM MOTLOW, a citizen of the United States of America, located and doing business at Lynchburg, Tenn.,

the proprietor of the trade-mark shown and described in certificate of registration No. 42,663 dated May 24, 1904, requests that the said certificate of registration may be renewed for a further twenty years.

Applicant hereby appoints CHAUNCEY P. CARTER, Trade-mark Specialist, (Register No. 11,357), of 3625 Lowell St., N. W., Washington, D. C., attorney, with full power of substitution and revocation, to prosecute this application for renewal, to make alterations and amendments therein, to receive the certificate of renewal, and to transact all business in the Patent Office connected therewith.

*Lem Motlow*

JDPI002529

Serial No. *70. 707* Paper No.

# Application.

Filed *April 22,* 1904.

RECEIVED
APR
22
1904

CHIEF CLERK U.S PATENT OFFICE

To the Commissioner of Patents:-

The undersigned presents herewith a fac-simile of his lawful trade-mark, and requests that the same, together with the accompanying statement and declaration, may be registered in the United States Patent Office in accordance with the law in such cases made and provided.

And he hereby appoints Wm. A. Redmond, of Washington, D.C., his attorney to prosecute this application, to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

Dated April *11*, 1904.

*Jack Daniel*

## Statement.

To all whom it may concern:

Be it known that I, Jack Daniel, a citizen of the United States, residing and doing business at Lynchburg, County of Moore, and State of Tennessee, have adopted for my use a trade-mark for whiskey, of which the following is a description: As shown in the accompanying facsimile, my trade-mark consists of the word symbol "Old No. 7". This trade-mark has been continuously used in my business since *January 1875*

The class of merchandise to which this trade-mark is appropriated is spiritous liquors and the particular description of goods comprised in said class upon which I use the said trade mark is whiskies. It is usually displayed on heads of barrels or packages and on bottles containing the goods by placing thereon a printed label bear-

JDPI002530

ing the trade mark, and the mark is used generally for
advertising purposes.

Signed this *18* day of April, 1904.

*Jack Daniel*

In presence of

*Lem Motlow*
*W. F. Upream*

D E C L A R A T I O N .

State of Tennessee,)
                    : SS:
County of Moore.   )

Jack Daniel, being duly sworn, deposes and
says that he is the applicant named in the foregoing state-
ment; that he verily believes that the foregoing state-
ment is true; that he has at this time a right to the
use of the trade mark therein described; that no other
person, firm or corporation has the right to such use,
either in the identical form or in any such near resem-
blance thereto as might be calculated to deceive; that
it is used by him in commerce between the United States
and foreign nations, and particularly with Great Britain,
and that the description and facsimile presented for record
truly represents the trade mark sought to be registered.

*Jack Daniel*

Sworn to and subscribed before me, a Notary Public,
this _____ day of _____APR 1 8 1904_____, 1904.

*Lem Motlow*
*NP*

A.R.

No.70,701

Issue Division.

*All communications should be addressed to*
"The Commissioner of Patents,
Washington, D. C."

2—186.

## DEPARTMENT OF THE INTERIOR,

# *United States Patent Office,*

Washington, D. C., May 5, 1904            , 190___

Jack Daniel,

⅌ W. A. Redmond,

City

SIR:

*Your* **APPLICATION** *for* **REGISTRATION OF TRADE-MARK** *for*

Whiskies.

*has been examined and allowed.*

*The* **Certification of Registration** *will be issued and forwarded to you as*

*soon as practicable, in due order of business.*

*Very respectfully,*

*F. I. Allen*

*Commissioner of Patents.*

10076 b⁵m 10-03

JDPI002532

# Trademark Assignment Abstract of Title

**Total Assignments:** 6
**Serial #:** 70042663     **Filing Dt:** 04/22/1904     **Reg #:** 0042663     **Reg. Dt:** 05/24/1904
**Registrant:** DANIEL, JACK
**Mark:** OLD NO. 7

**Assignment:** 1
**Reel/Frame:** 0021/0535     **Received:**     **Recorded:** 09/27/1956     **Mailed:** NONE     **Pages:** 0
**Conveyance:** ASSIGNS THE ENTIRE INTEREST, TOGETHER WITH THE GOOD WILL OF THE BUSINESS IN WHICH SAID MARK IS USED.

| | | |
|---|---|---|
| **Assignor:** DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1939. | **Exec Dt:** 09/17/1956 **Entity Type:** CORPORATION **Citizenship:** TENNESSEE | |
| **Assignee:** DANIEL, JACK, DISTILLERY, LEM MOTLOW, PROP., INC., CHARTERED IN 1956. LYNCHBURG, TENNESSEE | **Entity Type:** CORPORATION **Citizenship:** TENNESSEE | |

**Correspondent:**

**Assignment:** 2
**Reel/Frame:** 0440/0764     **Received:**     **Recorded:** 05/17/1983     **Mailed:** NONE     **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
**Exec Dt:** 05/02/1983
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** BLUE GRASS COOPERAGE COMPANY, INC.
850 DIXIE HIGHWAY
LOUISVILLE, KENTUCKY 40210
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** BEVERIDGE, DE GRANDI, ET AL.
1819 H ST., N.W.
WASHINGTON, DC 20006

**Assignment:** 3
**Reel/Frame:** 0447/0579     **Received:**     **Recorded:** 08/10/1983     **Mailed:** NONE     **Pages:** 4
**Conveyance:** CHANGE OF NAME

**Assignor:** BLUE GRASS COOPERAGE COMPANY, INC.
**Exec Dt:** 06/10/1983
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** JACK DANIEL DISTILLERY, LEM MOTLOW PROP. INC.
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** BEVERIDGE, DEGRANDI, ET AL.
SUITE 1100, 1819 H ST., N.W.
WASHINGTON, DC 20006

**Assignment:** 4
**Reel/Frame:** 1763/0446     **Received:** 08/10/1998     **Recorded:** 08/06/1998     **Mailed:** 10/24/1998     **Pages:** 5
**Conveyance:** CHANGE OF NAME

**Assignor:** JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC.
**Exec Dt:** 04/10/1998
**Entity Type:** CORPORATION

JDPI002533

**Citizenship:** KENTUCKY

**Assignee:** <u>JDDLMP, INC.</u>     **Entity Type:** CORPORATION

HIGHWAY 55     **Citizenship:** DELAWARE

LYNCHBURG, TENNESSEE 37352

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.

DAVID S. GOODER, ESQ.

4040 CIVIC CENTER DRIVE, SUITE 528

SAN RAFAEL, CALIFORNIA 94903

**Assignment: 5**

| | **Received:** | **Recorded:** | **Mailed:** | **Pages:** |
|---|---|---|---|---|
| **Reel/Frame:** <u>1764/0836</u> | 10/23/1998 | 08/06/1998 | 10/28/1998 | 4 |

**Conveyance:** MERGER

**Assignor:** <u>JDDLMP, INC.</u>     **Exec Dt:** 04/20/1998

**Formerly:** FORMERLY JACK DANIEL DISTILLERY,    **Entity Type:** CORPORATION

LEM MOTLOW, PROP., INC.     **Citizenship:** KENTUCKY

**Assignee:** <u>JACK DANIEL'S PROPERTIES, INC.</u>    **Entity Type:** CORPORATION

4040 CIVIC CENTER DRIVE, SUITE 528    **Citizenship:** DELAWARE

SAN RAFAEL, CALIFORNIA 94903

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.

DAVID S. GOODER, ESQ.

4040 CIVIC CENTER DRIVE, SUITE 528

SAN RAFAEL, CA 94903

**Assignment: 6**

| | **Received:** | **Recorded:** | **Mailed:** | **Pages:** |
|---|---|---|---|---|
| **Reel/Frame:** <u>1766/0385</u> | 08/12/1998 | 08/05/1998 | 11/16/1998 | 4 |

**Conveyance:** DUPLICATE RECORDING, SEE RECORDING AT REEL 1764, FRAME 0836.

**Assignor:** <u>JDDLMP, INC.</u>     **Exec Dt:** 04/20/1998

**Formerly:** FORMERLY JACK DANIEL DISTILLERY,    **Entity Type:** LIMITED

LEM MOTLOW, PROP., INC.     PARTNERSHIP

    **Citizenship:** KENTUCKY

**Assignee:** <u>JACK DANIEL'S PROPERTIES, INC.</u>    **Entity Type:** CORPORATION

4040 CIVIC CENTER DRIVE, SUITE 528    **Citizenship:** DELAWARE

SAN RAFAEL, CALIFORNIA 94903

**Correspondent:** JACK DANIEL'S PROPERTIES, INC.

DAVID S. GOODER, ESQ.

4040 CIVIC CENTER DRIVE

SUITE 528

SAN RAFAEL, CALIFORNIA 94903

Search Results as of: 6/24/2004 12:33:10 P.M.

---

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

JDPI002534

42,663

## AMENDED DRAWING

**Registrant:**     Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky
                    corporation
                    Lynchburg, Tennessee 37352

S-15

**Goods:**          Whiskies

In Commerce in its amended form:  At least as early as May 25, 1974

426635

# Old No.7

O:\USR\CCL\TMF\144962

JDPI002535



TRADEMARK MAILROOM
REC'D
AUG 1 9 1994
US PATENT & TRADEMARK OFFICE
10

JDPI002536

ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 0042663 PAGE: 3

REEL: 0440    FRAME:    0764              DATE RECORDED : 05/17/1983
REGISTRANT: DANIEL, JACK

ASSIGNOR: JACK DANIEL DISTILLERY, LEM MOTLOW, PROP  DATE SIGNED :05/02/1983
          ., INC.
ADDRESS :                                DATE ACKNOWLD:00/00/0000
          LYNCHBURG, TN  37352
ENTITY : UNKNOWN          CITIZENSHIP:

ASSIGNEE: BLUE GRASS COOPERAGE COMPANY, INC.
ADDRESS : 850 DIXIE HIGHWAY
          LOUISVILLE, KY  40210
ENTITY : UNKNOWN          CITIZENSHIP:
BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL


PRESS XMIT LINE TO CONTINUE.  ENTER 'P' HERE TO PAGE BACKWARDS:
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH        12/27/94 11:34
STRATEGY HERE:
              ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 0042663 PAGE:  4

REEL: 0447    FRAME:    0579              DATE RECORDED : 08/10/1983
REGISTRANT: DANIEL, JACK

ASSIGNOR: BLUE GRASS COOPERAGE COMPANY, INC.     DATE SIGNED :06/10/1983
ADDRESS :                                DATE ACKNOWLD:00/00/0000
ENTITY : UNKNOWN          CITIZENSHIP:

ASSIGNEE: JACK DANIEL DISTILLERY, LEM MOTLOW PROP.
          INC.
ADDRESS :
ENTITY : UNKNOWN          CITIZENSHIP:
BRIEF: CHANGE OF NAME

EFF. IN  UNKNOWN                          ON 05/02/1983

ASSIGNMENTS RECORDED PRIOR TO 1/1/55 ARE NOT CONTAINED IN THIS DATA BASE.


**LAST PAGE**. ENTER 'P' HERE TO PAGE BACKWARDS:
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH        12/27/94 11:35
STRATEGY HERE:

JDPI002537

ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 0042663 PAGE: 1

SERIAL NUMBER:  70/042663                    DATE FILED    :  04/22/1904
REGISTRATION NUMBER:  0042663                DATE REGISTERED:  03/24/1904

NUMBER OF PAGES:  000                 *40*
MARK:  OLD NO. 7
REEL:  0021    FRAME:  0535                   DATE RECORDED :  09/27/1955
REGISTRANT: DANIEL, JACK

ASSIGNOR:  DANIEL, JACK, DISTILLERY, LEM MOTLOW, PR  DATE SIGNED :00/00/0000
           OP., INC., CHARTERED IN 1939.
ADDRESS :                                         DATE ACKNOWLED:09/17/1956
           LYNCHBURG, TN
ENTITY :  CORPORATION              CITIZENSHIP: TENNESSEE

ASSIGNEE:  DANIEL, JACK, DISTILLERY, LEM MOTLOW, PR
           OP., INC., CHARTERED IN 1956.
ADDRESS :
           LYNCHBURG, TN
ENTITY :  CORPORATION              CITIZENSHIP: TENNESSEE
PRESS XMIT LINE TO CONTINUE.
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH        12/27/94 11:34
STRATEGY HERE:
              ASSIGNMENT FOR TRADEMARK REGISTRATION NUMBER: 0042663 PAGE: 2

BRIEF:  ASSIGNS THE ENTIRE INTEREST, TOGETHER WI
        TH THE GOOD WILL OF THE BUSINESS IN WHIC
        H SAID MARK IS USED.

PRESS XMIT LINE TO CONTINUE.  ENTER 'P' HERE TO PAGE BACKWARDS:
FOR A NEW SEARCH ENTER TRANSACTION CODE AND SEARCH        12/27/94 11:34
STRATEGY HERE:

JDPI002538

FORM PO-122
(9-1-50)

U. S. DEPARTMENT OF COMMERCE
PATENT OFFICE

## TITLE REPORT

NO.  42663

NAME    Jack Daniel

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

Applicant 8 and 15

EXAMINED UP TO AND INCLUDING    June 1 1953

THIS CERTIFICATE DATED    June 30 1953

*Carl Levy*

HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE BEEN RECEIVED FOR
RECORD INCLUDING:

69117

JDPI002539

FORM PO-122
(9-1-50)

U. S. DEPARTMENT OF COMMERCE
PATENT OFFICE

## TITLE REPORT

**NO.**
T.M. 42,663

**NAME**
Jack Daniel

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

Applicant 7-c

EXAMINED UP TO AND INCLUDING _____ March 18, 1952

THIS CERTIFICATE DATED _____ April 18, 1952

*Carl Levy*

HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE BEEN RECEIVED FOR RECORD INCLUDING:

69117

JDPI002540

PO-122
(7-15-47)

## TITLE REPORT

No. _42,663_

Name _Jack Daniel_

--------------------------------------------

--------------------------------------------

--------------------------------------------

--------------------------------------------

--------------------------------------------

--------------------------------------------

The title appears from the assignment records to be vested in:

_Applicant-12-c_

--------------------------------------------

Examined up to and including _Sept. 1a, 1947_

This certificate dated _Oct. 15, 1947_

m

_Carl Levy_

Acting Head of Assignment Branch

No further assignments appear to have been received for record including

--------------------------------------------

JDPI002541

T. M.

## TITLE REPORT

No. 42,663

Name Jack Daniel

The title appears from the assignment records to be vested in:

Applicant for renewal (direct & mesne)

Examined up to and including    Mar. 9, 1934

This certificate dated    Mar. 19, 1934

*H. C. Spielman*
Actg. Chief of Assignment Division.

H
No further assignments appear to have been received for record including

GOVERNMENT PRINTING OFFICE                           11—9273

JDPI002542

FORM PO-122    U. S. DEPARTMENT OF COMMERCE
(9-1-50)              PATENT OFFICE

## TITLE REPORT

NO.
   TM 42,663

NAME
   Jack Daniel

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

   Applicant 7-c

EXAMINED UP TO AND INCLUDING_____Sept. 27, 1956

THIS CERTIFICATE DATED_____Oct. 10, 1956

          SGD. CARL LEVY
        HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE RECEIVED FOR
RECORD INCLUDING:

                    COMM-DC 67106

JDPI002543

FORM PO-122
(9--- 50)

U. S. DEPARTMENT OF COMMERCE
PATENT OFFICE

## TITLE REPORT

NO.
**T.M. 42,663**

NAME
**Jack Daniel**

THE TITLE APPEARS FROM THE ASSIGNMENT RECORDS TO BE VESTED IN:

**Applicant for renewal**

EXAMINED UP TO AND INCLUDING ___**Jan. 15, 1954**___

THIS CERTIFICATE DATED ___**Feb. 17, 1954**___

HEAD OF ASSIGNMENT BRANCH

NO FURTHER ASSIGNMENTS APPEAR TO HAVE BEEN RECEIVED FOR
RECORD INCLUDING:

COMM-DC 34785

JDPI002544



## TRADE-MARK.

No. 42,663.                    REGISTERED MAY 24, 1904.

JACK DANIEL.
WHISKIES.
APPLICATION FILED APR. 22, 1904.

685

# OLD N⁰.7.

Witnesses
Dan'l T. Hall.
Edwin L. Yewell.

Jack Daniel
By W. A. Brown

PROPRIETOR:

Attorney

REPUBLISHED IN O. G.

MAY 1 8 1948

THE NORRIS PETERS CO., PHOTO-LITHO., WASHINGTON, D. C.

JDPI002545

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  0042663    SERIAL NO:  70/042663    MAILING DATE:  07/06/2004
REGISTRATION DATE:  05/24/1904
MARK:  OLD NO. 7
REGISTRATION OWNER:   JACK DANIEL'S PROPERTIES, INC.

**CORRESPONDENCE ADDRESS:**

David S. Gooder
Jack Daniel's Properties, Inc.
4040 Civic Center Drive, Suite 528
San Rafael CA 94903

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15  U.S.C.  Sec.  1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
049.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

JDPI002546

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

JDPI002547

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0042663 |
| **REGISTRATION DATE** | 05/24/1904 |
| **SERIAL NUMBER** | 70042663 |
| **MARK SECTION** | |
| MARK | OLD NO. 7 (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. |
| CITY | LYNCHBURG |
| STATE | TN |
| ZIP/POSTAL CODE | 37352 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Jack Daniel's Properties, Inc. (by assignment, reel 1766 frame 0385) |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| **ATTORNEY SECTION** | |

JDPI002548

| NAME | David S. Gooder |
|---|---|
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 594 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/70042663.gif |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 033 |
|---|---|
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9 \700\426\70042663\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | Scanned label which is applied to the containers of the goods clearly showing the mark |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |

## SIGNATURE SECTION

| SIGNATURE | /David S. Gooder/ |
|---|---|
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 05/03/2004 |

JDPI002549

| | |
|---|---|
| SIGNATORY POSITION | Vice President and Chief Operating Officer |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon May 03 17:01:22 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-1215410033-2<br>0040503170122998054-00426<br>63-2004c765792a04d3884f85<br>85db2287d9e5-DA-285-20040<br>503165638403248 |

JDPI002550

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0042663
**REGISTRATION DATE:** 05/24/1904

**MARK:** OLD NO. 7 (stylized and/or with design)

The owner, Jack Daniel's Properties, Inc. (by assignment, reel 1766 frame 0385), residing at 4040 Civic Center Drive, Suite 528, San Rafael, CA US 94903, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 033, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) Scanned label which is applied to the containers of the goods clearly showing the mark.
Specimen-1

The registrant hereby appoints David S. Gooder and Christopher C. Larkin of  Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, CA USA 94903 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is 594.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all

JDPI002551

statements made on information and belief are believed to be true.


Signature: /David S. Gooder/     Date: 05/03/2004
Signatory's Name: David S. Gooder
Signatory's Position: Vice President and Chief Operating Officer

Mailing Address:
   Jack Daniel's Properties, Inc.
   4040 Civic Center Drive, Suite 528
   San Rafael, CA 94903

RAM Sale Number: 285
RAM Accounting Date: 05/04/2004

Serial Number: 70042663
Internet Transmission Date: Mon May 03 17:01:22 EDT 2004
TEAS Stamp: USPTO/S08N09-1215410033-2004050317012299
8054-0042663-2004c765792a04d3884f8585db2
287d9e5-DA-285-20040503165638403248

JDPI002552



JDPI002553

## FEE RECORD SHEET

**Registration Number:**    0042663

**Serial Number:**    70042663

**RAM Sale Number:  285**

**Total Fees:**    $500

**RAM Accounting Date:  20040504**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 05/03/2004 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 05/03/2004 | $400 | 1 | $400 |

JDPI002554



JDPI002555

eTeas Change of Correspondence

70042663

| | |
|---|---|
| <SERIAL NUMBER> | 70042663 |
| <MARK> | http://tess.uspto.gov/webaka/images/70042663.gif |
| <LAW OFFICE ASSIGNED> | Unknown |
| <CONTACT TYPE> | Correspondent |

<ORIGINAL ADDRESS>     CHRISTOPHER C. LARKIN
GRAHAM & JAMES
801 SOUTH FIGUEROA STREET
14TH FLOOR
LOS ANGELES, CA  90017-5554
US

<NEW ADDRESS>
    <CORRESPONDENT>     David S. Gooder
    <ORGANIZATION>     Jack Daniel's Properties, Inc.
    <STREET ADDRESS>     4040 Civic Center Drive, Suite 528
    <CTIY>     San Rafael
    <STATE>     CA
    <POSTAL CODE>     94903
    <PHONE>     415 446 5225
    <FAX>     415 446 5230
    <EMAIL>     david_gooder@jdpi.com
    <EMAIL AUTHORIZED>     Y
    <SUBMIT DATE>     Jul 16, 2002

<BOILERPLATE>
    <EMAIL>     The USPTO is authorized to communicate with the applicant at the listed email address.

<SIGNATURE>
    <SIGNATURE-NAME>     /David S. Gooder/
    <SIGNATORY-DATE>     20020716
    <SIGNATORY-NAME>     David S. Gooder
    <SIGNATORY-POSITION>     Chief Trademark Counsel

JDPI002556

## AMENDMENT

REGISTERED: May 24, 1904          REGISTRATION NO. 42,663

### JACK DANIEL

Application to amend having been made by Jack Daniel Distillery, Lem

Motlow Prop., Inc., owner of the registration identified above, said

registration is hereby amended as follows:

The drawing is amended to appear as follows:


### PUBLISH NEW CUT


Such amendment has been entered upon the records of the Patent and

Trademark Office and the said original registration should be read as so

amended.

Signed and sealed this 11th day of Apr 1995.

(SEAL)                          Commissioner


Attest:

Attesting Officer:

JDPI002557

300.00 – 365
100.00 – 366      POST Reg.

UNITED STATES DEPARTMENT OF COMMERCE
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant:   Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky corporation
Mark:         OLD NO. 7 (Stylized)
Reg. No.:     42,663
Reg. Date:    May 24, 1904

# 30

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

## APPLICATION FOR RENEWAL OF TRADEMARK REGISTRATION

Registrant, Jack Daniel Distillery, Lem Motlow Prop., Inc., a corporation organized

and existing under the laws of the State of Kentucky, with offices in Lynchburg, Tennessee,

requests that the above-identified registration be renewed in accordance with the provisions

of Section 9 of the Act of July 5, 1946.

The mark shown in Registration No. 42,663, owned by the above-identified

registrant, is still in use in interstate commerce on or in connection with all of the goods

identified in the registration, as evidenced by the attached specimen showing the mark as

currently used.  In connection therewith, see Application For Amendment Of Trademark

Registration, which is being filed simultaneously with this Application (copy attached).


## POWER OF ATTORNEY

Revoking all prior appointments, Registrant hereby appoints **Christopher C. Larkin**

**(to whom all communication and correspondence are to be addressed)** and David S.

Gooder (both are members of the Bar of the State of California), of the law firm of Graham

170 KJ 09/13/94 042663          0 365    300.00 CK
170 KJ 09/13/94 042663          0 366    100.00 CK

170 KJ 09/13/94 042663          0 365    300.00 CK

JDPI002558

& James, 801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554, as its

attorneys, with full powers of revocation and substitution, to file this application and to

transact all business in the Patent and Trademark Office in connection therewith.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so

made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such

willful false statements may jeopardize the validity of this document, declares that he is

properly authorized to execute this document on behalf of the registrant; he believes the

registrant to be the owner of the above identified registration; the trademark, as amended, is

in use in commerce; and all statements made of his own knowledge are true and all

statements made on information and belief are believed to be true.

Date: August 17, 1994

JACK DANIEL DISTILLERY, LEM MOTLOW
PROP., INC., a Kentucky corporation

Garrison R. Cox, Secretary

O:\USR\CCL\TMF\144995



G R A H A M  &  J A M E S

in association with Deacons | Sly & Weigall

TRADEMARK MAILROOM
RECD
AUG 19 1994
US PATENT & TRADEMARK OFFICE

August 19, 1994

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:  Mark:        OLD NO. 7 (Stylized)
     Reg. No.:    42,663
     Registered:  May 24, 1904
     Our Ref.:    30283.JD594
     Subject:     Application for Renewal of Trademark Registration

**Attorneys**
801 South Figueroa St.
14th Floor
Los Angeles, CA
90017-5554
Tel (213) 624 2500
Fax (213) 623 4581

Direct tel

(213) 689-5130

Dear Sir or Madam:

Enclosed please find an Application for Renewal of Trademark
Registration which was previously registered on the Principal Register.
Also enclosed is a specimen of the mark as currently used and a check in
the amount of  $400 ($300 for the renewal fee and $100 because of the
filing occurring during the three-month grace period).

The Assistant Commissioner is hereby authorized to charge payment of
any additional fees associated with this communication or credit any
overpayment to Deposit Account No. 07-1853.

Please date-stamp the enclosed, stamped, self-addressed post card and
deposit it into the U.S. mail.  Please direct the Amended Certificate of
Registration, or any questions regarding its issuance, to my attention.

Los Angeles
Newport Beach
New York
Palo Alto
Raleigh
Sacramento
San Francisco
Washington DC

Beijing
Taipei
Tokyo

Düsseldorf
London
Milan

Affiliated Offices
Mexico City

Bangkok
Guangzhou
Hanoi
Hong Kong
Jakarta

Brisbane
Canberra
Melbourne

Sincerely,

David S. Gooder
for
GRAHAM & JAMES

DSG/kmc

Enclosures

cc:    Garrison R. Cox, Esq.
       Christopher C. Larkin, Esq.

O:\USR\DSG\TMD\144976

**CERTIFICATE OF MAILING "EXPRESS MAIL"**

"Express Mail" mailing label number: _TB632064004 US_

I hereby certify that this correspondence is addressed to The
Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, Virginia 22202-3513, and is being deposited with the
United States Postal Service "Express Mail Post Office to
Addressee" service on August 19, 1994.

Irma Y. Romero
(Printed or typed name of the person mailing the paper or fee)

_Irma Romero_
(Signature of the person mailing the paper or fee)

August 19, 1994
(Date of Signature)

JDPI002560



JDPI002561

700.00-371  Post Reg.
Amdt

UNITED STATES DEPARTMENT OF COMMERCE
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant:   Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky corporation
Mark:         OLD NO. 7 (Stylized)
Reg. No.:     42,663
Reg. Date:    May 24, 1904

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

## APPLICATION FOR AMENDMENT OF TRADEMARK REGISTRATION

Registrant, Jack Daniel Distillery, Lem Motlow Prop., Inc., a corporation organized

and existing under the laws of the State of Kentucky, with offices in Lynchburg, Tennessee,

has changed the above-identified mark to the amended form shown in the accompanying

drawing and requests that this registration be amended in accordance with Section 7(e) of the

Trademark Act of July 5, 1946.

The mark has changed in only a very minor way, namely, by a slight variation in the

stylized form of the letters comprising the mark. Registrant respectfully submits that this

amendment does not materially alter the character of the mark because the difference in

lettering style is slight and the spelling and pronunciation of the mark remain the same as

shown in the registration.

The mark in its amended form is in use in interstate commerce as of the date of this

application. Three (3) specimens showing said mark are presented herewith.

The original certificate of registration is attached. Registrant is also filing,

simultaneously with this application, an Application for Renewal of Trademark Registration

of this registration. A copy of the renewal application is attached for your reference.

370 KJ 09/13/94 042663

0 371    100.00 CK

JDPI002562

## POWER OF ATTORNEY

Revoking all prior appointments, Registrant hereby appoints **Christopher C. Larkin (to whom all communication and correspondence are to be addressed)** and David S. Gooder (both are members of the Bar of the State of California), of the law firm of Graham & James, 801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554, as its attorneys, with full powers of revocation and substitution, to file this application and to transact all business in the Patent and Trademark Office in connection therewith.

## DECLARATION

Garrison R. Cox, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document or the registration to which it pertains, declares that he is the Secretary of the registrant corporation and is authorized to execute this instrument on its behalf; all statements made of his own knowledge are true; and all statements made on information and belief are believed to be true.

Date: August 11, 1994

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a Kentucky corporation

Garrison R. Cox, Secretary

JDPI002563

UNITED STATES DEPARTMENT OF COMMERCE
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant: Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky corporation
Mark:        OLD NO. 7 (Stylized)
Reg. No.:    42,663
Reg. Date:   May 24, 1904

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513



### APPLICATION FOR RENEWAL OF TRADEMARK REGISTRATION

Registrant, Jack Daniel Distillery, Lem Motlow Prop., Inc., a corporation organized

and existing under the laws of the State of Kentucky, with offices in Lynchburg, Tennessee,

requests that the above-identified registration be renewed in accordance with the provisions

of Section 9 of the Act of July 5, 1946.

The mark shown in Registration No. 42,663, owned by the above-identified

registrant, is still in use in interstate commerce on or in connection with all of the goods

identified in the registration, as evidenced by the attached specimen showing the mark as

currently used.  In connection therewith, see Application For Amendment Of Trademark

Registration, which is being filed simultaneously with this Application (copy attached).

### POWER OF ATTORNEY

Revoking all prior appointments, Registrant hereby appoints **Christopher C. Larkin**

**(to whom all communication and correspondence are to be addressed)** and David S.

Gooder (both are members of the Bar of the State of California), of the law firm of Graham

JDPI002564

& James, 801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554, as its

attorneys, with full powers of revocation and substitution, to file this application and to

transact all business in the Patent and Trademark Office in connection therewith.


## DECLARATION

The undersigned being hereby warned that willful false statements and the like so

made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such

willful false statements may jeopardize the validity of this document, declares that he is

properly authorized to execute this document on behalf of the registrant; he believes the

registrant to be the owner of the above identified registration; the trademark, as amended, is

in use in commerce; and all statements made of his own knowledge are true and all

statements made on information and belief are believed to be true.


Date: August 17, 1994                JACK DANIEL DISTILLERY, LEM MOTLOW
                                     PROP., INC., a Kentucky corporation

                                     Garrison R. Cox, Secretary


O:\USR\CCL\TMF\144995



JDPI002566



JDPI002567



JDPI002568



JDPI002569



JDPI002570



JDPI002571

# GRAHAM & JAMES

in association with Deacons | Sly & Weigall

August 19, 1994

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

**Attorneys**

801 South Figueroa St.
14th Floor
Los Angeles, CA
90017-5554
Tel (213) 624 2500
Fax (213) 623 4581

Direct tel

(213) 689-5130

Re:　Mark:　　　　OLD NO. 7 (Stylized)
　　　Reg. No.:　　　42,663
　　　Registered:　　May 24, 1904
　　　Our Ref.:　　　30283.JD594
　　　Subject:　　　 Application for Amendment of Trademark
　　　　　　　　　　Registration

Dear Sir or Madam:

Enclosed please find an Application for Amendment of Trademark
Registration which was previously registered on the Principal Register.
Also enclosed you will find the original Certificate of Registration for
endorsement, three specimens and a check in the amount of $100.00.

The Commissioner is hereby authorized to charge payment of any
additional fees associated with this communication or credit any
overpayment to Deposit Account No. 07-1853.

Please date-stamp the enclosed, stamped, self-addressed post card and
deposit it into the U.S. mail. Please direct the Amended Certificate of
Registration, or any questions regarding its issuance, to my attention.

Los Angeles
Newport Beach
New York
Palo Alto
Raleigh
Sacramento
San Francisco
Washington DC

Beijing
Taipei
Tokyo

Düsseldorf
London
Milan

Affiliated Offices
Mexico City

Bangkok
Guangzhou
Hanoi
Hong Kong
Jakarta

Brisbane
Canberra
Melbourne

Sincerely,

David S. Gooder
for
GRAHAM & JAMES

DSG/kmc

Enclosures

cc:　Garrison R. Cox, Esq.
　　Christopher C. Larkin, Esq.

O:\USR\DSG\TMD\144976

**CERTIFICATE OF MAILING "EXPRESS MAIL"**

"Express Mail" mailing label number: *TB632063993 US*

I hereby certify that this correspondence is addressed to The
Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, Virginia 22202-3513, and is being deposited with the
United States Postal Service "Express Mail Post Office to
Addressee" service on August 19, 1994.

Irma Y. Romero
(Printed or typed name of the person mailing the paper or fee)

*Irma Romero*
(Signature of the person mailing the paper or fee)

August 19, 1994
(Date of Signature)

JDPI002572



UNITED STATES DEPARTMENT OF COMMERCE
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant:  Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky corporation
Mark:        OLD NO. 7 (Stylized)
Reg. No.:    42,663
Reg. Date:   May 24, 1904

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513



### APPLICATION FOR AMENDMENT OF TRADEMARK REGISTRATION

Registrant, Jack Daniel Distillery, Lem Motlow Prop., Inc., a corporation organized and existing under the laws of the State of Kentucky, with offices in Lynchburg, Tennessee, has changed the above-identified mark to the amended form shown in the accompanying drawing and requests that this registration be amended in accordance with Section 7(e) of the Trademark Act of July 5, 1946.

The mark has changed in only a very minor way, namely, by a slight variation in the stylized form of the letters comprising the mark. Registrant respectfully submits that this amendment does not materially alter the character of the mark because the difference in lettering style is slight and the spelling and pronunciation of the mark remain the same as shown in the registration.

The mark in its amended form is in use in interstate commerce as of the date of this application. Three (3) specimens showing said mark are presented herewith.

The original certificate of registration is attached. Registrant is also filing, simultaneously with this application, an Application for Renewal of Trademark Registration of this registration. A copy of the renewal application is attached for your reference.

JDPI002573

## POWER OF ATTORNEY

Revoking all prior appointments, Registrant hereby appoints **Christopher C. Larkin (to whom all communication and correspondence are to be addressed)** and David S. Gooder (both are members of the Bar of the State of California), of the law firm of Graham & James, 801 South Figueroa, 14th Floor, Los Angeles, California 90017-5554, as its attorneys, with full powers of revocation and substitution, to file this application and to transact all business in the Patent and Trademark Office in connection therewith.

## DECLARATION

Garrison R. Cox, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document or the registration to which it pertains, declares that he is the Secretary of the registrant corporation and is authorized to execute this instrument on its behalf; all statements made of his own knowledge are true; and all statements made on information and belief are believed to be true.

Date: August 11, 1994

JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., a Kentucky corporation

_Garrison R. Cox_

Garrison R. Cox, Secretary



<u>AMENDED DRAWING</u>

Registrant:      Jack Daniel Distillery, Lem Motlow Prop., Inc., a Kentucky
corporation
Lynchburg, Tennessee 37352

Goods:        Whiskies

In Commerce in its amended form:  At least as early as May 25, 1974

# Old No.7



O:\USR\CCL\TMF\144962

JDPI002576



JDPI002577



GRAHAM & JAMES

in affiliation with Deacons | Sly & Weigall

TRADEMARK MAILROOM
RECD

AUG 1 9 1994

US PATENT & TRADEMARK OFFICE

August 19, 1994

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    Mark:          OLD NO. 7 (Stylized)
       Reg. No.:      42,663
       Registered:    May 24, 1904
       Our Ref.:      30283.JD594
       Subject:       Application for Renewal of Trademark Registration

Dear Sir or Madam:

Enclosed please find an Application for Renewal of Trademark
Registration which was previously registered on the Principal Register.
Also enclosed is a specimen of the mark as currently used and a check in
the amount of  $400 ($300 for the renewal fee and $100 because of the
filing occurring during the three-month grace period).

The Assistant Commissioner is hereby authorized to charge payment of
any additional fees associated with this communication or credit any
overpayment to Deposit Account No. 07-1853.

Please date-stamp the enclosed, stamped, self-addressed post card and
deposit it into the U.S. mail.  Please direct the Amended Certificate of
Registration, or any questions regarding its issuance, to my attention.

Sincerely,

David S. Gooder
for
GRAHAM & JAMES

DSG/kmc

Enclosures

cc:    Garrison R. Cox, Esq.
       Christopher C. Larkin, Esq.

O:\USR\DSG\TMD\144976

**Attorneys**

801 South Figueroa St.
14th Floor
Los Angeles, CA
90017-5554
Tel (213) 624 2500
Fax (213) 623 4581

Direct tel

**(213) 689-5130**

Los Angeles
Newport Beach
New York
Palo Alto
Raleigh
Sacramento
San Francisco
Washington DC

Beijing
Taipei
Tokyo

Düsseldorf
London
Milan

Affiliated Offices
Mexico City

Bangkok
Guangzhou
Hanoi
Hong Kong
Jakarta

Brisbane
Canberra
Melbourne

**CERTIFICATE OF MAILING "EXPRESS MAIL"**

"Express Mail" mailing label number: TB632064004 US

I hereby certify that this correspondence is addressed to The
Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, Virginia 22202-3513, and is being deposited with the
United States Postal Service "Express Mail Post Office to
Addressee" service on August 19, 1994.

Irma Y. Romero
(Printed or typed name of the person mailing the paper or fee)

(Signature of the person mailing the paper or fee)

August 19, 1994
(Date of Signature)

JDPI002578

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 42,663

Registered May 24, 1904

Renewal Term Begins May 24, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# Old
# No.7

JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352

FOR: WHISKIES, IN CLASS 49 (INT. CL. 33).

FIRST USE 1-0-1875; IN COMMERCE 1-0-1875.

SER. NO. 70-042,663, FILED 4-22-1904.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 27, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002579

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Amended

Reg. No. 42,663
Registered May 24, 1904
OG Date Apr. 11, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Old
# No.7

JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352, ASSIGNEE BY ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM DANIEL, JACK (UNITED STATES CITIZEN) LYNCHBURG, TN

FOR: WHISKIES, IN CLASS 49 (INT. CL. 33).

FIRST USE 1-0-1875; IN COMMERCE 1-0-1875.

SER. NO. 70-042,663, FILED 4-22-1904.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 11, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002580



Property of the U. S. Patent Office.
**Not to be taken from the files.**

No. 42,663.

Registered **May 24, 1904.**

# UNITED STATES PATENT OFFICE.

## JACK DANIEL, OF LYNCHBURG, TENNESSEE.

### TRADE-MARK FOR WHISKIES.

**STATEMENT** and **DECLARATION** of Trade-Mark No. 42,663, registered May 24, 1904.

Application filed April 22, 1904.

### STATEMENT.

*To all whom it may concern:*

Be it known that I, JACK DANIEL, a citizen of the United States, residing and doing business at Lynchburg, county of Moore, and State of Tennessee, have adopted for my use a Trade-Mark for Whisky, of which the following is a description.

As shown in the accompanying facsimile, my trade-mark consists of the word-symbol "OLD No. 7."

This trade-mark has been continuously used in my business since January, 1875.

The class of merchandise to which this trade-mark is appropriated is spirituous liquors, and the particular description of goods comprised in said class upon which I use the said trade-mark is whiskies. It is usually displayed on heads of barrels or packages and on bottles containing the goods by placing thereon a printed label bearing the trade-mark, and the mark is used generally for advertising purposes.

Signed this 18th day of April, 1904.

JACK DANIEL.

In presence of—
LEM MOTLOW,
W. F. COPELAND.

### DECLARATION.

State of Tennessee, county of Moore, ss:

JACK DANIEL, being duly sworn, deposes and says that he is the applicant named in the foregoing statement; that he verily believes that the foregoing statement is true; that he has at this time a right to the use of the trade-mark therein described; that no other person, firm or corporation has the right to such use, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that it is used by him in commerce between the United States and foreign nations, and particularly with Great Britain, and that the description and facsimile presented for record truly represent the trade-mark sought to be registered.

JACK DANIEL.

Sworn to and subscribed before me, a notary public, this 18th day of April, 1904.

[L. S.]      LEM MOTLOW, *N. P.*

TRADE-MARK.

No. 42,663.

REGISTERED MAY 24, 1904.

JACK DANIEL.
WHISKIES.
APPLICATION FILED APR. 23, 1904.

REPUBLISHED
Under Sec. 12 (c) 1946 Act   MAY 18 1949

AFFIDAVIT SEC. 8   AFFIDAVIT SEC. 15
ACCEPTED   RECEIVED 6-11-53

OLD N⁰. 7.

Witnesses:
David T. Hall.
Edmund Jewere

PROPRIETOR:
Jack Daniel
By M M Motlow
Attorney

JDPI002582

New cert. under sec. 7(c)

RENEWED

New cert. under sec. 7(c)

Issued    NOV 27 1956 TO

JACK DANIEL DISTillery, LEM MOTLOW PROP,
INC. (1956 CORP.), LYNCHBURG, TENN.

Jack Daniel Distillery.
Lem Motlow Prop. Inc.
Lynchburg, Tenn.

42,663. WHISKIES. Registered May 24, 1904. Jack
Daniel. Renewed May 24, 1934, to Lem Motlow,
Lynchburg, Tenn.

THIRD RENEWAL

SECOND RENEWAL 42,663. Reg. May 24, 1904. Jack Daniel. Re-renewed
May 24, 1954, to Jack Daniel Distillery, Lem Motlow,
Prop. Inc., Lynchburg, Tenn., a corporation of Tennessee.
Cl. 49.

No. 42,663.

Registered May 24, 1904.

# UNITED STATES PATENT OFFICE.

### JACK DANIEL, OF LYNCHBURG, TENNESSEE.

### TRADE-MARK FOR WHISKIES.

STATEMENT and DECLARATION of Trade-Mark No. 42,663, registered May 24, 1904.

Application filed April 22, 1904.

## STATEMENT.

*To all whom it may concern:*

Be it known that I, JACK DANIEL, a citizen of the United States, residing and doing business at Lynchburg, county of Moore, and State of Tennessee, have adopted for my use a Trade-Mark for Whisky, of which the following is a description.

As shown in the accompanying facsimile, my trade-mark consists of the word-symbol "OLD No. 7."

This trade-mark has been continuously used in my business since January, 1875.

The class of merchandise to which this trade-mark is appropriated is spirituous liquors, and the particular description of goods comprised in said class upon which I use the said trade-mark is whiskies. It is usually displayed on heads of barrels or packages and on bottles containing the goods by placing thereon a printed label bearing the trade-mark, and the mark is used generally for advertising purposes.

Signed this 18th day of April, 1904.

JACK DANIEL.

In presence of—
LEM MOTLOW,
W. F. COPELAND.

## DECLARATION.

State of Tennessee, county of Moore, ss:

JACK DANIEL, being duly sworn, deposes and says that he is the applicant named in the foregoing statement; that he verily believes that the foregoing statement is true; that he has at this time a right to the use of the trade-mark therein described; that no other person, firm or corporation has the right to such use, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that it is used by him in commerce between the United States and foreign nations, and particularly with Great Britain, and that the description and facsimile presented for record truly represent the trade-mark sought to be registered.

JACK DANIEL.

Sworn to and subscribed before me, a notary public, this 18th day of April, 1904.

[L. S.]    LEM MOTLOW, *N. P.*

JDPI002583

Int. Cl.: 33

Prior U.S. Cl.: 49

**United States Patent and Trademark Office**

Amended

Reg. No. 42,663
Registered May 24, 1904
OG Date Apr. 11, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Old
# No.7

JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352, ASSIGNEE BY ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM DANIEL, JACK (UNITED STATES CITIZEN) LYNCHBURG, TN

FOR: WHISKIES, IN CLASS 49 (INT. CL. 33).

FIRST USE 1-0-1875; IN COMMERCE 1-0-1875.

SER. NO. 70-042,663, FILED 4-22-1904.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 11, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002584

Int. Cl.: 33

Prior U.S. Cl.: 49

Reg. No. 42,663

**United States Patent and Trademark Office**

Registered May 24, 1904

10 Year Renewal

Renewal Term Begins May 24, 1994

## TRADEMARK
## PRINCIPAL REGISTER

# Old
# No.7

JACK DANIEL DISTILLERY, LEM MOTLOW PROP., INC. (KENTUCKY CORPORATION)
LYNCHBURG, TN 37352

FOR: WHISKIES, IN CLASS 49 (INT. CL. 33).

FIRST USE 1-0-1875; IN COMMERCE 1-0-1875.

SER. NO. 70-042,663, FILED 4-22-1904.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 27, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

JDPI002585