CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 27
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,055,481
Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
SUITE 528
4040 CIVIC CENTER DRIVE
SAN RAFAEL, CA 94903

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

OWNER OF U.S. REG. NOS. 1,290,702, 2,729,690 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE COLOR(S) WHITE ON BLACK SHOWN IN THE MARK AS A FEATURE OF THE MARK.

THE COLOR BLACK IN THE BACKGROUND AND THE COLOR WHITE IN THE TEXT AND GRAPHICS IN THE MARK AS SHOWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGULAR FILIGREE DESIGN WHICH IS OPEN AT THE TOP LEFT AND TOP RIGHT. INSIDE THE FILIGREE ARE THE WORDS JACK DANIEL'S ARCHED OVER THE WORDS AND NUMERAL OLD NO. 7 BRAND. THE WORDS AND NUMERAL OLD NO. 7 BRAND ARE ENCLOSED WITHIN AN OVAL WITH A FILIGREE DESIGN AROUND IT. THE OVAL AND FILIGREE DESIGN ARE ABOVE THE STYLIZED WORD TENNESSEE. THE WORD TENNESSEE IS ABOVE THE WORD WHISKEY.

SER. NO. 78-591,721, FILED 3-21-2005.

KATHY DE JONGE, EXAMINING ATTORNEY