CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 28

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____

Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:44:12 EDT
**Mark:** JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY



**US Serial Number:** 78591721
**US Registration Number:** 3055481
**Register:** Principal
**Mark Type:** Trademark
**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.
**Status Date:** Mar. 07, 2012
**Publication Date:** Nov. 08, 2005

**Application Filing Date:** Mar. 21, 2005
**Registration Date:** Jan. 31, 2006

## Mark Information

**Mark Literal Elements:** JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY
**Standard Character Claim:** No
**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a rectangular filigree design which is open at the top left and top right. Inside the filigree are the words JACK DANIEL'S arched over the words and numeral OLD NO. 7 BRAND. The words and numeral OLD NO. 7 BRAND are enclosed within an oval with a filigree design around it. The oval and filigree design are above the stylized word TENNESSEE. The word TENNESSEE is above the word WHISKEY.
**Color Drawing:** Yes
**Color(s) Claimed:** The color(s) white on black shown in the mark as a feature of the mark.
**Color Location:** The color black in the background and the color white in the text and graphics in the mark as shown is/are claimed as a feature of the mark.
**Disclaimer:** "BRAND"
**Design Search Code(s):** 20.03.10 - Alcohol bottle labels; Labels, alcohol bottles; Bottles, labels for alcohol bottles
**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

## Related Properties Information

**Claimed Ownership of US Registrations:** 1290702, 2729690 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** posters
**International Class(es):** 016 - Primary Class
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Oct. 2004

**U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050

**Use in Commerce:** Oct. 2004

## Basis Information (Case Level)

**Filed Use:** Yes
**Filed ITU:** No

**Currently Use:** Yes
**Currently ITU:** No

**Amended Use:** No
**Amended ITU:** No

JDPI003110

| | | |
|---|---|---|
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Jack Daniel's Properties, Inc.

**Owner Address:** Suite 528
4040 Civic Center Drive
San Rafael, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** David S. Gooder

**Docket Number:** 10235

**Attorney Primary Email Address:** jdpilegal@jdpi.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** David S. Gooder
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL, CALIFORNIA 94903-4191
UNITED STATES

**Phone:** 415 446 5225

**Fax:** 415 446 5230

**Correspondent e-mail:** jdpilegal@jdpi.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 31, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 07, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 07, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70619 |
| Mar. 07, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70619 |
| Jan. 17, 2012 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 31, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 08, 2005 | PUBLISHED FOR OPPOSITION | |
| Oct. 19, 2005 | NOTICE OF PUBLICATION | |
| Sep. 26, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Sep. 23, 2005 | ASSIGNED TO LIE | 68171 |
| Sep. 17, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 2005 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 17, 2005 | EXAMINERS AMENDMENT -WRITTEN | 72505 |
| Sep. 14, 2005 | ASSIGNED TO EXAMINER | 72505 |
| Mar. 28, 2005 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

### TM Staff Information - None

JDPI003111

**File Location**

**Current Location:**  TMEG LAW OFFICE 107                    **Date in Location:**  Mar. 07, 2012

JDPI003112

**From:**   TMOfficialNotices@USPTO.GOV
**Sent:**   Saturday, January 31, 2015 01:11 AM
**To:**   jdpilegal@jdpi.com
**Subject:**   Official USPTO Courtesy Reminder of Required Trademark Registration Maintenance Filings Under Section 8 and 9: U.S. Trademark RN 3055481: JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE etc. (Stylized/Design): Docket/Reference No. 10235

**U.S. Serial Number:** 78591721
**U.S. Registration Number:** 3055481
**U.S. Registration Date:** Jan 31, 2006
**Mark:** JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE etc. (Stylized/Design)
**Owner:** Jack Daniel's Properties, Inc.

Jan 31, 2015

### U.S. PATENT AND TRADEMARK OFFICE ("USPTO") COURTESY REMINDER
### OF REQUIRED TRADEMARK REGISTRATION MAINTENANCE FILINGS UNDER SECTIONS 8 AND 9

**WARNING:  Your trademark registration will be CANCELLED and will EXPIRE if you do not file the required documents below during the specified statutory time periods.**

The above-identified registration registered on Jan 31, 2006.  Therefore, the owner of the registration must file a Declaration of Use and/or Excusable Nonuse and an Application for Renewal under §§8 and 9 of the Trademark Act anytime between now and Feb 1, 2016.  For an additional fee, the owner may file the documents within the six-month grace period that ends on Aug 1, 2016.  *See* 15 U.S.C. §§1058, 1059.  The current fee for a combined filing under §§8 and 9 is $400 per class for filings submitted through the USPTO's official website using the Trademark Electronic Application System ("TEAS"), and the additional fee for filing during the six-month grace period is $200 per class.  37 C.F.R. §2.6.

To expedite processing, the owner is encouraged to file through TEAS.  Official forms for filing a Combined Declaration of Use and/or Excusable Nonuse and Application for Renewal under §§8 and 9 are available through TEAS at http://www.uspto.gov/trademarks/teas/reg_maintain.jsp.

For information regarding how to record ownership documents such as assignments, name changes and mergers, please see TMEP §503.  To expedite recordation, the owner is encouraged to file requests for recordation through the Electronic Trademark Assignment System ("ETAS") at http://etas.uspto.gov.

For further information regarding the maintenance of a trademark registration, including future maintenance filings, please consult the USPTO website at http://www.uspto.gov/trademarks/process/maintain/prfaq.jsp.

This reminder notice is being sent only as a courtesy to those trademark owners who have authorized e-mail communication and maintain a current e-mail address with the USPTO.  Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a trademark registration.  If a registration is cancelled and/or expired due to the failure to timely file required maintenance documents, it cannot be reinstated or revived.

To check the status of this registration, go to http://tsdr.uspto.gov/#caseNumber=78591721&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

**Beware of Unofficial Trademark Solicitations:**  Please be aware that private companies not associated with the USPTO often use trademark registration information from the USPTO's database to mail or e-mail trademark-related solicitations.  This is the only official reminder that you will receive from the USPTO about your upcoming required maintenance filings.  For additional information about these private solicitations, please visit the USPTO website at http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

JDPI003113

In order to be eligible for future e-mail reminders of maintenance filings, please remember to authorize e-mail communication when filing your maintenance documents through TEAS and ensure that you maintain a current e-mail address with the USPTO.

JDPI003114

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 7, 2012 11:02 PM |
| **To:** | jdpilegal@jdpi.com |
| **Subject:** | Trademark RN 3055481: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:**  78591721
**Registration Number:**  3055481
**Registration Date:**  Jan 31, 2006
**Mark:**  JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE etc. (STYLIZED/DESIGN)
**Owner:**  Jack Daniel's Properties, Inc.

Mar 7, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058 and 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058 and 1059.

JDPI003115

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=78591721.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

JDPI003116

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3055481 |
| **REGISTRATION DATE** | 01/31/2006 |
| **SERIAL NUMBER** | 78591721 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE (stylized and/or with design) |
| **ATTORNEY SECTION (current)** | |
| **NAME** | David S. Gooder |
| **FIRM NAME** | JACK DANIEL'S PROPERTIES, INC. |
| **STREET** | 4040 CIVIC CENTER DR STE 528 |
| **CITY** | SAN RAFAEL |
| **STATE** | California |
| **POSTAL CODE** | 94903-4191 |
| **COUNTRY** | United States |
| **PHONE** | 415 446 5225 |
| **FAX** | 415 446 5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | David S. Gooder |
| **FIRM NAME** | JACK DANIEL'S PROPERTIES, INC. |
| **STREET** | 4040 CIVIC CENTER DR STE 528 |
| **CITY** | SAN RAFAEL |

JDPI003117

| STATE | California |
|---|---|
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 10235 |
| OTHER APPOINTED ATTORNEY | Christy Susman |

## CORRESPONDENCE SECTION (current)

| NAME | DAVID S. GOODER |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | DAVID S. GOODER |
|---|---|
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC. |
| STREET | 4040 CIVIC CENTER DR STE 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903-4191 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |

JDPI003118

| | |
|---|---|
| **FAX** | 415 446 5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 10235 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 016 |
| **GOODS OR SERVICES** | posters |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\785\917\78591721\xml2\ 8150002.JPG |
| **SPECIMEN DESCRIPTION** | Digital image of a poster |
| **OWNER SECTION (current)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415 446 5225 |
| **FAX** | 415 446 5230 |
| **OWNER SECTION (proposed)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415 446 5225 |
| **FAX** | 415 446 5230 |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |

JDPI003119

| STATE/COUNTRY OF INCORPORATION | Delaware |
|---|---|
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY'S NAME | David S. Gooder |
| SIGNATORY'S POSITION | Chief Trademark Counsel |
| DATE SIGNED | 01/17/2012 |
| SIGNATORY'S PHONE NUMBER | 415 446 5225 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Jan 17 16:10:56 EST 2012 |
| TEAS STAMP | USPTO/S08N15-12.154.100.3 3-20120117161056827112-30 55481-490f74a5a74c9eb3428 d036d6d9a9f7217f-DA-3529-20120117160640819654 |

JDPI003120

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3055481
**REGISTRATION DATE:** 01/31/2006

**MARK:** (Stylized and/or with Design, JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE)

The owner, Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of
   4040 Civic Center Drive, Suite 528
   San Rafael, California 94903
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 016, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: posters; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Digital image of a poster.
Specimen File1
The registrant's current Attorney Information: David S. Gooder of  JACK DANIEL'S PROPERTIES, INC.
   4040 CIVIC CENTER DR STE 528
   SAN RAFAEL, California (CA) 94903-4191
   United States


The registrant's proposed Attorney Information: David S. Gooder of  JACK DANIEL'S PROPERTIES, INC.
   4040 CIVIC CENTER DR STE 528
   SAN RAFAEL, California (CA) 94903-4191
   United States
The docket/reference number is 10235.
The Other Appointed Attorney(s): Christy Susman.

The phone number is 415 446 5225.

The fax number is 415 446 5230.

JDPI003121

The email address is jdpilegal@jdpi.com.

The registrant's current Correspondence Information: DAVID S. GOODER of JACK DANIEL'S PROPERTIES, INC.
    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States


The registrant's proposed Correspondence Information: DAVID S. GOODER of JACK DANIEL'S PROPERTIES, INC.
    4040 CIVIC CENTER DR STE 528
    SAN RAFAEL, California (CA) 94903-4191
    United States
The docket/reference number is 10235.


The phone number is 415 446 5225.

The fax number is 415 446 5230.

The email address is jdpilegal@jdpi.com.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**


*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /David S. Gooder/     Date: 01/17/2012
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415 446 5225

Mailing Address **(current):**
  JACK DANIEL'S PROPERTIES, INC.

4040 CIVIC CENTER DR STE 528
SAN RAFAEL, California 94903-4191

Mailing Address **(proposed):**
 JACK DANIEL'S PROPERTIES, INC.
 4040 CIVIC CENTER DR STE 528
 SAN RAFAEL, California 94903-4191

Serial Number: 78591721
Internet Transmission Date: Tue Jan 17 16:10:56 EST 2012
TEAS Stamp: USPTO/S08N15-12.154.100.33-2012011716105
6827112-3055481-490f74a5a74c9eb3428d036d
6d9a9f7217f-DA-3529-20120117160640819654

JDPI003123



JDPI003124

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**  3055481



**Serial Number:**  78591721



**RAM Sale Number:  3529**

**RAM Accounting Date:  20120118**

**Total Fees:**  $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| <u>Transaction</u> | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20120117 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20120117 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**  20120117

JDPI003125



JDPI003126

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

United States Patent and Trademark Office

Reg. No. 3,055,481
Registered Jan. 31, 2006

## TRADEMARK
## PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELA-
WARE CORPORATION)
SUITE 528
4040 CIVIC CENTER DRIVE
SAN RAFAEL, CA 94903

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2004; IN COMMERCE 10-0-2004.

OWNER OF U.S. REG. NOS. 1,290,702, 2,729,690 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK DOES NOT IDEN-
TIFY A PARTICULAR LIVING INDIVIDUAL.

THE COLOR(S) WHITE ON BLACK SHOWN IN THE MARK AS A FEATURE OF THE MARK.

THE COLOR BLACK IN THE BACKGROUND AND THE COLOR WHITE IN THE TEXT AND GRAPHICS IN THE MARK AS SHOWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGULAR FILIGREE DESIGN WHICH IS OPEN AT THE TOP LEFT AND TOP RIGHT. INSIDE THE FILIGREE ARE THE WORDS JACK DANIEL'S ARCHED OVER THE WORDS AND NUMERAL OLD NO. 7 BRAND. THE WORDS AND NUMERAL OLD NO. 7 BRAND ARE ENCLOSED WITHIN AN OVAL WITH A FILIGREE DESIGN AROUND IT. THE OVAL AND FILIGREE DESIGN ARE ABOVE THE STYLIZED WORD TENNESSEE. THE WORD TENNESSEE IS ABOVE THE WORD WHISKEY.

SER. NO. 78-591,721, FILED 3-21-2005.

KATHY DE JONGE, EXAMINING ATTORNEY

JDPI003127



## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Oct 19, 2005

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   78/591,721

2. Mark:
   JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE
   Etc. and design

3. International Class(es):
   16

4. Publication Date:
   Nov 8, 2005

5. Applicant:
   Jack Daniel's Properties, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL, CA 94903-4191

TMP&I

JDPI003128

| | |
|---|---|
| **To:** | Jack Daniel's Properties, Inc. (jdpilegal@jdpi.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78591721 - JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE ETC. - 10235 |
| **Sent:** | 9/17/2005 5:03:43 PM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/591721

**APPLICANT**:     Jack Daniel's Properties, Inc.

# *78591721*

**CORRESPONDENT ADDRESS**:
   DAVID S.  GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DR STE 528
SAN RAFAEL, CA 94903-4191

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK**:     JACK DANIEL'S OLD NO.  7 BRAND TENNESSEE ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :  10235

**CORRESPONDENT EMAIL ADDRESS**:
   jdpilegal@jdpi.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
   4. Your telephone number and email address.

Serial Number  78/591721

## EXAMINER'S AMENDMENT

**OFFICE RECORDS SEARCH**:  The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**ADVISORY – AMENDMENTS TO GOODS/SERVICES** :  If the identification of goods and/or

services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**AMENDMENT AUTHORIZED**:  As authorized by David S. Gooder, Esq. on September 16, 2005, the application is amended as noted below.  *If the applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.*  Otherwise, no response is necessary.  TMEP §707.

**Claim of Ownership**
The claim of ownership is amended to read as follows:

      Applicant is the owner of U.S. Registration Nos. 1290702; 2729690; and others.

37 C.F.R. §2.36; TMEP §812.

/Kathleen de Jonge/
Examining Attorney, Law Office 116
(571) 272-9152
(571) 273-9116 (fax)

*** User:kdejonge ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 5416 | N/A | 0 | 0 | 0:01 | "200310"[dc] |
| 02 | 195 | 128 | 67 | 67 | 0:01 | "200310"[dc] and "250125"[dc] |
| 03 | 369 | N/A | 0 | 0 | 0:01 | "200310"[dc] and "260321"[dc] |
| 04 | 352 | 200 | 152 | 152 | 0:01 | 3 not 2 |
| 05 | 72 | 20 | 52 | 52 | 0:01 | 1 and (*ja{"ckqx"}* or *dan{"eiy"}{v}l*)[bi,ti] |
| 06 | 172 | 103 | 69 | 69 | 0:01 | 1 and (*tenn* or *wh{"iy"}{"sz"}{"ckqx"}*)[bi,ti] |
| 07 | 51 | 12 | 39 | 37 | 0:01 | *tenn*[bi,ti] and *wh{"iy"}{"sz"}{"ckqx"}*[bi,ti] |

Session started 9/16/2005 4:32:05 PM

Session finished 9/16/2005 4:40:01 PM

Total search duration 0 minutes 7 seconds

Session duration 7 minutes 56 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 78591721

*** User:kdejonge ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 30628 | N/A | 0 | 0 | 0:01 | *old*[bi,ti] |
| 02 | 136580 | N/A | 0 | 0 | 0:02 | (*no* or *number*)[bi,ti] |
| 03 | 12826 | N/A | 0 | 0 | 0:01 | (*7* or *seven*)[bi,ti] |
| 04 | 8939 | N/A | 0 | 0 | 0:01 | *brand*[bi,ti] |
| 05 | 101 | 11 | 90 | 90 | 0:02 | 1 and 2 and 3 and 4 |
| 06 | 139 | N/A | 0 | 0 | 0:01 | 1 and 2 and 3 |
| 07 | 112 | N/A | 0 | 0 | 0:01 | 2 and 3 and 4 |
| 08 | 38 | 16 | 22 | 20 | 0:01 | 6 not 5 |
| 09 | 11 | 6 | 5 | 5 | 0:01 | 7 not 5 |
| 10 | 772 | N/A | 0 | 0 | 0:01 | 2 and 3 |
| 11 | 462 | 0 | 462 | 411 | 0:03 | 10 not dead[ld] |
| 12 | 1448 | N/A | 0 | 0 | 0:01 | 1 and 2 |
| 13 | 273 | N/A | 0 | 0 | 0:01 | 1 and 3 |
| 14 | 375 | N/A | 0 | 0 | 0:01 | 1 and 4 |
| 15 | 538 | N/A | 0 | 0 | 0:01 | 2 and 4 |
| 16 | 160 | N/A | 0 | 0 | 0:01 | 3 and 4 |
| 17 | 528 | N/A | 0 | 0 | 0:01 | (13 or 14 or 15 or 16) not dead[ld] |
| 18 | 411 | 0 | 411 | 351 | 0:01 | 17 not 11 |
| 19 | 666 | N/A | 0 | 0 | 0:01 | 260121[dc] and 1 |
| 20 | 93 | N/A | 0 | 0 | 0:02 | 260121[dc] and (5 or 6 or 7 or 8 or 9 0r 10 or 11) |
| 21 | 694 | N/A | 0 | 0 | 0:01 | 260121[dc] and (12 or 13 or 14 or 15 or 16 or 17 or 18 or 19) |
| 22 | 434 | 0 | 434 | 434 | 0:01 | (20 or 21) not dead[ld] |

Session started 9/16/2005 3:28:24 PM
Session finished 9/16/2005 3:51:27 PM
Total search duration 0 minutes 27 seconds
Session duration 23 minutes 3 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 78591721

JDPI003132

*** User:kdejonge ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 145 | 33 | 112 | 87 | 0:03 | *ja{"ckqx"}*[bi,ti] and *dan*[bi,ti] |
| 02 | 5204 | N/A | 0 | 0 | 0:02 | *jack*[bi,ti] |
| 03 | 747 | N/A | 0 | 0 | 0:01 | *daniel*[bi,ti] |
| 04 | 33 | 14 | 19 | 8 | 0:01 | jack[fm] |
| 05 | 17 | 13 | 4 | 2 | 0:02 | daniel[fm] |
| 06 | 7 | N/A | 0 | 0 | 0:01 | daniels[fm] |
| 07 | 371 | 0 | 371 | 237 | 0:03 | 3 not dead[ld] |
| 08 | 2353 | N/A | 0 | 0 | 0:03 | 2 not dead[ld] |
| 09 | 230 | 0 | 230 | 117 | 0:02 | 8 and ("012" or "028" or "a" or "b" or "200")[ic] |
| 10 | 2600 | N/A | 0 | 0 | 0:01 | *ra{"csz"}{"iy"}n*[bi,ti] |
| 11 | 21 | 2 | 19 | 18 | 0:01 | (1 or 2 or 3) and 10 |
| 12 | 107 | 15 | 92 | 91 | 0:01 | (1 or 2 or 3) and *brand*[bi,ti] |
| 13 | 9194 | N/A | 0 | 0 | 0:01 | 261313[dc] |
| 14 | 18925 | N/A | 0 | 0 | 0:01 | 261321[dc] |
| 15 | 6964 | N/A | 0 | 0 | 0:01 | 13 and 14 |
| 16 | 30 | 14 | 16 | 16 | 0:01 | (1 or 2 or 3 or 10) and 15 |
| 17 | 245 | 156 | 89 | 89 | 0:02 | 15 and 261705[dc] |
| 18 | 16 | 9 | 7 | 7 | 0:01 | 15 and 261703[dc] |

Session started 9/16/2005 2:34:23 PM

Session finished 9/16/2005 3:16:29 PM

Total search duration 0 minutes 28 seconds

Session duration 42 minutes 6 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 78591721

JDPI003133

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78591721
### Filing Date: 03/21/2005

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT11\IMAGEOUT 11\785\917\78591721\xml1\ APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY |
| COLOR MARK | YES |
| COLOR(S) CLAIMED | The color(s) white on black shown in the mark as a feature of the mark; color black in the background and the color white in the text and graphics in the mark as shown is/are claimed as a feature of the mark. |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a rectangular filigree design which is open at the top left and top right. Inside the filigree are the words JACK DANIELÂ'S arched over the words and numeral OLD NO. 7 BRAND. The words and numeral OLD NO. 7 BRAND are enclosed within an oval with a filigree design around it. The oval and filigree design are above the stylized word TENNESSEE. The word TENNESSEE is above the word WHISKEY. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 328 x 442 |
| **OWNER SECTION** | |
| NAME | Jack Daniel's Properties, Inc. |

JDPI003134

| | |
|---|---|
| INTERNAL ADDRESS | Suite 528 |
| STREET | 4040 Civic Center Drive |
| CITY | San Rafael |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## LEGAL ENTITY SECTION

| | |
|---|---|
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Delaware |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION | posters |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/00/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/00/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\785\917\78591721\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | a digital image of a poster |
| DISCLAIMER | No claim is made to the exclusive right to use BRAND apart from the mark as shown. |
| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 1290702, 2592538, 2675420, and others. |
| NAME(S), PORTRAITS(S), SIGNATURE(S) OF INDIVIDUAL(S) | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /david s gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 03/21/2005 |

JDPI003135

| | |
|---|---|
| SIGNATORY POSITION | Vice President and Chief Trademark Counsel |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325.00 |
| **ATTORNEY** | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| INTERNAL ADDRESS | Suite 528 |
| STREET | 4040 Civic Center Drive |
| CITY | San Rafael |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 10235 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| **CORRESPONDENCE SECTION** | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| INTERNAL ADDRESS | Suite 528 |
| STREET | 4040 Civic Center Drive |
| CITY | San Rafael |
| STATE | California |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | United States |

JDPI003136

| | |
|---|---|
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | jdpilegal@jdpi.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Mar 21 17:12:53 EST 2005 |
| TEAS STAMP | USPTO/BAS-1215410033-2005 0321171253149547-78591721 -200eb9a20a6f801ee1654851 90b030e31e-DA-431-2005032 1170921975571 |

JDPI003137

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

### Trademark/Service Mark Application, Principal Register

**Serial Number: 78591721**
**Filing Date: 03/21/2005**

## To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY (stylized and/or with design, see mark)

The literal element of the mark consists of JACK DANIEL'S OLD NO. 7 BRAND TENNESSEE WHISKEY.

The color(s) white on black shown in the mark as a feature of the mark; the color black in the background and the color white in the text and graphics in the mark as shown is/are claimed as a feature of the mark.

The mark consists of a rectangular filigree design which is open at the top left and top right. Inside the filigree are the words JACK DANIELÂ'S arched over the words and numeral OLD NO. 7 BRAND. The words and numeral OLD NO. 7 BRAND are enclosed within an oval with a filigree design around it. The oval and filigree design are above the stylized word TENNESSEE. The word TENNESSEE is above the word WHISKEY.

The applicant, Jack Daniel's Properties, Inc., a corporation of Delaware, residing at Suite 528, 4040 Civic Center Drive, San Rafael, California, United States, 94903, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 016: posters

In International Class 016, the mark was first used at least as early as 10/00/2004, and first used in commerce at least as early as 10/00/2004, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) a digital image of a poster.

Specimen - 1

No claim is made to the exclusive right to use BRAND apart from the mark as shown.

Applicant claims ownership of U.S. Registration Number(s) 1290702, 2592538, 2675420, and others.

JDPI003138

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

The applicant hereby appoints David S. Gooder and Christopher C. Larkin of Jack Daniel's Properties, Inc., Suite 528, 4040 Civic Center Drive, San Rafael, California, United States, 94903 to submit this application on behalf of the applicant. The attorney docket/reference number is 10235.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jdpilegal@jdpi.com.

A fee payment in the amount of $325.00 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /david s gooder/   Date: 03/21/2005
Signatory's Name: David S. Gooder
Signatory's Position: Vice President and Chief Trademark Counsel


Mailing Address:
    David S. Gooder
    Suite 528
    4040 Civic Center Drive
    San Rafael, California 94903

RAM Sale Number: 431
RAM Accounting Date: 03/22/2005

Serial Number: 78591721
Internet Transmission Date: Mon Mar 21 17:12:53 EST 2005
TEAS Stamp: USPTO/BAS-1215410033-2005032117125314954
7-78591721-200eb9a20a6f801ee165485190b03
0e31e-DA-431-20050321170921975571

JDPI003139



JDPI003140



JDPI003141



JDPI003142



JDPI003143