CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 29
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 2,867,158

**United States Patent and Trademark Office**  Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELAWARE CORPORATION)
4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CA 94903

FOR: GLASS AND PLASTIC DRINKING CONTAINERS, NAMELY FLASKS, CERAMIC MUGS, CERAMIC PITCHERS, CERAMIC JUGS; SPONGES FOR HOUSEHOLD PURPOSES, WOOD COASTERS, CORK COASTERS, SWIZZLE STICKS, BOWLS, DECORATIVE BOXES MADE OF NON-PRECIOUS METAL, FOOD CONTAINERS AND THERMAL INSULATED CONTAINERS FOR FOOD OR BEVERAGES, GLASSWARE FOR BEVERAGES, AND SERVING TRAYS OF NON-PRECIOUS METALS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-31-2003; IN COMMERCE 7-31-2003.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND", APART FROM THE MARK AS SHOWN.

APPLICANT CLAIMS THE COLOR WHITE ON BLACK SHOWN IN THE MARK AS A FEATURE OF THE MARK. THE COLOR BLACK APPEARS IN THE BACKGROUND AND THE COLOR WHITE APPEARS IN THE TEXT AND GRAPHICS IN THE MARK AS SHOWN.

THE NAME "JACK DANIEL'S" IN THE MARK IS NOT THE NAME OF A LIVING INDIVIDUAL.

SN 76-246,380, FILED 4-25-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTORNEY

| | |
|---|---|
| From: | TMOfficialNotices@USPTO.GOV |
| Sent: | Thursday, July 24, 2014 11:01 PM |
| To: | jdpilegal@jdpi.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2867158: JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design): Docket/Reference No. 8800 |

Serial Number: 76246380
Registration Number: 2867158
Registration Date: Jul 27, 2004
Mark: JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design)
Owner: Jack Daniel's Properties, Inc.

Jul 24, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

Class(es):
021

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76246380.
NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.