CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 30

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk

**Generated on:** This page was generated by TSDR on 2015-06-16 16:46:14 EDT

**Mark:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE WHISKEY



**US Serial Number:** 76246380

**US Registration Number:** 2867158

**Register:** Principal

**Mark Type:** Trademark

**Status:** The registration has been renewed.

**Status Date:** Jul. 24, 2014

**Publication Date:** Sep. 03, 2002

**Application Filing Date:** Apr. 25, 2001

**Registration Date:** Jul. 27, 2004

**Notice of Allowance Date:** Nov. 26, 2002

## Mark Information

**Mark Literal Elements:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE WHISKEY

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Lining and Stippling Statement:** Applicant claims the color white on black shown in the mark as a feature of the mark. The color black appears in the background and the color white appears in the text and graphics in the mark as shown.

**Disclaimer:** "BRAND"

**Design Search Code(s):** 20.03.10 - Alcohol bottle labels; Labels, alcohol bottles; Bottles, labels for alcohol bottles

**Name Portrait Consent:** The name "JACK DANIEL'S" in the mark is not the name of a living individual.

## Related Properties Information

**Claimed Ownership of US Registrations:** 0582789, 1758658, 1923981 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 31, 2003

**Use in Commerce:** Jul. 31, 2003

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | | **Amended Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** No | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |

JDPI003024

**Filed No Basis:** No                    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Jack Daniel's Properties, Inc.

**Owner Address:** 4040 Civic Center Drive
Suite 528
San Rafael, CALIFORNIA 94903
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** David S. Gooder          **Docket Number:** 8800

**Correspondent**

**Correspondent Name/Address:** Jack Daniel's Properties, Inc.
4040 Civic Center Drive, Suite 528
SAN RAFAEL, CALIFORNIA 94903
UNITED STATES

**Phone:** 415-446-5225                    **Fax:** 415-446-5230

**Correspondent e-mail:** jdpilegal@jdpi.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 24, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 24, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68335 |
| Jul. 24, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68335 |
| Jul. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Jul. 09, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 09, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 11, 2010 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Aug. 09, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Jul. 20, 2010 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 27, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| May 14, 2004 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 22, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 22, 2004 | PAPER RECEIVED | |
| Nov. 23, 2003 | NON-FINAL ACTION MAILED | |
| Oct. 29, 2003 | ASSIGNED TO EXAMINER | 73358 |
| Oct. 28, 2003 | CASE FILE IN TICRS | |
| Oct. 27, 2003 | CASE FILE IN TICRS | |
| Oct. 20, 2003 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 10, 2003 | USE AMENDMENT FILED | |
| Oct. 10, 2003 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 06, 2003 | EXTENSION 1 GRANTED | |
| May 14, 2003 | EXTENSION 1 FILED | |
| May 13, 2003 | TEAS EXTENSION RECEIVED | |
| Nov. 26, 2002 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 03, 2002 | PUBLISHED FOR OPPOSITION | |
| Aug. 14, 2002 | NOTICE OF PUBLICATION | |
| Jun. 02, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

JDPI003025

| | | |
|---|---|---|
| Mar. 18, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 02, 2001 | NON-FINAL ACTION MAILED | |
| Aug. 30, 2001 | ASSIGNED TO EXAMINER | 73358 |
| Aug. 15, 2001 | ASSIGNED TO EXAMINER | 73726 |
| Aug. 06, 2001 | ASSIGNED TO EXAMINER | 72503 |
| Jul. 18, 2001 | ASSIGNED TO EXAMINER | 72506 |
| Jul. 04, 2001 | ASSIGNED TO EXAMINER | 73726 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 27, 2014

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 24, 2014

JDPI003026

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, July 24, 2014 11:01 PM |
| **To:** | jdpilegal@jdpi.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2867158: JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design): Docket/Reference No. 8800 |

**Serial Number:** 76246380
**Registration Number:** 2867158
**Registration Date:** Jul 27, 2004
**Mark:** JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W etc. (Stylized/Design)
**Owner:** Jack Daniel's Properties, Inc.

Jul 24, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
021

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE**

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=76246380.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

JDPI003028

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246380 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W (stylized and/or with design) |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | 4040 Civic Center Drive, Suite 528<br>SAN RAFAEL<br>California<br>United States<br>94903<br>415-446-5225<br>415-446-5230<br>jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | //David S. Gooder// |
| **SIGNATORY NAME** | David S. Gooder |
| **SIGNATORY DATE** | 07/09/2014 |
| **SIGNATORY POSITION** | Chief Trademark Counsel |
| **SIGNATORY PHONE NUMBER** | 415-446-5225 |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Jul 09 13:37:56 EDT 2014 |
| **TEAS STAMP** | USPTO/S08N09-38.88.175.58<br>-20140709133756231270-286<br>7158-5007bec6f2f5d12c069a<br>7ebd0311d2c618d9869a222e6<br>a89c45c19a3aaa363262-DA-9<br>076-20140709133445028151 |

JDPI003029

JDPI003030

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867158 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76246380 |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W (stylized and/or with design) |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | DAVID S GOODER |
| FIRM NAME | JACK DANIEL'S PROPERTIES, INC |
| INTERNAL ADDRESS | STE 528 |
| STREET | 4040 CIVIC CTR DR |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |
| DOCKET/REFERENCE NUMBER | 8800 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | SAN RAFAEL |
| STATE | California |
| POSTAL CODE | 94903 |
| COUNTRY | United States |

JDPI003031

| | |
|---|---|
| **PHONE** | 415-446-5225 |
| **FAX** | 415-446-5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 8800 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 021 |
| **GOODS OR SERVICES** | Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\762\463\76246380\xml2\ S890002.JPG |
| **SPECIMEN DESCRIPTION** | Digital image of a flask made by one of our licensees clearly showing the mark. |
| **OWNER SECTION (current)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive, Suite 528 |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415-446-5225 |

JDPI003032

| | |
|---|---|
| **FAX** | 415-446-5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 500 |
| **TOTAL FEE PAID** | 500 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | //David S. Gooder// |
| **SIGNATORY'S NAME** | David S. Gooder |
| **SIGNATORY'S POSITION** | Chief Trademark Counsel |
| **DATE SIGNED** | 07/09/2014 |
| **SIGNATORY'S PHONE NUMBER** | 415-446-5225 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Jul 09 13:37:56 EDT 2014 |
| **TEAS STAMP** | USPTO/S08N09-38.88.175.58 -20140709133756231270-286 7158-5007bec6f2f5d12c069a 7ebd0311d2c618d9869a222e6 a89c45c19a3aaa363262-DA-9 076-20140709133445028151 |

JDPI003033

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867158
**REGISTRATION DATE:** 07/27/2004

**MARK:** (Stylized and/or with Design, JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W)

The owner, Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of
    4040 Civic Center Drive, Suite 528
    San Rafael, California 94903
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of
Registration of a Mark under Sections 8 & 9.

For International Class 021, the mark is in use in commerce on or in connection with **all** goods or services
listed in the existing registration for this specific class: Glass and plastic drinking containers, namely
flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters,
cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and
thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-
precious metals ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in
connection with any item in this class, consisting of a(n) Digital image of a flask made by one of our
licensees clearly showing the mark..
Specimen File1
The registrant's current Correspondence Information: DAVID S GOODER of JACK DANIEL'S
PROPERTIES, INC
    STE 528
    4040 CIVIC CTR DR
    SAN RAFAEL, California (CA) 94903
    United States
The docket/reference number is 8800.

The registrant's proposed Correspondence Information: Jack Daniel's Properties, Inc.
    4040 Civic Center Drive, Suite 528
    SAN RAFAEL, California (CA) 94903
    United States
The docket/reference number is 8800.

The phone number is 415-446-5225.

JDPI003034

The fax number is 415-446-5230.

The email address is jdpilegal@jdpi.com.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use and/or Excusable Nonuse in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*


The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods/services identified above.*


Signature: //David S. Gooder//    Date: 07/09/2014
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel
Signatory's Phone Number: 415-446-5225

Serial Number: 76246380
Internet Transmission Date: Wed Jul 09 13:37:56 EDT 2014
TEAS Stamp: USPTO/S08N09-38.88.175.58-20140709133756
231270-2867158-5007bec6f2f5d12c069a7ebd0
311d2c618d9869a222e6a89c45c19a3aaa363262
-DA-9076-20140709133445028151

JDPI003035



JDPI003036

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2867158



**Serial Number:**   76246380



**RAM Sale Number:  2867158**

**RAM Accounting Date:  20140709**

**Total Fees:**      $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20140709 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20140709 | $400 | 1 | 1 | $400 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**      20140709

JDPI003037



JDPI003038



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2867158    SERIAL NO: 76/246380    MAILING DATE: 08/11/2010
REGISTRATION DATE: 07/27/2004
MARK:   JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W ETC.
REGISTRATION OWNER:  Jack Daniel's Properties, Inc.

**CORRESPONDENCE ADDRESS:**

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CALIFORNIA 94903

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*************************************************

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

*************************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
021.

PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

JDPI003039

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2867158 |
| **REGISTRATION DATE** | 07/27/2004 |
| **SERIAL NUMBER** | 76246380 |
| **MARK SECTION** | |
| **MARK** | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W (stylized and/or with design) |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 021 |
| **GOODS OR SERVICES** | Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\762\463\76246380\xml1\ 8150002.JPG |
| **SPECIMEN DESCRIPTION** | an electronic photograph showing the mark as used on the goods |
| **OWNER SECTION (current)** | |
| **NAME** | Jack Daniel's Properties, Inc. |
| **STREET** | 4040 Civic Center Drive |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |

JDPI003041

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | Jack Daniel's Properties, Inc. |
| **INTERNAL ADDRESS** | Suite 528 |
| **STREET** | 4040 Civic Center Drive |
| **CITY** | San Rafael |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94903 |
| **COUNTRY** | United States |
| **PHONE** | 415-446-5225 |
| **FAX** | 415-446-5230 |
| **EMAIL** | jdpilegal@jdpi.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /David S. Gooder/ |
| **SIGNATORY'S NAME** | David S. Gooder |
| **SIGNATORY'S POSITION** | Chief Trademark Counsel |
| **DATE SIGNED** | 07/19/2010 |
| **PAYMENT METHOD** | DA |

## FILING INFORMATION

| | |
|---|---|
| **SUBMIT DATE** | Tue Jul 20 00:09:57 EDT 2010 |
| **TEAS STAMP** | USPTO/S08N15-12.154.100.3 3-20100720000957166099-28 67158-4701552af9af09a603c |

JDPI003042

| | f76815c7b34183de-DA-4720-20100719174811343904 |
| --- | --- |

JDPI003043

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2867158
**REGISTRATION DATE:** 07/27/2004

**MARK:** (Stylized and/or with Design, JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W)

The owner, Jack Daniel's Properties, Inc., a corporation of Delaware, having an address of
    Suite 528
    4040 Civic Center Drive
    San Rafael, California 94903
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 021, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) an electronic photograph showing the mark as used on the goods.
Specimen File1

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the*

*same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /David S. Gooder/     Date: 07/19/2010
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Serial Number: 76246380
Internet Transmission Date: Tue Jul 20 00:09:57 EDT 2010
TEAS Stamp: USPTO/S08N15-12.154.100.33-2010072000095
7166099-2867158-4701552af9af09a603cf7681
5c7b34183de-DA-4720-20100719174811343904



JDPI003046

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2867158



**Serial Number:**   76246380



**RAM Sale Number:  4720**

**RAM Accounting Date:  20100720**

**Total Fees:**      $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20100720 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20100720 | $200 | 1 | 1 | $200 |

Physical Location: 650  - PUBLICATION AND ISSUE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20100720



JDPI003047



Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,867,158

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



JACK DANIEL'S PROPERTIES, INC. (DELA-
WARE CORPORATION)
4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CA 94903

FOR: GLASS AND PLASTIC DRINKING CON-
TAINERS, NAMELY FLASKS, CERAMIC MUGS,
CERAMIC PITCHERS, CERAMIC JUGS; SPONGES
FOR HOUSEHOLD PURPOSES, WOOD COASTERS,
CORK COASTERS, SWIZZLE STICKS, BOWLS, DEC-
ORATIVE BOXES MADE OF NON-PRECIOUS ME-
TAL, FOOD CONTAINERS AND THERMAL
INSULATED CONTAINERS FOR FOOD OR BEV-
ERAGES, GLASSWARE FOR BEVERAGES, AND
SERVING TRAYS OF NON-PRECIOUS METALS, IN
CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-31-2003; IN COMMERCE 7-31-2003.

OWNER OF U.S. REG. NOS. 582,789, 1,923,981,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BRAND", APART FROM THE
MARK AS SHOWN.

APPLICANT CLAIMS THE COLOR WHITE ON
BLACK SHOWN IN THE MARK AS A FEATURE OF
THE MARK. THE COLOR BLACK APPEARS IN THE
BACKGROUND AND THE COLOR WHITE AP-
PEARS IN THE TEXT AND GRAPHICS IN THE
MARK AS SHOWN.

THE NAME "JACK DANIEL'S" IN THE MARK IS
NOT THE NAME OF A LIVING INDIVIDUAL.

SN 76-246,380, FILED 4-25-2001.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

JDPI003049

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

# NOTICE OF ACCEPTANCE OF STATEMENT OF USE

## Jun 17, 2004

|  | TM13 | ATTORNEY |
|---|---|---|
| | | REFERENCE NUMBER: |

DAVID S. GOODER
JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE
SUITE 528
SAN RAFAEL, CALIFORNIA 94903

8800

| **SERIAL NUMBER:** | 76/246380 |
|---|---|
| **MARK:** | JACK DANIEL'S OLD NO.7 BRAND TENNESSEE W |
| **OWNER:** | Jack Daniel's Properties, Inc. |

The Statement of Use (SOU) filed for the trademark application identified above has been accepted.  This acceptance means that the mark will register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 703-308-9000.

JDPI003050

AMENDED DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
                      San Rafael, California 94903

Date of First Use of the Mark:  July 31, 2003

Date of First Use in Commerce:  July 31, 2003

Goods:  Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals (in International Class 21)



JDPI003051

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK EXAMINING OPERATION

**Applicant:** Jack Daniel's Properties, Inc.

**Mark:** JACK DANIEL'S & Design (Black Label 2001)

**Serial No.:** 76/246380

**Filed:** April 25, 2001

**Office Action No.:** 2

**Mailed:** November 23, 2003

**Examining Atty:** Barbara Loughran
Law Office 113

**Ref. No.:** 8800

BOX RESPONSES – No Fee                                           April 20, 2004
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia  22202-3513

RESPONSE TO OFFICE ACTION NO. 2

Dear Sir:

Applicant, Jack Daniel's Properties, Inc., hereby responds to Office Action No. 2 issued
November 23, 2003.

---

CERTIFICATE OF MAILING BY EXPRESS MAIL

"Express Mail" mailing label number: EL657413345US

I hereby certify that this correspondence is addressed to the BOX RESPONSES – No Fee, Assistant Commissioner for Trademarks,
Arlington, VA 22202-3513, and is being deposited with the United States Postal Service "Express Mail Post Office to Addressee"
service on April 20, 2004.

Joanna Ogden Baggiolini

**04-22-2004**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #64

JDPI003052

JACK DANIEL'S & Design (Black Label 2001)
Serial No. 76/246380
Examining Atty: Barbara Loughran
Law Office 113
Page 2


Improper Specimen of Use for Goods

Examiner states that the statement of use is unacceptable because the mark depicted in the drawing does not match the mark depicted on the specimen.  Further to the telephone conversation of April 8, 2004 with Amelia Deller , the Examining Attorney agreed that the Applicant may amend the drawing page to conform with the specimen submitted with the statement of use so long as no material alteration to the drawing page is made.  Accordingly, Applicant submits herewith a substitute drawing page that agrees with the specimen submitted with the statement of use filed on October 10, 2003.  Applicant submits that the amended drawing does not constitute a material alteration of the mark 37 C.F.R. §2.72(b).

It is submitted that the present application is now complete and in condition for registration, and such favorable action is hereby requested.

<div style="margin-left: 40%;">
Respectfully submitted,

David S. Gooder
Vice-President and Chief Operating Officer
Jack Daniel's Properties, Inc.
4040 Civic Center Drive, Suite 528
San Rafael, CA 94903
(415) 446-5225
</div>

JDPI003053

AMENDED DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
                      San Rafael, California 94903

Date of First Use of the Mark:  July 31, 2003

Date of First Use in Commerce:  July 31, 2003

Goods:  Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals (in International Class 21)



# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 76/246380

**APPLICANT**:                     Jack Daniel's Properties, Inc.

**CORRESPONDENT ADDRESS**:
                   DAVID S. GOODER
                   JACK DANIEL'S PROPERTIES, INC.
                   4040 CIVIC CENTER DRIVE
                   SUITE 528
                   SAN RAFAEL, CALIFORNIA 94903

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom113@uspto.gov**

**MARK**:       JACK DANIEL'S OLD TIME OLD NO.7 BRAND QU ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :  8800

**CORRESPONDENT EMAIL ADDRESS**:

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
   4. Your telephone number and e-
   mail address.

# OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE**.

Serial Number  76/246380

The assigned examining attorney has reviewed the statement of use filed on October 10, 2003, 2003 and has determined the following.

## Specimen Does Not Establish that Published Mark Actually Functions as a Source Indicating Trademark

The Examining Attorney refuses registration because the record fails to establish that the proposed mark actually functions in commerce as a source indicating trademark.  Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127.  The record does not establish that the proposed mark, as shown in the published drawing of record, identifies and distinguishes the goods of the applicant from those of others so as to indicate the source of the identified goods.  *In Re Remington Products Inc*., 3 USPQ2d 1714 (TTAB 1987).  TMEP §§1202 *et seq*.

Please note that this finding is based on the fact that the mark shown to be in actual use as established by the specimen submitted with the statement of use is not the same mark as that shown in the published drawing of the mark.  That is,  the mark is depicted in the drawing as the words JACK DANIEL'S appearing above the words "OLD TIME".  Beneath these literal elements there appear the terms OLD NO. 7 BRAND, with an oval and scroll design appearing around the words "OLD NO. 7 BRAND".  Beneath this element appear the terms QUALITY, TENNESSEE, SOUR MASH, and WHISKEY, each on

JDPI003055

a separate line.  All of the wording and designs are enclosed within a larger, unifying rectangular shaped scroll design.  In contrast, the mark shown in the specimen now of record does not include the words OLD TIME, QUALITY, or SOUR MASH as shown in the published drawing. As such, actual trademark use of the ***mark shown in the published drawing*** has not been established.

The applicant cannot amend the drawing to conform to the display on the specimen because the character of the mark would be materially altered by the deletion of the non-generic terms OLD TIME. 37 C.F.R. §2.72(b); TMEP §§807.14, 807.14(a) and 807.14(a)(i).  Instead, the applicant must submit a specimen showing actual use of the mark as  presented in the drawing, as it is used in commerce. 37 C.F.R. §§2.56 and 2.88(b)(2). Examples of acceptable specimens are tags, labels, instruction manuals, containers, and photographs that show the mark on the goods or packaging.  TMEP §§904.04 *et seq*.  The applicant must verify, with an affidavit or a declaration under 37 C.F.R. §2.20, that the substitute specimen was in use in commerce prior to the expiration of the time allowed to the applicant for filing a statement of use. 37 C.F.R. §2.59(b); TMEP §§904.09 and 1109.09(b).

If an amendment of the dates-of-use clause is necessary in order to state the correct dates of first use, the applicant must verify the amendment with an affidavit or a declaration in accordance with 37 C.F.R. §2.20.  37 C.F.R. §2.71(c); TMEP §§903.05 and 1109.09(a).

Pending an adequate response to the above, the examining attorney refuses registration under Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127, because the record does not show use of the proposed mark as a trademark.


/Barbara Loughran/
Trademark Examining Attorney
Law Office 113
(703) 308-9113  ext 208


**How to respond to this Office Action:**

To respond formally using the Office's  Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's  Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's  web site at **http://www.uspto.gov/main/trademarks.htm**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE**

**ASSIGNED EXAMINING ATTORNEY.**

JDPI003057



Trademark

NEW CASE DELIVERED

AUG 1 6 2001

**76246380**

**TRADEMARK**

76246380

LAW OFFICE 111

NEW CASE DELIVERED

JUL 1 9 2001

LAW OFFICE 105

NEW CASE DELIVERED

AUG 31 **PROSECUTION HISTORY**

NEW CASE DELIVERED

AUG 17 2001

LAW OFFICE 101

LAW OFFICE 105

| | Date | Initials |
|---|---|---|
| 1. | OCT - 2 2001 | ND |
| 2. | MAY 2 9 2002 | |
| 3. | | |
| 4. NOP | | |
| 5. 09/03/02 | | |
| 6. | | |
| 7. | | |
| 8. NOA 11/26/02 | | |
| 9. | EXT REQ FILED 11-13 | 10 |
| 10. | EXT REQ GRANTED 6-03 | 00 |
| 11. | SOU FILED   OCT 10 2003 | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

☐ See inside of file for additional entries.

JDPI003058



Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged (Signature) |
| | | | | |
| | | | | |
| | | | | Cancelled - Section 8 (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Expired - Section 9 (Date) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 722024 |
| | | | | |
| | | | | |

JDPI003059



Trademark

U.S. DEPARTMENT OF COMMERCE

JACK DANIELS

PRINCIPAL

LAW OFFICE 161

PUBLISHED
09/03/02

NOA

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

Abandoned

(Date)

JDPI003060

**SPECIMEN**

**Internet Transmission Date:**
10/10/2003

**Serial Number:**
76246380

**International Class:**
021





**SPECIMEN**

**Internet Transmission Date:**
10/10/2003

**International Class:**
021

**Serial Number:**
76246380







JDPI003063

11/02

# FEE RECORD SHEET

Serial Number: 76246380

RAM Sale Number: 755

Total Fees:     $100

RAM Accounting Date: 20031010

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 10/10/2003 | $100 | 1 | $100 |

JDPI003064

PTO Form 1553 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

# Statement of Use Filing

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized or with design) |
| OWNER | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| ATTORNEY | |
| ???????NAME | David S. Gooder |
| ???????FIRM NAME | Jack Daniel's Properties, Inc. |
| ???????STREET | 4040 Civic Center Drive, Suite 528 |
| ???????CITY | San Rafael |
| ???????STATE | CA |
| ???????ZIP/POSTAL CODE | 94903 |
| ???????COUNTRY | USA |
| ???????PHONE | 415 446 5225 |
| ???????FAX | 415 446 5230 |
| ???????EMAIL | david_gooder@jdpi.com |
| ???????AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ???????DOCKET NUMBER | 8800 |

file://C:\TEAS\20031010130420865033-76246380.htm                              10/14/03

JDPI003065

Statement of Use Filing    Page 2 of 3

| | |
|---|---|
| ???????OTHER APPOINTED ATTORNEY | Christopher C. Larkin |
| SERIAL NUMBER | 76246380 |
| LAW OFFICE ASSIGNED | LAW OFFICE 113 |
| NOTICE OF ALLOWANCE | YES |
| EXTENSION OF USE | NO |
| GOODS AND/OR SERVICES | |
| ??????? KEEP EXISTING GOODS AND/OR SERVICES | YES |
| ???????INTERNATIONAL CLASS | 021 |
| ???????FIRST USE ANYWHERE DATE | 07/31/2003 |
| ???????FIRST USE IN COMMERCE DATE | 07/31/2003 |
| ???????SPECIMEN?FILE NAME(S) | 1215410033-10125949158-M_Cornell_Flask_Black_Label_2.jpg |
| ???????SPECIMEN DESSCRIPTION | Digital photograph of a flask which is made by one of our licensees and clearly shows the mark. |
| SIGNATURE INFORMATION | ? |
| ??????? SIGNATURE | /David S. Gooder/ |
| ??????? SIGNATURE DATE | 10/10/2003 |
| ???????SIGNATORY NAME | David S. Gooder |
| ???????SIGNATORY POSITION | Chief Trademark Counsel |
| PAYMENTS | ??????? |
| ???????NUMBER OF CLASSES | 1 |
| ???????SUBTOTAL AMOUNT | 100 |
| ???????TOTAL AMOUNT | 100 |
| ???????RAM SALE NUMBER | 755 |
| ???????RAM ACCOUNTING DATE | 20031010 |

file://C:\TEAS\20031010130420865033-76246380.htm    10/14/03

JDPI003066

Statement of Use Filing ●                                    ● Page 3 of 3

PTO Form 1553 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:**?JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized or with design)
**SERIAL NUMBER:**?76246380

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Jack Daniel's Properties, Inc., residing at 4040 Civic Center Drive Suite 528, San Rafael, CA US 94903, is using or is using through a related company the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 021 all goods and/or services as listed in the Notice of Allowance.
The mark was first used at least as early as 07/31/2003, and first used in commerce at least as early as 07/31/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photograph of a flask which is made by one of our licensees and clearly shows the mark.
Specimen-1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /David S. Gooder/ Date: 10/10/2003
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Go Back

file://C:\TEAS\20031010130420865033-76246380.htm                              10/14/03

JDPI003067

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Statement of Use Filing

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246380 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design) |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/76246380.gif |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 8800 |
| OTHER APPOINTED ATTORNEY | Christopher C. Larkin |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 021 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| FIRST USE ANYWHERE DATE | 07/31/2003 |
| FIRST USE IN COMMERCE DATE | 07/31/2003 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT7\IMAGEOUT7\762\463\76246380\xml1\SO U0002.JPG |
| SPECIMEN DESCRIPTION | Digital photograph of a flask which is made by one of our licensees and clearly shows the mark. |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 10/10/2003 |
| SIGNATORY POSITION | Chief Trademark Counsel |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Fri Oct 10 13:04:20 EDT 2003 |
| TEAS STAMP | USPTO/SOU-172.30.230.5-20 031010130420865033-762463 80-200c41e54109f7643503b1 d6db2af57f6e8-RAM-755-200 31010130154767221 |

PTO Form 1553 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design)
**SERIAL NUMBER:** 76246380

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, Jack Daniel's Properties, Inc., residing at 4040 Civic Center Drive Suite 528, San Rafael, CA US 94903, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class: 021, the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance.
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 07/31/2003, and first used in commerce at least as early as 07/31/2003, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Digital photograph of a flask which is made by one of our licensees and clearly shows the mark..
Specimen-1

The applicant hereby appoints David S. Gooder and Christopher C. Larkin of  Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, CA USA 94903 to submit this Statement of Use Filing on behalf of the applicant. The attorney docket/reference number is 8800.

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.


## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

JDPI003070

Signature: /David S. Gooder/     Date: 10/10/2003
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Mailing Address:
  Jack Daniel's Properties, Inc.
  4040 Civic Center Drive, Suite 528
  San Rafael, CA 94903

RAM Sale Number: 755
RAM Accounting Date: 10/10/2003

Serial Number: 76246380
Internet Transmission Date: Fri Oct 10 13:04:20 EDT 2003
TEAS Stamp: USPTO/SOU-172.30.230.5-20031010130420865
033-76246380-200c41e54109f7643503b1d6db2
af57f6e8-RAM-755-20031010130154767221

JDPI003071



JDPI003072

**FEE RECORD SHEET**

**Serial Number:** 76246380

**RAM Sale Number:  755**

**Total Fees:**    $100

**RAM Accounting Date:  20031010**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 10/10/2003 | $100 | 1 | $100 |

JDPI003073

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized or with design) |
| OWNER | |
| NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | US |
| ATTORNEY | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 8800 |
| OTHER APPOINTED ATTORNEY(S) | Christopher C. Larkin |
| SERIAL NUMBER | 76246380 |
| LAW OFFICE ASSIGNED | TMO Law Office 113 |
| GOODS AND/OR SERVICES | |

*(handwritten: EXT REQ GRANTED 6/7)*

JDPI003074

| | |
|---|---|
| INTERNATIONAL CLASS | 021 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| EXTENSION DEFINITION | |
| EXTENSION NUMBER | 1 |
| ALLOWANCE MAIL DATE | 20021126 |
| STATEMENT OF USE | NO |
| SIGNATURE INFORMATION | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATURE DATE | 05/13/2003 |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY POSITION | Chief Trademark Counsel |
| PAYMENTS | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| RAM SALE NUMBER | 35 |
| RAM ACCOUNTING DATE | 20030514 |

JDPI003075

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

## Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY
(stylized or with design)
**SERIAL NUMBER:** 76246380

The applicant, Jack Daniel's Properties, Inc., residing at 4040 Civic Center Drive Suite 528, San Rafael, CA US 94903,
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.
The Notice of Allowance mailing date was 11/26/2002.

For International Class 021, the applicant has a bona fide intention to use the mark in commerce on or in connection
with all of the goods and/or services listed in the Notice of Allowance.

This is the first extension request.

A fee payment in the amount of $150 will be submitted with the form, representing payment for 1 class.

## Declaration

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment,
or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of
this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all
statements made of his/her own knowledge are true and that all statements made on information and belief are believed
to be true.

Signature: /David S. Gooder/ Date: 05/13/2003
Signatory's Name: David S. Gooder
Signatory's Position: Chief Trademark Counsel

Go Back

JDPI003076

11/26/02

# FEE RECORD SHEET

Serial Number: 76246380

RAM Sale Number: 35

Total Fees:    $150

RAM Accounting Date: 20030514

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030514 | $150 | 1 | $150 |

JDPI003077

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Extension Statement of Use Filing

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76246380 |
| **LAW OFFICE ASSIGNED** | TMO Law Office 113 |
| **MARK SECTION** | |
| MARK | JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY (stylized and/or with design) |
| DESIGN MARK FILE NAME(S) | http://tess2.uspto.gov/we baka/images/76246380.gif |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | David S. Gooder |
| FIRM NAME | Jack Daniel's Properties, Inc. |
| STREET | 4040 Civic Center Drive, Suite 528 |
| CITY | San Rafael |
| STATE | CA |
| ZIP/POSTAL CODE | 94903 |
| COUNTRY | USA |
| PHONE | 415 446 5225 |
| FAX | 415 446 5230 |
| EMAIL | david_gooder@jdpi.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 8800 |
| OTHER APPOINTED ATTORNEY | Christopher C. Larkin |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 021 |

JDPI003078

| KEEP EXISTING GOODS AND/OR SERVICES | YES |
|---|---|
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 1 |
| ALLOWANCE MAIL DATE | 11/26/2002 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT | 150 |
| TOTAL AMOUNT | 150 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /David S. Gooder/ |
| SIGNATORY NAME | David S. Gooder |
| SIGNATORY DATE | 05/13/2003 |
| SIGNATORY POSITION | Chief Trademark Counsel |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue May 13 15:02:02 EDT 2003 |
| TEAS STAMP | USPTO/ESU-172.30.228.74-2 0030513150202036132-76246 380-20045de327f26bcfe0d5b 2ba5ae4bcf2DA35-200305131 45448297267 |

JDPI003079

PTO Form 1581 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Extension for Filing a Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

JDPI003080

**FEE RECORD SHEET**

**Serial Number:**  76246380

**RAM Sale Number:  35**

**Total Fees:**  $150

**RAM Accounting Date:  20030514**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20030514 | $150 | 1 | $150 |

JDPI003081



**U.S. Patent and Trademark Office (PTO)**

# NOTICE OF ALLOWANCE

(NOTE: If any data on this notice is incorrect, please submit a written request for correction of the NOA to: Assistant Commissioner for Trademarks, Box ITU, 2900 Crystal Drive, Arlington, VA 22202-3513. Please include the serial number of your application on ALL correspondence with the PTO. 15 U.S.C. 1063(b)(2))

**ISSUE DATE OF NOA:** Nov 26, 2002

```
        DAVID S. GOODER                          ATTORNEY
        JACK DANIEL'S PROPERTIES, INC.       REFERENCE NUMBER
        4040 CIVIC CENTER DRIVE                   8800
        SUITE 528
        SAN RAFAEL, CALIFORNIA 94903
```

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

To avoid ABANDONMENT of this application, either a "Statement of Use" (a.k.a. "Allegation of Use") or a "Request for Extension of Time to File a Statement of Use" (a.k.a. "Extension Request") and the appropriate fee(s) must be received in the PTO within six months of the issue date of this Notice Of Allowance (NOA) for those goods and/or services based on intent to use. Failure to do so will result in the ABANDONMENT of this application.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements, including fees. These requirements are explained in the PTO booklet "Basic Facts About Trademarks", which can be obtained upon request at (703)308-9000. In addition, there are printed forms contained in this booklet (for "Statements of Use" and "Extension Requests") for your use.

### The following information should be reviewed for accuracy:

```
SERIAL NUMBER: 76/246380
MARK:        JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY
             (AND DESIGN)
OWNER:       Jack Daniel's Properties, Inc.
             4040 Civic Center Drive
             Suite 528
             San Rafael, CALIFORNIA  94903
```

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO      Section 1(b): YES     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

021—Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food containers and thermal insulated containers for food or beverages, glassware for beverages, and serving trays of non-precious metals

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

JDPI003082

# TRADEMARK EXAMINATION WORKSHEET

☐ AMENDMENT STAGE          ☐ NO CHANGE          ☑ PUBLICATION/REGISTRATION STAGE

Name:__REGINA ENNIS___    L.O.___101___    Date _6/19/08_    Serial No. _246380___

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☐ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 16 | |
| **Mark Data** | | ☑ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☑ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☐ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

___REGINA ENNIS___
LIE

6/19/08
DATE

Other:_____
_____
_____

JDPI003083

# TRADEMARK EXAMINATION WORKSHEET

☑ AMENDMENT STAGE     ☐ NO CHANGE     ☐ PUBLICATION/REGISTRATION STAGE

Name: **REGINA ENNIS**     L.O. **101**     Date 5/24/00     Serial No. 246380

INSTRUCTIONS: Place a check mark in the appropriate column and/or box to indicate which data elements have been amended/coded.

## Legal Instrument Examiner (LIE)

| | Amended | Data Element | |
|---|---|---|---|
| **Class Data** | | ☐ Prime/International Class | ☑ Goods and Services |
| | | ☐ First Use Date | ☐ First Use in Commerce Date |
| | | ☐ In Another Form | ☐ Certification |
| | | ☐ 1b | |
| **Mark Data** | | ☐ Word Mark | ☐ Pseudo Mark |
| | | ☐ Mark Drawing Code | ☐ Design Search Code |
| | | ☐ Scan Sub Drawing | |
| **Misc. Mark Data** | | ☐ Mark Description | ☑ Disclaimer |
| | | ☐ Lining/Stippling | ☐ Name/Portrait/Consent |
| | | ☐ Translation | |
| **Section 2(f)** | | ☐ Section 2(f) Entire Mark | |
| | | ☐ Section 2(f) Limitation Statement | ☐ Section 2(f) in Part |
| | | ☐ Amended Register | ☐ Amended Register Date |
| **Foreign Reg. Data** | | ☐ Foreign Country | ☐ 44(d) |
| | | ☐ Foreign Application Number | ☐ Foreign Application Filing Date |
| | | ☐ Foreign Registration Number | ☐ Foreign Registration Date |
| | | ☐ Foreign Registration Expiration Date | ☐ Foreign Renewal Reg. Number |
| | | ☐ Foreign Reg. Renewal Expiration Date | ☐ Foreign Renewal Reg. Date |
| **Owner Data** | | ☐ Owner Name | ☐ DBA/AKA/TA |
| | | ☐ Address 1 | ☐ Address 2 |
| | | ☐ City | ☐ State |
| | | ☐ Zip Code | |
| | | ☐ Citizenship | ☐ Entity |
| | | ☐ Entity Statement | ☐ Composed of |
| | | ☐ Assignment(s)/Name Change | |
| **Amd/Corr Restr.** | | ☐ Concurrent Use | |
| **Prior U.S. Reg.** | | ☐ Prior Registration | |
| **Correspondence** | | ☐ Attorney | ☐ Domestic Representative |
| | | ☐ Attorney Docket Number | |
| | | ☐ Correspondence Firm Name/Address | |

I certify that all corrections have been entered in accordance with text editing guidelines.

**REGINA ENNIS**
LIE                                          5/24/00
                                             DATE

Other: _____

_____

_____

JDPI003084

**Perry, Jackie**

**From:**     Amelia_Deller@JDPI.com
**Sent:**     Monday, March 18, 2002 8:43 PM
**To:**       ecom101@uspto.gov
**Subject:**  SN 76/246,380

Applicant:  Jack Daniel's Properties, Inc.
Serial No.:  76/246,380
Law Office: 101
Atty:  Barbara A. Loughran
Action No. 1
Dated:  10/2/01

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Response to Office Action No. 1
Submitted:  March 18, 2002


Dear Sir:

Applicant, Jack Daniel's Properties, Inc., hereby responds to Office Action
No. 1, issued October 2, 2001.

Amendment to Identification of Goods

Please amend "food and beverage containers"  to read:

"food containers and thermal insulated containers for food or beverages in
International Class 21"

Please amend "metal serving trays and serving trays of non-precious metals"
to read:

"serving trays of non-precious metals, in International Class 21".

Disclaimer

Applicant requests that the following disclaimer be entered into the
application"

"No claim is made to the exclusive right to use the term BRAND, apart from
the mark as shown."

Remarks

We submit that the present application is now complete and in condition for
publication and registration, and hereby request such action.


Certificate of Transmission

I hereby certify that this correspondence is being transmitted by
electronic mail to the United States Patent and Trademark Office on the
date shown below.

David S. Gooder
Vice President
/David S. Gooder/
March 18, 2002

1

JDPI003085

## UNITED STATES DEPARTMENT OF COMMERCE
### Patent and Trademark Office

| | | PAPER NO. |
|---|---|---|
| **SERIAL NO.** 76/246380 | **APPLICANT** Jack Daniel's Properties, Inc. | |
| **MARK** JACK DANIEL'S AND DESIGN | | **ADDRESS:** |
| **ADDRESS** DAVID S. GOODER JACK DANIEL'S PROPERTIES, INC. 4040 CIVIC CENTER DRIVE SUITE 528 SAN RAFAEL, CALIFORNIA 94903 | **ACTION NO.** 01 **MAILING DATE** 10/02/01 **REF. NO.** | Assistant Commissioner for Trademarks 2900 Crystal Drive Arlington, VA 22202-3513 If no fees are enclosed, the address should include the words "Box Responses - No Fee." |
| **FORM PTO-1525 (5-90)** | **U.S. DEPT. OF COMM. PAT. & TM OFFICE** 8800 | Please provide in all correspondence: 1. Filing Date, serial number, mark and Applicant's name. 2. Mailing date of this Office action. 3. Examining Attorney's name and Law Office number. 4. Your telephone number and ZIP code. |

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 76/246380

The assigned examining attorney has reviewed the referenced application and determined the following.

### Amendment to Identification of Goods is Required

The items "food and beverage containers" and "metal serving trays and serving trays of non-precious metals" in the identification of goods are unacceptable as indefinite. Amendment to the identification of goods is required. TMEP section 804.

The wording "food and beverage containers" may be amended to FOOD CONTAINERS AND THERMAL INSULTAED CONTAINERS FOR FOOD OR BEVERAGES in International Class 21.

The wording "metal serving trays and serving trays of non-precious metals" may be amended to simply state SERVING TRAYS OF NON-PRECIOUS METALS in International Class 21.

JDPI003086

76/246380    -2-

The applicant is advised that the Trademark Office Manual of Acceptable Identifications of Goods and Services, which includes the correct classifications of the listed goods and services, may be found online at http://www.uspto.gov. The applicant may find this resource to be quite useful in framing an amended and acceptable identification of goods/services in this matter. Parentheses and brackets *should not* be included in the actual identification of goods or recitation of services adopted by the applicant.

Please also note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(b); TMEP section 804.09. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

**Multiple Class Application Requirements**

If the applicant prosecutes this application as a combined, or multiple-class, application, the applicant must comply with each of the following.

> (1) The applicant must list the goods by international class with the classes listed in ascending numerical order. TMEP section 1113.01.

> (2) The applicant must submit a filing fee for each international class of goods not covered by the fee already paid. 37 C.F.R. Sections 2.6(a)(1) and 2.86(b); TMEP sections 810.01 and 1113.01. The fee for filing a trademark application is $325 for each class.

**Disclaimer of BRAND is Required**

The applicant must insert a disclaimer of the non-distinctive term BRAND, apart from the mark as a whole. Trademark Act Section 6, 15 U.S.C. Section 1056; TMEP section 1213. A properly worded disclaimer should read as follows:  **No claim is made to the exclusive right to use the term BRAND, apart from the mark as shown.**

**Search Results**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

**Telephone Response Encouraged**

PLEASE NOTE: These issues may be resolved by telephone. The applicant may telephone the examining attorney, instead of submitting a written response, to expedite the application.

*Barbara Loughran*

Barbara A. Loughran
Trademark Examining Attorney
Law Office 101
(703) 308-9101 ext. 176

JDPI003087

76/246380                              -3-

Effective January 10, 2000, the following trademark filing fees increased:

| 37 C.F.R Section | Description of Paper Filed | Old Fee Amount | New Fee Amount (effective 1/10/2000) |
|---|---|---|---|
| 2.6(a)(1) | Application for Registration, per class | $245 | $325 |
| 2.6(a)(4) | Request for Extension of time for filing Statement of Use, per class | $100 | $150 |
| 2.6(a)(5) | Application for Renewal, per class | $300 | $400 |
| 2.6(a)(13) | Filing Section 15 Affidavit, per class | $100 | $200 |
| 2.6(a)(16) | Petition for Cancellation, per class | $200 | $300 |
| 2.6(a)(17) | Notice of Opposition, per class | $200 | $300 |

See notices at 64 FR 67774 (Dec. 3, 1999) and 1229 TMOG 12 (Dec. 7, 1999).

JDPI003088

```
*** User: bloughran  ***

  #     Total    Dead    Live    Live    Status/  Search
        Marks    Marks   Viewed  Viewed  Search
                         Docs    Images  Duration

 01        1       1       0       0      0:01    "jack daniel's" [ON]

 02       95       6      89      89      0:01    "jack daniel s" [ON]

 03     2192     N/A       0       0      0:01    250125 [dc]

 04      647     N/A       0       0      0:04    3 and 021 [cc]

 05     3989     N/A       0       0      0:05    260302 [dc]  and 021 [cc]

 06       28      10      18      18      0:01    4 and 5

 07        0       0       0       0      0:01    *ja{"ck"}*[BI,TI] and
                                                  *dan{"iey"}l*[BI,TI]

 08       74     N/A       0       0      0:01    *ja{"ck"}*[BI,TI] and
                                                  *dan{"iey"}*[BI,TI]

 09       25       8      17      17      0:01    8 not 2

 10        3       0       3       3      0:02    2 and 021 [ic]

 11       81      48      33      33      0:08    (*old*[BI,TI] and
                                                  *t{"iy"}m*[BI,TI]) and 021 [cc]

 12      138     N/A       0       0      0:02    (*no*[BI,TI] or
                                                  *numb{v}r*[BI,TI]) and
                                                  (*sev{v}n*[BI,TI] or "7"
                                                  [BI,TI])

 13       37      20      17      17      0:04    12 and 021 [cc]

 14     1919     N/A       0       0      0:01    *tenn*[BI,TI]

 15     9617     N/A       0       0      0:01    *sour*[BI,TI]

 16      564     N/A       0       0      0:01    *mash*[BI,TI]

 17      407     N/A       0       0      0:01    *whisk{"iey"}*[BI,TI]

 18    12385     N/A       0       0      0:01    (14 or 15 or 16 or 17) not 2

 19     5419     N/A       0       0      0:05    18 and 021 [cc]

 20      124      47      77      77      0:02    18 and 021 [ic]

 21       26       0       1       1      0:01    (15 and 16) and (14 or 17)

 22        4       0       4       4      0:01    21 not 2


Session started  9/23/01 4:31:41 PM
Session finished 9/23/01 4:53:24 PM
```

JDPI003089

```
Total search duration 0:46 minutes
Session Duration 21:43 minutes

Default NEAR limit= 1 ADJ limit= 1
```

JDPI003090

*** User: bloughran   *** Serial Number: 76034943   *** 9/23/01 4:38:28 PM **



Mark
     JACK DANIEL'S OLD NO. 7 BRAND

Goods and Services
     IC 021.  US 002 013 023 029 030 033 040 050.  G & S: ceramic mugs,
     ceramic pitchers, ceramic jugs, wood coasters, cork coasters, swizzle
     sticks; bowls; glass beveragewear; plastic cups; drinking flasks; sponges
     for household purposes; non-metal decorative boxes; containers for food;
     thermal insulated containers for food or beverages; and serving trays not
     of precious metal

Mark Drawing Code
     (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

Design Code
     200310 260302 260307

Serial Number
     76034943

Filing Date
     April 25, 2000

Filed ITU
     FILED AS ITU

Publication for Opposition Date
     April 17, 2001

Owner Name and Address
     (APPLICANT) Jack Daniel's Properties, Inc. CORPORATION DELAWARE 4040
     Civic Center Drive, Suite 528 San Rafael CALIFORNIA 94903

Prior Registration(s)
     0394017;1266561;1290702;AND OTHERS

Disclaimer Statement
     NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND" APART FROM THE
     MARK AS SHOWN

.*** Search: 10 *** Document Number: 2 ***                         (cont)

JDPI003091

```
*** User: bloughran    *** Serial Number: 76034943 ***
```

Type of Mark
        TRADEMARK

Register
        PRINCIPAL

Other Data
        The name "JACK DANIEL'S" in the mark is not the name of a living
        individual.

Live Dead Indicator
        LIVE

Attorney of Record
        David S. Gooder

```
*** Search: 10 *** Document Number: 2 ***
```

JDPI003092

*** User: bloughran   ***  Serial Number: 76034621  ***  9/23/01 4:38:35 PM  **





Mark
     JACK DANIEL'S OLD TIME OLD NO.7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY

Pseudo Mark
     JACK DANIELS OLD TIME OLD NO 7 BRAND QUALITY TENNESSEE SOUR MASH WHISKEY

Goods and Services
     IC  021.  US 002 013 023 029 030 033 040 050.  G & S: ceramic mugs,
     ceramic pitchers, ceramic jugs, wood coasters, cork coasters, swizzle
     sticks; bowls; glass beveragewear; plastic cups; drinking flasks; sponges
     for household purposes; non-metal decorative boxes; containers for food;
     thermal insulated containers for food or beverages; and serving trays not
     of precious metal

Mark Drawing Code
     (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

Design Code
     200310

Serial Number
     76034621

Filing Date
     April 25, 2000

Filed ITU
     FILED AS ITU

Publication for Opposition Date
     April 17, 2001

Owner Name and Address

*** Search: 10 *** Document Number: 3 ***                    (cont)

JDPI003093

```
*** User: bloughran   *** Serial Number: 76034621 ***

     (APPLICANT) Jack Daniel's Properties, Inc. CORPORATION DELAWARE 4040
     Civic Center Drive Suite 528 San Rafael CALIFORNIA 94903

Prior Registration(s)
     0394017;1266561;1290702;AND OTHERS

Disclaimer Statement
     NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BRAND" APART FROM THE
     MARK AS SHOWN

Type of Mark
     TRADEMARK

Register
     PRINCIPAL

Other Data
     The name "JACK DANIEL'S" in the mark is not the name of a living
     individual.

Live Dead Indicator
     LIVE

Attorney of Record
     David S. Gooder
```

```
*** Search: 10 *** Document Number: 3 ***
```

JDPI003094

```
***  User: bloughran  ***  Serial Number: 73349751  ***  9/23/01 4:36:20 PM  **
```

[Typed Drawing]

Mark
        JACK DANIEL'S

Pseudo Mark
        JACK DANIELS

Goods and Services
        IC  006.  US 002 013.  G & S: Keyrings and Metal Boxes.  FIRST USE:
        19750000.  FIRST USE IN COMMERCE: 19750000

        IC  028.  US 022.  G & S: Poker Chips, Golf Balls, and Golf Ball
        Markers.  FIRST USE: 19760000.  FIRST USE IN COMMERCE: 19760000

        IC  027.  US 042.  G & S: Rugs.  FIRST USE: 19760000.  FIRST USE IN
        COMMERCE: 19760000

        IC  026.  US 040.  G & S: Belt Buckles.  FIRST USE: 19750000. FIRST USE
        IN COMMERCE: 19750000

        IC  024.  US 042 050.  G & S: Pennants and Towels.  FIRST USE: 19750000.
        FIRST USE IN COMMERCE: 19750000

        IC  021.  US 002 029 033.  G & S: Serving Trays, Drinking Glasses, Jugs,
        Decanters, Flasks, Cups, Sponges, Pitchers, and Coasters.  FIRST USE:
        19710000.  FIRST USE IN COMMERCE: 19710000

        IC  020.  US 032.  G & S: Mirrors and Wooden Chests.  FIRST USE:
        19760000.  FIRST USE IN COMMERCE: 19760000

        IC  018.  US 003.  G & S: Suit Bags for Travel and Duffel Bags. FIRST
        USE: 19810000.  FIRST USE IN COMMERCE: 19810000

        IC  016.  US 022.  G & S: Playing Cards.  FIRST USE: 19730000. FIRST USE
        IN COMMERCE: 19730000

        IC  014.  US 027.  G & S: Clocks, and Watches.  FIRST USE: 19710000.
        FIRST USE IN COMMERCE: 19710000

        IC  011.  US 021.  G & S: Electric Lamps.  FIRST USE: 19800000. FIRST
        USE IN COMMERCE: 19800000

        IC  009.  US 026.  G & S: Thermometers.  FIRST USE: 19750000. FIRST USE
        IN COMMERCE: 19750000

        IC  008.  US 023.  G & S: Pocket Knives.  FIRST USE: 19800000. FIRST USE
        IN COMMERCE: 19800000

        IC  034.  US 008 009.  G & S: Matchsafes Not Made of Precious Metals,
        Matches, and Lighters.  FIRST USE: 19750000.  FIRST USE IN COMMERCE:
        19750000

Mark Drawing Code
        (1) TYPED DRAWING

Serial Number

*** Search: 9 *** Document Number: 17 ***                        (cont)

JDPI003095

```
***  User: bloughran   ***  Serial Number: 73349751  ***  9/23/01 4:36:20 PM  **
```
                              [Typed Drawing]

Mark
      JACK DANIEL'S

Pseudo Mark
      JACK DANIELS

Goods and Services
      IC  006.  US 002 013.  G & S: Keyrings and Metal Boxes.  FIRST USE:
      19750000.  FIRST USE IN COMMERCE: 19750000

      IC  028.  US 022.  G & S: Poker Chips, Golf Balls, and Golf Ball
      Markers.  FIRST USE: 19760000.  FIRST USE IN COMMERCE: 19760000

      IC  027.  US 042.  G & S: Rugs.  FIRST USE: 19760000.  FIRST USE IN
      COMMERCE: 19760000

      IC  026.  US 040.  G & S: Belt Buckles.  FIRST USE: 19750000. FIRST USE
      IN COMMERCE: 19750000

      IC  024.  US 042 050.  G & S: Pennants and Towels.  FIRST USE: 19750000.
      FIRST USE IN COMMERCE: 19750000

      IC  021.  US 002 029 033.  G & S: Serving Trays, Drinking Glasses, Jugs,
      Decanters, Flasks, Cups, Sponges, Pitchers, and Coasters.  FIRST USE:
      19710000.  FIRST USE IN COMMERCE: 19710000

      IC  020.  US 032.  G & S: Mirrors and Wooden Chests.  FIRST USE:
      19760000.  FIRST USE IN COMMERCE: 19760000

      IC  018.  US 003.  G & S: Suit Bags for Travel and Duffel Bags. FIRST
      USE: 19810000.  FIRST USE IN COMMERCE: 19810000

      IC  016.  US 022.  G & S: Playing Cards.  FIRST USE: 19730000. FIRST USE
      IN COMMERCE: 19730000

      IC  014.  US 027.  G & S: Clocks, and Watches.  FIRST USE: 19710000.
      FIRST USE IN COMMERCE: 19710000

      IC  011.  US 021.  G & S: Electric Lamps.  FIRST USE: 19800000. FIRST
      USE IN COMMERCE: 19800000

      IC  009.  US 026.  G & S: Thermometers.  FIRST USE: 19750000. FIRST USE
      IN COMMERCE: 19750000

      IC  008.  US 023.  G & S: Pocket Knives.  FIRST USE: 19800000. FIRST USE
      IN COMMERCE: 19800000

      IC  034.  US 008 009.  G & S: Matchsafes Not Made of Precious Metals,
      Matches, and Lighters.  FIRST USE: 19750000.  FIRST USE IN COMMERCE:
      19750000

Mark Drawing Code
      (1) TYPED DRAWING

Serial Number

*** Search: 9 *** Document Number: 17 ***                        (cont)

JDPI003096

*** User: bloughran    *** Serial Number: 73349751 ***

      73349751

Filing Date
      February 10, 1982

Publication for Opposition Date
      May 29, 1984

Registration Number
      1290702

Registration Date
      August 21, 1984

Owner Name and Address
      (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION
      KENTUCKY LYNCHBURG TENNESSEE 37352

Assignment Recorded
      ASSIGNMENT RECORDED

Prior Registration(s)
      0298102;0323914;0582789;AND OTHERS

Type of Mark
      TRADEMARK

Register
      PRINCIPAL

Affidavit Text
      SECT 15.  SECT 8 (6-YR).

Other Data
      The name "Jack Daniel's" is not the name of any particular living
      individual.

Live Dead Indicator
      LIVE

Attorney of Record
      JOHN M. ROMMEL

*** Search: 9 *** Document Number: 17 ***

JDPI003097

```
*** User: bloughran   *** Serial Number: 73349751 ***
          73349751

Filing Date
       February 10, 1982

Publication for Opposition Date
       May 29, 1984

Registration Number
       1290702

Registration Date
       August 21, 1984

Owner Name and Address
       (REGISTRANT) JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC. CORPORATION
       KENTUCKY LYNCHBURG TENNESSEE 37352

Assignment Recorded
       ASSIGNMENT RECORDED

Prior Registration(s)
       0298102;0323914;0582789;AND OTHERS

Type of Mark
       TRADEMARK

Register
       PRINCIPAL

Affidavit Text
       SECT 15.  SECT 8 (6-YR).

Other Data
       The name "Jack Daniel's" is not the name of any particular living
       individual.

Live Dead Indicator
       LIVE

Attorney of Record
       JOHN M. ROMMEL




*** Search: 9 *** Document Number: 17 ***
```

JDPI003098



04-25-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

## DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:  Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food and beverage containers, glassware for beverages, and metal serving trays and serving trays of non-precious metals (in International Class 21)



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412725US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to:  BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

3

**TRADEMARK**

76246380

**76246380**

TRADEMARK  APPLICATION  SERIAL  NO.

U.S. DEPARTMENT OF COMMERCE
PATENT  AND  TRADEMARK  OFFICE
FEE RECORD SHEET

04/30/2001 JHARLEY  00000176 76246380

01 FC:361                    325.00 OP

PTO-1555
    (5/87)

JDPI003100



April 25, 2001

<u>VIA EXPRESS MAIL</u>

BOX NEW APP
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:   Mark:        **JACK DANIEL'S & Design (Black Label 2001)**
      Applicant:   Jack Daniel's Properties, Inc.
      Class:       21
      Our Ref.:    8800
      <u>Subject:</u>     <u>Trademark Intent-to-Use Application</u>

Dear Sir:

Enclosed please find a trademark application for the above-referenced mark. Also enclosed you will find a check in the amount of $325. So that we may have a timely record of this filing, please date-stamp the enclosed stamped, self-addressed postcard and deposit it into the U.S. mail.

The Commissioner is hereby authorized to charge payment of any additional fees associated with this communication or credit any overpayment to Deposit Account No. 02-4065.

Please direct the Notice of Allowance or any questions regarding its issuance to my attention.

Sincerely,

David S. Gooder
Vice President and Chief Trademark Counsel

DSG/kcm
Enclosures

cc: Christopher C. Larkin, Esq. (w/encls.)

**J A C K   D A N I E L ' S   P R O P E R T I E S ,   I N C .**

4040 CIVIC CENTER DRIVE  •  SUITE 528  •  SAN RAFAEL, CALIFORNIA 94903
TELEPHONE: (415) 446-5225  •  FAX (415) 446-5230

JDPI003101

Mark: **JACK DANIEL'S & Design (Black Label 2001)**

Int'l Class:    21

INTENT TO USE TRADEMARK APPLICATION
PRINCIPAL REGISTER, WITH DECLARATION
(Corporation)

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Jack Daniel's Properties, Inc., a Delaware corporation
4040 Civic Center Drive, Suite 528
San Rafael, California 94903

The above-identified Applicant requests registration of the mark shown in the accompanying

drawing in the United States Patent and Trademark Office on the Principal Register established

by the Act of July 5, 1946 (15 U.S.C. 1051, et. seq., as amended) for the following goods:

> Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic
> pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork
> coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal,
> food and beverage containers, glassware for beverages, and metal serving trays
> and serving trays of non-precious metals (in International Class 21)

Applicant has a bona fide intention to use the mark in commerce on or in connection with the

above-identified goods.

Applicant intends to use the mark on or in connection with the goods by applying it to the goods,

to labels affixed to the goods, to packaging for the goods, to containers of the goods, to displays

associated with the goods, or in other ways customary in the trade.

Pursuant to 37 CFR 2.52 a(v), Applicant claims the color white on black shown in the mark as a

feature of the mark. The color black appears in the background and the color white appears in

the text and graphics in the mark as shown.

Applicant is the owner of U.S. Registration Nos. 582,789; 1,758,658; 1,923,981 and others.

The name JACK DANIEL'S in the mark is not the name of a living individual.

1

JDPI003102

## POWER OF ATTORNEY

Revoking all prior appointments, Applicant hereby appoints David S. Gooder, a member of the Bar of the State of California, and Applicant's Vice President and Chief Operating Officer, whose address is 4040 Civic Center Drive, Suite 528, San Rafael, California 94903 (415-446-5225) and Christopher C. Larkin, a member of the Bars of the State of New York and California, and practicing with the firm of Small Larkin, LLP, 10940 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024-3495 (310-209-4445) as its attorneys, with full power of substitution and revocation, to prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration. **Please address all communication and correspondence to David S. Gooder, Esq. at Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903.**

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this document on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he believes the Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form of the mark or in such near resemblance to the mark as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation

Date: April 25, 2001

David S. Gooder
Vice President and Chief Operating Officer

2

JDPI003103



**04-25-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

## DRAWING PAGE

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:  Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food and beverage containers, glassware for beverages, and metal serving trays and serving trays of non-precious metals (in International Class 21)



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412725US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to:  BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

3

**TRADEMARK**

76246380

JDPI003104

Mark:  **JACK DANIEL'S & Design (Black Label 2001)**

Int'l Class:     21

INTENT TO USE TRADEMARK APPLICATION
PRINCIPAL REGISTER, WITH DECLARATION
(Corporation)

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

Jack Daniel's Properties, Inc., a Delaware corporation
4040 Civic Center Drive, Suite 528
San Rafael, California 94903

The above-identified Applicant requests registration of the mark shown in the accompanying

drawing in the United States Patent and Trademark Office on the Principal Register established

by the Act of July 5, 1946 (15 U.S.C. 1051, et. seq., as amended) for the following goods:

Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic
pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork
coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal,
food and beverage containers, glassware for beverages, and metal serving trays
and serving trays of non-precious metals (in International Class 21)

Applicant has a bona fide intention to use the mark in commerce on or in connection with the

above-identified goods.

Applicant intends to use the mark on or in connection with the goods by applying it to the goods,

to labels affixed to the goods, to packaging for the goods, to containers of the goods, to displays

associated with the goods, or in other ways customary in the trade.

Pursuant to 37 CFR 2.52 a(v), Applicant claims the color white on black shown in the mark as a

feature of the mark.  The color black appears in the background and the color white appears in

the text and graphics in the mark as shown.

Applicant is the owner of U.S. Registration Nos. 582,789; 1,758,658; 1,923,981 and others.

The name JACK DANIEL'S in the mark is not the name of a living individual.

1

JDPI003105

## POWER OF ATTORNEY

Revoking all prior appointments, Applicant hereby appoints David S. Gooder, a member of the Bar of the State of California, and Applicant's Vice President and Chief Operating Officer, whose address is 4040 Civic Center Drive, Suite 528, San Rafael, California 94903 (415-446-5225) and Christopher C. Larkin, a member of the Bars of the State of New York and California, and practicing with the firm of Small Larkin, LLP, 10940 Wilshire Boulevard, 18th Floor, Los Angeles, California 90024-3495 (310-209-4445) as its attorneys, with full power of substitution and revocation, to prosecute this application, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration. **Please address all communication and correspondence to David S. Gooder, Esq. at Jack Daniel's Properties, Inc., 4040 Civic Center Drive, Suite 528, San Rafael, California 94903.**

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this document on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or if the application is being filed under 15 U.S.C. 1051(b), he believes the Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use such mark in commerce, either in the identical form of the mark or in such near resemblance to the mark as to be likely, when used on or in connection with the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

JACK DANIEL'S PROPERTIES, INC., a Delaware corporation

Date: April 25, 2001

David S. Gooder
Vice President and Chief Operating Officer

2



April 25, 2001

<u>VIA EXPRESS MAIL</u>

BOX NEW APP
FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:  Mark:        **JACK DANIEL'S & Design (Black Label 2001)**
     Applicant:   Jack Daniel's Properties, Inc.
     Class:       21
     Our Ref.:    8800
     <u>Subject:</u>     <u>Trademark Intent-to-Use Application</u>

Dear Sir:

Enclosed please find a trademark application for the above-referenced mark.  Also
enclosed you will find a check in the amount of $325.  So that we may have a timely
record of this filing, please date-stamp the enclosed stamped, self-addressed postcard and
deposit it into the U.S. mail.

The Commissioner is hereby authorized to charge payment of any additional fees
associated with this communication or credit any overpayment to Deposit Account No.
02-4065.

Please direct the Notice of Allowance or any questions regarding its issuance to my
attention.

Sincerely

David S. Gooder
Vice President and Chief Trademark Counsel

DSG/kcm
Enclosures

cc:  Christopher C. Larkin, Esq. (w/encls.)

JACK DANIEL'S PROPERTIES, INC.
4040 CIVIC CENTER DRIVE  •  SUITE 528  •  SAN RAFAEL, CALIFORNIA 94903
TELEPHONE: (415) 446-5225  •  FAX (415) 446-5230

JDPI003107

76246380

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/30/2001 JHARLEY  00000176 76246380
01 FC:361                    325.00 OP

PTO-1555
(5/87)

JDPI003108



**04-25-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #72

<u>DRAWING PAGE</u>

Applicant's Name:  Jack Daniel's Properties, Inc., a Delaware corporation

Applicant's Address:  4040 Civic Center Drive, Suite 528
San Rafael, California 94903

Date of First Use of the Mark:  N/A

Date of First Use in Commerce:  N/A

Goods:  Glass and plastic drinking containers, namely flasks, ceramic mugs, ceramic pitchers, ceramic jugs; sponges for household purposes, wood coasters, cork coasters, swizzle sticks, bowls, decorative boxes made of non-precious metal, food and beverage containers, glassware for beverages, and metal serving trays and serving trays of non-precious metals (in International Class 21)



CERTIFICATION UNDER 37 CFR § 1.10

"Express Mail" mailing label number: EL657412725US

I hereby certify that this new Application and documents referred to as enclosed herein are being deposited with the United States Postal Service on this date April 25, 2001, in an envelope bearing "Express Mail Post Office to Addressee" addressed to: BOX NEW APP FEE, Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513

Roberta Fauquier

**PUBLISHED
09/03/02**

**TRADEMARK**

76246380

JDPI003109