CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 31
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



# TUFFY®

| | |
|---|---|
| Tuffscale | 2 |
| How Are They Made? | 3 |
| Jr.'s | 4-5 |
| Ultimate's | 6-8 |
| NO STUFF | 9 |
| Mega's | 10-13 |
| Ocean Creatures | 14-17 |
| Dinosaurs & Dragons | 18-19 |
| Zoo Animals | 20-21 |
| Desert Creatures | 22-23 |
| Aliens | 24-25 |
| Barn Yards | 26-27 |
| Rugged Rubber | 28-29 |

# Silly Squeakers®

| | |
|---|---|
| Tennis Balls | 30-31 |
| Novelty Beer Bottles | 32-34 |
| Novelty Wine Bottles | 35 |
| Novelty Liquor Bottles | 36 |
| Mr. Poops | 37 |
| iBalls | 38 |

# MIGHTY®

| | |
|---|---|
| Rethinking Durability | 39 |
| Microfiber | 40 |
| Tequila Worms | 41 |
| Bugs | 42 |
| Farm Animals | 43 |
| Nature Animals | 44-45 |
| Massive Animals | 47-46 |
| Safari Animals | 48-49 |
| Dragons | 50 |
| Dinosaurs | 51 |
| Ocean Animals | 52 |
| Arctic Animals | 53 |
| My Parents Lied | 54-55 |
| Shapes | 56-57 |
| Mighty Dog Beds | 58-59 |
| Pack 'n Go Dog Pack | 60 |



| | |
|---|---|
| B&B Dog Beds | 61 |



### Where's Mr. Poops?

Mr. Poops is making his travels throughout this catalog. Can you find all 63 places Mr. Poops is hiding?






TUFFY®
Redefining the world of pet toys one dog at a time.

# TUFFY® TUFFSCALE

**10 MEGA**
**9 EXTREME**
**8 SUPER**
**7 VERY TUFF**
**6 Durable**
**5 Strong**

*weakest*

## ALL TOYS ARE NOT CREATED EQUAL

...that is why we created the "**TUFFSCALE**". The **TUFFSCALE** is designed to give you insight on how tuff the toy you're buying compares against another. Some dogs are aggressive and can only have the tuffest toys ranked 8 and above. Other dogs may not be as aggressive or may be older and their chewing habits have slowed. If this sounds like your dog, you can consider toys ranked 5 and above.

## OUR GOAL:

Our goal is to help you purchase a toy suited for your dog's needs. All of our Tuffy® and Mighty® toys are made with the same extreme durable construction, but the shape of the toy can impact a dog's ability to penetrate the toy over time.

Use the **TUFFSCALE** to help you with your purchase. If you aren't 100% sure which toy is right for your dog call us at 1-866-4-DogToy.

We strive to make our toys the TUFFest on the market. We are continually testing and creating new toys to be both stronger and safer for your dog. As loving dog owners we only want the best toys for our dogs and yours. Indestructible is impossible... But we will keep trying!!



Look for our **TUFFSCALE™** logos while you shop to identify the most appropriate toy for your dog.

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

## WORLDS "TUFF"EST SOFT DOG TOY

VIP00059

# WORLDS "TUFF"EST SOFT DOG TOY

## TUFFY®

**MYDOGTOY.COM™**
1-866-4-DogToy (364-8691) • (480) 704-1700

### HOW ARE THEY MADE?

### 7 SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### 4 FOUR LAYERS OF MATERIAL

Tuffy® toys can have up to 4 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) can have up to 2 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.



*Disclaimer: Each toy shape and size is made differently, and because the toys are made by skilled human hands, no two toys are identical.*

- 4th Layer Luggage Material
- 3rd Layer Plastic Coating
- 2nd Layer Luggage Material
- 1st Layer Soft Fleece

### SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.

### PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

VIP00060









# TUFFY JR'S

They Float, Squeak & Are Machine Washable
For Dogs 4-18lbs

## JR RING (9 TUFFSCALE)
The Ring has three squeakers and can be used for fetch or as a tug toy. Its soft edges won't hurt your dog's teeth or gums.

T-JR-R-PL
T-JR-R-YB
T-JR-R-CB
T-JR-R-RP

## JR BONE 2 (8 TUFFSCALE)
Same great bone with a new design!

T-JR-B2-PL
T-JR-B2-RP
T-JR-B2-CB
T-JR-B2-YB

## JR ODDBALLS (7 TUFFSCALE)
For dogs that LOVE to fetch and catch!

T-JR-OB-PL
T-JR-OB-CB
T-JR-OB-YB
T-JR-OB-RP

# WORLDS "TUFF"EST SOFT DOG TOY

VIP00061

# WORLD'S "TUFF"EST SOFT DOG TOY

**MYDOGTOY.COM**™
1-866-4-DogToy (364-8691) • (480) 704-1700


T-JR-GR-CB


T-JR-GR-YB


T-JR-GR-PL

## JR GEAR (8) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!


T-JR-GR-RP

## JR BOOMERANG (8) TUFFSCALE

Multiple squeakers make this a great toy for dogs that like to play, tug and whip their toys back and forth.


T-JR-BR-YB


T-JR-BR-RP

T-JR-BR-PL

T-JR-BR-CB

## JR BONE (8) TUFFSCALE

For dogs that like to play, tug and whip their toys back and forth.


T-JR-B-CB
T-JR-B-PL
T-JR-B-RP


T-JR-B-YB

## JR 3 WAY TUG (8) TUFFSCALE

For dogs that like to play together! Get your doggie friends together for a fun-filled day.


T-JR-3WT-CB
T-JR-3WT-PL


T-JR-3WT-YB
T-JR-3WT-RP

5

VIP00062








# TUFFY® ULTIMATES

They Float, Squeak & Are Machine Washable

## RING (9) TUFFSCALE — #1 SELLER
The Ring has four squeakers and has soft edges so it won't hurt your dog's teeth or gums, making it a great toy for fetch or a game of tug.

T-U-R-RP   T-U-R-YB   T-U-R-CB   T-U-R-PL

## FLYER (8) TUFFSCALE
This Flyer has one squeaker and is the perfect toy for training your dog to catch and fetch. Its soft fleece and durable construction make it the safest disc you'll find.

T-U-FL-PL   T-U-FL-RP   T-U-FL-YB   T-U-FL-CB

## BONE (9) TUFFSCALE
For dogs that like to fetch, tug and whip their toys back and forth.

T-U-B-CB   T-U-B-PL   T-U-B-YB   T-U-B-RP

## ODDBALLS (8) TUFFSCALE
For dogs that LOVE to fetch and catch!

T-U-OB-CB   T-U-OB-PL   T-U-OB-YB   T-U-OB-RP

**MYDOGTOY.COM™**
1-866-4-DogToy (364-8691) • (480) 704-1700

VIP00063

# WORLDS "TUFF"EST SOFT DOG TOY
















# TUFFY® ULTIMATES
**They Float, Squeak & Are Machine Washable**

### 3 WAY RING (9 TUFFSCALE)
The 3 Way Ring has a unique shape that makes it easy for dogs to pick up and tug with friends!

T-U-3WR-YB  T-U-3WR-RP  T-U-3WR-CB  T-U-3WR-PL

### TUG-O-GEAR (9 TUFFSCALE)
Great fun for everyone, and it squeaks. Two dogs can play all day with this two ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-GR-PL  T-U-T-GR-CB  T-U-T-GR-YB  T-U-T-GR-RP

### GEARS (9 TUFFSCALE)
The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-U-GR-CB  T-U-GR-PL  T-U-GR-RP  T-U-GR-YB

### TIRE IRON (9 TUFFSCALE)
For dogs that LOVE to pull, play and tug! This 3-way tire iron is perfect for multi-dog families who enjoy playtime together.

T-U-TI-CB  T-U-TI-PL  T-U-TI-RP  T-U-TI-YB

### BOOMERANG (8 TUFFSCALE)
Squeeze one of the squeakers and then throw it! Your dog will love to bring it back. If you have two dogs each one can pull on an arm while you safely hold on to the other.

T-U-BR-CB  T-U-BR-RP  T-U-BR-YB  T-U-BR-PL

**WORLDS "TUFF"EST SOFT DOG TOY**

VIP00065



VIP00067

# TUFFY MEGA TOYS
## TIGER TESTED - DOG APPROVED!

By far the "TUFF"est toy around. The Mega Tuffy's our strongest, most durable toy... Tiger tested and dog approved! Excellent for a game of fetch or multi-dog tug-o-war, these toys keep even the biggest dogs happy!

### SEVEN ROWS OF STITCHING
Tuffy® MEGA toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the material's edge, and the toy's parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

### SEVEN LAYERS OF MATERIAL
Tuffy® MEGA toys can have up to 7 layers of material depending on the shape, size and style of the toy. Our MEGA series (depicted here) can have up to 3 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

### SQUEAKER SAFETY POCKETS
Each Squeaker is safe and quiet because they are sewn into a safety pocket beneath four other layers of material.

**MYDOGTOY.COM**™
1-866-4-DogToy (364-8639) • (480) 704-1700

## WORLDS "TUFF"EST SOFT DOG TOY

# WORLD'S "TUFF"EST SOFT DOG TOY

## MEGA ODDBALL

T-MG-OB-BR
T-MG-OB-TG
T-MG-OB-CL

## MEGA BOWMERANG
T-MG-BR-BR
T-MG-BR-CL
T-MG-BR-TG

## MEGA RING

T-MG-R-BR
T-MG-R-CL
T-MG-R-TG

## MEGA JR RING

T-MG-JR-R-BR
T-MG-JR-R-CL
T-MG-JR-R-TG

## MEGA BONE

T-MG-B-BR
T-MG-B-TG
T-MG-B-CL

10 TUFFSCALE

11

VIP00068

Case 2:14-cv-02057-SMM    Document 225-11    Filed 10/19/17    Page 15 of 20



WORLDS "TUFF"EST SOFT DOG TOY

VIP00070

13

## MEGA CREATURES

TUFFSCALE 10

### JERSEY SHORE PETE

This tough guy can outlast any dog. He's got a great fake orange tan with jet black strips. Pete will take on multiple dogs in a game of tug-o-war. Or head lock one at a time! Soft edges won't hurt gums, and it floats!

T-MG-CR-OCT-L-TG

### OSCAR SCHWARZACREATURE

Oscar's rock hard bod can take on any dog in a game of fetch or tug-o-war!! He'll be back... for more play time. Soft edges won't hurt gums, and it floats!

T-MG-CR-OCT-S-TG

## MEGA TUG-OVAL

TUFFSCALE 10

T-MG-TO-TG

T-MG-TO-BR

T-MG-TO-CL



# WORLDS "TUFF"EST SOFT DOG TOY

VIP00072

### BURTLE-TURTLE
**TUFFSCALE 8**

His friends call him Burt, and this is one guy your dog will want to be friends with! Great as a pillow and all around play toy, your dog will enjoy keeping him close at all times.

T-DC-TURTLE

### LARRY LOBSTER
**TUFFSCALE 8**

Larry is your dog's "Maine" Man. Since he is a Lobster, he is ready to play all day in and out of the water. Larry can't wait for the fun to begin!

T-DC-LARRY LOBSTER

### KING CRAB
**TUFFSCALE 7**

This soft-shell crab has what it takes to keep your dog coming back for more. Fun to fetch, tug and whip around at your dog's leisure.



### KILLER WHALE
**TUFFSCALE 8**

This killer will give your pooch a "whale" of a time! Snuggle, tug, toss and fetch for optimum enjoyment!



T-DC-KILLER-WHALE

### RAY-RAY
**TUFFSCALE 7**

Great fun for everyone! This cross-eyed Stingray has a big head and wing span for your dog and a tail for you to enjoy in a game of tug.

T-DC-CRAB

T-DC-STINGRAY



**MYDOGTOY.COM**
1-866-4-DogToy (364-8691) • (480) 704-1700

15

Case 2:14-cv-02057-SMM   Document 225-11   Filed 10/19/17   Page 19 of 20



VIP00073

VIP00074

# WORLDS "TUFF"EST SOFT DOG TOY

## MYDOGTOY.COM
1-866-4-DogToy (364-8639) • (480) 704-1700

### ULTIMATE SQUIDS (9) TUFFSCALE
Ultimate Squids are the perfect pool toy for your pooch! Swim, dive, pull and play all day with these silly squids. Made using our regular construction methods with up to 4 layers of material.

### JR SQUIDS (8) TUFFSCALE
Little pups love squids too! Keep your active pooch happy and at play with tuggable, fetchable JR Squids! Multiple layers of stitching and material makes this one "Tuff" toy!

### MEGA SQUIDS (10) TUFFSCALE
You won't need to dive 20,000 leagues under the sea to enjoy these giant squids! Perfect for fetching and tugging, the Mega Squids are made using our "MEGA" construction methods with up to 7 layers of material for extra durability!

### TROUT (8) TUFFSCALE
A prize catch that would make your dog proud to be your best friend!

T-OC-TROUT-OR
T-OC-TROUT-RD

17