VIP00075



# WORLDS "TUFF"EST SOFT DOG TOY

## TRICERATOPS

Along the shadows of the mountains walks a legend in armor plate protection. The tri-horned dinosaur, better known as Triceratops, forages on berries, grass and household shrubbery. Allow your pup to set up a protective barrier and spare your plants from this menacing plant eater.

T.D.-TRI

T.D.-JR-TRI

## STEGOSAURUS

Deep within the Jurassic highlands on a damp summer day, along the banks of a mountain stream, stands in thirst the amazing Stegosaurus. Though it may thirst only for household plants and backyard greens, it can defend its own against an attack from its smaller canine rivals!

T.D.-STEGO

T.D.-JR-STEGO

## DRAGONS

Everyone knows the REAL dragons of old went extinct with the dinosaurs, but don't fret! We've brought them back to reality for your dog's sole enjoyment and ultimate companionship!

T.D.-YELLOW

T.D.-ORANGE

## MOOSASAURUS

Far across the desert plain wanders a mighty one-horned wonder. Stronger than any beast of its kind, the Moosasaurus sets off on its treacherous journey to greener pastures. Your backyard lawn is just within its grasp before, unwillingly forced to retreat by none other than its canine foe. Playtime will be filled with amazement when you bring this prehistoric Moose to your home.

T.D.-MOO

T.D.-JR-MOO

MYDOGTOY.COM
1-866-4-DogToy (364-869) • (480) 704-1700

19

VIP00076



VIP00077

# WORLD'S "TUFF"EST SOFT DOG TOY



## HILDA HIPPO

This herbivorous Hippo is full of love and laughter for your carnivorous canine! Brighten your dog's day with a good game of tug and active play.

T-Z-HIPPO
T-Z-B-HIPPO

**7** TUFFSCALE

## PEYTON PEACOCK

The Peacock is Easy to toss and Floats! Soft edges won't hurt gums.

**8** TUFFSCALE

T-Z-PEACOCK

## TATTERS TIGER

This terrifying Tiger is a match for just about any pooch! Tatters is all about strength and endurance, so make sure your pup is in for the long-haul.

**8** TUFFSCALE

T-Z-TIGER
T-Z-JR-TIGER

**8** TUFFSCALE

## TOGO TOUCAN

Move over Sam and get a load of Togo! This "tuff" tropical tweeter makes a colorful companion for your canine.

**8** TUFFSCALE

T-Z-TOUCAN
T-Z-JR-TOUCAN

**7** TUFFSCALE

## BEAUFORT BEAR

Beaufort is a beautiful black bear with a big, big heart! A bit shy, your dog will need to befriend this beast for an assured best friend for life!

**7** TUFFSCALE

T-Z-BEAR

MYDOGTOY.COM
1-866-4-DogJoy (364-869) • (480) 704-7700

21

VIP00078



VIP00079

VIP00080

# WORLDS "TUFF"EST SOFT DOG TOY

23

**MYDOGTOY.COM™**
(1-866-4-DogToy [364-869] • 1-480) 704-1700

## BELLA THE BAT

**7 TUFFSCALE**

Hold on to your sparkles! This bloodthirsty vampire bat is ready to battle your little wolf any day (or night)!

## PHROG LEAPING

**8 TUFFSCALE**

Leap Phrog, Leap Phrog where shall you play today? Hopping up and down and all around with your dog's new Best Phrog Phriend Phorever!

## ARNIE THE ARMADILLO

**7 TUFFSCALE**

See if your pooch can soften the exterior of this "Tuff" Armadillo! Watch out – Arnie might give back a little bit of attitude.

## HARRY THE HOBO SPIDER

**8 TUFFSCALE**

This is one Hobo spider you and your pooch don't have to be afraid of! Toss and tumble, yank and tug for hours of fantastic play!

## SCORCH THE SCORPION

**8 TUFFSCALE**

One of the smallest, yet most fearsome creatures of the desert wants to come to your home! Put your dog on high alert for this super-fun stinger!

T-DS-SCORPION

T-DS-SPIDER

T-DS-BAT

T-DS-ARMADILLO

T-DS-PHROG-LEAP



VIP00081

VIP00082

# WORLDS "TUFF"EST SOFT DOG TOY

25

## MYDOGTOY.COM™
1-866-4-DogToy (364-869) · (480) 704-F100

### ADMIRAL O'FURY
8 TUFFSCALE

Take your pup to a new dimension with the classic Admiral O'Fury – a fearsome and fiery alien from the outer galaxies! Your pooch will go where no dog has gone before with this fun and adventurous toy!

T.A-RED-ALIEN

### LIEUTENANT SPLOCK
8 TUFFSCALE

Take your pup to a new dimension with the ever favorite Lieutenant Splock – the fiery cyclops alien! Your pooch is sure to be pleased with this fun and adventurous toy!

T.A-TIRE-ALIEN

### ALIEN SUNS & FLOWERS
8 TUFFSCALE

There's nothing better on a warm, sunny day than... AH! Aliens! That's right, and they're here to remind your best friend that summer is the very best time to bounce around with these fun alien balls!

T.A-BALL-PWR-PRE

T.A-BALL-RB-SUN

T.A-BALL-PWR-RED

### CAPTAIN KURKLOPS
8 TUFFSCALE

Take your pup to a new dimension with Captain Kurklops, the 8-legged, cyclops alien! Fly him through your backyard galaxy and watch your dog race to pluck him out of the air. Get all your dogs involved in a squeaky game of Tug, or simply lay him down for comfort to keep all the monsters away. Your pooch is sure to be pleased with this fun and adventurous toy!



T.A-GREEN-ALIEN

VIP00083



WORLDS "TUFF"EST SOFT DOG TOY

VIP00084

# WORLDS "TUFF"EST SOFT DOG TOY

27

## (8) Dudley DUCK
**TUFFSCALE**

There's no time to dilly-dally with Dudley Duck! Fly him through the air with a game of fetch, or pull him through the pool with a game of tug, this daring duck loves it all!

T-BY-DUCK

T-BY-JR-DUCK (7) **TUFFSCALE**

## (7) Rutabaga & Radish RABBIT
**TUFFSCALE**

T-BY-RABBIT-WT

T-BY-JR-RABBIT-WT (7) **TUFFSCALE**

T-BY-JR-RABBIT-BRN (7) **TUFFSCALE**

T-BY-RABBIT-BRN

## (9) Rutabaga & Radish RABBIT
**TUFFSCALE**

Watch out for your garden! These hungry bunnies are ready to take everything you've got... unless your pooch can stop 'em! Get these rabbits on the run and show your dog what it means to guard the garden.

**MYDOGTOY.COM™**
1-866-4-DogToy (364-8689) • (480) 704-1700

## (8) SHERMAN Sheep
**TUFFSCALE**



I'm not the black sheep of the flock, but somehow I landed this gig. I no longer have my wool turned into sweaters, nor do I get counted as I jump over your bed. Apparently I'm better served as a fuzzy friend to dogs who prefer to tug and slobber on me. Baaaa.

T-BY-JR-SHEEP (7) **TUFFSCALE**

T-BY-SHEEP

## (7) Talulah TURKEY
**TUFFSCALE**

T-BY-JR-TURKEY (7) **TUFFSCALE**

T-BY-TURKEY

If you sometimes wonder if your dog is a turkey, then it's time to bring Talulah into your life to prove them wrong! This silly bird will become a friend for life.

VIP00085



VIP00086

VIP00087



VIP00088



**Extra Fun with Extra Large Balls!**

For those pooches who need all the fun of a tennis ball in a larger package! The larger size will help prevent chewing. Just as easy to toss, flip and sail away for the very best games of fetch!

VIP00089



Who will have more fun with them...

**Silly Squeakers®**

Add some fun to your household with Silly Squeakers™ Novelty Beer and Soda Bottles! These soft squeaky toys come in six flavors: Cataroma, Heinie Sniff'n, Drools, Mountain Drool, Killer Bite and Bark's, and they're a barrel of laughs! Collect all six for your canine companion, and please play responsibly.

**Fourteen Fun Bottles To Choose From!**

Next time you're out picking up a bottle for yourself, bring one home for the dog too! Your choice of fourteen different bottles to please all tastes.

SS-BB-MD    SS-BB-HS    SS-BB-KB    SS-BB-DR    SS-BB-CA    SS-BB-BR

These products are in no way affiliated with Anheuser-Busch, Inc., Heineken International Group Modelo S.A. de C.V., Miller Brewing Company, PepsiCo, Inc. or Coca-Cola Corporation

32

**Silly Squeakers®**

VIP00090

VIP00091

VIP00092



*Silly Squeakers®*

**You or your dog?**

Add some fun, and class, to your household with *Silly Squeakers®* Novelty Wine Bottles! These soft squeaky toys come in four fun styles: Kennel-Relax'n Chardonnay, Grrrobert Slobbery Pinot Noir, Meow ChaseD'One Champain (large and small) and Chewy Breederer's CrisPaw Champion! Collect all four for your fine-palated pup, and please play responsibly.

SS-WB-MC

SS-WB-MC-L

SS-WB-GS

SS-WB-CP

SS-WB-KR

These products are in no way affiliated with Kendall Jackson, Robert Mondavi Wines, Moet Champagne or Louis Roederer Champagne

VIP00093



Who will have more fun with them...

Now Ol' Grand Papa Pooch has a silly Squeakers® Novelty Liquor Bottle made just for him! Please play responsibly.

The product and its design belong to VIP Products. This product is not affiliated with Jack Daniel Distillery.

36



VIP00094

VIP00095

# iballs™



## Silly Squeakers

Your pooch will absolutely LOVE his or her own set of furry iBalls™! These fluffy balls come in three sizes to match a dog of any shape and size, and will set them rolling with their entertaining eyes, fluffy fur and squeaky squawks! *Silly Squeakers®* are a line of fun, creative and hilarious vinyl squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!

## "Pink-i"

Although she may appear dainty, "Pink-i" can rough and tumble with the best of dogs! With quality construction, she's sure to give your pooch hours and hours of enjoyment.

## "Black-i"



Want a sure way to please your best friend? Give him a "Black-i"! This soft and durable iBall will please you AND your dog by giving you both play-time and laughter.

Look for our tri-pack of extra small iBalls! The perfect gift for a pooch with many personalities!





## "Brown-i"

Play a fun game of fetch and laugh as your dog happily brings back Brown-i! Sure to please all dogs!

38





SS-IB-S-BL-BR-PK
SS-IB-M-PK
SS-IB-L-PK
SS-IB-M-BL
SS-IB-L-BL
SS-IB-M-BR
SS-IB-L-BR



Silly Squeakers®

VIP00096

# MIGHTY

## Dog Toys

**Mighty® Dog Toys *rethink durability* and approach it from a new angle.**

Durability is created for each toy with multiple layers of flexible materials that move with the dog's teeth instead of tearing. Compared to other toys, Mighty® dog toys have no hard edges. The result is that these toys do not promote chewing – great when you're trying to discourage chewing habits. These toys may seem plush on the outside, but all the durability features are internal making these toys soft, yet MIGHTY® strong.

39

### HIGH DURABILITY AND QUALITY

Each toy incorporates quality materials that promote the highest level of durability.

### MULTIPLE ROWS OF STITCHING

Vulnerable areas are covered and sewn with a material binding that covers the original sewn edge. This extra binding creates multiple rows of stitching to hold the seams together.

### 2 LAYERS OF MATERIAL

Each toy has a plush outer material with a layer of heavy fleece underneath. The fleece underneath is what gives this toy its strength. The fleece core holds the body of the toy together when playing games like Tug.

### DURABLE SEAMS

All seams are located inside the toy to discourage chewing. Vulnerable seams are protected by sewing a flexible material over the edge of the seam.

### UP TO FOUR ROWS OF STITCHING

All material seams have multiple rows of stitching, are covered with a layer of soft, flexible material and sewn together with more rows of stitching, creating a soft and durable toy with no hard edges!

### UP TO TWO LAYERS OF MATERIAL

Outside layer is made of a tight-woven sherpa-style fleece – the result is good flexibility with high durability. Inside material is made of tight-woven brushed fleece of the heaviest weight and highest durability.



VIP00097