VIP00098



# MIGHTY
## WORMS

*Green Tequila Worm & Pink Tequila Worm*

No party with your pooch is complete until one of these two show up. Available in two fun bright colors, the long tail is perfect for tug-o-war and fetch.



VIP00099



VIP00100

VIP00101



# MIGHTY
## NATURE

**Eli Eagle:**
SEE how your dog takes on the mightiest of US birds! This "Mighty" Eli demands respect... and a good game of fetch.

MT-N-EAGLE

**Dog-E-Pulls™ Rocco Raccoon:**
This rascally raccoon will rival even the smartest of pooches...not to mention make a great pillow.

MT-N-RACCOON

**Dog-E-Pulls™ Drake McQuack:**
Great for fetch and training! This "Mighty" Mallard of the Midwest will make great fun both indoors and out.

MT-N-DUCK

**Bunny McHop (brown) & Bunny McFlop (white)**
A silky-soft playmate for the lovable pup who needs a bunny in his life! Choose from two cuddly colors.

MT-N-RABBIT-BRN
MT-N-RABBIT-WHT

**Foxy, Dog-E-Pulls™:**
Oh so cute and clever! Foxy will out-wit and out-last many other toys and will certainly be a fan favorite.

MT-N-FOX

**Dog-E-Pulls™ Betsy Bear:**
It's simply un-bear-able to let this cute gal! Betsy will win your heart as well as your canine's friendship.

MT-N-BEAR

**Dog-E-Pulls™ Benny Beaver:**
Benny will be a busy Beaver when it comes to entertaining your beloved pup! Swing him around or snuggle down for nap-time.

MT-N-BEAVER

44

# MIGHTY®



VIP00102

VIP00103



# MIGHTY®
## MASSIVE

Nearly twice the size of our regular animals and extra-durable for those hard-to-please poochies!

**Massive Goldfish...** Oh! It must be Gideon Goldfish! This perfectly plush fish will be an everlasting friend!
Something smells fishy...

MTMW-G-GOLDFISH

**Massive Sabertooth**
You may have thought the Sabertooth was extinct, but he's back to take on your favorite furry friend!

MTMW-S-SABERTOOTH

**Massive Dizzy & Dizzy Dragonfly**
Dizzy & Dizzy have been caught and are ready to demand your best friend! Available in 2 fun bright colors and the perfect size for your pooch. The long tail is great for tug-o-war and fetch.

MTMW-B-DIZ-GRN

**Massive Leopard**
When your pooch adopts this Massive Leopard, they'll have a friend for life! During sleep or play, Leany will be there.

MTMW-S-LEOPARD

**Massive Javelina**
These peculiar Peccaries are perfect for your pooch! Soft and Supple, this swine will certainly sooth your pup.

MTMW-B-DELY-PNK

MTMW-S-JAVELINA

46

# MIGHTY®

VIP00104

# MIGHTY®
## MASSIVE

Nearly twice the size of our regular animals and extra-durable for those hard-to-please pooches!

**Massive Fox**
There's no chance your pooch will be able to outsmart this massive fox! Tug, fetch, toss and roll with this big guy for a full day of fun.

MTMV-N-FOX

**Massive Beaver**
This nearly lifesize beaver will be your best friend's companion for life! Strong, soft and highly durable, the Massive Beaver's a MUST for any lovable pooch.

MTMV-N-BEAVER

**Massive Pig**
There's nothing better than a massive pig for massive love'n! Your big dog will love snuggling up to this beautiful bacon.

**Massive Chipmunk**
This big chipmunk is every bit as cute as the little ones, and now there's so much more to cuddle!

MTMV-N-CHIPMUNK

**Massive Rabbit**
A massive friendship first comes from a massive rabbit! There's no escape down the rabbit hole for this big bunny. Just fun and frolic with your best friend!

MTMV-F-PIGLET

MTMV-N-RABBIT-BRN

47

VIP00105



# MIGHTY® SAFARI

**Herb Hippo:**
Bring out the "wild" in your animal with Herb Hippo! This guy may look cute, but he's fiercely strong and capable of holding his own against your canine!

**Gina Giraffe:**
It's perfect for the game of Tug! Gina will withstand tough play from your active friend!

**Walter & Wanda Warthog:**
These peculiar Peccaries are perfect for your pooch! Soft and supple, this swine will certainly sooth your stray.

**Linos Lion:**
Make the Lion the King of the Jungle, the King of your living room! Your pup will love the rivalry Linos brings to your home!

**Ellie Elephant:**
A MIGHTY® elephant makes an excellent companion for your MIGHTY® pooch! Ellie plays a great game of Tug and is oh-so-snuggly at night!

**Rhoni Rhinocerous:**
Rhoni's impenetrable hide will keep your dog entertained through hours of play. Bring him home today!

**Morty Monkey:**
Of course all pooches love to monkey around, and now they can get REALLY crazy with Morty! During play or rest, he'll be here to encourage your pup!

MT-S-HIPPO

MTJR-S-HIPPO

MTS-HIPPO

MT-S-WARTHOG-BR / MT-S-WARTHOG-PK

MT-S-LION

MTJR-S-LION

MTJR-S-GIRAFFE
MTJR-S-PINK-GIRAFFE

MT-S-GIRAFFE

MT-S-MONKEY

MT-S-ELEPHANT

MTJR-S-ELEPHANT

MT-S-RHINO

MTJR-S-RHINO

48

# MIGHTY®



VIP00106

VIP00107





VIP00108

# MIGHTY®
## DINOSAURS

**Stu Stegosaurus**
This Stu-dious Stegosaurus will teach your dog all sorts of new tricks! Stand aside and watch your best friend play all day with his new spiky pal!

**Troy T-Rex**
He may have been King of the Jungle in prehistoric times, but now he lays prey to your powerful pooch!

**Spanky Spinosaurus**
The fun-filled Spanky is ready to play! Tug, pull and pounce all day with this Mighty Dino!

**Bartholomew Brachiosaurus**
With a long neck that makes him easy to carry, this prehistoric vegetarian is sure to please even the pickiest pups!

**Tristen Triceratops**
Tristen is the Mightiest Triceratops around! Until your pooch tells him otherwise, that is! Upon meeting, Tristan Triceratops will quickly become your pup's very best friend!

MT-DINO-STEGO
MTJR-DINO-STEGO
MT-DINO-TREX
MTJR-DINO-TREX
MT-DINO-SPINO
MTJR-DINO-SPINO
MT-DINO-BRACH
MTJR-DINO-BRACH
MT-DINO-TRI
MTJR-DINO-TRI

51

VIP00109



# MIGHTY OCEAN

# MIGHTY®

**Gideon Goldfish:** Something smells fishy...Oh! It must be Gideon Goldfish! This perfectly plush fish will be an everlasting friend!

*DiMighty™* **Paco Prawn:** The party never ends when Paco's on your pooch's pallet! Play hard and relax after a fun day with this persnickety prawn.

*DiMighty™* **Wylie Whale:** He may be a "Killer" Whale, but Wylie won't kill your dog's teeth! Soft and plush, yet sturdy and strong construction makes the perfect play toy for your pooch.

*DiMighty™* **Hunter Hammerhead:** Hold on to your leash! This shark is one "ruff" bad-boy of the ocean. Fun games of fetch and tug-o-war will make Hunter one awesome catch!

*DiMighty™* **Marvin Marlin:** Marvin is one prize catch! But instead of mounting him on your wall try setting your pooch after him! You're certain to have a "fetching" good time.

*DiMighty™* **Sarafina Seahorse:** There will be a sea of drool from your pooch when he saddles up with Sarafina and takes him for a ride in your living room!

*DiMighty™* **Dolly Dolphin:** Not only known for their intelligence, the dolphin also makes a perfect friend for your canine companion! Fetch, Tug and a nighttime pillow are all possible with Dolly Dolphin.

*DiMighty™* **Sammy McSnapper:** Sammy McSnapper is great for fetch in or out of the water, and best of all this fish won't snap back!

MT.O.GOLDFISH
MT.JR.O.GOLDFISH
MT.O.PRAWN
MT.JR.O.PRAWN
MT.O.WHALE
MT.JR.O.WHALE
MT.O.HAMMERHEAD
MT.JR.O.HAMMERHEAD
MT.O.MARLIN
MT.JR.O.MARLIN
MT.O.SEAHORSE
MT.JR.O.SEAHORSE
MT.O.DOLPHIN
MT.JR.O.DOLPHIN
MT.O.FISH
MT.JR.O.FISH

52



VIP00110

VIP00111





# MIGHTY
## MY PARENTS LIED...

**DURA SCALE™**

**Minny Minotaur:**
Your beast will be eager to learn more of this beast! Perfect shape and strength for toss and tug games.

MTL-MINOTAUR / MTJR-L-MINOTAUR

**DURA SCALE™**

**Bigfoot:**
Deep in the mountains where only your dog can go, she meets with Bigfoot for a secret rendezvous of furry fun!

MTL-BIGFOOT / MTL-B-BIGFOOT

**DURA SCALE™**

**Albert Alien:**
Greetings Martians! What? You didn't think we were real? Think again! Beam me up Scottie-Terrier.

MTL-LALIEN / MTJR-L-LALIEN

**DURA SCALE™**

**Stormy Stork:**
Gentle reminders from Stormy Stork will make sure your puppy always feels snug and secure!

MTL-STORK / MTJR-L-STORK

**Wendy the Mermaid:**
Your parents may have lied to you about mermaids, but here she is for your best canine friend to enjoy as you did as a child! Wendy will be their fantasy come true.

MTL-MERMAID
MTJR-L-MERMAID

VIP00112

VIP00113

# MIGHTY®

## NO STUFF!

### Mighty® Bones contains *NO* white poly stuffing!

The core of the bones is a tough and durable, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.



MT-BONE-YW



MT-BONE-BL





MT-BONE-OR



MT-BONE-RD



56

# MIGHTY®

VIP00114

# MIGHTY®

## NO STUFF!

## Mighty® Balls contains NO white poly stuffing!

The core of the balls is a tough, durable ball, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.
















MT-BALL-L-RD

MT-BALL-L-BL / MT-BALL-M-BL

MT-BALL-M-RD

MT-BALL-L-YW

MT-BALL-L-OR / MT-BALL-M-OR

MT-BALL-M-YW

57

VIP00115

# EZ-Wash

# Multiple Layer Dog Beds™

## Superior Comfort & Durability

The inner filler is 100% Polyester Fiber encapsulated in a tufted mesh Polyester lining to prevent clumping or shifting designed for resilience and comfort.

The Mighty® Dog Bed Core is zippered so you can add or remove filling and customize the firmness of your dog's bed. The core is easily removable for washing and fits perfectly with Mighty Dog Bed Sheets. SHEETS SOLD SEPARATELY.



## Machine Washable

Our durable zippered soft fleece sheets are machine washable and dryable (on Low). And since you can buy more than one set of sheets you can wash them at your convenience!

Keeping your dogs sheets fresh and clean is important, so be sure to wash your dog's bed sheets each week when you change the sheets on your own bed.

## Removable & Replaceable

Our removable sheets are also replaceable so if they ever tear or become worn they can be replaced like bed sheets without having to purchase a brand new bed. Mix and match colors to customize your dog's bed to your home. Each part of our bed including the durable covers and stuffing can be replaced, saving you money and giving your dog a familiar bed for life.

58

# MIGHTY®

VIP00116

# MIGHTY

# THE LAST DOG BED YOU WILL EVER NEED!



Each Layer Removable & Replaceable

## Layer 1
All New Fiber Filling

## Layer 2
Inner Layer of Soft Mesh Polyester

## Layer 3
Protective Layer Plastic Coated Luggage Grade Material

## Layer 4
Outer Layer of Machine Washable Durable Soft Fleece

59



MSH-36-TAN / MSH-42-TAN /
MSH-60-TAN

MSH-36-GRN / MSH-42-GRN /
MSH-60-GRN

MSH-36-BLUE / MSH-42-BLUE /
MSH-60-BLUE

MSH-36-RED / MSH-42-RED /
MSH-60-RED

## Available in Four Colors & Three Sizes!

Customize your dog bed with four different color options! Because our sheets are sold separately, you can choose from Desert Tan, Sage Green, Midnight Blue and Wine Red to match your home decor, or simply give your pup a little variety.

## Two Piece Design

Our unique two piece design (pillow mat and bolster) makes our bed versatile and portable for travel. The removable bottom cushion can be used as a travel mat or crate mat to promote the familiarity of home in a not-so-familiar place like the boarding kennel or a camping trip.

## Saving Money

Replaceable parts save you money. Now you can replace the worn part and not the entire bed. By not having to repeatedly purchase new beds for your pet, you can spend the savings elsewhere. Your dog will thank you because they will never have the hassle of having to learn to like their new bed and getting it to smell like something that belongs to them. Just replace the parts you need.

VIP00117

## Pack 'n Go
# DOG PACK

A durable shoulder pack with premium attachments and plenty of room for you and your dog's needs while out in the park, on a beautiful hike or on an everyday walk. Keep everything together for those long trips and car rides as well.



**Shoulder Strap:**
The all in one pattern makes this shoulder strap extra durable for everyday use. There is plenty of padding and an accompanying shoulder pocket for on-the-fly treats. The shoulder strap is fully adjustable and can detach from the base.

**Detachable Bowls:**
Two bowls that zip right from the back of your Dog Pack and can quickly be used as a water dish, food bowl or for their collection of toys!

**Zipaway Water Bladder:**
Want the water without the whole pack? Detach the Water Bladder and strap it around your waist for easy travel! The water bladder is set inside a larger pouch which also zips away from the Pack 'n Go for easy refill. The hose and easy-pour spout it snugly onto the shoulder strap and can be removed easily for Fido's quick drink.

**Easy-Hook Carabiner:**
Free up your hands by attaching your dog's leash to the carabiner.

MR8GB-RED

**Multiple Pockets:**
Plenty of room for dog toys, treats, food, waste-disposal bags, you name it! Multiple pockets and a spacious bag interior allow enough room to pack what you and your dog need for any type of travel or activity.

**Shoulder Pocket:**
Use the detachable shoulder pocket to store your phone or MP3 music player for those outings to the park or on your daily walk. Can also be attached to the Zipaway Water Bladder strap.

**Waste Disposal Bag Dispenser:**
Finally a convenient place for those all-important waste disposal bags! Keep it stocked for an easy pick-up every time. Disposal bags not included.

60

# MIGHTY ®



VIP00118

VIP00119

PRSRT STD
US Postage
PAID
Industry, CA
Permit no. 4166





VIP Products
Product Design and Manufacturing

16515 S. 40th St. Suite 121 • Phoenix AZ 85048

Licensed, Manufactured and Distributed by

VIPDOGTOY.COM

Copyright © 2014 | VIP Products | All Rights Reserved | 1-866-4-DogToy