CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 32
DATE: _____ IDEN.
DATE: 10/31/17 EVID.
BY: [signature]
Deputy Clerk





