CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 34
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Portfolio: Some of the work I've done.

Packaging  6/21 Images



**Silly Squeaker Wine Bottles**
Header cards and label designs for Silly Squeaker brand dog toys from VIP Products.

Exhibit No. 7 Phillips
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152