CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 36
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

**Stephen Sacra**

---

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, June 11, 2013 3:13 PM
**To:** Stephen Sacra
**Subject:** "Bad Spaniels"

Hey Steve, take a look and lemme know what you think!! I did make this label about a half-inch taller than the others we usually do, so let me know if I need to revise it back for any reason.
Thanks,
Elle

\*\*\* **PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. \*\*\*



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

Exhibit No. 10
Deposition of Phillips
Date 4-21-15
Becky Baumen
Certificate 50136



VIP00004