CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 38

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____ ~~ARLLNY~~ _____

Deputy Clerk

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, June 11, 2013 3:47 PM
**To:** Stephen Sacra
**Subject:** "Bad Spaniels"

Here's one more version – just some different type treatment on "Bad Spaniels" - maybe a bit closer to the JD label.
Thanks,
Elle

*** **PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. ***



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

1

Exhibit No. 17 Phillips
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00009



VIP00008