CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 39
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

June 17, 2013



**elle phillips design**
www.ellephillips.com

## SERVICE INVOICE #0784

**VIP PRODUCTS**
c/o Stephen Sacra
16515 S. 40th Street, Suite 121
Phoenix, Arizona 85048

| PROJECT DESCRIPTION / DESIGN TIME | PRICE |
|---|---|
| Bret Michaels - Diamond Pattern mockup & revisions<br>0.9 Hours x $50/hr. | $45.00 |
| Sell sheet updates<br>0.3 Hours x $50/hr. | $15.00 |
| "Bad Spaniels" drawing, digital layout & label design<br>4.8 Hours x $50/hr. | $240.00 |
| Catalog updates & revisions<br>3.9 Hours x $50/hr. | $195.00 |
| **Total Due** | **$495.00** |

*Thank you for your business!*

Exhibit No. 63
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

PLEASE REMIT PAYMENT WITHIN 30 DAYS OF INVOICE DATE. THANK YOU.
MAKE CHECKS PAYABLE TO ELLE PHILLIPS DESIGN.

945 N. Eagle Hills Way | Eagle, Idaho 83616 | email: design@ellephillips.com | phone: 208.562.9075

ELLE0026