CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 40
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Stephen Sacra

**From:** Stephen Sacra
**Sent:** Friday, November 22, 2013 11:06 AM
**To:** Elle Phillips
**Subject:** "Bad Spaniels"

I need NECK ART and an Art Card


Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048


   

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability and disclaims all direct, indirect, consequential, punitive or other damages, for the use of, or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.

Exhibit No. 14
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152