| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Gregory P. Sitrick |
| 2 | Isaac S. Crum |
| | One Renaissance Square |
| 3 | Two North Central Avenue |
| | Phoenix, Arizona 85004-2391 |
| 4 | Telephone: (602) 229-5317 |
| 5 | Facsimile: (602) 420-5198 |
| | E-mail: Gregory.Sitrick@quarles.com |
| 6 |  Isaac.Crum@quarles.com |
| 7 | |
| | HARVEY SISKIND LLP |
| 8 | D. Peter Harvey (admitted *pro hac vice*) |
| | Four Embarcadero Center, 39th Floor |
| 9 | San Francisco, CA 94111 |
| 10 | Telephone:    (415) 354-0100 |
| | Facsimile:     (415) 391-7124 |
| 11 | E-mail: pharvey@harveysiskind.com |
| 12 | |
| | *Attorneys for Defendant and Counterclaimant* |
| 13 | *Jack Daniel's Properties, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VIP Products, LLC, an Arizona limited liability company, | ) ) ) | Case No. CV 14-02057 PHX SMM |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF FILING OF TRIAL EXHIBITS** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |
| And Related Counterclaims. | ) ) ) | |

Please take notice:  For the convenience of the court and for completeness of the record, Defendant, Jack Daniel's Properties, Inc., ("Jack Daniel's") hereby submits electronic copies of the joint exhibits and Jack Daniel's exhibits used at trial by Jack Daniel's.  (With the exception of the physical exhibits (Ex. 1 & 2) and the media/native-

1  file exhibits (Ex. 107, 109, 110, 111, 136, 146, 147, & 173) which may be submitted
2  physically should the Court so desire, but otherwise are available at undersigned counsel's
3  office upon request.)

5  Dated: October 19, 2017,

                                                  */s/ Isaac S. Crum*
                                      Gregory P. Sitrick (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

D. Peter Harvey (admitted *pro hac vice*)
pharvey@harvey.law
Harvey & Company
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone:   (415) 926-7776
Facsimile:   (415) 402-0058

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum