CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 41
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: ARicev
Deputy Clerk

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Friday, November 22, 2013 5:03 PM
**To:** Stephen Sacra
**Subject:** Re: "Bad Spaniels"

Let me know if you have any changes — only thing I need is the UPC for the pkg.
Thanks!
Elle

Exhibit No. 15
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00014



VIP00011

# Silly Squeakers

## Are you tired of buying the same old hum-drum rubber squeaky toys?

## So are we!

No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers*™ are a line of fun, creative and hilarious rubber squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter.

### The question is will you or your dog have more fun with them?

SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in workmanship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

**Vip Products**
Product Design and Manufacturing

© 2013 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy
Made In China

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel's.

VIP00012





**VIP00013**