CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 42
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

November 25, 2013



elle phillips design
www.ellephillips.com

## SERVICE INVOICE #0834

**VIP PRODUCTS**
c/o Stephen Sacra
16515 S. 40th Street, Suite 121
Phoenix, Arizona 85048

| PROJECT DESCRIPTION / DESIGN TIME | PRICE |
|---|---|
| TUFFY - Continue cropping new tire iron images; upload new images to Retail/ Wholesale website product pages; new Category images<br>4.8 Hours x $50/hr. | $240.00 |
| TUFFY - Sell Sheet, Tire Irons<br>2.0 Hours x $50/hr. | $100.00 |
| SILLYSQ - New 3pk and 4pk Bottles packaging design; revisions<br>3.2 Hours x $50/hr. | $160.00 |
| VIP - Catalog update: remove Tuffy Logs, Jr Flyers & Mighty Red Fleece dog & cat; rework pages as needed<br>1.1 Hours x $50/hr. | $55.00 |
| PTSMRT - Update Petsmart ToyShoppe & Brett Michaels packaging SKU's/UPC's/ Toy Descriptions<br>0.4 Hours x $50/hr. | $20.00 |
| SILLYSQ - Create Header Card for "Bad Spaniels" bottle; Neck/Top art<br>0.6 Hours x $50/hr. | $30.00 |
| **Total Due** | **$605.00** |

*Thank you for your business!*

Exhibit No. 16
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

PLEASE REMIT PAYMENT WITHIN 30 DAYS OF INVOICE DATE. THANK YOU.
MAKE CHECKS PAYABLE TO ELLE PHILLIPS DESIGN.

945 N. Eagle Hills Way | Eagle, Idaho 83616 | email: design@ellephillips.com | phone: 208.562.9075

ELLE0027