CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 44
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: [signature]
Deputy Clerk

**Stephen Sacra**

---

**From:** david [mailto:david@flyingpony.com]
**Sent:** Tuesday, December 17, 2013 6:24 PM
**To:** Stephen Sacra
**Subject:** Re: New Product Samples

Dear Steve,

Pls see Bad Spaniels mockup sample, we just use the other label to stick it for samples. Pls let me know your comments.

2013-12-18

p
B.Regards

David Bai

1

Exhibit No. 18
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00024



VIP00025