CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 47
DATE: _____ IDEN.
DATE: 10/3/17 EVID.
BY: _____
Deputy Clerk

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, February 24, 2014 8:08 AM
**To:** Stephen Sacra
**Subject:** Re: New Bottle - Bad Spaniels

OMG, that's beautiful!! I can't wait to photograph it!
Speaking of... would it be ok if I keep a few of the bottles & Mr. Poops to display in my office? People that come in are always excited to see samples of work I've done, and I tend to get the best reactions from those items (Mr. Poops is a good example of unique packaging, and the bottles make people laugh). BUT, if you need them returned I totally understand! Just thought I'd ask. :)
Elle

Exhibit No. 21 Phillips
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00036