CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 48
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



**VIP00003**

Exhibit No. 22
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 5015



VIP00006



VIP00007