CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 49

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk



Exhibit No. 23
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

ELLE0032



ELLE0033



ELLE0034



ELLE0035



ELLE0036



ELLE0037



ELLE0038



ELLE0039



ELLE0040



ELLE0041



ELLE0042



ELLE0043



ELLE0044



ELLE0045



ELLE0046



ELLE0047



ELLE0048



ELLE0049



ELLE0050



ELLE0051



ELLE0052



ELLE0053



ELLE0054



ELLE0055



ELLE0056



ELLE0057



ELLE0058



ELLE0059



**ELLE0060**



ELLE0061





ELLE0063



ELLE0064



ELLE0065



ELLE0066



ELLE0067