CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 50
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: [signature]
Deputy Clerk

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, March 17, 2014 9:28 AM
**To:** Stephen Sacra
**Subject:** Bad Spaniels - New Packaging

Hey Steve,
Mocked this up and it looks like it'll work really well — I'll text you a picture of our mockup, and here's the PDF for proof.
Elle

Exhibit No. 24
Deposition of Phillips
Date 4-21-15
Becky Baumer
Certificate 5C

1

VIP00037

FRONT          BACK

 

VIP00038