CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 51
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Wednesday, April 15, 2015 at 3:40:20 PM Mountain Daylight Time

**Subject:** RE: Bad Spaniels - New Packaging
**Date:** Monday, March 17, 2014 at 10:30:41 AM Mountain Daylight Time
**From:** Stephen Sacra
**To:** Elle Phillips

Great


Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048



  

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability and disclaims all direct, indirect, consequential, punitive or other damages, for the use of, or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.


**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, March 17, 2014 9:28 AM
**To:** Stephen Sacra
**Subject:** Bad Spaniels - New Packaging

Hey Steve,
Mocked this up and it looks like it'll work really well — I'll text you a picture of our mockup, and here's the PDF for proof.
Elle

Exhibit No. 25
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

Page 1 of 1

ELLE0020

Wednesday, April 15, 2015 at 3:17:37 PM Mountain Daylight Time

**Subject:** RE: Bad Spaniels
**Date:** Monday, March 17, 2014 at 2:12:48 PM Mountain Daylight Time
**From:** Stephen Sacra
**To:** Elle Phillips

Can u print and attach ...

Sent on the new Sprint Network from my Samsung Galaxy S®4.

-------- Original message --------
From: Elle Phillips
Date:03/17/2014 12:31 PM (GMT-07:00)
To: Stephen Sacra
Subject: Bad Spaniels

New packaging attached — print-quality and ready to go if all is good to you.
Thanks!
Elle



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

Page 1 of 1

ELLE0019