CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 52
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

**Stephen Sacra**

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, March 17, 2014 12:29 PM
**To:** Stephen Sacra
**Subject:** Bad Spaniels

New packaging attached — print-quality and ready to go if all is good to you.
Thanks!
Elle



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

1

Exhibit No. 26 Phillips
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00040



