CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 53
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

## Stephen Sacra

**From:** david [mailto:david@flyingpony.com]
**Sent:** Saturday, March 22, 2014 6:40 PM
**To:** Stephen Sacra
**Subject:** Re: Bad Spaniels

Dear Steve,

I have Bad Spaniels samples ready ,but without the artwork, shall I send it now or wait for the final artwork come out which need 20 days now ?

2014-03-23

B.Regards

David Bai

Exhibit No. 27
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00043