CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 54
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



VIP00044

Exhibit No. 28 Phillips
Deposition of
Date 4-21-15
Becky Baumert
Certificate 50152