CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 55
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: [signature]
Deputy Clerk

**Stephen Sacra**

From: Stephen Sacra <steve@vipproducts.com>
Date: Tuesday, March 18, 2014 at 11:19 AM
To: "david@flyingpony.com" <david@flyingpony.com>
Cc: Lisa Carpenter <lisa@vipproducts.com>, Elle Phillips <design@ellephillips.com>
Subject: SS-LB-BS Art

Please see the photo of the revised ART .

David I think we will be ok with one Zip tie.. if we need to add another zip tie ... let me know ..

Elle will forward the Print File to us in the NEXT email

Exhibit No. 29
Deposition of Phillips
Date 4·21·15
Becky Baumert
ertificate 50152

1

VIP00048