CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 56
DATE: _____ IDEN.
DATE: 10-3-17 /EVID.
BY: _____
Deputy Clerk

Stephen Sacra
___

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, March 18, 2014 12:54 PM
**To:** Stephen Sacra; david@flyingpony.com
**Cc:** Lisa Carpenter
**Subject:** Re: SS-LB-BS Art

Finalized, print-ready artwork is attached.
Thanks!
Elle

1

Exhibit No. 30 Phillips
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00049



WB-BS_Package-Tag(031714).indd   1                               3/18/14  1:52 P

VIP00050



VIP00052



VIP00053



VIP00054