CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 57

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____

Deputy Clerk

*March 24, 2014*



**elle phillips design**
www.ellephillips.com

## SERVICE INVOICE #0870

**VIP PRODUCTS**
c/o Stephen Sacra
16515 S. 40th Street, Suite 121
Phoenix, Arizona 85048

| PROJECT DESCRIPTION / DESIGN TIME | PRICE |
|---|---|
| SILLYSQ - Bad Spaniels packaging - new design/layout; revisions to layout; print-ready files | |
| *3.1 Hours x $50/hr* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$155.00* |
| PHOTOGRAPHY - Crop Destructosaurus, Armadillo, Sheep, Trex, Moose, Stego, Rabbits (brown & white); fix crops on a few other toys | |
| *16.8 Hours x $50/hr* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | *$840.00* |

**Total Due** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$995.00**

*Thank you for your business!*

Exhibit No. 3/
Deposition of *Phillips*
Date *4·21·15*
Becky Baumert
Certificate 50152

PLEASE REMIT PAYMENT WITHIN 30 DAYS OF INVOICE DATE. THANK YOU.
MAKE CHECKS PAYABLE TO ELLE PHILLIPS DESIGN.

945 N. Eagle Hills Way | Eagle, Idaho 83616 | email: design@ellephillips.com | phone: 208.562.9075

**ELLE0028**