CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 58
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Wednesday, April 15, 2015 at 4:20:49 PM Mountain Daylight Time

**Subject:** RE: VIP Products - Images missing for new items
**Date:** Wednesday, July 16, 2014 at 2:07:04 PM Mountain Daylight Time
**From:** Lisa Carpenter
**To:** Elle Phillips

Elle,

Thanks for catching the wrong color on the Pink Warthog! I see all the new images, except the Dura Scale?

Thank you,

Lisa Carpenter - Director of Operations
lisa@vipproducts.com
Direct Line (480) 646-3444
Office (480) 704-1700
Fax (480)704-2119
16515 S. 40th St. Suite 121  Phoenix AZ 85048




This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, July 15, 2014 12:21 PM
**To:** Lisa Carpenter
**Subject:** Re: VIP Products - Images missing for new items

Hi Lisa,
Bad Spaniels and the Tarantula have been uploaded in Retail & Wholesale under their item code names. I'll have to get a Tuffscale image made for the Tarantula and others you mentioned, but I checked on the Retail site and see that the images for the Microfiber and warthogs are up there — so I'm not sure why you can't see them? I did notice it's the old shade of pink for the warthog, so I'll go in and replace those. Back to you when they're complete.

Exhibit No. 32
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

Page 1 of 4

ELLE0012

Thanks,
Elle

***NOTE: I will be out on vacation from 7/18 through 8/3 — please plan accordingly.***



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

**From:** Lisa Carpenter <lisa@vipproducts.com>
**Date:** Tuesday, July 15, 2014 at 11:24 AM
**To:** Elle Phillips <design@ellephillips.com>
**Subject:** VIP Products - Images missing for new items

Elle,

The items below are all in stock and I realized you still haven't finished uploading images.   I need to send a mass email to customers and reps informing them these are now available to order, but would like all the images uploaded before I do so.  Please let me know as soon as you can finish uploading these images.

There are 0 images for the item below.

**SS-LB-BS (Bad Spaniels)**
**T-DS-Tarantula**

The Tuff Scale images have not been uploaded for the items below.

**T-OC-Fish-OR**
**T-OC-Fish-RD**
**T-OC-JR-Fish-OR**
**T-OC-JR-Fish-RD**
**T-OC-Trout-OR**
**T-OC-Trout-RD**

The retail images are not showing for the items below.

ELLE0013

MT-Micro-Frog
MT-Micro-Lizard
MT-S-Warthog-BR
MT-S-Warthog-Pnk

Thank you,


Lisa Carpenter - Director of Operations
lisa@vipproducts.com
Direct Line (480) 646-3444
Office (480) 704-1700
Fax (480)704-2119
16515 S. 40th St. Suite 121  Phoenix AZ 85048



This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Tuesday, May 20, 2014 9:06 AM
**To:** Lisa Carpenter
**Cc:** Stephen Sacra
**Subject:** Re: VIP Products new items

Hey Lisa,
I don't have the Tarantula — still waiting on someone to send that to me so I can photograph it I think? I recall you asking me about that one before. Otherwise all the others are on the attached Sell Sheet.

Elle

**From:** Lisa Carpenter <lisa@vipproducts.com>
**Date:** Friday, May 16, 2014 at 4:28 PM
**To:** Elle Phillips <design@ellephillips.com>
**Cc:** Stephen Sacra <steve@vipproducts.com>

ELLE0014

**Subject:** VIP Products new items

Elle,

Do you have images of all these new items? If yes, can you make us a new sell sheet? Instead of listing specific arrival dates, let's just say at the top of the page "Arriving June-July".

I don't have the pricing for the T-DS-Tarantula yet, but will send it as soon as I have it.

**MT-Micro-Frog**
Wholesale $12.09 / Retail $24.17

**MT-Micro-Lizard**
Wholesale $12.70 / Retail $25.40

**MT-S-Warthog-BR**
Wholesale $11.60 / Retail $23.19

**MT-S-Warthog-Pnk**
Wholesale $11.60 / Retail $23.19

**SS-LB-BS (Bad Spaniels)**
Wholesale $7.64 / Retail $15.28

**T-DS-Tarantula**
Wholesale $    / Retail $

**T-OC-Fish-OR**
Wholesale $8.37 / Retail $16.74

**T-OC-Fish-RD**
Wholesale $8.37 / Retail $16.74

**T-OC-JR-Fish-OR**
Wholesale $5.88 / Retail $11.76

**T-OC-JR-Fish-RD**
Wholesale $5.88 / Retail $11.76

**T-OC-Trout-OR**
Wholesale $6.99 / Retail $13.98

**T-OC-Trout-RD**
Wholesale $6.99 / Retail $13.98

ELLE0015

Thank you,

Lisa Carpenter - Director of Operations
lisa@vipproducts.com
Direct Line (480) 646-3444
Office (480) 704-1700
Fax (480)704-2119
16515 S. 40th St. Suite 121  Phoenix AZ 85048



This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety,