CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 59
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Wednesday, April 15, 2015 at 4:19:03 PM Mountain Daylight Time

**Subject:** RE: sell sheet update
**Date:** Monday, August 4, 2014 at 2:21:03 PM Mountain Daylight Time
**From:** Wendy Sacra
**To:** Elle Phillips

Thanks!

Wendy Sacra - International Sales Manager
wendy@vipproducts.com
16515 S. 40th St. Suite 121  Phoenix AZ 85048
(480) 704-1700 Main
(480) 646-3156 Direct Line
www.mydogtoy.com



  

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability, and disclaims all direct, indirect, consequential, punitive or other damages, for the use of, or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety,

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, August 04, 2014 12:06 PM
**To:** Wendy Sacra
**Subject:** Re: sell sheet update

Here you go!
Elle
*Owner/Creative Director*
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

 

Red Couch Creative, inc.
82 E State Street, Suite F
Eagle, ID 83616
208 562.9075
design@ellephillips.com

Exhibit No. 33 Phillips
Deposition of
Date 4-21-15
Becky Baumert
Certificate 50152

Page 1 of 2

ELLE0023

From: Wendy Sacra <wendy@vipproducts.com>
Date: Tuesday, July 29, 2014 at 3:05 PM
To: Elle Phillips <design@ellephillips.com>
Subject: sell sheet update

Hi Elle,

Can you update our sell sheet with the below distributor pricing, and take off all the wholesale pricing on the attached? You can keep the same MSRP prices.

Please also remove all dates since all the product is now in stock. Please put the words, "Available Now" instead. Thanks.

Distributor Price:

tuffy fish orange $5.86
tuffy fish red $5.86
tuffy jr fish orange $4.12
tuffy jr fish red $4.12
tuffy tarantula $6.46
tuffy trout orange $4.89
tuffy trout red $4.89

mighty micro frog $8.46
mighty micro lizard $8.89
mighty warthog brown $8.12
mighty warthog pink $8.12

bad spaniels $5.35

Wendy Sacra - International Sales Manager
wendy@vipproducts.com
16515 S. 40th St. Suite 121  Phoenix AZ 85048
(480) 704-1700 Main
(480) 646-3156 Direct Line
www.mydogtoy.com



  

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.