CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 60
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Wednesday, April 15, 2015 at 3:16:55 PM Mountain Daylight Time

**Subject:** images needed
**Date:** Tuesday, September 2, 2014 at 3:23:25 PM Mountain Daylight Time
**From:** Wendy Sacra
**To:** Elle Phillips

Hi Elle,

Can you send me hi res images of the toys below? Thanks.

| |
|---|
| Tuffy MIGHTY TOY SAFARI SERIES WILLIAM THE BROWN WARTHOG |
| Tuffy MIGHTY TOY SAFARI SERIES WONDA THE PINK WARTHOG |
| Tuffy SILLY SQUEAKERS LIQUOR BOTTLE TOY BAD SPANIELS |
| Tuffy DESERT CREATURE SERIES TERRY THE TARANTULA |

Wendy Sacra - International Sales Manager
wendy@vipproducts.com
16515 S. 40th St. Suite 121  Phoenix AZ 85048
(480) 704-1700 Main
(480) 646-3156 Direct Line
www.mydogtoy.com



  

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.

Exhibit No. 34
Deposition of Phillips
Date 4·21·15
Becky Baumert
Certificate 50152

Page 1 of 1

ELLE0022