QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
 Isaac.Crum@quarles.com

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124
E-mail: pharvey@harveysiskind.com

*Attorneys for Defendant and Counterclaimant
Jack Daniel's Properties, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | Case No. CV 14-02057 PHX SMM |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF TRIAL EXHIBITS** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaims. | |

Please take notice:  For the convenience of the court and for completeness of the record, Defendant, Jack Daniel's Properties, Inc., ("Jack Daniel's") hereby submits electronic copies of the joint exhibits and Jack Daniel's exhibits used at trial by Jack Daniel's.  (With the exception of the physical exhibits (Ex. 1 & 2) and the media/native-

1  file exhibits (Ex. 107, 109, 110, 111, 136, 146, 147, & 173) which may be submitted
2  physically should the Court so desire, but otherwise are available at undersigned counsel's
3  office upon request.)

4

5  Dated: October 19, 2017,
6

7                                                    */s/ Isaac S. Crum*
      Gregory P. Sitrick  (AZ Bar #028756)
8     Gregory.Sitrick@quarles.com
      Isaac S. Crum (AZ Bar #026510)
9     Isaac.Crum@quarles.com
      Quarles & Brady LLP
10    Firm State Bar No. 00443100
      One Renaissance Square
11    Two North Central Avenue
      Phoenix, AZ 85004
12    Telephone (602) 229-5200
      Fax (602) 229-5690
13
      D. Peter Harvey (admitted *pro hac vice*)
14    pharvey@harvey.law
      Harvey & Company
15    Four Embarcadero Center, 14th Floor
      San Francisco, CA  94111-4164
16    Telephone:    (415) 926-7776
      Facsimile:    (415) 402-0058
17
      *Attorneys for Defendant and*
18    *Counterclaimant*
      *JACK DANIEL'S PROPERTIES, INC.*
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF FILING OF TRIAL EXHIBITS                            NO. CV-14-2057-PHX-SMM

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

/s/ Isaac S. Crum

-3-
NOTICE OF FILING OF TRIAL EXHIBITS                                     NO. CV-14-2057-PHX-SMM