CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 62
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: ORicw
Deputy Clerk

# NEW SILLY SQUEAKERS 2014!



SS-LB-BS

**Silly Squeakers:** Bad Spaniels
Available to Ship Now
Wholesale Price: $7.64 / MSRP: $15.28



SS-LB-JP

**Silly Squeakers:** Jose El Perro
Available to Ship December 7th
Wholesale Price: $7.64 / MSRP: $15.28



Exhibit No. 36 Phillips
Deposition of
Date 4-21-15
Becky Baumert
Certificate 50152

Questions? Call (480) 704-1700 or Email info@mydogtoy.com
Submit orders by Fax to: (480) 704-2119 or Email orders to: orders@vipproducts.com

VIP00120