CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 64

DATE: ______________ IDEN.

DATE: 10-3-17 EVID.

BY: ______________
Deputy Clerk




## NEW SILLY SQUEAKERS 2014!




SS-LB-BS

**Silly Squeakers:** Bad Spaniels
Available Now
Distributor: $5.35 / MSRP: $15.28

Exhibit No. 38
Deposition of Phillips
Date 4·21·15
Becky Baumert
Certificate 50152