CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 65
DATE: _____ IDEN.
DATE: _____D-3-17_____ EVID.
BY: _____
        Deputy Clerk



## NEW SILLY SQUEAKERS 2014!



SS-LB-BS

**Silly Squeakers:** Bad Spaniels
Available July 18th
Wholesale: $7.64 / MSRP: $15.28

Exhibit No. 39
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

ELLE0075