CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 66
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



| Email | ........ | Login | Home | My Account | Shopping Cart | 0 items | Checkout |

MYDOGTOY | Tuffy | **Silly Squeakers** | MIGHTY Beds | MIGHTY Toys | Rugged Rubber | Bentley & Bunny

        

**SHOW OFF YOUR DOG HERE!**
Click on an image above to learn more about our fans or CLICK HERE to create an account!

**Click here to see cool video of tigers and bears playing with dog toys!**

### Categories

New Arrivals
Bentley & Bunny
Luxury Dog Beds
Dog Park- Back Pack
Rugged Rubber Retail
Tuffys Pet Toys Retail
**Silly Squeakers Retail**
  Beer Bottles
  iBalls
  **Liquor Bottles**
  Mini Poop (5in)
  Mr Poop (10in)
  Non Squeaking
  Tennis Balls Bulk
  Squeaking Tennis
  Ball Packs
  Wine Bottles
Mighty Dog Beds Retail
Mighty Dog Toys Retail
VIP Footwear

### Search

Scale
Brand
Size
Type
Name/Model

### Information

Limited Warranty
Shipping & Returns
Privacy Notice
Conditions Of Use
**Wholesale Portal**
Tuffys - Why So Tuff
Tuffys - Testimonials
VIP Philosophy
Tuffys - Construction

---

Home » Silly Squeakers Retail » Liquor Bottles » SS-LB-BS



BEER BOTTLES | iBalls | LIQUOR BOTTLES | MINI POO MR POOPS | TENNIS BALLS | SQUEAKY TENNIS BALLS | WINE BOTTLES



   
Main    Front    Angle    Side

**Silly Squeaker – Liquor Bottle Bad Spaniels**

**Bad Spaniels** - The best gift for the sophisticated pooch! These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys, and yours too!

**Scale**: Novelty Toys

**For Dogs**: All Sizes

---

Silly Squeaker Liquor Bottle
Bad Spaniels
SS-LB-BS

**$15.28**

Pick a color

 

Bad Spaniels    Jose the Perro
(1482)        (1468)

Enter a Quantity
1

**ADD TO CART**

Exhibit No. 40
Deposition of Phillips
Date 4-21-15
Becky Baumert
Certificate 50152

VIP00121

- Mighty Bed - Construction
- Mighty Toy - Construction
- Safety Testing
- Tiger Video
- Dog Toy Tester
- Tester Terms
- Tester FAQ
- As Seen On..
- Retail Catalog
- Contact Us

Live Support



**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with Jack Daniel Distillery.*

Warning : <u>*Your dogs safety is "Your" Responsibility*</u> . The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.

Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.



One-Of-A-Kind Novelty Dog Toys!



Admin Login  |  Software Copyright © 2006 - 2015  VIP Products LLC

VIP00122