CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 67

DATE: _____ IDEN.

DATE: ___10-3-17___ EVID.

BY: _____

Deputy Clerk



Exhibit No. 41
Deposition of Phillips
Date 9-21-15
Becky Baumert
Certificate 50152

ELLE0005