CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 69
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

EXHIBIT 45
Sacra
4-23-15  GR

QUARLES & BRADY LLP
Gregory P. Sitrick (AZ Bar #028756)
Isaac S. Crum (AZ Bar #026510)
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690
E-mail: Gregory.Sitrick@quarles.com
E-mail: Isaac.Crum@quarles.com

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted *pro hac vice*)
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219
E-mail: clarkin@seyfarth.com

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP PRODUCTS, LLC, an Arizona limited liability company,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. 14-cv-02057-PHX-DGC<br><br>**NOTICE OF DEPOSTION OF STEPHEN SACRA** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI"), by and through their attorneys, will take the deposition of Mr. Stephen Sacra, Founder and Owner of VIP Products, LLC, on April 22, 2015, beginning at 9:00 a.m., and continuing from

day-to-day until completed, at the offices of Quarles & Brady LLP, 2 N. Central Ave., Phoenix, Arizona 85004, or at another mutually agreeable location. The deposition will be taken before a qualified notary public or before some other officer authorized to administer oaths and will be recorded by stenographic and/or videographic means.

DATED: April 7, 2015

/s/ Isaac S. Crum
Gregory P. Sitrick  (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

SEYFARTH SHAW LLP
Christopher C. Larkin (admitted pro hac vice)
clarkin@seyfarth.com
2029 Century Park East
Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 201-5289
Facsimile: (310) 201-5219

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, I served the foregoing **NOTICE OF DEPOSTION OF STEPHEN SACRA** on the parties identified below in the manner identified below:

**VIP Products LLC (via Electronic Mail and First Class Mail)**
David G. Bray, Esq.
DICKINSON WRIGHT, PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Direct Line: 602-285-5033
DBray@dickinsonwright.com

/s/ *Isaac S. Crum*
Isaac S. Crum