CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 70
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: ARi N
Deputy Clerk

Wednesday, April 15, 2015 at 3:49:24 PM Mountain Daylight Time

**Subject:** RE:
**Date:** Monday, June 10, 2013 at 2:25:56 PM Mountain Daylight Time
**From:** Stephen Sacra
**To:** Elle Phillips

Mock it up… Looks Good !



Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048



   

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect , consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety,

**From:** Elle Phillips [mailto:design@ellephillips.com]
**Sent:** Monday, June 10, 2013 12:10 PM
**To:** Stephen Sacra
**Subject:**

Hey Steve, how about something like this for "Bad Spaniels"? Let me know your thoughts. Thanks!
Elle

*** **PLEASE NOTE:** I will be out of the office on Tuesday, June 18 through Thursday, June 20, returning to work on Friday the 21st. Please adjust your schedules accordingly. ***

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .



elle phillips design
945 N. Eagle Hills Way
Eagle, Idaho 83616
208 562.9075
design@ellephillips.com

ELLE0021



VIP00001