CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 71
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

**Stephen Sacra**

---

**From:** Stephen Sacra
**Sent:** Wednesday, November 27, 2013 5:17 AM
**To:** david@flyingpony.com
**Subject:** New Bottle - Bad Spaniels

David,

Here is a concept for a new BOTTLE SHAPE.
We want to make the bottle to Same Height as Beer Bottle but in this new square shape.
I have included a TEST Label size Bottle Neck Size an ARt Size.

We do not know if these art sizes are correct to work with Final Molded Product. Can you please make the Sample Bottle then check the art size we can adjust after you let us know if the art is ok.

Steve



Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048


   

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. ViP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. ViP shall have no liability and disclaims all direct, indirect, consequential, punitive or other damages, for the use of, or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.



EXHIBIT 47
Sacra
4-23-15   GR

1

VIP00015



VIP00017



VIP00018



VIP00019





**VIP00020**