CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 73

DATE: _____ IDEN.

DATE: _____10-3-17_____ EVID.

BY: _____

Deputy Clerk

**Stephen Sacra**

**From:** david [mailto:david@flyingpony.com]
**Sent:** Sunday, December 15, 2013 6:25 PM
**To:** Stephen Sacra
**Subject:** Re: New Product Samples

Dear Steve,

Frog ,Lizard and Hedge hog are ready which I have show you photos for your comments.

jr Beaver are looking for the material which sure can be supplied in future, but no just for samples.

Bad Spaniesl bottle have arrange to work out model, it need around 25 days from candle mold,metal mold...

Snake with ball, it seems it is difficult to have a corl from head through to tail.

2013-12-16

B.Regards

David



1

VIP00022