CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 74
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

## Stephen Sacra

**From:** Stephen Sacra
**Sent:** Monday, December 16, 2013 5:09 PM
**To:** 'david@flyingpony.com'
**Subject:** RE: New Product Samples

1. David I need Final Sample of Frog ... With Embroider eye
2. I sent you revisions to the lizard in an email
3. And The Hedge Hog I asked you to make sample with the fur made of same material as the Frog.
4. Jr Beaver – Under Stood
5. Bad Spaniels – Understood
6. Snake... I ask you to make snake with ball in the head... I want STUFFING for the rest of the body and Tail ( 2 layer Might Construction

Stephen Sacra - Owner
steve@vipproducts.com
(480)704-1700 Ext. 105
16515 S. 40th St. Suite 121  Phoenix AZ 85048



   

This information is for discussion purposes only. It is speculative and based on assumptions that may not be correct or complete. VIP does not represent or warrant its accuracy. Anything written above or attached to this email is not a legally binding commitment. VIP shall have no liability,and disclaims all direct , indirect, consequential, punitive or other damages, for the use of , or reliance on, this information. This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety.



EXHIBIT 50
Sacra
4-23-15   GR

VIP00023