CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 76
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Stephen Sacra

**From:** david [mailto:david@flyingpony.com]
**Sent:** Friday, February 14, 2014 12:25 AM
**To:** Stephen Sacra
**Subject:** Re: Bad spaniels bottle

Dear Steve,

The Bad spaniels bottle is expected to send you on 24th Feb,

belows are revised smaples photo, I dont know if we need to send it together to you ?





2014-02-14

B.Regards

David Bai



EXHIBIT 52
Sacra
4-23-15 GR

1

VIP00029