CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 77
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: Rivev
Deputy Clerk

## Stephen Sacra

**From:** david [mailto:david@flyingpony.com]
**Sent:** Monday, February 17, 2014 12:29 AM
**To:** Stephen Sacra
**Cc:** Lisa Carpenter
**Subject:** Re: New Bottle - Bad Spaniels

Dear Steve,

Do you have baccode for Bad Spaniels ? so that we can put it into the artwork ? Thanks.

2014-02-17

B.Regards

David Bai



VIP00030