CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 78
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Stephen Sacra

**From:** Stephen Sacra
**Sent:** Tuesday, February 18, 2014 7:25 PM
**To:** david@flyingpony.com
**Cc:** Lisa Carpenter
**Subject:** RE: New Bottle - Bad Spaniels

I will have lisa set up a barcode. Please do not make artwork until I have approved the final sample of the bottle.



EXHIBIT 54
Sacra
4-23-15

VIP00031