CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 79
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

**Stephen Sacra**

**From:** Stephen Sacra
**Sent:** Tuesday, February 18, 2014 7:26 PM
**To:** Lisa Carpenter
**Subject:** RE: New Bottle - Bad Spaniels

Lisa this will be a SS-LB-
Liquor bottle

