CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 80
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

## Stephen Sacra

**From:** david [mailto:david@flyingpony.com]
**Sent:** Wednesday, February 19, 2014 6:52 PM
**To:** Stephen Sacra
**Subject:** Re: RE: RE: New Bottle - Bad Spaniels

Dear Steve,

Pls see photos and let me know your comments.

2014-02-20

B.Regards

David Bai





VIP00044