CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 82
DATE: _____ IDEN.
DATE: 10/3/17 EVID.
BY: Brian
Deputy Clerk



Mighty Bed - Construction
Mighty Toy - Construction
Safety Testing
Tiger Video
Dog Toy Tester
Tester Terms
Tester FAQ
As Seen On..
Retail Catalog
Contact Us
Live Support



**Size**: 3 x 9.75 x 3

**Squeakers**: 1

The individual bottle is comparable to the size of a 12 oz. bottle.

*These Products are in no way affiliated with* _____

**Warning** : *Your dogs safety is "Your" Responsibility* . The Silly Squeaker Toys are designed to be play toys and not chew toys. No Part of any toy should be ingested. Injury may result.

**Silly Squeakers are designed to be novelty dog toys, they do NOT have a guarantee of any kind.**




Admin Login | Software Copyright © 2006 - 2015 VIP Products LLC