CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 84

DATE: _____ IDEN.

DATE: _____10-3-17_____ EVID.

BY: _____

Deputy Clerk







SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in workmanship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

1  80181 90860  6

Made In China

© 2014 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel Distillery.