CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 86
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

| Date | Company | Customer Name | Order ID | Qty |
|---|---|---|---|---|
| 7/9/2014 | PetCo Corp. | Kristen Reid | 172583 | 9 |
| 7/14/2014 | Boozin Gear, Inc | Jeff Eichelberger | 172608 | 20 |
| 7/14/2014 | Paws and Claws (Greenville) | Christy Jordal | 172621 | 2 |
| 7/16/2014 | Vip Products Tradeshow | Wendy Sacra | 171930 | 16 |
| 7/17/2014 | Salty Paw | Amanda Zink | 173284 | 2 |
| 7/17/2014 | Vander Marketing Assoc., LLC | Mike Streets | 173276 | 1 |
| 7/21/2014 | Amy Bossard | Amy Shapiro | 173484 | 1 |
| 7/21/2014 | Marissa Chapman | Marissa Chapman | 173485 | 1 |
| 7/21/2014 | Dog House (Las Vegas) | Jillian Plaster | 173490 | 2 |
| 7/21/2014 | Montecito Pet Shop | Mathew Petrich | 173418 | 1 |
| 7/21/2014 | Posh Puppy Boutique | Jennifer Kirk | 173417 | 1 |
| 7/21/2014 | Happy Hound | Laura Wujkowski | 173370 | 3 |
| 7/22/2014 | Pet Club (Shea) | Matt Akers | 173683 | 3 |
| 7/22/2014 | Masons Dog Boutique and Spa | Michelle Dixon | 173673 | 2 |
| 7/22/2014 | MainMerch | Roy Laniado | 173674 | 8 |
| 7/22/2014 | Sheri Scarborough | Sheri Scarborough | 173678 | 1 |
| 7/22/2014 | Melissa Sullivan | Melissa Sullivan | 173498 | 1 |
| 7/23/2014 | Paw Paws | Kevin Mulrennan | 173412 | 3 |
| 7/23/2014 | Hairy Winston | Jennie Dudley | 173693 | 6 |
| 7/24/2014 | Scalawags | Mary Beth Kvaka | 173055 | 12 |
| 7/29/2014 | Dog Krazy | Nancy Guinn | 173880 | 3 |
| 7/29/2014 | Three Dog Bakery (W Des Moines) | Aron Wilson | 173882 | 1 |
| 7/29/2014 | The Modern Dog LLC | Jennifer Bella | 173906 | 1 |
| 7/29/2014 | Paw Prints LLC | Joan Burlini | 173932 | 1 |
| 7/29/2014 | Animal Appetites LTD. | Paul Leonard | 174060 | 12 |
| 7/29/2014 | DoggyLoot | Jim Siegel | 174092 | 20 |
| 7/29/2014 | Republic of Paws | Molly Smith | 174172 | 3 |
| 7/29/2014 | Texas Tails Pet Ranch & Spaw | Garey & Patsy Kirk | 174174 | 1 |
| 7/29/2014 | KBP Pampered Pets Grooming | Marcus Knepp | 174107 | 4 |
| 7/30/2014 | Ricordare, Inc Dogma (Irvine) | Martnel Bonacquisti | 174180 | 4 |
| 7/30/2014 | Lofty Dog Village (Anderson Lane) | Veronique Michalik | 174189 | 1 |
| 7/30/2014 | BowWow Babies | Jeff Silverstein | 174051 | 3 |
| 7/31/2014 | Canine Center | Robert Heger | 174194 | 3 |
| 7/31/2014 | Teton Tails | Amy Vigaroli | 174198 | 3 |
| 7/31/2014 | Dogadillo | Michael Conrad | 174236 | 3 |
| 7/31/2014 | Cornerstone Pets | Megan Matthews | 174239 | 2 |
| 7/31/2014 | Pet Outfitters | Libby Miller | 174202 | 6 |
| 7/31/2014 | Mouthfuls, Inc | Deborah Dempsey | 174207 | 2 |
| 7/31/2014 | Three Dog Bakery (Richmond) | Myra Holden | 174210 | 4 |
| 7/31/2014 | Perk Valley Pet Eatery | Gordon Kriebel | 174212 | 3 |
| 7/31/2014 | Animal Kingdom (Grover) | Adam Tipton | 174215 | 6 |
| 7/31/2014 | Three Dog Bakery (Sonoma) | Joanne Evans | 174214 | 6 |
| 7/31/2014 | My Dogs Bakery | Vicky Gardner | 174261 | 6 |
| 7/31/2014 | corbin hinton | corbin hinton | 174344 | 1 |
| 7/31/2014 | Doggie Style (Philidelphia) | Ira Goldfarb | 174225 | 20 |
| 7/31/2014 | K9 Loft (Sherman Oaks) | Gil Dan | 174270 | 2 |



EXHIBIT 63
Sacra
4-23-15 GR

VIP00123

| Date | Company | Contact | Number | Qty |
|---|---|---|---|---|
| 8/4/2014 | Noahs Ark Pet Supply | Angie DeMars | 174292 | 6 |
| 8/4/2014 | K9 Loft (Los Angeles) | Gil Dan | 174367 | 1 |
| 8/4/2014 | Loie Archer | Loie Archer | 174671 | 1 |
| 8/4/2014 | Bone Appetit Natural Pet Pantry | Natalie Hilley | 174837 | 1 |
| 8/5/2014 | Hunter Kowall | Hunter Kowall | 174889 | 1 |
| 8/5/2014 | Farm Store (CA) | Dustin Johnston | 174850 | 2 |
| 8/5/2014 | Doggie Style Canine Cafe | Dena & Delmar Smith | 174851 | 6 |
| 8/5/2014 | bosler humane society | elaine bosler | 174861 | 1 |
| 8/5/2014 | Friends of Heart | Maria Bizzotto | 174839 | 2 |
| 8/5/2014 | Whiskers Barkery Sedona | Kelly Folse | 168568 | 2 |
| 8/5/2014 | Pooch N Paws | Starla Blancett-Pellegrino | 174388 | 2 |
| 8/6/2014 | No Bones about it (NM) | Stephanie Salyer | 175008 | 3 |
| 8/6/2014 | Rolliers Hardware | Dennis Gasper | 174864 | 3 |
| 8/6/2014 | Diggidy Dog | Marissa Dewey | 175012 | 1 |
| 8/7/2014 | Dog & Kitty in the City | Greta Glimm | 174945 | 1 |
| 8/7/2014 | Bowser Boutique/ Oregon Dachshun | Jenell Rangan | 174943 | 1 |
| 8/7/2014 | Vip Products Office | Lisa Carpenter | 174936 | 1 |
| 8/7/2014 | Duh for Garden and Home aka The | Sandy Dickerson | 175018 | 1 |
| 8/11/2014 | jessica moutinho | jessica moutinho | 175240 | 1 |
| 8/11/2014 | Healthy Pet (Aurora) | Nicole Carlson | 175037 | 3 |
| 8/11/2014 | Dixie Theatre Foundation DBA Oys | Dixie Partington | 175064 | 6 |
| 8/11/2014 | LC Pets LLC | Troy Andersen | 174858 | 3 |
| 8/11/2014 | Brownstone Bakery for Dogs | Roger Howard | 174196 | 6 |
| 8/11/2014 | Montecito Pet Shop | Mathew Petrich | 175300 | 4 |
| 8/12/2014 | Drs. Foster & Smith | Jodi Liddle | 175319 | 1 |
| 8/13/2014 | A Paw Above | Susan Darlington | 174841 | 24 |
| 8/18/2014 | All Creatures Animal Hospital | Suzanne Zervantian | 174077 | 2 |
| 8/18/2014 | Lisa Hunsberger | Lisa Hunsberger | 175841 | 1 |
| 8/18/2014 | Posh Puppy Boutique | Jennifer Kirk | 175746 | 5 |
| 8/18/2014 | Pet Food Warehouse | Susie Kupfer | 175725 | 2 |
| 8/18/2014 | Jaclyn Morse | Jaclyn Morse | 175615 | 1 |
| 8/20/2014 | Just Around The Corner Dog Groom | Alysha Merzlak | 175958 | 2 |
| 8/20/2014 | Debbie Dean Promotions | Debbie Dean-Pezzner | 175992 | 2 |
| 8/21/2014 | Petpourri | JoAnn Mancini | 176120 | 1 |
| 8/21/2014 | jody plant | jody plant | 176146 | 1 |
| 8/21/2014 | Camp Bark A Lot | Randy Barkley | 176167 | 10 |
| 8/21/2014 | Conway Sales Inc. | Scott Pace | 176103 | 2 |
| 8/21/2014 | DoggyLoot | Jim Siegel | 175513 | 20 |
| 8/25/2014 | Debbie Smith | Debbie Smith | 176295 | 1 |
| 8/25/2014 | Woof Pet Bakery | Mark Hardy | 176211 | 3 |
| 8/25/2014 | Melissa Hina | Melissa Hina | 176182 | 1 |
| 8/25/2014 | Matt Salvato | Matt Salvato | 176142 | 1 |
| 8/26/2014 | Pucci's | Ken Sciford | 176365 | 1 |
| 8/26/2014 | Inman Park Pet Works | Laura Saunders | 176376 | 1 |
| 8/26/2014 | Dog Bar | Michelle or Steven Cohen | 174067 | 12 |
| 8/28/2014 | JT Scott & Company | Candy Shapiro | 176347 | 8 |
| 9/2/2014 | Dogone Fun! | Christopher Zimowski | 176415 | 1 |

| Date | Customer | Contact | Ref | Qty |
|---|---|---|---|---|
| 9/2/2014 | Michael Thomas | Michael Thomas | 176602 | 1 |
| 9/3/2014 | Pets Boutique | Maxwell Beretsky | 176942 | 1 |
| 9/3/2014 | Prosperous Pets | Nicholas Eckert | 176995 | 1 |
| 9/3/2014 | Pet House, Inc. | Wendy Guyer | 176992 | 4 |
| 9/4/2014 | Doggie Style Canine Cafe | Dena & Delmar Smith | 177005 | 6 |
| 9/4/2014 | Whole Dog Market Homewood | William Finney | 177018 | 1 |
| 9/4/2014 | Canine Cupboard | Bill Girard | 177027 | 2 |
| 9/9/2014 | Rebecca Alicea | Rebecca Alicea | 177197 | 1 |
| 9/10/2014 | Flea Bags/JIT Enterp (Henderson) | Whitney Leach | 177164 | 2 |
| 9/11/2014 | Kyle Loos | Kyle Loos | 177497 | 1 |
| 9/11/2014 | Little Lucys Canine Couture | Patricia Hurley | 177382 | 6 |
| 9/12/2014 | Furry Friends Daycare and Boardi | David Harvey | 177487 | 3 |
| 9/15/2014 | Fetch & Friskers Barkery and Bow | Michele Jaime | 177541 | 8 |
| 9/15/2014 | Three Dog Bakery (Richmond) | Myra Holden | 176533 | 3 |
| 9/15/2014 | Happy Feet Pet Shop II | hani salib | 177515 | 1 |
| 9/16/2014 | Shake A Paw (Lynbrook) | Marc Jacobs | 177855 | 2 |
| 9/16/2014 | Chew On This Dog Barkery Inc | Teresa Kara | 177567 | 3 |
| 9/16/2014 | Woofs n Hoofs LLC | Tamara Lenherr | 177573 | 1 |
| 9/16/2014 | Karie Mayben | Karie Mayben | 177147 | 1 |
| 9/16/2014 | Drs. Foster & Smith | Jodi Liddle | 177469 | 20 |
| 9/16/2014 | Taylor Tack & Feed | Thad and Cindy Taylor | 177484 | 2 |
| 9/16/2014 | Dog Savvy | Robb Horen | 177918 | 3 |
| 9/17/2014 | Inman Park Pet Works | Laura Saunders | 177921 | 1 |
| 9/18/2014 | Blue Cat & Red Dog Too | Andrea Kopelman | 178022 | 8 |
| 9/19/2014 | DigPets | Andrew Kroll | 177848 | 20 |
| 9/22/2014 | Vip Products Tradeshow | Wendy Sacra | 175911 | 2 |
| 9/23/2014 | Urban Pet | Noelle Finger | 178274 | 8 |
| 9/23/2014 | Barking Dogs Self-Wash & Groomin | Kathy Patterson | 178301 | 3 |
| 9/24/2014 | Palmetto Paws | JeanneLove Ferguson | 178278 | 2 |
| 9/25/2014 | Canine Center | Robert Heger | 178396 | 4 |
| 9/25/2014 | Republic of Paws | Molly Smith | 178460 | 2 |
| 9/25/2014 | Green Spot | Jessica Ellis | 178375 | 1 |
| 9/26/2014 | Elite Dogtique/Bonez | John McCurdy | 178420 | 5 |
| 9/29/2014 | Pete Anastasi | Pete Anastasi | 178493 | 1 |
| 9/30/2014 | Three Dog Bakery (Asheville) | Tom Flora | 178593 | 4 |
| 9/30/2014 | Dogone Fun! | Christopher Zimowski | 178670 | 1 |
| 9/30/2014 | Fur and Feathers (Mill Creek) | Pam Shockley | 178647 | 6 |
| 9/30/2014 | Animal Clinic of Baker | Stephanie Lewis | 178656 | 2 |
| 9/30/2014 | Vip Products Office | Lisa Carpenter | 178478 | 2 |
| 10/1/2014 | Beth Uscilla | Beth Uscilla | 178984 | 1 |
| 10/2/2014 | Pet Lover Central | Victoria (Tory) Quinones | 178525 | 5 |
| 10/2/2014 | Joy Utterback | Joy Utterback | 179053 | 1 |
| 10/2/2014 | Four Paws Pantry & Spa (Olathe) | Debra Manfield | 179058 | 2 |
| 10/6/2014 | Aaron Wilkerson | Aaron Wilkerson | 179285 | 1 |
| 10/6/2014 | Jill Jacobs | Jill Jacobs | 179095 | 1 |
| 10/6/2014 | Wag, LLC | Hannah Scheideman | 174385 | 8 |
| 10/6/2014 | Sarah Jensen | Sarah Jensen | 179195 | 1 |

| Date | Name | Contact | Number | Qty |
|---|---|---|---|---|
| 10/7/2014 | Everything But the Dog | Lauren Gallagher | 179106 | 2 |
| 10/8/2014 | Everything for Pets | Nichole Snider | 179382 | 2 |
| 10/9/2014 | Noahs Ark Veterinary and Boardin | Krystle Armstrong | 179467 | 2 |
| 10/14/2014 | Dogone Fun! | Christopher Zimowski | 178672 | 1 |
| 10/15/2014 | Jenna Lockwood | Jenna Lockwood | 179995 | 1 |
| 10/16/2014 | Golden State Foods | Virginia Wetterau | 180215 | 2 |
| 10/20/2014 | Island Dog | Elizabeth Klimp | 180254 | 3 |
| 10/21/2014 | bri croye | bri croye | 180476 | 2 |
| 10/22/2014 | R & R Distributors | Robert R | 180521 | 1 |
| 10/22/2014 | Paw Paws | Kevin Mulrennan | 180255 | 3 |
| 10/23/2014 | Perk Valley Pet Eatery | Gordon Kriebel | 180550 | 2 |
| 10/23/2014 | Amazon.com | Celeste Donahoe | 180264 | 20 |
| 10/24/2014 | Pet Set #1 (Briarcliff Road) | Bob Fawcett | 180617 | 2 |
| 10/27/2014 | Sharon Raynor | Sharon Raynor | 180767 | 1 |
| 10/28/2014 | PittieLove Rescue Inc. | Noreen Ford | 180837 | 2 |
| 10/28/2014 | Pet Palette LLC | Robin Kershner | 180832 | 1 |
| 10/28/2014 | All Four Paws | Iris Christ | 180823 | 1 |
| 10/28/2014 | Consol co | Yuka Yokoi | 180206 | 3 |
| 10/29/2014 | 1966 | Roger Puldon | 180916 | 1 |
| 10/30/2014 | Wags On Willow | Mary Bowler | 180928 | 3 |
| 10/30/2014 | Vip Products Home | Wendy Sacra | 181029 | 4 |
| 10/30/2014 | All About Dogs and Cats | Bud Addington | 174175 | 4 |
| 10/30/2014 | VIP Products Transfer | Tranfer Orders | 181019 | 20 |
| 11/3/2014 | Melissa Dow | Melissa Dow | 181379 | 1 |
| 11/3/2014 | Misti Cobb | Misti Cobb | 181278 | 1 |
| 11/3/2014 | Chow Down III Grand Junction | Kristi Bush | 181097 | 2 |
| 11/4/2014 | Shake A Paw (Lynbrook) | Marc Jacobs | 181492 | 2 |
| 11/4/2014 | Inman Park Pet Works | Laura Saunders | 180963 | 1 |
| 11/4/2014 | Lucky Dog Outfitters (#1) | Jennifer Ybarra | 181481 | 6 |
| 11/5/2014 | VIP Products Transfer | Tranfer Orders | 181023 | 20 |
| 11/5/2014 | Dog Store | Edward Alava | 181568 | 6 |
| 11/5/2014 | Boofy's Best for Pets | Lisa McKitrick | 181580 | 2 |
| 11/6/2014 | Chow Down Montrose | Krista/Tim Bush | 181514 | 2 |
| 11/6/2014 | Fleabags Barkery and Bow-tique | Josie Azana | 181735 | 4 |
| 11/11/2014 | VIP Donations | Wendy Sacra | 182048 | 1 |
| 11/11/2014 | Roaring Fork Valley Co-op | Roger Fazzi | 181769 | 4 |
| 11/11/2014 | Montecito Pet Shop | Mathew Petrich | 181777 | 2 |
| 11/11/2014 | Three Dog Bakery (Richmond) | Myra Holden | 176538 | 10 |
| 11/11/2014 | Three Dog Bakery (W Des Moines) | Aron Wilson | 182032 | 1 |
| 11/13/2014 | RNC Web Enterprises | Nancy Cope | 182216 | 1 |
| 11/13/2014 | Tobins Feed and Seed LLC | Cathy Norrbom | 181790 | 3 |
| 11/13/2014 | DigPets | Andrew Kroll | 182017 | 80 |
| 11/13/2014 | Sam & Willys Inc. | tom daniels | 181779 | 3 |
| 11/17/2014 | Gorge Dog | Lisa Willis | 182114 | 4 |
| 11/17/2014 | Murphys Paw | Dean Mancini | 182230 | 3 |
| 11/17/2014 | Canine Cupboard | Bill Girard | 182360 | 1 |
| 11/18/2014 | Courtney Allen | Courtney Allen | 182535 | 1 |

| Date | Customer | Contact | Ref | Qty |
|---|---|---|---|---|
| 11/18/2014 | Diggidy Dog | Marissa Dewey | 182238 | 1 |
| 11/18/2014 | K9 Loft (Echo Park) | Gil Dan | 181815 | 1 |
| 11/20/2014 | Squaw Valley Ski Corp. | Heather Cooley | 183021 | 4 |
| 11/20/2014 | Vip Products Office | Lisa Carpenter | 183018 | 2 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182873 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182872 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182874 | 1 |
| 11/20/2014 | Choice Pets | Ron Garvin | 182879 | 4 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182875 | 1 |
| 11/20/2014 | Dog-N-Scrubs | Janet Guerrero | 182881 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182856 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182866 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182865 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182864 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182863 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182860 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182859 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182871 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182870 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182869 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182868 | 1 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182867 | 1 |
| 11/20/2014 | Pawsitively Paradise Pet Resort | Bonnie Buell | 182834 | 3 |
| 11/20/2014 | Pet Palette LLC | Robin Kershner | 182810 | 20 |
| 11/20/2014 | Pet Club (Biltmore) | Jessika Archer | 182813 | 1 |
| 11/20/2014 | Three Dog Bakery (Asheville) | Tom Flora | 182790 | 6 |
| 11/21/2014 | Drs. Foster & Smith | Jodi Liddle | 183023 | 20 |
| 11/24/2014 | Tornado Tattoo | Josh Poindexter | 183224 | 1 |
| 11/24/2014 | Amazon.com | Celeste Donahoe | 183258 | 20 |
| 11/24/2014 | LONNIE MCDONALD | LONNIE MCDONALD | 183066 | 1 |
| 11/24/2014 | Woof Pet Bakery | Mark Hardy | 183063 | 1 |
| 11/25/2014 | Amazon.com | Celeste Donahoe | 183245 | 20 |
| 11/25/2014 | Dog Dish (6502 East) | Emily Langdon | 183271 | 6 |
| 11/25/2014 | Zoom Room Seattle | Cheryl Frantz | 183305 | 3 |
| 11/30/2014 | Two Pals & A Pup LLC | Jen Newhouse | 183389 | 4 |
| 12/1/2014 | Roy Rodland | Roy Rodland | 183479 | 1 |
| 12/1/2014 | constance wilder | constance wilder | 183473 | 1 |
| 12/1/2014 | Dog Bar | Michelle or Steven Cohen | 183405 | 12 |
| 12/1/2014 | D.O.G. Bakery | Karry Barolo | 183894 | 2 |
| 12/4/2014 | Republic of Paws | Molly Smith | 184069 | 1 |
| 12/4/2014 | Amazon.com | Celeste Donahoe | 183886 | 20 |
| 12/4/2014 | Planet Tails | Ericka Basile | 183876 | 2 |
| 12/4/2014 | Inman Park Pet Works | Laura Saunders | 183972 | 1 |
| 12/4/2014 | Pet Depot (MD) | Joseph Fischer | 183060 | 6 |
| 12/6/2014 | Four Paws Pantry & Spa (Olathe) | Debra Manfield | 184220 | 2 |
| 12/6/2014 | Montecito Pet Shop | Mathew Petrich | 184217 | 4 |
| 12/6/2014 | Cornerstone Pets | Megan Matthews | 183983 | 2 |

| Date | Customer | Contact | Number | Qty |
|---|---|---|---|---|
| 12/6/2014 | Pawparazzi | Jane Honnor | 184074 | 1 |
| 12/8/2014 | R & R Distributors | Robert R | 182857 | 10 |
| 12/8/2014 | Brandt's Old Fashion | Angelica Bowen | 183957 | 2 |
| 12/8/2014 | Conway Sales Inc. | Scott Pace | 184243 | 4 |
| 12/8/2014 | Scott Marketing & Sales | Ken Scott | 184242 | 1 |
| 12/9/2014 | Healthy Pet (Aurora) | Nicole Carlson | 184525 | 2 |
| 12/9/2014 | Shop Dog | Ellyn Suga | 184482 | 2 |
| 12/9/2014 | Murphys Paw | Dean Mancini | 184492 | 7 |
| 12/9/2014 | Pamela Young | Pamela Young | 184273 | 1 |
| 12/10/2014 | Elite Dogtique/Bonez | John McCurdy | 184604 | 4 |
| 12/15/2014 | Michelle Mascavage | Michelle Mascavage | 185089 | 1 |
| 12/15/2014 | Alpine Shop | Angela Roam | 182240 | 15 |
| 12/15/2014 | Drs. Foster & Smith | Jodi Liddle | 184763 | 40 |
| 12/15/2014 | sonia Minors | sonia Minors | 185178 | 1 |
| 12/15/2014 | Fawn Frazer | Fawn Frazer | 185122 | 1 |
| 12/16/2014 | Steve Gray | Steve Gray | 185297 | 1 |
| 12/16/2014 | Matt Salvato | Matt Salvato | 185370 | 1 |
| 12/16/2014 | Barkly Manor | Kim Arnold | 185367 | 1 |
| 12/17/2014 | Whos Your Doggy (Fort Greene) | Julia Rosenfeld | 185226 | 3 |
| 12/17/2014 | Inman Park Pet Works | Laura Saunders | 185353 | 2 |
| 12/17/2014 | RT Nelson Sales and Marketing LL | Toby Nelson | 185332 | 1 |
| 12/18/2014 | Happy Tails of Little Rock, Inc. | Amy Dunnavant | 185401 | 3 |
| 12/18/2014 | Puppy Love | Kim Long | 185479 | 4 |
| 12/22/2014 | Debbie Taylor | Debbie Taylor | 185777 | 1 |
| 12/22/2014 | Elite Dogtique/Bonez | John McCurdy | 185631 | 6 |
| 12/22/2014 | No Bones about it (NM) | Stephanie Salyer Chittenden | 185650 | 2 |
| 12/22/2014 | Elizabeth Sanfillipo | Elizabeth Sanfillipo | 185876 | 1 |
| 12/22/2014 | Amazon.com | Celeste Donahoe | 185842 | 20 |
| 12/23/2014 | Amazon.com | Celeste Donahoe | 185845 | 20 |
| 12/23/2014 | Vip Products Tradeshow | Wendy Sacra | 179795 | 2 |
| 12/29/2014 | Carolyn Levine | Carolyn Levine | 186153 | 1 |
| 12/29/2014 | Casey Santoro | Casey Santoro | 186070 | 1 |
| 12/29/2014 | R & R Distributors | Robert R | 185962 | 5 |
| 12/31/2014 | Shake A Paw (Lynbrook) | Marc Jacobs | 186282 | 3 |
| 12/31/2014 | Three Dog Bakery (W Des Moines) | Aron Wilson | 186222 | 1 |
| 12/31/2014 | Hairy Winston | Jennie Dudley | 185980 | 4 |
| 12/31/2014 | Dogone Fun! | Christopher Zimowski | 185990 | 2 |
| 1/5/2015 | SandraLee Hartman | SandraLee Hartman | 186476 | 1 |
| 1/5/2015 | Jason Sylvester | Jason Sylvester | 186457 | 1 |
| 1/6/2015 | Amazon.com | Celeste Donahoe | 186798 | 20 |
| 1/6/2015 | Squaw Valley Ski Corp. | Heather Cooley | 186365 | 4 |
| 1/6/2015 | Teske Pet and Garden | Shelly ????? | 186855 | 2 |
| 1/7/2015 | Incredipet Select (Tates Creek R | Tracy White | 186916 | 2 |
| 1/8/2015 | Pet Club (Gilbert) | Matt Abrahamson | 187016 | 2 |
| 1/8/2015 | Pet Club (Waddell) | Torie Stanionis | 187001 | 1 |
| 1/8/2015 | Republic of Paws | Molly Smith | 186978 | 1 |
| 1/8/2015 | Pet Palette LLC | Robin Kershner | 186956 | 40 |

| Date | Customer | Contact | Number | Qty |
|---|---|---|---|---|
| 1/8/2015 | Puppy Love | Kim Long | 187122 | 1 |
| 1/12/2015 | Momma's House | Lisa Hays | 187206 | 1 |
| 1/13/2015 | Noland Feed | Karen unknown | 187346 | 1 |
| 1/14/2015 | Fetch & Friskers Barkery and Bow | Michele Jaime | 187451 | 2 |
| 1/14/2015 | Shop Dog | Ellyn Suga | 187424 | 2 |
| 1/14/2015 | VIP-Inventory Adjustment | Stephen Sacra | 187505 | 1 |
| 1/15/2015 | Drs. Foster & Smith | Jodi Liddle | 187474 | 60 |
| 1/15/2015 | Calvin & Susie Beach | Joanna Yeh | 187486 | 4 |
| 1/15/2015 | Paw Paws | Kevin Mulrennan | 187408 | 2 |
| 1/19/2015 | Kristi Oldham | Kristi Oldham | 187854 | 1 |
| 1/19/2015 | K9 Loft (Sherman Oaks) | Gil Dan | 187702 | 3 |
| 1/19/2015 | Amazon.com | Celeste Donahoe | 187313 | 20 |
| 1/20/2015 | Plump Poodle | Rachel Kulbako | 187913 | 4 |
| 1/20/2015 | Amazon.com | Celeste Donahoe | 187871 | 20 |
| 1/20/2015 | Dog Dog Cat | George Richter | 187927 | 6 |
| 1/21/2015 | A Country Canine Resort | Jackie | 188022 | 2 |
| 1/22/2015 | Shannon Sharyer | Shannon Sharyer | 188142 | 1 |
| 1/22/2015 | Especially For Pets (Wayland) | Colby Greensleigh | 188093 | 1 |
| 1/27/2015 | Doggie Door | Brian Wettstein | 188231 | 2 |
| 1/28/2015 | Pet Station Salon and Boutique | Paul Blackburn | 188418 | 1 |
| 1/28/2015 | marie mason | marie mason | 188539 | 1 |
| 1/28/2015 | R. J. Paddywacks | Cedar Rose | 188365 | 2 |
| 1/29/2015 | Pet Foods Market (Lunada Bay) | Nicole Bedell | 188603 | 3 |
| 1/29/2015 | Pooch N Paws | Starla Blancett-Pellegrino | 188457 | 3 |
| 1/29/2015 | Pet Set #2 (Piedmont Ave) | Bob Fawcett | 188477 | 1 |
| 1/29/2015 | Pet Set #1 (Briarcliff Road) | Bob Fawcett | 188478 | 1 |
| 1/29/2015 | Paw Paws | Kevin Mulrennan | 188574 | 1 |
| 1/29/2015 | Lucky Dog Outfitters & Pet Suppl | Jennifer Ybarra | 188075 | 6 |
| 1/29/2015 | Canine Cupboard | Bill Girard | 188038 | 2 |
| 1/29/2015 | Inman Park Pet Works | Laura Saunders | 188027 | 1 |

| Date | Company | Customer | Order ID | Qty |
|---|---|---|---|---|
| 9/16/2014 | PetCo #810 Cranbury | Accounts Payable | 177854 | 288 |
| 9/17/2014 | Petco #396 Braselton | Petco #396 | 173924 | 232 |
| 9/17/2014 | PetCo #528 Mira Loma | Accounts Payable | 173929 | 265 |
| 9/17/2014 | PetCo #810 Cranbury | Accounts Payable | 173928 | 288 |
| 9/17/2014 | Petco #198 Joliet | PetCo Joliet | 173926 | 215 |
| Total Qty | | | | 1288 |

VIP00130