CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 87
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



September 5, 2014                                                                                       Via UPS

VIP Products
16515 S. 40th Street Ste 121
Phoenix AZ, 85048 United States

Re:   Mark:      **JACK DANIEL'S**
      Our Ref:   81092612
      Subject:   Use of Take-Off Design



Dear Sir or Madam:

We are the owner of the JACK DANIEL'S trademarks throughout the world (the "Marks"), which have been used extensively and for many years in connection with our whiskey and related consumer products. The Marks are considered famous in the United States and elsewhere, entitling them to broad protection.

It was recently brought to our attention that you have been producing and distributing a "Bad Spaniels" dog toy which is designed to closely mimic the style and distinctive elements of our Marks (the "Product"). An image of the Product is set forth below, for reference.

We certainly appreciate your apparent affection for Jack Daniel's. What you may not have realized, however, is that your use of the Marks in this manner constitutes trademark infringement and dilution of our valuable trademark rights. As I'm sure you can appreciate, if we were to allow this particular use of our Marks to continue, we would not only encourage other, similar products, we would risk losing our trademark rights altogether – something that would be highly damaging for any business.

In any case, we are sure you understand the issue and that you can appreciate the situation. To rectify the situation, we are writing to request that you now take the following steps:

- Please stop all further production, distribution and sale of the Products and remove all images of the Products from all applicable websites and catalogs;

- Please confirm the number of Products sold to date, together with the number remaining in inventory; and

- Please provide us with information concerning the source or supplier of the Products to the extent that you are not producing the items yourself.

**JACK DANIEL'S PROPERTIES, INC.**

4040 CIVIC CENTER DRIVE  •  SUITE 528  •  SAN RAFAEL, CALIFORNIA 94903
TELEPHONE: (415) 446-5225  •  FAX: (415) 446-5230                              VIP00133

Wear Your Beer
August 6, 2014
Page 2

We trust you can understand that we must work diligently to protect the Jack Daniel's brand so that it will mean as much to future generations as it does today. We look forward to hearing from you, and would appreciate a response by **September 19, 2014**. In the meantime, if you have any questions, please do not hesitate to contact me.

Sincerely,

Rachelle Andrews
Special Counsel

cc:   Jack Daniel's Brand Team

