CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 88

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk



# Vip Products
Product Design and Manufacturing

# PRODUCT CATALOG

## MYDOGTOY.COM ™

EXHIBIT 68
Sacra
4-23-15 GR



**TUFFY**
WORLD'S "TUFF"EST
SOFT DOG TOY



Silly Squeakers



**MIGHTY**
RETHINK DURABILITY



RUGGED TUFFY RUBBER



Bentley & Bunny







Tuffscale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
How Are They Made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Jr's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-10
Ultimate's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12
NO STUFF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Mega's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-17
Ocean Creatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-19
Dinosaurs & Dragons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-19
Zoo Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-21
Desert Creatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-25
Aliens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-27
Barn Yards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-29
Rugged Rubber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34-35

Tennis Balls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36-37
Novelty Beer Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38-40
Novelty Wine Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Novelty Liquor Bottles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Mr. Poops . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
iBalls . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

Rethinking Durability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Microfiber . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
Tequila Worms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
Bugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
Farm Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Nature Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50-51
Massive Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52-53
Safari Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54-55
Dragons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Dinosaurs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Ocean Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
Arctic Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
My Parents Lied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60-61
Shapes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62-63
Mighty Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64-65
Pack 'n Go Dog Pack . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

B&B Dog Beds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67





### Where's Mr. Poops?

Mr. Poops is making his travels throughout this catalog.
Can you find all 63 places Mr. Poops is hiding?



# TUFFY® TUFFSCALE

*(vertical text, left margin)* WORLD'S TUFF'ST SOFT DOG TOY

## ALL TOYS ARE NOT CREATED EQUAL

*...that is why we created the* **"TUFFSCALE™"**. The **TUFFSCALE™** is designed to give you insight on how tuff the toy you're buying compares against another. Some dogs are aggressive and can only have the tuffest toys ranked 8 and above. Other dogs may not be as aggressive or may be older and their chewing habits have slowed. If this sounds like your dog, you can consider toys ranked 5 and above.

## OUR GOAL:

Our goal is to help you purchase a toy suited for your dog's needs. All of our Tuffy® and Mighty® toys are made with the same extreme durable construction, but the shape of the toy can impact a dog's ability to penetrate the toy over time.

Use the **TUFFSCALE™** to help you with your purchase. If you aren't 100% sure which toy is right for your dog call us at 1-866-4-DogToy.

We strive to make our toys the TUFFest on the market. We are continually testing and creating new toys to be both stronger and safer for your dog. As loving dog owners we only want the best toys for our dogs and yours. Indestructible is impossible... *But we will keep trying!!*

**?** Look for our **TUFFSCALE™** logos while you shop to identify the most appropriate toy for your dog.

**MYDOGTOY.COM™**
6  1-866-4-DogToy (364-869) • (480) 704-1700

**MEGA** — 10
**EXTREME** — 9
**SUPER** — 8
**VERY TUFF** — 7
Durable — 6
Strong — 5

*weakest*

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

# TUFFY®

## HOW ARE THEY MADE?

## 7 SEVEN ROWS OF STITCHING

Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

## 4 FOUR LAYERS OF MATERIAL

Tuffy® toys can have up to 4 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) can have up to 2 layers of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

1st Layer Soft Fleece

2nd Layer Luggage Material

3rd Layer Plastic Coating

4th Layer Luggage Material

ULTIMATE BONE
mydogtoy.com

*Disclaimer:* Each toy shape and size is made differently, and because the toys are made by skilled human hands, no two toys are identical.

## PROTECTIVE WEBBING

For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

## SQUEAKER SAFETY POCKETS

Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.

WORLD'S BEST "FILL IT" SOFT DOGTOY

7



**They Float, Squeak & Are Machine Washable For Dogs 4-18lbs**

WORLD'S "TUFFEST" SOFT DOG TOY

## JR RING



The Ring has three squeakers and can be used for fetch or as a tug toy. Its soft edges won't hurt your dog's teeth or gums.




T-JR-R-RP
T-JR-R-CB
T-JR-R-PL
T-JR-R-YB

## JR ODDBALLS

For dogs that LOVE to fetch and catch!










T-JR-OB-PL
T-JR-OB-RP
T-JR-OB-YB
T-JR-OB-CB

## JR BONE 2

Same great bone with a new design!





T-JR-B2-RP






T-JR-B2-YB
T-JR-B2-CB
T-JR-B2-PL

8



## JR BONE ⑧ TUFFSCALE

For dogs that like to play, tug and whip their toys back and forth.

T-JR-B-RP
T-JR-B-PL
T-JR-B-CB
T-JR-B-YB

## JR GEAR RING ⑧ TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-JR-GR-RP
T-JR-GR-PL
T-JR-GR-YB
T-JR-GR-CB

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700

## ⑧ TUFFSCALE
## JR 3 WAY TUG

For dogs that like to play together! Get your doggie friends together for a fun-filled day.

T-JR-3WT-CB
T-JR-3WT-RP
T-JR-3WT-PL
T-JR-3WT-YB

## JR BOWMERANG ⑧ TUFFSCALE

Multiple squeakers make this a great toy for dogs that like to play, tug and whip their toys back and forth.

T-JR-BR-CB
T-JR-BR-RP
T-JR-BR-PL
T-JR-BR-YB

WORLD'S "THE BEST SOFT DOG TOY"

9



# TUFFY ULTIMATES

**They Float, Squeak & Are Machine Washable**

## RING  9 TUFFSCALE  #1 SELLER

The Ring has four squeakers and has soft edges so it won't hurt your dog's teeth or gums, making it a great toy for fetch or a game of tug.



T-U-R-RP
T-U-R-YB
T-U-R-CB



T-U-R-PL

## FLYER 8 TUFFSCALE

This Flyer has one squeaker and is the perfect toy for training your dog to catch and fetch. Its soft fleece and durable construction make it the safest disc you'll find.



T-U-FL-CB
T-U-FL-YB
T-U-FL-RP
T-U-FL-PL



## BONE 9 TUFFSCALE

For dogs that like to fetch, tug and whip their toys back and forth.



T-U-B-CB



T-U-B-YB
T-U-B-RP
T-U-B-PL

## ODDBALLS 8 TUFFSCALE

For dogs that LOVE to fetch and catch!







T-U-OB-RP
T-U-OB-CB
T-U-OB-PL
T-U-OB-YB

## MYDOGTOY.COM ™
**1-866-4-DogToy (364-869) • (480) 704-1700**

10

WORLD'S TUFFEST SOFT DOG TOY



# TUG-O-WAR (9) TUFFSCALE

Great fun for everyone, and it squeaks. Two dogs can play all day with this two-ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-RP

T-U-T-PL    T-U-T-YB    T-U-T-CB

# 3 WAY TUG (9) TUFFSCALE

The 3 Way Tug will easily become your dog's favorite toy! Push, pull, toss and fetch have never been so fun, so bring a friend!

T-U-3WT-PL

# 4 WAY RING (9) TUFFSCALE

The 4 Way Ring is a new twist on a pooch's favorite toys - the ball and the ring! Its soft edges won't hurt your dog's teeth or gums.

T-U-4WR-PL    T-U-4WR-RP

T-U-4WR-CB

T-U-4WR-YB

T-U-3WT-RP    T-U-3WT-YB    T-U-3WT-CB

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700    **11**



# TUFFY® ULTIMATES

**They Float, Squeak & Are Machine Washable**

## TIRE IRON (9) TUFFSCALE

For dogs that LOVE to pull, play and tug! This 3-way tire iron is perfect for multi-dog families who enjoy playtime together.

T-U-TI-CB
T-U-TI-PL  T-U-TI-RP
T-U-TI-YB

## BOWMERANG (8) TUFFSCALE

Squeeze one of the squeakers and then throw it! Your dog will love to bring it back. If you have two dogs each one can pull on an arm while you safely hold on to the other.

T-U-BR-PL
T-U-BR-YB    T-U-BR-RP    T-U-BR-CB

## 3 WAY RING (9) TUFFSCALE

The 3 Way Ring has a unique shape that makes it easy for dogs to pick up and tug with friends!

T-U-3WR-CB    T-U-3WR-RP    T-U-3WR-YB
T-U-3WR-PL

## TUG-O-GEAR (9) TUFFSCALE

Great fun for everyone, and it squeaks. Two dogs can play all day with this two ended toy. Also great for dog owners that like to play ruff and keep their hands out of harms way.

T-U-T-GR-RP    T-U-T-GR-PL
T-U-T-GR-CB
T-U-T-GR-YB

## GEAR RING (9) TUFFSCALE

The fun "gear" shape of these toys makes for a fun game of tug-n-pull with multiple partners!

T-U-GR-YB    T-U-GR-RP    T-U-GR-PL    T-U-GR-CB

WORLD'S "TUFFEST" SOFT DOG TOY

12



**10** TUFFSCALE

# "TUFF" WITH NO STUFF!

## EXTREMELY DURABLE PET TOYS WITH NO "STUFF" IN THE CENTER!



NO STUFF!

**7**

### SEVEN ROWS OF STITCHING
Tuffy® toys can have up to 7 rows of stitching. The number of rows of stitching depends on the shape, size and style of the toy. Two directions of cross stitching hold the multiple layers together. Rows of stitching hold webbing around the materials edge, and the toys' parts are sewn together with up to 3 rows of stitching. When possible, a protective webbing is added around the outer edge and sewn up to 3 more times.

**2**

### TWO LAYERS OF MATERIAL
Tuffy® No-Stuff toys can have up to 2 layers of material depending on the shape, size and style of the toy. Our Ultimate series (depicted here) has 1 layer of Luggage grade material. Certain layers of material are coated with a layer of plastic to hold the material fibers together. Finally, we use soft fleece for the outside layer.

### PROTECTIVE WEBBING
For our Ultimate series we add an additional layer of webbing, whenever possible, around the outside edge to cover the seams of the toy. This is sewn multiple times, for added durability.

### SQUEAKER SAFETY POCKETS
Squeakers are sewn into material pockets inside the toy. This additional layer of safety can give you the time you need to safely remove the toy in the event your dog reaches the core of the toy.



1st Layer-Soft Fleece
2nd Layer-Luggage Grade Material

NO STUFFING

TUFFY NOSTUFF

T-NS-U-R-YB
T-NS-U-R-RP

T-NS-MG-R-TG



T-NS-U-T-YB / T-NS-U-T-RP

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700    **13**

WORLDS "TUFF"EST SOFT DOG TOY





MEGA RING

T-MG-R-TG     T-MG-R-BR     T-MG-R-CL

MEGA ODDBALL

T-MG-OB-CL     T-MG-OB-TG     T-MG-OB-BR

MEGA JR RING

T-MG-JR-R-TG     T-MG-JR-R-CL     T-MG-JR-R-BR

MEGA BOWMERANG

T-MG-BR-TG     T-MG-BR-CL     T-MG-BR-BR

MEGA BONE

T-MG-B-TG     T-MG-B-CL     T-MG-B-BR

WORLDS "TUFF"EST SOFT DOG TOY

15





# MEGA TUG-OVAL
**10 TUFFSCALE**

T-MG-TO-TG

T-MG-TO-CL

T-MG-TO-BR

# MEGA CREATURES
**10 TUFFSCALE**

T-MG-CR-OCT-L-TG

## JERSEY SHORE PETE

This tough guy can outlast any dog. He's got a great fake orange tan with jet black strips. Pete will take on multiple dogs in a game of tug-o-war. Or head lock one at a time! Soft edges won't hurt gums, and it floats!

T-MG-CR-OCT-S-TG

## OSCAR SCHWARZACREATURE

Oscar's rock hard bod can take on any dog in a game of fetch or tug-o-war!! He'll be back... for more play time. Soft edges won't hurt gums, and it floats!

17

WORLDS "TUFF"EST SOFT DOG TOY



WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY®
# OCEANCREATURES
## Washable & They Float!

### 9 TUFFSCALE
### THE "GENERAL"
Throw it and your dog will love bringing it back. This "Super Starfish" won't hurt your dog when thrown and is definitely backyard approved.

T-OC-STARFISH

### 7 TUFFSCALE
### PURPLE PETE & LIL OSCAR
The Pent-A-Pus and Octopus are perfect for training your dog to catch and fetch. Watch them twirl in the air when you throw them and they are great for multiple dog tug-o-war. Just ask Pete and Oscar to lend a hand.

T-OC-LARGE-OCTOPUS

### 8 TUFFSCALE

T-OC-SMALL-OCTOPUS

### 5 TUFFSCALE
### GARY-GATOR
"Captain Toothless" is the toy that won't bite back. Soon to be your dog's best friend. Fun for every dog. When your dog is tired he makes a great pillow.

T-OC-ALLIGATOR

### 7 TUFFSCALE NEELMO
Throw it and your dog will love to bring it back. If you have two dogs each one can pull on each end and you can safely hold the middle.

T-OC-EEL

18

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700



**8 TUFFSCALE**

## BURTLE-TURTLE

His friends call him Burt, and this is one guy your dog will want to be friends with! Great as a pillow and all around play toy, your dog will enjoy keeping him close at all times.

T-OC-CRAB

**7 TUFFSCALE**

## KING CRAB

This soft-shell crab has what it takes to keep your dog coming back for more. Fun to fetch, tug and whip around at your dog's leisure.

T-OC-TURTLE

**7 TUFFSCALE**

## RAY-RAY

Great fun for everyone! This cross-eyed Stingray has a big head and wing span for your dog and a tail for you to enjoy in a game of tug.

**8 TUFFSCALE**

## KILLER WHALE

This killer will give your pooch a "whale" of a time! Snuggle, tug, toss and fetch for optimum enjoyment!

T-OC-STINGRAY

T-OC-LARRY LOBSTER

**8 TUFFSCALE**

## LARRY LOBSTER

Larry is your dog's "Maine" Man. Since he is a Lobster, he is ready to play all day in and out of the water. Larry can't wait for the fun to begin!

T-OC-KILLER-WHALE

WORLDS "TUFF"EST SOFT DOG TOY



**WORLDS "TUFF"EST SOFT DOG TOY**

# TUFFY®
# OCEANCREATURES
### Washable & They Float!

## WESLEY WHALE
You'll have a blast playing "catch and release" with this Titan of the Ocean! Great for backyard or water play.

**8 TUFFSCALE**

T-OC-WHALE

## OCEAN FISH
One fish, two fish—red fish, orange fish! And juniors too. A school of fish for you!

**8 TUFFSCALE**

**7 TUFFSCALE**

T-OC-JR-FISH-OR

T-OC-FISH-OR

T-OC-FISH-RD

T-OC-JR-FISH-RD

**7 TUFFSCALE**

## HADLEY HAMMERHEAD
Grab your boat and float to the deep to find the elusive Hammerhead! Great fun for everyone!

**7 TUFFSCALE**

T-OC-HAMMERHEAD

## SHACK SHARK
Keep your legs up when this shark hits the water! Because Tuffy toys are built to float, Shack The Shark is perfect for a game of fetch in or out of water!

**7 TUFFSCALE**

T-OC-SHARK

## TIGER SHARK
Frightening in the water, but fun in the living room! Tiger Shark will keep your pooch happy as he dreams of days at the ocean.

**7 TUFFSCALE**

T-OC-TIGERSHARK

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700



T-OC-TROUT-RD

T-OC-TROUT-OR

## MEGA SQUIDS (10) TUFFSCALE

You won't need to dive 20,000 leagues under the sea to enjoy these giant squids! Perfect for fetching and tugging, the Mega Squids are made using our "MEGA" construction methods with up to 7 layers of material for extra durability!

## TROUT (8) TUFFSCALE

A prize catch that would make your dog proud to be your best friend!

T-OC-MG-SQUID-PK / T-OC-MG-SQUID-YW / T-OC-MG-SQUID-OR / T-OC-MG-SQUID-RD

## JR SQUIDS (8) TUFFSCALE

Little pups love squids too! Keep your active pooch happy and at play with tuggable, fetchable JR Squids! Multiple layers of stitching and material makes this one "Tuff" toy!

## ULTIMATE SQUIDS (9) TUFFSCALE

Ultimate Squids are the perfect pool toy for your pooch! Swim, dive, pull and play all day with these silly squids. Made using our regular construction methods with up to 4 layers of material.

T-OC-U-SQUID-OR / T-OC-U-SQUID-RD

MYDOGTOY.COM™

WORLD'S "TUFF"EST SOFT DOG TOY



**WORLD'S "TUFF"EST SOFT DOG TOY**

# TUFFY®
# DINOSAURS

**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

## DESTRUCTOSAURUS
**8** TUFFSCALE

"The Lawyer Destroyer"

Beware those that twist the law and impose unwarranted threats upon others... From the Depths of Hell comes DestructoSaurus, The Lawyer Destroyer! Who dares to take a toy away from the innocent loving paws of Man's Best Friend? Never fear, DestructoSaurus is here! With sharp teeth and claws he will devour those who attempt to put restrictive shackles on his canine pals.

Stand behind your twisted view of the law, O' Evil Hater of Dogs, for Destructosaurus will punish you!

T-D-TERA

**7** TUFFSCALE

T-D-JR-TERA

**7** TUFFSCALE

## PTERADACTYL

High upon a mountain cliff, beyond the white mist of a wandering cloud sits in wait the great Pteradactyl. With its enormous wingspan it takes flight across the great expanse of chairs, couches and coffee tables. Now more than ever your dog will fly to new canine heights with this enormous prehistoric bird.

**7** TUFFSCALE
T-D-JR-DESTRUCTOSAURUS

T-D-DESTRUCTOSAURUS

## T-REX **7** TUFFSCALE

The beast is feared in the cold of the night and horrifies the courageous in the middle of the day. Tyrannosaurus Rex is the terror that once walked these lands, as it will once again roam through your living room. You'll watch as the king of dinosaurs is forced to submit to your king of canines.

T-D-REX

**7** TUFFSCALE
T-D-JR-REX

22



**8** TUFFSCALE

**TRICERATOPS**

Along the shadows of the mountains walks a legend in armor plate protection. The tri-horned dinosaur, better known as Triceratops, forages on berries, grass and household shrubbery. Allow your pup to set up a protective barrier and spare your plants from this menacing plant eater.

**8** TUFFSCALE

**STEGOSAURUS**

Deep within the Jurassic highlands on a damp summer day, along the banks of a mountain stream, stands in thirst the amazing Stegosaurus. Though it may thirst only for household plants and backyard greens, it can defend its own against an attack from its smaller canine rivals!

**7** TUFFSCALE

T-D-STEGO

T-D-JR-STEGO

**7** TUFFSCALE

T-D-JR-TRI

T-D-TRI

**8** TUFFSCALE

**DRAGONS**

Everyone knows the REAL dragons of old went extinct with the dinosaurs, but don't fret! We've brought them back to reality for your dog's sole enjoyment and ultimate companionship!

T-DG-YELLOW

T-D-MOO

T-D-JR-MOO

**7** TUFFSCALE

**8** TUFFSCALE

**MOOSASAURUS**

Far across the desert plain wanders a mighty one-horned wonder. Stronger than any beast of its kind, the Moosasaurus sets off on its treacherous journey to greener pastures. Your backyard lawn is just within its grasp before unwillingly forced to retreat by none other than its canine foe. Playtime will be filled with amazement when you bring this prehistoric Moose to your home.

T-DG-ORANGE

**MYDOGTOY.COM** ™
1-866-4-DogToy (364-869) • (480) 704-1700    **23**

WORLDS "TUFFEST" SOFT DOG TOY



WORLD'S "TUFF"EST SOFT DOG TOY

# TUFFY® ZOO ANIMALS

## GIRARD GIRAFFE
**8** TUFFSCALE

This Giraffe is larger than most dogs and will present a challenge to any canine who dares to go up against it! The Giraffe will be a lifetime companion and will withstand even the "tuffest" of dog breeds!

T-Z-GIRAFFE
T-Z-JR-GIRAFFE
**7** TUFFSCALE

## EMERY ELEPHANT
**8** TUFFSCALE

Move over for this king of the elephants or he'll certainly topple you! Emery may look like a pushover, but he'll stand up to your pooch any time, any day, anywhere.

T-Z-ELEPHANT
T-Z-JR-ELEPHANT
**7** TUFFSCALE

## MORRIS MONKEY
**8** TUFFSCALE

Everyone beat your fists against your chest for Morris Monkey! Your best pal will go bananas over this mischievous monkey!

T-Z-MONKEY
T-Z-JR-MONKEY
**7** TUFFSCALE

## PEABODY PENGUIN
**7** TUFFSCALE

Pull up your britches for this perfectly prim penguin! He'll teach your pooch proper play behavior – a perfect pal for any pup.

T-Z-PENGUIN
T-Z-JR-PENGUIN
**7** TUFFSCALE

24  **MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

## HILDA HIPPO

**7 TUFFSCALE**

This herbivorous Hippo is full of love and laughter for your carnivorous canine! Brighten your dog's day with a good game of tug and active play.

## PEYTON PEACOCK

The Peacock is Easy to toss and Floats! Soft edges won't hurt gums.

## TATTERS TIGER

**8 TUFFSCALE**

This terrifying Tiger is a match for just about any pooch! Tatters is all about strength and endurance, so make sure your pup is in for the long-haul.

## TOGO TOUCAN

**8 TUFFSCALE**

Move over Sam and get a load of Togo! This "tuff" tropical tweeter makes a colorful companion for your canine.

## BEAUFORT BEAR

**7 TUFFSCALE**

Beaufort is a beautiful black bear with a big, big heart! A bit shy, your dog will need to befriend this beast for an assured best friend for life!

T-Z-HIPPO
T-Z-JR-HIPPO
**7 TUFFSCALE**
T-Z-PEACOCK
T-Z-TIGER
T-Z-JR-TIGER **8 TUFFSCALE**
T-Z-TOUCAN
T-Z-JR-TOUCAN **7 TUFFSCALE**
T-Z-BEAR
T-Z-JR-BEAR **7 TUFFSCALE**

**MYDOGTOY.COM™**
1-866-4-DogToy (364-869) • (480) 704-1700    25

WORLD'S "TUFF"EST DOG TOY



**TUFFY®**

# DESERT CREATURES

T-DS-VULTURE    T-DS-PHROG    T-DS-TARANTULA

Masters of the Mohave unite to make Desert Creatures a MUST for your dog!
Battle the brave stinger of Scorch the Scorpion, slither and slide with Lizzy
the Lizard, creep and crawl with Harry the Hobo Spider, or bounce
around with the finicky Phineas Phrog for a playful
time with your canine.

**8 TUFFSCALE**
## VURN THE VULTURE

Watch out for Vurn as he circles overhead, but he's not targeting your dog, your
dog is targeting him! Toss and Tug have never been so much fun!

**8 TUFFSCALE**
## PHINEAS PHROG

Your "phinicky" pooch will
simply adore Phineas Phrog!
So easy to toss around and
"phetch," your pup will have
a "phriend" for life!

**7 TUFFSCALE**
## TATE TARANTULA

Little Miss T sat in a tree,
eating some bugs and eggs.
Along came your pup,  who
wandered right up, and played
tug with Miss T's legs.

**MYDOGTOY.COM™**
26  1-866-4-DogToy (364-869) • (480) 704-1700

WORLDS "TUFF"EST SOFT DOG TOY



**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

T-DS-SCORPION    T-DS-SPIDER    T-DS-ARMADILLO    T-DS-PHROG-LEAP

WORLD'S "TUFF"EST SOFT DOGTOY

## SCORCH THE SCORPION

One of the smallest, yet most fearsome creatures of the desert wants to come to your home! Put your dog on high alert for this super-fun stinger!

**8** TUFFSCALE

## PHROG LEAPING

**8** TUFFSCALE

Leap Phrog, Leap Phrog where shall you play today? Hopping up and down and all around with your dog's new *Best Phrog Phriend Phorever!*

## HARRY THE HOBO SPIDER

**8** TUFFSCALE

This is one Hobo spider you and your pooch don't have to be afraid of! Toss and tumble, yank and tug for hours of fantastic play!

## ARNIE THE ARMADILLO

**7** TUFFSCALE

See if your pooch can soften the exterior of this "Tuff" Armadillo! Watch out – Arnie might give back a little bit of attitude.

27



WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY® DESERT CREATURES

T-DS-ANT

T-DS-GILA-MONSTER

T-DS-SNAKE-RD

T-DS-LIZARD

Masters of the Mohave unite to make Desert Creatures a MUST for your dog! Battle the brave stinger of Scorch the Scorpion, slither and slide with Lizzy the Lizard, creep and crawl with Harry the Hobo Spider, or bounce around with the finicky Phineas Phrog for a playful time with your canine.

**7** TUFFSCALE

## RANT THE ANT

Ants work best as a team, so pair up your pooch with Rant the Ant and let them build a beautiful relationship!

**8** TUFFSCALE

## SCARLETT THE RED SNAKE

Good to know that red against yellow can kill a fellow; or as they say with this New Tuffy Red Snake; Red on Red is Fun for Fido.

**7** TUFFSCALE

## HAZEL GILA MONSTER

A new Tuffy toy depicting a big tough lizard that's painted like a setting sun, and packed with fun, for you and your best buddy's play time.

**8** TUFFSCALE

## LIZZY THE LIZARD

The easy-to-grab shape of Lizzy the Lizard is all your canine will need to make her his very best friend! Perfect for play with other dogs, or as a comfy chin rest.

28  **MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700



**MYDOGTOY.COM**™
1-866-4-DogToy (364-869) • (480) 704-1700

T-DS-SNAKE-BK-YLW    T-DS-WARTHOG    T-DS-BAT

**7** TUFFSCALE

**BELLA THE BAT**

Hold on to your sparkles! This bloodthirsty vampire bat is ready to battle your little wolf any day (or night)!

**8** TUFFSCALE

**SNEAKY THE YELLOW SNAKE**

This new Tuffy Yellow Snake is a perfect toy for you to charm your dog into an absolute frenzy of fun and play.

**8** TUFFSCALE

**WINNIE THE WARTHOG**

This new Tuffy toy might have an itch, an annoying little tickle, making her squirm and making her wriggle. But you do what any dog would do, and shake that chump as you bite that rump.

WORLD'S "TUFF"EST SOFT DOG TOY

29



WORLDS "TUFF"EST SOFT DOG TOY

# TUFFY ALIENS

## G-6 ALIEN  8 TUFFSCALE

This tricky tri-pod is ready to take your canine on a G6 Adventure like they've never experienced before! Don't let the crossed eyes and bad dentistry fool you, G6 is an intelligently designed alien to maximize enjoyment for your pooch!

T-A-G6-ALIEN-GRN

## ALIEN BALLS  8 TUFFSCALE

You've never seen space balls like these before! These crazy aliens have faces on two sides - you can even poke your fingers through one mouth and have them come out the other, which means double-trouble for your pet's ultimate enjoyment! Perfect for sailing across your living room or back yard, these aliens will always be heads-up for playtime!

T-A-BALL-FIRE        T-A-BALL-RED        T-A-BALL-GRN

## G3 ALIENS  9 TUFFSCALE

These little tri-pods may appear to be cute and cuddly, but they're as "tuff" as the next guy! Rough and tumble pups will get a kick out of the G3'ers!

T-A-G3-ALIEN-GRN    T-A-G3-ALIEN-FIRE    T-A-G3-ALIEN-VLT

## ALIEN BALL WITH LEGS  8 TUFFSCALE

Leggy and lanky, this alien has a face on both sides and is perfect for a multi-dog tug-o-war! Grab him by the legs for better throwing momentum or tease your pup with wobbly legs for a fun pounce!

T-A-BALL-GRN-LEGS

30
MYDOGTOY.COM
1-866-4-DogToy (364-869) • (480) 704-1700



**CAPTAIN KURKLOPS**

Take your pup to a new dimension with Captain Kurklops, the 8-legged, cyclops alien! Fly him through your backyard galaxy and watch your dog race to pluck him out of the air. Get all your dogs involved in a squeaky game of Tug, or simply lay him down for comfort to keep all the monsters away. Your pooch is sure to be pleased with this fun and adventurous toy!

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

**ADMIRAL O'FURY**

Take your pup to a new dimension with the classic Admiral O'Fury - a fearsome and fiery alien of the outer galaxies! Your pooch will go where no dog has gone before with this fun and adventurous toy!

**LIEUTENANT SPLOCK**

Take your pup to a new dimension with the ever favorite Lieutenant Splock - the fiery cyclops alien! Your pooch is sure to be pleased with this fun and adventurous toy!

T-A-FIRE ALIEN
T-A-GREEN ALIEN
T-A-RED ALIEN

**ALIEN SUNS & FLOWERS**

There's nothing better on a warm, sunny day than... AH! Aliens! That's right, and they're here to remind your best friend that summer is the very best time to bounce around with these fun alien balls!

T-A-BALL-FLWR-RED
T-A-BALL-JR-SUN
T-A-BALL-FLWR-FIRE

WORLD'S "TUFF"EST SOFT DOG TOY

31



# TUFFY® BARNYARDS

MYDOGTOY.COM™
1-866-4-DogToy (364-869) • (480) 704-1700

## 7 TUFFSCALE — POLLY Piggy

Polly Piggy is a playful pal prancing practically all day long, and you won't find a more perfect playmate for your pup. With plenty of panache, Polly Piggy pleases the most particular and precocious pooches.

T-BY-W-MOUSE

T-BY-G-MOUSE

7 TUFFSCALE

T-BY-PIG

T-BY-JR-PIG

## 7 TUFFSCALE — Molly&Mo MOUSE

Eenie-meenie Molly and Mo! Your pal will be catching these mice by their toes all day long. "Tuff"er than your average door mouse, Molly and Mo will be a joy to have around.

T-BY-JR-HORSE

7 TUFFSCALE

T-BY-HORSE

## 8 TUFFSCALE — HOWIE Horse

This champion thoroughbred may enjoy grass and apples, but he also enjoys a good romping with his canine pals! Howie is always willing to go up against your pooch on race day, and they're sure to be neck and neck every time!

## 7 TUFFSCALE — BEVO THE Bull

T-BY-BULL

There's no bull when it comes to this Bull! Bevo comes from the best of all long-horn stock and is ready to take on your canine! With super strength and durability, Bevo will be a friend for life.

T-BY-JR-BULL

7 TUFFSCALE

WORLDS "TUFF"EST SOFT DOG TOY

