





# You or your dog?



## Extra Fun with Extra Large Balls!

For those pooches who need all the fun of a tennis ball in a larger package! The larger size will help prevent chewing. Just as easy to toss, flip and sail away for the very best games of fetch!

# Large Tennis BALLS







SS-TB-FLOWER-LG-2PK

SS-TB-SKULL-LG-2PK

37











## *You or your dog?*





No longer does your dog have to suffer with boring squeaky animal shapes or cutesy-tootsy toys that have been around forever. Your dogs need some fun and laughter in their lives too! *Silly Squeakers®* are a line of fun, creative and hilarious squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter! Mr. Poops and Mini Poo are a perfectly unique addition to your family. **With faces on both sides, they are two-faced pieces of crap!**



*I Squeak!*

**Mr. Poops**
10" High x 2" Diameter

SS-MRPOOPS

SS-MINIPOOPS

*Mini Poo*
5" High x 1.25" Diameter

43

# Silly Squeakers

# iballs ™

Your pooch will absolutely LOVE his or her own set of furry iBalls™! These fluffy balls come in three sizes to match a dog of any shape and size, and will set them rolling with their entertaining eyes, fluffy fur and squeaky squawks! *Silly Squeakers®* are a line of fun, creative and hilarious vinyl squeaky toys that are sure to have everyone talking. We pushed the limits of our imagination to bring you this series of one-of-a-kind toys. They are sure to bring you and your dog tons of fun and laughter!



## "Pink-i"

Although she may appear dainty, "Pink-i" can rough and tumble with the best of dogs! With quality construction, she's sure to give your pooch hours and hours of enjoyment.

## "Brown-i"

Play a fun game of fetch and laugh as your dog happily brings back Brown-i! Sure to please all dogs!



Look for our tri-pack of extra small iBalls! The perfect gift for a pooch with many personalities!

## "Black-i"

Want a sure way to please your best friend? Give him a "Black-i"!! This soft and durable iBall will please you AND your dog by giving you both play-time and laughter.





**44**

SS-IB-L-BR    SS-IB-M-BR    SS-IB-L-BL    SS-IB-M-BL    SS-IB-L-PK    SS-IB-M-PK    SS-IB-S-BL-BR-PK

# MIGHTY ®

## Dog Toys

### Mighty® Dog Toys *rethink durability* and approach it from a new angle.

Durability is created for each toy with multiple layers of flexible materials that move with the dog's teeth instead of tearing. Compared to other toys, Mighty® dog toys have no hard edges. The result is that these toys do not promote chewing – great when you're trying to discourage chewing habits. These toys may seem plush on the outside, but all the durability features are internal making these toys soft, yet MIGHTY® strong.

**MULTIPLE ROWS OF STITCHING**
*Vulnerable areas are covered and sewn with a material binding that covers the original sewn edge. This extra binding creates multiple rows of stitching to hold the seams together.*

**DURABLE SEAMS**
*All seams are located Inside the toy to discourage chewing. Vulnerable seams are protected by sewing a flexible material over the edge of the seam.*

**HIGH DURABILITY AND QUALITY**
*Each toy incorporates quality materials that provide the highest level of durability.*

**2 LAYERS OF MATERIAL**
*Each toy has a plush outer material with a layer of heavy fleece underneath. The fleece underneath is what gives this toy its strength. The fleece core holds the body of the toy together when playing games like Tug.*

**UP TO FOUR ROWS OF STITCHING**
All material seams have multiple rows of stitching, are covered with a layer of soft, flexible material and sewn together with more rows of stitching, creating a soft and durable toy with no hard edges!

**UP TO TWO LAYERS OF MATERIAL**
Outside layer is made of a tight-woven sherpa-style fleece – the result is good flexibility with high durability. Inside material is made of tight-woven brushed fleece of the heaviest weight and highest durability.

MIGHTY ®

45





# MIGHTY® WORLDS

**Green Tequila Worm & Pink Tequila Worm**
No party with your pooch is complete until one of these two show up. Available in two fun bright colors, the long tail is perfect for tug-o-war and fetch.

47





# MIGHTY FARM

**Grady Goat:**
Graze around with Grady Goat and enjoy the good times. A great friend for your goofy pup!

**DURA SCALE™ Haydin Horse:**
Don't let the majestic beauty of Haydin throw you off - he's stronger than most and can play all day!

**Clucky McChick Rooster:**
Have some crazy fun with this wild, yet surprisingly strong chicken!

**Fred McRuff:**
An excellent companion! This soft and durable puppy is sure to please all dog lovers.

**Cassie Cow:**
Mooove over, Rover! Make room for this beautiful bovine companion for your pet.

**Puddle Pug**
There is nothing cuter than the wrinkly face of a perfect pug! Pick one up for your best friend today.

**Ginger McFluff:**
A purrrfect playmate for your precious pooch! Ginger is a strong yet tender kitty who wants to be your dog's best friend.

**Paisley Piglet:**
Feel free to wallow in the mud with this cute little guy - he can take it! Your Pup will LOVE Paisley Piglet!

MT-F-GOAT
MTJR-F-GOAT
MT-F-HORSE
MTJR-F-HORSE
MT-F-DOG
MTJR-F-DOG
MTJR-F-COW
MT-F-COW
MT-F-ROOSTER
MTJR-F-ROOSTER
MT-F-CAT
MTJR-F-CAT
MT-F-PUG / MTJR-F-PUG
MT-F-PIGLET
MTJR-F-PIGLET

MIGHTY

49



# MIGHTY®
## NATURE

*Eli Eagle:*
See how your dog takes on the mightiest of U.S. emblems! Eli demands respect... and a good game of fetch.

*DURASCALE™ Drake McQuack:*
Great for fetch and training! This "Mighty Mallard of the Midwest" will make great fun both indoors and out.

*DURASCALE™ Rocco Raccoon:*
This rascally raccoon will rival even the smartest of pooches... not to mention make a great pillow.

*Foxy: DURASCALE*
Oh so cute and clever! Foxy will out-wit and out-last many other toys and will certainly be a fan favorite!

*DURASCALE™ Betsy Bear:*
It's simply un-bear-able to let this cutie go! Betsy will win your heart as well as your canine's friendship.

*Bunny McHop (brown) & Bunny McFlop (white):*
A silky-soft playmate for the lovable pup who needs a bunny in his life! Choose from two cuddly colors.

*Benny Beaver:*
Benny will be a busy Beaver when it comes to entertaining your beloved pup! Swing him around or snuggle down for nap-time.

MTJR-N-EAGLE
MT-N-EAGLE
MTJR-N-DUCK
MT-N-DUCK
MTJR-N-RACCOON
MT-N-RACCOON
MT-N-FOX
MTJR-N-FOX
MT-N-BEAR
MTJR-N-BEAR
MTJR-N-BEAVER
MT-N-BEAVER
MT-N-RABBIT-BRN
MTJR-N-RABBIT-BRN
MT-N-RABBIT-WHT
MTJR-N-RABBIT-WHT

50



# MIGHTY
## NATURE

**Sassafras Swan:** *DURA SCALE*
Your pooch may be an ugly duckling, but they'll feel much better when they befriend the beautiful Sassafras! A crowd pleaser and excellent addition to any living room.

**Wilford Wolf:**
Bring out the inner wolf in your pup by opening your doors to Wilford or Wilford Jr.!

*DURA SCALE*
**Carl Cardinal:**
If you're going to follow one Cardinal rule, make it be this: Chirp chirp. Meet, chirp chirp.

*DURA SCALE* **Ollie Owl:**
If your pooch is considered a "night owl" then Ollie will make the perfect evening companion!

*DURA SCALE*
**Chippy Chipmunk:**
There's no squirreling around with this ruff little Chipmunk! This cute little guy will easily become one of your pup's favorites!

*DURA SCALE* **Percy Possum:**
This guy can "play" Possum all day long! Toss him around, play fetch and Percy will never tire!

*DURA SCALE* **Stinky Skunk:**
This is one skunk your dog will LOVE getting close to! Stinky is a soft and cuddly skunk who can take the ruff-and-tumble of any pooch.

MTJR-N-SWAN
MT-N-SWAN
MT-N-CARDINAL
MTJR-N-CARDINAL
MT-N-OWL
MTJR-N-OWL
MTJR-N-WOLF
MT-N-WOLF
MT-N-POSSUM
MTJR-N-POSSUM
MT-N-SKUNK
MTJR-N-SKUNK
MT-N-CHIPMUNK
MTJR-N-CHIPMUNK

MIGHTY

51



# MIGHTY® MASSIVE

**Nearly twice the size of our regular animals and extra-durable for those hard-to-please pooches!**

**Gideon the Massive Goldfish**
Something smells fishy....Oh! It must be Gideon Goldfish! This perfectly plush fish will be an everlasting friend!

MTMV-O-GOLDFISH

**Massive Dizzy & Ditzy Dragonfly**
Ditzy & Dizzy have been caught and are ready to befriend your best friend! Available in 2 fun bright colors and the perfect size for your pooch. The long tail is great for tug-o-war and fetch.

MTMV-B-DFLY-GRN

MTMV-B-DFLY-PNK

**Massive Lenny Leopard**
When your pooch adopts this Massive Leopard, they'll have a friend for life! During sleep or play, Lenny will be there.

MTMV-S-LEOPARD

**Massive Javier Javelina**
These peculiar Peccaries are perfect for your pooch! Soft and Supple, this swine will certainly sooth your stray.

MTMV-S-JAVELINA

**Massive Stan Sabertooth**
You may have thought the Sabertooth was extinct, but he's back to take on your favorite furry friend!

MTMV-A-SABERTOOTH

52



# MIGHTY® MASSIVE

**Nearly twice the size of our regular animals and extra-durable for those hard-to-please pooches!**

**Massive Foxy the Fox**
There's no chance your pooch will be able to outsmart this massive fox! Tug, fetch, toss and roll with this big guy for a full day of fun.

MTMV-N-FOX

**Massive Paisley Pig**
There's nothing better than a massive pig for massive love'n! Your big dog will love snuggling up to this beautiful bacon.

MTMV-F-PIGLET

**Massive Benny Beaver**
This nearly-lifesize beaver will be your best friend's companion for life! Strong, soft and highly durable, the Massive Beaver is a MUST for any lovable pooch.

MTMV-N-CHIPMUNK

**Bunny Mchop is a Massive Rabbit**
A massive friendship first comes from a massive rabbit! There's no escape down the rabbit hole for this big bunny, just fun and frolic with your best friend!

**Massive Chippy Chipmunk**
This big chipmunk is every bit as cute as the little ones, and now there's so much more to cuddle!

MTMV-N-RABBIT-BRN

MTMV-N-BEAVER

MIGHTY

53



# MIGHTY® SAFARI

**Ellie Elephant:**
A MIGHTY® elephant makes an excellent companion for your MIGHTY® pooch! Ellie plays a great game of "tug" and is oh-so-snuggly at night.

**Herb Hippo:**
Bring out the "wild" in your animal with Herb Hippo! This guy may look cute, but he's fiercely strong and capable of holding his own against your canine!

**Gina Giraffe:**
A perfect pal for a game of Tug, Gillian will withstand tough play from your active friend!

**Rhoni Rhinocerous:**
Rhoni's impenetrable hyde will keep your dog entertained through hours of play! Bring him home today!

**Walter & Wanda Warthog:**
These peculiar Peccaries are perfect for your pooch! Soft and supple, this swine will certainly sooth your stray.

**Morty Monkey:**
Of course all pooches love to "monkey" around, and now they can get REALLY crazy with Morty! During play or rest, he'll be there to encourage your pup.

**Linus Lion:**
Make the King of the Jungle the King of your living room! Your pup will love the rivalry Linus brings to your home!

DURA SCALE™

MT-S-ELEPHANT
MTJR-S-ELEPHANT
MTJR-S-GIRAFFE
MTJR-S-PINK-GIRAFFE
MT-S-GIRAFFE
MT-S-HIPPO
MTJR-S-HIPPO
MT-S-RHINO
MTJR-S-RHINO
MT-S-MONKEY
MTJR-S-MONKEY
MT-S-WARTHOG-BR / MT-S-WARTHOG-PK
MT-S-LION
MTJR-S-LION

54



**MIGHTY SAFARI**

**Merlin Meerkat:**
Make way for Merlin, the majestic and mischievous meerkat! Your pup's new best friend.

**Javier Javelina:**
They make look like a wild boar, but your best friend won't be bored with this awesome toy design!

**Kayla Kangaroo:**
Finally a friend as bouncy as your favorite pooch! Kayla and her little Joey are the perfect Aussie companions.

MT-S-KANGAROO / MTJR-S-KANGAROO

MT-S-MEERKAT

MTJR-S-MEERKAT

MT-S-JAVELINA

MTJR-S-JAVELINA

**Kohen Koala:**
The cutest animal in the kingdom deserves to have an equally cute Koala Bear to snuggle with at night. Order yours today!

MT-S-KOALA / MTJR-S-KOALA

**Lenny Leopard:**
When your pooch adopts this Leopard cub, they'll have a friend for life! During sleep or play, Lenny will be there.

MTJR-S-LEOPARD

MT-S-LEOPARD

**MIGHTY**

55





# MIGHTY DINOSAURS

**DURA SCALE™ Stu Stegosaurus**
This Stu-dious Stegosaurus will teach your dog all sorts of new tricks! Stand aside and watch your best friend play all day with his new spiky pal.

**DURA SCALE™ Troy T-Rex**
He may have been King of the Jungle in prehistoric times, but now he lays pray to your powerful pooch!

**DURA SCALE™ Barnabus Brachiosaurus**
With a long neck that makes him easy to carry, this prehistoric vegetarian is sure to please even the pickiest pups!

**DURA SCALE™ Sparky Spinosaurus**
The fun-finned Sparky is ready to play! Tug, pull and pounce all day with this Mighty Dino!

**DURA SCALE™ Tristen Triceratops**
Tristan is the Mightiest Triceratops around! Until your pooch tells him otherwise, that is. Upon meeting, Tristan Triceratops will quickly become your pup's very best friend!

MT-DINO-STEGO

MTJR-DINO-STEGO

MT-DINO-TREX

MTJR-DINO-TREX

MT-DINO-BRACH

MTJR-DINO-BRACH

MT-DINO-SPINO

MTJR-DINO-SPINO

MT-DINO-TRI

MTJR-DINO-TRI

MIGHTY

57



# MIGHTY® OCEAN

**DURA SCALE™ Dolly Dolphin:**
Not only known for their intelligence, the dolphin also makes a perfect friend for your canine companion! Fetch, Tug and a nighttime pillow are all possible with Dolly Dolphin.

MTJR-O-DOLPHIN

MT-O-DOLPHIN

**DURA SCALE™ Hunter Hammerhead:**
Hold on to your reels! This shark is one "tuff" bad-boy of the ocean. Fun games of fetch and tug-o-war will make Hunter one awesome catch!

MT-O-HAMMERHEAD

MTJR-O-HAMMERHEAD

**Gideon Goldfish:**
Something smells fishy... Oh! It must be Gideon Goldfish! This perfectly plush fish will be an everlasting friend.

MTJR-O-GOLDFISH

MT-O-GOLDFISH

**DURA SCALE™ Sammy McSnapper:**
Sammy McSnapper is great for fetch in or out of the water, and best of all this fish won't snap back!

MT-O-SEAHORSE

MT-O-FISH

TUFF SCALE™

MTJR-O-FISH

MT-O-MARLIN

MTJR-O-MARLIN

**Marvin Marlin:**
Marvin is one prize catch! But instead of mounting him on your wall try setting your pooch after him! You're certain to have a "fetching" good time.

**DURA SCALE™ Sarafina Seahorse:**
There will be a sea of drool from your pooch when he saddles up with Sarafina and takes him for a ride in your living room!

MTJR-O-SEAHORSE

**DURA SCALE™ Paco Prawn:**
The party never ends when Paco's on your pooch's pallet! Play hard and relax after a fun day with this persnickety prawn.

MT-O-PRAWN

MTJR-O-PRAWN

**DURA SCALE™ Wylie Whale:**
He may be a "Killer" Whale, but Wylie won't kill your dog's teeth! Soft and plush, yet sturdy and strong construction makes the perfect play toy for your pooch.

MT-O-WHALE

MTJR-O-WHALE

58



# MIGHTY ARCTIC

**Wally Walrus:** Wally can play all day long and never get tired! Toss him as far as you can and watch your pup go after him!

**MukMuk Eskimo:** Keep MukMuk around so Rover feels like he has a little friend of his own. She's always up for a good game of fetch or hide-and-seek!

**Woody Wooly Mammoth:** There's nothing better than a Woolly Mammoth to snuggle down with on a cold winter evening... and better yet, to play with on a warm summer day!

**Wilburr McPaw:** This strong and chilly companion will please any pooch!

MT-A-WALRUS

MTJR-A-WALRUS

MT-A-POLAR BEAR

MTJR-A-POLAR BEAR

**Stan Sabertooth:** You may have thought the Sabertooth was extinct, but he's back to take on your favorite furry friend!

**Santa:** Every day is Christmas when Santa's nearby! Keep the holidays near with Mr. Kringle by your canine's side.

MT-A-ESKIMO

MTJR-A-ESKIMO

MTJR-A-MAMMOTH

MT-A-MAMMOTH

**Penny Penguin:** Your pooch will be more than happy to slip and slide with this Penguin by his side!

MT-A-SANTA / MTJR-A-SANTA

**Sandy Seal:** Nothing is cuter than a baby seal — except your dog of course! Bring this pair together for a lifetime of love.

MTJR-A-PENGUIN

MT-A-PENGUIN

MTJR-A-SABERTOOTH

MT-A-SABERTOOTH

MT-A-SEAL

MTJR-A-SEAL

MIGHTY

59





# MIGHTY
## MY PARENTS LIED...

**Minny Minotaur:**
Your beast will be eager to learn more of this beast! Perfect shape and strength for toss and tug games.

MT-L-MINOTAUR / MTJR-L-MINOTAUR

**Albert Alien:**
Greetings Martians! What? You didn't think we were real? Think again! Beam me up Scottie-Terrier.

MT-L-ALIEN / MTJR-L-ALIEN

**Wendy the Mermaid:**
Your parents may have lied to you about mermaids, but here she is for your best canine friend to enjoy as you did as a child! Wendy will be their fantasy come true.

MT-L-MERMAID
MTJR-L-MERMAID

**Bigfoot:**
Deep in the mountains where only your dog can go, she meets with Bigfoot for a secret rendezvous of furry fun!

MT-L-BIGFOOT / MTJR-L-BIGFOOT

**Stormy Stork:**
Gentle reminders from Stormy Stork will make sure your puppy always feels snug and secure!

MT-L-STORK / MTJR-L-STORK

61

# MIGHTY®




## Mighty® Bones contains *NO* white poly stuffing!

The core of the bones is a tough and durable, so if your dog does get to the core it's just like having a whole new toy to play with! These toys may seem plush on the outside, but all the durability features are internal making them soft, yet MIGHTY® strong.



MT-BONE-OR



MT-BONE-BL



MT-BONE-YW



MT-BONE-RD



62



# EZ-Wash
# Multiple Layer Dog Beds™

MIGHTY



## Superior Comfort & Durability

The inner filler is 100% Polyester Fiber encapsulated in a tufted mesh Polyester lining to prevent clumping or shifting designed for resilience and comfort.

The Mighty® Dog Bed Core is zippered so you can add or remove filling and customize the firmness of your dog's bed. The core is easily removable for washing and fits perfectly with Mighty Dog Bed Sheets. SHEETS SOLD SEPARATELY.

## Machine Washable

Our durable zippered soft fleece sheets are machine washable and dryable (on Low). And since you can buy more than one set of sheets you can wash them at your convenience!

Keeping your dogs sheets fresh and clean is important, so be sure to wash your dog's bed sheets each week when you change the sheets on your own bed.

## Removable & Replaceable

Our removable sheets are also replaceable so if they ever tear or become worn they can be replaced like bed sheets without having to purchase a brand new bed. Mix and match colors to customize your dog's bed to your home. Each part of our bed including the durable covers and stuffing can be replaced, saving you money and giving your dog a familiar bed for life.

# THE LAST DOG BED YOU WILL EVER NEED!



MSH-36-TAN / MSH-42-TAN / MSH-60-TAN

MSH-36-GRN / MSH-42-GRN / MSH-60-GRN

MSH-36-BLUE / MSH-42-BLUE / MSH-60-BLUE

MSH-36-RED / MSH-42-RED / MSH-60-RED



**Each Layer Removable & Replaceable**

## Available in Four Colors & Three Sizes!

*Customize your dog bed with four different color options! Because our sheets are sold separately, you can choose from Desert Tan, Sage Green, Midnight Blue and Wine Red to match your home decor, or simply give your pup a little variety.*

### Layer 1
All New Fiber Filling

### Layer 2
Inner Layer of Soft Mesh Polyester

### Layer 3
Protective Layer Plastic Coated Luggage Grade Material

### Layer 4
Outer Layer of Machine Washable Durable Soft Fleece

## Two Piece Design
*Our unique two piece design (pillow mat and bolster) makes our bed versatile and portable for travel. The removable bottom cushion can be used as a travel mat or crate mat to promote the familiarity of home in a not-so-familiar place like the boarding kennel or a camping trip.*

## Saving Money
*Replaceable parts save you money. Now you can replace the worn part and not the entire bed. By not having to repeatedly purchase new beds for your pet, you can spend the savings elsewhere. Your dog will thank you because they will never have the hassle of having to learn to like their new bed and getting it to smell like something that belongs to them. Just replace the parts you need.*

MIGHTY

# Pack 'n Go
# DOG PACK

A durable shoulder pack with premium attachments and plenty of room for you and your dog's needs while out in the park, on a beautiful hike or on an everyday walk. Keep everything together for those long trips and car rides as well!

**Multiple Pockets:**
Plenty of room for dog toys, treats, food, waste-disposal bags, you name it! Multiple pockets and a spacious bag interior allow enough room to pack what you and your dog need for any type of travel or activity.

**Shoulder Strap:**
The all in one pattern makes this shoulder strap extra durable for everyday use. There is plenty of padding and an accompanying shoulder pocket for on-the-fly treats. The shoulder strap is fully adjustable and can detach from the base.

**Shoulder Pocket:**
Use the detachable shoulder pocket to store your phone or MP3 music player for those outings to the park or on your daily walk. Can also be attached to the Zipaway Water Bladder strap.

**Detachable Bowls:**
Two bowls that zip right from the back of your Dog Pack and can quickly be used as a water dish, food bowl or for their collection of toys!

**Zipaway Water Bladder:**
Want the water without the whole pack? Detach the Water Bladder and strap it around your waist for easy travel! The water bladder is set inside a larger pouch which also zips away from the Pack 'n Go for easy refill. The hose and easy-pour spout fit snugly onto the shoulder strap and can be removed easily for Fido's quick drink.

**Waste Disposal Bag Dispenser:**
Finally a convenient place for those all-important waste disposal bags! Keep it stocked for an easy pick-up every time. Disposal bags not included.


MP&GB-RED

**Easy-Hook Carabiner:**
Free up your hands by attaching your dog's leash to the carabiner.

MIGHTY



# Luxury PLUSH Dog Beds

## Three Luxury Styles To Choose From!



B&B-LUX-PINK

B&B-LUX-BLACK

B&B-LUX-BROWN



**Removable Filling** - *Inside stuffing is a soft plush poly fill material that is enclosed in a fabric pocket that can be easily removed or adjusted to keep correct shape of bed.*

**Easy Washing** - *Non-woven fabric pocket can be easily removed so you can wash the outside shell.*

**Plush Exterior** - *Outside layer is made of ultra soft faux fur for maximum enjoyment!*

Bentley & Bunny





**Products**
Product Design and Manufacturing

16515 S. 40th St. Suite 121 • Phoenix AZ 85048



PRSRT STD
US Postage
PAID
Industry, CA
Permit no. 4166





Licensed, Manufactured and Distributed by
**MYDOGTOY.COM**

Copyright © 2015 | ViP Products | All Rights Reserved | 1-866-4-DogToy