CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 89
DATE: _____ IDEN.
DATE: _____10/3/17_____ EVID.
BY: _____[signature]_____
          Deputy Clerk





