CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 105

DATE: _____ IDEN.

DATE: ___10-3-17___ EVID.

BY: _____

Deputy Clerk





JDPI000253





**JDPI000254**





JDPI000255





JDPI000256





JDPI000257





JDPI000258