CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 108

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____

Deputy Clerk

## Union Station Domination – Train Concourse Back-Lit Spectaculars





ArchitectureArt Spectacular - Market Masterpiece - Market & 8th, Downtown 



JDPI000270

Branded Cities LED Spectacular - Harmon Corner Digital





JDPI000271

Total Outdoor Wall #IL0001 - Dan Ryan Expy WL 1850' N/O 1-55
F/N/S/E (3 faces)







Kinzie Ave 50 ft E/0 Kingsbury Av – Chicago, IL







# CONGRATULATIONS
# ZAC BROWN BAND.





5 CMA
NOMINATIONS
2011



JACK DANIEL'S and OLD NO.7 are registered trademarks. ©2011 JACK DANIEL'S Tennessee Whiskey Alcohol 40% by Volume (80 proof). Distilled and Bottled by JACK DANIEL DISTILLERY, Lynchburg, Tennessee.

PROTECT YOUR BAND. DRINK RESPONSIBLY.

JDPI000453



JACK DANIEL'S TENNESSEE WHISKEY

*Live freely. Drink sensibly.*

...istered trademarks. ©2011 Jack Daniel's. Tennessee Whiskey, Alcohol 40% by Volume (80 Proof). Jack Daniel Distillery, Lynchburg (POP. 361), Tennessee.

**POST A TOAST AT JACKINDEPENDENCE.COM**

JDPI000454

# B-F Advertising / J-D Tennessee Whiskey



## Unit# 0000006-O, New York Avenue, NW & 4th Street, NW F/N
## Washington DC - Walls - (7/4/2011 - 8/21/2011)



Photo taken on: 7/6/2008

CBS Outdoor hereby certifies the accuracy of this electronically generated report, which may be relied on as if it were signed by hand and attested to by a duly authorized signatory.

 **Proof of Performance**
by ayuda

JDPI000455    



## Performance Report

**Tampa**

| | | | |
|---|---|---|---|
| Date: | 8/4/2011 | Agency: | Brown Forman Media Services |
| Advertiser: | Brown Forman Beverages | CCO Contract: | 0009913664 |
| Brand: | Jack Daniels | Client Contract: | 01/1106220002 00000 |
| Product Type: | Bulletin | Account Exec: | Cindy McCrackin |
| | (Bulletin 14x48) | | Dianne Curry |
| Report To: | Kay Wells | | |
| | Brown Forman Media Services | Vinyl Received: | 7/5/2011 |
| | 3310 West End Ave Ste 600 | Quantity Received: | 2 |
| | Nashville, TN 37203 | Program Start Date: | 7/25/2011 |
| | USA | Number Of Units: | 2 |

Plant Avg. Daily Effective Circulation :
Bulletin : 44,490

Member of The Traffic Audit Bureau:
Last Audit 01/01/2011



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' completion report standards. If you need any additional information regarding the execution of this contract, please contact your representative. We appreciate your business and hope our service to you is satisfactory.

| Location | Description | | FAC | DEC |
|---|---|---|---|---|
| 009296 | US 19 WS 700ft S/O Beckett Way F/N - 2 | | N | 46.7 |
| Design | B/Jack Daniels Declaration 14x48 2011 | Completion Date 7/29/2011 | Size | 14 x 48 |

Signature

Clear Channel Photographic Service Policy: Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide unaltered 1 close-up and 1 approach photo for each permanent bulletin, wallscape, or premiere product location. Clear Channel will provide unaltered 1 close-up and 1 approach photo for each start location for rotary bulletins. Clear Channel will not photo each rotation cycle unless copy changes. Clear Channel will provide 1 unaltered close-up photo for each poster/transit shelter/other format campaign design. Print sizes provided will either be 3"x5" or 4"x6". Additional photography requests will be billed to the advertiser. Service Charges: Location Photography $15 ea.; Slide Transparency $14 ea.; Prints: 8"x10" at $18 ea.; 5"x7" at $14 ea.; 4"x6" at $1.25 ea.; 3"x5" at $1 ea.
Attached is a detailed list of all locations posted for this campaign including actual date of installation and design of each location.

Tampa - 5555 Ulmerton Rd, Clearwater, FL. 33760
Tel. (727) 571-2224 Fax. (727) 561-9094 Clearchanneloutdoor.com A Clear Channel Worldwide Company

Page 5                                                                                                 8/4/2011

JDPI000456



JDPI000457

# Red Star Wallscape #610 - LaSalle Street n/o Ohio Street, WL



**Posting Completed: 11/3/14**

# TITAN – Digital Platform Displays



## Posting Completed: 11/3/14

JDPI000459

REWARDING CONNECTIONS

rapportww.com

# TITAN – Digital Urban Panels



**Posting Completed: 11/3/14**

JDPI000460

# Branded Cities Digital Spectacular #9A - W. Coyotes Blvd SS 150ft E/O Sunset Blvd



**Posting Completed: 11/3/14**

JDPI000461

REWARDING CONNECTIONS

rapportww.com

# Branded Cities Wallscape #14 - Westgate City Center in Waterdance Plaza



**Posting Completed: 11/3/14**

JDPI000462

REWARDING CONNECTIONS

rapportww.com

# Legends Digital Spectacular #18 - 4th St. and Jefferson St



**Posting Completed: 10/27/14**

JDPI000463

**REWARDING CONNECTIONS**

**rapportww**.com

# Legends Digital Spectacular #13 - 7th St. and Jefferson St



**Posting Completed: 10/27/14**

JDPI000464

## Legends Spectacular #6H - Jefferson St and 3rd Street (NW Corner of Jefferson St. Garage)



**Posting Completed: 10/24/14**

JDPI000465



## **Clear Channel** Outdoor

### Performance Report

### **San Antonio**

| | | | |
|---|---|---|---|
| **Date:** | 3/23/2015 | **Agency:** | Brown Forman Media Services |
| **Advertiser:** | Brown-Forman Worldwide Corporation | **CCO Contract:** | SAT0051851 |
| | | **Client Contract:** | #4609 #4423 |
| **Product Type:** | Bulletin | **Account Exec:** | Cindy McCrackin |
| | (Bulletin 14x48) | | |
| **Report To:** | Brown Forman Media Services | | |
| | 1600 Division Street, Ste 540 | **Vinyl Received:** | 2/24/2015 |
| | Nashville, TN  37203 | **Quantity Received:** | 1 |
| | USA | **Program Start Date:** | 3/9/2015 |
| | | **Number Of Units:** | 2 |

The TAB Out of Home Ratings™ data is proprietary intellectual property owned by  the Traffic Audit Bureau for Media Measurement, Inc. and is to be used only by the recipient solely and exclusively for its planning and /or buying of out-of-home media advertisements. © Copyright 2013, All Rights Reserved



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' completion report standards.  If you need any additional information regarding the execution of this contract, please contact your representative.  We appreciate your business and hope our service to you is satisfactory.

| Location | TAB ID | Description | | | FAC | In Market Imps (Weekly) |
|---|---|---|---|---|---|---|
| 004423 | 320956 | I-35 N NS 10ft W/O Brooklyn F/W - 1 | | | W | 538,872 |
| Design | | One Proud Franchise Deserves Another | **Completion Date** | 3/11/2015 | **Size** | 14 x 48 |

**Signature**

Clear Channel Photo Services Policy: Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide: 1 unaltered close-up and 1 unaltered approach photo for each permanent bulletin, wallscape or premiere product; 1 unaltered close-up and 1 unaltered approach photo for each start location for rotary bulletins (no photos for each rotation cycle unless copy changes); 1 unaltered close-up photo for each poster/transit shelter/other design. Additional photo requests incur charges, billed to the advertiser. Charges are as follows: Street locations, $30/each; freeway locations, $40/each; night shots, $75/location. Extra location photos include close-up and/or approach shot, where applicable. Schedule for additional photography at discretion of local sales and/or marketing manager(s). Attached is a detailed list of all locations posted for this campaign including actual date of installation and design at each location.

TAB PROFILE: DMA - San Antonio, TX  Universe 18+ yrs

**JDPI000466**

San Antonio - 3714 N. Pan Am Expwy., San Antonio, TX  78219
Tel. (210) 227-3451 Fax. (210) 227-5024 Clearchanneloutdoor.com A Clear Channel Worldwide Company

Page 2

3/23/2015



2012 JD Holiday Label "Under The Tree" OOH 224 x 80 LR Page 5

JDPI000467



2012 JD Holiday Label "Short Season" OOH 224 x 80 LR Page 1

JDPI000468

## Legends Digital Spectacular #13 - 7th St. and Jefferson St



JDPI000469

**Posting Completed: 10/27/14**

# Branded Cities Wallscape #14 - Westgate City Center in Waterdance Plaza



JDPI000470





JDPI000471





JDPI000472













JDPI000474