CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 112
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



LIVE FREELY.
DRINK RESPONSIBLY.

# OLD NO. 7

We do things a little differently around here – and that's what gives Jack Daniel's its distinctive character. We charcoal mellow our whiskey drop by drop, then let it age in our own handcrafted barrels. And we don't follow a calendar. Our Tennessee Sippin' Whiskey is ready only when our tasters say it is. We use our senses, just like Jack Daniel himself did. In fact, more than a century later, our Tennessee Whiskey is still judged the same way. By the way it looks. By the way it smells. And, of course, by the way it tastes.

Share SHARE THIS STORY

*If you have friends below the legal drinking age please do not*

## LEARN MORE ABOUT OLD NO. 7





INGREDIENTS

1 part Jack Daniel's Old No. 7

3 parts Coke®

INSTRUCTIONS

Serve over ice in a tall glass. Garnish with a slice of lime.

{ **GENTLEMAN JACK** }   { **TENNESSEE HONEY** }   { **JACK DANIEL'S OLD NO. 7** }   { **TENNESSEE FIRE** }   { **SINGLE BARREL** }
*The Order of Gentlemen.*   *A little bit of honey. A whole lot of Jack.*   *Charcoal mellowed. Drop by drop.*   *Cinnamon Heat. Exceptionally smooth.*   *Hand-selected for a unique taste.*

**JACK DANIEL DISTILLERY**
**LYNCHBURG, TENNESSEE**

JACK DANIEL'S OLD NO. 7, TENNESSEE HONEY, AND GENTLEMAN JACK ARE REGISTERED TRADEMARKS OF JACK DANIEL'S ©2015.
TO FIND OUT MORE ABOUT RESPONSIBLE CONSUMPTION, VISIT THE RESPONSIBILITY.ORG AND OURTHINKINGABOUTDRINKING.COM.

CONTACT US · FAQS · LINKING POLICY · SITE MAP

JDPI000429