CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 113
DATE: _____ IDEN.
DATE: 10-3-17 _____ EVID.
BY: _____
Deputy Clerk



Search Twitter

Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | LISTS |
|---|---|---|---|---|
| 2,092 | 1,043 | 124K | 790 | 1 |

Follow

## Jack Daniel's ✓
@JackDaniels_US

Stand out by being yourself. Followers must be of legal drinking age in their own countries. Please drink responsibly.
#JackLIVE

📍 Lynchburg TN
🔗 jackdaniels.com
🕐 Joined September 2010

Tweets | Tweets & replies | Photos & videos

**Jack Daniel's** @JackDaniels_US · 19h
1 take,nothing held back.See what to expect from Uncut Sessions @Miguel @DeLongMusic #JDUncut bit.ly/1Juer4C

 Jack Daniel's



0:28

↩  ⇄ 10  ★ 18  ⋯

Jack Daniel's @JackDaniels_US · May 6

A damp cool morning calls for a little warmth. Charcoal is made under the watchful eye of Darren. #JackLivesHere



↩  ⇄ 37  ★ 75  ⋯

Jack Daniel's @JackDaniels_US · Apr 30

Jack Daniel's @JackDaniels_US · Apr 30
Friends, remember to savor every drop. #jackdaniels



↩ ♺ 113 ★ 164 •••

Jack Daniel's @JackDaniels_US · Feb 26
Perfect #Winter weather for making snowmen and TN #Whiskey. Just 22 days until #Spring. #JackDaniels



↩  ⟲ 131    ★ 188    •••

**Jack Daniel's** @JackDaniels_US · Feb 22
Mini Jack. Always dressed and ready for the #RedCarpet. #JackDaniels



↩  ⟲ 117    ★ 259    •••

**Jack Daniel's** @JackDaniels_US · Feb 18
We're not known for making #snow in Lynchburg, but the scene at Jack's office is worth every flake. #JackDaniels



79   147

Jack Daniel's @JackDaniels_US · Feb 14

Love at first sip. Happy #ValentinesDay from all of us at #JackDaniels.



335   388

Jack Daniel's @JackDaniels_US · Feb 6

Friends, remember to savor every drop. #JackLivesHere



↩  ⟲ 527  ★ 980  …

🏷️ **Jack Daniel's** @JackDaniels_US · Feb 6

Party for a purpose @ #MojaMojaBrunch 2-7-15 concert. #JackLIVE #GrammyWeekend  ow.ly/Gs00D 🟢  @FIGat7th 🟢



↩  ⟲ 9  ★ 25  …

🏷️ **Jack Daniel's** @JackDaniels_US · Feb 3

When you stand up for what you believe in, have a toast handy.
#JackLivesHere 🟢





↩  ⇄ 356  ★ 459  •••

**Jack Daniel's** @JackDaniels_US · Jan 31

Here's to Mr. Jack, our first Master Distiller. Discover more at JackDaniels.com 🟢 #JackLivesHere. 🟢



↩  ⇄ 61  ★ 116  •••

Jack Daniel's  @JackDaniels_US · Jan 30



**Jack Daniel's** @JackDaniels_US · Jan 30

Discover #JackDaniels story at JackDaniels.com 



↩  ⇄ 192   ★ 332   •••

**Jack Daniel's** @JackDaniels_US · Jan 29

#JackDaniels is still made in a dry county. Stop by and see the wet part.




↩  ⇄ 94   ★ 153   •••



**Jack Daniel's** @JackDaniels_US · Jan 28

Music legends know him by name. #JackDaniels



↵   ⟲ 84   ★ 146   •••

**Jack Daniel's** @JackDaniels_US · Jan 22

Hello Friend. Let's have a drink. #JackDaniels on the rocks for us. How about you?



↩   ⇄ 218   ★ 339   •••

 **Jack Daniel's** @JackDaniels_US · Jan 20

Talk about one authentic group. A big thanks to @ChaseRiceMusic @Contbar & friends who joined us for a tasting tour. 🟢



↩   ⇄ 41   ★ 211   •••

 **Jack Daniel's** @JackDaniels_US · Jan 17

Turn up the volume and craft your tune. #JackDaniels 🟢





↩ ⇄ 83 ★ 154 ⋯

**Jack Daniel's** @JackDaniels_US · Jan 16
We'll have a #JackDaniels on the rocks. How about you? 🟢



↩ ⇄ 217 ★ 307 ⋯

**Jack Daniel's** @JackDaniels_US · Jan 15
#JackDaniels & Music. The truest of friends. 🟢





177    242

**Jack Daniel's** @JackDaniels_US · Jan 14
#JackDaniels #Tennessee Mule. Mix, Sip and Enjoy.

76    115

New to

## New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

**Trends** · Change

#budget2015
#BTS700Days
#PrayForNepal
Verizon
AOL for $4.4
#AAPISummit
Joy Muggli
#UnpopularTelevisionSh…
Yogi Berra
Witcher 3

© 2015 Twitter   About
Help   Ads info