CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 114
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

# Building *Jack Daniel's*



1890    1895    1905    Pre-Prohibition    1947    1955

JDPI000504

# Building *Jack Daniel's*



1962     1975     1982     1998     2011

**JDPI000505**