CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 115
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

# A Tennessee Legend
### with a
### PICTORIAL OF OLD
# BOTTLES & JUGS




JDPI003755




# A Tennessee Legend

with a
PICTORIAL OF OLD
BOTTLES
& JUGS

Pat Mitchamore

RUTLEDGE HILL PRESS
Nashville, Tennessee

JDPI003756

Copyright © 1992 by Jack Daniel Distillery, Lem Motlow Prop.

All rights reserved. Written permission must be secured from the publisher to reproduce any part of this book except for brief quotations in critical reviews or articles.

Published in Nashville, Tennessee, by Rutledge Hill Press, Inc., 513 Third Avenue South, Nashville, Tennessee 37210

Design by Bruce Gore, *Gore Studio*
Typography by D&T/Bailey Typesetting, Nashville, Tennessee

Printed in the United States of America

1 2 3 4 5 6 7 8 — 96 95 94 93 92

# Introduction

IN EVERY ERA and in every country, legends, which embody a fascinating blend of characters and events, are part of popular history. Some legends may grow in grandeur as each bard, each singer, and each storyteller embroiders new threads into the fabric. Thus they become more fiction than fact. Others have enough basis in history so that historians keep the legend accurate. Whatever the legend entails, it enriches the lives of the hearers.

Tennessee has many legendary characters, but one legend that continually sparks interest is the one from the Cave Spring Hollow where Mr. Jack Daniel first registered his distillery.

The youngest and smallest of his siblings, Mr. Jack Daniel left his father's house early, even by the standards of his day. This developed him into a uniquely independent character, which set him apart from others, even as a child.

Mr. Jack's whiskey has stayed the same for more than one hundred years. And while it is characterized by a unique square bottle, there have been a fascinating array

JDPI003757

Daniel were members. On the first Sunday in May each year, members of these churches would celebrate the Gathering of the Brethren. Church members, family, and friends would attend. Because one church could not contain the throng, they would all sit outside under the trees, listening and sharing experiences. There would be several sermons during the morning, after which the congregation was invited to dinner at the Jack Daniel Mansion.

Former slaves such as Uncle Ned, Uncle George Felix, Aunt Carolina, and Haley Smith would prepare for the feast for a week. At least a half-dozen fine young shoats, fat lambs, and a veal calf or two would be barbecued in trenches filled with coals. There would also be turkey and chicken baked with dressing and giblet gravy, vegetables of all kinds, pies and cakes, and preserves and jellies. The best of the cakes were baked by Bette herself for the guests.

Upon arrival, gentlemen would be escorted into Mr. Jack's parlor where an array of fine whiskey, brandy, and other potables were displayed. While the ladies prepared for the feast at hand, the gentlemen refreshed themselves with sips from the display.

As soon as the preachers arrived, all would crowd into the parlor where the grand piano stood. Tables were set up inside and out to accommodate all the guests. The first seating would be for newcomers and guests of church members, called "outsiders." The first seating would last about an hour and then the tables would be cleared and

reset for the next seating.

This would go on all afternoon until everyone was served. About 4:00 P.M. the Jack Daniel First Sunday in May Dinner would be over. The preachers and a few friends would stay the night and then all would be quiet at the mansion on the creek.

## SQUARE AWAY, 99 BUSHELS OF CORN A DAY

WHEN LEM MOTLOW came to work for his Uncle Jack, the distillery was grinding only thirty-five bushels of corn a day, using an old pot still, and the mash was still being stirred by hand in tubs that held about sixty gallons. Lem knew of the advantages in bringing the still operation up to date. "Old No. 7" and "The Belle of Lincoln" were both so popular that all the whiskey was sold as soon as it was ready for market. If production could be increased, then sales would increase.

Lem worked to bring the distillery into a continuous still operation, grinding ninety-nine bushels of corn a day and expanding the warehouse. Although Lem was willing to grind more than the ninety-nine bushels, Uncle Jack was not. He said that to do so would mean the presence of another government storekeep-gauger. In other words, another government officer would be stationed at the dis-



*Jack Daniel's now familiar square bottle first appeared in 1895 with the first effort at distillery bottling. Once established, this bottle shape has remained to this day. Originally only available in quart size (above), today square bottles are available in all popular sizes for Jack Daniel's Whiskey. This bottle is clear glass, quart size, and 11" high, with a fluted bowed neck, cork stopper, and embossed with "Old Time Distillery No. 7 [in a circle] Jack Daniel Distiller, Lynchburg, Tenn." (c. 1895).*

tillery, and he flat did not want to do that. And so ninety-nine bushels of corn it was.

Bill Hughes, Lem's friend, had moved to Winchester and started his own distillery. Even with the increased production, Lem could take on more work, and so did the bookkeeping for the W.B. Daniel Distillery, which was run by his uncle, Wiley Daniel, and a cousin, Plumb Motlow. When Plumb died, the business was phased out. Wiley also had an interest in a saloon in Lynchburg, which he gave to Lem. Lem continued the operation of the saloon, the first of many successful business ventures for the young man.

Lem's brother Frank was now distiller at the Jack Daniel Distillery. He was a brilliant chemist and was able to increase the production per bushel.

However, in spite of these changes, Uncle Jack was still shipping his whiskey to market in barrels or kegs. Three years before the Spanish-American War, Lem approached his uncle with the idea of bottling their whiskey and maybe even printing their own labels. Uncle Jack had been thinking of doing this himself and the increase in production seemed to mark the right time to initiate such a new idea.

Bottle salesmen were eager to capture this new business at the now-famous Jack Daniel Distillery. Many bottles were presented to the little distiller for his consideration. One bottle, however, caught Mr. Jack's eye. It was distinctive. It was unique. Mr. Jack stood back to look at

the variety of bottles before him, and the bottle that was most attractive was squarely in front of him: a square bottle. No other distiller used a square bottle, and no other distiller had a whiskey as fine as Mr. Jack's Old No. 7. Why not choose a bottle as distinctively different as his whiskey?

By the time the bottles arrived in the Jack Daniel Hollow, a carpenter had prepared a cradle to hold a barrel of whiskey. Young Tom Motlow, Lem's younger brother, was out of school for the summer and was helping at the distillery. Two hundred cases with twenty-four square bottles per case were assembled to be filled. Young Tom filled all of these first bottles by himself.

Production was up and a new bottle with bottling operations meant big changes in the Cave Spring Hollow. Lem worked the retail trade for the sales of these first bottles. Demand for Old No. 7 had increased in a number of states, such as Louisiana, Alabama, and Texas. However, Mr. Jack was spurred to expand his public relations further and give the whiskey some grandiose exposure.

In 1896, William Jennings Bryan was the Democratic candidate for president while Robert L. Taylor was running for governor of Tennessee. Bob Taylor was going to campaign for both of them in Fayetteville, just fifteen miles from Lynchburg. Mr. Jack rallied the Lynchburg Silver Cornet Band. New instruments and new drum heads were ordered. Mr. Jack had "Jack Daniel's Old No. 7" printed on each drum head. He also provided a big wagon drawn by a team of fine horses. Mr. Jack, the



*The basic square design has remained through the years with minor variations in the bottle. This early quart bottleneck has less of a curve and is 1/4" longer. Clear glass with cork finish, quart size, 11" high. Embossed with "Old Time Distillery No. 7 Jack Daniel Distiller Lynchburg, Tenn." (c. 1895–1900).*



*Although the square bottle changed very little, the early labels show changes in color design and content. The twenty-one-year-old whiskey might have been a distilling experiment or a whiskey overlooked in the aging warehouse. It was therefore aged much longer than necessary. It is very rare, but since a label was printed to designate the age, there had to be at least a barrel or more bottled.*

band, and others met Bob Taylor in Fayetteville and escorted him to the Lynchburg town square. They made a short stop at Mulberry, where the candidate gave a speech. The band played all the way. It was such a success they continued on to Tullahoma, Shelbyville, and Petersburg.

Advertising was still a simple line; just the name of the whiskey and a statement that the goods were delivered as they were represented. Mr. Jack was a square dealer, sure enough.

### THE CENTURY TURNS

WITH THE COMING of the twentieth century, both honors and challenges came to Tennessee's legendary Mr. Jack and his distillery.

For the previous fifty years, Jack Daniel had been building a reputation as an astute, successful businessman of impeccable social standing. His character traits of charm, generosity, kindness, genuineness, and fair dealings were acknowledged and admired. He was known at home and abroad for his fine whiskey, and he still did not have a team of salesmen. His whiskey was known and bought by its word-of-mouth reputation.

Some things had changed. When bottles replaced the original kegs and jugs, Mr. Jack had wisely chosen the square bottle to serve as a distinctive container for his

JDPI003761