CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 116
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

Form 1649
TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE
(June 1941)

# CERTIFICATE OF LABEL APPROVAL UNDER THE FEDERAL ALCOHOL ADMINISTRATION ACT

Jack Daniel Distillery, Lem Motlow, Prop., Inc.,

Lynchburg,

Tennessee.

Pursuant to your application dated May 16, 1944, this Certificate of Label Approval is hereby issued, subject to the conditions and qualifications, if any, stated on the reverse hereof, to cover products the containers of which bear a set of labels identical with the set affixed to the reverse hereof, identified as—

Brand name ........ Jack Daniel's No. 7 Brand ........

Class and type ........ Whiskey ........

and, in addition, to cover products the containers of which bear sets of labels which differ from the set affixed to the reverse hereof by reason of (1) a change in the proportionate size of the labels, (2) a statement of different net contents, (3) a change in the statements appearing on the "Government label," if any, used as a part of such sets, (4) a change in the name and address of the person responsible for the importation, (5) a change in the vintage date for wine, (6) a statement of a different age, or (7) a statement of a different proof for whiskey, brandy, rum, or gin, domestically bottled.

This certificate shall not operate to relieve any person from liability for any violation of the Federal Alcohol Administration Act or regulations issued thereunder, and shall cover the identified products and authorize their removal from the plant where bottled or packed, or from customs custody, for introduction in commerce, only if the packaging, marking, branding, and labeling and size and fill of the containers of such products comply with such act and regulations, and only if the contents of such containers conform to the statements and representations made thereon.

Date MAY 23 1944

_Stewart Berkshire_
Deputy Commissioner.

U. S. GOVERNMENT PRINTING OFFICE    16—24081-1

JDPI004261

A STATEMENT OF NET CONTENTS MUST BE BLOWN
OR BRANDED INTO BOTTLE OR CONTAINER.

THIS CERTIFICATE IS ISSUED ON THE ASSUMPTION THAT THESE LABELS AND PRINTED
IN WHITE LETTERING ON BLACK BACKGROUND AS SHOWN BELOW.

THIS CERTIFICATE IS OPERATIVE ONLY IF A MAXI-
MUM PRICE IS ESTABL'SHED AND IN EFFECT FOR
EACH SALE OF THIS PARTICULAR BRAND AND PRO-
DUCT IN ACCORDANCE WITH THE EMERGENCY PRICE
CONTROL ACT AS AMENDED AND REGULATIONS HERE-
TOFORE OR HEREAFTER ISSUED PURSUANT THERETO.

JDPI004262



Form 1649
U. S. TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE
(Revised May 1952)

## CERTIFICATE OF LABEL APPROVAL UNDER THE FEDERAL ALCOHOL ADMINISTRATION ACT

Jack Daniel Distillery, Lem Motlow, Prop., Inc.

Lynchburg,

Tennessee

Pursuant to your application dated _____ Received June 1, 1953 _____, this Certificate of Label Approval is hereby issued, subject to the conditions and qualifications, if any, stated on the reverse hereof, to cover products the containers of which bear a set of labels identical with the set affixed to the reverse hereof, identified as—

Brand name ___ Jack Daniels Old No. 7 Brand ___

Class and type ___ Whiskey ___

and, in addition, to cover products the containers of which bear sets of labels which differ from the set affixed to the reverse hereof by reason of (1) a change in the proportionate size of the labels, (2) a statement of different net contents, (3) a change in the statements appearing on the "Government label," if any, used as a part of such sets, (4) a statement of a different age for whiskey, brandy, or rum, domestically bottled, or (5) a statement of a different proof for whiskey, brandy, rum, gin, vodka, rye liqueur, bourbon liqueur, rock and rye, rock and bourbon, rock and brandy, or rock and rum, domestically bottled.

This certificate shall not operate to relieve any person from liability for any violation of the Federal Alcohol Administration Act or regulations issued thereunder, and shall cover the identified products and authorize their removal from the plant where bottled or packed, or from customs custody, for introduction in commerce, only if the packaging, marking, branding, and labeling and size and fill of the containers of such products comply with such act and regulations, and only if the contents of such containers conform to the statements and representations made thereon.

Date  JUN 9 1953

_Dwight Avis_
Deputy Commissioner
HEAD, ALCOHOL AND TOBACCO TAX DIVISION

U. S. GOVERNMENT PRINTING OFFICE   16—24081-3

JDPI004263





JDPI004264