CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 117

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk



LONG RETIRED to the souvenir shelf are the old Jack Daniel's earthen crocks and elegant glass-stoppered decanters...but not the very, very special Tennessee whiskey they once held. Today, a man can still pour Jack Daniel's, unchanged in its rareness, from the square bottle with the old-fashioned black label...still enjoy the only whiskey "Charcoal Mellowed," drop by drop, before aging. Rich, full-bodied, *real* whiskey. "Charcoal Mellowed" to the rare smoothness you've always hoped to find. We invite you to try it.

"CHARCOAL
MELLOWED"
DROP
BY
DROP

TENNESSEE WHISKEY • 90 PROOF BY CHOICE
Distilled and Bottled by JACK DANIEL DISTILLERY
LYNCHBURG (Pop. 399), TENN.

**JDPI004242**



GREETINGS FROM "THE HOLLOW"—Fashions in bottles
may change, but not our quiet, unhurried way of celebrating
the holidays and making our whiskey—Jack Daniel's. There'll
probably never be enough of this fine sippin' whiskey for everyone—
but for those special friends on your gift list we'd like to suggest
this very, very special Tennessee whiskey...Jack Daniel's in the
old-fashioned square bottle with the famous black label...
a perfect expression of your best holiday wishes.

### "CHARCOAL MELLOWED"
### DROP BY DROP BEFORE AGING

JACK DANIEL'S TENNESSEE WHISKEY · 90 PROOF BY CHOICE · DISTILLED AND BOTTLED BY JACK DANIEL DISTILLERY · LYNCHBURG (POP. 399), TENN.

56-JD-2956—Time, December 17; Newsweek, December 24; Holiday, December; True, December 1956.

JDPI004243