CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 120
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

**CONFIDENTIAL**



## Down this quiet shaded lane, a rare Tennessee whiskey is
# Charcoal-Mellowed Drop by Drop
### —and, friend, that means it's sippin' whiskey!

For a long time now, charcoal has been a good friend to the whiskey maker. This ancient substance makes the whiskey mellower and smooths out its flavor. So you'll find that all American whiskies are aged in charred oak barrels. But at our distillery in Lynchburg, Tennessee—the oldest *registered* distillery in the United States—we carry this honored mellowing process one step further. We use the charred oak barrels, of course—but first we let our whiskey seep through vats filled with *100 inches* of finely ground hard maple charcoal.

Jack Daniel's slow trip through charcoal puts it into contact with 5 to 6 thousand times as much flavor-smoothing charcoal as it later gets in the barrels.

**That's the story** of our "charcoal-mellowing" process—the best way we know of smoothing out *all* the "rough edges" in a whiskey's flavor. Once



you've tasted Jack Daniel's, we think you'll wonder why more whiskies aren't made in this old, unhurried way. Whatever the reasons, one thing is certain. You'll be glad Jack Daniel's *does* get this "extra blessing." Charcoal-mellowing drop by drop produces a rare and wonderful whiskey—with a flavor so smooth, Jack Daniel's has won five gold medals in competition with the world's finest whiskies.

This ad first appeared in October of 1954. Our ads haven't changed too much from that year till this. And, we assure you, neither has our charcoal mellowed Tennessee whiskey.



Whiskey-making's rarest process: preparing char for charcoal-mellowing.



"CHARCOAL MELLOWED" DROP BY DROP

Tennessee Whiskey
40-43% alcohol by volume (80-86 proof)
Distilled and Bottled by Jack Daniel Distillery
Lem Motlow, Proprietor
Route 1, Lynchburg (Pop 361)
Tennessee 37352

JDPI-CONF000004

Case 2:14-cv-02057-SMM Document 229-16 Filed 10/19/17 Page 3 of 11
Case 2:14-cv-02057-SMM Document 34-9 Filed 12/11/15 Page 3 of 11
CONFIDENTIAL



A SQUEAKY GRAIN WAGON bringing a neighbor's grain to Jack Daniel's Hollow is about the only thing that ever stirs up our ducks.

What attracts ducks to the Hollow is our spillings of fine grains and cool, iron-free water. But what keeps them here is our quiet, unhurried way of life. You see, we still make old-fashioned Tennessee whiskey just the way Jack Daniel always did. That calls for slowly Charcoal Mellowing it to a *sippin'* smoothness. And that "extra blessing" takes too much care and patience for much bustling around.



CHARCOAL MELLOWED
◊
DROP
◊
BY DROP

© 1961, Jack Daniel Distillery, Lem Motlow, Prop., Inc.



TENNESSEE WHISKEY • 90 PROOF BY CHOICE • DISTILLED AND BOTTLED BY JACK DANIEL DISTILLERY • LYNCHBURG (POP. 384), TENN.

Magazine: 1 Page: Key Grain Wagon Fye '62

JDPI-CONF000005

Case 2:14-cv-02057-SMM Document 229-16 Filed 10/19/17 Page 4 of 11
Case 2:14-cv-02057-SMM Document 66-9 Filed 12/11/15 Page 4 of 11
**CONFIDENTIAL**





## SNAKING A TENNESSEE WHISKEY
TREE back to Jack Daniel's might seem like a lot of trouble, but not if you consider the results.



If we could use a maple from down below, our mules might have an easier time, but we'd end up with a different whiskey. We have to use *hard maple* from *high ground*, for when it's rick-burned in the open air, it produces the special charcoal needed for Charcoal Mellowing. That's the process that gives our whiskey its rare smoothness. So, if we tried to spare the mules, we'd also be slighting Jack Daniel's.

CHARCOAL MELLOWED
DROP
BY DROP

TENNESSEE WHISKEY • 90 PROOF BY CHOICE  © 1966, Jack Daniel Distillery, Lem Motlow, Prop., Inc.
DISTILLED AND BOTTLED BY JACK DANIEL DISTILLERY • LYNCHBURG (POP. 384), TENN.



## JACK DANIEL'S SEVEREST CRITIC is our whiskey
taster who makes sure our whiskey is gentled to the proper sippin' smoothness.



This gentleman's word is law at Jack Daniel's small distillery. He tastes our whiskey just as it comes from the room-high Charcoal Mellowing vats. And if he should say "no," the whole batch would be rejected, and the charcoal replaced for the next run. You see, we're not taking any chances on changing the quality of Jack Daniel's. One sip, we believe, will tell you why.

THE TENNESSEE
SIPPIN'
WHISKEY

© 1960, Jack Daniel Distillery, Lem Motlow, Prop., Inc.

TENNESSEE WHISKEY • 90 PROOF BY CHOICE
DISTILLED AND BOTTLED BY JACK DANIEL DISTILLERY • LYNCHBURG (Pop. 399), TENN.

JDPI-CONF000006

CONFIDENTIAL

# THIS IS ABOUT YOU AND THE CURRENT SHORTAGE OF JACK DANIEL'S WHISKEY

For some good reasons, the demand for Jack Daniel's today is very good...

...so good, in fact, there isn't quite enough to go around...

Like you, we hate to say "no" to even one Jack Daniel's customer. What can you do? Read this. See if it doesn't make sense to you...

WE'VE shared a real success story the past couple of years. The increase in Jack Daniel's business has been good for you at the point of sale and good to us here at our small Tennessee distillery.

Now—we share a problem. Not serious, but one we think needs to be worked out together so that we protect the good business we're both enjoying.

### Why a Jack Daniel's shortage?

As you know, we "Charcoal Mellow" our whiskey before it is aged. That means a longer, slower, more expensive whiskey-making operation.

Because you just can't hurry this exclusive "Charcoal Mellowing" process, the amount of Jack Daniel's we can make is limited.

*You agree* (and we know because so many of you have told us so) *that our way of making Jack Daniel's should never be changed, not for any reason.*

So—with a limited supply of Jack Daniel's on hand and consumer demand up sharply, there is a temporary shortage.

### What's the answer?

From our end, we're allocating the short supply as equitably as we know how, so that no dealer in your area has an unfair stock advantage over you.

We suggest that you work out your own "fair share" policy to spread sales more evenly and avoid bad out-of-stock conditions. We urge you to maintain shelf position, to protect yourself by holding at least one facing even if you must limit the quantity each customer may purchase.

Why? Because this is fast-turnover, high-profit space we're talking about. It's worth every effort you make to keep it that way. You risk losing it, along with prestige and status for your store, when the Jack Daniel's label is not displayed for your customers to see.

We realize this plan won't please everyone a hundred percent. But it is the fairest way we know and in the best interests of all concerned. In the long run, every customer we can hold today is one we won't have to resell when more Jack Daniel's *is* available.

### Is more Jack Daniel's coming?

Yes, but it will take a little time. We're slowly building more capacity into our small distillery. The important thing is this: when more Jack Daniel's is available it will still be "Charcoal Mellowed" Jack Daniel's, unchanged in its quality in any way. That, we both know, is essential.

### Will we advertise?

Again the answer is Yes. Demand is built by promotion, demand is held by promotion, demand is *lost* by feeling smug and self-satisfied. The graveyard of forgotten products is filled by companies who felt advertising unnecessary when demand outstripped productive capacity. We don't want that to happen to Jack Daniel's, nor do we believe *you* do.

Our immediate job, then, is to hold the line during our current short supply.

We'll get all the Jack Daniel's we can to you.

If you'll control your Jack Daniel's sales carefully and hold shelf position as much as you possibly can, we should be in good shape—for now and in the future.

Doesn't it make good sense to *protect* a success?

TENNESSEE WHISKEY • 90 PROOF BY CHOICE
DISTILLED AND BOTTLED BY JACK DANIEL DISTILLERY
LYNCHBURG (Pop. 399), TENN.



*Only specially prepared charcoal, made by burning hard maple wood in the open air, is used in our "Charcoal Mellowing" process.*

### How "Charcoal Mellowing" works ...and how it affects the supply of Jack Daniel's

"Charcoal Mellowing" is a slow process, painfully slow. It takes more time than all other steps of whiskey-making combined. Before any Jack Daniel's goes to the aging barrels, it must trickle slowly...drop by drop...down through vats packed tightly with ten feet of hard maple charcoal. It takes our whiskey 8 to 12 days to make this trip—a costly, time-consuming extra blessing that is done *before aging*. It's this extra time that limits the amount of Jack Daniel's available today.



## JACK DANIEL'S
### Alone in its rare flavor... unchanged for over 90 years

The earthen crocks and glass-stoppered decanters that once held Jack Daniel's have changed through the years. Not so the one priceless quality that makes Jack Daniel's different—"Charcoal Mellowing." We intend that it will never change.

# "CHARCOAL MELLOWED"... DROP BY DROP BEFORE AGING

JDPI-CONF000007




Case 2:14-cv-02057-SMM   Document 229-16   Filed 10/19/17   Page 6 of 11
Case 2:14-cv-02057-SMM   Document 135-6   Filed 12/11/15   Page 6 of 11
CONFIDENTIAL

JDPI-CONF000023

CONFIDENTIAL





JDPI-CONF000024




Case 2:14-cv-02057-SMM Document 229-16 Filed 10/19/17 Page 9 of 11
Case 2:14-cv-02057-SMM Document 55-6 Filed 12/11/15 Page 9 of 11
CONFIDENTIAL

# HOLIDAY






JDPI-CONF000058

Case 2:14-cv-02057-SMM Document 229-16 Filed 10/19/17 Page 10 of 11
Case 2:14-cv-02057-SMM Document 125-16 Filed 12/11/15 Page 10 of 11
CONFIDENTIAL

# BIRTHDAY





JDPI-CONF000061

Case 2:14-cv-02057-SMM Document 229-16 Filed 10/19/17 Page 11 of 11
Case 2:14-cv-02057-SMM Document 125-9 Filed 12/11/15 Page 11 of 11
CONFIDENTIAL

# MUSIC







JDPI-CONF000065