CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 122
DATE: _____ IDEN.
DATE: _____10-3-17_____ EVID.
BY: _____
Deputy Clerk

Case 2:14-cv-02057-SMM Document 229-18 Filed 10/19/17 Page 2 of 13
Case 2:14-cv-02057-SMM Document 145-8 Filed 12/11/15 Page 3 of 17

EXHIBIT PPS #57 7-7-15

JDPI004451

Playboy 6-13 FY14





Sandra Bargainnier, associate professor of exercise science at Syracuse University and coordinator of SU's health and physical education programs. "Children also need unstructured play with peers to learn skills such as compromise, negotiation and modification of games and activities."

Many children lead primarily sedentary indoor lifestyles. Outdoor play and exercise is fading from the American scene, while for Americans obesity, diabetes and other chronic illnesses are on the rise.

"Children should always be encouraged to spend as much time as possible outdoors, regardless of the time of the year," suggests Syracuse pediatrician Robert Dracker, "either to play or to learn more about the natural world we live in, not just the evolving electronic one that seems to be ever more consuming our attention," provides kids the opportunity to get to know the natural world around them through exploration and observation," explains Valerie Luzadis, Ph.D., professor of forest policy and economics and chair of the department of environmental studies at SUNY College of Environmental Science and Forestry. "Understanding oneself within the context of the weather is just one small and important example. Learning what a storm sky looks like, or that when the wind blows so you can see the backs of the leaves, it means a storm is coming—this happens outside."



Onondaga Park, June 2010: Getting kids outdoors during all seasons ensures a level of good health, as well as a healthy habit that will likely translate to their adult years.



JACK DANIEL'S OLD NO. 7 BRAND
STUDIO NO. 7
LIVE on FRIDAY, APRIL 27, 2012 in SYRACUSE, NY
Little Big Town
GO TO JDStudioNo7.com FOR YOUR CHANCE TO GET IN!
LEAVE THE SHOW TO THE BAND. PLEASE ENJOY RESPONSIBLY.
Must be 21 years or older to participate. See official rules at JDStudioNo7.com. Invites are limited.

JDPI004462

USA TODAY FRIDAY, JULY 1, 2011    FYI    9C



POST A TOAST AT JACKINDEPENDENCE.COM

JDPI004457

Am New York

# BUZZ with JULIE GORDON

# Lauer on Curry's exit




Matt Lauer is finally opening up about the controversial Ann Curry-Savannah Guthrie switcheroo that rocked NBC's "Today" show last year.

"I don't think the show and the network handled the transition well," the longtime "Today" anchor, left, told The Daily Beast's Howard Kurtz. "You don't have to be Einstein to know that."

"It clearly did not help us. We were seen as a family, and we didn't handle a family matter well," Lauer added of NBC's decision to ax the popular Curry, near left, after less than a year working alongside Lauer as co-anchor ... and quickly replacing her with Guthrie.

One of the potential consequences? A ratings drop, putting "Today" behind ABC rival "Good Morning America" for the first time in 16 years — something Lauer says isn't all bad.

"In some ways being No. 2 in the ratings is a real shot in the arm, a kick in the pants," Lauer said. "It makes you hungrier ... I don't think it's a bad thing to have a fire lit under your a--."

## An animated afternoon



It was Sunday Funday for Ryan Reynolds and Blake Lively.

The married twosome hit up the morning premiere of Reynolds' animated flick "The Croods" at Lincoln Square, followed by a celebratory brunch on the Upper West Side with 25 of their closest friends.

The group, who for good a private room at restaurant Sugar and Plumm for a table at the back of the eatery, arrived at about 1:30 p.m., and dined on brunch goodies like lemon ricotta pancakes, grits and milkshakes, said a witness, plus a three-tier homemade "The Croods"-themed cake that "everyone indulged in."

Thirty-six-year-old Reynolds, who was previously married to actress Scarlett Johansson, and 25 year old Lively walked down the aisle in September.

## Bloodsucking beauty regimen for Kim



Eek! Kim Kardashian's latest beautification ritual is bloody over-the-top.

On Sunday's episode of "Kourtney and Kim Take Miami," the reality star got a "vampire facial," in which blood is taken from the client's arm and injected into her face with tiny needles in the name of a more youthful appearance.

The now-pregnant Kardashian cried out in pain during the process — which also looked creepy since her face was covered in droplets of blood.

"Oh my God, I will never get a face-lift if it feels like that," said the 32-year-old.

## 'Big Bang' gang hits Village eatery

They hang out off screen, too!

Jim Parsons and Mayim Bialik — who play opposite each other on CBS comedy "The Big Bang Theory" — dined with a party of five at West Village hot spot Recette on Monday night. The whole table ordered Chef Jesse Schenker's seven course tasting menu, but Bialik, 37, "opted for a vegan tasting," said a spy.

"It was an upbeat business dinner," said the witness.

## sightings


Lauren Hutton eating dinner at The Noho Star


Megan Hilty having burgers and fries with her parents at Hudson Common at Hudson Hotel


AnnaSophia Robb visiting the Empire State Building with two friends


Hill Harper working out at Crunch in Union Square

Spotted a celebrity on your own? Email details to JulieGordon@amny.com



amNewYork, TUESDAY, MARCH 12, 2013 amny.com

JACK DANIEL'S LIVE FROM GRAND CENTRAL NEW YORK CITY 04/08/2013 — Okkervil River

GO TO JDLIVEATTHELANDMARK.COM FOR A CHANCE TO WIN TICKETS  #JACKLIVE

DON'T MISS THE MARK. PLEASE DRINK RESPONSIBLY.

JDPI004463

8/13  Folio AWN 2-7-12

# NewsBuzz



### Flying High
"The greatest commercial in the history of Jacksonville International Airport." — How JIA spokesman Michael Stewart described the half-effect of the endorsement CNN anchor Erin Burnett gave to JIA. As has been Tweeted and Facebooked and generally celebrated, Burnett raved about the airport's public art (as in Concourse C's men's bathroom), pictured, evening spaces, free meals and helpful employees after she was delayed at JIA following the two Republican debates (http://bit.ly/ngsLRZ). "I think it might be America's best airport," she said on "Erin Burnett OutFront" on Jan. 27. UNF also got some love from CNN anchor Wolf Blitzer, who called the campus "beautiful" and "fabulous."

### Correction
The Jan. 31 cover story "Christian Conversion" said that Sheriff John Rutherford endorsed Matt Shirk in his successful bid for public defender in 2008. Sheriff Rutherford supported Shirk's opponent Bill White. Also, the story stated that attorney E. Gray Thomas had joined the team of private attorneys representing Cristian Fernandez. The attorney's name is D. Gray Thomas.



### Fear & Loathing
"He's basically terrorized the pension fund." — Police and Fire Pension Fund governing board member Peter Sleiman, describing fund critic Curtis Lee to The Florida Times-Union. Lee plans to contest a settlement Sleiman worked out with the Florida Commission on Ethics to pay $2,600 for incorrectly filling out his 2005–'09 financial disclosure forms. Lee contends the fine is too small and doesn't demand enough justification of Sleiman's debts and assets. Lee wants Sleiman to resign the board because he no longer lives in Duval County, one of the requirements for membership.

### No ARRRGument
"Sailing Through the Years" — Theme for the 2012 Pirate Parade in Fernandina Beach, part of the Isle of Eight Flags Shrimp Festival. To find out how to enter the parade or view footage of floats from last year's parade, go to shrimpfestival.com and click on the pirate, or call parade director Desiree Linkel at 261-7562.



## THIS MODERN WORLD by TOM TOMORROW
















PROMOTION

# LIVE AT THE LANDMARK



Some say that great music has been as big a part of Jack Daniel's history as great whiskey. This spring, Jack Daniel's kicked off a 5-stop tour to great American landmarks across the country, providing exceptional evenings filled with live music and smooth Tennessee Whiskey.

On May 10th, live from the legendary backyard of the 5 acre, 22 room Playboy Mansion, and in support of Operation Gratitude, Jack Daniel's Live at the Landmark concert with Delta Spirit rocked the house for a night that will go down in history.

Photos by Eric Reichbaum, Ilya Savenok and Christopher Victorio



Miss June 2004 Hiromi Oshima with Miss May 2012 Nikki Leigh



Miss October 2012 Pamela Horton, Miss June 2004 Hiromi Oshima, Playmate of the Year 2013 Raquel Pomplun, and Miss May 2012 Nikki Leigh with guest



DJ D-Wrek



Playmate of the Year 2005 Tiffany Fallon with husband Joe Don Rooney of Rascal Flatts



Miss May 2012 Nikki Leigh with Miss October 2012 Pamela Horton



**OPERATION GRATITUDE**
SENDING CARE PACKAGES TO U.S. MILITARY

Find out how you can get involved
OperationGratitude.com

DELTA SPIRIT

JDPI004460

*July 13 Playboy* (handwritten)

