CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 123
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk


