CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 124

DATE: _____ IDEN.

DATE: ____10-3-17____ EVID.

BY: _____
Deputy Clerk





# CONGRATULATIONS
# ZAC BROWN BAND.







JDPI004455

JDPI004456







JDPI004458



JACK DANIEL'S TENNESSEE WHISKEY

*Live freely. Drink sensibly.*

JDPI0044

JDPI004451



JDPI004452

DRINK IT IN. RESPONSIBLY.

Playboy
7/11



A TOAST TO **YOUR** NEW HONEY
FROM **OUR** NEW HONEY.



# Congratulations
## HEF AND CRYSTAL

**YOUR FRIENDS AT JACK DANIEL'S REMIND YOU
TO PLEASE CELEBRATE RESPONSIBLY.**

JDPI004453



JDPI004454

# LIVE AT THE LANDMARK



Some say that great music has been as big a part of Jack Daniel's history as great whiskey. This spring, Jack Daniel's kicked off a 5-stop tour to great American landmarks across the country, providing exceptional evenings filled with live music and smooth Tennessee Whiskey.

On May 10th, live from the legendary backyard of the 5 acre, 22 room Playboy Mansion, and in support of Operation Gratitude, Jack Daniel's Live at the Landmark concert with Delta Spirit rocked the house for a night that will go down in history.

Photos by Eric Reichbaum, Ilya Savenok and Christopher Victorio



Miss June 2004 Hiromi Oshima with Miss July 2011 Jaclyn Swedberg



Miss October 2012 Pamela Horton, Miss June 2004 Naomi Oshima, Playmate of the Year 2013 Raquel Pomplun, and Miss May 2012 Nikki Leigh with a guest



DJ I Love



Playmate of the Year 2013 Raquel Pomplun with guitarist + Our Playboy of Prize Pack



Miss May 2012 Nikki Leigh with Miss October 2012 Pamela Horton

July 13
Playboy

## OPERATION GRATITUDE

Find out how you can get involved
OperationGratitude.com

## DELTA SPIRIT

JDPI004460



JDPI004461

Legends Digital Spectacular #18 - 4th St. and Jefferson St

REWARDING CONNECTIONS



Posting Completed: 10/27/14

rapportww.com



Legends Digital Spectacular #13 – 7th St. and Jefferson St

Posting Completed: 10/27/14

REWARDING CONNECTIONS

rapportww.com

## Legends Spectacular #6H - Jefferson St and 3rd Street (NW Corner of Jefferson St. Garage)

REWARDING CONNECTIONS

Posting Completed: 10/24/14



# Clear Channel Outdoor

## Performance Report

**San Antonio**

| | |
|---|---|
| Date: | 3/23/2015 |

| Advertiser: | Brown-Forman Worldwide Corporation | Agency: | Brown Forman Media Services |
|---|---|---|---|
| | | CCO Contact: | SAT0051851 |
| | | Client Contract: | #4408 #4423 |
| Product Type: | Bulletin (Bulletin 14x48) | Account Exec: | Cindy McCracklin |
| Report To: | Brown Forman Media Services 1600 Division Street, Ste 540 Nashville, TN 37203 USA | | |

| | |
|---|---|
| Vinyl Received: | 2/24/2015 |
| Quantity Received: | 1 |
| Program Start Date: | 3/9/2015 |
| Number Of Units: | 2 |

The TAB Out of Home Ratings™ data is proprietary intellectual property owned by the Traffic Audit Bureau for Media Measurement, Inc. and is to be used only by the recipient solely and exclusively for its planning and /or buying of out-of home media advertisements. © Copyright 2013, All Rights Reserved



The information in this report is according to Clear Channel Outdoor records and complies with the American Association of Advertising Agencies' compilation report standards. If you need any additional information regarding the execution of this contract, please contact your representative. We appreciate your business and hope our service to you is satisfactory.

| Location | TAB ID | Description | FAC | In Market Imps (Weekly) |
|---|---|---|---|---|
| 004423 | 329856 | I-35 N NS 10t W/O Brooklyn FW - 1 | W | 538,872 |

| Design | Completion Date | Size |
|---|---|---|
| One Proud Franchise Deserves Anoth.. | 3/11/2015 | 14 x 48 |

Signature 

Clear Channel Photo Services Policy: Within 5 business days of the completion of the initial posting or any copy changes, Clear Channel will provide: 1 unaltered close-up and 1 unaltered approach photo for each permanent bulletin, wallscape or premiere product; 1 unaltered and 1 unaltered approach photo for each start location for rotary bulletins (no photos for each rotation cycle unless copy changes); 1 unaltered close-up photo for each poster/transit shelter/other design. Additional photo requests incur charges, billed to the advertiser. Charges are as follows: Street locations, $30/each; freeway locations, $40/each; night shots, $75/location. Extra location photos include close-up and/or approach shot, where applicable. Schedule for additional photography at discretion of local sales and/or marketing manager(s).

Attached is a detailed list of all locations posted for this campaign including actual date of installation and design at each location.

San Antonio - 3714 N. Pan Am Expwy , San Antonio, TX 78219
Tel. (210) 227-3451Fax. (210) 227-5024 Clearchannneloutdoor.com A Clear Channel Worldwide Company

2012 JD Holiday Label "Under The Tree" OOH 224 x 80 LR Page 5



2012 JD Holiday Label "Short Season" OOH 224 x 80 LR Page 1

