CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 126

DATE: _____ IDEN.

DATE: _____10-3-17_____ EVID.

BY: _____

Deputy Clerk

**Bruce Silverman**

| | |
|---|---|
| **From:** | David G. Bray <DBray@dickinson-wright.com> |
| **Sent:** | Thursday, May 14, 2015 2:50 PM |
| **To:** | 'bgsla@roadrunner.com' |
| **Cc:** | Frank G. Long |
| **Subject:** | VIP adv. Jack Daniel's -- Itamar Simonson Expert Report |
| **Attachments:** | PHOENIX-#219954-v1-Itamar_Simonson_Expert_Report.PDF |

**David G. Bray** Member

1850 N. Central
Avenue
Suite 1400
Phoenix AZ 85004

Phone 602-285-5033
Mobile 602-617-8580
Fax     602-285-5100
Email   DBray@dickinsonwright.com

DICKINSON WRIGHT PLLC
MICHIGAN ARIZONA KENTUCKY NEVADA OHIO TENNESSEE WASHINGTON D.C. TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission message attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

1


Silverman
EXHIBIT NO. 102
8/13/15
Wendy S. Schreiber

SIL0127

**Bruce Silverman**

| | |
|---|---|
| **From:** | Jeffrey Hirsch <jhirsch@therightbrainstudio.com> |
| **Sent:** | Thursday, May 14, 2015 4:26 PM |
| **To:** | Bruce Silverman |
| **Subject:** | Bad Spaniel |
| **Attachments:** | Bad Spaniel Focus Groups.pdf; Untitled attachment 01963.htm; image001.jpg; Untitled attachment 01966.htm; linkedin_32.png; Untitled attachment 01969.htm; twitter_32 copy.png; Untitled attachment 01972.htm |

Bruce,

Attached is the estimate. It comes in at just under $14K for 4 focus groups, in which we would recruit 5 for 3 to 4 people to show up. This is a lot more detail than clients usually get! I've held my own fee down. Not having to produce a report helps to that end.

If you want to do this within the next week, I'll need to know right away. Like now! Tomorrow at the latest. But I don't think we'll have trouble booking a facility if we have the flexibility to do this all on a Saturday.

Let me know if you have any questions.

Best,

Jeff

1

SIL0128

**Bruce Silverman**

| | |
|---|---|
| **From:** | Jeffrey Hirsch <jhirsch@therightbrainstudio.com> |
| **Sent:** | Friday, May 15, 2015 4:34 PM |
| **To:** | Bruce Silverman |
| **Subject:** | Re: NEED WIRE INSTRUCTIONS AND INVOICE |
| **Attachments:** | VIP-BS-2015-01.pdf; Untitled attachment 02482.htm; image001.jpg; Untitled attachment 02485.htm; linkedin_32.png; Untitled attachment 02488.htm; twitter_32 copy.png; Untitled attachment 02491.htm |

Here you go. Sorry for the delay. It's been a busy day! I'll write the screener now.

1

SIL0130

**Bruce Silverman**

| | |
|---|---|
| **From:** | Jeffrey Hirsch <jhirsch@therightbrainstudio.com> |
| **Sent:** | Friday, May 15, 2015 5:50 PM |
| **To:** | Bruce Silverman |
| **Subject:** | Screener Draft |
| **Attachments:** | fg scr may2015.docx; Untitled attachment 02545.htm |

I'm sending this off to the facility, but we can tweak if needed

1

SIL0131

**Bruce Silverman**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Friday, May 15, 2015 2:44 PM |
| **To:** | Jeffrey B. Hirsch |
| **Subject:** | VIP PRODUCTS LLC |

VIP Products
16515 S. 40th Street Ste. 121
Phoenix AZ, 85048

1

SIL0129

**Bruce Silverman**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Tuesday, May 19, 2015 7:40 PM |
| **To:** | 'Jeff Hirsch' |
| **Subject:** | RE: Discussion Guide |

I'm testifying on Wednesday on another case so odds are I won't be able to review the discussion guide until I get home.  But you know what we need... I'm more than confident that whatever you put together will be right.

I MAY also have to go downtown for the trial again on Thursday; a lot will depend on whether or not the attorney I'm working for wants me to attend Toyota's expert's testimony.

B

**From:** Jeff Hirsch [mailto:jhirsch@therightbrainstudio.com]
**Sent:** Tuesday, May 19, 2015 12:16 PM
**To:** <bgsla@roadrunner.com>
**Subject:** Re: Discussion Guide

Bruce,

On my way to O'Hare.  I'll send everything along before I take off, or if I don't fight it done by the time the flight leaves, I'll spring for Internet on the plane and send it from the sky.

Jeff

Sent from my iPhone

On May 19, 2015, at 1:09 PM, Bruce Silverman <bgsla@roadrunner.com> wrote:

> Hi.
>
> Hopefully, you have received the down payment for the focus groups from the law firm.  They are sending me 30 "Bad Squirrels" dog toys, so each of our respondents will have one to take home with them.  We might want to get a supply of paper bags so they don't walk out of the focus group room with the toys in hand... unless you don't think that's an issue.
>
> As far as the discussion guide goes:  As I explained, I'm rebutting Jack Daniel's expert, who opined:  "....the largely look-like trade dress associates Jack Daniel's trade dress with defecation; this association effectively tarnishes and harms the Jack Daniel's brand by adding an unsavory association in consumer's minds."  "This alleged 'parody' targets those consumers familiar with Jack Daniel's and adds an unfavorable mental association (defecation) in these consumers' minds, which is particularly damaging for a product that consumers drink.  Thus, consciously and/or unconsciously, this added mental association is likely to create a less affective reaction to the brand and harm the value of the mark's equity."
>
> So – given the way we've recruited, I think we need to 1) establish their awareness/thoughts/feelings about Jack Daniel's; 2) show toy... let them look at it closely; 3) what do they think of it in general; 4) does this toy make you change your opinions in any way about Jack Daniel's, 5) associate Jack Daniel's

1

SIL0132

with dogs, 6) associate Jack Daniel's with ANYTHING about dogs... (including shit). The more we can probe to try to understand FEELINGS the better.

Jack's expert is a professor at Stanford who bases his opinions ENTIRELY on theory; nothing real world.

ALSO: I NEED INFO ON WHERE GROUPS WILL BE HELD, TIME, ETC.

Bruce

**From:** Jeffrey Hirsch [mailto:jhirsch@therightbrainstudio.com]
**Sent:** Monday, May 18, 2015 9:43 AM
**To:** Bruce Silverman
**Subject:** Discussion Guide

Bruce,

I'll bang out a discussion guide, most likely tomorrow when I'm on my way home from Chicago. Other than the obvious, any key issues you'd like the groups to address? We've got a lot of time here, so let's put it to good use.

Jeff



Subscribe To Our Mailing List For Insights On Marketing & Popular Culture

I invite you to follow me on Twitter. @jeffreyhirsch

<image002.png><image003.png>

Jeff Hirsch
The Right Brain Studio, Inc.
Los Angeles, CA Office
818.400.7922

email: jhirsch@therightbrainstudio.com

www.therightbrainstudio.com

2

**Bruce Silverman**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Tuesday, May 19, 2015 7:35 PM |
| **To:** | 'Jeffrey Hirsch' |
| **Subject:** | RE: Facility Information |

No clients; just me.

**From:** Jeffrey Hirsch [mailto:jhirsch@therightbrainstudio.com]
**Sent:** Tuesday, May 19, 2015 1:42 PM
**To:** Bruce Silverman
**Subject:** Facility Information

See attached.

Any clients attending the groups, or just you?

I'll finish the guide on the plane and get it to you tonight.

Jeff

1

SIL0134

**Bruce Silverman**

| | |
|---|---|
| **From:** | David G. Bray <DBray@dickinson-wright.com> |
| **Sent:** | Wednesday, May 20, 2015 8:37 AM |
| **To:** | 'bgsla@roadrunner.com' |
| **Cc:** | Frank G. Long |
| **Subject:** | VIP adv. Jack Daniels |
| **Attachments:** | PHOENIX-#221012-v1-Order_granting_Motion_to_Amend_(VIP_adv_JDPI).PDF; PHOENIX-#185848-v1-(Doc__#12)_Answer_&_Counterclaim_of_Jack_Daniel_s.PDF; PHOENIX-#207585-v1-Amended_Complaint.DOC |

The Court's 5/15/15 order granting VIP's motion to amend, VIP's amended complaint, and Jack Daniel's answer and counterclaim are attached.

**David G. Bray** Member

| | | |
|---|---|---|
| 1850 N. Central Avenue Suite 1400 Phoenix AZ 85004 | Phone | 602-285-5033 |
| | Mobile | 602-617-8580 |
| | Fax | 602-285-5100 |
| [ Profile ] [ V-Card ] | Email | DBray@dickinsonwright.com |

DICKINSON WRIGHT PLLC

MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

1

SIL0135

**Bruce Silverman**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Friday, May 22, 2015 10:20 AM |
| **To:** | 'David G. Bray' |
| **Cc:** | 'Frank G. Long'; 'Kristi A. Arendt' |
| **Subject:** | RE: VIP - Jack Daniel's |
| **Attachments:** | Silverman - Signed protective order.pdf |

Signed protective order attached.

**Bruce Silverman**
**SILVERMAN CONSULTING LLC**
3168 Dona Mema Place
Studio City, CA 91604
www.brucesilvermanconsulting.com
bgsla@roadrunner.com
T: 323-654-7659
M: 310-200-7670

This e-mail and its attachments may contain proprietary information, which is PRIVILEGED, CONFIDENTIAL or subject to COPYRIGHT. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is STRICTLY PROHIBITED and may be UNLAWFUL. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout. Thank You.

---

**From:** David G. Bray [mailto:DBray@dickinsonwright.com]
**Sent:** Friday, May 22, 2015 9:42 AM
**To:** 'bgsla@roadrunner.com'
**Cc:** Frank G. Long; Kristi A. Arendt
**Subject:** VIP - Jack Daniel's

Bruce,

Please find attached an Acknowledgement and Agreement to be bound by the Stipulated Protective Order in the above litigation matter, along with the actual protective order signed by the Court. Please sign and date the Acknowledgment and return it to me at your earliest convenience.

Thank you.

**David G. Bray** Member

| | |
|---|---|
| 1850 N. Central Avenue | Phone 602-285-5033 |
| Suite 1400 | Mobile 602-617-8580 |
| Phoenix AZ 85004 | Fax  602-285-5100 |
| Profile │ V-Card | Email  DBray@dickinsonwright.com |

1

SIL0136

**Bruce Silverman**

| | |
|---|---|
| **From:** | Jeffrey Hirsch <jhirsch@therightbrainstudio.com> |
| **Sent:** | Sunday, May 24, 2015 8:52 AM |
| **To:** | Bruce Silverman |
| **Subject:** | Transcripts |
| **Attachments:** | VIP Group 1.docx; Untitled attachment 00871.htm; VIP Group 2.doc.docx; Untitled attachment 00874.htm; VIP Group 3.docx; Untitled attachment 00877.htm; VIP Group 4.docx; Untitled attachment 00880.htm; image001.jpg; Untitled attachment 00883.htm; linkedin_32.png; Untitled attachment 00886.htm; twitter_32 copy.png; Untitled attachment 00889.htm |

Done already! Here you go.

1

SIL0137

## Bruce Silverman

| | |
|---|---|
| **From:** | Kristi A. Arendt <KArendt@dickinson-wright.com> |
| **Sent:** | Tuesday, June 16, 2015 7:14 PM |
| **To:** | 'Bruce Silverman (bgsla@roadrunner.com)' |
| **Cc:** | David G. Bray; Frank G. Long |
| **Subject:** | VIP Products, L.L.C. / Jack Daniel's Properties, Inc. |
| **Attachments:** | Deposition Transcript of Steve Sacra (4-23-15).pdf |

Good Evening Mr. Silverman,

Please find attached deposition transcript of Stephen Sacra that took place on April 23rd.

Thank you.

Kristi A. Arendt
Legal Assistant to David G. Bray, Esq.


**Kristi A. Arendt** Legal Secretary

1850 N. Central Avenue
Suite 1400
Phoenix AZ 85004

Phone 602-285-5146
Fax    602-285-5100
Email  KArendt@dickinsonwright.com

DICKINSON WRIGHT PLLC
ARKANSAS  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

1

SIL0138

**Bruce Silverman**

| | |
|---|---|
| **From:** | Frank G. Long <FLong@dickinson-wright.com> |
| **Sent:** | Friday, June 19, 2015 11:27 AM |
| **To:** | Stephen Sacra; David G. Bray; bgsla@roadrunner.com |
| **Subject:** | FW: 06-18-15 VIP Products vs. Jack Daniel's Properties (Dr. Itamar Simonson - ROUGH DRAFT ASCII) |
| **Attachments:** | 06-18-15 Simonson (Rough Draft).txt |

Depo transcript attached

**Frank G. Long** Member

| | |
|---|---|
| 1850 N. Central Avenue Suite 1400 Phoenix AZ 85004 | Phone 602-285-5093 |
| | Fax   602-285-5100 |
| | Email  FLong@dickinsonwright.com |

  Profile  |  V-Card

DICKINSON WRIGHT PLLC
MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

SIL0139

**Bruce Silverman**

| | |
|---|---|
| **From:** | Frank G. Long <FLong@dickinson-wright.com> |
| **Sent:** | Monday, June 22, 2015 10:29 AM |
| **To:** | bgsla@roadrunner.com |
| **Cc:** | David G. Bray |
| **Subject:** | Jack Daniel's ads from Simonson depo |
| **Attachments:** | PHOENIX-#226175-v1-JD_s_Sister_Ad.doc; PHOENIX-#226183-v1-JD_s_Unshaven_in_Underware_Ad.doc; PHOENIX-#226178-v1-JD_s_Not_for_All_Men_Ad.doc; PHOENIX-#226182-v1-JD_s_Fine_Establishments_Ad.doc; PHOENIX-#226180-v1-JD_s_Blondes_Have_More_Fun_Ad.doc |

Deposition Exhibits attached

33:     Served in Fine Establishments . . .

34:     Is it true . . .

35:     Not All Men . . .

36:     Jack Don't Mind . . .

37:     "I did WHAT . . ."

**Frank G. Long** Member

| | |
|---|---|
| 1850 N. Central Avenue Suite 1400 Phoenix AZ 85004 | Phone 602-285-5093 |
| | Fax    602-285-5100 |
| | Email  FLong@dickinsonwright.com |

Profile | V-Card

DICKINSON WRIGHT PLLC

MICHIGAN  ARIZONA  KENTUCKY  NEVADA  OHIO  TENNESSEE  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

1

SIL0140

**Bruce Silverman**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Tuesday, July 07, 2015 11:29 AM |
| **To:** | Frank G. Long (FLong@dickinson-wright.com) |
| **Subject:** | VIP v. Jack Daniel's - Expert Report Attached |
| **Attachments:** | Bad Spaniels - Silverman Report - SIGNED FINAL with Exhibits.pdf |

A signed copy of my expert report on the above captioned matter is attached. It includes as Exhibit "A" a list of the material reviewed/considered for my report, Exhibit "B," my CV (which includes a list of cases I have provided sworn testimony on during the past four years), and Exhibit "C," transcripts of the four focus group sessions (which is referenced in the body of my report).

**Bruce Silverman**
**SILVERMAN CONSULTING LLC**
3168 Dona Mema Place
Studio City, CA 91604
www.brucesilvermanconsulting.com
bgsla@roadrunner.com
T: 323-654-7659
M: 310-200-7670

This e-mail and its attachments may contain proprietary information, which is PRIVILEGED, CONFIDENTIAL or subject to COPYRIGHT. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is STRICTLY PROHIBITED and may be UNLAWFUL. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout. Thank You.

SIL0141

**Kylie M. Boie**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Wednesday, May 27, 2015 4:02 PM |
| **To:** | David G. Bray; Frank G. Long |
| **Cc:** | 'Jeffrey B. Hirsch ' |
| **Subject:** | VIP v. Jack Daniel's - Focus Group Invoice #2 |
| **Attachments:** | VIP-BS-2015-02.pdf |

Gentlemen:

Please find attached the final invoice from The Right Brain Studio for the VIP – Bad Spaniels focus groups.

It is customary that invoices for completed focus groups are due upon receipt. Funds transfer information is included on the invoice.

Thank you.

**Bruce Silverman**
**SILVERMAN CONSULTING LLC**
3168 Dona Mema Place
Studio City, CA 91604
www.brucesilvermanconsulting.com
bgsla@roadrunner.com
T: 323-654-7659
M: 310-200-7670

This e-mail and its attachments may contain proprietary information, which is PRIVILEGED, CONFIDENTIAL or subject to COPYRIGHT. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is STRICTLY PROHIBITED and may be UNLAWFUL. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout. Thank You.

SIL0142

# SIL0143-SIL0145

# Redacted

# Work Product Privilege

**Kylie M. Boie**

| | |
|---|---|
| **From:** | Bruce Silverman <bgsla@roadrunner.com> |
| **Sent:** | Monday, July 27, 2015 6:59 PM |
| **To:** | 'Deborah Morris'; David G. Bray |
| **Subject:** | RE: TASA Reference AZ590066 |



**Bruce Silverman**
**SILVERMAN CONSULTING LLC**
3168 Dona Mema Place
Studio City, CA 91604
www.brucesilvermanconsulting.com
bgsla@roadrunner.com
T: 323-654-7659
M: 310-200-7670

This e-mail and its attachments may contain proprietary information, which is PRIVILEGED, CONFIDENTIAL or subject to COPYRIGHT. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this e-mail is STRICTLY PROHIBITED and may be UNLAWFUL. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original and any copy of this e-mail and any printout. Thank You.

**From:** Deborah Morris [mailto:dmorris@tasanet.com]
**Sent:** Monday, July 27, 2015 2:46 PM
**To:** dbray@dickinsonwright.com
**Subject:** TASA Reference AZ590066

HI David,

It appears that the statement which was sent to you earlier today does not include the advance billing and payment on the VIP Products, LLC file. Attached is a copy of the advance invoice. This  advance invoice was paid on 6/2/15 by a wire transfer. The funds are currently being held in escrow as directed by the expert's rate sheet.

Sincerely,

1

SIL0146

*Deborah E. Morris*
The TASA Group
1166 DeKalb Pike
Blue Bell, PA 19422-1853
**(800) 523-2319**
**www.tasanet.com**

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

2

SIL0147

# SIL0148-SIL0153

# Redacted

# Work Product Privilege

1

2

**EXHIBIT A**

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

3

4   I, _BRUCE G. SILVERMAN_ [full name], of _3168 DONA_

5   _Mema Pl. Studio City, CA 91604_ [address], declare

6   under penalty of perjury that I have read in its entirety and understand the Stipulated

7   Protective Order that was issued by the United States District Court for the District of

8

9   Arizona on _5/14/2015_ [date of Order] in the case of VIP Products, L.L.C. v. Jack

10  Daniel's Properties, Inc., Case No. 14-02057-PHX-DGC.  I agree to comply with and to

11  be bound by all the terms of this Stipulated Protective Order and I understand and

12

13  acknowledge that failure to so comply could expose me to sanctions and punishment in

    the nature of contempt.  I solemnly promise that I will not disclose in any manner any

14

15  information or item that is subject to this Stipulated Protective Order to any person or

16  entity except in strict compliance with the provisions of this Order.

17

18         I further agree to submit to the jurisdiction of the United States District Court for

    the District of Arizona for the purpose of enforcing the terms of this Stipulated Protective

19

20  Order, even if such enforcement proceedings occur after termination of this action.

21

22  Date: _MAY 22, 2015_

23

24  City and State where sworn and signed: _Studio City, California_

25  Printed name: _BRUCE G. SILVERMAN_

26

27  Signature: _____

28

THE RIGHT
BRAIN STUDIO

**Bad Spaniel Focus Groups**
**Cost Estimate**
**May 14, 2015**

**Description:**

- 4 focus groups of 3-5 people each, group composition TBD
- 1 hour in length
- To be held in the Los Angeles area

**Services To Be Delivered:**

- Planning & set-up of groups
- Screener & recruiting of respondents
- Respondent incentives
- Discussion guide preparation
- Moderation of groups
- Facility rental
- Transcripts of groups
- Stationary video (DVD or digital)
- Digital audio

**Fees & Costs**

| Item | Unit Cost | Unit | Total |
|------|-----------|------|-------|
| Recruiting | $135 | 20 | $2,700 |
| Incentives | $100 | 20 | $2,000 |
| Early Bird Incentives | $50 | 4 | $600 |
| Room | $550 | 4 | $2,200 |
| Respondent Parking | $250 | 1 | $250 |
| Stationary Video | $150 | 4 | $600 |
| Respondent Food | $25 | 4 | $100 |
| Client Food | $75 | 4 | $300 |
| Transcripts | $60 | 4 | $240 |
| Fees for set-up, planning, moderation and consulting | | | $5,000 |
| **Total** | | | **$13,990** |

## VIP PRODUCTS FOCUS GROUP SCREENER
## MAY 21, 2015

- **RECRUIT 5 FOR 3-4 TO SHOW**

Hi, my name is _____ from _____. We are inviting people to focus groups. This is market research only and we are NOT trying to sell you anything.  But first I'd like to ask you a few short questions to see if we still need participants in your category.

| | |
|---|---|
| **Group 1**<br>**5PM** | • Women<br>• Dog owners<br>• Jack Daniels Drinkers |
| **Group 2**<br>**6PM** | • Men & Women Mixed, 50/50%<br>• Jack Daniels Drinkers<br>• Not dog owners |
| **Group 3**<br>**7PM** | • Men<br>• Dog owners<br>• Jack Daniels Drinkers |
| **Group 4**<br>**8PM** | • Men & Women Mixed, 50/50%<br>• Drink other whiskey not (Jack Daniels)<br>• Dog owners |

**Record Gender:**

Male....................................................... ( )
Female .................................................. ( )

- **RECRUIT A MIX OF GENDERS (APPROXIMATELY 50%/50-%)**

1.   Do you, or does any family member, work in any of the following types of businesses?

Market research...................................... ( )
Advertising, Media or
    Public Relations ................................. ( )
TV, Radio or Newspaper ........................ ( )
Beer, wine or spirits industry
    in any capacity................................... ( )

**THANK & TERMINATE IF YES TO ANY**

SIL0156

VIP Products
Focus Group Screener
May 21 2015
Page 2 of 6

2.     We are interested in speaking with people of different backgrounds.  Which of the following best describes your ethnic background.  **(READ LIST)**

African American/Black ........................... ( )
Asian-American ...................................... ( )
Caucasian/White .................................... ( )
Hispanic................................................. ( )
Native American .................................... ( )
Other .................................................... ( )
            (Write in) _____


- **RECRUIT NO MORE THAN TWO (2) NON-CAUCASIAN/WHITE RESPONDENTS FOR EACH GROUP**


3.     Which of the following categories best describes your age?

Under 21 ..........................( )     **THANK AND TERMINATE**

21-29 ................................( )
30-44 ................................( )     **RECRUIT A MIX OF AGES**
45-65 ................................( )

Over 65..............................( )

**RECRUIT NO MORE THAN ONE 65+ RESPONDENT FOR EACH GROUP**


4.     Which of the following best describes your education?

Did not finish high school...( )     **THANK AND TERMINATE**

High School Graduate .......( )
Some College ...................( )
Associates Degree ............( )
Bachelors Degree..............( )
Post Graduate Degree.......( )

SIL0157

VIP Products
Focus Group Screener
May 21 2015
Page 3 of 6

5.     Which of the following best describes you?

Employed full time ............( )
Employed part time............( )
Stay at home parent ..........( )
Retired................................( )
Student ..............................( )
Not Employed ....................( )     **THANK & TERMINATE**


6.     Which of the following best describes you?

Single ................................( )
Married ..............................( )
Divorced/Separated...........( )
Widowed.............................( )

**FOR INFORMATIONAL PURPOSES ONLY**


7.     What is your total gross annual household income? (READ LIST)

Under $40,000 ..................( )     **THANK & TERMINATE**

$40,000-$59,999 ...............( )
$60,000-$99,999   .............( )
$100,000-$149,999 ...........( )
$150,000-$199,999 ...........( )
$200,000 or more ..............( )

**RECRUIT A MIX OF INCOMES**

8.     How many children of the following ages do you have?

Under 5 years old ..............( )
5 to 9 years old..................( )     **TRY TO RECRUIT A MIX**
10-13 years old..................( )
14-17 .................................( )

No children under
   the age of 18...................( )

VIP Products
Focus Group Screener
May 21 2015
Page 4 of 6

9.    Do you have any pets at home?

Yes .....................................( )
No ......................................( )    **THANK AND TERMINATE**

10.    What kinds of pets do you have?

Dogs ...................................( )

Cats ....................................( )
Fish......................................( )
Birds ..................................( )
Reptiles .............................( )
Other ..................................( )

**ASSIGN TO APPROPRIATE GROUP**

11.    Which of the following have you bought and drank in the past six months?

Beer or wine ......................( )
Vodka ................................( )
Bourbon .............................( )
Scotch ...............................( )
Other Type of Whisky ........( )

None of the above .............( )    **THANK AND TERMINATE**

**ALL RESPONDENTS MUST DRINK BOURBON, SCOTCH OR OTHER TYPE OF WHISKEY. IF NOT, THANK AND TERMINATE**

VIP Products
Focus Group Screener
May 21 2015
Page 5 of 6

12a.   Which, if any, of the following brands have you drank in the past six months?

12b.   How many times?

| 12a.<br>Brand | 12b.<br># times in<br>past six months |
|---|---|
| Makers Mark | _____ |
| Dewars White Label | _____ |
| Crown Royal | _____ |
| Johnnie Walker (any label) | _____ |
| **Jack Daniels** | _____ |
| Jim Beam | _____ |
| Canadian Club | _____ |

**ASSIGN TO JACK DANIELS OR NON-JACK DANIELS GROUP AS
APPROPRIATE**

VIP Products
Focus Group Screener
May 21 2015
Page 6 of 6

### PLEASE RECRUIT ARTICULATE RESPONDENTS!

I'd like to invite you to participate in a focus group discussion, which consists of a small group of individuals like yourself sharing thoughts and feelings toward various topics. This is market research only and we promise not to sell you anything or change your opinions. You will receive $XXX as a thank you for your time. It will be held on **(SEE DATE/TIME/LOCATION BELOW)**

The group will last about one hour. Are you able to attend?

**(IF YES, GET THE FOLLOWING INFORMATION)** I'd like to send you a confirmation letter and a map to our facilities. May I have your....

First Name:
Last Name:

Day Phone:
Evening Phone:
Cell Phone:

Please remember that because there will be a very small group of participants who have been carefully selected for this research, you are not able to send anyone in your place. Also, no one will be able to join you as an observer in the focus group.

We look forward to seeing you on the **(DATE/TIME) at (FACILITY NAME/LOCATION)!**



**VIP Products Focus Groups**
**May 21, 2015**

**Facility Information**

Group times: 5PM, 6PM, 7PM & 8PM

Schlesinger Associates
10880 Wilshire Blvd. Suite 1100
Los Angeles, CA 90024
Tel.: (310) 295-3040
http://www.schlesingerassociates.com/our_locations/usa/los_angeles.aspx

SIL0162

**VIP Products**
**Focus Group Discussion Guide**
**May 21, 2015**

I.    <u>Introduction/Warm-Up</u>                                    5 mins.

First name, where they live, who they live with, occupation.

II.    <u>Spoof Products</u>                                          10 mins.

I'd now like to change subjects to talk about what you might describe as products that are spoofs that make fun of other products, people or things. Can you give me some examples of these that you've seen or actually own?

How do you gauge the intention of these products? By that I mean, how do you know when they are harmless jokes and how do you know if they are meant to insult or diminish someone or something? Can you give me any examples?

I have here photographs of several items. As a group, please sort them into three piles: Definitely a joke, maybe a joke and definitely insulting.

(Approximately 15-25 photos of t-shirts and spoof products, including Bad Spaniel and Jose the Perro. Probe each placement.)

Let's go back and summarize what defines each of these categories. How is it that you know that these items are "definitely a joke?" "Maybe a joke?" "Definitely insulting?"

III.    <u>Bad Spaniels</u>                                          20 mins.

Let's focus now on this one, "Bad Spaniels." What do you think this product is? (If not reached spontaneously) It is a rubber chew toy for dogs. I have one of these for each of you that I'd like you to look at. (Hand out product samples.)

What brand do you think this product is referring to or making fun of?

What, if anything, do you think this says about Jack Daniel's? (Probe general comments.)

1

SIL0163

Have you all heard of Jack Daniel's? Do you now or have you ever drunk it? (For drinkers:) Why do you drink it? What do you like best about it? (Probe for taste, reputation, etc.

Do you think this product is sponsored by or associated with Jack Daniels in any way?

What images come to mind when you drink Jack Daniel's? What else do you think about when you think about this brand? (Probe for reputation, heritage, quality, etc.)

Now, thinking about this toy again, does it change your opinions or feelings about Jack Daniel's in any way? If so, how?

Would this product make you associate Jack Daniel's directly with dogs or anything about dogs? How? Again, having now seen this toy, what might go through your mind the next time you look at a Jack Daniel's bottle or think about the brand? (If not brought up spontaneously, ask directly:) Do you think this product would evoke associations with dog poop or pee in any way? Why do you say that?

Would this toy have any effect on if you would or would not drink Jack Daniel's again? Why/why not?

IV.    Wrap-Up/Back Room Questions                              5 mins.

2



**Schlesinger Associates**
Quality Without Compromise

Group 1   -   Female JACK drinkers
                   & DOGS.

Stephanie Tucker  -  Dog
Odelia            -  Dog + Cat
Dana Susky        - 6 dogs in house
Felicia P -  Retired  -  Black Lab
Keri  -  Dog + Cat  -  HR Recruiting.

Corona Beer spoof product.
        "Just a joke" Does noTry
to damage real product

Ask
     Bad Spaniels - "Just a joke -"
No damge

Group distinguishes well between
jokes + insulting product —

Some spoof products are trying to
damage the real product
Funny ones are just very funny —

**US:** ATLANTA  BOSTON  CHICAGO  CHICAGO O'HARE  DALLAS  HOUSTON  LOS ANGELES  NEW JERSEY
NEW YORK  ORLANDO  PHILADELPHIA  PHILADELPHIA BALA CYNWYD  PHOENIX  SAN FRANCISCO  ST LOUIS
**EUROPE:** CENTRAL LONDON  LONDON WIMBLEDON  PARIS  BERLIN  FRANKFURT  MUNICH
Visit us at www.SchlesingerAssociates.com



**Schlesinger Associates**

Quality Without Compromise

Great gag gift —

It's really funny —

**US:** ATLANTA · BOSTON · CHICAGO · CHICAGO O'HARE · DALLAS · HOUSTON · LOS ANGELES · NEW JERSEY
NEW YORK · ORLANDO · PHILADELPHIA · PHILADELPHIA BALA CYNWYD · PHOENIX · SAN FRANCISCO · ST LOUIS
**EUROPE:** CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at **www.SchlesingerAssociates.com**

SIL0166



**Schlesinger Associates**

Quality Without Compromise

Group II — JD Drinkers
(No dop)

Keira — Lins @ boyfriend
Artist.

John — Westwood, investments.
Si well,

Brian — Sigle Socaie Media
Marketing.

Matthas — Sigle. Antigue Dealer

MARTI — Long Beach —
payroll for horse racing
trah.

First look of the Spaniels
not an otgdr — Funny
Call

SIL0167



**Schlesinger Associates**
Quality Without Compromise

; Hilarious - Very funny -

~~Doe~~ Nothing to do with JD

It's cute.

Close look of all -

Not going to Think badly -

Maybe bad association with
squeak (!!!)

Unanious - It's all
"cute" -

Would you think Jack
Daniels has pop in it?

NO.

No effort in drinks'g
JACK. — Hate to Speech -

US: ATLANTA   BOSTON   CHICAGO   CHICAGO   DALLAS   HOUSTON   LOS ANGELES   NEW JERSEY
NEW YORK   ORLANDO   PHILADELPHIA   PHILADELPHIA BALA CYNWYD   PHOENIX   SAN FRANCISCO   ST LOUIS
EUROPE: CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at www.SchlesingerAssociates.com



**Schlesinger Associates**
Quality Without Compromise

Grocery                                    Men @ Dep

Kamyar - Construction    - West CA
           Siberian Husky -

Michael - Marvel - Project mgr
           Lives van downtown
           Two small dogs + cat

William - Married. Dr
           Transpatation mgt

Justin -     Personal asst to
             Photographer - West
                              Hollywood

Marc -     IT Company mgr
           Married - small dog

US: ATLANTA · BOSTON · CHICAGO · CHICAGO O'HARE · DALLAS · HOUSTON · LOS ANGELES · NEW JERSEY
NEW YORK · ORLANDO · PHILADELPHIA · PHILADELPHIA BALA CYNWYD · PHOENIX · SAN FRANCISCO · ST LOUIS
EUROPE: CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at www.SchlesingerAssociates.com

SIL0169



Schlesinger Associates
Quality Without Compromise

CARONA heer parody —
"funny —" see it as a joke.

Bad Spanish — "Jake"

Cheeky, funny, silly —

JACK D.

Does it make you cheep
your feelings about JD?
Fun. What prt
Good conversation piece.
Trying to get younger generation!
"Label is funny"
Like Mad Magazine —
Spoofy fun, light-hearted
NY    W/O malice

US: ATLANTA · BOSTON · CHICAGO · CHICAGO O'HARE · DALLAS · HOUSTON · LOS ANGELES · NEW JERSEY
NEW YORK · ORLANDO · PHILADELPHIA · PHILADELPHIA BALA CYNWYD · PHOENIX · SAN FRANCISCO · ST LOUIS
EUROPE: CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at www.SchlesingerAssociates.com



**Schlesinger Associates**
Quality Without Compromise

Is there prob w/ JACK

NO! They Laugh!

No Different Programs
about JACK?

It's humorous.
It's all positive.
It makes me like JACK
Daniels' company better (?).

Any company that does t
take itself too seriously
is like !!

SIL0171



**Schlesinger Associates**

Quality Without Compromise

Group 4 — —

Belinda — 1 dog + Mom & Kids
Sells Health / Insurance.

Craig — Calabasas —
2 dogs (big dog)
Mobile Tech

Margaret. Granada Hills, Married.
Dog    Harpist

Mark — Big dog —
Retired, Jockey —

Consumers understand
spoof products — and differentiate
between ones that disparage
versus poke fun at original
brand

US: ATLANTA · BOSTON · CHICAGO · CHICAGO O'HARE · DALLAS · HOUSTON · LOS ANGELES · NEW JERSEY
NEW YORK · ORLANDO · PHILADELPHIA · PHILADELPHIA BALA CYNWYD · PHOENIX · SAN FRANCISCO · ST LOUIS
EUROPE: CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at www.SchlesingerAssociates.com

の



**Schlesinger Associates**

Quality Without Compromise

all laughed.
/ Think it's really
cute.
Does this dispage. JD.

Unanimous +
instantanaly — NO

Poop — it's cute, —
Noby thinks there's
poop in JACK —

It would help sell
JACK — they would
definitely sell more JACK if
it was sold in the
same place.

US: ATLANTA   BOSTON   CHICAGO   CHICAGO O'HARE   DALLAS   HOUSTON   LOS ANGELES   NEW JERSEY
NEW YORK   ORLANDO   PHILADELPHIA   PHILADELPHIA BALA CYNWYD   PHOENIX   SAN FRANCISCO   ST LOUIS
EUROPE: CENTRAL LONDON   LONDON WIMBLEDON   PARIS   BERLIN   FRANKFURT   MUNICH
Visit us at www.SchlesingerAssociates.com

SIL0173



**Schlesinger Associates**

Quality Without Compromise

H/1 p.romote JAck's Goal —

US: ATLANTA · BOSTON · CHICAGO · CHICAGO O'HARE · DALLAS · HOUSTON · LOS ANGELES · NEW JERSEY
NEW YORK · ORLANDO · PHILADELPHIA · PHILADELPHIA BALA CYNWYD · PHOENIX · SAN FRANCISCO · ST LOUIS
EUROPE: CENTRAL LONDON · LONDON WIMBLEDON · PARIS · BERLIN · FRANKFURT · MUNICH
Visit us at www.SchlesingerAssociates.com

SIL0174



# Order

| | |
|---|---|
| Client | Jeffrey Hirsch |
| Order # | TC0774560026 |

# Audio

| | |
|---|---|
| File URL | <u>VIP Group 1.mp3</u> |
| Length | 34 min |
| Audio Quality | ★ ★ ★ ★ ☆ (Good) |
| Typist Comment | Each speaker was clear most of the time. However, most of the women's talking is "crosstalk" - I've labeled it in a few places, but mostly just trying to focus on important sentences. Also, hardly ever sure who was speaking. I've given a shot to do some voice matching, but it's not exact at all. |
| Transcriptionist | Jennifer B. |

## How did Jennifer do?



If you rate this transcript 3 or below, Jennifer B will not work on your future orders

Need Help? <u>mailto:support@rev.com</u>

SIL0175

| | |
|---|---|
| Felicia: | [inaudible 00:00:25] |
| Jeff: | Hello everybody. |
| Felicia: | Hello. |
| Jeff: | How are you doing? |
| Felicia: | I'm good, how are you? |
| Jeff: | Good. Hi, I'm Jeff. [inaudible 00:00:42] Has anybody been here before? Done this kind of thing? |
| Felicia: | No. |
| Jeff: | Has anyone not done this kind of thing before? Felicia, did I say that right? You haven't done this before? |
| Felicia: | Perfectly. |
| Jeff: | Really? |
| Felicia: | You said it perfectly. That's a first. |
| Jeff: | There you go. Yeah, you got the Melissa and all kinds of funny things, right?. |
| Felicia: | Felicia. I answer to just about. |
| Jeff: | All right. Well, this is something we call focus group. Companies do these because they want to know what people think, so we've got people, and we have a group, and we talk. It's going to be very casual. It's going to be fun. It's short. It's going to be short and fun so it'll be good. There's a secret one-way mirror behind me, in case you've never been to one of these places before, like you. There's one of my colleagues sitting back there, he may or may not come in at the end, doesn't matter. One person is watching, we don't try to fool you. The microphone is up somewhere up there, it's either here or back there. Pay them no mind, we just set them up this way, again not to fool you, just so we can have one person in here to lead the conversation so that you all don't get confused. |
| | That's it. That's all I have to say for now. I'll tell you more about me in a moment, but let me go around the table. I see your first name, but say your first name, tell me where you live, tell me who you live with, tell me if you've got any pets, all the essential information. [inaudible 00:02:09] Go ahead, Stephanie. |

Stephanie:   I'm Stephanie Tucker. I live with my boyfriend in Santa Monica and we have a dog, a cat and a couple of fish.

Jeff:        A dog, a cat and a couple of fish. Okay, cool. What kind of dog?

Stephanie:   A Shar Pei, like a wrinkly one.

Jeff:        All right, cool. What do you do?

Stephanie:   I work for a technology company in the Marina.

Jeff:        In Silicon Alley, or what do they call it?

Stephanie:   We're not in anywhere cool. We're just-

Jeff:        What do they call that?

Stephanie:   Silicon Valley?

Jeff:        No, no. They have a ... There's an expression for all those tech places by the beach down there, and I'm getting it wrong.

Stephanie:   Oh yeah. I don't know.

Jeff:        You know what I'm talking about?

Stephanie:   Yeah.

Jeff:        What does your company do?

Stephanie:   Everything. A little bit of everything. It's kind of a consulting company.

Jeff:        Okay. Cool. Thanks.

Felicia:     [inaudible 00:02:59] Vista.

Jeff:        No, it's-

Felicia:     Silicon Beach.

Stephanie:   Oh yeah, Silicon Beach. Yeah.

Jeff:        Thank you very much.

VIP Group 1                                                         Page 3 of 24

Stephanie:    We're in the marina.

Jeff:         Silicon Beach, right. That is kind of Silicon Beach though. That's what they mean by it.

Aliza:        My name is Aliza [Fornier 00:03:15], I live in [Tahunga 00:03:16]. I live with my parents and my little brother. I have a husky and I have a parrot.

Jeff:         Wow. Okay. We've got multi-pet families here. It's going to be really interesting. Dana?

Gail:         I'm name's Gail [Suski 00:03:28]. I live with my sister and her roommate, and we have dogs and cats.

Jeff:         Dogs and cats?

Gail:         Yeah.

Jeff:         Wow. How many?

Gail:         Well, between ... I have two dogs and my sister has a dog, and our roommate has two dogs. It's a lot. And a cat.

Jeff:         In an apartment?

Gail:         No, it's a house. It's a four bedroom house.

Jeff:         Great. I'm sorry, where did you say you live?

Gail:         Reseda.

Jeff:         What do you do?

Gail:         A sound editor.

Jeff:         Oh, okay, nice. For TV? Movies?

Gail:         TV.

Jeff:         TV. Great.

Felicia:      I'm Felicia [Pifko 00:04:01]. I live in Beverly Hills. I'm widowed and I have a black lab.

Jeff:        Okay, nice. Do you work?

Felicia:     No. Well, I volunteer at Cedar's twice a week.

Jeff:        Very nice. Good for you. And Kerri?

Kerri:       I'm Kerri. I live in Brentwood. I have a dog, a Bichon poodle, miniature Bichon
             poodle mix, and I have a cat as well, a black cat. I work in human resources.

Jeff:        Great. For what kind of company?

Kerri:       We do just a recruiting staffing front.

Jeff:        I'm Jeff and this is my job. This is what I do. I have a research company and I
             travel all over the place and talk to people. I'm leaving the country on Sunday to
             go to Panama and Jamaica.

Kerri:       Cool.

Felicia:     Oh cool.

Jeff:        Bahamas. For work, for work! Tough job, but someone's got to do it. Usually it's
             just in the States and I go to Chicago, Dallas, or whatever. I live in Studio City, so
             this is great for me because I'm home. It's just a quick drive before traffic built up
             over the hill today. This is what I do. I am an independent researcher. I can't
             stress that too much. I'm going to show you some things. I don't care whether
             you like something, don't like something. I do care that you stress what you
             really feel, but other than that, you're not going to hurt my feelings. You're not
             going to flatter me. Anything you have to say, none of this has to do with me. I
             just want your honest reactions to everything that we talk about. I have two [ex
             00:05:35] poodles, they're getting on, yeah, sad. I have three kids too, but
             they're all grown up. Okay, good, why don't we ... We'll just jump in. I want to
             talk ... See if we can kind of ... If you know what I'm talking about here. I want to
             talk about products that are spoofs or satires. Things that make fun of other
             things. Can you think of anything at all like that? Something that's kind of a
             spoof?

Aliza:       The actual product or the ad?

Jeff:        Either. I don't care. Maybe a joke product you might think of?

Aliza:       Like the Snuggie kind of thing? Like that kind of thing?

Jeff:        What's that?

SIL0179

Aliza:        The Snuggie, or Snuggle or whatever it is, that pajama blanket.

Jeff:         That's a real thing-

Aliza:        I know.

Jeff:         That's not a joke. You can make jokes about it. So, okay, so Saturday Night Live
              did a spoof on that, which they probably have, that would be ... That's not a
              product, but you might think of some Saturday Night Live things, like they did an
              airline.

Aliza:        Oh, it could be fake?

Jeff:         Yeah, it could be fake. It could be fake or ... What I want to get to, and I'll show
              you some examples in a little while, are actual products that are out there, that
              kind of spoof other things.

Gail:         Well, what about all these new cigarettes? They're supposedly not real
              cigarettes, they're plastic. I don't know what-

Stephanie:    The e-cigarette things?

Gail:         Yeah.

Jeff:         Yeah, that's not a spoof product, that's a-

Gail:         That's not?

Stephanie:    That's a real product.

Jeff:         That's a real product that's-

Gail:         But aren't they spoofing real cigarettes, or-

Jeff:         No, I don't think they're trying to poke fun at real cigarettes. I think they're
              providing an alternative nicotine delivery system is what they're doing actually,
              right?

Gail:         Oh, okay.

Aliza:        [Choosing 00:07:30] a blog post with a bunch of these, I just can't remember any
              of them.

Jeff:         Yeah.

SIL0180

Stephanie:    Yeah, I was just trying to think. I feel like I see ads all ... Kind of like when Samsung makes fun of Apple in their ads?

Jeff:    Maybe.

Stephanie:    I mean, they're kind of making fun of them, not spoofing them.

Felicia:    You know what? Now that I'm thinking about it, there's a lot of products that you could buy on Amazon or something.

Jeff:    Sure.

Felicia:    That are spoof products.

Jeff:    Yeah, like what?

Felicia:    Like you're doing research because you want to find a certain ingredient or something in there, and you're trying to find it, and you're looking for maybe a specific thing. But all these things come up that ... And there's the fake wannabe, but it's not the real thing, and then you want to go ahead and order it. But it's not a good idea to order it because it's not the original. Or something. I don't know if you mean-

Jeff:    I'm really talking about humor, not just a poor substitute. I'm talking about things that are ... Remember Mad Magazine, anybody?

Felicia:    Yes.

Jeff:    I thought you were all women, maybe you don't read Mad. Yeah, I read Mad Magazine when I was a kid. It's that kind of humor.

Stephanie:    Like those trinkets I saw on Amazon? Like the holder for your banana and stuff like that, products you would never need that are kind of funny?

Jeff:    I'm going to show you some things. These are like ads, and ... Here's what I want to do. We'll just get right to this, okay? These are in no particular order. I'm going to try to ... I think they're in alphabetical order now, the way I printed them out on my computer. I'm just going to kind of go through these, okay? So, this would be ... Here. Here's what I want to do. I'm going to show these to you and I want to make three piles, okay? Things that are just, to you, this is how you perceive them. There's no right or wrong here. It's just what you get, okay? [These are 00:09:25] the things. That's clearly a joke. They're clearly joking around. The middle pile might be, it could be a joke or it might not be a joke. Then there's

SIL0181

|  | another pile with, that's not a joke, that's serious. They're really insulting somebody. Okay? You get the distinction? |
|---|---|
| Stephanie: | Mm-hmm (affirmative). |
| Jeff: | So, okay, here's a T-shirt. This says Murder King. |
| Stephanie: | Oh, yeah. |
| Jeff: | Okay? It looks like what? They're spoofing what? |
| Stephanie: | Burger King. |
| Jeff: | Burger King, right. Where would you put this? Is it definitely a joke, maybe they're really saying something nasty about Burger King, or somewhere in the middle. |
| Stephanie: | Like it is- |
| Jeff: | Where would this fall? |
| Felicia: | They're making fun of it. |
| Stephanie: | Yeah, it's definitely. |
| Felicia: | A joke product. |
| Aliza: | Unless they're vegetarians and they're saying- |
| Felicia: | Right. |
| Stephanie: | Oh, I see it. |
| Felicia: | [crosstalk 00:10:11] they're not. |
| Aliza: | It could be in the middle. |
| Jeff: | Yeah, this might be in the middle. |
| Stephanie: | It could be a serious organization like PETA making it, or it could be some guy that thought it was funny, so in the middle. |
| Jeff: | So, we're not sure. It could be in the middle, but it's clearly something ... Here's another one. This says Kellogg's All-Brain, and it has little pictures of the brain. |

SIL0182

| | |
|---|---|
| Stephanie: | A joke. |
| Jeff: | You remember, there's this product called Wacky Packs that you might remember. I think this is like a Wacky Pack. |
| Stephanie: | Looks like one of those. |
| Jeff: | Is this just an out-and-out joke? Is it maybe in the middle? Or are they really insulting ... This is spoofing what? |
| Stephanie: | The bran flakes? |
| Jeff: | Yeah. Kellogg's All-Bran. |
| Felicia: | Yeah. |
| Jeff: | So are they trying to say something disparaging All-Bran here, or is it a joke, or is it in the middle? |
| Felicia: | No, I think it's a joke. |
| Jeff: | It's just a joke. |
| Stephanie: | It's like an S&L joke or something. |
| Felicia: | Well, bran is supposed to be good for your brains. Therefore, to me it's like a joke. |
| Jeff: | I don't want you to think too hard about this. |
| Stephanie: | It's a joke. |
| Jeff: | Yeah, it's a joke, so ... For instance, you can look at this, would this keep you from buying All-Bran, if you bought All-Bran? |
| Stephanie: | No. I mean I would see that on Jimmy Kimmel or something. |
| Jeff: | Right, okay, all right, good. Here's one, this one kind of ... This looks like ... I'm going to show you. I think I'll just do a couple of these. This is a ... This says ... I think this is a chew toy for a dog. It's called a Silly Squeaker, and it says, "Cat aroma extra." Spoofing what product? |
| Stephanie: | Corona. |

SIL0183

Felicia:      Corona.

Jeff:         So, joke, insult?

Felicia:      What is it? I don't know what that-

Jeff:         It's a chew toy. It's like a rubber chew toy for dogs.

Stephanie:    Shaped like a beer?

Aliza:        That's a joke.

Stephanie:    That's a joke.

Jeff:         It's a joke. Does it say anything bad about Corona?

Stephanie:    No.

Jeff:         Okay. Let's see. This is a T-shirt that says ... This has got a ... I'm not trying to get political at all here, so I don't care what you think of this guy, but just about this T-shirt. It has a big picture of George W. Bush. It says, "Miss me yet?" Which probably came out right after he left office. Is this, how do you feel about this? Pure joke, somewhere in the middle, or are they really trying to insult W here.

Stephanie:    No.

Aliza:        Middle maybe? Joke?

Felicia:      I don't think they're trying to insult W. I think they're trying to insult Obama. Exactly.

Jeff:         Actually, you're right about that. That could go ... That's so interesting. Could go either way, depending on whether you're Republican or Democrat, right? The Democrat's going to go, "Uh, no," and the Republican's going to go [crosstalk 00:12:56]. Exactly.

Felicia:      Exactly.

Jeff:         That's in the middle. Okay, here's one, this says, "Mr. Mean, are you supporting animal testing?" And there's some copy here. So, is it-

Stephanie:    That's not a joke.

Jeff:         That's not a joke.

SIL0184

Stephanie:     No.

Jeff:          And why is this not a joke?

Aliza:         It's because they're trying to bring awareness that Mr. Clean brand, I guess maybe tests on animals, or whatever.

Jeff:          So this one, so yeah.

Stephanie:     They're just insulting him.

Jeff:          So would you say, this category here, this is the jokes. Tell me about all these different piles. The pure jokes, the one we're not sure of, and the one that are definitely ... What's the intent here? What's the intent of just the jokes? That category?

Felicia:       I think the jokes are just trying to use a well-known product and change it around to get the exposure and to draw people's attention to it and make it a joke. So, the bottle is shaped like the Corona, but it's advertising something else. I don't think there's any-

Stephanie:     It's just silly.

Felicia:       Meanness or anything involved with that. It's just trying to draw attention to it.

Jeff:          This [crosstalk 00:14:04] though, it says Mr. Mean but ... This one they're really coming after-

Stephanie:     They're really [inaudible 00:14:08] the product down.

Jeff:          Yeah. So here's a ... I just have some, in no particular order, I don't have to do too many more of these. Some of them are kind of the same. Here's one. This says Kentucky Fried Fingers. It's kind of gross.

Aliza:         That's like those Garbage Pail Kid cards.

Jeff:          That might be what it is. That's just a joke, but-

Felicia:       I hope.

Stephanie:     Yeah, I don't think they're actually saying Kentucky Fried Chicken puts fingers in your chicken. I think they're just making a joke, like play on words.

SIL0185

Jeff:          Okay. Here's one, let me see, this one says, this is in the shape, well you tell me what this is. This says Bad Spaniels Hennessee Carpet. This is another doggie chew toy. It's-

Stephanie:     Jack Daniels.

Jeff:          It's a joke?

Felicia:       Yeah.

Jeff:          Who are they making fun of here?

Gail:          I think they're just trying, like you said, to make it look like a product you have, and you're like, "That's funny, my dog can chew on the same bottle I have," I don't know.

Jeff:          Okay. Anybody drink Jack Daniels here?

Felicia:       On occasion.

Jeff:          We'll come back.

Felicia:       Are we getting samples?

Jeff:          You are getting samples, but not of Jack Daniels. It's funny. I never thought of that. Okay, a couple more. Here's one. This one says Absolute Impotence.

Gail:          Oh.

Felicia:       That's insulting.

Gail:          Insulting.

Jeff:          That's insulting. Okay. Real quick, just a couple more. This says Captain Crud.

Gail:          That's funny.

Stephanie:     Yeah, that's a joke.

Gail:          I don't, I think [crosstalk 00:15:47].

Felicia:       I think that's insulting.

Jeff:          You think that goes there?

VIP Group 1                                                      Page 12 of 24

Gail:          Yeah.

Jeff:          Okay. We did one of these, let's see. There. Band Aches strips off skin.

Stephanie:     Ooh, gross.

Jeff:          Yeah, that's gross, but-

Stephanie:     I think it's supposed to be a joke but it is kind of a disparaging [inaudible 00:16:08].

Jeff:          [Gulp Oil 00:16:10]?

Stephanie:     Joke, I guess.

Jeff:          You think this-

Gail:          I don't know.

Jeff:          The reason you would put it here-

Stephanie:     It could be, it's funny.

Jeff:          The reason you put it in this pile is like-

Felicia:       They're insulting the company, and I don't think they're insulting the company. They're insulting whoever's using it, in case if they're going to gulp it or drink it down.

Jeff:          It's just stupid. [crosstalk 00:16:35] All right, that's enough. That's plenty. Yeah, that's good. How about this one? Donut cereal.

Felicia:       Isn't that a real product?

Jeff:          It is a real product. I just ... I couldn't believe it. I look at this stuff, is this real?

Felicia:       Not that I've ever bought it, but-

Stephanie:     It kind of looks real.

Jeff:          I don't think they made it anymore.

Stephanie:     Some of those things they only gave us before they cared about all-

SIL0187

Felicia:        My generation.

Jeff:           If you were to summarize these things in your own words, just describe these three piles ... I described them but I want you to describe them in your own words, what these represent. This pile that you thought was out-and-out joke, this one where we're not sure, maybe ambiguous, and this pile which is probably really ... These are real [inaudible 00:17:37]. Just tell me the difference between those things.

Stephanie:      Can I, okay-

Jeff:           Yeah, go ahead.

Stephanie:      It seems like this could be coming directly from-

Felicia:        Competitor?

Stephanie:      No, it could be from a competitor or it could be from PETA, or an organization that supports animal rights.

Jeff:           Right.

Gail:           So, trying to get you not to buy that product.

Stephanie:      Right.

Jeff:           And they're targeting-

Stephanie:      Certain organization, yeah, because this product has chemicals in it, and this one is bad for you and could cause erectile dysfunction, I don't know, whatever. These are different corporations that are against something, ingredients in this product.

Gail:           There's a reason they don't want you to buy it.

Jeff:           There's somebody behind those who's having it-

Stephanie:      The chemicals in these products.

Jeff:           But there's somebody behind these who has an agenda. That agenda is to what?

Gail:           To get rid of them.

Stephanie:      To get people not to buy the product.

VIP Group 1                                                    Page 14 of 24

Gail:          Make you aware of what they're doing.

Stephanie:     Make you aware of what they're doing.

Jeff:          In between is in between, so we'll just leave that for now. What about these guys over here?

Stephanie:     I think they're just trying to make a product-

Gail:          It's like a parody, to take the popularity of the real product.

Felicia:       The real product.

Gail:          To just make money for themselves and sell things.

Jeff:          Right. But what do these say, if anything, about the real products? Because these are all based on, so this is Jack Daniels and this is Gulf Oil. Is Gulf Oil still around? Gulf stations?

Stephanie:     On the east coast there is.

Jeff:          Yeah, and Kentucky Fried Chicken-

Aliza:         I think they're trying to advertise it in a funny way.

Jeff:          Huh?

Aliza:         They might even be trying to advertise it in a funny way.

Jeff:          Yeah, it could even be from those very companies?

Aliza:         I think they're trying to advertise it.

Gail:          I think these are well-known brands that people actually like, so they thought, "We should do something funny off of them." Not that it's a different ... Just to have fun with it, because they're well known. Everyone knows these brands.

Felicia:       [crosstalk 00:19:40] advertise that way.

Stephanie:     They're like kitschy in parodies. I don't know, like at work sometimes when I go in the store if I see something that looks like a human product for my pet, I'm like, "Oh that's kind of cute and funny." Then I'll buy it for them.

SIL0189

Gail:        The play on words people like, especially when it comes to pets, I think. Coming back to that, if I were to walk into Petco or something and see something that says Kellogg's All-Brain or something, "good for your dog, will make him smarter." I would buy it.

Jeff:        You would?

Gail:        Or something. [crosstalk 00:20:11] Helps with joints, or whatever.

Stephanie:   It'd be funny to like-

Jeff:        It's really the opposite of this disparaging, right? It almost makes you think-

Felicia:     It draws you to it.

Jeff:        Think better of these things. That's surprising, but ... So, let me ask you this. You all [inaudible 00:20:29] Jack Daniels. No Jack Daniels samples. You will get a sample, of something, later. When you see this, I asked you, do you drink, you probably eat a lot of, take this out of it, but Gulf Oil's not here, but most of you if you've ever had a beer maybe you've had a Corona. You've probably had some bran cereal. You probably ate at KFC, and all of you said you've had a drink of Jack Daniels at some point in your lives. Let's think about that brand in particular. What is this, if anything, do you, when you look at that, what do you think about? Just top of your mind, when you look at this Bad Spaniels thing, what goes through your mind?

Stephanie:   Cute.

Jeff:        Cute, funny?

Gail:        Entertaining.

Stephanie:   We think it [crosstalk 00:21:23] bad on Jack Daniels.

Jeff:        You would?

Stephanie:   I think if I had a friend that loved Jack Daniels and had a dog, I'd be like, "Oh, a good present."

Aliza:       It's a conversation starter.

Stephanie:   I just think it would be funny if you're at a party at your house, like people are drinking the real one and then your dog's [inaudible 00:21:33] a squeaky toy and

SIL0190

it looks like a beer or something. It's kind of like, this is funny, it's cute. I don't know.

Felicia:      You may just have discovered something. [crosstalk 00:21:45]

Gail:         It kind of reminds me of, you know how they do those commercials, just the Corona commercials, where you've got ... Or the openers to the cans or someone has a life thing around their neck that looks like a keychain to open a beer or something. Just something and they're making fun and they're saying, "Ai Corona."

Jeff:         Yeah.

Gail:         Something like that, with a dog, or, you know, like "Ai, Jack Daniels," you know? In a funny way.

Jeff:         Hmm. Do you think that, with this ... I'm sorry if I'm being repetitive here. The next time you want to have a drink, you've seen this now, right? Maybe, let's say you've bought one. Let's say I give you one to take home. Okay, your dogs are now chewing on this thing. It's around your house. Next time you go to have a drink of some kind of bourbon or Jack Daniels or something, what's going to go through your mind? Has your feeling about what Jack Daniels is, has it changed at all? That you've seen this?

Felicia:      Yeah, it's going to make me laugh.

Aliza:        Yeah.

Stephanie:    I don't think it would change my human feeling towards Jack Daniels. I would just think it was funny with my dog.

Gail:         I would want to have a drink with my dog.

Stephanie:    Yeah.

Kerri:        It could be something where your dog might be playing with it and you just crave it.

Gail:         Right, and you want to go to the fridge and grab some Jack Daniels.

Kerri:        It's something that'll make you want to drink it.

Gail:         Right.

SIL0191

Kerri:        Or if you forget about it and one day your dog's playing with it, you're like, "Oh maybe I should buy this tonight."

Gail:         It's top-of-mind awareness, probably, about the product. Like if you have a keychain or something around, like this, or a squishy toy. People look at it and go, "Oh, I should go get it out of the fridge right now."

Jeff:         Okay. I'm going to ask you some very specific questions, okay? They want me to ask you. Again, you've got one of these in your house, or maybe you don't, but you've seen it, right? Would you associate Jack Daniels with dogs in any way because you saw this?

Gail:         No.

Stephanie:    No.

Jeff:         No, you wouldn't. Okay, but it's a dog-

Gail:         Unless you had a cocker spaniel.

Jeff:         Oh, because it's a bad spaniel, right. Unless you had a bad cocker spaniel.

Gail:         Yeah.

Jeff:         Okay. Would you think anything after this? Would anything change next time you look at a bottle of Jack Daniels based on this?

Aliza:        I don't think so.

Stephanie:    Probably laugh.

Jeff:         You'd laugh?

Kerri:        Yeah, I would just laugh.

Stephanie:    Or maybe say like-

Felicia:      Remind me of the toy, and-

Stephanie:    Yeah, maybe say to somebody, "Oh, I went to the dog toy, it looked like it was pretty funny." I don't know. But I don't know that I would associate-

SIL0192

Jeff:        And with this, I'm kind of asking the same thing in different ways, but that's okay, you can answer me. Would this have any effect on you drinking or not drinking Jack Daniels in the future, if you saw this?

Gail:        No.

Stephanie:   Like I say, it might want to make you drink it. But I don't think it would be negative, like, "I'm not going to drink this."

Gail:        No, I don't think [crosstalk 00:24:43].

Stephanie:   There's no negative connotation, it's like this.

Jeff:        There's no negative connotation.

Stephanie:   [crosstalk 00:24:48] like dogs are cute, so it's not like, "Ooh, I saw a dog with a bottle that looked like that. I'm never drinking it again." It's like, "Oh, that's cute." I don't know.

Jeff:        Okay. I want to ask you this very specifically, okay? Do you think this product would evoke associations with dog poop or pee in any way, shape or form?

Felicia:     No.

Stephanie:   Wait, say that again. What?

Jeff:        You heard me right. Would this product evoke any associations with dog poop or dog pee in any way, shape or form.

Aliza:       No.

Stephanie:   No.

Stephanie:   Would that even enter your mind if I-

Felicia:     No, not until you said something.

Stephanie:   Because they're playing. They're not out for a walk, I don't know. No. If it was at the bottom of my cat's litter box.

Gail:        But if it did, that's kind of not a good thing, because I'm looking at the bottle and I'm thinking about pee [crosstalk 00:25:33] a bottle.

Stephanie:   Like if-

SIL0193

Gail:          It doesn't make sense.

Stephanie:     It's not like on his doggy [inaudible 00:25:40] or something, like assemble. [crosstalk 00:25:45]

Jeff:          This is the actual-

Stephanie:     Oh, oh, they're huge.

Jeff:          Yeah, I know, they're big. But this is the ... You can take that out, you can have these to take home.

Felicia:       Oh, great.

Gail:          Oh.

Stephanie:     Conan will love it.

Jeff:          When you take them home, I'm going to give you these paper bags to put them in, because there's people coming in after you and I don't want them to see these.

Stephanie:     This is cute.

Felicia:       This is great.

Kerri:         This is going to drive you nuts.

Gail:          Everything just be a perfect kind of gadget for someone that drinks whisky all the time, and that's cute.

Stephanie:     I feel like I've seen stuff like this in Petco before, where it looks like a box of food that a person would eat, or a remote control for the TV, something like that, but it's rubbery for the dog.

Felicia:       A hundred percent smelly? Or 80 percent poo by volume?

Stephanie:     It doesn't smell does it?

Felicia:       No, it's down here, it says "100 percent smelly, 43 percent by volume, poo by volume."

Stephanie:     It's weird. It feels weird. It's like very-

Kerri:       So this is what they have to do for each other.

Felicia:     I think it would be a great gadget [crosstalk 00:26:54] Jack Daniels.

Kerri:       [crosstalk 00:26:58] give my pets alcohol?

Felicia:     I think this is fabulous.

Kerri:       It's cool.

Stephanie:   It's really cute. It's a good, if you're going to somebody's house-warming, and you're bringing them a bottle of-

Felicia:     I just said that, yeah.

Stephanie:   And then you give the dog-

Kerri:       Oh yeah.

Jeff:        Okay, so, here's where that question came from. Now I see why they wanted to ask that, because that's "43 percent poop by volume, 100 percent smelly."

Kerri:       [crosstalk 00:27:24] but I don't think it would make me think-

Gail:        Is it supposed to be, or is there a product that's actually a deodorizer or something?

Stephanie:   I think they're just trying to make [crosstalk 00:27:31].

Gail:        No, I think it's just [crosstalk 00:27:31] how the Jack Daniels bottle's like 43 percent liquor or something, right?

Jeff:        Right. Alcohol by volume. [crosstalk 00:27:38] Okay, so.

Felicia:     This is specifically made for dogs. It says, "Safety of your dog."

Jeff:        But does anybody think, reading this label, it says, "43 percent poop by volume," does anybody think that there is poop in here?

Felicia:     No.

Jeff:        Does anybody think that there's poop in Jack Daniels because it says, "43 percent poop by volume"?

SIL0195

Felicia:        No.

Kerri:          It's funny.

Stephanie:      In fact, I wouldn't think this had any association with the actual Jack Daniels.

Felicia:        I think it's very clever.

Jeff:           That was my next question. Does Jack Daniels make this product, do you think?

Stephanie:      No. Looks like somebody else made it.

Jeff:           Yeah. Okay, stay here. We have more, we may not. You might be out really early. Let me see.

Felicia:        God, this is going to drive me crazy every time it squeaks. [crosstalk 00:28:28]

Kerri:          Well, my dog is-

Gail:           You go like this ... Tilt his head.

Kerri:          Okay, never mind.

Stephanie:      It's too big for a little tiny dog.

Felicia:        Well, mine is a big dog. [crosstalk 00:28:43]

Stephanie:      Yeah, if you have a small dog that's not- [crosstalk 00:28:51] Maybe he'll just chase around the squeak noise.

Felicia:        I think I'm going to have to take the squeaker out. This is actually very clever.

Kerri:          It is.

Stephanie:      I like the Corona one.

Kerri:          Yeah, the Corona one's really cute.

Stephanie:      It's really cute.

Felicia:        Oh, do they have any of those?

Stephanie:      I don't know.

SIL0196

Kerri:        It doesn't smell like a Corona. [crosstalk 00:29:09]

Gail:         It's just too big for ... I think, yeah, of course, a dog with a huge mouth could-

Stephanie:    Yeah, it's huge, you have to need a bigger-

Jeff:         Hi, everybody.

Bruce:        I'm Mr. Spaniel.

Jeff:         This is Bruce.

Bruce:        I've been sitting back there watching you.

Gail:         Very clever.

Stephanie:    Yeah, it's very cute.

Bruce:        Would you mind if I took a picture of the group?

Stephanie:    Sure.

Felicia:      Absolutely.

Bruce:        That was fun. It was fun to hear your guys. It was really fun. Thanks for coming
              out tonight.

How did Jennifer do?

☆☆☆☆☆

SIL0197

If you rate this transcript 3 or below, Jennifer B will not work on your future orders

VIP Group 1                                                    Page 24 of 24

SIL0198



# Order

| | |
|---|---|
| Client | Jeffrey Hirsch |
| Order # | TC0774560026 |

# Audio

| | |
|---|---|
| File URL | <u>VIP Group 2.mp3</u> |
| Length | 30 min |
| Audio Quality | ★★★★☆(Good) |
| Typist Comment | The first minute is chit-chat and crosstalk among the participants and is difficult to make out. |
| | |
| Transcriptionist | Jennifer O. |

## How did Jennifer do?



If you rate this transcript 3 or below, Jennifer O will not work on your future orders

Need Help? <u>mailto:support@rev.com</u>

Female:      It's very good, with not spilling it or anything. We're here to talk about pets, or [crosstalk 00:00:12]?

Male:        You're really good at computers?

Female:      Back when I was in junior high school, I was [inaudible 00:00:22] a little bit. I don't really want to talk about that.

Male:        [Inaudible 00:00:26]? You still don't?

Female:      No.

Male:        Don't want to talk about it, huh?

Female:      I don't.

Male:        No comment; one of those. You take the fifth.

Female:      It was a different cat, and many years ago.

Male:        Many moons ago. I asked him if we're going to sample any booze, they said no. They don't want to get us drunk.

Female:      Can you switch your phones on mute, too?

Male:        Sure.

Jeff:        Hi, everybody.

Group:       Hi.

Jeff:        Guess who I am?

Female:      The moderator.

Jeff:        Yes. Thanks for coming. Anybody not done one of these before? Have you done one of these before, or one of these sessions?

Female:      I've done them.

SIL0200

Jeff:       Yes, all of you?

Female:     Automobile interiors …

Jeff:       You've done one?

Male:       Yeah, this is my second one.

Jeff:       [Inaudible 00:01:22], I just like to ask because it's a pretty straightforward thing, a bunch of people talking about stuff. There's the old secret one-way mirror back there. One colleague of mine is back there. He'll probably come out at the very end. I don't think we're going to take long. If we're here for 45, 50 minutes, I'd be surprised. It should be short and sweet and fun for you.

            Again, my name's Jeff. I once … I'll tell you more about me after we go around the table. First, I just want to go around and just tell me … I see your first name, but tell me your first name, where you live, who you live with, what you do, all that kind of good stuff. Go ahead, [Kiara 00:02:03].

Kiara:      Kiara, I live in Hollywood. I live with my boyfriend. I am an artist, I guess.

Jeff:       You guess? You've got to be committed to that, right?

Kiara:      I'm still trying to figure it out. Yeah, I do different things; wardrobe, special events, a little bit of acting, just different stuff.

Jeff:       Typical L.A., right? Nobody's who they seem to be. I like that; what do you do, and what do you really do? John, go ahead.

John:       John, I live in Westwood. I work in an investment business. What else did you want to know?

Jeff:       That's good; who do you live with, do you live with anybody, are you single?

John:       I live alone, yeah.

Jeff:       OK, good. Brian?

Brian:      Brian, I live in Santa Monica. I live alone as well, and I do social media marketing and managing.

SIL0201

Jeff:          Who do you work for?

Brian:         Just different people.

Jeff:          I don't know how you got in here, but it's OK. Matthew?

Matthew:       My name is Matthew. I live in Van Nuys, by myself, and I'm in … I'm an antique
               dealer. I sell on eBay and stuff like that, do swap meets as well.

Jeff:          Marti?

Marti:         I'm Marti. I came all the way from Long Beach, in good traffic. It was great
               watching it go the other way. I did payroll at the racetrack for 13 years, and I've
               been laid off for a little while.

Jeff:          You worked at the racetrack?

Marti:         Yes, I did payroll for 31 off-track wagering locations, in horse racing, but my
               company closed not long ago, so I'm kind of contracting and doing focus groups.
               I'm very happy to be here.

Jeff:          You're not supposed to say you're doing focus groups.

Marti:         No, I'm very happy to be here. It's been over a year, so this is some income.

Jeff:          That was the right answer.

Marti:         That's the truth.

Jeff:          We don't like having professionals.

Marti:         No, I'm not a professional.

Jeff:          It's funny, though. I've been doing this for quite a long time, and it's rare now
               that I run into people who haven't been in a focus group. It's like, all of America
               has been focus grouped at one time or another. It used be like, when I started
               out, they'd always say, "You've got to get some virgins," meaning focus group
               virgins, people who have never done it before.

SIL0202

I'm Jeff. I live in Studio City, but I go all over the country, all over the world sometimes, doing this kind of work. I have an independent marketing research company, with an underlying independence. We're going to look at some things, and talk about some stuff. I don't care what you say, as long as it's what you feel. Opinions one way or the other, it doesn't affect me whatsoever. I just want to know what you're thinking about.

Let's start, and I don't know if you'll be able to answer this, but I'll throw it out there to see if you can. I'm thinking about spoof products; things that, products you might buy that make fun of something else. Maybe it's a T-shirt that says, "I'm with stupid," or something. That's not quite right, because it's not really making fun of anything.

Marti:     Then he's stupid, right?

Jeff:      Yeah. I'm talking about "Mad" magazine kind of stuff, "SNL" kind of stuff. Can you think of any products out there, that are kind of spoofing something else? It's a product that's spoofing another brand? You know what I'm talking about though, right?

Kiara:     Yeah.

Male:      I don't know where to get them. I don't know of any offhand, though.

Jeff:      Yeah, that's fine.

Male:      The only one I can think of coming to mind is the guys set up a Stupid Starbucks.

Jeff:      Tell me about that. That's interesting.

Male:      This guy set up a coffee shop called a Stupid Starbucks.

Jeff:      What was it?

Marti:     It did really well, right?

Male:      It was a coffee shop. He had a line around the building, yeah, over in Silver Lake area, I think.

Jeff:      Did they … I'm sure, did they make him stop?

VIP Group 2.doc                                                    Page 5 of 22

SIL0203

| | |
|---|---|
| Male: | No, because he was actually under the … There's a spoofing law. I don't know if that's the term, but there is a … He was under that law, so he was protected, so no, they couldn't stop him. |
| Jeff: | I remember reading about that. |
| Male: | Yeah, I read it. I thought it was really interesting, too, and I couldn't figure out how they didn't stop him. |
| Jeff: | What made it stupid, do you remember? Is that just the name? |
| Male: | Yeah, it's just the name. I'm trying to remember if there was anything in there that was actually … |
| Marti: | They were just totally, I think, directly spoofing Starbucks, to see what happened. |
| Male: | Yeah, he might have changed the names around, and made funny names or whatever for the coffees. |
| Jeff: | It was like a "Mad" magazine version of Starbucks. |
| Male: | Yeah. |
| Marti: | Successful. |
| Jeff: | It was successful, and what did that say, do you think … If you haven't heard of it, or if you haven't seen it, you probably can't answer. What did that say about Starbucks? Do you think people who went there were thinking … |
| Kiara: | They probably didn't want to go to Starbucks. |
| Marti: | I think so, too. |
| Kiara: | They didn't want to support Starbucks. |
| Marti: | I think they wanted to support anyone who was spoofing Starbucks. |
| Jeff: | He might have been … What I want to get to in a minute, is sometimes things are just jokes. They're just funny. Sometimes they're kind of directed at somebody |

SIL0204

like, "I want you to think ill of Starbucks." What was the case for this guy, do you think, or somewhere in the middle?

Male:        Probably making fun of Starbucks, I would think.

Jeff:        Because he's trying to be funny, because it's a joke, or because he really hates Starbucks, and he thinks that the chains are evil?

Marti:       I think he just wanted to test people's thoughts, and see if it would work.

Male:        Yeah, kind of a social experiment kind of thing.

Marti:       Yeah, that's what I think, too.

Kiara:       It would depend on how much he knew about Starbucks.

Jeff:        you see where I'm getting at, though; there's some products that are like, "You're targeting …"

Male:        The purpose behind, yeah.

Jeff:        You're being nasty, and you're targeting something. You've got an agenda. Otherwise, that's funny, that's a joke.

             I've got some things here. I'm going to just show you some pictures here, and I want to put these things into three categories. I know this is a joke; that would be the first category. This may or may not be a joke, or, this is mean, this is targeted towards somebody.

             In no particular order, here's one. This says, "Absolute [inaudible 00:08:06]." Is it just a joke? Is it like maybe, don't know, or is it like, they're targeting somebody, targeting …

Marti:       Joke.

Male:        Joke.

Kiara:       I would say middle.

Male:        Probably joke.

VIP Group 2.doc                                              Page 7 of 22

SIL0205

Male:       Joke.

Marti:      I'd say, absolute joke.

Jeff:       Joke, OK.

Marti:      They're funny.

Jeff:       That's funny.

Male:       Mm-hmm.

Jeff:       Here's one. I don't know if you had these when you were kids, but this says, a whole series of these things, I'll show you a couple of them. It says, "Band-Ache brand strips off skin."

Male:       I remember those when I was a kid, stuff like that.

Marti:      That's very "Mad" magazine.

Jeff:       Yeah, and they're making fun of who here?

Marti:      Band-Aid.

Male:       Johnson & Johnson.

Jeff:       Yeah, Band-Aids, right. Again, is this just a funny joke? Is it somewhere in between, or is it like …

Kiara:      That's targeted.

Jeff:       "They're evil, you shouldn't use their product." What do you think it is?

Male:       Joke.

Male:       Joke.

Male:       Joke.

SIL0206

Jeff:      It's a joke, yeah. How do you know it's a … It's a stupid question, but I just want to ask you, how do you … Why is this a joke? How do you know this is a joke?

Marti:     Because it's so ridiculous.

Male:      Yeah, it's like so over-the-top.

Marti:     And so immature; immature and silly.

Jeff:      Like "Mad" magazine stuff; I think I liked that when I was 12.

Marti:     I still like it.

Jeff:      Yeah, I probably would still like it, but I used to. Here's another one. This is "Kentucky Fried Fingers."

Kiara:     It's a joke.

Jeff:      Yeah, a joke. Here, this one says, "Mr. Mean, are you supporting animal testing?" There's some copy here about Mr. Clean.

Male:      Put that one over in that stack.

Kiara:     Yeah, that's the other way.

Male:      That could be targeted.

Jeff:      This is like, you know the stuff when you see it, whether it's one thing or another here. Here's one; this is "Bad Spaniel Tennessee Carpet," and this is like a chewy toy, I think … It's a rubber chew toy for dogs. They're spoofing what?

Male:      Chicken.

Male:      Spaniels.

Male:      It's a joke.

Jeff:      It's a joke?

Marti:     A stupid joke.

SIL0207

Jeff:        Stupid; you just look at this and you go, "Stupid."

Male:        Mm-hmm.

Marti:       I do.

Male:        I don't think it's stupid.

Marti:       That was my …

Male:        It's Jack Daniels, and you have a dog …

Marti:       It wasn't attacking.

Kiara:       I finally thought of a company that spoofs. Their name is Sniffany and Company. They do dog toys.

Marti:       That's cute.

Kiara:       They [inaudible 00:10:40].

Marti:       Do they come in the blue?

Jeff:        Luxury brands, like Sniffany, that's very funny. OK, good. Here's one, let's see, "Murder King."

Male:        That's targeting.

Male:        Targeting, right.

Jeff:        Yeah, so this is more … What's behind this? Why is this … What are they targeting, and how are they doing it?

Male:        Burger King.

Male:        Meat eaters.

Male:        It's still a joke. It's not that big a deal.

Male:        To some people. To other people, it's a huge deal.

VIP Group 2.doc                                                   Page 10 of 22

SIL0208

Jeff:       It's still a joke, but as we go through these, I'm going to basically …

Marti:      It's more attacking, too.

Jeff:       What I'm asking is like, "What's the agenda behind these things? Is the agenda to make you laugh, or is the agenda to really raise an issue?"

Marti:      I think it's like, "Don't buy their stuff," because they're attacking it. They want you to not buy their stuff.

Jeff:       This is where it belongs, here?

Marti:      I think so.

Jeff:       Here's another one. I want to know where to put this. This says, "Miss me yet?" I want to be apolitical, because republicans might say, "Yeah, we miss you," and democrats might say, "No, we don't". Here's a T-shirt; is this a joke, or is this in between, or are they targeting?

Female:     It's a joke.

Male:       It's a joke.

Jeff:       It's a joke, OK.

Male:       I actually think it could be considered over there.

Marti:      It could be.

Male:       It could be considered  mean-spirited like, we know that person put that T-shirt out to be …

Jeff:       Yeah, the Democratic National Committee could have done this, because they don't want you to vote for whoever the successor is.

Marti:      Remind you of what his legacy was.

Male:       The people who put it out, are trying to stir people up.

Marti:      Be mean-spirited.

VIP Group 2.doc                                           Page 11 of 22

Jeff:       Just a couple, because we definitely get what's going on here, and here. This one
            is, "Kelloff's All-Brain, the Cereal that Goes to Your Head."

Male:       Spoof.

Marti:      That's totally a joke.

Jeff:       Totally a joke.

Kiara:      Is it?

Marti:      I'm not sure if I totally get it, though; "It goes to your head."

Kiara:      It's not really a joke.

Jeff:       Why not?

Kiara:      Because there are trace metals in cereals.

Marti:      Is that what it is? Is that what that means?

Kiara:      Yeah.

Marti:      I don't get that.

Kiara:      That's what it's referring to.

Marti:      Really?

Jeff:       Do you think …?

Kiara:      If more people knew that, then maybe it wouldn't be …

Jeff:       Do you think the company behind this, it's their agenda?

Kiara:      They probably know that, and they want people to be more aware of it.

Marti:      Now knowing that, it should be over there, if that's what it is.

Jeff:       You think?

SIL0210

Marti:      Yeah, they're trying to … They're expecting …

Male:       I don't think so. You could read into that.

Kiara:      How many people don't know that?

Marti:      I didn't.

Kiara:      That's probably …

Jeff:       Just looking at this thing, let's …

Male:       Put it in the middle, man.

Jeff:       Let's not over-think it. Does this change … It's interesting.

Marti:      It looks like little blobs of ground beef, so I don't know.

Kiara:      Yeah, it's referring to your brains.

Jeff:       It's all brains.

Marti:      That's a brain, oh, OK.

Jeff:       It's the cereal that goes to your head.

Marti:      OK, All-Brain; now I got it.

Jeff:       Tell me, what is the essential difference, if we could sum it up here, between …
            Tell me why you know these are jokes when you see them? These are jokes,
            these are like, we can interpret them either way. These are pretty clearly going
            after somebody.

Marti:      It says "Murder." That's pretty harsh. It's not like killing me softly, it's murder.

Jeff:       Right, and that says …

Marti:      It didn't say "homicide."

Male:       The things that are politically charged, are generally more towards that side.

VIP Group 2.doc                                                  Page 13 of 22

SIL0211

Jeff:       Here is like, this one says "Mr. Mean." If it were just Mr. Mean doing something funny, it might be OK. Here, it's specifically in the context of animal testing, so you know …

Marti:      The colors are also the same. I don't think that's just a coincidence, but see the blue?

Jeff:       That's a total coincidence; just those are those brand colors. Here's one, it's "Captain Crud and Mr. Mean." How do I know this one's a joke, and this one's not? We didn't establish this as a joke.

Marti:      It's so obviously.

Jeff:       Why is it obvious? Why are these obvious? All these here, these … Why are these …?

Marti:      "Tastes cruddy even in milk." To me, the word "cruddy," it doesn't say it burns your tongue.

Jeff:       All these here; these, I'm just going to take these away for a moment. All these …

Male:       I think it's very targeted and mean-spirited when it is actually based on something that they actually are accused or, or something they actually do. The other ones are just over the top. We don't think Kentucky Fried Chicken serves fingers. When it comes to the animal testing …

Marti:      We know that that's going on.

Male:       Right, that may go on.

Jeff:       P&G might be testing, or …

Male:       Right. We know Burger King kills cows to sell beef, so we know that's true.

Jeff:       I hope so.

Marti:      It is murder.

Male:       You know a Jack Daniels' chew toy is not really something that's really …

SIL0212

Marti:      Hurting anyone.

Male:       … Serious, that Jack Daniels does, yeah. The Band-Aid doesn't really rip your skin off. It may hurt a little bit, but obviously it doesn't look like that …

Marti:      You can't die from it.

Male:       … After you take it off. It's based on some sort of joke.

Jeff:       None of these really … None of these you would say, "They're really going after the Quaker company, or they're going after KFC, or they're going after Johnson and Johnson." These are just what?

Kiara:      Spoofs.

Jeff:       Spoofs, and you know it when you see it.

Marti:      I think so.

Jeff:       I want to focus on this one for a minute, this one with the Bad Spaniels. Its like a rubber chew toy. I don't actually have any samples of Jack Daniels. I do have samples of this toy.

Marti:      Whip them out.

Jeff:       I'm sure … You don't have any … This is a group that doesn't own dogs, right? You don't own dogs?

Marti:      Yes.

Jeff:       Now you have a present for somebody.

Marti:      There's tons of dogs in my neighborhood.

Male:       We get to keep them?

Jeff:       Squeaky toy, right?

Male:       We can keep it?

VIP Group 2.doc                                                    Page 15 of 22

| | |
|---|---|
| Jeff: | You can. [crosstalk 00:16:41] You get the money, and [inaudible 00:16:47]. You can take the thing out, take a look, tell me anything you think of. Read the label, tell me anything you can think of when you see it. |
| Marti: | It's loud. |
| Male: | It's loud. |
| Male: | I think of number 7, of course, that's the number. |
| Marti: | Great, hilarious; it's very funny. |
| Jeff: | Funny? |
| Marti: | Very funny; good little jokes. |
| Jeff: | What do you … Do you guys drink Jack Daniels? |
| Male: | Yeah. |
| Jeff: | You drink Jack Daniels, so you're Jack Daniels drinkers. Now that you've seen this product, does it have any effect whatsoever on how you feel about Jack Daniels? |
| Male: | No. |
| Male: | No. |
| Jeff: | No, OK. |
| Marti: | I guess I would think a positive feeling, if they're aware of this, and they're allowing it, and not fighting it. I would think, "What the hell, let's have fun." |
| Jeff: | Whether or not they're … Does it come from Jack Daniels? |
| Marti: | No. |
| Male: | No, I wouldn't say. |
| Male: | Silly Squeaker, or something like that. |

SIL0214

Marti:      I think they would have nothing to do with it.

Jeff:       Nothing to do with it?

Marti:      If they're not fighting it, then good for them.

Male:       There's nothing they could do about it.

Jeff:       Whether they are or not isn't really the issue. It's just what you think.

Marti:      It's cute.

Jeff:       It's cute? When you look at … The next time you look at a bottle of Jack Daniels, are you going to think anything different than what you thought before?

Marti:      No.

Male:       It kind of lessens the value, I think, a tiny bit. This thing could be awfully annoying, I could imagine, too. It might be like, you might have a brand association with this annoying product, and drinking that liquor.

Jeff:       True, but if the … That's very interesting. We're setting up a Pavlovian kind of response, the squeaky, squeaky, squeaking …

Marti:      You might want to disassemble the squeaky part.

Jeff:       In terms of the actual, what's in the Jack Daniels bottle, does this product have any effect on how you think about that, whatsoever?

Male:       I don't think so.

Marti:      No.

Jeff:       Can you read some of the things on the label for me?

Marti:      I love the poo by volume.

Male:       43 percent.

Kiara:      43 percent …

VIP Group 2.doc                                          Page 17 of 22

SIL0215

Male:       Poo by volume.

Marti:       We're number 2, uh-huh; not number 1, we're 2. Yeah, everything about it is just cute.

Jeff:       Isn't it old number 7?

Male:       Yeah.

Marti:       They're saying number 2, not number 1, because it's poo.

Jeff:       Oh, I get it, I get it.

Male:       If I was Jack Daniels … This is not made and associated with Jack Daniels at all?

Jeff:       What do you think?

Male:       I would think they could sue, because it looks just like it. They're ripping their name off.

Jeff:       I don't want to get into any legal stuff. I don't know whether they could or not.

Marti:       There's copyrights and trademarks on it.

Jeff:       All I want to ask is like, when you look at this bottle, does it affect your … It says, "43 percent poo by volume," right?

Male:       Yeah.

Jeff:       Does that … Again, when you look at the Jack Daniels bottle …

Marti:       It's 40.

Jeff:       Would you think that … It's 40, it's not 43?

Male:       40 year, by volume.

Male:       They probably did this on purpose, because if they put 40, then maybe they could get sued.

SIL0216

Marti:      Different [inaudible 00:19:46].

Jeff:       Regardless, if it says "43 percent poo," I think the "poo" is the key word there, not the 40 or 43 percent. Does that suggest anything about Jack Daniels? Would you look at a Jack Daniels bottle and say, "Oh, there's poop in there?"

Male:       No.

Jeff:       No, seriously.

Male:       I wouldn't.

Kiara:      I think the fact that it's … No, it's just a dog toy.

Marti:      Not at all.

Jeff:       It's just a dog toy. You think it's a dog toy, and nothing else?

Marti:      Yeah.

Male:       Yeah.

Jeff:       All right, good.

Kiara:      It could be like a little smaller. Maybe the size [crosstalk 00:20:17].

Male:       Maybe it's for a large dog.

Kiara:      If it was a little smaller, then you would know right away that it was a dog toy. I wouldn't just know right away, from afar, that it was a dog toy, until I read it, and then I would know. If it was smaller, then …

Male:       It could be a kid toy, too.

Jeff:       It could be anything, and it's a little unfair to you, because it's a little out of context. I think where you would see this would not be in a liquor store.

Male:       No.

SIL0217

Jeff:      It would be in Petco, or it would be on a Web site, that sells dog toys. I think that when you bought it, I agree with you that if it were sitting on a shelf in a store next to a rack of Jack Daniels, that would be … Might cause some confusion. If you know this is a dog toy, if you were buying this in a pet store, or you're buying this on line from a pet company, no confusion, right?

Kiara:    No.

Male:    Right.

Jeff:      Again, I asked some of these things already. I just want to ask them again. Would it have any effect on whether you drink Jack, again, or not?

Male:    No.

Jeff:      No, and again …

Male:    Again, I said I felt it could.

Jeff:      It could, but knowing what you know now …

Male:    I think it still could. I would lean toward that it might.

Jeff:      In what way?

Male:    I told you, I would get … If I had a dog, and they were doing this, and then I was drinking Jack, it might potentially make me not want to buy Jack anymore; it could.

Jeff:      The source of that irritation comes from what?

Male:    Looking at this bottle and seeing the same thing, and then knowing I'm drinking it and being annoyed with my dog and just being like, "OK, I'm going to buy a different alcohol."

Jeff:      That's what I'm asking; where does the annoyance come from? What's the annoyance?

Male:    (squeak)

VIP Group 2.doc                                  Page 20 of 22

SIL0218

Jeff:      Got it.

Male:      I would die, if I had a dog it and was doing this. That would …

Jeff:      You don't have a dog?

Male:      I don't have a dog.

Marti:     It's just as simple, you pull that squeaky thing out.

Male:      Just what I did was, I could hear a dog doing this; you couldn't sit there.

Marti:     That's why we have cats.

Jeff:      I totally get what you're saying. I just want to make sure that there's nothing that
           … I get that bad association. I just want to check in that it's not about, "I look at
           this bottle and I think, "Jack Daniels is bad," or "Jack Daniels has dog poop in it."

Male:      No, no that, but the other.

Jeff:      Boy, this is quick. We might be just about done.

Male:      Who are you working for, this company?

Jeff:      I can't say.

Kiara:     I have a question. Can I have another one? This one's kind of …

Jeff:      You can have two.

Kiara:     I don't want two.

Male:      Here, you can have two.

Kiara:     I'd give it away.

Male:      Brian, I can't believe you're not taking that home.

Male:      I really don't have anybody to give it to.

VIP Group 2.doc

SIL0219

Kiara:      You should.

Jeff:       Do you want a dog? [crosstalk 00:23:10]

Marti:      I have two dogs in my place.

Male:       We have a dog park.

Jeff:       I don't care if you take them home.

Male:       Whoever you give this to better ... They're going to need it.

Marti:      They live ... My people ...

Male:       Squeak it a couple more times, I'm getting close.

Marti:      They're all like 100 yards away from me.

Male:       Don't give any to your neighbors. This is really annoying.

Marti:      Just like when you get a car, and you have to ...

Jeff:       Thank you.

### How did Jennifer do?

☆☆☆☆☆

If you rate this transcript 3 or below, Jennifer O will not work on your
future orders

SIL0220



## Order

| | |
|---|---|
| Client | Jeffrey Hirsch |
| Order # | TC0774560026 |

## Audio

| | |
|---|---|
| File URL | VIP Group 3.mp3 |
| Length | 26 min |
| Audio Quality | ★★★☆☆ (Fair) |
| | Top five tips for recording clear audio |
| Typist Comment | It was hard to distinguish who was whom when everyone started giving their opinions. Audio quality was not bad at all. Maybe address people by their names more within the session so I can more accurately tell you who was giving their opinion if that is something needed for your records. |

| | |
|---|---|
| Transcriptionist | Rachel V. |

How did Rachel do?



If you rate this transcript 3 or below, Rachel V will not work on your future orders

Need Help? mailto:support@rev.com

Jeff:                   Um anybody been to a place like this or this place before? To do this kind
                        of stuff.

Male:                   I have.

Male:                   Yeah, I've done it once before.

Jeff:                   Anybody not done it?

Male:                   No, I've done one.

Jeff:                   You've done one of these? Okay so everybody knows kind of what's going
                        on here. If you're a, what we call a focus group version and there are
                        fewer and fewer of them around. Everybody seems to have been to one
                        of these. I've explained the one way mirror in the back and obviously we
                        are not fooling anybody with that. One colleague of mine back there
                        watching, he'll probably come in at the end. And they just set it up that
                        way so one person can come lead the discussion, its just simpler. Not
                        trying to fool anybody. And yeah, that's it. So you've done this, you know
                        the drill. We are starting early, well get out early, it'll be good. Should be
                        short and sweet and fun, I hope.

                        Let me start by going around the room, Ill go last. But well go around the
                        room, well start with Cammure here, did I say that right?

Male:                   Actually, you did, you're right on point.

Jeff:                   Okay good, I'm getting better and better at this. So I see your first name
                        just tell me its, just tell me your first name, where you live, who you live
                        with, people, pets, all that kind of stuff. What you do, what you do for a
                        living? Go ahead.

Male:                   Well I'm Cammure, I work in construction and management. I live with
                        my girlfriend and I have a Siberian husky.

Jeff:                   Nice, big dog.

Male:                   Big dog yeah.

Jeff:                   Yeah good. Hey thanks. What part of town do you live in?

Male:                   West LA

SIL0222

Jeff:        Oh so close to here. Good.

             Michael?

Male:        Hi, my name's Michael and I am married, no children lots of dogs. Our kids are our dogs and cats.

Jeff:        Dogs and cats.

Male:        Dogs yes. And I'm a project manager for electrical construction and I live close to downtown LA.

Jeff:        How many dogs and cats do you have?

Male:        Two dogs, Chihuahuas, sisters. One's older and one's really young. And probably 3 or 4 cats. Three, no two cats at home and then cats outside that we feed. Part of me feels like my wife just feeds everything living you know?

Jeff:        Okay, so two that live inside and various others.

Male:        Yes others outside that are always wanting food.

Jeff:        Okay good.

Male:        William, I live in Pasadena with my wife and my Chihuahua mix. I work in transportation management and been doing that for about almost 30 years now. So trying to get slowly transitioning towards retirement here pretty soon.

Jeff:        Sounds good.

Male:        Hi, I'm Justin I'm a personal assistant to a photographer and graphic designer. I live in West Hollywood and I also have a Chihuahua mix. [crosstalk 00:02:52]

Male:        I'm Mark I live in West Hollywood also. I manage an IT company and what do we have at the house? We have a 15 year old African love bird. None of us were bird people, my wife and I. We are now! And I have a, because of the place we live in, I grew up with big dogs but we have a Maltese, which is really actually the smartest dog I think I think I have ever owned, out of all the dogs I've ever owned. The poodle, it is true what they say, so yeah.

Jeff:                        Smart as a whip.

Male:                        Its incredible. [crosstalk 00:03:37] I want a big dog, out here its just the space.

Jeff:                        So my name is Jeff, I have two S poodles, standard poodles, they're big dogs. They're real smart.

Male:                        They're the big one, the big poodle.

Jeff:                        The big poodles yeah. They're really smart and just really nice dogs. Anyhow, I also have three kids but they're grown up. And yeah, this is what I do for a living, this is my job. I have an independent research marketing company. Companies hire people like me because we are independent. You know, we don't care what you think. We care that you think things and we want to hear your opinions but we don't judge them either way, we don't care. I'm just here to ask the questions and get the conversation going. I live over in Studio City, I think I pointed the wrong way, I think it's that way. And I travel a lot so this is great for me when I am in town, can get home and do some good stuff.

                             All right, so let's jump in. I want to talk about something I am not sure how else to talk about this. But call them, kind of a spoof products. Products that make fun of other products, people or things. Think MAD Magazine and Saturday Night Live, you know, stuff like that. Can you think of any? Ill show you some examples. I'm just curious off the top of your head can you think of any products like that.

Male:                        Funny or Die

Jeff:                        Oh Funny or Die, that's a video ...

Male:                        Well you mentioned Saturday Night Live.

Jeff:                        Yeah, with Will Ferrell right but ... I don't quite mean that I mean that's a website or a YouTube Channel and they make funny videos. I'm talking about something that is a product that makes fun of another product.

Male:                        Um, Duluth Trading Jeans. I've been seeing those commercials left and right.

Jeff:                        What is that?

Male:                        It's the best commercials.

SIL0224

| | |
|---|---|
| Male: | They're an apparel company that will come in and say, these are waterproof jeans, these are the competitions jeans. Or they have one ballroom dancing. Some of them are a little ... they push the envelope a little bit. Some of them are ballroom dancing, they're jeans have more space in the crotch and they do an animated thing with each commercial. They're short and they play them on Fox Business News in the morning and the business channels and they're on all the time now. |
| Jeff: | Is this a real product you can buy? |
| Male: | Yeah, its not only pants its underwear. |
| Male: | No they have an underwear one, that one's called Naked. [crosstalk 00:06:15] |
| Male: | They always have a gimmick.[crosstalk 00:06:18] |
| Jeff: | You're right. I saw like a gym. I saw some Duluth Trading Company underwear but it was about comfortable underwear. |
| Male: | Yeah, yeah right so they do underwear and shorts, they have a short that's cool, I just saw that was the new one. You know, more space in the jeans, they're really great campaigns. But they're saying its their product is better than any of their competitors. |
| Jeff: | Right, but they're selling a real product, I mean right? |
| Male: | Correct. |
| Jeff: | They're selling jeans and underwear and stuff. They're just selling it in a very funny way right? |
| Male: | Yeah. |
| Jeff: | Yeah, its funny that you mention that. It must be a new company cause I ... |
| Male: | No, they've been around for a while but these campaigns are incredible. |
| Male: | Especially the last year or two. |
| Jeff: | So its raising some awareness and ... |
| Male: | Its a low voice, you know, country guy, you know. |

VIP Group 3                                                                 Page 5 of 14

SIL0225

| | |
|---|---|
| Male: | The Direct and Dish do a lot of back and forth. Direct and Dish TV. |
| Jeff: | Yep. |
| Male: | They both sell the same crap. They claim that they're better than the other one. I've had both and its the same garbage. |
| Jeff: | Its better than Time Warner whatever it is. |
| Male: | Seriously. |
| Jeff: | Right? So, Ill tell yeah what. Ill just have some examples here. I'm going to show you some things. These are just pictures in no particular order. Just like ... Here's what I want to do. Sometimes, things are just a joke right, and you recognize it as such, you know how they're just trying to be funny. Sometimes its, it might be funny, you know it might be humor, but they're really targeting, there's an agenda. And the agenda is, I want to damage something or I want you to think about something in a different way. So as we go through these I just want you guys as a group to tell me which of three piles I should put them in. That's a joke, that's clearly a joke. That may or may not be a joke. And that's something that's really targeted and you know, I don't know about mean spirited but you know getting, you know its trying to take something away from somebody else. Okay? |
| | So here's one this is like, it says Gulf Oil and you know it looks like a can of motor oil. You know Gulf is actually a product, you know Gulf? |
| Male: | Oh yeah, yeah. |
| Jeff: | I don't know if they're still around but yeah. |
| Male: | East Coast |
| Jeff: | Yeah, East Coast. So what is this, is this a joke? Is this in between or is this something were they're really trying to make fun. |
| Male: | I think its somebody they're trying to push alternative energy and they ... |
| Male: | One second, I can't see the gentleman. |
| Male: | I see it as a joke. |
| Jeff: | Looks like a monkey to me. |

SIL0226

Male:                If you just put it over here.

Jeff:                I'm sorry.

Male:                I think its somebody who's trying to explain the fact that, you know using up our natural resources. More of an environmental, or something like that. I would say its mean spirited, I would say its more like ...

Jeff:                That's interesting. [crosstalk 00:09:04] Could go either way. Okay

                     So this looks like a, I think what this is, is some kind of like dog or cat toy or something. I think its a rubber thing that says "cataroma extra," what are they making fun of here?

Multiple people:     Corona

Jeff:                Right, Corona. Is this, like a joke or are they trying to say or are they trying to say Corona is bad stuff?

Male:                Its a joke I think.

Male:                That's a joke. Pushing the envelope a little bit maybe.

Male:                I think its a joke. I'm seeing it as a joke.

Jeff:                Yeah, I'm going to go through a couple more. So here's one, this says, "absolute Impotence." Is that a joke or is that serious?

Male:                I would say serious.

Male:                Serious.

Male:                It's serious, yeah.

Male:                Feels that way.

Male:                Yeah.

Jeff:                So they're actually trying to say ... what are trying ... I want to ask you not tell you. What are they trying to say here?

Male:                Alcohols ...

Male:                Consequences of alcohol.

SIL0227

Male:                    Or that specific alcohol even though [crosstalk 00:10:08]

Jeff:                    So, there's an agenda here. They're telling you not to drink this product. Do you think there's an agenda here with the Corona thing?

Multiple people:         No

Jeff:                    This is funny, this is mean. It could be funny, it could be very funny but there's another message here other than just humor. Let's see. Let me pick a winner here.

                         Here's one that says "Kentucky fried fingers."

Multiple people:         Hmm.

Male:                    Seems like a joke.

Male:                    Its in the middle for me.

Jeff:                    Its in the middle for you? What do the other guys say.

Male:                    Joke, for me.

Jeff:                    Okay the majority.[crosstalk 00:10:56] Okay let's do a couple more. Here's one. This one says its a t-shirt and it says "murder king." [crosstalk 00:11:10]

Male:                    That's got an agenda yeah.

Jeff:                    What are they saying here?

Male:                    They're pushing meat is murder type thing.

Male:                    Meat is murder, people [inaudible 00:11:15] as a good or something like that.

Jeff:                    Okay here's a ... just a couple more that I'm looking for but can't find. Its pretty Important. Ah, here it is. This one says "bad spaniels," its another kind of I think a dog toy. Squeaky dog toys. What product are they spoofing?

Male:                    Jack Daniels

Multiple people:         Joke.

VIP Group 3                                                    Page 8 of 14

SIL0228

Male:           I see it as more of a joke.

Male:           Yeah, that's more of a joke.

Jeff:           Yeah and just a couple more. Here's one that says " Mr. Mean, are you supporting animal testing?"

Male:           No that's mean

Jeff:           No yeah, and you know that. And here's one, here's one that says "all brain." What are they spoofing here?

Male:           Like a bran cereal.[crosstalk 00:12:12]

Jeff:           Yeah, all bran, its "all brain" instead of all all bran. It says "the cereal that goes to your head."

Male:           Seems like a [inaudible 00:12:19] type of thing.

Jeff:           I think that's enough. So let's just talk about, just tell me in your own words the difference between you know if somebody is a Supreme Court Justice [inaudible 00:12:33] homes pornography, Ill know it when I see it. And I don't know if that applies to this. Like you know its a joke. I know that's a joke when I see it or I don't know its a joke when I see it. Why do these things get put in these ... let's forget about this, this was in the middle. Let's just talk about the two extremes here. These are the ones that you'd pretty quickly put in this joke category and you put these pretty quickly in the kind of agenda or mean spirited category.

Male:           Key thing is when I they say "murder" that's not cool it seems like an adverseness to me.

Jeff:           Right.

Male:           I think the seriousness of the word "murder" or even "Impotence" here is pretty you know derisive but the animal testing is what that one was kind of easy with the bunny and so they seem to be really polarized.

Male:           I think all those are like specifically targeting specific brands in a negative way where as none of those are.

Jeff:           Why do you say that?

Male:           And I think that's ...

VIP Group 3                                                   Page 9 of 14

SIL0229

| | |
|---|---|
| Jeff: | How do you know these aren't targeting like ... Why aren't they making fun of Corona, well they are making fun of Corona, but they .... |
| Male: | But they're not saying anything negative about the brand or what the company is doing. I feel like. |
| Jeff: | Give me some other words to describe these. Like the intent behind these and how they come off to you. |
| Male: | Cheeky, funny silly |
| Jeff: | Silly. |
| Male: | Yeah, silly stuff. |
| Jeff: | And you know they're silly how? I mean you know they're silly right away by looking at them. |
| Male: | I personally don't get the joke. I don't think its funny and I don't even get the joke. I don't |
| Jeff: | Which joke? Any of of these? |
| Male: | This side. A couple of them I do. "Chicken fingers" or whatever the heck. |
| Jeff: | Yeah, its pretty over the top, its pretty ... |
| Male: | I don't get the reference. |
| Jeff: | Okay but you know ... |
| Male: | On that side its obvious the message they're conveying but here ... |
| Jeff: | Are these like purposely saying don't use these products or these products are bad? Or ... |
| Multiple people: | I don't think they're bad. |
| Male: | They want to grab you and ... |
| Male: | Like the Corona, I mean maybe somebody is trying to indicate that has a weird or really bad smell I don't know. What is it "cataroma" or something like that? |

SIL0230

Jeff:                          Yeah "Cataroma"

Male:                          So its like some people may find it offensive. You know maybe they're just making fun of it. I don't think their intent is to tell you not to purchase it.

Jeff:                          Right and here that is certainly their intent.

Multiple people:               Yeah

Male:                          Yeah that's they're intent.

Jeff:                          All right. So let's just focus on this one you guys drink Jack Daniels? So Jack Daniels drinkers when you look at this product, I have this. I don't have a sample of Jack for you, I do have a sample of that toy though. So these are them. You guys get to bring these home. How do you like that?

Male:                          Oh yay!

Jeff:                          They're bigger than your Chihuahuas that's the problem.

Male:                          Thank you.

Jeff:                          That ones all wrapped up but they're all the same. So just tell me more about that. You're Jack Daniels drinkers and you see this product. How's it make you feel about drinking Jack Daniels? Any different?

Male:                          No.

Male:                          No its just kind of cute-sy. And its just a fun thing. I don't look at it in any negative or positive connotation what-so-ever.

Male:                          They're just making that correlation with the brand I feel like. So it would be a great gift for someone who drinks a lot of Jack Daniels and has a dog.

Male:                          Its a good conversation piece.

Jeff:                          Conversation piece.

Male:                          I think they're trying to get the younger generation to figure out what Jack Daniels is kind of. I think that's what ...

Jeff:                          The people who make the product?

VIP Group 3                                                                 Page 11 of 14

SIL0231

| | |
|---|---|
| Male: | Well you start them at a young age. Market them. No, no I mean just the name. |
| Jeff: | Well let me ask you does anybody here think this product here is made by Jack Daniels? |
| Male: | I don't think so. |
| Male: | No. |
| Male: | It reminds me of a piece like Jay Leno would do. He'll bring out items but like make reference to other products. |
| Jeff: | Yes, so it could be something that was on the old Tonight Show. You know its a joke when you see it. |
| Male: | Or David Letterman. |
| Jeff: | Oh Dave's gone. |
| Male: | It was funny last night. |
| Jeff: | I DVR'd it. |
| Male: | You'll enjoy it. |
| Jeff: | Um, I already saw the Top Ten. I don't know if you've read that label. Have you read everything on that label there? Do you have any comments about anything on the label? |
| Male: | Its funny. You know its just [inaudible 00:17:52] |
| Male: | Bad Spaniels, you're Tennessee [inaudible 00:18:00] |
| Male: | Its like MAD Magazine to me. You know like you mentioned. Obviously they are spoofing a brand but in a fun light-hearted way. |
| Male: | Yeah |
| Jeff: | Do these people have malice you think towards Jack Daniels? The people who make this. |
| Multiple people: | No |

SIL0232

Jeff:                     There's a ... nobody said it, I know you all read it cause I asked you to look
                          at the label, it says 43% poo by content or something like that. Right? So
                          does that imply anything about Jack Daniels what's in Jack Daniels? Is
                          there poop in Jack Daniels? Would that even cross your mind.

Multiple people:          No

Male:                     I think its just silly. Its just a light-hearted thing.

Male:                     It also says the old number 2.

Male:                     I was going to say that, number 2.

Jeff:                     As opposed to whatever number 7 is. [crosstalk 00:18:57] Okay so you're
                          all Jack Daniels drinkers. Next time you see Jack Daniels are you going to
                          think about it any differently cause now you've seen this product?

Multiple people:          No

Jeff:                     Okay would you think anything different about Jack Daniels when you
                          look at? Would it evoke any suggestion of something being wrong with
                          the product or? There's pee in it, there's poop in it? Anything like that?

Male:                     No I think its humorous.

Male:                     No if anything I think it might remind, like oh

Male:                     Might look at it and think "oh I could use a [crosstalk 00:19:39]

Jeff:                     You see it as a positive?

Male:                     Yeah cause it will remind me to, you know, have some whiskey myself.
                          And if Jack Daniels is okay with them making a product like this then it
                          makes me like them better as a brand, cause I'm a dog owner so I just
                          feel like if they support that, that's great for me.

Jeff:                     So I asked you all before if you thought Jack Daniels made this and you all
                          said no. But what you're saying is if, if they did, which they don't by the
                          way, it would almost be like, you like them more.

Male:                     Right, like a humor. Like a sense of humor.

Male:                     Id be indifferent.

VIP Group 3                                                          Page 13 of 14

| | |
|---|---|
| Male: | Any corporation that doesn't take themselves too seriously, I like that corporation. |
| Jeff: | Right. Why is that? Its interesting. |
| Male: | Its just a human quality. |
| Male: | They'll laugh at yourself. |
| Male: | There's not many corporations that use that. |
| Jeff: | Yeah, it makes them more human. We don't take ourselves seriously. Were infallible where corporate, you know. Okay so that was Dave Letterman's thing. No, seriously. I am going to go get my colleague Bruce who is going to come in here and chat with you for a minute. Ill be right back. |
| Male: | [crosstalk 00:21:00] That's going to get annoying. [crosstalk 00:21:14] |
| Male: | They clearly need to make this in a smaller size for you guys with Chihuahuas. [crosstalk 00:21:18] |
| Male: | It was a cocktail party and he just was like this. He brought his own, he actually brought his own, you know they have a couple of editions he brought something yeah. He took it very seriously. |

How did Rachel do?

☆☆☆☆☆

If you rate this transcript 3 or below, Rachel V will not work on your future orders

SIL0234



# Order

| | |
|---|---|
| Client | Jeffrey Hirsch |
| Order # | TC0774560026 |

# Audio

| | |
|---|---|
| File URL | <u>VIP Group 4.mp3</u> |
| Length | 33 min |
| Audio Quality | ★★★★☆ (Good) |

| | |
|---|---|
| Transcriptionist | Terri H. |

How did Terri do?



If you rate this transcript 3 or below, Terri H will not work on your future orders

Need Help? <u>mailto:support@rev.com</u>

SIL0235

Jeff:       My last group of the night. So it's got to be really good. It's got to be better than the other three I did.

Craig:      It's not quantity, it's quality.

Jeff:       It's quality, right. This time of night I always like to ask everybody to suck it up a little bit. I know it's late and you'd probably rather be somewhere else. This will actually be pretty quick and it should be fun. We'll get out of here way early. My name's Jeff. Here I am. Who's done this kind of thing before? Everybody? Okay, good. Back in the old days we used to have to explain every time, one way mirror and all that, but you know what's going on. One of my colleagues is back there. He'll be back, he'll come in at the end and say hi. No mysteries there. I'll tell you about me in a minute. I first want to go around the room. I see your first name. Tell me your first name, where you live, what you do, who you live with, people, animals, all that kind of thing. Start with Linda.

Linda:      I'm sorry.  I'm from Winnetka.

Jeff:       See, you remember. It's who you are, what you do.

Linda:      I had an all-heimers moment there.

Jeff:       Yeah, I have them all the time.

Linda:      I have a dog, one dog, a Chow. My son and my mother live with me. I'm a mom.

Jeff:       Three generations.

Linda:      Yep. I'm an employee service representative for health insurance. Been doing that for 30 years. Just about 30 years.

Jeff:       Okay. Good for you. Thanks. Craig?

Craig:      My name's Craig. I live in Calabasas. I have two Rhodesian Ridge backs and some fish, clear water fish, not mineral fish. I'm in the tech industry. Mobile tech, telephony. That's about it.

Jeff:       I love those dogs. I wanted one. They are great, great dogs.

Craig:      Call me in six months. We're going to start breeding.

Jeff:       Wish I could have one.

SIL0236

Craig:      What's stopping you?

Jeff:       That's another story for another time. Margaret?

Margaret:   I am Margaret. I live in Grenada Hills. I have a family, two kids, one girl and a husband and a Samoyed, a cat, fish and a bird, a pigeon. A racing pigeon.

Jeff:       A racing pigeon?

Margaret:   Yeah. We just adopted it.

Jeff:       This is a really stupid question. What do you do with a racing pigeon? Do they go out and race and come back?

Margaret:   Yeah, they do. I don't get into it. I'm just keeping this for this person. He is an Armenian guy. I guess that's kind of a thing, they raise pigeons. It's a beautiful pigeon, you know? Anyway, we have that, and we don't know what sex it is. I should have asked him. He just sort of dumped it on us.

Jeff:       How old are your kids?

Margaret:   13 and 15. And I'm a musician.

Jeff:       Oh, yeah? What do you play?

Margaret:   I'm a harpist.

Jeff:       Really? Where do you play?

Margaret:   I played at the peninsula today over in Beverly Hills and I freelance.

Jeff:       Fantastic.

Mark:       My name's Mark. I'm a third generation Santa Monican.  Still live there, believe it or not, been around a long time. Live at home with my number one out of two sons, adult son, and a Bernese Mountain Dog almost as big as my son. I'm a semi retired professional athlete. I indulge in a lot of other things now. I do a lot of life coach training for people in their situations. Love to do everything outside.

Jeff:       Fantastic. What sport?

Mark:       I was a jockey for 20 years on four continents.

Jeff:       Really? Fun. I lived in Louisville, Kentucky for a while.

SIL0237

Mark:       We might have a Triple Crown winner this year. America's Girl.

Jeff:       We'll see.

Mark:       Cross my fingers. Exciting.

Jeff:       It's always that third race, messes them up, right? That's the longer one, right?

Mark:       Yeah. He looks like the real deal. Mile and a half. The Belmont. Biggest racetrack
            in the country. It's a beautiful track.

Jeff:       Yeah. I've been there.

Mark:       I've rode there.

Jeff:       Yeah, I bet. Great. Okay, cool. My name's Jeff and I'd like to be a professional
            athlete. I still think I could play center field for the nationals. I've still got it. I'd
            also like to be a musician, but this is what I do.  This is my job and I really do like
            what I do. I have an independent market research company. Clients hire our firm
            to come in and do this kind of work because we're independent and we can ask
            questions and I do care what you think but I don't really care positive/negative,
            like/dislike, any of that stuff. Whatever you want to tell me is good. I live in
            Studio City. Every time I work at home, I'm happy, because I didn't have to travel
            a lot. This is good. Just get to drive over the hill at the end of the night.

            Okay, let's get going. I want to talk about something I might call ...  I'm not sure
            how to put this one. When I start showing you things, you'll totally understand
            what I talk about. I just want to throw this out to you guys. Let's talk about what
            I might call spoof products or joke products, or satire, things like that. Products
            that make fun of other products. Can you think of any examples?

Craig:      Coke and Pepsi kind of thing.

Jeff:       It wouldn't be like Coke making a commercial that says Pepsi's bad or anything.
            I'm talking about Choke-a-Cola. Some funny product that makes fun of
            something else.

Craig:      There's some of these high bred energy drinks have done that. Made fun of
            Monster and Red Bull. I've seen a few of those, where they kind of make jokes
            with them coming out with a off brand. Saying "We may not be this, but we can
            do this," kind of thing. I've seen that before.

Jeff:       Okay.

SIL0238

Margaret:   Even with Arby's I think. Don't they have a guy with a deep voice, an actor. Making fun of other sandwiches.

Craig:      There's the Jack in the Box one too. Remember that? The one guy was saying "You're ruining, how can ..."

Jeff:       Oh, yeah, yeah, I remember that. The guy in the restaurant. He's filming in somebody's else's restaurant?

Craig:      Yeah. I thought that was funny, that was hilarious.

Jeff:       That's not quite what I'm talking about. I'm talking about something that you look at it and clearly, it's a spoof on another product. [crosstalk 00:07:24] I know, it's hard to think about. There are these things you might have played with as a kid and I'll show you some examples. Here's what I'm going to do. I'm going to show you some stuff, okay? Here's what I want you to do. I want you to tell me if these things are jokes, out and out jokes. I'll make three piles here. It's a joke, I get it, it's a joke. The other extreme would be that's not a joke. They might be using humor but they have an agenda, they want you to not buy something. They're disparaging the product. I can have a product that's affectionate, like a Mad magazine kind of thing.

Mark:       The one with the chicken, you see the billboards, what is it?

Craig:      The Chic-Fil-A.

Mark:       Chic-Fil-A, yeah. That's kind of [inaudible 00:08:08]

Jeff:       Yeah, but they're still selling chicken sandwiches at the end of the day, right? Here's something, in no particular order. I do want to put them in some kind of order. Here. This is Cap'n Crud. Is it a joke or are they really saying don't eat Cap'n Crunch? What do you think?

Mark:       I think it's a joke.

Jeff:       I don't want you to over think any of this. And you know it's a joke, why?

Craig:      Who would use the word crud for anything? It's over the top.

Jeff:       Okay. This one says Mr. Mean, are you supporting animal testing? They're making fun of what brand?

Craig:      I would actually be able to believe that.

SIL0239

Mark:       Yeah, that's not a joke. That's like Greenpeace putting out a corporate ad.

Craig:      It's like a PETA thing.

Jeff:       Right. So right off the bat, what's the difference between them. They both take existing brands and they're playing off existing brands, but they're different.

Craig:      Well, that one's got an agenda. That one wants to make you aware of something. The cats don't cry about it.

Mark:       Health conscious.

Craig:      That ain't funny. That's not a joke, that's a symbol.

Jeff:       Okay. This one says Bad Spaniels. Bad Spaniels Tennessee Carpet. This is, I think, a chewy, like a rubber chewy toy for a dog. This is a real product you can buy. Is this a joke, is this in between?

Craig:      It's kind of in between.

Mark:       I would say that would be kind of in between.

Craig:      Looks like people look at him and say, "Hey, it looks like a Jack Daniel's bottle, but so be it."  You laughing for it.

Mark:       But they can get away with it because it doesn't really emphasize that it's Jack Daniel's. They're sending a note that it's ...

Jeff:       Is there anything about this that says "Don't drink Jack Daniel's" or "Jack Daniel's is bad?"

Linda:      No.

Mark:       Not really.

Craig:      No, if you're saying [crosstalk 00:10:26]

Margaret:   [crosstalk 00:10:26] if you stay away from the tequila because you're saying the Spanish as opposed to the whisky.

Jeff:       Say that again. What?

Margaret:   Because you said Spanish, right?

SIL0240

Jeff:       No. That's spaniels.

Margaret:   Oh, spaniels.

Jeff:       Not that bad Spanish.

Craig:      Like Cocker Spaniels.

Mark:       No, [crosstalk 00:10:41]

Jeff:       Like the Spanish Inquisition, okay? Those are bad Spanish.

Mark:       That's something, if I saw it in a pet store, I would laugh. I would go "This is
            funny." Because it sends a message, if you drink, Jack Daniel's, it sends a
            message.

Jeff:       Here's one. Would have put that one in the middle though, hmm?

Craig:      Yeah. Yeah, definitely.

Jeff:       So you don't think this is like, it could be serious? Why is it in the middle?

Craig:      Because it's selling a product [crosstalk 00:11:12]

Mark:       I think it's kind of in between. It's silly, but at the same time it's believable. In
            other words, it's not really sending a bad message, but at the same time it's
            something you could find in a pet store.

Jeff:       Oh, right. Okay, I got it.

Mark:       You see what I'm saying?

Jeff:       I see what you're saying. It's still funny, it's still kind of a joke, you're just putting
            it here because this is a fake product and this is a real product. That's why it's in
            the middle.

Linda:      Right.

Jeff:       Got it. Okay. Here's a t-shirt says Murder King.

Mark:       Ewwww.

Jeff:       You put this over here?

SIL0241

| | |
|---|---|
| Margaret: | That's got a message. |
| Jeff: | Yeah. It's got a message. |
| Craig: | It's sending a message going "Ewwww." |
| Jeff: | That Burger King's not a good place to eat, right? |
| Craig: | Right. |
| Jeff: | This is one. Band Ache brand strips off skin. |
| Linda: | Are you kidding? |
| Craig: | That's a Mad Magazine. Just ridiculous. |
| Jeff: | Right. All three of these things over here, these are all saying don't buy these products, or these are all bad. Just a couple more. So many of these, okay. This one says Kentucky Fried Fingers. |
| Margaret: | That's be in that pile. |
| Craig: | It's the silly pile. |
| Jeff: | This one says Absolute Impotence. |
| Margaret: | That'd be in that pile. |
| Jeff: | You guys agree? |
| Craig: | Yeah. |
| Mark: | Yes. |
| Jeff: | You're all pretty quick and unified when you're judging these things, right? If I had to put this in one of these piles or the other, where would you put this one, Bad Spaniels? |
| Craig: | Closer to the silly pile. |
| Jeff: | It's closer to this why? |
| Craig: | Because it doesn't actually mean home. It's tongue in cheek and it doesn't have an agenda. |

SIL0242

Mark:        Doesn't send messages.

Margaret:    It's not as extreme as the others.

Mark:        Even though it looks close to the Jack Daniel's bottle, it really doesn't say [crosstalk 00:13:22].

Craig:       But even if it was a Jack Daniel's bottle, there's no disparity to the Jack Daniel's bottle.

Mark:        Yeah.

Jeff:        There isn't?

Craig:       No, there's no disparity.

Mark:        Unless dogs were known for drinking Jack Daniel's, then I could see it, but they're not.

Jeff:        Those would be bad doggies.

Craig:       Those would be St. Bernards. Those little kegs.

Jeff:        Yeah, exactly. Okay. These were pretty clear. You seem to know the scoop when you saw the spoof and you know when the spoof means no harm. These mean no harm? These ones over here? These ones clearly do in my mind. Anybody drink Jack Daniel's here?

Mark:        I have.

Margaret:    I have. Yeah.

Linda:       Yes.

Jeff:        If you saw this, and they sell this on the internet, they sell it at Petco I think, in the pet section. Would this change anything in your mind about Jack Daniel's?

Mark:        No, but I would buy it for a friend of mine that I knew had pets and loved to drink Jack Daniel's.

Jeff:        Okay.

Mark:        Because he would get it. He would get it.

VIP Group 4                                                          Page 9 of 14

SIL0243

Jeff:       What would he get?

Mark:       The likeness of the bottle, and say "Oh my dog's chewing on my bottle." Just for fun kind of thing. Silly humor, yeah.

Jeff:       I have samples, not of Jack Daniel's, but of this product.

Craig:      If it was actually endorsed by and even made by Jack Daniel's, I'd think even highly of it.

Mark:       I would.

Jeff:       You'd think highly of it?

Craig:      Yeah, because if it's a Chinese third party, just woke up like hell when there was somebody leveraging brand awareness. Like [inaudible 00:15:05] association. If Jack Daniel's actually made it I'd be "Wow, this is a company that thought outside the box." Maybe there's some pet owners there themselves, they could make fun of themselves. They could put humor, there's nothing disparaging about it, and hey, if you drink a bottle of this you'd be a bad human instead of a bad Cocker Spaniel. Same thing.  [crosstalk 00:15:29]

Jeff:       Do you think Jack Daniel's makes this product?

Craig:      No, but it wouldn't surprise me if it did.

Mark:       I wouldn't either. I wouldn't either. I mean, why not?

Margaret:   How would that be any different from the toys that are out there with Coors beer on it?

Jeff:       There's doggy toys with Coors beer on it?

Craig:      There's doggy squeak toys with all kind of product placement. I've seen them before. I shouldn't say I've seen them, I've had them.

Jeff:       Here's a free gift.

Craig:      Yay.

Jeff:       That's better for those who have bigger dogs, because these are big [crosstalk 00:15:57]

Mark:       My dog would love this.

SIL0244

Craig:       My dogs would have that for awhile.

Linda:       She's going to look at the bottle and her mom like "What'd she do?"

Jeff:        You can take it out. I'd like you to take it out of this. Look at it, look at the label. I'm going to ask you a bunch of questions after you look at it.

Mark:        Barnyard Tennessee Carpet. That's awesome. Actually, I think it's really cute. I think it's very gimmicky, which is good for something like this. The fact that it's quite larger than most squeak toys, because my dog, this would last a little longer and it would take him months ...

Margaret:    I wonder how long it would last.

Mark:        Well, you know how they like to find it ...

Linda:       Flying out of the room.

Jeff:        Here's what I really want to talk about. Not how long this will last or anything like that. I really want to think about this in relationship to Jack Daniel's, and again, does this disparage Jack Daniel's in any way.

Linda:       No.

Margaret:    No.

Craig:       No, I think it's awesome.

Mark:        Nope. I think it's awesome.

Craig:       I agree with you. Mark might take his young sons there and they'll be "Dad, why are you doing this?" He goes, "Well, Jimmy drinks that brand and so I bought that brand."

Jeff:        So I think you all maybe drink some kind of whisky sometime, right? Maybe Scotch or something.

Mark:        Bourbon.

Jeff:        Bourbon. You might once in a while have a glass of Jack Daniel's somewhere and if you have this product, if this bottle were actually sitting next to the Jack Daniel's bottle, would it suggest anything about the Jack Daniel's product?

Linda:       It may draw a little attention if you have friend over.

SIL0245

Margaret:    Yeah. You'd start talking about Jack Daniel's [crosstalk 00:17:45]

Mark:        I think it would actually be a conversation piece. I don't this it would disparage anybody from saying, "Ewww, I'm not drinking Jack Daniel's anymore because my dog bites on a squeaky toy like this."

Jeff:        But there's something really specific on there I want you to look at. It's on the bottom. It says 5% smelly and 43% poop by volume.

Margaret:    It's cute. It's funny.

Linda:       It is cute.

Jeff:        Does that in any way suggest that there's poop in Jack Daniel's?

Linda:       No.

Margaret:    No.

Craig:       No.

Jeff:        Is there any association with Jack Daniel's. Does this product make you think of any associations that Jack Daniel's might have with defecation, urine, anything like that.

Craig:       No, because it's what association? Dogs poop. If it was like 43% worms or un-purified. That it's closely or barely related to Jack Daniel's, then maybe.

Mark:        Yeah. I think if you had this in the liquor section, with Jack Daniel's, as a free gift? People would actually tend to buy the Jack Daniel's that much more.

Jeff:        So you think this would help. They don't sell this in liquor stores, but if they did a tie in with this product, you think they'd sell more Jack Daniel's?

Craig:       Definitely.

Mark:        Yeah.

Margaret:    Oh, definitely.

Mark:        Oh, yeah. I think it's cute.

Linda:       Or even a commercial. [crosstalk 00:19:07]

SIL0246

Craig:      Didn't Mustela just have a promotion, buy five Stella's, get a free goblet for the water, save water eco fund and they released limited edition goblets for Stella Artois.

Jeff:       Yeah, but that's a goblet. That's their whole ad campaign, it's not a glass, it's a goblet.

Craig:      Okay, so that's a little bit more sophisticated than you can get- I mean, that's a bloodhound in Tennessee. It's not hard to get a correlation with.

Mark:       What guy drinks whiskey and has a dog, would not buy this for his dog? Seriously.

Craig:      That's true.

Linda:      It'll promote their sales.

Jeff:       This will promote Jack Daniel's.

Linda:      Yeah.

Jeff:       Just to be entirely, 100% clear, there's no chance of you thinking of this product over here in this category that's disparaging products. This company who makes this, if we could talk to them, and you could interview them, is there any thought in your mind that there's something about Jack Daniel's they don't like and they're out to get Jack Daniel's?

Craig:      No, I think it's the exact reverse. I'd probably look at it and say which brand's owners are probably going to be more susceptible to this kind of product.

Mark:       Well if you read the whole label there isn't anything on here that mentions any kind of alcoholic content or drinkable substance or anything else. It all dials towards the pooch, or it's pup. I think that keeps them separate.

Jeff:       So there's no confusion about this being a product with whiskey or something that you would drink.

Linda:      No.

Mark:       Right.

Jeff:       Okay. All right. Good. These keep getting faster and better and easier.

Margaret:   I think it's a cute product.

VIP Group 4                                                        Page 13 of 14

SIL0247

| Jeff: | Well you guys get to take it home. |
| --- | --- |
| Linda: | It'll stop the dog from barking next door and it'll keep my dogs out of the room I ... |
| Jeff: | That's [inaudible 00:21:05] You could probably take two if you wanted. Let me get my colleague Bruce to come in and chat with you a little bit. |
| Mark: | That is pretty cute. It's pretty funny. [crosstalk 00:21:31] |
| Margaret: | My friend in Texas, she'd love that. |
| Jeff: | This is my friend, Bruce. [crosstalk 00:21:33] This is my friend Bruce. |
| Mark: | Hey Bruce. |
| Craig: | Hey Bruce. |
| Bruce: | I grew up next to Belmont. As a kid I would sneak in. As a grownup, |

How did Terri do?



If you rate this transcript 3 or below, Terri H will not work on your future orders

SIL0248

**Q12b. # Times in Past 6 Months**

| Dewars White Label | Crown Royal | Johnnie Walker (any Label) | Jack Daniels | Jim Beam | Canadian Club |
|---|---|---|---|---|---|
|  |  | 10 |  |  |  |
|  |  |  |  |  |  |
| 25 |  | 20 |  | 15 |  |
| 2 | 1 | 1 |  | 2 |  |
|  | 8 | 9 |  |  | 3 |

SIL.0255

**Schlesinger Associates**
Quality Without Compromise

VIP Products - Group 2

| Date | Time | First Name, Last Initial | Segment | 8. Gender | Q2. Ethnicity | Q3. Exact Age | Q4. Level of Education | Q5. Employment Status | Q6. Marital Status | Q7. HHI | Q8. Children | Q9. Pets | Q10. Pets 2 | Q11. Beverages | Makers Mark | Dewars White Label | Crown Royal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2015 | 5:00 PM | Odelia S. | Females - Jack Daniels Drinkers | Female | Asian-American | 22 | Bachelors Degree | Student | Single | $40,000-$59,999 | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17 0 | Yes | Dogs, Fish | Beer or wine, Vodka, Bourbon, Scotch, Other Type of Whisky | | | |
| 5/21/2015 | 5:00 PM | Stephanie T. | Females - Jack Daniels Drinkers | Female | Other Mixed race (white, black, native am) | 32 | Post Graduate Degree | Employed full time | Single | $150,000-$199,999 | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17 0 | Yes | Dogs, Cats, Fish | Beer or wine, Vodka, Bourbon, Scotch, Other Type of Whisky | 10 | 6 | |
| 5/21/2015 | 5:00 PM | Keri A. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 40 | Post Graduate Degree | Employed full time | Single | $60,000-$99,999 | Under 5 years old 2, 5 to 9 years old 0, 10-13 years old 0, 14-17 0 | Yes | Dogs | Beer or wine, Vodka, Bourbon, Scotch | 2 | 3 | 1 |
| 5/21/2015 | 5:00 PM | Felisa P. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 63 | Bachelors Degree | Stay at home parent | Widowed | $60,000-$99,999 | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17 0 | Yes | Dogs | Beer or wine, Vodka, Scotch | | | 2 |
| 5/21/2015 | 5:00 PM | Dana O. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 37 | Bachelors Degree | Employed full time | Single | $60,000-$99,999 | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17 0 | Yes | Dogs, Cats | Beer or wine, Vodka, Bourbon, Other Type of Whisky | 30 | | |

SIL0256

| | ince in Past 6 Months | | |
| --- | --- | --- | --- |
| Johnnie Walker (my label) | Jack Daniels | Jim Beam | Canadian Club |
| | | | |
| 10 | 8 | | |
| 2 | 3 | 2 | |
| 1 | 1 | | 1 |
| | 10 | 10 | |

SIL0257

**Schlesinger Associates**
Quality Without Compromise

**Q12b. # T**

VIP Products - Group 2

| Date | Time | First Name, Last Initial | Segment | B. Gender | Q2. Ethnicity | Q3. Exact Age | Q4. Level of Education | Q5. Employment Status | Q6. Marital Status | Q7. HHI | Q8. Children | Q9. Pets | Q10. Pets 2 | Q11. Beverages | Makers Mark | Dewars White Label | Crown Royal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2015 | 6:00 PM | Marti S. | Not Dog owners - Jack Daniels Drinkers | Female | Caucasian/White | 53 | Some College | Employed full time | Single | $40,000-$59,999 | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17:0 | Yes | Cats | | Beer or wine, Vodka, Bourbon , Scotch, Other Type of Whisky | 2 | | 2 |
| 5/21/2015 | 6:00 PM | John F. | Not Dog owners - Jack Daniels Drinkers | Male | Caucasian/White | 46 | Post Graduate Degree | Employed full time | Single | $200,000 or more | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17:0 | No | N/A | | Beer or wine, Bourbon , Scotch, Other Type of Whisky | 10 | | 2 |
| 5/21/2015 | 6:00 PM | Brian Z. | Not Dog owners - Jack Daniels Drinkers | Male | Caucasian/White | 46 | Bachelors Degree | Employed full time | Single | $40,000-$59,999 | Under 5 years old 0, 5 to 9 years old 0, 10-13 years old 0, 14-17:0 | Yes | Cats | | Beer or wine, Vodka, Bourbon , Other Type of Whisky | 4 | | |
| 5/21/2015 | 6:00 PM | Matthew B. | Not Dog owners - Jack Daniels Drinkers | Male | Caucasian/White | 44 | Bachelors Degree | Employed full time | Single | $150,000-$199,999 | Under 5 years old:0, 5 to 9 years old 0, 10-13 years old 0, 14-17:0 | No | N/A | | Beer or wine, Vodka, Bourbon , Other Type of Whisky | 3 | | |
| 5/21/2015 | 6:00 PM | Kiara H. | Not Dog owners - Jack Daniels Drinkers | Female | African American/Black | 25 | Some College | Employed part time | Single | $40,000-$59,999 | Under 5 years old:0, 5 to 9 years old: 0, 10-13 years old 0, 14-17: 0 | No | N/A | | Beer or wine, Vodka, Bourbon , Other Type of Whisky | 8 | | 3 |

SIL0258

imes in Past 6 Months

| Johnnie Walker (any label) | Jack Daniels | Jim Beam | Canadian Club |
|---|---|---|---|
| 1 | 2 | 1 | |
| 4 | 10 | 7 | 3 |
| | 8 | 2 | |
| 2 | 15 | 5 | |
| 2 | 2 | 3 | |

SIL0259

**Schlesinger Associates**
Quality Without Compromise

VIP Products - Group 3

| Date | Time | First Name, Last Initial | Segment | B. Gender | Q2. Ethnicity | Q3. Exact Age | Q4. Level of Education | Q5. Employment Status | Q6. Marital Status | Q7. HHI | Q8. Children | Q9. Pets | Q10. Pets 2 | Q11. Beverages | Makers Mark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2015 | 7:00 PM | Michael L. | Males - Jack Daniels Drinkers | Male | Caucasian/White | 54 | High School Graduate | Employed full time | Married | $60,000-$99,999 | Under 5 years old:0, 5 to 9 years old:0, 10-13 years old:0, 14-17:0 | Yes | Dogs, Cats | Beer or wine, Bourbon , Scotch | |
| 5/21/2015 | 7:00 PM | William M. | Males - Jack Daniels Drinkers | Male | Caucasian/White | 62 | Some College | Employed part time | Married | $100,000-$149,999 | Under 5 years old:0, 5 to 9 years old:0, 10-13 years old:0, 14-17:0 | Yes | Dogs | Beer or wine, Vodka, Bourbon | 4 |
| 5/21/2015 | 7:00 PM | Kamyar M. | Males - Jack Daniels Drinkers | Male | Caucasian/White | 27 | Bachelors Degree | Employed full time | Married | $60,000-$99,999 | Under 5 years old:0, 5 to 9 years old:0, 10-13 years old:, 14-17: | Yes | Dogs | Beer or wine, Vodka, Scotch | |
| 5/21/2015 | 7:00 PM | Mark I. | Males - Jack Daniels Drinkers | Male | Caucasian/White | 47 | Post Graduate Degree | Employed full time | Married | $100,000-$149,999 | Under 5 years old:0, 5 to 9 years old:1, 10-13 years old:1, 14-17: | Yes | Dogs, Fish, Birds | Vodka, Bourbon , Scotch, Other Type of Whisky | 5 |
| 5/21/2015 | 7:00 PM | Justin P. | Males - Jack Daniels Drinkers | Male | Caucasian/White | 28 | Bachelors Degree | Employed full time | Single | $100,000-$149,999 | Under 5 years old:, 5 to 9 years old:0, 10-13 years old:, 14-17: | Yes | Dogs | Beer or wine, Vodka, Bourbon , Scotch, | 3 |

| Dewars White Label | Crown Royal | Johnnie Walker (any label) | Jack Daniels | Jim Beam | Canadian Club |
|---|---|---|---|---|---|
| Q12b. # Times in Past 6 Months | | | | | |
| | 4 | 3 | 5 | 2 | |
| | 3 | | 4 | 1 | |
| | 6 | 2 | 8 | 1 | |
| 3 | 2 | 5 | 5 | 3 | 2 |
| 1 | 2 | 1 | 2 | 2 | |

SIL0261

**Schlesinger Associates**
Quality Without Compromise

VIP Products - Group 4

| Date | Time | First Name, Last Initial | Segment | B. Gender | Q2. Ethnicity | Q3. Exact Age | Q4. Level of Education | Q5. Employment Status | Q6. Marital Status | Q7. HHI | Q8. Children | Q9. Pets | Q10. Pets 2 | Q11. Beverages | Editors Mark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2015 | 8:00 PM | Craig T. | Drink other whiskey | Male | Caucasian/White | 40 | Post Graduate Degree | Employed full time | Single | $150,000-$199,899 | Under 5 years old:, 5 to 9 years old:2, 10-13 years old:1, 14-17:1 | Yes | Dogs, Fish | Beer or wine, Vodka, Scotch | |
| 5/21/2015 | 8:00 PM | Margaret S. | Drink other whiskey | Female | Caucasian/White | 56 | Bachelors Degree | Employed part time | Married | $100,000-$149,899 | Under 5 years old:0, 5 to 9 years old:0, 10-13 years old:1, 14-17:1 | Yes | Dogs, Cats, Fish, Birds | Beer or wine, Vodka, Scotch | |
| 5/21/2015 | 8:00 PM | Marianne M. | Drink other whiskey | Female | Caucasian/White | 51 | Bachelors Degree | Employed part time | Married | $200,000 or more | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17:1 | Yes | Dogs, Cats, Birds | Beer or wine, Other Type of Whisky | 20 |
| 5/21/2015 | 8:00 PM | Mark M. | Drink other whiskey | Male | Caucasian/White | 54 | High School Graduate | Employed full time | Divorced/Separated | $60,000-$99,999 | Under 5 years old:0, 5 to 9 years old:0, 10-13 years old:0, 14-17:0 | Yes | Dogs | Beer or wine, Vodka, Bourbon | 4 |
| 5/21/2015 | 8:00 PM | Belinda D | Drink other whiskey | Female | Hispanic | 48 | Some College | Employed full time | Divorced/Separated | $60,000-$99,999 | Under 5 years old:, 5 to 9 years old:, 10-13 years old:, 14-17:1 | Yes | Dogs | Beer or wine, Vodka, Other Type of Whisky | |

SIL0262

| | | Q12b. # Times in Past 6 Months | | | |
| Dewars White Label | Crown Royal | Johnnie Walker (any label) | Jack Daniels | Jim Beam | Canadian Club |
|---|---|---|---|---|---|
| | | 10 | | | |
| | | | | | |
| 25 | | 20 | | 15 | |
| 2 | 1 | 1 | | 2 | |
| | 8 | 9 | | | 3 |

SIL0263

| | | Schlesinger Associates | Segment | B. Gender | Q2. Ethnicity | Q3. Exact Age | Q4. Level of Education | Q5. Employment Status | Q6. Marital Status | Q7. HHI | Q8. Children | Q9. Pets | Q10. Pets 2 | Q11. Beverages | Q12b. # T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | First Name, Last Initial | | | | | | | | | | | | | Makers Mark / Deweys White Label / Crown Royal |
| VIP Products - Group 2 | | | | | | | | | | | | | | | |
| 5/21/2015 | 5:00 PM | Odelia S. | Females - Jack Daniels Drinkers | Female | Asian-American | 22 | Bachelors Degree | Student | Single | $40,000-$59,999 | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17:0 | Yes | Dogs, Fish | Beer or wine, Vodka, Bourbon , Scotch, Other Type of Whisky | |
| 5/21/2015 | 5:00 PM | Stephanie T. | Females - Jack Daniels Drinkers | Female | Other Mixed race (white, black, native am) | 32 | Post Graduate Degree | Employed full time | Single | $150,000-$199,999 | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17:0 | Yes | Dogs, Cats, Fish | Beer or wine, Vodka, Bourbon , Scotch, Other Type of Whisky | 10 / 6 |
| 5/21/2015 | 5:00 PM | Keri A. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 40 | Post Graduate Degree | Employed full time | Single | $60,000-$99,999 | Under 5 years old 2, 5 to 9 years old: 0, 10-13 years old: 0, 14-17: 0 | Yes | Dogs | Beer or wine, Vodka, Bourbon, Scotch | 2 / 3 / 1 |
| 5/21/2015 | 5:00 PM | Fulsar P. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 63 | Bachelors Degree | Stay at home parent | Widowed | $60,000-$99,999 | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17:0 | Yes | Dogs | Beer or wine, Vodka, Scotch | 2 |
| 5/21/2015 | 5:00 PM | Dana O. | Females - Jack Daniels Drinkers | Female | Caucasian/White | 37 | Bachelors Degree | Employed full time | Single | $60,000-$99,999 | Under 5 years old: 0, 5 to 9 years old: 0, 10-13 years old: 0, 14-17:0 | Yes | Dogs, Cats | Beer or wine, Vodka, Bourbon , Other Type of Whisky | 30 |

| | imes in Past 6 Months | | |
| Johnnie Walker (any label) | Jack Daniels | Jim Beam | Canadian Club |
| --- | --- | --- | --- |
| | | | |
| 10 | 8 | | |
| 2 | 3 | 2 | |
| 1 | 1 | | 1 |
| | 10 | 10 | |

SIL0265







SIL.0268



SIL0269



SIL0270







SIL0273





SIL0275



SIL0276



SIL0277



## Are you Supporting Animal testing?

Mr. Clean continues to blind, poison, and kill animals instead of finding a new and better way to eliminate animal testing. Mr. Clean products have been known to use animals for various cruel experiments. Mr. Clean tests their products on rabbits to see how long it takes to burn away the cornea of their eyes. They also feed their products to animals to test for toxic levels.



SIL0279





SIL0281



SIL0282



SIL0283



SIL0284



SIL0285

THE RIGHT
BRAIN STUDIO

Los Angeles, California | 818.400.7922 | www.therightbrainstudio.com

## INVOICE

**TO:**  VIP Products
16515 S. 40th Street Ste. 121
Phoenix AZ, 85048

**PROJECT:**  "Bad Spaniel" Research

**DATE:**  May 22, 2015

**INVOICE #:**  VIP-BS-2015-02

**TERMS:**  Due Upon Receipt

| Description | Amount |
|---|---|
| Research Fees<br><br>• Second and final of two payments to total $13,990.00 | $6,995.00 |

**The Right Brain Studio**
**Federal Tax ID#:  20-8345778**

| Wire Payment (Preferred) | | Mail/FedEx Payment: |
|---|---|---|
| Chase<br>12051 Ventura Boulevard<br>Studio City, CA  91604<br><br>Wire Transfer Routing # 322271627<br>Account # 966084170 | **OR** | The Right Brain Studio<br>Att:  Jeffrey Hirsch<br>12021 Guerin Street, #103<br>Studio City, CA  91604 |

SIL0286



PHOENIX 53913-11 226175v1

SIL0287



PHOENIX 53913-11 226178v1

SIL0288



PHOENIX 53913-11 226180v1



PHOENIX 53913-11 226182v1

SIL0290



PHOENIX 53913-11 226183v1



# Advertising and Promotion
## AN INTEGRATED MARKETING COMMUNICATIONS PERSPECTIVE

SIXTH EDITION

George E. Belch & Michael A. Belch

SIL0292

The McGraw-Hill Companies



ADVERTISING AND PROMOTION:
AN INTEGRATED MARKETING COMMUNICATIONS PERSPECTIVE
Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc. 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2004, 2001, 1998, 1995, 1993, 1990 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning. Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

domestic        1 2 3 4 5 6 7 8 9 0 DOW/DOW 0 9 8 7 6 5 4 3
international    1 2 3 4 5 6 7 8 9 0 DOW/DOW 0 9 8 7 6 5 4 3

ISBN 0-07-253676-4

Publisher: *John E. Biernat*
Associate sponsoring editor: *Barrett Koger*
Managing developmental editor: *Nancy Barbour*
Marketing manager: *Kimberly Kanakes*
Media producer: *Craig Atkins*
Project manager: *Natalie J. Ruffatto*
Production supervisor: *Debra R. Sylvester*
Director of design: *Keith J. McPherson*
Photo research coordinator: *Judy Kausal*
Photo researcher: *Charlotte Goldman*
Supplement producer: *Joyce J. Chappetto*
Senior digital content specialist: *Brian Nacik*
Cover and Interior design: *Kiera Cunningham*
Cover Images: *Courtesy of United States Army Recruiting Command and the Department of the Army; © 2004 BMW of North America, LLC, used with permission. The BMW name and logo are registered trademarks; © 2002 Dell Computer Corporation; Courtesy of American Advertising Federation; Courtesy of MINI USA; Courtesy of Covering Kids; Courtesy of NIKE, Inc.*
Typeface: *10.5/12 Times Roman*
Compositor: *Precision Graphics Services, Inc.*
Printer: *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Belch, George E. (George Edward)
     Advertising and promotion : an integrated marketing communications perspective /
George E. Belch & Michael A. Belch.—6th ed.
       p. cm.—(The McGraw-Hill/Irwin series in marketing)
     Includes bibliographical references and index.
     ISBN 0-07-253676-4 (alk. paper)—ISBN 0-07-121438-0 (international : alk. paper)
     1. Advertising. 2. Sales promotion. 3. Communication in marketing. I. Belch, Michael
A. II. Title. III. Series

     HF5823.B387 2004
     659.1—dc21
                                                                    2003042015

INTERNATIONAL EDITION ISBN 0-07-121438-0
Copyright © 2004. Exclusive rights by The McGraw-Hill Companies, Inc., for
manufacture and export. This book cannot be re-exported from the country to which it is sold by McGraw-Hill.
The International Edition is not available in North America.

www.mhhe.com

that they can _____ ain better insight into con-
sumers and dev_____ iore effective campaigns for
their clients. The importance of building and maintain-
ing strong brands is likely to become even greater in
the future. This will put even more pressure on agen-
cies to develop new and better tools and techniques

that can be used to guide their clients' advertising
campaigns.

Sources: Kathryn Kranhold, "Agencies Beefing Up on Brand
Research," *The Wall Street Journal*, Mar. 9, 2000, p. B14; Brand
Asset Valuator White Paper, www.yr.com; "DDB Worldwide Explores
What Makes Big Brands Big," www.ddb.com, March 2000.

major agencies are conducting branding research and developing models to determine
how consumers connect with their client's brands.

Qualitative Research Input   Many agencies, particularly larger ones with
strong research departments, have their own research programs and specific tech-
niques they use to assist in the development of creative strategy and provide input to
the creative process. In addition to the various quantitative research studies, qualita-
tive research techniques such as in-depth interviews or focus groups can provide the
creative team with valuable insight at the early stages of the creative process. **Focus
groups** are a research method whereby consumers (usually 10 to 12 people) from the
target market are led through a discussion regarding a particular topic. Focus groups
give insight as to why and how consumers use a product or service, what is important
to them in choosing a particular brand, what they like and don't like about various
products or services, and any special needs they might have that aren't being satisfied.
A focus group session might also include a discussion of types of ad appeals to use or
evaluate the advertising of various companies.

Focus group interviews bring the creative people and others involved in creative
strategy development into contact with the customers. Listening to a focus group gives
copywriters, art directors, and other creative specialists a better sense of who the target
audience is, what the audience is like, and who the creatives need to write, design, or
direct to in creating an advertising message. Focus groups can also be used to evaluate
the viability of different creative approaches under consideration and suggest the best
direction to pursue.[23]

Another form of qualitative input that has become popular among advertising agen-
cies is **ethnographic research,** which involves observing consumers in their natural
environment.[24] Some agencies send anthropologists or trained researchers into the
field to study and observe consumers in their homes, at work, or at play. For example,
the Ogilvy & Mather agency has a research unit called the Discovery Group which
moves into consumers' homes, follows consumers in their leisure pursuits, or trails
them as they move through their daily lives.[25] For Ogilvy client Miller beer, Discovery
staffers traveled around the country filming Miller drinkers, as well as those drinking
competitive brands. They used the tapes to study group dynamics and how the dynam-
ics changed while people were drinking. The agency used the insights gained from the
study to help develop a new advertising campaign for Miller Lite beer, which will be
discussed later in the chapter. Many marketing and agency researchers prefer ethno-
graphic research over the use of focus groups, as the latter technique has a number of
limitations. Strong personalities can often wield undue influence in focus groups, and
participants often will not admit, or may not even recognize, their behavior patterns
and motivations. However, ethnographic studies can cost more to conduct and are
more difficult to administer.

Generally, creative people are open to any research or information that will help
them understand the client's target market better and assist in generating creative
ideas. The advertising industry is recognizing the importance of using research to
guide the creative process. The Advertising Research Foundation recently initiated the
David Ogilvy Awards, named after the advertising legend who founded Ogilvy &
Mather. These awards are presented to teams of advertising agencies, client compa-
nies, and research companies in recognition of research that has been used success-
fully to determine the strategy and effectiveness of ad campaigns. For example, the
California Milk Processor Board, which is a past winner of the David Ogilvy Award,
has used both quantitative and qualitative research in developing the popular "Got

O'Guinn    Allen    Semenik

# ADVERTISING & INTEGRATED BRAND PROMOTION

5e



# SOUTH-WESTERN
CENGAGE Learning™

**Advertising and Integrated Brand Promotion, Fifth Edition**
Thomas C. O'Guinn, Chris T. Allen, Richard J. Semenik

Vice President of Editorial, Business: Jack W. Calhoun

Editor-in-Chief: Melissa S. Acuña

Acquisitions Editor: Mike Roche

Managing Developmental Editor: John Abner

Marketing Manager: Mike Aliscad

Managing Media Editor: Pam Wallace

Media Editor: John Rich

Marketing Communication Manager: Sarah Greber

Sr. Marketing Coordinator: Sarah Rose

Sr. Manufacturing Coordinator: Diane Gibbons

Production Service: Lachina

Art Director: Stacy Shirley

Internal Designer: Craig Ramsdell

Cover Designer: Grannan Graphic Design

Cover Image: © Lou Beach

Photography Manager: Don Schlotman

Photo Researcher: Susan van Etten

© 2009, 2006 South-Western, a part of Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution, information storage and retrieval systems, or in any other manner—except as may be permitted by the license terms herein.

For product information and technology assistance, contact us at
**Cengage Learning Academic Resource Center, 1-800-423-0563**

For permission to use material from this text or product, submit all requests online at **cengage.com/permissions**
Further permissions questions can be emailed to
**permissionrequest@cengage.com**

ExamView® is a registered trademark of eInstruction Corp. Windows is a registered trademark of the Microsoft Corporation used herein under license. Macintosh and Power Macintosh are registered trademarks of Apple Computer, Inc. used herein under license.

© 2009 Cengage Learning. All Rights Reserved.

Cengage Learning WebTutor™ is a trademark of Cengage Learning.

Library of Congress Control Number: 2008922770

Student Edition ISBN 13: 978-0-324-56862-2

Student Edition ISBN 10: 0-324-56862-2

Instructor's Edition ISBN 13: 978-0-324-56940-7

Instructor's Edition ISBN 10: 0-324-56940-8

**South-Western Cengage Learning**
5191 Natorp Boulevard
Mason, OH 45040
USA

Cengage Learning is a leading provider of customized learning solutions with office locations around the globe, including Singapore, the United Kingdom, Australia, Mexico, Brazil, and Japan. Locate your local office at: **international.cengage.com/region**

Cengage Learning products are represented in Canada by Nelson Education, Ltd.

For your course and learning solutions, visit **academic.cengage.com**

Purchase any of our products at your local college store or at our preferred online store **www.ichapters.com**

Printed in the United States of America
4 5 6 7 11 10

SIL 0296

### Strategic Implications of Feel-Good Advertising.

- Eager creatives. Creatives win awards and advance their careers with this style of advertising.
- May perform better in cluttered media environment.
- Can have wear-out problems if the emotional appeal is too strong.

**Method B: Humor Ads.** The goal of a humor ad is pretty much the same as that of other feel-good ads, but humor is a different animal. Generally, the goal of humor in advertising is to create in the receiver a pleasant and memorable association with the brand. Recent advertising campaigns as diverse as those for ESPN ("This Is SportsCenter"), California Milk Processor Board ("Got Milk?") and Las Vegas ("What Happens in Vegas, Stays in Vegas") have all successfully used humor as the primary message theme. But research suggests that the positive impact of humor is not as strong as the intuitive appeal of the approach. Quite simply, humorous versions of advertisements often do not prove to be more persuasive than nonhumorous versions of the same ad. Funny ads are usually great entertainment, but may often be pretty bad business investments.

How many times have you been talking to friends about your favorite ads, and *you say something* like, "Remember the one where the guy knocks over the drink, and then says. . . ." Everybody laughs, and then maybe some*one says something* like, "I can't remember who it's for, but what a great ad." Wrong; this is not a great ad. You remember the gag, but not the brand. Not good. You and your friends didn't pay for the ad. How come with some funny ads you can recall the brand? The difference may be that in the ads you recall the payoff for the humor is an integral part of the message strategy. Thus, it better ensures the memory link between humor and brand. If the ad is merely funny and doesn't link the joke (or the punch line) to the brand name, then the advertiser may have bought some very expensive laughs. Clients rarely consider this funny.

A great example of an explicitly linked payoff is the Bud Light "Give Me a Light" campaign of the early 1980s. "Miller Lite" was quickly becoming the generic term for light beer. To do something about this, Bud Light came up with the series of "Give Me a Light" ads to remind light beer drinkers that they had to be a little more specific in what they were ordering. The ads showed customers ordering "a light" and instead getting spotlights, landing lights, searchlights, lights in Wrigley Field, and all sorts of other types of lights. The customer in the ad would then say, "No, a Bud Light." The ads not only were funny, but also made the point perfectly: Say "Bud Light," not just "a light," when ordering a beer. In addition, the message allowed thousands of customers and would-be comedians in bars and restaurants to repeat the line in person, which amounted to a lot of free advertising. The campaign, by Needham, Harper and Steers-Chicago (now DDB Chicago), was a huge success. Why? Because the punch line was firmly linked to the brand name, and the ad actually got consumers to repeat the tag line in actual consumer practice.

Miller Brewing has both reaped the benefits of humor in its recent ad campaigns and suffered from its risks. The original "Less Filling—Tastes Great" campaigns that pitted famous retired athletes against one another rose to great prominence in the late 1970s and through nearly the entire decade of the 1980s. Sports fans could hardly wait for the next installment of the campaign. But the campaign, while highly successful overall, ultimately ran into the problem of wear-out. The brand began to lose market share and is still struggling to regain past glories. In fact, Miller advertising has been all over the place for the last decade or so. Any ideas for Miller?

SIL0297