CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 127

DATE: _____ IDEN.

DATE: _____ 10-3-17 EVID.

BY: _____

Deputy Clerk

# SILVERMAN CONSULTING LLC

**Bruce Silverman** is one of America's most respected advertising and branding experts.



Prior to forming Silverman Consulting LLC in 2005, Bruce served as EVP/Executive Creative Director at three of America's largest advertising agencies (Ogilvy, Bozell and BBDO), as President of two of the nation's best independently-owned agencies (Asher/Gould and Wong Doody), and as President/CEO of the principal U.S. unit of the world's largest media planning and buying shop (Initiative Worldwide). A long-time member of the Board of Directors of the American Association of Advertising Agencies, he also served as Vice Chairman of the Western Region of the AAAA and Vice President of the Los Angeles Advertising Agency Association. Bruce provides advice and counsel to companies both in the U.S. and abroad engaged in marketing consumer goods and services. In addition, he works with law firms as an expert witness on cases relating to false and misleading advertising, trademark infringement, consumer confusion, branding, publicity rights, advertising industry custom and practice and media. Bruce has testified numerous times in state and federal courts as well as before the Copyright Royalty Judges of the Library of Congress.

Bruce was the creative mind behind "Don't Leave Home Without It" for American Express, "Bullish on America" (Merrill Lynch), "Something Special in the Air" (American Airlines), "Not made in 'Nooo Yawk Ciddy" (Pace Picante), "The Shell Answer Man" and a dozen other award winning campaigns for such clients as IBM, Hershey's, Baskin-Robbins, Coldwell Banker, Sizzler, Suzuki, Pabst, Sanyo, Mattel, Greyhound and Post. He is particularly proud of the very successful tobacco-use prevention campaign he created and directed for the California Department of Health Services which became the prototype for virtually every anti-tobacco campaign in the world. At Initiative Media, he supervised more than $10 billion in annual media planning and buying for more than 500 clients including Disney, Electronic Arts, Carl's Jr., Taco Bell, Albertson's, Acura, Bally's Health & Fitness, Six Flags, America Online, the United States Navy and Yahoo!

Bruce has appeared frequently on television and radio and has been interviewed by *The New York Times, The Wall Street Journal, The New Yorker* and many other newspapers and magazines on subjects relating to advertising and media. He has taught advertising at Pepperdine


Silverman
EXHIBIT NO. 103
8/13/15
Wendy S. Schreiber

Bruce Silverman Biography
Page 2

University and UCLA Extension, and has guest lectured at the UCLA Anderson School of Management, UCLA Fielding School of Public Health, USC, California State University Northridge, California State University San Diego, California State University San Francisco, Rice University, the University of Houston, the University of Texas, the Thunderbird School of Management, NYU, Stanford and the University of Hawaii.

Bruce has also served as a board director and/or advisory board member for a number of media-related companies including Triton Media, 24/6, Inc., NFH, Inc., Adam, Inc., Telecentris, Inc., Big Moving Pictures, Inc., NTB Media, Inc., Bulzi Media, Inc. and Madison Avenue Media, Inc.

A graduate of Adelphi University in New York (where he has been honored as a "Distinguished Alumnus"), Bruce is a confirmed theater, music and arts junkie, voracious reader, sports fan and world traveler. He is also very active in community activities. He was a founding board member of the Los Angeles Children's Museum and later served as Chairman of the Resource Development Committee of the Starbright Foundation. In addition, he served for six years as a member of the Dean's Advisory Board of UCLA Extension, for three years as a member of the County of Los Angeles Public Library Strategic Plan Advisory Council and he has been an active member of The Television Academy (the Emmy's organization) for a quarter-century. Bruce is married to Nancy Cole Silverman, a former radio and publishing executive who is the author of the novels *Shadow of Doubt, When in Doubt, Don't!, Ode to Kokopelli, The Centaur's Promise* and *The Salvationist.*

# SILVERMAN
# CONSULTING LLC

## BRUCE G. SILVERMAN
*CURRICULM VITAE*

| | |
|---|---|
| May 2005 – Present | **SILVERMAN CONSULTING LLC**<br>**Principal** |

Adviser to a number of international companies and marketing services firms.  Interim CEO at Dynasty Visual Effects LLC and 24/6, Inc. (dba Pocket Billboards).  Expert witness (case list attached) for law firms representing clients in cases where marketing, advertising, media and/or branding is at issue.

| | |
|---|---|
| January 2004 – April, 2005 | **WONG DOODY ADVERTISING (Los Angeles)**<br>**President** |

Wong Doody is an independently-owned advertising agency best known for its excellent creative product. Clients included Alaska Airlines, Autodesk, MGM Home Entertainment, Sony Pictures, Los Angeles Dodgers, Alpine Electronics, Clif Bar, Inc., UCLA/Anderson School of Management.

| | |
|---|---|
| April, 1997 – Dec., 2003 | **INITIATIVE PARTNERS (Los Angeles)**<br>**President/CEO** |

Management responsibility for principal U.S. unit of world's largest ($22BB+) advertising media agency. Member, Initiative Worldwide Board of Directors. Accounts included Walt Disney Company (all divisions), Carl's Jr./Hardee's, Unilever, Arco, E*Trade, Albertson's, Baskin-Robbins, Cisco Systems, HealthNet, The Home Depot, Taco Bell plus more than 100 advertising agencies operating throughout the United States and Canada.

| | |
|---|---|
| January 86 – March '97 | **ASHER/GOULD ADVERTISING, INC. (Los Angeles)**<br>**President/Chief Creative Officer/Chief Operating**<br>**Officer**<br><br>Principal, Board of Directors.  Clients included Suzuki cars and trucks; Pabst Brewing Company, Southern California Cable Marketing Council, Pizza Hut, Sanyo, ITT/Sheraton, State of California Department of Health Services, American Savings Bank, Baskin-Robbins, SunAmerica, Avery Dennison, The Men's Wearhouse. |
| January 84 – December '86 | **BBDO/WEST, INC. (Los Angeles, San Francisco)**<br>**Executive Vice President; General Manager and Chief**<br>**Creative Officer**<br>Vice Chairman, Board of Directors.  Accounts included Apple Computer International, Coldwell Banker, Sizzler, PIP Printing, Hughes Supermarkets, Sanyo/Fisher, Southern California Dodge Dealers, Sebastiani Vineyards |
| January 81 – December '83 | **BOZELL & JACOBS, SOUTHWEST, INC. (Dallas)**<br>**Executive Vice President; Chief Creative Officer**<br>Member, Bozell & Jacobs, Inc. Board of Directors. Accounts included American Airlines, Greyhound, Symantec, Zale Corporation, Pace Foods, Quaker Oats, Armour Foods. |
| August 67 – December '80 | **OGILVY & MATHER, INC. (New York)**<br>Senior Vice President; Executive Creative Director, O&M New York. Also ECD, Los Angeles (1977-80); Houston (1974-77); Associate Creative Director, O&M New York (1972-74).<br><br>Member, O&M USA Council of Directors.  Accounts included American Express, Shell, Merrill Lynch, Mercedes Benz, Panasonic, Maxwell House, Nabisco, Post cereals, Imperial Margarine, Dove soap, IBM, Smith Barney, Mattel, Universal Studios, Trailways, Korean Airlines, TWA, KLM, Puerto Rico Tourism, British Tourism, French Tourism, Nickelodeon, MTV. |
| **EDUCATION** | June 1966 BA, Adelphi University, Garden City, New York |

**INDUSTRY**

Vice Chairman, Western Region – American Association of Advertising Agencies (industry trade association) (1995-2002)

National Board of Directors – American Association of Advertising Agencies (1995-2002)

Vice President – Los Angeles Advertising Agencies Association (1995-2002)

Member, Los Angeles Advertising Club (1978-1980; 1984-2005)

Vice President – Dallas Advertising Club (1981-1983)

Vice President – Houston Advertising Federation (1975-1977

Member – Academy of Television Arts & Sciences

Director – Los Angeles Chapter, Forensic Expert Witness Association

**TEACHING POSITIONS**

Instructor: Pepperdine University, UCLA Extension

Guest Instructor: UCLA Anderson School of Management, University of Southern California, California State University Northridge, California State University San Diego, California State University San Francisco, Southern Methodist University, the University of Houston, the University of Texas, the Thunderbird School of Management, New York University, Stanford University and the University of Hawaii.  Dean's Board of Advisors, UCLA Extension

**OTHER**

Author: *How to Create Tobacco-Use Prevention Advertising That Works*; University of Florida Press, 1996

Author: *How to Complain for Fun and Profit;* Schulzke Publishing, 2008

Media Appearances:  Frequent "advertising/marketing guest authority" on Bloomberg News, NBC News, ABC 20/20; cited in articles in *Wall Street Journal, New York Times, Los Angeles Times, USA Today, Advertising Age, AdWeek*

**AWARDS:**

Multiple Clios, One Show "Pencils," multiple Beldings, two Gold Lions at Cannes International Advertising Festival; two David Ogilvy Awards.

## CLIENTS SERVED (BY CATEGORY)
### (Partial List; 1968-2015)

**Apparel/Fashion**
C& R Clothiers (Asher/Gould)

Cherokee Apparel (Asher/Gould)

The Men's Wearhouse (Asher/Gould)

Harris & Frank Clothiers (Asher/Gould)

Kennedy's Clothiers (Asher/Gould)

Mervyn's (Wong Doody)

Nordstrom (Wong Doody)

**Automotive**
Acura (Initiative)

Chevrolet (Initiative)

Dodge and Dodge Dealer Associations (BBDO)

Kia (Initiative)

Jaguar (Bozell)

Mercedes-Benz (Ogilvy)

Peugeot (Ogilvy)

Suzuki (Asher/Gould)

**Beverages**
Ballantine Ale (Asher/Gould)

Brew 102 Beer (Asher/Gould)

Country Club Malt Liquor (Asher/Gould)

Country Time Lemonade (Ogilvy)

Falstaff Beer (Ogilvy; Asher/Gould)

Hamm's Beer (Asher/Gould)

Mountain Dew (Ogilvy)

M. LaMont Vineyards (Ogilvy)

Olde English 800 Malt Liquor (Asher/Gould)

Olympia Beer (Asher/Gould)

Pabst Blue Ribbon Beer (Asher/Gould)

Pearl Beer (Asher/Gould)

Pepsi Light (Ogilvy)

Private Stock Malt Liquor by Haffenreffer (Asher/Gould)

Schaeffer Beer (Ogilvy)

- 4 -

Sebastiani Vineyards (BBDO)

Vitel Mineral Water (BBDO)

**Corporate**
Autodesk (Wong Doody)

Avery Dennison (Asher/Gould)

Cessna Citation (Ogilvy)

Church of Jesus Christ of Latter Day Saints (Initiative)

City Investing (Ogilvy)

Cooper Industries (Ogilvy)

Dresser Industries (Ogilvy)

IBM (Ogilvy)

International Nickel (Ogilvy)

International Paper (Ogilvy)

Owens-Corning Fiberglas (Ogilvy)

Rail LA (Silverman LLC)

Shell Oil Company (Ogilvy)

Worldwide Church of God (BBDO)

**Consumer Electronics**
Alpine Electronics (Wong Doody)

Fisher (BBDO)

Panasonic (Ogilvy)

Sanyo (Asher/Gould)

**Direct Response**
American Express cards (Ogilvy)

Associates Financial (Bozell)

Bally's Health and Fitness (Initiative)

Bryman College (Asher/Gould)

HBO (Asher/Gould)

Intercept Program (Asher/Gould)

Jenny Craig (Initiative)

Kaiser/Permanente (Initiative)

Law Offices of Larry H. Parker (Asher/Gould; Silverman LLC)

Mobile Dynamics (Wong Doody)

National Education Centers (Asher/Gould)

Nationwide PharmAssist (Silverman LLC)

Paintrol Clinics (Asher/Gould)

Southern California Cable Marketing Council (Asher/Gould)

UCLA Anderson School of Management (Wong Doody)

**Education**

Bryman College (Asher/Gould)

Mobile Dynamics (Wong Doody)

National Education Centers (Asher/Gould)

National University (Initiative)

UCLA Anderson School of Management (Wong Doody)

**Entertainment**

Buena Vista Pictures (Initiative)

Center Theatre Group/Ahmanson Theatre; Mark Taper Forum (Initiative)

Circus World (Ogilvy)

Disney Home Video (Initiative)

Grand Ol' Opry (Ogilvy)

HBO (BBDO and Asher/Gould)

Houston Grand Opera (Ogilvy)

Los Angeles Dodgers (Wong Doody)

MGM Home Video (Wong Doody)

MTV (Ogilvy)

Nickelodeon (Ogilvy)

Opryland USA (Ogilvy)

Ringling Brothers Barnum & Bailey Circus (Ogilvy)

Six Flags (Ogilvy)

Sony Pictures Digital Entertainment (Wong Doody)

Southern California Cable Marketing Council (Asher/Gould)

The Walt Disney Company (Initiative)

Touchstone Pictures (Initiative)

UCLA Athletics (Silverman LLC)

UPN (Initiative)

Walt Disney Pictures (Initiative)

Warner Brothers  (Initiative)

World Poker Tour (Wong Doody)

**Financial Services**

Allied Bank of Texas (Bozell)

American Express Credit Cards (Ogilvy)

American Express International Bank (Ogilvy)

American Savings Bank (Asher/Gould)

Associates Financial (Bozell)

Bowery Savings Bank (Ogilvy)

E*Trade (Initiative)

Gibraltar Savings & Loan of California (Ogilvy)

Gibraltar Savings & Loan of Texas (Ogilvy)

Merrill Lynch (Ogilvy)

J. P. Morgan & Co. (Ogilvy)

Nationwide Insurance (Ogilvy)

Plastic Cash International  (Wong Doody)

Republic Bank of Texas (Bozell)

Smith Barney (Ogilvy)

SunAmerica (Asher/Gould)

Union Bank of California (BBDO)

U.S. Trust (Ogilvy)

Valley National Bank – AZ (Bozell)

Wei Dong Investment Holdings Ltd.

**Gaming**

Augustine Casino (Wong Doody)

Bellagio Hotel & Casino (Initiative)

California Lottery (Initiative)

Desert Inn Hotel & Casino (Asher/Gould)

Las Vegas Convention and Visitor's Authority (Initiative)

MGM Grand Hotel & Casino (Asher/Gould)

Mirage Hotel & Casino (Initiative)

New York New York Hotel & Casino (Asher/Gould)

Treasure Island Hotel & Casino (Initiative)

**Grocery Products (includes. Packaged Goods)**

Armour Foods (Bozell)

Balance Bar (Initiative)

Beijing Zhong Gao International HR Co. Ltd. (Silverman LLC)

California Avocados (Asher/Gould)

California Eggs (Asher/Gould)

Clif Bar (Wong Doody)

Conagra Foods (Bozell)

Dove Liquid (Ogilvy)

Heath Bars (Bozell)

Hershey (Ogilvy)

Imperial Margarine (Ogilvy)

Luna Bar (Wong Doody)

Nabisco Double Stuf (Ogilvy)

Nabisco Krazy Glazy (Ogilvy)

Nabisco Saltine Crackers (Ogilvy)

Nabisco Sooper Kookies (Ogilvy)

Pace Picante Sauce (Bozell)

Pepperidge Farm (Ogilvy)

Post Alpha-Bits (Ogilvy)

Post Cocoa Pebbles (Ogilvy)

Post Fruity Pebbles (Ogilvy)

Post Super Sugar Crisp (Ogilvy)

Reese's Peanut Butter Cups (Ogilvy)

Quaker Oats (Bozell)

Swanson Frozen Dinners (Ogilvy)

**Health & Beauty Aids**

Avon Cosmetics (Ogilvy)

Contac (Ogilvy)

Dove Beauty Bar (Ogilvy)

Kinerase (Wong Doody)

Mary Kay Cosmetics (Bozell)

Mead-Johnson Enfamil (Ogilvy)

Mead-Johnson Metrecal (Ogilvy)

Pears Soap (Ogilvy)

|                | Rembrandt Whitening Toothpaste (Wong Doody) |
|                | Twice as Nice shampoo (Ogilvy) |

**Healthcare**

Century Aesthetics (Silverman LLC)
Century City Doctors Hospital (Silverman LLC)
Doctor Campbell Credit Dentists (Asher/Gould)
Intercept Program (Asher/Gould)
Kaiser Permanente (Initiative)
Modern Diagnostics (Silverman LLC)
Nationwide PharmAssist (Silverman LLC)
Paintrol Clinics (Asher/Gould)
Private Health Management (Silverman LLC)
Salus Surgical Centers (Silverman LLC)
UCLA Health System (Silverman LLC)
United Health Plan (Asher/Gould)

**Hi-Tech**

Apple Computers/International (BBDO)
Autodesk (Wong Doody)
Cadforce (Silverman LLC)
Cisco (Initiative)
Compaq (Ogilvy)
Gateway (Initiative)
IBM (Ogilvy)
Intel (Initiative)
Symantec (Bozell)

**Industrial**

Cessna (Ogilvy; Bozell)
International Paper (Ogilvy)
Dresser Industries (Ogilvy)
Falcon Waterfree (Silverman LLC)
Owens-Corning Fiberglas (Ogilvy)
Shell Farm Chemicals (Ogilvy)
Shell Industrial Chemicals (Ogilvy)
Shell Plastics and Resins (Ogilvy)

- 9 -

Shell Synthetic Rubber (Ogilvy)

**Internet**

America On-Line (Initiative)

E-Trade On-Line (Initiative)

Event 411.com (Initiative)

Petstore.com (Initiative)

PlasticCash.com (Wong Doody)

Yahoo! (Initiative)

**Marketing Communications Agencies**

Ayzenberg (Silverman LLC)

Beijing Reach-All Investment Company Ltd. (Silverman LLC)

BH Direct (Silverman LLC)

Bright Strategic Design (Silverman LLC)

Bullpen Integrated Marketing (Silverman LLC)

Eclipse Studio, Beijing (Silverman LLC)

Glyphix (Silverman LLC)

Horizon Media (Silverman LLC)

M Creative Group (Silverman LLC)

Nice Advertising (Silverman LLC)

Radarworks (Silverman LLC)

Rogers & Associates (Silverman LLC)

Schiller LLC (Silverman LLC)

U.S. International Media (Silverman LLC)

**Media/Publishing**

Frontiers Media LLC (Silverman LLC)

Sirius XM (Silverman LLC)

Triton Media (Silverman LLC)

**Miscellaneous Products**

Paragon Luggage  (Wong Doody)

Zippo (Ogilvy)

**Office Products**

Avery Dennison (Asher/Gould)

Intuit – QuickBooks (Wong Doody)

**Petroleum Products**          Arco (Initiative)

                                Shell Fire & Ice Motor Oil (Ogilvy)

                                Shell Gasoline (Ogilvy)


**Professional Services**       CFO911 (Silverman LLC)

                                Law Offices of Larry H. Parker
                                (Asher/Gould; Silverman LLC)


**Real Estate**                 Coldwell Banker (BBDO)

                                Esprit (Silverman LLC)

                                Move.com (Silverman LLC)

                                Pacifica Ventures (Silverman LLC)

                                Relocation.com (Silverman LLC)

                                The Woodlands (Ogilvy)


**Restaurants**                 Acapulco (Asher/Gould)

                                Baskin-Robbins (Ogilvy; Asher/Gould)

                                Bennigan's (Bozell)

                                Burger Chef (Ogilvy)

                                Carl's Jr. (Initiative)

                                Der Weinerschnitzel (Initiative)

                                Godfather's Pizza (Bozell)

                                Hardee's (Initiative)

                                KFC (Initiative)

                                Packard's Grill (Asher/Gould)

                                Pioneer Chicken (Asher/Gould)

                                Pizza Hut (Asher/Gould)

                                Sizzler (BBDO)

                                Steak & Ale (Bozell)

                                Taco Bell (Initiative)

                                Togo's (Initiative)

                                Tom Sawyer's Old Fashioned Fried Chicken (Ogilvy)

**Retail**

Aaron Brothers Art Marts (Asher/Gould)

Albertson's Supermarkets (Initiative)

Arco (Initiative)

Bailey Banks & Biddle Jewelers (Bozell)

Big Lots (Initiative)

C&R Clothiers (Asher/Gould)

Checker Auto Parts (Bozell)

Circle K (Initiative)

Factory2You Stores (Asher/Gould)

Family Bargain Center Stores (Asher/Gould)

Harris & Frank Clothiers (Asher/Gould)

Hughes Supermarkets (BBDO)

Kennedy's Clothiers (Asher/Gould)

Men's Wearhouse (Asher/Gould)

Mervyn's (Wong Doody)

Nordstrom (Wong Doody)

PIP Printers (BBDO)

Ralphs Supermarkets (Initiative)

Safeway Supermarkets (Initiative)

Sears (Ogilvy)

Sit 'n Sleep (Silverman LLC)

Stater Brothers Supermarkets (Initiative)

The Home Depot (Initiative)

Tesco (Silverman LLC)

Vons Supermarkets (Initiative)

Wherehouse Records & Tapes (Asher/Gould)

Zale Jewelers (Bozell)

**Social Marketing**

California Dept. of Boating and Waterways (Boating Safety) (Initiative)

California Department of Health Services – BabyCal (Asher/Gould)

California Department of Health Services – First5 (Asher/Gould)

California Department of Health Services – HIV Prevention (Asher/Gould)

California Department of Health Services – Tobacco-Use Prevention (Asher/Gould)

Oregon Health Department – Tobacco-Use Prevention (Asher/Gould)

United States Department of Commerce, Census 2000 (Initiative)

United States Government; Centers for Disease Control – Tobacco-Use Prevention (Initiative)

White House office of National Drug Control Policy – Drug-use Prevention (Initiative)

**Telecommunications**

Nextel (Initiative)

Telcentris (Silverman LLC)

Southwestern Bell (Bozell)

VoxOx (Silverman LLC)

**Tobacco**

Tijuana Smalls (Ogilvy)

**Tires/Batteries/Accessories**

Arco (Initiative)

Goodyear (Ogilvy)

Shell (Ogilvy)

**Toys/Games**

Electronic Arts (Initiative)

Mattel Electronics (Ogilvy)

Mattel Toys and Games (Ogilvy)

**Travel/Tourism**

Alaska Airlines (Wong Doody)

Alaska Tourism (Initiative)

ALM Royal Dutch Airlines (Ogilvy)

American Airlines (Bozell; Initiative)

American Express Travel Service (Ogilvy)

Avis Rent-a-Car (Bozell)

Bellagio Hotel & Casino

British Tourist Authority (Ogilvy)

- 13 -

Cunard Lines (Ogilvy)

Desert Inn Hotel & Casino (Asher/Gould)

Disneyland and Walt Disney World

French Government Tourist Office (Ogilvy)

Greyhound Lines (Bozell)

Hyatt Regency Maui (Ogilvy)

Hyatt Regency Waikiki (Ogilvy)

KLM Royal Dutch Airlines (Ogilvy)

Korean Airlines (Ogilvy)

Las Vegas Convention & Visitors Bureau (Initiative)

Loreto Bay (Wong Doody)

Marriott (Ogilvy)

MGM Grand Hotel & Casino (Asher/Gould)

Mirage Hotel & Casino (Initiative)

New York New York Hotel & Casino (Asher/Gould)

Opryland USA (Ogilvy)

Six Flags (Ogilvy)

Trailways Bus Lines (Ogilvy)

Treasure Island Hotel & Casino

TWA (Ogilvy)

United States Travel Authority (Ogilvy)

Universal Studios Hollywood (Ogilvy)

Yosemite National Park and the Curry Company (Ogilvy)

**Utilities**

Houston Lighting & Power (Ogilvy)

Nextel (Initiative)

Salt River Project (Bozell)

Southwestern Bell (Bozell)

## EXPERT WITNESS EXPERIENCE

1. I have been designated as an Expert Witness 54 times.  (I have consulted on a number of other branding/trademark/marketing/advertising/media-related cases as well.)

2. I have been deposed as an Expert 24 times.

3. I have prepared Expert Reports and/or Declarations 47 times.

4. I have been qualified and have testified as an Expert in court/and or at arbitration hearings 12 times.

   - Arbitration Hearing, Los Angeles, CA 2013
   - Arbitration Hearing, Bakersfield, CA, 2012
   - Portland, United States District Court, 2012
   - Los Angeles, Superior Court for the State of California, 2011
   - Arbitration Hearing, Los Angeles, 2011
   - Arbitration Hearing, Los Angeles, 2009
   - Santa Ana, CA, Superior Court for the State of California, 2009
   - Norwalk, CA, Superior Court for the State of California, 2008
   - Washington, DC, Copyright Royalty Court of the Library of Congress, 2007
   - Los Angeles, United States District Court, 2006
   - Los Angeles, Superior Court for the State of California, 2006
   - San Diego, Superior Court for the State of California, 2002

5. Approximately 30 percent of my professional time is spent as an "Expert Witness."

6. Approximately 67 percent of my work has been for the plaintiff.

7. Approximately 33 percent of my work has been for the defendant.

# EXPERT WITNESS EXPERIENCE

(** Indicates Active Case)

| RETAINED IN 2015 | DESIGNATED BY: | ISSUE(S) | ACTIVITIES |
|---|---|---|---|
| **RUDOLPH BONETATI v. MARIO MORAN** United States District Court Central District of California, Western Division Case No.: 2:14-cv-04287. Filed: 12/19/2015. | Plaintiff<br><br>Counsel:<br>Bonetati, Kincaid & Soble<br>Santa Ana, CA<br>Matthew Arigo | Trademark Infringement | Submitted Expert Report 2/25/2015 |
| **MICHAEL D. FRIEDMAN, et. al. v. OLD REPUBLIC HOME PROTECTION COMPANY, INC.** United States District Court, Central District of California Case No. EDCV 12-1833 AG (OPx). Filed: 10/9/2013. | Plaintiff<br><br>Counsel:<br>Cotchett Pitre & McCarthy<br>San Francisco<br>Anne Marie Murphy | False and misleading advertising | Submitted Expert Report (2/11/2015) |
| **SCOTT EHREDT v. MEDIEVAL TIMES et. al.** JAMS Case No. 1220047549. Originally filed in Superior Court of California, County of Los Angeles Filed: 12/13/2013. | Plaintiff<br><br>Counsel:<br>The Hamideh Firm<br>Los Angeles<br>Bassil Hamideh | Publicity rights | Submitted Expert Report (2/9/2015) Deposed 2/27/2015 |

| RETAINED IN 2014 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| ** ONE HOUR AIR CONDITIONING FRANCHISING LLC v. DALLAS UNIQUE INDOOR COMFORT, LTD.** United States District Court, Middle District Of Florida, Tampa Case No.: 8:13-cv-3278. Filed 12/31/2013. | Plaintiff<br><br>Counsel:<br>Frost Brown Todd,<br>Louisville, KY<br>D. Christopher Robinson | Trademark infringement | Submitted Expert Report (1/20/2015) |
| ** OROLOGIO OF SHORT HILLS, INC. and OROLOGIO INTERNATIONAL LTD., INC. v. THE SWATCH GROUP (U.S.) INC.** United States District Court for the District of New Jersey Case No. 2:11-cv-06854-SDW-MCA Filed: 11/22/2011 | Defendant<br><br>Counsel:<br>Wuersch & Gering,<br>New York, NY<br>Samuel Levy | Advertising industry custom and practice re co-op advertising | Submitted Rebuttal Expert Report (11/8/2014) |

- 16 -

| | | | |
|---|---|---|---|
| **\*\* GLENNON MARRERO v. MICHAEL RAY NGUYEN-STEVENSON; UNIVERSAL MUSIC GROUP, INC.; TILLY'S, INC.; SHIEKH SHOES; AND DOE CORPORATION**<br>United States District Court<br>Central District of California<br>Western Division<br>Case No. 13-Cv-09291-Cbm-Pjw<br>Filed: 9/22/2014 | Defendant<br><br>Counsel:<br>Krongold Law Group<br>Irvine, CA<br>Steve Krongold | Advertising industry custom and practice re logo designs | Submitted Expert Report (10/29/2014)<br>Submitted Rebuttal Report (11/2/2014)<br>Deposed (11/7/2014) |
| **POQUITO MAS LICENSING CORPORATION v. TACO BELL CORP**<br>United States District Court,<br>Central District Of California<br>Case No. 8:13-Cv-01933-Doc-Jpr<br>Filed: 04/16/14 | Plaintiff<br><br>Counsel:<br>Blakely Law Group,<br>Manhattan Beach,<br>CA<br>Brent Blakely | Trademark infringement | Submitted Expert Report (10/10/2014);<br>Deposed (10/16/2014) |
| **\*\* THE CLEARLY FOOD & BEVERAGE CO., INC. v. TOP SHELF BEVERAGES, INC**<br>United States District Court,<br>The Western District of Washington<br>Case No. 2:13-cv-01763-JLR<br>Filed: 09/30/13 | Defendant<br><br>Counsel:<br>Law Offices Of Nate<br>Kelly,<br>Beverly Hills, CA<br>Nate Kelly | Trademark infringement | Submitted Expert Report (10/3/2014) |
| **\*\* CHRISTOPHER LEWERT et. al. v. BOIRON, INC. et. al.** (Successor to Jovel v. Boiron)<br>United States District Court, Central District of California<br>Case No. 2:11-cv-10803-SVW-SH.<br>Second Amended Complaint Filed: 5/19/2014 | Defendant<br><br>Counsel:<br>Orrick, Herrington &<br>Sutcliffe,<br>Los Angeles<br>Elliot Henry | False and misleading advertising | Submitted Supplemental Expert Report (7/14/2014) |
| **\*\* SARCO CREEK RANCH AND WILLIAM PARMLEY v. MILTON GREESON AND SARCO CREEK LAND & CATTLE COMPANY.**<br>U.S. District Court for the<br>Southern District of Texas (Victoria)<br>Case #: 6:14-cv-00013<br>Filed 9/6/2013 | Plaintiff<br><br>Counsel:<br>Law Offices of<br>Delphine James,<br>Houston, TX<br>Delphine James | Trademark infringement | Submitted Expert Report (5/19/2014) |
| **\*\* BASIC RESEARCH, LLC v. JASPER PRODUCTS, LLC**<br>In the Third Judicial District Court in and for Salt Lake County, State of Utah<br>Case No. 110903662<br>Filed June 17, 2011 | Plaintiff<br><br>Counsel:<br>Price Parkinson &<br>Kerr,<br>Salt Lake City, UT<br>Mark Williams | Consumer purchasing behavior | Submitted Expert Report (5/12/2014);<br>Deposed (7/16/2014) |

| | | | |
|---|---|---|---|
| **NICHOLAS HUFFMAN v. EBAY, INC., et al.** Superior Court of the State of California, County of San Francisco Case No. CGC-13-528208. Filed: 1/24/2013 | Plaintiff Counsel: Gearinger Law Group, San Francisco, CA Brian Gearinger | Publicity rights | Submitted Expert Report (1/9/2014) |
| **GRUPO GALLEGOS v. LA CURACAO; CURACAO, LTD; ADIR INTERNATIONAL, LLC** Superior Court of the State of California, County of Los Angeles Case No. BC496768. Filed :5/20/2013 | Defendant Direct: Curacao LTD, Los Angeles, CA Mauricio Fux, General Counsel | Advertising industry custom and practice re agency compensation | Settled prior to deposition |

| RETAINED IN 2013 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| **DOUGLAS HENDRICKS, MD v. PHYSICIANS SKIN & WEIGHT CENTERS, INC.** United States District Court for the Central District of California Case No. SACV 12-02169 (RNBx). Filed: 12/14/2012 | Defendant Counsel: Veatch Carlson, Los Angeles, CA S. Martin Keleti | Copyright infringement; false and misleading advertising | Submitted Expert Report (1/2/2014) |
| ** **MERIDIAN CREATIVE ALLIANCE, LLC v. O'REILLY AUTOMOTIVE, INC.** In the Circuit Court of Greene County, Missouri Case No. 0931-CV08770 Filed 4/29/2011 | Defendant Counsel: Spencer Fane Britt & Browne Springfield, MO Charles Cowherd | Advertising industry custom and practice re media billing and agency compensation | WIP |
| ** **PRIME MEDIA GROUP LLC v. ACER AMERICA CORPORATION** United States District Court Northern District of California, San Jose Division Case No. 5:12-cv-05020-EJD Filed September 26, 2012 | Plaintiff Counsel: Ungaretti & Harris, Chicago, IL Kevin P. Shea | Advertising industry custom and practice re media billing and agency compensation | Submitted Expert Report (5/30/2014); Submitted Expert Rebuttal Report (8/18/2014); Deposed (9/11/2014) |
| **LEONIDAS JOVEL, et. al. v. BOIRON, INC. et. al.** United States District Court, Central District of California Case No. 2:11-cv-10803-SVW-SH. Filed: 2/27/2013 | Defendant Counsel: Orrick, Herrington & Sutcliffe, Los Angeles, CA Elliot Henry | False and misleading advertising | Submitted Expert Report (11/27/2013); class not certified; refiled with updated named plaintiff (see "Lewart") |

| | | | |
|---|---|---|---|
| **YU HSIANG M. ALEXANDER and CAROL A. WETTERLING-FOOS v. L'OREAL U.S.A. INC.**<br>Superior Court of the State of California, County of Los Angeles<br>Case No: BC 431491. Filed: 10/21/2011 | Plaintiff<br><br>Counsel:<br>Khorrami Boucher<br>Sumner Sanguinetti,<br>Los Angeles, CA<br>Robert J. Drexler | False and misleading advertising | Submitted Expert Report (11/24/2013); Deposed (10/21/2013) |
| **ZENON KESIK v. NATIONAL TV SPOTS, INC.**<br>The Arbitration Tribunals of the American Arbitration Association<br>AAA No. 72 147770 12 S1M. Filed: 1/23/2013 | Claimant<br><br>Retained by Claimant<br>Zenon Kesik | Advertising industry custom and practice re motion picture advertising | Testified at Arbitration (11/25/2013) |
| **LELAND S. SAYLOR v. SAYLOR PUBLICATIONS, INC., SIERRA WEST LLC; AND MARY WALLERS**<br>United States District Court, Central District of California<br>Case No. CV12-7268 MWF (CWx). Filed 8/23/2012 | Plaintiff<br><br>Counsel:<br>Royce Law Firm,<br>East Lansing, MI<br>Christopher R. Royce | Trademark infringement | Submitted Expert Report (11/9/2013) |
| **MEGACOMFORT, INC. v. IMPACTO PROTECTIVE PRODUCTS, INC.**<br>United States District Court, Central District of California, Southern Division<br>Case No: SACV 13 - 00952 JST (AJWx). Filed 6/24/2013. | Plaintiff<br><br>Counsel:<br>Royce Law Firm,<br>East Lansing, MI<br>Christopher R. Royce | Trademark infringement | Submitted Expert Report (11/5/2013) |
| **OTR MEDIA GROUP INC. APPEAL TO CITY OF NEW YORK, BOARD OF STANDARDS AND APPEALS**<br>In Re: 945 Zerega Avenue, Block 3700 Lot 31, Bronx, New York, Calendar No. 67-13-A; 330 Bruckner Boulevard, Block 2599, Lot 165, Bronx, New York, Cal. No. 68-13-A; 945 Zerega Avenue, Block 3700, Lot 31, Bronx, New York, Cal. No. 67-13-A; 174 Canal Street, Block 201, Lot 14, Manhattan, New York, Cal. No. 87-13-A; 25 Skillman Avenue, Block 2746, Lot 45, Brooklyn, New York, Cal. No. 69-13-A | Appellant<br><br>Counsel:<br>Bryan Cave,<br>New York, NY<br>Phyllis Arnold | Advertising industry custom and practice re billboard advertising | Submitted (4) Affidavits (5/31/2013) |
| **BARRY CUTLER v. LANI STARK, ET AL.**<br>Circuit Court of the Second Circuit, State of Hawai'i<br>Civil Case No. 2CC1210798. Filed: 10/3/2012 | Plaintiff<br><br>Retained by Plaintiff<br>Barry Cutler | Publicity rights; advertising industry custom and practice re syndicated television | Submitted Expert Report (5/1/2013) |

| | | | |
|---|---|---|---|
| **NORDSTROM, INC. and NIHC, Inc. v. 752419 CANADA INC. d/b/a BEYOND THE RACK; BEYOND THE RACK ENTERPRISES, INC., and BEYOND THE RACK USA INC.** United States District Court, Western District of Washington at Seattle Case No. 2:12-cv-01387-TSZ  Filed: 8/16/2012 | Plaintiff Counsel: Baker Williams Matthiesen, Houston, TX Sarah Silbert | Trademark infringement | Submitted Expert Report (3/21/2013) |
| **GENERAL CHARLES E. "CHUCK" YEAGER (RET.) and PMN II, LLC v. FORT KNOX SECURITY PRODUCTS** United States District Court for the District of Utah Case No: 11-cv-00091-TS  Filed: 1/21/2012 | Plaintiff Counsel: AlderLaw, Los Angeles, CA Michael Alder | Publicity rights | Submitted Expert Report (3/20/2013) |
| **RESON A/S, and RESON, INC. v. R2SONIC, LLC et al.** Superior Court for the State of California, County of Santa Barbara, Anacapa Division Case No. 1342087 Filed 2/24/2010 | Plaintiff Counsel: Price, Postel & Parma, Santa Barbara, CA Christopher E. Haskell | Trademark infringement | Settled prior to deposition |
| **ZEST IP HOLDINGS, LLC and ZEST ANCHORS, LLC v. IMPLANT DIRECT MFG. LLC, IMPLANT DIRECT LLC, and IMPLANT DIRECT INT'L** United States District Court for the Southern District of California Case No. 3:10-cv-00541-LAB-WVG Filed: 3/12/2010 | Defendant Retained by Hampton IP & Economic Consultants, Centerville, UT Scott Hampton | False and misleading advertising | Submitted Expert Report (2/27/2013) |

| RETAINED IN 2012 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| **IN THE MATTER OF ARBITRATION BETWEEN THE SUN PACIFIC GROUP, CLAIMANT AND THE PARAMOUNT GROUP, RESPONDENT AND COUNTERCLAIMANT** American Arbitration Association – Commercial Arbitration Tribunal Case Number 720180-Y-01187-11 Filed: 10/26/2012 | Claimant Counsel: Damrell, Nelson, Schrimp, Pallios, Pacher & Silva, Modesto CA Kathy L. Monday | Advertising industry custom and practice re media planning | Testified (12/19/2012) |

| | | | |
|---|---|---|---|
| **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** United States District Court Central District of California Case No. 8:10ML2151 JVS (FMOx) Third Amended Complaint Filed: 7/25/2012 | Plaintiffs Counsel: Susman Godfrey LLP, Houston, TX Robert Safi | False and misleading advertising | Submitted Expert Report (7/20/2012). Submitted Rebuttal Expert Report (9/17/2012); Deposed (8/24/2012 and 9/3/2012) |
| **\*\* MARKETQUEST GROUP, INC., d/b/a All-In-One, v. BIC CORPORATION; BIC USA INC; and NORWOOD PROMOTIONAL PRODUCTS, LLC** United States District Court, Southern District of California Case No. 11cv0618 Jls Wmc  Filed: 3/28/2011 | Defendant Counsel: Gordon & Rees, San Diego, CA Richard Sybert | Trademark infringement | Submitted Expert Rebuttal Report (5/10/2012); Deposed (6/6/2012); Revised Rebuttal Report (10/6/2014) |
| **SPORTING SUPPLIES INTERNATIONAL, INC. v. TULAMMO USA, INC., ET AL.** United States District Court, Central District of California at Santa Ana Case No. SACV10-1338 AG (RNBx) Filed: 1/18/2011 | Plaintiff Counsel: McQueen & Ashman, Irvine, CA Joshua Schaul | Trademark and trade dress infringement | Submitted Expert Report (4/12/2012); Deposed (6/13/2012) |
| **PACIFIC BIOSCIENCE LABORATORIES, INC. v. NUTRA LUXE MD, LLC; and NUTRA BOTANICAL MD, INC.** United States District Court, Western District of Washington at Seattle Case No. 2:10-cv-00230-JLR  Filed: 11/10/11 | Defendant Counsel: Weiss & Moy, Scottsdale, AZ Ken Motolenich-Salas | False and misleading advertising | Submitted Expert Report (3/12/2012); Deposed (5/11/2012) |
| **\*\* IN RE: POM WONDERFUL LLC MARKETING AND SALES PRACTICES LITIGATION** United States District Court, Central District of California Master File No. 2:10-ml 2199-DDP (RZx) [MDL No. 2199]  Filed: 1/14/2010 | Plaintiffs Counsel: Kirtland & Packard, El Segundo, CA Behram V. Parekh | False and misleading advertising | Submitted Expert Reports (3/13/2012 and 5/30/2013); Deposed (5/29/2012 and 8/23/2013) |
| **FLIR SYSTEMS, INC. v. SIERRA MEDIA, INC. AND FLUKE CORPORATION** United States District Court, District Of Oregon, Portland Division Case No. 3:10-cv-00971-HU  Filed: 12/30/2010 | Plaintiff Counsel: Bickel & Brewer, Dallas, TX Robert M. Millimet | Trademark infringement; false and misleading advertising | Submitted Expert Report (3/13/2012). Deposed (4/18/2012); Testified (12/14/2012) |

| RETAINED IN 2011 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| ZOOEY DESCHANEL v. STEVEN MADDEN LTD., STEVEN MADDEN RETAIL, INC., ICONIX BRAND GROUP a/k/a CANDIES' INC., IP HOLDINGS, LLC, KOHL'S DEPARTMENT STORES ET AL Superior Court of the State of California for Los Angeles County Case No. BC 451472   Filed: 12/21/2010 | Plaintiff<br><br>Counsel: Joseph D. Schleimer, Beverly Hills, CA | Publicity rights | Submitted Declaration (9/2/2011); Deposed (10/19/2011) |
| SHANE MALEK; NHSI, INC.; and CELMATRIX, v. GR HAIR SOLUTIONS, LLC and GUTHY-RENKER CORPORATION Arbitration before JAMS JAMS Reference No. 1210028833 Filed: 8/17/2010 | Plaintiff<br><br>Counsel: Murphy Rosen Meylan & Davitt, Santa Monica, CA David E. Rosen | Advertising industry custom and practice re direct marketing | Submitted Expert Report (10/20/2011); Deposed (10/25/2011); Testified (11/15/2011) |
| CONCEPT CHASER CO., INC. v. PENTEL OF AMERICA, ET AL. Superior Court of the State of California, County of Los Angeles, Central District Case No.  BC429108 Filed: 12/31/2009 | Plaintiff<br><br>Counsel: Alderlaw, Los Angeles, CA Michael Alder | Advertising industry custom and practice re agency compensation | Deposed (9/19/2011); Testified (11/21/2011) |
| MARTIN A. VANDERHOEVEN v. NEWPORT DUNES MARINA LLC ET AL. Superior Court of the State of California, County of Orange Case No. 30-2009-00292882  Filed: 08/13/2009 | Defendant<br><br>Counsel: Osman & Associates, Glendale, CA Michael J. Zuckerman | Advertising industry custom and practice re direct marketing | Settled prior to deposition |
| NEW HGE, INC. d/b/a HOUSTON GOLD EXCHANGE v. JEWELRY BUYERS, INC. In the District Court Of Harris County, Texas, 333rd Judicial District Cause No. 2009-78988 Filed: 4/19/2010 | Plaintiff<br><br>Co-Counsel: Andrew Piekalkiewicz and John C. LaGrappe Houston, TX | Trademark infringement | Deposed (2/22/2011; 8/10/2011) |

| RETAINED IN 2010 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| JESSICA ANN COLLINS v. 4 LIFE WEIGHT LOSS CENTERS, INC. In the Circuit Court of Jackson County, Missouri at Kansas City, MO Case No. 0916-CV17572 Division 4 Filed: 5/29/2009 | Plaintiff  Counsel: Davis, Ketchmark & McCreight, Kansas City, MO Brian Ivers | False and misleading advertising | Deposed (5/14/2010) |
| CAROL W. ROWE v. LIFESTYLE LIFT HOLDING, INC., ET AL. In the Court of Common Pleas, Cuyahoga County, Ohio Case No. CV-08-672025 Filed: 09/30/2008 | Plaintiff  Counsel: Petersen & Petersen, Chardon OH Susan Petersen | False and misleading advertising | Submitted Expert Report (1/14/2010) |

| RETAINED IN 2009 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| STATE OF CALIFORNIA v. MATTHEW PARKER Superior Court of the State of California for the County of Los Angeles Felony Complaint LA061984 Filed: 5/8/2009 | Defendant  Counsel: Law Offices Of Allison B. Margolin, Beverly Hills, CA Allison Margolin | False and misleading advertising | Submitted Expert Report (12/2/2009) |
| PAUL W. HERBERT, AN INDIVIDUAL v. DONALD K. DAVIES ET AL ADR Case #09-5576-ABH    Filed: Unknown | Plaintiff  Counsel: Krane & Smith, Encino, CA Stephanie Lewis | Advertising custom and practice re direct marketing | Deposed (5/29/2009); Testified (12/30/2009) |
| THE STOCKROOM, INC., v. XR, LLC AND ARI H. SUSS United States District Court, Central District of California, Southern Division Case No. SACV08-01046 JVS (RNBx) Filed: 8/27/2009 | Defendant  Counsel: Royce Law Firm East Lansing, MI Christopher R. Royce | Copyright infringement | Submitted Expert Reports (8/23/2009 and 9/25/2009) |
| BROWN v. CHEGINI (CALIFORNIA LAWYERS GROUP, LLP v. CALIFORNIA LAWYERS GROUP, INC.) Superior Court of the State of California for the County of Orange Case No. 07CC10325   Filed: 09/27/2007 | Plaintiff  Counsel: Scapa Law Group Woodland Hills, CA Robert Scapa | Trademark infringement | Submitted Declaration (6/29/2009); Deposed (2/25/2009); Testified (6/24/2009) |
| PEOPLE OF THE STATE OF CALIFORNIA v. ULISES GUTIERREZ Superior Court of the State of California for the County of Los Angeles Felony Complaint A085949 Filed: Unknown | Defendant  Counsel: Wallin & Klarich West Covina, CA Daniel V. Cota | False and misleading advertising; trademark infringement | Settled prior to trial. |

- 23 -

| RETAINED IN 2008 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| IN RE THE MARRIAGE OF ISABELLE SUISSA, PETITIONER AND DAVID SUISSA, RESPONDENT Superior Court of the State of California for the County of Los Angeles, Central District Case No. BD 379-422  Filed: 11/8/2002 | Respondent  Counsel: Kolody Anteau, Beverly Hills, CA Michael Kretzmer | Advertising industry custom and practice re management responsibilities | Deposed (10/13/2008) |
| REGENCY OUTDOOR ADVERTISING, INC. v. CHRYSLER REALTY COMPANY, LLC Superior Court of the State of California for the County of Los Angeles Case No. BC 366735  Filed: 2/22/2007 | Defendant  Counsel: Howard & Howard, Las Vegas, NV Robert Rosenthal | Advertising industry custom and practice re media | Deposed (1/4/2008) |
| REGIONAL ADVERTISING COOPERATIVE OF SOUTHERN CALIFORNIA, INC. v. FAROKH POUR, aka TONY POUR; LUBZ, INC.; AND SAZACH, LLC Superior Court of the State of California for the County of Los Angeles, Southeast District Case No. VC041966  Filed: 6/8/2004 | Plaintiff  Counsel: Tredway, Lumsdaine & Doyle, Downey, CA Roy J. Jimenez | Advertising industry custom and practice re media | Deposed (5/27/2008); Testified (June, 2008) |

| RETAINED IN 2007 | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| FLOTSAM OF CALIFORNIA, INC., DBA NORLAND'S ON THE WHARF AND SHORELINE SURF SHOP v. HUNTINGTON BEACH CONFERENCE AND VISITORS BUREAU U.S. District Court, Northern District of California, San Francisco Division Case No. C 06-07028 MMC | Defendant  Counsel: Gordon & Rees, Los Angeles Craig Mariam | Trademark infringement | Submitted Expert Report (11/8/2007) |
| ADJUSTMENT OF RATES AND TERMS FOR PREEXISTING SUBSCRIPTION SERVICES AND SATELLITE DIGITAL AUDIO RADIO SERVICES Before the Copyright Royalty Judges, Library of Congress, Washington, D.C. Docket No. 2006-1 CRB DSTRA | Satellite Digital Audio Radio Services (Sirius and XM)  Co-Counsel: Wiley Rein, Washington DC Karen Ablin and Weil, Gotshal & Manges, New York, NY Jonathon Bloom | Marketing value of publicity | Submitted Written Expert Testimony (7/27/2007); Testified (8/2007) |

| | DESIGNATED BY: | ISSUE(S): | ACTIVITIES: |
|---|---|---|---|
| **ACKERMAN MCQUEEN INC. v. THE B EQUAL COMPANY AND THE EDUGAMING CORPORATION** United States District Court, Western District of Oklahoma Case No. CV-05-01365 | Defendant Counsel: Monnet, Hayes, Bullis, Thompson & Edwards, Oklahoma City, OK Robert C. Smith, Jr. | Advertising industry custom and practice re agency compensation | Submitted Written Expert Declaration (6/10/2007); Deposed (July, 2007) |
| **PRO CLUB v. PRO 5 ET AL.** United States District Court, Central District of California Case No. CV-06-4846 (SJO) FMOx | Plaintiff Counsel: Marh & Associates, Los Angeles Martin E. Stearn | Trademark and trade dress infringement | Case dismissed by court |
| **DEPARTMENT OF PARKS AND RECREATION v. STEPHEN HARPER, AN INDIVIDUAL AND MALILBU PIER COMPANY, LLC** United States District Court, Central District of California Case No. 2:05-CV-02008-DSF-JWJ | Plaintiff Counsel: Gordon & Rees, San Diego, CA Richard Sybert | Trademark infringement | Submitted Expert Report (2/28/2006); Testified (8/3/2006) |
| **KRAK TV, INC., et al v. WESTERN INTERNATIONAL MEDIA, ET AL.** Superior Court of the State of California for the County of Los Angeles Case No. BC207676 | Defendant Retained by Defendant Initiative Media, Los Angeles, CA Daniel Karnowsky, Chief Counsel | Advertising industry custom and practice re sequential liability | Testified (June, 2003) |
| **RETAINED IN 2002** | **DESIGNATED BY:** | **ISSUE(S):** | **ACTIVITIES:** |
| **PEOPLE OF THE STATE OF CALIFORNIA ex rel. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA v. R.J. REYNOLDS TOBACCO CO.** Superior Court of the State of California for the County of San Diego Case No. GIC764118 | Plaintiff Counsel: State of California – Office of the Attorney General, Sacramento, CA Karen Leaf | False and misleading advertising | Deposed (2002); Testified (2002) |
| **RETAINED IN 2000** | **DESIGNATED BY:** | **ISSUE(S):** | **ACTIVITIES:** |
| **PEOPLE OF THE STATE OF CALIFORNIA, ET AL. v. BROWN & WILLIAMSON TOBACCO CORP., ET AL AND PHILIP MORRIS INC., ET AL. ("TOBACCO CASES II")** Superior Court of the State of California for the County of San Diego Case No. 996781 | Plaintiffs Counsel: Thorsnes Bartolotta & McGuire, San Diego, CA R. Christian Hulbert | False and misleading advertising | Deposed (7/2/2000) |