CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 135

DATE: _____ IDEN.

DATE: _____ 10/3/17 _____ EVID.

BY: _____

Deputy Clerk

# Exhibit A
# Volume I

# ford bubala & associates

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581 / FAX (562) 592-3867



LIKELIHOOD OF CONFUSION SURVEY

JACK DANIEL'S PROPERTIES INCORPORATED
V. VIP PRODUCTS LLC

Ford Bubala & Associates
May, 2015

LIKELIHOOD OF CONFUSION SURVEY
JACK DANIEL'S PROPERTIES INCORPORATED
V. VIP PRODUCTS LLC

TABLE OF CONTENTS

VOLUME I

Page

TAB A: TEST CELL AND CONTROL CELL
        Screener and Questionnaire . . . . . . . . . . . . . .   2

TAB B: TEST CELL
        Survey Exhibits. . . . . . . . . . . . . . . . . . .  11

        Tab 1: Table 1 - Questions 7.0 through 10.3. . . . . .  14
               Table 1 . . . . . . . . . . . . . . . . . . .  15
               Responses Categories. . . . . . . . . . . . .  16
               Survey Responses. . . . . . . . . . . . . . .  17

        Tab 2: Table 2 - Q11.0 . . . . . . . . . . . . . . .  67

        Tab 3: Table 3 - Gender and Age Distribution . . . . .  68

TAB C: CONTROL CELL
        Survey Exhibits. . . . . . . . . . . . . . . . . . .  70

        Tab 4: Table 4 - Questions 7.0 through 10.3. . . . . .  73
               Table 4 . . . . . . . . . . . . . . . . . . .  74
               Responses Categories. . . . . . . . . . . . .  75
               Survey Responses. . . . . . . . . . . . . . .  76

        Tab 5: Table 5 - Q11.0 . . . . . . . . . . . . . . . 123

        Tab 6: Table 6 - Gender and Age Distribution . . . . . 124

TAB D: TEST CELL AND CONTROL CELL

        Tab 7: Table 7 - Composite Response Analysis . . . . . 126

VOLUME II

APPENDIX

Appendix A: Survey Specifications
Appendix B: Sequential Listing of Survey Responses
Appendix C: Survey Screen Shots - Test Cell
Appendix D: Survey Screen Shots - Control Cell
Appendix E: Respondent Numbering System
Appendix F: Final Sample Disposition Report
Appendix G: Survey Data File

Tab A

TEST CELL AND CONTROL CELL

SCREENER AND QUESTIONNAIRE

FB&A
4/15
#1833

SCREENER

**INTRO**

As part of this survey, you may be asked several screener questions to determine if you qualify for the survey. If you qualify for this survey, you will need to provide your name and telephone number to the survey sponsor, Ford Bubala & Associates. You will not be called to sell you anything. If you are called by this sponsor, it will only be to verify your participation in this survey. If you would like to proceed, please click "I agree." If you do not want to proceed, please click "I disagree."

_____1.  I agree --> **CONTINUE.**

_____2.  I disagree --> **TERMINATE.**


**SCREEN #1**

Today we have some questions about products for dogs. Please take a few moments to complete our questions; we are sure you will find it interesting.


**SCREEN #2**

1.0  Within the next six months, are you likely to purchase the following items:
**PROGRAMMER NOTE: RANDOMIZE LIST.**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - a dog leash? . . . . . . . . . . . | ____1. | ____2. | ____3. |
| - a dog toy?. . . . . . . . . . . . | ____1. | ____2. | ____3. |
| - a dog collar?. . . . . . . . . . | ____1. | ____2. | ____3. |

**PROGRAMMER NOTE:  IF 'YES' TO 'DOG TOY,' CONTINUE; OTHERWISE, TERMINATE.**


**SCREEN #3**

2.0  Select gender.

_____1.  Male

_____2.  Female


**PROGRAMMER'S NOTE:  GENDER QUOTA**
     **44% MALES**
     **56% FEMALES**

**SCREEN #4**

2.1  Which of the following groups listed below includes your age?

⎽⎽⎽⎽⎽⎽1.    Under 21  **TERMINATE.**

⎽⎽⎽⎽⎽⎽2.    21 to 34

⎽⎽⎽⎽⎽⎽3.    35 to 54

⎽⎽⎽⎽⎽⎽4.    55 or over

⎽⎽⎽⎽⎽⎽5.    Refused  **TERMINATE.**

**PROGRAMMER'S NOTE – AGE/GENDER QUOTAS:**
            **21 TO 34, -   MALE 33%, FEMALES 35%**
            **35 TO 54, -   MALE 40%, FEMALES 36%**
            **55 OR OVER -  MALE 27%, FEMALES 29%**


**SCREEN #5**

3.0  Please select the area of the country in which you reside:

⎽⎽⎽⎽⎽⎽1.    Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

⎽⎽⎽⎽⎽⎽2.    Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

⎽⎽⎽⎽⎽⎽3.    South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

⎽⎽⎽⎽⎽⎽4.    West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

⎽⎽⎽⎽⎽⎽5.    Other  **TERMINATE.**

**PROGRAMMER'S NOTE - QUOTAS FOR POPULATION IN THE FOUR CENSUS REGIONS:**
    **18% NORTHEAST**
    **19% MIDWEST**
    **42% SOUTH**
    **21% WEST**


**SCREEN #6**

4.0  What best describes the device you are using right now to read this survey?

⎽⎽⎽⎽⎽⎽1.    A traditional desktop computer

⎽⎽⎽⎽⎽⎽2.    A laptop/notebook computer

⎽⎽⎽⎽⎽⎽3.    A tablet computer

⎽⎽⎽⎽⎽⎽4.    An eBook reading device

⎽⎽⎽⎽⎽⎽5.    A phone

⎽⎽⎽⎽⎽⎽6.    Other

**PROGRAMMER'S NOTE: OPTION 1, 2, OR 3, CONTINUE.**
**ALL OTHERS, TERMINATE.**

**SCREEN #7**

5.0  Do you, or does anyone else in your household, work for...

|  | Yes | No |
|---|---|---|
| - an advertising agency or a market research company?. . . . . . . . . . . . . | ___1. | ___2. |
| - a retail store or company that makes, sells, or distributes any dog toys?. . . . | ___1. | ___2. |

**IF 'YES' TO EITHER, TERMINATE.  IF 'NO' TO BOTH, CONTINUE.**

**SCREEN #8**

5.1  Do you agree to answer the questions in this survey by yourself without the help or assistance of anyone else?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #9**

5.2  Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #10**

6.0  Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **GO TO --> SCREEN #12**

**SCREEN #11**

6.1  Do you agree to wear them during the rest of the questionnaire?

_____1.  Yes --> **CONTINUE.**

_____2.  No --> **TERMINATE.**

**SCREEN #12**

6.2  Please select the number two from the following list in order to continue with the survey.

_____1.  One

_____2.  Two

_____3.  Three

_____4.  Four

**PROGRAMMER'S NOTE: IF 'TWO,' CONTINUE. OTHERWISE TERMINATE.**

**SCREEN #13**

Thank you, you qualify for this study.

Now, we need you to provide us with your name and phone number so we can call a sample of respondents to verify their participation in this survey.

Your name and phone number and your responses to this survey will be kept completely confidential.  We will not be calling to sell you anything.  If we do call you, it will only be to verify your participation.

Please record your name and phone number below:

Name:_____

Phone including area code: (_____)_____

　　　　**IF NAME AND/OR PHONE NUMBER ARE LEFT BLANK IN SCREEN #13,
　　　　GO TO --> SCREEN #14.  OTHERWISE, GO TO --> SCREEN #15.**

**SCREEN #14**

**NEED TO KEEP TRACK OF QUALIFIED TERMINATES AT THIS QUESTION.**

Are you sure that you do not want to enter your name and phone number and continue with the survey?

　　　　_____1.  I want to continue  **REPEAT SCREEN #13.**

　　　　_____2.  I do not want to continue  **TERMINATE.**

**SCREEN #15**

**SHOW EXHIBIT LETTER.**

Please record the letter on this screen.

Letter: _____  **CONTINUE.**

**PROGRAMMER'S NOTE: IF LETTER ENTERED DOES NOT MATCH EXHIBIT LETTER, TERMINATE.  OTHERWISE, CONTINUE.**

QUESTIONNAIRE

**SCREEN #16**

In this survey, you are going to be shown a retail store display of products for dogs.

Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer.

**SCREEN #17**

Please look at this display of products for dogs as you would if you saw it in a store and were considering purchasing a dog toy.

Please feel free to take as much time as you like looking at the picture of the retail store display before moving on to the survey questions.

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W1/X1, 400 PIXELS TALL.  SHOW PHOTOGRAPH W1/X1, 800 PIXELS TALL WHEN CLICKED.**

**SCREEN #18**

This is a dog toy shown in the display you just saw.

Please look at this dog toy as you would if you saw it in a store and were considering purchasing it.

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

**SCREEN #19**

Could you clearly see the dog toy?

_____1.  Yes

_____2.  No

**PROGRAMMER'S NOTE: IF 'YES,' CONTINUE. 'NO,' TERMINATE.**

**SCREEN #20**

Please look at the hang tag on this dog toy.

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W3/X3, 600 PIXELS TALL.  SHOW PHOTOGRAPH W3/X3, 800 PIXELS TALL WHEN CLICKED.**

**SCREEN #21**

Could you clearly read the hang tag?

_____1.  Yes

_____2.  No

**PROGRAMMER'S NOTE: IF 'YES,' CONTINUE. 'NO,' TERMINATE.**

**SCREEN #22**

**PROGRAMMER NOTE: SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

7.0  Who or what company do you believe makes or puts out this product?  Please be as specific as possible.

_____

_____

[ ]  don't know  **GO TO --> SCREEN #25.**

**SCREEN #23**

7.1  Why do you say that?  Again, please be as specific as possible.

_____

_____

[ ]  don't know  **GO TO --> SCREEN #25.**

**SCREEN #24**

7.2  What else, if anything, makes you say that?  Again, please be as specific as possible.

_____

_____

[ ]  don't know  **CONTINUE.**

**SCREEN #25**

**PROGRAMMER NOTE: SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

8.0  What other product or products, if any, do you believe are made or put out by whoever makes or puts out this product?  Please be as specific as possible.

_____

_____

[ ]  don't know  **GO TO --> SCREEN #28.**

**SCREEN #26**

8.1  Why do you say that?  Again, please be as specific as possible.

_____

_____

[ ]  don't know  **GO TO --> SCREEN #28.**

**SCREEN #27**

8.2  What else, if anything, makes you say that?  Again, please be as specific as possible.

_____

_____

[ ]  don't know  **CONTINUE.**

**SCREEN #28**

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW
PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

9.0  Do you believe this product...

**PROGRAMMER NOTE:  ROTATE FIRST TWO ALTERNATIVES.  ALSO, ROTATE Q9.0
AND Q10.0 SERIES.**

  _____1.  <u>is</u> being made or put out with the authorization or
     approval of any other company or companies;

  _____2.  is <u>not</u> being made or put out with the authorization or
     approval of any other company or companies; or

  _____3.  don't know or have no opinion?

          **IF '...IS BEING MADE...,' CONTINUE;
          OTHERWISE, GO TO --> SCREEN #32.**

**SCREEN #29**

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW
PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

9.1  What company or companies do you believe gave the authorization
or approval to make or put out this product?  Please be as
specific as possible.

  _____

  _____

  [ ]  don't know  **GO TO --> SCREEN #32.**

**SCREEN #30**

9.2  Why do you say that?  Again, please be as specific as possible.

  _____

  _____

  [ ]  don't know  **GO TO --> SCREEN #32.**

**SCREEN #31**

9.3  What else, if anything, makes you say that?  Again, please be as
specific as possible.

  _____

  _____

  [ ]  don't know  **CONTINUE.**

**SCREEN #32**

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

10.0 Do you believe that whoever makes or puts out this product...

**PROGRAMMER NOTE:  ROTATE FIRST TWO ALTERNATIVES.  ALSO, ROTATE Q9.0 AND Q10.0 SERIES.**

      \_\_\_\_\_1.  <u>has</u> a business affiliation or business connection with any other company or companies;

      \_\_\_\_\_2.  does <u>not</u> have a business affiliation or business connection with any other company or companies; or

      \_\_\_\_\_3.  don't know or have no opinion?

                         **IF '...HAS A BUSINESS AFFILIATION...,' CONTINUE; OTHERWISE, GO TO --> SCREEN #36.**

**SCREEN #33**

**PROGRAMMER NOTE:  SHOW PHOTOGRAPH W2/X2, 400 PIXELS TALL.  SHOW PHOTOGRAPH W2/X2, 800 PIXELS TALL WHEN CLICKED.**

10.1 What company or companies do you believe has a business affiliation or business connection with whoever makes or puts out this product?  Please be as specific as possible.
      _____
      _____

[ ]  don't know  **GO TO --> SCREEN #36.**

**SCREEN #34**

10.2 Why do you say that?  Again, please be as specific as possible.
      _____
      _____

[ ]  don't know  **GO TO --> SCREEN #36.**

**SCREEN #35**

10.3 What else, if anything, makes you say that?  Again, please be as specific as possible.
      _____
      _____

[ ]  don't know  **GO TO --> CONTINUE.**

**SCREEN #36**

11.0 Do you, or does anyone else in your household, work for a company that makes, sells, or distributes any...
**PROGRAMMER NOTE: RANDOMIZE LIST.**

|  |  | Yes | No |
|---|---|---|---|
| - | food products? . . . . . . . . | \_\_\_\_\_1. | \_\_\_\_\_2. |
| - | clothing? . . . . . . . . . . | \_\_\_\_\_1. | \_\_\_\_\_2. |
| - | fragrance? . . . . . . . . . . | \_\_\_\_\_1. | \_\_\_\_\_2. |
| - | jewelry? . . . . . . . . . . | \_\_\_\_\_1. | \_\_\_\_\_2. |
| - | alcoholic beverages? . . . . . | \_\_\_\_\_1. | \_\_\_\_\_2. |

**SCREEN #37**

12.0 Thank you for your time and participation.

Tab B

TEST CELL

SURVEY EXHIBITS







TEST CELL

Tab 1

TABLE 1

TEST CELL

Questions 7.0 through 10.3


Q7.0  Who or what company do you believe makes or puts out this
      product?  Please be as specific as possible.
Q7.1  Why do you say that?  Again, please be as specific as
      possible.
Q7.2  What else, if anything, makes you say that?  Again, please
      be as specific as possible.


Q8.0  What other product or products, if any, do you believe are
      made or put out by whoever makes or puts out this product?
      Please be as specific as possible.
Q8.1  Why do you say that?  Again, please be as specific as
      possible.
Q8.2  What else, if anything, makes you say that?  Again, please
      be as specific as possible


Q9.0  Do you believe this product...
          1. IS being made or put out with the authorization or
             approval of any other company or companies;
          2. is NOT being made or put out with the authorization or
             approval of any other company or companies;
          3. don't know or have no opinion?
Q9.1  What company or companies do you believe gave the
      authorization or approval to make or put out this product?
      Please be as specific as possible.
Q9.2  Why do you say that?  Again, please be as specific as
      possible.
Q9.3  What else, if anything, makes you say that?  Again, please
      be as specific as possible.


Q10.0 Do you believe that whoever makes or puts out this
      product...
          1. HAS a business affiliation or business connection with
             any other company or companies;
          2. does NOT have a business affiliation or business
             connection with any other company or companies;
          3. don't know or have no opinion?
Q10.1 What company or companies do you believe has a business
      affiliation or business connection with whoever makes or
      puts out this product?  Please be as specific as possible.
Q10.2 Why do you say that?  Again, please be as specific as
      possible.
Q10.3 What else, if anything, makes you say that?  Again, please
      be as specific as possible.

TEST CELL

TABLE 1

TEST CELL

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent (n=211) |
| 1. Jack Daniel's | 62 | 29.38 |
| 2. Silly Squeakers, VIP Products, Bad Spaniels, Tennessee Carpet | 74 | 35.07 |
| 3. Other | 30 | 14.22 |
| 4. Don't know/none | 45 | 21.33 |
| Total | 211 | 100.00 |

RESPONSE CATEGORIES
Questions 7.0 through 10.3

TEST CELL

1. Jack Daniel's

2. Silly Squeakers, VIP Products,
   Bad Spaniels, Tennessee Carpet

3. Other

4. Don't know/none

SURVEY RESPONSES

TEST CELL

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's

RESPONDENT
 NUMBER    RESPONSE

1001    Q7.0  Silly somethings.
        Q7.1  The tag says "Silly S-----S" but because of the toy,
              I cannot read the bottom word.
        Q7.2  Don't know.
        Q8.0  The beer bottle toys or possibly the hamburger and
              other food toys.
        Q8.1  Based on this toy I would assume this company made
              the other toys too.
        Q8.2  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  I believe they would have to get the approval of Jack
              Daniel's whiskey because the design and name is so
              closely related.
        Q9.2  Because they are creating a spoof of a real product
              so I think they would need permission so they don't
              get sued for copyrights or something like that.
        Q9.3  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 I'm not sure but possibly a bigger dog food/toy
              company.
        Q10.2 Don't know.

1003    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  Design and wording style.
        Q9.3  Shape looks like a bottle of JD.
        Q10.0 Don't know/no opinion.

1005    Q7.0  Jack Daniel's.
        Q7.1  The bottle looks similar to No.7.
        Q7.2  It is a black label.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 The bottle looks identical.
        Q10.3 Don't know.

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
  NUMBER     RESPONSE

  1008     Q7.0  Don't know.
           Q8.0  Dog treats.
           Q8.1  Saw them on display.
           Q8.2  Assuming.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  Sounds like it.
           Q9.3  Appearance.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

  1012     Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  Bottle design and name are plays on the Jack Daniel's
                 brand.
           Q9.3  Nothing else.
           Q10.0 Don't know/no opinion.

  1015     Q7.0  Jack Daniel's.
           Q7.1  Jack Daniel's.
           Q7.2  It mimics them.
           Q8.0  Jack Daniel's.
           Q8.1  It looks like their bottle.
           Q8.2  It looks like their bottle and logo.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Because the log is probably copyrighted.
           Q9.2  Copyrighted logo.
           Q9.3  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

  1016     Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  Because the product looks like a Jack Daniel's
                 bottle/logo.
           Q9.3  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

  1020    Q7.0  VIP toys.
           Q7.1  I read it on the label.
           Q7.2  Nothing.  That is the company I read.
           Q8.0  It looks like a Jack Daniel's whiskey bottle.
           Q8.1  It has the similar label and colors as a Jack
                 Daniel's bottle.
           Q8.2  Nothing.  That is what I see.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's distilleries.
           Q9.2  It has the very same label and colors as s Jack
                 Daniel's whiskey bottle.
           Q9.3  Nothing.  It says it all.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 It looks like they did a license deal with Jack
                 Daniel's.
           Q10.2 As I said, label type and colors on the bottle and
                 the shape.
           Q10.3 Nothing.

  1022    Q7.0  Bad Spaniels.
           Q7.1  Because that is the name that is on the dog toy and
                 that is where most dog toy brands put their name.
           Q7.2  Don't know.
            Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's liquor company.
           Q9.2  Because since the dog toy is resembling a Jack
                 Daniel's I'm sure the dog toy company that made this
                 toy had to get their permission and legal rights to
                 essentially copy they product in dog toy form.
           Q9.3  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Because the dog toy resembles Jack Daniel's liquor.
           Q10.3 Don't know.

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's continued

---

RESPONDENT
 NUMBER    <u>RESPONSE</u>

  1029    Q7.0  Silly Squeakers.
            Q7.1  It's what I saw at the top of the product card.
            Q7.2  Who it said the design was the property of.
            Q8.0  Different designs of squeaky toys.
            Q8.1  Saw other designs with the same label on the endcap.
            Q8.2  Nothing.
            Q9.0  IS being made or put out with the authorization or approval.
            Q9.1  Jack Daniel's because the label resembles and is a play on their label.
            Q9.2  It has the colors and design of the Jack Daniel's label.
            Q9.3  Nothing.
            Q10.0 Does NOT have a business affiliation or business connection.

  1030    Q7.0  Jack Daniel's.
            Q7.1  Because of the logo on the toy.
             Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

  1033    Q7.0  Jack Daniel's.
            Q7.1  Because it is a spoof on their logo.
            Q7.2  Just the look of the label.
            Q8.0  Other dog toys and accessories.
            Q8.1  Best guess.
            Q8.2  Don't know.
            Q9.0  IS being made or put out with the authorization or approval.
            Q9.1  My best guess is that in order to use this design you would have to have permission from the Jack Daniel's brand.
            Q9.2  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

---

RESPONDENT
 NUMBER    RESPONSE

     1035    Q7.0  Silly.
             Q7.1  I am not positive who it was from.
             Q7.2  Nothing.
             Q8.0  Other dog toys.
             Q8.1  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  It is the same look.
             Q9.3  Don't know.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Don't know.

     1037    Q7.0  Not sure.
             Q7.1  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  The name and shape.
             Q9.3  Don't know.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

     1044    Q7.0  VIP Products.
             Q7.1  VIP Products is the name on the tag.
             Q7.2  Don't know.
             Q8.0  Pet toys that squeak.
             Q8.1  It says Silly Squeakers on the front of the tag.
             Q8.2  Pet toys that squeak are involved.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  Jack Daniel's name is on the front of the package.
             Q9.3  Don't know.
             Q10.0 Don't know/no opinion.

     1046    Q7.0  Don't know.
             Q8.0  It is similar to a Jack Daniel's label but I do not
                   believe they make any dog products.
             Q8.1  Just that it looks, from a distance, like a Jack
                   Daniel's label that is on a bottle of liquor.
             Q8.2  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  If it is put out by Jack Daniel's then they would
                   have to give authorization for approval to copy their
                   signature label.
             Q9.2  Don't know.
             Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

1047     Q7.0  Don't know.
         Q8.0  Don't know.
         Q9.0  IS being made or put out with the authorization or
               approval.
         Q9.1  Jack Daniel's.
         Q9.2  This label has been a trade mark for Jack Daniel's
               whiskey for a century.
         Q9.3  I have no other reason to believe this other than the
               label is a Jack Daniel's trademark.
         Q10.0 Don't know/no opinion.

1054     Q7.0  Silly.
         Q7.1  I saw this name at the top of the product.
         Q7.2  None.
         Q8.0  Jack Daniel's whiskey.
         Q8.1  The toy looks like a Jack Daniel's bottle.
         Q8.2  Don't know.
         Q9.0  IS being made or put out with the authorization or
               approval.
         Q9.1  Jack Daniel's Inc.
         Q9.2  Don't know.
         Q10.0 Don't know/no opinion.

1056     Q7.0  Jack Daniel's.
         Q7.1  It is their bottle shape.
         Q7.2  It looks like it.
         Q8.0  Dog treats.
         Q8.1  It is dog orientated.
         Q8.2  It is their type of product.
         Q9.0  IS being made or put out with the authorization or
               approval.
         Q9.1  Jack Daniel's.
         Q9.2  It is their type of bottle.
         Q9.3  It is their type of logo.
         Q10.0 HAS a business affiliation or business connection.
         Q10.1 Jack Daniel's.
         Q10.2 It is their type of bottle.
         Q10.3 It is their company logo.

1062     Q7.0  Silly Squeakers.
         Q7.1  That's what the label said.
         Q7.2  It can be Jack Daniel's.
         Q8.0  Jack Daniel's.
         Q8.1  It has the same sort of label.
         Q8.2  But then it was made in China.
         Q9.0  Is NOT being made or put out with the authorization
               or approval.
         Q10.0 Does NOT have a business affiliation or business
               connection.

TEST CELL

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's continued

RESPONDENT
 NUMBER    <u>RESPONSE</u>

   1063    Q7.0  Jack Daniel.
           Q7.1  It look likes alcohol.
           Q7.2  Nothing it just looks like Jack Daniel.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel.
           Q10.2 I just do.
           Q10.3 Nothing.

   1065    Q7.0  Bad Spaniels.  It closely resembles a Jack Daniel's
                 bottle.
           Q7.1  The main name on the toy was Bad Spaniels.  On the
                 back of the tag was also listed Bad Spaniels.
           Q7.2  Don't know.
           Q8.0  I would expect balls to be made from this company as
                 well.
           Q8.1  It's based on it being a chew dog toy.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's is what the bottle resembles.
           Q9.2  This is what a Jack Daniel's bottle looks like.
                 Other than the name and some details, it's a mirror
                 image.
           Q9.3  Don't know.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1067    Q7.0  Jack Daniel's.
           Q7.1  Looks like an alcohol bottle.
           Q7.2  Don't know.
           Q8.0  Liquor.
           Q8.1  Looks like it.
           Q8.2  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Looks just like a bottle of Jack Daniel's.
           Q10.3 Don't know.

   1076    Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  It's obvious.  It's a knockoff of Jack D's.
           Q9.3  Don't know.
           Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

 1077      Q7.0  Not sure.
           Q7.1  Not sure.
           Q7.2  No.
           Q8.0  Not sure.
           Q8.1  Not sure.
           Q8.2  No.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  It looks like a Jack Daniel's bottle.
           Q9.3  It looks like one.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Looks like their bottle.
           Q10.3 It just does.

 1082      Q7.1  It is a copy of a Jack Daniel's bottle.
           Q7.2  It is confusing.
           Q8.0  Jack Daniel's.
           Q8.1  It looks just like it.
           Q8.2  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

 1083      Q7.0  Brown-Forman group.
           Q7.1  The play on Jack Daniel's.
           Q7.2  Jack Daniel's is made by the Brown-Forman group.
           Q8.0  Whiskey, Southern Comfort.
           Q8.1  The play on Jack Daniel's.
           Q8.2  Jack Daniel's is made by the Brown-Forman group.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Brown-Forman group.
           Q9.2  Brown-Forman makes Jack Daniel's.
           Q9.3  The products play on Jack Daniel's.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Brown-Forman group.
           Q10.2 Brown-Forman makes Jack Daniel's.
           Q10.3 The play on Jack Daniel's whiskey.

 1092      Q7.0  Jack Daniel's.
           Q7.1  Looks like a whiskey bottle.
           Q7.2  Label and colors.
           Q8.0  Jim Beam.
           Q8.1  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

1095      Q7.0  VIP Products put this dog product out.
          Q7.1  It is, because I know it by seeing the picture.
          Q7.2  Nothing else makes me say that.
          Q8.0  I believe that VIP Products puts out different
                products from dog toys to dog chews.
          Q8.1  Nothing else makes me say that.
          Q8.2  Nothing at all.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  I believe that Jack Daniel distillery wanted to help
                out.
          Q9.2  It is, because it is a good product.
          Q9.3  Nothing else makes me say that.
          Q10.0 Does NOT have a business affiliation or business
                connection.

1098      Q7.0  Silly Squeakers.
          Q7.1  The top of the hang tag.
          Q7.2  Looked like a logo.
          Q8.0  Probably treats, ropes, other miscellaneous toys.
          Q8.1  Looks like a fun brand.
          Q8.2  Normally companies make more than one item.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Jack Daniel's.
          Q9.2  It's similar to the bottle design for Jack Daniel's
                and Jim Beam.
          Q9.3  Just it looks like the liquor bottle.
          Q10.0 Don't know/no opinion.

1099      Q7.0  Silly Squeaker.
          Q7.1  I see the label.
          Q7.2  Nothing.
          Q8.0  Jack Daniel's.
          Q8.1  Not sure.
          Q8.2  Not sure.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

1100      Q7.0  Jack Daniel's.
          Q7.1  The logo replica.
          Q7.2  Don't know.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

TEST CELL

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

    1106    Q7.0  Bad Spaniels.
            Q7.1  It looks like it on the tag.
            Q7.2  It looks like its on the tag.
            Q8.0  I'm not sure.
            Q8.1  I don't know I haven't seen it.
            Q8.2  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Jack Daniel's.
            Q9.2  Because its Jack Daniel's.
            Q9.3  It looks like Jack Daniel's.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1108    Q7.0  JD.
            Q7.1  Don't know.
            Q8.0  Jack.
            Q8.1  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1110    Q7.0  Jack Daniel's.
            Q7.1  The bottle.
            Q7.2  The bottle design looks like the Jack bottle.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Jack.
            Q10.2 Again the bottle.
            Q10.3 Same reasons.

    1114    Q7.0  Jack Daniel's.
            Q7.1  Because that's what it looks like.
            Q7.2  Just the looks of it.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Jack.
            Q9.2  It looks like there brand, bottle.
            Q9.3  Don't know.
            Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's continued

RESPONDENT
 NUMBER     <u>RESPONSE</u>

   1115     Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                  approval.
           Q9.1  Jack Daniel's.
           Q9.2  Because the label is based on a Jack Daniel's label.
           Q9.3  Just the label.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Because of the label.
           Q10.3 They would have had permission to copyright the Jack
                  Daniel's label.

   1120     Q7.0  Kong.
           Q7.1  Its a tough, high quality toy.
           Q7.2  Its a tough toy.
            Q8.0  Kong Frisbee, Kong ball.
           Q8.1  Its all high quality toys.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or
                  approval.
           Q9.1  Jack Daniel's.
           Q9.2  The print, font and bottle looks like Jack Daniel's.
           Q9.3  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Looks like the bottle.
           Q10.3 Don't know.

   1121     Q7.0  Don't know.
           Q8.0  Other toys.
           Q8.1  Just a guess.
           Q8.2  There was another similar looking chew toy hanging
                  next to it.
           Q9.0  IS being made or put out with the authorization or
                  approval.
           Q9.1  Jack Daniel's Tennessee whiskey.
           Q9.2  It has a very similar label.
           Q9.3  I don't drink that particular brand of whiskey, but I
                  know the label.
           Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's continued

RESPONDENT
 NUMBER    <u>RESPONSE</u>

   1132    Q7.0  Silly Squeakers.
           Q7.1  The name is in a logo on the packaging.
           Q7.2  Nothing.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  The "label" on the toy is in the same design as the
                 label on a bottle of Jack Daniel's whiskey.
           Q9.3  Nothing.
           Q10.0 Don't know/no opinion.

   1139    Q7.0  Silly.
           Q7.1  Silly toys.
           Q7.2  That name at the top.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel.
           Q9.2  That label.
           Q9.3  That logo.
           Q10.0 Don't know/no opinion.

   1141    Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 The product seems really similar.
           Q10.3 Don't know.

   1147    Q7.0  Bad Spaniels.
           Q7.1  That is the biggest name on the product.
           Q7.2  It is the biggest name on the product.
           Q8.0  Jack Daniel's.
           Q8.1  It looks like their products.
           Q8.2  The appearance.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  It uses their brand image.
           Q9.3  It looks like their product.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's Tennessee whiskey.
           Q10.2 They are using their brand image.
           Q10.3 It looks like their product.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
  NUMBER     RESPONSE

   1148      Q7.0  Petco.
             Q7.1  Everything is available there.
             Q7.2  You can get anything pet related at Petco.
             Q8.0  I really have no idea.
             Q8.1  I don't know much of dog brands.
             Q8.2  I am not sure.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 It looks like packaging from Jack Daniel's sauces.
             Q10.2 The label and color looks like it.
             Q10.3 The label looks like Jack Daniel's drink, as well as
                   the sauces.

   1154      Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  Because the font of the text used for the product tag
                   looks just like the package design on their products.
             Q9.3  Don't know.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   1155      Q7.0  Jack Daniel's.
             Q7.1  It looks like the Jack Daniel bottle.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Don't know.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

 1156      Q7.0  Jack Daniel's Tennessee whiskey.
           Q7.1  While I didn't specifically look on the hand tag for
                 the maker, I saw it was made in China, where the
                 manufacturer would really be, but as the toy was
                 designed to look like Jack Daniel's Tennessee sour
                 mash whiskey, I assume that company is the one that
                 designed it, and had it manufactured.
           Q7.2  Basically it's subliminal advertising. someone will
                 see the dog toy shaped and labeled to look fairly
                 close to a Jack Daniel's whiskey bottle, that in
                 their subconscious if they are individuals that drink
                 alcoholic beverages (an I assume they would or they
                 wouldn't have bought that specific dog toy), that
                 they'll quite likely go to a alcoholic beverage store
                 and purchase a bottle of that product.
           Q8.0  Jack Daniel's Tennessee sour mash whiskey.
           Q8.1  Jack Daniel Tennessee sour mash whiskey.
           Q8.2  Bottle shape, label color, printing on label has a
                 font that is identical to that (though wording is not
                 exact, but similar) of a Jack Daniel's whiskey black
                 label Tennessee sour mash whiskey.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  Jack Daniel's.
           Q9.3  The simile is intended to depict a whiskey bottle
                 made by Jack Daniel's.  Basically a subliminal way to
                 delve into the subconscious of someone, see it to put
                 in their mind to go out and buy some Jack Daniel's
                 whiskey.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Jack Daniel's.
           Q10.2 Jack Daniel's distillery.
           Q10.3 I've already stated the answer to that exact question
                 several times over, and I know I'm not inebriated on
                 Jack Daniel's whiskey and seeing double or triple, as
                 I don't drink alcoholic beverages.

 1159      Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Jack Daniel's.
           Q9.2  It resembles a bottle of Jack Daniel's whiskey.
           Q9.3  Don't know.
           Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

1160    Q7.0  Jack Daniel's.
        Q7.1  It looks like a Jack Daniel's bottle.
        Q7.2  No other reason.
        Q8.0  Whiskey.
        Q8.1  It looks like the bottle it comes in.
        Q8.2  No other reason.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 Don't know.

1162    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  Because the logo looks similar.
        Q9.3  Don't know.
        Q10.0 Don't know/no opinion.

1172    Q7.0  Silly made in China.
        Q7.1  Read on top of product.
        Q7.2  By reading.
        Q8.0  Other dif looking bottles.
        Q8.1  By looking at the rack.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 Don't know.

1176    Q7.0  Silly Squeakers.
        Q7.1  Its the biggest words on the hang tag.
        Q7.2  It was in two spots on the hang tag.
        Q8.0  More funny dog toys in different varieties.
        Q8.1  Because its a pretty funny dog toy and I would hope
              there was more.
        Q8.2  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  It looks like a dog version of a Jack Daniel's
              bottle.
        Q9.3  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER    RESPONSE

1179    Q7.0  VIP.
        Q7.1  It showed the company name.
        Q7.2  Nothing.
        Q8.0  None.
        Q8.1  I don't know any other products.
        Q8.2  Nothing.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  The toy looks like a Jack Daniel's bottle.
        Q9.3  Nothing.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1182    Q7.0  Jack Daniel's.
        Q7.1  It is designed like their bottle.
        Q7.2  Nothing else.
        Q8.0  Logo and bottle.
        Q8.1  Logo and bottle.
        Q8.2  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 Don't know.

1184    Q7.0  Jack Daniel's.
        Q7.1  Because the bottle looks like it.
        Q7.2  There is nothing else.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

1191    Q7.0  Jack Daniel's.
        Q7.1  The look of the bottle, said so on the tag.
        Q7.2  Nothing else.
        Q8.0  Alcohol.
        Q8.1  I've seen it on TV, in liquor store.
        Q8.2  Nothing else.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
  NUMBER    RESPONSE

1194    Q7.0  Jack Daniel's.
        Q7.1  That's what I remember seeing.
        Q7.2  The actual toy is a bottle of a Jack Daniel sauce.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  The bottle is mimicked after the Jack Daniel bbq
              sauce.  So they would hold the patent therefore you
              would have to ask permission to use the image.
        Q9.3  It is made to look like a Jack Daniel bbq sauce
              bottle.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 The bottle, the back of the label, the play on words.
        Q10.3 Don't know.

1198    Q7.0  Jack Daniel's.
        Q7.1  It looks like a Jack Daniel's bottle.
        Q7.2  The label.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jack Daniel's.
        Q9.2  The label.
        Q9.3  The name.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 The bottle.
        Q10.3 The label.

1199    Q7.0  Jack Daniel's.
        Q7.1  Looks like it.
        Q7.2  Design and look.
        Q8.0  Jack Daniel's.
        Q8.1  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Jack Daniel's.
        Q10.2 Looks like it.
        Q10.3 Don't know.

RESPONSE CATEGORY 1: Jack Daniel's continued

RESPONDENT
 NUMBER      RESPONSE

   1200      Q7.0  Petco.
             Q7.1  Format of store and products.
             Q7.2  Same as before.
             Q8.0  Chew toys and dog snacks.
             Q8.1  Just did.
             Q8.2  Nothing more to add.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  Jack Daniel's ipr/copyright.
             Q9.3  Nothing more to add.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   1204      Q7.0  Jack Daniel's.
             Q7.1  It looks like the bottle.
             Q7.2  Nothing.
             Q8.0  None others.
             Q8.1  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Jack Daniel's.
             Q9.2  Because it says raw Daniel's and looks like a Jack
                   bottle.
             Q9.3  Nothing.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Jack Daniel's.
             Q10.2 Because it looks just like the bottle.
             Q10.3 Don't know.

   1210      Q7.0  Don't know.
             Q8.0  Bad Spaniels.
             Q8.1  It looks like a toy-bottle.
             Q8.2  Because that is the appearance.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Because of the similarity.
             Q9.2  It looks too alike.
             Q9.3  That's it!
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Jack Daniel's.
             Q10.2 Because of similarity of names.
             Q10.3 It looks like a bourbon bottle.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                    Tennessee Carpet

_____

| RESPONDENT NUMBER | RESPONSE |
|---|---|

1004    Q7.0  Silly Squeakers.
        Q7.1  In prominent position on hang tag.
        Q7.2  Don't know.
        Q8.0  Pet carpet clean up products.
        Q8.1  Reference to Bad Spaniel and No.2.
        Q8.2  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Reference to specific squeaker.
        Q10.2 Don't know.

1010    Q7.0  Bad Spaniels.
        Q7.1  I don't know but that's the name of the toy.
        Q7.2  I am unsure.
        Q8.0  I am unsure probably plastic beer cans for dogs.
        Q8.1  Because its a liquor bottle.
        Q8.2  Nothing.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Some liquor company.
        Q10.2 The way the toy is made.
        Q10.3 Nothing.

1013    Q7.0  Tennessee Carpet I guess, not sure.
        Q7.1  Not sure who makes these.
        Q7.2  Company didn't catch my eyes.
        Q8.0  More dog toys.
        Q8.1  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

1017    Q7.0  Tennessee Carpet.
        Q7.1  I saw it on the package.
        Q7.2  The design.
        Q8.0  No idea.
        Q8.1  None.
        Q8.2  The front design.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

_____

RESPONDENT
  NUMBER      RESPONSE

   1018      Q7.0  Bad Spaniels.
             Q7.1  Bad Spaniels.
             Q7.2  Bad Spaniels, Tennessee.
             Q8.0  Bad Spaniels, Tennessee.
             Q8.1  Jack Daniel's fake.
             Q8.2  Is so nice.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Bad Spaniels.
             Q9.2  Is a nice toy.
             Q9.3  Toy, boring toy.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   1024      Q7.0  VIP Products.
             Q7.1  I think that's the name on the back.
             Q7.2  Nothing.
             Q8.0  Other brands of dog toys.
             Q8.1  Because they make dog toys.
             Q8.2  Nothing.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   1027      Q7.0  Silly Squeakers.
             Q7.1  It's on the label.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

   1031      Q7.0  VIP Products.
             Q7.1  Read the warning, guarantee, & everything else on the
                   package carefully, as requested.
             Q7.2  See previous response.  I read very well, have a
                   great memory & know how to follow directions.  I
                   specifically recall the manufacturer's name because I
                   intend to visit the web site.
             Q8.0  Toys, safety products & vitamins.
             Q8.1  Previously explained in great detail.  Now you are
                   just wasting my time & insulting my intelligence!
             Q8.2  It is simply, again, another restatement of what I
                   know I read. This is a very stupid survey!
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                    Tennessee Carpet continued

_____

RESPONDENT
  NUMBER    RESPONSE

   1032     Q7.0  Silly Squeakers.
            Q7.1  It's the only brand name I can see.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

   1038     Q7.0  VIP.
            Q7.1  It was on the hang tag.
            Q7.2  The disclaimer.
            Q8.0  None.
            Q8.1  It states not relate to Jack Daniel's.
            Q8.2  Nothing.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

   1040     Q7.0  Bad Spaniels.
            Q7.1  The name on the package.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   1045     Q7.0  Bad Spaniel.
            Q7.1  Label on toy.
            Q7.2  Don't know.
            Q8.0  Dog leashes and collars.
            Q8.1  Just a guess.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   1052     Q7.0  Silly Squeakers, definitely not affiliated with Jack
                  Daniel's.
            Q7.1  Because it says Silly Squeakers on the label and it
                  says it was not associated with Jack Daniel's on the
                  back.
            Q7.2  Because of the label.
            Q8.0  A lot of squeaking toys, I'd think.
            Q8.1  The company name is Silly Squeakers.
            Q8.2  Again, the company name.
            Q9.0  Don't know/no opinion.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 I am not sure, another dog company maybe.
            Q10.2 Educated guess.
            Q10.3 Don't know.

                           - 37 -                    TEST CELL

<u>RESPONSE CATEGORY 2</u>: Silly Squeakers, VIP Products, Bad Spaniels,
                    Tennessee Carpet continued

RESPONDENT
 NUMBER    RESPONSE

1053    Q7.0  VIP Products.
        Q7.1  Because I read it on the tag.
        Q7.2  I read VIP Products on the hang tag, why must I
              indicate it here 3 times?   Do you have that much
              distrust in those that you survey?
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1058    Q7.0  Silly Squeakers.
        Q7.1  Packaging.
        Q7.2  None.
        Q8.0  Other dog toys.
        Q8.1  Display.
        Q8.2  None.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1060    Q7.0  Bad Spaniel.
        Q7.1  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1061    Q7.0  Bad Spaniels.
        Q7.1  It's on the front of the toy.
        Q7.2  It's in bold letters on front.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1064    Q7.0  Bad Spaniels.
        Q7.1  None.
        Q7.2  Looks like a good product.
        Q8.0  Soap.
        Q8.1  Must make several products for the care of my dog.
        Q8.2  Nothing.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
Tennessee Carpet continued

---

RESPONDENT
  NUMBER    RESPONSE

1068    Q7.0  Bad Spaniels.
        Q7.1  The name of the brand is clearly displayed on both
              the front and the rear of the product packaging.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

1071    Q7.0  VIP.
        Q7.1  It said so on the back label.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

1078    Q7.0  Bad Spaniels.
        Q7.1  It says the name on package.
        Q7.2  That's it.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

1080    Q7.0  Silly Squeakers.
        Q7.1  That's what it says on the tag.
        Q7.2  Nothing.
        Q8.0  Other squeakers apparently.
        Q8.1  Because of the name.
        Q8.2  Nothing.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

1081    Q7.0  Silly Squeakers.
        Q7.1  It's the biggest name on top.
        Q7.2  It's the name on top.
        Q8.0  Other squeaky toys.
        Q8.1  Unsure.
        Q8.2  Unsure.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
Tennessee Carpet continued

_____

RESPONDENT
  NUMBER      RESPONSE

  1087     Q7.0  Silly Squeakers.
           Q7.1  Biggest name at top of tag.
           Q7.2  It says in bold orange letters at the top center of
                 tag Silly Squeakers as if this is the brand.
           Q8.0  Other squeaking toys.
           Q8.1  If it's a brand you assume there are other choices of
                 squeakers to choose from.
           Q8.2  Because squeakers is plural assuming there are
                 others.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

  1088     Q7.0  Bad Spaniel.
           Q7.1  It's on the label.
           Q7.2  Nothing else comes to mind.
           Q8.0  Not sure, haven't seen before.
           Q8.1  Nothing else to add.
           Q8.2  Nothing else.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

  1089     Q7.0  Bad Spaniels.
           Q7.1  Ad on bottle.
           Q7.2  Brand name on bottle.
           Q8.0  The tag on top says Silly cannot see behind bottle.
           Q8.1  Behind bottle.
           Q8.2  Bottle covers label.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

  1091     Q7.0  Bad Spaniels.
           Q7.1  It says that.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels, Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

    1093    Q7.0  Silly's.
            Q7.1  I see the brand name at the top.
            Q7.2  That is all that I know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Silly's.
            Q9.2  I saw the name.
            Q9.3  I saw the name on top.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Silly's.
            Q10.2 The name was on top.
            Q10.3 Nothing.

    1097    Q7.0  Tennessee Carpet.
            Q7.1  The label.
            Q7.2  The design.
            Q8.0  Toys.
            Q8.1  The product.
            Q8.2  The store.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Label.
            Q9.2  The label.
            Q9.3  The design.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Tennessee Carpet.
            Q10.2 The label.
            Q10.3 The design.

    1101    Q7.0  Silly Squeakers.
            Q7.1  That's what it says on the tag.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Whatever store sells this.
            Q9.2  Don't know.
            Q10.0 Don't know/no opinion.

    1104    Q7.0  Bad Spaniels.
            Q7.1  Bad Spaniels.
            Q7.2  Because it is on the product.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Bad Spaniels.
            Q9.2  Because it is on the label.
            Q9.3  It's one the label.
            Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

RESPONDENT
 NUMBER    RESPONSE

   1105    Q7.0  Silly Squeakers.
           Q7.1  Because that is their name.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

   1109    Q7.0  Silly.
           Q7.1  Saw that name on the top of the product.
           Q7.2  Nothing.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1111    Q7.0  Tennessee Carpet.
           Q7.1  Reads on the label.
           Q7.2  No additional comment.
           Q8.0  No comment.
           Q8.1  No additional comment.
           Q8.2  No comment.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1112    Q7.0  Silly.
           Q7.1  Makes me known.
           Q7.2  Seems a product of excellent quality and will surely
                 buy it.
           Q8.0  Care products generally dogs.
           Q8.1  The brand is known me.
           Q8.2  I think I saw some of their products in the store.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Could not say the name but would need a complete
                 authorization to sell the product.
           Q9.2  On the label could notice several health and other
                 codes.
           Q9.3  Usually a product requires permits to be sold.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

RESPONDENT
  NUMBER    RESPONSE

   1113    Q7.0  Silly Squeakers.
           Q7.1  Silly Squeakers.
           Q7.2  Silly Squeakers.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 The names on the product and packaging.
           Q10.2 The name on the toy and the packaging.
           Q10.3 The name on the toy and the packaging.

   1116    Q7.0  Silly Squeakers.
           Q7.1  It's on the hanging tag.
           Q7.2  Common sense.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1118    Q7.0  Bad Spaniels.
           Q7.1  Bad Spaniels.
           Q7.2  Bad Spaniels.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Bad Spaniels.
           Q9.2  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Stuffy.
           Q10.2 Bad Spaniels.
           Q10.3 Bad Spaniels.

   1122    Q7.0  Silly Squeakers.
           Q7.1  It's printed at the top.
           Q7.2  It was the largest lettering.
           Q8.0  Other squeaky toys for dogs.
           Q8.1  Because of the name of the product.
           Q8.2  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1124    Q7.0  Bad Spaniel.
           Q7.1  Don't know.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

                            - 43 -                    TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

  1126     Q7.0  VIP dog toys.
           Q7.1  Don't know.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

  1128     Q7.0  Bad Spaniels.
           Q7.1  By the name.
           Q7.2  Its on the toy and the tag.
           Q8.0  Toys.
           Q8.1  The make toys.
           Q8.2  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

  1130     Q7.0  VIP Products.
           Q7.1  That was what was listed on the packaging that I saw.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Don't know/no opinion.

  1131     Q7.0  Silly.
           Q7.1  That what I see.
           Q7.2  Making it look like a bottle of booze.
           Q8.0  Don't no.
           Q8.1  I wouldn't buy it for my dog.
           Q8.2  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

  1137     Q7.0  Silly.
           Q7.1  Text at top.
           Q7.2  Text at top.
           Q8.0  Dog chew toys.
           Q8.1  No.
           Q8.2  N.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

---

| RESPONDENT NUMBER | RESPONSE |
|---|---|
| 1138 | Q7.0  Silly.<br>Q7.1  Don't know.<br>Q8.0  Don't know.<br>Q9.0  IS being made or put out with the authorization or approval.<br>Q9.1  Don't know.<br>Q10.0 Does NOT have a business affiliation or business connection. |
| 1140 | Q7.0  Bad Spaniels.<br>Q7.1  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Does NOT have a business affiliation or business connection. |
| 1143 | Q7.0  Bad Spaniel.<br>Q7.1  Because that is what it says.<br>Q7.2  No.<br>Q8.0  No idea.<br>Q8.1  Nothing.<br>Q8.2  Nothing.<br>Q9.0  Don't know/no opinion.<br>Q10.0 Don't know/no opinion. |
| 1144 | Q7.0  Silly Squeakers.<br>Q7.1  On tag.<br>Q7.2  Nothing.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Does NOT have a business affiliation or business connection. |
| 1146 | Q7.0  Vi-Pro dog products from China.<br>Q7.1  I read it on the back label of the hang tag.<br>Q7.2  None.<br>Q8.0  Dog tug of war toys, vitamins, dog treats, leashes, collars, harnesses.<br>Q8.1  Because many business' provide more than one product.<br>Q8.2  None.<br>Q9.0  IS being made or put out with the authorization or approval.<br>Q9.1  Vi-Pro probably at Walmart.<br>Q9.2  Because walmart mart sells products such as this one for reasonable prices.<br>Q9.3  None.<br>Q10.0 Don't know/no opinion. |

TEST CELL

RESPONDENT
 NUMBER     RESPONSE

1149      Q7.0  Silly.
          Q7.1  It looked like the name of the brand.
          Q7.2  The company.
          Q8.0  Toys.
          Q8.1  More toys.
          Q8.2  For dogs wants and needs.
          Q9.0  Don't know/no opinion.
          Q10.0 Does NOT have a business affiliation or business
                connection.

1151      Q7.0  Silly Squeakers.
          Q7.1  That was the name I read at the top of hang tag.
          Q7.2  Don't know.
          Q8.0  Other dog toys, chew toys, squeaky toys.
          Q8.1  It would seem like those would be the typical other
                products a company like that would make.  Usually a
                toy company is going to make other toys.
          Q8.2  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Who ever the dog toy making company is and funds
                their operations.
          Q9.2  Don't know.
          Q10.0 Does NOT have a business affiliation or business
                connection.

1152      Q7.0  Silly Squeakers.
          Q7.1  Silly Squeakers.
          Q7.2  That's the name on the top.
          Q8.0  Other dog toys.
          Q8.1  Because I have never seen it before.
          Q8.2  It doesn't seem like a leash company.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

1153      Q7.0  Silly Squeakers.
          Q7.1  The tag said so.
          Q7.2  It said that on the tag.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

1158      Q7.0  Silly.
          Q7.1  The name at the top.
          Q7.2  Nothing.
          Q8.0  Don't know.
          Q8.1  Don't know.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

_____

RESPONDENT
 NUMBER     RESPONSE

   1165    Q7.0  Bad Spaniel.
           Q7.1  See it on the label.
           Q7.2  Nothing.
           Q8.0  Food for dogs.
           Q8.1  A good guess.
           Q8.2  It makes sense.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1168    Q7.0  Silly Squeakers.
           Q7.1  Silly Squeakers.
           Q7.2  Don't know.
           Q8.0  Dog biscuits.
           Q8.1  Dog biscuits.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 Don't know/no opinion.

   1170    Q7.0  Silly.
           Q7.1  The title on the hanger.
           Q7.2  Nothing else.
           Q8.0  Maybe food and treats.
           Q8.1  Looks like they would make some kind of food with
                 there design for a dog toy.
           Q8.2  Nothing else.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   1177    Q7.0  Silly Squeakers.
           Q7.1  I have used this product.
           Q7.2  Don't know.
           Q8.0  Silly Squeakers.
           Q8.1  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                     Tennessee Carpet continued

===============================================================================

RESPONDENT
 NUMBER      RESPONSE

   1178      Q7.0  Silly Squeakers.
             Q7.1  Silly Squeakers.
             Q7.2  Name was on the top label.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

   1180      Q7.0  VIP Products.
             Q7.1  It says on the label that the product and design
                   belong to VIP Products.
             Q7.2  The label clearly states it.
             Q8.0  Other dog toys that squeak.
             Q8.1  It says Silly Squeakers on the front label so I
                   assume there are other versions of the squeak toy.
             Q8.2  The label.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   1181      Q7.0  Silly Squeakers.
             Q7.1  It appears on the tag.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

   1183      Q7.0  Silly Squeakers.
             Q7.1  It was on the label.
             Q7.2  It was plural like there were other squeakers toys in
                   this line.
             Q8.0  Squeaker toys.
             Q8.1  I didn't see anything else on the label that made me
                   think this company made any other products.
             Q8.2  I didn't see any other products on the label.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

   1185      Q7.0  Bad Spaniels.
             Q7.1  Because it was on the front and back of the tag.
             Q7.2  Nothing else.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  City Squeakers.
             Q9.2  It is also on the label.
             Q9.3  Don't know.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

<u>RESPONSE CATEGORY 2</u>: Silly Squeakers, VIP Products, Bad Spaniels,
Tennessee Carpet continued

RESPONDENT
  NUMBER    RESPONSE

  1186    Q7.0  Tennessee.
          Q7.1  Clear visible.
          Q7.2  Interested and use it.
          Q8.0  Nothing specific.
          Q8.1  Not sure.
          Q8.2  Do not know.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Don't know.
          Q10.2 Don't know.

  1190    Q7.0  Don't know.
          Q8.0  Tennessee Carpet.
          Q8.1  I see that name on the label.
          Q8.2  I recognize the name.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 PetSmart.
          Q10.2 They are involved with everything.
          Q10.3 None.

  1192    Q7.0  Silly.
          Q7.1  That's what the label says I'm not that good at name
                brand for dog toys.
          Q7.2  No.
          Q8.0  Dog treats, dog toys.
          Q8.1  The look of the toy.
          Q8.2  Nothing.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Hear Doggy, Vitality.
          Q10.2 Idk.
          Q10.3 Idk.

  1193    Q7.0  Squeakers.
          Q7.1  One of things I saw.
          Q7.2  That word stood out.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  1196    Q7.0  Silly.
          Q7.1  Its on the package.
          Q7.2  Don't know.
          Q8.0  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 2</u>: Silly Squeakers, VIP Products, Bad Spaniels,
Tennessee Carpet continued

RESPONDENT
NUMBER    RESPONSE

1202    Q7.0  VIP Products.
        Q7.1  According to the label VIP Products it is the company
              that makes this product.
        Q7.2  VIP Products it is the company that makes this
              product.
        Q8.0  Truth is not that other products do.
        Q8.1  That truth is that other products do.
        Q8.2  That truth is that other products do.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Silly Squeakers is the company.
        Q9.2  Silly Squeakers is the company.
        Q9.3  Silly Squeakers it is the company that makes this
              product.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Bad Spaniels is the company.
        Q10.2 Bad Spaniels is the company.
        Q10.3 Bad Spaniels.  It is the company that makes this
              product.

1203    Q7.0  Bad Spaniels.
        Q7.1  Is good brand.
        Q7.2  Is good.
        Q8.0  None.
        Q8.1  None.
        Q8.2  Is good brand.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  None.
        Q9.2  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1205    Q7.0  Bad Spaniels.
        Q7.1  Usually the name brand is at the top of the product
              and or product description.
        Q7.2  Don't know.
        Q8.0  Other dog products.
        Q8.1  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

1206    Q7.0  VIP Products.
        Q7.1  That's what I read.
        Q7.2  Its what it's read.
        Q8.0  Other toys.
        Q8.1  Cause product is a dogs toy.
        Q8.2  Nothing.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 2: Silly Squeakers, VIP Products, Bad Spaniels,
                    Tennessee Carpet continued

_____

RESPONDENT
  NUMBER    RESPONSE

  1208    Q7.0  VIP Products.
          Q7.1  It said so on the back of the tag.
          Q7.2  Don't know.
          Q8.0  Don't know.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

TEST CELL

<u>RESPONSE CATEGORY 3</u>: Other

RESPONDENT
 NUMBER    <u>RESPONSE</u>

   1002    Q7.0  Hear Doggy.
            Q7.1  It said it on the package.
            Q7.2  Don't know.
            Q8.0  Dog treats, toys.
            Q8.1  It showed on the display.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Does NOT have a business affiliation or business
                   connection.

   1007    Q7.0  Ellycutters.
            Q7.1  It looks like that's what was written behind product.
            Q7.2  Nothing else.
            Q8.0  Not sure, really.  It's a weird one.
            Q8.1  Nothing else to say.
            Q8.2  Nothing else to say.
            Q9.0  Is NOT being made or put out with the authorization
                   or approval.
            Q10.0 Does NOT have a business affiliation or business
                   connection.

   1023    Q7.0  No idea who makes it, I saw "made in China" and that
                   was enough for me to lose interest.
            Q7.1  Because things made in China have too many toxic
                   ingredients whether they be food items or toys.  I
                   buy nothing from China that has to be ingested.
            Q7.2  China sells poison to us consumers and we buy it
                   because it's cheap!
            Q8.0  Probably poisonous jerky treats and a few of the
                   other squeaky toys I saw on that display.
            Q8.1  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   1025    Q7.0  Don't know.
            Q8.0  Dog treats.
            Q8.1  Assuming display was for companies products which had
                   treats/toys.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 3</u>: Other continued

RESPONDENT
 NUMBER     RESPONSE

1036     Q7.0  Some company in China.
         Q7.1  It says so on the hang tag.
         Q7.2  The bottom of the hang tag states that the product is
               made in China and is not affiliated with Jack
               Daniel's.
         Q8.0  Other dog or animal toys.  Hence the name Bad Spaniel
               and Tennessee Carpet.
         Q8.1  Labeling on the packaging states this.
         Q8.2  Nothing else.
         Q9.0  Is NOT being made or put out with the authorization
               or approval.
         Q10.0 Don't know/no opinion.

1039     Q7.0  Don't know.
         Q8.0  Bret Michaels collection for PetSmart.
         Q8.1  It looks like something from the Bret Michaels rock
               and roll collection.
         Q8.2  Don't know.
         Q9.0  Is NOT being made or put out with the authorization
               or approval.
         Q10.0 Does NOT have a business affiliation or business
               connection.

1042     Q7.0  Made in China.
         Q7.1  The bottle says made in China.
         Q7.2  Don't know.
         Q8.0  Don't know.
         Q9.0  Don't know/no opinion.
         Q10.0 Don't know/no opinion.

1048     Q7.0  Someplace in China.
         Q7.1  Saw that it was made or from China.
         Q7.2  Don't know.
         Q8.0  Liquor company is not affiliated with this, it said.
         Q8.1  Saw the tag.
         Q8.2  Saw the tag.
         Q9.0  Is NOT being made or put out with the authorization
               or approval.
         Q10.0 Does NOT have a business affiliation or business
               connection.

1051     Q7.0  Jack Daniel's.
         Q7.1  It stated it was not related to Jack Daniel's
               distillery.
         Q7.2  The bottle shape and front label.
         Q8.0  Great whiskey and bourbon.
         Q8.1  The bottle shape and label.
         Q8.2  Bottle and label colors.
         Q9.0  Is NOT being made or put out with the authorization
               or approval.
         Q10.0 Does NOT have a business affiliation or business
               connection.

RESPONSE CATEGORY 3: Other continued

---

RESPONDENT
NUMBER    RESPONSE

1055    Q7.0  Don't know.
        Q8.0  Other toys.
        Q8.1  Typically that's what they specialize in.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

1069    Q7.0  An independent company.
        Q7.1  Not me resembles other known brands.
        Q7.2  Nothing.
        Q8.0  Products for the care of my dog, or more toys.
        Q8.1  Guess not only sell a product, if not an entire
              product line for my pet.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1070    Q7.0  I am not sure what company makes this product.  I did
              not notice the name of the company on the hang tag.
        Q7.1  I am not sure which brand makes this dog toy, as I
              did not notice the name of the brand/company on the
              hang tag.
        Q7.2  Nothing.
        Q8.0  Other squeak toys, other dog toys, possibly dog
              treats.
        Q8.1  I say that because most dog toy companies do not just
              put out one type of dog toy, they normally put out
              other types of dog products as well.
        Q8.2  Nothing.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

1073    Q7.0  Unsure.
        Q7.1  Do not know.
        Q7.2  No knowledge.
        Q8.0  Unsure.
        Q8.1  Don't know.
        Q8.2  Unsure.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Style and design.
        Q9.2  Similar style.
        Q9.3  Nothing.
        Q10.0 Does NOT have a business affiliation or business
              connection.

TEST CELL

RESPONSE CATEGORY 3: Other continued

RESPONDENT
 NUMBER    RESPONSE

1075    Q7.0  Well, it looks like a damn whisky bottle.  So Jim
              Beam.
        Q7.1  Well, it looks like a damn whiskey bottle so I would
              think it's Jim Beam.
        Q7.2  I'm not going to dignify this again.
        Q8.0  Same as I have previously stated.
        Q8.1  I will not stated this again.
        Q8.2  Nothing – and come on, geesh.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Jim Beam.
        Q9.2  Jim Beam.
        Q9.3  Jim Beam.
        Q10.0 Don't know/no opinion.

1079    Q7.0  Don't know.
        Q8.0  I would assume they make numerous designs of cat and
              dog toys.
        Q8.1  The toy does not look like a one off product. I
              believe the company manufactures many animal toys.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

1086    Q7.0  Don't know.
        Q8.0  Purina.
        Q8.1  Because its a dog toy.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

1103    Q7.0  Don't know.
        Q7.1  Don't know.
        Q8.0  Treats.
        Q8.1  Same display.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1107    Q7.0  Don't know.
        Q8.0  Other squeaky toys.
        Q8.1  That's the only part I remember reading in depth, as
              my dogs do not like toys that make noise.
        Q8.2  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 3: Other continued

RESPONDENT
 NUMBER    RESPONSE

  1117    Q7.0  No idea, but it said made in China so sky's the
                limit.
          Q7.1  Because products made in China tend to be generic in
                nature.
          Q7.2  Well, sometimes manufacturers in China create
                products and sell the same thing to different
                companies with a license to put their own name on it.
                You can easily have 10 of the same product with
                different names on it all from a mysterious overseas
                manufacturer.
          Q8.0  Well, it was on an end-cap with Happy Hips dog treats
                so perhaps Happy Hips is licensed with whoever
                produced it.
          Q8.1  Endcaps in stores are usually either reserved for a
                specific company's product displays, or clearance
                items.  In this case I'm going with specific company.
                Happy Hips.
          Q8.2  Because I saw a variety of other items near it by
                Happy Hips.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Happy Hips.
          Q10.2 Because it was grouped with other products from that
                company.
          Q10.3 Don't know.

  1119    Q7.0  Chinese.
          Q7.1  Made in China.
          Q7.2  Made in China.
          Q8.0  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Don't know.

  1123    Q7.0  Don't know.
          Q8.0  Dog leashes and collars.
          Q8.1  Because this company makes dog toys so I think that
                the company probably makes other dog products.
          Q8.2  Nothing else.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

TEST CELL

RESPONSE CATEGORY 3: Other continued

RESPONDENT
 NUMBER    RESPONSE

    1127    Q7.0  Don't know.
            Q8.0  Dog shampoo, flea products.
            Q8.1  If companies put out products for carpet cleaning,
                  pet odors, pet stains, they usually have other
                  products also.
            Q8.2  Nothing.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1129    Q7.0  Hartz.
            Q7.1  They can make it.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1134    Q7.0  All I know is it is made in China.
            Q7.1  Don't know.
            Q8.0  Other squeaky plastic toys.
            Q8.1  Other squeaky toys.
            Q8.2  Stuffed squeaky toys.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1136    Q7.0  Don't know.
            Q8.0  Toys that look like other bottles.
            Q8.1  Most companies will develop more than one toy that is
                  similar - i.e. different stuffed toys - duck or
                  rabbit that are in a similar vein.
            Q8.2  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    1150    Q7.0  Don't know.
            Q8.0  Other dog toys and possibly dog treats and dog car
                  products.
            Q8.1  The display featured dog treats.
            Q8.2  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

RESPONSE CATEGORY 3: Other continued

RESPONDENT
  NUMBER    RESPONSE

    1166    Q7.0  PetSmart.
            Q7.1  Because it looks like something I would find at pet
                  smart.
            Q7.2  Just the previous reason that I stated.
            Q8.0  Dog treats.
            Q8.1  Because it just makes sense that they would also sell
                  dog treats.
            Q8.2  Nothing else.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Pet smart.
            Q10.2 Because it looks like it would be sold there.
            Q10.3 Nothing else.

    1169    Q7.0  Vodka.
            Q7.1  Same bottle design.
            Q7.2  The label is so similar and that Tennessee.
            Q8.0  Not else.
            Q8.1  That is true.
            Q8.2  Alright, so enough.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 A wine brand.
            Q10.2 Color choose.
            Q10.3 Opinion making.

    1174    Q7.0  Don't know.
            Q8.0  Other dog toys.
            Q8.1  Just the impression I got from reading the info.
            Q8.2  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

TEST CELL

RESPONSE CATEGORY 3: Other continued

RESPONDENT
  NUMBER    RESPONSE

  1189      Q7.0  Leve.
            Q7.1  I was saying on the label.
            Q7.2  Because I saw.
            Q8.0  Toys for dogs.
            Q8.1  Is clearly seen.
            Q8.2  Is clearly seen.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Intuition.
            Q9.2  Intuition.
            Q9.3  Intuition.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Alany.
            Q10.2 Intuition.
            Q10.3 Intuition.

RESPONSE CATEGORY 4: Don't know/none

RESPONDENT
NUMBER    RESPONSE

1006    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Don't know/no opinion.

1009    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1011    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1014    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

1019    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1021    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

1026    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 4</u>: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

     1028    Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Don't know.
             Q10.0 Don't know/no opinion.

     1034    Q7.0  No idea what company.
             Q7.1  Because I don't know who was the company.
             Q7.2  Nothing more to say.
             Q8.0  No idea what products.
             Q8.1  Because I don't have idea of it.
             Q8.2  No more.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

     1041    Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

     1043    Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

     1049    Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Don't know.
             Q10.0 Don't know/no opinion.

     1050    Q7.0  Don't know.
             Q7.1  Didn't see a company name.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

     1057    Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Don't know.
             Q10.0 Don't know/no opinion.

TEST CELL

RESPONSE CATEGORY 4: Don't know/none continued

<table>
<tr><td>RESPONDENT<br>NUMBER</td><td>RESPONSE</td></tr>
<tr><td>1059</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  IS being made or put out with the authorization or approval.<br>Q9.1  None.<br>Q9.2  Don't know.<br>Q10.0 Don't know/no opinion.</td></tr>
<tr><td>1066</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Does NOT have a business affiliation or business connection.</td></tr>
<tr><td>1072</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Don't know/no opinion.</td></tr>
<tr><td>1074</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Don't know/no opinion.</td></tr>
<tr><td>1084</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  IS being made or put out with the authorization or approval.<br>Q9.1  Don't know.<br>Q10.0 HAS a business affiliation or business connection.<br>Q10.1 Don't know.</td></tr>
<tr><td>1085</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Don't know/no opinion.<br>Q10.0 Don't know/no opinion.</td></tr>
<tr><td>1090</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Don't know/no opinion.<br>Q10.0 Don't know/no opinion.</td></tr>
<tr><td>1094</td><td>Q7.0  Don't know.<br>Q8.0  Don't know.<br>Q9.0  Is NOT being made or put out with the authorization or approval.<br>Q10.0 Does NOT have a business affiliation or business connection.</td></tr>
</table>

TEST CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

    1096    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1102    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1125    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1133    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    1135    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1142    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1145    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1157    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

<u>RESPONSE CATEGORY 4</u>: Don't know/none continued

RESPONDENT
 NUMBER   RESPONSE

    1161    Q7.0  Not sure.
            Q7.1  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1163    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1164    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1167    Q7.0  It's made in China so I have no idea who could be the
                  maker of this product.
            Q7.1  Its made in China.  I'm not familiar with any Chinese
                  companies.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1171    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    1173    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1175    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Just a guess on my part.
            Q10.2 Just a guess on my part.
            Q10.3 Nothing.

TEST CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

    1187    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1188    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    1195    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1197    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    1201    Q7.0  None.
            Q7.1  None.
            Q7.2  None.
            Q8.0  None.
            Q8.1  None.
            Q8.2  None.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  None.
            Q9.2  None.
            Q9.3  None.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    1207    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    1209    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

- 65 -                                              TEST CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

   1211    Q7.0  Don't know.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

Tab 2

TABLE 2

TEST CELL

Q11.0 Do you, or does anyone else in your household, work for a
      company that makes, sells, or distributes any...
        - alcoholic beverages?

|  | Response Distribution | |
| Response Categories | Number | Percent (n=211) |
| --- | --- | --- |
| 1. Yes | 3 | 1.42 |
| 2. No | 208 | 98.58 |
| Total | 211 | 100.00 |

Tab 3

TABLE 3

TEST CELL

GENDER AND AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
|---|---|---|
| | Number | Percent (n=211) |
| 1. Male | | (n=95) |
|   - 21 to 34 | 30 | 31.58 |
|   - 35 to 54 | 38 | 40.00 |
|   - 55 or over | 27 | 28.42 |
|     Total | 95 | 100.00 |
| 2. Female | | (n=116) |
|   - 21 to 34 | 43 | 37.07 |
|   - 35 to 54 | 40 | 34.48 |
|   - 55 or over | 33 | 28.45 |
|     Total | 116 | 100.00 |

Tab C

CONTROL CELL

SURVEY EXHIBITS



CONTROL CELL





Bad Spaniels

SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

1  80181 90860  6

Made In China

© 2014 VIP Products
**Products** Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.

CONTROL CELL

Tab 4

TABLE 4

CONTROL CELL

Questions 7.0 through 10.3


Q7.0  Who or what company do you believe makes or puts out this
      product?  Please be as specific as possible.
Q7.1  Why do you say that?  Again, please be as specific as
      possible.
Q7.2  What else, if anything, makes you say that?  Again, please
      be as specific as possible.


Q8.0  What other product or products, if any, do you believe are
      made or put out by whoever makes or puts out this product?
      Please be as specific as possible.
Q8.1  Why do you say that?  Again, please be as specific as
      possible.
Q8.2  What else, if anything, makes you say that?  Again, please
      be as specific as possible


Q9.0  Do you believe this product...
         1. <u>IS</u> being made or put out with the authorization or
            approval of any other company or companies;
         2. is <u>NOT</u> being made or put out with the authorization or
            approval of any other company or companies;
         3. don't know or have no opinion?
Q9.1  What company or companies do you believe gave the
      authorization or approval to make or put out this product?
      Please be as specific as possible.
Q9.2  Why do you say that?  Again, please be as specific as
      possible.
Q9.3  What else, if anything, makes you say that?  Again, please
      be as specific as possible.


Q10.0 Do you believe that whoever makes or puts out this
      product...
         1. <u>HAS</u> a business affiliation or business connection with
            any other company or companies;
         2. does <u>NOT</u> have a business affiliation or business
            connection with any other company or companies;
         3. don't know or have no opinion?
Q10.1 What company or companies do you believe has a business
      affiliation or business connection with whoever makes or
      puts out this product?  Please be as specific as possible.
Q10.2 Why do you say that?  Again, please be as specific as
      possible.
Q10.3 What else, if anything, makes you say that?  Again, please
      be as specific as possible.

TABLE 4

CONTROL CELL

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent (n=207) |
| 1. Jack Daniel's | 1 | 0.48 |
| 2. Silly Squeakers, VIP Products, Bad Spaniels, Tennessee Carpet | 112 | 54.11 |
| 3. Other | 42 | 20.29 |
| 4. Don't know/none | 52 | 25.12 |
| Total | 207 | 100.00 |

RESPONSE CATEGORIES
Questions 7.0 through 10.3

CONTROL CELL

1. Jack Daniel's

2. Silly Squeakers, VIP Products,
   Bad Spaniels, Tennessee Carpet

3. Other

4. Don't know/none

SURVEY RESPONSES

CONTROL CELL

<u>RESPONSE CATEGORY 1</u>: Jack Daniel's

RESPONDENT
<u>NUMBER</u>   <u>RESPONSE</u>

2131   Q7.0  Silly Squeakers.
          Q7.1  It says it on the top to the photo.
          Q7.2  The color scheme.
          Q8.0  Resolve.
          Q8.1  Looks like a product that they would make.
          Q8.2  The colors on the bottle.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Resolve.
          Q9.2  They are the only company I know that makes this type
                of product.
          Q9.3  Don't know.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Jack Daniel's.
          Q10.2 Looks similar to their whiskey bottles.
          Q10.3 The coloration of the bottle packaging.

<u>RESPONSE CATEGORY 2</u>: Silly Squeakers, VIP Products, Bad Spaniels,
                          Tennessee Carpet

_____

| RESPONDENT NUMBER | RESPONSE |
|---|---|
| 2003 | Q7.0  Silly Squeakers. |
|  | Q7.1  Don't know. |
|  | Q8.0  Plastic or rubber bones, balls and animals. |
|  | Q8.1  Don't know. |
|  | Q9.0  Is NOT being made or put out with the authorization or approval. |
|  | Q10.0 Don't know/no opinion. |
| 2004 | Q7.0  Tennessee Carpet. |
|  | Q7.1  Otherwise the label makes no sense.  Why would anybody else use that specific name on their product? |
|  | Q7.2  Don't know. |
|  | Q8.0  Carpeting. |
|  | Q8.1  Its in the name, Tennessee Carpet. |
|  | Q8.2  Don't know. |
|  | Q9.0  Is NOT being made or put out with the authorization or approval. |
|  | Q10.0 Don't know/no opinion. |
| 2006 | Q7.0  Silly. |
|  | Q7.1  Don't know. |
|  | Q8.0  Don't know. |
|  | Q9.0  IS being made or put out with the authorization or approval. |
|  | Q9.1  Don't know. |
|  | Q10.0 HAS a business affiliation or business connection. |
|  | Q10.1 Don't know. |
| 2009 | Q7.0  VIP toys. |
|  | Q7.1  Name tag says so. |
|  | Q7.2  Don't know. |
|  | Q8.0  Don't know. |
|  | Q9.0  Is NOT being made or put out with the authorization or approval. |
|  | Q10.0 Does NOT have a business affiliation or business connection. |
| 2010 | Q7.0  Silly Squeakers. |
|  | Q7.1  It says it. |
|  | Q7.2  It is on the label. |
|  | Q8.0  Don't know. |
|  | Q9.0  Don't know/no opinion. |
|  | Q10.0 Don't know/no opinion. |

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER      RESPONSE

  2011    Q7.0  VIP Products.
          Q7.1  Because it was written on the bottom of this product.
          Q7.2  The product itself.
          Q8.0  Dog toys and more.
          Q8.1  The colors in general let me believe that they make
                toys.
          Q8.2  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2016    Q7.0  Bad Spaniels.
          Q7.1  It says it on the tag.
          Q7.2  It looks like a logo.
          Q8.0  Squeak toys.
          Q8.1  It says Silly Squeakers on the tag so I assume they
                make different ones.
          Q8.2  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2018    Q7.0  Bad Spaniels.
          Q7.1  Name on product.
          Q7.2  Nothing.
          Q8.0  Not really sure.
          Q8.1  Not familiar with this company.
          Q8.2  Don't know anything about this company.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Silly Squeakers.
          Q9.2  Is on the tag.
          Q9.3  Nothing.
          Q10.0 Don't know/no opinion.

  2021    Q7.0  Silly Squeakers.
          Q7.1  Silly Squeakers.
          Q7.2  Don't know.
          Q8.0  Many toys.
          Q8.1  It appears to be a dog toy company.
          Q8.2  None.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Hartz.
          Q10.2 None.
          Q10.3 None.

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                           Tennessee Carpet continued

_____

RESPONDENT
 NUMBER     RESPONSE

2023    Q7.0  Silly Squeakers.
        Q7.1  The tag.
        Q7.2  Don't know.
        Q8.0  Not sure.
        Q8.1  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2024    Q7.0  Silly Squeakers.
        Q7.1  Its the name I see on the tag.
        Q7.2  Nothing else.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2025    Q7.0  Silly Squeakers.
        Q7.1  I saw this on the ad.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

2027    Q7.0  Silly.
        Q7.1  Large name at the top.
        Q7.2  That's it.
        Q8.0  Not sure, seen the name before.
        Q8.1  Just remember it from some place.
        Q8.2  That's it.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Don't know/no opinion.

2028    Q7.0  Silly Squeakers.
        Q7.1  It specifies it.
        Q7.2  Just the brand logo.
        Q8.0  None.
        Q8.1  I can't connect it to any other brand.
        Q8.2  Nothing.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

---

| RESPONDENT NUMBER | RESPONSE |
|---|---|
| 2029 | Q7.0  Silly Squeakers. |
| | Q7.1  On the label. |
| | Q7.2  Bold print and label. |
| | Q8.0  Dog toys. |
| | Q8.1  Saw on display. |
| | Q8.2  Saw on display. |
| | Q9.0  IS being made or put out with the authorization or approval. |
| | Q9.1  Ten Carpet. |
| | Q9.2  Tennessee Carpet. |
| | Q9.3  Don't know. |
| | Q10.0 HAS a business affiliation or business connection. |
| | Q10.1 Petco. |
| | Q10.2 Petco. |
| | Q10.3 Noting. |
| 2031 | Q7.0  Silly Squeakers. |
| | Q7.1  There name was the biggest on the tag. |
| | Q7.2  Don't know. |
| | Q8.0  Don't know. |
| | Q9.0  Is NOT being made or put out with the authorization or approval. |
| | Q10.0 Does NOT have a business affiliation or business connection. |
| 2032 | Q7.0  VIP Products. |
| | Q7.1  Its there on the label for it. |
| | Q7.2  The way the product is made. |
| | Q8.0  Looks like they were copying a whiskey of some sorts. |
| | Q8.1  Its a good one to use. |
| | Q8.2  It would be a good toy for the humor on the tag. |
| | Q9.0  Is NOT being made or put out with the authorization or approval. |
| | Q10.0 Does NOT have a business affiliation or business connection. |
| 2033 | Q7.0  Silly Squeakers. |
| | Q7.1  It' at the top of the tag. |
| | Q7.2  It's at the top of the tag. |
| | Q8.0  Other toys. |
| | Q8.1  Other toys. |
| | Q8.2  Other toys. |
| | Q9.0  Is NOT being made or put out with the authorization or approval. |
| | Q10.0 Does NOT have a business affiliation or business connection. |

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                Tennessee Carpet continued

_____

RESPONDENT
 <u>NUMBER</u>    <u>RESPONSE</u>

2034    Q7.0  Silly Squeakers.
        Q7.1  Says it at the top.
        Q7.2  It clearly stands out.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2035    Q7.0  Silly Squeakers.
        Q7.1  It is the only name I saw on the tag.
        Q7.2  Nothing else.
        Q8.0  I have no idea.
        Q8.1  I have no knowledge or recognition for the name.
        Q8.2  Nothing else.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2036    Q7.0  Bad Spaniels.
        Q7.1  It was on the bag of the tag.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2039    Q7.0  VIP Products.
        Q7.1  I saw it on the package.
        Q7.2  I saw it on the package.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2041    Q7.0  Silly spaniels.
        Q7.1  I can see the label.
        Q7.2  Same response.
        Q8.0  Other toys.
        Q8.1  They probably don't make just one kind of toy.
        Q8.2  Same response.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2043    Q7.0  Silly.
        Q7.1  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

CONTROL CELL

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                         Tennessee Carpet continued

_____

| RESPONDENT NUMBER | RESPONSE |
|---|---|

2044    Q7.0  Silly Squeakers.
        Q7.1  It was a stand out font.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 PetSmart maybe.
        Q10.2 Don't know.

2047    Q7.0  Silly Squeakers.
        Q7.1  There was no other company sounding name written near
              the bottom of the product.
        Q7.2  It was written large and did not seem to be the name
              of the product.
        Q8.0  Joke products.
        Q8.1  The sentences did not make much sense.
        Q8.2  The product was not described and seemed like a joke.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2049    Q7.0  Hang tag.
        Q7.1  Don't know.
        Q8.0  Bad Spaniels.
        Q8.1  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Don't know/no opinion.

2050    Q7.0  Looks like the company name is Silly Squeakers.
        Q7.1  Because that is what it says on the tag - Silly
              Squeakers.
        Q7.2  That is the only reason.
        Q8.0  I have no idea - I've never seen a product like this
              in the store.
        Q8.1  Never saw this product before.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

═══════════════════════════════════════════════════════

RESPONDENT
  NUMBER    RESPONSE

  2052    Q7.0  VIP Products.
          Q7.1  A well know pet product.
          Q7.2  It looks like it.
          Q8.0  Tennessee.
          Q8.1  Tennessee.
          Q8.2  The name on the front.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2053    Q7.0  VIP Products.
          Q7.1  It is the mark of product.
          Q7.2  It is the mark of product.
          Q8.0  Tuff scale.
          Q8.1  Like this product.
          Q8.2  Like this product.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 VIP confession.
          Q10.2 It's what I believe.
          Q10.3 It's what I believe.

  2054    Q7.0  Silly Squeakers.
          Q7.1  That is the big name on the label.
          Q7.2  That's it.
          Q8.0  I have no idea.
          Q8.1  Did not see anything else.
          Q8.2  Nothing.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2055    Q7.0  Silly Squeakers.
          Q7.1  That's what it said on the tag.
          Q7.2  It was on the tag.
          Q8.0  Other squeaky toys.
          Q8.1  They most likely make more then one toy.
          Q8.2  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Pet co.
          Q9.2  It is a nation pet store.
          Q9.3  Don't know.
          Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                            Tennessee Carpet continued

RESPONDENT
 NUMBER     RESPONSE

    2060     Q7.0  Bad Spaniels.
             Q7.1  Silly Squeakers is the product name, so I guess Bad
                   Spaniels is the maker.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

    2061     Q7.0  Silly Squeakers.
             Q7.1  It is the name on the hang tag so I would assume it
                   is the name of the company.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

    2063     Q7.0  Silly Squeakers.
             Q7.1  Name on the tag.
             Q7.2  None.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Don't know.

    2066     Q7.0  Bad Spaniels.
             Q7.1  Bad Spaniels.
             Q7.2  Nothing.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                  Tennessee Carpet continued

_____

RESPONDENT
 NUMBER     RESPONSE

   2068     Q7.0  Silly Squeakers.
            Q7.1  Their name was big and bold at the top of the tag.
            Q7.2  It seemed to be the logo at the top center of the
                  tag.
            Q8.0  I would assume other dogs toys that squeak or make
                  noise, but also provide humor or other entertainment
                  to the dog owner.  I am not aware of any specific
                  names or products though.
            Q8.1  I have not seen that in the stores I shop in before.
            Q8.2  It seems to have a gag theme running through their
                  product and the name has "squeakers" telling me it
                  will make an annoying noise.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

   2069     Q7.0  Tennessee Carpet.
            Q7.1  I saw the name on the toy.
            Q7.2  The name is on the toy.
            Q8.0  I do not know.
            Q8.1  I have never seen that type of logo before.
            Q8.2  I am not familiar with the company.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   2070     Q7.0  Silly Squeakers.
            Q7.1  That's what I see on the toy.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

   2076     Q7.0  Bad Spaniels.
            Q7.1  What it shows on the toy as a name.
            Q7.2  Don't know.
            Q8.0  Squeak toys and chew toys.
            Q8.1  That is what the toy states.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                    Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

   2079    Q7.0  Silly Squeakers.
           Q7.1  It says on the cap and looks like the logo.
           Q7.2  Don't know.
           Q8.0  Other silly toys.
           Q8.1  It seems that that is their thing.
           Q8.2  Nothing else.
           Q9.0  Don't know/no opinion.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2080    Q7.0  Silly Squeakers.
           Q7.1  I believe that is the brand based on the logo at the
                 top of the package.
           Q7.2  It is clearly on display.
           Q8.0  Other dog toys.
           Q8.1  I would just assume they make more products.
           Q8.2  I think they make more than just squeaking toys.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  The Silly Squeakers company.
           Q9.2  Because that is the brand at the top of the product.
           Q9.3  That is where logos go.
           Q10.0 Don't know/no opinion.

   2081    Q7.0  Silly.
           Q7.1  This is the brand.
           Q7.2  None.
           Q8.0  None.
           Q8.1  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

   2082    Q7.0  Bad Spaniels.
           Q7.1  Bad Spaniels.
           Q7.2  Bad Spaniels.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

   2085    Q7.0  Silly Squeakers.
           Q7.1  Most prominent name.
           Q7.2  Seems generic enough for a range of off-beat toys.
           Q8.0  Other off-beat toys, probably rubber squeaky toys.
           Q8.1  Unlikely to have just one in the category.
           Q8.2  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

  2087   Q7.0  Silly Squeakers.
         Q7.1  Its clear on the top.
         Q7.2  Its bold.
         Q8.0  Carpet cleaners and maybe flea spray.
         Q8.1  It goes along with that type of product.
         Q8.2  Don't know.
         Q9.0  IS being made or put out with the authorization or
               approval.
         Q9.1  Med product.
         Q9.2  Just a guess I honestly don't know for sure, but I'm
               sure it's FDA approved.
         Q9.3  Don't know.
         Q10.0 Don't know/no opinion.

  2089   Q7.0  Silly Squeakers.
         Q7.1  Don't know.
         Q8.0  Other dog toys.
         Q8.1  I don't think they make just one toy.
         Q8.2  Don't know.
         Q9.0  Don't know/no opinion.
         Q10.0 Does NOT have a business affiliation or business
               connection.

  2090   Q7.0  Silly Squeakers.
         Q7.1  It's the name on the front of the tag.
         Q7.2  Nothing.
         Q8.0  Other squeaky toys.
         Q8.1  Because that's what the shown toy is.
         Q8.2  Nothing.
         Q9.0  IS being made or put out with the authorization or
               approval.
         Q9.1  Don't know.
         Q10.0 Don't know/no opinion.

CONTROL CELL

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
  NUMBER      <u>RESPONSE</u>

  2091      Q7.0  VIP Products.
            Q7.1  It was listed on the hang tag.
            Q7.2  It was listed on the hang tag.
            Q8.0  Bad Spaniels.
            Q8.1  It was listed on the hang tag and seems to be part of
                  a product line of Bad Spaniels toys.
            Q8.2  Nothing else.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  VIP Products.
            Q9.2  I believe that VIP Products is the company that
                  actually makes this toy.
            Q9.3  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 VIP Products.
            Q10.2 It is listed on the hang tag.
            Q10.3 VIP Products and Silly Squeakers are both listed on
                  the hang tag, therefore it seems like they are
                  affiliated with each other.

  2092      Q7.0  Silly Squeakers.
            Q7.1  Because its in larger letters and it stands out.
            Q7.2  Its not the name of the toy so it has to be the name
                  of the brand.
            Q8.0  Toys that squeak and have a bottle shape.
            Q8.1  Because the toy is bottle shaped and the brand name
                  suggests the items squeak.
            Q8.2  I don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

  2093      Q7.0  Silly Squeakers.
            Q7.1  That is the brand of the manufacturer.
            Q7.2  It says so on the label.
            Q8.0  How should I know?  There were a bunch of toys on the
                  display but they were all different and different
                  brands.
            Q8.1  Oh, come on.  This survey is getting ridiculous.
            Q8.2  I had enough with this crap.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

CONTROL CELL

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                          Tennessee Carpet continued

RESPONDENT
 NUMBER    RESPONSE

   2094    Q7.0  Silly Squeakers.
           Q7.1  Silly Squeakers.
           Q7.2  Its the title of the product.
           Q8.0  Toys for animals.
           Q8.1  It sounds like a line of dog toys.
           Q8.2  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Don't know/no opinion.

   2096    Q7.0  VIP Productions.
           Q7.1  I read the label.
           Q7.2  None.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2097    Q7.0  Silly Squeakers.
           Q7.1  That is the name on the package.
           Q7.2  Nothing.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

   2098    Q7.0  Silly Squeaker.
           Q7.1  Was on tag.
           Q7.2  On tag.
           Q8.0  No clue.
           Q8.1  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2101    Q7.0  Silly Squeakers.
           Q7.1  Large logo on hang tag.
           Q7.2  There is a trademark symbol.
           Q8.0  Different varieties of dog squeaky toys with funny
                 names that are similar to human products like this
                 one.
           Q8.1  There were different items on the display like this.
                 Also, the name Silly Squeakers indicates this.
           Q8.2  The name of the company says this to me.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

   2103    Q7.0  Silly Squeakers.
           Q7.1  Name in ticket.
           Q7.2  Design, images and message.
           Q8.0  Shampoo, water, medicine.
           Q8.1  Variation.
           Q8.2  Colors of images.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2105    Q7.0  I believe VIP Products makes the product and I
                 believe pet stores put the product out.
           Q7.1  The reason I say that is because it said who makes
                 the product on the hang tag and also the other reason
                 I say that is because it is a pet toy.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Petco, PetSmart, Pet Supplies Plus, Walmart.
           Q10.2 Because all those stores sell pet toys.
           Q10.3 Don't know.

   2107    Q7.0  It says Silly Squeakers on the tag.
           Q7.1  It says the brand on the tag.
           Q7.2  The hang tag picture you showed had the brand on
                 there.
           Q8.0  Dog treats.
           Q8.1  They're in the dog toy business so I thought they
                 could make dog treats, too.
           Q8.2  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2109    Q7.0  Silly Squeakers.
           Q7.1  It was on the tag.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

---

RESPONDENT
 NUMBER    RESPONSE

2110    Q7.0  Silly Squeakers.
        Q7.1  Bran in the bottle.
        Q7.2  Bottle.
        Q8.0  I don't know.
        Q8.1  No, not buy many products for hair fall for dogs.
        Q8.2  No not buy many products for hair fall for dogs.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2113    Q7.0  Bad Spaniels.
        Q7.1  This name is prominently displayed on the toy.
        Q7.2  A picture of a spaniel is on the tag.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2115    Q7.0  VIP or Silly Squeakers.
        Q7.1  It looks like the brand name on the tag is Silly
              Squeakers but I remember seeing VIP on the bottom of
              the tag like VIP manufacturing or something like
              that.
        Q7.2  Nothing else, just the tag.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  With VIP or Silly Squeakers.
        Q9.2  Both names are on the tag.
        Q9.3  Don't know.
        Q10.0 Don't know/no opinion.

2116    Q7.0  VIP.
        Q7.1  Read it near the bottom of the tag.
        Q7.2  I think it was in red.
        Q8.0  Any chewy squeaker toy.
        Q8.1  Its say squeaky on the tag.
        Q8.2  Saw it near the top of the tag squeaker.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

2119    Q7.0  Silly Squeakers.
        Q7.1  Based on the hang tag information.
        Q7.2  Nothing.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

<u>RESPONSE CATEGORY 2</u>:    Silly Squeakers, VIP Products, Bad Spaniels,
                             Tennessee Carpet continued

═══════════════════════════════════════════════════════════════════════

RESPONDENT
 NUMBER      RESPONSE

  2120       Q7.0  Silly Squeakers.
             Q7.1  It has the name on the tag.
             Q7.2  It is the big letters on the tag.
             Q8.0  Other squeak toys.
             Q8.1  The name suggests more then one squeak toy.
             Q8.2  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Silly Squeakers.
             Q9.2  That is the company it is made by.
             Q9.3  Don't know.
             Q10.0 Don't know/no opinion.

  2121       Q7.0  Silly Squeaker.
             Q7.1  The label.
             Q7.2  Don't know.
             Q8.0  [Not answered]
             Q8.1  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Silly Squeakers.
             Q9.2  The label.
             Q9.3  Don't know.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Silly Squeakers.
             Q10.2 The label.
             Q10.3 The label.

  2122       Q7.0  VIP.
             Q7.1  VIP.
             Q7.2  I think that is what was on the left bottom of the
                   tag.
             Q8.0  Other dog toys.
             Q8.1  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

  2123       Q7.0  Silly.
             Q7.1  It says so.
             Q7.2  Looks like the logo and name.
             Q8.0  Carpet cleaner.
             Q8.1  Tennessee Carpet.
             Q8.2  Same.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  With the warning tag I am assuming this is a good
                   product.
             Q9.2  Same.
             Q9.3  Same.
             Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

2124    Q7.0  Silly Squeakers.
        Q7.1  The name of the toy.
        Q7.2  Nothing it looks like a weird toy.
        Q8.0  I am not sure.
        Q8.1  Again I am unsure.
        Q8.2  Nothing I am unsure.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

2125    Q7.0  Silly Squeakers.
        Q7.1  It was on the product.
        Q7.2  Nothing.
        Q8.0  Don't know any other products by this company.
        Q8.1  Am not familiar with the company.
        Q8.2  Nothing.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  The company that makes Silly Squeakers.
        Q9.2  The name was on the tag.
        Q9.3  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Silly Squeakers.
        Q10.2 The name was on the tag.
        Q10.3 Don't know.

2128    Q7.0  Silly Squeakers.
        Q7.1  Written on the tag.
        Q7.2  Written on the tag.
        Q8.0  Other dog toys.
        Q8.1  Assumption.
        Q8.2  Imagination.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2129    Q7.0  Silly makers.
        Q7.1  Because that's what it said on the tag.
        Q7.2  Don't know.
        Q8.0  Other different types of dog toys.
        Q8.1  For the simple reason that this is a dog toy, so I
              would assume they make different ones.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

═══════════════════════════════════════════════════════════════════════

RESPONDENT
  NUMBER     RESPONSE

  2130     Q7.0  VIPs.  Made in China.
           Q7.1  I believe I read that.
           Q7.2  That is what I remember reading.
           Q8.0  I don't know.
           Q8.1  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

  2132     Q7.0  Silly Squeakers.
           Q7.1  Because I see no other possible option.
           Q7.2  Why not see another possible option, no markings are
                 visible on the package and do not know what
                 sufficient product to another brand suoner.
           Q8.0  Shampoos, snacks, necklaces.
           Q8.1  Think it is a brand that can represent this type of
                 pet accessories.
           Q8.2  Think it is a brand that can represent this type of
                 pet accessories, since they need many accessories for
                 both their care and for their health and for fun.
           Q9.0  Don't know/no opinion.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Purina, Beneful, Alpo.
           Q10.2 Because they are very good companies in the pet care.
           Q10.3 Because they are very good companies in the care of
                 pets, as they provide a varied range of useful
                 accessories for them.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER     RESPONSE

   2133     Q7.0  VIP Products, although I have never heard of them
                  before.
            Q7.1  I saw "VIP Products" on one of the photos.
            Q7.2  Nothing.
            Q8.0  The product line is called "Silly Squeakers," so I
                  would presume they put out other squeak toys.
                  However, the display we were shown also showed some
                  chew snacks, so I guess the company also makes those,
                  if all the products on the rack were from the same
                  company.
            Q8.1  I explained it.
            Q8.2  Nothing.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  I don't drink alcohol, so I don't know what the toy
                  is supposed to look like, but apparently it is some
                  sort of hard liquor based on the bottle shape and the
                  wording.  If this is a copy of some liquor bottle,
                  then I suspect there is the need for a licensing
                  arrangement, but that depends on how similar the
                  bottle is to a copyrighted design.
            Q9.2  I can't add any more.
            Q9.3  I have explained all I know.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

   2134     Q7.0  Silly Squeakers.
            Q7.1  It is clearly seen.
            Q7.2  You can clearly says it says Silly Squeaker.
            Q8.0  Bad Spaniels.
            Q8.1  Not sure now which is the main person who sells it.
            Q8.2  Can't tell which company makes it.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   2136     Q7.0  Tennessee Carpet.
            Q7.1  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

   2139     Q7.0  Silly Squeakers.
            Q7.1  Its the only words on the product.
            Q7.2  The words on top.
            Q8.0  Bad dog squeakers.
            Q8.1  Saw it on the shelf.
            Q8.2  The display.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
  NUMBER     RESPONSE

   2140      Q7.0  VIP.
             Q7.1  It's the name on the hanger.
             Q7.2  It was the name at the bottom of the hanger.
             Q8.0  Other squeaky dog toys.
             Q8.1  The hanger indicated a line of squeaky dog toys.
             Q8.2  It would stand to reason that the company makes more
                   than one dog toy.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  I would think some kind of vet organization.
             Q9.2  Generally, these things seek the approval of certain
                   groups before merchandising.
             Q9.3  It looks like a tested product, so would assume it
                   was okayed by certain groups.
             Q10.0 Don't know/no opinion.

   2141      Q7.0  Bad Spaniels.
             Q7.1  Because it says so on the top right of the tag.
             Q7.2  Because the brand is also on the front of the bottle.
             Q8.0  Squeaker toys, carpet cleaners.
             Q8.1  Because I would think this was a carpet cleaner by
                   the look of it, but its confusing.
             Q8.2  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

   2144      Q7.0  Silly Squeakers.
             Q7.1  That looks like the brand name to me.
             Q7.2  Don't know.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Don't know/no opinion.

   2145      Q7.0  Tennessee Carpet.
             Q7.1  What I saw.
             Q7.2  See.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  T.C.
             Q9.2  Only name I can read besides Silly.
             Q9.3  Silly might be maker.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Tennessee Carpet.
             Q10.2 What I figure.
             Q10.3 Duh.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

  2146    Q7.0  Silly Squeakers.
          Q7.1  It says it on the hang tag.
          Q7.2  I'm just assuming because that's the biggest name on
                the product.
          Q8.0  Other dog toys.
          Q8.1  Because they would probably make a line of products
                similar to this one.
          Q8.2  I'd think they would have a collection.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2147    Q7.0  Silly Squeakers.
          Q7.1  It was the best I could see from the pic.
          Q7.2  Don't know.
          Q8.0  No idea.
          Q8.1  There is no indication of anything else.
          Q8.2  Don't know.
          Q9.0  Is NOT being made or put out with the authorization
                or approval.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2148    Q7.0  Silly Squeakers.
          Q7.1  It said that on the tag.
          Q7.2  Don't know.
          Q8.0  Other dog toys.
          Q8.1  The tag says they make dog toys and I doubt they only
                have one product.
          Q8.2  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2149    Q7.0  Don't know.
          Q8.0  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Bad Spaniels appears to be the parent company.
          Q9.2  From the bottle they is how it appears.
          Q9.3  The tag.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Bad Spaniels.
          Q10.2 It appears to be the head tag.
          Q10.3 Nothing.

- 97 -                                          CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

RESPONDENT
  NUMBER    RESPONSE

  2150    Q7.0  Silly Squeakers.
          Q7.1  From the name on the tag.
          Q7.2  Nothing else.
          Q8.0  Probably other toys.
          Q8.1  Most companies make multiple products.
          Q8.2  Nothing else.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2151    Q7.0  Silly Squeakers.
          Q7.1  It's apparent on the label.  Although there is no
                trademark or (c) next to it that I can tell.
          Q7.2  That the toy squeaks.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2157    Q7.0  Silly Squeakers.
          Q7.1  Silly Squeakers.
          Q7.2  It was on the label.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Don't know.

CONTROL CELL

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                          Tennessee Carpet continued

═══════════════════════════════════════════════════════════════════════

RESPONDENT
  NUMBER     <u>RESPONSE</u>

  2158     Q7.0  Silly Squeakers.
           Q7.1  I said that because of the name of the product.  I
                 saw no other identifying info on the product.
           Q7.2  The name or logo is large.
           Q8.0  Chew toys, balls, fake bones, etc.
           Q8.1  I saw several other items next to this one, usually
                 products by the same company are sold together.
           Q8.2  Nothing.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  When we buy products we usually don't worry about
                 weather someone gave permission unless its in a flea
                 market or you suspect black market or fake items
                 passed off as the real company.
           Q9.2  It's not something we genuinely worry over.  You
                 assume the product is legal.
           Q9.3  Nothing.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Again, it's based on assumptions only.  Sometimes I
                 will look on the bottom or back of a product to see
                 who made the product, if their name is on it.
           Q10.2 Nothing to add.
           Q10.3 Nothing to add.

  2159     Q7.0  Silly Squeakers.
           Q7.1  That is the company name on the tag.
           Q7.2  [Not answered]
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

  2160     Q7.0  Bad Spaniels.
           Q7.1  Because that is what it says.
           Q7.2  The picture on the front of it.
           Q8.0  Shampoo.
           Q8.1  Because that is normally what the companies make.
           Q8.2  The companies that make carpet cleaner for dogs
                 generally seem to make shampoo for dogs.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Probably the same one that manufactures it.
           Q9.2  Because I don't know why another company would.
           Q9.3  Just because I doubt that other companies would be
                 going for this when they are making their own
                 products for dogs.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

  2161    Q7.0  Bad Spaniels.
          Q7.1  It's on the label.
          Q7.2  Nothing else.
          Q8.0  Carpet cleaners.
          Q8.1  It's on the label.
          Q8.2  Nothing else.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  It's good.
          Q9.2  No reason.
          Q9.3  Nothing.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2164    Q7.0  Silly Squeakers.
          Q7.1  Brand on toys.
          Q7.2  [Not answered]
          Q8.0  Dog toys.
          Q8.1  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Don't know.

  2165    Q7.0  Silly Squeakers.
          Q7.1  It's the biggest name on the front of the tag.
          Q7.2  Don't know.
          Q8.0  Probably other rubber dog toys, most likely that
                squeak in some way.
          Q8.1  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Don't know.

  2168    Q7.0  I am not sure.  I would say the Bad Spaniels product.
          Q7.1  Don't know.
          Q8.0  Don't know.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Don't know.
          Q10.0 Does NOT have a business affiliation or business
                connection.

CONTROL CELL

<u>RESPONSE CATEGORY 2</u>:  Silly Squeakers, VIP Products, Bad Spaniels,
                          Tennessee Carpet continued

_____

RESPONDENT
 NUMBER    RESPONSE

   2171    Q7.0  Silly Squeakers.
           Q7.1  Don't know.
           Q8.0  Toys.
           Q8.1  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

   2172    Q7.0  VIP Products.
           Q7.1  I thought it said made by VIP Products.
           Q7.2  Nothing else.
           Q8.0  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  VIP Products.
           Q9.2  I saw it on the tag on the back of product.
           Q9.3  Nothing else I can remember.
           Q10.0 Don't know/no opinion.

   2173    Q7.0  Silly Squeakers.
           Q7.1  That is what appears to be the maker.
           Q7.2  The name was clearly written on the package.
           Q8.0  I have no idea.
           Q8.1  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

   2176    Q7.0  Silly Squeakers.
           Q7.1  Name.
           Q7.2  Don't know.
           Q8.0  Don't know.
           Q9.0  Is NOT being made or put out with the authorization
                 or approval.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

═══════════════════════════════════════════════════════════════════

RESPONDENT
 NUMBER    RESPONSE

  2178    Q7.0  Silly.
          Q7.1  Silly/Bad Spaniels on toys.
          Q7.2  It states it on the package.
          Q8.0  All makes of dog essentials, leashes, collars, toys,
                etc.
          Q8.1  They were shown on the page.
          Q8.2  Nothing more to add.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Silly.
          Q9.2  Name brand.
          Q9.3  Nothing again.
          Q10.0 Does NOT have a business affiliation or business
                connection.

  2179    Q7.0  Silly Squeakers.
          Q7.1  Because that was the name on the tag.
          Q7.2  Only because the name is in big lettering also.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2186    Q7.0  Silly Squeakers.
          Q7.1  That was the name I saw on the tag.
          Q7.2  Nothing else.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2187    Q7.0  Silly Squeakers.
          Q7.1  Because it says it on the front of the packaging.
          Q7.2  Nothing.
          Q8.0  Squeaky rubber dog toys.
          Q8.1  Because of the name of the company and the type of
                toy this is.
          Q8.2  Nothing.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2188    Q7.0  Silly Squeakers.
          Q7.1  Silly Squeakers.
          Q7.2  The manner in which it is written.
          Q8.0  Shampoo.
          Q8.1  Shampoo.
          Q8.2  Other product is the shampoo for dog.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Dog show Purina.
          Q10.2 Purina dog show.
          Q10.3 Purina dog show.

CONTROL CELL

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

_____

RESPONDENT
 NUMBER     RESPONSE

   2193    Q7.0   Bad Spaniels.
           Q7.1   Because they make it.
           Q7.2   Well, they have a lot possibility to make it.
           Q8.0   Shampoo.
           Q8.1   It was a good idea.
           Q8.2   Because is innovate.
           Q9.0   IS being made or put out with the authorization or
                  approval.
           Q9.1   PG&E.
           Q9.2   A good company.
           Q9.3   Great idea.
           Q10.0  HAS a business affiliation or business connection.
           Q10.1  Animal company.
           Q10.2  Dog shop.
           Q10.3  Pets.

   2198    Q7.0   Bad Spaniels.
           Q7.1   Its on the labeling & I can't see any other reason as
                  to why it might be.
           Q7.2   Sounds like a catchy name to a dog toy company.
           Q8.0   Maybe other toys, I don't recall ever seeing this toy
                  in a store before so I can't really say.
           Q8.1   Seems like a novelty kinda toy so can't imagine them
                  making to many things other than perhaps other toys.
           Q8.2   Because it says its 43% poop.
           Q9.0   Is NOT being made or put out with the authorization
                  or approval.
           Q10.0  Does NOT have a business affiliation or business
                  connection.

   2203    Q7.0   Silly Squeakers.
           Q7.1   I really don't know but the label seemed to indicate
                  that.
           Q7.2   Nothing else.
           Q8.0   Other toys.
           Q8.1   Because of the name Silly Squeakers.
           Q8.2   Nothing.
           Q9.0   Is NOT being made or put out with the authorization
                  or approval.
           Q10.0  Does NOT have a business affiliation or business
                  connection.

   2204    Q7.0   Silly Squeakers.
           Q7.1   Saw the tag.
           Q7.2   Don't know.
           Q8.0   Other dog toys and dog treats.
           Q8.1   Just guessing.
           Q8.2   Don't know.
           Q9.0   Don't know/no opinion.
           Q10.0  Don't know/no opinion.

RESPONSE CATEGORY 2:  Silly Squeakers, VIP Products, Bad Spaniels,
                      Tennessee Carpet continued

═══════════════════════════════════════════════════════════════

RESPONDENT
  NUMBER     RESPONSE

   2206     Q7.0  Bad Spaniels.
            Q7.1  Name on toy and tag.
            Q7.2  Logo has it under it.
            Q8.0  Treats.
            Q8.1  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

   2207     Q7.0  Bad Spaniels.
            Q7.1  That name is in the product.
            Q7.2  The bottle.
            Q8.0  Brush.
            Q8.1  Because yes.
            Q8.2  The name in the bottle.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Pet companies.
            Q9.2  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Bad Spaniels.
            Q10.2 The name.
            Q10.3 Don't know.

CONTROL CELL

RESPONSE CATEGORY 3:  Other

RESPONDENT
  NUMBER    RESPONSE

    2005    Q7.0  Dogswell.
            Q7.1  Was on the display shown.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2007    Q7.0  Don't know.
            Q8.0  Other similar funny products, such as different
                  bottle shapes with different breeds, just with
                  different descriptions.
            Q8.1  The dog toy can play on many different breeds,
                  different alcohol bottles, and different quirks in
                  the dog breeds.
            Q8.2  It's a very marketable idea, especially to older dog
                  owners.  Many dog owners can probably relate to the
                  silliness and would find the bottles appealing.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2008    Q7.0  Made in China.
            Q7.1  Made in China.
            Q7.2  That's what it said.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2012    Q7.0  Don't know.
            Q8.0  Other types of chew toys.
            Q8.1  Its a squeak toy, so I thing they make more squeak
                  toys.
            Q8.2  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 3: Other continued

---

RESPONDENT
 NUMBER    RESPONSE

2014    Q7.0  I have no idea, people who love dogs.
        Q7.1  It has to be someone who is thinking outside of the box.
        Q7.2  Don't know.
        Q8.0  Other dog treats and toys.
        Q8.1  They must make more than one item, and those other items relate.
        Q8.2  Don't know.
        Q9.0  IS being made or put out with the authorization or approval.
        Q9.1  It has to be safe for animals or people would not buy it.
        Q9.2  Most toys need approval to be out on the market.
        Q9.3  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 I don't know.
        Q10.2 Don't know.

2019    Q7.0  To be honest I focused more on the made in China than the company name because the made in China made me think I would not buy it.  The name & address of the company were provided but I don't remember them.
        Q7.1  Because I worry that products made in China won't be safe for my dog.
        Q7.2  Because you hear about lead paint & various other bad things being used.
        Q8.0  I think they may make fluff free dog toys like ducks.
        Q8.1  The label about safety in using toys.
        Q8.2  The name of the toy.
        Q9.0  IS being made or put out with the authorization or approval.
        Q9.1  Don't know.
        Q10.0 Don't know/no opinion.

2030    Q7.0  No idea.
        Q7.1  Because it doesn't look familiar.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization or approval.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Purina.
        Q10.2 Don't know.

2037    Q7.0  Petco.
        Q7.1  Looks like Petco.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or approval.
        Q9.1  Don't know.
        Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 3: Other continued

---

RESPONDENT
  NUMBER    RESPONSE

    2038    Q7.0  PetSmart.
            Q7.1  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2040    Q7.0  Do not know.
            Q7.1  Don't know.
            Q8.0  Food, leashes.
            Q8.1  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2045    Q7.0  A Tennessee comp.
            Q7.1  I read that.
            Q7.2  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    2048    Q7.0  China.
            Q7.1  I am concerned about products produced in China.
            Q7.2  China does not have the best standards for safety.
                  Dogs sometimes eat things, this said, they shouldn't
                  ingest.  That's a problem.
            Q8.0  Dog food.
            Q8.1  I don't trust this country and the standards.
            Q8.2  Buying anything from China that may be eaten on
                  purpose or accidental is a problem.  There also may
                  be contact problems by use of chemicals harmful to
                  living creatures.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2056    Q7.0  Don't know.
            Q8.0  Other dog toys.
            Q8.1  Because a company that makes one dog toy, usually
                  makes other types of toys.
            Q8.2  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

CONTROL CELL

<u>RESPONSE CATEGORY 3</u>: Other continued

---

RESPONDENT
 NUMBER    RESPONSE

2062    Q7.0  Don't know.
        Q8.0  Other dog toys.
        Q8.1  Seems likely they would produce more than 1 toy.
        Q8.2  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2065    Q7.0  Don't know.
        Q8.0  Other squeak toys, rope toys.
        Q8.1  A lot of company's that sell such an item sell the
              items I listed in previous question.
        Q8.2  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2067    Q7.0  Walmart.
        Q7.1  I seem to see there.
        Q7.2  None.
        Q8.0  Soap for pets.
        Q8.1  Because I saw.
        Q8.2  Nothing.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Walmart.
        Q9.2  Sell all.
        Q9.3  Nothing.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Walmart.
        Q10.2 Sell all.
        Q10.3 Nothing.

2072    Q7.0  No idea, but I like 'em.
        Q7.1  Don't know.
        Q8.0  Chew toys, collars.
        Q8.1  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2073    Q7.0  Purina.
        Q7.1  It looks like theirs.
        Q7.2  The shape.
        Q8.0  Hets.
        Q8.1  The style.
        Q8.2  The style.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

<u>RESPONSE CATEGORY 3</u>: Other continued

RESPONDENT
 NUMBER    RESPONSE

    2074    Q7.0  Don't know.
            Q8.0  Other toys.
            Q8.1  No reason comes to mind.
            Q8.2  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    2095    Q7.0  Don't know.
            Q8.0  Toys for dogs.
            Q8.1  Make all nice toys for dogs.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2104    Q7.0  Dog store.
            Q7.1  Because this product for dog.
            Q7.2  Useful for dog.
            Q8.0  Happy ship.
            Q8.1  Same product.
            Q8.2  All about think of a dog.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Dog store.
            Q9.2  All bout of dog.
            Q9.3  Product for dog.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Ben & jerry's.
            Q10.2 Shopping in this.
            Q10.3 Eat away your feeling dog.

    2106    Q7.0  Purina.
            Q7.1  They make dog stuff.
            Q7.2  Don't know.
            Q8.0  Dog food, dog collars.
            Q8.1  Because they are related to dogs.
            Q8.2  It just seems logical.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2114    Q7.0  Don't know.
            Q8.0  Other dog toys.
            Q8.1  Never heard of the product.
            Q8.2  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 3: Other continued

---

RESPONDENT
 NUMBER    RESPONSE

   2117    Q7.0  Not sure, but I think Silly Squeakers.
           Q7.1  It is the most prominent.
           Q7.2  I can't see any other name.
           Q8.0  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Don't know/no opinion.

   2126    Q7.0  A dog company.
           Q7.1  It's a dog toy.
           Q7.2  It's a dog toy.
           Q8.0  Poo bags.
           Q8.1  It says poo on the toy.
           Q8.2  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

   2137    Q7.0  Hartz.
           Q7.1  First manufacturer that came to mind.
           Q7.2  Nothing.
           Q8.0  More toys.
           Q8.1  Sales.
           Q8.2  Nothing.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Hartz.
           Q10.2 First to come to mind.
           Q10.3 Nothing.

   2138    Q7.0  Alpo.
           Q7.1  I am not absolutely sure but I buy a lot of Alpo
                 stuff so maybe I would think.
           Q7.2  Don't know.
           Q8.0  Little animals that squeak.
           Q8.1  This is a squeakable toy so I would suspect they make
                 others too.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or
                 approval.
           Q9.1  Don't know.
           Q10.0 HAS a business affiliation or business connection.
           Q10.1 Don't know.

CONTROL CELL

RESPONSE CATEGORY 3: Other continued

| RESPONDENT NUMBER | RESPONSE |
|---|---|

2153     Q7.0  Don't know.
           Q8.0  Doggy treats.
           Q8.1  I think all the toys and treats are made by the same company.
           Q8.2  They all were hanging in the same display.
           Q9.0  Is NOT being made or put out with the authorization or approval.
           Q10.0  HAS a business affiliation or business connection.
           Q10.1  Don't know.

2155     Q7.0  Don't know.
           Q8.0  Dog clothes, leashes, collars, maybe food.
           Q8.1  I think a company would make more than just one specific product.
           Q8.2  Don't know.
           Q9.0  Is NOT being made or put out with the authorization or approval.
           Q10.0  Does NOT have a business affiliation or business connection.

2163     Q7.0  I really have no clue.  Probably one of the bigger brands out there.
           Q7.1  Don't know.
           Q8.0  Probably other squeaker toys.
           Q8.1  Because that is the most likely candidate to put them out.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or approval.
           Q9.1  Don't know.
           Q10.0  HAS a business affiliation or business connection.
           Q10.1  Don't know.

2166     Q7.0  Huppy puppy.
           Q7.1  Just read.
           Q7.2  It's for dog.
           Q8.0  For dog.
           Q8.1  For dog make my dog something.
           Q8.2  Don't know.
           Q9.0  IS being made or put out with the authorization or approval.
           Q9.1  Don't know.
           Q10.0  HAS a business affiliation or business connection.
           Q10.1  Don't know.

CONTROL CELL

RESPONSE CATEGORY 3: Other continued

RESPONDENT
 NUMBER    RESPONSE

2170    Q7.0  Not sure a big company I think though.
        Q7.1  It is just a big brand needs it.
        Q7.2  Don't know.
        Q8.0  Toys and snacks for dogs.
        Q8.1  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  I think it is trying to get people to buy it.
        Q9.2  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2181    Q7.0  Don't know.
        Q8.0  Many different dog toys.
        Q8.1  Looks like a number of products I have seen in
              stores.
        Q8.2  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Wine maker.
        Q9.2  Don't know.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

2184    Q7.0  PetSmart.
        Q7.1  Cliff dogs.
        Q7.2  Color of bottle.
        Q8.0  Carpet cleaner.
        Q8.1  Shape of bottle.
        Q8.2  Rug detergent.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Carpet cleaner.
        Q10.2 Name.
        Q10.3 Shape of bottle.

2185    Q7.0  PetSmart.
        Q7.1  They specialize in pet products.
        Q7.2  They are a per store.
        Q8.0  Toys, collars.
        Q8.1  Pet store.
        Q8.2  Specialization is pets.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  PetSmart.
        Q9.2  Pet store.
        Q9.3  Specialize in pets.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Walmart.
        Q10.2 They carry these types of products.
        Q10.3 Carry all kinds of pet products.

CONTROL CELL

RESPONSE CATEGORY 3: Other continued

RESPONDENT
  NUMBER    RESPONSE

  2189    Q7.0  I didn't pay attention to who made the toy.
          Q7.1  I didn't notice the maker of the toy.  I did however
                notice the product is made in China.
          Q7.2  Don't know.
          Q8.0  Other squeaky toys, possibly treats.
          Q8.1  If they make one toy I figure they make more.
          Q8.2  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 Don't know/no opinion.

  2190    Q7.0  Hartz.
          Q7.1  One of the largest pet toy manufacturer.
          Q7.2  No.
          Q8.0  Don't know.
          Q9.0  Don't know/no opinion.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Hartz.
          Q10.2 Same as before.
          Q10.3 Don't know.

  2196    Q7.0  Petco.
          Q7.1  Seems like it.
          Q7.2  Nothing.
          Q8.0  None.
          Q8.1  Just don't.
          Q8.2  No reason.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  Pet smart.
          Q9.2  Seems like it.
          Q9.3  Don't know.
          Q10.0 HAS a business affiliation or business connection.
          Q10.1 Petco.
          Q10.2 Don't know.

  2197    Q7.0  Tuffy.
          Q7.1  I think I saw this before and I saw Tuffy on the
                package.
          Q7.2  That it.
          Q8.0  Don't know.
          Q8.1  Don't know.
          Q8.2  Haven't seen anything else.
          Q9.0  IS being made or put out with the authorization or
                approval.
          Q9.1  It may need authorization because it locks like an
                alcohol product.
          Q9.2  There are more specific guidelines when alcohol
                content is involved.
          Q9.3  Nothing else.
          Q10.0 Don't know/no opinion.

RESPONSE CATEGORY 3: Other continued

RESPONDENT
 NUMBER    RESPONSE

    2199    Q7.0  Johnson.
            Q7.1  By the design of the package.
            Q7.2  [Not answered]
            Q8.0  Brushes.
            Q8.1  I buy them.
            Q8.2  [Not answered]
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Johnson.
            Q9.2  I buy their products.
            Q9.3  [Not answered]
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Sears.
            Q10.2 [Not answered]
            Q10.3 [Not answered]

    2200    Q7.0  Dog toy company.
            Q7.1  Because it's related to dogs.
            Q7.2  None.
            Q8.0  Not sure.
            Q8.1  None.
            Q8.2  None.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Not sure.
            Q9.2  None.
            Q9.3  None.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 None.
            Q10.2 None.
            Q10.3 None.

    2205    Q7.0  Hartz.
            Q7.1  Hartz.
            Q7.2  Style of the tag.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none

RESPONDENT
  NUMBER    RESPONSE

    2001    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2002    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2013    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2015    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2017    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2020    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2022    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2026    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    2042    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

                        - 115 -                      CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

    2046    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2051    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2057    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2058    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    2059    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2064    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    2071    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Is NOT being made or put out with the authorization
                  or approval.
            Q10.0 Don't know/no opinion.

    2075    Q7.0  Do not know.
            Q7.1  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

---

RESPONDENT
 NUMBER    RESPONSE

| | | |
|---|---|---|
| 2077 | Q7.0 | I have no idea, but it is made in China. |
| | Q7.1 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | Is NOT being made or put out with the authorization or approval. |
| | Q10.0 | Does NOT have a business affiliation or business connection. |
| 2078 | Q7.0 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | Is NOT being made or put out with the authorization or approval. |
| | Q10.0 | Don't know/no opinion. |
| 2083 | Q7.0 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | Don't know/no opinion. |
| | Q10.0 | Don't know/no opinion. |
| 2084 | Q7.0 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | Is NOT being made or put out with the authorization or approval. |
| | Q10.0 | Does NOT have a business affiliation or business connection. |
| 2086 | Q7.0 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | Don't know/no opinion. |
| | Q10.0 | Don't know/no opinion. |
| 2088 | Q7.0 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | IS being made or put out with the authorization or approval. |
| | Q9.1 | Don't know. |
| | Q10.0 | Does NOT have a business affiliation or business connection. |
| 2099 | Q7.0 | Don't know. |
| | Q7.1 | Don't know. |
| | Q8.0 | Don't know. |
| | Q9.0 | IS being made or put out with the authorization or approval. |
| | Q9.1 | Don't know. |
| | Q10.0 | Does NOT have a business affiliation or business connection. |

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

---

RESPONDENT
 NUMBER    RESPONSE

    2100     Q7.0  Don't know.
             Q7.1  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Don't know.
             Q10.0 Don't know/no opinion.

    2102     Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 HAS a business affiliation or business connection.
             Q10.1 Don't know.

    2108     Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  IS being made or put out with the authorization or
                   approval.
             Q9.1  Don't know.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

    2111     Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Don't know/no opinion.

    2112     Q7.0  Not sure.
             Q7.1  I never seen it.
             Q7.2  Nothing else.
             Q8.0  Don't know.
             Q9.0  Don't know/no opinion.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

    2118     Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

    2127     Q7.0  Don't know.
             Q8.0  Don't know.
             Q9.0  Is NOT being made or put out with the authorization
                   or approval.
             Q10.0 Does NOT have a business affiliation or business
                   connection.

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER     RESPONSE

    2135     Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                    approval.
            Q9.1  Don't know.
            Q10.0 Don't know/no opinion.

    2142     Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                    approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2143     Q7.0  I am not quite sure.
            Q7.1  I can't really tell.
            Q7.2  Not answered.
            Q8.0  I am not sure.
            Q8.1  I can't tell.
            Q8.2  [Not answered]
            Q9.0  IS being made or put out with the authorization or
                    approval.
            Q9.1  [Not answered]
            Q9.2  [Not answered]
            Q9.3  [Not answered]
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 [Not answered]
            Q10.2 [Not answered]
            Q10.3 [Not answered]

    2152     Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                    approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2154     Q7.0  Not sure.
            Q7.1  Not sure.
            Q7.2  Not sure.
            Q8.0  Not sure.
            Q8.1  Not sure.
            Q8.2  Not sure.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

CONTROL CELL

<u>RESPONSE CATEGORY 4</u>: Don't know/none continued

RESPONDENT
 NUMBER    <u>RESPONSE</u>

2156    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 HAS a business affiliation or business connection.
        Q10.1 Don't know.

2162    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2167    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2169    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  IS being made or put out with the authorization or
              approval.
        Q9.1  Don't know.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2174    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Don't know/no opinion.
        Q10.0 Don't know/no opinion.

2175    Q7.0  I don't know it does not say.
        Q7.1  It does not say.
        Q7.2  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

2177    Q7.0  Don't know.
        Q8.0  Don't know.
        Q9.0  Is NOT being made or put out with the authorization
              or approval.
        Q10.0 Does NOT have a business affiliation or business
              connection.

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

    2180    Q7.0  Nothing.
            Q7.1  Don't know.
            Q8.0  None.
            Q8.1  No reason.
            Q8.2  None.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2182    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2183    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    2191    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2192    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 Does NOT have a business affiliation or business
                  connection.

    2194    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

    2195    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  IS being made or put out with the authorization or
                  approval.
            Q9.1  Don't know.
            Q10.0 HAS a business affiliation or business connection.
            Q10.1 Don't know.

    2201    Q7.0  Don't know.
            Q8.0  Don't know.
            Q9.0  Don't know/no opinion.
            Q10.0 Don't know/no opinion.

CONTROL CELL

RESPONSE CATEGORY 4: Don't know/none continued

RESPONDENT
 NUMBER    RESPONSE

   2202    Q7.0  Not sure.
           Q7.1  Don't know.
           Q8.0  Don't know.
           Q8.1  Don't know.
           Q9.0  Don't know/no opinion.
           Q10.0 Does NOT have a business affiliation or business
                 connection.

CONTROL CELL

Tab 5

TABLE 5

CONTROL CELL

Q11.0 Do you, or does anyone else in your household, work for a
      company that makes, sells, or distributes any...
         - alcoholic beverages?

| | Response Distribution | |
|---|---|---|
| Response Categories | Number | Percent (n=207) |
| 1. Yes | 2 | 0.97 |
| 2. No | 205 | 99.03 |
| Total | 207 | 100.00 |

Tab 6

```
                          TABLE 6

                       CONTROL CELL




          GENDER AND AGE DISTRIBUTION OF RESPONDENTS
==============================================================

                                    Response Distribution

Response Categories                 Number        Percent
                                                  (n=207)

    1. Male                                        (n=91)

       - 21 to 34                      26          28.57
       - 35 to 54                      39          42.86
       - 55 or over                    26          28.57
                                      ___          _____
          Total                        91         100.00


    2. Female                                     (n=116)

       - 21 to 34                      40          34.48
       - 35 to 54                      44          37.93
       - 55 or over                    32          27.59
                                      ___          _____
          Total                       116         100.00
```

Tab D

TEST CELL AND CONTROL CELL

COMPOSITE RESPONSE ANALYSIS

Tab 7

TABLE 7

TEST CELL AND CONTROL CELL

Composite Response Analysis

| | Response Distribution | |
|---|---|---|
| Response Categories | Test Cell Percent (n=211) | Control Cell Percent (n=207) |
| 1. Jack Daniel's | 29.38 | 0.48 |

# Exhibit A
# Volume II

# ford bubala & associates

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581 / FAX (562) 592-3867



LIKELIHOOD OF CONFUSION SURVEY
JACK DANIEL'S PROPERTIES INCORPORATED
V. VIP PRODUCTS LLC

TABLE OF CONTENTS

VOLUME II

APPENDIX

Appendix A: Survey Specifications
Appendix B: Sequential Listing of Survey Responses
Appendix C: Survey Screen Shots - Test Cell
Appendix D: Survey Screen Shots - Control Cell
Appendix E: Respondent Numbering System
Appendix F: Final Sample Disposition Report
Appendix G: Survey Data File

# Appendix A

APPENDIX A

SURVEY SPECIFICATIONS

APPENDIX A

SURVEY SPECIFICATIONS

SURVEY BACKGROUND

In the instant matter, at the request of Seyfarth Shaw LLP, counsel for counterclaimant, Jack Daniel's Properties, Inc. ("JDPI" or "Jack Daniel's"), I designed and caused to be conducted a survey to address the issue of likelihood of confusion. Specifically, this survey was designed to measure the degree, if any, to which Plaintiff's Bad Spaniels dog toy is likely to cause confusion as to the source, authorization or approval of, or business affiliation or business connection with, Jack Daniel's.

The likelihood of confusion survey conducted in this matter employed a scientific experimental survey design consisting of two survey cells: (1) a test or experimental survey cell designed to measure likelihood of confusion, if any, with respect to the source, authorization or approval of, or business affiliation or business connection of Plaintiff's Bad Spaniels dog toy with, Jack Daniel's; and (2) a control survey cell designed to measure the extent of mismeasurement in the test cell survey results.

SAMPLING FRAME

This survey employed an internet panel created and maintained by Survey Sampling International LLC ("SSI"). Potential respondents were invited to fill out the screening portion of the interview to determine whether or not they met the universe definition. Subsequently, those potential respondents who met the universe definition were invited to complete the main survey.

In total, four hundred eighteen (418) interviews were completed in this likelihood of confusion survey: two hundred eleven (211) interviews were completed in the test cell; and two hundred seven (207) interviews were completed with respect to the control cell.

SURVEY UNIVERSE

The universe for this survey consisted of males and females twenty-one (21) years of age or older who were likely, within the next six months, to purchase a dog toy.[1]

_____

[1]    Additionally, the survey universe was also restricted to respondents (1) who were using a traditional desktop computer, a laptop/notebook computer, or a tablet computer to read and answer the survey questions; (2) who resided

A-1

The respondent selection procedure employed in this survey is referred to as a quota sampling method. This method provided a respondent base that is generally representative of the age and gender distribution of male and female adults twenty-one (21) years of age or older who reported that in the next six months they were likely to purchase a dog toy. This age and gender distribution was based upon an ORC International internet survey conducted between February 5-8, 2015, among a nationally representative sample of approximately one thousand (956) individuals across the United States.[2]

SURVEY EXHIBITS

Survey respondents in the test cell first saw a photograph of a retail display that included a variety of dog products, including Plaintiff's Bad Spaniels dog toy.

Next, survey respondents in the test cell saw a photograph of the front of the Bad Spaniels dog toy and a photograph of the back of the hang tag label that included a disclaimer stating "This product is not affiliated with Jack Daniel Distillery."

Survey respondents in the control cell first saw a photograph of a retail display that included a variety of products for dogs, including a fictitious dog toy bearing the name Bad Spaniels.

Next, survey respondents in the control cell saw a photograph of the front of a fictitious dog toy bearing the name Bad Spaniels, and a photograph of the back of a hang tag label that did not include the disclaimer, "This product is not affiliated with Jack Daniel Distillery."

---

in the United States; (3) who did not, nor did anyone else in their household, work for an advertising agency or a market research company; or a retail store or company that makes, sells, or distributes any dog toys; (4) who agreed to answer the questions in the survey by themselves without the help or assistance of anyone else and without seeking information from any other source (e.g., internet search); (5) who, if they wore contact lenses or eyeglasses when using the device they were using, would wear them during the questionnaire; (6) who were willing to provide their name and telephone number for telephone validation purposes; and (7) who reported they could clearly see the dog toy and clearly read the hang tag.

[2]    Respondents in the ORC International survey were asked "Within the next six months, are you likely to purchase a dog a toy?" Based on the results of the ORC International survey, age and gender quotas of purchasers were established as follows: approximately 44% male and 56% female; among males, approximately 33% 21 to 34, 40% 35 to 54, and 27% 55 or over; and among females, approximately 35% 21 to 34, 36% 35 to 54, and 29% 55 or over.

The test and control cells were separate surveys.  The questions and procedures for the test cell and the control cell were identical with the exception of the stimuli shown to respondents.  Any single respondent participated in only one of the two survey cells.

SURVEY METHODOLOGICAL PROCEDURES

The sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys.  The survey was also designed to meet the criteria for survey trustworthiness detailed in the <u>Manual for Complex Litigation</u>.

The survey conducted in this matter was administered under a double-blind protocol.  Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the staff of the survey host, Issues & Answers Network, Inc. ("Issues & Answers"), and the staff of SSI were not informed as to the purpose or sponsor of the survey.

Ford Bubala & Associates conducted validation of approximately twenty percent (20.33%) of the interviews by contacting, by telephone, survey respondents to confirm their qualification and participation in the survey.  JAK Research, an independent marketing research firm, conducted additional validation of approximately twenty percent (20.10%) of the interviews by contacting, by telephone, survey respondents to confirm their qualification and participation in the survey.  In total, approximately forty percent (40.43%) of the interviews were validated.  This level of validation exceeds industry standards.[3]  None of the interviews failed to validate.

---

[3]      This level of validation exceeds CASRO (Council of American Survey Research Organizations) standards of 10% to 15%.

SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

    Ford Bubala & Associates
    16400 Pacific Coast Highway
    Suite 211
    Huntington Beach, California  92649

    Dr. Gerald L. Ford

PROFESSIONAL SURVEY ORGANIZATION

    Issues & Answers Network, Inc.
    5151 Bonney Road
    Virginia Beach, Virginia  23462

    JAK Research Services, Inc.
    12437 Lewis Street, Suite 100
    Garden Grove, California  92840

    Opinion Research Corporation
    902 Carnegie Center, Suite 220
    Princeton, NJ 08540

ONLINE INTERNET PANEL

    Survey Sampling International LLC
    6 Research Drive
    Shelton, Connecticut  06484

INTERVIEWING DATES

    April 10, 2015 through April 21, 2015

Appendix B

APPENDIX B

SEQUENTIAL LISTING OF SURVEY RESPONSES

APPENDIX B

SEQUENTIAL LISTING OF SURVEY RESPONSES

SURVEY QUESTIONS

Q7.0  Who or what company do you believe makes or puts out this product?  Please be as specific as possible.

Q7.1  Why do you say that?  Again, please be as specific as possible.

Q7.2  What else, if anything, makes you say that?  Again, please be as specific as possible.


Q8.0  What other product or products, if any, do you believe are made or put out by whoever makes or puts out this product? Please be as specific as possible.

Q8.1  Why do you say that?  Again, please be as specific as possible.

Q8.2  What else, if anything, makes you say that?  Again, please be as specific as possible


Q9.0  Do you believe this product...
      1. IS being made or put out with the authorization or approval of any other company or companies;
      2. is NOT being made or put out with the authorization or approval of any other company or companies;
      3. don't know or have no opinion?

Q9.1  What company or companies do you believe gave the authorization or approval to make or put out this product? Please be as specific as possible.

Q9.2  Why do you say that?  Again, please be as specific as possible.

Q9.3  What else, if anything, makes you say that?  Again, please be as specific as possible.


Q10.0 Do you believe that whoever makes or puts out this product...
      1. HAS a business affiliation or business connection with any other company or companies;
      2. does NOT have a business affiliation or business connection with any other company or companies;
      3. don't know or have no opinion?

Q10.1 What company or companies do you believe has a business affiliation or business connection with whoever makes or puts out this product?  Please be as specific as possible.

Q10.2 Why do you say that?  Again, please be as specific as possible.

Q10.3 What else, if anything, makes you say that?  Again, please be as specific as possible.

APPENDIX B

SEQUENTIAL LISTING OF SURVEY RESPONSES

TEST CELL

```
RESPID  1001    PID  1226213074
Q1.0    [Likely to purchase a dog toy]
Q1.0    Yes.
Q2.0    Gender: Female
Q2.1    Age: 21 to 34
Q3.0    Census region: West
Q7.0    Silly somethings.
Q7.1    The tag says "Silly S-----S" but because of the toy, I cannot read the
        bottom word.
Q7.2    Don't know.
Q8.0    The beer bottle toys or possibly the hamburger and other food toys.
Q8.1    Based on this toy I would assume this company made the other toys too.
Q8.2    Don't know.
Q9.0    IS being used with the authorization or approval.
Q9.1    I believe they would have to get the approval of Jack Daniel's whiskey
        because the design and name is so closely related.
Q9.2    Because they are creating a spoof of a real product so I think they would
        need permission so they don't get sued for copyrights or something like
        that.
Q9.3    Don't know.
Q10.0   HAS a business affiliation or business connection.
Q10.1   I'm not sure but possibly a bigger dog food/toy company.
Q10.2   Don't know.
Q11.0   [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID  1002    PID  1157170321
Q1.0    [Likely to purchase a dog toy]
Q1.0    Yes.
Q2.0    Gender: Female
Q2.1    Age: 21 to 34
Q3.0    Census region: South
Q7.0    Hear Doggy.
Q7.1    It said it on the package.
Q7.2    Don't know.
Q8.0    Dog treats, toys.
Q8.1    It showed on the display.
Q8.2    Don't know.
Q9.0    Don't know/no opinion.
Q10.0   Does NOT have a business affiliation or business connection.
Q11.0   [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.
```

```
RESPID    1003     PID    1275696206
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Design and wording style.
Q9.3      Shape looks like a bottle of JD.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID    1004     PID    1252586188
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      In prominent position on hang tag.
Q7.2      Don't know.
Q8.0      Pet carpet clean up products.
Q8.1      Reference to Bad Spaniel and No.2.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Reference to specific squeaker.
Q10.2     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID    1005     PID    1123916098
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Jack Daniel's.
Q7.1      The bottle looks similar to No.7.
Q7.2      It is a black label.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     The bottle looks identical.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.
```

TEST CELL

```
RESPID    1006    PID   1252870714
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    1007    PID   1265237208
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Ellycutters.
Q7.1      It looks like that's what was written behind product.
Q7.2      Nothing else.
Q8.0      Not sure, really.  It's a weird one.
Q8.1      Nothing else to say.
Q8.2      Nothing else to say.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    1008    PID   1277379468
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Dog treats.
Q8.1      Saw them on display.
Q8.2      Assuming.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Sounds like it.
Q9.3      Appearance.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    1009    PID   1222021573
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1010     PID   1251242245
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Bad Spaniels.
Q7.1      I don't know but that's the name of the toy.
Q7.2      I am unsure.
Q8.0      I am unsure probably plastic beer cans for dogs.
Q8.1      Because its a liquor bottle.
Q8.2      Nothing.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Some liquor company.
Q10.2     The way the toy is made.
Q10.3     Nothing.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1011     PID   1280239896
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1012     PID   1131905389
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Bottle design and name are plays on the Jack Daniel's brand.
Q9.3      Nothing else.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.


RESPID    1013     PID   1275817469
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Tennessee Carpet I guess, not sure.
Q7.1      Not sure who makes these.
Q7.2      Company didn't catch my eyes.
Q8.0      More dog toys.
Q8.1      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1014    PID   1188243519
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   1015    PID   1277579024
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     Jack Daniel's.
Q7.2     It mimics them.
Q8.0     Jack Daniel's.
Q8.1     It looks like their bottle.
Q8.2     It looks like their bottle and logo.
Q9.0     IS being used with the authorization or approval.
Q9.1     Because the log is probably copyrighted.
Q9.2     Copyrighted logo.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   1016    PID   1270288833
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Because the product looks like a Jack Daniel's bottle/logo.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.
```

```
RESPID   1017    PID   1234133018
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Tennessee Carpet.
Q7.1     I saw it on the package.
Q7.2     The design.
Q8.0     No idea.
Q8.1     None.
Q8.2     The front design.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1018    PID   1276232704
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Bad Spaniels.
Q7.1     Bad Spaniels.
Q7.2     Bad Spaniels, Tennessee.
Q8.0     Bad Spaniels, Tennessee.
Q8.1     Jack Daniel's fake.
Q8.2     Is so nice.
Q9.0     IS being used with the authorization or approval.
Q9.1     Bad Spaniels.
Q9.2     Is a nice toy.
Q9.3     Toy, boring toy.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1019    PID   1220242289
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1020    PID   1254723721
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     VIP toys.
Q7.1     I read it on the label.
Q7.2     Nothing.  That is the company I read.
Q8.0     It looks like a Jack Daniel's whiskey bottle.
Q8.1     It has the similar label and colors as a Jack Daniel's bottle.
Q8.2     Nothing.  That is what I see.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's distilleries.
Q9.2     It has the very same label and colors as s Jack Daniel's whiskey bottle.
Q9.3     Nothing.  It says it all.
Q10.0    HAS a business affiliation or business connection.
Q10.1    It looks like they did a license deal with Jack Daniel's.
Q10.2    As I said, label type and colors on the bottle and the shape.
Q10.3    Nothing.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:           No.


RESPID   1021    PID   1241334254
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:           No.


RESPID   1022    PID   1280865698
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Because that is the name that is on the dog toy and that is where most dog
         toy brands put their name.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's liquor company.
Q9.2     Because since the dog toy is resembling a Jack Daniel's I'm sure the dog
         toy company that made this toy had to get their permission and legal
         rights to essentially copy they product in dog toy form.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Because the dog toy resembles Jack Daniel's liquor.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:           No.
```

TEST CELL

```
RESPID   1023     PID   1132092298
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     No idea who makes it, I saw "made in China" and that was enough for me to
         lose interest.
Q7.1     Because things made in China have too many toxic ingredients whether they
         be food items or toys.  I buy nothing from China that has to be ingested.
Q7.2     China sells poison to us consumers and we buy it because it's cheap!
Q8.0     Probably poisonous jerky treats and a few of the other squeaky toys I saw
         on that display.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1024     PID   1275607710
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     VIP Products.
Q7.1     I think that's the name on the back.
Q7.2     Nothing.
Q8.0     Other brands of dog toys.
Q8.1     Because they make dog toys.
Q8.2     Nothing.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
Q11.0    alcoholic beverages:               No.


RESPID   1025     PID   1081718569
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Dog treats.
Q8.1     Assuming display was for companies products which had treats/toys.
Q8.2     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1026     PID   1251149589
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

```
RESPID    1027    PID   1215391590
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It's on the label.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID    1028    PID   1262456289
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID    1029    PID   1079231121
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      It's what I saw at the top of the product card.
Q7.2      Who it said the design was the property of.
Q8.0      Different designs of squeaky toys.
Q8.1      Saw other designs with the same label on the endcap.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's because the label resembles and is a play on their label.
Q9.2      It has the colors and design of the Jack Daniel's label.
Q9.3      Nothing.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1030    PID   1272310313
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Jack Daniel's.
Q7.1      Because of the logo on the toy.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.


RESPID   1031    PID   1178459053
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      VIP Products.
Q7.1      Read the warning, guarantee, & everything else on the package carefully,
          as requested.
Q7.2      See previous response.  I read very well, have a great memory & know how
          to follow directions.  I specifically recall the manufacturer's name
          because I intend to visit the web site.
Q8.0      Toys, safety products & vitamins.
Q8.1      Previously explained in great detail.  Now you are just wasting my time &
          insulting my intelligence!
Q8.2      It is simply, again, another restatement of what I know I read. This is a
          very stupid survey!
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.


RESPID   1032    PID   1132047956
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It's the only brand name I can see.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.
```

TEST CELL

```
RESPID   1033    PID   1257269035
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     Because it is a spoof on their logo.
Q7.2     Just the look of the label.
Q8.0     Other dog toys and accessories.
Q8.1     Best guess.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     My best guess is that in order to use this design you would have to have
         permission from the Jack Daniel's brand.
Q9.2     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:        No.


RESPID   1034    PID   1278600364
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     No idea what company.
Q7.1     Because I don't know who was the company.
Q7.2     Nothing more to say.
Q8.0     No idea what products.
Q8.1     Because I don't have idea of it.
Q8.2     No more.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:        No.


RESPID   1035    PID   1243920583
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     I am not positive who it was from.
Q7.2     Nothing.
Q8.0     Other dog toys.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     It is the same look.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:        No.
```

TEST CELL

```
RESPID   1036    PID   1092304706
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Some company in China.
Q7.1     It says so on the hang tag.
Q7.2     The bottom of the hang tag states that the product is made in China and is
         not affiliated with Jack Daniel's.
Q8.0     Other dog or animal toys.  Hence the name Bad Spaniel and Tennessee
         Carpet.
Q8.1     Labeling on the packaging states this.
Q8.2     Nothing else.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1037    PID   1079222816
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Not sure.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     The name and shape.
Q9.3     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1038    PID   1279500493
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     VIP.
Q7.1     It was on the hang tag.
Q7.2     The disclaimer.
Q8.0     None.
Q8.1     It states not relate to Jack Daniel's.
Q8.2     Nothing.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1039    PID   1276007595
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Bret Michaels collection for PetSmart.
Q8.1     It looks like something from the Bret Michaels rock and roll collection.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1040    PID   1208573996
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Bad Spaniels.
Q7.1     The name on the package.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID   1041    PID   1208525244
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID   1042    PID   1181238043
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Made in China.
Q7.1     The bottle says made in China.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.
```

```
RESPID   1043     PID   1131964446
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID   1044     PID   1131888860
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     VIP Products.
Q7.1     VIP Products is the name on the tag.
Q7.2     Don't know.
Q8.0     Pet toys that squeak.
Q8.1     It says Silly Squeakers on the front of the tag.
Q8.2     Pet toys that squeak are involved.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Jack Daniel's name is on the front of the package.
Q9.3     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID   1045     PID   1225851118
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Bad Spaniel.
Q7.1     Label on toy.
Q7.2     Don't know.
Q8.0     Dog leashes and collars.
Q8.1     Just a guess.
Q8.2     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.
```

TEST CELL

```
RESPID   1046     PID   1113981793
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     It is similar to a Jack Daniel's label but I do not believe they make any
         dog products.
Q8.1     Just that it looks, from a distance, like a Jack Daniel's label that is on
         a bottle of liquor.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     If it is put out by Jack Daniel's then they would have to give
         authorization for approval to copy their signature label.
Q9.2     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1047     PID   1213479644
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     This label has been a trade mark for Jack Daniel's whiskey for a century.
Q9.3     I have no other reason to believe this other than the label is a Jack
         Daniel's trademark.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1048     PID   1175083718
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Someplace in China.
Q7.1     Saw that it was made or from China.
Q7.2     Don't know.
Q8.0     Liquor company is not affiliated with this, it said.
Q8.1     Saw the tag.
Q8.2     Saw the tag.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

B-16                                                              TEST CELL

```
RESPID   1049    PID   1079203855
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   1050    PID   1166282701
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q7.1     Didn't see a company name.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   1051    PID   1264803781
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     It stated it was not related to Jack Daniel's distillery.
Q7.2     The bottle shape and front label.
Q8.0     Great whiskey and bourbon.
Q8.1     The bottle shape and label.
Q8.2     Bottle and label colors.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:               No.
```

TEST CELL

```
RESPID   1052    PID   1281246980
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Silly Squeakers, definitely not affiliated with Jack Daniel's.
Q7.1     Because it says Silly Squeakers on the label and it says it was not
         associated with Jack Daniel's on the back.
Q7.2     Because of the label.
Q8.0     A lot of squeaking toys, I'd think.
Q8.1     The company name is Silly Squeakers.
Q8.2     Again, the company name.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    I am not sure, another dog company maybe.
Q10.2    Educated guess.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1053    PID   1079313098
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     VIP Products.
Q7.1     Because I read it on the tag.
Q7.2     I read VIP Products on the hang tag, why must I indicate it here 3 times?
         Do you have that much distrust in those that you survey?
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1054    PID   1276766662
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     I saw this name at the top of the product.
Q7.2     None.
Q8.0     Jack Daniel's whiskey.
Q8.1     The toy looks like a Jack Daniel's bottle.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's Inc.
Q9.2     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1055    PID   1255941929
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Other toys.
Q8.1     Typically that's what they specialize in.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1056    PID   1266011387
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Jack Daniel's.
Q7.1     It is their bottle shape.
Q7.2     It looks like it.
Q8.0     Dog treats.
Q8.1     It is dog orientated.
Q8.2     It is their type of product.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     It is their type of bottle.
Q9.3     It is their type of logo.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    It is their type of bottle.
Q10.3    It is their company logo.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1057    PID   1126511380
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1058    PID   1277771410
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Silly Squeakers.
Q7.1     Packaging.
Q7.2     None.
Q8.0     Other dog toys.
Q8.1     Display.
Q8.2     None.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1059    PID   1131966185
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     None.
Q9.2     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1060    PID   1131861877
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Bad Spaniel.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1061    PID   1079270650
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Bad Spaniels.
Q7.1     It's on the front of the toy.
Q7.2     It's in bold letters on front.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1062    PID   1221028792
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      That's what the label said.
Q7.2      It can be Jack Daniel's.
Q8.0      Jack Daniel's.
Q8.1      It has the same sort of label.
Q8.2      But then it was made in China.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1063    PID   1223946766
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Jack Daniel.
Q7.1      It look likes alcohol.
Q7.2      Nothing it just looks like Jack Daniel.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel.
Q10.2     I just do.
Q10.3     Nothing.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          Yes.


RESPID   1064    PID   1263106942
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Bad Spaniels.
Q7.1      None.
Q7.2      Looks like a good product.
Q8.0      Soap.
Q8.1      Must make several products for the care of my dog.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1065    PID    1278697550
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Bad Spaniels.  It closely resembles a Jack Daniel's bottle.
Q7.1      The main name on the toy was Bad Spaniels.  On the back of the tag was
          also listed Bad Spaniels.
Q7.2      Don't know.
Q8.0      I would expect balls to be made from this company as well.
Q8.1      It's based on it being a chew dog toy.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's is what the bottle resembles.
Q9.2      This is what a Jack Daniel's bottle looks like.  Other than the name and
          some details, it's a mirror image.
Q9.3      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    1066    PID    1155803955
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    1067    PID    1258592760
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Jack Daniel's.
Q7.1      Looks like an alcohol bottle.
Q7.2      Don't know.
Q8.0      Liquor.
Q8.1      Looks like it.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     Looks just like a bottle of Jack Daniel's.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

TEST CELL

```
RESPID    1068     PID   1217567872
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Bad Spaniels.
Q7.1      The name of the brand is clearly displayed on both the front and the rear
          of the product packaging.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1069     PID   1272940487
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      An independent company.
Q7.1      Not me resembles other known brands.
Q7.2      Nothing.
Q8.0      Products for the care of my dog, or more toys.
Q8.1      Guess not only sell a product, if not an entire product line for my pet.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1070     PID   1272085146
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      I am not sure what company makes this product.  I did not notice the name
          of the company on the hang tag.
Q7.1      I am not sure which brand makes this dog toy, as I did not notice the name
          of the brand/company on the hang tag.
Q7.2      Nothing.
Q8.0      Other squeak toys, other dog toys, possibly dog treats.
Q8.1      I say that because most dog toy companies do not just put out one type of
          dog toy, they normally put out other types of dog products as well.
Q8.2      Nothing.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1071    PID   1254228327
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     VIP.
Q7.1     It said so on the back label.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1072    PID   1217977981
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1073    PID   1256369433
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Unsure.
Q7.1     Do not know.
Q7.2     No knowledge.
Q8.0     Unsure.
Q8.1     Don't know.
Q8.2     Unsure.
Q9.0     IS being used with the authorization or approval.
Q9.1     Style and design.
Q9.2     Similar style.
Q9.3     Nothing.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1074    PID   1106381317
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

B-24

TEST CELL

```
RESPID   1075    PID   1093999878
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Well, it looks like a damn whisky bottle.  So Jim Beam.
Q7.1      Well, it looks like a damn whiskey bottle so I would think it's Jim Beam.
Q7.2      I'm not going to dignify this again.
Q8.0      Same as I have previously stated.
Q8.1      I will not stated this again.
Q8.2      Nothing - and come on, geesh.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jim Beam.
Q9.2      Jim Beam.
Q9.3      Jim Beam.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1076    PID   1197402843
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      It's obvious.  It's a knockoff of Jack D's.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1077    PID   1207332213
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Not sure.
Q7.1      Not sure.
Q7.2      No.
Q8.0      Not sure.
Q8.1      Not sure.
Q8.2      No.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      It looks like a Jack Daniel's bottle.
Q9.3      It looks like one.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     Looks like their bottle.
Q10.3     It just does.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

```
RESPID   1078    PID   1175186879
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Bad Spaniels.
Q7.1     It says the name on package.
Q7.2     That's it.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1079    PID   1237410203
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     I would assume they make numerous designs of cat and dog toys.
Q8.1     The toy does not look like a one off product.  I believe the company
         manufactures many animal toys.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1080    PID   1241114520
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     That's what it says on the tag.
Q7.2     Nothing.
Q8.0     Other squeakers apparently.
Q8.1     Because of the name.
Q8.2     Nothing.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1081    PID   1277532673
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     It's the biggest name on top.
Q7.2     It's the name on top.
Q8.0     Other squeaky toys.
Q8.1     Unsure.
Q8.2     Unsure.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

TEST CELL

```
RESPID    1082    PID    1220838949
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.1      It is a copy of a Jack Daniel's bottle.
Q7.2      It is confusing.
Q8.0      Jack Daniel's.
Q8.1      It looks just like it.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    1083    PID    1178493639
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Brown-Forman group.
Q7.1      The play on Jack Daniel's.
Q7.2      Jack Daniel's is made by the Brown-Forman group.
Q8.0      Whiskey, Southern Comfort.
Q8.1      The play on Jack Daniel's.
Q8.2      Jack Daniel's is made by the Brown-Forman group.
Q9.0      IS being used with the authorization or approval.
Q9.1      Brown-Forman group.
Q9.2      Brown-Forman makes Jack Daniel's.
Q9.3      The products play on Jack Daniel's.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Brown-Forman group.
Q10.2     Brown-Forman makes Jack Daniel's.
Q10.3     The play on Jack Daniel's whiskey.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    1084    PID    1132066246
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1085    PID   1272071138
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1086    PID   1244209236
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Purina.
Q8.1     Because its a dog toy.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1087    PID   1252830090
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     Biggest name at top of tag.
Q7.2     It says in bold orange letters at the top center of tag Silly Squeakers as
         if this is the brand.
Q8.0     Other squeaking toys.
Q8.1     If it's a brand you assume there are other choices of squeakers to choose
         from.
Q8.2     Because squeakers is plural assuming there are others.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1088    PID   1183249155
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Bad Spaniel.
Q7.1     It's on the label.
Q7.2     Nothing else comes to mind.
Q8.0     Not sure, haven't seen before.
Q8.1     Nothing else to add.
Q8.2     Nothing else.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.
```

TEST CELL

```
RESPID   1089    PID   1198380316
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Ad on bottle.
Q7.2     Brand name on bottle.
Q8.0     The tag on top says Silly cannot see behind bottle.
Q8.1     Behind bottle.
Q8.2     Bottle covers label.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1090    PID   1231290150
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1091    PID   1280995212
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     It says that.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1092    PID   1206493498
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Jack Daniel's.
Q7.1     Looks like a whiskey bottle.
Q7.2     Label and colors.
Q8.0     Jim Beam.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1093    PID   1116172019
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly's.
Q7.1     I see the brand name at the top.
Q7.2     That is all that I know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Silly's.
Q9.2     I saw the name.
Q9.3     I saw the name on top.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Silly's.
Q10.2    The name was on top.
Q10.3    Nothing.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:         No.


RESPID   1094    PID   1122910932
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:         No.


RESPID   1095    PID   1263348424
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     VIP Products put this dog product out.
Q7.1     It is, because I know it by seeing the picture.
Q7.2     Nothing else makes me say that.
Q8.0     I believe that VIP Products puts out different products from dog toys to
         dog chews.
Q8.1     Nothing else makes me say that.
Q8.2     Nothing at all.
Q9.0     IS being used with the authorization or approval.
Q9.1     I believe that Jack Daniel distillery wanted to help out.
Q9.2     It is, because it is a good product.
Q9.3     Nothing else makes me say that.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:         No.
```

TEST CELL

```
RESPID   1096    PID   1193107591
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1097    PID   1208480177
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Tennessee Carpet.
Q7.1     The label.
Q7.2     The design.
Q8.0     Toys.
Q8.1     The product.
Q8.2     The store.
Q9.0     IS being used with the authorization or approval.
Q9.1     Label.
Q9.2     The label.
Q9.3     The design.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Tennessee Carpet.
Q10.2    The label.
Q10.3    The design.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1098    PID   1276892233
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     The top of the hang tag.
Q7.2     Looked like a logo.
Q8.0     Probably treats, ropes, other miscellaneous toys.
Q8.1     Looks like a fun brand.
Q8.2     Normally companies make more than one item.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     It's similar to the bottle design for Jack Daniel's and Jim Beam.
Q9.3     Just it looks like the liquor bottle.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1099    PID   1273384528
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeaker.
Q7.1     I see the label.
Q7.2     Nothing.
Q8.0     Jack Daniel's.
Q8.1     Not sure.
Q8.2     Not sure.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   1100    PID   1197324815
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     The logo replica.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          Yes.


RESPID   1101    PID   1254890039
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     That's what it says on the tag.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Whatever store sells this.
Q9.2     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   1102    PID   1264361361
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1103     PID   1171153754
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q7.1      Don't know.
Q8.0      Treats.
Q8.1      Same display.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1104     PID   1260236341
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      Bad Spaniels.
Q7.2      Because it is on the product.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Bad Spaniels.
Q9.2      Because it is on the label.
Q9.3      It's one the label.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1105     PID   1271865771
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      Because that is their name.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.
```

TEST CELL

```
RESPID    1106    PID   1255716234
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Bad Spaniels.
Q7.1      It looks like it on the tag.
Q7.2      It looks like its on the tag.
Q8.0      I'm not sure.
Q8.1      I don't know I haven't seen it.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Because its Jack Daniel's.
Q9.3      It looks like Jack Daniel's.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    1107    PID   1072444288
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Other squeaky toys.
Q8.1      That's the only part I remember reading in depth, as my dogs do not like
          toys that make noise.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    1108    PID   1225485890
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      JD.
Q7.1      Don't know.
Q8.0      Jack.
Q8.1      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1109    PID   1131998677
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Silly.
Q7.1     Saw that name on the top of the product.
Q7.2     Nothing.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID   1110    PID   1131224771
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     The bottle.
Q7.2     The bottle design looks like the Jack bottle.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack.
Q10.2    Again the bottle.
Q10.3    Same reasons.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID   1111    PID   1131988427
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Tennessee Carpet.
Q7.1     Reads on the label.
Q7.2     No additional comment.
Q8.0     No comment.
Q8.1     No additional comment.
Q8.2     No comment.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:             No.
```

TEST CELL

```
RESPID   1112    PID   1276772155
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     Makes me known.
Q7.2     Seems a product of excellent quality and will surely buy it.
Q8.0     Care products generally dogs.
Q8.1     The brand is known me.
Q8.2     I think I saw some of their products in the store.
Q9.0     IS being used with the authorization or approval.
Q9.1     Could not say the name but would need a complete authorization to sell the
         product.
Q9.2     On the label could notice several health and other codes.
Q9.3     Usually a product requires permits to be sold.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:              No.


RESPID   1113    PID   1275492538
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     Silly Squeakers.
Q7.2     Silly Squeakers.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    The names on the product and packaging.
Q10.2    The name on the toy and the packaging.
Q10.3    The name on the toy and the packaging.
Q11.0    [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:              No.


RESPID   1114    PID   1263493505
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Jack Daniel's.
Q7.1     Because that's what it looks like.
Q7.2     Just the looks of it.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack.
Q9.2     It looks like there brand, bottle.
Q9.3     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:              No.
```

B-36                                                                    TEST CELL

```
RESPID   1115     PID   1279687317
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Because the label is based on a Jack Daniel's label.
Q9.3     Just the label.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Because of the label.
Q10.3    They would have had permission to copyright the Jack Daniel's label.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1116     PID   1275759813
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     It's on the hanging tag.
Q7.2     Common sense.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1117     PID   1272111522
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     No idea, but it said made in China so sky's the limit.
Q7.1     Because products made in China tend to be generic in nature.
Q7.2     Well, sometimes manufacturers in China create products and sell the same
         thing to different companies with a license to put their own name on it.
         You can easily have 10 of the same product with different names on it all
         from a mysterious overseas manufacturer.
Q8.0     Well, it was on an end-cap with Happy Hips dog treats so perhaps Happy
         Hips is licensed with whoever produced it.
Q8.1     Endcaps in stores are usually either reserved for a specific company's
         product displays, or clearance items.  In this case I'm going with
         specific company.  Happy Hips.
Q8.2     Because I saw a variety of other items near it by Happy Hips.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Happy Hips.
Q10.2    Because it was grouped with other products from that company.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

```
RESPID   1118    PID   1273449675
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Bad Spaniels.
Q7.1     Bad Spaniels.
Q7.2     Bad Spaniels.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Bad Spaniels.
Q9.2     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Stuffy.
Q10.2    Bad Spaniels.
Q10.3    Bad Spaniels.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.


RESPID   1119    PID   1274498020
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Chinese.
Q7.1     Made in China.
Q7.2     Made in China.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.


RESPID   1120    PID   1260272043
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Kong.
Q7.1     Its a tough, high quality toy.
Q7.2     Its a tough toy.
Q8.0     Kong Frisbee, Kong ball.
Q8.1     Its all high quality toys.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     The print, font and bottle looks like Jack Daniel's.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Looks like the bottle.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.
```

TEST CELL

```
RESPID    1121    PID   1161057509
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Other toys.
Q8.1      Just a guess.
Q8.2      There was another similar looking chew toy hanging next to it.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's Tennessee whiskey.
Q9.2      It has a very similar label.
Q9.3      I don't drink that particular brand of whiskey, but I know the label.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    1122    PID   1123379994
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It's printed at the top.
Q7.2      It was the largest lettering.
Q8.0      Other squeaky toys for dogs.
Q8.1      Because of the name of the product.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    1123    PID   1203873540
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Dog leashes and collars.
Q8.1      Because this company makes dog toys so I think that the company probably
          makes other dog products.
Q8.2      Nothing else.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    1124    PID   1263280987
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Bad Spaniel.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1125    PID   1158821301
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:              No.


RESPID    1126    PID   1255500228
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      VIP dog toys.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:              No.


RESPID    1127    PID   1170483291
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Dog shampoo, flea products.
Q8.1      If companies put out products for carpet cleaning, pet odors, pet stains,
          they usually have other products also.
Q8.2      Nothing.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:              No.


RESPID    1128    PID   1265247312
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Bad Spaniels.
Q7.1      By the name.
Q7.2      Its on the toy and the tag.
Q8.0      Toys.
Q8.1      The make toys.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:              No.
```

TEST CELL

```
RESPID    1129    PID   1217805104
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Hartz.
Q7.1      They can make it.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.


RESPID    1130    PID   1220178703
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      VIP Products.
Q7.1      That was what was listed on the packaging that I saw.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.


RESPID    1131    PID   1230604149
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Silly.
Q7.1      That what I see.
Q7.2      Making it look like a bottle of booze.
Q8.0      Don't no.
Q8.1      I wouldn't buy it for my dog.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.
```

TEST CELL

```
RESPID   1132    PID   1231063345
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     The name is in a logo on the packaging.
Q7.2     Nothing.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     The "label" on the toy is in the same design as the label on a bottle of
         Jack Daniel's whiskey.
Q9.3     Nothing.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
           - alcoholic beverages:          No.


RESPID   1133    PID   1261451789
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
           - alcoholic beverages:          No.


RESPID   1134    PID   1275553015
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     All I know is it is made in China.
Q7.1     Don't know.
Q8.0     Other squeaky plastic toys.
Q8.1     Other squeaky toys.
Q8.2     Stuffed squeaky toys.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
           - alcoholic beverages:          No.


RESPID   1135    PID   1132217644
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
           - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1136    PID   1207386237
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Toys that look like other bottles.
Q8.1     Most companies will develop more than one toy that is similar - i.e.
         different stuffed toys - duck or rabbit that are in a similar vein.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.


RESPID   1137    PID   1189834642
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Silly.
Q7.1     Text at top.
Q7.2     Text at top.
Q8.0     Dog chew toys.
Q8.1     No.
Q8.2     N.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.


RESPID   1138    PID   1084666929
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Silly.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.
```

TEST CELL

```
RESPID    1139    PID   1079321312
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly.
Q7.1      Silly toys.
Q7.2      That name at the top.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel.
Q9.2      That label.
Q9.3      That logo.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1140    PID   1091740764
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Bad Spaniels.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1141    PID   1190698622
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     The product seems really similar.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    1142    PID   1278431089
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1143     PID   1258896459
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Bad Spaniel.
Q7.1     Because that is what it says.
Q7.2     No.
Q8.0     No idea.
Q8.1     Nothing.
Q8.2     Nothing.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:         Yes.


RESPID   1144     PID   1275889133
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     On tag.
Q7.2     Nothing.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   1145     PID   1079512400
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.
```

TEST CELL

```
RESPID  1146    PID  1274777167
Q1.0    [Likely to purchase a dog toy]
Q1.0    Yes.
Q2.0    Gender: Female
Q2.1    Age: 55 or over
Q3.0    Census region: Midwest
Q7.0    Vi-Pro dog products from China.
Q7.1    I read it on the back label of the hang tag.
Q7.2    None.
Q8.0    Dog tug of war toys, vitamins, dog treats, leashes, collars, harnesses.
Q8.1    Because many business' provide more than one product.
Q8.2    None.
Q9.0    IS being used with the authorization or approval.
Q9.1    Vi-Pro probably at Walmart.
Q9.2    Because walmart mart sells products such as this one for reasonable
        prices.
Q9.3    None.
Q10.0   Don't know/no opinion.
Q11.0   [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID  1147    PID  1262716006
Q1.0    [Likely to purchase a dog toy]
Q1.0    Yes.
Q2.0    Gender: Female
Q2.1    Age: 21 to 34
Q3.0    Census region: Midwest
Q7.0    Bad Spaniels.
Q7.1    That is the biggest name on the product.
Q7.2    It is the biggest name on the product.
Q8.0    Jack Daniel's.
Q8.1    It looks like their products.
Q8.2    The appearance.
Q9.0    IS being used with the authorization or approval.
Q9.1    Jack Daniel's.
Q9.2    It uses their brand image.
Q9.3    It looks like their product.
Q10.0   HAS a business affiliation or business connection.
Q10.1   Jack Daniel's Tennessee whiskey.
Q10.2   They are using their brand image.
Q10.3   It looks like their product.
Q11.0   [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID  1148    PID  1215197082
Q1.0    [Likely to purchase a dog toy]
Q1.0    Yes.
Q2.0    Gender: Male
Q2.1    Age: 21 to 34
Q3.0    Census region: West
Q7.0    Petco.
Q7.1    Everything is available there.
Q7.2    You can get anything pet related at Petco.
Q8.0    I really have no idea.
Q8.1    I don't know much of dog brands.
Q8.2    I am not sure.
Q9.0    Is NOT being used with the authorization or approval.
Q10.0   HAS a business affiliation or business connection.
Q10.1   It looks like packaging from Jack Daniel's sauces.
Q10.2   The label and color looks like it.
Q10.3   The label looks like Jack Daniel's drink, as well as the sauces.
Q11.0   [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1149    PID   1106442997
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly.
Q7.1     It looked like the name of the brand.
Q7.2     The company.
Q8.0     Toys.
Q8.1     More toys.
Q8.2     For dogs wants and needs.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.


RESPID   1150    PID   1112664493
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Other dog toys and possibly dog treats and dog car products.
Q8.1     The display featured dog treats.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.


RESPID   1151    PID   1131918703
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     That was the name I read at the top of hang tag.
Q7.2     Don't know.
Q8.0     Other dog toys, chew toys, squeaky toys.
Q8.1     It would seem like those would be the typical other products a company
         like that would make.  Usually a toy company is going to make other toys.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Who ever the dog toy making company is and funds their operations.
Q9.2     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1152    PID   1253638202
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     Silly Squeakers.
Q7.2     That's the name on the top.
Q8.0     Other dog toys.
Q8.1     Because I have never seen it before.
Q8.2     It doesn't seem like a leash company.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1153    PID   1254050149
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     The tag said so.
Q7.2     It said that on the tag.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1154    PID   1263007313
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Because the font of the text used for the product tag looks just like the
         package design on their products.
Q9.3     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1155    PID   1278675377
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Jack Daniel's.
Q7.1     It looks like the Jack Daniel bottle.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1156    PID   1259180870
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Jack Daniel's Tennessee whiskey.
Q7.1     While I didn't specifically look on the hand tag for the maker, I saw it
         was made in China, where the manufacturer would really be, but as the toy
         was designed to look like Jack Daniel's Tennessee sour mash whiskey, I
         assume that company is the one that designed it, and had it manufactured.
Q7.2     Basically it's subliminal advertising. someone will see the dog toy shaped
         and labeled to look fairly close to a Jack Daniel's whiskey bottle, that
         in their subconscious if they are individuals that drink alcoholic
         beverages (an I assume they would or they wouldn't have bought that
         specific dog toy), that they'll quite likely go to a alcoholic beverage
         store and purchase a bottle of that product.
Q8.0     Jack Daniel's Tennessee sour mash whiskey.
Q8.1     Jack Daniel Tennessee sour mash whiskey.
Q8.2     Bottle shape, label color, printing on label has a font that is identical
         to that (though wording is not exact, but similar) of a Jack Daniel's
         whiskey black label Tennessee sour mash whiskey.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Jack Daniel's.
Q9.3     The simile is intended to depict a whiskey bottle made by Jack Daniel's.
         Basically a subliminal way to delve into the subconscious of someone, see
         it to put in their mind to go out and buy some Jack Daniel's whiskey.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Jack Daniel's distillery.
Q10.3    I've already stated the answer to that exact question several times over,
         and I know I'm not inebriated on Jack Daniel's whiskey and seeing double
         or triple, as I don't drink alcoholic beverages.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1157    PID   1279695821
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.


RESPID   1158    PID   1272785268
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Silly.
Q7.1     The name at the top.
Q7.2     Nothing.
Q8.0     Don't know.
Q8.1     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.
```

TEST CELL

```
RESPID     1159     PID   1255001828
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      It resembles a bottle of Jack Daniel's whiskey.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID     1160     PID   1116061166
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Jack Daniel's.
Q7.1      It looks like a Jack Daniel's bottle.
Q7.2      No other reason.
Q8.0      Whiskey.
Q8.1      It looks like the bottle it comes in.
Q8.2      No other reason.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID     1161     PID   1079401331
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Not sure.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID     1162     PID   1124494288
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Because the logo looks similar.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1163     PID   1079192602
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1164     PID   1098338971
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1165     PID   1230295299
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Bad Spaniel.
Q7.1     See it on the label.
Q7.2     Nothing.
Q8.0     Food for dogs.
Q8.1     A good guess.
Q8.2     It makes sense.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   1166     PID   1275107008
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     PetSmart.
Q7.1     Because it looks like something I would find at pet smart.
Q7.2     Just the previous reason that I stated.
Q8.0     Dog treats.
Q8.1     Because it just makes sense that they would also sell dog treats.
Q8.2     Nothing else.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Pet smart.
Q10.2    Because it looks like it would be sold there.
Q10.3    Nothing else.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1167     PID   1274191701
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Its made in China so I have no idea who could be the maker of this
         product.
Q7.1     Its made in China.  I'm not familiar with any Chinese companies.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:         No.


RESPID   1168     PID   1199291302
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     Silly Squeakers.
Q7.2     Don't know.
Q8.0     Dog biscuits.
Q8.1     Dog biscuits.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:         No.


RESPID   1169     PID   1278701238
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Vodka.
Q7.1     Same bottle design.
Q7.2     The label is so similar and that Tennessee.
Q8.0     Not else.
Q8.1     That is true.
Q8.2     Alright, so enough.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    A wine brand.
Q10.2    Color choose.
Q10.3    Opinion making.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:         No.
```

```
RESPID   1170    PID   1272815309
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     The title on the hanger.
Q7.2     Nothing else.
Q8.0     Maybe food and treats.
Q8.1     Looks like they would make some kind of food with there design for a dog
         toy.
Q8.2     Nothing else.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:              No.


RESPID   1171    PID   1278102213
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:              No.


RESPID   1172    PID   1275075164
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Silly made in China.
Q7.1     Read on top of product.
Q7.2     By reading.
Q8.0     Other dif looking bottles.
Q8.1     By looking at the rack.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:              No.


RESPID   1173    PID   1131935340
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                   - alcoholic beverages:              No.
```

TEST CELL

```
RESPID    1174    PID   1265591420
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Other dog toys.
Q8.1      Just the impression I got from reading the info.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    1175    PID   1122127720
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Just a guess on my part.
Q10.2     Just a guess on my part.
Q10.3     Nothing.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    1176    PID   1271711611
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Its the biggest words on the hang tag.
Q7.2      It was in two spots on the hang tag.
Q8.0      More funny dog toys in different varieties.
Q8.1      Because its a pretty funny dog toy and I would hope there was more.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      It looks like a dog version of a Jack Daniel's bottle.
Q9.3      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

B-54

```
RESPID    1177    PID    1273241995
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      I have used this product.
Q7.2      Don't know.
Q8.0      Silly Squeakers.
Q8.1      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1178    PID    1268872086
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Silly Squeakers.
Q7.2      Name was on the top label.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    1179    PID    1185164940
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP.
Q7.1      It showed the company name.
Q7.2      Nothing.
Q8.0      None.
Q8.1      I don't know any other products.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      The toy looks like a Jack Daniel's bottle.
Q9.3      Nothing.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.
```

TEST CELL

```
RESPID    1180    PID    1191349490
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      VIP Products.
Q7.1      It says on the label that the product and design belong to VIP Products.
Q7.2      The label clearly states it.
Q8.0      Other dog toys that squeak.
Q8.1      It says Silly Squeakers on the front label so I assume there are other
          versions of the squeak toy.
Q8.2      The label.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.


RESPID    1181    PID    1281226722
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It appears on the tag.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.


RESPID    1182    PID    1237624088
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Jack Daniel's.
Q7.1      It is designed like their bottle.
Q7.2      Nothing else.
Q8.0      Logo and bottle.
Q8.1      Logo and bottle.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Jack Daniel's.
Q9.2      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              No.
```

TEST CELL

```
RESPID   1183    PID   1221031397
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     It was on the label.
Q7.2     It was plural like there were other squeakers toys in this line.
Q8.0     Squeaker toys.
Q8.1     I didn't see anything else on the label that made me think this company
         made any other products.
Q8.2     I didn't see any other products on the label.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID   1184    PID   1173947215
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Jack Daniel's.
Q7.1     Because the bottle looks like it.
Q7.2     There is nothing else.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID   1185    PID   1106941439
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Bad Spaniels.
Q7.1     Because it was on the front and back of the tag.
Q7.2     Nothing else.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     City Squeakers.
Q9.2     It is also on the label.
Q9.3     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.
```

TEST CELL

```
RESPID   1186    PID   1249381151
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Tennessee.
Q7.1     Clear visible.
Q7.2     Interested and use it.
Q8.0     Nothing specific.
Q8.1     Not sure.
Q8.2     Do not know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q10.2    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1187    PID   1281981597
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1188    PID   1131877429
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1189    PID   1282025546
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Leve.
Q7.1     I was saying on the label.
Q7.2     Because I saw.
Q8.0     Toys for dogs.
Q8.1     Is clearly seen.
Q8.2     Is clearly seen.
Q9.0     IS being used with the authorization or approval.
Q9.1     Intuition.
Q9.2     Intuition.
Q9.3     Intuition.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Alany.
Q10.2    Intuition.
Q10.3    Intuition.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:         No.


RESPID   1190    PID   1271394406
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Tennessee Carpet.
Q8.1     I see that name on the label.
Q8.2     I recognize the name.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    PetSmart.
Q10.2    They are involved with everything.
Q10.3    None.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID   1191    PID   1148059327
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Jack Daniel's.
Q7.1     The look of the bottle, said so on the tag.
Q7.2     Nothing else.
Q8.0     Alcohol.
Q8.1     I've seen it on TV, in liquor store.
Q8.2     Nothing else.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.
```

TEST CELL

```
RESPID   1192     PID   1271315470
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     That's what the label says I'm not that good at name brand for dog toys.
Q7.2     No.
Q8.0     Dog treats, dog toys.
Q8.1     The look of the toy.
Q8.2     Nothing.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Hear Doggy, Vitality.
Q10.2    Idk.
Q10.3    Idk.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:             No.


RESPID   1193     PID   1252728562
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Squeakers.
Q7.1     One of things I saw.
Q7.2     That word stood out.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:             No.


RESPID   1194     PID   1215511189
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     That's what I remember seeing.
Q7.2     The actual toy is a bottle of a Jack Daniel sauce.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     The bottle is mimicked after the Jack Daniel bbq sauce.  So they would
         hold the patent therefore you would have to ask permission to use the
         image.
Q9.3     It is made to look like a Jack Daniel bbq sauce bottle.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    The bottle, the back of the label, the play on words.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:             No.
```

TEST CELL

```
RESPID   1195    PID   1239462326
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1196    PID   1131968201
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     Its on the package.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1197    PID   1262732261
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1198    PID   1220526964
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Jack Daniel's.
Q7.1     It looks like a Jack Daniel's bottle.
Q7.2     The label.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     The label.
Q9.3     The name.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    The bottle.
Q10.3    The label.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1199    PID   1117575232
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Jack Daniel's.
Q7.1     Looks like it.
Q7.2     Design and look.
Q8.0     Jack Daniel's.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Looks like it.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID   1200    PID   1233044095
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Petco.
Q7.1     Format of store and products.
Q7.2     Same as before.
Q8.0     Chew toys and dog snacks.
Q8.1     Just did.
Q8.2     Nothing more to add.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Jack Daniel's ipr/copyright.
Q9.3     Nothing more to add.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID   1201    PID   1274179988
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     None.
Q7.1     None.
Q7.2     None.
Q8.0     None.
Q8.1     None.
Q8.2     None.
Q9.0     IS being used with the authorization or approval.
Q9.1     None.
Q9.2     None.
Q9.3     None.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1202     PID   1281942135
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     VIP Products.
Q7.1     According to the label VIP Products it is the company that makes this
         product.
Q7.2     VIP Products it is the company that makes this product.
Q8.0     Truth is not that other products do.
Q8.1     That truth is that other products do.
Q8.2     That truth is that other products do.
Q9.0     IS being used with the authorization or approval.
Q9.1     Silly Squeakers is the company.
Q9.2     Silly Squeakers is the company.
Q9.3     Silly Squeakers it is the company that makes this product.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Bad Spaniels is the company.
Q10.2    Bad Spaniels is the company.
Q10.3    Bad Spaniels.  It is the company that makes this product.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1203     PID   1242225020
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Is good brand.
Q7.2     Is good.
Q8.0     None.
Q8.1     None.
Q8.2     Is good brand.
Q9.0     IS being used with the authorization or approval.
Q9.1     None.
Q9.2     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   1204     PID   1247762619
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Jack Daniel's.
Q7.1     It looks like the bottle.
Q7.2     Nothing.
Q8.0     None others.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Jack Daniel's.
Q9.2     Because it says raw Daniel's and looks like a Jack bottle.
Q9.3     Nothing.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Because it looks just like the bottle.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

TEST CELL

```
RESPID   1205    PID   1142609921
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Bad Spaniels.
Q7.1     Usually the name brand is at the top of the product and or product
         description.
Q7.2     Don't know.
Q8.0     Other dog products.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1206    PID   1184384627
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     VIP Products.
Q7.1     That's what I read.
Q7.2     Its what it's read.
Q8.0     Other toys.
Q8.1     Cause product is a dogs toy.
Q8.2     Nothing.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1207    PID   1120251631
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   1208    PID   1209496605
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     VIP Products.
Q7.1     It said so on the back of the tag.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

TEST CELL

```
RESPID    1209     PID   1277223442
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    1210     PID   1239205375
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Bad Spaniels.
Q8.1      It looks like a toy-bottle.
Q8.2      Because that is the appearance.
Q9.0      IS being used with the authorization or approval.
Q9.1      Because of the similarity.
Q9.2      It looks too alike.
Q9.3      That's it!
Q10.0     HAS a business affiliation or business connection.
Q10.1     Jack Daniel's.
Q10.2     Because of similarity of names.
Q10.3     It looks like a bourbon bottle.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    1211     PID   1225490804
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

TEST CELL

CONTROL CELL

```
RESPID      2001     PID   1214413644
Q1.0        [Likely to purchase a dog toy]
Q1.0        Yes.
Q2.0        Gender: Female
Q2.1        Age: 55 or over
Q3.0        Census region: Midwest
Q7.0        Don't know.
Q8.0        Don't know.
Q9.0        Don't know/no opinion.
Q10.0       Don't know/no opinion.
Q11.0       [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:           No.


RESPID      2002     PID   1190121045
Q1.0        [Likely to purchase a dog toy]
Q1.0        Yes.
Q2.0        Gender: Female
Q2.1        Age: 21 to 34
Q3.0        Census region: West
Q7.0        Don't know.
Q8.0        Don't know.
Q9.0        Don't know/no opinion.
Q10.0       Don't know/no opinion.
Q11.0       [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:           No.


RESPID      2003     PID   1208507241
Q1.0        [Likely to purchase a dog toy]
Q1.0        Yes.
Q2.0        Gender: Male
Q2.1        Age: 55 or over
Q3.0        Census region: West
Q7.0        Silly Squeakers.
Q7.1        Don't know.
Q8.0        Plastic or rubber bones, balls and animals.
Q8.1        Don't know.
Q9.0        Is NOT being used with the authorization or approval.
Q10.0       Don't know/no opinion.
Q11.0       [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:           No.


RESPID      2004     PID   1238986426
Q1.0        [Likely to purchase a dog toy]
Q1.0        Yes.
Q2.0        Gender: Female
Q2.1        Age: 55 or over
Q3.0        Census region: Northeast
Q7.0        Tennessee Carpet.
Q7.1        Otherwise the label makes no sense.  Why would anybody else use that
            specific name on their product?
Q7.2        Don't know.
Q8.0        Carpeting.
Q8.1        Its in the name, Tennessee Carpet.
Q8.2        Don't know.
Q9.0        Is NOT being used with the authorization or approval.
Q10.0       Don't know/no opinion.
Q11.0       [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:           No.
```

```
RESPID    2005    PID   1132238299
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Dogswell.
Q7.1      Was on the display shown.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2006    PID   1276260109
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Silly.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2007    PID   1281652039
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Other similar funny products, such as different bottle shapes with
          different breeds, just with different descriptions.
Q8.1      The dog toy can play on many different breeds, different alcohol bottles,
          and different quirks in the dog breeds.
Q8.2      It's a very marketable idea, especially to older dog owners.  Many dog
          owners can probably relate to the silliness and would find the bottles
          appealing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2008    PID   1232040220
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Made in China.
Q7.1      Made in China.
Q7.2      That's what it said.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2009    PID   1079379389
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP toys.
Q7.1      Name tag says so.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2010    PID   1106265403
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It says it.
Q7.2      It is on the label.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2011    PID   1247161142
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP Products.
Q7.1      Because it was written on the bottom of this product.
Q7.2      The product itself.
Q8.0      Dog toys and more.
Q8.1      The colors in general let me believe that they make toys.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2012    PID   1129980022
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Other types of chew toys.
Q8.1      Its a squeak toy, so I thing they make more squeak toys.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2013    PID   1268777984
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2014    PID   1272628456
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      I have no idea, people who love dogs.
Q7.1      It has to be someone who is thinking outside of the box.
Q7.2      Don't know.
Q8.0      Other dog treats and toys.
Q8.1      They must make more than one item, and those other items relate.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      It has to be safe for animals or people would not buy it.
Q9.2      Most toys need approval to be out on the market.
Q9.3      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     I don't know.
Q10.2     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2015    PID   1203168448
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2016    PID  1254594827
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Bad Spaniels.
Q7.1      It says it on the tag.
Q7.2      It looks like a logo.
Q8.0      Squeak toys.
Q8.1      It says Silly Squeakers on the tag so I assume they make different ones.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID    2017    PID  1172448988
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID    2018    PID  1079296897
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      Name on product.
Q7.2      Nothing.
Q8.0      Not really sure.
Q8.1      Not familiar with this company.
Q8.2      Don't know anything about this company.
Q9.0      IS being used with the authorization or approval.
Q9.1      Silly Squeakers.
Q9.2      Is on the tag.
Q9.3      Nothing.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2019    PID  1150389818
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      To be honest I focused more on the made in China than the company name
          because the made in China made me think I would not buy it.  The name &
          address of the company were provided but I don't remember them.
Q7.1      Because I worry that products made in China won't be safe for my dog.
Q7.2      Because you hear about lead paint & various other bad things being used.
Q8.0      I think they may make fluff free dog toys like ducks.
Q8.1      The label about safety in using toys.
Q8.2      The name of the toy.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:            No.


RESPID    2020    PID  1255418754
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:            No.


RESPID    2021    PID  1234141173
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      Silly Squeakers.
Q7.2      Don't know.
Q8.0      Many toys.
Q8.1      It appears to be a dog toy company.
Q8.2      None.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Hartz.
Q10.2     None.
Q10.3     None.
Q11.0     [Work for company that makes, sells, or distributes any...]
                    - alcoholic beverages:            No.
```

```
RESPID    2022    PID   1281741202
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID    2023    PID   1161601849
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      The tag.
Q7.2      Don't know.
Q8.0      Not sure.
Q8.1      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID    2024    PID   1249841420
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      Its the name I see on the tag.
Q7.2      Nothing else.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID    2025    PID   1079230585
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      I saw this on the ad.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2026    PID  1264183447
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.


RESPID    2027    PID  1266199839
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Silly.
Q7.1      Large name at the top.
Q7.2      That's it.
Q8.0      Not sure, seen the name before.
Q8.1      Just remember it from some place.
Q8.2      That's it.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.


RESPID    2028    PID  1185177718
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      It specifies it.
Q7.2      Just the brand logo.
Q8.0      None.
Q8.1      I can't connect it to any other brand.
Q8.2      Nothing.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2029    PID  1110541842
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     On the label.
Q7.2     Bold print and label.
Q8.0     Dog toys.
Q8.1     Saw on display.
Q8.2     Saw on display.
Q9.0     IS being used with the authorization or approval.
Q9.1     Ten Carpet.
Q9.2     Tennessee Carpet.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Petco.
Q10.2    Petco.
Q10.3    Nothing.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.


RESPID   2030    PID  1220504081
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     No idea.
Q7.1     Because it doesn't look familiar.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Purina.
Q10.2    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.


RESPID   2031    PID  1237108290
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     There name was the biggest on the tag.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.
```

CONTROL CELL

```
RESPID    2032    PID   1225224937
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      VIP Products.
Q7.1      Its there on the label for it.
Q7.2      The way the product is made.
Q8.0      Looks like they were copying a whiskey of some sorts.
Q8.1      Its a good one to use.
Q8.2      It would be a good toy for the humor on the tag.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2033    PID   1254277164
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      It' at the top of the tag.
Q7.2      It's at the top of the tag.
Q8.0      Other toys.
Q8.1      Other toys.
Q8.2      Other toys.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2034    PID   1275858593
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Says it at the top.
Q7.2      It clearly stands out.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2035    PID   1265536430
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It is the only name I saw on the tag.
Q7.2      Nothing else.
Q8.0      I have no idea.
Q8.1      I have no knowledge or recognition for the name.
Q8.2      Nothing else.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2036    PID   1265522059
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      It was on the bag of the tag.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2037    PID   1266713720
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Petco.
Q7.1      Looks like Petco.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2038    PID   1223300851
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      PetSmart.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2039    PID   1258907627
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      VIP Products.
Q7.1      I saw it on the package.
Q7.2      I saw it on the package.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2040    PID   1269575873
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Do not know.
Q7.1      Don't know.
Q8.0      Food, leashes.
Q8.1      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2041    PID   1131876061
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly spaniels.
Q7.1      I can see the label.
Q7.2      Same response.
Q8.0      Other toys.
Q8.1      They probably don't make just one kind of toy.
Q8.2      Same response.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2042    PID   1131899575
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2043    PID   1259777754
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.


RESPID   2044    PID   1277669563
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     It was a stand out font.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    PetSmart maybe.
Q10.2    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.


RESPID   2045    PID   1257700888
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     A Tennessee comp.
Q7.1     I read that.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.


RESPID   2046    PID   1193433212
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2047    PID   1181754789
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     There was no other company sounding name written near the bottom of the
         product.
Q7.2     It was written large and did not seem to be the name of the product.
Q8.0     Joke products.
Q8.1     The sentences did not make much sense.
Q8.2     The product was not described and seemed like a joke.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID   2048    PID   1275742624
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     China.
Q7.1     I am concerned about products produced in China.
Q7.2     China does not have the best standards for safety.  Dogs sometimes eat
         things, this said, they shouldn't ingest.  That's a problem.
Q8.0     Dog food.
Q8.1     I don't trust this country and the standards.
Q8.2     Buying anything from China that may be eaten on purpose or accidental is a
         problem.  There also may be contact problems by use of chemicals harmful
         to living creatures.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID   2049    PID   1250054064
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Hang tag.
Q7.1     Don't know.
Q8.0     Bad Spaniels.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.
```

CONTROL CELL

```
RESPID    2050    PID   1277007262
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Looks like the company name is Silly Squeakers.
Q7.1      Because that is what it says on the tag - Silly Squeakers.
Q7.2      That is the only reason.
Q8.0      I have no idea - I've never seen a product like this in the store.
Q8.1      Never saw this product before.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2051    PID   1278621639
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2052    PID   1079373355
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      VIP Products.
Q7.1      A well know pet product.
Q7.2      It looks like it.
Q8.0      Tennessee.
Q8.1      Tennessee.
Q8.2      The name on the front.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2053     PID   1276268842
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      VIP Products.
Q7.1      It is the mark of product.
Q7.2      It is the mark of product.
Q8.0      Tuff scale.
Q8.1      Like this product.
Q8.2      Like this product.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     VIP confession.
Q10.2     It's what I believe.
Q10.3     It's what I believe.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID    2054     PID   1079391088
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      That is the big name on the label.
Q7.2      That's it.
Q8.0      I have no idea.
Q8.1      Did not see anything else.
Q8.2      Nothing.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID    2055     PID   1265122402
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      That's what it said on the tag.
Q7.2      It was on the tag.
Q8.0      Other squeaky toys.
Q8.1      They most likely make more then one toy.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Pet co.
Q9.2      It is a nation pet store.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.
```

```
RESPID   2056    PID  1190332151
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Other dog toys.
Q8.1     Because a company that makes one dog toy, usually makes other types of
         toys.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2057    PID  1281917332
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2058    PID  1224046584
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2059    PID  1188241226
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

B-82

```
RESPID    2060    PID   1080252129
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Bad Spaniels.
Q7.1      Silly Squeakers is the product name, so I guess Bad Spaniels is the maker.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2061    PID   1273218730
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It is the name on the hang tag so I would assume it is the name of the
          company.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2062    PID   1239159636
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Other dog toys.
Q8.1      Seems likely they would produce more than 1 toy.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2063    PID   1252051541
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Name on the tag.
Q7.2      None.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2064    PID   1250433637
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:               No.


RESPID   2065    PID   1254255452
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Other squeak toys, rope toys.
Q8.1     A lot of company's that sell such an item sell the items I listed in
         previous question.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:               No.


RESPID   2066    PID   1131955936
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Bad Spaniels.
Q7.2     Nothing.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:               No.
```

CONTROL CELL

```
RESPID    2067    PID   1279513979
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Walmart.
Q7.1      I seem to see there.
Q7.2      None.
Q8.0      Soap for pets.
Q8.1      Because I saw.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Walmart.
Q9.2      Sell all.
Q9.3      Nothing.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Walmart.
Q10.2     Sell all.
Q10.3     Nothing.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:        No.


RESPID    2068    PID   1191053160
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      Their name was big and bold at the top of the tag.
Q7.2      It seemed to be the logo at the top center of the tag.
Q8.0      I would assume other dogs toys that squeak or make noise, but also provide
          humor or other entertainment to the dog owner.  I am not aware of any
          specific names or products though.
Q8.1      I have not seen that in the stores I shop in before.
Q8.2      It seems to have a gag theme running through their product and the name
          has "squeakers" telling me it will make an annoying noise.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:        No.


RESPID    2069    PID   1281057434
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Tennessee Carpet.
Q7.1      I saw the name on the toy.
Q7.2      The name is on the toy.
Q8.0      I do not know.
Q8.1      I have never seen that type of logo before.
Q8.2      I am not familiar with the company.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:        No.
```

CONTROL CELL

```
RESPID   2070    PID  1162927021
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     That's what I see on the toy.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2071    PID  1218341605
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2072    PID  1264091039
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     No idea, but I like 'em.
Q7.1     Don't know.
Q8.0     Chew toys, collars.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2073    PID  1250940500
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Purina.
Q7.1     It looks like theirs.
Q7.2     The shape.
Q8.0     Hets.
Q8.1     The style.
Q8.2     The style.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2074    PID   1079229205
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Other toys.
Q8.1     No reason comes to mind.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   2075    PID   1260895673
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Do not know.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   2076    PID   1215666180
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Bad Spaniels.
Q7.1     What it shows on the toy as a name.
Q7.2     Don't know.
Q8.0     Squeak toys and chew toys.
Q8.1     That is what the toy states.
Q8.2     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:          No.


RESPID   2077    PID   1270116320
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     I have no idea, but it is made in China.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:              No.
```

CONTROL CELL

```
RESPID    2078    PID   1254240501
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    2079    PID   1131871032
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      It says on the cap and looks like the logo.
Q7.2      Don't know.
Q8.0      Other silly toys.
Q8.1      It seems that that is their thing.
Q8.2      Nothing else.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.


RESPID    2080    PID   1124818537
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      I believe that is the brand based on the logo at the top of the package.
Q7.2      It is clearly on display.
Q8.0      Other dog toys.
Q8.1      I would just assume they make more products.
Q8.2      I think they make more than just squeaking toys.
Q9.0      IS being used with the authorization or approval.
Q9.1      The Silly Squeakers company.
Q9.2      Because that is the brand at the top of the product.
Q9.3      That is where logos go.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:              No.
```

CONTROL CELL

```
RESPID   2081    PID  1274641788
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly.
Q7.1     This is the brand.
Q7.2     None.
Q8.0     None.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2082    PID  1206879557
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Bad Spaniels.
Q7.2     Bad Spaniels.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2083    PID  1278355867
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2084    PID  1272338551
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

```
RESPID    2085    PID    1215680989
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      Most prominent name.
Q7.2      Seems generic enough for a range of off-beat toys.
Q8.0      Other off-beat toys, probably rubber squeaky toys.
Q8.1      Unlikely to have just one in the category.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2086    PID    1080421641
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2087    PID    1195229711
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      Its clear on the top.
Q7.2      Its bold.
Q8.0      Carpet cleaners and maybe flea spray.
Q8.1      It goes along with that type of product.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Med product.
Q9.2      Just a guess I honestly don't know for sure, but I'm sure it's FDA
          approved.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2088    PID    1219299699
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

B-90

```
RESPID    2089    PID   1272794122
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Don't know.
Q8.0      Other dog toys.
Q8.1      I don't think they make just one toy.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID    2090    PID   1131958600
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It's the name on the front of the tag.
Q7.2      Nothing.
Q8.0      Other squeaky toys.
Q8.1      Because that's what the shown toy is.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID    2091    PID   1275919806
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      VIP Products.
Q7.1      It was listed on the hang tag.
Q7.2      It was listed on the hang tag.
Q8.0      Bad Spaniels.
Q8.1      It was listed on the hang tag and seems to be part of a product line of
          Bad Spaniels toys.
Q8.2      Nothing else.
Q9.0      IS being used with the authorization or approval.
Q9.1      VIP Products.
Q9.2      I believe that VIP Products is the company that actually makes this toy.
Q9.3      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     VIP Products.
Q10.2     It is listed on the hang tag.
Q10.3     VIP Products and Silly Squeakers are both listed on the hang tag,
          therefore it seems like they are affiliated with each other.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.
```

CONTROL CELL

```
RESPID    2092    PID   1268180530
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Because its in larger letters and it stands out.
Q7.2      Its not the name of the toy so it has to be the name of the brand.
Q8.0      Toys that squeak and have a bottle shape.
Q8.1      Because the toy is bottle shaped and the brand name suggests the items
          squeak.
Q8.2      I don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2093    PID   1277824711
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      That is the brand of the manufacturer.
Q7.2      It says so on the label.
Q8.0      How should I know?  There were a bunch of toys on the display but they
          were all different and different brands.
Q8.1      Oh, come on.  This survey is getting ridiculous.
Q8.2      I had enough with this crap.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2094    PID   1131894727
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      Silly Squeakers.
Q7.2      Its the title of the product.
Q8.0      Toys for animals.
Q8.1      It sounds like a line of dog toys.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2095     PID   1080694983
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Toys for dogs.
Q8.1      Make all nice toys for dogs.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2096     PID   1277298107
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      VIP Productions.
Q7.1      I read the label.
Q7.2      None.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2097     PID   1271453429
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      That is the name on the package.
Q7.2      Nothing.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2098     PID   1217349423
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Silly Squeaker.
Q7.1      Was on tag.
Q7.2      On tag.
Q8.0      No clue.
Q8.1      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2099    PID   1091249998
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID    2100    PID   1166403628
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q7.1      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID    2101    PID   1274540923
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Large logo on hang tag.
Q7.2      There is a trademark symbol.
Q8.0      Different varieties of dog squeaky toys with funny names that are similar
              to human products like this one.
Q8.1      There were different items on the display like this.  Also, the name Silly
              Squeakers indicates this.
Q8.2      The name of the company says this to me.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.


RESPID    2102    PID   1280934187
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:           No.
```

CONTROL CELL

```
RESPID    2103     PID   1279035826
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Name in ticket.
Q7.2      Design, images and message.
Q8.0      Shampoo, water, medicine.
Q8.1      Variation.
Q8.2      Colors of images.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2104     PID   1267710831
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Dog store.
Q7.1      Because this product for dog.
Q7.2      Useful for dog.
Q8.0      Happy ship.
Q8.1      Same product.
Q8.2      All about think of a dog.
Q9.0      IS being used with the authorization or approval.
Q9.1      Dog store.
Q9.2      All bout of dog.
Q9.3      Product for dog.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Ben & jerry's.
Q10.2     Shopping in this.
Q10.3     Eat away your feeling dog.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2105     PID   1206956027
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      I believe VIP Products makes the product and I believe pet stores put the
          product out.
Q7.1      The reason I say that is because it said who makes the product on the hang
          tag and also the other reason I say that is because it is a pet toy.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Petco, PetSmart, Pet Supplies Plus, Walmart.
Q10.2     Because all those stores sell pet toys.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

```
RESPID   2106    PID   1279180413
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Purina.
Q7.1     They make dog stuff.
Q7.2     Don't know.
Q8.0     Dog food, dog collars.
Q8.1     Because they are related to dogs.
Q8.2     It just seems logical.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2107    PID   1280090536
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     It says Silly Squeakers on the tag.
Q7.1     It says the brand on the tag.
Q7.2     The hang tag picture you showed had the brand on there.
Q8.0     Dog treats.
Q8.1     They're in the dog toy business so I thought they could make dog treats,
         too.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2108    PID   1258368937
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2109    PID   1145706428
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     It was on the tag.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.


RESPID   2110    PID   1263798088
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     Bran in the bottle.
Q7.2     Bottle.
Q8.0     I don't know.
Q8.1     No, not buy many products for hair fall for dogs.
Q8.2     No not buy many products for hair fall for dogs.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.


RESPID   2111    PID   1221899444
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.


RESPID   2112    PID   1180227898
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Not sure.
Q7.1     I never seen it.
Q7.2     Nothing else.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
            - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2113    PID  1125362386
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      This name is prominently displayed on the toy.
Q7.2      A picture of a spaniel is on the tag.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID   2114    PID  1096994539
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Other dog toys.
Q8.1      Never heard of the product.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID   2115    PID  1077472138
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      VIP or Silly Squeakers.
Q7.1      It looks like the brand name on the tag is Silly Squeakers but I remember
          seeing VIP on the bottom of the tag like VIP manufacturing or something
          like that.
Q7.2      Nothing else, just the tag.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      With VIP or Silly Squeakers.
Q9.2      Both names are on the tag.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

B-98

CONTROL CELL

```
RESPID   2116    PID   1197476692
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     VIP.
Q7.1     Read it near the bottom of the tag.
Q7.2     I think it was in red.
Q8.0     Any chewy squeaker toy.
Q8.1     Its say squeaky on the tag.
Q8.2     Saw it near the top of the tag squeaker.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2117    PID   1097430359
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Not sure, but I think Silly Squeakers.
Q7.1     It is the most prominent.
Q7.2     I can't see any other name.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2118    PID   1118205139
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2119    PID   1265166881
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     Based on the hang tag information.
Q7.2     Nothing.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2120    PID   1234134540
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      It has the name on the tag.
Q7.2      It is the big letters on the tag.
Q8.0      Other squeak toys.
Q8.1      The name suggests more then one squeak toy.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Silly Squeakers.
Q9.2      That is the company it is made by.
Q9.3      Don't know.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2121    PID   1161056615
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Silly Squeaker.
Q7.1      The label.
Q7.2      Don't know.
Q8.0      [Not answered]
Q8.1      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Silly Squeakers.
Q9.2      The label.
Q9.3      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Silly Squeakers.
Q10.2     The label.
Q10.3     The label.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2122    PID   1079294189
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP.
Q7.1      VIP.
Q7.2      I think that is what was on the left bottom of the tag.
Q8.0      Other dog toys.
Q8.1      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2123    PID   1118098948
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Silly.
Q7.1     It says so.
Q7.2     Looks like the logo and name.
Q8.0     Carpet cleaner.
Q8.1     Tennessee Carpet.
Q8.2     Same.
Q9.0     IS being used with the authorization or approval.
Q9.1     With the warning tag I am assuming this is a good product.
Q9.2     Same.
Q9.3     Same.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2124    PID   1251694999
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     The name of the toy.
Q7.2     Nothing it looks like a weird toy.
Q8.0     I am not sure.
Q8.1     Again I am unsure.
Q8.2     Nothing I am unsure.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2125    PID   1220802210
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     It was on the product.
Q7.2     Nothing.
Q8.0     Don't know any other products by this company.
Q8.1     Am not familiar with the company.
Q8.2     Nothing.
Q9.0     IS being used with the authorization or approval.
Q9.1     The company that makes Silly Squeakers.
Q9.2     The name was on the tag.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Silly Squeakers.
Q10.2    The name was on the tag.
Q10.3    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2126    PID   1281451361
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     A dog company.
Q7.1     It's a dog toy.
Q7.2     It's a dog toy.
Q8.0     Poo bags.
Q8.1     It says poo on the toy.
Q8.2     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          Yes.


RESPID   2127    PID   1131885268
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2128    PID   1131928656
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Silly Squeakers.
Q7.1     Written on the tag.
Q7.2     Written on the tag.
Q8.0     Other dog toys.
Q8.1     Assumption.
Q8.2     Imagination.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

B-102

```
RESPID   2129    PID  1244204852
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly makers.
Q7.1     Because that's what it said on the tag.
Q7.2     Don't know.
Q8.0     Other different types of dog toys.
Q8.1     For the simple reason that this is a dog toy, so I would assume they make
         different ones.
Q8.2     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID   2130    PID  1269801679
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     VIPs.  Made in China.
Q7.1     I believe I read that.
Q7.2     That is what I remember reading.
Q8.0     I don't know.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.


RESPID   2131    PID  1260842590
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     It says it on the top to the photo.
Q7.2     The color scheme.
Q8.0     Resolve.
Q8.1     Looks like a product that they would make.
Q8.2     The colors on the bottle.
Q9.0     IS being used with the authorization or approval.
Q9.1     Resolve.
Q9.2     They are the only company I know that makes this type of product.
Q9.3     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Jack Daniel's.
Q10.2    Looks similar to their whiskey bottles.
Q10.3    The coloration of the bottle packaging.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2132    PID  1274037134
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Because I see no other possible option.
Q7.2      Why not see another possible option, no markings are visible on the
          package and do not know what sufficient product to another brand suoner.
Q8.0      Shampoos, snacks, necklaces.
Q8.1      Think it is a brand that can represent this type of pet accessories.
Q8.2      Think it is a brand that can represent this type of pet accessories, since
          they need many accessories for both their care and for their health and
          for fun.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Purina, Beneful, Alpo.
Q10.2     Because they are very good companies in the pet care.
Q10.3     Because they are very good companies in the care of pets, as they provide
          a varied range of useful accessories for them.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.


RESPID    2133    PID  1277727727
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP Products, although I have never heard of them before.
Q7.1      I saw "VIP Products" on one of the photos.
Q7.2      Nothing.
Q8.0      The product line is called "Silly Squeakers," so I would presume they put
          out other squeak toys.  However, the display we were shown also showed
          some chew snacks, so I guess the company also makes those, if all the
          products on the rack were from the same company.
Q8.1      I explained it.
Q8.2      Nothing.
Q9.0      IS being used with the authorization or approval.
Q9.1      I don't drink alcohol, so I don't know what the toy is supposed to look
          like, but apparently it is some sort of hard liquor based on the bottle
          shape and the wording.  If this is a copy of some liquor bottle, then I
          suspect there is the need for a licensing arrangement, but that depends on
          how similar the bottle is to a copyrighted design.
Q9.2      I can't add any more.
Q9.3      I have explained all I know.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:           No.
```

B-104

CONTROL CELL

```
RESPID   2134    PID   1174757243
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     It is clearly seen.
Q7.2     You can clearly says it says Silly Squeaker.
Q8.0     Bad Spaniels.
Q8.1     Not sure now which is the main person who sells it.
Q8.2     Can't tell which company makes it.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no oinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages


RESPID   2135    PID   1175536988
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2136    PID   1282016347
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: Midwest
Q7.0     Tennessee Carpet.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:               No.
```

CONTROL CELL

```
RESPID   2137    PID   1277021065
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: South
Q7.0     Hartz.
Q7.1     First manufacturer that came to mind.
Q7.2     Nothing.
Q8.0     More toys.
Q8.1     Sales.
Q8.2     Nothing.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Hartz.
Q10.2    First to come to mind.
Q10.3    Nothing.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.


RESPID   2138    PID   1219758350
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Midwest
Q7.0     Alpo.
Q7.1     I am not absolutely sure but I buy a lot of Alpo stuff so maybe I would
         think.
Q7.2     Don't know.
Q8.0     Little animals that squeak.
Q8.1     This is a squeakable toy so I would suspect they make others too.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.


RESPID   2139    PID   1273452400
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     Its the only words on the product.
Q7.2     The words on top.
Q8.0     Bad dog squeakers.
Q8.1     Saw it on the shelf.
Q8.2     The display.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:        No.
```

CONTROL CELL

```
RESPID    2140    PID   1272345687
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      VIP.
Q7.1      It's the name on the hanger.
Q7.2      It was the name at the bottom of the hanger.
Q8.0      Other squeaky dog toys.
Q8.1      The hanger indicated a line of squeaky dog toys.
Q8.2      It would stand to reason that the company makes more than one dog toy.
Q9.0      IS being used with the authorization or approval.
Q9.1      I would think some kind of vet organization.
Q9.2      Generally, these things seek the approval of certain groups before
          merchandising.
Q9.3      It looks like a tested product, so would assume it was okayed by certain
          groups.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID    2141    PID   1260980317
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      Because it says so on the top right of the tag.
Q7.2      Because the brand is also on the front of the bottle.
Q8.0      Squeaker toys, carpet cleaners.
Q8.1      Because I would think this was a carpet cleaner by the look of it, but its
          confusing.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID    2142    PID   1256701890
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.
```

CONTROL CELL

```
RESPID    2143    PID   1276075684
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      I am not quite sure.
Q7.1      I can't really tell.
Q7.2      Not answered.
Q8.0      I am not sure.
Q8.1      I can't tell.
Q8.2      [Not answered]
Q9.0      IS being used with the authorization or approval.
Q9.1      [Not answered]
Q9.2      [Not answered]
Q9.3      [Not answered]
Q10.0     HAS a business affiliation or business connection.
Q10.1     [Not answered]
Q10.2     [Not answered]
Q10.3     [Not answered]
Q11.0     [Work for company that makes, sells, or distributes any...]
          - alcoholic beverages:        No.


RESPID    2144    PID   1277189785
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      That looks like the brand name to me.
Q7.2      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
          - alcoholic beverages:        No.


RESPID    2145    PID   1125488172
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: South
Q7.0      Tennessee Carpet.
Q7.1      What I saw.
Q7.2      See.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      T.C.
Q9.2      Only name I can read besides Silly.
Q9.3      Silly might be maker.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Tennessee Carpet.
Q10.2     What I figure.
Q10.3     Duh.
Q11.0     [Work for company that makes, sells, or distributes any...]
          - alcoholic beverages:        No.
```

CONTROL CELL

```
RESPID    2146    PID   1254003535
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It says it on the hang tag.
Q7.2      I'm just assuming because that's the biggest name on the product.
Q8.0      Other dog toys.
Q8.1      Because they would probably make a line of products similar to this one.
Q8.2      I'd think they would have a collection.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2147    PID   1281618473
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      It was the best I could see from the pic.
Q7.2      Don't know.
Q8.0      No idea.
Q8.1      There is no indication of anything else.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID    2148    PID   1280674709
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Silly Squeakers.
Q7.1      It said that on the tag.
Q7.2      Don't know.
Q8.0      Other dog toys.
Q8.1      The tag says they make dog toys and I doubt they only have one product.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2149    PID   1113661811
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Bad Spaniels appears to be the parent company.
Q9.2     From the bottle they is how it appears.
Q9.3     The tag.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Bad Spaniels.
Q10.2    It appears to be the head tag.
Q10.3    Nothing.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2150    PID   1265119471
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     From the name on the tag.
Q7.2     Nothing else.
Q8.0     Probably other toys.
Q8.1     Most companies make multiple products.
Q8.2     Nothing else.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2151    PID   1132090999
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     It's apparent on the label.  Although there is no trademark or (c) next to
         it that I can tell.
Q7.2     That the toy squeaks.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

B-110

CONTROL CELL

```
RESPID    2152    PID   1275103937
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID    2153    PID   1272535329
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Doggy treats.
Q8.1      I think all the toys and treats are made by the same company.
Q8.2      They all were hanging in the same display.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID    2154    PID   1165714047
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Not sure.
Q7.1      Not sure.
Q7.2      Not sure.
Q8.0      Not sure.
Q8.1      Not sure.
Q8.2      Not sure.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID    2155    PID   1221820484
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Dog clothes, leashes, collars, maybe food.
Q8.1      I think a company would make more than just one specific product.
Q8.2      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    2156    PID   1275874738
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.


RESPID    2157    PID   1131902129
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      Silly Squeakers.
Q7.2      It was on the label.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2158    PID   1279961084
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     I said that because of the name of the product.  I saw no other
         identifying info on the product.
Q7.2     The name or logo is large.
Q8.0     Chew toys, balls, fake bones, etc.
Q8.1     I saw several other items next to this one, usually products by the same
         company are sold together.
Q8.2     Nothing.
Q9.0     IS being used with the authorization or approval.
Q9.1     When we buy products we usually don't worry about weather someone gave
         permission unless its in a flea market or you suspect black market or fake
         items passed off as the real company.
Q9.2     It's not something we genuinely worry over.  You assume the product is
         legal.
Q9.3     Nothing.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Again, it's based on assumptions only.  Sometimes I will look on the
         bottom or back of a product to see who made the product, if their name is
         on it.
Q10.2    Nothing to add.
Q10.3    Nothing to add.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:         No.


RESPID   2159    PID   1188007609
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     That is the company name on the tag.
Q7.2     [Not answered]
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:         No.
```

B–113

```
RESPID   2160    PID   1271053975
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Because that is what it says.
Q7.2     The picture on the front of it.
Q8.0     Shampoo.
Q8.1     Because that is normally what the companies make.
Q8.2     The companies that make carpet cleaner for dogs generally seem to make
         shampoo for dogs.
Q9.0     IS being used with the authorization or approval.
Q9.1     Probably the same one that manufactures it.
Q9.2     Because I don't know why another company would.
Q9.3     Just because I doubt that other companies would be going for this when
         they are making their own products for dogs.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2161    PID   1235807436
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Northeast
Q7.0     Bad Spaniels.
Q7.1     It's on the label.
Q7.2     Nothing else.
Q8.0     Carpet cleaners.
Q8.1     It's on the label.
Q8.2     Nothing else.
Q9.0     IS being used with the authorization or approval.
Q9.1     It's good.
Q9.2     No reason.
Q9.3     Nothing.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.


RESPID   2162    PID   1083773605
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2163    PID   1234137855
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     I really have no clue.  Probably one of the bigger brands out there.
Q7.1     Don't know.
Q8.0     Probably other squeaker toys.
Q8.1     Because that is the most likely candidate to put them out.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2164    PID   1280084084
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     Brand on toys.
Q7.2     [Not answered]
Q8.0     Dog toys.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2165    PID   1265721381
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     It's the biggest name on the front of the tag.
Q7.2     Don't know.
Q8.0     Probably other rubber dog toys, most likely that squeak in some way.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2166     PID   1268537444
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Huppy puppy.
Q7.1     Just read.
Q7.2     It's for dog.
Q8.0     For dog.
Q8.1     For dog make my dog something.
Q8.2     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2167     PID   1277567733
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2168     PID   1117066427
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     I am not sure.  I would say the Bad Spaniels product.
Q7.1     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2169     PID   1282148393
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2170    PID   1237108938
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: West
Q7.0     Not sure a big company I think though.
Q7.1     It is just a big brand needs it.
Q7.2     Don't know.
Q8.0     Toys and snacks for dogs.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     I think it is trying to get people to buy it.
Q9.2     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2171    PID   1253340226
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: Midwest
Q7.0     Silly Squeakers.
Q7.1     Don't know.
Q8.0     Toys.
Q8.1     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Don't know.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2172    PID   1106372531
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     VIP Products.
Q7.1     I thought it said made by VIP Products.
Q7.2     Nothing else.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     VIP Products.
Q9.2     I saw it on the tag on the back of product.
Q9.3     Nothing else I can remember.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2173    PID   1126373367
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     That is what appears to be the maker.
Q7.2     The name was clearly written on the package.
Q8.0     I have no idea.
Q8.1     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   2174    PID   1193578505
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   2175    PID   1096286614
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     I don't know it does not say.
Q7.1     It does not say.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.


RESPID   2176    PID   1092769711
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 55 or over
Q3.0     Census region: West
Q7.0     Silly Squeakers.
Q7.1     Name.
Q7.2     Don't know.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:           No.
```

CONTROL CELL

```
RESPID    2177    PID   1080985463
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID    2178    PID   1131851953
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Silly.
Q7.1      Silly/Bad Spaniels on toys.
Q7.2      It states it on the package.
Q8.0      All makes of dog essentials, leashes, collars, toys, etc.
Q8.1      They were shown on the page.
Q8.2      Nothing more to add.
Q9.0      IS being used with the authorization or approval.
Q9.1      Silly.
Q9.2      Name brand.
Q9.3      Nothing again.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID    2179    PID   1088917201
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      Because that was the name on the tag.
Q7.2      Only because the name is in big lettering also.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.


RESPID    2180    PID   1224277061
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Nothing.
Q7.1      Don't know.
Q8.0      None.
Q8.1      No reason.
Q8.2      None.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
             - alcoholic beverages:              No.
```

CONTROL CELL

```
RESPID   2181    PID   1210422329
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Many different dog toys.
Q8.1      Looks like a number of products I have seen in stores.
Q8.2      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Wine maker.
Q9.2      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:              No.


RESPID   2182    PID   1079418603
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:              No.


RESPID   2183    PID   1079381457
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Midwest
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:              No.


RESPID   2184    PID   1280241607
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: West
Q7.0      Pet smart.
Q7.1      Cliff dogs.
Q7.2      Color of bottle.
Q8.0      Carpet cleaner.
Q8.1      Shape of bottle.
Q8.2      Rug detergent.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Carpet cleaner.
Q10.2     Name.
Q10.3     Shape of bottle.
Q11.0     [Work for company that makes, sells, or distributes any...]
                 - alcoholic beverages:              No.
```

CONTROL CELL

```
RESPID   2185    PID   1260890454
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      PetSmart.
Q7.1      They specialize in pet products.
Q7.2      They are a per store.
Q8.0      Toys, collars.
Q8.1      Pet store.
Q8.2      Specialization is pets.
Q9.0      IS being used with the authorization or approval.
Q9.1      PetSmart.
Q9.2      Pet store.
Q9.3      Specialize in pets.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Walmart.
Q10.2     They carry these types of products.
Q10.3     Carry all kinds of pet products.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID   2186    PID   1085189679
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 55 or over
Q3.0      Census region: Northeast
Q7.0      Silly Squeakers.
Q7.1      That was the name I saw on the tag.
Q7.2      Nothing else.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.


RESPID   2187    PID   1271837776
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Female
Q2.1      Age: 35 to 54
Q3.0      Census region: Midwest
Q7.0      Silly Squeakers.
Q7.1      Because it says it on the front of the packaging.
Q7.2      Nothing.
Q8.0      Squeaky rubber dog toys.
Q8.1      Because of the name of the company and the type of toy this is.
Q8.2      Nothing.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:           No.
```

CONTROL CELL

```
RESPID    2188    PID   1282276872
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Silly Squeakers.
Q7.1      Silly Squeakers.
Q7.2      The manner in which it is written.
Q8.0      Shampoo.
Q8.1      Shampoo.
Q8.2      Other product is the shampoo for dog.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Dog show Purina.
Q10.2     Purina dog show.
Q10.3     Purina dog show.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2189    PID   1277223656
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      I didn't pay attention to who made the toy.
Q7.1      I didn't notice the maker of the toy.  I did however notice the product is
          made in China.
Q7.2      Don't know.
Q8.0      Other squeaky toys, possibly treats.
Q8.1      If they make one toy I figure they make more.
Q8.2      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:            No.


RESPID    2190    PID   1208539121
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Hartz.
Q7.1      One of the largest pet toy manufacturer.
Q7.2      No.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Hartz.
Q10.2     Same as before.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:              Yes.
```

B-122

CONTROL CELL

```
RESPID   2191    PID  1091462693
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Female
Q2.1     Age: 55 or over
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2192    PID  1280913985
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     IS being used with the authorization or approval.
Q9.1     Don't know.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID   2193    PID  1281790242
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 21 to 34
Q3.0     Census region: South
Q7.0     Bad Spaniels.
Q7.1     Because they make it.
Q7.2     Well, they have a lot possibility to make it.
Q8.0     Shampoo.
Q8.1     It was a good idea.
Q8.2     Because is innovate.
Q9.0     IS being used with the authorization or approval.
Q9.1     PG&E.
Q9.2     A good company.
Q9.3     Great idea.
Q10.0    HAS a business affiliation or business connection.
Q10.1    Animal company.
Q10.2    Dog shop.
Q10.3    Pets.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2194    PID   1131883196
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2195    PID   1280093961
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: West
Q7.0      Don't know.
Q8.0      Don't know.
Q9.0      IS being used with the authorization or approval.
Q9.1      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2196    PID   1231895033
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Midwest
Q7.0      Petco.
Q7.1      Seems like it.
Q7.2      Nothing.
Q8.0      None.
Q8.1      Just don't.
Q8.2      No reason.
Q9.0      IS being used with the authorization or approval.
Q9.1      Pet smart.
Q9.2      Seems like it.
Q9.3      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Petco.
Q10.2     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID    2197    PID   1074856553
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Tuffy.
Q7.1      I think I saw this before and I saw Tuffy on the package.
Q7.2      That it.
Q8.0      Don't know.
Q8.1      Don't know.
Q8.2      Haven't seen anything else.
Q9.0      IS being used with the authorization or approval.
Q9.1      It may need authorization because it locks like an alcohol product.
Q9.2      There are more specific guidelines when alcohol content is involved.
Q9.3      Nothing else.
Q10.0     Don't know/no opinion.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2198    PID   1264342785
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      Its on the labeling & I can't see any other reason as to why it might be.
Q7.2      Sounds like a catchy name to a dog toy company.
Q8.0      Maybe other toys, I don't recall ever seeing this toy in a store before so
          I can't really say.
Q8.1      Seems like a novelty kinda toy so can't imagine them making to many things
          other than perhaps other toys.
Q8.2      Because it says its 43% poop.
Q9.0      Is NOT being used with the authorization or approval.
Q10.0     Does NOT have a business affiliation or business connection.
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.


RESPID    2199    PID   1106301110
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: Northeast
Q7.0      Johnson.
Q7.1      By the design of the package.
Q7.2      [Not answered]
Q8.0      Brushes.
Q8.1      I buy them.
Q8.2      [Not answered]
Q9.0      IS being used with the authorization or approval.
Q9.1      Johnson.
Q9.2      I buy their products.
Q9.3      [Not answered]
Q10.0     HAS a business affiliation or business connection.
Q10.1     Sears.
Q10.2     [Not answered]
Q10.3     [Not answered]
Q11.0     [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:            No.
```

CONTROL CELL

```
RESPID   2200    PID   1254285876
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Dog toy company.
Q7.1     Because it's related to dogs.
Q7.2     None.
Q8.0     Not sure.
Q8.1     None.
Q8.2     None.
Q9.0     IS being used with the authorization or approval.
Q9.1     Not sure.
Q9.2     None.
Q9.3     None.
Q10.0    HAS a business affiliation or business connection.
Q10.1    None.
Q10.2    None.
Q10.3    None.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2201    PID   1131953077
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Don't know.
Q8.0     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.


RESPID   2202    PID   1125448360
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Not sure.
Q7.1     Don't know.
Q8.0     Don't know.
Q8.1     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
              - alcoholic beverages:          No.
```

CONTROL CELL

```
RESPID   2203    PID   1079346778
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: Northeast
Q7.0     Silly Squeakers.
Q7.1     I really don't know but the label seemed to indicate that.
Q7.2     Nothing else.
Q8.0     Other toys.
Q8.1     Because of the name Silly Squeakers.
Q8.2     Nothing.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:         No.


RESPID   2204    PID   1165505607
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Silly Squeakers.
Q7.1     Saw the tag.
Q7.2     Don't know.
Q8.0     Other dog toys and dog treats.
Q8.1     Just guessing.
Q8.2     Don't know.
Q9.0     Don't know/no opinion.
Q10.0    Don't know/no opinion.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:         No.


RESPID   2205    PID   1119109351
Q1.0     [Likely to purchase a dog toy]
Q1.0     Yes.
Q2.0     Gender: Male
Q2.1     Age: 35 to 54
Q3.0     Census region: South
Q7.0     Hartz.
Q7.1     Hartz.
Q7.2     Style of the tag.
Q8.0     Don't know.
Q9.0     Is NOT being used with the authorization or approval.
Q10.0    Does NOT have a business affiliation or business connection.
Q11.0    [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:         No.
```

CONTROL CELL

```
RESPID    2206    PID    1219127237
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 35 to 54
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      Name on toy and tag.
Q7.2      Logo has it under it.
Q8.0      Treats.
Q8.1      Don't know.
Q9.0      Don't know/no opinion.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.


RESPID    2207    PID    1280703212
Q1.0      [Likely to purchase a dog toy]
Q1.0      Yes.
Q2.0      Gender: Male
Q2.1      Age: 21 to 34
Q3.0      Census region: South
Q7.0      Bad Spaniels.
Q7.1      That name is in the product.
Q7.2      The bottle.
Q8.0      Brush.
Q8.1      Because yes.
Q8.2      The name in the bottle.
Q9.0      IS being used with the authorization or approval.
Q9.1      Pet companies.
Q9.2      Don't know.
Q10.0     HAS a business affiliation or business connection.
Q10.1     Bad spaniels.
Q10.2     The name.
Q10.3     Don't know.
Q11.0     [Work for company that makes, sells, or distributes any...]
               - alcoholic beverages:          No.
```

CONTROL CELL

# Appendix C

APPENDIX C

TEST CELL
SCREEN SHOTS

As part of this survey, you may be asked several screener questions to determine if you qualify for the survey. If you qualify for this survey, you will need to provide your name and telephone number to the survey sponsor, Ford Bubala & Associates. You will not be called to sell you anything. If you are called by this sponsor, it will only be to verify your participation in this survey. If you would like to proceed, please click "I agree." If you do not want to proceed, please click "I disagree."

     I agree

     I disagree

Continue



Today we have some questions about products for dogs. Please take a few moments to complete our questions; we are sure you will find it interesting.

Continue

Within the next six months, are you likely to purchase the following items:

| | Yes | No | Don't know |
|---|---|---|---|
| a dog leash? | | | |
| a dog collar? | | | |
| a dog toy? | | | |

Continue





Which of the following groups listed below includes your age?

*Select the option below that best matches your response.*

- Under 21
- 21 to 34
- 35 to 54
- 55 or over
- Refused

Continue



Please select the area of the country in which you reside:

- Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

- Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

- South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

- West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

- Other

Continue



Do you, or does anyone else in your household, work for …

| | Yes | No |
|---|---|---|
| an advertising agency or a market research company? | | |
| a retail store or company that makes, sells, or distributes any dog toys? | | |

Continue





Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

- ○ Yes
- ○ No

Continue





Do you agree to wear them during the rest of the questionnaire?

Yes
No

Continue

Please select the number two from the following list in order to continue with the survey.

- ○ One
- ○ Two
- ○ Three
- ○ Four

[ Continue ]

Thank you, you qualify for this study.

Now, we need you to provide us with your name and phone number so we can call a sample of respondents to verify their participation in this survey.

Your name and phone number and your responses to this survey will be kept completely confidential. We will not be calling to sell you anything. If we do call you, it will only be to verify your participation.

Please record your name and phone number below.

Name:

Phone including area code:
(numbers only please)

Continue



In this survey, you are going to be shown a retail store display of products for dogs.

Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer.

Continue

Please look at this display of products for dogs as you would if you saw it in a store and were considering purchasing a dog toy.

Please feel free to take as much time as you like looking at the picture of the retail store display before moving on to the survey questions.



Click to enlarge image

Continue



This is a dog toy shown in the display you just saw.

Please look at this dog toy as you would if you saw it in a store and were considering purchasing it.



Click to enlarge image

Continue





Please look at the hang tag on this dog toy.



Click to enlarge image

Continue



SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

LIMITED GUARANTEE: For defects in workmanship. To read the full details of our Limited Guarantee, please visit www.vipproducts.com.

1  80181 90860  6

Made In China

© 2014 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.
This product is not affiliated with Jack Daniel Distillery.





Click to enlarge image

Who or what company do you believe makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

☐ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue



Click to enlarge image

What other product or products, if any, do you believe are made or put out by whoever makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

 don't know

Continue



Click to enlarge image

Do you believe this product…

- is being made or put out with the authorization or approval of any other company or companies;
- is not being made or put out with the authorization or approval of any other company or companies;
- don't know or have no opinion?

Continue



Click to enlarge image

What company or companies do you believe gave the authorization or approval to make or put out this product? Please be as specific as possible.

*[Please type in your response.]*

⊙ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue



Click to enlarge image

Do you believe that whoever makes or puts out this product...

○ <u>has</u> a business affiliation or business connection with any other company or companies;

○ does <u>not</u> have a business affiliation or business connection with any other company or companies;

○ don't know or have no opinion?

[Continue]



Click to enlarge image

What company or companies do you believe has a business affiliation or business connection with whoever makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

○ don't know

Continue





What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue

Do you, or does anyone else in your household, work for a company that makes, sells, or distributes any...

*Select an option for each item below.*

|  | Yes | No |
|---|---|---|
| clothing? | | |
| food products? | | |
| alcoholic beverages? | | |
| jewelry? | | |
| fragrance? | | |

Continue



# Appendix D

APPENDIX D

CONTROL CELL
SCREEN SHOTS

As part of this survey, you may be asked several screener questions to determine if you qualify for the survey. If you qualify for this survey, you will need to provide your name and telephone number to the survey sponsor, Ford Bubala & Associates. You will not be called to sell you anything. If you are called by this sponsor, it will only be to verify your participation in this survey. If you would like to proceed, please click "I agree." If you do not want to proceed, please click "I disagree."

○ I agree
○ I disagree

Continue



Today we have some questions about products for dogs. Please take a few moments to complete our questions; we are sure you will find it interesting.

Continue

Within the next six months, are you likely to purchase the following items:

|  | Yes | No | Don't know |
|---|---|---|---|
| a dog toy? | | | |
| a dog collar? | | | |
| a dog leash? | | | |

Continue





Which of the following groups listed below includes your age?

*Select the option below that best matches your response.*

- Under 21
- 21 to 34
- 35 to 54
- 55 or over
- Refused

Continue



Please select the area of the country in which you reside:

- Northeast (Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont)

- Midwest (Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin)

- South (Alabama, Arkansas, DC, Delaware, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia)

- West (Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming)

- Other

Continue



What best describes the device you are using right now to read this survey?

- A traditional desktop computer
- A laptop/notebook computer
- A tablet computer
- An eBook reading device
- A phone
- Other

Continue

Do you, or does anyone else in your household, work for ...

|  | Yes | No |
|---|---|---|
| an advertising agency or a market research company? | | |
| a retail store or company that makes, sells, or distributes any dog toys? | | |

Continue





Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

Yes
No

Continue



Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

Yes
No

Continue



Do you agree to wear them during the rest of the questionnaire?

Yes
No

Continue

Please select the number two from the following list in order to continue with the survey.

- ○ One
- ○ Two
- ○ Three
- ○ Four

Continue

Thank you, you qualify for this study.

Now, we need you to provide us with your name and phone number so we can call a sample of respondents to verify their participation in this survey.

Your name and phone number and your responses to this survey will be kept completely confidential. We will not be calling to sell you anything. If we do call you, it will only be to verify your participation.

Please record your name and phone number below.

Name: [                                        ]

Phone including area code: [                ]
(numbers only please)

[Continue]



In this survey, you are going to be shown a retail store display of products for dogs.

Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer.

Continue

Please look at this display of products for dogs as you would if you saw it in a store and were considering purchasing a dog toy.

Please feel free to take as much time as you like looking at the picture of the retail store display before moving on to the survey questions.



Click to enlarge image

Continue



This is a dog toy shown in the display you just saw.

Please look at this dog toy as you would if you saw it in a store and were considering purchasing it.



Click to enlarge image

Continue





Could you clearly see the dog toy?

*Select the option below that best matches your response.*

Yes

No

Continue

Please look at the hang tag on this dog toy.



Click to enlarge image

Continue



**Bad Spaniels**

SILLY SQUEAKERS are made from the highest quality materials to ensure your dog's safety. Never leave a toy with your dog unattended. Dog toys are designed for interactive play and are not meant to be chewed or ingested by any animal. Failure to follow these instructions can result in injury to your pet.

1  80181 90860  6

**Made In China**

© 2014 VIP Products
Subject Matter Printed on Bottle © VIP Products
All Rights Reserved 1-866-4-DogToy

The product and its design belong to VIP Products.





Click to enlarge image

Who or what company do you believe makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

☐ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue



Click to enlarge image

What other product or products, if any, do you believe are made or put out by whoever makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

⊙ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue



Click to enlarge image

Do you believe that whoever makes or puts out this product...

- <u>has</u> a business affiliation or business connection with any other company or companies;
- does <u>not</u> have a business affiliation or business connection with any other company or companies;
- don't know or have no opinion?





Click to enlarge image

What company or companies do you believe has a business affiliation or business connection with whoever makes or puts out this product? Please be as specific as possible.

*[Please type in your response.]*

⊙ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

don't know

Continue



Click to enlarge image

Do you believe this product...

 is being made or put out with the authorization or approval of any other company or companies;

is not being made or put out with the authorization or approval of any other company or companies;

don't know or have no opinion?

Continue



Click to enlarge image

What company or companies do you believe gave the authorization or approval to make or put out this product? Please be as specific as possible.

*[Please type in your response.]*

⬚ don't know

Continue



Why do you say that? Again, please be as specific as possible.

*[Please type in your response.]*

○  don't know

Continue



What else, if anything, makes you say that? Again, please be as specific as possible

*[Please type in your response.]*

o  don't know

Continue

Do you, or does anyone else in your household, work for a company that makes, sells, or distributes any...

*Select an option for each item below.*

|  | Yes | No |
|---|---|---|
| clothing? |  |  |
| fragrance? |  |  |
| food products? |  |  |
| jewelry? |  |  |
| alcoholic beverages? |  |  |

Continue



# Appendix E

APPENDIX E

RESPONDENT NUMBERING SYSTEM

| SURVEY | RESPONDENT NUMBER |
|--------|-------------------|
| Test Cell | 1001 – 1211 |
| Control Cell | 2001 – 2207 |

# Appendix F

APPENDIX F

FINAL SAMPLE DISPOSITION REPORT
TEST CELL AND CONTROL CELL

|  | | Total |
|---|---|---:|
| Total Respondents | | 1008 |
| Completed Interviews | | 418 |
| **Terminates (not qualified)** | | |
| Q1.0 | Not likely to purchase a dog toy in next 6 months | 497 |
| Q2.1 | Under 21 or refused age | 5 |
| Q3.0 | Census region – other | 2 |
| Q4.0 | Not using appropriate device | 8 |
| Q5.0 | Employment restrictions | 25 |
| Q5.1 | Did not agree to answer questions by self | 8 |
| Q5.2 | Did not agree to answer without seeking additional source | 3 |
| Q6.1 | Did not agree to wear glasses/contact lenses | 0 |
| Q6.2 | Chose incorrect number | 6 |
| S14 | Did not agree to provide name or phone number | 10 |
| S15 | Gave incorrect exhibit letter | 2 |
| S19 | Could not see dog toy clearly | 14 |
| S21 | Could not see hang tag clearly | 5 |
| | Total Not Qualified | 585 |
| Qualified Incompletes | | 5 |
| Total Responding | | 1003 |

Qualification rate 418/1003 = 41.67%

Completion rate 418/423 = 98.82%

Response rate 1003/1008 = 99.50%

# Appendix G

APPENDIX G

SURVEY DATA FILE


DATA FILE IS ELECTRONICALLY
ATTACHED TO THIS PDF FILE