CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 137

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____

Deputy Clerk

Exhibit B

Publications Since 2005
By Dr. Gerald L. Ford

ARTICLES

These articles are available @ www.fordbubala.com/articles

"Lanham Act Surveys: 2004" was published in the <u>Law Education Institute National CLE Conference</u> proceedings, 2005.

"Lanham Act Surveys: 2005" was presented at a meeting of the Intellectual Property Law Section of the State Bar of Georgia, 2006. This paper, "Lanham Act Surveys: 2005" was reprinted in the <u>NAD Annual Conference</u> proceedings, 2006, and in the <u>Law Education Institute National CLE Conference</u> proceedings, 2007.

"Intellectual Property Surveys: 2006" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: 2007" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: 2008-2009" was electronically published on the members-only section of the INTA website. This paper was reprinted in the USC Gould School of Law – 2010 Intellectual Property Institute proceedings. This paper was also reprinted in the Intellectual Property Owners Association Annual Meeting Proceedings, 2010 and the Proceedings of the California CPA Education Foundation, IP Damage Institute 2010.

"False Advertising Surveys January 1998 – December 2010" was published in the 2011 Practising Law Institute course handbook <u>Hot Topics in Advertising Law 2011.</u>

"Intellectual Property Surveys: 2010" was electronically published on the members-only section of the INTA website.  This paper was reprinted in the Proceedings, Marques 25th Annual Conference, Baveno, Italy, 2011.

"Intellectual Property Surveys: Annual Cumulative Update 2010" was electronically published on the members-only section of the INTA website.

"Surveying the Evidence" was published in the <u>Intellectual Property Magazine</u>, May 2012.

"Intellectual Property Surveys: 2011-2012" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998-Mid 2014" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: 2013-Mid 2014" was electronically published on the members-only section of the INTA website.

BOOK CHAPTERS

"Survey Percentages in Lanham Act Matters," <u>Trademark and Deceptive Advertising Surveys:  Law, Science and Design</u>, 1st ed., published by American Bar Association, 2012.

"Survey Evidence in U.S. Dilution Cases," Bereskin, <u>International Trademark Dilution</u>, 2013 ed., published by Thomson Reuters.