CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 139
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____ /s/
Deputy Clerk

# Exhibit D

PROFESSIONAL HISTORY

Dr. Gerald L. Ford
**Ford Bubala & Associates**
Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867



EDUCATION _____

    Doctor of Business Administration (D.B.A.)
    University of Southern California, 1977

    Master of Business Administration (M.B.A.)
    University of Southern California, 1969

    Bachelor of Arts (B.A.)
    San Jose State University, 1967

PROFESSIONAL AFFILIATIONS_____

    American Academy of Advertising
    American Marketing Association
    American Association for Public Opinion Research
    Council of American Survey Research Organizations
    International Trademark Association

PROFESSIONAL EXPERIENCE_____

    Ford Bubala & Associates (Principal), 1975 - Present

    Ford Bubala & Associates is a marketing and management consulting firm which provides a variety of consulting services in the areas of marketing management, marketing research, marketing planning, competitive evaluation, economic analysis, and strategy development.

    Ford Bubala & Associates has been retained to provide consulting assistance for a diverse base of companies in consumer products, industrial products, and service sectors of the economy.

PRIOR EXPERIENCE_____
                                      1970 - 1994
    Emeritus faculty member, School of Business Administration, California State University, Long Beach. Teaching responsibilities included both graduate and undergraduate level courses. Courses taught covered a variety of subject areas, including marketing (e.g., marketing, marketing management, advertising, promotion, consumer behavior and marketing research) and management (e.g., principles of management; business policy and strategy; business policies, operations, and organizations; and integrated analysis).