CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 140
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2015, I served the foregoing EXPERT REPORT OF DR. GERALD L. FORD on the parties identified below in the manner identified below:

**VIP Products LLC (via Electronic Mail and First Class Mail)**

David G. Bray, Esq.
DICKINSON WRIGHT, PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Direct Line: 602-285-5033
DBray@dickinsonwright.com

_____
Christopher C. Larkin