CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 143

DATE: _____ IDEN.

DATE: 10-3-17 EVID.

BY: _____

Deputy Clerk

Dog Treat Jar



JDPI000399