CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 144
DATE: _____ IDEN.
DATE: _____10-3-17_____ EVID.
BY: _____
Deputy Clerk

Husky Collar



JDPI000400