CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 145
DATE: _____ IDEN.
DATE: 10/3/17 EVID.
BY: _____
Deputy Clerk

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Advocate | 94 - Baton Rouge, LA |
| Advocate-Messenger | 63 - Lexington, KY |
| Aiken Standard | 112 - Augusta, GA |
| Akron Beacon Journal | 19 - Cleveland, OH |
| Albuquerque Journal | 47 - Albuquerque, NM |
| Anchorage Daily News | 146 - Anchorage, AK |
| Anderson Independent-Mail | 37 - Greenville, SC   Asheville, NC |
| Argus | 6 - San Francisco, CA |
| Arizona Republic | 12 - Phoenix, AZ |
| Asbury Park Press | 1 - New York, NY |
| Asheville Citizen-Times | 37 - Greenville, SC   Asheville, NC |
| Aspen Daily News | 17 - Denver, CO |
| Athens Banner-Herald | 9 - Atlanta, GA |
| Atlanta Journal-Constitution | 9 - Atlanta, GA |
| Austin American-Statesman | 40 - Austin, TX |
| Baltimore Sun | 27 - Baltimore, MD |
| Bay City Times | 68 - Flint, MI |
| Beaufort Gazette | 92 - Savannah, GA |
| Birmingham News | 9 - Atlanta, GA |
| Blade | 76 - Toledo, OH |
| Bonita Daily News | 62 - Fort Myers - Naples, FL |
| Boston Globe | 7 - Boston, MA |
| Boston Herald | 7 - Boston, MA |
| Bradenton Herald | 14 - Tampa - St. Petersburg, FL |
| Bristol Herald Courier | 97 - Tri-Cities, TN |
| BRISTOL PRESS | |
| Buffalo News | 52 - Buffalo, NY |
| Butler Eagle | 23 - Pittsburgh, PA |
| Caledonian-Record | 98 - Burlington, VT   Plattsburgh, NY |
| Calgary Herald | |
| Cape Cod Times | 7 - Boston, MA |
| Casper Star-Tribune | 197 - Casper - Riverton, WY |

JDPI000419

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Charleston Gazette | 65 - Charleston - Huntington, WV |
| Charlotte Observer | 25 - Charlotte, NC |
| Chicago Sun-Times | 3 - Chicago, IL |
| Chicago Tribune | 3 - Chicago, IL |
| Cincinnati Enquirer | 35 - Cincinnati, OH |
| Citizen | 85 - Syracuse, NY |
| Columbus Dispatch | |
| Commercial Appeal | 50 - Memphis, TN |
| Conroe Courier | 10 - Houston, TX |
| COURIER TIMES | |
| Courier-Journal | 49 - Louisville, KY |
| Courier-Post | 4 - Philadelphia, PA |
| Daily Gazette | 58 - Albany - Schenectady - Troy, NY |
| Daily News | 182 - Bowling Green, KY |
| Daily Progress | 183 - Charlottesville, VA |
| Daily Record | 1 - New York, NY |
| Daily Tribune | 11 - Detroit, MI |
| Dallas Morning News | 5 - Dallas - Fort Worth, TX |
| Danville Register and Bee | 66 - Roanoke - Lynchburg, VA |
| Delaware County Daily Times | 4 - Philadelphia, PA |
| Delaware State News | 4 - Philadelphia, PA |
| Denton Record-Chronicle | 5 - Dallas - Fort Worth, TX |
| Denver Post | 17 - Denver, CO |
| Des Moines Register | 72 - Des Moines, IA |
| Desert Sun | 148 - Palm Springs, CA |
| Detroit Free Press | 11 - Detroit, MI |
| Detroit News | 11 - Detroit, MI |
| DRINKS INTERNATIONAL | |
| Dyersburg State Gazette | 50 - Memphis, TN |
| Eagle-Tribune | 7 - Boston, MA |
| Elizabethton Star | 97 - Tri-Cities, TN |
| Enterprise | 7 - Boston, MA |

JDPI000420

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Evansville Courier & Press | 104 - Evansville, IN |
| FALLBROOK & BONSALL VILLAGE NEWS | |
| Flint Journal | 68 - Flint, MI |
| Florence Morning News | 102 - Florence - Myrtle Beach, SC |
| Florida Times-Union | 48 - Jacksonville, FL |
| Fort Worth Star-Telegram | 5 - Dallas - Fort Worth, TX |
| Free Press | 15 - Minneapolis - St. Paul, MN |
| Fresno Bee | 55 - Fresno - Visalia, CA |
| Gadsden Times | 44 - Birmingham, AL |
| Gleaner | 104 - Evansville, IN |
| Globe and Mail | |
| Grand Rapids Press | 39 - Grand Rapids, MI |
| Gwinnett Daily Post | 9 - Atlanta, GA |
| Harrison Daily Times | 75 - Springfield, MO |
| Hartford Courant | 30 - Hartford - New Haven, CT |
| Herald Standard | 23 - Pittsburgh, PA |
| Herald-Dispatch | 65 - Charleston - Huntington, WV |
| Herald-Mail | 8 - Washington, DC |
| Herald-News | 3 - Chicago, IL |
| Herald-Sun | 24 - Raleigh - Durham, NC |
| Houston Chronicle | 10 - Houston, TX |
| Huntsville Item | 10 - Houston, TX |
| Idaho Statesman | 110 - Boise, ID |
| Imperial Valley Press | 166 - Yuma, AZ  El Centro, CA |
| Independence Reporter | 60 - Tulsa, OK |
| Independent | 65 - Charleston - Huntington, WV |
| Indianapolis Star | 26 - Indianapolis, IN |
| International Herald Tribune | 1 - New York, NY |
| Investor's Business Daily | |
| Island Packet | 92 - Savannah, GA |
| Jackson Sun | 177 - Jackson, TN |
| Jacksonville Journal-Courier | 83 - Springfield - Decatur, IL |

JDPI000421

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Janesville Gazette | 85 - Madison, WI |
| Joplin Globe | 21 - St. Louis, MO |
| Journal | 37 - Greenville, SC   Asheville, NC |
| Journal Gazette/Times-Courier | 84 - Springfield - Decatur, IL |
| just-drinks global news | |
| Kalamazoo Gazette | 39 - Grand Rapids, MI |
| Kansas City Star | |
| Kentucky Enquirer | 35 - Cincinnati, OH |
| Kentucky New Era | 29 - Nashville, TN |
| Key West Citizen | 16 - Miami - Fort Lauderdale, FL |
| Knoxville News Sentinel | 61 - Knoxville, TN |
| Las Vegas Review-Journal | 42 - Las Vegas, NV |
| Lawton Constitution | 144 - Wichita Falls, TX   Lawton, OK |
| Leader-Telegram | 128 - La Crosse - Eau Claire, WI |
| Lexington Herald-Leader | 63 - Lexington, KY |
| Lockport Union-Sun & Journal | 52 - Buffalo, NY |
| Los Angeles Times | 2 - Los Angeles, CA |
| Marietta Daily Journal | 9 - Atlanta, GA |
| Metro Philadelphia | |
| Miami Herald | 16 - Miami - Fort Lauderdale, FL |
| MIDLAND DAILY NEWS | |
| Milwaukee Journal Sentinel | 34 - Milwaukee, WI |
| Montgomery Advertiser | 120 - Montgomery, AL |
| Morning Call | 4 - Philadelphia, PA |
| Morning Journal | 19 - Cleveland, OH |
| Mountain Press | 61 - Knoxville, TN |
| Muskegon Chronicle | 39 - Grand Rapids, MI |
| National Post | |
| NEW BRITAIN HERALD | |
| New York Post | 1 - New York, NY |
| New York Times | 1 - New York, NY |
| News & Advance | 66 - Roanoke - Lynchburg, VA |

JDPI000422

4

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| News & Observer | 9 - Atlanta, GA |
| NEWS HERALD | |
| News Journal | 4 - Philadelphia, PA |
| News Tribune | 13 - Seattle - Tacoma, WA |
| Newsday | 1 - New York, NY |
| News-Herald | 19 - Cleveland, OH |
| NEWS-MESSENGER | |
| Northeast Mississippi Daily Journal | 133 - Columbus, MS |
| Northern Wyoming Daily News | 197 - Casper - Riverton, WY |
| Odessa American | 150 - Odessa - Midland, TX |
| Oklahoman | 41 - Oklahoma City, OK |
| Omaha World-Herald | 74 - Omaha, NE |
| Orange County Register | 2 - Los Angeles, CA |
| Oregonian | 22 - Portland, OR |
| Orlando Sentinel | 14 - Tampa - St. Petersburg, FL |
| Outlet | Market |
| OUTPOST MAGAZINE | |
| Owensboro Messenger-Inquirer | 104 - Evansville, IN |
| Paducah Sun | 81 - Paducah, KY   Cape Girardeau, MO   Harrisburg, IL |
| Palm Beach Post | 38 - West Palm Beach, FL |
| Patriot Ledger | 7 - Boston, MA |
| Pensacola News Journal | 59 - Mobile, AL   Pensacola, FL |
| Philadelphia Daily News | 4 - Philadelphia, PA |
| Philadelphia Inquirer | 4 - Philadelphia, PA |
| Pittsburgh Post-Gazette | 23 - Pittsburgh, PA |
| Pittsburgh Tribune-Review | 23 - Pittsburgh, PA |
| Plain Dealer | 19 - Cleveland, OH |
| Plainview Daily Herald | 142 - Lubbock, TX |
| Post and Courier | 98 - Charleston, SC |
| Post-Crescent | 70 - Green Bay - Appleton, WI |
| Post-Journal | 52 - Buffalo, NY |
| Post-Star | 58 - Albany - Schenectady - Troy, NY |

JDPI000423

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Press Democrat | 6 - San Francisco, CA |
| Press-Enterprise | 54 - Wilkes Barre - Scranton, PA |
| Providence Journal | 53 - Providence, RI   New Bedford, MA |
| Punxsutawney Spirit | 103 - Johnstown - Altoona, PA |
| Rapid City Journal | 173 - Rapid City, SD |
| Record | 20 - Sacramento, CA |
| RECORD SEARCHLIGHT | |
| Register-Guard | 121 - Eugene, OR |
| Republican | 114 - Springfield, MA |
| Richmond Times-Dispatch | 57 - Richmond, VA |
| Rochester Democrat and Chronicle | 78 - Rochester, NY |
| Sacramento Bee | 20 - Sacramento, CA |
| Saginaw News | 68 - Flint, MI |
| Salina Journal | 67 - Wichita - Hutchinson, KS |
| Salt Lake Tribune | 33 - Salt Lake City, UT |
| San Antonio Express-News | 36 - San Antonio, TX |
| San Francisco Chronicle | 6 - San Francisco, CA |
| San Jose Mercury News | 6 - San Francisco, CA |
| Sarasota Herald-Tribune | 14 - Tampa - St. Petersburg, FL |
| Savannah Morning News | 92 - Savannah, GA |
| Scottsdale Republic | |
| SEATTLE DAILY JOURNAL OF COMMERCE | |
| Seattle Times | 13 - Seattle - Tacoma, WA |
| South Florida Sun Sentinel | 16 - Miami - Fort Lauderdale, FL |
| Southeast Missourian | 81 - Paducah, KY   Cape Girardeau, MO   Harrisburg, IL |
| Southern Illinoisan | 81 - Paducah, KY   Cape Girardeau, MO   Harrisburg, IL |
| Spokesman-Review | 73 - Spokane, WA |
| Springfield News-Leader | 75 - Springfield, MO |
| ST PETERSBURG TRIBUNE | |
| St. Joseph News-Press | 201 - St. Joseph, MO |
| St. Louis Post-Dispatch | 21 - St. Louis, MO |
| St. Paul Pioneer Press | 15 - Minneapolis - St. Paul, MN |

JDPI000424

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| ST. PETERSBURG TRIBUNE | |
| Standard Democrat | 81 - Paducah, KY   Cape Girardeau, MO   Harrisburg, IL |
| Star Press | 26 - Indianapolis, IN |
| Star Tribune | |
| Star-Ledger | 1 - New York, NY |
| State | 77 - Columbia, SC |
| STREET & SMITH'S SPORTSBUSINESS JOURNAL | |
| Sun | 181 - Jonesboro, AR |
| Tampa Bay Times | 14 - Tampa - St. Petersburg, FL |
| Tampa Tribune | 14 - Tampa - St. Petersburg, FL |
| Telegram & Gazette | 7 - Boston, MA |
| Telegraph | 100 - Davenport, IA   Rock Island - Moline, IL |
| Telegraph Herald | 90 - Cedar Rapids, IA |
| Tennessean | 29 - Nashville, TN |
| Times | 9 - Atlanta, GA |
| Times & Democrat | 77 - Columbia, SC |
| Times Herald-Record | 1 - New York, NY |
| Times Union | 58 - Albany - Schenectady - Troy, NY |
| Times-News | 191 - Twin Falls, ID |
| Times-Picayune | 51 - New Orleans, LA |
| Times-Tribune | 63 - Lexington, KY |
| Topeka Capital-Journal | 134 - Topeka, KS |
| Toronto Star | |
| Traverse City Record-Eagle | 119 - Traverse City - Cadillac, MI |
| Tribune Chronicle | 110 - Youngstown, OH |
| Tribune Star | 154 - Terre Haute, IN |
| Tribune-Herald | 69 - Honolulu, HI |
| Tribune-Review | 23 - Pittsburgh, PA |
| Tulsa World | 41 - Oklahoma City, OK |
| USA Today | 8 - Washington, DC |
| USA Weekend | 8 - Washington, DC |
| U-T San Diego | 28 - San Diego, CA |

JDPI000425

| JDTW Print Publications FY14 - FY15 | |
|---|---|
| NEWSPAPERS | MARKET |
| Valley Morning Star | 86 - Brownsville - Mc Allen, TX |
| Valley News | 98 - Burlington, VT   Plattsburgh, NY |
| Ventura County Star | 2 - Los Angeles, CA |
| Victoria Advocate | 203 - Victoria, TX |
| Vindicator | 110 - Youngstown, OH |
| Virginian-Pilot | 45 - Norfolk, VA |
| Waco Tribune-Herald | 88 - Waco, TX |
| Wall Street Journal | 1 - New York, NY |
| Washington Post | 8 - Washington, DC |
| Washington Times | 8 - Washington, DC |
| Watertown Daily Times | 176 - Watertown, NY |
| Waynesboro Record Herald | 8 - Washington, DC |
| Weekend Gazette | |
| WEIRTON DAILY TIMES | |
| Winston-Salem Journal | 46 - Greensboro - Winston Salem, NC |
| WOODBURN INDEPENDENT | |

**JDPI000426**