CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 148
DATE: _____ IDEN.
DATE: _____ 10-3-17 _____ EVID.
BY: _____
Deputy Clerk

# Building *Jack Daniel's*



| 1890 | 1895 | 1905 | Pre-Prohibition | 1947 | 1955 |

JDPI000504

# Building *Jack Daniel's*



1962    1975    1982    1998    2011

**JDPI000505**