CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 149

DATE: _____ IDEN.

DATE: _____ 10-3-17 _____ EVID.

BY: _____

Deputy Clerk



EXTRAORDINARY LIVING FOR EXTRAORDINARY LIVES

# LUXURY
## LAS VEGAS

*food &*
# WINE
Chewing on the Decade's Top Foods

+

Savory Cocktails, Stellar Cellars
& Bottoms Up – American Style

y 2010 • $3.95

05

PRSRT STD
U.S. POSTAGE
PAID
JILL MEYER (JACK DANIEL'S PR)
DIRE, MAN ROL & LAWRENCE
209 7TH AVE N
LAS VEGAS,NU
PERMIT #207
NASHVILLE TN 37219-1802

xxxxxxxxxxxxxxxxxxAUTO**3-DIGIT 372
15/3834 U.S.POSTAGE

4470  56385  3

JDPI000506



As smooth as

# Tennessee

## Whiskey

BY MARILYN LAROCQUE

JDPI000507

THE LORE OF THE SOUTHLAND DEPICTS "MOONSHINERS" DODGING "REVENOOERS" AND BAYING HOUNDS AND "WHITE LIGHTNING" SO STRONG IT COULD BLIND (WHICH ACTUALLY HAS SOME BASIS IN FACT). HOW DID LEGIT TENNESSEE WHISKEY GET ITS START? THE ANSWER WILL SURPRISE YOU -- WITH A TEENAGER, JACK DANIEL.

## WHISKEY FROM THE "HOLLOW"

When you arrive at Jack Daniel's you see immediately why the area is referred to as a "hollow." Beautiful rolling hills and towering woods of Lynchburg (pop. 361) stretch in all directions, with the distillery nestled among them. Locals also tell you it's a "holler," because if you stand on a hill and yell, the echo will call people to dinner.

One of 13 children, Jasper Newton "Jack" Daniel ran away from home at the age of six after his mother died and his father remarried. The Rev. Dan Call, a Lutheran minister by vocation and whiskey maker by avocation, befriended the lad and eventually made him a partner. Rev. Call gave up his double life in September 1863 and sold Jack the business. Jack was 13. He licensed the distillery with the federal government in 1866, making it the first, and therefore oldest, registered distillery in the U.S. It's also on the National Register of Historic Places. A diminutive man of 5 feet 2 inches tall, Jack became the giant of his industry; and now Jack Daniel's is the largest whiskey brand in the world, 11 million cases annually.

Jack's nephew, Lem Motlow, began working at the distillery in 1887. When his uncle died in 1911, Lem took over. Jack's death was just as dramatic as his life. In frustration when his safe wouldn't open, he kicked it, injuring his foot. Eventually gangrene set in. He died six years later. The Brown-Forman Beverage Company in Louisville, KY, acquired Jack Daniel's in 1956.

## MAKING WHISKEY

Whiskey is not bourbon. Tennessee makes whiskey. Kentucky makes bourbon. But up to a point, the production processes parallel.

One of Jack's shrewdest moves was to relocate the distillery to its present site where one of those made-to-order limestone filtering springs flows from a cave, always at 56°F.,

at 800 gallons a minute. As with bourbon, corn, rye, and barley malt are the grains of the mash. At Jack Daniel's, it ferments in 40,000-gallon vats; the resultant "stiller's beer" is sent to a copper still to be distilled, not once, but twice. During production, the "proof" again drops, from 140 to 80 (Old No. 7 and Gentleman Jack) or 94 (Single Barrel). So far they're still making bourbon.

Here's the difference. Instead of going immediately into barrel to age, the alcohol is "mellowed" by dripping slowly through 10 feet of hard maple charcoal. To make the charcoal, maple logs are aged for a year, then sawed into 2"x2"x4" slats that are cross-stacked six feet tall into "ricks" and aged another six months. Fired at 1200 to 1500°F, the ricks create a blaze that makes a pep rally bonfire look like a BBQ. The resultant charcoal is ground into small "pebbles." When our guide opened the lid of one of the 12 mellowing tanks, the aroma reminded me of a hearty multi-grain cereal. Then, after mellowing, it goes into charred white oak barrels for aging. At Jack Daniel's there are seven warehouses holding from 6,059 to 20,160 barrels each. Remember that global demand!

You can't miss Jack Daniel's on the shelf. To set his whiskey apart from others, Jack used a distinctive square bottle for Old #7. Lots of tales circulate regarding the name. Some say it's Jack's seventh recipe. Others believe it refers to seven lady friends, or the last one, because Jack never married. It could also be "lucky number seven." Always the clever marketer, Jack formed the Silver Cornet Band in 1892 to play at his two saloons in Lynchburg Square, the White Rabbit and Red Dog, to attract business.



*Elaborate costumes for country music stars.*
Photo courtesy of Nashville Convention & Visitors Bureau/Country Music Hall of Fame & Museum.

JDPI000508

## TENNESSEE **WHISKEY**



*Jack Daniel's office.
Photo courtesy of Jack Daniel's/Brown-Forman.*



*Jack Daniel's Old #7.
Photo courtesy of
Jack Daniel's/Brown-Forman.*

Although Old #7 dominates the brand, Jack Daniel's makes other whiskies. Gentleman Jack Rare Tennessee Whiskey is a more refined spirit. It's mellowed twice, once before, once after aging. Jack Daniel's Single Barrel Tennessee Whiskey is twice distilled, charcoal mellowed, and aged in new charred white oak barrels on the upper floors of a warehouse. (Hotter temperatures mature whiskey faster.) You can also buy your own barrel for $9,000-$10,000, about 240 bottles.

However, don't expect to get a "sip" of Old #7 at the spacious Visitor Center. You'll enjoy excellent exhibits and memorabilia, but no whiskey. Jack Daniel's Distillery is in Moore County, Tennessee, which has been dry since Prohibition. They'll pour you some refreshing lemonade, and you may buy a commemorative bottle; but your only chance to "taste" Jack Daniel's is to breathe deeply on the tour. (Access their website for cocktail and food recipes or get their anecdotal cookbook, "Cooking with Jack.")

*Postscript:* For overwhelming southern hospitality, eat "dinner" (11 a.m. and 1 p.m.) at Miss Mary Bobo's Boarding House adjacent to Jack Daniel's and a favorite haunt of JD himself. It was established in 1867, and Miss Mary ran it until her death in 1983, one month shy of her 102nd birthday. You'll gather around a "community table" and feast on some southern favorites such as country ham, fried chicken or chicken with pastry, fried okra, and blackberry cobbler. Jack Daniel's great-grandniece, Lynne Tolley, is proprietor now. You can work off some of the calories by walking around quaint "downtown" Lynchburg.

George Dickel picked another hollow, "Cascade Hollow," for his whiskey distillery in 1870. It's really remote, located on the Highland Rim of the Cumberland Plateau, a gorgeous, isolated area accessed by narrow, curving rural roads. It gets its limestone-filtered water from nearby Cascade Springs. The homey Visitor Center resembles a rustic cabin and is furnished with rocking chairs and "decorated" with jugs, lanterns, barrel hoops, baskets and other historic paraphernalia.

Dickel plays David to Jack Daniel's Goliath. George Dickel discovered that whiskey made in the winter was smoother



*Las Vegas*

**HEART**

*Ball*

*Congratulations to the 2010 Las Vegas Heart Ball Honorees*

**Dr. Berge J. Dadourian, MD, FACC, FSCAI**
Board Certified Cardiologist

**Dr. Scott L. Selco MD, PhD.**
Board Certified Neurologist

The Lincy Foundation

**THE RITZ-CARLTON, LAKE LAS VEGAS**

Saturday, April 24 at 6pm
*Black Tie Preferred : Reservations /367.1366*
*Special Room Rates available / Call 1-800-241-3333*

**LUXURY** LAS VEGAS

American Heart Association
Fighting Heart Disease and Stroke

**REVIEW-JOURNAL**
reviewjournal.com
**LAS VEGAS SUN**

JDPI000509



The Hank Williams Family Exhibit, CMHFM.
Photo courtesy of Nashville Convention & Visitors
Bureau/Country Music Hall of Fame & Museum.



## J&L pet services

(702) 467-3128
www.JLPetServices.com

### We Offer

- PET SITTING
- DOG WALKING
- POOPER SCOOPER
- PET TAXI
- MEDICATION ADMINISTRATION
- DOGGY MASSAGE
- DEODORIZER

ESTABLISHED 2006
LICENSED AND INSURED

than that made in summer. So, to this day, George Dickel is the only Tennessee whiskey that's chilled prior to mellowing. The rationale is that this process filters out oils and fatty acids found in most whiskey products. Another fascinating production aspect is the three-story column, not pot, copper still. Steam is pumped in from the bottom, and the alcohol rises to the top. Dickel is twice distilled.

They also mellow their whiskey by cuddling it in white virgin wool "blankets." The blankets are placed on pierced stainless steel plates through which the whiskey drips. (JD uses a network of thin, pierced copper tubing.) The blankets disperse the whiskey evenly, and it takes about 10 to 15 days to drip through. Once mellowed, the whiskey is aged 7 to 12 years.

Dickel is in Coffee (I kid you not), another dry county. So they only sell commemorative bottlings in their General Store. However, they have the only U.S. Post office in a distillery and will hand stamp your mail.

### NASHVILLE

We headquartered in Nashville because it was the logical hub for our wide-ranging travels. We stayed at the Hotel Preston, a comfortable, friendly hotel near the airport, a short drive to downtown, and adjacent to Highway 40, a handy connector to other routes. They also had a very good, casual restaurant with outstanding steaks and choose-your-filling omelets that were huge.

### GOOD EATS

Acorns symbolize warmth and hospitality in the South, and you'll find both, as well as great food, at The Acorn Restaurant. The building was constructed as a private residence in the 1890s and has been expanded and modified and now includes an upstairs dining area with outdoor seating. Décor in the main dining room is contemporary rustic, with concrete block walls painted burgundy or to look like wood. Vibrant, exaggerated farmland paintings decorate the walls. Forties and fifties pop classics, even "The Flight of the Bumble Bee," provided background music.

Executive Chef Andrew Hunter works magic with energizing flavors that bounce off your tongue. He started us off with deviled egg custard with red pepper jam, a taste bud alert. (The same jam accented crab cakes.) Hot rolls arrived in a hinged leather and wood cigar box. Curried carrot soup with rice was hot and spicy. Caesar salad was kicked up a notch with white anchovies and tangy, light balsamic Caesar dressing and imaginative fried Parmesan custard.

JDPI000510

## fertil skin

## *Healthy*
### Skin Rejuvenation

The rate of infertility in this country goes up every year. This used to be blamed on the fact that women were having children at older ages. For the past decade that age has stayed about the same, but the rate of infertility keeps going up. *Why is this happening?*

This is not only due to all the toxic chemicals in our water, air and food, but also due to the toxic chemicals found in skin care products.

**fertilskin** is the first line of skin products focused on maintaining fertile health

The Essentials for New Life collection is made from all organic materials, free of toxic components and harmful preservatives, that will help you maintain a youthful appearance inside and out.

The ingredients in each of these products have been inspected and approved by a fertility specialist for safe use during the reproductive years and early pregnancy. For more information, please visit:

www.fertilskin.com or 1-800-588-1722

# TENNESSEE **WHISKEY**



Green tomato BLT at Loveless Café.
Photo by Michael Stern.

Chorizo and potato-crusted halibut and sweet potato hash played off rustic green beans and Jack Daniel's pecan cream sauce in a medley of savory, salt, and sweet. Grilled filet of beef got its southern touch from toasted Sally Lunn bread and bacon-braised onions. Hunter's final fling was an amazing freshly baked pecan carrot cake, loaded with fruits, nuts, and Sultans and spiked with cayenne chocolate gelato.

**Diana's Sweet Shoppe** is like a debutante in a bordello. A vintage soda shop with over 100 candies, shakes, floats, and sundaes, she's surrounded by saloons on raucous Honky Tonk row. You're thrust into the poodle skirt-saddle shoe era with wood paneling, beveled mirrors, and a player piano/electric violin wired into jukebox consoles in each booth. The menu runs the gamut of diner favorites - meatloaf, club sandwich, BLT, chicken salad, chili, tomato soup, etc.

Check out her neighbors, particularly **Tootsie's Orchid Lounge**, a legendary watering hole where some of the greats of country music -- Willie Nelson, Mel Tillis, Waylon Jennings, and Patsy Cline -- hung out when the Grand Ole Opry was next door at Ryman Auditorium. This is not just a nighttime prowl. Most honky tonks open at 10 a.m. and don't close till 2 a.m.

How trendy can you get? Eight different kinds of ice? Ice columns, not cubes, in tall glasses? Alcohol-doused orange peels flamed to draw oils from the peel? No, it's not Las Vegas...it's **The Patterson House** in Nashville, and they've nailed daring and delicious. The building's vibe resonates with the former Governor/owner's veto of statewide Prohibition, and a massive square bar dominates. Drink pages outnumber food five to one on the menu. They divide

drinks by liquors, invent names like The Carpetbagger and Tattooed Seaman, and list ingredients and also cover "classic" cocktails like Manhattans and Daiquiris.

Food cuts the mustard, however. The tapas-type plates hit all the hip dishes and add a few -- truffled deviled eggs, shrimp corndogs, and TPH Hot Dogs made with beef Merguez sausage, Scotch whiskey sauerkraut, whole grain mustard, and dill pickle on house-made buns. Call it a wrap with S'more 2.0 with atomized amaretto.

If anyone had told me I'd drive 45 minutes in pelting rain to eat breakfast, I'd have told them they were nuts. But we did -- to the **Loveless Café and Motel** (motel units now converted to chic boutiques). People jammed the tiny lobby, sat in their cars, waiting. We were given an electronic beeper. We were finally seated at a square table covered in red-checked oilcloth. Hot chocolate helped warm us. Fluffy biscuits arrived with homemade strawberry, peach, and blackberry jam.

They serve breakfast all day; and, seeing plates piled high with pancakes and ham and other monumental breakfast fare, we were tempted. However, it was close to noon; so we ordered "supper." I went the Southern Sampler Platter route and was confronted with meatloaf, fried chicken, and shredded BBQ pork on a delicious pancake, with sides of cole slaw and glazed sweet potatoes. My dining companion ordered fried chicken with creamed corn and cole slaw. For dessert they offered six kinds of pies, all huge pieces, and two fruit cobblers, also on steroids. This was good quality, no frills food...and cost roughly $30. And hey, both Martha Stewart and the Food Network had scheduled program shoots. □

**JDPI000511**



**RECIPES, SECRETS, TALL TALES, AND OUTRIGHT LIES FROM THE LEGENDS OF BARBECUE**

MIKE MILLS AND AMY MILLS TUNNICLIFFE

FOREWORD BY DANNY MEYER

INTRODUCTION BY JEFFREY STEINGARTEN

What to serve: anything from this just-released barbecue bible. *Peace, Love and Barbecue: Recipes, Secrets, Tall Tales and Outright Lies from the Legends of Barbecue* (Rodale, 2005, $19.95) is by **Mike Mills**, three-time grand world champion at the Memphis in May International Barbecue Festival. And if that doesn't interest you style mavens, this will: *Vogue* writer **Jeffrey Steingarten** gives the foreword. The recipes are amazing.

What to wear to your party: this rhinestone-peppered Love Junkie top, $274 at **Barbwire Western Couture.**



Here's the look distilled: From local designer **Piper V Crystal Couture**, a Swarovski-covered bottle of Jack Daniel's, $400 at **Barbwire Western Couture.**



When it's time to set the table, get clever and head to your closet. Use inexpensive bandannas as napkins, $2.50 each at **Saba's Western Wear.** Tie them up with anything with Western bling that you've got in your repertoire. We used a rhinestone belt, right, $98 at **Saba's Western Wear,** and a rhinestone cuff, $19 at **Wild Bill's Western Wear.** Necklaces, bracelets, even your brooch stash would make equally fabulous napkin ties.



WRITTEN AND STYLED BY **JAIMEE ROSI**
PHOTOS BY **WES JOHNSON** AND COURTESY **COMPANIES**

JDPI000512

# Grand Casino Gulfport presents Jack (Daniels) and Friends Fest

Spend the evening with Jack (Daniels) on Aug. 13 at the Grand Event Center as Grand Casino Gulfport presents the "Jack and Friends Fest." Doors open at 6 pm; show begins at 7 pm.

The evening will feature live music by the Phil Vaught Band, a special Jack Daniels tasting opportunity, and a Jack Daniels inspired buffet, including Jack Daniels Breast of Chicken with Maple Whiskey Glaze, Jack Daniels Ribs and Jack Daniels Marinated Tenderloin, among other great items. (See marinade recipe below.)

Tickets for Jack and Friends Fest are $30 each and include the all-you-can-eat buffet, two free drink coupons (Jack Daniel's and Budweiser products will be complimentary), plus $5 in Free Slot Play (guests must be Connection Card member to receive $5 in Free Slot Play) Guests must be 21 or older to attend.

**Jack Daniel's Marinade**

1/4 cup Jack Daniel's Tennessee Whiskey
1/4 cup soy sauce
1/4 cup Dijon-style mustard
1/4 cup minced green onions and tops
1/4 cup firmly packed light brown sugar
1 teaspoon salt
Dash of Worcestershire sauce
Pepper to taste

*Combine all ingredients. Blend well. Use to marinate shrimp or scallops for 1 hour or beef, chicken, or pork in the refrigerator overnight. Use to baste the shellfish or meat as it is grilled or broiled. Makes about 1 1/4 cups.*

JDPI000513

**OHIO TAVERN NEWS**

COLUMBUS, OH
SEMI-MONTHLY        4,000
SEP 05 2006



Burrelles *Luce*

-3228.15514M

# Jack Daniel's Tennessee Whiskey

Jack Daniel's Black Label 80 proof is the world famous whiskey awarded seven international gold medals. The secret of its international success is the unique taste that comes from old-time charcoal mellowing. This well-rounded and balanced medium amber whiskey has a pleasant mix of caramel, vanilla and wood notes highlighted by a fruity aroma.

**Jack Daniel's Single Barrel Whiskey**

Jack Daniel's Single Barrel Whiskey is as individual as the variations in the oak wood from barrel to barrel. It is a mature, dark amber, single barrel whiskey, aged in the upper floors of the warehouses where the whiskey's color and taste deepen and mature an extra measure.

Master distiller Jimmy Bedford selects the whiskey when it reaches its peak maturity. He tastes for a singular combination — the robust flavor of a single barrel and the smooth character of Jack Daniel's. What finally emerges from the wood is a bold, full-bodied 94-proof whiskey with heightened flavors of toasted oak, vanilla and caramel.

**Gentleman Jack Rare Tennessee Whiskey**

Gentleman Jack 80-proof Rare Tennessee Whiskey is a super-premium that provides a unique taste for any occasion. It's a truly unique whiskey that is charcoal mellowed twice, which results in an amber whiskey silky soft with caramel and fruit and laced with vanilla and smoke.



JDPI000514

ATLANTA JOURNAL –
CONSTITUTION
ATLANTA, GA
DAILY        381,730
SEP 21 2006


Burrelles*Luce*

28.1058P



# SPIRITS

### JD MANHATTAN

Many bourbon lovers know Jack Daniel's comes from Lynchburg, Tenn., but at Hand In Hand pub in Virginia-Highland (752 N. Highland Ave. N.E., Atlanta) he takes a trip to the big city. The **Jack Daniel's Bourbon Manhattan** blends the whiskey with both sweet and dry vermouth. It's sweet and tart, says bartender Richard Toole. "Most girls who like bourbon always like it."

### NEXT-DOOR NEIGHBORS

Next door at Neighbors Pub, the **Stoli Razputin** gets its name from the Mad Monk of Russia. This play on words also refers to the raspberry vodka that mixes with cranberry and grapefruit juices. Just don't dip your beard in your cocktail.

### LIMEY

The marketing folks for Southern Comfort not only have a J. Lo-type name for the whiskey (So Co), but they're also pushing Southern Comfort and lime cocktails in current advertisements. A glass of **So Co & Lime** consists of four parts Southern Comfort with one part sweetened lime juice. It can be shaken over ice and served up or served with cola. If they start calling Captain Morgan rum Cap Mo, we're giving up.

— Jon Waterhou



www.jackdaniels.co

### IN THE DRINK

**Jack Daniel's Bourbon Manhattan**

1½ oz. Jack Daniel's Bourbon Whiskey
¼ oz. sweet vermouth
¼ oz. dry vermouth
Shake over ice and strain into a chilled martini glass. Garnish with a cherry.

**WHAT'S YOUR FAVORITE DRINK?** Best deal? Smoothest bartender? Fill us in on your swingin' cocktails: access@ajc.com.

JDPI000515

**CHICAGO SCENE**

Date:               Saturday, March 01, 2008
Location:           CHICAGO, IL
Circulation (DMA):  0 (N/A)
Type (Frequency):   Magazine (M)
Page:               96,97,98,100,101....
Keyword:            Jack Daniel's

tasting classes and special events every month to raise awareness of one of the world's oldest spirits. Swing by on March 3rd for $2 Jim Beam and free pool.

*TENNESSEE WHISKEY*
*"Our original Jack Daniel's Tennessee Whiskey is known for its versatility. We believe this is one reason it's the world's top selling whiskey."- Jimmy Bedford, master distiller Jack Daniels*

In general, Tennessee Whiskey meets all of the requirements to be bourbon. It's the charcoal mellowing process (originally introduced as the "Lincoln County Process") that actually sets this family apart.

"In a process that takes 7 to 10 days, Jack Daniel's is dripped through 10-foot-deep vats packed with hard sugar maple charcoal. The whiskey exits the charcoal mellowing vat softer, less grainy and cleaner than when it entered," explains Bedford, who is a sixth generation master distiller, the first being Mr. Jack Daniels, of course.

Next time you're at your favorite whiskey haunt, forgo the typical Jack and Coke combination and experiment. Given the variety of expressions in the Jack Daniels family, such as *Jack Daniel's Tennessee Whiskey, Gentleman Jack* and *Jack Daniel's Single Barrel*, you're bound to find your favorite expression.



Page 7 of 8

© Copyright 2008 CHICAGO SCENE
Please contact the publisher directly for reprints.
All Rights Reserved.

1967 - 34

**JDPI000516**

TheRecord.com - Life - Jack Daniel lets the whiskey decide when it's ready to be consumed   Page 1 of 3



With the best reviews, articles and road tests, your hunt for a car just got a whole lot easier — Whccls.ca

# The Record.com

My subscription    Order photos    Contact us    About us    Traffic

Today's Paper    Monday, April 6, 2009

⦿ Search The Record  ◯ Search the Web    Find a Local Business

Quick Search    [GO]    [                    ]    [GO]

Advanced Search | Full Text Article Archive    Search Goldbook.ca

HOME | NEWS | SPORTS | BUSINESS | LIFE | ARTS | FAITH | OPINION | VIDEOS | CELEBRATIONS | OBITS | CONSUMER GUIDES | AUTO | CLASSIFIED

Waterloo Region | Canada/World | Canada Wire | World Wire | Road conditions | Blogs | Lifetimes | Ties | 30 Minute Miracle | Thrifty tips | On the bright side series | CambridgeReporter.com | Community events | Submit a letter to the editor | Special Features | Dining Out | TV listings | Movies | Top 10 at therecord.com | Canadian Casualties | Guilty Pleasures | School snow advisories

## Jack Daniel lets the whiskey decide when it's ready to be consumed

April 04, 2009

**DAN KISLENKO**

Jeff Arnett considers himself a very lucky number 7.

He happens to be only the seventh master distiller in the 140-plus year history of the legendary Jack Daniel distillery.

In that role he guides production of all Jack Daniel whiskies, including some 10 million cases annually of the original Old No. 7 Tennessee Sour Mash.



"Nobody's quite sure what that name means," Arnett said during a recent visit to Ontario. "Jack Daniel came up with it himself. Some think he was trying different recipes for his whiskey and liked No. 7 the best. Others say he had seven different girlfriends."



Email story
Print
Choose text size
Report typo or correction

In any event, the whiskey in the iconic square bottle with the bold black and white label is made with exactly the same formula used when Daniel set up shop in Lynchburg, Tenn., a year after the Civil War ended.

They use the same iron-free water that still gurgles out of a cave spring at exactly 13.3 C. They use an unusually high proportion of plain old yellow corn (80 per cent), and a very low amount of rye grain (eight per cent) and malted barley (12 per cent).

The fermentation, distillation and aging is identical to that of Bourbon (more on that later), but there is one critical extra step taken at Jack Daniel's. It's the charcoal filtering that mellows the whiskey.

"We have 72 vats for mellowing," says Arnett, a Tennessee native who first came to Jack Daniel as quality control manager.

"The vats are filled with 10 feet depth of charcoal made from hard sugar maple. The whiskey is poured in the top and takes 10 days to drip down through the charcoal.

"Unlike the barrel aging process which adds flavours to whiskies, this mellowing strips out sharp tones already in the whiskey. The mellowing has the same effect as two years in barrel."

From the vat, the raw whiskey goes into white oak barrels sourced as close to the distillery as possible.

"We're not locked in to age," Arnett says. "How long they age is determined by the whiskey. When the whiskey tastes right, it's ready."

There are, of course, those quirky little facts about Jack Daniel's. Lynchburg has 361 people, but

**JDPI000517**

TheRecord.com - Life - Jack Daniel lets the whiskey decide when it's ready to be consumed  Page 2 of 3

gets 250,000 visitors a year thanks to the distillery. None can taste a drop, however, because the county has chosen to remain dry since the end of prohibition.

Definitely don't make the mistake of calling this "bourbon." This is made in Tennessee and uses sour mash (a portion of the fermenting agent is held over from batch to batch); those other guys, good as they may be, hail from Kentucky, specifically Bourbon county. And, of course, they aren't mellowed.

One thing I've noticed over the years is that when you read comments by spirit "specialists," there's a tendency to dismiss big commercial brands. Not so in the case of Jack Daniel's. These whiskies, including the giant No. 7, invariably are rated as "good sipping whiskies."

Arnett led me through a tasting of the three labels available in LCBO general list:

Jack Daniel's Old. No. 7 Tennessee Sour Mash whiskey ($29.25 for 750 ml, code 41384; also in several other sizes, including a test miniature, $3.45, code 17739).

Golden amber colour, fruity with a sweet finish, balanced, starts with impressions of bananas and dark chocolate, then moves to butterscotch, tangerines, orange blossoms, finishes with vanilla oak.

Arnett says this whiskey is very versatile. You can drink it straight, mix it with just about any soda or juice (try apple juice), or cook with it.

Gentleman Jack Rare Tennessee whiskey ($36.95, code 377994). The mildest and least wood-influenced of the line. Pale amber, quite sweet smell, very smooth, vanilla very prominent then flavour moves to orange peel, passion fruit, white chocolate.

Arnett says this is a crossover product for Scotch drinkers and has been mellowed twice to remove barrel notes.

He says it's best neat, on the rocks or in a cocktail.

Jack Daniel's Single Barrel Tennessee Whiskey ($51.95, code 480616). The whiskey in each barrel is not married with others for uniformity, but rather bottled direct from the cask. That dictates a certain amount of variation from bottle to bottle.

The one I tasted had a burnt caramel colour, prominent alcohol presence (the single barrel line is at 47 per cent rather than 40 per cent), a rich and complex feel in the mouth, and flavours of caramel, butterscotch, baking brioche, and a pretty floral scent in the back of the throat.

Arnett says this is one to drink as is, unadulterated.

Hamilton food and wine writer Dan Kislenko can be reached at dkislenko@thespec.com

Classified          Community          Daily Photo



Place Your Classified Ad

• Auctions            • Births
• Items Under $100    • Jobs @ Workopolis
• Merchandise         • Personals
• Real Estate         • Notices/Tenders

Real Estate




flyerland.ca  Local money-saving flyers and coupons



We dare you to compare your insurance rates

$837.00/yr          $3,458.00/yr

SPECIAL FEATURES

40 under 40          Design Crime Makeover          Faith

                    

Job Board          TV Listings          Movie Listings

                    

Record Blogs          Community Events          School snow advisories

                    

Magazines

• Grand Magazine
• Rex Magazine
• Most Magazine

Consumer Shows

• Jewellery, Fashion & Accessories Show
• ArtWorks Show & Sale
• Total Woman Show
• Grand Lifestyle Show

Employment ads from The Record are hosted by Workopolis.

Use the Workopolis search box below, or browse by date at record.workopolis.com

ENTER KEYWORD

Search


Lottery Results


Daily Horoscopes


Local Singles
freedateconnection.com

SITEMAP

JDPI000518

4/6/2009

What's behind the label - Plain Dealer Extra









NEED A CAR?
BUYER'S GUIDES / VEHICLE COMPARISONS / DEALER QUOTES
CLICK HERE

AUTOS AND EVERYTHING CLEVELAND

Site Search     Search Local Business Listings
Town, Keyword, Local Businesses, Web ID

| Home | News | Business | Sports | Entertainment | Interact | Jobs | Autos | Real Estate | Classifieds | Shopping | Place An Ad |

# PD EXTRA

More from
THE PLAIN DEALER

- About The Author
- RSS

**Categories**

- Afternoon Buzz (RSS)
- Animals (RSS)
- Architecture (RSS)
- Art (RSS)
- Auditions (RSS)
- Books (RSS)
- Breaking News (RSS)
- Browns (RSS)
- Browsing the Arts (RSS)
- Business (RSS)
- Cleveland International Film Festival (RSS)
- cma (RSS)
- Comics (RSS)
- consumer (RSS)
- crime (RSS)
- Dance (RSS)
- Dealing (RSS)
- Democrats (RSS)
- Electric (RSS)
- Fashion (RSS)
- Food (RSS)
- From the files (RSS)
- Georgia (RSS)
- Gift Guide (RSS)
- Going Out (RSS)
- Happy Hour (RSS)
- Ingenuity (RSS)
- Jessie Davis (RSS)
- Kucinich (RSS)
- Medical (RSS)
- Movies (RSS)
- Music (RSS)
- National news (RSS)
- Nightlife (RSS)
- Opinion (RSS)
- Photos (RSS)
- Plain Dealer Endorsements (RSS)
- Politics (RSS)
- politics (RSS)
- Popular Culture (RSS)
- Radio (RSS)
- Recipes (RSS)
- Religion (RSS)
- Republicans (RSS)
- Senior Standouts (RSS)
- Small Bites (RSS)
- sports (RSS)
- Stokes (RSS)
- Teachers (RSS)
- Television (RSS)
- Theater (RSS)
- Travel (RSS)
- Video Games (RSS)
- Weather (RSS)
- Week in Review (RSS)
- World news (RSS)

**Favorite Links**

**Archived Posts**

------

## What's behind the label

Posted by Joe Crea/Plain Dealer Food and Restaurants Editor March 31, 2009 17:19PM

During a recent visit to Cleveland, Jack Daniel's Master Taster Jeff Norman walked me through a tasting of his company's famous line of whiskeys -- which I repeated independently. Here are my tasting notes.

**Old No. 7 Black Label**

**Proof:** 80 proof.

**Price:** Regular price is $22.70 for 750 milliliters. Through April, it's $20.70 (in Cuyahoga County).

**History:** "Mr. Jack" started making whiskey during the mid-1800s, perfecting a technique of trickling the distilled whiskey through maple charcoal to mellow it. The charcoal-mellowed liquid is transferred to charred white oak barrels to mature. Jack Daniel registered his distillery in 1866, making it the oldest registered distillery in the United States.

**Characteristics:** Beautiful amber color; sharp-edged buttery aroma. Its potency is evident from the first whiff (more so than the smoothly rounded vapor from Daniel's Single Barrel).

**Tasting notes:** Hints of summer fruit in a comfortably balanced marriage of caramel and vanilla. Rough edges to the finish.[

**Gentleman Jack Rare Tennessee**

**Proof:** 80 proof.

**Price:** $30.80 for 750 milliliters.

**History:** Founder Jack Daniel is said to have long toyed with the notion of subjecting whiskey to two charcoal mellowings "to heighten the benefits imparted by hard sugar maple charcoal," to quote corporate literature. Debuted in 1988, Gentleman Jack is the offspring of that notion.

**Characteristics:** Charcoal-mellowed both before and after aging, Gentleman Jack sports lighter color and a subtler aroma than Old No. 7 or Single Barrel. Mellow, honeyed aroma; you'll detect a wisp of smokiness on the finish.

**Tasting notes:** Just a lovely sipper, one of the most subtly refined American whiskeys. Touch of berries, a sparkle of citrus, buttery caramel. Easy on the finish -- silky or, in Lynchburg parlance, "gentle on the farewell."

**Jack Daniel's Single Barrel**

**Proof:** 94 proof.

**Price:** $45.90 for 750 milliliters.

**Characteristics:** One glance at its color -- rich, sparkling amber -- and you're observing an impressive elixir. Daniel's master distiller and tasters select a small percentage of barrels to receive the single-barrel designation. Because it's drawn from individual barrels that are aged on the upper levels of the warehouse, subtle differences may be detected, and Daniel's Single Barrel develops deeper color and intensity of flavor.

**Tasting notes:** Bold and assertive. Roasted toffee notes, front-and-center



Ads by Adblade!



Artery Clearing Secret
Hugh Downs reports on breakthrough from Nobel Prize Winning Doctor. Drops high blood pressure by as much as 60 points... Learn more



1 Trick For Whiter Teeth
Whiten your teeth 5 shades in one hour by following this simple rule... Learn more



Shocking Colon Cleaner Report!
Warning! Don't try colon cleansers before you watch this "shocking" report! Learn more



"My Wrinkles Are Gone!"
Learn How a Mom Combined (2) Products to Easily Get Rid of Her Wrinkles. Learn more



Do Wrinkle Creams Work?
Learn the Seceret Wrinkle Cream combination discovered by a Mom to get rid of her wrinkles forever.. Learn more

FROM OUR ADVERTISERS
- Carpet for less
- Expert Design for all your Floral Needs
- Bryant And Stratton Enroll TODAY!
- Dance like the stars

**JDPI000519**

What's behind the label - Plain Dealer Extra

Page 2 of 2

oakiness, more subtle vanilla caramel highlights. Given the high-voltage alcohol content, unless you possess a brass palate, this one definitely benefits from a splash of good bottled water or a cube or two of ice.

Print This Page | Send To A Friend | Permalink (Learn More)
Share: Reddit | Digg | del.icio.us | Google | Yahoo | What is this?

**COMMENTS (0)**      Post a comment

Username (Don't Have a Username? Sign up here):

Password:

☐ Remember Me    [Login]  [Reset]



**THE PLAIN DEALER**
MISS A DAY. MISS A LOT    Subscribe to **The Plain Dealer** today and get incredible savings off home delivery! Sign up now!

**SUN NEWS**    Subscribe to home delivery of **Sun News!** Sign up now!

Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.

Community Rules apply to all content you upload or otherwise submit to this site. Contact interactivity management.

© 2009 cleveland.com. All Rights Reserved. RSS Feeds | Complete Index

**JDPI000520**

5/5/2009

# Mobile Marketer

THE NEWS LEADER IN MOBILE MARKETING, MEDIA AND COMMERCE

## Jack Daniel's whiskey brand adds mobile to marketing mix

By Dan Butcher

July 28, 2009



**Jack Daniel's partners with Universal McCann and Golden Gekko**

Legendary whiskey brand Jack Daniel's is targeting music fans via a mobile initiative as part of its "Backstage Parties" marketing campaign.

The whiskey brand launched a Spanish-language app promoting a series of rock concerts across Spain and Jack Daniel's "Backstage Parties." Users can compose their own songs using guitar, bass, piano and drum sounds as well as take music-related quizzes. The campaign was spearheaded by Universal McCann, while Golden Gekko developed the app.

"Jack Daniel's goal was to do something fun with mobile and promote music events that they're organizing throughout Spain," said Magnus Jern, founder/CEO of Golden Gekko, London. "In addition to the quiz and soundboard song-making feature, the app has the schedule for the tour so users can see when and where the events are and information about how to get there.

"There's also an opt-in mechanism to build a database for future mobile campaign," he said. "Since the legal drinking age in Spain is 18, the target demographic is 18-30, both men and women."

Jack Daniel's is a brand of Tennessee whiskey that is among the world's best-selling liquors. It is known for its iconic square bottles and black label.



**Jack Daniel's used mobile to promote backstage parties at concerts**

The brand is linked to American biker culture and musicians such as Frank Sinatra, Keith Richards, Jimmy Page, Lemmy, Nikki Sixx and Slash.

Jack Daniel's promoted the Backstage application on its Web site, urging visitors to enter their age and phone number.

The whiskey brand also distributed posters with a keyword and short code call-to-action and promoted it through Bluetooth on site at several of the events.

Golden Gekko created versions of the iPhone and all Java-based handsets. There are versions for smartphones such as BlackBerry, Windows Mobile and Palm.

During the campaign period there were:

**JDPI000521**

- 900 installations of the iPhone version from Spain;
- 130,000 installations of the Java version from Spain;
- About 2.5 percent opt-in registration totaling 3,000;
- 95 percent of the downloads were from app stores such as iTunes, Mobango and GetJar, and 5 percent from Web downloads and texts to the short code.

"We provide really cool apps for brands, and this was a really good collaboration with Universal McCann and Jack Daniel's," Mr. Jern said. "What we've seen is that we get 10 to 20 times more downloads from Java phones than iPhones.

"The App Store has gotten so competitive so it's hard to stand out, especially if you're an alcohol brand, because Apple doesn't promote those kinds of apps," he said.

The Jack Daniel's app has been distributed via independent mobile applications stores such as GetJar, Mobile9 and Mobango.

"Mobango is a more efficient channel than the App Store to reach out to people in those target segments, at least in the Spanish market," Mr. Jern said. "Mobango and GetJar have been very helpful, and they offer high-quality apps, which is driving traffic to their sites."

Mobango claims to have 5 million registered users generating 12 million downloads a month.

It supports all platforms except iPhone, including J2ME, Microsoft's Windows Mobile, Nokia's Symbian, Google's Android, RIM's BlackBerru, Palm and Flashlite. Nokia is the most popular handset manufacturer.

India and the U.S. are Mobango's two biggest markets, but it also has a significant presence in Italy, Spain, Britian, the Phillippines, Turkey, Europe and South America.

All applications are free. For advertising, Mobango partners with mobile ad networks such as AdMob, and also buys and sells inventory itself.

"The Jack Daniel's application got quite a decent numbers of downloads in Spain," said Vittorio Maffei, chief operating officer of Mobango, Milan, Italy. "They wanted to create a different relationship with their customers.

"Publishers and application developers that want to distribute apps use Mobango, and there is paid placement, which is clearly a good way to be the first thing customers see when they browse Mobango," he said.

"Consumers will see two or three apps in featured positions, and those are always among the most downloaded."

*Staff Reporter Dan Butcher covers banking and payments, carrier networks, commerce, database/CRM, manufacturers, music, software and technology. Reach him at dan@mobilemarketer.com.*

JDPI000522



Global Whisky:
*exclusive brand and market analysis*
*brand profiles ~ brand mapping ~ mo*

HOME    RESEARCH    NEWS    FEATURES    BRANDS    MEMBERS    FORUMS

AMANDA news alerts | events | resources | about | contact | your account | advertise | join today

 

**Search Site**



Articles marked with **MEM** are available to full members only

### Related News

Soft Drinks In Brazil: Leading Companies Consolidate Their Position As The "Tubaina Revolution" Continues To Exert Pressure **MEM**

Industry News from the latest Canadean Reports - Beer **MEM**

Access 1 Financial Initiates Coverage of WTAA International, Inc. with A Strong Buy Recommendation and a 6-Month Price Target of $5.00 Per Share **MEM**

Industry News from the Latest Canadean Country Reports - Soft Drinks **MEM**

Soft Drink Industry Stats for 1999 **MEM**

### Related Features

Functional Foods Developing Strongly **MEM**

Hot Beverages Alert - March 1999 **MEM**

Sport launches to increase flood as water competition heats up **MEM**

Allied Domecq: No merger but Bowman's aim is true **MEM**

AmBev merger complete but integration will take time **MEM**

# Jack Daniel's outlives the dark age

05 Mar 2002
**Author: just-drinks.com editorial team**

NEW: Receive news on this subject in your inbox...

**A marketing contradiction, the traditional spirit that appeals to the young, Jack Daniel's success is unparalled in the drinks world. As other dark spirits flounder in the face of white supremacy, Jeannette Stamper investigates the appeal of the Tennessee whiskey and its marketing secrets.**

We're coming to the end of a dark age. White spirits (especially the all-conquering vodka) continue to prosper, aided and abetted by RTDs – which surely everyone, now, takes seriously. Niche markets like single malts and aged rum show some promise, but the big Scotch brands are now reduced to battling it out for a larger slice of a dwindling pie. And lets not even talk about Cognac.

But you wouldn't know it in Lynchburg, Tennessee. The town's most famous product, Jack Daniel's, has shown double-digit growth in ten of the last eleven years – figures even Enron would settle for. Indeed it is the only major spirits brand in Brown-Forman's portfolio to have shown any growth in 2001. So what makes Jack Daniel's different?

First of all, to satisfy any pedants out there, we should be clear about one thing: Jack Daniel's is not Bourbon, it's a Tennessee whiskey. But, while this distinction may mean a lot to Kentuckians, it doesn't weigh too heavily on the minds of consumers in London or Cape Town. According to Jim Murphy, vice-president and global marketing director for Jack Daniel's: "Jack Daniels is certainly perceived as an American whiskey, but the brand really transcends category definitions. Most Jack Daniel's drinkers would probably identify themselves as Jack Daniel's drinkers not Bourbon or whiskey drinkers."

The figures can be confusing because it suits many Bourbon makers to exclude JD from their definition of the market they operate in – as it makes their performance look more impressive. And it suits JD to go along with it, as the brand is built specifically on its Tennessee heritage, and their performance looks good anyway. But in the real world, Jim Beam and Jack Daniel's are competitors – suggest they share research and see what reaction you get. But, without swallowing the Bourbon red herring, we can acknowledge that Jack Daniel's really is a one-off.



e-mail this to a colleague
**MEM** printable version
send us some feedback

## Don't be a dunce



**JDPI000523**



### Report of the Week

Soft Drinks - South East Asia - Asian Beverages Consumption

This report identifies a number of established and emerging sectors in South East Asia that offer particularly strong growth prospects in the forseeable future. Sectors analysed include continuing strong prospects for infant formulae, the insatiable market for drinking water in Asia, juice & nectars, the ubiquity of Asian teas, the gourmet coffee insurgence, energy drinks growth prospects, and the flavoured milk phenomenon. Each analysis is accompanied with a full data set.

more



### News by sector:

- wine
- spirits
- carbonates
- brewing
- alcopops
- water
- b2b exchanges
- energy drinks

### News by country:

- 25 different regions

Just about every other major international spirit brand (Bacardi, Smirnoff, Johnnie Walker, Gordon's etc) has achieved much of its success by becoming, as much as possible, generic. The Holy Grail for their marketing departments is to have consumers around the world asking for their brand by name: 'Bacardi (not 'rum') and Coke (does anyone say 'cola'?)'. This both demonstrates and perpetuates high awareness, and represents that dream scenario where consumers are actually telling retailers face-to-face that they want to buy your brand – the most powerful sales message of all.

Jack Daniel's achieved this in many markets some time ago – not because it out-fought all the other American whiskeys, but because it created a category of its own – a young category which separates it from the ageing image of dark spirits generally.

A prima facie glance at the way the Jack Daniel's brand has expressed itself seems to explain nothing. Tradition (hardly a youthful concept) has been at the centre of all its marketing for decades. The black and white campaign (created and still executed by Arnold Advertising in St Louis) laid out in the classic 1950s formula of picture-headline-body copy, has altered a little at different times in different markets, but has always made a virtue of how old-fashioned the denizens of Lynchburg are. If a musty old image can be the downfall of Scotch and Cognac among the young (which is widely assumed to be the case), how come it works so well for Jack Daniel's?



Jim Murphy has his own theory: "The reason it works for us and not for Scotch is because Scotch carries the baggage of being 'my father's whisky'." In other words, the consumer's experience of seeing the brand consumed can be far more authentic than when they see it advertised. For many young consumers around the world that means hearing those cries of 'JD and Coke' at the bar, rather than finding it in their parents drinks cabinet.

As Murphy points out, we can also add to this "the depiction of the brand in popular culture, such as movies and music."

**JDPI000524**

the brand in popular culture, such as movies and music. Anyone who's seen Oliver Stone's The Doors will remember Jack Daniel's as the whiskey Jim Morrison chose to drink himself to death with – what greater recommendation could there be to young men around the world?

There is another crucial factor that's easy to overlook. The US is the most powerful brand in the world – even though (perhaps because?) Americans can be notoriously bad at understanding the way the rest of the world sees them. Scotland and France, though powerful brands in their own right, could never compete with the allure of Americana – of which Jack Daniels, like Bud or Coke, is now an inalienable part.

And let's not forget the taste. If there is a law in flavour-profiling right now, it's that young people like sweeter, less challenging drinks – see the success of Smirnoff Ice, Bacardi Breezer, and even many New World wines. "Many of these brands are more user-friendly [than dark spirits], and do not require the consumer to go through the process of acquiring a taste for the product," says Murphy. Jack Daniel's, though it has no RTD sidekick ('no immediate plans'), can at least have benefited from its relatively sweet, uncomplicated taste.

These disparate ingredients essentially add up to one thing: Jack Daniel's is a classic whose time has come. Jim Murphy is well aware of this. "While the story we tell has remained the same, we have adapted the way we present it to consumers around the world. The advertising works because it is true and unpretentious, it is an oasis of genuineness in a sea of hype."

The marketing guys in Lynchburg have done well to navigate their brand through differing eras and markets, without diluting its classic status. But it's worth remembering the example of Levi's, the unstoppable traditional all-American brand that dominated its market in the late 1980s and early 1990s. Firmly fixed to its core values, the brand suffered badly when those values went out of fashion.

Genuineness can be a kind of hype too, but at least for the time being there's no shortage of drinkers ready to believe it.

**From research in the UK (JD's largest export market)**
*'Which, if any, of the following do you drink, either at home, or in a pub/club/restaurant?'*

| Age (yrs) | Famous Grouse(%) | Jack Daniel's(%) |
|-----------|------------------|------------------|
| 18-24 | 5 | 24 |
| 25-34 | 8 | 22 |
| 35-44 | 10 | 9 |
| 45-54 | 13 | 8 |
| 55-64 | 21 | 4 |
| 65+ | 26 | 7 |

*Source: Keynote 2001, BMRB Access 2001*

JDPI000525

**Related Research**

World Drinks Marketing Directory 2000 - 2nd Edition
Soya Products in China and Hong Kong: A Market Analysis
Hot Drinks in China: A Market Analysis
Dried Foods in China



Rate This Article

Av. Score: 8

Comment on this article

Be the first person to   comment   on this article

Comment on this article

- put our content on your site
- recommend the site
- bookmark this page
- print this page
- email this page to a friend
- return to top of page

whooooppppeeeeee

© 2001 All content copyright just-drinks.com . Published by Aroq Ltd
Aroq Ltd, 3 Vale Business Park, Evesham, Worcs, WR11 1GN, UK.
Tel: +44 (0)1386 383000. Fax: +44 (0)1386 47073. Email:info@just-sites.com

JDPI000526