CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 150

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk



JDPI000549



JDPI000550



# Mr. Jack Daniel

- Mr. Jack Daniel said "Everyday we make it, we'll make it the best we can."
- For Mr. Jack that meant using only the finest ingredients and devoting extra care & attention to the Whiskey making process.
- At Completely Fresh Foods we feel the same way about our BBQ Meat Products.

JDPI000551



# Jack Daniel's RTE Meats
# Authenticity Attributes



## BARBEQUE MEATS

FLAVOR IMPARTED
WHILE COOKING
TO PERFECTION



## KETTLE COOKED

SAUCE MADE
DAILY IN
SMALL BATCHES



## SPICE RUBBED

PREMIUM MEATS
SEASONED USING



## RICH FLAVOR

OF OUR WHISKEY
ADDED TRUE



JDPI000552



JDPI000553



JDPI000554



# JD BBQ Spice Rub

- **Before we cook it, every Jack Daniel's meat product is hand rubbed with a secret recipe BBQ rub.**
- **We use only the freshest and finest quality spices.**
- **There are unique recipes for Beef, Pork & Chicken.**
- **The BBQ Rub cooks the flavor on the inside!**

JDPI000555



JDPI000556



JDPI000557



JDPI000558



JDPI000559



JDPI000560



JDPI000561



JDPI000562



JDPI000563



JDPI000564



JDPI000565



JDPI000566



JDPI000567



JDPI000568

JDPI000569

JDPI000570



JDPI000571



JDPI000572



JDPI000573



JDPI000574



Jack Daniel's Promotes via Rollers Ads, TPR's, Coupons other promotions.

Jack Daniel's Promotions

JDPI000575



JDPI000576



JDPI000577



JDPI000578



JDPI000579