CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 151

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____

Deputy Clerk



JDPI000580



JDPI000581

# JACK DANIEL'S
## MEN'S AND WOMEN'S APPAREL



JDPI000582

# DROP BY DROP *collection*



**MEN'S DROP BY DROP FOOTBALL TEE**
#200-1022
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★

①

JDPI000583



**WOMEN'S DROP BY DROP TANK**
LOW OPACITY, DISTRESSED
SCREEN PRINT



**WOMEN'S DROP BY DROP LONGSLEEVE**
#200-1010
LOW OPACITY, DISTRESSED SCREEN PRINT



JDPI000584

# "EVERYDAY WE MAKE IT" *collection*



**MEN'S EVERY DAY LONG SLEEVE TEE**
#200-1016
DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000585



**WOMEN'S EVERY DAY
LONG SLEEVE**
SCREEN PRINT

**WOMEN'S EVERY DAY TEE**
#200-1005
SHIMMER SCREEN PRINT
★ MADE IN THE USA ★



JDPI000586

# JACK DANIEL'S MUSIC *collection*



**MEN'S MUSIC TEE**
#200-1018
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000587



**WOMEN'S MUSIC TEE**
#200-1011
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



# SINGLE BARREL *collection*



**MEN'S SINGLE BARREL TEE**
#200-1019
DISTRESSED SCREEN PRINT





**WOMEN'S SINGLE BARREL TEE**
#200-1012
DISTRESSED SCREEN PRINT



JDPI000590

# LYNCHBURG BASICS *collection*



**MEN'S STRAIGHT JACK DANIEL'S TEE**
#200-1020
DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000591



**WOMEN'S STRAIGHT JACK DANIEL'S TEE**
#200-1013
DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000592



**LYNCHBURG LABEL TEE**
#200-1000
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000593



**JACK DANIEL'S HIGHWAY 55 TEE**
#200-1002
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★







SLEEVE CLOSE-UP

**MEN'S LABEL TEE WITH LYNCHBURG SLEEVE**
#200-1021
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★

JDPI000595



**WOMEN'S LABEL TEE WITH LYNCHBURG SLEEVE**
#200-1029
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



# JACK DANIEL'S BOTTLE *collection*



**JACK DANIEL'S OLD #7  BOTTLE TEE**
#200-1003
DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000597



**WOMEN'S SWING CARTOUCHE TEE**
#200-1014
FLOCKING & SCREEN PRINT
★ MADE IN THE USA ★



JDPI000598



**MEN'S 1866 BOTTLE TEE**
#200-1030
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000599



**WOMEN'S 1866 BOTTLE TANK**
LOW OPACITY, DISTRESSED
SCREEN PRINT



**WOMEN'S 1866 BOTTLE TEE**
#200-1004
LOW OPACITY, DISTRESSED SCREEN PRINT
★ MADE IN THE USA ★



JDPI000600

# SUMMER STAPLES *collection*



**BLACK & WHITE BUG HOODIE**
#200-1001
PATCH & SCREEN PRINT



JDPI000601



**WOMEN'S BARREL TEE**
#200-1009
SCREEN PRINT
★ MADE IN THE USA ★





**MEN'S BUG TEE**
#200-1015
LOW OPACITY, DISTRESSED SCREEN PRINT & PATCH
★ MADE IN THE USA ★



JDPI000603



**WOMEN'S 3/4 SLEEVE GLITTER TEE**
#200-1007
BLACK SUGAR GLITTER
★ MADE IN THE USA ★



JDPI000604





**MEN'S LABEL POLO**
#200-1017
LOW OPACITY SCREEN PRINT

JDPI000605



**WOMEN'S FULL LABEL TANK**
#200-1006
LOW OPACITY SCREEN PRINT
★ MADE IN THE USA ★





**MEN'S BLACK HEATHER SHOP SHIRT**
#200-1031
LOW OPACITY SCREEN PRINT & PATCH



JDPI000607



**MEN'S COLOR BLOCK SHOP SHIRT**
#200-1032
LOW OPACITY SCREEN PRINT & PATCH



JDPI000608





**WOMEN'S "JD" TANK**
#200-1008
LOW OPACITY SCREEN PRINT

JDPI000609

# IMAGESELLER TRAILER *apparel*



**WOMEN'S SILVER FOIL LABEL TEE**
SILVER FOIL



# IMAGESELLER TRAILER *apparel*



**MEN'S LABEL HENLEY**
DISTRESSED SCREEN PRINT





**CREWNECK SWEATSHIRT**
APPLIQUE & PATCH



JDPI000612



**LABEL HOODIE WITH BUG**
DISTRESSED SCREEN PRINT



JDPI000613



**TONE ON TONE LABEL TEE**
DISTRESSED SCREEN PRINT





**WOMEN'S SPARKLE CARTOUCHE TANK**
WHITE SUGAR GLITTER





**WOMEN'S JACK DANIEL'S MADE IN AMERICA TEE**
DISTRESSED SCREEN PRINT



JDPI000616



JDPI000617