CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 152

DATE: _____ IDEN.

DATE: _____10-3-17_____ EVID.

BY: _____

Deputy Clerk





GAMES

## LYNCHBURG CHESS SET

The Lynchburg Chess Set is the signature item in our line of Jack Daniel's® licensed products. Features include hand-finished, self-storing wooden case and highly-detailed cast resin pieces. Gift box describes the historical significance of each chess piece, and features full-color photography.

8551 Jack Daniel's® Lynchburg Chess Set
15-1/2" W x 15-1/2" D x 2-1/4" H

Pawn    Rook    Knight    Bishop    Queen    King

JACK DANIEL'S
LYNCHBURG CHESS SET

32 Hand-Sculpted Pieces
Wooden Board with Storage Compartment

LYNCHBURG CHESS SET

JACK DANIEL'S

SET OF 100 CLAY POKER CHIPS

Our Jack Daniel's® Chess and Poker Sets come with gift boxes featuring full-color photography and descriptive text.

The gift boxes reinforce the Jack Daniel's® brand, make great shelf and point of purchase displays, and of course, help to protect the product inside.

2

JDPI000619

**GAMES**



**8525 Clay Poker Chips (100) w/Acrylic Case**
8-1/4" W x 3-1/4" D x 2-1/2" H

**8003 Playing Cards**
2-1/4" x 3/4" x 3-1/2"

# WOODEN BARREL PUZZLE

This wooden puzzle is in the shape of a whiskey barrel. Puzzle opens up to reveal a wooden bottle of Jack Daniel's® Tennessee Whiskey. Makes a great display item and conversation piece.

**8730 Wooden Barrel Puzzle**
3" W x 5-1/8" H

3

JDPI000620



## LEATHER/LEATHERETTE FLASKS

5545 Stainless Steel
Ribbed Cover Flask.
3-1/4" H • 4 oz

5546 Stainless Steel
Ribbed Cover Flask.
5-1/2" H • 6 oz

5550 Stainless Steel
Leather Cover Flask
5-1/4" H • 6 oz

5547 Leather Cover Flask
3-1/4" H • 4 oz

5548 Leather Cover Flask
5-1/2" H • 6 oz

8508 Round Flask with Shot
5-1/2" H • 6 oz

5560 Stainless Steel Flask
4-1/8" H • 5 oz

5553 Leatherette w/Medallion
5-1/4" H • 6 oz

5551 Leatherette Flask
5-1/4" H • 6 oz

**NEW ITEM**

**NEW ITEM**

8468 Stainless Steel Flask w/Leather Cover
7-1/8" H • 18 oz

8465 Leather Wallet Stainless Steel Flask
6-1/4" H • 3 oz

8476 Black Leather Travel Flask & 2 Cup Set
6" H • 8 oz / 1.5 oz

5542 Stainless/Leatherette Flask
5-1/2" H • 6 oz

8466 Stainless/Vinyl Golf Flask
6" H • 7 oz

8469 Leather Flask contains
our 5570 Stainless Steel Flask

8469 Stainless/Leather Flask
3-3/4" H • 4 oz

5541 Stainless/Leather Flask
5-1/4" H • 6 oz

4

JDPI000621

**STAINLESS STEEL FLASKS**



**8495 Barrel Flask**
5-1/4" H • 6 oz



**5535 Embossed Cameo Barrel Flask**
5-1/4" H • 6 oz



**8520 Embossed Barrel Flask**
4" H • 4 oz



**8509 Embossed Logo Flask**
4" H • 3 oz



**8708 Stainless Steel Cocktail Shaker**
8" H

**NEW ITEM**



**5558 Stainless Steel Flask**
xxxx" H • xxxx oz



**5532 Stainless Steel Flask**
4-3/4" H • 5 oz



**5531 Satin Boot Flask**
6-1/4" H • 5 oz



**5530 Stainless Steel Flask**
4-3/4" H • 5 oz



**5571 Stainless Steel Flask**
6-1/4" H • 5 oz



**8505 Satin Boot Flask**
6-1/4" H • 5 oz



**5533 Satin Boot Flask**
6-1/4" H • 5 oz



**5536 New Bottle Boot Flask**
6-1/4" H • 5 oz



**5538 Label Logo Boot Flask**
6-1/4" H • 5 oz

5

JDPI000622

**STAINLESS STEEL FLASKS**





**NEW ITEM**



**5588** Label Logo Flask
5-1/4" H • 7 oz

**5564** Mirror Finish Screened Flask
5" H • 7 oz

**5589** Label Logo Boot Flask
5-3/4" H • 5 oz

**5552** Gunmetal Finish Flask
4-1/4" H • 6 oz






MATTE FINISH

**8470** Debossed Label Logo Flask
4" H • 3 oz

**8548** Embossed Label Logo Flask
4" H • 3 oz

**8463** Matte Label Logo Flask
4-1/2" H • 6 oz

**8499** Screened Label Flask
4" H • 3.3 oz



**8917** Stainless Steel Funnel
1-1/4" H





**5570** Stainless Steel Flask
3-3/4" H • 4 oz

**5568** Stainless Steel Flask
5-3/8" H • 7 oz

**5577** Stainless Steel Flask
5-1/4" H • 6 oz

6



GIFT SETS

**8477 Flask/Case/Shot/Funnel Gift Set**
5" H • 6 oz Flask / 1 oz Shot / 3-1/2" H Case

**8501 Barrel Flask/Barrel Shot/Funnel Gift Set**
5-1/4" H • 6 oz Flask / 1 oz Shots

**8473 Flask/Shots/Funnel Gift Set**
5" H • 6 oz Flask / 1 oz Shots

**8483 Flask/Buckle Gift Set**
3-3/4" H • 4 oz

**8480 Flask/Buckle Gift Set**
3-3/4" H • 4 oz

**8472 Flask/Shots/Funnel Gift Set**
5" H • 6 oz Flask / 1 oz Shots

**8471 Flask/Shots/Funnel Gift Set**
5" H • 6 oz Flask / 1 oz Shots

**8859 Gift Set**

7

**STAINLESS STEEL SHOTS, GLASS SHOTS**



# CHASER JIGGERS

No, this unusual glass is not a sand timer or egg-cup. The most popular story of its origin comes from the Jack Daniel Distillery in Lynchburg, Tennessee. There, a traveling salesman wagered with Mr. Jack Daniel that he could make whiskey stand on water. Jack Daniel accepted the challenge, and offered a bottle of his prized Tennessee Whiskey if the salesman could prove his point. The salesman then displayed this unusual glass, filled the bottom chamber with water and the top with whiskey, and won the bet. According to the legend, Jack Daniel was so impressed that he bought the glass and named it the "Chaser Jigger".

8310 Whiskey on Water Shot Glass
3-1/4" H • 2 oz / 5 oz

8309 Whiskey on Water Shot Glass
3" H • 1 oz / 3.5 oz











8487 1 oz Barrel Shot
1-1/2" H • 1 oz

8488 2 oz Barrel Shot
2-1/8" H • 2 oz

8538 2 oz Deep-Etched Barrel Shot
2-1/8" H • 2 oz

8539 2 oz Deep-Etched Barrel Shot
2-1/8" H • 2 oz

8489 Barrel Double-Jigger (2-sided design)
3-5/8" H • 1 oz / 2 oz









8462 4 Shot Travel Set
1-1/2" H • 1 oz

8492 Double-Jigger (2-sided design)
2-3/4" H • 1 oz / 1.50- oz

5549 Double-Jigger (2-sided design)
3-1/2" H • 2 oz / 1 oz

8474 Matte Stainless Shot
2-1/2" H • 2 oz











8535 Black Glass Shot
2-3/4" H • 1.5 oz

5599 Shot Glass
2-3/4" H • 1 oz

6109 Cartouche Shot Glass
2-3/4" H • 1 oz

6111 Old No. 7 Shot Glass
2-3/4" H • 1 oz

6866 Shot Glass w/Pewter Medallion
2-1/4" H • 1 oz

8



GOLF, MIXING GLASSES, CASED GLASS, SWIZZLE STICKS, GIFT SETS

8514 Shot Glass/Golf Ball Set
2-3/4" H • 1 oz

8513 Stainless/Leather Golf Flask
w/ (2) 8516 Golf Balls
6" H • 6 oz

8516 Set of 2 Callaway Warbird
Golf Balls w/ Jack Daniel's® Logo

JACK DANIEL'S
TALL GLASS GIFT SET
Includes
20 oz. Pint Glass, Rubber Coaster
and Collectible Tin

5283 20 oz Mixing Glass & Coaster Gift Set

5282 20 oz Mixing Glass Only
6-3/4" H

8547 Set of 4 Stainless Steel Swizzle Sticks
6-3/4" H

8542    8543    8544         8545    8546
Bug     Barrel   Cartouche    Label    Bottle

[Swizzle Sticks are decorated on both sides]

8503 Logo Mixing Glass
5-3/4" H • 16 oz

5281 Jack Lives Here Mixing Glass
5-3/4" H • 16 oz

# CASED GLASS

These shots, double old fashioneds and mixing glasses are
made with a clear layer of glass with another layer of black
glass applied on top. The Jack Daniel's® logos are then cut
away from the black layer, revealing the clear glass below,
creating a unique etched effect.

8715 Barrel Shot
2-1/2" H • 3 oz

8719 Mixing Glass
5-3/8" H • 11 oz

8718 DOF
3-1/2" H • 9 oz

8720 Shot Glass
2-3/4" H • 4 oz

8720        8718        8719

8715

9

JDPI000626

## GLASSWARE

     

**5245 Medallion Shot**
2-1/2" H • 2.7 oz

**5233 Logo Shot**
2-1/4" H • 1.7 oz

**5231 Cameo Shot**
2-1/2" H • 2.7 oz

**5234 Label Shot**
2-1/4" H • 2.5 oz

**5232 Jack Lives Here Shot**
2-1/4" H • 1.35 oz

**5230 Set of 4 Assorted Shot Glasses**

    

**5246 Medallion DOF**
4" H • 14 oz

**5238 Logo DOF**
4" H • 14 oz

**5236 Cameo DOF**
4" H • 14 oz

**5239 Label DOF**
4" H • 14 oz

**5237 Jack Lives Here DOF**
4" H • 14 oz

## NEW, TALL ROCKS GLASSES

      

**5248 Medallion Tall Rocks**
6-1/8" H • 16 oz

**5293 Logo Tall Rocks**
6-1/8" H • 16 oz

**5291 Cameo Tall Rocks**
6-1/8" H • 16 oz

**5294 Label Tall Rocks**
6-1/8" H • 16 oz

**5292 Jack Lives Here Tall Rocks**
6-1/8" H • 16 oz

**5235 Set of 4 Assorted DOF Glasses**
4" H • 14 oz

    

**5247 Medallion Decanter**
7-3/4" H • 0.70L

**5275 Logo Decanter**
7-3/4" H • 0.70L

**5273 Cameo Decanter**
7-3/4" H • 0.70L

**5276 Label Logo Decanter**
7-3/4" H • 0.70L

**5274 Jack Lives Here Decanter**
7-3/4" H • 0.70L

10



GLASSWARE, BARWARE, CARRY CASES

5296 Set of 3 Jack Daniel's® Shot Glasses
2-3/4" H • 1 oz

5596 Shot Glass
2-3/4" H • 1 oz

8740 Glass Barrel Shot
3" H • 2.7 oz

5599 Shot Glass
2-3/4" H • 1 oz

5297 Shot Glass
2-3/4" H • 1 oz

5299 Shot Glass
2-3/4" H • 1 oz

5255 Tennessee Honey Shot Glass
2-3/4" H • 1 oz

5256 Tennessee Honey Shooter
4-1/4" H • 2.2 oz

8512 Jack Daniel's® Bar Towel
11-3/8" H x 22" W

5258 Tennessee Honey DOF
3-3/4" H • 12 oz

5257 Tennessee Honey Mixing Glass
5-1/2" H • 14 oz

NEW ITEMS

5263 Black/White DOF (Individual)
3-5/8" H • 8 oz

5264 Set of 2 Black/White DOF
3-5/8" H • 8 oz

5259 Tennessee Honey Shot
2-3/4" H • 2 oz

NEW ITEM

8464 All-Purpose Carry Case
3-1/2" H

8461 Label Logo Carry Case
3-1/2" H

8485 0.7mm Gauge Stainless Steel Carry Case
4" W x 3/4" H x 2-3/4" D

6554 Logo Coffee Mug
4" H • 12 oz

11

JDPI000628

## TIN SIGNS, MIRRORS AND FRAMES



5183 "Vintage Bottle" Tin Sign
15-1/2" W.



5182 "Old Time Whiskey" Tin Sign
15-1/2" H.



5184 "Weathered Label" Tin Sign
15-1/2" H.



5199 "Label" Tin Sign
15-1/2" H.



5153 "Bottle" Mirror
7-7/8" x 11-3/4"



5155 "Label" Mirror
7-7/8" x 11-3/4"



5157 "Weathered Label" Mirror
7-7/8" x 11-3/4"



Each mirror and frame comes in a protective gift box/displayer that is branded with the Jack Daniel's© logo and graphics.



5148 "Label" Frame
7-1/16" x 9-1/2"



5154 "Label" Mirror
7-7/8" x 11-3/4"



5158 "Cameo" Mirror
7-7/8" x 11-3/4"



5156 "Jack Lives Here" Mirror
11-3/4" x 7-7/8"



5145 "Label" Frame
7-1/16" x 9-1/2"



5146 "Jack Lives Here" Frame
9-1/2" x 7-1/16"



5147 "Label" Frame
9-1/2" x 7-1/16"

# M. Cornell Importers, Inc.

To order, call Customer Service: (651) 633-8690 or go online: www.cornellgifts.com
1462 18th Street NW • St. Paul, MN 55112 Fax: (651) 636-3568 • info@cornellgifts.com
© 2015 M. Cornell Importers, Inc. All Rights Reserved. No portion of this catalog may be reproduced without the written permission of M. Cornell Importers, Inc.
Jack Daniel's® and OLD NO. 7 are registered trademarks used under license to M. Cornell Importers, Inc. © 2015 Jack Daniel's® All Rights Reserved

JDPI000629