CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 153

DATE: ____________ IDEN.

DATE: 10-3-17 EVID.

BY: ____________
Deputy Clerk



JACK DANIEL'S®
Old No.7 BRAND
PEAVEY®
Officially Licensed Musical
Instruments and Accessories

JDPI000630



PEAVEY
OFFICIALLY LICENSED PRODUCTS
JACK DANIEL'S
Jack Daniel's® Lynchburg Premium Phosphor Bronze Acoustic Guitar Strings.
Available in 10s, 11s and 12s.
Jack Daniel's®
JD-AG 3™

JDPI000631



OFFICIALLY LICENSED PRODUCTS
JACK DANIEL'S
Jack Daniel's® Acousitc Guitars
The name says it all. Few brands have the universal appeal of Jack Daniels. From it's Lynchburg, Tennessee beginnings over 138 years ago, Jack Daniels has become a pop culture institution, spanning generations and the globe.
Jack Daniel's® JD-AG 1™
00578970
25.5" scale, 20 frets
Spruce top
Traditional X-bracing
Mahogany back, neck & sides
Rosewood fretboard
Sealed die-cast tuners
Compensated bridge saddles
Jack Daniel's® filigree on rosette
Chrome hardware
Black gloss finish
Jack Daniel's® JD-AG 2™
00580800
25.5" scale, 20 frets
Spruce top
Traditional X-bracing
Mahogany back, neck & sides
Rosewood fretboard
Sealed die-cast tuners
Compensated bridge saddles
Jack Daniel's® filigree on rosette
Chrome hardware
Black gloss finish
Jack Daniel's® JD-AG 3™
00592700
25.5" scale, 20 frets
Spruce top
Traditional X-bracing
Mahogany back, neck & sides
Rosewood fretboard
Sealed die-cast tuners
Compensated bridge saddles
Jack Daniel's® filigree on rosette
Chrome hardware
Black gloss finish
Jack Daniel's® Ukulele 03016270
24" length, 14 frets; spruce plywood top; sapele ply sides & back; Northeast birch neck; rosewood fingerboard; rosewood bridge; button machine head; white, Italian-made Aquila strings; concert parlor body shape.
Jack Daniel's Reminds You To Drink Responsibly

JDPI000632



PEAVEY
OFFICIALLY LICENSED PRODUCTS
JACK DANIEL'S
Jack Daniel's®
Strings and
Picks
Jack Daniel's® Tennessee
Premium Nickel Wound Electric
Guitar Strings.
Available in 9s and 10s.
Jack Daniel's® Guitar Picks
Assorted Jack Daniel's® logo designs in a
variety of gauges and finishes.
00579580 TH 351 JACK DANIEL'S® CLAM WHITE PEARL
00579590 MD 351 JACK DANIEL'S CLAM WHITE PEARL
00579600 HV 351 JACK DANIEL'S CLAM WHITE PEARL
00580140 TH 351 JACK DANIEL'S CLAM BLACK PEARL
00580150 MD 351 JACK DANIEL'S CLAM BLACK PEARL
00580160 HV 351 JACK DANIEL'S CLAM BLACK PEARL
00580470 TH3 51 JACK DANIELS CLAM BLACK MATTE
00580480 MD 351 JACK DANIELS CLAM BLACK MATTE
00580490 HV 351 JACK DANIELS CLAM BLACK MATTE
00579610 JACK DANIEL'S PICK KIT
00579620 JACK DANIEL'S 72PC REFILL
Jack Daniel's®
EXP in Whiskey

JDPI000633



Peavey
OFFICIALLY LICENSED PRODUCTS
JACK DANIEL'S
Jack Daniel's® Electric Guitars
EXP SPECS
03020990 Whiskey
03021000 Charcoal
6-string guitar with 24.75" scale
Set-neck body construction
22 frets
Solid mahogany neck and ebony fretboard with Jack Daniel's® inlay
Two master volumes and one tone control configuration
Two high output, vintage Peavey USA design humbuckers with chrome covers
All-chrome hardware
Standard stop tailpiece
Stamped Old No.7® chrome knobs
Premium machine heads
Available in whiskey and charcoal
EX SPECS
00578930
6-string guitar with 24.75" scale
Set-neck body construction
22 frets
Solid mahogany neck and rosewood fretboard with block inlays
Two master volumes and one tone control configuration
Two high output, vintage Peavey USA design humbuckers with chrome covers
All-chrome hardware
Standard stop tailpiece
Stamped Old No.7® chrome knobs
Premium machine heads
Jack Daniel's® EXP in Whiskey
Jack Daniel's® EXP in Charcoal
Jack Daniel's® EX in Charcoal
Jack Daniel's Reminds You To Drink Responsibly

JDPI000634

Peavey
OFFICIALLY LICENSED PRODUCTS
Jack Daniel's
Jack Daniel's® Guitar Straps
Assorted Jack Daniel's® logo straps in a variety of colors and materials.
00565400
Jack Daniel's
Black Pin
Strip Strap
03000520
Jack Daniel's
Barrel Stave
Black Strap
03000490
Jack Daniel's
White Oak
Filigree Strap
00565410
Jack Daniel's
Brown Pin
Strip Strap
00579670
Black and
00579880
Brown
Tennessee
Guitar Straps
03000470
Jack Daniel's
Old NO7 Black
Leather Strap
03000480
Jack Daniel's
Barrelhouse
Strap
03000510
Jack Daniel's
Barrel Stave
Tan Strap
03000500
Jack Daniel's
Square
Shooters Strap
Jack Daniel's Reminds You To Drink Responsibly

OFFICIALLY LICENSED PRODUCTS
JACK DANIEL'S
JACK DANIEL'S® DRUMSTICKS
03015520 Jack Daniel's Signature 7A Hickory Drumsticks
03001420 Jack Daniel's Signature 5A Hickory Drumsticks
03001430 Jack Daniel's Signature 5B Hickory Drumsticks
03015510 Jack Daniel's Signature 7A Maple Drumsticks
03015500 Jack Daniel's Signature 5A Maple Drumsticks
03001440 Jack Daniel's Signature 5B Maple Drumsticks
03015580 Jack Daniel's OLD NO. 7 7A Hickory Drumsticks
03001450 Jack Daniel's OLD NO. 7 5A Hickory Drumsticks
03001460 Jack Daniel's OLD NO. 7 5B Hickory Drumsticks
03015570 Jack Daniel's OLD NO. 7 7A Maple Drumsticks
03015560 Jack Daniel's OLD NO. 7 5A Maple Drumsticks
03001470 Jack Daniel's OLD NO. 7 5B Maple Drumsticks
03015550 Jack Daniel's Filigree 7A Hickory Drumsticks
03001480 Jack Daniel's Filigree 5A Hickory Drumsticks
03001490 Jack Daniel's Filigree 5B Hickory Drumsticks
03015540 Jack Daniel's Filigree 7A Maple Drumsticks
03015530 Jack Daniel's Filigree 5A Maple Drumsticks
03001500 Jack Daniel's Filigree 5B Maple Drumsticks
JACK DANIEL'S® DRUMSTICK PENS
03016050 JACK DANIEL'S OLD NO.7 DRUMSTICK PEN
03016060 JACK DANIEL'S FILIGREE DRUMSTICK PEN
Jack Daniel's Reminds You To Drink Responsibly

 OFFICIALLY LICENSED PRODUCTS

## JACK DANIEL'S® BTS 2.2 BLUETOOTH SPEAKER

Take your music with you and get world-class sound wherever you go! The battery-powered Jack Daniel's® BTS 2.2 will play music from a USB drive, SD card, Aux source or Bluetooth for true wireless sound reproduction. Small enough to fit practically anywhere and weighing under 1 lb., the BTS 2.2 gives you more than eight hours of continuous music on a single charge, with clear, true Peavey sound.

**Specifications**
Bluetooth Version: V2.1 + EDR (backward compatible)
Frequency Band: 2400 – 2483.5 MHz
Working Range: 10 Meters (33 Feet)
Charging Input
Voltage: 5V DC
Bluetooth Profiles: A2DP, HSP, HFP, AVRCP
Internal Battery: 3.7 Volt Rechargeable Lithium
Input: 3.5 mm Aux-In Jack
Output: 3.5 mm Headphone Jack
Rated Power: 2W x 2 Drivers

Size: 7.165" x 2.283" x 1.3"
Weight: 10.47 oz.
Audio Playback
Format: MP3 / WMA
Storage Capacity: USB and SD/TF Card <32GB
Speaker: Magnetically Shielded D40mm (4 ohms) / 2
Battery Charge Time: 3.5 Hours
Play Time: 8.5 Hours
Battery
Voltage/Capacity: 850 mAh
Device ID: PY-11BT

03019890 Jack Daniel's® BTS 2.2

*Jack Daniel's Reminds You To Drink Responsibly*

**Peavey Electronics Corporation • 5022 Hartley Peavey Drive • Meridian, MS 39305**
**Phone: (601) 483-5365 • Fax: (601) 486-1278 • www.peavey.com • Printed in the U.S.A.**

*Features and specifications are subject to change without notice.*