CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 154
DATE: _____ IDEN.
DATE: _____10-3-17_____ EVID
BY: _____
        Deputy Clerk



2014 New Items Accessory Catalog

JACK DANIEL'S & OLD NO. 7 are registered trademarks. ©2014 Jack Daniel's. All Rights Reserved.



# MADE IN THE USA
## Buckle Collection

5051JD - $15.00

5052JD - $15.00

5053JD - $15.00

5054JD - $15.00

5055JD - $15.00

Buckles Measure 4" x 3" and Fit a 1 1/2" Belt.

Phone: 1-800-533-5256  •  Fax: 1-800-451-8144

Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley.
© & ® 2014 Jack Daniel's, All Rights Reserved. Drink Responsibly.

Rogers-Whitley

2

JDPI000639



JDPI000640

# Buckle Collection

Measure 4" x 3" and Fit a 1 1/2" Belt.





5056JD - $12.50

5032JD - $12.50

# Wallet Collection





### Signature Label
Collection

4061JD - Billfold * 3061JD - Trifold
$20.00

### Lynchburg Lore
Collection

4071JD - Billfold * 3071JD - Trifold
$20.00

Rogers-Whitley

**Phone: 1-800-533-5256   •   Fax: 1-800-451-8144**
Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley.
© & ® 2014 Jack Daniel's, All Rights Reserved. Drink Responsibly.

4

JDPI000641



# Belt Collection

**Sizes: 32" - 44"**



**1731JD - $22.50**
1 1/2" Full-grain leather, contemporary pattern embossed, silver leafed. Jack Daniel's roller buckle.



**1742JD - $22.50**
1 1/2" Full-grain leather, traditional pattern embossed. Jack Daniel's roller buckle.



**1661JD - $22.50**
1 1/2" Full-grain leather, vintage cameo screenprint with straight logo. Jack Daniel's roller buckle.



**1672JD - $22.50**
1 1/2" Full-grain leather, vintage cameo screenprint with swing cartouche logo. Jack Daniel's roller buckle.



**1651JD - $22.50**
1 1/2" Full-grain leather, vintage barrel screenprint with swing bug logo. Jack Daniel's roller buckle.



**1701JD - $22.50**
1 1/2" Full-grain leather, embossed basketweave with bug logos. Jack Daniel's roller buckle.

Phone: 1-800-533-5256  •  Fax: 1-800-451-8144
Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley.
© & ® 2014 Jack Daniel's, All Rights Reserved. Drink Responsibly.

Rogers-Whitley

JDPI000642

# Belt Collection

**Sizes: 32" - 44"**




**1361JD - $35.00**
1 1/2" Full-grain leather, embroidered swing logo overlays with leather edge lacing. Jack Daniel's western buckle.

**1691JD - $25.00**
1 1/2" Full-grain leather, embroidered filigree design on the hips. Jack Daniel's roller buckle.



**1751JD - $20.00**
1 1/2" Black full-grain leather, ranger belt with embossed straight logos on the tips. Jack Daniel's buckle.

**1752JD - $20.00**
1 1/2" Brown full-grain leather, ranger belt with embossed straight logos on the tips. Jack Daniel's buckle.

## Rogers-Whitley

**Belts, Wallets, Buckles & Gifts**

Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley.
© & ® 2014 Jack Daniel's, All Rights Reserved. Drink Responsibly.

**Ordering:** Minimum order 6 pieces. Please contact customer service or your sales rep.

**Shipping:** Please allow 7-10 Business days. FOB Austin, TX.

**Returns:** Customer service or sales rep must authorize returns. Call for authorization.
Rogers-Whitley, 4100 Caven Rd. , Austin, TX 78744

**Terms:** Net 30 on approved credit. New customers require credit history and industry references.
Visa, Master Card, American Express accepted.

**Phone:** 1-800-533-5256  •  **Fax:** 1-800-451-8144

**Email:** customerservice@rogers-whitley.com

**6**

JDPI000643