CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 156
DATE: _____ IDEN.
DATE: _____10-3-17____ EVID.
BY: _____
     Deputy Clerk

 # Buckle Collection 



**5060JD** - Made In USA
WHSLE: $15.00   |   Retail: $29.99



**5061JD** - Made In USA
WHSLE: $15.00   |   Retail: $29.99



**5066JD**
WHSLE: $12.50   |   Retail: $24.99



**5065JD**
WHSLE: $12.50 |   Retail: $24.99



**5064JD**
WHSLE: $12.50   |   Retail: $24.99

Rogers-Whitley
Phone: 1-800-533-5256
Fax: 1-800-451-8144

**2015**

Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley. © & ® 2015, Jack Daniel's, All Rights Reserved.
**Drink Responsibly.**

1

JDPI000645

 

# Gift Collection



**5157JD**
10"x 12" JD Bottle Logo
Mirror
WHSLE: $13.50   |   Retail: $26.99



**5191JD**
Vintage Wheat Logo
Shot Glass
WHSLE: $4.50   |   Retail: $8.99



**5193JD**
Goldmedals Vintage Logo
Shot Glass
WHSLE: $4.50   |   Retail: $8.99



**5242JD**
Vintage Logo
Shot Glass
WHSLE: $4.50   |   Retail: $8.99



**5598JD**
Vintage Logo
Shot Glass
WHSLE: $4.50   |   Retail: $8.99



**5276JD**
Bottle Logo
Decantur
WHSLE: $22.50   |   Retail: $44.99



Phone: 1-800-533-5256
Fax: 1-800-451-8144

**2015**

Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley. © & ® 2015, Jack Daniel's, All Rights Reserved.
**Drink Responsibly.**

2

JDPI000646

 

# Gift Collection



**8304JD**
Vintage Logo Mini Mug
Shot Glass
WHSLE: $5.00  |  Retail: $9.99

**8474JD**
JD Bug Logo
Metal Shot Glass
WHSLE: $5.40  |  Retail: $10.99

**5549JD**
JD Logo Double Jigger
WHSLE: $6.50  |  Retail: $12.99







**8489JD**
JD Logo Barrel
Double Jigger
WHSLE: $8.50  |  Retail: $16.99

**8482JD**
Buckle/Flask Gift Set
WHSLE: $22.50  |  Retail: $44.99



Rogers-Whitley
Phone: 1-800-533-5256
Fax: 1-800-451-8144

**2015**

Jack Daniel's and Old No. 7 are registered trademarks use under license
by Rogers-Whitley. © & ® 2015, Jack Daniel's, All Rights Reserved.
**Drink Responsibly.**

3

JDPI000647

 

# Gift Collection



**8494JD**
Vintage JD Wing Logo Flask
WHSLE: $18.00  |  Retail: $35.99



**8554JD**
JD Bug Logo
Coffee Mug
WHSLE: $6.00  |  Retail: $11.99



**8535JD**
JD Bug Logo
Shot Glass
WHSLE: $4.50  |  Retail: $8.99



**8525JD**
JD Label Pocker Chip Set
WHSLE: $22.50  |  Retail: $44.99

Rogers-Whitley
Phone: 1-800-533-5256
Fax: 1-800-451-8144
2015
Jack Daniel's and Old No. 7 are registered trademarks use under license by Rogers-Whitley. © & ® 2015, Jack Daniel's, All Rights Reserved. Drink Responsibly.

4

JDPI000648