CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 157
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk

## Jack Daniels Look Book 2/2015

   

   

   

   

10/19/2017 Ex. 157 - JDPI0649 JD Look Book 2.2015 (lighters)
Created 2/13/15

## Jack Daniels Look Book 2/2015

   

   

   

   

## Jack Daniels Look Book 2/2015

   

   

   

   

10/19/2017 Ex. 157 - JDPI0649 JD Look Book 2.2015 (lighters)
Created 2/13/15

## Jack Daniels Look Book 2/2015

   

   

   

  

10/19/2017 Ex. 157 - JDPI0649 JD Look Book 2.2015 (lighters)
Created 2/13/15

## Jack Daniels Look Book 2/2015

   

   

   

