CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 170
DATE: _____ IDEN.
DATE: _____ EVID.
BY: _____
       Deputy Clerk



## POPULAR


**Maker's Mark Whisky Ice Balls Tray**
SALE $13.95
$11.95


**Corona Extra Tailgate Set**
$29.95


**Michelob Ultra Slim Can Koozie Set**
$19.95


**Jack Daniels Saloon T Shirt**
$21.95


**Budweiser US Flag Board Shorts**
$29.95

VIEW ALL POPULAR PRODUCTS ▸


EXHIBIT 64
Sacra
4-23-15 GR

## NEW







| Corona Extra Floral Bikini Set | Corona Extra Tied Bikini Set | Corona Extra Dual Color String Bikini Set | Corona Extra Strapless Bikini Set | Corona Extra Navy String Bikini Set |
|---|---|---|---|---|
| $39.95 | $39.95 | $39.95 | $39.95 | $39.95 |

**VIEW ALL NEW PRODUCTS ▸**

## Beer Shirts & Merchandise

Fans of beer & liquor brands around the world rejoice - both men & women alike. We've got the best selection of officially licensed beer merchandise featuring your favorite brands. So go loud, be proud of your drink.



## Why Boozin' Gear?

✓ Easy Return!    ✓ 99% of orders ship within 1 day
✓ FREE Shipping    ✓ We ship internationally

> *I really appreciate your extra effort in getting this Budweiser shirt shipped the same day ... so late in the day... it had to be there for Father's day or else i'd be worthy of a line from "Sh*t my dad says".*
>
> ★★★★★   - Sam A., Boston, MA.

**LIKE US**

g+1 +20

**PRIVACY GUARANTEED**


McAfee SECURE — CLICK TO VERIFY

**Sign Up To Receive** Monthly Give-a-ways, New Product Announcements, and Private Member-only Sales

[ add me to the cool people list ]   **SUBSCRIBE ▸**

### Helpful Links
» Site Map
» Advanced Search
» Search Terms
» Contact Us

### About Boozin' Gear



» Our Story
» Social Responsibility
» Press / Media Inquiries
» Our Blog
» Follow us on Twitter

g+1 +20

### Customer Service
Putting "service" back in customer service

### Privacy & Security
We don't share nuttin' wit nobody

### 100% Satisfaction Guarantee
Don't Like it? Send it back!

     

© 2004-2015 Boozin' Gear, Inc.



| | 888-BOOZIN1 | | |
|---|---|---|---|
| FREE SHIPPING on orders over $50 to the USA | Customer Service \| My Account \| Log In | Shopping Cart (0) $0.00 | view |

**Drinks** | **Clothing** | **Bar & Accessories** | **Occasions** | Find your gear [SEARCH]

Home / Jack Daniel's

# Jack Daniel's Shirts and Merchandise

**NARROW RESULTS:**   53 Item(s)                                  Show All ▼ per page

### Drink
Jack Daniels (51)

Sort by: Position | Name | Price | Newest ↓

### Product Type
Accessory (1)
Bar Table (2)
Bar Light (2)
Bar Mirror (3)
Bar Stool (3)
Beanie (1)
Clock (2)
Hat (13)
Shirt (23)
Sweatshirt (2)

### Price
$0.00 - $100.00 (45)
$100.00 - $200.00 (3)
$200.00 - $300.00 (1)
$300.00 - $400.00 (2)
$500.00 - $600.00 (1)
$700.00 - $800.00 (1)

### Size
S (8)
S/M (2)
M (16)
L (16)
L/XL (2)
XL (16)
XXL (9)
XXXL (4)
XXXXL (2)

### Fabric Color
Army (1)
Black (25)

POPULAR


Jack Daniels Saloon T Shirt
$21.95


Jack Daniel's Triple Bottle T Shirt
$21.95


Jack Daniel's Made In US T Shirt
$26.95


Jack Daniel's Bug Logo Distressed Tan T Shirt
$21.95


Jack Daniel's Grey Bottle T Shirt
$21.95


Jack Daniel's Jack Lives Here T Shirt
$21.95


Jack Daniel's Saloon Logo Charcoal T Shirt
$21.95


Jack Daniel's Lynchburg T Shirt
$21.95


Jack Daniel's Old No 7 Barrels T Shirt
$21.95


Jack Daniel's Saloon Logo Tank Top
$23.95


Jack Daniel's Old No 7 Polo Shirt
$34.95


Jack Daniel's Layers Babydoll Shirt
$27.95

Blue (1)
Brown (1)
Charcoal (2)
Grey (1)
Tan (2)
White (6)

**Shirt Type**

Babydoll Tee (4)
Long Sleeve T-Shirt (3)
Polo Shirt (1)
T-Shirt (13)
Tank Top (6)

**Theme**

Licensed (36)
Retro (1)

**Hat Type**

Baseball Cap (9)


Jack Daniel's White Burnout Women's Babydoll Shirt
$29.95


Jack Daniel's Lynchburg, TN Scoop-Neck Women's Shirt
$24.95


Jack Daniels Saloon Logo Women's Tank Top
$23.95


Jack Daniel's Womens Camisole Top
$26.95


Jack Daniel's White Logo Women's Tank Top
$23.95


Jack Daniel's Logo Burnout Women's Tank Top
$29.95


Jack Daniel's White Burnout Women's Tank Top
$24.95

POPULAR

Jack Daniel's Reverse Stitch Saloon Hat
$19.95


Jack Daniel's Full Saloon Logo Hat
$23.95


Jack Daniel's Old No. 7 Side Stamp Hat
$19.95


Jack Daniel's Bug Logo Wool Baseball Hat
$25.95


Jack Daniel's Tower Logo Hat
$23.95


Jack Daniel's Dual Striped Hat
$25.95


Jack Daniel's Hot White Contrast Hat
$25.95


Jack Daniel's Blue Denim Hat
$19.95

ON SALE

Jack Daniel's Sheep Lined Brown Hat
SALE $19.95
$14.95


Jack Daniel's White


Jack Daniel's Buckled


Jack Daniel's Brimmed


Jack Daniel's Winter

| Straw Patch Hat $23.95 | Logo Tan Hat $23.95 | Beanie $21.95 | Camouflage Hat $18.95 |

   

Jack Daniel's Bars Long Sleeve T Shirt
$24.95

Jack Daniel's Saloon Logo Long Sleeve T Shirt
$24.95

Jack Daniel's Bug Logo Women's Long Sleeve Shirt
$37.95

Jack Daniel's Old No. 7 Arch Sweatshirt
$49.95

   

Jack Daniel's Saloon Logo Hooded Sweatshirt
$49.95

Jack Daniel's Whiskey Bottle Rocks Glasses
$44.95

Jack Daniel's Finish Line Zippo
$39.95

Jack Daniel's 3D Bottle Wall Art
$59.95

   

Jack Daniel's Desktop Neon Clock
$99.95

Jack Daniels Old No. 7 Neon Clock
$99.95

Jack Daniel's Old No. 7 Rotating Pub Light
$289.95

Jack Daniels Bar Mirror Set
$99.95

   

Jack Daniels Bar Mirror : Pewter Hooks
$159.95

Jack Daniel's Saloon Logo Bar Stool
$119.95

Jack Daniels Bar Stool w/ Back
$179.95

Jack Daniel's Wooden Bar Stool
$349.95



**Jack Daniels Saloon Table**
$329.95



**Jack Daniel's Wood Saloon Table**
$799.95



**Jack Daniel's Billiards Light Fixture**
$549.95



**Jack Daniel's Saloon Logo Women's Babydoll Shirt**
$29.95



**Jack Daniel's Black No 7 Logo Hat**
$17.95

53 Item(s)      Show All ▼ per page

Sort by: Position | Name | Price | Newest | ↓

**Sign Up To Receive** Monthly Give-a-ways, New Product Announcements, and Private Member-only Sales

add me to the cool people list    [SUBSCRIBE ›]

### Helpful Links
» Site Map
» Advanced Search
» Search Terms
» Contact Us

### About Boozin' Gear

» Our Story
» Social Responsibility
» Press / Media Inquiries
» Our Blog
» Follow us on Twitter
g+1 +20

### Customer Service
Putting "service" back in customer service

### Privacy & Security
We don't share nuttin' wit nobody

### 100% Satisfaction Guarantee
Don't Like it? Send it back!

     

© 2004-2015 Boozin' Gear, Inc.




Deers Bite Beer Squeak Dog Toy
$13.95


Blue Cats Trippin Beer Squeak Dog Toy
$13.95


Pissness Dark Lager Squeak Dog Toy
$13.95


Smella R-Crotch Beer Squeak Dog Toy
$13.95


Lickate Beer Squeak Dog Toy
$13.95


Pawschitngo Beer Squeak Dog Toy
$13.95


Meow Chased One Champain Squeak Dog Toy
$13.95


Skinny Dog Marggggrita Dog Toy : Plush Squeaker
$13.95


Dog Julio Tequila Bottle Dog Toy : Plush Squeaker
$13.95


Barkardi Rum Bottle Dog Toy : Plush Squeaker
$13.95


Grey Dogs Vodka Bottle Dog Toy : Plush Squeaker
$13.95


Grrrobert Slobbery Pinot Noir Squeak Dog Toy
$13.95


Drools Beer Squeak Dog Toy
$13.95

25 Item(s)

Show All ▼ per page

Sort by: Position | Name | Price | Newest ↓

**Sign Up To Receive** Monthly Give-a-ways, New Product Announcements, and Private Member-only Sales    add me to the cool people list    SUBSCRIBE ▸



© 2004-2015 Boozin' Gear, Inc.



## Helpful Links
» Site Map
» Advanced Search
» Search Terms
» Contact Us

## About Boozin' Gear

» Our Story
» Social Responsibility
» Press / Media Inquiries
» Our Blog
» Follow us on Twitter
 +20

## Customer Service
Putting "service" back in customer service

## Privacy & Security
We don't share nuttin' wit nobody

## 100% Satisfaction Guarantee
Don't Like it? Send it back!








© 2004-2015 Boozin' Gear, Inc.