CASE NO. 2:14-cv-02057

VIP Products L.L.C.

VS. Jack Daniel's Properties, Inc.

DEFENDANT'S EXHIBIT 171

DATE: _____ IDEN.

DATE: _____ EVID.

BY: _____
      Deputy Clerk





## Visit Our Featured Brands:

     

## Beer and Liquor T Shirts:



Jack Daniels Old No. 7 Label Women's Ribbed Tank Top
**$21.99**
Rating: ★★★★★



Jack Daniel's Old No. 7 Label Black Men's Tshirt
**$21.99**
Rating: ★★★★★



Jack Daniel's Old No. 7 Label Women's V-Neck Tshirt
**$26.99**
Rating: ★★★★★



Budweiser Classic Logo Red T Shirt
**$19.99**
Rating: ★★★★★



Corona Extra Women's Bottle Logo Tank Top
**$19.99**



EXHIBIT 65
Sacra
4-23-15 GR


Budweiser Big Bud Label Shirt - White
$19.99


Miller Lite Women's Beach Cover Up
$14.99


Miller Lite Basic Beer Logo T Shirt - Heather Blue
$19.99


Corona Extra Label Design Juniors Graphic Tube Top
$19.99


Jack Daniel's Old No. 7 Raised Label Women's Tshirt
$26.99
Rating: ★★★★★

## BEER AND LIQUOR MERCHANDISE:


Guinness Green Shamrock Tie - Black
$24.99


Miller Lite Logo Royal Blue Rubber Wristband
$3.99


Flask Tie Hidden Flask In Black & Grey Plaid
$29.99


Arrogant Bastard Ale Belt Buckle w/ Bottle Opener
$29.99
Rating: ★★★★★


Arrogant Bastard Black Leather Devil Wallet
$24.99
Rating: ★★★★★

## NEW ITEMS: (View More)


Bad Spaniels Squeaky Liquor Bottle Dog Toy
$14.99


Coors Light As Cold As The Rockies Red T-Shirt
$19.99


Blue Cats Tripping Beer Bottle Novelty Dog Toy
$12.99


Deers Bite Novelty Beer Bottle Dog Toy
$12.99


Corona Extra Nylon Aqua Sheen Beach Umbrella
$49.99


Corona Light Heavy Duty Vinyl Patio Table Umbrella
$69.99


Kirin Beer Heavy Duty Vinyl Patio Table Umbrella
$69.99


Corona Extra Heavy Duty Vinyl Patio Table Umbrella
$69.99


Miller Lite Beer Heavy Duty Vinyl Patio Table Umbrella
$69.99


I'm The Fuckin' Birthday Girl Koozie
$4.99
Rating: ★★★★★

