CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 172
DATE: _____ IDEN.
DATE: _____ EVID.
BY: _____
Deputy Clerk








http://www.amazon.com/Silly-Sq...    1    4/17/2015

Show availability and shipping details

☑ **This item:** Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy $10.99

☑ Silly Squeakers Cataroma Beer Bottle Dog Toy, Yellow $8.95

☑ Silly Squeakers Heinie Sniff'n Beer Bottle Dog Toy, Green $10.44

## Customers Who Bought This Item Also Bought



Silly Squeakers Cataroma Beer Bottle Dog Toy, Yellow
★★★★☆ 29
$8.95 ✓Prime



Silly Squeakers Heinie Sniff'n Beer Bottle Dog Toy, Green
★★★★☆ 37
$10.44 ✓Prime



Silly Squeakers Mountain Drool Beer Bottle Dog Toy, Green
★★★★★ 17
$11.69 ✓Prime



Silly Sqeakers Kennel Relaxin Wine Bottle Dog Toy, Light Green
★★★★★ 10
$9.99 ✓Prime



Silly Squeakers Barks Beer Bottle Dog Toy, Brown
★★★★☆ 19
$10.99 ✓Prime



Silly Sqeakers Killer Bite Beer Bottle Dog Toy, Brown
★★★★☆ 14
$9.93 ✓Prime

**Customers viewing this page may be interested in these sponsored links** (What's this?)

- **Silly Squeakers** — One Stop Dog Training $4.99 Shipping On All Orders — www.leerburg.com/
- **Plastic Bottles** — View Our Complete Selection Of Plastic **Bottles** - Shop Now. — www.usplastic.com/
- **My Dog Bake Shop** — Breed Specific Homemade Dog Treats Fresh, No Preservatives, Healthy — www.mydogbakeshop.com/

See a problem with these advertisements? Let us know

## Special Offers and Product Promotions

- Your cost could be **$0.00 instead of $10.99**! Get a **$30.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Product Details

**Product Dimensions:** 3 x 10 x 3 inches

**Shipping Weight:** 3.2 ounces (View shipping rates and policies)

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B00N3X6JBU

**Item model number:** TUSS-LB-BS

**Average Customer Review:** ★★★☆☆ (4 customer reviews)

**Amazon Best Sellers Rank:** #17,904 in Pet Supplies (See Top 100 in Pet Supplies)

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Bad Spaniels - Next time you are out picking up a bottle for yourself, bring one home for the dog too. The best gift for man's best friend. Add some fun to your household with Silly Squeakers Novelty Beer Bottles. These fun squeaky toys are made of a custom blend of durable, safe rubber that will surely make them your dog's favorite toys and yours too. These soft squeaky toys come in a variety of flavors. They are a barrel of laughs. Collect all of them for your canine companion and please play responsibly. The Silly Squeaker Toys are designed to be play toys and not chew toys. The individual bottle is comparable to the size of a 12 oz. bottle.

### Customers Who Viewed This Item Also Viewed

    

| Silly Squeakers Heinie Sniff'n Beer Bottle Dog Toy, Green | Silly Squeakers Cataroma Beer Bottle Dog Toy, Yellow | Silly Sqeakers Kennel Relaxin Wine Bottle Dog Toy, Light Green | Silly Squeakers Mountain Drool Beer Bottle Dog Toy, Green | Silly Squeakers Barks Beer Bottle Dog Toy, Brown |
|---|---|---|---|---|
| ★★★★½ 37 | ★★★★½ 29 | ★★★★½ 10 | ★★★★½ 17 | ★★★★½ 19 |
| $10.44 ✓Prime | $8.95 ✓Prime | $9.99 ✓Prime | $11.69 ✓Prime | $10.99 ✓Prime |



Silly Squeakers Blue Cats Trippin Beer Bottle Dog Toy, Brown
★★★★☆ 3
$12.06 ✓Prime

### Product Ads from External Websites (What's this?)     Sponsored Content     Page 1 of 6

   

| Grrrona Beer Dog Toy | Silly Squeakers Small Tennis Balls_Skull_4 Pack | Silly Squeakers Mr. Poops Dog Toy | VIP Products Silly Squeakers Beer Bottles Dog Toy-Killer Bite -... |
|---|---|---|---|
| ★★★★★ (1) | ★☆☆☆☆ (2) | ★★★☆☆ (7) | ★★★★½ (14) |
| $10.50 | $6.99 | $7.99 | $9.99 |
| + $5.50 Est. shipping | + $4.12 Est. shipping | + $4.95 Est. shipping | + $8.75 Est. shipping |
| ☑ Doggie Diva Dog Boutique | ☑ Mark's Place of Pet Stuff | ☑ Entirely Pets | ☑ OC Supply LLC |

Ad feedback 💬

### Customer Questions & Answers

See questions and answers

★★★☆☆ (4)
3.2 out of 5 stars

| | |
|---|---|
| 5 star | ▮▮▮ |
| 4 star | |
| 3 star | |
| 2 star | ▮ |
| 1 star | ▮ |

Share your thoughts with other customers

Write a customer review

See all 4 customer reviews ›

**Most Helpful Customer Reviews**

★☆☆☆☆ **One Star**
By Colette on April 7, 2015
Verified Purchase
It stopped squeaking within three minutes and the head tore off in five minutes.

Comment | Was this review helpful to you? | Yes | No

★★★★★ **Five Stars**
By Cassandra Carstensen on April 17, 2015
Verified Purchase
My dog loves her new toy. She played with it all night and won't put it down.

Comment | Was this review helpful to you? | Yes | No

★★★★★ **Five Stars**
By Anongirl on January 17, 2015
Verified Purchase
My dog's absolutely favorite toy--- and guests always comment!

Comment | Was this review helpful to you? | Yes | No

★★☆☆☆ **Eh**
By Heather katz on February 3, 2015
Verified Purchase
Took my dog 10 minutes to bit the top off.

Comment | Was this review helpful to you? | Yes | No

See all 4 customer reviews (newest first) ›

Write a customer review



**Search Customer Reviews**

[Search] ☑ Search these reviews only

**Set up an Amazon Giveaway**

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more

 **This item:** Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy
Price: $13.99 $10.99
Ships from and sold by Amazon.com

Set up a giveaway



Pure The Bunny Plush Squeak Dog Toy, Small
★★★★½ (57)
$6.89

Add to Cart

Ad feedback

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Your Recently Viewed Items and Featured Recommendations


Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

### amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | AmazonFresh | Amazon Local |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals In Your City |
| Amazon Home Services | AmazonSupply | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Handpicked Pros Happiness Guarantee | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

http://www.amazon.com/Silly-Sq...    5    4/17/2015