CASE NO. 2:14-cv-02057
VIP Products L.L.C.
VS. Jack Daniel's Properties, Inc.
DEFENDANT'S EXHIBIT 174
DATE: _____ IDEN.
DATE: 10-3-17 EVID.
BY: _____
Deputy Clerk



**Amazon** Try Prime | All ▼ [search] | Introducing Echo Spot $129.99

Departments ▼    Your Amazon.com    Today's Deals    EN    Hello. Sign in Account & Lists ▼    Orders    Try Prime ▼    0 Cart

Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy › Customer reviews

## Customer reviews

★★★☆☆   34
3.6 out of 5 stars ▼

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇▇ | 65% |
| 4 star | | 0% |
| 3 star | ▏ | 9% |
| 2 star | ▏ | 3% |
| 1 star | ▇▇▇ | 23% |

### Silly Squeakers Liquor Bottle Bad Spa...
by **Silly Squeakers**
Style: Bad Spaniel | Change
Price: **$13.90** + Free shipping with Amazon Prime

[ Write a review ]

[ Add to Cart ]
[ Add to Wish List ]

---

**Top positive review**
See all 22 positive reviews ›

★★★★★ **Hilarious!**
By McD on December 19, 2015

I love this Silly Squeakers Liquor (Jack Daniels) bottle toy. It is a plastic squeak toy that is the exact size and shape of a Jack Daniels bottle. On the front it says "The bad spaniel / old #2 /on your Tennessee carpet." This item is a hilarious gag gift for a dog lover! It is so amusing to watch the dog carry the smaller end around in their mouth. Squeaker toy plastic is a good thickness and quality of plastic that is not easily chewed up.

Read more

**Top critical review**
See all 12 critical reviews ›

★☆☆☆☆ **Poor quality**
By Amazon Customer on March 24, 2017

Cute idea but basically consider this disposable. Not durable enough to be considered a dog toy. Mine put a hole in it within a few days.

---

**Sort by:** Top ▼

**Filter by:** Verified p... ▼   All stars ▼   All formats ▼    [Keyword]   [Search]

Showing 1-10 of 31 reviews (Verified Purchases).    See all 34 reviews

### Questions? Get fast answers from reviewers

What do you want to know about Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy?

[ Ask ]

★★★★★ **Hilarious!**
By **McD** on December 19, 2015
Style: Bad Spaniel | Verified Purchase

I love this Silly Squeakers Liquor (Jack Daniels) bottle toy. It is a plastic squeak toy that is the exact size and shape of a Jack Daniels bottle. On the front it says "The bad spaniel / old #2 /on your Tennessee carpet." This item is a hilarious gag gift for a dog lover! It is so amusing to watch the dog carry the smaller end around in their mouth. Squeaker toy plastic is a good thickness and quality of plastic that is not easily chewed up.

I took this as a gag gift to a Christmas party of some friends that are dog lovers. Everyone at the party loved it. This is really the perfect white elephant gift or gift for your four legged friend. It never fails to disappoint. I saw these in speciality shops before I purchased on Amazon and they were close to $20!! If you have been to Petsmart lately you know a lot of toys are very pricey. This is a great value. I would recommend to anyone.

### Customers also viewed these items


Silly Squeakers Beer Bottle Dog Toy, Blue Cats Trippin
by Silly Squeakers
$12.06
★★★☆☆ 258


Silly Squeakers Beer Bottle Dog Toy, Dos Perros
by Silly Squeakers
$10.13
★★★☆☆ 258


Silly Squeakers Beer Bottle Dog Toy, Barks
by Silly Squeakers
$10.13
★★★☆☆ 258



Comment    Was this review helpful to you? [ Yes ] [ No ]   Report abuse

★★★★★ **Perfect for my dogs 21st birthday!!**

By **Crystal R** on August 16, 2016
Style: Bad Spaniel | Verified Purchase

This is so great ! Out of all the "alcoholic" toys I purchased this was by far the biggest and best!




Silly Squeakers Beer Bottle Dog Toy, Heinie Sniff'n
by Silly Squeakers
$10.13 - $24.79
258

Silly Squeakers Beer Bottle Dog Toy, Deers Bite
by Silly Squeakers
$10.13
258

Comment | 2 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

Need customer service? Click here

★★★★★ **I bought this once because it is hilarious. I …**
By **Rebecca Meredith** on February 22, 2017
Style: Jose the Perro | Verified Purchase

I bought this once because it is hilarious. I bought it a second time because it is the only toy my dog will play with and her first one is getting gross after almost two years of use. She usually destroys rubber and plastic toys, but this one has stood up to her chewing and tug of war and she looks hilarious carrying around a bottle of liquor.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

★★★★★ **Great buy**
By **Whitney** on September 7, 2017
Style: Bad Spaniel | Verified Purchase

Well loved by my moms goldendoodle. She hates the squeaking but deals with it. The label is worn now but still looks like jack bottle

Comment | Was this review helpful to you? [Yes] [No] Report abuse

★★★★★ **Virtually indestructible.**
By **Emily B.** on July 11, 2015
Style: Bad Spaniel | Verified Purchase

This you has proven to be indestructible, so far. I have a St. Bernard and an Old English Sheepdog, both infamous toy destroyers. It has been months and it is still unscathed. Also, it makes for some pretty hilarious pictures. I will definitively be recommending this to other pup parents.



Comment | One person found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

★★★★★ **Drunky pants doggo**
By **Mems** on January 2, 2017
Style: Bad Spaniel | Verified Purchase

This item is absolutely hilarious. My dog loves it (since it's a squeaky toy) and when she carries it around the neck, it looks like she's drinking whiskey. I have trained her to grab it by saying "Go get your booze!". Still just absolutely comical.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

★★★★★ **Love it!**
By **Amazon Customer** on April 24, 2017
Style: Bad Spaniel | Verified Purchase

Great toy! It's a good size for my large dog and good quality plastic. My 60 lb. puppy (Belgian malinois) has been playing with it for almost 3 weeks and it's not damaged at all!

Comment | Was this review helpful to you? [Yes] [No] Report abuse

★☆☆☆☆ **Poor quality**
By **Amazon Customer** on March 24, 2017
Style: Bad Spaniel | Verified Purchase

Cute idea but basically consider this disposable. Not durable enough to be considered a dog toy. Mine put a hole in it within a few days.

Comment | Was this review helpful to you? Yes No Report abuse

★★★★★ **... of these in the last year its my dogs favorite toy and we keep losing**
By Erin M. on November 14, 2015
Style: Bad Spaniel | **Verified Purchase**

I have purchased 3 of these in the last year its my dogs favorite toy and we keep losing it

Comment | One person found this helpful. Was this review helpful to you? Yes No Report abuse

★☆☆☆☆ **One Star**
By Amazon Customer on July 26, 2017
Style: Bad Spaniel | **Verified Purchase**

Tore the top off in under 2 minutes

Comment | Was this review helpful to you? Yes No Report abuse

← Previous 1 2 3 4 Next →

‹ **See all details for Silly Squeakers Liquor Bottle Bad Spaniels Squeaker Toy**

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help Y ou |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

amazon English United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web | Amazon Business<br>Everything For Your Business |
| AmazonFresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Handpicked Pros Happiness Guarantee | Amazon Inspire<br>Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go | Amazon Restaurants<br>Food delivery from local restaurants | Amazon Video Direct<br>Video Distribution Made Easy |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Download Audio Books | AudiobookStand<br>Discount Audiobooks on Disc | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | CreateSpace<br>Indie Print Publishing Made Easy |
| DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Junglee.com<br>Shop Online in India |
| Kindle Direct Publishing<br>Indie Digital Publishing Made Easy | Prime Now<br>FREE 2-Hour Delivery on Everyday Items | Prime Photos<br>Unlimited Photo Storage Free With Prime | Shopbop<br>Designer Fashion Brands | TenMarks.com<br>Math Activities for Kids & Schools | Warehouse Deals<br>Open-Box Discounts | Whispercast<br>Discover & Distribute Digital Content |



| Whole Foods Market | Withoutabox | Woot! | Zappos | Souq.com | Subscribe with Amazon |
| America's Healthiest Grocery Store | Submit to Film Festivals | Deals and Shenanigans | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Case 2:14-cv-02057-SMM Document 231-22 Filed 10/19/17 Page 5 of 5

JDPI004522