| | |
|---|---|
| 1 | QUARLES & BRADY LLP |
| | Gregory P. Sitrick |
| 2 | Isaac S. Crum |
| | One Renaissance Square |
| 3 | Two North Central Avenue |
| | Phoenix, Arizona 85004-2391 |
| 4 | Telephone: (602) 229-5317 |
| 5 | Facsimile: (602) 420-5198 |
| | E-mail: Gregory.Sitrick@quarles.com |
| 6 |  Isaac.Crum@quarles.com |

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:    (415) 354-0100
Facsimile:    (415) 391-7124
E-mail: pharvey@harveysiskind.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | Case No. CV 14-02057 PHX SMM |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF TRIAL DEMONSTRATIVES** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaims. | |

Please take notice: For the convenience of the court and for completeness of the record, Defendant, Jack Daniel's Properties, Inc., ("Jack Daniel's") hereby submits electronic copies of the trial demonstratives used at trial by Jack Daniel's. This includes demonstratives used during the following:

1. Jack Daniel's Opening Statement;
2. Jack Daniel's Presentation of the Deposition Transcript of Ms. Phillips;
3. Demonstratives (Ex. 10,000-10,002) Created by Jack Daniel's Expert Itamar Simonson;
4. Jack Daniel's Presentation of Dr. Gerald Ford's Survey on Likelihood of Confusion; and
5. Jack Daniel's Closing Argument.

Dated: October 20, 2017,

        */s/ Isaac S. Crum*
Gregory P. Sitrick  (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

D. Peter Harvey (admitted *pro hac vice*)
pharvey@harvey.law
Harvey & Company
Four Embarcadero Center, 14th Floor
San Francisco, CA  94111-4164
Telephone:   (415) 926-7776
Facsimile:   (415) 402-0058

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*