# General Design Process

Q: "Has there been a general process whereby the idea for one of those toys is taken by you [and] worked up?"

A: "Usually I will get a call from Steve [Sacra] with a name for the next toy…. And he will say come up with something, very brief. And then I will often sketch….if I need to come up with a creative idea. Then, I will put it to the computer and come up with one, two or three or however many mock-ups that need to be done until he approves it."

*Elle Phillips Dep. Tr., p. 47*



**Stephen Sacra calls with toy name** ▶ **Make sketch of idea** ▶ **Design on computer**

# Bad Spaniel's Design Process

Q: "When did the process of designing [Bad Spaniels] begin?"

A: "Roughly two years ago."

Q: "What happened?"

A. "I got a call. I had a typical phone call from Steve. He said, 'Bad Spaniels. You figure it out.' …"

Q: "What did you do in response?"

A: "I sketched out an idea."

Q: "And that's the sketch that appears in Exhibit 9?"

A: "Yes."

*Elle Phillips Dep. Tr., pp. 49-51; Ex. 9*

# Bad Spaniel's Design Process



Q: "Before you began work on the sketches, had you concluded that Bad Spaniels referenced Jack Daniel's?"

A: "Yes."

Q: "Did you do anything to research what the label for Jack Daniel's whiskey looked like?"

A: "Yes."

Q: "What did you do?"

A: "*Pulled it out of my liquor cabinet.*"

*Elle Phillips Dep. Tr., p. 52*

# Bad Spaniel's Design Process



Q: "After you retrieved [the Jack Daniel's bottle], what did you do next?"

A: "I looked at it, examined it."

Q: "Why did you do that?"

A: "To get inspiration."

*Elle Phillips Dep. Tr., pp. 54-55*

# Bad Spaniel's Design Process




Q: "You are the one who decided to use Do Old No. 2?"

A: "Yes."

Q: "What did 'Old No. 2' refer to there?"

A: "Going poop."

Q: "And why Old No. 2?"

A: "I thought it was a fun play on Old No. 7 from the Jack Daniel's bottle, to change it to Old No. 2 referring to the dog."

Q: "Why did you put 'Do Old No. 2' in the sketch inside an oval?"

A: "*Because I wanted it to be similar to the Jack Daniel's bottle*."

*Elle Phillips Dep. Tr., pp. 56-57; Ex. 9*

# Bad Spaniel's Design Process



Q: "The email on Exhibit 9 from you to Mr. Sacra covered your sketch that's the second page of Exhibit 9, correct?"

A: "Yes."

Q: "And Mr. Sacra's response…in Exhibit 9 says: 'mock it up… Looks good!' What did you understand the term 'Mock it up' to mean?"

A: "Put it into an electronic format…."

*Elle Phillips Dep. Tr., pp. 56-57; 61; Ex. 9*

# Bad Spaniel's Design Process

Q: "What is [Exhibit 10]?"

A: "It is an email from me to Steve with a digital design of the Bad Spaniel's label."



*Elle Phillips Dep. Tr., pp. 56-57; 61; Ex. 10*

# Bad Spaniel's Design Process



A: "[Exhibit 12] is a second mock-up design of the Bad Spaniels label."

Q: "Your email to Mr. Sacra [says]: 'Here's one more version, just some different type treatment on 'Bad Spaniels,' maybe a bit closer to the JD label.'"

Q: "Did you go back and look at the bottle you had pulled from your liquor cabinet when you created the second mock-up?"

A: "I believe I referenced it…now and then throughout the process."

Q: "Was it important to you…to be close to the Jack Daniel's label?"

A: "Yes."

*Elle Phillips Dep. Tr., pp. 65-67; Ex. 12*

# Bad Spaniel's Design Process



Stephen Sacra calls: "Bad Spaniel's"



Make sketch of idea



Stephen Sacra emails approval



Design on computer

# Bad Spaniel's Design Process



Q. "The first line of your e-mail, Exhibit 21, says, 'OMG, that's beautiful.' For the aging among us, does OMG mean, 'Oh, my God'?"

A. "Oh, my goodness."

Q. "Why did you think it was beautiful?"

A. "Because it's my artwork."

Q. "Beyond your understandable pride of authorship, did you think the product as a whole, including the shape and everything, was beautiful?"

A. "Yes."

*Elle Phillips Dep. Tr., p. 87; Ex. 20*