CASE NR CV14-2057 PHX SMM

EX Nr 10,000

**Marked for**
**Identification** _____

**Admitted** _____

**By** _____
**Courtroom Deputy**

