CASE NR CV 14-2057-PHX-SMM

EX Nr 10,002

**Marked for
Identification** _____

**Admitted** _____

**By** _____
        **Courtroom Deputy**

# The JD Associative Network – The Impact of "Bad Spaniels"

- Attention to detail
- Premium, special
- Old school values
- Simple but also complex
- Craftsmanship
- "Poo by weight"
- Old No. 2
- Famous
- Drink defecation
- Iconic bottle shape
- Black
- Integrity
- Authentic
- Bold
- Heritage
- Humor in bad taste
- Masculine
- Unchanged
- Home town
- Decent