CASE NR CV14-2057-PHX-SMM
EX Nr 10,001
Marked for Identification _____
Admitted _____
By _____
Courtroom Deputy

# The JD Associative Network

- Simple but also complex
- Attention to detail
- Premium, special
- Old school values
- Craftsmanship
- Famous
- Iconic bottle shape
- Black
- Integrity
- Authentic
- Bold
- Heritage
- Masculine
- Unchanged
- Home town
- Decent