# Dr. Gerald Ford's Survey re Likelihood of Confusion

**Summary of Expert Report of Dr. Ford**
Exhibits 133-138

# Dr. Ford's Credentials



**Gerry Ford**

- Partner in marketing research firm Ford, Bubala & Associates

- Forty years of experience in commercial marketing research

- Faculty member, California State University, Long Beach

- Designed and executed surveys in Patent & Trademark Office, Trademark Trial and Appel Board and federal court matters

- Published many articles and book chapters on design and execution of litigation related surveys in Lanham Act matters

- Accepted as expert witness in over 60 trials

*Trial Exhibits 137-139*

# Used *Eveready* Survey Methodology = "Gold Standard"

- Double blind research protocol – neither respondents nor the company executing the survey were told its sponsor or purpose ¶ 13

- Respondents qualified as prospective dog toy purchasers ¶ 15

- Each shown a picture of either real VIP product (test cell) or fictitious Bad Spaniels product (control cell) ¶ 17

- 418 completed interviews, ¶ 5
  - Test cell: 211 interviews
  - Control cell: 207 interviews

- Open-ended, non-leading questions: "What makes you say that?"

*Ford Report, Trial Exhibit 134*

# Test Cell Survey Stimulus



*Ford Report, ¶ 19*

# Control Cell Survey Stimulus



*Ford Report, ¶ 21*

# Survey Questions

- Who or what company do you believe makes or puts out this product?
  - What makes you say that?
  - What else, if anything, makes you say that?

- What other product or products, if any, do you believe made or put out by whoever makes or puts out this product?
  - What makes you say that?
  - What else, if anything, makes you say that?




*Ford Report, ¶ 26-27*

# Survey Questions

- Do you believe this product…
    - ___ **is** being made or put out with the authorization or approval of any other company or companies;
    - ___ is **not** being made or put out with the authorization or approval of any other company or companies; or
    - Don't know or don't have an opinion?
- What company or company do you believe gave the authorization or approval to make or put out this product?
- What makes you say that?
- What else, if anything, makes you say that?



Test Cell: 211



Control Cell: 207

*Ford Report, ¶ 26-27*

# Survey Questions

- Do you believe this product…
  - ___ **has** a business affiliation or business connection with any other company or companies;
  - ___ does **not** have a business affiliation or business connection with any other company or companies; or
  - Don't know or don't have an opinion?

- What company or companies do you believe has a business affiliation or connection with whoever makes or puts out this product?

- What makes you say that?

- What else, if anything, makes you say that?


Test Cell: 211


Control Cell: 207

*Ford Report, ¶ 26-27*

# Test Cell Results

**29.38%** Identified "Jack Daniel's"

*What makes you say that?* Verbatim answers:

- "Because the design and name is so closely related"
- "Design and wording style"
- "The bottle looks similar to No. 7"
- "Sounds like it"
- "It looks like their bottle"
- "It has the very same label and colors as a Jack Daniel's whiskey bottle"
- "It looks like they did a license deal with Jack Daniel's"
- "Because of the logo on the toy"

*Ford Report, ¶ 28*

# Control Cell Results



# 0.48%
## Identified "Jack Daniel's"

*Ford Report, ¶ 28*

# Net Confusion and Dr. Ford's Opinion

**29.38% Confusion** (Test cell results)

**− 0.48% Confusion** (Control cell results)

**Net Confusion Rate: 28.90%**

**Dr. Ford's Conclusion:** "The survey results evidence that potential purchasers of a dog toy are likely to be confused or deceived by the belief that Plaintiff's Bad Spaniels dog toy is made or put out by Jack Daniel's….and that such confusion is due in particular to Plaintiff's use of Jack Daniel' indicia or trade dress on the Bad Spaniels dog toy."

*Ford Report, ¶¶ 32-33*