QUARLES & BRADY LLP
Gregory P. Sitrick
Isaac S. Crum
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com
 Isaac.Crum@quarles.com

HARVEY SISKIND LLP
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:    (415) 391-7124
E-mail: pharvey@harveysiskind.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | Case No. CV 14-02057 PHX SMM |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF DEPOSITION TRANSCRIPTS** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaims. | |

Please take notice: For the convenience of the court and for completeness of the record, Defendant, Jack Daniel's Properties, Inc., ("Jack Daniel's") hereby submits electronic copies of the highlighted deposition transcripts of unavailable witnesses that

were admitted into evidence and used at trial by Jack Daniel's. This includes the following transcripts:

1. The April 21, 2015 Deposition of Eleanor Phillips;
2. The August 19, 2015 Deposition of Dr. Gerald Ford; and
3. The August 25, 2015 Deposition of Stephen Nowlis.

Dated: October 20, 2017,

        */s/ Isaac S. Crum*
Gregory P. Sitrick  (AZ Bar #028756)
Gregory.Sitrick@quarles.com
Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone (602) 229-5200
Fax (602) 229-5690

D. Peter Harvey (admitted *pro hac vice*)
pharvey@harvey.law
Harvey & Company
Four Embarcadero Center, 14th Floor
San Francisco, CA  94111-4164
Telephone:    (415) 926-7776
Facsimile:    (415) 402-0058

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac S. Crum*