# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

Findings of Fact, Conclusions of Law and Order (Doc. 245) having been issued in this matter,

IT IS ORDERED that the physical copy of the current Jack Daniel's Tennessee whiskey bottle, Exhibit 8 to the Declaration (Doc. 145) in support of Defendant Jack Daniel's Properties, Inc.'s Opposition to Plaintiff's Motion for Summary Judgment Motion, received by the Clerk of Court on December 15, 2015 and the courtesy copy delivered to Judge McNamee's chambers shall be released to Defendant for preservation pending any appeal.

IT IS FURTHER ORDERED that the physical copy of the exhibit, Silly Squeakers "Bad Spaniels" Dog Toy, exhibit 'F' in support of VIP's Controverting Statement of Facts (Doc. 148), received by the Clerk of Court on December 16, 2015 and the courtesy copy delivered to Judge McNamee's chambers shall be released to Plaintiff for preservation pending any appeal.

IT IS FURTHER ORDERED directing counsel contact the courtroom deputy (lisa_richter@azd.uscourts.gov) to make arrangements to pick up their respective exhibits not later than February 16, 2018.

Dated this 7th day of February, 2018.

_____
Honorable Stephen M. McNamee
Senior United States District Judge