# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>     Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>     Defendant. | No. CV-14-02057-PHX-SMM<br><br>**MINUTE ORDER RE: EXHIBITS** |

The physical copy of the current Jack Daniel's Tennessee whiskey bottle, Exhibit 8 to the Declaration (Doc. 145) in support of Defendant Jack Daniel's Properties, Inc.'s Opposition to Plaintiff's Motion for Summary Judgment Motion, received by the Clerk of Court on December 15, 2015 and the courtesy copy delivered to Judge McNamee's chambers are released to Defendant this date.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

BRIAN D. KARTH,
District Court Executive/Clerk of Court

_____  2/15/18
Lisa Richter
Courtroom Deputy

_____ 2/15/18
~~Plaintiff's~~ Defendant's counsel/representative signature

**SCANNED**