RUSING, LOPEZ & LIZARDI, P.L.L.C
Isaac S. Crum (AZ Bar #026510)
icrum@rllaz.com
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4274
Facsimile: (520) 792-4274

QUARLES & BRADY LLP
Gregory P. Sitrick (AZ Bar #028756)
gregory.sitrick@quarles.com
One Renaissance Square
2 N Central Ave.
Phoenix, AZ 85004-2391
602-229-5317
602-420-5198 (fax)

HARVEY & COMPANY
D. Peter Harvey (admitted pro hac vice)
pharvey@harvey.law
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 926-7776
Fax: (415) 402-0058

*Attorneys for Defendant and Counterclaimant,*
*JACK DANIEL'S PROPERTIES, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC, | Case No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| JACK DANIEL'S PROPERTIES, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

     Counsel for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("Jack Daniel's") hereby notifies the Court and all parties to this action that Isaac S. Crum has moved his law practice from Quarles & Brady, LLP to Rusing, Lopez & Lizardi, P.L.L.C.  Mr. Crum's new contact information is as follows:

> Isaac S. Crum
> Rusing, Lopez & Lizardi, P.L.L.C.
> 6363 North Swan Road, Suite 151
> Tucson, Arizona  85718
> Telephone: (520) 792-4274
> Facsimile: (520) 792-4274

The contact information for Jack Daniel's other counsel of record remains the same.

     Respectfully submitted this 23rd day of February, 2018,

                                       */s/ Isaac S. Crum*
                            RUSING, LOPEZ & LIZARDI, P.L.L.C
                            Isaac S. Crum (AZ Bar #026510)
                            icrum@rllaz.com
                            6363 North Swan Road, Suite 151
                            Tucson, Arizona  85718
                            Telephone: (520) 792-4274
                            Facsimile: (520) 792-4274

                            HARVEY & COMPANY
                            D. Peter Harvey (admitted *pro hac vice*)
                            pharvey@harvey.law
                            Four Embarcadero Center, 14th Floor
                            San Francisco, CA 94111
                            Telephone: (415) 926-7776
                            Facsimile: (415) 402-0058

                            QUARLES & BRADY LLP
                            Gregory P. Sitrick (AZ Bar #028756)
                            gregory.sitrick@quarles.com
                            One Renaissance Square
                            2 N Central Ave.
                            Phoenix, AZ 85004-2391

Telephone: (602) 229-5317
Facsimile: (602) 420-5198

*Attorneys for Defendant and Counterclaimant*
*JACK DANIEL'S PROPERTIES, INC.*

NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record in this case.

*/s/ Isaac Crum*

Isaac Crum