# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

The Court is in receipt of Defendant's Notice re: Filing of Proposed Form of Injunction and for Entry of Final Judgment. (Doc. 249.) The Court will establish a deadline for Plaintiff to file its response to the Proposed Form of Injunction and for Entry of Final Judgment, but there will be no reply.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff may file a response to the Proposed Form of Injunction and for Entry of Final Judgment by **Friday, March 9, 2018.** There will be no Reply in Support filed.

DATED this 23rd day of February, 2018.

_____
Stephen M. McNamee
Senior United States District Judge