# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

Due to the extensive number of objections raised by VIP Products, LLC, regarding Jack Daniel's Properties, Inc.'s proposed form of injunction (Doc. 251), the Court will Order a reply from Jack Daniel's Properties, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that by **Friday, March 30, 2018**, Jack Daniel's Properties, Inc. shall file a reply to VIP Products, LLC's objections to Jack Daniel's Properties, Inc.'s proposed form of injunction.

DATED this 12th day of March, 2018.

*Stephen M. McNamee*
Senior United States District Judge