# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>    Defendant. | No. CV-14-02057-PHX-SMM<br><br>**MINUTE ORDER RE: EXHIBITS** |

The physical copy of the exhibit, Silly Squeakers "Bad Spaniels" Dog Toy, exhibit 'F' in support of VIP's Controverting Statement of Facts (Doc. 148), received by the Clerk of Court on December 16, 2015 and the courtesy copy delivered to Judge McNamee's chambers are released to Plaintiff this date.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

BRIAN D. KARTH,
District Court Executive/Clerk of Court

_____
Lisa Richter
Courtroom Deputy

_____ 2/22/18
Plaintiff's counsel/representative signature