Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**VIP PRODUCTS LLC'S MOTION FOR LEAVE TO FILE LIMITED REPLY IN SUPPORT OF GLOBAL OBJECTION** |

VIP Products LLC ("VIP") respectfully moves the Court for leave to file a limited reply in support of its global objection (Dkt. 251 at pp. 11-12) to Jack Daniel's Properties, Inc.' ("JDPI") proposed injunction. (Dkt. 249).

VIP seeks leave in order to respond to JDPI's argument that the Court has authority to enter an injunction with extraterritorial application, an argument made for the first time in JDPI's *Response to VIP's Objection to JDPI's Proposed Objection* (Dkt. 257). While VIP acknowledges it raised the issue in the first instance, VIP did so without the benefit of knowing whether JDPI would assert that this Court can enjoin conduct extraterritorially, or the legal basis for JDPI's assertion. Before this Court

decides whether it can issue an injunction that applies to VIP all across the world, VIP should be given the opportunity to respond to JDPI's legal arguments.

VIP will argue in its reply that JDPI has incorrectly stated this Court may disregard Ninth Circuit precedent requiring a *Timberlane* analysis prior to enjoining extraterritorial conduct, and improperly urged this Court to rely solely on the VIP's citizenship as a basis for enjoining foreign conduct. VIP will argue that numerous Ninth Circuit cases reflect a *Timberlane* analysis even where the alleged infringer is American, and that the question itself is not a matter of jurisdiction, but one of merits requiring a proper factual and legal foundation.

VIP therefore seeks leave to file a limited reply in support of only its arguments concerning the extraterritorial application of the injunction. The limited reply is less than four pages and is attached as *Exhibit A*.

**DATED** this 6th day of April, 2018.

**DICKINSON WRIGHT PLLC**

By: *s/David Bray*
David G. Bray
*Attorneys for VIP Products, L.L.C.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                                       */s/ Janet Hawkins*

PHOENIX 53913-11 449653v1