QUARLES & BRADY LLP
Gregory P. Sitrick
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com

HARVEY & COMPANY
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 14th Floor
San Francisco, California 94111
Telephone:   (415) 926-7776
Facsimile:   (415) 402-0058
E-mail: pharvey@harvey.law

RUSING LOPEZ & LIZARDI PLLC
Isaac S. Crum
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone:   (520) 529-4274
Facsimile:   (520) 529-4274
Email: icrum@rllaz.com

*Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 14-02057 PHX SMM<br><br>**UNOPPOSED MOTION TO WITHDRAW GREGORY P. SITRICK OF QUARLES & BRADY LLP AS DEFENDANT'S COUNSEL** |

-1-

QB\51706484.1

      Pursuant to Local Rule of Civil Procedure 83.3(b), Defendant, Jack Daniel's Properties, Inc., and Gregory P. Sitrick of Quarles & Brady LLP move to withdraw Quarles & Brady LLP as counsel for the Defendant in this case. Per Local Rule of Civil Procedure 83(b)(2)(A) and 83.3(b)(3)(B), good cause exists for this withdrawal because the client has retained attorneys from the firm of D. Peter Harvey of Harvey & Company as lead and Isaac S. Crum of Rusing Lopez & Lizardi PLLC as local counsel of record for this matter. Quarles & Brady LLP has provided notice pursuant to 83.3(b)(2)(A) to the client of the required information to withdraw as reflected in the attached certificate.

      Accordingly, Defendant respectfully requests Mr. Sitrick be removed as attorney of record and removed from the CM/ECF notification list in this case. As reflected in the docket, Defendant will continue to be represented by the counsel of record in this case including:

HARVEY & COMPANY
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 14th Floor
San Francisco, California 94111
Telephone:   (415) 926-7776
Facsimile:   (415) 402-0058
E-mail: pharvey@harvey.law

RUSING LOPEZ & LIZARDI PLLC
Isaac S. Crum
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone:   (520) 529-4274
Facsimile:   (520) 529-4274
Email: icrum@rllaz.com

Dated: May 2, 2018         */s/ Gregory P. Sitrick*

**QUARLES & BRADY LLP**
Gregory P. Sitrick (AZ #028756)
gregory.sitrick@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Tel: (602) 229-5317

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

                                                 */s/ Gregory P. Sitrick*
                                                   Gregory P. Sitrick

-3-

QB\51706484.1

# EXHIBIT A

QUARLES & BRADY LLP
Gregory P. Sitrick
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: (602) 229-5317
Facsimile: (602) 420-5198
E-mail: Gregory.Sitrick@quarles.com

HARVEY & COMPANY
D. Peter Harvey (admitted *pro hac vice*)
Four Embarcadero Center, 14th Floor
San Francisco, California 94111
Telephone:   (415) 926-7776
Facsimile:   (415) 402-0058
E-mail: pharvey@harvey.law

RUSING LOPEZ & LIZARDI PLLC
Isaac S. Crum
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone:   (520) 529-4274
Facsimile:   (520) 529-4274
Email: icrum@rllaz.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV 14-02057 PHX SMM<br><br>**CERTIFICATE OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW GREGORY P. SITRICK OF QUARLES & BRADY LLP AS DEFENDANT'S COUNSEL** |

-1-

QB\51707986.1

-2-

I, Gregory P. Sitrick, certify that I provided notice pursuant to L.R. 83.3(b)(2)(A) to Defendant, Jack Daniel's Properties, Inc., of the information required to withdraw from this case.

Dated this 2nd day of May, 2018.

/s/ Gregory P. Sitrick

**QUARLES & BRADY LLP**
Gregory P. Sitrick (AZ #028756)
gregory.sitrick@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Tel: (602) 229-5317
Tel: (602) 229-5200

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

/s/ Gregory P. Sitrick
Gregory P. Sitrick

QB\51707986.1