**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims. | Case No. CV 14-02057 PHX SMM<br><br>**[PROPOSED] ORDER FOR UNOPPOSED MOTION TO WITHDRAW GREGORY P. SITRICK OF QUARLES & BRADY LLP AS DEFENDANT'S COUNSEL** |

Upon Receipt of Motion to Withdraw, and good cause appearing;

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. Quarles & Brady LLP and Gregory P. Sitrick are hereby withdrawn as counsel of record for Defendant, Jack Daniel's Properties, Inc.  D. Peter Harvey of Harvey & Company and Isaac S. Crum of Rusing Lopez & Lizardi PLLC shall continue their appearance as counsel of record for Defendant, Jack Daniel's Properties, Inc.

-1-

QB\51707525.1