# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

Pending before the Court is the Unopposed Motion to Withdraw Gregory Sitrick of Quarles & Brady LLP as Counsel for Defendant. (Doc. 261.) Pursuant to LRCiv 83(b)(2)(A), Counsel Sitrick states that good cause exists for this withdrawal because Defendant has also retained attorneys from the firm of D. Peter Harvey of Harvey & Co. and Isaac S. Crum of Rusing Lopez & Lizardi PLLC as counsel of record for Defendant in this matter.

Local Rule of Civil Procedure 83.3(b)(2) provides that:

> (b) Withdrawal and Substitution: With the exception of a change of counsel within the same law firm or governmental law office, no attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence, and last known telephone number of the client as follows:
> . . .
> (2) Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other

parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions, or (B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and the status of the case.

LRCiv 83.3(b)(2).

Counsel Sitrick provided certification that the client has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings and notified the client regarding pending compliance with any existing court orders. (Doc. 261.)

The Court finds that Defense Counsel Sitrick has complied with LRCiv 83.3(b)(2) and the Court finds good cause for granting Counsel Sitrick's motion to withdraw.

Accordingly,

**IT IS HEREBY ORDERED** granting the Unopposed Motion to Withdraw Gregory Sitrick of Quarles & Brady LLP as Counsel for Defendant. (Doc. 261.) The Clerk of Court shall terminate Gregory Sitrick as counsel of record for Defendant.

**IT IS FURTHER ORDERED** that the Clerk of Court remove (gregory.sitrick@quarles.com) from the CM/ECF service list for this matter.

DATED this 4th day of May, 2018.

Stephen M. McNamee
Senior United States District Judge