```
         FILED     LODGED
         RECEIVED  COPY
         MAY 1 4 2018
         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

Bond No. <u>39S221255</u>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

VIP Products, LLC,
   an Arizona limited liability company,

   Plaintiff,

v.

Jack Daniel's Properties, Inc.,
   a Delaware corporation,

   Defendant.

And Related Counterclaims

Case No. CV-14-2057-PHX-SMM

**INJUNCTION BOND**

KNOW ALL BY THESE PRESENTS, That we, Jack Daniel's Properties, Inc, a Delaware corporation ("Jack Daniel's") as Principal, and Liberty Mutual Insurance Company, a corporation organized and existing under the laws of the Commonwealth of Massachusetts and authorized to transact business in the State of Arizona, as Surety, are held and firmly bound unto the above named Plantiff, VIP Products, LLC, an Arizona limited liabiltiy company ("VIP"), in the full and just sum of fifty thousand dollars ($50,000) lawful money of the United States, for the payment of which well and truly to be made, we hereby bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this this 8th day of May, 2018.

WHEREAS, the above named Defendant, Jack Daniel's, has, after a full and final trial on the merits, requested and received from this Court a final judgment granting, *inter alia*, a permanent injunction as described in the Court's Permanent Injunction and Final Judgment and Order issued by the Court on May 2, 2018 (Doc. 262) against Plaintiff VIP;

WHEREAS, said VIP has represented that it intends to appeal the final judgment entered by the Court in this matter and the issunace of said permanent injunction; and

WHEREAS, the Court has by its order heretofor entered herein and fixed the bond to be given herein in the sum of fifty thousand dollars ($50,000).

NOW, THEREFORE, if said Principal Jack Daniel's shall pay all damages and costs which may accrue by reason of said restraining order and injunction, not exceeding, however, the penalty of this bond, then this obligation to be null and void; otherwise to be and remain in full force and effect.

Jack Daniel's Properties, Inc.

Principal: _____
Justin Welch, President
Jack Daniel's Properties, Inc.
4040 Civic Center Drive, Suite 528
San Rafael, CA 94903
Tel: 415·446·5204

Liberty Mutual Insurance Company

Surety: _____
Sandra L. Ham, Attorney-In-Fact
Marsh USA Inc.,
701 Market Street, Ste. 1100,
St. Louis, MO 63101
Phone: 314 342 2427
Fax: 314-342-2618

1
2   Approved this _____ day of _____, A.D. _____.
3
4
5                                                    _____
                                                     District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

INJUNCTION BOND                                              CV-14-2057-PHX-S

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 14th day of May, 2018, via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all attorneys of record in this case.

_/s/ Isaac Crum_____

Isaac S. Crum

## ACKNOWLEDGMENT BY SURETY

STATE OF __Missouri__ }

City of __St. Louis__ } ss.

On this __08th__ day of __May__, __2018__, before me personally appeared __Sandra L. Ham__, known to me to be the Attorney-in-Fact of __Liberty Mutual Insurance Company__

_____, the corporation that executed the within instrument, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid County, the day and year in this certificate first above written.

My Commission Expires: 09/05/2021
(Seal)

Leah L Juenger
Notary Public in the State of Missouri
City of St. Louis
Commission # 17302084

LEAH L JUENGER
Notary Public, Notary Seal
State of Missouri
St. Louis City
Commission # 17302084
My Commission Expires 09-05-2021

S-0230/GEEF 2/98

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 7518578

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company     West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Brittany D. Clavin; Cynthia L. Choren; Debra C. Schneider; Heidi A. Notheisen; JoAnn R. Frank; Karen L. Roider; Kelsey M. Jones; Pamela A. Beelman; Sandra L. Ham

all of the city of St. Louis, state of MO each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 24th day of October, 2016.



The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA    ss
COUNTY OF MONTGOMERY

On this 24th day of October, 2016, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 08th day of May, 20 18.

By: Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

1692 of 2000

LMS_12873_082016