AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| VIP PRODUCTS, LLC | ) |
| v. | ) Case No.: 2:14-cv-02057-PHX-SMM |
| JACK DANIEL'S PROPERTIES, INC. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  05/02/2018  against  VIP Products, LLC  ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ 18.00 |
| Fees for service of summons and subpoena .......................................... | 115.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 19,322.21 |
| Fees and disbursements for printing ................................................ | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case......................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................................. | 20.00 |
| Costs as shown on Mandate of Court of Appeals ...................................... | 0.00 |
| Compensation of court-appointed experts ........................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ...................................................... | 0.00 |
| **TOTAL** | **$ 19,475.21** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service            ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: *[signature]*

Name of Attorney: D. Peter Harvey

For:  Jack Daniel's Properties, Inc.                    Date:  05/16/2018
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_____          _____          _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL || $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

VIP Products, LLC v. Jack Daniel's Properties, Inc.
Case No.: 2:14-cv-02057-PHX-SMM

## Itemization of Costs

| Description | Amount | Date |
|---|---:|---|
| **Clerk Fees** | | |
| Nationwide Legal (filing fee) | 18.00 | 12/2014 |
| Total | 18.00 | |
| **Service Fees** | | |
| North Central Investigations – Service of subpoena on Boozin Gear | 115.00 | 7/1/2015 |
| Total | 115.00 | |
| **Depositions** | | |
| Griffin & Associates – Deposition transcript – E. Phillips | 1,112.62 | 6/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra | 1,810.78 | 6/2015 |
| Coash & Coash – Deposition transcript – P. Epps and Roush | 1,154.40 | 7/30/2015 |
| Veritex Legal Solutions – Deposition transcript – J. Howard | 2,154.00 | 7/31/2015 |
| Coash & Coash – Deposition transcript – C. Hungerford and M. Taylor | 1,259.00 | 9/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra 30(b)(6) | 1,254.43 | 8/17/15 |
| Huseby, Inc – Deposition transcript – M. Wolinski | 2,381.18 | 8/14/2015 |
| Coash & Coash – Deposition transcript – G. Ford | 1,298.00 | 10/2015 |
| Veritex Legal Solutions – Deposition transcript – B. Silverman | 2,478.25 | 10/2015 |
| Veritex Legal Solutions – Deposition transcript – S. Nowlis | 2,342.80 | 10/2015 |
| Coash & Coash – Deposition transcript – I. Simonson | 1,298.75 | 7/7/2015 |
| Coash & Coash – Deposition transcript – D. Gooder | 621.40 | 7/13/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra | 156.60 | 9/28/2017 |
| Total | 19,322.21 | |
| **Docket fees under 28 U.S.C. 1923** | | |
| Trial | 20.00 | 10/2017 |
| Total | 20.00 | |



Invoice No. 2383189
1785 / 034582
Page 12

Jack Daniel's Properties, Inc.

Total

**Disbursements**     **Value**

Filing Fees - NATIONWIDE LEGAL, LLC     18.00

Total Disbursements This Matter

Total Fees And Disbursements This Matter

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Jack Daniels Properties, Inc.
RE: JDPI adv. VIP Products LLC (US) Matter 8109336
Trademark Action Seeking Declaratory Judgment
Q & B Matter Number: 136435.00005

August 19, 2015
Invoice Number: 2083178

Page 7

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| GSITRICK | Gregory P. Sitrick | ■ | ■ | ■ |
| ICRUM | Isaac S. Crum | ■ | ■ | ■ |
| Total | | ■ | | ■ |

Total Fees: $ ■

Less No Charge Entry: ■

Total Fees with Adjustment: $ ■

**DISBURSEMENTS:**

| 07/01/15 | North Central Investigations, LLC Service of Subpoena on Boozin Gear | $ 115.00 |
|---|---|---|
| 07/07/15 | ■ | ■ |

Total Disbursements: $ ■

Total Fees and Disbursements: $ ■

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 2469571
1785 / 034582
Page 24

Jack Daniel's Properties, Inc.

Total                          ███████        ███████

**Disbursements**                                       **Value**

███████████████████████████████████████████████    ███████
███████████████████████████████████████████████
███████

Deposition Transcripts                                  1,112.62
Deposition Transcripts                                  1,810.78
███████████                                             ███████

Total Disbursements This Matter                                    ███████

Total Fees And Disbursements This Matter                           ███████

JDPI ✓
JD ✓
~~AGN GNT~~  BP Non Bev
US ✓
~~NAF~~  JD Licensing
B109334U
Ok To Pay ces

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


# SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 2494868
1785 / 034582
Page 17

Jack Daniel's Properties, Inc.

| **Disbursements** | **Value** |
|---|---|
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| Deposition Transcripts COASH & COASH; Charges of Coash & Coash Phoenix Deposition Reporters for certified copy of transcript of deposition of Philip Epps and Tobias Joseph Roush.; 07/30/2015 | 1,154.40 |
| Deposition Transcripts VERITEXT: Charges of Veritext for confidential deposition of John Howard, including transcripts, exhibits, rough drafts and CD depo litigation package; deposition of John Howard, including transcripts, exhibitts, drafts CD depo litigation package, attendance fee and courier charges; 07/31/2015 | 2,154.00 |
| [redacted] | [redacted] |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2504668
1785 / 034582
Page 12

Jack Daniel's Properties, Inc.

Total

| **Disbursements** | **Value** |
|---|---|
| Deposition Transcripts COASH & COASH - Charges of Coash & Coash Deposition Reporters for providing certified copies of transcripts of Christopher Hungerford and Michael Taylor | 1,259.00 |
| Deposition Transcripts HUSEBY, INC. DBA BRANDON HUSEBY, A HUSEBY, INC. COMPANY; - Charges of Brandon Huseby Reporting Services for original transcript of Martin Wolinski, including sales tax; 08/14/2015 | 2,381.18 |

**Total Disbursements This Matter**

**Total Fees And Disbursements This Matter**

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Jack Daniels Properties, Inc.  
RE: JDPI adv. VIP Products LLC (US) Matter 8109336  
Trademark Action Seeking Declaratory Judgment  
Q & B Matter Number: 136435.00005  

September 17, 2015  
Invoice Number: 2091555  

Page 9

| Date | Description | Professional | Hours | Amount |
|---|---|---|---|---|
| 08/31/15 |  | GSITRICK | | |

Owner _____  
Mark _____  
Exp. Type _____  
Country _____  
OP-Group _____  
Matter # _____  
OK to Pay _____  

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| GSITRICK | Gregory P. Sitrick | | | |
| ICRUM | Isaac S. Crum | | | |
| RMARSHAL | Raechael R. Pelkey | | | |
| Total | | | | |

Total Fees:   $

**DISBURSEMENTS:**

| 08/17/15 | Griffin and Associates LLC VIP 30(b)(6) Deposition (S. Sacra) | $ | 1,254.43 |
|---|---|---|---|
| 08/28/15 |  | | |



Invoice No. 2527062
1785 / 034582
Page 17

Jack Daniel's Properties, Inc.

### Disbursements

| Description | Value |
|---|---|
| Charges of Coash & Coash for providing 1 certified copy of transcript of Gerald L. Ford with exhibits, Adobe PDF Bundle and rough draft | 1,298.00 |
| [redacted] | [redacted] |
| Charges of Veritext Legal Solutions for providing Bruce G. Silverman's original with 1 certified transcript; exhibits in color; rougyh draft; CD DEpo Litigation Package: production and processing; parking expenses and courier charges | 2,478.25 |
| Charges of Veritext for Mr. Nowlis' original certified transcript: rough draft; CD Depo Litigation package: production and processing; scanned exhibits; scanning charges and courier charges | 2,342.80 |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| Deposition Transcripts COASH & COASH; Charges of Coash & Coash for providing 1 certified copy of transcript of Itamar Simonson with Exhibit, Adobe PDF Bundle, rough draft, reporters certificate; including confidential excerpt with Adobe PDF Budle and rough draft; 07/07/2015 | 1,298.75 |
| Deposition Transcripts COASH & COASH; Charges of Coash & Coash for providing 1 certified copy of transcript of David Gooder, including exhibit and Adobe PDF Bundle; 07/13/2015 | 621.40 |
| [redacted] | [redacted] |
| **Total Disbursements This Matter** | [redacted] |
| **Total Fees And Disbursements This Matter** | [redacted] |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# Merchant: Griffin & Associates, LLC

2398 E Camelback Rd
260
Phoenix, AZ 85016
US

(602) 264-2230

## Order Information

Description:
Order Number:
Customer ID:

P.O. Number:
Invoice Number:   48128B 48196B

## Billing Information
Douglas Harvey

## Shipping Information

Shipping:   0.00
Tax:   0.00
Total:  USD 156.60

## Payment Information

| | |
|---|---|
| Date/Time: | 28-Sep-2017 14:01:39 PDT |
| Transaction ID: | 40333534477 |
| Entry Mode: | Keyed |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 164263 |
| Payment Method: | American Express |