RUSING, LOPEZ & LIZARDI, P.L.L.C
Isaac S. Crum (AZ #026510)
icrum@rllaz.com
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4274
Facsimile: (520) 792-4274

HARVEY & COMPANY
D. Peter Harvey (admitted *pro hac vice*)
pharvey@harvey.law
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 926-7776
Fax: (415) 402-0058

Attorneys for Defendant and Counterclaimant,
JACK DANIEL'S PROPERTIES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP PRODUCTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JACK DANIEL'S PROPERTIES, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-14-2057-PHX-SMM<br><br>**STATEMENT OF CONSULTATION** |

I, D. Peter Harvey, declare:

1. I am lead counsel for Jack Daniel's Properties, Inc. ("Jack Daniel's"), Defendant and Counterclaimant in this matter. I make this declaration freely and of my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. On May 16, 2018, in accordance with Local Civil Rule 54.2(d)(1), I spoke with David Bray, lead counsel for VIP Products, LLC, Plaintiff and Counterclaim Defendant herein. I explained that I was calling him in observance of our need to meet and confer in advance of Jack Daniel's filing of a motion for attorneys' fees in this case. Mr. Bray and I agreed that whether this is an "exceptional" case under the Lanham Act warranting an award of attorneys' fees is disputed between our clients. Accordingly, Mr. Bray and I were not able to resolve all issues related to the pending motion.

3. Mr. Bray was graciously willing to stipulate with me that we could bifurcate the issues on an attorneys' fees motion, first addressing the question of whether the case was "exceptional," and then, if the Court found the case to be "exceptional," addressing what a reasonable attorneys' fees award should be. However, upon reflection and further examination of the applicable local rule, I concluded that both the issue of exceptionality and the issue of the proper amount of fees must be considered in a single motion.

4. Following this reflection and reconsideration, I subsequently informed Mr. Bray of my conclusion and thanked him for his willingness to cooperate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 16th day of May, 2018.

*s/ D. Peter Harvey*
D. Peter Harvey