**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | Case No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JACK DANIEL'S PROPERTIES, INC.'S MOTION FOR ATTORNEYS' FEES** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| And Related Counterclaims | |

Pending before the Court is Jack Daniel's Properties, Inc.'s Motion for Attorney's Fees (Doc. ___). Having reviewed the filings associated therewith, the Court finds and holds that (1) under the Lanham Act, a court may award reasonable attorneys' fees to the prevailing party in "exceptional cases." 15 U.S.C. § 1117(a); (2) that Jack Daniel's Properties Inc. is the prevailing party in this case; and (3) that this case is "exceptional" in that it was litigated, at least in part, in an unreasonable manner by VIP Products, LLC, including through VIP's continued assertion of a parody defense after summary judgment and VIP's decision to take an exceptionally weak case to trial.

HAVING SO FOUND, IT IS HEREBY ORDERED THAT Jack Daniel's Properties, Inc.'s Motion for Attorney's Fees (Doc. ___) is GRANTED IN FULL;

IT IS FURTHER ORDERD that VIP Products, LLC shall pay Jack Daniel's Properties Inc.'s attorneys' fees in the amount specified in the sealed Oche Declaration at paragraph 7.

**IT IS SO ORDERED.**