**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL DOCUMENTS LODGED WITH THE COURT** |

　　　Having considered Defendant's Motion to Seal Documents Lodged with the Court (Doc. ___) and finding that good cause exists to seal the subject declarations (and exhibits thereto) which were submitted in support of Defendant's non-dispositive Motion for Attorneys' Fees (Doc. ____),

　　　IT IS HEREBY ORDERED that the Motion to Seal Documents Lodged with the Court (Doc. ___) is GRANTED.

　　　The Clerk is hereby directed to seal the subject declarations and the exhibits thereto (Doc. __-__) currently lodged with the Court.