1  Firm E-Mail: courtdocs@dickinsonwright.com
   David G. Bray (#014346)
2  dbray@dickinsonwright.com
   David N. Ferrucci (#027423)
3  dferrucci@dickinsonwright.com
4  **DICKINSON WRIGHT PLLC**
   1850 North Central Avenue, Suite 1400
5  Phoenix, Arizona 85004
   Phone: (602) 285-5000
6  Fax: (844) 670-6009
7  *Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>         Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>         Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO JDPI'S MOTION FOR ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties stipulate to extend the deadline for Plaintiff/Counter-claimant VIP Products LLC to file its response to Jack Daniel's Motion for Attorney's Fees, such that VIP's response will be filed on or before June 8, 2018. A proposed form of order has been contemporaneously lodged.

The additional time is necessary because counsel for VIP is travelling for ten days internationally to help his son move out of his dormitory at the University of St. Andrews in Scotland and will not return to the United States until three days before

1  VIP's response is currently due. In addition, the Memorial Day holiday falls within
2  VIP's response period further complicating counsel's ability to marshal resources to
3  assist in preparing VIP's response.

   **DATED** this 23rd day of May, 2018.

   **DICKINSON WRIGHT PLLC**

   By: *s/ David G. Bray*
       David G. Bray
       *Attorneys for VIP Products, L.L.C.*

   **HARVEY & COMPANY**

   By: *s/ D. Peter Harvey (with permission)*
       D. Peter Harvey
       *Attorneys for Jack Daniel's Properties, Inc*

   **RUSING LOPEZ & LIZARDI PLLC**

   By: *s/Isaac Crum (with permission)*
       Isaac Crum
       *Attorneys for Jack Daniel's Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                                */s/ Janet Hawkins*

PHOENIX 53913-11 465366v1