# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company, | Case No. 2:14-cv-02057-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| And related counterclaims. | |

Having considered the Parties' Stipulation for Extension of Time for Response to JDPI's Motion for Attorney's Fees and good cause appearing:

**IT IS HEREBY ORDERED** extending the deadline for VIP to respond to Jack Daniel's Motion for Attorney's Fees from Wednesday, May 30, 2018 until Friday, June 8, 2018.

_____

Hon. Stephen McNamee

PHOENIX 53913-11 465367v1