# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

Pending before the Court is the parties' Stipulation for an extension of time for Plaintiff to respond to Defendant's motion for attorney's fees. (Doc. 271.) Plaintiff's response is currently due on May 30 and an extension is requested until June 8, 2018. In support, the parties state that the additional time is necessary because counsel for Plaintiff is traveling for ten (10) days internationally to help his son move out of his dormitory at the University of St. Andrews in Scotland and will not return to the United States until three (3) days before Plaintiff's response is currently due. In addition, the parties state that the Memorial Day holiday falls within Plaintiff's response period which further complicates its ability to marshal resources to assist in preparing its response.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for an extension of time for Plaintiff to respond to Defendant's motion for attorney's fees. (Doc. 271.) Plaintiff's

response to Defendant's motion for attorney's fees is now due on **Friday, June 8, 2018**.

DATED this 25th day of May, 2018.

_____
Stephen M. McNamee
Senior United States District Judge