Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR OBJECTION TO JDPI'S REQUEST FOR COSTS**<br><br>**(FIRST REQUEST)** |

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties stipulate to extend the deadline for (1) Plaintiff/Counter-claimant VIP Products LLC to file its Objection to Jack Daniel's Request for Costs, such that VIP's response will be filed on or before June 8, 2018, and (2) Defendant/Counterclaimant Jack Daniel's Properties, Inc. to file any Replies on its Motion for Attorneys' Fees and Request for Costs, such that said replies will be filed on or before June 26, 2018. A proposed form of order has been contemporaneously lodged.

VIP regrets its omission of this request from the prior stipulation concerning Jack Daniel's Motion for Attorney's Fees because the underlying need and rationale are the same. The additional time is necessary because counsel for VIP was travelling for ten days internationally to help his son move out of his dormitory at the University of St Andrews in Scotland and did not return to the United States until three days before VIP's Objection is currently due. In addition, the Memorial Day holiday fell within VIP's Objection period further complicating counsel's ability to marshal resources to assist in preparing VIP's Objection.

The extensions of VIP's time to respond to Jack Daniel's Motion for Attorneys' Fees and Request for Costs will move these deadlines to June 8, 2018. On that date counsel for Jack Daniel's will begin a nine-day trip Prague to teach an intellectual property seminar for the University of San Francisco School of Law. To afford counsel adequate time to respond to VIP's oppositions, Jack Daniel's respectfully requests a nine-day extension of the deadline to file any replies through and including June 26, 2018.

**DATED** this 29th day of May, 2018.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **HARVEY & COMPANY** |
| By: *s/ David G. Bray*<br>David G. Bray<br>*Attorneys for VIP Products, L.L.C.* | By: *s/ D. Peter Harvey (with permission)*<br>D. Peter Harvey<br>*Attorneys for Jack Daniel's Properties, Inc.* |
| **RUSING LOPEZ & LIZARDI PLLC** | |
| By: *s/ Isaac Crum (with permission)*<br>Isaac Crum<br>*Attorneys for Jack Daniel's Properties, Inc.* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Janet Hawkins

PHOENIX 53913-11 467250v1

3