# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>              Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**ORDER** |

The Court having considered the Parties' Stipulation for Extensions of Time re Post-Trial Motions and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline for VIP to object to Jack Daniel's Request for Costs is extended from Wednesday, May 30, 2018 until Friday, June 8, 2018, and the deadlines for Jack Daniel's to file any replies on its Motion for Attorneys' Fees and Bill of Costs are extended from Friday, June 15, 2018 to Tuesday, June 26, 2018.

_____

Hon. Stephen McNamee

PHOENIX 53913-11 467251v1