# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| VIP Products, LLC, ) | No. CV-14-2057-PHX-SMM |
| Plaintiff, ) |  |
| vs. ) | **ORDER** |
| Jack Daniel's Properties, Inc., ) |  |
| Defendant. ) |  |
| And Related Counterclaims. ) |  |

Pending before the Court is the parties' Stipulation requesting an extension of time for Defendant to reply in support of its motion for attorney's fees and request for bill of costs. (Doc. 273.) In support, the parties state that counsel for Defendant will be out-of-the country for nine days to teach an intellectual property seminar for the University of San Francisco School of Law. In order to allow counsel for Defendant adequate time to respond to VIP's oppositions, the parties request a nine-day extension of time for Defendant to file any replies.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for an extension of time for Defendant to reply in support of its motion for attorney's fees and request for bill of costs. (Doc. 273.) The deadline for Defendant to file any replies in support of its motion

///

1  for attorney's fees and bill of costs is extended to **Friday, June 29, 2018.**

2  DATED this 30th day of May, 2018.

*[signature]*
Stephen M. McNamee
Senior United States District Judge

- 2 -