Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>             Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**VIP PRODUCTS L.L.C.'S NOTICE OF APPEAL**<br><br>**and**<br><br>**REPRESENTATION STATEMENT** |

VIP Products L.L.C., by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from (i) the Order of the District Court, signed on September 27, 2016, granting JDPI's Motion for Partial Summary Judgment, denying VIP's Motion for Summary Judgment, and denying VIP's motions to exclude the testimony and supplemental declaration of Itamar Simonson (Dkt. 171); (ii) the District Court's Findings of Fact and Conclusions of Law signed on January 29,

2018 (Dkt. 245); (iii) the District Court's Permanent Injunction and Final Judgment & Order signed on May 2, 2018 (Dkt. 262).

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-1, VIP Products L.L.C., by and through undersigned counsel, hereby provides this Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

**I.  Plaintiff/Counter-Defendant.**

The plaintiff and counter-defendant in this case is VIP Products, L.L.C., ("VIP"), an Arizona limited liability company. VIP is represented by:

> David G. Bray (#014346)
> David N. Ferrucci (#27423)
> Dickinson Wright PLLC
> 1850 North Central Avenue Suite 1400
> Phoenix, Arizona 85004
> (602) 285-5000

**II.  Defendant/Counter-Plaintiff.**

The defendant and counter-plaintiff in this case is Jack Daniel's Properties Inc., ("JDPI"), a Delaware corporation. JDPI is represented by:

> D. Peter Harvey (admitted *pro hac vice*)
> Harvey & Company
> Four Embarcadero Center, 14th Floor
> San Francisco, California 94111
> (415) 926-7776
>
> Isaac S. Crum (#26510)
> Rusing Lopez & Lizardi PLLC
> 6363 N. Swan Road, Suite 151
> Tucson, Arizona 85718
> (520) 529-4274

1    **DATED** this 31th day of May, 2018.

2                                  **DICKINSON WRIGHT PLLC**

3

4                                  By: *s/David Bray*
                                       David G. Bray
5                                      *Attorneys for VIP Products, L.L.C.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on May 31, 2018, I mailed a copy of the foregoing via U.S. mail with sufficient postage affixed to the following:

> D. Peter Harvey, Esq.
> Harvey & Company
> Four Embarcadero Center, 14th Floor
> San Francisco, CA  94111
>
> Isaac S. Crum, Esq.
> Rusing Lopez & Lizardi PLLC
> 6363 N. Swan Road, Suite 151
> Tucson, AZ  85718

/s/ Janet Hawkins

PHOENIX 53913-11 458680v1

4