Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**VIP PRODUCTS L.L.C.'S OBJECTION TO JDPI'S BILL OF COSTS** |

　　　　VIP Products L.L.C. ("VIP") hereby objects to Jack Daniel's Properties, Inc.'s ("JDPI") Bill of Costs and Supporting Documentation (Dkt. 265, the "Request"). JDPI's Request should be denied because JDPI failed to supply proper documentation to support the Request. VIP's Objection is supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

**Memorandum of Points and Authorities**

VIP objects to JDPI's request for $19,322.21 in costs associated with depositions because JDPI has not provided sufficient supporting documentation. *See* Itemization of Costs attached to Bill of Costs. Local Rule 54.1 requires that "documentation of requested costs in all categories must be attached" to a Bill of Costs, if such documentation is available. JDPI has provided the invoices it received from the law office of Seyfarth Shaw LLP as proof of these costs. JDPI did not provide any of the invoices from the vendors who provided deposition-related services—documentation which should not have been difficult for JDPI to supply.

This is objectionable because JDPI's failure renders VIP unable to assess whether JDPI is seeking improper charges as taxable costs. In the absence of such documentation, VIP cannot assess how the charges for any one of the depositions are broken out (fees for court reporter's time versus travel charges versus attendance fees, etc.). Given the lack of sufficient documentation, therefore, it is appropriate to deny the $19,322.21 in deposition-related costs.

**DATED** this 8th day of June, 2018.

        **DICKINSON WRIGHT PLLC**

        By: *s/ David G. Bray*
           David G. Bray
           *Attorneys for VIP Products, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Janet Hawkins

PHOENIX 53913-11 466767v1