1  Firm E-Mail: courtdocs@dickinsonwright.com
   David G. Bray (#014346)
2  dbray@dickinsonwright.com
   David N. Ferrucci (#027423)
3  dferrucci@dickinsonwright.com
4  **DICKINSON WRIGHT PLLC**
   1850 North Central Avenue, Suite 1400
5  Phoenix, Arizona 85004
   Phone: (602) 285-5000
6  Fax: (844) 670-6009
7  *Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>                   Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>                   Defendant.<br><br>And related counterclaims. | Case No. 2:14-cv-02057-SMM<br><br>**VIP PRODUCTS, L.L.C.'S REPORT REGARDING BAD SPANIEL'S INVENTORY** |

Pursuant to Section IV(3) of the Court's Permanent Injunction and Final Judgment & Order (Dkt. No. 262), counterdefendant VIP Products, L.L.C. ("VIP") hereby provides its accounting of its remaining inventory of the Bad Spaniel's toy:

**Product : Silly Squeaker Liquor Bottle Bad Spaniels - SS-LB-BS**

| Inventory Pick Line | | | | | | |
|---|---|---|---|---|---|---|
| Units | 0 | | AZ | | NC | Total |
| Cases | | | 1 | 20 | 1 | 20 | 40 |
| Loose Pcs | | | | 10 | | | 10 |
| Total Units | | | | 30 | | 20 | 50 |
| | case | pcs | case | pcs | case | pcs | **50** |

1  Of the units identified in the above report, one case (20 pieces) is located in VIP's
2  warehouse in North Carolina and one case (20 pieces) and ten (10) loose pieces are
3  located in VIP's Arizona warehouse.

**DATED** this 22nd day of June, 2018.

**DICKINSON WRIGHT PLLC**

By: *s/ David G. Bray*
    David G. Bray
    *Attorneys for VIP Products, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Janet Hawkins

PHOENIX 53913-11 472833v1

3