HARVEY & COMPANY
D. Peter Harvey (admitted pro hac vice)
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: (415) 926-7776
Facsimile: (415) 402-0058
E-mail: pharvey@harvey.law

RUSING LOPEZ & LIZARDI PLLC
Isaac S. Crum (AZ Bar #026510)
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 529-4274
Facsimile: (520) 529-4274
Email: icrum@rllaz.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-14-2057-PHX-SMM<br><br>**JACK DANIEL'S PROPERTIES INC.'S REPLY TO VIP PRODUCTS LLC'S OBJECTIONS TO THE SUBMITTED BILL OF COSTS** |

On May 16, 2018 Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("Jack Daniel's") timely submitted its Bill of Costs pursuant to Fed. R. Civ. P. 54. (Doc. 265; hereafter "Bill of Costs".) Jack Daniel's Bill of Costs was appropriately limited to costs specifically permitted under the Local Rules and primarily sought recovery for costs associated with depositions taken during discovery in this case. Plaintiff and

1  Counterclaim Defendant VIP Products, LLC's ("VIP") objected.  (Doc. 279; hereafter
2  "Objection".)  VIP objected not because such costs were not recoverable, but rather,
3  because it contended that bills documenting deposition costs *must* be invoices from a
4  deposition company and *cannot* be the bills actually paid by Jack Daniel's reflecting such
5  costs.  VIP cites no authority for this proposition.[1]  There is no requirement in the
6  applicable rules which mandates that any particular invoice must be submitted as
7  documentation.  To the contrary, Local Rule 54.1 states merely that documentation (where
8  available) must be attached to a bill of costs:

> This bill of costs shall include a memorandum of the costs and necessary disbursements, so itemized that the nature of each can be readily understood, and, where available, documentation of requested costs in all categories must be attached.  The bill of costs shall be verified by a person acquainted therewith.

LRCiv 54.1.  Jack Daniel's Bill of Costs thus fully complies with the Local Rules.  (*See* Bill of Costs, 3–11.)

Despite Jack Daniel's belief that its initial Bill of Costs complies with the Local Rules and Fed. R. Civ. P. 54, Jack Daniel's has gone back and collected the original invoices (which were all originally sent to firms no longer involved in this litgiation) and has attached them hereto as Exhibit A.  Exhibit A includes copies of the actual invoices from each of the deposition companies identified in Jack Daniel's "Itemization of Costs" submitted with Jack Daniel's Bill of Costs (Bill of Costs, 3.) and should resolve any concerns VIP has raised in its Objection.

Thus, pursuant to Fed. R. Civ. P. 54 and Local Rule 54.1, and based on the supporting documentation already submitted and, to the extent necessary, the invoices

---

[1] Indeed, a quick search revealed a contrary holding.  *See Hassinger v. JP Morgan Chase & Co.*, No. CIV.A. 06-2931, 2009 WL 2382960, at *2 (E.D. La. July 27, 2009) ("[P]laintiffs argue that defendant did not produce the actual invoices. Defendant's supporting documentation shows what it actually paid, which is sufficient for this Court to conclude the costs taxed are adequately documented.")

attached hereto as Exhibit A, Jack Daniel's respectfully requests that the Court (and/or the Clerk) tax VIP for the costs identified in Jack Daniel's Bill of Costs totalling $19,475.21.

Respectfully submitted this 29th day of June, 2018,

> */s/ Isaac S. Crum*
> Isaac S. Crum (AZ Bar #026510)
> RUSING LOPEZ & LIZARDI PLLC
> 6363 N. Swan Road, Suite 151
> Tucson, Arizona 85718
> Telephone:   (520) 529-4274
> Email:   icrum@rllaz.com
>
> D. Peter Harvey (admitted pro hac vice)
> Harvey & Company
> Four Embarcadero Center, 14th Floor
> San Francisco, CA  94111
> Telephone:   (415) 926-7776
> Facsimile:    (415) 402-0058
> Email: pharvey@harvey.law
>
> *Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 29th day of June, 2018, via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all attorneys of record in this case.

*/s/ Isaac S. Crum*
Isaac S. Crum