# Exhibit A

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101834 | 7/7/2015 | 1031544 |
| Job Date | Case No. | |
| 6/18/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products vs. Jack Daniel's Properties | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Itamar Simonson, Ph.D. | 227.00 | Pages | 624.25 |
| Exhibit | 492.00 | Pages | 147.60 |
| Adobe PDF Bundle | | | 25.00 |
| Rough Draft ASCII | | | 385.90 |
| Reporters Certificate | | | 10.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Itamar Simonson, Ph.D.  (Confidential Excerpt) | 18.00 | Pages | 50.40 |
| Adobe PDF Bundle | | | 25.00 |
| Rough Draft ASCII | | | 30.60 |
| **TOTAL DUE  >>>** | | | **$1,298.75** |

All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 86-0409007

Phone: 310-201-1501    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

| | | |
|---|---|---|
| Invoice No. | : | 101834 |
| Invoice Date | : | 7/7/2015 |
| **Total Due** | : | **$1,298.75** |

| | | |
|---|---|---|
| Job No. | : | 1031544 |
| BU ID | : | OOT-DEP |
| Case No. | : | 2:14-CV-02057-DGC |
| Case Name | : | VIP Products vs. Jack Daniel's Properties |

**Remit To:**   **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101918 | 7/13/2015 | 1031603 |
| Job Date | Case No. | |
| 6/23/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

1 CERTIFIED COPY OF TRANSCRIPT OF:

   David Gooder     185.00 Pages     555.00
      Exhibit     138.00 Pages     41.40
      Adobe PDF Bundle     25.00

**TOTAL DUE >>>     $621.40**

\*\*Delivery charge for the return of the original only\*\*

We now accept Visa or MasterCard payments with a 4% convenience fee.

Tax ID: 86-0409007

Phone: 310-201-1501    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

Invoice No.    :    101918
Invoice Date    :    7/13/2015
**Total Due    :    $621.40**

Remit To:   **Coash & Coash, Inc.**
              **1802 N. 7th Street**
              **Phoenix AZ  85006**

Job No.    :    1031603
BU ID    :    OOT-DEP
Case No.    :    2:14-CV-02057-DGC
Case Name    :    VIP Products, LLC.  vs. Jack Daniel's Properties, Inc.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102042 | 7/30/2015 | 1031894 |
| Job Date | Case No. | |
| 7/16/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

| | | | |
|---|---:|---|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|   Christopher Hungerford | 132.00 | Pages | 369.60 |
|     Exhibit | 250.00 | Pages | 75.00 |
|     Adobe PDF Bundle | | | 25.00 |
|     Rough Draft ASCII | | | 132.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|   Christopher Hungerford (Confidential Excerpt) | 50.00 | Pages | 140.00 |
|     Adobe PDF Bundle | | | 25.00 |
|     Rough Draft ASCII | | | 50.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|   Michael Taylor | 101.00 | Pages | 282.80 |
|     Exhibit | 112.00 | Pages | 33.60 |
|     Adobe PDF Bundle | | | 25.00 |
|     Rough Draft ASCII | | | 101.00 |
| | | **TOTAL DUE  >>>** | **$1,259.00** |

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 86-0409007                                                                                           Phone: 310-201-1501    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

| | | |
|---|---|---|
| Invoice No. | : | 102042 |
| Invoice Date | : | 7/30/2015 |
| **Total Due** | : | **$1,259.00** |

Remit To:  **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

| | | |
|---|---|---|
| Job No. | : | 1031894 |
| BU ID | : | OOT-DEP |
| Case No. | : | 2:14-CV-02057-DGC |
| Case Name | : | VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102044 | 7/30/2015 | 1031897 |
| Job Date | Case No. | |
| 7/17/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Philip Epps | 120.00 | Pages | 336.00 |
| Exhibit | 17.00 | Pages | 5.10 |
| Rough Draft ASCII | | | 120.00 |
| Adobe PDF Bundle | | | 25.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Philip Epps (Confidential Excerpt) | 15.00 | Pages | 42.00 |
| Rough Draft ASCII | | | 120.00 |
| Adobe PDF Bundle | | | 25.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Tobias Joseph Roush | 96.00 | Pages | 268.80 |
| Exhibit | 19.00 | Pages | 5.70 |
| Rough Draft ASCII | | | 96.00 |
| Adobe PDF Bundle | | | 25.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Tobias Joseph Roush (Confidential Excerpt) | 16.00 | Pages | 44.80 |
| Rough Draft ASCII | | | 16.00 |
| Adobe PDF Bundle | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$1,154.40** |

**Tax ID:** 86-0409007                                                                                                                                Phone: 310-201-1501    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

Invoice No.     :  102044
Invoice Date    :  7/30/2015
**Total Due**   :  **$1,154.40**

Remit To:  **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

Job No.      :  1031897
BU ID        :  OOT-DEP
Case No.     :  2:14-CV-02057-DGC
Case Name    :  VIP Products, LLC.  vs. Jack Daniel's Properties, Inc.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102044 | 7/30/2015 | 1031897 |
| Job Date | Case No. | |
| 7/17/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 86-0409007     Phone: 310-201-1501    Fax:

*Please detach bottom portion and return with payment.*

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

Invoice No.   :   102044
Invoice Date  :   7/30/2015
**Total Due**   :   **$1,154.40**

**Remit To:** **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

Job No.     :   1031897
BU ID       :   OOT-DEP
Case No.    :   2:14-CV-02057-DGC
Case Name   :   VIP Products, LLC.  vs. Jack Daniel's Properties, Inc.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102457 | 9/3/2015 | 1032314 |
| Job Date | Case No. | |
| 8/19/2015 | 2:14-CV-02057-DGC | |
| Case Name | | |
| VIP Products, LLC.  vs. Jack Daniel's Properties, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Gerald L. Ford | 253.00 | Pages | 759.00 |
| Exhibit | 280.00 | Pages | 84.00 |
| Adobe PDF Bundle | | | 25.00 |
| Rough Draft ASCII | | | 430.10 |

**TOTAL DUE  >>>**     $1,298.10

We now accept Visa or MasterCard payments with a 4% convenience fee.

Tax ID: 86-0409007

Phone: 310-201-1501    Fax:

Please detach bottom portion and return with payment.

Christopher C. Larkin
Law Offices of Seyfarth Shaw
One Century Plaza-Suite #3300
2029 Century Park E.
Los Angeles CA  90069

Invoice No.    :  102457
Invoice Date   :  9/3/2015
**Total Due     :  $1,298.10**

Job No.        :  1032314
BU ID          :  OOT-DEP
Case No.       :  2:14-CV-02057-DGC
Case Name      :  VIP Products, LLC.  vs. Jack Daniel's Properties, Inc.

Remit To:  **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ  85006**

# I N V O I C E



(800) 852-4589   www.brandonhuseby.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 114481 | 8/14/2015 | 95194 |

| Job Date | Case No. | |
|---|---|---|
| 7/28/2015 | 14-CV-02057-PHX-DGC | |

| Case Name |
|---|
| VIP Products, LLC v. Jack Daniel's Properties, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Christopher C. Larkin, Esq.
Seyfarth Shaw LLP
One Century Plaza, 2029 Century Park East
Suite 3500
Los Angeles, CA  90067

ORIGINAL TRANSCRIPT OF:

   Martin Wolinsky                                         2,239.00

       SALES TAX                                           142.18

                             TOTAL DUE  >>>       $2,381.18

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752                          Phone: 1-310-201-5289   Fax:1-310-282-6989

*Please detach bottom portion and return with payment.*

Christopher C. Larkin, Esq.
Seyfarth Shaw LLP
One Century Plaza, 2029 Century Park East
Suite 3500
Los Angeles, CA  90067

| | | | | |
|---|---|---|---|---|
| Job No. | : 95194 | | BU ID | : Brandon |
| Case No. | : 14-CV-02057-PHX-DGC | | | |
| Case Name | : VIP Products, LLC v. Jack Daniel's Properties, Inc. | | | |
| Invoice No. | : 114481 | | Invoice Date | : 8/14/2015 |
| **Total Due** | : **$2,381.18** | | | |

Remit To:  **Huseby, Inc.**
              **P.O. Box 602928**
            **Charlotte, NC  28260-2928**

**PAYMENT WITH CREDIT CARD**      MasterCard  VISA

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

## GRIFFIN AND ASSOCIATES COURT REPORTERS

*RRF NO. R1005*
*2398 E. CAMELBACK ROAD, SUITE 260*
*PHOENIX, AZ 85016*
*PHONE: (602) 264-2230  FAX: (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. CHRISTOPHER C. LARKIN                      June 26, 2018
SEYFARTH SHAW, LLP
2029 CENTURY PARK EAST                          **Invoice#** 048128
SUITE 3300
CENTURY CITY, CA 90067                          **Balance:**        $.00


**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
     (30(b)(6)-VIP PRODUCTS/ELEANOR PHILLIPS)
       *on* 04/21/15  *Billed* 05/04/15
       *by* BECKY BAUMERT

Charge Description                                                    Amount
DEPOSITION OF:   30(b)(6) OF ELEANOR PHILLIPS

    ATTENDANCE FEE                                                    140.00
    TRANSCRIPT - 127 PAGES   (EXPEDITE)                               692.15
    ROUGH DRAFT                                                       158.75
    ETRAN ONLY                                                         25.00
    EXHIBIT REPRODUCTION                                               60.72
    HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY                      36.00


"ALL ASPECTS OF THIS INVOICE COMPLIES
 WITH THE ETHICAL OBLIGATIONS SET FORTH
 IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"




                                          Sub Total:         1,112.62
                                       - Payments/Credits:   1,112.62
          **P l e a s e    R e m i t   - - - >   Total Due:      $.00**


            *THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
         *WITHIN 10 DAYS- VISA/MC/AMERICAN EXPRESS ACCEPTED*

  Griffin & Associates, LLC                       Invoice# 048128
  MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
  2398 E. CAMELBACK ROAD, SUITE 260               Balance$          .00
  PHOENIX, AZ  85016

## GRIFFIN AND ASSOCIATES COURT REPORTERS

*RRF NO. R1005*
*2398 E. CAMELBACK ROAD, SUITE 260*
*PHOENIX, AZ 85016*
*PHONE: (602) 264-2230  FAX: (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. CHRISTOPHER C. LARKIN                         June 26, 2018
SEYFARTH SHAW, LLP
2029 CENTURY PARK EAST                            **Invoice#** 048196
SUITE 3300
CENTURY CITY, CA 90067                            **Balance:**         $.00

**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
     (STEPHEN SACRA)
       *on* 04/23/15  *Billed* 05/11/15
       *by* GENE R. RICHARDS

Charge Description                                                        Amount
DEPOSITION OF:  STEPHEN SACRA

    ATTENDANCE FEE                                                        300.00
    TRANSCRIPT - 275 PAGES                                              1,017.50
    ROUGH DRAFT                                                           336.25
    ETRAN ONLY                                                             25.00
    EXHIBIT REPRODUCTION                                                   96.03
    HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY                          36.00


"ALL ASPECTS OF THIS INVOICE COMPLIES
 WITH THE ETHICAL OBLIGATIONS SET FORTH
 IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"


                                            Sub Total:     1,810.78
                                        - Payments/Credits: 1,810.78
          **P l e a s e     R e m i t    - - - >  Total Due:     $.00**


              *THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
            *WITHIN 10 DAYS- VISA/MC/AMERICAN EXPRESS ACCEPTED*

   Griffin & Associates, LLC                         Invoice# 048196
   MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
   2398 E. CAMELBACK ROAD, SUITE 260                 Balance$          .00
   PHOENIX, AZ  85016

# GRIFFIN AND ASSOCIATES COURT REPORTERS

*RRF NO. R1005*
*2398 E. CAMELBACK ROAD, SUITE 260*
*PHOENIX, AZ 85016*
*PHONE: (602) 264-2230   FAX: (602) 264-2245*
*FED ID# 74-3158557 - GRIFFIN & ASSOCIATES, LLC*

MR. ISAAC S. CRUM                              June 26, 2018
QUARLES & BRADY LLP
TWO N. CENTRAL AVENUE                          **Invoice#** 048755
PHOENIX, AZ 85004

**Balance:**        $.00

**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
     (30(b)(6)-VIP PRODUCTS, LLC)
      *on* 06/26/15  *Billed* 07/22/15
      *by* MARA HOWARD

Charge Description                                                    Amount
DEPOSITION OF:  30(b)(6) STEPHEN M. SACRA

    ATTENDANCE FEE                                                    300.00
    TRANSCRIPT - 229 PAGES                                            870.20
    E-FILE ONLY                                                        25.00
    EXHIBIT REPRODUCTION                                               43.23
    HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY                      16.00


"ALL ASPECTS OF THIS INVOICE COMPLIES
 WITH THE ETHICAL OBLIGATIONS SET FORTH
 IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"




                                           Sub Total:       1,254.43
                                        - Payments/Credits: 1,254.43
         **P l e a s e   R e m i t  - - - >  Total Due:        $.00**


           *THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
           *WITHIN 10 DAYS- VISA/MC/AMERICAN EXPRESS ACCEPTED*

  Griffin & Associates, LLC                     Invoice# 048755
  MAKE CHECK TO:  GRIFFIN & ASSOCIATES, LLC
  2398 E. CAMELBACK ROAD, SUITE 260             Balance$           .00
  PHOENIX, AZ  85016

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Christopher C. Larkin Esq.<br>Seyfarth Shaw LLP<br>2029 Century Park E<br>Ste 3500<br>Los Angeles, CA, 90067 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2419581<br>9/12/2015<br>$0.00 |

| | |
|---|---|
| **Case:** | VIP Products, LLC v. Jack Daniel's Properties, Inc. |
| **Job #:** | 2119809 \| Job Date: 8/25/2015 \| Delivery: Normal |
| **Billing Atty:** | Christopher C. Larkin Esq. |
| **Location:** | Midwest Litigation |
| | 711 North 11th Street<br>St Louis, MO 63101 |
| **Sched Atty:** | Christopher C. Larkin Esq. \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 271.00 | $1,422.75 |
| | Rough Draft | Page | 271.00 | $406.50 |
| Stephen Nowlis | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 963.00 | $337.05 |
| | Scanning (Color) | | 62.00 | $46.50 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $2,342.80 |
| | **Payment:** | ($2,342.80) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CA2419581<br>2119809<br>9/12/2015<br>$0.00 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | | |

9264

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** | Christopher C. Larkin Esq.<br>Seyfarth Shaw LLP<br>2029 Century Park E<br>Ste 3500<br>Los Angeles, CA, 90067 | **Invoice #:** CA2408847<br>**Invoice Date:** 8/26/2015<br>**Balance Due:** $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | VIP Products, LLC v. Jack Daniel's Properties, Inc. | **Billing No.:** | 034582-004483 |
| **Job #:** | 2117367 \| Job Date: 8/13/2015 \| Delivery: Normal | **Client Matter #:** | 034582-004483 |
| **Billing Atty:** | Christopher C. Larkin Esq. | | |
| **Location:** | Seyfarth Shaw LLP - 2029 Century Park East | | |
| | 2029 Century Park East \| One Century Plaza, Suite 3500<br>Los Angeles, CA 90067 | | |
| **Sched Atty:** | Christopher C. Larkin Esq. \| Seyfarth Shaw LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Bruce G. Silverman | Original with 1 Certified Transcript | Page | 310.00 | $1,627.50 |
| | Exhibits - Color | Per Page | 2.00 | $3.00 |
| | Exhibits | Per Page | 335.00 | $217.75 |
| | Rough Draft | Page | 310.00 | $465.00 |
| | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Parking Expense | Per hour | 1.00 | $35.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,478.25 |
| **Payment:** | ($2,478.25) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CA2408847<br>**Job #:** 2117367<br>**Invoice Date:** 8/26/2015<br>**Balance:** $0.00 |

9264

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Christopher C. Larkin, Esq<br>Seyfarth Shaw LLP<br>2029 Century Park E<br>Ste 3500<br>Los Angeles, CA, 90067 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CHI2387457<br>7/31/2015<br>$0.00 |

| | |
|---|---|
| **Case:** | VIP Products, LLC, etc. v. Jack Daniel's Properties, Inc., etc. |
| **Job #:** | 2105042 \| Job Date: 7/21/2015 \| Delivery: Normal |
| **Billing Atty:** | Christopher C. Larkin Esq. |
| **Location:** | Seyfarth & Shaw |
| | 131 South Dearborn Street \| Suite 2400<br>Chicago, IL 60603 |
| **Sched Atty:** | \| Seyfarth Shaw LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Confidential - John Howard | Original Transcript - Medical, Technical or Video | Page | 39.00 | $4.25 | $165.75 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 39.00 | $0.45 | $17.55 |
| | Exhibits | Per Page | 275.00 | $0.40 | $110.00 |
| | Rough Draft | Page | 21.00 | $1.50 | $31.50 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| John Howard | Original Transcript - Medical, Technical or Video | Page | 243.00 | $4.25 | $1,032.75 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 243.00 | $0.45 | $109.35 |
| | Exhibits | Per Page | 162.00 | $0.40 | $64.80 |
| | Rough Draft | Page | 197.00 | $1.50 | $295.50 |
| | Litigation Package | 1 | 1.00 | $42.50 | $42.50 |
| | Attendance Fee-Hrly | Hour | 8.50 | $60.00 | $510.00 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CHI2387457<br>2105042<br>7/31/2015<br>$0.00 |

9264

**Veritext Corp**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Notes:** Courtesy Discount Applied | **Invoice Total:** | $2,444.70 |
| | **Courtesy Discounts:** | ($290.66) |
| | **Net Total:** | $2,154.04 |
| | **Payment:** | ($2,154.00) |
| | **Credit:** | ($0.04) |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |
| TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information | | |

| | | |
|---|---|---|
| **To pay online, go to www.veritext.com** | **Please remit payment to:** Veritext P.O. Box 71303 Chicago IL 60694-1303 | **Invoice #:** CHI2387457 |
| | | **Job #:** 2105042 |
| | | **Invoice Date:** 7/31/2015 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | **Balance:** $0.00 |

9264

# Merchant: Griffin & Associates, LLC

2398 E Camelback Rd
260
Phoenix, AZ 85016
US

(602) 264-2230

## Order Information

| | |
|---|---|
| Description: | |
| Order Number: | P.O. Number: |
| Customer ID: | Invoice Number: 48128B 48196B |

**Billing Information**

Douglas Harvey

**Shipping Information**

| | |
|---|---|
| Shipping: | 0.00 |
| Tax: | 0.00 |
| **Total:** | **USD 156.60** |

## Payment Information

| | |
|---|---|
| Date/Time: | 28-Sep-2017 14:01:39 PDT |
| Transaction ID: | 40333534477 |
| Entry Mode: | Keyed |
| Transaction Type: | Authorization w/ Auto Capture |
| Transaction Status: | Captured/Pending Settlement |
| Authorization Code: | 164263 |
| Payment Method: | American Express XXXX2000 |