# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Jack Daniel's Properties, Inc., | |
| Defendant. | |
| And Related Counterclaims. | |

The Court held a four-day bench trial in this matter finding in favor of Defendant Jack Daniel's Properties, Inc. ("Jack Daniel's") and against Plaintiff VIP Products, LLC ("VIP") on all remaining claims. Pending before the Court is Jack Daniel's motion for attorney's fees. (Doc. 266.) In support, Jack Daniel's has also filed a motion to seal certain documents that support its motion for attorney's fees (Doc. 267), and it has lodged under seal these documents with the Court (Docs. 268-70). The matter is fully briefed. (Docs. 278, 281.)

Subsequently, VIP appealed the Court's decision to the United States Court of Appeals for the Ninth Circuit. (Doc. 276.) After carefully weighing and balancing the interests of the Court, counsel, and the litigants in this matter, the Court has determined that it would be imprudent to resolve Jack Daniel's pending motion for attorney's fees while VIP's appeal is pending. Therefore, the Court will deny Jack Daniel's motion for attorney's fees without prejudice with leave to re-file its motion upon the Ninth Circuit's resolution of

the appeal in this matter. See CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants. The exertion of this power calls for the exercise of a sound discretion.").

Accordingly,

**IT IS HEREBY ORDERED DENYING WITHOUT PREJUDICE** Defendant's Motion for Attorney's Fees. (Doc. 266.) Defendant may renew its Motion for Attorney's Fees and its Motion to Seal Documents Lodged with the Court after the Ninth Circuit's resolution of Plaintiff's appeal.

**IT IS FURTHER ORDERED** that Defendant may reinstate its motions at the proper time by filing a Motion to Renew its Motion for Attorney's Fees and its Motion to Seal Documents Lodged with the Court; Defendant need not refile the original motions.

**IT IS FURTHER ORDERED** denying without prejudice as moot Defendant's Motion to Seal Documents Lodged with the Court. (Doc. 267.)

DATED this 2nd day of July, 2018.

*[signature]*

Stephen M. McNamee
Senior United States District Judge