IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Jack Daniel's Properties, Inc.,<br><br>　　　　　Defendants | No.  CV-14-2057-PHX-SMM<br><br>JUDGMENT ON TAXATION OF COSTS |

　　　Final Judgment having been entered, defendant filed a Bill of Costs on May 16, 2018, seeking the taxation of $19,475.21.  An Objection was filed on June 8, 2018 and a Reply to Objection was filed on June 29, 2018. The matter has been reviewed and costs have been awarded as follows.

　　　1.　**Clerk Fees** – Pursuant to LRCiv 54.1(e)(1), the **$18.00** fee claimed is allowed.

　　　2. **Service Fees** - Pursuant to LRCiv 54.1(e)(1), the **$115.00** claimed is allowed.

　　　3. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(3), the $19,322.21 claimed is reduced by $4,151.55 to **$15,170.66**.   Costs associated with Adobe PDF bundle, Rough draft ASCII, Litigation package, Exhibits scanned-searchable OCR, scanning (color) and exhibits (color) are not taxable. The following invoices are reduced as follows.

| **Depositions** | | |
|---|---:|---:|
| Griffin & Associates – Deposition transcript – E. Phillips | 928.87 | 6/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra | 1,449.53 | 6/2015 |
| Coash & Coash – Deposition transcript – P. Epps and Roush | 702.40 | 7/30/2015 |
| Veritex Legal Solutions – Deposition transcript – J. Howard | 1,677.20 | 7/31/2015 |
| Coash & Coash – Deposition transcript – C. Hungerford and M. Taylor | 901.00 | 9/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra 30(b)(6) | 1,229.43 | 8/17/15 |
| Huseby, Inc – Deposition transcript – M. Wolinski | 2,381.18 | 8/14/2015 |
| Coash & Coash – Deposition transcript – G. Ford | 843.00 | 10/2015 |
| Veritex Legal Solutions – Deposition transcript – B. Silverman | 1,965.25 | 10/2015 |
| Veritex Legal Solutions – Deposition transcript – S. Nowlis | 1,507.55 | 10/2015 |
| Coash & Coash – Deposition transcript – I. Simonson | 832.25 | 7/7/2015 |
| Coash & Coash – Deposition transcript – D. Gooder | 596.40 | 7/13/2015 |
| Griffin & Associates – Deposition transcript – S. Sacra | 156.60 | 9/28/2017 |

Total: $15,170.66

4. **Docket fees under 28 U.S.C. 1923** – The **$20.00** claimed is allowed.

The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$15,323.66**.

DATED this 13th day of July, 2018
BRIAN D. KARTH, CLERK

By: _Michael O'Brien_
Michael O'Brien
Chief Deputy Clerk