Firm E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT, PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation<br><br>Defendant and Counterclaimant. | No. 2:14-cv-02057-SMM<br><br>**DECLARATION OF STEPHEN SACRA** |

I, STEPHEN SACRA, under penalty of perjury, declares as follows:

1.  I state the following according to my personal knowledge.

2.  I am the CEO of Plaintiff/Counterdefendant VIP Products, L.L.C. ("VIP").

3.  Pursuant to the Court's Permanent Injunction and Final Judgment & Order (Dkt. # 262) and 15 U.S.C. § 1116, the following are details of VIP's efforts to comply with the Court's Permanent Injunction, including specifically its efforts to gather up and control the products and materials ordered under paragraphs 4 and 5 of the Court's Permanent Injunction and Final Judgment.

1

4. VIP Products stopped all distribution of the Bad Spaniels toy by the May 2, 2018 date of the Court's Permanent Injunction and Final Judgment & Order.

5. VIP changed its product catalogs in February of 2018 to remove any reference to the Bad Spaniels product.

6. On June 19, 2018, I emailed VIP's North Carolina and Arizona warehouse managers (subject line "SS-LB-BS = Quarantine") directing them to inventory all remaining inventory of the Silly Squeakers dog toy and to store such inventory in their respective supply closets at least until the resolution of VIP's appeal of the Court's Permanent Injunction and Final Judgment to the Ninth Circuit Court of Appeals. VIP reported the inventory the Court in a report filed on June 22, 2018 (Dkt. # 280). The total number of Bad Spaniels toys in storage is fifty (50) pieces.

7. As for the Court's Order that "by Friday, June 22, 2018, VIP shall remove from public viewing any and all catalogues, website pages, literature, brochures, business cards, promotional materials, advertising, T-shirts, and any other goods, products and materials depicting or bearing any other reference to VIP's Bad Spaniels product"; immediately after VIP received the Court's Findings of Fact and Conclusions of Law on January 30, 2018 (Dkt. # 245), I directed VIP's employees and agents to cease all use of any promotional and marketing materials that bore any reference to the Bad Spaniels products. Similarly, within a few days of the Court's Findings of Facts and Conclusions of Law, I caused VIP's website to remove all references to the Bad Spaniels product.

8. As for the Court's Order that "by Friday, July 6, 2018, VIP shall also gather up and control from its supplier of the Bad Spaniels product all computer-aided design and other electronic files and any molds from which such products are made"; such files and molds are not in the possession of VIP. VIP's source for its Bad Spaniels product is a Chinese company, Flying Pony. Flying Pony acts as a sourcing

agent and places orders with another factory in China. VIP has no knowledge of the contact details for the actual Chinese factory that manufactures the product as this is proprietary to Flying Pony. VIP has no ownership in, or control of, Flying Pony or the unknown factory that actually produces the products. On June 12, 2018, I emailed David Bai of Flying Pony requesting that it gather up and secure the items as defined in the injunction order as it relates to the Bad Spaniels toy so that such items could then be securely stored and eventually shipped to VIP if and when such items were secured by Flying Pony from the unknown manufacturer. I have made several follow up requests by phone.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th day of July, 2018 in Scottsdale, Phoenix, Arizona.



STEPHEN SACRA

PHOENIX 53913-11 253760v2