FILED

JUN 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company,<br><br>    Plaintiff-counter-defendant-Appellant,<br><br>  v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>    Defendant-counter-plaintiff-Appellee. | No.   18-16012<br><br>D.C. No. 2:14-cv-02057-SMM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: TASHIMA, HURWITZ, and MILLER, Circuit Judges.

The panel has voted to deny the petition for panel rehearing. Judges Hurwitz and Miller have voted to deny the petition for rehearing en banc, and Judge Tashima so recommends.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc, Dkt. 63, is **DENIED**.