# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated, et al.,<br><br>  Defendant(s). | No. CV-14-02057-PHX-SMM<br><br>**NOTICE** |

The Court is in possession of the following non-electronic exhibits:

Exhibits 3, 5, 6 and 7 to the Declaration of Philip Epps in support of Defendant's Motion for Partial Summary Judgment.

Pursuant to LRCiv 79.1, notice is hereby given that the Clerk will destroy or dispose of this exhibit 30 days from the date of this notice. If the filing party fails to retrieve this exhibit within 30 days, it will be destroyed.

Dated this 26th day of June, 2020.

DEBRA D. LUCAS,
Acting District Court Executive/Clerk of Court

By: s/Elaine Garcia
      Deputy Clerk