# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>        Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

Pursuant to the formal Mandate issued from the United States Court of Appeals for the Ninth Circuit on June 11, 2020 and a petition for certiorari with the United States Supreme Court not having been filed,

**IT IS HEREBY ORDERED setting** a Telephonic Status Conference for <u>Monday, October 19, 2020</u> at <u>2:30 p.m.</u> Counsel will receive dial-in instructions for the teleconference separately via electronic mail prior to the hearing.

Dated this 14th day of September, 2020.

                                        Honorable Stephen M. McNamee
                                        Senior United States District Judge