Isaac S. Crum (AZ Bar #026510)
RUSING LOPEZ & LIZARDI PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520)529-4274
Facsimile:  (520)529-4274
Email:   icrum@rllaz.com

D. Peter Harvey (admitted pro hac vice)
HARVEY & COMPANY
Four Embarcadero Center, 14th Floor
San Francisco, CA  94111
Telephone:    (415) 926-7776
Facsimile:    (415) 402-0058
Email: pharvey@harvey.law

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**JOINT MOTION TO STAY CASE PENDING ACTION OF THE UNITED STATES SUPREME COURT ON PETITION FOR CERTIORARI** |

On September 15, 2020 Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("Jack Daniel's") filed a petition for a writ of certiorari with the United States Supreme Court (the "Petition"). The Petition was docketed on September 18, 2020 and assigned Case No. 20-365.[1]  Given the currently-pending nature of the Petition and respecting the resources of both the Court and the parties, Jack Daniel's and Plaintiff and Counterclaim Defendant VIP Products, LLC's ("VIP") hereby jointly move the Court to vacate the scheduled October 19, 2020 telephonic status conference (*see* Doc. 289) and to stay this entire proceeding pending action of the United States Supreme Court on the Petition.

Respectfully submitted this 1st day of October, 2020,

| | |
|---|---|
| */s/ David G. Bray* | */s/ Isaac S. Crum* |
| David G. Bray<br>David N. Ferrucci<br>Holly M. Zoe<br>DICKINSON WRIGHT PLLC<br>1850 N. Central Ave., Suite 1400<br>Phoenix, Arizona 85004<br>Telephone: 602-285-5033<br>Email: dbray@dickinson-wright.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendant VIP Products, LLC* | Isaac S. Crum (AZ Bar #026510)<br>RUSING LOPEZ & LIZARDI PLLC<br>16427 N. Scottsdale Road, Suite 200<br>Scottsdale, Arizona 85254<br>Telephone:   (480) 744-3053<br>Email:  icrum@rllaz.com<br><br>D. Peter Harvey (admitted pro hac vice)<br>Harvey & Company<br>Four Embarcadero Center, 14th Floor<br>San Francisco, CA  94111<br>Telephone:   (415) 926-7776<br>Facsimile:    (415) 402-0058<br>Email: pharvey@harvey.law<br><br>*Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.* |

---

[1] The proceeding is available at: https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/20-365.html

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 1st day of October, 2020, via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all attorneys of record in this case.

*/s/ Courtney Ryan*