# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO STAY CASE PENDING ACTION OF THE UNITED STATES SUPREME COURT ON PETITION FOR CERTIORARI** |

Having considered the parties' Joint Motion to Stay this Case Pending Action of the United States Supreme Court on Jack Daniel's Petition for a Writ of Certiorari (the "Motion"), and good cause having been shown, it is hereby ordered that:

The October 19, 2020 telephonic status conference (*see* Doc. 289) is hereby vacated; and

This entire proceeding is stayed pending action of the United States Supreme Court on Jack Daniel's petition.