# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>　　　　Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion to Stay Case Pending Action of the United States Supreme Court on Petition for Certiorari. (Doc. 290.) On September 14, 2020, the Court set this matter for a telephonic status conference for October 19, 2020. (Doc. 289.) The following day, however, Defendant Jack Daniel's Properties, Inc. filed a petition for a writ of certiorari with the United States Supreme Court. (Doc. 290 at 2.) The petition was docketed on September 18, 2020 and assigned a case number. (Id.) As a result, the parties now request that the Court vacate the above-mentioned status conference and stay this matter pending action of the United States Supreme Court on the petition. (Id.)

After review and consideration, and good cause appearing, the Court grants the parties' joint motion. Accordingly,

**IT IS HEREBY ORDERED granting** the parties' Joint Motion to Stay Case Pending Action of the United States Supreme Court on Petition for Certiorari. (Doc. 290.)

**IT IS FURTHER ORDERED staying** this matter pending action of the United States Supreme Court on Defendant Jack Daniel's Properties, Inc. petition for a writ of

certiorari. The parties shall keep the Court advised of the United States Supreme Court's granting or denial of the petition.

**IT IS FURTHER ORDERED vacating** the telephonic status conference set for Monday, October 19, 2020 at 2:30 p.m.

Dated this 2nd day of October, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge