*Firm* E-Mail: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
Jonathan S. Batchelor (#026882)
jbatchelor@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>     Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFF** |
| Jack Daniel's Properties Inc., a Delaware corporation,<br><br>     Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>     Counterdefendant. | |

Frank G. Long of the law firm Dickinson Wright PLLC respectfully provides notice of his withdrawal as co-counsel for Plaintiff/Counterdefendant VIP Products, L.L.C.

Plaintiff/Counterdefendant VIP Products, L.L.C. will continue to be represented by David G. Bray, David N. Ferrucci and Jonathan S. Batchelor, who have appeared in this action.

**DATED** this 2nd day of October 2020.

>                    **DICKINSON WRIGHT PLLC**
>
>                    By: */s/ Frank G. Long*
>                         Frank G. Long
>                         David G. Bray
>                         David N. Ferrucci
>                         Jonathan S. Batchelor
>                         1850 North Central Avenue, Suite 1400
>                         Phoenix, Arizona 85012-2705
>                         *Attorneys for VIP Products, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

>                    */s/ Veronica Newbanks*