# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

On October 2, 2020, the Court stayed this matter, pending action of the United States Supreme Court on Defendant Jack Daniel's Properties, Inc. petition for a writ of certiorari. (Doc. 291 at 1-2.) On January 11, 2021, the Supreme Court denied Defendant's petition. See Jack Daniel's Props., Inc. v. VIP Prods. LLC, 953 F.3d 1170 (9th Cir. 2020), cert. denied, __ S. Ct. __, 2021 WL 78111 (Mem.) (U.S. Jan. 11, 2021) (No. 20-365). As a result, the Court will lift the stay in this matter and set a telephonic status conference. Accordingly,

**IT IS HEREBY ORDERED setting** a Telephonic Status Conference for Wednesday, March 17, 2021 at 2:00 p.m., Arizona time. All parties shall appear telephonically. Counsel will receive dial-in instructions for the teleconference separately via electronic mail prior to the hearing.

Dated this 8th day of March, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge