RUSING LOPEZ & LIZARDI PLLC
Isaac S. Crum (AZ Bar #026510)
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520)792-4274
Facsimile:  (520)792-4274
Email:   icrum@rllaz.com

KILPATRICK TOWNSEND & STOCKTON LLP
Ted H. Davis (*Pro hac vice upcoming*)
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6534
tdavis@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Dennis L. Wilson (*Pro hac vice upcoming*)
1801 Century Park E., Suite 2300
Los Angeles, CA 90067
Telephone: (310) 777-3740
dwilson@kilpatricktownsend.com

*Attorneys for Defendant and Counterclaimant*
*Jack Daniel's Properties, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**DEFENDANT'S *EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), the undersigned counsel hereby submit this *Ex Parte* Application for Substitution of Counsel with Client Consent ("Application") to: (1) remove the law firm of Harvey & Company and its attorney D. Peter Harvey as counsel of record for Defendant and Counterclaimant Jack Daniel's Properties, Inc. ("JDPI") in the above-captioned civil action; and (2) add Kilpatrick Townsend & Stockton LLP and its attorneys Ted Davis and Dennis Wilson as counsel of record for JDPI. Mr. Harvey seeks to withdraw completely as Defendant's counsel in this civil action and Mr. Davis and Mr. Wilson will take Mr. Harvey's place in this matter. Mr. Davis and Mr. Wilson will be filing a motion for admission *pro hac vice* shortly and their contact information is shown below:

> Ted H. Davis
> Kilpatrick Townsend & Stockton LLP
> 1100 Peachtree Street NE Suite 2800
> Atlanta, GA 30309
> Telephone: (404) 815-6534
> tdavis@kilpatricktownsend.com
>
> Dennis L. Wilson
> Kilpatrick Townsend & Stockton LLP
> 1801 Century Park E., Suite 2300
> Los Angeles, CA 90067
> Telephone: (310) 777-3740
> dwilson@kilpatricktownsend.com

Defendants will continue to be represented by Rusing, Lopez & Lizardi, PLLC ("RLL") and its attorney Isaac S. Crum. Attorney Crum has been involved in this case since its inception and is well aware of all applicable deadlines in this matter as is JDPI. Mr. Crum will ensure that Mr. Davis and Mr. Wilson are up to speed on this matter quickly. A proposed order withdrawing Mr. Harvey and Harvey & Company as counsel and substituting in Mr. Davis and Mr. Wilson and Kilpatrick, Townsend & Stockton LLP in this matter is filed herewith.

# CLIENT'S WRITTEN CONSENT

JDPI hereby consents to the complete withdrawal of Harvey & Company and Mr. D. Peter Harvey as counsel of record for JDPI in the above-captioned civil action. JDPI hereby also consents to the substitution of Mr. Davis and Mr. Wilson and Kilpatrick, Townsend & Stockton LLP to replace Mr. Harvey. JDPI will continue to be represented by the law firm of Rusing Lopez & Lizardi, PLLC and its attorney Isaac S. Crum. Defendant's contact information is:

>Justin Welch
>Managing Director, Chief IP Counsel
>Jack Daniel's Properties, Inc.
>Brown-Forman Brands
>4040 Civic Center Drive, Suite 528
>San Rafael, CA 94903
>Tel: (415) 446 5240

Dated: March 11, 2021.

>*s/ Justin Welch*
>Justin Welch
>Managing Director, Chief Trademark Counsel
>Jack Daniel's Properties, Inc.
>Brown-Forman Brands
>
>
>*s/ Isaac S. Crum*
>Isaac S. Crum (AZ Bar #026510)
>RUSING LOPEZ & LIZARDI PLLC
>6363 N. Swan Road, Suite 151
>Tucson, Arizona 85718
>Telephone:   (520)792-4274
>Email:   icrum@rllaz.com
>
>Ted H. Davis
>Kilpatrick Townsend & Stockton LLP
>1100 Peachtree Street NE Suite 2800
>Atlanta, GA 30309
>Telephone: (404) 815-6534
>tdavis@kilpatricktownsend.com

1
2           Dennis L. Wilson
            Kilpatrick Townsend & Stockton LLP
3           1801 Century Park E., Suite 2300
            Los Angeles, CA 90067
4           Telephone: (310) 777-3740
            dwilson@kilpatricktownsend.com
5
            *Attorneys for Defendant and*
6           *Counterclaimant Jack Daniel's*
            *Properties, Inc.*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

*EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL                CV-14-2057-PHX-SMM

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 11 day of March 2021, via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all attorneys of record in this case.

*s/ Isaac S. Crum*
Isaac S. Crum