# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　Defendant.<br><br>And Related Counterclaims | Case No. CV-14-2057-PHX-SMM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIENT CONSENT** |

Pending before the Court is Defendant Counsel D. Peter Harvey's motion to withdraw as counsel with consent. (Doc. 294.) Defendant Jack Daniel's Properties, Inc. ("JDPI") will continue to be represented by counsel of record Isaac Crum from the law firm of Rusing Lopez & Lizardi, PLLC. (Id.) In support of his motion, Counsel cites LRCiv 83.3(b)(1) stating that JDPI has given its consent for Mr. Harvey to withdraw as counsel of record. (Id.)

Local Rule of Civil Procedure 83.3(b)(1) provides that:

(b) Withdrawal and Substitution: No attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence, and last known telephone number of the client as follows:

(1) Where such application bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court ex

parte. The withdrawing attorney shall give prompt notice of the entry of such order, together with the name, last known residence and last known telephone number of the client, to all other parties or their attorneys.

LRCiv 83.3(b)(1). Pursuant to LRCiv 83.3(b)(1), Managing Director/Chief Trademark Counsel for JDPI, Justin Welch, has signed the application indicating that JDPI consents to the withdrawal of D. Peter Harvey as its counsel of record. (Doc. 294.)

The Court finds that Defendant Counsel has complied with LRCiv 83.3(b)(1) and therefore the motion to withdraw as counsel with consent will be granted. Accordingly,

**IT IS HEREBY ORDERED** granting Defendant Counsel D. Peter Harvey's motion to withdraw as counsel with consent. (Doc. 294.) The Clerk of Court shall terminate D. Peter Harvey as counsel of record for Defendant/Counterclaimant Jack Daniel's Properties Inc.

**IT IS FURTHER ORDERED** that the Clerk of Court remove (pharvey@harvey.law) from the CM/ECF service list for this matter.

**IT IS FURTHER ORDERED** that Mr. Ted H. Davis, and Mr. Dennis L. Wilson, who have filed *pro hac vice* applications and whose contact information is below, shall be added as counsel for JDPI in this matter.

>Ted H. Davis
>Kilpatrick Townsend & Stockton LLP
>1100 Peachtree Street NE Suite 2800
>Atlanta, GA 30309
>Telephone: (404) 815-6534
>tdavis@kilpatricktownsend.com

>Dennis L. Wilson
>Kilpatrick Townsend & Stockton LLP
>1801 Century Park E., Suite 2300
>Los Angeles, CA 90067
>Telephone: (310) 777-3740
>dwilson@kilpatricktownsend.com

DATED this ____ day of _____, 2021.

>_____
>JUDGE