# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

Before the Court is Defendant's Ex Parte Application for Substitution of Counsel with Client Consent. (Doc. 294.) Counsel for Defendant submit this ex parte application, requesting that the Court remove the law firm of Harvey & Company and its attorney D. Peter Harvey and add the law firm of Kirkpatrick Townsend & Stockton LLP and its attorneys Ted Davis and Dennis Wilson in this matter. (Id. at 2.) Defense counsel state that Mr. Davis and Mr. Wilson will file a motion for admission *pro hac vice*, shortly. (Id.) In addition, Defendant will continue to be represented by the law firm of Rusing, Lopez & Lizardi, PLLC and its attorney Isaac S. Crum. (Id.) Defendant consents to the above-mentioned substitution of counsel. (Id. at 3.) After review and consideration and pursuant to LRCiv 83.3(b)(1), the Court grants Defendant's ex parte application pending submission and approval of Mr. Davis' and Mr. Wilson's motion for admission *pro hac vice*. Accordingly,

**IT IS HEREBY ORDERED granting** Defendant's Ex Parte Application for Substitution of Counsel with Client Consent. (Doc. 294.)

1    **IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate the law firm of Harvey & Company and its attorney D. Peter Harvey as counsel of record for Defendant and to remove pharvey@harvey.law from the CM/ECF service list for this matter.

**IT IS FURTHER ORDERED** that Ted Davis and Dennis Wilson shall file a motion for admission *pro hac vice* prior to appearing in this matter.

Dated this 15th day of March, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge