# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

A Telephonic Status Conference was held on March 17, 2021 to discuss the sole issue remanded from the Ninth Circuit Court of Appeals. (Docs. 296; 287.) Pursuant to discussion held at the hearing, the parties are directed to brief the issue remanded, and, in doing so, must discuss relevant case law, including intervening Ninth Circuit Court of Appeals opinions, and whether expert testimony is necessary to prove or disprove the test laid out in Rogers v. Grimaldi, 875 F.2d 994 (2d Cir. 1989).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a motion discussing the above-mentioned issues on or before Friday, May 14, 2021.

**IT IS FURTHER ORDERED** that Defendant shall file its response on or before Friday, July 16, 2021.

Dated this 19th day of March, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge