Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
David N. Ferrucci (#027423)
dferrucci@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>          Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**JOINT MOTION TO EXCEED PAGE LIMITATION** |

      Plaintiff/counterdefendant VIP ("VIP") and defendant/counterclaimant Jack Daniel's Properties, Inc. ("JDPI"), hereby move the Court for an order allowing the parties to exceed the 17-page limit set by Local Rule 7.2 in their respective motions addressing the Court's Order. (Doc. 297).

      On March 19, 2021, this Court entered an Order (Doc. 297) directing the parties to each file a motion addressing the issue remanded from the Ninth Circuit Court of Appeals. (Docs. 296; 287). The Court ordered VIP to file its motion on or before Friday, May 14, 2021 and JDPI to file its response on or before Friday, July 16, 2021.

      The parties hereby respectfully move the Court for an order allowing the parties to exceed the 17-page limit set by Local Rule 7.2 in their respective motions. The parties request leave to each file a motion up to 22 pages. This motion to exceed is

necessitated by the need to address relevant case law, including intervening Ninth Circuit Court of Appeals opinions, and whether expert testimony is necessary to prove or disprove the test laid out in *Rogers v. Grimaldi*, 875 F.2d 994 (2d Cir. 1989).

Accordingly, the parties respectfully request an order permitting the additional pages. A proposed form of Order is attached for the Court's convenience.

**DATED** this 11th day of May, 2021.

By: <u>s/ David N. Ferrucci</u>
David G. Bray
David N. Ferrucci
DICKINSON WRIGHT PLLC
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004

*Attorneys for VIP Products, L.L.C.*

By: <u>s/ Isacc. S. Crum (with permission)</u>
Isaac S. Crum
RUSING LOPEZ & LIZARDI PLLC
6363 N. Swan Road, Suite 151
Tucson, Arizona 85718

Ted H. Davis
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309

Dennis L. Wilson
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park E., Suite 2300
Los Angeles, CA 9006

*Attorneys for Defendant and Counterclaimant Jack Daniel's Properties, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/Christine Klepacki*