# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Jack Daniel's Properties, Inc., a Delaware corporation, <br><br> Defendant. | Case No. 2:14-cv-02057-SMM <br><br> **ORDER** |

The Court, having received the Joint Motion to Exceed Page Limitation filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED granting this parties' motion to exceed the page limitation.

IT IS HEREBY FURTHER ORDERED that the parties may each file a motion up to 22 pages addressing the Court's Order (Doc. 297).