# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>    Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Exceed Page Limitation. (Doc. 298.) The parties ask that the Court extend the 17-page limit set by Local Rule 7.2 and grant leave to file motions up to 22 pages in length. (Id. at 1.) The parties state that additional pages are needed to address relevant case law, including intervening Ninth Circuit Court of Appeals opinions, and whether expert testimony is necessary. (Id. at 2.)

Based on the foregoing,

**IT IS HEREBY ORDERED granting** the parties' Joint Motion to Exceed Page Limitation. (Doc. 298.)

**IT IS FURTHER ORDERED** that the parties may file motions up to 22 pages in length.

Dated this 12th day of May, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge