1  **MESSNER REEVES LLP**
2  Isaac S. Crum (AZ Bar #026510)
   1440 E. Missouri Avenue, Suite C100
3  Phoenix, Arizona 85014
   Telephone: (602) 641-6705
4  icrum@messner.com

5
   **KILPATRICK TOWNSEND & STOCKTON LLP**
6  Ted H. Davis (*admitted pro hac vice*)
   1100 Peachtree Street NE Suite 2800
7  Atlanta, GA 30309
8  Telephone: (404) 815-6534
   tdavis@kilpatricktownsend.com
9

10 **KILPATRICK TOWNSEND & STOCKTON LLP**
   Dennis L. Wilson (*admitted pro hac vice*)
11 1801 Century Park E., Suite 2300
   Los Angeles, CA 90067
12 Telephone: (310) 777-3740
13 dwilson@kilpatricktownsend.com

14 *Attorneys for Defendant and Counterclaimant*
   *Jack Daniel's Properties, Inc.*
15

16              **UNITED STATES DISTRICT COURT**

17                **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 18  VIP Products, LLC, an Arizona limited liability company, | Case No. CV-14-2057-PHX-SMM |
| 20              Plaintiff, | |
| 21  v. | **NOTICE OF CHANGE OF FIRM AND ADDRESS** |
| 22  Jack Daniel's Properties, Inc., a Delaware corporation, | |
| 24              Defendant. | |
| 26  And Related Counterclaims | |

Pursuant to LRCiv. 83.3(d), Counsel for Defendant Jack Daniel's Properties, Inc., hereby notifies the Court and all parties to this action that Isaac S. Crum has moved his law practice from Rusing Lopez & Lizardi, P.L.L.C. to Messner Reeve LLP.  Mr. Crum's new contact information is as follows:

> Isaac S. Crum
> **MESSNER REEVES LLP**
> 1440 E. Missouri Avenue, Suite C100
> Phoenix, Arizona 85014
> Telephone: (602) 641-6705
> Facsimile: (303) 623-0552
> icrum@messner.com

Respectfully submitted this 1st day of July 2021,

>    /s/  Isaac S. Crum
> **MESSNER REEVES LLP**
> Isaac S. Crum (AZ Bar #026510)
> 1440 E. Missouri Avenue, Suite C100
> Phoenix, Arizona 85014
> Telephone: (602) 641-6705
> icrum@messner.com
>
> **KILPATRICK TOWNSEND & STOCKTON LLP**
> Ted H. Davis (*admitted pro hac vice*)
> 1100 Peachtree Street NE Suite 2800
> Atlanta, GA 30309
> Telephone: (404) 815-6534
> tdavis@kilpatricktownsend.com
>
> **KILPATRICK TOWNSEND & STOCKTON LLP**
> Dennis L. Wilson (*admitted pro hac vice*)
> 1801 Century Park E., Suite 2300
> Los Angeles, CA 90067
> Telephone: (310) 777-3740
> dwilson@kilpatricktownsend.com
>
> *Attorneys for Defendant and Counterclaimant*
> *Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of July 2021, I caused the foregoing **Notice of Change of Firm and Address** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

      /s/ Isaac S. Crum
**MESSNER REEVES LLP**
Isaac S. Crum (AZ Bar #026510)
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona 85014
Telephone: (602) 641-6705
icrum@messner.com