# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88809705 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 120 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | SMELLA ARPAW |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | VIP Products L.L.C. |
| **MAILING ADDRESS** | 16515 S. 40th Street, Suite 121 |
| **CITY** | Phoenix |
| **STATE** | Arizona |
| **ZIP/POSTAL CODE** | 85048 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | VIP Products L.L.C. |
| **MAILING ADDRESS** | 16515 S. 40th Street, Suite 121 |
| **CITY** | Phoenix |
| **STATE** | Arizona |
| **ZIP/POSTAL CODE** | 85048 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Marvin A. Glazer |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | IPDocketing@haynesboone.com |

| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com |
|---|---|
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Marvin A. Glazer |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | IPDocketing@haynesboone.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com |
| DOCKET/REFERENCE NUMBER | 59688.30 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| CURRENT IDENTIFICATION | pet toys |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 06/15/2020 |
| FIRST USE IN COMMERCE DATE | 06/15/2020 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\888\097\88809705\xml9 \ SOU0002.JPG |
|  | \\TICRS\EXPORT18\IMAGEOUT 18\888\097\88809705\xml9 \ SOU0003.JPG |
| SPECIMEN DESCRIPTION | two .jpg photo files showing Applicant's pet toy packaged on a header card, and wherein the mark appears on the pet toy and on the header card |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Marvin A. Glazer/ |
| SIGNATORY'S NAME | Marvin A. Glazer |
| SIGNATORY'S POSITION | Attorney of record, Arizona Bar member |
| DATE SIGNED | 11/04/2020 |
| SIGNATORY'S PHONE NUMBER | 650-687-8826 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Nov 04 20:37:18 ET 2020 |
| TEAS STAMP | USPTO/SOU-XXX.XX.XX.X-202 01104203718396083-8880970 5-750cec5f4fb5451eb4edec9 a8c4d392ef089af162d1198f7 f78906cb0b0c4ab3c-DA-3717 5204-20201104203002015598 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** SMELLA ARPAW(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88809705/large)
**SERIAL NUMBER:** 88809705

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** VIP Products L.L.C., having an address of
    16515 S. 40th Street, Suite 121
    Phoenix, Arizona 85048
    United States
    Email: XXXX
**Proposed:** VIP Products L.L.C., having an address of
    16515 S. 40th Street, Suite 121
    Phoenix, Arizona 85048
    United States
    Phone:
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 028:
Current identification: pet toys

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/15/2020, and first used in commerce at least as early as 06/15/2020, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) two .jpg photo files showing Applicant's pet toy packaged on a header card, and wherein the mark appears on the pet toy and on the header card.
Specimen File1
Specimen File2

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
    Marvin A. Glazer
    PRIMARY EMAIL FOR CORRESPONDENCE: IPDocketing@haynesboone.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com

**Correspondence Information (proposed):**
    Marvin A. Glazer
    PRIMARY EMAIL FOR CORRESPONDENCE: IPDocketing@haynesboone.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com

The docket/reference number is 59688.30.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Marvin A. Glazer/     Date Signed: 11/04/2020
Signatory's Name: Marvin A. Glazer
Signatory's Position: Attorney of record, Arizona Bar member
Signatory's Phone: 650-687-8826

RAM Sale Number: 88809705
RAM Accounting Date: 11/04/2020

Serial Number: 88809705
Internet Transmission Date: Wed Nov 04 20:37:18 ET 2020
TEAS Stamp: USPTO/SOU-XXX.XX.XX.X-202011042037183960
83-88809705-750cec5f4fb5451eb4edec9a8c4d
392ef089af162d1198f7f78906cb0b0c4ab3c-DA
-37175204-20201104203002015598





## FEE RECORD SHEET

**Serial Number:** 88809705

**RAM Sale Number:** 88809705

**RAM Accounting Date:** 20201104

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20201104 | $100 | 1 | $100 |

**Transaction Date:** 20201104

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87735834 |
| LAW OFFICE ASSIGNED | LAW OFFICE 125 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK | mark |
| LITERAL ELEMENT | DOGGIE WALKER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| OWNER SECTION (current) | |
| NAME | VIP Products L.L.C. |
| MAILING ADDRESS | 16515 S. 40th Street, Suite 121 |
| CITY | Phoenix |
| STATE | Arizona |
| ZIP/POSTAL CODE | 85048 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| OWNER SECTION (proposed) | |
| NAME | VIP Products L.L.C. |
| MAILING ADDRESS | 16515 S. 40th Street, Suite 121 |
| CITY | Phoenix |
| STATE | Arizona |
| ZIP/POSTAL CODE | 85048 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| CORRESPONDENCE INFORMATION (current) | |
| NAME | Marvin A. Glazer |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | IPDocketing@haynesboone.com |

| | |
|---|---|
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Marvin A. Glazer |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | IPDocketing@haynesboone.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com |
| **DOCKET/REFERENCE NUMBER** | 59688.21 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 028 |
| **CURRENT IDENTIFICATION** | Pet toys |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 05/31/2018 |
| **FIRST USE IN COMMERCE DATE** | 05/31/2018 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\877\358\87735834\xml5 \AAU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\877\358\87735834\xml5 \AAU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\877\358\87735834\xml5 \AAU0004.JPG |
| **SPECIMEN DESCRIPTION** | specimen1 is a .jpg image of a photo of Applicant's pet toy secured to a header card and bearing Applicant's mark printed on the toy and printed on the attached header card; specimen 2 is a .jpg file showing a cropped, close-up portion of specimen 1 where Applicant's mark is printed on the toy; and specimen3 is a .jpg file showing a cropped, close-up portion of specimen 1 where Applicant's mark is printed on the header card attached to such toy |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Marvin A. Glazer/ |
| **SIGNATORY'S NAME** | Marvin A. Glazer |
| **SIGNATORY'S POSITION** | Attorney of record, Arizona Bar member |
| **DATE SIGNED** | 07/16/2020 |
| **SIGNATORY'S PHONE NUMBER** | 650.687.8826 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Jul 16 15:19:56 ET 2020 |
| | USPTO/AAU-XXX.XX.XX.X-202 00716151956734373-8773583 4-740b1cc52aaae4bf2158c8f |

| | |
|---|---|
| **TEAS STAMP** | 47b0357b5a6d24a8596086a7e772d3ee157a514a077-DA-19567383-20200716150821577832 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

## Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** DOGGIE WALKER(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87735834/large)
**SERIAL NUMBER:** 87735834

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** VIP Products L.L.C., having an address of
   16515 S. 40th Street, Suite 121
   Phoenix, Arizona 85048
   United States
   Email: XXXX
**Proposed:** VIP Products L.L.C., having an address of
   16515 S. 40th Street, Suite 121
   Phoenix, Arizona 85048
   United States
   Phone:
   Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 028:
Current identification: Pet toys

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/31/2018, and first used in commerce at least as early as 05/31/2018, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) specimen1 is a .jpg image of a photo of Applicant's pet toy secured to a header card and bearing Applicant's mark printed on the toy and printed on the attached header card; specimen 2 is a .jpg file showing a cropped, close-up portion of specimen 1 where Applicant's mark is printed on the toy; and specimen3 is a .jpg file showing a cropped, close-up portion of specimen 1 where Applicant's mark is printed on the header card attached to such toy.
[Specimen File1](#)
[Specimen File2](#)
[Specimen File3](#)

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
   Marvin A. Glazer
   PRIMARY EMAIL FOR CORRESPONDENCE: IPDocketing@haynesboone.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com

**Correspondence Information (proposed):**
   Marvin A. Glazer
   PRIMARY EMAIL FOR CORRESPONDENCE: IPDocketing@haynesboone.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): marvin.glazer@haynesboone.com; diana.obradovich@haynesboone.com; lori.lapidario@haynesboone.com

The docket/reference number is 59688.21.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Marvin A. Glazer/     Date Signed: 07/16/2020
Signatory's Name: Marvin A. Glazer
Signatory's Position: Attorney of record, Arizona Bar member
Signatory's Phone: 650.687.8826

RAM Sale Number: 87735834
RAM Accounting Date: 07/16/2020

Serial Number: 87735834
Internet Transmission Date: Thu Jul 16 15:19:56 ET 2020
TEAS Stamp: USPTO/AAU-XXX.XX.XX.X-202007161519567343
73-87735834-740b1cc52aaae4bf2158c8f47b03
57b5a6d24a8596086a7e772d3ee157a514a077-D
A-19567383-20200716150821577832





