Firm E-Mail: courtdocs@dickinsonwright.com
David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
*Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>               Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>               Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**NOTICE OF LODGING FORM OF FINAL JUDGMENT** |
| Jack Daniel's Properties Inc., a Delaware corporation,<br><br>               Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>               Counterdefendant. | |

Plaintiff/Counter-Defendant VIP Products, L.L.C. ("VIP"), by and through undersigned counsel, hereby give notice of the lodging of the form of Judgment attached hereto as **Exhibit A**.

-1-

**DATED** this 22nd day of October, 2021.

           **DICKINSON WRIGHT PLLC**


By: *s/David G. Bray*
    David G. Bray
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85012-2705
    *Attorneys for VIP Products, L.L.C.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


*s/ Janet Hawkins*

4858-1741-0048 v1 [53913-11]

-3-