IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>    Defendant. | Case No. 2:14-cv-02057-SMM<br><br>**FINAL JUDGMENT** |

In accordance with the Court's Memorandum of Decision and Order dated October 8, 2021 (Doc. 305) and the Ninth Circuit decision in this matter (Doc. # 287), it is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Plaintiff/Counter-Defendant VIP Products, LLC and against Defendant/Counter-Plaintiff Jack Daniel's Properties Incorporated such that:

1.  A DECLARATORY JUDGMENT is entered in favor of VIP Products, LLC and against Jack Daniel's Properties Incorporated declaring as follows:

VIP Products, by its use of the BAD SPANIELS mark and trade dress, has not infringed and does not infringe on any right of Jack Daniel's Properties Incorporated in any of its marks or trade dress.

VIP Products, by its use of the BAD SPANIELS mark and trade dress, has not diluted and does not dilute on any rights of Jack Daniel's Properties Incorporated in any of its marks or trade dress.

2. All of Jack Daniel's Properties Incorporated's claims against VIP Products, LLC are DISMISSED WITH PREJUDICE.

Dated this ____ day of _____, 2021.

_____
Stephen M. McNamee
United States District Judge

4814-5608-0895 v1 [53913-11]