IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>　　　　Defendant/Counter-Plaintiff. | No. CV-14-02057-PHX-SMM<br><br>**FINAL JUDGMENT** |

In accordance with the Court's Memorandum of Decision and Order dated October 8, 2021 (Doc. 305) and the Ninth Circuit Court of Appeal's decision in this matter (Doc. 287),

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that **JUDGMENT** is entered in favor of Plaintiff/Counter-Defendant VIP Products LLC and against Defendant/Counter-Plaintiff Jack Daniel's Properties Incorporated such that a declaratory judgment is entered in favor of VIP Products LLC and against Jack Daniel's Properties Incorporated declaring as follows:

1. VIP Products LLC, by its use of the BAD SPANIELS mark and trade dress, has been found not to infringe on Jack Daniel's Properties Incorporated's marks or trade dress.

2. VIP Products LLC, by its use of the BAD SPANIELS mark and trade dress, has been found not to dilute Jack Daniel's Properties Incorporated's marks or trade dress.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Jack Daniel's Properties Incorporated's claims against VIP Products LLC are **DISMISSED WITH PREJUDICE**.

Dated this 27th day of October, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge