# EXHIBIT 2

| | |
|---|---|
| 1 | Firm E-Mail: courtdocs@dickinsonwright.com |
| | David G. Bray (#014346) |
| 2 | dbray@dickinsonwright.com |
| | **DICKINSON WRIGHT PLLC** |
| 3 | 1850 North Central Avenue, Suite 1400 |
| | Phoenix, Arizona 85004 |
| 4 | Phone: (602) 285-5000 |
| | Fax: (844) 670-6009 |
| 5 | *Attorneys for Plaintiff/Counterdefendant VIP Products, L.L.C* |

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company, | Case No. 2:14-cv-02057-SMM |
| Plaintiff, | **STATEMENT OF CONSULTATION** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation, | **(oral argument requested)** |
| Defendant. | |

Plaintiff VIP Products, LLC ("VIP"), by and through undersigned counsel, hereby certify in accordance with 54.2(d)(1) that counsel for VIP (David Bray) and counsel for Counterclaimant Jack Daniel's Properties, Inc. (Isaac Crum) met and conferred on Tuesday, November 9, 2021 with regard to VIP filing a motion for attorneys' fees in this case. Counsel for VIP and counsel for Counterclaimant agreed that the issue of whether this is an "exceptional" case under the Lanham Act warranting an award of attorney's fees is disputed between the parties. Moreover, after personal consultation and a good faith effort to do so, the parties were unable to resolve disputed issues relating to attorneys' fees for VIP's successful defense of Counterclaimant's Lanham Act claims in this case.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4  _____
   DAVID G. BRAY

5

6  **DATED** this 10th day of November, 2021.

7

8                  **DICKINSON WRIGHT PLLC**

9  By: *s/  David G. Bray*
       David G. Bray
10     David N. Ferrucci
       *Attorneys for VIP Products, L.L.C.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Christine Klepacki

4884-0729-4978 v1 [53913-11]