AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Arizona

VIP PRODUCTS, LLC
v.
JACK DANIEL'S PROPERTIES, INC.

Case No.: 2:14-cv-0257-PHX-SMM

## BILL OF COSTS

Judgment having been entered in the above entitled action on 10/27/2021 (*Date*) against Jack Daniel's Properties Inc, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 905.00 |
| Fees for service of summons and subpoena | 425.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 5,068.73 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 3,892.48 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | |
| TOTAL | $ 10,291.21 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: [signature]

Name of Attorney: David G. Bray

For: VIP PRODUCTS, LLC (*Name of Claiming Party*) Date: 11/10/2021

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ By: ______________ ______________

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

VIP Products, LLC v. Jack Daniel's Properties Inc.
Case No.: 2:14-cv-02057-PHX-SMM

**Itemization of Costs**

| Description | Amount | Date |
|---|---|---|
| Clerk Fees | | |
| Filing Fee - Complaint | $400.00 | 9/16/2014 |
| Filing Fee - Appeal | $505.00 | 5/31/2018 |
| **Total** | $905.00 | |
| Service Fees (Subpoenas) | | |
| Deposition fee to David Gooder | $425.00 | 6/23/2015 |
| | | |
| Fees for printed or electronically recorded transcripts (Depositions) | | |
| E. Phillips (30(b)(6) Transcript - Griffen & Assoc. | $448.32 | 5/4/2015 |
| S. Sacra Transcript - Griffen & Assoc. | $898.03 | 5/11/2015 |
| D. Gooder Transcript - Coash & Coash | $1,090.90 | 7/13/2015 |
| S. Sacra (30(b)(6) Transcript - Griffen & Assoc. | $739.33 | 7/22/2015 |
| S. Nowlis Transcript - Veritex Legal Solutions | $1,352.15 | 8/25/2015 |
| | $540.00 | 10/10/2017 |
| **Total** | $5,068.73 | |
| Fees and disbursements for printing | | |
| | $0.00 | |
| Fees for witnesses | | |
| | $0.00 | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| Transcript of Proceedings | $1,346.35 | 7/21/2015 |
| Transcript of Proceedings | $2,135.23 | 8/25/2015 |
| Transcript of Proceedings 8/31/2015 | $164.90 | 11/24/2015 |
| Charlotte A. Powers - Court Transcript of Proceedings (10/4 and 10/5 sessions) | $246.00 | 10/10/2017 |
| **Total** | $3,892.48 | |
| Docket fees under 28 U.S. C. 1923 | | |
| | $0.00 | |
| Costs as Shown on Mandate of Court of Appeals | | |
| | $0.00 | |
| Compensation of court-appointed experts | | |
| | $0.00 | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| | $0.00 | |
| Other costs (itemized) | | |
| | $0.00 | |

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

JACK DANIEL'S TRADEMARK DISPUTE
CLIENT/MATTER NO.:053913-00011

INVOICE DATE: OCTOBER 16, 2014
INVOICE NO.: 956310
PAGE 2



**CURRENT INVOICE DETAIL**

| DATE | INITIALS | SERVICES | HOURS | VALUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL FEES

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 09/16/14 | Recording/Search/Filing Fee Filing Fees - David Bray | 400.00 |

TOTAL DISBURSEMENTS $

TOTAL CURRENT INVOICE $

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | VALUE |
|---|---|---|---|---|
| DAVID G. BRAY | MEMBER | | | |
| PATRICIA J. MORGAN | PARALEGAL | | | |
| TOTAL FEES CURRENT INVOICE | | | | $ |

**Griffin Group International**
*RRF No. R1005*
*3200 E. Camelback Road, Suite 177*
*Phoenix, AZ 85018*
*PHONE: (602) 264-2230 FAX: (602) 264-2245*
*FED ID# 74-3158557 Griffin & Associates, LLC*

MR. FRANK G. LONG
DICKINSON WRIGHT, PLLC
1850 N. CENTRAL AVENUE
SUITE 1400
PHOENIX, AZ 85004

November 10, 2021

**Invoice#** 48128A

**Balance:** $.00

**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
(30(b)(6)-VIP PRODUCTS/ELEANOR PHILLIPS)
*on* 04/21/15 *Billed* 05/04/15
*by* BECKY BAUMERT

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: 30(b)(6) OF ELEANOR PHILLIPS | |
| TRANSCRIPT - 127 PAGES | 355.60 |
| ETRAN ONLY | 25.00 |
| EXHIBIT REPRODUCTION | 60.72 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 7.00 |

"ALL ASPECTS OF THIS INVOICE COMPLIES WITH THE ETHICAL OBLIGATIONS SET FORTH IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

| | |
|---|---|
| Sub Total: | 448.32 |
| - Payments/Credits: | 448.32 |
| **P l e a s e R e m i t - - - > Total Due:** | **$.00** |

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE WITHIN 10 DAYS - VISA/MC/AMERICAN EXPRESS ACCEPTED*

Griffin Group International
MAKE CHECK TO: Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, AZ 85018

Invoice# 48128A

Balance$ .00

# Griffin Group International

*RRF No. R1005*
*3200 E. Camelback Road, Suite 177*
*Phoenix, AZ 85018*
*PHONE: (602) 264-2230 FAX: (602) 264-2245*
*FED ID# 74-3158557 Griffin & Associates, LLC*

MR. DAVID G. BRAY
DICKINSON WRIGHT, PLLC
1850 N. CENTRAL AVENUE
SUITE 1400
PHOENIX, AZ 85004

November 10, 2021

**Invoice#** 48196A

**Balance:** $.00

**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
(STEPHEN SACRA)
*on* 04/23/15 *Billed* 05/11/15
*by* GENE R. RICHARDS

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: STEPHEN SACRA | |
| TRANSCRIPT - 275 PAGES | 770.00 |
| ETRAN ONLY | 25.00 |
| EXHIBIT REPRODUCTION | 96.03 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 7.00 |

"ALL ASPECTS OF THIS INVOICE COMPLIES
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

| | |
|---|---|
| Sub Total: | 898.03 |
| - Payments/Credits: | 898.03 |
| **P l e a s e R e m i t - - - > Total Due:** | **$.00** |

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS - VISA/MC/AMERICAN EXPRESS ACCEPTED*

Griffin Group International
MAKE CHECK TO: Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, AZ 85018

Invoice# 48196A

Balance$ .00

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

JACK DANIEL'S TRADEMARK DISPUTE
CLIENT/MATTER NO.:053913-00011

INVOICE DATE: JULY 30, 2015
INVOICE NO.: 1014904
PAGE 16



| DATE | INITIALS | SERVICES | HOURS | VALUE |
|---|---|---|---|---|

TOTAL FEES $

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 06/23/15 | | |
| | Service Fee | 425.00 |

TOTAL DISBURSEMENTS $

TOTAL CURRENT INVOICE $

Paid 10/20/15

# INVOICE

Coash & Coash
PHOENIX DEPOSITION REPORTERS®

602.258.1440
f.602.258.2062
www.coashandcoash.com
1802 N. 7th Street
Phoenix, AZ 85006



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101917 | 7/13/2015 | 1031603 |

| Job Date | Case No. |
|---|---|
| 6/23/2015 | 2:14-CV-02057-DGC |

**Case Name**

VIP Products, LLC. vs. Jack Daniel's Properties, Inc.

**Payment Terms**

Due upon receipt

David G. Bray
Dickinson Wright
1850 N. Central Ave., Suite 1400
Phoenix AZ 85004

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Quantity | Unit | Amount |
|---|---|---|---|
| David Gooder | 185.00 | Pages | 869.50 |
| Exhibit | 138.00 | Pages | 41.40 |
| Appearance Fee | 7.00 | Hours | 140.00 |
| Adobe PDF Bundle | | | 25.00 |
| Delivery & Handling Charges (Regular) | | | 15.00 |
| | TOTAL DUE >>> | | $1,090.90 |

**Delivery charge for the return of the original only**

We now accept Visa or MasterCard payments with a 4% convenience fee.

**Tax ID:** 86-0409007

Phone: 602-285-5000 Fax:

*Please detach bottom portion and return with payment.*

David G. Bray
Dickinson Wright
1850 N. Central Ave., Suite 1400
Phoenix AZ 85004

| | | |
|---|---|---|
| Invoice No. | : | 101917 |
| Invoice Date | : | 7/13/2015 |
| **Total Due** | : | **$1,090.90** |

| | | |
|---|---|---|
| Job No. | : | 1031603 |
| BU ID | : | OOT-DEP |
| Case No. | : | 2:14-CV-02057-DGC |
| Case Name | : | VIP Products, LLC. vs. Jack Daniel's Properties, Inc. |

Remit To: **Coash & Coash, Inc.**
**1802 N. 7th Street**
**Phoenix AZ 85006**

B 330089

DICKINSON WRIGHT PLLC

JPMorgan Chase Bank, N.A.
Detroit, MI
9-32/720

COUNSELORS AT LAW

2600 WEST BIG BEAVER ROAD • SUITE 300 • TROY, MI 48084

330089

PAY ONE THOUSAND NINETY AND 90/100 Dollars

DATE 10/19/2015

AMOUNT $ 1,090.90

TO THE ORDER OF

COASH & COASH, INC.
1802 NORTH 7TH STREET
PHOENIX, AZ 85006

U.S.A.

VOID AFTER 180 DAYS
COUNTERSIGNATURE REQUIRED OVER $500.00

RUB RED IMAGE FADES WITH HEAT

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈330089⑈ ⑆072000326⑆ 38852⑈

THIS CHECK IS IN PAYMENT OF THE FOLLOWING ITEMS: DETACH BEFORE DEPOSITING

| DATE | | DESCRIPTION | | ACCOUNT NO. | NET AMOUNT |
|---|---|---|---|---|---|
| 101917 | 07/13/2015 | 053913-00011, 1832, 25, Send | 760785 | 2500010000 | 1,090.90 |

1,090.90

Tristi Arendt PC

B 330089

DICKINSON WRIGHT PLLC

TROY, MICHIGAN 48084

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

JACK DANIEL'S TRADEMARK DISPUTE
CLIENT/MATTER NO.:053913-00011

INVOICE DATE: SEPTEMBER 14, 2015
INVOICE NO.: 1023993
PAGE 14



| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 07/21/15 | | |
| | Transcript | 1,346.35 |

TOTAL DISBURSEMENTS $

TOTAL CURRENT INVOICE $

**Griffin Group International**

*RRF No. R1005*
*3200 E. Camelback Road, Suite 177*
*Phoenix, AZ 85018*
*PHONE: (602) 264-2230 FAX: (602) 264-2245*
*FED ID# 74-3158557 Griffin & Associates, LLC*

MR. DAVID G. BRAY
DICKINSON WRIGHT, PLLC
1850 N. CENTRAL AVENUE
SUITE 1400
PHOENIX, AZ 85004

November 10, 2021

**Invoice#** 48755A

**Balance:** $.00

**Re:** VIP PRODUCTS VS. JACK DANIEL'S PROPERTIES
(30(b)(6)-VIP PRODUCTS, LLC)
*on* 06/26/15 *Billed* 07/22/15
*by* MARA HOWARD

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: 30(b)(6) STEPHEN M. SACRA | |
| TRANSCRIPT - 229 PAGES | 664.10 |
| E-FILE ONLY | 25.00 |
| EXHIBIT REPRODUCTION | 43.23 |
| HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY | 7.00 |

"ALL ASPECTS OF THIS INVOICE COMPLIES
WITH THE ETHICAL OBLIGATIONS SET FORTH
IN ACJA 7-206 (J)(1)(g)(3) THROUGH (6)"

| | | |
|---|---|---|
| | Sub Total: | 739.33 |
| | - Payments/Credits: | 739.33 |
| **Please Remit --->** | **Total Due:** | **$.00** |

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS - VISA/MC/AMERICAN EXPRESS ACCEPTED*

Griffin Group International
MAKE CHECK TO: Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, AZ 85018

Invoice# 48755A

Balance$ .00

IN ACCOUNT WITH
DICKINSON WRIGHT PLLC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

JACK DANIEL'S TRADEMARK DISPUTE
CLIENT/MATTER NO.:053913-00011

INVOICE DATE: OCTOBER 28, 2015
INVOICE NO.: 1034660
PAGE 14

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 08/25/15 | [redacted] | [redacted] |
| | Transcript | 2,135.23 |
| | [redacted] | [redacted] |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ [redacted] |
| TOTAL CURRENT INVOICE | $ [redacted] |

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | VALUE |
|---|---|---|---|---|
| DAVID G. BRAY | MEMBER | [redacted] | | |
| FRANK G. LONG | MEMBER | | | |
| JAMES S. RIGBERG | MEMBER | | | |
| JENNY T. SLOCUM | MEMBER | | | |
| JONATHAN S. BATCHELOR | MEMBER | | | |
| KIMBERLY D. FISHER | SPECIALIST | | | |
| JESSICA E. STEFFEY | SPECIALIST | | | |
| MICHELLE N. KHAZAI | ASSOCIATE | | | |
| ELISSA J. BLABAC | PARALEGAL | | | |
| KYLIE M. BOIE | PARALEGAL | | | |
| LYNN M. JONES | PARALEGAL | | | |
| TOTAL FEES CURRENT INVOICE | | | [redacted] | |

**TASK SUMMARY**

| | HOURS | VALUE |
|---|---|---|
| [redacted] | | |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569




Bill To: Frank G. Long
Dickinson Wright PLLC
1850 North Central Avenue
Suite 1400
Phoenix, AZ, 85004

| | |
|---|---|
| **Invoice #:** | **2417994** |
| **Invoice Date:** | **9/12/2015** |
| **Balance Due:** | **$0.00** |

| **Case: VIP Products, LLC v. Jack Daniel's Properties, Inc. ()** | **Proceeding Type: Depositions** |
|---|---|

Job #: 2119809 | Job Date: 8/25/2015 | Delivery: Normal

Location: St Louis, MO

Billing Atty: Frank G. Long

Scheduling Atty: Christopher C. Larkin Esq | Seyfarth Shaw LLP

| **Witness: Stephen Nowlis** | **Quantity** | **Amount** |
|---|---|---|
| Certified Transcript | 271.00 | $948.50 |
| Exhibits - Scanned/Searchable/OCR | 949.00 | $332.15 |
| Scanning - Color | 62.00 | $46.50 |

| | **Quantity** | **Amount** |
|---|---|---|
| Electronic Delivery and Handling | 1.00 | $25.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,352.15** |
| **Payment:** | **($1,352.15)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **2417994** |
| **Invoice Date:** | **9/12/2015** |
| **Balance Due:** | **$0.00** |

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

JACK DANIEL'S TRADEMARK DISPUTE
CLIENT/MATTER NO.:053913-00011

INVOICE DATE: JULY 23, 2018
INVOICE NO.: 1276985
PAGE 2

**CURRENT INVOICE DETAIL**

| DATE | INITIALS | SERVICES | HOURS |
|---|---|---|---|



TOTAL FEES $ 1

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 05/31/18 | RECORDING/SEARCH/FILING FEE FILING FEES - DAVID G. BRAY | 505.00 |

TOTAL DISBURSEMENTS $

TOTAL CURRENT INVOICE $