1  MESSNER REEVES LLC
2  Isaac S. Crum
   1440 E. Missouri Avenue, Suite C100
3  Phoenix, Arizona  85014
4  (602) 641-6705
   icrum@messner.com
5
6  KILPATRICK TOWNSEND & STOCKTON LLP
   Dennis Wilson
7  9720 Wilshire Boulevard
   Beverly Hills, California  90212-2018
8  (310) 777-3740
9  dwilson@kilpatricktownsend.com

10 Theodore H. Davis Jr.
11 Sara K. Stadler
   1114 Avenue of the Americas
12 New York, New York  10036-7703
13 (212) 775-8700
   tdavis@kilpatricktownsend.com
14 sstadler@kilpatricktownsend.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| VIP Products, LLC, an Arizona limited liability company, | ) ) ) | No. CV-14-2057-PHX-SMM |
|---|---|---|
| Plaintiff, | ) ) ) | **JACK DANIEL'S PROPERTIES, INC.'S NOTICE OF APPEAL** |
| v. | ) ) | **and** |
| Jack Daniel's Properties, Inc., a Delaware corporation, | ) ) ) | **REPRESENTATION STATEMENT** |
| Defendant. | ) ) | |

{05918603 / 1}

1  Defendant Jack Daniel's Properties, Inc. ("JDPI"), by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered by the District Court on October 27, 2021 granting Plaintiff VIP Products, LLC's ("VIP") Motion for Summary Judgment.

Pursuant to Ninth Circuit Rule 3-1, JDPI hereby also provides the Court with the attached Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

Dated:   November 24, 2021          Respectfully submitted,

*/s/ Isaac S. Crum*

| | |
|---|---|
| Isaac S. Crum (AZ Bar #028756) | Dennis Wilson (admitted *pro hac vice*) |
| MESSNER REEVES LLC | KILPATRICK TOWNSEND & |
| 1440 E. Missouri Avenue, | STOCKTON LLP |
| Suite C100 | 9720 Wilshire Boulevard |
| Phoenix, Arizona  85014 | Beverly Hills, California  90212-2018 |
| (602) 641-6705 | (310) 777-3740 |
| icrum@messner.com | dwilson@kilpatricktownsend.com |
| | |
| | Theodore H. Davis Jr. (admitted *pro hac vice*) |
| *Attorneys for Defendant-Counter-Plaintiff* | Sara K. Stadler (admitted *pro hac vice*) |
| *Jack Daniel's Properties, Inc.* | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1114 Avenue of the Americas |
| | New York, New York  10036-7703 |
| | (212) 775-8700 |
| | tdavis@kilpatricktownsend.com |
| | sstadler@kilpatricktownsend.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

    /s/ Isaac S. Crum
    Isaac S. Crum

{05918603 / 1}

2