# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Jack Daniel's Properties, Inc.

Name(s) of counsel (if any):

Lisa S. Blatt, Amy Mason Saharia, Matthew B. Nicholson

Address:  725 Twelfth Street, NW, Washington DC 20005

Telephone number(s):  (202) 434-5000

Email(s):  lblatt@wc.com, asaharia@wc.com, mnicholson@wc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

VIP Products, LLC

Name(s) of counsel (if any):

David G. Bray, David N. Ferrucci

Address:  1850 North Central Avenue, Suite 1400, Phoenix, AZ 85004

Telephone number(s):  (602) 285-5000

Email(s):  dbray@dickinsonwright.com, dferrucci@dickinsonwright.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Jack Daniel's Properties, Inc.

Name(s) of counsel (if any):

Natalie A. Komrovsky

Address: 725 Twelfth Street, NW, Washington DC 20005

Telephone number(s): (202) 434-5000

Email(s): nkomrovsky@wc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Jack Daniel's Properties, Inc.

Name(s) of counsel (if any):

Theodore H. Davis, Jr.

Address: 1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309

Telephone number(s): (212) 775-8704

Email(s): tdavis@kilpatricktownsend.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

## **Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jack Daniel's Properties, Inc.

Name(s) of counsel (if any):

Dennis L. Wilson

Address:  1801 Century Park East, Suite 2300, Los Angeles, CA 90067

Telephone number(s): (310) 777-3740

Email(s):  dwilson@kilpatricktownsend.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jack Daniel's Properties, Inc.

Name(s) of counsel (if any):

Isaac S. Crum

Address: 1440 E. Missouri Avenue, Suite C100, Phoenix, AZ 85014

Telephone number(s): (602) 641-6705

Email(s): icrum@messner.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *2*                              *New 12/01/2018*