MESSNER REEVES LLC
Isaac S. Crum
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona 85014
(602) 641-6705
icrum@messner.com

KILPATRICK TOWNSEND & STOCKTON LLP
Dennis Wilson
9720 Wilshire Boulevard
Beverly Hills, California 90212-2018
(310) 777-3740
dwilson@kilpatricktownsend.com

Theodore H. Davis Jr.
Sara K. Stadler
1114 Avenue of the Americas
New York, New York 10036-7703
(212) 775-8700
tdavis@kilpatricktownsend.com
sstadler@kilpatricktownsend.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company, | No. CV-14-2057-PHX-SMM |
| Plaintiff, | **NOTICE OF NO REQUEST FOR TRANSCRIPTS** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |

{05937689 / 1}

1    Pursuant to Ninth Circuit Rule 10-3.1(C), Defendant Jack Daniel's
2    Properties, Inc. (JDPI), after conferring with Plaintiff VIP Products, LLC (VIP),
3    hereby provides notice to the Court and the Court Reporter that no additional
4    transcripts will be ordered and that parties agree that all necessary transcripts
5    already are on file with the District Court.

Dated:   December 2, 2021              Respectfully submitted,

*/s/ Isaac S. Crum*

| | |
|---|---|
| Isaac S. Crum (AZ Bar #028756) | Dennis Wilson (admitted *pro hac vice*) |
| MESSNER REEVES LLC | KILPATRICK TOWNSEND & |
| 1440 E. Missouri Avenue, Suite C100 | STOCKTON LLP |
| Phoenix, Arizona  85014 | 9720 Wilshire Boulevard |
| (602) 641-6705 | Beverly Hills, California  90212-2018 |
| icrum@messner.com | (310) 777-3740 |
| | dwilson@kilpatricktownsend.com |

Theodore H. Davis Jr. (admitted *pro hac vice*)

*Attorneys for Defendant-Counter-Plaintiff*
*Jack Daniel's Properties, Inc.*

Sara K. Stadler (admitted *pro hac vice*)
KILPATRICK TOWNSEND &
   STOCKTON LLP
1114 Avenue of the Americas
New York, New York  10036-7703
(212) 775-8700
tdavis@kilpatricktownsend.com
sstadler@kilpatricktownsend.com

{05937689 / 1}

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021 I caused the foregoing document to be filed with the Court's ECF system which caused an electronic version to be served via email on counsel of record.

 */s/    Isaac S. Crum*
Isaac S. Crum (AZ Bar #028756)
MESSNER REEVES LLC
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona  85014
(602) 641-6705
icrum@messner.com

{05937689 / 1}

2