UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company,<br><br>        Plaintiff-counter-defendant - Appellee,<br><br> v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>        Defendant-counter-plaintiff - Appellant. | No. 21-16969<br><br>D.C. No. 2:14-cv-02057-SMM<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered March 18, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7