**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company,<br><br>    Plaintiff-counter-defendant-Appellee,<br><br>  v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>    Defendant-counter-plaintiff-Appellant. | No.   21-16969<br><br>D.C. No. 2:14-cv-02057-SMM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: TASHIMA, HURWITZ, and MILLER, Circuit Judges.

Appellant's motion for summary affirmance, **Dkt. 14**, is granted.  *See* Ninth Cir. R. 3-6; *United States v. Hooton*, 693 F.2d 857 (9th Cir. 1982) (per curiam).

The judgment of the district court is AFFIRMED.