IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>　　　　　Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

　　　　Before the Court is a Motion for Attorney Fees, filed by VIP Products, LLC. (Doc. 309). After the Motion for Attorney Fees was filed, Jack Daniel's Properties Inc. appealed, and the Ninth Circuit granted summary affirmance. (Docs. 311, 319). Jack Daniels then filed a petition for a writ of certiorari, which is still pending.

　　　　After carefully weighing and balancing the interests of the Court, counsel, and the litigants in this matter, the Court has determined that it would be imprudent to resolve VIP's pending Motion for Attorney Fees until the petition for a writ of certiorari is denied or the Supreme Court issues an opinion. Therefore, the Court will deny VIP's Motion without prejudice with leave to re-file its motion. See CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants. The exertion of this power calls for the exercise of a sound discretion.").

　　　　**IT IS ORDERED denying without prejudice** VIP's Motion for Attorney Fees.

(Doc. 309). VIP may renew its Motion for Attorney Fees with the Court after the Supreme Court denies the petition for a writ of certiorari or issues an opinion.

**IT IS FURTHER ORDERED** that VIP may reinstate its Motion at the proper time by filing a Motion to Renew its Motion for Attorney Fees.

Dated this 29th day of August, 2022.

_____
Honorable Stephen M. McNamee
Senior United States District Judge