# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2023

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Jack Daniel's Properties, Inc.
           v. VIP Products LLC
           No. 22-148 (Your docket No. 21-16969)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2023

Ms. Lisa Schiavo Blatt, Esq.
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Mr. Bennett Evan Cooper, Esq.
1850 N. Central Ave., Ste. 1400
Phoenix, AZ 85004

  Re: Jack Daniel's Properties, Inc.
     v. VIP Products LLC
     No. 22-148

Dear Counsel:

 Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

 The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$10,269.81** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$10,569.81** |

 This amount may be recovered from the respondent.

            Sincerely,

            SCOTT S. HARRIS, Clerk

            By

            *M. Altner*
            M. Altner
            Assistant Clerk– Judgments

cc: Clerk, U.S. Court of Appeals for the Ninth Circuit
   (Your docket No. 21-16969)

# Supreme Court of the United States

No. 22–148

**JACK DANIEL'S PROPERTIES, INC.,**

Petitioner

v.

**VIP PRODUCTS LLC**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Jack Daniel's Properties, Inc., recover from VIP Products LLC, Ten Thousand, Five Hundred Sixty-nine Dollars and Eighty-one Cents ($10,569.81) for costs herein expended.

June 8, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $10,269.81 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $10,569.81 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States