**FILED**

**JUL 18 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company, Plaintiff-counter-defendant-Appellee, v. JACK DANIEL'S PROPERTIES, INC., a Delaware corporation, Defendant-counter-plaintiff-Appellant. | No. 21-16969  D.C. No. 2:14-cv-02057-SMM District of Arizona, Phoenix  ORDER |

Before: TASHIMA, HURWITZ, and MILLER, Circuit Judges.

The Supreme Court has vacated our judgment and remanded for further proceedings. *Jack Daniel's Props., Inc v. VIP Prods. LLC*, 143 S. Ct. 1578, 1593 (2023). The parties are directed to file simultaneous supplemental briefs addressing how the panel should proceed on remand. In particular, the parties should address whether the panel should (1) now address the issues raised on appeal not resolved either by our prior opinion or the Supreme Court's opinion or (2) simply vacate the judgment below and remand to the district court for further proceedings consistent with the Supreme Court's opinion. The briefs should be filed within 21 days of the issuance of this order and should not exceed 7,000 words.