UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company,<br><br>        Plaintiff-counter-defendant - Appellee,<br><br> v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>        Defendant-counter-plaintiff - Appellant. | No. 21-16969<br><br>D.C. No. 2:14-cv-02057-SMM<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered August 14, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT