FILED

AUG 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIP PRODUCTS LLC, an Arizona limited liability company,<br><br>    Plaintiff-counter-defendant-Appellee,<br><br> v.<br><br>JACK DANIEL'S PROPERTIES, INC., a Delaware corporation,<br><br>    Defendant-counter-plaintiff-Appellant. | No.   21-16969<br><br>D.C. No. 2:14-cv-02057-SMM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: TASHIMA, HURWITZ, and MILLER, Circuit Judges.

The Supreme Court has vacated our judgment and remanded for further proceedings. *Jack Daniel's Props., Inc v. VIP Prods. LLC*, 143 S. Ct. 1578, 1593 2023). We therefore vacate the judgment of the district court and remand this case to the district court for further proceedings consistent with the Supreme Court's order. We award costs on appeal to the Appellant.

**VACATED AND REMANDED.**