# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This case having been remanded to this Court by the Ninth Circuit for proceedings consistent with the Supreme Court's order in <u>Jack Daniels's Props., Inc. v. VIP Prods. LLC</u>, 143 S. Ct. 1578, 1593 (2023),

**IT IS HEREBY ORDERED** that a status conference shall be scheduled in this matter for **Tuesday, November 28, 2023, at 11:00 a.m.**

Dated this 15th day of September, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge