1
2
3
4
5
6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9 VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| 10     Plaintiff, | **ORDER** |
| 11 v. | |
| 12 Jack Daniel's Properties Incorporated, | |
| 13     Defendant. | |

14
15        To accommodate a conflict in the Court's calendar,

16        **IT IS THEREFORE ORDERED vacating** the status conference set for November

17 28, 2023, and **resetting** the matter to Monday, November 27, 2023, at 3:00PM before the

18 Honorable Stephen M. McNamee in Courtroom #401, fourth floor, Sandra Day O'Connor

19 U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003.

20        Dated this 8th day of November, 2023.

21
22
23                           Honorable Stephen M. McNamee
                               Senior United States District Judge
24
25
26
27
28