| | |
|---|---|
| 1 | **DICKINSON WRIGHT PLLC** |
| 2 | Bennett Evan Cooper (010819) |
|   | *bcooper@dickinsonwright.com* |
| 3 | David G. Bray (014346) |
|   | *dbray@dickinsonwright.com* |
| 4 | Vail C. Cloar (032011) |
| 5 | *vcloar@dickinsonwright.com* |
|   | Alexandra Crandall (034838) |
| 6 | *acrandall@dickinsonwright.com* |
| 7 | 1850 North Central Avenue, Suite 1400 |
|   | Phoenix, Arizona 85004 |
| 8 | Phone: (602) 285-5000 |
|   | Fax:    (844) 670-6009 |
| 9 | |
| 10 | Attorneys for Plaintiff-Counterdefendant |
|   | VIP Products, L.L.C. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| Plaintiff, | **NOTICE OF APPEARANCE OF BENNETT EVAN COOPER** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |
| Jack Daniel's Properties Inc., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| VIP Products, L.L.C., an Arizona limited liability company, | |
| Counterdefendant. | |

1

PLEASE TAKE NOTICE that Bennett Evan Cooper, with the law firm of Dickinson Wright PLLC, hereby enters his appearance in this action as counsel for plaintiff-counterdefendant VIP Products, L.L.C.

DATED this 17th day of November, 2023.

DICKINSON WRIGHT PLLC

s/ Bennett Evan Cooper
Bennett Evan Cooper
David G. Bray
Vail C. Cloar
Alexandra Crandall
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004

Attorneys for Plaintiff-Counterdefendant
VIP Products, L.L.C.

COPY of the foregoing served by CM/ECF system
this 17th day of November, 2023, on the following:

Isaac S. Crum
MESSNER REEVES LLP
7250 North 16th Street, Suite 410
Phoenix, Arizona 85020

Lisa Blatt
Amy Mason Saharia
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, D.C. 20024

s/ Bennett Evan Cooper