1  **DICKINSON WRIGHT PLLC**
   Bennett Evan Cooper (010819)
2    *bcooper@dickinsonwright.com*
3  David G. Bray (014346)
     *dbray@dickinsonwright.com*
4  Vail C. Cloar (032011)
     *vcloar@dickinsonwright.com*
5  Alexandra Crandall (034838)
6    *acrandall@dickinsonwright.com*
   1850 North Central Avenue, Suite 1400
7  Phoenix, Arizona 85004
   Phone: (602) 285-5000
8  Fax:    (844) 670-6009
9
   Attorneys for Plaintiff-Counterdefendant
10 VIP Products, L.L.C.
11
12               **UNITED STATES DISTRICT COURT**
13                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　Defendant. | No. 2:14-cv-02057-SMM<br><br>**NOTICE OF APPEARANCE OF VAIL C. CLOAR AND ALEXANDRA CRANDALL** |
| Jack Daniel's Properties Inc., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　　　Counterdefendant. | |

1

PLEASE TAKE NOTICE that Vail C. Cloar and Alexandra Crandall, with the law firm of Dickinson Wright PLLC, hereby enter their appearances in this action as counsel for plaintiff-counterdefendant VIP Products, L.L.C.

DATED this 27th day of November, 2023.

DICKINSON WRIGHT PLLC

*/s/ Vail C. Cloar*
Bennett Evan Cooper
David G. Bray
Vail C. Cloar
Alexandra Crandall
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004

Attorneys for Plaintiff-Counterdefendant
VIP Products, L.L.C.

COPY of the foregoing served by CM/ECF system this 27th day of November, 2023, on the following:

Isaac S. Crum
MESSNER REEVES LLP
7250 North 16th Street, Suite 410
Phoenix, Arizona 85020

Lisa Blatt
Amy Mason Saharia
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, D.C. 20024

*/s/ Vail C. Cloar*
4854-4706-2930 v2 [53913-11]

2