DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

U.S. District Judge: Stephen M. McNamee  Date: November 27, 2023
Case Number: CV-14-02057-PHX-SMM

**VIP Products LLC v. Jack Daniel's Properties Incorporated**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Bennett Evan Cooper** | **Amy Mason Saharia** |
| | **David Geoffrey Bray** | **Isaac Scott Crum** |
| | | **Justin Welch (client representative)** |

## STATUS CONFERENCE:

3:24 p.m. This is the time set for Status Conference regarding the remand of this matter by the Ninth Circuit for further proceedings consistent with the Supreme Court's ruling in *Jack Daniel's Props., Inc. v. VIP Prods., LLC*, 143 S. Ct. 1578, 1593 (2023).

Upon request of Plaintiff, there being no objection, attorneys David Ferrucci and Jonathan Batchelor are withdrawn as counsel of record for Plaintiff in this matter. Defendant will file a motion to withdraw defense counsel no longer associated with this case.

The parties stipulate that there is no need to reopen evidence and agree that legal arguments can be made based on the existing record. Discussion held regarding a briefing schedule for the remaining issues.

**IT IS ORDERED** that the parties shall submit simultaneous post-trial briefs by no later than **February 16, 2024**. Responsive briefs are due by **March 15, 2024**. Opening briefs and responses shall not exceed a total of <u>thirty (30) pages</u> per side. Replies of no more than <u>fifteen (15) pages</u> are due by **April 19, 2024**.

3:56 p.m. Court adjourned.

Deputy Clerk: Rebekka Walder                           **32 minutes**
Court Reporter: Christine Coaly                        **Start:  3:24 PM**
                                                       **Stop:   3:56 PM**