IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This action was remanded to this Court by the Supreme Court pursuant to its decision in <u>Jack Daniels Properties, Inc. v. VIP Products, Inc.</u>, 599 U.S. 140 (2023). (Doc. 326). Pursuant to discussion at the November 27, 2023 Status Conference, the parties agree that it is unnecessary to re-open the evidentiary record and that this matter may be resolved through briefing on the legal issues raised by the Supreme Court. The parties have agreed upon the following briefing schedule for dispositive motions on this matter. If the Court determines it to be necessary, the Court will schedule oral argument at a later time.

Accordingly,

**IT IS HEREBY ORDERED** that the parties must file simultaneous motions for judgment as a matter of law on **Friday, February 16, 2024**. The motion may not exceed thirty (30) pages, exclusive of attachment and any required statement of undisputed facts.

**IT IS FURTHER ORDERED** that the deadline for parties to respond to the opposing motion will be **Friday, March 15, 2024**. The response may not exceed thirty

(30) pages, exclusive of attachment and any required statement of undisputed facts.

**IT IS FURTHER ORDERED** that deadline for the parties' replies in support of their respective motions will be **April 19, 2024**. The response may not exceed fifteen (15) pages, exclusive of attachment and any required statement of undisputed facts.

Dated this 27th day of November, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge