MESSNER REEVES LLC
Isaac S. Crum
7250 N. 16th Street, Suite 410
Phoenix, Arizona 85020
(602) 641-6705
icrum@messner.com

WILLIAMS & CONNOLLY LLP
Lisa Blatt
Amy Saharia
680 Maine Ave., SW
Washington, DC 20024
(202) 434-5000
lblatt@wc.com
asaharia@wc.com

KILPATRICK TOWNSEND & STOCKTON LLP
Dennis Wilson
9720 Wilshire Boulevard
Beverly Hills, California 90212-2018
(310) 777-3740
dwilson@kilpatricktownsend.com

Theodore H. Davis Jr.
Sara K. Stadler
1114 Avenue of the Americas
New York, New York 10036-7703
(212) 775-8700
tdavis@kilpatricktownsend.com
sstadler@kilpatricktownsend.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | No. CV-14-2057-PHX-SMM<br><br>***EX PARTE* APPLICATION FOR THE WITHDRAWAL OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(1), the undersigned counsel hereby submits this Ex Parte Application for the Withdrawal of Counsel with Client Consent ("Application") to withdraw the law firm of Kilpatrick Townsend & Stockton LLP and its attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record for Jack Daniel's Properties, Inc. ("JDPI").

JDPI continues to be represented by its attorneys Isaac S. Crum of the law firm Messner Reeves LLP and Lisa Blatt and Amy M. Saharia of the law firm Williams & Connolly LLP. Attorney Issac S. Crum has been involved in this case since its inception and is well aware of all applicable deadlines in this matter, as is JDPI. The withdrawal of Kilpatrick Townsend & Stockton LLP will have no detrimental effect on JDPI or its representation in this case, nor will the withdrawals cause any delay in the proceedings.

**CLIENT'S WRITTEN CONSENT**

JDPI consents to the withdrawal of the law firm of Kilpatrick Townsend & Stockton LLP and its attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record. JDPI's contact information is as follows:

> Justin Welch
> Managing Director, Chief IP Counsel
> Jack Daniel's Properties, Inc.
> 4040 Civic Center Drive, Suite 528
> San Rafael, CA 94903
> Tel: (415) 446 5240

Consented to this 7th of December, 2023.

> /s/ Justin Welch
> Justin Welch
> Managing Director, Chief Trademark Counsel
> Jack Daniel's Properties, Inc.

JDPI therefore respectfully seeks entry of an order granting the withdrawal of Kilpatrick Townsend & Stockton LLP and its attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record for JDPI.  A proposed order is attached.

Dated:	December 7th, 2023.	Respectfully submitted,

/s/ Isaac S. Crum
Isaac S. Crum (AZ Bar #028756)
MESSNER REEVES LLC
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona  85014
(602) 641-6705
icrum@messner.com

Lisa Blatt (admitted pro hac vice)
Amy Saharia (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, DC 20024
(202) 434-5000
lblatt@wc.com
asaharia@wc.com

Dennis Wilson (admitted pro hac vice)
KILPATRICK TOWNSEND & STOCKTON LLP
9720 Wilshire Boulevard
Beverly Hills, California  90212-2018
(310) 777-3740
dwilson@kilpatricktownsend.com

Theodore H. Davis Jr. (admitted pro hac vice)
Sara K. Stadler (admitted pro hac vice)
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, New York  10036-7703
(212) 775-8700
tdavis@kilpatricktownsend.com
sstadler@kilpatricktownsend.com

*Attorneys for Defendant-Counter-Plaintiff Jack Daniel's Properties, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served this 7th day of December, 2023 via a Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all attorneys of record in this case.

　　　　　　　　　　　　　　　　　　/s/ Isaac S. Crum
　　　　　　　　　　　　　　　　　　Isaac S. Crum