1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

9  VIP Products, LLC, an Arizona )
10  limited liability company, ) No. CV-14-2057-PHX-SMM
 )
11  Plaintiff, )
 )
12   )  ***[PROPOSED]* ORDER GRANTING**
 v. )  ***EX PARTE* APPLICATION FOR**
13   )  **THE WITHDRAWAL OF**
14  Jack Daniel's Properties, Inc., a )  **COUNSEL WITH CLIENT**
 Delaware corporation, )  **CONSENT**
15   )
 Defendant. )
16   )

17      Pending before the Court is the Ex Parte Application for the Withdrawal of Counsel

18  with Client Consent of the law firm Kilpatrick Townsend & Stockton LLP and its attorneys

19  Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record for
20
   Defendant Jack Daniel's Properties, Inc. ("JDPI"). JDPI will continue to be represented by
21
   counsel of record Isaac S. Crum of the law firm Messner Reeves LLP and Lisa Blatt and
22
23  Amy M. Saharia of the law firm Williams & Connolly LLP.

24      Pursuant to LRCiv 83.3(b)(1), Managing Director/Chief Trademark Counsel for
25
   JDPI, Justin Welch, has signed the application indicating that JDPI consents to the with-
26
27  drawal of counsel.

28

The Court finds that the application for the withdrawal of counsel has complied with LRCiv 83.3(b)(1) and is GRANTED.  Accordingly,

IT IS ORDERED that the law firm Kilpatrick Townsend & Stockton LLP and its attorneys Dennis L. Wilson, Theordore H. Davis Jr., and Sara K. Stadler are withdrawn as counsel of record for JDPI.

IT IS FURTHER ORDERED that the Clerk of Court remove from the CM/ECF service list for this matter dwilson@kilpatricktownsend.com, tdavis@kilpatricktownsend.com and sstadler@kilpatricktownsend.com.

Dated this ____ day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE