**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This matter is before the Court on the *Ex Parte* Application for the Withdrawal of Counsel with Client Consent (Doc. 334). The Application seeks to withdraw the law firm Kilpatrick Townsend & Stockton LLP and its attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record for Defendant Jack Daniel's Properties Inc ("Defendant"). Defendant continues to be represented by attorney Isaac Crum of Messner Reeves LLP, as well as Lisa Blatt and Amy M. Saharia of Williams & Connolly LLP. A representative of Defendant has indicated consent by signing the motion and the Court finds that the Application complies with LRCiv 83.3(b)(1).

Accordingly,

**IT IS ORDERED granting** the Application (Doc. 334).

**IT IS FURTHER ORDERED** withdrawing attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record for Defendant.

///

///

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate attorneys Dennis L. Wilson, Theodore H. Davis Jr., and Sara K. Stadler as counsel of record and remove their names from the electronic certificate of mailing.

Dated this 8th day of December, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge