**DICKINSON WRIGHT PLLC**
Bennett Evan Cooper (010819)
  *bcooper@dickinsonwright.com*
David G. Bray (014346)
  *dbray@dickinsonwright.com*
Vail C. Cloar (032011)
  *vcloar@dickinsonwright.com*
Alexandra Crandall (034838)
  *acrandall@dickinsonwright.com*
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (844) 670-6009

Attorneys for Plaintiff-Counterdefendant
VIP Products, L.L.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　Defendant. | No. 2:14-cv-02057-SMM<br><br>**RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION** |
| Jack Daniel's Properties Inc., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　　　Counterdefendant. | |

1

Pursuant to Federal Rule of Civil Procedure 5.1(a)(1)(A), Plaintiff/Counter-defendant VIP Products, L.L.C. ("VIP") files this Rule 5.1 Notice of Constitutional Question, enabling this Court to certify the constitutional question at issue to the United States Attorney General pursuant to 28 U.S.C. § 2403. *See* Fed. R. Civ. P. 5.1(b).

In its Opening Brief filed February 16, 2024, in this Court, VIP raised the following constitutional question:

> Does the Lanham Act provision authorizing injunctive relief in cases of trademark dilution by tarnishment, 15 U.S.C. § 1125(c)(2)(C), violate the First Amendment to the United States Constitution because its reliance on whether the trademark use "harms the reputation of the famous mark" constitutes impermissible viewpoint discrimination?

VIP's constitutional challenge is addressed at pages 20–25 of its Opening Brief.

As required by Rule 5.1(a)(2), VIP is contemporaneously serving this Notice and its Opening Brief via certified or registered mail on the Attorney General of the United States, the United States Attorney for the District of Arizona, and the Solicitor General of the United States, which previously appeared as amicus curiae in this case before the United States Supreme Court.

DATED this 23rd day of February 2024.

        DICKINSON WRIGHT PLLC

        */s/ Bennett Evan Cooper*
        Bennett Evan Cooper
        David G. Bray
        Vail C. Cloar
        Alexandra Crandall
        1850 North Central Avenue, Suite 1400
        Phoenix, Arizona 85004

        Attorneys for Plaintiff-Counterdefendant
        VIP Products, L.L.C.

| | |
|---|---|
| 1 | COPY of the foregoing served by CM/ECF system |
| 2 | this 23rd day of February 2024, on the following: |
| 3 | Isaac S. Crum<br>MESSNER REEVES LLP |
| 4 | 7250 North 16th Street, Suite 410<br>Phoenix, Arizona 85020 |
| 5 | |
| 6 | Lisa Blatt<br>Amy Mason Saharia |
| 7 | WILLIAMS & CONNOLLY LLP<br>680 Maine Ave., SW |
| 8 | Washington, D.C. 20024 |
| 9 | COPY of the foregoing served via certified mail |
| 10 | this 23rd day of February 2024, on the following: |
| 11 | Merrick Garland<br>Attorney General of the United States |
| 12 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW |
| 13 | Washington, DC  20530-0001 |
| 14 | Elizabeth B. Prelogar |
| 15 | Solicitor General of the United States<br>Matthew Guarnieri |
| 16 | Assistant to the Solicitor General<br>U.S. Department of Justice |
| 17 | 950 Pennsylvania Avenue, NW<br>Washington, D.C.  20530-0001 |
| 18 | |
| 19 | Gary M. Restaino<br>United States Attorney for the District of Arizona |
| 20 | U.S. Department of Justice<br>Two Renaissance Square |
| 21 | 40 N. Central Avenue, Suite 1800<br>Phoenix, AZ  85004-4449 |
| 22 | |
| 23 | _Terri Finnell_ |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |