**DICKINSON WRIGHT PLLC**
Bennett Evan Cooper (010819)
  bcooper@dickinsonwright.com
David G. Bray (014346)
  dbray@dickinsonwright.com
Vail C. Cloar (032011)
  vcloar@dickinsonwright.com
Alexandra Crandall (034838)
  acrandall@dickinsonwright.com
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:   (844) 670-6009

Attorneys for Plaintiff-Counterdefendant
VIP Products, L.L.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>        Defendant.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>        Counterdefendant. | No. 2:14-cv-02057-SMM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS AND REPLY BRIEFS**<br><br>**(First Request)** |

1

1      Pursuant to LRCiv 7.3(a), Plaintiff-Counterdefendant VIP Products, L.L.C. and Defendant and Counter-Plaintiff Jack Daniel's Properties, Inc. stipulate to and move for a three-week extension of the current March 15, 2024, deadline for the parties' simultaneous filing of response briefs, and as well as a corresponding three-week extension of the current April 19, 2024, deadline for the parties' simultaneous filing of reply briefs. As a result of the extensions, the parties' response briefs would be due April 5, 2024, and the parties' reply briefs would be due May 10, 2024. Neither party has previously requested any extension of the briefing deadlines.

     VIP respectfully submits that there is good cause for the extension because of an eye injury suffered by one of its counsel, Vail C. Cloar, who is primarily responsible for a significant portion of VIP's response brief. As described in the attached declaration, Mr. Cloar was diagnosed on March 11 and 12 with a detached retina that will require emergency surgery on March 15. He has been instructed by his physicians not to undertake any significant reading or writing until the surgery, and for at least seven days after the surgery will not be permitted to sit or stand upright, and will need to limit eye movement of any kind. VIP will not be able to complete its response brief without Mr. Cloar's participation.

     The three-week extension is not sought for purposes of delay, and it will not cause prejudice to any party. A proposed form of order is attached.

     DATED this 13th day of March 2024.

          DICKINSON WRIGHT PLLC

          *s/ Bennett Evan Cooper*
          Bennett Evan Cooper
          David G. Bray
          Vail C. Cloar
          Alexandra Crandall
          1850 North Central Avenue, Suite 1400
          Phoenix, Arizona 85004
          (602) 285-5000

          Attorneys for Plaintiff-Counterdefendant
          VIP Products, L.L.C.

MESSNER REEVES LLC
Isaac S. Crum (028756)
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona 85014
(602) 641-6705
icrum@messner.com

WILLIAMS & CONNOLLY LLP

*s/ Amy Mason Saharia*
Lisa S. Blatt (*pro hac vice*)
Amy Mason Saharia (*pro hac vice*)
Matthew B. Nicholson (*pro hac vice forthcoming*)
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
lblatt@wc.com
asaharia@wc.com
mnicholson@wc.com

Attorneys for Defendant and Counter-Plaintiff Jack Daniel's Properties, Inc.

COPY of the foregoing served by CM/ECF system this 13th day of March 2024, on the following:

Isaac S. Crum
MESSNER REEVES LLP
7250 North 16th Street, Suite 410
Phoenix, Arizona 85020

Lisa Blatt
Amy Mason Saharia
Matthew B. Nicholson
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, D.C. 20024


s/ Terri Finnell