# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　　Defendant. | No. 2:14-cv-02057-SMM<br><br>**[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME TO FILE RESPONSE BRIEFS AND REPLY BRIEFS** |
| Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>　　　　　　　Counterdefendant. | |

Pursuant to LRCiv 7.3(a), Plaintiff-Counterdefendant VIP Products, L.L.C. and Defendant and Counter-Plaintiff Jack Daniel's Properties, Inc. have stipulated to a three-week extension of the current March 15, 2024, deadline for the parties' simultaneous filing of response briefs, and as well as a corresponding three-week extension of the current April 19, 2024, deadline for the parties' simultaneous filing of reply briefs.

1`

Considering the parties' stipulation and the supporting declaration, and for good cause shown,

**IS IT HEREBY ORDERED** that the Court's Order filed November 28, 2023, (Dkt. 333) is amended as follows. All other provisions of the Court's November 28, 2023, Order shall remain in effect.

**IT IS FURTHER ORDERED** that the deadline for parties to respond to the opposing motion will be **Friday, April 5, 2024.**

**IT IS FURTHER ORDERED** that the deadline for the parties' replies in support of their respective motions will be **May 10, 2024**.

Dated this _____ day of March 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge