**DICKINSON WRIGHT PLLC**
Bennett Evan Cooper (010819)
  *bcooper@dickinsonwright.com*
David G. Bray (014346)
  *dbray@dickinsonwright.com*
Vail C. Cloar (032011)
  *vcloar@dickinsonwright.com*
Alexandra Crandall (034838)
  *acrandall@dickinsonwright.com*
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (844) 670-6009

Attorneys for Plaintiff-Counterdefendant
VIP Products, L.L.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products, L.L.C., an Arizona limited liability company, <br><br>                Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>                Defendant. | No. 2:14-cv-02057-SMM<br><br>**DECLARATION OF VAIL CLOAR IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEFS AND REPLY BRIEFS** |
| Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>                Counterclaimant,<br><br>v.<br><br>VIP Products, L.L.C., an Arizona limited liability company,<br><br>                Counterdefendant. | |

1

Vail C. Cloar declares as follows:

1. I am a member of the law firm of Dickinson Wright, PLLC, and I represent VIP Products, L.L.C., in the above-captioned matter. I have personal knowledge of the matters stated herein.

2. Over the weekend of March 9, 2024, my vision started failing in my right eye, with significant blurred vision, a shadow in my peripheral vision, as well as inexplicable lights.

3. On Monday morning, March 11, 2024, I contacted my ophthalmologist and was seen as soon as possible that afternoon. After examining my eye, the doctor informed me that I likely had a detached retina in my right eye that would require emergency surgery.

4. Yesterday, March 12, 2024, I attended an appointment with a retina specialist, who confirmed that my retina had detached. The specialist informed me that a vitrectomy would be necessary and that a gas bubble would be inserted into my eye to facilitate healing, as well as a possible scleral buckle.

5. Emergency surgery to treat my detached retina has been scheduled for Friday, March 15, 2024, which was the earliest available surgery slot.

6. In the meantime, I have been instructed by my doctors not to undertake any significant reading or writing and to limit eye movement in general.

7. After surgery, for a period of at least seven days, I will not be permitted to sit or stand upright, as I will need to keep my head in a horizontal position to ensure correct placement of the gas bubble. I will also need to limit eye movement and other activities while I heal.

8. If I do not follow the doctor's orders or strictly follow the proscribed recovery time, I risk the surgery either being ineffective or causing additional damage to my eye, including potentially losing my eyesight in my right eye.

9. I am primarily responsible for a significant portion of VIP's response brief. Because I will be extremely limited in my ability to read or write for the next two weeks,

1  there is no practical way for other counsel to obtain the information about this case that
2  exists only in my thoughts. I will not be able to recreate or complete any of my work in
3  progress until I am able to read and write again.
4       I declare under penalty of perjury that the foregoing is true and corrected. Executed
5  this 13th day of March 2024.

                                                        s/ Vail C. Cloar
                                                        Vail C. Cloar