IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>   Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>   Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

  This matter is before the Court on the parties' Stipulation for Extension of Time to File Responsive and Reply Briefs. (Doc. 345). The parties agree to a three-week extension for the filing of responsive and reply briefs to accommodate the eye surgery and recovery of Plaintiff-Counterdefendant VIP Products LLC's counsel Vail Cloar. The parties agree that the deadline for simultaneous response briefs may be moved from March 15, 2024 to April 5, 2024, and the deadline for simultaneous reply briefs may be moved from April 19, 2024 to May 10, 2024. For good cause shown,

  **IT IS ORDERED approving** the Stipulation. (Doc. 345).

  **IT IS FURTHER ORDERED** that the deadline for the parties to file responsive briefs to the opposing motions for entry of judgment will be **Friday, April 5, 2024**.

  **IT IS FURTHER ORDERED** that the deadline for the parties' reply briefs in support of their respective motions will be **Friday, May 10, 2024**.

  Dated this 13th day of March, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge