# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This matter is before the Court on VIP Products LLC's ("VIP") Rule 5.1 Notice of Constitutional Question. (Doc. 340). The Court observes that VIP's Reply, (Doc. 347), has raised counterarguments to the Response filed by Jack Daniel's Properties Inc. ("JDPI") which were not brought in the initial Notice. In order to facilitate more complete briefing on the legal issues presented by the Notice, the Court permits JDPI to file a brief surresponse to address VIP's arguments. Accordingly,

**IT IS ORDERED** that JDPI may, on or by April 3, 2024, file a surresponse no longer than four (4) pages to address the arguments raised by VIP in the Reply to the Notice of Constitutional Question. (Doc. 347).

Dated this 20th day of March, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge