# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, an Arizona limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>        Defendant. | No. 2:14-cv-02057-SMM<br><br>**[Proposed] Order Granting United States' Unopposed Motion for Stay of Intervention Deadline** |

# [PROPOSED] ORDER

Upon consideration of the United States' Acknowledgment of Constitutional Question and Unopposed Motion for Stay of Intervention Deadline, it is hereby

**ORDERED** that the Motion is granted; it is further

**ORDERED** that the United States' intervention deadline set out in Federal Rule of Civil Procedure 5.1(c) is stayed until 60 days after any certification by this Court of a constitutional question under Rule 5.1(b).

Date: _____