# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This matter is before the Court on the United States' Acknowledgment of Constitutional Question and Unopposed Motion for Stay of Intervention Deadline. (Doc. 350). The United States requests that the Court stay the deadline for the United States to intervene in this matter until after the Court has determined whether the constitutional question raised by Plaintiff VIP Products LLC should be certified. For good cause shown,

**IT IS ORDERED granting** the Unopposed Motion. (Doc. 350).

**IT IS FURTHER ORDERED staying** the United States' intervention deadline until 60 days after any certification by the Court of a constitutional question under Rule 5.1(b).

Dated this 2nd day of April, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge