# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This matter is before the Court on its own review. The present deadline for the parties to file responsive briefs to the opposing motions for entry of judgment is Friday, April 5, 2024. (Doc. 348). However, the Court is presently considering the matter of certification of the constitutional question posed by Plaintiff VIP Products LLC pursuant to Rule 5.1 of the Federal Rules of Civil Procedure. (Doc. 340). Because the Court's decision as to whether the constitutional question should be certified may affect the issues addressed in the parties' responsive briefs, the Court finds that a brief extension of the April 5, 2024 deadline is appropriate in order to allow for the Court's decision to issue and the parties to respond accordingly. Accordingly,

**IT IS ORDERED** that the deadline for the parties to file responsive briefs will be extended to Friday, April 19, 2024. The deadline for the parties to file reply briefs will be extended to Friday, May 24, 2024.

Dated this 3rd day of April, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge