___ FILED    ___ LODGED
___ RECEIVED ___ COPY

APR 1 8 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-14-2057-PHX-SMM

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Gary M. Restaino**
   **United States Attorney for the District of Arizona**
   **U.S. Department of Justice**
   **Two Renaissance Square**
   **40 N. Central Avenue, Suite 1800**
   **Phoenix, AZ 85004-4449**

9590 9402 5882 0038 1822 58

2. Article Number (Transfer from service label)

   7019 2970 0000 3020 4936

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
[Chipman]                      4-15-24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt