```
___✓___ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

        APR 2 5 2024

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

CV-14-02057-PHX-SMM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elizabeth B. Prelogar
   Solicitor General of the United States
   Matthew Guarnieri
   Assistant to the Solicitor General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   9590 9402 5882 0038 1822 65

2. Article Number (Transfer from service label)

   7020 3160 0000 0295 8311

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ed A_                       ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   APR 19 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   **INSPECTED 22**

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...ail
   ☐ ...ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt