Ross Slaughter (NC Bar No. 58086)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8185
Email: ross.m.slaughter@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, an Arizona limited liability company, | No. 2:14-cv-02057-SMM |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| Jack Daniel's Properties, Inc., a Delaware corporation, | |
| Defendant. | |

Please take notice that Ross Slaughter hereby enters his appearance as counsel of record for the United States in the above-captioned matter.

Dated: May 8, 2024     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Director
Federal Programs Branch

*/s/ Ross Slaughter*
Ross Slaughter
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8185
Email: ross.m.slaughter@usdoj.gov
*Counsel for the United States*