Ross Slaughter (NC Bar No. 58086)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8185
Email: ross.m.slaughter@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, an Arizona limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>  Defendant. | No. 2:14-cv-02057-SMM<br><br>**Notice of Intervention by the United States of America and Unopposed Motion to Set Briefing Schedule** |

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), and in accordance with the authorization of the Solicitor General of the United States, the United States of America hereby intervenes in this case for the limited purpose of defending the constitutionality of the Lanham Act's cause of action for dilution by tarnishment, 15 U.S.C. § 1125(c)(1), (c)(2)(C).

On February 23, 2024, Plaintiff filed a notice of constitutional question pursuant to Federal Rule of Procedure 5.1 regarding the Lanham Act's cause of action for dilution by tarnishment. ECF No. 340. Under Rule 5.1, the United States may intervene "within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier," "[u]nless the court sets a later time." Fed. R. Civ. P. 5.1(c).

On March 25, 2024, the United States filed an unopposed motion acknowledging the constitutional question and requesting the Court stay the United States' deadline to intervene until 60 days after any certification. ECF No. 350. The Court initially granted the United States' motion. ECF No. 351. On April 10, 2024, however, the Court certified the constitutional question, vacated its prior order, and set a May 10, 2024, intervention deadline for the United States. ECF No. 354.

The United States is entitled to intervene in this case pursuant to the Federal Rules of Civil Procedure and relevant statutes. As explained, Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. In addition, Federal Rule of Civil Procedure 24 permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional statutory right to intervene "[i]n any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn in question . . . ." 28 U.S.C. § 2403(a). In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality." *Id.* Accordingly, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of the Lanham Act's cause of action for dilution by tarnishment.

In its order certifying the constitutional question, the Court indicated that if the United States chose to intervene, the Court would "set an expedited briefing schedule for the United States and the parties." ECF No. 354. Consistent with that guidance, the United States respectfully requests that it be permitted to file its memorandum in support of the statute on or before May 24, 2024, and that the parties' deadline to reply be extended to June 7, 2024. The United States has conferred with counsel for the parties, who consent to this request. A proposed order is attached.

Dated: May 8, 2024                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        LESLEY FARBY
                                        Assistant Director
                                        Federal Programs Branch

                                        */s/ Ross Slaughter*
                                        Ross Slaughter
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Telephone: (202) 616-8185
                                        Email: ross.m.slaughter@usdoj.gov
                                        *Counsel for the United States*