# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant. | No. 2:14-cv-02057-SMM<br><br>**ORDER** |

This matter is before the Court on the United States' Notice of Intervention and Unopposed Motion to Set Briefing Schedule. (Doc. 361). In the Court's order certifying the constitutional question raised by Plaintiff VIP Products LLC, the Court stated that if the United States chose to intervene, it would "set an expedited briefing schedule for the United States and the parties." (Doc. 354). For good cause shown,

**IT IS ORDERED** that the United States shall file its memorandum in support of the statute on or before Friday, May 24, 2024.

**IT IS FURTHER ORDERED** that the deadline for the parties' reply briefs in support of their respective motions will be Friday, June 7, 2024.