# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC, | No. CV-14-02057-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jack Daniel's Properties Incorporated, | |
| Defendant. | |

This matter is before the Court on the United States' Notice of Intervention and Unopposed Motion to Set Briefing Schedule, filed on May 8, 2024. (Doc. 361). The United States intervenes in this action for the limited purpose of defending the constitutionality of the Lanham Act's cause of action for trademark dilution by tarnishment, 15 U.S.C. § 1125(c)(1), (c)(2)(C). Accordingly,

**IT IS ORDERED** that the United States shall file its memorandum in support of the statute on or by Friday, May 24, 2024.

**IT IS FURTHER ORDERED** that the deadline for the parties' reply briefs is extended from May 19, 2024 to Friday, June 7, 2024.

Dated this 8th day of May, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge