Rebecca Tushnet (*pro hac vice*)
520 Hauser, Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02130
rtushnet@law.harvard.edu
Telephone: 703-593-6759

Gregg P. Leslie
First Amendment Clinic
Public Interest Law Firm
Sandra Day O'Connor College of Law
Arizona State University
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004
Ariz. Bar No. 035040
Gregg.Leslie@asu.edu
Telephone: (804) 727-7398

*Attorneys for Intellectual Property Law Professors*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company<br>Plaintiff<br>v.<br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>Defendant<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br>Counterclaimant<br>v.<br>VIP Products L.L.C., an Arizona limited liability company<br>Counterdefendant | No. 2:14-cv-02057-SMM<br><br>**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF INTELLECTUAL PROPERTY LAW PROFESSORS** |

1

## MOTION BY INTELLECTUAL PROPERTY PROFESSORS FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT OF DEFENDANTS

Intellectual property professors ("Amici")[1] move for leave to file a brief as *amici curiae* in support of VIP Products LLC's challenge to the constitutionality of tarnishment. The Court should grant this motion because the proposed brief will provide additional information and analysis not found in the parties' briefing or the United States' intervention concerning the interaction between trademark law and the First Amendment.

Though this Court has not issued a rule governing briefs *amicus curiae*, Federal Rule of Appellate Procedure 29(a)(3) instructs that amicus briefs should be permitted when the proposed amici and their proposed brief *amicus curiae* have an adequate interest and a proposed brief that is both desirable and relevant to the appeal. The proposed brief *amicus curiae* would aid the court's deliberative process in these ways. This case presents an important issue: whether the First Amendment allows one entity to suppress negative, but nondefamatory, speech about another. In its April 3, 2024 Order inviting the United States to participate for purposes of defending the constitutionality of dilution by tarnishment, the Court recognized the importance of the issue.

---

[1] As a group of law professors, Amici are neither a corporation nor have parent corporation; no party's counsel authored this brief in whole or in part, and no party or party's counsel made a monetary contribution to fund the preparation or submission of this brief.

The outcome of this case will have a significant impact on the evolution of trademark law. Amici believe that their expertise in trademark law may be of assistance to this Court in resolving this important question. Amici are scholars with expertise in trademark law who teach, write about, and practice trademark law. Collectively, Amici have published a substantial amount of scholarly work analyzing trademark law, including dilution law and its relationship to the First Amendment. *See, e.g.*, Stacey L. Dogan & Mark A. Lemley, *Parody as Brand*, 47 U.C. Davis L. Rev. 473 (2013); Mark A. Lemley & Eugene Volokh, *Freedom of Speech and Injunctions in Intellectual Property Cases*, 48 Duke L.J. 147 (1998); Mark P. McKenna, *Dilution and Free Speech in the U.S.*, Reprise, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3352090 (2019); Lisa Ramsey, *First Amendment Limitations on Trademark Rights*, in 3 Intellectual Property and Information Wealth: Issues and Practices In The Digital Age 147 (Peter K. Yu, ed., 2007); Lisa P. Ramsey, *Free Speech Challenges to Trademark Law After* Matal v. Tam, 56 Hous. L. Rev. 401, 429 (2018); Rebecca Tushnet, *Gone in 60 Milliseconds: Trademark Law and Cognitive Science*, 86 Texas L. Rev. 507 (2008).

Their work has been repeatedly cited by courts in Lanham Act cases, including the Supreme Court. *See, e.g.*, *Jack Daniel's Properties, Inc. v. VIP Products LLC*, 599 U.S. 140, 156 (2023) (citing Stacey Dogan & Mark Lemley, *Grounding Trademark Law Through Trademark Use*, 92 Iowa L. Rev. 1669 (2007)); *Lexmark Intern., Inc. v. Static Control Components, Inc.*, 572 U.S. 118, 136 (2014) (citing Rebecca Tushnet, *Running the Gamut from A to B: Federal Trademark and False Advertising Law*, 159 U. Pa. L.

Rev. 1305 (2011)); Nissan Motor Co. v. Nissan Computer Corp., 378 F.3d 1002, 1017 (9th Cir. 2004) (quoting Mark A. Lemley, *The Modern Lanham Act and the Death of Common Sense*, 108 Yale L.J. 1687, 1710–11 (1999), for the importance of preventing trademarks from being "'transformed from rights against unfair competition to rights to control language'"); *Pennsylvania State University v. Vintage Brand, LLC*, 614 F.Supp.3d 101, 112 & nn. 28-30, 70-78 (M.D. Pa. 2022) (describing Prof. Lemley as "the intellectual property field's preeminent scholar"; citing *The Modern Lanham Act and the Death of Common Sense* and Stacey L. Dogan & Mark A. Lemley, *The Merchandising Right: Fragile Theory or Fait Accompli*, 54 Emory L.J. 461, 466 (2005)).

Participation by Amici will not delay the briefing or argument in this case. Amici are filing this brief on the day set for the United States to file its brief defending the statute. The total length of the motion and brief is 32 pages, of which 21 are the substance of the brief.

Amici have consulted with counsel for the parties concerning this motion. Plaintiff consents, and Defendant has notified counsel that it will oppose the filing of the brief.

Amici respectfully request that the Court grant its motion for leave to file a brief as *amici curiae* and accept for filing the brief submitted with this motion.

Respectfully submitted,

DATED: May 24, 2024                    /s/  Rebecca Tushnet
Rebecca Tushnet (*pro hac vice*)
rtushnet@law.harvard.edu
520 Hauser, Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: 703-593-6759

Gregg P. Leslie
First Amendment Clinic
Public Interest Law Firm
Sandra Day O'Connor College of Law
Arizona State University
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004
Ariz. Bar No. 035040
Gregg.Leslie@asu.edu
Telephone: (804) 727-7398