**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

No. 2:14-cv-02057-SMM

VIP Products L.L.C., an Arizona limited liability company
    Plaintiff
v.
Jack Daniel's Properties, Inc., a Delaware corporation,
    Defendant

Jack Daniel's Properties, Inc., a Delaware corporation,
    Counterclaimant
v.
VIP Products L.L.C., an Arizona limited liability company
    Counterdefendant

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of Intellectual Property Law Professors as Amici Curiae, it is HEREBY ORDERED that the Motion for Leave to File is granted.

Dated: _____
                          Honorable Stephen M. McNamee
                          Senior United States District Judge