# EXHIBIT A

## Saharia, Amy

| | |
|---|---|
| **From:** | Tushnet, Rebecca <rtushnet@law.harvard.edu> |
| **Sent:** | Thursday, May 9, 2024 6:49 PM |
| **To:** | Saharia, Amy |
| **Cc:** | Blatt, Lisa |
| **Subject:** | Re: JDI v. VIP redux |

I just wanted to let you know that, because the US has decided to intervene, I plan to file on the date set by the court for the US brief, May 24.

Thank you,
Rebecca Tushnet

Rebecca Tushnet
she/her
Frank Stanton Professor of the First Amendment, Harvard Law School
703 593 6759

---

**From:** Saharia, Amy <ASaharia@wc.com>
**Sent:** Saturday, May 4, 2024 12:50 PM
**To:** Tushnet, Rebecca <rtushnet@law.harvard.edu>
**Cc:** Blatt, Lisa <lblatt@wc.com>
**Subject:** FW: JDI v. VIP redux

Dear Rebecca,

I am responding to your email below to Lisa Blatt. Jack Daniel's opposes your untimely request for leave to file an amicus brief on an argument that was long ago waived. The parties have already filed two briefs in the district court, the first of which was filed on February 16. Any amicus brief filed at this late juncture would be seriously untimely. *See, e.g.*, *Mi Familia Vota v. Hobbs*, 2022 WL 475986, at *3 (D. Ariz. Feb. 16, 2022); *JZ v. Catalina Foothills Sch. Dist.*, 2021 WL 5396089, at *1 (D. Ariz. Nov. 18, 2021).

Regards,
Amy

**Amy Mason Saharia**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5847 | (F) 202-434-5029
asaharia@wc.com | www.wc.com/asaharia

---

**From:** Tushnet, Rebecca <rtushnet@law.harvard.edu>
**Sent:** Friday, May 3, 2024 1:37 PM
**To:** Blatt, Lisa <lblatt@wc.com>
**Subject:** JDI v. VIP redux

1

Hello! I hope you are doing well. I would like to file an IP professors' amicus in the district court proceeding on remand on the tarnishment issue. I intend to file on the date the Court set for the US to decide whether to intervene. Please let me know if your client will object.

Thank you,
Rebecca Tushnet

Rebecca Tushnet
she/her
Frank Stanton Professor of the First Amendment, Harvard Law School
703 593 6759

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.