IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>    Defendant. | No. CV-14-02057-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on the parties' cross-motions for entry of judgment. (Docs. 338, 339). Both Motions are fully briefed. (Docs. 357, 358, 367, 368). The United States of America has filed a Memorandum in support of the constitutionality of 15 U.S.C. § 1125(c). (Doc. 364).

**IT IS THEREFORE ORDERED setting** Oral Argument on the cross-motions for entry of judgment for <u>Tuesday, December 3, 2024 at 10:00 AM</u> before the Honorable Stephen M. McNamee in Courtroom 401 of the Sandra Day O'Connor United States Courthouse at 401 W. Washington Street in Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that the Oral Argument will be bifurcated by topic as follows:

1. The parties will first address trademark dilution under 15 U.S.C. § 1125(c) and VIP Products LLC's arguments as to the constitutionality thereof. Each side will be permitted 20 minutes to address the Court. VIP Products LLC will argue first on this issue. The United States may participate in this portion of the oral

1  argument and will be permitted 20 minutes to address the Court.

2. The parties will next address trademark infringement pursuant to 15 U.S.C. § 1125(a)(1)(A). Each side will be permitted 20 minutes to address the Court. Jack Daniel's Properties Inc. will argue first.

Dated this 7th day of October, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge

- 2 -