IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties Incorporated,<br><br>　　　　Defendant. | No. CV-14-02057-PHX-SMM<br><br>**PERMANENT INJUNCTION AND FINAL JUDGMENT** |

　　　　The Court held a four-day bench trial in this matter from October 2, 2017 through October 5, 2017. Pursuant to Federal Rule of Civil Procedure 52(a), the Court, having heard the evidence and determined the credibility of witnesses, entered its Findings of Fact, Conclusions of Law, and Order on January 30, 2018. (Doc. 245). For the reasons stated in that order, the Court found in favor of Defendant Jack Daniel's Properties, Inc. ("Jack Daniel's") and against Plaintiff VIP Products, LLC ("VIP") on all remaining claims, namely, Jack Daniel's claims of trademark and trade dress infringement and dilution by tarnishment. The Court granted Jack Daniel's permanent injunction relief. (Doc. 262).

　　　　VIP appealed the judgment and injunction, which the Ninth Circuit vacated. 953 F.3d 1170, 1173–76 (9th Cir. 2020). On remand from the Ninth Circuit, this Court entered judgment in favor of VIP on the remaining claims. (Docs. 305, 308). Jack Daniel's appealed the judgment in VIP's favor, and the Supreme Court ultimately granted certiorari and vacated the judgment. 599 U.S. 140 (2023). Upon remand to this

1  Court, both Jack Daniel's and VIP agreed no further factual development was required, and the parties submitted briefs on Jack Daniel's outstanding claims. On January 23, 2025, this Court issued Amended Findings of Fact, Conclusions of Law, and Order (the "Order"). (Doc. 374). The Court found in favor of Jack Daniel's on its claim of dilution by tarnishment and found that Jack Daniel's is entitled to permanent injunctive relief.

**NOW, THEREFORE**, based upon the Court's Order and in view of the foregoing being fully advised, the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. VIP and its agents, servants, officers, directors, owners, representatives, employees, successors, attorneys, assigns and all other persons in active concert or participation with them, or any of them, who receive actual notice of this injunction by personal service or otherwise, are hereby **PERMANENTLY ENJOINED**, effective as of the date of this Permanent Injunction and Final Judgment, from engaging in the following conduct in the United States: sourcing, manufacturing, advertising, promoting, displaying, shipping, importing, offering for sale, selling, or distributing, the Bad Spaniels dog toy, as depicted below:



///

///

- 2 -

2. Within 50 days of this Order, VIP shall remove from public viewing in the United States any and all catalogues, website pages, literature, brochures, business cards, promotional materials, advertising, T-shirts, and any other goods, products, and materials depicting or bearing any other reference to VIP's Bad Spaniels product.

3. Within 80 days of this Order, VIP shall file with the Court and serve on counsel for Jack Daniel's a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with this injunction pursuant to 15 U.S.C. § 1116.

4. With the exception of any motion Jack Daniel's may elect to file for attorney's fees pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117, and of any Bill of Costs to be settled by the Clerk of Court, this Permanent Injunction and Final Judgment shall finally conclude and dispose of all claims and counterclaims in this action with prejudice, and the Clerk of Court shall terminate this case.

5. The Court shall retain jurisdiction over this matter to ensure that the terms and conditions of this Permanent Injunction and Final Judgment are honored and enforced.

Dated this 28th day of February, 2025.

_____
Stephen M. McNamee
Senior United States District Judge