**DICKINSON WRIGHT PLLC**
Bennett Evan Cooper (010819)
  bcooper@dickinsonwright.com
David G. Bray (014346)
  dbray@dickinsonwright.com
Vail C. Cloar (032011)
  vcloar@dickinsonwright.com
Alexandra Crandall (034838)
  acrandall@dickinsonwright.com
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (844) 670-6009

Attorneys for Plaintiff-Counterdefendant
VIP Products L.L.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VIP Products L.L.C., an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jack Daniel's Properties, Inc., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>Jack Daniel's Properties Inc., a Delaware corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>VIP Products L.L.C., an Arizona limited liability company,<br><br>　　　　　　Counterdefendant. | No. 2:14-cv-02057-SMM<br><br>**NOTICE OF APPEAL** |

Plaintiff-Counterdefendant VIP Products LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Permanent Injunction and Final Judgment entered by the U.S. District Court for the District of Arizona on February 28, 2025.

Pursuant to Ninth Circuit Rule 3-2(b), VIP Products LLC submits with this Notice of Appeal the required Representation Statement.

DATED this 21st day of March, 2025.

                                      DICKINSON WRIGHT PLLC

                                      s/ Bennett Evan Cooper
                                      Bennett Evan Cooper
                                      David G. Bray
                                      Vail C. Cloar
                                      Alexandra Crandall
                                      1850 North Central Avenue, Suite 1400
                                      Phoenix, Arizona 85004

                                      Attorneys for Plaintiff-Counterdefendant
                                      VIP Products, L.L.C.

COPY of the foregoing served by CM/ECF system
this 21st day of March, 2025, on the following:

Isaac S. Crum
MESSNER REEVES LLP
1440 E. Missouri Avenue, Suite C100
Phoenix, Arizona 85014

Lisa Blatt
Amy M. Saharia
Matthew B. Nicholson
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, D.C. 20024

Christian Daniel
U.S. Department of Justice - Federal Programs Branch
1100 L Street NW
Washington, DC 20530


s/ Bennett Evan Cooper

1