# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Representation Statement

*VIP Products LLC v. Jack Daniel's Properties, Inc.*, No. 2:14-cv-02057-SMM

1. **Appellant VIP Products LLC**

    Bennett Evan Cooper
    David G. Bray
    Vail C. Cloar
    Alexandra Crandall
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    (602) 285-5000
    bcooper@dickinsonwright.com
    dbray@dickinsonwright.com
    vcloar@dickinsonwright.com
    acrandall@dickinsonwright.com

    All counsel are registered for electronic filing in the Ninth Circuit.

2. **Appellee Jack Daniel's Properties, Inc.**

    Isaac S. Crum
    MESSNER REEVES LLC
    1440 E. Missouri Avenue, Suite C100
    Phoenix, Arizona 85014
    (602) 641-6705
    icrum@messner.com

    Lisa Blatt
    Amy M. Saharia
    Matthew B. Nicholson
    WILLIAMS & CONNOLLY LLP
    680 Maine Ave., SW
    Washington, D.C. 20024
    (202) 434-5000
    lblatt@wc.com
    asaharia@wc.com
    mnicholson@wc.com

3. **Intervenor United States of America**

    Christian Daniel
    U.S. Department of Justice - Federal Programs Branch
    1100 L Street NW
    Washington, DC 20530
    (202) 514-5838
    christian.s.daniel@usdoj.gov